# Al Rajhi Bank Ex. 59 (pt. 2)

LOUBIRI, Habib Ben Ahmed (a.k.a. AL-LOUBIRI, Habib Ben Ahmed), via Brughiera, n. 5, Castronno, Varese, Italy; DOB 17 Nov 1961; POB Menzel Temime, Tunisia; nationality Tunisia; Passport M 788439 issued 20 Oct 2001 expires 19 Oct 2006; Italian Fiscal Code LBRHBB61S17Z352F (individual) [SDGT].

LOUCA, Housam (a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LOUCA, Houssam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LOUCA, Husam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LOUCA, Hussam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LOUIE, Daniel Maurice; DOB 23 Dec 1955; POB Kapuskasing, Ontario, Canada; nationality Canada; Passport QH005189 (Canada); Driver's License No. L6802-15365-51223 (Canada); Pilot License Number PL00825 (Barbados) (individual) [SDNTK] (Linked To: LEADING EDGE SOURCING CORPORATION; Linked To: RESEARCH FX CONSULTANTS LIMITED; Linked To: SOURCE1HERBS).

LOUIE, Francine Denise (a.k.a. LOUIE, Francine Denise Marie; a.k.a. SAWYER, Francine Denise); DOB 17 Sep 1958; POB Ontario,

Canada; citizen Canada; Passport QD872059 (Canada) (individual) [SDNTK].

LOUIE, Francine Denise Marie (a.k.a. LOUIE, Francine Denise; a.k.a. SAWYER, Francine Denise); DOB 17 Sep 1958; POB Ontario, Canada; citizen Canada; Passport QD872059 (Canada) (individual) [SDNTK].

LOUIE, Kevin Gim; DOB 01 May 1976; POB Canada; citizen Canada; Passport QA762643 (Canada) (individual) [SDNTK] (Linked To: LEADING EDGE SOURCING CORPORATION; Linked To: RESEARCH FX CONSULTANTS LIMITED; Linked To: SOURCE1HERBS).

LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا) (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LOUKA, Hussam (Arabic: حسام لوقا) (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LOUN, Waseem Raouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOUN, Waseem Rauf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03

Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOUN, Waseem Rouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOUNICI, Djamel; DOB 01 Feb 1962; POB Algiers, Algeria (individual) [SDGT].

LOWAA KHAT AL-NARR (a.k.a. AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [SYRIA-EO13894].

LOWELL LIMITED, Rm 09 27 F Ho King Comm Ctr 2 16 Fa Yuen St, Mongkok, Hong Kong, China; Organization Established Date 15 Apr 2021; C.R. No. 3038530 (Hong Kong); Business Registration Number 72888797-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

LOYA PLANCARTE, Dionicio (a.k.a. LOYA PLANCARTE, Dionisio; a.k.a. "EL TIO"), Calle Sin Nombre 100, Cenobio Moreno, Apatzingan, Michoacan 60710, Mexico; Joan Sebastian Bach 87, 2-B, Col Bosque de la Loma, Morelia, Michoacan, Mexico; La Calle Prolongacion Finlandia, Fracc Arboledas, Morelia, Michoacan, Mexico; DOB 21 Oct 1955; POB Michoacan, Mexico; R.F.C. LOPD5510214S1 (Mexico) (individual) [SDNTK].

LOYA PLANCARTE, Dionisio (a.k.a. LOYA PLANCARTE, Dionicio; a.k.a. "EL TIO"), Calle Sin Nombre 100, Cenobio Moreno, Apatzingan, Michoacan 60710, Mexico; Joan Sebastian Bach 87, 2-B, Col Bosque de la Loma, Morelia, Michoacan, Mexico; La Calle Prolongacion Finlandia, Fracc Arboledas, Morelia, Michoacan, Mexico; DOB 21 Oct 1955; POB

Michoacan, Mexico; R.F.C. LOPD5510214S1 (Mexico) (individual) [SDNTK].

LOYA VILCHEZ, Tarcela (a.k.a. "Comrade Olga"); DOB 1967 to 1969; POB Tambobamba community, Ayacucho district, Province of Huanta, Ayacucho Region, Peru (individual) [SDGT].

LOYALIST VOLUNTEER FORCE (a.k.a. "LVF"), United Kingdom [SDGT].

LOZA HERNANDEZ, Miguel, Periferico Sur No. 4091, Unidad Habitacional Emilio Porte Gil, Delegacion Tlalpan, Mexico, D.F., Mexico; DOB 11 Dec 1961; POB Fresnillo, Zacatecas, Mexico; nationality Mexico; Tax ID No. 06796108238 (Mexico); C.U.R.P. LOHM611211HZSZRG11 (Mexico) (individual) [SDNTK].

LOZADA, Santander (a.k.a. MANCUSO GOMEZ, Salvatore), Calle 64 No. 8A-56, Monteria, Cordoba, Colombia; DOB 17 Aug 1964; POB Monteria, Cordoba, Colombia; Cedula No. 6892624 (Colombia) (individual) [SDNTK].

LOZANO, Eduardo (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

LPC JSC (a.k.a. CENTRE OF LOYALTY PROGRAMMES; a.k.a. JOINT STOCK COMPANY LOYALTY PROGRAMS CENTER), 3 Poklonnaya St., floor 3, office 120, Moscow 121170, Russia; Tax ID No. 7702770003 (Russia); Registration Number 1117746689840 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LPK (a.k.a. POPULAR MOVEMENT OF KOSOVO) [BALKANS].

LSS GLOBAL INSAAT SANAYI VE TICARET LIMITED SIRKETI, Skyport Sit. No: 1/64 Hurriyet Bul. Yakuplu Mah., Beylikduzu, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 155362-5 (Turkey) [RUSSIA-EO14024].

LTD BINA GROUP (a.k.a. BINA GRUPP), Ul. Elektrozavodskaya D. 27, Str. 7, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7706725428 (Russia); Registration Number 1097746585452 (Russia) [RUSSIA-EO14024].

LTD NISSA DISTRIBUTION (a.k.a. OOO NISSA DISTRIBUTSIYA), Ul. Minskaya D. 1G, K. 2, Pom.II Kom 13, Of 5, 3, Moscow 119285, Russia; Proezd Mukomolnyi D. 4A/2, Moscow 123290, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729374938 (Russia); Registration Number 1037739345115 (Russia) [RUSSIA-EO14024].

LTD NTC PRIVODNAYA TEKHNIKA (a.k.a. NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA; a.k.a. NTTS PRIVODNAYA TEKHNIKA; a.k.a. SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk 454007, Russia; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

LTS HOLDING LIMITED (f.k.a. IPP-INTERNATIONAL PETROLEUM PRODUCTS LTD.), Rue du Conseil-General 20, Geneva 1204, Switzerland; Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

LTTE (a.k.a. ELLALAN FORCE; a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. TAMIL TIGERS) [FTO] [SDGT].

LU, Chin Shun (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

LU, Hezheng, Room 810, No. 760, Qinzhou Road, Xuhui District, Shanghai, China; Guangzhou, Guangdong, China; DOB 06 Apr 1974; POB Shanghai, China; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For

Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 3101061974040628 3X (China) (individual) [DPRK3] (Linked To: SEK STUDIO).

LU, Xinning (Chinese Simplified: 卢新宁; Chinese Traditional: 盧新寧), Hong Kong; DOB Dec 1966; POB Huai'an, Jiangsu Province, China; citizen China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

LUBANGA, Thomas (a.k.a. DYILO, Thomas Lubanga); DOB 29 Dec 1960; POB Djiba, Utcha Sector, Djugu Territory, Ituri District, Orientale Province, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

LUCENA RAMIREZ, Tibisay (Latin: LUCENA RAMÍREZ, Tibisay), El Recreo, Libertador, Capital District, Venezuela; DOB 26 Apr 1959; POB Barquisimeto, Lara, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5224732 (Venezuela); Passport 3802006 (Venezuela); President of Venezuela's National Electoral Council; President of Venezuela's National Board of Elections (individual) [VENEZUELA].

LUCERO DE MARTINEZ, Sandra (a.k.a. LUCERO VALENZUELA, Sandra; a.k.a. VALENCIA ZAZUETA, Sandra; a.k.a. VALENZUELA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

LUCERO IMPORT S.A.C., Calle Soledad 113, Interior 301, Lima, Peru; RUC # 20432287221 (Peru) [SDNTK].

LUCERO VALENZUELA, Sandra (a.k.a. LUCERO DE MARTINEZ, Sandra; a.k.a. VALENCIA ZAZUETA, Sandra; a.k.a. VALENZUELA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

LUCES OSORIO, Guillermo Antonio, Urbanizacion Base Aragua, 2da Avenida, Edificio Piedra Pintada, Torre B, PH 2B, Maracay, Aragua 2101, Venezuela; DOB 23 Oct 1970; POB Aragua, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-9656271 (Venezuela); Passport 095146311

(Venezuela) issued 13 Jun 2014 expires 12 Jun 2019 (individual) [VENEZUELA].

LUCHENGTECH CO. LTD (a.k.a. BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京鲁成伟业科技发展有限公司)), Room b111, Yinyan Building, No. 23, Anningzhuang East Road, Qinghe, Haidan District, Beijing 100085, China; Organization Established Date 29 Dec 2005; Tax ID No. 110108783965860 (China); Registration Number 110108009239044 (China); Unified Social Credit Code (USCC) 91110114783965860W (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

LUCIANO HOTEL AND SPA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LUCHANO; a.k.a. "LUCHANO OOO"), ul. Otrovskogo d. 26, office 43/3, Kazan 420111, Russia; Tax ID No. 1655148063 (Russia); Registration Number 1071690070100 (Russia) [RUSSIA-EO14024] (Linked To: MINNIKHANOVA, Gulsina Akhatovna).

LUETH, Michael Makuei (a.k.a. LUETH, Michael Makwei; a.k.a. MAKUEI, Michael; a.k.a. MAKUEI, Michael Makuei Lueth), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

LUETH, Michael Makwei (a.k.a. LUETH, Michael Makuei; a.k.a. MAKUEI, Michael; a.k.a. MAKUEI, Michael Makuei Lueth), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting, Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

LUGANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСКАЯ НАРОДНАЯ РЕСПУБЛИКА) (a.k.a LUHANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСЬКА НАРОДНА РЕСПУБЛІКА); a.k.a. PEOPLE'S REPUBLIC OF LUHANSK), Luhansk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

LUGO ARMAS, Bladimir Humberto (a.k.a. LUGO ARMAS, Vladimir Humberto, Caracas, Capital District, Venezuela; DOB 18 Nov 1968; Gender Male; Cedula No. 8760081 (Venezuela); Commander of the Special Unit to the Federal Legislative Palace of Venezuela's Bolivarian National Guard (individual) [VENEZUELA].

LUGO ARMAS, Vladimir Humberto (a.k.a. LUGO ARMAS, Bladimir Humberto), Caracas, Capital District, Venezuela; DOB 18 Nov 1968; Gender Male; Cedula No. 8760081 (Venezuela); Commander of the Special Unit to the Federal Legislative Palace of Venezuela's Bolivarian National Guard (individual) [VENEZUELA].

LUGO GOMEZ, Eustiquio Jose (Latin: LUGO GÓMEZ, Eustiquio José), Caracas, Capital District, Venezuela; DOB 09 Mar 1964; Gender Male; Cedula No. 8435812 (Venezuela) (individual) [VENEZUELA].

LUGO LEON, Toribio Alberto (Latin: LUGO LEÓN, Toribio Alberto), Mexico; DOB 26 Aug 1986; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Male; C.U.R.P. LULT860826HSLGNR06 (Mexico); RFC LULT860826269R2 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

LUGOVOI, Andrei Konstantinovich (a.k.a. LUGOVOY, Andrey Konstantinovich (Cyrillic: ЛУГОВОЙ, Андрей Константинович)), Russia; DOB 19 Sep 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [MAGNIT] [RUSSIA-EO14024].

LUGOVOY, Andrey Konstantinovich (Cyrillic: ЛУГОВОЙ, Андрей Константинович) (a.k.a. LUGOVOI, Andrei Konstantinovich), Russia; DOB 19 Sep 1966; nationality Russia; Gender Male; Member of the State Duma of the Russian Federation (individual) [MAGNIT] [RUSSIA-EO14024].

LUHANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСЬКА НАРОДНА РЕСПУБЛІКА) (a.k.a. LUGANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСКАЯ НАРОДНАЯ РЕСПУБЛИКА); a.k.a. PEOPLE'S REPUBLIC OF LUHANSK), Luhansk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

LUI, Wai Ming (a.k.a. PAK, Bong Nam; a.k.a. PAK, Pong Nam; a.k.a. PAK, Pong-nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

LUIS A. HERNANDEZ Z Y CIA. S.C.S. (a.k.a. ASOCIACION TURISTICA INTERNACIONAL S.C.S.), Carrera 35 No. 53-53, Bogota, Colombia; NIT # 890325040-4 (Colombia) [SDNT].

LUKA, Hussam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUQA, Husam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LUKASHENKA, Alyaksandr Hryhoryavich (a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigoryevich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч) (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKO, Aleksander Grigoryevich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic:

официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Dzmitry (a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч) (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKA, Halina Radzivonawna (a.k.a. LUKASHENKO, Galina Rodionovna (Cyrillic: ЛУКАШЕНКО, Галина Родионовна)), Belarus; DOB 01 Jan 1955; nationality Belarus; Gender Female (individual) [BELARUS].

LUKASHENKA, Victor Aliaksandravich (a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKA, Viktar Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKA, Viktor Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a.

LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKO, Aleksander Grigorievich (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksandr Grigorievich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич) (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigoryevich; a.k.a. LUKASHENKO, Alexander Grigoryevich; a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Alexander Grigoryevich (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigorievich; a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexandr Grigorievich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31

1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Alexandr Grigorievich (a.k.a. LUKASHENKA, Alyaksandr Hryhoryavich; a.k.a. LUKASHENKA, Alyaksandr Ryhorovich (Cyrillic: ЛУКАШЭНКА, Аляксандр Рыгоравіч); a.k.a. LUKASHENKO, Aleksander Grigorievich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Aleksandr Grigorevich (Cyrillic: ЛУКАШЕНКО, Александр Григорьевич); a.k.a. LUKASHENKO, Alexander Grigoryevich), Official residence of the President of the Republic of Belarus Drozdiy, pr-d Drozdiy, 11, Minsk, Belarus (Cyrillic: официальная резиденция Президента Республики Беларусь Дрозды, пр-д Дрозды, 11, Минск, Belarus); 38 Karl Marx St., Minsk, Belarus; DOB 30 Aug 1954; alt. DOB 31 Aug 1954; POB Kopys, Vitebsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitri Aleksandrovich (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий) (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitry; a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitry (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий); a.k.a. LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович)), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Dmitry Aleksandrovich (Cyrillic: ЛУКАШЕНКО, Дмитрий Александрович) (a.k.a. LUKASHENKA, Dzmitry; a.k.a. LUKASHENKA, Dzmitry Aliaksandravich (Cyrillic: ЛУКАШЭНКА, Дзьмітрый Аляксандравіч); a.k.a. LUKASHENKO, Dmitri Aleksandrovich; a.k.a. LUKASHENKO, Dmitriy (Cyrillic: ЛУКАШЕНКО, Дмитрий; a.k.a. LUKASHENKO, Dmitry), Belarus; DOB 23 Mar 1980; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LUKASHENKO, Galina Rodionovna (Cyrillic: ЛУКАШЕНКО, Галина Родионовна) (a.k.a. LUKASHENKA, Halina Radzivonawna), Belarus; DOB 01 Jan 1955; nationality Belarus; Gender Female (individual) [BELARUS].

LUKASHENKO, Victor Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKO, Viktar Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktor Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHENKO, Viktor Aliaksandravich (a.k.a. LUKASHENKA, Victor Aliaksandravich; a.k.a. LUKASHENKA, Viktar Aliaksandravich; a.k.a. LUKASHENKA, Viktor Aliaksandravich; a.k.a. LUKASHENKO, Victor Aliaksandravich; a.k.a. LUKASHENKO, Viktar Aliaksandravich); DOB 1976; POB Mogilev, Belarus; Head of Presidential Guard; Also identified as National Security Advisor (individual) [BELARUS].

LUKASHEV, Aleksey Viktorovich, Russia; DOB 07 Nov 1990; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

LUKIC, Milan; DOB 06 Sep 1967; POB Foca, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

LUKIC, Sredoje; DOB 05 Apr 1961; POB Visegrad, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

LUKIC, Sreten; DOB 28 Mar 1955; POB Visegrad municipality, Bosnia and Herzegovina (individual) [BALKANS].

LUKIN, Sergei (a.k.a. LUKIN, Sergey Nikolaevich (Cyrillic: ЛУКИН, Сергей Николаевич)), Russia; DOB 07 Jul 1954; POB Perlevka, Semiluksky District, Voronezh Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LUKIN, Sergei Anatolevich (a.k.a. LUKIN, Sergey Anatolyevich), Russia; DOB 17 Sep 1983; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 710606343114 (Russia) (individual) [RUSSIA-EO14024].

LUKIN, Sergey Anatolyevich (a.k.a. LUKIN, Sergei Anatolevich), Russia; DOB 17 Sep 1983; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 710606343114 (Russia) (individual) [RUSSIA-EO14024].

LUKIN, Sergey Nikolaevich (Cyrillic: ЛУКИН, Сергей Николаевич) (a.k.a. LUKIN, Sergei), Russia; DOB 07 Jul 1954; POB Perlevka, Semiluksky District, Voronezh Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LUKOVIC, Milorad Ulemek (a.k.a. "LEGIJA"); DOB 15 Mar 1968; POB Belgrade, Serbia and Montenegro (individual) [BALKANS].

LUKWANG, Okot (a.k.a. LOKWANG, Okot; a.k.a. LUKWENG, Okot; a.k.a. LUKWONG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual)

[CAR] (Linked To: LORD'S RESISTANCE ARMY).

LUKWENG, Okot (a.k.a. LOKWANG, Okot; a.k.a. LUKWANG, Okot; a.k.a. LUKWONG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LUKWONG, Okot (a.k.a. LOKWANG, Okot; a.k.a. LUKWANG, Okot; a.k.a. LUKWENG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LUKYANENKO, Valerii Vasilyevich (Cyrillic: ЛУКЬЯНЕНКО, Валерий Васильевич) (a.k.a. LUKYANENKO, Valery), Russia; DOB 1955; POB Novosibirsk Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

LUKYANENKO, Valery (a.k.a. LUKYANENKO, Valerii Vasilyevich (Cyrillic: ЛУКЬЯНЕНКО, Валерий Васильевич)), Russia; DOB 1955; POB Novosibirsk Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

LULAH, Ziyad Ramadan, Syria; DOB 01 Jan 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

LUMBER MARINE SA, Office OT 17-32, 17th Floor, Office Tower, Central Park Towers, Dubai, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Identification Number IMO 5463420 [RUSSIA-EO14024].

LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES) (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART

PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

LUMINOR LOGISTICS (a.k.a. LUMINOR OY), Hakintie 7A, Vantaa, Uusimaa 01380, Finland; Organization Established Date 01 Dec 2015; Tax ID No. 2725693-8 (Finland) [RUSSIA-EO14024] (Linked To: TEMIN, Gabriel).

LUMINOR OY (a.k.a. LUMINOR LOGISTICS), Hakintie 7A, Vantaa, Uusimaa 01380, Finland; Organization Established Date 01 Dec 2015; Tax ID No. 2725693-8 (Finland) [RUSSIA-EO14024] (Linked To: TEMIN, Gabriel).

LUMISA, Muhamad (a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

LUMISA, Muhammed (a.k.a. LUMISA, Muhamad; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

LUNA MEZA, Osiris (a.k.a. LUNA, Osiris), San Salvador, El Salvador; DOB 08 Feb 1989; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport A04056212 (El Salvador) expires 11 Aug 2020; National ID No. 040562123 (El Salvador) (individual) [GLOMAG].

LUNA, Osiris (a.k.a. LUNA MEZA, Osiris), San Salvador, El Salvador; DOB 08 Feb 1989; POB San Salvador, El Salvador; nationality El

Salvador; Gender Male; Passport A04056212 (El Salvador) expires 11 Aug 2020; National ID No. 040562123 (El Salvador) (individual) [GLOMAG].

LUO, Chuanxu, China; DOB 15 Jan 1986; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National Foreign ID Number 210621198601152385 (China); Financial Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

LUO, Huining (Chinese Simplified: 骆惠宁; Chinese Traditional: 駱惠寧), Hong Kong; DOB 05 Oct 1954; POB Dangtu, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. 34010319541053558 (China); Director, Hong Kong Liaison Office (individual) [HK-EO13936].

LUQA, Husam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Hussam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LUQA, Hussam (a.k.a. LOUCA, Housam; a.k.a. LOUCA, Houssam; a.k.a. LOUCA, Husam; a.k.a. LOUCA, Hussam; a.k.a. LOUKA, Husam Muhammad (Arabic: حسام محمد لوقا); a.k.a. LOUKA, Hussam (Arabic: حسام لوقا); a.k.a. LUKA, Hussam; a.k.a. LUQA, Husam), Damascus, Syria; DOB 1964; POB Damascus, Syria; alt. POB Khanasser, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

LUQMAN, Abu (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a.

"HAROON"; a.k.a. "HARUN"; DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

LUQUIN RODRIGUEZ, Brayan Moises, Calle Mezquitan 194, Barrio Santa Maria, Puerto Vallarta, Jalisco 48325, Mexico; Las Palmas 35, Colonia Nuevo Vallarta, Jarretaderas, Nayarit, Mexico; DOB 06 Nov 1992; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. LURB921106HJCQDR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LUSH STYLE (a.k.a. JAFIELA BOUTIQUE, S.A. DE C.V.; a.k.a. LUSH STYLE BOUTIQUE), Av. Naciones Unidas 5131 Local 3, Colonia Jardines Universidad, Zapopan, Jalisco, Mexico; Plaza Punto Rio, Blvd. Enrique Sanchez Alonso #1980 Local 7, Desarrollo Tres Rios, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 95562 (Mexico) [SDNTK].

LUSH STYLE BOUTIQUE (a.k.a. JAFIELA BOUTIQUE, S.A. DE C.V.; a.k.a. LUSH STYLE), Av. Naciones Unidas 5131 Local 3, Colonia Jardines Universidad, Zapopan, Jalisco, Mexico; Plaza Punto Rio, Blvd. Enrique Sanchez Alonso #1980 Local 7, Desarrollo Tres Rios, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 95562 (Mexico) [SDNTK].

LUSHNIKOV, Alan Valerevich (a.k.a. LUSHNIKOV, Alan Valeryevich (Cyrillic: ЛУШНИКОВ, Алан Валерьевич)), Russia; DOB 10 Aug 1976; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 782509889604 (Russia) (individual) [RUSSIA-EO14024].

LUSHNIKOV, Alan Valeryevich (Cyrillic: ЛУШНИКОВ, Алан Валерьевич) (a.k.a. LUSHNIKOV, Alan Valerevich), Russia; DOB 10 Aug 1976; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 782509889604 (Russia) (individual) [RUSSIA-EO14024].

LUSHTAKU, Sami; DOB 20 Feb 1961; POB Srbica, Serbia and Montenegro (individual) [BALKANS].

LUSTRO INDUSTRY LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2929380 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

LUUMU, Nicolas (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil;

a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

LUZHANSKAYA, Anna Yuryevna, Russia; DOB 03 Jun 1983; nationality Russia; Gender Female; Passport 750275444 (Russia); Tax ID No. 773770174460 (Russia) (individual) [RUSSIA-EO14024].

LUZY TECHNOLOGIES LLC, 778 Boylston Street, Unit 6B, Boston, MA 02199, United States; DE, United States; File Number 7136973 (Delaware) (United States) [VENEZUELA-EO13850].

LVOVA-BELOVA, Maria Alexeyevna (Cyrillic: ЛЬВОВА-БЕЛОВА, Мария Алексеевна), Russia; DOB 25 Oct 1984; POB Penza, Russia; nationality Russia; Gender Female; Tax ID No. 583712612853 (Russia) (individual) [RUSSIA-EO14024].

LWIN, Thura San, Burma; DOB 17 Mar 1959; POB Yangon, Burma; Gender Male (individual) [GLOMAG].

LYABIKHOV, Roman Mikhaylovich (Cyrillic: ЛЯБИХОВ, Роман Михайлович), Russia; DOB 07 May 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LYAGIN, Roman (a.k.a. LIAGIN, Roman; a.k.a. LIAHIN, Roman; a.k.a. LYAHIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LYAHIN, Roman (a.k.a. LIAGIN, Roman; a.k.a. LIAHIN, Roman; a.k.a. LYAGIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LYASHENKO, Igor (Cyrillic: ЛЯШЕНКО, Игорь) (a.k.a. LIASHENKA, Ihar Vasilievich (Cyrillic: ЛЯШЭНКА, Ігар Васільевіч); a.k.a. LYASHENKO, Igor Vasilyevich (Cyrillic: ЛЯШЕНКО, Игорь Васильевич)), Belarus; DOB 05 Nov 1974; POB Ochamchire, Georgia; nationality Belarus; Gender Male (individual) [BELARUS].

LYASHENKO, Igor Vasilyevich (Cyrillic: ЛЯШЕНКО, Игорь Васильевич) (a.k.a. LIASHENKA, Ihar Vasilievich (Cyrillic: ЛЯШЭНКА, Ігар Васільевіч); a.k.a. LYASHENKO, Igor (Cyrillic: ЛЯШЕНКО, Игорь)), Belarus; DOB 05 Nov 1974; POB Ochamchire, Georgia; nationality Belarus; Gender Male (individual) [BELARUS].

LYONGAKSAN GENERAL TRADING CORPORATION (a.k.a. KOREA RYONBONG GENERAL CORPORATION; a.k.a. KOREA YONBONG GENERAL CORPORATION), Pot'onggang District, Pyongyang, Korea, North; Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

LYOTNY OTRYAD 224 (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. 224TH FLIGHT UNIT STATE COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

LYUBARSKIY, Roman Valeryevich (Cyrillic: ЛЮБАРСКИЙ, Роман Валерьевич), Russia; DOB 16 Jul 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LYUBIMOVA, Olga Borisovna (Cyrillic: ЛЮБИМОВА, Ольга Борисовна), Moscow, Russia; DOB 31 Dec 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 770406735144 (Russia) (individual) [RUSSIA-EO14024].

LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна (a.k.a. DESIATOVA, Natalia; a.k.a. DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА,

Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна); a.k.a. LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна) (a.k.a. DESIATOVA, Natalia; a.k.a. DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна); a.k.a. LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

M AND S TRADING (a.k.a. M AND S TRADING HK), Room 14F A, Success Industrial Building, No. 17 Sheung Hei St, San Po Kong, Kowloon, Hong Kong, China; Target Type Private Company; Registration Number 51875901000 (Hong Kong) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

M AND S TRADING HK (a.k.a. M AND S TRADING), Room 14F A, Success Industrial Building, No. 17 Sheung Hei St, San Po Kong, Kowloon, Hong Kong, China; Target Type Private Company; Registration Number 51875901000 (Hong Kong) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

M D S THMORDA S E Z CO., LTD. (a.k.a. MDS THMORDA SEZ), 10 AB, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019416 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

M FINANS (a.k.a. M-FINANCE LLC; a.k.a. M-FINANS, OOO (Cyrillic: ООО М-ФИНАНС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS'), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-

EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

M INVEST, OOO (Cyrillic: ООО М ИНВЕСТ), d. 76 korp. 4 litera A ofis N620, prospekt Obukhovskoi Oborony, St. Petersburg, Russia; Khartoum, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811636632 (Russia); Government Gazette Number 06513574 (Russia); Registration Number 1177847044066 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

M LEASING LLC, Baumanskaya Ul., D.7, Str. 1, Of. 301, Moscow 105005, Russia; Tax ID No. 9701173086 (Russia); Identification Number IMO 6246853 [RUSSIA-EO14024].

M V PROTSENKO PA START (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

M. BABAIE INDUSTRIES (a.k.a. SHAHID BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES COMPLEX; a.k.a. SHAHID BABAII INDUSTRIES CO.), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

M. D. S. IMPORT EXPORT CO., LTD. (a.k.a. MDS IMPORT EXPORT; a.k.a. MDS IMPORT EXPORT CO., LTD.), 10 AB, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Tax ID No. K005-105000833 (Cambodia); Company Number 00019488 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

M. MARINE S.A.L. OFFSHORE, Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1804696

(Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

M.A.T.S.A. S.A. DE C.V. (a.k.a. MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V.), Calle 2, Hangar 10, Lot 19, Aeropuerto Internacional de Toluca, Toluca, Mexico, Mexico; R.F.C. MAT-021004-B99 (Mexico) [SDNTK].

M.E.N.A. CRYSTAL SUGAR COMPANY (a.k.a. M.E.N.A. SUGAR COMPANY; a.k.a. MENA CRYSTAL SUGAR COMPANY LIMITED; a.k.a. MENA SUGAR COMPANY), Homs, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

M.E.N.A. SUGAR COMPANY (a.k.a. M.E.N.A. CRYSTAL SUGAR COMPANY; a.k.a. MENA CRYSTAL SUGAR COMPANY LIMITED; a.k.a. MENA SUGAR COMPANY), Homs, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

M.S.P.-KALA (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China;

Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

M.T.T. LTDA. (a.k.a. MAQUINARIA TECNICA Y TIERRAS LTDA.), Carrera 4A No. 16-04, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; NIT # 800084233-1 (Colombia) [SDNT].

M.V. FRUNZE ARSENAL DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO ARSENAL IMENI M.V. FRUNZE; a.k.a. AO KB ARSENAL), ul. Komsomola, D.1-3, Saint Petersburg 195009, Russia; Target Type State-Owned Enterprise; Tax ID No. 7804588900 (Russia); Government Gazette Number 06506278 (Russia); Registration Number 1177847042229 (Russia) [RUSSIA-EO14024].

M/S OSAMA KHAIRY HAFEZ TRADING EST. (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

M/S WELFARE & DEVELOPMENT ORGANIZATION (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN

PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

M/S. AL ZAROONI EXCHANGE (a.k.a. AL ZAROONI EXCHANGE; a.k.a. ALZROONI EXCHANGE), P.O. Box 116348, Dubai, United Arab Emirates; Near Florida Hotel, Building of Abdul Rahim Mohd. Ismail Badri, Al Sabkha Street, Naif Road, Deira, Dubai, United Arab Emirates; Sikhat Al Khail Road, Dubai, United Arab Emirates; Website www.alzarooniexchange.ae; C.R. No. 91715; Dubai Chamber of Commerce Membership No. 70103; RTN 823410101; License 535436 [TCO].

M23 (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. MARCH 23 MOVEMENT; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

MA GOLD TRADERS PTY LTD, 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4000, South Africa; P.O. Box 27, Westwood, KwaZulu-Natal 3633, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jan 2019; Tax ID No. 9263261233 (South Africa); Trade License No. 2019/032950/07 (South Africa); Enterprise Number K2019032950 (South Africa) [SDGT] (Linked To: AKBAR, Nufael).

MA, Xiaohong, China; DOB 15 Dec 1971; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport G31122619 (China) issued 02 Sep 2008 expires 01 Sep 2018; National Foreign ID Number 210603197112150023 (China); Director of Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

MA'ADEN-E ZOGHAL SANG SHARGH (a.k.a. SHARQ COALMINES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MA'ALIN, Mohamed Omar (a.k.a. HAJI, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MAAROUFI, Tarek Ben Habib Ben Al-Toumi; DOB 23 Nov 1965; POB Ghardimaou, Tunisia; alt. POB Ghar el-dimaa, Tunisia; nationality Tunisia; Passport E590976 (Tunisia) issued 19 Jun 1987 expires 18 Jun 1992 (individual) [SDGT].

MAATH ABDULLAH DAEL IMPORT AND EXPORT (a.k.a. DA'IL IMPORT AND EXPORT; a.k.a. MOAZ ABDULLA DAEL FOR IMPORT AND EXPORT (Arabic: معاذ عبدالله دائل للإستيراد والتصدير)), North 60th Street, Sana'a, Yemen; 50th Street, Hodeidah, Yemen; Tahrir Street, Hodeidah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Private Company [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAB TEMPBANK OAO (a.k.a. MOSCOW JOINT-STOCK BANK TEMPBANK OPEN JOINT-STOCK COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MOSKOVSKI AKTSIONERNY BANK TEMPBANK; a.k.a. TEMPBANK), 36/50 Lyusinovskaya ul., Moscow 115093, Russia; SWIFT/BIC TMJSRUMM; Website www.tempbank.ru; Email Address info@tempbank.ru; Registration ID 1027739270294 [SYRIA].

MABANZA, Myrna Adijul (a.k.a. MABANZA, Myrna Ajijul; a.k.a. MABANZA, Myrna Ajilul), Basilan Province, Philippines; Zamboanga City, Philippines; DOB 11 Jul 1991; nationality Philippines; Gender Female; Identification Number 73320881AG1191MAM20000; alt. Identification Number 200801087; alt. Identification Number 140000900032 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

MABANZA, Myrna Ajijul (a.k.a. MABANZA, Myrna Adijul; a.k.a. MABANZA, Myrna Ajilul), Basilan Province, Philippines; Zamboanga City, Philippines; DOB 11 Jul 1991; nationality Philippines; Gender Female; Identification Number 73320881AG1191MAM20000; alt. Identification Number 200801087; alt. Identification Number 140000900032 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

MABANZA, Myrna Ajilul (a.k.a. MABANZA, Myrna Adijul; a.k.a. MABANZA, Myrna Ajijul), Basilan Province, Philippines; Zamboanga City, Philippines; DOB 11 Jul 1991; nationality Philippines; Gender Female; Identification Number 73320881AG1191MAM20000; alt. Identification Number 200801087; alt. Identification Number 140000900032 (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

MABNA INSTITUTE, Mirdamad, Naft Jonubi, Taban Alley, Plaque 2/1, Unit 102, Tehran, Iran; East Shahid Hemmat Highway, North Emam Ali Highway, East Artesh Highway, Town of Qa'em, Banafsheh Street, Second Door, Plaque 2, Tehran, Iran; Ansariyeh Boulevard, 6th Bustan, Plaque 488, 4515736541, Zanjan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

MABRAK, Yazid (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf

Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

MABROOKA TRADING CO L.L.C. (a.k.a. MABROOKA TRADING COMPANY), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street, Next to Metropolitan Palace Hotel, Al Riqqa, Al Muraqqabat, Deira, Dubai, United Arab Emirates; P.O. Box 33634, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 500871 [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

MABROOKA TRADING COMPANY (a.k.a. MABROOKA TRADING CO L.L.C.), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street, Next to Metropolitan Palace Hotel, Al Riqqa, Al Muraqqabat, Deira, Dubai, United Arab Emirates; P.O. Box 33634, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 500871 [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

MACCLINTOCK, Yakoob (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT]

(Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MACHADO REQUENA, Marcos Javier, Caracas, Venezuela; DOB 18 Jun 1981; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-15334084 (Venezuela); Passport 093061892 (Venezuela) expires 15 Feb 2021 (individual) [VENEZUELA] (Linked To: EX-CLE SOLUCIONES BIOMETRICAS C.A.).

MACHADO TORRES, Ernesto, Mexico; DOB 15 Apr 1984; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MATE840415HSLCRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MACHANGA LTD., Kampala, Uganda [DRCONGO].

MACHERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MACHINE GROUP LTD (a.k.a. LIMITED TRADE DEVELOPMENT MACHINE GROUP; a.k.a. "MACHINEGROUP"), Ul. Troitskaya D. 9, K. 1, Pomeshch. 1/1, Moscow 129090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722854163 (Russia); Registration Number 5147746023640 (Russia) [RUSSIA-EO14024].

MACHINE PARDAZAN CO. (a.k.a. MACHINE PARDAZAN CO. LTD.; a.k.a. MACHINE PARDAZAN LTD.), Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Km 12 Karadj Special Rd., North Chitgar, Rajaii Ave., Number 1, Tehran, Iran; No. 7, Daftari Ave., Zafar St., Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MACHINE PARDAZAN CO. LTD. (a.k.a. MACHINE PARDAZAN CO.; a.k.a. MACHINE PARDAZAN LTD.), Number 39, Alvand St., 1st

Floor, Argentine Square, Tehran, Iran; Km 12 Karadj Special Rd., North Chitgar, Rajaii Ave., Number 1, Tehran, Iran; No. 7, Daftari Ave., Zafar St., Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MACHINE PARDAZAN LTD. (a.k.a. MACHINE PARDAZAN CO.; a.k.a. MACHINE PARDAZAN CO. LTD.), Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Km 12 Karadj Special Rd., North Chitgar, Rajaii Ave., Number 1, Tehran, Iran; No. 7, Daftari Ave., Zafar St., Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MACHINE SAZI ARAK CO. LTD. (a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. MASHIN SAZI ARAK; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MACHINE SAZI ARAK COMPANY P J S C (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. MASHIN SAZI ARAK; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MACHINE SAZI ARAK SSA (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MASHIN SAZI ARAK; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MACIAS TREVIZO, Ernesto Alonso, Mexico; DOB 07 Feb 1996; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. MATE960207HCHCRR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MACIAS VILLAMAR, Jose Adolfo (a.k.a. "Fito"), Ecuador; DOB 30 Sep 1979; POB Santa Ana, Manabi, Ecuador; nationality Ecuador; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

MACPAR MAKINA (a.k.a. MACPAR MAKINA SAN VE TIC A.S.; a.k.a. "MAKPA"), Sehidler Caddesi No: 79/2 Tuzla, Istanbul 34940,

Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Istanbul Chamber of Comm. No. 537070 (Turkey) [NPWMD] [IFSR].

MACPAR MAKINA SAN VE TIC A.S. (a.k.a. MACPAR MAKINA; a.k.a. "MAKPA"), Sehidler Caddesi No: 79/2 Tuzla, Istanbul 34940, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Istanbul Chamber of Comm. No. 537070 (Turkey) [NPWMD] [IFSR].

MACRO EMS LTD (a.k.a. OOO MAKRO EMS), Ul. Sveaborgskaya D.12, Lit. A, Saint Petersburg 196105, Russia; Tax ID No. 7810895610 (Russia); Registration Number 1129847011150 (Russia) [RUSSIA-EO14024].

MACRO TEAM LTD (a.k.a. MAKRO TIM LIMITED LIABILITY COMPANY (Cyrillic: МАКРО ТИМ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), Prospekt Zelenyi, 2, Moscow 111141, Russia; Tax ID No. 7720134018 (Russia); Registration Number 1027739020759 (Russia) [RUSSIA-EO14024].

MACROOPTICA LTD (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY MAKROOPTIKA; a.k.a. NPK MAKROOPTIKA LLC), Proezd Yablochkova D. 5, Str. 47, Floor/Kom 2/2.5, Ryazan 390023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7727768951 (Russia); Registration Number 5117746039439 (Russia) [RUSSIA-EO14024].

MAD KANDALU COMPANY (a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. MADKANDALOU COMPANY; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAD KANDALU SHIPBUILDING COOPERATIVE (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. MADKANDALOU COMPANY; a.k.a. QESHM MADKANDALOO SHIPBUILDING

COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAD KANDALU SHIPBUILDING COOPERATIVE QESHM (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MADKANDALOU COMPANY; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MADAEV, Lova (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MADAEV, Murad (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MADA'IN NOVIN TRADERS (Arabic: شرکت سهامی مادان نوین متاجر خاص) (a.k.a. MATAJER NOVIN MADA'EN COMPANY), Lashgarak Road, Artesh Highway, Shahid Hossein Arab Halavasi Street, No. 11, Ground Floor, Tehran 1955633311, Iran; Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 515671 (Iran) [SDGT] [IFSR] (Linked To: SABURINEZHAD, Hasan).

MADANIPOUR, Mahmoud, 93 Chiltern Road, Sutton, SM2 5QZ, Surry, United Kingdom; Iran;

DOB 19 Jul 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y42996343 (Iran) expires 10 Oct 2022 (individual) [SDGT] [IFSR] (Linked To: MOBIN INTERNATIONAL LIMITED).

MADAYEV, Murad Akhmadovich (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MADHI, Shahriyar, Iran; DOB 21 Mar 1993; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MADINA AT TAUHEED WAU MUJAHEDEEN (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

MADKANDALOU COMPANY (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to

Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MADRASA TALEEMUL QURAN WAL HADITH (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

MADRASA TALEEMUL QURAN WAL SUNNAH (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

MADRASSA JAMIA AL-ASRIA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

MADRASSA TALIM QURAN USONA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL

JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

MADRID FRANCO, Cecilia, Calle 3 sur No. 53-90, Medellin, Colombia; DOB 31 Mar 1962; nationality Colombia; citizen Colombia; Cedula No. 31885071 (Colombia); Passport AJ525603 (Colombia) (individual) [SDNT].

MADURO GUERRA, Nicolas Ernesto (Latin: MADURO GUERRA, Nicolás Ernesto), Caracas, Capital District, Venezuela; DOB 21 Jun 1990; Gender Male; Cedula No. 19398759 (Venezuela) (individual) [VENEZUELA].

MADURO MOROS, Nicolas (Latin: MADURO MOROS, Nicolás), Caracas, Capital District, Venezuela; DOB 23 Nov 1962; POB Caracas, Venezuela; citizen Venezuela; Gender Male; Cedula No. 5892464 (Venezuela); President of the Bolivarian Republic of Venezuela (individual) [VENEZUELA] [IRAN-CON-ARMS-EO].

MADYVA (a.k.a. DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V.), Fco. Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. Luis Encinas 581, Esquina Alberto Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. DHG900717NV3 (Mexico) [SDNTK].

MADYVA (a.k.a. GRUPO INDUSTRIAL GAXIOLA; a.k.a. GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V.), Calle del Oro, Esq. Vinedo, Colonia Parque Industrial, Hermosillo, Sonora 83299, Mexico; Luis Encinas y Alberto Truqui, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. GIG910522BR8 (Mexico) [SDNTK].

MAE SAI K.D.P. COMPANY LTD. (a.k.a. BORISAT MAE SAI KHE. DI. PHI. CHAMKAT; a.k.a. MAESAI K.D.P. COMPANY LTD.), 4 Mu

1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

MAESAI K.D.P. COMPANY LTD. (a.k.a. BORISAT MAE SAI KHE. DI. PHI. CHAMKAT; a.k.a. MAE SAI K.D.P. COMPANY LTD.), 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

MAFTAH, Elmobruk (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

MAGANA ALCIDES, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. EL MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MAGANA, Jorge (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N,

Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

MAGELLANIC PHOENIX MARINE AND TRADING LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Nov 2020; Company Number 2993979 (Hong Kong) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

MAGHAM, Mohammad; DOB 16 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport H22452336 (Iran) (individual) [NPWMD] [IFSR].

MAGHSOUDI, Hasan Fazli (a.k.a. MAGHSOUDI, Hassan Fazli), Iran; DOB 21 Sep 1984; POB Nur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y35787473 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAGHSOUDI, Hassan Fazli (a.k.a. MAGHSOUDI, Hasan Fazli), Iran; DOB 21 Sep 1984; POB Nur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y35787473 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAGLES SHOURA AL-MUJAHDDIN (a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MAGNA ALCIDEDES, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a.

GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MAGNETON JOINT STOCK COMPANY, Ul. Kurchatova D. 9, Saint Petersburg 194223, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802053803 (Russia); Registration Number 1027801538610 (Russia) [RUSSIA-EO14024].

MAGNISERVIA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 10 Jun 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 16557 (Mexico) [ILLICIT-DRUGS-EO14059].

MAGNITOGORSK IRON & STEEL WORKS (a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. MMK PAO; f.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

MAGNITOGORSK IRON AND STEEL WORKS PJSC (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MMK PAO; f.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО

МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

MAGOMEDOV, Magomedsalam Magomedaliyevich (Cyrillic: МАГОМЕДОВ, Магомедсалам Магомедалиевич), Moscow, Russia; DOB 01 Jun 1964; POB Levashi, Dagestan Republic, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

MAGUS HOLDING II, CORP., 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 140 Paloma Drive, Coral Gables, FL 33143, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

MAGUS HOLDING LLC, 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

MAGUS HOLDINGS USA, CORP., 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

MAHAB GHODSS CONSULTING ENGINEERING CO. (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING COMPANY; a.k.a. MAHAB GHODSS CONSULTING ENGINEERS SSK; a.k.a. MAHAB QODS ENGINEERING CONSULTING CO.), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAB GHODSS CONSULTING ENGINEERING COMPANY (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING CO.; a.k.a. MAHAB GHODSS CONSULTING ENGINEERS SSK; a.k.a. MAHAB QODS ENGINEERING CONSULTING CO.), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAB GHODSS CONSULTING ENGINEERS SSK (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING CO.; a.k.a. MAHAB GHODSS CONSULTING ENGINEERING COMPANY; a.k.a. MAHAB QODS ENGINEERING CONSULTING CO.), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAB QODS ENGINEERING CONSULTING CO. (a.k.a. MAHAB GHODSS CONSULTING ENGINEERING CO.; a.k.a. MAHAB GHODSS CONSULTING ENGINEERING COMPANY; a.k.a. MAHAB GHODSS CONSULTING ENGINEERS SSK), No. 17, Dastgerdy Avenue, Takharestan Alley, 19395-6875, Tehran 1918781185, Iran; 16 Takharestan Alley, Dastgerdy Avenue, P.O. Box 19395-6875, Tehran 19187 81185, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 48962 (Iran) issued 1983; all offices worldwide [IRAN].

MAHAK RAYAN AFRAZ (a.k.a. DEHKADEH TELECOMMUNICATION AND SECURITY COMPANY; a.k.a. MEHRSAM ANDISHEH SAZ NIK), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14009946460 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MAHALA, Muhammad (a.k.a. MAHALLA, Muhammad Mahmud), Syria; DOB 04 Jun 1959; Gender Male; Major General, Director of Syrian Military Intelligence (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MAHALLA, Muhammad Mahmud (a.k.a. MAHALA, Muhammad), Syria; DOB 04 Jun 1959; Gender Male; Major General, Director of Syrian Military Intelligence (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MAHAMANT, Ali Darassa (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB

Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

MAHAMAT, Ali Darassa (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

MAHAMED, Hassan Abdirahman, Helsinki, Finland; DOB 23 May 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HALEEL COMMODITIES L.L.C.).

MAHAMED, Mostafa (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

MAHAMMAD, Kayiira (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MAHAMOUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MAHMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود) (a.k.a. MAHMOUD, Abdi Naser; a.k.a. MAHMUD, Abdi Nasir Ali; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Passport 548347810 (United Kingdom) expires 20 Jan 2029 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHAN AIR (a.k.a. MAHAN AIR CO.), No. 21, Mahan Air Tower, Azadegan Street, Jenah Expressway, Beginning of Sheykh Fazlollah Exp. Way, First of Karaj High Way, Tehran, Tehran 1481655761, Iran; Mahan Air Tower, 21st Floor, Azadeghan Street, Karaj Highway, P.O. Box 14515-411, Tehran, Tehran, Iran; Mahan Air Tower, Azadegan St., Karaj Highway, P.O. Box 411-14515, Tehran, Tehran 1481655761, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR].

MAHAN AIR CO. (a.k.a. MAHAN AIR), No. 21, Mahan Air Tower, Azadegan Street, Jenah Expressway, Beginning of Sheykh Fazlollah Exp. Way, First of Karaj High Way, Tehran, Tehran 1481655761, Iran; Mahan Air Tower, 21st Floor, Azadeghan Street, Karaj Highway, P.O. Box 14515-411, Tehran, Tehran, Iran; Mahan Air Tower, Azadegan St., Karaj Highway, P.O. Box 411-14515, Tehran, Tehran 1481655761, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR].

MAHAN TRAVEL (a.k.a. MAHAN TRAVEL AND TOURISM SDN BHD; a.k.a. MIHAN TRAVEL & TOURISM SDN BHD), No.01, Lower Ground Floor, Block C, NO:12 Megan Avenue2, Jalan Yap, Kwan Seng, Kuala Lumpur, Malaysia; Website http://mahantravel.com.my; Email Address mahankualalumpur@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 875233-U (Malaysia) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MAHAN TRAVEL AND TOURISM SDN BHD (a.k.a. MAHAN TRAVEL; a.k.a. MIHAN TRAVEL & TOURISM SDN BHD), No.01, Lower Ground Floor, Block C, NO:12 Megan Avenue2, Jalan Yap, Kwan Seng, Kuala Lumpur, Malaysia; Website http://mahantravel.com.my; Email Address mahankualalumpur@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 875233-U (Malaysia) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MAHAR, Ayad Miuhammed (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI,

Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu") DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAHAR, Ayad Muhammad (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mahal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu") DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAHAZAR, Maulawi Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAHDAVI, Amin, Number 1304 Bahar2 JBR, Dubai 44439, United Arab Emirates; DOB 12 Feb 1967; POB Mashad, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR].

MAHDAVI, Moein (a.k.a. MAHDAVI, Mo'in (Arabic: معین مهدوی)), Iran; DOB 28 May 1997; POB Kermanshah, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3241787281 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

MAHDAVI, Mo'in (Arabic: معین مهدوی) (a.k.a. MAHDAVI, Moein), Iran; DOB 28 May 1997; POB Kermanshah, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3241787281 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

MAHDAVI, Reza (a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

MAHDAWI, Hasan (a.k.a. MAHDAVI, Reza; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

MAHDI, Adil Abdallah; DOB 1945; POB al-Dur, Iraq; Ba'th party regional command chairman, Dhi-Qar (individual) [IRAQ2].

MAHDI, Ja'far Salih (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

MAHER TRADING AND CONSTRUCTION COMPANY (a.k.a. MAHER TRADING AND ENGINEERING; a.k.a. "MAHER COMPANY"), Concord building, 7th floor, Verdan, Beirut, Lebanon; Harik Harik, on the street near al-Husnayn Mosque, Malik bin Qazzam, 5th floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

MAHER TRADING AND ENGINEERING (a.k.a. MAHER TRADING AND CONSTRUCTION COMPANY; a.k.a. "MAHER COMPANY"), Concord building, 7th floor, Verdan, Beirut, Lebanon; Harik Harik, on the street near al-Husnayn Mosque, Malik bin Qazzam, 5th floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

MAHERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a.

MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MAHFUD, Farhan, Syria; DOB 11 Sep 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MAHLERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MAHLERBE, Polo (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MAHMOOD, Aqsa (a.k.a. LAYTH, Umm), Raqqa, Syria; DOB 11 May 1994; POB Glasgow, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 720134834 (United Kingdom) issued 27 Jun 2012 expires 27 Jun 2022; National ID No. 3520162676986 (Pakistan) (individual) [SDGT].

MAHMOOD, Fariduddin (a.k.a. MAHMOOD, Maulvi Fariduddin; a.k.a. MAHMOUD, Sheikh Farid-ud-Den; a.k.a. MAHMUD, Mawlawi Fariduddin), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMOOD, Maulvi Fariduddin (a.k.a. MAHMOOD, Fariduddin; a.k.a. MAHMOUD, Sheikh Farid-ud-Den; a.k.a. MAHMUD, Mawlawi Fariduddin), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMOOD, Mehri (a.k.a. MEHRI, Mahmoud), Iran; DOB 19 Sep 1985; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F49959213 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAHMOOD, Shahid (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MEHMOOD, Shaheed; a.k.a. MEHMOUD, Shahid; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MAHMOOD, Sultan Bashiruddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan (individual) [SDGT].

MAHMOOD, Sultan Bashir-Ud-Din (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan (individual) [SDGT].

MAHMOODI, Asghar (a.k.a. MAHMOUDI, Asghar (Arabic: اصغر محمودی)), Iran; DOB 05 Jul 1964; POB Kaleybar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5198918954 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

MAHMOODZADEH, Yahya, Iran; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0046206310 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MAHMOUD, Abdi Naser (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMUD, Abdi Nasir Ali; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 548347810 (United Kingdom) expires 20 Jan 2029 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHMOUD, Ali Habib (a.k.a. HABIB, Ali; a.k.a. MAHMOUD, Ali Muhammad Habib; a.k.a. MAHMUD, Ali Habib); DOB 1939; POB Tartous, Syria; Lieutenant General, Minister of Defense (individual) [SYRIA].

MAHMOUD, Ali Muhammad Habib (a.k.a. HABIB, Ali; a.k.a. MAHMOUD, Ali Habib; a.k.a. MAHMUD, Ali Habib); DOB 1939; POB Tartous, Syria; Lieutenant General, Minister of Defense (individual) [SYRIA].

MAHMOUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MAHMOUD, Col. Abdel Hamid (a.k.a. AL-TIKRITI, Abid Hamed Mahmud; a.k.a. HAMMUD, Abed Mahmoud; a.k.a. MAHMUD, Abid Hamid bid Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

MAHMOUD, Sheikh Farid-ud-Den (a.k.a. MAHMOOD, Fariduddin; a.k.a. MAHMOOD, Maulvi Fariduddin; a.k.a. MAHMUD, Mawlawi Fariduddin), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMOUDI, Asghar (Arabic: اصغر محمودی) (a.k.a. MAHMOODI, Asghar), Iran; DOB 05 Jul 1964; POB Kaleybar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5198918954 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

MAHMOUDI, Gholam Reza (a.k.a. MAHMOUDI, Gholamreza; a.k.a. MAHMOUDI, Ghulam Reza Khodrat; a.k.a. MAHMUDI, Qolam Reza); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMOUDI, Gholamreza (a.k.a. MAHMOUDI, Gholam Reza; a.k.a. MAHMOUDI, Ghulam Reza Khodrat; a.k.a. MAHMUDI, Qolam Reza); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMOUDI, Ghulam Reza Khodrat (a.k.a. MAHMOUDI, Gholam Reza; a.k.a. MAHMOUDI, Gholamreza; a.k.a. MAHMUDI, Qolam Reza); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMOUDI, Mohammad (a.k.a. MAHMOUDI, Mohammed), Iran; DOB 14 Apr 1987; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAHMOUDI, Mohammed (a.k.a. MAHMOUDI, Mohammad), Iran; DOB 14 Apr 1987; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MAHMUD, Abdi Nasir Ali (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMOUD, Abdi Naser; a.k.a. MUHAMMAD, 'Abd-al-Nasir 'Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 548347810 (United Kingdom) expires 20 Jan 2029 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MAHMUD, Abid Hamid bid Hamid (a.k.a. AL-TIKRITI, Abid Hamid Mahmud; a.k.a. HAMMUD, Abed Mahmoud; a.k.a. MAHMOUD, Col. Abdel Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

MAHMUD, Ali Habib (a.k.a. HABIB, Ali; a.k.a. MAHMOUD, Ali Habib; a.k.a. MAHMOUD, Ali Muhammad Habib); DOB 1939; POB Tartous, Syria; Lieutenant General, Minister of Defense (individual) [SYRIA].

MAHMUD, Khalid (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

MAHMUD, Mawlawi Fariduddin (a.k.a. MAHMOOD, Fariduddin; a.k.a. MAHMOOD, Maulvi Fariduddin; a.k.a. MAHMOUD, Sheikh Farid-ud-Den), Afghanistan; DOB 1952; POB Sharana, Paktika Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

MAHMUD, Usama (a.k.a. MEHMOOD, Osama; a.k.a. "Abu Zar"; a.k.a. "Atta Ullah"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MAHMUDI, Baghdadi (a.k.a. AL BAGHDADI, Ali Al-Mahmoudi); DOB 1950; POB Al Jamil, Libya; Prime Minister (individual) [LIBYA2].

MAHMUDI, Qolam Reza (a.k.a. MAHMOUDI, Gholam Reza; a.k.a. MAHMOUDI, Gholamreza; a.k.a. MAHMOUDI, Ghulam Reza Khodrat); DOB 03 Feb 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5659068 (individual) [SDGT] [IFSR].

MAHMUDOV, Jahangir Iskandarovich (a.k.a. MAKHMUDOV, Dzhakhangir Iskandarovich), Russia; DOB 15 Jan 1987; nationality Russia; Gender Male; Tax ID No. 770201595400 (Russia) (individual) [RUSSIA-EO14024].

MAHMUT GOK SKIES PETROLEUM DIS TICARET, Esentepe MH. Keskin, Kalem SK., No: 17/2, Sisli, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Jan 2019; Chamber of Commerce Number 1167239 (Turkey); Registration Number 177454-5 (Turkey) [NPWMD] [IFSR] (Linked To: GOK, Mahmut).

MAHRI, Mohamed Ben Ahmed (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"),

Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

MAHROUS GROUP (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS TRADING ESTABLISHMENT (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS TRADING FZE (a.k.a. MAHRUS TRADING FZE), P.O. Box 16111, Ras Al Khaimah, United Arab Emirates [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS TRADING INSTITUTE (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS, Iyad (a.k.a. MAHRUS, Iyad Mohammad Esam; a.k.a. MAHRUS, Iyad); DOB 12 May 1971; nationality Syria; Passport N006478882 (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHROUS, Iyad Mohammad Esam (a.k.a. MAHROUS, Iyad; a.k.a. MAHRUS, Iyad); DOB 12 May 1971; nationality Syria; Passport N006478882 (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS GROUP (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria

[NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS TRADING ESTABLISHMENT (a.k.a. AL MAHRUS GROUP TRADING COMPANY; a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS TRADING FZE (a.k.a. MAHROUS TRADING FZE), P.O. Box 16111, Ras Al Khaimah, United Arab Emirates [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHRUS, Iyad (a.k.a. MAHROUS, Iyad; a.k.a. MAHROUS, Iyad Mohammad Esam); DOB 12 May 1971; nationality Syria; Passport N006478882 (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

MAHSHAHR SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ (ماهشهر) (a.k.a. SIMORGH PETROCHEMICAL COMPANY (Arabic: (شرکت پتروشیمی سیمرغ)), Lower Level 1, No. 21, 23 Shahid Ahmad Nasifi Street, Sa'adat Abad Street, Neighborhood Dariya, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Mar 2010; National ID No. 10320204241 (Iran); Business Registration Number 369795 (Iran) [IRAN-EO13846] (Linked To: AMIR KABIR PETROCHEMICAL COMPANY).

MAHSOULI, Sadeq (a.k.a. MAHSULI, Sadeq); DOB 1959; POB Orumieh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Welfare and Social Security; Former Minister of the Interior and Deputy Commander-in-Chief of the Armed Forces for Law Enforcement (individual) [IRAN-HR].

MAHSUD, Abdul Aziz (a.k.a. ABBASIN, Abdul Aziz); DOB 1969; POB Sheykhan Village, Pirkowti Area, Orgun District, Paktika Province, Afghanistan (individual) [SDGT].

MAHSULI, Sadeq (a.k.a. MAHSOULI, Sadeq); DOB 1959; POB Orumieh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Welfare and Social Security; Former Minister of the Interior and Deputy Commander-in-Chief of the Armed

Forces for Law Enforcement (individual) [IRAN-HR].

MAHYUB, Qusay (a.k.a. MIHOUB, Qusay); DOB 1960; Brigadier General (individual) [SYRIA].

MAIDANOV, Denis (Cyrillic: МАЙДАНОВ, Денис), Russia; DOB 17 Feb 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAIMAITI, Maimaiming (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

MAIMAITI, Maiumaitimin (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaiming; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

MAIMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-

M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MAIN COMPUTATION CENTER OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION (Cyrillic: ГЛАВНЫЙ ВЫЧИСЛИТЕЛЬНЫЙ ЦЕНТР ГЕНЕРАЛЬНОГО ШТАБА ВООРУЖЕННЫХ СИЛ РОССИЙСКОЙ ФЕДЕРАЦИИ) (a.k.a. "GVC" (Cyrillic: "ГВЦ")), 19 Znamenka St., Moscow 119019, Russia; 1 Admiralteyskiy Drive, St. Petersburg 190195, Russia [RUSSIA-EO14024].

MAIN DIRECTORATE FOR COMBATING ORGANIZED CRIME AND CORRUPTION OF THE MVD OF THE REPUBLIC OF BELARUS (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ПО БОРЬБЕ С ОРГАНИЗОВАННОЙ ПРЕСТУПНОСТЬЮ И КОРРУПЦИЕЙ МВД РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. GUBOPIK (Cyrillic: ГУБОПИК)), ul. Revolyutsionnaya, 3, Minsk, Belarus; Organization Established Date 28 Mar 1991; Target Type Government Entity [BELARUS].

MAIN DIRECTORATE OF DEEP SEA RESEARCH (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 40056; a.k.a. GLAVNOYE UPRAVLENIE GLUBOKOVODSK ISSLEDOVANII; a.k.a. "GUGI"), 26A Onezhskaya Str., Moscow 125413, Russia; Organization Established Date 08 Dec 2009; Tax ID No. 7443763446 (Russia) [RUSSIA-EO14024].

MAIN DIRECTORATE OF THE GENERAL STAFF (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. GRU; a.k.a. MAIN INTELLIGENCE DEPARTMENT; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Target Type

Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

MAIN INTELLIGENCE DEPARTMENT (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. GRU; a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

MAIN INTELLIGENCE DIRECTORATE (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. GRU; a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DEPARTMENT), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА) (a.k.a. GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA; a.k.a. MINSK GUVD (Cyrillic: ГУВД МИНСК); a.k.a. THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

MAIN STREET 1095 PROPRIETARY LIMITED (a.k.a. MAIN STREET 1095 PTY LTD; a.k.a. "MAIN STREET 1095"), 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.

Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number K2012219285 (South Africa) [IRAN-EO13846].

MAIN STREET 1095 PTY LTD (a.k.a. MAIN STREET 1095 PROPRIETARY LIMITED; a.k.a. "MAIN STREET 1095"), 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number K2012219285 (South Africa) [IRAN-EO13846].

MAINBOX LIMITED LIABILITY COMPANY (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

MAINOK, Abor (a.k.a. AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali; a.k.a. AL-MINUKI, Abu-Bilal; a.k.a. MAINOK, Abubakar), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAINOK, Abubakar (a.k.a. AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali; a.k.a. AL-MINUKI, Abu-Bilal; a.k.a. MAINOK, Abor), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MAINPHARMA (a.k.a. MEENPHARMA), Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

MAIWAND BEVERAGES LIMITED, S-439, Greater Kailash Part II, New Delhi 110048, India; Company Number U51900DL2012PLC23061 (India); alt. Company Number U51900DL2012PLC230619 (India) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAIWAND EXIM PRIVATE LIMITED, F-1129, Chitranjan Park, New Delhi 110019, India; Company Number U51909DL2006PTC14620 (India); alt. Company Number U51909DL2006PTC146202 (India) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAIWAND GENERAL TRADING CO LLC, API Building, 2nd Floor, Suite 202, Deira, Dubai, United Arab Emirates; Business Registration Number 229172 (United Arab Emirates) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAIWAND TOBACCO LIMITED, E-70 1st Floor Greater Kailash Part II, New Delhi 110048, India; Company Number UI6003DL2005PLC140650 (India); alt. Company Number U16003DL200PLC140650 (India) [SDNTK] (Linked To: HAKIMZADA, Jasmeet; Linked To: HAKIMZADA, Harmohan Singh).

MAJEED RAMADAN AL SINDI, Murtadha (a.k.a. MAJEED RAMADHAN AL-SINDI, Murtadha; a.k.a. MAJID AL-SANADI, Mortada; a.k.a. MURTADHA MAJEED RAMADHAN ALAWI, Alsayed), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Passport 1986450 (Bahrain) (individual) [SDGT].

MAJEED RAMADHAN AL-SINDI, Murtadha (a.k.a. MAJEED RAMADAN AL SINDI,

Murtadha; a.k.a. MAJID AL-SANADI, Mortada; a.k.a. MURTADHA MAJEED RAMADHAN ALAWI, Alsayed), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Passport 1986450 (Bahrain) (individual) [SDGT].

MAJEED, Abdul (a.k.a. MAJEED, Chaudhry Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistan (individual) [SDGT].

MAJEED, Chaudhry Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistan (individual) [SDGT].

MAJEED, Sajid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MAJELIS MUJAHIDIN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

MAJELIS MUJAHIDIN INDONESIA (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

MAJID AL-SANADI, Mortada (a.k.a. MAJEED RAMADAN AL SINDI, Murtadha; a.k.a. MAJEED RAMADHAN AL-SINDI, Murtadha; a.k.a. MURTADHA MAJEED RAMADHAN ALAWI, Alsayed), Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Passport 1986450 (Bahrain) (individual) [SDGT].

MAJID, Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJEED, Chaudhry Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistan (individual) [SDGT].

MAJID, Hafiz Abdul (a.k.a. "MAJID, Hafiz"), Pakistan; DOB 1972; alt. DOB 1973; alt. DOB 1971; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

MAJID, Sajid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MAJID, Sajjid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MAJID, Vahid (Arabic: وحید مجید) (a.k.a. MAJID, Vahid Mohammad Naser), Tehran, Iran; DOB 15 Aug 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3874409929 (Iran); Second Brigadier General (individual) [IRAN-TRA] (Linked To: IRANIAN CYBER POLICE).

MAJID, Vahid Mohammad Naser (a.k.a. MAJID, Vahid (Arabic: وحید مجید)), Tehran, Iran; DOB 15 Aug 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3874409929 (Iran); Second Brigadier General (individual) [IRAN-TRA] (Linked To: IRANIAN CYBER POLICE).

MAJIDI, Mazaher (Arabic: مظاهر مجیدی), No 36, Shaqayeq St, Qahreman St, E'temadieh Street, Hamedan, Iran; DOB 26 May 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K30861618 (Iran); National ID No. 3872316141 (Iran); Birth Certificate Number 3277 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAJILIS MUJAHIDIN INDONESIA (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MAJLIS SHURA AL-MUJAHIDEEN (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MAJLIS SHURA AL-MUJAHIDIN (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MAJORY LLP, 25 City Road Spaces City Road, Epworth House, Office 320, London EC4A 1BR, United Kingdom; Suite 3.15 One Fetter Lane, London EC1Y 1AA, United Kingdom; Organization Established Date 16 Jul 2015; Company Number OC400827 (United Kingdom) [RUSSIA-EO14024].

MAJRUD, Amin, Syria; DOB 03 Jul 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MAK INTERNATIONAL SERVICE CO LTD (a.k.a. MAK INTERNATIONAL SERVICES CO LTD; a.k.a. "MAK INTERNATIONAL"), Juba, South Sudan [SOUTH SUDAN].

MAK INTERNATIONAL SERVICES CO LTD (a.k.a. MAK INTERNATIONAL SERVICE CO LTD; a.k.a. "MAK INTERNATIONAL"), Juba, South Sudan [SOUTH SUDAN].

MAKABURI (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

MAKAREVICH, Andrei Iosifovich (Cyrillic: МАКАРЕВИЧ, Андрей Иосифович), 135A-81, Prospekt Pobyediteley, Minsk, Belarus (Cyrillic: 135A-81, пр-т Победителей, Минск, Беларусь); DOB 09 May 1984; nationality Belarus; Gender Male; National ID No. 3090584A072PB8 (Belarus); Tax ID No. AC1072277 (Belarus) (individual) [BELARUS-EO14038].

MAKAROV, Aleksey (a.k.a. MAKAROV, Alexey), Russia; DOB 06 Aug 1974; nationality Russia; Gender Male; Passport 753533725 (Russia) expires 03 Aug 2026 (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: CENTRAL BANK OF SYRIA).

MAKAROV, Alexey (a.k.a. MAKAROV, Aleksey), Russia; DOB 06 Aug 1974; nationality Russia; Gender Male; Passport 753533725 (Russia) expires 03 Aug 2026 (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: CENTRAL BANK OF SYRIA).

MAKAROV, Andrey Mikhailovich (Cyrillic: МАКАРОВ, Андрей Михайлович), Russia; DOB 22 Jul 1954; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAKAROV, Sergei (a.k.a. MAKAROV, Sergei Vyacheslavovich), Austria; DOB 05 Dec 1978; POB Vladivostok, Russia; nationality Russia; citizen Russia; Email Address makarov_away@mail.ru; Gender Male; Passport 750663876 (Russia); Tax ID No. 253804091667 (Russia) (individual) [RUSSIA-EO14024] (Linked To: IPM LIMITED).

MAKAROV, Sergei Vyacheslavovich (a.k.a. MAKAROV, Sergei), Austria; DOB 05 Dec 1978; POB Vladivostok, Russia; nationality Russia; citizen Russia; Email Address makarov_away@mail.ru; Gender Male; Passport 750663876 (Russia); Tax ID No. 253804091667 (Russia) (individual) [RUSSIA-EO14024] (Linked To: IPM LIMITED).

MAKAROV, Vyatcheslav Serafimovich (Cyrillic: МАКАРОВ, Вячеслав Серафимович), Russia; DOB 07 May 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAKAWI, Mohamed (a.k.a. IBRAHIM, Muhammad Makkawi; a.k.a. MOHAMED, Mohamed Makawi Ibrahim; a.k.a. MOHAMED, Mohamed Makkawi Ibrahim); DOB 1984; POB Sudan; nationality Sudan (individual) [SDGT].

MAKDESSI SAYRAFI COMPANY (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

MAKENGA, Emmanuel Sultani (a.k.a. MAKENGA, Sultani); DOB 25 Dec 1973; POB Rutshuru, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

MAKENGA, Sultani (a.k.a. MAKENGA, Emmanuel Sultani); DOB 25 Dec 1973; POB Rutshuru, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

MAKEYEV ROCKET DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: AO ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

MAKEYEV STATE MISSILE CENTER (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: AO ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

MAKEYEV STATE ROCKET CENTER (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P.

MAKEYEVA (Cyrillic: AO ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

MAKHLOUF, Ehab (a.k.a. MAKHLOUF, Iehab; a.k.a. MAKHLUF, Ihab; a.k.a. MAKHLUF, Ihab), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N002848852 (individual) [SYRIA] (Linked To: MAKHLOUF, Rami).

MAKHLOUF, Eyad (a.k.a. MAKHLOUF, Iyad; a.k.a. MAKHLUF, Iyad), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N001820740 (individual) [SYRIA].

MAKHLOUF, Hafez (a.k.a. MAKHLUF, Hafiz); DOB circa 1975; POB Damascus, Syria; Colonel (individual) [SYRIA] [LEBANON].

MAKHLOUF, Iehab (a.k.a. MAKHLOUF, Ehab; a.k.a. MAKHLUF, Ihab; a.k.a. MAKHLUF, Ihab), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N002848852 (individual) [SYRIA] (Linked To: MAKHLOUF, Rami).

MAKHLOUF, Ihab (a.k.a. MAKHLOUF, Ehab; a.k.a. MAKHLOUF, Iehab; a.k.a. MAKHLUF, Ihab), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N002848852 (individual) [SYRIA] (Linked To: MAKHLOUF, Rami).

MAKHLOUF, Iyad (a.k.a. MAKHLOUF, Eyad; a.k.a. MAKHLUF, Iyad), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N001820740 (individual) [SYRIA].

MAKHLOUF, Mohammed (a.k.a. MAKHLUF, Muhammad); DOB 19 Oct 1932; POB Latakia, Syria (individual) [SYRIA].

MAKHLOUF, Rami (a.k.a. MAKHLOUF, Rami Bin Mohammed; a.k.a. MAKHLOUF, Rami Mohammad; a.k.a. MAKHLUF, Rami); DOB 10 Jul 1969; POB Syria; citizen Syria; Passport 98044 (Syria) (individual) [SYRIA].

MAKHLOUF, Rami Bin Mohammed (a.k.a. MAKHLOUF, Rami; a.k.a. MAKHLOUF, Rami Mohammad; a.k.a. MAKHLUF, Rami); DOB 10 Jul 1969; POB Syria; citizen Syria; Passport 98044 (Syria) (individual) [SYRIA].

MAKHLOUF, Rami Mohammad (a.k.a. MAKHLOUF, Rami; a.k.a. MAKHLOUF, Rami Bin Mohammed; a.k.a. MAKHLUF, Rami); DOB

10 Jul 1969; POB Syria; citizen Syria; Passport 98044 (Syria) (individual) [SYRIA].

MAKHLOUF, Talal (a.k.a. MAKHLUF, Talal Shafiq), Syria; DOB 01 Dec 1958; Gender Male; Major General, Syrian Republican Guard (individual) [SYRIA] (Linked To: SYRIAN ARAB REPUBLICAN GUARD).

MAKHLUF, Hafiz (a.k.a. MAKHLOUF, Hafez); DOB circa 1975; POB Damascus, Syria; Colonel (individual) [SYRIA] [LEBANON].

MAKHLUF, Ihab (a.k.a. MAKHLOUF, Ehab; a.k.a. MAKHLOUF, Iehab; a.k.a. MAKHLOUF, Ihab), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N002848852 (individual) [SYRIA] (Linked To: MAKHLOUF, Rami).

MAKHLUF, Iyad (a.k.a. MAKHLOUF, Eyad; a.k.a. MAKHLOUF, Iyad), Damascus, Syria; DOB 21 Jan 1973; Gender Male; Passport N001820740 (individual) [SYRIA].

MAKHLUF, Muhammad (a.k.a. MAKHLOUF, Mohammed); DOB 19 Oct 1932; POB Latakia, Syria (individual) [SYRIA].

MAKHLUF, Rami (a.k.a. MAKHLOUF, Rami; a.k.a. MAKHLOUF, Rami Bin Mohammed; a.k.a. MAKHLOUF, Rami Mohammad); DOB 10 Jul 1969; POB Syria; citizen Syria; Passport 98044 (Syria) (individual) [SYRIA].

MAKHLUF, Talal Shafiq (a.k.a. MAKHLOUF, Talal), Syria; DOB 01 Dec 1958; Gender Male; Major General, Syrian Republican Guard (individual) [SYRIA] (Linked To: SYRIAN ARAB REPUBLICAN GUARD).

MAKHMUDOV, Dzhakhangir Iskandarovich (a.k.a. MAHMUDOV, Jahangir Iskandarovich), Russia; DOB 15 Jan 1987; nationality Russia; Gender Male; Tax ID No. 770201595400 (Russia) (individual) [RUSSIA-EO14024].

MAKHMUDOV, Iskandar Kakhramonovich (a.k.a. MAKHMUDOV, Iskander), Moscow, Russia; DOB 05 Dec 1963; POB Bukhara, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 2000907709 (Russia) (individual) [RUSSIA-EO14024].

MAKHMUDOV, Iskander (a.k.a. MAKHMUDOV, Iskandar Kakhramonovich), Moscow, Russia; DOB 05 Dec 1963; POB Bukhara, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 2000907709 (Russia) (individual) [RUSSIA-EO14024].

MAKHONIN, Dmitriy Nikolayevich (Cyrillic: МАХОНИН, Дмитрий Николаевич), Perm Region, Russia; DOB 18 Oct 1982; POB Ryabinino, Perm Region, Russia; nationality

Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

MAKHTAB AL-KHIDAMAT/AL KIFAH, House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan [SDGT].

MAKI, HAFAZ ABDUL RAHMAN (a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. MAKKI, HAFIZ ABDUL REHMAN; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport Booklet: A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKIN COMPANY (a.k.a. MAKIN INSTITUTE), No. 2 Iravan St. - Tishfoon St. - Khaje Abdol ah Ansari St. - Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

MAKIN INSTITUTE (a.k.a. MAKIN COMPANY), No. 2 Iravan St. - Tishfoon St. - Khaje Abdol ah Ansari St. - Shariati St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

MAKIYEV, Zurab Gayozovich (Cyrillic: МАКИЕВ, Зураб Гайозович), Russia; DOB 30 Sep 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAKKI, ABDULRAHMAN (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. MAKKI, HAFIZ ABDUL REHMAN; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport Booklet: A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKKI, Hafiz Abdul Rahman (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, HAFIZ ABDUL REHMAN; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport Booklet: A5199819 (Pakistan); National ID No.

6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKKI, HAFIZ ABDUL REHMAN (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. REHMAN, Hafiz Abdul), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport Booklet: A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

MAKKI, Jaffar Ahmad Abdullah; DOB 1956; POB Sudan; Passport 079925 (Sudan) issued 07 Sep 1992; alt. Passport A553077 (Sudan) issued 04 Apr 2000; IARA South Asia Regional Director (individual) [SDGT].

MAKLED GARCIA, Valed (a.k.a. MAKLED GARCIA, Walid; a.k.a. WAKLED GARCIA, Walid; a.k.a. "EL TURCO WALID"), Calle Rio Orinoco, Ankara Building, Valle de Camuruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

MAKLED GARCIA, Walid (a.k.a. MAKLED GARCIA, Valed; a.k.a. WAKLED GARCIA, Walid; a.k.a. "EL TURCO WALID"), Calle Rio Orinoco, Ankara Building, Valle de Camuruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

MAKLED, Hasan Ahmed (a.k.a. MOKALED, Hassan; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد); a.k.a. MUQALAD, Hassan; a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MAKLED, Ryan Hassan (a.k.a. MOUKALLED, Rayan; a.k.a. MOUKALLED, Rayyan Hassan (Arabic: ريان حسن مقلد); a.k.a. MUQALLAD, Rayyan), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MAKO HOLDING (a.k.a. PRIVATE JOINT-STOCK COMPANY MAKO HOLDING), Bohdan Khmelnytsky Avenue, Building 102, Voroshilovsky District, Donetsk, Donetsk Oblast 83015, Ukraine; Website http://mako.ua/; Email Address a.kyzura@mako-holding.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 34436105 (Ukraine) [UKRAINE-EO13660] (Linked To: YANUKOVYCH, Oleksandr Viktorovych).

MAKOL, Gabriel Jok Riak (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

MAKOL, Jok Riak (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. RIAK, Jock, a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

MAKOLO, Marcelin Basengezi (a.k.a. BASENGEZI, Marcellin; a.k.a. BASENGEZI, Marcellin Mukolo; a.k.a. MUKOLO, Basengezi Marcellin), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

MAKOLOV, Yury Yuryevich (Cyrillic: МАКОЛОВ, Юрий Юрьевич), Beringa, St. Petersburg, St. Petersburg 199406, Russia; DOB 27 Mar 1995; POB Togliatti, Russia; nationality Russia; citizen

Russia; Gender Male; Passport 711393126 (Russia) (individual) [RUSSIA-EO14024].

MAKRO TIM LIMITED LIABILITY COMPANY (Cyrillic: МАКРО ТИМ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. MACRO TEAM LTD), Prospekt Zelenyi, 2, Moscow 111141, Russia; Tax ID No. 7720134018 (Russia); Registration Number 1027739020759 (Russia) [RUSSIA-EO14024].

MAKSHAKOV, Stanislav Valentinovich (Cyrillic: МАКШАКОВ, Станислав Валентинович), Moscow, Russia; DOB 1966; nationality Russia; Gender Male (individual) [NPWMD].

MAKSIMENKO, Vladimir Ilich (a.k.a. MAXIMENKO, Vladimir), Russia; DOB 01 Jan 1954; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

MAKSTECH (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAKSTEKH (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAKTAB AL-AMN AL-QAWMI (a.k.a. BA'ATH PARTY NATIONAL SECURITY BUREAU; a.k.a. SYRIAN NATIONAL SECURITY BUREAU), Syria [SYRIA].

MAKUEI, Michael (a.k.a. LUETH, Michael Makuei; a.k.a. LUETH, Michael Makwei; a.k.a. MAKUEI, Michael Makuei Lueth), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting;

Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

MAKUEI, Michael Makuei Lueth (a.k.a. LUETH, Michael Makuei; a.k.a. LUETH, Michael Makwei; a.k.a. MAKUEI, Michael), Juba, South Sudan; DOB 1947; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; alt. nationality Sudan; alt. nationality Kenya; Gender Male; Minister of Information and Broadcasting; Minister of Information, Broadcasting, Telecommunication and Postal Services; Government Spokesperson (individual) [SOUTH SUDAN].

MALACHITE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ)), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК) (a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус

3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

MALA'IKAH, Usamah Ramadan, Syria; DOB 27 Aug 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MALAKHOVA, Svetlana Anatolievna (a.k.a. MALAKHOVA, Svetlana Anatolyevna; a.k.a. MALAKHOVA, Svitlana Anatoliivna), 2A Levanevsky Street, Luhansk, Luhansk Region, Ukraine; DOB 27 Aug 1964; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALAKHOVA, Svetlana Anatolyevna (a.k.a. MALAKHOVA, Svetlana Anatolievna; a.k.a. MALAKHOVA, Svitlana Anatoliivna), 2A Levanevsky Street, Luhansk, Luhansk Region, Ukraine; DOB 27 Aug 1964; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALAKHOVA, Svitlana Anatoliivna (a.k.a. MALAKHOVA, Svetlana Anatolievna; a.k.a. MALAKHOVA, Svetlana Anatolyevna), 2A Levanevsky Street, Luhansk, Luhansk Region, Ukraine; DOB 27 Aug 1964; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALAKOTIPOUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALAKOTIPOUR, Hamidreza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALAKOUTIPOUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a.

MALAKOTIPOUR, Hamidreza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALAKUTIPUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALALA 786, S.A., Panama; RUC # 2300164-1-789790 (Panama) [SDNTK].

MALARBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALAS MANAS (Latin: MALAS MAÑAS), Sonora, Mexico; Target Type Criminal Organization [TCO].

MALAYLE, Shiek Aadan Abuukar, Jameeco Jilyaale, Lower Shabelle, Somalia; DOB 1962; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MALBERG LIMITED, Phoenix Business Centre, the Penthouse, Old Railway Track, Santa Venera SVR 9022, Malta; CI, Depiro Point, Depiro Street, Sliema SLM 2033, Malta; Organization Established Date 09 Mar 2015; V.A.T. Number 22375337 (Malta); Registration Number C 69456 (Malta) [RUSSIA-EO14024].

MALDONADO LOPEZ, Fatima del Rocio, C 3A Oriente 82 A, Tapachula, Chiapas 30700, Mexico; DOB 23 Mar 1990; POB Chiapas, Mexico; nationality Mexico; Gender Female; Passport G40605411 (Mexico); C.U.R.P. MALF900323MCSLPT04 (Mexico); I.F.E. MLLPFT90032307M700 (Mexico) (individual)

[TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR INDUSTRIAL UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a.

MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK ASHTAR UNIVERSITY OF TECHNOLOGY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location: Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address: Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address: Shahin Shar bei, Isfahan, Iran; Alt. Address: Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address: Corner of Imam Ali

Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK E ASHTAR TECHNICAL UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location:  Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address:  Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address:  Shahin Shar bei, Isfahan, Iran; Alt. Address:  Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address:  Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEK-E ASHTAR UNIVERSITY (a.k.a. DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR; a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location:  Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address:  Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address:  Shahin Shar bei, Isfahan, Iran; Alt. Address:  Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address:  Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MALEKI, Naser (a.k.a. MALEKI, Nasser), c/o SHIG, Tehran, Iran; DOB circa 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0003039 (Iran) (individual) [NPWMD] [IFSR].

MALEKI, Nasser (a.k.a. MALEKI, Naser), c/o SHIG, Tehran, Iran; DOB circa 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0003039 (Iran) (individual) [NPWMD] [IFSR].

MALEKOUTI POUR, Hamidreza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPOUR, Hamid Reza; a.k.a. MALKOTIPOUR, Hamid Reza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALERHBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALERVA, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALEVANYY, Konstantin Vasilyevich (Cyrillic: МАЛЕВАНЫЙ, Константин Васильевич), Moscow, Russia; DOB 08 Jan 1971; POB Vlasikha Village, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4515428051 (Russia) (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

MALGASOV, Ymar (a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

MALGIN, Pavel Vladimirovich (a.k.a. MALGIN, Pavlo Volodymirovich; a.k.a. MALHIN, Pavlo), Quarter Koshevogo 37, Apt. 28, Molodogvardeysk, Ukraine; Lenin Street 3, Apt. 1, Sorokino Krasnodon, Ukraine; DOB 30 Mar 1968; POB Krasnodon, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALGIN, Pavlo Volodymirovich (a.k.a. MALGIN, Pavel Vladimirovich; a.k.a. MALHIN, Pavlo), Quarter Koshevogo 37, Apt. 28, Molodogvardeysk, Ukraine; Lenin Street 3, Apt. 1, Sorokino Krasnodon, Ukraine; DOB 30 Mar 1968; POB Krasnodon, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALHARBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar;

a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALHERBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALHERBE DELEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALHIN, Pavlo (a.k.a. MALGIN, Pavel Vladimirovich; a.k.a. MALGIN, Pavlo Volodymirovich), Quarter Koshevogo 37, Apt. 28, Molodogvardeysk, Ukraine; Lenin Street 3, Apt. 1, Sorokino Krasnodon, Ukraine; DOB 30 Mar 1968; POB Krasnodon, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MALIK, Assim Mohammed Rafiq Abdul (a.k.a. ABDULMALIK, Abdul Hameed; a.k.a. RAFIQ, Assem), 14 Almotaz Sad Al Deen Street, Al Nozha, Cairo, Egypt (individual) [IRAQ2].

MALINOV, Nikolai (a.k.a. MALINOV, Nikolai Simeonov; a.k.a. MALINOV, Nikolay Simeonov (Cyrillic: МАЛИНОВ, Николай Симеонов)), Sredna Gora Street 131, Sofia, Bulgaria; DOB 12 Sep 1968; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 6809126520 (Bulgaria); Personal ID Card 640466277 (Bulgaria) issued 28 Jun 2010 (individual) [GLOMAG].

MALINOV, Nikolai Simeonov (a.k.a. MALINOV, Nikolai; a.k.a. MALINOV, Nikolay Simeonov (Cyrillic: МАЛИНОВ, Николай Симеонов)),

Sredna Gora Street 131, Sofia, Bulgaria; DOB 12 Sep 1968; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 6809126520 (Bulgaria); Personal ID Card 640466277 (Bulgaria) issued 28 Jun 2010 (individual) [GLOMAG].

MALINOV, Nikolay Simeonov (Cyrillic: МАЛИНОВ, Николай Симеонов) (a.k.a. MALINOV, Nikolai; a.k.a. MALINOV, Nikolai Simeonov), Sredna Gora Street 131, Sofia, Bulgaria; DOB 12 Sep 1968; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 6809126520 (Bulgaria); Personal ID Card 640466277 (Bulgaria) issued 28 Jun 2010 (individual) [GLOMAG].

MALKEVICH, Alexander Aleksandrovich, St. Petersburg, Russia; DOB 14 Jun 1975; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 717637093 (Russia); National ID No. 781005202108 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: USA REALLY; Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MALKI MALL (a.k.a. AL-MALIKI MALL (Arabic: مول المالكي); a.k.a. MASSA PLAZA MALL), Malki District, Damascus, Syria [SYRIA].

MALKOTIPOUR, Hamid Reza (a.k.a. MALAKOTIPOUR, Hamid Reza; a.k.a. MALAKOTIPOUR, Hamidreza; a.k.a. MALAKOUTIPOUR, Hamid Reza; a.k.a. MALAKUTIPUR, Hamid Reza; a.k.a. MALEKOUTI POUR, Hamidreza); DOB 18 Oct 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B5660433 (Iran) (individual) [SDGT] [IFSR].

MALKOV, Pavel Viktorovich (Cyrillic: МАЛКОВ, Павел Викторович), Ryazan Region, Russia; DOB 29 Jan 1980; POB Saratov, Saratov Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 645408592403 (Russia) (individual) [RUSSIA-EO14024].

MALLAH, Abdul Jalil (a.k.a. AL-MALAHI, 'Abd-al-Jalil; a.k.a. AL-MALLAH, 'Abd-al-Jalil), Greece; Malmo, Sweden; DOB 05 Jan 1975; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number 750105-3735 (Sweden) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MALMERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a.

MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MALOFEEV, Kirill Konstantinovich (a.k.a. MALOFEYEV, Kirill Konstantinovich (Cyrillic: МАЛОФЕЕВ, Кирилл Константинович); a.k.a. "Likkrit"), Tvardovskogo Str 18 2 142, Moscow 123458, Russia; DOB 04 Oct 1995; POB Moscow, Russia; nationality Russia; Gender Male; National ID No. 4515477394 (Russia); Tax ID No. 772078537711 (Russia) (individual) [RUSSIA-EO14024].

MALOFEEV, Konstantin Valerevich (a.k.a. MALOFEEV, Konstantin Valerievich; a.k.a. MALOFEEV, Konstantin Valeryevich; a.k.a. MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин)), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALOFEEV, Konstantin Valerievich (a.k.a. MALOFEEV, Konstantin Valerevich; a.k.a. MALOFEEV, Konstantin Valeryevich; a.k.a. MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин)), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALOFEEV, Konstantin Valeryevich (a.k.a. MALOFEEV, Konstantin Valerevich; a.k.a. MALOFEEV, Konstantin Valerievich; a.k.a. MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин)), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALOFEYEV, Kirill Konstantinovich (Cyrillic: МАЛОФЕЕВ, Кирилл Константинович) (a.k.a. MALOFEEV, Kirill Konstantinovich; a.k.a. "Likkrit"), Tvardovskogo Str 18 2 142, Moscow 123458, Russia; DOB 04 Oct 1995; POB Moscow, Russia; nationality Russia; Gender Male; National ID No. 4515477394 (Russia); Tax ID No. 772078537711 (Russia) (individual) [RUSSIA-EO14024].

MALOFEYEV, Konstantin (Cyrillic: МАЛОФЕЕВ, Константин) (a.k.a. MALOFEEV, Konstantin Valerevich; a.k.a. MALOFEEV, Konstantin Valerievich; a.k.a. MALOFEEV, Konstantin Valeryevich), Fian 4-2, Puschino 142290, Russia; DOB 03 Jul 1974; POB Pushchino, Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 4604189321 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MALONG, Bol (a.k.a. ANEI, Paul Malong Awan; a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Paul; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

MALONG, Paul (a.k.a. ANEI, Paul Malong Awan; a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar,

Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

MALONG, Paul Awan (a.k.a. ANEI, Paul Malong Awan; a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

MALTA DIRECTORIES LTD., The Business Centre, Valley Road, Msida MSD 9060, Malta; Oakdene Mediatrix Place, Zabbar, Malta; D-U-N-S Number 53-499-4520; V.A.T. Number MT15561628 (Malta); Tax ID No. 15561628 (Malta); Trade License No. C 25186 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

MALTARENT LTD, Phoenix Business Centre, the Penthouse, Old Railway Track, Santa Venera SVR9022, Malta; Organization Established Date 28 Apr 2015; V.A.T. Number 22481501 (Malta); Registration Number C 70327 (Malta) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

MALTSEV, Sergey Aleksandrovich (Cyrillic: МАЛЬЦЕВ, Сергей Александрович), Russia; DOB 28 Feb 1973; POB Solikamsk, Perm, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

MALYAREVICH, Aleksei Alekseevich (a.k.a. MALYAREVICH, Aleksey), Russia; DOB 27 Aug 1965; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW).

MALYAREVICH, Aleksey (a.k.a. MALYAREVICH, Aleksei Alekseevich), Russia; DOB 27 Aug 1965; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW).

MALYSHEV, Artem Andreyevich, Russia; DOB 02 Feb 1988; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MALYSHEV, Mikhail Grigorevich, 15/9 Ulitsa Turgeneva, Apt. 9, Simferopol, Crimea, Ukraine; DOB 10 Oct 1955; POB Simferopol, Crimea; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chair of the Crimea Electoral Commission (individual) [UKRAINE-EO13660].

MALYSHEV, Sergei Gennadevich (a.k.a. MALYSHEV, Sergey Gennadevich (Cyrillic: МАЛЫШЕВ, Сергей Геннадьевич); a.k.a. MALYSHEV, Sergey Gennadyevich), Moscow, Russia; DOB 11 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MALYSHEV, Sergey Gennadevich (Cyrillic: МАЛЫШЕВ, Сергей Геннадьевич) (a.k.a. MALYSHEV, Sergei Gennadevich; a.k.a. MALYSHEV, Sergey Gennadyevich), Moscow, Russia; DOB 11 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MALYSHEV, Sergey Gennadyevich (a.k.a. MALYSHEV, Sergei Gennadevich; a.k.a. MALYSHEV, Sergey Gennadevich (Cyrillic: МАЛЫШЕВ, Сергей Геннадьевич)), Moscow, Russia; DOB 11 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MAMAKOVA, Aelita Leonidovna, Russia; DOB 01 Nov 1988; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

MAMLUK, Ali (a.k.a. MAMLUK, 'Ali); DOB 1947; POB Amara, Damascus, Syria; Major General; Position: Director, General Intelligence Directorate (individual) [SYRIA] [HRIT-SY].

MAMLUK, 'Ali (a.k.a. MAMLUK, Ali); DOB 1947; POB Amara, Damascus, Syria; Major General;

Position: Director, General Intelligence Directorate (individual) [SYRIA] [HRIT-SY].

MAMO, Eliyahu (a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY (a.k.a. DARKAZANLI COMPANY; a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN), Uhlenhorsterweg 34 11, Hamburg, Germany [SDGT].

MAMSUROV, Taimuraz Dzhambekovich (Cyrillic: МАМСУРОВ, Таймураз Дзамбекович), Russia; DOB 13 Apr 1954; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAN, Nu (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu") DOB 23 Jun 1976; POB Cairo, Egypt, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

MANAA, Fares Mohamed Hassan Manaa (a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANAA, Fares Mohammed (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANA'A, Fares Mohammed (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANA'A, Faris (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris Mohamed Hassan; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANA'A, Faris Mohamed Hassan (a.k.a. MANAA, Fares Mohamed Hassan Manaa; a.k.a. MANAA, Fares Mohammed; a.k.a. MANA'A, Fares Mohammed; a.k.a. MANA'A, Faris; a.k.a. MANAA, Faris Mohamed Hassan); DOB 08 Feb 1965; alt. DOB 22 May 1970; alt. DOB 1968; POB Sadah, Yemen; Passport 00514146 (Yemen); National ID No. 1417576 (Yemen) issued 07 Jan 1996; Diplomatic Passport 000021986 (Yemen); alt. Diplomatic Passport A011892 (Yemen); alt. Diplomatic Passport A009829 (Yemen) (individual) [SOMALIA].

MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC (a.k.a. SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH; a.k.a. SOUTH WEALTH RESOURCES COMPANY; a.k.a. SOUTH WEALTH RESOURCES LTD.), Al Jadriya

District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

MANAGEMENT COMPANY JOINT STOCK COMPANY NEVA (a.k.a. MANAGEMENT COMPANY NEVA JOINT STOCK COMPANY; f.k.a. NEVA INTERNEISHENEL, AO), ul Chugunnaya, d. 20, Litera A, Pomeshch. 18 N, Ofis 359, Saint Petersburg 194044, Russia; Organization Established Date 16 May 1994; Tax ID No. 2320042860 (Russia); Registration Number 1022302936754 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

MANAGEMENT COMPANY METALLOINVEST LLC (a.k.a. UPRAVLYAYUSHTAYA KOMPANIYA METALLOINVEST OOO (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕТАЛЛОИНВЕСТ ООО)), Ulitsa Tsiolkovskogo 14/16, Korolev, Moscow Oblast 141070, Russia; Organization Established Date 06 May 2006; Organization Type: Activities of holding companies; Tax ID No. 5018108484 (Russia); Registration Number 1065018030120 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

MANAGEMENT COMPANY NEVA JOINT STOCK COMPANY (a.k.a. MANAGEMENT COMPANY JOINT STOCK COMPANY NEVA; f.k.a. NEVA INTERNEISHENEL, AO), ul Chugunnaya, d. 20, Litera A, Pomeshch. 18 N, Ofis 359, Saint Petersburg 194044, Russia; Organization Established Date 16 May 1994; Tax ID No. 2320042860 (Russia); Registration Number 1022302936754 (Russia) [RUSSIA-

EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

MANAGEMENT COMPANY PROMSVYAZ LLC (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ ПРОМСВЯЗЬ) (a.k.a. UK PROMSVYAZ OOO), d.13 str. 1 etazh 5 kom. 1-31, ul. Nikoloyamskaya, Moscow 109240, Russia; Organization Established Date 10 Jul 2002; Tax ID No. 7718218817 (Russia); Registration Number 1027718000067 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

MANAGEMENT COMPANY SOVFRAKHT LTD (a.k.a. LLC SOVFRAKHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRAKHT MANAGEMENT COMPANY LLC; a.k.a. SOVFRAKHT MANAGING COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

MANAGING COMPANY TATBURNEFT LLC (a.k.a. TATBURNEFT LIMITED LIABILITY COMPANY), Ul. Musy Dzhalilya D. 51, Almetevsk 423450, Russia; Organization Established Date 12 Feb 2008; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 1644047828 (Russia); Government Gazette Number 83471332 (Russia); Registration Number 1081644000492 (Russia) [RUSSIA-EO14024].

MANAKHIMOVA, Sara Lvovna (a.k.a. SHOR, Sara Lvovna; a.k.a. SHORE, Jasmine; a.k.a. "ZHASMIN" (Cyrillic: "ЖАСМИН")), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

MANAN, Abdul Rahim (a.k.a. "MANAN, Haji"; a.k.a. "RAHIM, Abdul"), Helmand Province, Afghanistan; DOB 1962; alt. DOB 1961; alt. DOB 1963; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

MANAN, Haji Abdul Satar Haji Abdul (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. BARAKZAI, Haji Satar; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar

Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

MANARA S.A.S., Cr 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9011734898 (Colombia) [VENEZUELA-EO13850].

MANCO OIL COMPANY [BALKANS].

MANCO TORRES, Jhon Freddy, c/o VIGILAR COLOMBIA LTDA., Apartado, Antioquia, Colombia; Colombia; DOB 22 Oct 1973; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 71981992 (Colombia) (individual) [SDNTK].

MANCUSO GOMEZ, Salvatore (a.k.a. LOZADA, Santander), Calle 64 No. 8A-56, Monteria, Cordoba, Colombia; DOB 17 Aug 1964; POB Monteria, Cordoba, Colombia; Cedula No. 6892624 (Colombia) (individual) [SDNTK].

MANDEGAR BASPAR FAJR ASIA (a.k.a. BARDIYA TEJARAT JAVID; a.k.a. MANDEGAR BASPAR KIMIYA COMPANY), No. 510, 5th Floor, Saddi Trading Building, South SAA DI Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MANDEGAR BASPAR KIMIYA COMPANY (a.k.a. BARDIYA TEJARAT JAVID; a.k.a. MANDEGAR BASPAR FAJR ASIA), No. 510, 5th Floor, Saddi Trading Building, South SAA DI Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MANDEL, Andrei Sergeevich (Cyrillic: МАНДЕЛЬ, Андрей Сергеевич), St. Petersburg, Russia; DOB 02 Mar 1990; POB Germany; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 753615660 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

MANDIC, Momcilo (a.k.a. "MOMO"); DOB 01 May 1954; POB Kalinovik, Bosnia-Herzegovina; National ID No. JMB 0105954171511 (individual) [BALKANS].

MANDRO, Kawa (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANDRO, Kawa Panga (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANDRO, Khawa Panga (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANDRO, Yves Khawa Panga (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

MANGOK, Marial Chanuong Yol (a.k.a. CHINOUM, Marial; a.k.a. CHINUONG, Marial; a.k.a. YOL, Marial Chanoung; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

MANGOUSH, Arwa Saleh M, Istanbul, Turkey; DOB 30 Oct 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V775431 (Saudi Arabia) expires 13 Mar 2028; National ID No. 1093465415 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

MANICA DRC SPRL (a.k.a. KARIBU AFRICA SERVICES SA; a.k.a. KARIBU DRC; a.k.a.

OFFICE OF FOREIGN ASSETS CONTROL                                           SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

KARIBU WEST), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MANIDIS, Georgios, Moscow, Russia; DOB 23 Aug 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. AV2752462 (Greece) (individual) [CYBER2] (Linked To: EVIL CORP).

MANIK, Abdulla Ali, Maldives; DOB 15 Apr 1972; alt. DOB 15 Mar 1972; POB Haa Alif Molhadhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A114374 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MANNESMAN CYLINDER SYSTEMS (a.k.a. MCS INTERNATIONAL GMBH; a.k.a. MCS TECHNOLOGIES GMBH), Karlstrasse 23-25, Dinslaken, Nordrhein-Westfalen 46535, Germany; Website http://www.mcs-tch.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MANOMETR LIMITED LIABILITY COMPANY (a.k.a. MANOMETR OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MANOMETR), Engels-19, Saratov Region 413119, Russia; Tax ID No. 7709623086 (Russia); Registration Number 1057747672674 (Russia) [RUSSIA-EO14024].

MANOMETR OOO (a.k.a. MANOMETR LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MANOMETR), Engels-19, Saratov Region 413119, Russia; Tax ID No. 7709623086 (Russia); Registration Number 1057747672674 (Russia) [RUSSIA-EO14024].

MANSELL CASTRILLO, Salvador, De Los Pipitos, 200 Mts. Al Oeste Bolonia, Managua, Nicaragua; DOB 13 Dec 1955; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 4411312550001D (Nicaragua); Diplomatic Passport A00000656D (Nicaragua) issued 09 Aug 2013 expires 09 Aug 2023 (individual) [NICARAGUA].

MANSHA, Muhammad Ashraf (a.k.a. ASHRAF, Haji M.; a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHAH, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan)

issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

MANSHAH, Muhammad Ashraf (a.k.a. ASHRAF, Haji M.; a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

MANSOR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT].

MANSOUR, Adel Mohamad (Arabic: عادل محمد منصور) (a.k.a. MANSUR, Adil), Hadatha, Bint Jbeil, Nabatieh, Lebanon; DOB 18 May 1966; POB Hadatha, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

MANSOUR, Bashir Ibrahim (a.k.a. MANSUR, Bashir Ibrahim (Arabic: بشير ابراهيم منصور)), Baabda, Lebanon; Borj El Brajneh, Lebanon; DOB 09 Feb 1980; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MANSOUR, Mohammad Yousef (a.k.a. HALAWI, Hani; a.k.a. MANSUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations (individual) [SDGT].

MANSOUR, Mohammad Youssef (a.k.a. HALAWI, Hani; a.k.a. MANSUR, Mohammad Yousef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

MANSOURI, Milad (a.k.a. MANSURI, Milad), Iran; DOB 11 Sep 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MANSUDAE ART STUDIO (a.k.a. MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES (a.k.a. MANSUDAE ART STUDIO), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MANSUDAE OVERSEAS PROJECTS ARCHITECTURAL AND TECHNICAL SERVICES (PTY) LIMITED, Namibia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 2001/044 (Namibia) [DPRK3] (Linked To: MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES).

MANSUR AL-IFRI, Salim Mustafa Muhammad (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MANSUR, Adil (a.k.a. MANSOUR, Adel Mohamad (Arabic: عادل محمد منصور)), Hadatha, Bint Jbeil, Nabatieh, Lebanon; DOB 18 May 1966; POB Hadatha, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

MANSUR, Bashir Ibrahim (Arabic: بشير ابراهيم منصور) (a.k.a. MANSOUR, Bashir Ibrahim), Baabda, Lebanon; Borj El Brajneh, Lebanon; DOB 09 Feb 1980; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MANSUR, Khalil, Syria; DOB 11 Mar 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MANSUR, Mohammad Yusuf Ahmad (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

MANSUR, Muhammad Yusif Ahmad (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf

Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

MANSUR, Muhammad Yusuf Ahmad (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

MANSUR, Salim (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MANSUR, Sohail (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatiloevich; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

MANSUR, Suhail (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatiloevich; a.k.a. MANSUR, Sohail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

MANSURI, Milad (a.k.a. MANSOURI, Milad), Iran; DOB 11 Sep 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MANSUROV, Dmitri Flerovich, Russia; DOB 1977; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V. (a.k.a. M.A.T.S.A. SA DE C.V.), Calle 2, Hangar 10, Lot 19, Aeropuerto Internacional de Toluca, Toluca, Mexico; Mexico; R.F.C. MAT-021004-B99 (Mexico) [SDNTK].

MANTILLA OLIVEROS, Jesus Maria (a.k.a. MONTILLA OLIVEROS, Jesus Maria), Bolivar State, Venezuela; DOB 03 Sep 1963; Gender Male; Cedula No. 9215693 (Venezuela) (individual) [VENEZUELA].

MANTUROV, Denis Valentinovich (Cyrillic: МАНТУРОВ, Денис Валентинович) (a.k.a. MANTUROV, Denys Valentynovych), Russia; DOB 23 Feb 1969; POB Murmansk, Murmansk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770300358016 (Russia) (individual) [RUSSIA-EO14024].

MANTUROV, Denys Valentynovych (a.k.a. MANTUROV, Denis Valentinovich (Cyrillic: МАНТУРОВ, Денис Валентинович)), Russia; DOB 23 Feb 1969; POB Murmansk, Murmansk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770300358016 (Russia) (individual) [RUSSIA-EO14024].

MANUFACTURING COMPANY LTD LEMA, Novgorodsky ave., 32B, office 311, Arkhangelsk 163002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2901152242 (Russia); Registration Number 1062901063170 (Russia) [RUSSIA-EO14024].

MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN;

a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island,

MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MANUILOV, Evgeny (a.k.a. MANUILOV, Evgeny Vladimirovich; a.k.a. MANUILOV, Yevgeny); DOB 05 Jan 1967; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MANUILOV, Evgeny Vladimirovich (a.k.a. MANUILOV, Evgeny; a.k.a. MANUILOV, Yevgeny); DOB 05 Jan 1967; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MANUILOV, Yevgeny (a.k.a. MANUILOV, Evgeny; a.k.a. MANUILOV, Evgeny Vladimirovich); DOB 05 Jan 1967; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MANZANO, Jose Luis (a.k.a. AMEZCUA CONTRERAS, Adan), Carlos Chavez 5, Colima, Colima, Mexico; Francisco I. Madero 749, Colonia Moralete, Colima, Colima, Mexico; Toreros No. 672, Colonia Jardines de Guadalupe, Guadalajara, Jalisco, Mexico; Belizario Dominguez, No. 511, Colonia Colima, Mexico; Calle General Juan Alvarez 1010, Colonia Lomas Vista Hermosa, Colima, Colima, Mexico; DOB 27 Jun 1969; nationality Mexico; citizen Mexico; R.F.C. AECA-690627 (Mexico) (individual) [SDNTK].

MANZI, Leo (a.k.a. LEON, Manzi; a.k.a. MUGARAGU, Leodomir), Katoyi, North Kivu, Congo, Democratic Republic of the; DOB 1954; alt. DOB 1953; POB Kigali, Rwanda; alt. POB Rushashi (Northern Province), Rwanda; FDLR/FOCA Chief of Staff; Brigadier General (individual) [DRCONGO].

MAO, Yu Hua; DOB 06 Aug 1978; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); National ID No. 310109197808060020 (China) (individual) [IRAN-EO13846].

MAPLES SA, Boulevard Royal 25/B, 2449, Luxembourg; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

MAPNA KHUZESTAN ELECTRICITY GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MAPUTO SHOPPING CENTRE, Rua Marques de Pombal 85, Maputo, Mozambique [SDNTK].

MAQUINARIA TECNICA Y TIERRAS LTDA. (a.k.a. M.T.T. LTDA.), Carrera 4A No. 16-04, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; NIT # 800084233-1 (Colombia) [SDNT].

MARA SALVATRUCHA (a.k.a. MS-13), El Salvador; Mexico; Honduras; Guatemala; United States [TCO].

MARADIAGA LOPEZ, Esperanza Caridad, San Pedro Sula, Cortes, Honduras; DOB 30 Sep 1950; POB San Esteban, Olancho, Honduras; Numero de Identidad 1517-1950-00095 (Honduras) (individual) [SDNTK].

MARAFI INTERNATIONAL TRADING CO., LIMITED, Flat H29 1/F Phase 2 Kwai Shing Ind Bldg No 42-46 Tai Lin Pai Rd Kwai Chung Nt, Hong Kong, China; Organization Established Date 23 Jun 2020; C.R. No. 2954221 (Hong Kong); Business Registration Number 71990353-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MARALLU, Behnam Shahriyari (a.k.a. HAMID, Huseyini; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [IFSR].

MARANER HOLDINGS LIMITED, Flat 1, 143, Tower Road, Sliema SLM1604, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C33482 (Malta) [IRAN].

MARBLE SHIPPING LTD, 143/1 Tower Road, Sliema, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 41949 (Malta) [IRAN].

MARCELO BARRAGAN, Antonio (a.k.a. "EL RATON"), Mexico; DOB 17 Jan 1983; citizen Mexico; Gender Male; R.F.C. MABA830117NJ0 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

MARCH 23 MOVEMENT (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. M23; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

MARCHENKO, Evgeny Evgenievich (Cyrillic: МАРЧЕНКО, Евгений Евгеньевич), Russia; DOB 17 Jul 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARCO TORRES, Rodolfo Clemente, Aragua, Venezuela; DOB 10 Sep 1966; citizen Venezuela; Gender Male; Cedula No. 8812571 (Venezuela); Passport D0222624 (Venezuela); Governor of Aragua State (individual) [VENEZUELA].

MARDANSHIN, Rafael Mirkhatimovich (Cyrillic: МАРДАНШИН, Рафаэль Мирхатимович), Russia; DOB 24 Dec 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARGHUB, Mojtaba Jahandust (Arabic: مجتبی جهاندوست مرغوب) (a.k.a. JAHANDUST, Mojtaba), Iran; DOB 15 Apr 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0072441364 (Iran) (individual) [SDGT] [IRGC] (Linked To: KATA'IB HIZBALLAH).

MARGIANA INSAAT DIS TICARET LIMITED SIRKETI, Koza Mahallesi 1638.Sk.No:1C/7, Esenyurt, Turkey; Organization Established Date 10 Oct 2019; Istanbul Chamber of Comm. No. 212357-5 (Turkey); Central Registration System Number 612129479900001 (Turkey) [RUSSIA-EO14024] (Linked To: SATURN EK OOO; Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

MARGOSHVILI, Lova (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV,

Murad Akhmadovich; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Murad (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Murad Muslim Akhmetovich (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Muslim Akhmetovich Georgik (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MARGOSHVILI, Muslim Akmadovich (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a.

MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

MARI MACHINE BUILDING PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKII MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

MARI MMZ (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKII MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

MARICIC, Ljubo, Serbia; DOB 10 Jan 1959; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

MARIE DE LOURDES COMPANY LIMITED, 22 Mensija Street, San Gwann SGN 1432, Malta; D-U-N-S Number 52-023-7373; Tax ID No. 21195703 (Malta); Trade License No. C 58194 (Malta) [LIBYA3] (Linked To: DEBONO, Darren).

MARIJANOVIC, Milovan; DOB 14 Mar 1944; POB Kraljevo, Serbia (individual) [BALKANS].

MARIMBA ENTERTAINMENT, S.R.L. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 52828 (Jalisco) (Mexico) [SDNTK].

MARIN ARANGO, Luciano (a.k.a. "MARQUES, Ivan"; a.k.a. "MARQUEZ, Ivan"), Apure, Venezuela; DOB 06 Jun 1955; alt. DOB 16 Jun 1955; POB Florencia, Caqueta, Colombia; nationality Colombia; Gender Male; Cedula No. 19304877 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

MARIN GONZALEZ, Arturo D'Artagnan, Mexico; DOB 09 Dec 1997; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MAGA971209HSLRNR05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MARIN GONZALEZ, Porthos, Calle San Jorge 4217, Fracc. Santa Fe, Culiacan, Sinaloa, Mexico; DOB 11 Jan 1996; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MAGP960111HSLRNR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MARINE BRIDGE AND NAVIGATION SYSTEMS LTD (a.k.a. JSC MORSKIYE NAVIGATSIONNYE SISTEMY (Cyrillic: АО МОРСКИЕ НАВИГАЦИОННЫЕ СИСТЕМЫ)), 19, Promyshlennaya street, Saint Petersburg 198095, Russia; Organization Established Date 1991; Tax ID No. 7805013333 (Russia); Registration Number 1027802763240 (Russia) [RUSSIA-EO14024].

MARINE INDUSTRIES ORGANIZATION, Pasdaran Av., PO Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. MITDCO; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. MITDCO; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MITDCO; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARINE TRANS SHIPPING LLC, Office 2, Ulitsa Naberezhnaya Reki Tsareva 1, Astrakhan 414024, Russia; Tax ID No. 3025037914 (Russia); Identification Number IMO 6183435 [RUSSIA-EO14024].

MARINYCHEV, Pavel Alekseevich (Cyrillic: МАРИНЫЧЕВ, Павел Алексеевич), Russia; DOB 25 Oct 1978; POB Yakutsk, Republic of Sakha (Yakutia), Russia; nationality Russia; Gender Male; Tax ID No. 143515801397 (Russia) (individual) [RUSSIA-EO14024].

MARITIME ADMINISTRATION BUREAU (a.k.a. MARITIME ADMINISTRATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MARITIME ADMINISTRATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA (a.k.a. MARITIME ADMINISTRATION BUREAU), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MARITIME ASSISTANCE LLC (Cyrillic: ООО МАРИТАЙМ АССИСТАНС) (a.k.a. LIMITED LIABILITY COMPANY MARITIME ASSISTANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАРИТАЙМ АССИСТАНС)), Sadovaya-Kudrinskaya street, building 32-1, office XII on 6th fl., cabinet 4d, Moscow 123001, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No.

7718075252 (Russia); Government Gazette Number 770301001 (Russia); Registration Number 1157746142960 (Russia) [SYRIA] [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT; Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

MARITIME BANK (a.k.a. MARITIME JOINT STOCK BANK JOINT STOCK COMPANY), Room 1/5, Varshavskoe Highway, Building 1a, Moscow 117105, Russia; SWIFT/BIC MJSBRUMM; Website www.maritimebank.com; Target Type Financial Institution; Tax ID No. 7714060199 (Russia); Legal Entity Number 253400UQS2QLH2209P60; Registration Number 1027700568224 (Russia) [RUSSIA-EO14024].

MARITIME JOINT STOCK BANK JOINT STOCK COMPANY (a.k.a. MARITIME BANK), Room 1/5, Varshavskoe Highway, Building 1a, Moscow 117105, Russia; SWIFT/BIC MJSBRUMM; Website www.maritimebank.com; Target Type Financial Institution; Tax ID No. 7714060199 (Russia); Legal Entity Number 253400UQS2QLH2209P60; Registration Number 1027700568224 (Russia) [RUSSIA-EO14024].

MARITIME SILK ROAD LLC, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1096241 (Oman) [SDGT] [IFSR] (Linked To: KHEDRI, Abdolhossein).

MARITIME WELFARE SERVICES INSTITUTE (a.k.a. IRISL CLUB; a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES; a.k.a. SHIPPING WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-

EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

MARJAN METHANOL COMPANY (a.k.a. MARJAN PETROCHEMICAL COMPANY), Ground Floor, No. 39, Meftah/Garmsar West Alley, Shiraz (South) Street, Molla Sadra Avenue, Tehran, Iran; Post Office Box 19935-561, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARJAN PETROCHEMICAL COMPANY (a.k.a. MARJAN METHANOL COMPANY), Ground Floor, No. 39, Meftah/Garmsar West Alley, Shiraz (South) Street, Molla Sadra Avenue, Tehran, Iran; Post Office Box 19935-561, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MARK, James Nando (a.k.a. NANDO, James; a.k.a. NANDO, James Marko), Juba, South Sudan; Yambio, South Sudan; Congo, Democratic Republic of the; DOB 1970 to 1972; POB Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

MARKELOV, Anatolyevich Vitalii (a.k.a. MARKELOV, Vitaliy Anatolyevich (Cyrillic: МАРКЕЛОВ, Виталий Анатольевич); a.k.a. "MARKELOV, Vitaly A"), Russia; DOB 05 Aug 1963; POB Mordovia, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

MARKELOV, Viktor Aleksandrovich; DOB 15 Dec 1967; POB Leninskoye village, Uzgenskiy District, Oshkaya region of the Kirghiz SSR (individual) [MAGNIT].

MARKELOV, Vitaliy Anatolyevich (Cyrillic: МАРКЕЛОВ, Виталий Анатольевич) (a.k.a. MARKELOV, Anatolyevich Vitalii; a.k.a. "MARKELOV, Vitaly A"), Russia; DOB 05 Aug 1963; POB Mordovia, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

MARKHAYEV, Vyacheslav Mikhaylovich (Cyrillic: МАРХАЕВ, Вячеслав Михайлович), Russia; DOB 01 Jun 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARKINA, Liudmila Leonidovna (Cyrillic: МАРКИНА, Людмила Леонидовна) (a.k.a. MARKINA, Lyudmila), Moscow, Russia; DOB 15 Apr 1979; POB Khotynets, Khotynets district,

Oryol region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

MARKINA, Lyudmila (a.k.a. MARKINA, Liudmila Leonidovna (Cyrillic: МАРКИНА, Людмила Леонидовна)), Moscow, Russia; DOB 15 Apr 1979; POB Khotynets, Khotynets district, Oryol region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

MARKOM METAL COMMERCE DOO ZVECAN (a.k.a. MARKOM METAL COMMERCE DRUSTVO SA OGRANICENOM ODGOVORNOSCU, GRABOVAC), Grabovac 37240, Serbia; Organization Established Date 23 Jun 2008; V.A.T. Number 105767318 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

MARKOM METAL COMMERCE DRUSTVO SA OGRANICENOM ODGOVORNOSCU, GRABOVAC (a.k.a. MARKOM METAL COMMERCE DOO ZVECAN), Grabovac 37240, Serbia; Organization Established Date 23 Jun 2008; V.A.T. Number 105767318 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

MARKOV, Andrey Pavlovich (Cyrillic: МАРКОВ, Андрей Павлович), Russia; DOB 30 Jun 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARKOV, Ilya Anatolevich (a.k.a. MARKOV, Ilya Anatolyevich (Cyrillic: МАРКОВ, Илья Анатольевич)), Russia; DOB 30 Aug 1976; nationality Russia; Gender Male; Tax ID No. 773208907206 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VLADEKS KHOLDING).

MARKOV, Ilya Anatolyevich (Cyrillic: МАРКОВ, Илья Анатольевич) (a.k.a. MARKOV, Ilya Anatolevich), Russia; DOB 30 Aug 1976; nationality Russia; Gender Male; Tax ID No. 773208907206 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VLADEKS KHOLDING).

MARKOV, Yevgeny Vladimirovich (Cyrillic: МАРКОВ, Евгений Владимирович), Russia; DOB 08 Nov 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARKOVIC, Mirjana; DOB 10 Jul 1942; wife of Slobodan Milosevic (individual) [BALKANS].

MARKOVIC, Radovac; DOB 1946; alt. DOB 1947; Ex-FRY Deputy Minister of Interior (individual) [BALKANS].

MARKU, Ton; DOB 13 Jun 1964 (individual) [BALKANS].

MARO SANAT COMPANY (a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MAROU SANAT ENGINEERING COMPANY; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MAROU SANAT ENGINEERING COMPANY; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MARO SANAT ENGINEERING (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MAROU SANAT ENGINEERING COMPANY; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MAROC INTERNATIONAL PVT LTD, Coral Ville, Hulhumale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Sep 2021; Registration Number C-0977/2021 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

MAROOFI, Hossein (a.k.a. MAROUFI, Hossein (Arabic: حسین معروفی)), Iran; DOB 1965 to 1966; POB Shahr-e Babak, Kerman province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Coordinator of the Basij (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAROON PETROCHEMICAL COMPANY (a.k.a. MARUN PETROCHEMICAL; a.k.a. MARUN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مارون)), No 2, 17th Alley, Hassan Seif Avenue, San'at Square, Shahrake Gharb Ghods, Tehran, Iran; Website https://www.mpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions;

Organization Established Date 1999; National ID No. 10860727671 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MAROU SANAT ENGINEERING COMPANY (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MOHANDESI TARH VA TOSEH MARO SANAT COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MAROUFI, Hossein (Arabic: حسین معروفی (a.k.a. MAROOFI, Hossein), Iran; DOB 1965 to 1966; POB Shahr-e Babak, Kerman province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Coordinator of the Basij (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MAROVIC, Svetozar (Cyrillic: МАРОВИЋ, Светозар), Serbia; DOB 31 Mar 1955; POB Kotor, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

MAROZ, Aliaksandr Ivanavich (Cyrillic: МАРОЗ, Аляксандр Iванавiч) (a.k.a. MOROZ, Alexander Ivanovich (Cyrillic: МОРОЗ, Александр Иванович)), Niomanskaya vulica, 61, ap. 10, Minsk, Belarus; DOB 15 Jun 1975; nationality Belarus; Gender Male; National ID No. 3150675A015PB3 (Belarus) [BELARUS-EO14038].

MARQUEZ MONSALVE, Jorge Elieser, Caracas, District Capital, Venezuela; DOB 20 Feb 1971; citizen Venezuela; Gender Male; Cedula No. 8714253 (Venezuela); Venezuela's Minister of the Office of the Presidency (individual) [VENEZUELA].

MARROCOS MOVEIS E COLCHOES (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

MARROQUIN CHICA, Carlos Amilcar, Mejicanos, El Salvador; DOB May 1986; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport B03539817 (El Salvador) expires 19 Sep 2024; National ID No. 035398179 (El Salvador) (individual) [GLOMAG].

MARRUFO CABRERA, Miguel Raymundo, Tlaxcala No. 10, Col. Valle Dorado 10, Cananea, Sonora 84620, Mexico; DOB 11 Sep 1963; POB Naco, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MACM630911HSRRBG02 (Mexico) (individual) [SDNTK].

MARS HARVEST CO., LTD., Virgin Islands, British; Building 26, Mingyang Tianxia, No. 1 Yuquan Road, Fuzhou, Fujian, China; Organization Type: Activities of holding companies [GLOMAG] (Linked To: ZHUO, Xinrong).

MARSHALAU, Ihar Anatolievich (Cyrillic: МАРШАЛАЎ, Iгар Анатольевiч) (a.k.a. MARSHALOV, Igor Anatolievich (Cyrillic: МАРШАЛОВ, Игорь Анатольевич)), ul. Shchukina 15, Minsk, Belarus (Cyrillic: ул. Щукина 15, Минск, Belarus); ul. Frantsiska Skoriny 43A, kv. 41, Minsk, Belarus (Cyrillic: ул. Франциска Скорины 43А, кв. 41, Минск, Belarus); DOB 12 Jan 1972; POB Shklov, Mogilev Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3120172H018PB4 (Belarus); Tax ID No. EA8156054 (Belarus) (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

MARSHALL CAPITAL (a.k.a. MARSHALL CAPITAL PARTNERS), 5th Floor, Novinsky Passage Business Center, 31 Novinsky Boulevard, Moscow 123242, Russia; Website info@marcap.ru; Email Address info@marcap.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

MARSHALL CAPITAL PARTNERS (a.k.a. MARSHALL CAPITAL), 5th Floor, Novinsky Passage Business Center, 31 Novinsky Boulevard, Moscow 123242, Russia; Website www.marcap.ru; Email Address info@marcap.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

MARSHALL, Donovan (a.k.a. RAMCHARAM, Leebert; a.k.a. RAMCHARAN, Leebert; a.k.a. RAMCHARAN, Liebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

MARSHALOV, Igor Anatolievich (Cyrillic: МАРШАЛОВ, Игорь Анатольевич) (a.k.a. MARSHALAU, Ihar Anatolievich (Cyrillic: МАРШАЛАЎ, Ігар Анатольевіч)), ul. Shchukina 15, Minsk, Belarus (Cyrillic: ул. Щукина 15, Минск, Belarus); ul. Frantsiska Skoriny 43A, kv. 41, Minsk, Belarus (Cyrillic: ул. Радзима Скорины 43А, кв. 41, Минск, Belarus); DOB 12 Jan 1972; POB Shklov, Mogilev Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3120172H018PB4 (Belarus); Tax ID No. EA8156054 (Belarus) (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

MARTEN EA TRADING CONSTRUCTION AND FOREIGN TRADE MARKETING LIMITED COMPANY (a.k.a. MARTEN EA TRADING INSAAT VE DIS TICARET PAZARLAMA LIMITED SIRKETI), Ic Kapi No: 6 Bagdat Cad. No: 412 Baglarbasi Mah., Maltepe, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 417870-5 (Turkey) [RUSSIA-EO14024].

MARTEN EA TRADING INSAAT VE DIS TICARET PAZARLAMA LIMITED SIRKETI (a.k.a. MARTEN EA TRADING CONSTRUCTION AND FOREIGN TRADE MARKETING LIMITED COMPANY), Ic Kapi No: 6 Bagdat Cad. No: 412 Baglarbasi Mah., Maltepe, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 417870-5 (Turkey) [RUSSIA-EO14024].

MARTIC, Milan; DOB 18 Nov 1954; POB Zagrovic, Croatia; ICTY indictee in custody (individual) [BALKANS].

MARTIN OLIVARES, Pedro Luis, Av. Francisco de Miranda, Edif Saule, Piso 7, APTO 72.,

Chacao, Miranda, Venezuela; DOB 18 Apr 1967; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 6252562 (Venezuela); Passport 057530115 (Venezuela) (individual) [SDNTK] (Linked To: D2 IMAGINEERING, C.A.; Linked To: GRUPO CONTROL 2004, C.A.; Linked To: GRUPO CONTROL SYSTEM 2004, C.A.; Linked To: INMUEBLES Y DESARROLLOS WEST POINT, C.A.; Linked To: INVERSIONES PMA 243, C.A.; Linked To: MATSUNICHI OIL TRAEADEZ 12, C.A.; Linked To: MATSUNICHI OIL TRADER, C.A.; Linked To: PLM CONSORCIO, C.A.; Linked To: PLM CONSULTORES, C.A.; Linked To: P.L.M. GROUP SOCIEDAD DE CORRETAJE DE VALORES, C.A.; Linked To: PLM SECURITY CONTROL GROUP, C.A.; Linked To: P L M SOCIEDAD DE CORRETAJE, C.A.; Linked To: PLM TRANSPORTE, C.A.; Linked To: TECHNO TRANSPORTE ML, C.A.).

MARTINEZ ALVAREZ, Carlos (a.k.a. GONZALEZ MEDINA, Jaime Andres), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o COMERCIALIZADORA GONRA, Cali, Colombia; Avenida Lomas Anahuac No. 133, Edificio A., Depto. 602, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; DOB 27 Apr 1975; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94428531 (Colombia); Passport 94428531 (Colombia); C.U.R.P. GOMJ750427HNENDM06 (Mexico) (individual) [SDNTK].

MARTINEZ ARANGO, Oscar Richard, c/o COMERCIALIZADORA DE CARNES CONTINENTAL MGCI LTDA., Bogota, Colombia; DOB 31 Jul 1972; Cedula No. 79634329 (Colombia) (individual) [SDNTK].

MARTINEZ CANTABRANA, Cesar (a.k.a. MARTINEZ CANTABRANA, Cesar Alejandro), c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; DOB 27 Oct 1968; POB Xochimilco, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MACC681027HDFRNS03 (Mexico) (individual) [SDNTK].

MARTINEZ CANTABRANA, Cesar Alejandro (a.k.a. MARTINEZ CANTABRANA, Cesar), c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; DOB 27 Oct 1968; POB Xochimilco, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P.

MACC681027HDFRNS03 (Mexico) (individual) [SDNTK].

MARTINEZ CASAS, Carlos Mario, c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; Mexico; DOB 23 Apr 1969; nationality Mexico; citizen Mexico; R.F.C. MACC-690423-D78 (Mexico); C.U.R.P. MACC690423HCHRSR08 (Mexico) (individual) [SDNTK].

MARTINEZ DUARTE, Armando; DOB 12 Aug 1954; nationality Mexico (individual) [SDNTK].

MARTINEZ FERNANDEZ, Pedro Orlando, Cuba; DOB 1971 to 1973; nationality Cuba; Gender Male (individual) [GLOMAG].

MARTINEZ MORALES, Luis Miguel (a.k.a. "MARTINEZ, Miguel"; a.k.a. "MARTINEZ, Miguel Miguelito"; a.k.a. "Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

MARTINEZ OLIVET, Manuel Vicor, Guatemala; DOB 03 Oct 1980; nationality Guatemala; Gender Male; Passport 179000614 (Guatemala) expires 29 Jun 2020; National ID No. 1790066140101 (Guatemala) (individual) [GLOMAG].

MARTINEZ RENTERIA, Gilberto (a.k.a. "EL 50"; a.k.a. "EL CINCUENTA"; a.k.a. "EL GILIO"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

MARTINEZ TREVIZO, Mario Ernesto, Mexico; DOB 16 Mar 1982; POB Chihuahua, Mexico; nationality Mexico; Gender Male; C.U.R.P. MATM820316HCHRRR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MARTINOVIC, Vinko; DOB 21 Sep 1963; POB Mostar, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

MARTITEGUI, Jurdan (a.k.a. LIZASO, Jurdan Martitegui; a.k.a. "ARLAS"); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; National ID No. 45 626 584 (Spain) (individual) [SDGT].

MARTYNOV, Daniil Vasilievich (a.k.a. MARTYNOV, Daniil Vasilyevich), Moscow, Russia; DOB 19 Mar 1983; POB Moscow Region, Russia; nationality Russia; Gender

Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

MARTYNOV, Daniil Vasilyevich (a.k.a. MARTYNOV, Daniil Vasilievich), Moscow, Russia; DOB 19 Mar 1983; POB Moscow Region, Russia; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

MARTYNOV, Sergey Alexandrovich (Cyrillic: МАРТЫНОВ, Сергей Александрович), Russia; DOB 22 Aug 1959; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MARTYR ABU-ALI MUSTAFA BATTALION (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

MARTYRS FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

MARTYRS FOUNDATION IN LEBANON (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

MARTYRS INSTITUTE (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

MARTYRS OF YARMUK BRIGADE (a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

MA'RUF, Abd-al-Salam, Syria; DOB 04 Apr 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MARUF, Muhammad (a.k.a. MUSANNA, Maulana; a.k.a. UBAIDULLAH, Maulana; a.k.a. "HAMZAH, Ali"), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MA'RUF, Taha Muhyi-al-Din (a.k.a. MARUF, Taha, Muhyi al-Din); DOB 1924; POB Sulaymaniyah, Iraq; nationality Iraq; Vice President; member of Revolutionary Command Council (individual) [IRAQ2].

MARUF, Taha, Muhyi al-Din (a.k.a. MA'RUF, Taha Muhyi-al-Din); DOB 1924; POB Sulaymaniyah, Iraq; nationality Iraq; Vice President; member of Revolutionary Command Council (individual) [IRAQ2].

MARUN PETROCHEMICAL (a.k.a. MAROON PETROCHEMICAL COMPANY; a.k.a. MARUN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مارون)), No 2, 17th Alley, Hassan Seif Avenue, San'at Square, Shahrake Gharb Ghods, Tehran, Iran; Website https://www.mpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1999; National ID No. 10860727671 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MARUN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مارون) (a.k.a. MAROON PETROCHEMICAL COMPANY; a.k.a. MARUN PETROCHEMICAL), No 2, 17th Alley, Hassan Seif Avenue, San'at Square, Shahrake Gharb Ghods, Tehran, Iran; Website https://www.mpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1999; National ID No. 10860727671 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MARUN SEPEHR OFOGH COMPANY (Arabic: شرکت افق سپهر مارون), Ground Floor, No. 0, Site 2 Street, Bandar Imam Special Economic Region Street, Special Economic Region, Bandar-e Mahshahr County, Bandar Imam Khomeini, Khuzestan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Jun 2014; National ID No. 14004100088 (Iran); Business Registration Number 11121 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

MARUN SUPPLEMENTAL INDUSTRIES COMPANY (Arabic: شرکت صنایع تکمیلی مارون) (a.k.a. SANAYE TAKMILI MARUN), Bandar Imam Special Economic Region, Site 2, Bandar-e Mashahr, 6353169311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997710 (Iran); Business Registration Number 10260 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

MARUN TADBIR TINA COMPANY (Arabic: شرکت تینا تدبیر مارون), Ground Floor, No. 0, Site 2 Street, Bandar Imam Special Economic Region Street, Special Economic Region, Bandar-e Mahshahr County, Bandar Imam Khomeini, Khuzestan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 03 Jun 2014;

National ID No. 14004106839 (Iran); Business Registration Number 11122 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

MARVI, Ahmad (Arabic: احمد مروی), Mashhad, Iran; DOB 1958; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

MARWAN HADID BRIGADE (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon [FTO] [SDGT].

MARWAN HADID BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon [FTO] [SDGT].

MARZOOK, Mousa Mohamed Abou (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

MARZOUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

MARZUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

MARZUKI, Zulkepli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia (individual) [SDGT].

MARZUKI, Zulkifli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia (individual) [SDGT].

MASA FACIL, S.A. DE C.V., Mexico, Distrito Federal, Mexico; Folio Mercantil No. 343997 (Mexico) issued 14 Dec 2005 [SDNT].

MASAKI, Toshio (a.k.a. PARK, Nyon-Nam); DOB 13 Jan 1947 (individual) [TCO].

MASALOVICH, Andrey Igorevich (Cyrillic: МАСАЛОВИЧ, Андрей Игоревич), Russia; DOB 15 Mar 1961; POB Novosibirsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 774302812948 (Russia) (individual) [RUSSIA-EO14024].

MASHARIA AL-KHAYRIA (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARYA AL-KHAYRIA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3,

Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

MASHARYA AL-KHAIRYA (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

MASHHAD CENTRAL PRISON (a.k.a. MASHHAD PRISON; a.k.a. VAKIL ABAD PRISON; a.k.a. VAKILABAD PRISON),

OFFICE OF FOREIGN ASSETS CONTROL

Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

MASHHAD PRISON (a.k.a. MASHHAD CENTRAL PRISON; a.k.a. VAKIL ABAD PRISON; a.k.a. VAKILABAD PRISON), Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

MASHIN SAZI ARAK (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. "MSA"), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MASHINOSTROITEL PERM FACTORY JSC (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL), 57 Novozvyaginskaya Street, Perm 614014, Russia; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

MASHKANI, Abolfazl Ramezanzadeh (a.k.a. MOSHKANI, Abolfazl Ramazanzadeh; a.k.a. REZA'I', Abolfazl), Tehran, Iran; DOB 11 Jun 1988; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1263617549 (Iran) (individual) [SDGT]

[IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MASHOIL LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MASHOIL), d. 5 str. 1 pom. 1 kom. 1, per. Pyzhevski Moscow, Moscow 119017, Russia; Organization Established Date 25 Dec 2009; Tax ID No. 3315095756 (Russia); Government Gazette Number 63460412 (Russia); Registration Number 1093336001857 (Russia) [RUSSIA-EO14024].

MASHTALYAR, Oleg Alexandrovich (Cyrillic: МАШТАЛЯР, Олег Александрович), Russia; DOB 28 Sep 1971; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Passport 717545622 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

'MASHURA WAAD LAADAT AL-AAMAR (a.k.a. AL-WAAD AL-SADIQ; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

MASJEDI, Iraj, Iraq; DOB 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MASLI, Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd-al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

MASLOV, Ivan Aleksandrovich (Cyrillic: МАСЛОВ, ИВАН АЛЕКСАНДРОВИЧ) (a.k.a. "MASLOV, Ivan Oleksandrovich"), Mali; Uchitelskaya St., Apt 2, Shatki, Nizhny Novgorod Region, Russia; DOB 11 Jul 1982; alt. DOB 03 Jan 1980; POB Arkhangelsk, Russia; alt. POB Chuguevka, Chuguevsky District, Primorsky territory, Russia; nationality Russia; Gender Male; Passport 731849424 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

MASOUMIAN, Mehdi (a.k.a. MASUMIAN, Mahdi), Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491942168 (Iran) (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

MASOUMPOUR, Mojtaba, Iran; DOB 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتي) (a.k.a. HUMAM, Msuti (بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (محمد همام عدنان مسوتي); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MASOUTI, Mohammad Humam (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (محمد همام محمد عدنان مسوتي); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MASOUTI, Mohammad Hussam Mohammad Adnan (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed

OFFICE OF FOREIGN ASSETS CONTROL

Humam (Arabic: همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Adnan (Arabic: همام محمد عدنان مسوتي); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria, DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MASOUTI, Mohammed Hammam (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: همام محمد مسوتي عدنان); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: همام محمد عدنان مسوتي) (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MASOUTI, Mohammed Humam Mohammed Adnan (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: همام محمد عدنان مسوتي); MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MASRIF SOURIYA AL-MARKAZI (a.k.a. BANQUE CENTRALE DE SYRIE; a.k.a.

CENTRAL BANK OF SYRIA (Arabic: مصرف سوريا المركزي)), P.O. Box 2254, Altajrida Al Mughrabia Square, Damascus, Syria; Sabaa Bahrat Square, Damascus, Syria; SWIFT/BIC CBSYSYDA; Organization Established Date 28 Mar 1953; alt. Organization Established Date 01 Aug 1956; Organization Type: Central banking [SYRIA].

MASS COM GROUP FOR GENERAL TRADING (a.k.a. MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING; a.k.a. MASS COM GROUP GEN. TRAD. & CONT. CO. WLL; a.k.a. MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شركه ماس كوم جروب للتجاره العامه والمقاولات)), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING (a.k.a. MASS COM GROUP FOR GENERAL TRADING; a.k.a. MASS COM GROUP GEN. TRAD. & CONT. CO. WLL; a.k.a. MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شركه ماس كوم جروب للتجاره العامه والمقاولات)), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASS COM GROUP GEN. TRAD. & CONT. CO. WLL (a.k.a. MASS COM GROUP FOR GENERAL TRADING; a.k.a. MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING; a.k.a. MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شركه ماس كوم جروب للتجاره العامه والمقاولات)), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009;

Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASS COM GROUP GENERAL TRADING AND CONTRACTING COMPANY WLL (Arabic: شركه ماس كوم جروب للتجاره العامه والمقاولات) (a.k.a. MASS COM GROUP FOR GENERAL TRADING; a.k.a. MASS COM GROUP FOR GENERAL TRADING AND CONTRACTING; a.k.a. MASS COM GROUP GEN. TRAD. & CONT. CO. WLL), Capital - Jibla - Fahd al-Salim Street, Kuwait; Apt. 11 Bid. 14614 St. Qutaiba Bl 146, Hawally, Kuwait; Website https://masscom-kw.corn/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 May 2009; Trade License No. 331174 (Kuwait); Chamber of Commerce Number 119284 (Kuwait) [SDGT].

MASSA CAMACHO, Eduardo, Mexico; DOB 07 Aug 1959; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MACE590807HDFSMD05 (Mexico) (individual) [SDNTK].

MASSA PLAZA MALL (a.k.a. AL-MALIKI MALL (Arabic: مول المالكي); a.k.a. MALKI MALL), Malki District, Damascus, Syria [SYRIA].

MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY (a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str. h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE

MASSANDRA; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

MASTER REPOSTERIAS Y RESTAURANTES, S.A. DE C.V., Naciones Unidas 6875 B9C, Virreyes Residencial, Zapopan, Jalisco, Mexico; Av. Naciones Unidas 6885 B 9 y B 8, Paseo de los Virreyes, Zapopan, Jalisco 45136, Mexico; R.F.C. MRR151026PW6 (Mexico) [SDNTK].

MASTERSKILL INVESTMENTS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Organization Established Date 07 Apr 2016; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Registration Number HE 354317 (Cyprus) [RUSSIA-EO14024] (Linked To: IRONHILL HOLDINGS LIMITED).

MAS'UD, Abu Ali (a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MASUMIAN, Mahdi (a.k.a. MASOUMIAN, Mehdi), Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491942168 (Iran) (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

MATA GARCIA, Americo Alex (Latin: MATA GARCÍA, Américo Alex) (a.k.a. MATA, Americo (Latin: MATA, Américo)), Miranda, Venezuela; DOB 02 Jan 1976; citizen Venezuela; Gender Male; Cedula No. 12711021 (Venezuela); Passport C1506013 (Venezuela); Alternate Director on the Board of Directors of the National Bank of Housing and Habitat; Former

Vice Minister of Agricultural Economics; Former President of the Agricultural Bank of Venezuela (individual) [VENEZUELA].

MATA, Alcides (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

MATA, Americo (Latin: MATA, Américo) (a.k.a. MATA GARCIA, Americo Alex (Latin: MATA GARCÍA, Américo Alex)), Miranda, Venezuela; DOB 02 Jan 1976; citizen Venezuela; Gender Male; Cedula No. 12711021 (Venezuela); Passport C1506013 (Venezuela); Alternate Director on the Board of Directors of the National Bank of Housing and Habitat; Former Vice Minister of Agricultural Economics; Former President of the Agricultural Bank of Venezuela (individual) [VENEZUELA].

MATAAN, Ahmed Hasan Ali Sulaiman (a.k.a. SULAIMAN, Ahmad Matan Hassan Ali; a.k.a. "MATAAN, Ahmad"; a.k.a. "MATAAN, Ahmed"), Al Mahrah, Yemen; DOB 1966; POB Qandala, Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MATADERO METROPOLITANO LTDA., Km. 3 Via Marsella Parque Industrial, Pereira, Colombia; Carrera 10 No. 34-21 Dosq., Pereira, Colombia; Apartado Aereo 3786, Pereira, Colombia; NIT # 891412986-8 (Colombia) [SDNT].

MATAJER NOVIN MADA'EN COMPANY (a.k.a. MADA'IN NOVIN TRADERS (Arabic: شرکت سهامی خاص متاجر نوین مداِئن)), Lashgarak Road, Artesh Highway, Shahid Hossein Arab Halavasi Street, No. 11, Ground Floor, Tehran 1955633311, Iran; Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 515671 (Iran) [SDGT] [IFSR] (Linked To: SABURINEZHAD, Hasan).

MATALY, Mohamed Ould, Golf Rue 708 Door 345, Gao, Mali; DOB 1958; nationality Mali; Gender Male; Passport D9011156 (Mali) (individual) [MALI-EO13882].

MATANGA, Godwin (a.k.a. MATANGA, Tandabantu Godwin), Harare, Zimbabwe; DOB 05 Feb 1962; POB Chipinge, Zimbabwe;

nationality Zimbabwe; Gender Male; National ID No. 75128777N13 (Zimbabwe) (individual) [GLOMAG].

MATANGA, Tandabantu Godwin (a.k.a. MATANGA, Godwin), Harare, Zimbabwe; DOB 05 Feb 1962; POB Chipinge, Zimbabwe; nationality Zimbabwe; Gender Male; National ID No. 75128777N13 (Zimbabwe) (individual) [GLOMAG].

MATAROMAX PTY LTD (a.k.a. MSD CAPITAL PTY LTD), F4E3 The Paragon II, 1 Krammer Road, Johannesburg, Gauteng 2007, South Africa; P.O. Box 35465, Johannesburg, Gauteng 0102, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2018; V.A.T. Number 4490288372 (South Africa); Tax ID No. 9407308197 (South Africa); Commercial Registry Number 2018/607460/07 (South Africa) [SDGT] (Linked To: MURAD, Bassem).

MATEAS LIMITED, Afstralias 6, Limassol 3017, Cyprus; Organization Established Date 04 Feb 2002; Registration Number C127590 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

MATEO LAUREANO, Ignacio, Calle Mariano Matamoros No. 58, Centro, Colonia San Gabriel Chilac, Puebla, Mexico; Calle Sagitaro y Lactea No. 3085, Colonia Las Palmas, entre Lactea y Av. La Paz, Ciudad Victoria, Tamaulipas, Mexico; DOB 31 Jul 1977; POB Guerrero; alt. POB Tecpan de Galeana,Guerrero; nationality Mexico; citizen Mexico; C.U.R.P. MALI770731HGRTRG07 (Mexico); Cartilla de Servicio Militar Nacional C2606947 (Mexico) (individual) [SDNTK].

MATIN SANAT NIK ANDISHAN (a.k.a. IRANIAN NOVIN SYSTEMS MANAGEMENT; a.k.a. "MASNA"; a.k.a. "MSNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MATINKIA, Alireza (a.k.a. "KIA, Matin"), Tehran, Iran; DOB 06 Sep 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 145691535 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SABERIN KISH COMPANY).

MATIUSHCHENKO, Ekaterina Sergeevna (a.k.a. MATYUSHCHENKO, Ekaterina Sergeevna; a.k.a. MATYUSHCHENKO, Kateryna), 20 Ulitsa Novosadovaya, Apt. 41, Donetsk, Donetsk Region, Ukraine; DOB 01 Feb 1979; Gender

Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

MATLOUB, Mohsen (a.k.a. MOGHADAM, Mohsen Matloub), Iran; DOB 02 Oct 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V25762563 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MATNEE, Mohammed Abdulqader (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Passport G2590897 (individual) [SDGT].

MATNI, Muhammad 'Abd-al-Qadir (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Passport G2590897 (individual) [SDGT].

MATOUK, Matouk Mohamed (a.k.a. MATUQ, Matuq Mohammed; a.k.a. MATUQ, Matuq Muhammad); DOB 1956; POB Khoms, Libya; Secretary of the General People's Committee for Public Works (individual) [LIBYA2].

MATRAIMOV, Raimbek (a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Raiymbek; a.k.a. MATRAIMOV, Rayimbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRAIMOV, Raimbek Ismailovich (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raiymbek; a.k.a. MATRAIMOV, Rayimbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National

ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRAIMOV, Raiymbek (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Rayimbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRAIMOV, Rayimbek (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Raiymbek; a.k.a. YSMAIYLOV, Raiym), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

MATRIKS ELEKTRONIKA, ul. Lineinaya d. 227, office 201, Novosibirsk 630111, Russia; Tax ID No. 5402035309 (Russia); Registration Number 1175476088897 (Russia) [RUSSIA-EO14024].

MATSA COMPANY (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. "ENID"; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MATSUNICHI OIL TRADER, C.A., Calle La Guairita con Calle Amazonas, Cto. Profesional Eurobuilding, piso 4, Ofic. 48, Urb. Chuao, Caracas, Venezuela; RIF # J-29812490-3 (Venezuela) [SDNTK].

MATSUNICHI OIL TRAEADEZ 12, C.A., Calle La Guairita con Calle Amazonas, Cto. Profesional Eurobuilding, piso 4, Ofic. BB, Urb. Chuao, Caracas, Venezuela; RIF # J-29732037-7 (Venezuela) [SDNTK].

MATUQ, Matuq Mohammed (a.k.a. MATOUK, Matouk Mohamed; a.k.a. MATUQ, Matuq Muhammad); DOB 1956; POB Khoms, Libya; Secretary of the General People's Committee for Public Works (individual) [LIBYA2].

MATUQ, Matuq Muhammad (a.k.a. MATOUK, Matouk Mohamed; a.k.a. MATUQ, Matuq Mohammed); DOB 1956; POB Khoms, Libya;

Secretary of the General People's Committee for Public Works (individual) [LIBYA2].

MA'TUQ, Yusuf, Syria; DOB 30 May 1981; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MATVEEV, Aleksei Anatolievich, Russia; DOB 1963; POB Leningrad, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MATVEEV, Mihail Pavlovich (a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

MATVEEV, Mikhail Pavlovich (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

MATVEICHEV, Oleg Anatolievich (Cyrillic: МАТВЕЙЧЕВ, Олег Анатольевич), Russia; DOB 01 Feb 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MATVEYEV, Mikhail Nikolayevich (Cyrillic: МАТВЕЕВ, Михаил Николаевич), Russia; DOB 13 May 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MATVEYEV, Mikhail P (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail"

(Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

MATVIENKO, Sergei (a.k.a. MATVIYENKO, Sergey Vladimirovich), St. Petersburg, Russia; Moscow, Russia; DOB 05 May 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MATVIYENKO, Valentina Ivanovna).

MATVIENKO, Valentina (a.k.a. MATVIYENKO, Valentina Ivanovna (Cyrillic: МАТВИЕНКО, Валентина Ивановна)), Moscow, Russia; DOB 07 Apr 1949; POB Shepetovka, Khmelnitsky, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MATVIYENKO, Sergey Vladimirovich (a.k.a. MATVIENKO, Sergei), St. Petersburg, Russia; Moscow, Russia; DOB 05 May 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MATVIYENKO, Valentina Ivanovna).

MATVIYENKO, Valentina Ivanovna (Cyrillic: МАТВИЕНКО, Валентина Ивановна) (a.k.a. MATVIENKO, Valentina), Moscow, Russia; DOB 07 Apr 1949; POB Shepetovka, Khmelnitsky, Ukraine; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MATYTSIN, Oleg Vasilevich (a.k.a. MATYTSIN, Oleg Vasilyevich (Cyrillic: МАТЫЦИН, Олег Васильевич)), Moscow, Russia; DOB 19 May 1964; POB Moscow, Russia; nationality Russia; citizen Russia; Tax ID No. 772803114764 (Russia) (individual) [RUSSIA-EO14024].

MATYTSIN, Oleg Vasilyevich (Cyrillic: МАТЫЦИН, Олег Васильевич) (a.k.a. MATYTSIN, Oleg Vasilevich), Moscow, Russia; DOB 19 May 1964; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male;

Tax ID No. 772803114764 (Russia) (individual) [RUSSIA-EO14024].

MATYUSHCHENKO, Ekaterina Sergeevna (a.k.a. MATIUSHCHENKO, Ekaterina Sergeevna; a.k.a. MATYUSHCHENKO, Kateryna), 20 Ulitsa Novosadovaya, Apt. 41, Donetsk, Donetsk Region, Ukraine; DOB 01 Feb 1979; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

MATYUSHCHENKO, Kateryna (a.k.a. MATIUSHCHENKO, Ekaterina Sergeevna; a.k.a. MATYUSHCHENKO, Ekaterina Sergeevna), 20 Ulitsa Novosadovaya, Apt. 41, Donetsk, Donetsk Region, Ukraine; DOB 01 Feb 1979; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

MAULAWI AHMED SHAH HAWALA (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi

Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

MAUNG, Mahn Nyein (a.k.a. MAUNG, Padoh Mahn Nyein; a.k.a. MAUNG, Phado Man Nyein), Naypyitaw, Burma; DOB 01 Jan 1947 to 01 Jan 1949; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

MAUNG, Padoh Mahn Nyein (a.k.a. MAUNG, Mahn Nyein; a.k.a. MAUNG, Phado Man Nyein), Naypyitaw, Burma; DOB 01 Jan 1947 to 01 Jan 1949; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

MAUNG, Phado Man Nyein (a.k.a. MAUNG, Mahn Nyein; a.k.a. MAUNG, Padoh Mahn Nyein), Naypyitaw, Burma; DOB 01 Jan 1947 to 01 Jan 1949; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

MAUTE GROUP (a.k.a. ISLAMIC STATE OF LANAO; a.k.a. IS-RANAO), Lanao del Sur, Philippines [SDGT].

MAVASAL IMPEX PRIVATE LIMITED, Plot No. 11, Sector 33, Gurgaon 122004, India; Organization Established Date 14 Jul 2022; Registration Number U51909HR2022PTC105163 (India) [RUSSIA-EO14024].

MAWAFI, Ramzi (a.k.a. AL MOWAFI, Ramzi Mahmoud; a.k.a. MOWAFI, Ramzi; a.k.a. MUWAFI, Ramzi); DOB 1952; POB Egypt (individual) [SDGT].

MAWARI, Abu Hisham (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

MAWAS, Milad, Syria; DOB 25 Dec 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MAWIYA MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-

WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

MAXAMED, Mohamed Cumar (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia, DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MAXIMA MIDDLE EAST TRADING CO., P.O. Box 122925, Sharjah Airport International Free Zone, SAIF Lounge, Sharjah, United Arab Emirates; Suite 13, First Floor Oliaji Trade Centre, Francis Rachel Street, Victoria, Mahe, Seychelles [SYRIA] (Linked To: ABDULKARIM GROUP; Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED).

MAXIMENKO, Vladimir (a.k.a. MAKSIMENKO, Vladimir Ilich), Russia; DOB 01 Jan 1954; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

MAXIMOV, Alexander Aleksandrovich (Cyrillic: МАКСИМОВ, Александр Александрович), Russia; DOB 15 Nov 1946; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAXTECH IT SOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAXTECH SOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAXTECHSOLUTIONS (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

MAYA EXCHANGE COMPANY (Arabic: شركة مايا للصرافة) (a.k.a. MAYA FOR EXCHANGE AND INTERNATIONAL HAWALAS), Ground Floor, Property Number 17/9/2230, Baqi Zadeh Building, Fardus Street, Salhiyah, Damascus, Syria; First Real Estate Zone, Property Number 936, Section 2, Ground Floor, Haju Building, Abd al-Hamid al-Durubi Street, Homs, Syria; Tartus Real Estate Zone, Section 8, Property Number 3881, Revolution Street, Al-Baraniyah, Tartus, Syria; Ground Floor, Second Real Estate Zone, Sections 7-9, Property 2533, Aziziyah Falls, Baghdad Station, Aleppo, Syria; Organization Type: Other monetary intermediation [SYRIA] [SYRIA-CAESAR] (Linked To: CENTRAL BANK OF SYRIA).

MAYA FOR EXCHANGE AND INTERNATIONAL HAWALAS (a.k.a. MAYA EXCHANGE COMPANY (Arabic: شركة مايا للصرافة)), Ground Floor, Property Number 17/9/2230, Baqi Zadeh Building, Fardus Street, Salhiyah, Damascus, Syria; First Real Estate Zone, Property Number 936, Section 2, Ground Floor, Haju Building, Abd al-Hamid al-Durubi Street, Homs, Syria; Tartus Real Estate Zone, Section 8, Property Number 3881, Revolution Street, Al-Baraniyah, Tartus, Syria; Ground Floor, Second Real Estate Zone, Sections 7-9, Property 2533, Aziziyah Falls, Baghdad Station, Aleppo, Syria; Organization Type: Other monetary intermediation [SYRIA] [SYRIA-CAESAR] (Linked To: CENTRAL BANK OF SYRIA).

MAYA RIOS, Edison (a.k.a. "GOMELO") DOB 01 Apr 1974; POB Medellin, Antioquia, Colombia; Cedula No. 98568816 (Colombia) (individual) [SDNTK].

MAYALA, Adib (a.k.a. ANDRE, Miyal; a.k.a. MAYALEH, Adib; a.k.a. MAYARD, Andre); DOB 1955; POB Daraa, Syria; Governor of Central Bank of Syria (individual) [SYRIA].

MAYALEH, Adib (a.k.a. ANDRE, Miyal; a.k.a. MAYALA, Adib; a.k.a. MAYARD, Andre); DOB 1955; POB Daraa, Syria; Governor of Central Bank of Syria (individual) [SYRIA].

MAYARD, Andre (a.k.a. ANDRE, Miyal; a.k.a. MAYALA, Adib; a.k.a. MAYALEH, Adib); DOB 1955; POB Daraa, Syria; Governor of Central Bank of Syria (individual) [SYRIA].

MAYCHOU, Ali (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

MAYMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dal-ol-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MAYOROV, Aleksey Petrovich (a.k.a. MAYOROV, Alexei Petrovich (Cyrillic: МАЙОРОВ, Алексей Петрович)), Russia; DOB 29 Dec 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAYOROV, Alexei Petrovich (Cyrillic: МАЙОРОВ, Алексей Петрович) (a.k.a. MAYOROV, Aleksey Petrovich), Russia; DOB 29 Dec 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAYOROVA, Yulia (Cyrillic: МАЙОРОВА, Юлия) (a.k.a. MAYOROVA, Yulya); DOB 23 Apr 1979; nationality Russia; Gender Female (individual) [MAGNIT].

MAYOROVA, Yulya (a.k.a. MAYOROVA, Yulia (Cyrillic: МАЙОРОВА, Юлия)); DOB 23 Apr 1979; nationality Russia; Gender Female (individual) [MAGNIT].

MAZAEV, Konstantin (a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAI"; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

MAZAKA GENERAL TRADING L.L.C., 108 Al Safa Tower, Sheikh Zayed Road, P.O. Box 181176, Dubai, United Arab Emirates; PO BOX 181176, Al Souk Al Kabir Rd, Ben Daghen Building 6, Dubai, United Arab Emirates; 108 Al Safa Tower Trade Center, First Land No 23, PO Box No 181176, Dubai, United Arab Emirates; Govt. Of Dubai Real Estate Bldg. Bur, Main, P.O. Box 3162, Dubai, United Arab Emirates; Website http://mazakatrading.com; National ID No. 214774 (United Arab Emirates); Trade License No. 683633 (United Arab Emirates) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

MAZAR, Hakim Muhammed (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR,

Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZAR, Maulana (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZAYA ALARDH ALDHABIA LLC, Al Uqdah, Muscat, Oman; Al Buraimi P.O. Box 280/512, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jan 2019; Registration Number 1335894 (Oman) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

MAZHAR, Hakeem Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Hakim (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi,

Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Maulana Hakim Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Mohammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Mohammed (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Molana (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molavi

Muhammad, ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHAR, Molavi Muhammad (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

MAZHUGA, Alexander Georgiyevich (Cyrillic: МАЖУГА, Александр Георгиевич), Russia; DOB 06 Aug 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MAZIOTIS, Nikolaos (a.k.a. MAZIOTIS, Nikos); DOB 01 Oct 1971; POB Edessa, Pella, Greece; Identification Number P146821/1993 (individual) [SDGT].

MAZIOTIS, Nikos (a.k.a. MAZIOTIS, Nikolaos); DOB 01 Oct 1971; POB Edessa, Pella, Greece; Identification Number P146821/1993 (individual) [SDGT].

MAZIXON GMBH AND CO KG, Jesuitengasse 73, Koln 50735, Germany; Merkenicher Haupt Str. 96, Koln 50769, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Jun 2020; V.A.T. Number DE338075769 (Germany); Registration Number 50670A34770 (Germany) [NPWMD] [IFSR] (Linked To: KARIMI, Maziar).

MAZIXON VERWALTUNGS GMBH, Jesuitengasse 73, Koln 50735, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Apr 2020; Registration Number 50670B102044 (Germany) [NPWMD] [IFSR] (Linked To: KARIMI, Maziar).

MAZLGHANCHAY, Farzin Karimi (Arabic: فرزین مزلقانچای (a.k.a. KARIMI, Farzin (Arabic: فرزین کریمی); a.k.a. MAZLQANCHAY, Farzin Karimi), Iran; DOB 07 Dec 1992; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male; National ID No. 0440273961 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MAZLQANCHAY, Farzin Karimi (a.k.a. KARIMI, Farzin (Arabic: فرزین کریمی); a.k.a. MAZLGHANCHAY, Farzin Karimi (Arabic: فرزین مزلقانچای)), Iran; DOB 07 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0440273961 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MAZOUZ, Kheireddine (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubaki; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

MAZOUZI, Khayr al-Din (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubaki; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

MAZUR, Vladimir Vladimirovich (Cyrillic: МАЗУР, Владимир Владимирович), Tomsk Region, Russia; DOB 19 Jun 1966; POB Krutolozhnoe, Tomsk Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

MAZUREVSKII, Konstantin Sergeevich (Cyrillic: МАЗУРЕВСКИЙ, Константин Сергеевич) (a.k.a. MAZUREVSKY, Konstantin), Moscow, Russia; DOB 27 Apr 1981; POB Rassukha, Unechsky district, Bryansk region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MAZUREVSKY, Konstantin (a.k.a. MAZUREVSKII, Konstantin Sergeevich (Cyrillic: МАЗУРЕВСКИЙ, Константин Сергеевич)), Moscow, Russia; DOB 27 Apr 1981; POB Rassukha, Unechsky district, Bryansk region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MAZUTI, Abdelghani (a.k.a. MAZWATI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, Hamburg 21149, Germany; Marienstrasse 54, Hamburg, Germany; DOB 06 Dec 1972; POB Marrakech, Morocco; citizen Morocco; Passport M271392 (Morocco) issued 04 Dec 2000; alt. Passport F 879567 (Morocco) issued 29 Apr 1992; Moroccan Personal ID No. E 427689 (Morocco) issued 20 Mar 2001 (individual) [SDGT].

MAZWATI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, Hamburg 21149, Germany; Marienstrasse 54, Hamburg, Germany; DOB 06 Dec 1972; POB Marrakech, Morocco; citizen Morocco; Passport M271392 (Morocco) issued 04 Dec 2000; alt. Passport F 879567 (Morocco) issued 29 Apr 1992; Moroccan Personal ID No. E 427689 (Morocco) issued 20 Mar 2001 (individual) [SDGT].

MB BANK (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MB BANK, AO (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions

Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MBAGA, Peter Charles (a.k.a. "ABU KAIDHA"; a.k.a. "Issa"), Johannesburg, South Africa; DOB 25 Sep 1976; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB321592 (Tanzania) expires 08 Mar 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

MBARUSHIMANA, Callixte, Paris, France; Thiais, France; DOB 24 Jul 1963; POB Ndusu/Ruhengeri, Northern Province, Rwanda; alt. POB Ruhengeri Province, Rwanda; citizen Rwanda; FDLR Executive Secretary (individual) [DRCONGO].

M'BETIBANGUI, Oumar Younous (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar', Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

MBK LOJISTIK MEDIKAL PAZARLAMA SANAYI IC VE DIS TICARET LIMITED SIRKETI, Ic Kapi No: 1 Kamara Blok No: 52 Hasat Sk. Merkez Mah, Sisli, Istanbul 34381, Turkey; Registration Number 371643-5 (Turkey) [RUSSIA-EO14024].

MC BITRIVER, LLC (a.k.a. OOO MANAGEMENT COMPANY BITRIVER; a.k.a. UK BITRIVER, LLC), Ul. Annenskaya D. 17, Str. 1, Office 1.18, Moscow 127521, Russia; Organization Established Date 22 Sep 2021; Tax ID No. 9715406566 (Russia); Registration Number 1217700448448 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

MC POLYUS LLC (Cyrillic: ООО УК ПОЛЮС) (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY POLYUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ПОЛЮС)), d. 3 str. 1 kab. 801, ul. Krasina, Moscow 123056, Russia; Organization Type: Activities of holding companies; Registration ID 1167746068236 (Russia); Tax ID No. 7703405099 (Russia) [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

MCC VYDAYUSHIESYA KREDITY LLC (a.k.a. MIKROKREDITNAYA KOMPANIYA VYDAYUSHCHIESYA KREDITY; a.k.a. VYDAYUSHCHIESYA KREDITY MICROCREDIT COMPANY LIMITED LIABILITY COMPANY), 32 Kutuzovsky Avenue, building 1, floor 6, room 6.C.01, Moscow 121170, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7725374454 (Russia); Registration Number 1177746493473 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

MCFLY PLASTIC HK LIMITED, Unit M, 1/F, Mau Lam Comm Bldg, 16-18 Mau Lam St, Jordan, Kowloon, Hong Kong, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); C.R. No. 2691637 (Hong Kong) [IRAN-EO13846].

MCGILL, Nathaniel (a.k.a. MCGILL, Nathaniel F.), Paynesville, Liberia; DOB 01 Jan 1971; POB Belle Yella, Liberia; nationality Liberia; Gender Male; Passport DP0002800 (Liberia) expires 19 Apr 2023 (individual) [GLOMAG].

MCGILL, Nathaniel F. (a.k.a. MCGILL, Nathaniel), Paynesville, Liberia; DOB 01 Jan 1971; POB Belle Yella, Liberia; nationality Liberia; Gender Male; Passport DP0002800 (Liberia) expires 19 Apr 2023 (individual) [GLOMAG].

MCGOVERN, Sean Gerard, Dubai, United Arab Emirates; DOB 12 Feb 1986; POB Dublin,

Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PJ2861371 (Ireland) (individual) [TCO] (Linked To: KINAHAN, Daniel Joseph).

MCI DOO BEOGRAD (a.k.a. MCI TRADING DOO BEOGRAD PALILULA), Mirocka 1/1, Belgrade 11060, Serbia; Tax ID No. 104545548 (Serbia); Registration Number 20186909 (Serbia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

MCI TRADING DOO BEOGRAD PALILULA (a.k.a. MCI DOO BEOGRAD), Mirocka 1/1, Belgrade 11060, Serbia; Tax ID No. 104545548 (Serbia); Registration Number 20186909 (Serbia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

MCLINTOCK, James Alexander (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA).

MCLINTOCK, Yaqub (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL

SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MCLINTOK, James Alexander (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

MCM GROUP (a.k.a. MYANMAR CHEMICAL AND MACHINERY COMPANY LIMITED), No. 566/KA, Yazahtarni Road, Paung Laung 2 Quarter, Pyinmana Township, Naypyitaw, Burma; NO.2, 7 Mile Hill, MG Weik Housing, Mayangone Township, Yangon Region, Burma; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Registration Number 100220040 (Burma) issued 10 Feb 2001 [BURMA-EO14014] (Linked To: OO, Aung Hlaing).

MCS ENGINEERING (a.k.a. EFFICIENT PROVIDER SERVICES GMBH), Karlstrasse 21, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MCS INTERNATIONAL GMBH (a.k.a. MANNESMAN CYLINDER SYSTEMS; a.k.a. MCS TECHNOLOGIES GMBH), Karlstrasse 23-25, Dinslaken, Nordrhein-Westfalen 46535, Germany; Website http://www.mcs-tch.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MCS TECHNOLOGIES GMBH (a.k.a. MANNESMAN CYLINDER SYSTEMS; a.k.a. MCS INTERNATIONAL GMBH), Karlstrasse 23-25, Dinslaken, Nordrhein-Westfalen 46535, Germany; Website http://www.mcs-tch.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MDS IMPORT EXPORT (a.k.a. M. D. S. IMPORT EXPORT CO., LTD.; a.k.a. MDS IMPORT EXPORT CO., LTD.), 10 AB, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Tax ID No. K005-105000833 (Cambodia); Company Number 00019488 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

MDS IMPORT EXPORT CO., LTD. (a.k.a. M. D. S. IMPORT EXPORT CO., LTD.; a.k.a. MDS IMPORT EXPORT), 10 AB, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Tax ID No. K005-105000833 (Cambodia); Company Number 00019488 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

MDS THMORDA SEZ (a.k.a. M D S THMORDA S E Z CO., LTD.), 10 AB, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019416 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

ME ACCESS TECHNOLOGY GENERAL TRADING FZE (a.k.a. ACCESS TECHNOLOGY TRADING L.L.C (Arabic: اكسيس تكنولوجي للتجارة ش.ذ.م.م), SM-OFFICE-01-204 S, Dubai, United Arab Emirates; SM Office, D1-204S, Ajman, United Arab Emirates; Website www.meaccesstechnology.com; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 04 Apr 2022; License 1048510 (United Arab Emirates); Registration Number 1368637 (United Arab Emirates); Economic Register Number (CBLS) 11859002 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MEADOWBROOK INVESTMENTS LIMITED, 44 Upper Belgrave Road, Clifton, Bristol BS8 2XN, United Kingdom; Registered Charity No. 05059698 (United Kingdom) [SDGT].

MEADOWS, John (a.k.a. MEADOWS, John Edward), The Retreat, St. Mary's Lane, Bexhill on Sea, United Kingdom; DOB 17 Dec 1958; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 099270130 (United Kingdom); alt. Passport 093032285 (United Kingdom) (individual) [SDGT] [IFSR] (Linked To: AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD.).

MEADOWS, John Edward (a.k.a. MEADOWS, John), The Retreat, St. Mary's Lane, Bexhill on Sea, United Kingdom; DOB 17 Dec 1958; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 099270130 (United Kingdom); alt. Passport 093032285 (United Kingdom) (individual) [SDGT] [IFSR] (Linked To: AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD.).

MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT (a.k.a. MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م); a.k.a. MEAMMAR CONSTRUCTION; a.k.a. MI'MAR ENGINEERING COMPANY), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م) (a.k.a. MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT; a.k.a. MEAMMAR CONSTRUCTION; a.k.a. MI'MAR ENGINEERING COMPANY), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MEAMMAR CONSTRUCTION (a.k.a. MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT; a.k.a. MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م); a.k.a. MI'MAR ENGINEERING COMPANY), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Commercial Registry Number

29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH].

MEBRAK, Yazid (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

MECHANICAL CONSTRUCTION FACTORY, PO Box 35202, Industrial Zone, Al-Qadam Road, Damascus, Syria [NPWMD].

MECHEL OAO (a.k.a. MECHEL PJSC; a.k.a. MECHEL STEEL GROUP OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [RUSSIA-EO14024].

MECHEL PJSC (a.k.a. MECHEL OAO; a.k.a. MECHEL STEEL GROUP OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [RUSSIA-EO14024].

MECHEL STEEL GROUP OAO (a.k.a. MECHEL OAO; a.k.a. MECHEL PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [RUSSIA-EO14024].

MEDAL INVERSIONES, S.A., Panama; RUC # 62962-44-353646 (Panama) [SDNTK].

MEDIASINTEZ LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

MEDIASINTEZ, OOO (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION (a.k.a. MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION; a.k.a. "DRUGS AND MEDICAL SUPPLIES"; a.k.a. "MEDIC"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Commercial

Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION (a.k.a. MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION; a.k.a. "DRUGS AND MEDICAL SUPPLIES"; a.k.a. "MEDIC"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

MEDINA CARDONA, Rubiel (a.k.a. "MONO AMALFI") DOB 17 Oct 1979; POB Marquetalia, Caldas, Colombia; citizen Colombia; Cedula No. 75004020 (Colombia) (individual) [SDNTK].

MEDINA DIAZ, Herman De Jesus; DOB 23 Mar 1968; POB Mistrato, Risaralda, Colombia; Cedula No. 18560548 (Colombia) (individual) [SDNTK].

MEDINA GONZALEZ, Oscar Noe (a.k.a. "El Panu"; a.k.a. "Pan"; a.k.a. "Panu"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MEDINA RIOJAS, Eleazar (a.k.a. GONZALEZ MARTINEZ, Erick; a.k.a. MEDINA ROJAS, Eleazar), Cuauhtemoc 805, Nuevo Laredo, Tamaulipas, Mexico; Diaz Miron 604, Colonia Victoria, Nuevo Laredo, Tamaulipas, Mexico; DOB 28 Jan 1972; POB Nuevo Laredo, Tamaulipas; alt. POB Monterrey, Nuevo Leon; nationality Mexico; citizen Mexico; C.U.R.P. MERE720128HTSDJL07 (Mexico) (individual) [SDNTK].

MEDINA ROJAS, Eleazar (a.k.a. GONZALEZ MARTINEZ, Erick; a.k.a. MEDINA RIOJAS, Eleazar), Cuauhtemoc 805, Nuevo Laredo, Tamaulipas, Mexico; Diaz Miron 604, Colonia Victoria, Nuevo Laredo, Tamaulipas, Mexico; DOB 28 Jan 1972; POB Nuevo Laredo, Tamaulipas; alt. POB Monterrey, Nuevo Leon; nationality Mexico; citizen Mexico; C.U.R.P. MERE720128HTSDJL07 (Mexico) (individual) [SDNTK].

MEDINA SAENZ, Enrique (a.k.a. GAXIOLA MEDINA, Rigoberto; a.k.a. MORALES GUERRERO, Juan Antonio; a.k.a. SAENZ MEDINA, Enrique), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C.

GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

MEDVEDCHUK, Viktor, DOB 07 Aug 1954; POB Pochyot, Krasnoyarsk Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MEDVEDEV, Dmitry (a.k.a. MEDVEDEV, Dmitry Anatolievich (Cyrillic: МЕДВЕДЕВ, Дмитрий Анатольевич)), Moscow, Russia; DOB 14 Sep 1965; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MEDVEDEV, Dmitry Anatolievich (Cyrillic: МЕДВЕДЕВ, Дмитрий Анатольевич) (a.k.a. MEDVEDEV, Dmitry), Moscow, Russia; DOB 14 Sep 1965; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MEDVEDEV, Gennadiy (a.k.a. MEDVIEDIEV, Gennadiy Nikolayevich); DOB 14 Sep 1959; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Director of the Border Guard Service of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

MEDVEDEV, Ilya Dmitrievich (Cyrillic: МЕДВЕДЕВ, Илья Дмитриевич), Russia; DOB 03 Aug 1995; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MEDVEDEV, Dmitry Anatolievich).

MEDVEDEV, Valery Kirillovich, 22 Ulitsa Oktyabrskoi Revolutsii, Building 9, Apt. 14, Sevastopol, Crimea, Ukraine; DOB 21 Aug 1946; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chair of the Sevastopol Electoral Commission (individual) [UKRAINE-EO13660].

MEDVEDEVA, Svetlana Vladimirovna (Cyrillic: МЕДВЕДЕВА, Светлана Владимировна), Russia; DOB 15 Mar 1965; POB Kronshtadt, Leningrad Oblast, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: MEDVEDEV, Dmitry Anatolievich).

MEDVEZHYA GORA OOO (a.k.a. NEW ARCTIC SHIPPING LIMITED LIABILITY COMPANY (Cyrillic: НОВОЕ АРКТИЧЕСКОЕ ПАРОХОДСТВО ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 3A str. 4 etazh 1 pom. 7, ul. 1-Ya

Frunzenskaya, Moscow 119146, Russia; Organization Established Date 26 Aug 2019; Tax ID No. 7704471009 (Russia); Government Gazette Number 41291624 (Russia); Registration Number 1197746527714 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

MEDVIEDIEV, Gennadiy Nikolayevich (a.k.a. MEDVEDEV, Gennadiy); DOB 14 Sep 1959; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Director of the Border Guard Service of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

MEED INTERNATIONAL LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

MEENPHARMA (a.k.a. MAINPHARMA), Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

MEGA COMERCIAL FERRELECTRICA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Type: Non-specialized wholesale trade; Folio Mercantil No. 40660 (Mexico) [ILLICIT-DRUGS-EO14059].

MEGA EMPACADORA DE FRUTAS S.A. DE C.V., Carretera Nueva Italia-Uruapan, Kilometro 2, Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; R.F.C. MEF9603051L4 (Mexico) [SDNTK].

MEGA GEMS PTY LTD (f.k.a. "XXX DIAMONDS PTY LTD"), The Paragon II F1W1, 1 Krammer Road, Bedfordview, Gauteng 2007, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jul 2015; V.A.T. Number 4180271522 (South Africa); Tax ID No. 9825071161 (South Africa); Commercial Registry Number 2015/252356/07 (South Africa) [SDGT] (Linked To: AHMAD, Firas Nazem).

MEGA GROUP S.R.L., No. 3, Commune Bragadiru, Clinceni, Ilfov 77060, Romania; C.R. No. J23/863/2002 (Romania); Romanian Tax Registration 14637977 (Romania) [SDNTK].

MEGACOM LIMITED LIABILITY COMPANY (a.k.a. MEGAKOM (Cyrillic: МЕГАКОМ)), Ul. Letnikovskaya D. 20, Str. 4, Pom. I. Kom. 3, Moscow 115114, Russia; Organization Established Date 10 Apr 2006; Organization Type: Construction of buildings; Tax ID No. 7705725009 (Russia); Registration Number 1067746471990 (Russia) [RUSSIA-EO14024]

(Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

MEGAFON PAO (Cyrillic: МЕГАФОН ПАО), Pereulok Oruzheinyi, Dom 41, Moscow, Moscow Region 127006, Russia; Organization Established Date 17 Jun 1993; Organization Type: Wireless telecommunications activities; Tax ID No. 7812014560 (Russia); Registration Number 1027809169585 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM; Linked To: AF TELECOM HOLDING LIMITED LIABILITY COMPANY).

MEGAKOM (Cyrillic: МЕГАКОМ) (a.k.a. MEGACOM LIMITED LIABILITY COMPANY, Ul. Letnikovskaya D. 20, Str. 4, Pom. I. Kom. 3, Moscow 115114, Russia; Organization Established Date 10 Apr 2006; Organization Type: Construction of buildings; Tax ID No. 7705725009 (Russia); Registration Number 1067746471990 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

MEGASAN ELEKTRONIK TICARET VE SANAYI ANONIM SIRKETI, One Block Umraniye Blok, No:16-72 Fatih Sultan Mahallesi, Istanbul 34771, Turkey; Tax ID No. 6130759760 (Turkey); Business Registration Number 361943 (Turkey) [RUSSIA-EO14024].

MEGASTROIINVEST, OOO (a.k.a. MEGASTROYINVEST LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEGASTROIINVEST), 23, ul. Boevaya, Grozny, Chechenskaya Resp. 364913, Russia; Tax ID No. 2013431689 (Russia); Registration Number 1072031001580 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

MEGASTROYINVEST LTD (a.k.a. MEGASTROIINVEST, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEGASTROIINVEST), 23, ul. Boevaya, Grozny, Chechenskaya Resp. 364913, Russia; Tax ID No. 2013431689 (Russia); Registration Number 1072031001580 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

MEGATRADE, Aleppo Street, PO Box 5966, Damascus, Syria [NPWMD].

MEHANNA, Zeinab Naiem (a.k.a. TALEBZADEH, Zeinab Mehanna); DOB 19 Oct 1969; nationality Iran; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [SDGT]

[IFSR] (Linked To: NEW HORIZON ORGANIZATION).

MEHAREN, Senay Beraki (a.k.a. KIDANE, Amanuel; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahim; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGASH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MEHDI BROS SHIP SERV. PVT. LTD. (a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI BROS SHIP SERVICES PVT LTD (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI BROS. SHIP SERVICES PRIVATE LIMITED (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI BROTHERS SHIP SERVICES PVT. LTD. (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI GROUP; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI GROUP (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI SHIPPING LIMITED), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI GROUP OFFSHORE (a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT; a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT PTE. LTD.), 17 Phillip Street, #05-01 Grand Building, 048695, Singapore; Phillip Street 17 #05-01, City - Marina Area, 048695, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 201536806R (Singapore) [SDGT] (Linked To: MEHDI GROUP).

MEHDI OFFSHORE AND SHIP MANAGEMENT (a.k.a. MEHDI GROUP OFFSHORE; a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT PTE. LTD.), 17 Phillip Street, #05-01 Grand Building, 048695, Singapore; Phillip Street 17 #05-01, City - Marina Area, 048695, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 201536806R (Singapore) [SDGT] (Linked To: MEHDI GROUP).

MEHDI OFFSHORE AND SHIP MANAGEMENT PTE. LTD. (a.k.a. MEHDI GROUP OFFSHORE; a.k.a. MEHDI OFFSHORE AND SHIP MANAGEMENT), 17 Phillip Street, #05-01 Grand Building, 048695, Singapore; Phillip Street 17 #05-01, City - Marina Area, 048695, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 201536806R (Singapore) [SDGT] (Linked To: MEHDI GROUP).

MEHDI SHIPPING LIMITED (a.k.a. MEHDI BROS SHIP SERV. PVT. LTD.; a.k.a. MEHDI BROS SHIP SERVICES PVT LTD; a.k.a. MEHDI BROS. SHIP SERVICES PRIVATE LIMITED; a.k.a. MEHDI BROTHERS SHIP SERVICES PVT. LTD.; a.k.a. MEHDI GROUP), 511, 5th Floor, Samarth Aishwarya Off K.L. Walawakar road, Oshiwara, Andheri [w], Mumbai 400053, India; 102, Mohid Height, Suresh Nagar, Four Bungalow RTO, Andheri (West), Mumbai, Maharashtra 400053, India; Off No 511, B Wing, Mumbai City 400053, India; Website www.mehdishipping.net; alt. Website http://mehdishipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number U74999MH1999PTC119358 (India) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI, Ali Ghadeer (a.k.a. MEHDI, Alighadeer Mohammad); DOB 14 May 1984; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

MEHDI, Ali Zaheer (a.k.a. MEHDI, Alizaheer Mohammad); DOB 14 May 1973; alt. DOB 01 Jan 1973 to 31 Dec 1973; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z2423134 (India) expires 11 Dec 2023; alt.

Passport Z3079423 (India) expires 01 Jan 2026 to 31 Dec 2026 (individual) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI, Alighadeer Mohammad (a.k.a. MEHDI, Ali Ghadeer); DOB 14 May 1984; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

MEHDI, Alizaheer Mohammad (a.k.a. MEHDI, Ali Zaheer); DOB 14 May 1973; alt. DOB 01 Jan 1973 to 31 Dec 1973; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z2423134 (India) expires 11 Dec 2023; alt. Passport Z3079423 (India) expires 01 Jan 2026 to 31 Dec 2026 (individual) [SDGT] (Linked To: QASEMI, Rostam).

MEHDI, Ghosn Ali Abdel (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. "'ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

MEHDI, Rezaei (a.k.a. PORSAFI, Shahram; a.k.a. POURSAFI, Shahram; a.k.a. PURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MEHDIPUR, Mohammad Reza; DOB 06 Aug 1975; POB Naein, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1249481643 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

MEHMEDAGIC, Osman (a.k.a. "OSMICA"), Mis Irbina No. 18, Sarajevo 71000, Bosnia and Herzegovina; DOB 01 Nov 1962; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male; National ID No. 0111962172659 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

MEHMOOD, Dr. Bashir Uddin (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a.

MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan (individual) [SDGT].

MEHMOOD, Osama (a.k.a. MAHMUD, Usama; a.k.a. "Abu Zar"; a.k.a. "Atta Ullah"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MEHMOOD, Shaheed (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOUD, Shahid; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MEHMOUD, Shahid (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOOD, Shaheed; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MEHR BANK (a.k.a. MEHR FINANCE AND CREDIT INSTITUTE; a.k.a. MEHR INTEREST-FREE BANK), 204 Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

MEHR EGHTESAD IRANIAN INVESTMENT COMPANY (a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration

Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR EQTESAD BANK (a.k.a. MEHR INTEREST-FREE BANK), No. 182, Shahid Tohidi St, 4th Golsetan, Pasdaran Ave, Tehran 1666943, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: BONYAD TAAVON BASIJ; Linked To: BASIJ RESISTANCE FORCE).

MEHR EQTESAD FINANCIAL GROUP, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101471388 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

MEHR EQTESAD IRANIAN INVESTMENT COMPANY (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR FINANCE AND CREDIT INSTITUTE (a.k.a. MEHR BANK; a.k.a. MEHR INTEREST-FREE BANK), 204 Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

MEHR INTEREST-FREE BANK (a.k.a. MEHR BANK; a.k.a. MEHR FINANCE AND CREDIT INSTITUTE), 204 Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

MEHR INTEREST-FREE BANK (a.k.a. MEHR EQTESAD BANK), No. 182, Shahid Tohidi St,

4th Golsetan, Pasdaran Ave, Tehran 1666943, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: BONYAD TAAVON BASIJ; Linked To: BASIJ RESISTANCE FORCE).

MEHR IRAN CREDIT UNION BANK (a.k.a. BANK-E GHARZOLHASANEH MEHR IRAN; a.k.a. GHARZOLHASANEH MEHR IRAN BANK), Taleghani St., No.204, Before the intersection of Mofateh, across from the former U.S. embassy, Tehran, Iran; No. 204, Taleghani Street, Tehran, Iran; 204, Before the Mofatteh Crossroad, Taleghani Ave., Tehran, Iran; Website www.qmb.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13902].

MEHR IRANIAN ECONOMY COMPANY (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR IRANIAN ECONOMY INVESTMENTS (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مهر) (a.k.a. MEHR PETROCHEMICAL COMPLEX), Fifth Street, Block 22, Tehran, Iran; 2nd Petrochemical Phase, PSEEZ, Assalouyeh, Boushehr Province, Iran; Khaled Eslamboli Street, Alley 5, P. 22, Tehran, Iran; Website www.mehrpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jun 2005; Organization Type: Manufacture of refined petroleum products; National ID No. 10102887184 (Iran); Registration Number 248119 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MEHR PETROCHEMICAL COMPLEX (a.k.a. MEHR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی مهر)), Fifth Street, Block 22, Tehran, Iran; 2nd Petrochemical Phase, PSEEZ, Assalouyeh, Boushehr Province, Iran; Khaled Eslamboli Street, Alley 5, P. 22, Tehran, Iran; Website www.mehrpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jun 2005; Organization Type: Manufacture of refined petroleum products; National ID No. 10102887184 (Iran); Registration Number 248119 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MEHRABI, Abdollah (Arabic: عبداله محرابی; Arabic: عبداله محرابی), Iran; DOB 22 Dec 1961; POB Khansar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1229632603 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

MEHRAN PAPER MILL, F-11, S.I.T.E., Kotri, Sindh, Pakistan; Tax ID No. 25735349 (Pakistan) [SDNTK].

MEHRAN SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; f.k.a. TEJARAT TOSE'E EQTESADI IRANIAN), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

MEHRI, Mahdi, Iran; DOB 08 Jun 1990; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MEHRI, Mahmoud (a.k.a. MAHMOOD, Mehri), Iran; DOB 19 Sep 1985; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F49959213 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MEHRI, Mohammad Hassan, Iran; DOB 04 Jul 1964; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F24371256 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MEHRSAM ANDISHEH SAZ NIK (a.k.a. DEHKADEH TELECOMMUNICATION AND SECURITY COMPANY; a.k.a. MAHAK RAYAN AFRAZ), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14009946460 (Iran) [SDGT] [IRGC] [IFSR]

(Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

MEHSUD, Sajna (a.k.a. SAID, Khan; a.k.a. SAYED, Khan); DOB 1975; alt. DOB 1977; POB Zangara area, Sararogh, South Waziristan (individual) [SDGT].

MEHTI, Gafar Zada (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

MEIR'S YOUTH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

MEJAKIC, Zeljko; DOB 02 Aug 1964; POB Petrov Gaj, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

MEJIA ARTEAGA, Nora, (a.k.a AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o LLANOTOUR LTDA., Rionegro, Antioquia, Colombia; DOB 08 Mar 1946; POB Medellin, Colombia; Cedula No. 32488894 (Colombia) (individual) [SDNT].

MEJIA GONZALEZ, Juan Reyes, Miguel Aleman, Tamaulipas, Mexico; DOB 18 Nov 1975; POB Mier, Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

MEJIA GUTIERREZ, Ignacio (a.k.a. MEJIA GUTIERREZ, Nacho; a.k.a. MEJIA GUTIERREZ, Ygnacio), Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; DOB 23 Apr 1946; POB Ziracuetrio, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MEGI460423HMNJTG04 (Mexico) (individual) [SDNTK].

MEJIA GUTIERREZ, Nacho (a.k.a. MEJIA GUTIERREZ, Ignacio; a.k.a. MEJIA GUTIERREZ, Ygnacio), Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; DOB 23 Apr 1946; POB Ziracuetrio, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MEGI460423HMNJTG04 (Mexico) (individual) [SDNTK].

MEJIA GUTIERREZ, Ygnacio (a.k.a. MEJIA GUTIERREZ, Ignacio; a.k.a. MEJIA GUTIERREZ, Nacho), Colonia La Estacion, Nueva Italia, Michoacan CP 61760, Mexico; DOB 23 Apr 1946; POB Ziracuetrio, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MEGI460423HMNJTG04 (Mexico) (individual) [SDNTK].

MEJIA MAGNANI, Jhon (a.k.a. MEJIA MAGNANI, John Ivan; a.k.a. MEJIA MAGNANI, John Yvan), c/o AERO CONTINENTE S.A., Lima, Peru; c/o SISTEMA DE DISTRIBUCION MUNDIAL S.A.C., Lima, Peru; c/o CONTINENTE MOVIL Y SERVICIOS S.R.L., Callao, Peru; La Ladera MZ. J LT. 14, Las Vinas, Lima, Peru; DOB 20 Apr 1966; LE Number 07541863 (Peru) (individual) [SDNTK].

MEJIA MAGNANI, John Ivan (a.k.a. MEJIA MAGNANI, Jhon; a.k.a. MEJIA MAGNANI, John Yvan), c/o AERO CONTINENTE S.A., Lima,

Peru; c/o SISTEMA DE DISTRIBUCION MUNDIAL S.A.C., Lima, Peru; c/o CONTINENTE MOVIL Y SERVICIOS S.R.L., Callao, Peru; La Ladera MZ. J LT. 14, Las Vinas, Lima, Peru; DOB 20 Apr 1966; LE Number 07541863 (Peru) (individual) [SDNTK].

MEJIA MAGNANI, John Yvan (a.k.a. MEJIA MAGNANI, Jhon; a.k.a. MEJIA MAGNANI, John Ivan), c/o AERO CONTINENTE S.A., Lima, Peru; c/o SISTEMA DE DISTRIBUCION MUNDIAL S.A.C., Lima, Peru; c/o CONTINENTE MOVIL Y SERVICIOS S.R.L., Callao, Peru; La Ladera MZ. J LT. 14, Las Vinas, Lima, Peru; DOB 20 Apr 1966; LE Number 07541863 (Peru) (individual) [SDNTK].

MEJIA REGALADO, Jose Manuel, Agrp. Block K Dpto 200, Lima, Peru; DOB 18 May 1948; LE Number 07609623 (Peru) (individual) [SDNTK].

MEJIA VALENCIA, Gonzalo Alberto, Carrera 41, No. 29A-29, Maranilla, Antioquia, Colombia; DOB 23 Apr 1979; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 70729968 (Colombia); Passport AJ441012 (Colombia) (individual) [SDNTK].

MEKMUD, Sultan Baishiruddin (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEHMOOD, Dr. Bashir Uddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistan (individual) [SDGT].

MELARBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

MELENDEZ RIVAS, Carmen Teresa (Latin: MELÉNDEZ RIVAS, Carmen Teresa), Lara, Venezuela; DOB 03 Nov 1961; POB Barinas, Venezuela; citizen Venezuela; Gender Female; Cedula No. 8146803 (Venezuela); Constituent of Venezuela's Constituent Assembly for Iribarren Municipality in Lara State (individual) [VENEZUELA].

MELFI MARINE CORPORATION S.A. (a.k.a. MELFI MARINE S.A.), Calle Oficios No. 410 e/Luz y Acosta, La Habana Vieja, Habana, Cuba; Anillo del Puerto e/Pote y Linea del Ferrocarril, La Habana Vieja, Habana, Cuba; Oficios 104 Havana Vieja, Havana, Cuba; Oficina 7, Edificio Senorial, Calle 50 Apartado 31, Panama City 5, Panama [CUBA].

MELFI MARINE S.A. (a.k.a. MELFI MARINE CORPORATION S.A.), Calle Oficios No. 410 e/Luz y Acosta, La Habana Vieja, Habana, Cuba; Anillo del Puerto e/Pote y Linea del Ferrocarril, La Habana Vieja, Habana, Cuba; Oficios 104 Havana Vieja, Havana, Cuba; Oficina 7, Edificio Senorial, Calle 50 Apartado 31, Panama City 5, Panama [CUBA].

MELGOZA TORRES, Martin, Paseo Coronado No. 964, Fraccionamiento El Mirador, Tijuana, Baja California, Mexico; c/o FARMACIA VIDA SUPREMA, S.A. DE C.V., Boulevard Agua Caliente 1381, Revolucion, Tijuana, Baja California Norte 22400, Mexico; DOB 11 Nov 1946; POB Villa de Alvarez, Colima, Mexico; R.F.C. METM-46111-BF4 (Mexico); Credencial electoral 073855815496 (Mexico) (individual) [SDNTK].

MELHEM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MELIKAL FOR MEDICAL & MEDICINE TRADING CO., LIMITED (a.k.a. MELIKAL FOR MEDICAL AND MEDICINE TRADING CO., LIMITED), Flat/Rm 1512 15/F Lucky Centre, Hong Kong, China; Organization Established Date 15 Apr 2021; C.R. No. 3038706 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MELIKAL FOR MEDICAL AND MEDICINE TRADING CO., LIMITED (a.k.a. MELIKAL FOR MEDICAL & MEDICINE TRADING CO., LIMITED), Flat/Rm 1512 15/F Lucky Centre, Hong Kong, China; Organization Established Date 15 Apr 2021; C.R. No. 3038706 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MELIKOV, Nikita, Russia; DOB 30 Mar 1994; nationality Russia; Gender Male (individual)

[RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

MELIKOV, Sergey Alimovich, Dagestan Republic, Russia; DOB 12 Sep 1965; POB Orekhovo-Zuevo, Moscow Region, Russia; nationality Russia; Gender Male; Tax ID No. 500102934148 (Russia) (individual) [RUSSIA-EO14024].

MELIORA ACADEMICA EOOD (f.k.a. MELIORA AKADEMIKA), 2E Prof. P. Dzhidrov Str., Studentski Grad Distr., Sofia, Stolichna 1700, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 202052161 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

MELIORA AKADEMIKA (a.k.a. MELIORA ACADEMICA EOOD), 2E Prof. P. Dzhidrov Str., Studentski Grad Distr., Sofia, Stolichna 1700, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 202052161 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

MELLADO CRUZ, Galdino (a.k.a. GALINDO MELLADO, Cruz; a.k.a. MELLADO CRUZ, Galindo; a.k.a. "EL MELLADO"), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

MELLADO CRUZ, Galindo (a.k.a. GALINDO MELLADO, Cruz; a.k.a. MELLADO CRUZ, Galdino; a.k.a. "EL MELLADO"), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

MELLAT BANK ARMENIA (f.k.a. BANK MELLAT YEREVAN; a.k.a. MELLAT BANK CLOSED JOINT-STOCK COMPANY; f.k.a. MELLAT BANK SB CJSC), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

MELLAT BANK CLOSED JOINT-STOCK COMPANY (f.k.a. BANK MELLAT YEREVAN;

a.k.a. MELLAT BANK ARMENIA; f.k.a. MELLAT BANK SB CJSC), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

MELLAT BANK SB CJSC (f.k.a. BANK MELLAT YEREVAN; a.k.a. MELLAT BANK ARMENIA; a.k.a. MELLAT BANK CLOSED JOINT-STOCK COMPANY), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

MELLAT INSURANCE COMPANY, No. 48, Haghani Street, Vanak Square, Before Jahan-Kodak Cross, Tehran 1517973913, Iran; No. 40, Shahid Haghani Express Way, Vanak Square, Tehran, Iran; No. 9, Niloofar Street, Sharabyani Avenue, Taavon Boulevard, Shahr-e-Ziba, Tehran, Iran; 72 Hillview Court, Woking, Surrey GU22 7QW, United Kingdom; No. 697 Saeeidi Alley, Crossroads College, Enghelab St., Tehran, Iran; Website http://www.mellatinsurance.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MELLI BANK (a.k.a. BANK MELLI; a.k.a. BANK MELLI IRAN; a.k.a. NATIONAL BANK OF IRAN; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran

Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MELLI BANK PLC, 98a Kensington High Street, London W8 4SG, United Kingdom; 4 Moorgate, EC2R 6AL, London, United Kingdom; 18F Kam Sang Building, 257 Des Voeux Road Central, Hong Kong; 4th Floor, 20 West Nahid Street, Africa Blvd, Tehran, Iran; SWIFT/BIC MELIGB2L; alt. SWIFT/BIC MELIHKHH; Website www.mellibank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

MELLI INTERNATIONAL BUILDING & INDUSTRY COMPANY, Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Website www.mibic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 85579000 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

MELLI SAKHTEMAN CO. (a.k.a. MELLI SAKHTEMAN COMPANY; a.k.a. SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شركت ملی ساختمان); a.k.a. "NATIONAL BUILDING COMPANY"), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

MELLI SAKHTEMAN COMPANY (a.k.a. MELLI SAKHTEMAN CO.; a.k.a. SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شركت ملی ساختمان); a.k.a. "NATIONAL BUILDING COMPANY"), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489

(Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

MELNICHENKO, Andrei Igorevich (a.k.a. MELNICHENKO, Andrey Igorevich (Cyrillic: МЕЛЬНИЧЕНКО, Андрей Игоревич)), Russia; DOB 08 Mar 1972; POB Gomel, Belarus; nationality Russia; Gender Male; Tax ID No. 773600437377 (Russia) (individual) [RUSSIA-EO14024].

MELNICHENKO, Andrey Igorevich (Cyrillic: МЕЛЬНИЧЕНКО, Андрей Игоревич) (a.k.a. MELNICHENKO, Andrei Igorevich), Russia; DOB 08 Mar 1972; POB Gomel, Belarus; nationality Russia; Gender Male; Tax ID No. 773600437377 (Russia) (individual) [RUSSIA-EO14024].

MELNICHENKO, Oleg Vladimirovich (Cyrillic: МЕЛЬНИЧЕНКО, Олег Владимирович), Penza Region, Russia; DOB 21 May 1973; POB Penza, Penza Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

MELNYCHUK, Aleksandr Aleksandrovich (a.k.a. MELNYCHUK, Oleksandr), Ukraine; DOB 17 Jan 1965; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNICHUK, Sergey (a.k.a. MELNYCHUK, Sergiy Oleksandrovich; a.k.a. MELNYCHUK, Serhiy), Ukraine; DOB 30 Sep 1976; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNIKOV, Andrei Gennadyevich (Cyrillic: МЕЛЬНИКОВ, Андрей Геннадьевич) (a.k.a. MELNIKOV, Andrey Gennadyevich), Russia; DOB 03 Sep 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MELNIKOV, Andrey Gennadyevich (a.k.a. MELNIKOV, Andrei Gennadyevich (Cyrillic: МЕЛЬНИКОВ, Андрей Геннадьевич)), Russia; DOB 03 Sep 1969; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MELNIKOV, Ivan Ivanovich (Cyrillic: МЕЛЬНИКОВ, Иван Иванович), Russia; DOB 07 Aug 1950; POB Bogoroditsk, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MELNYCHUK, Oleksandr (a.k.a. MELNYCHUK, Aleksandr Aleksandrovich), Ukraine; DOB 17 Jan 1965; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNYCHUK, Sergiy Oleksandrovich (a.k.a. MELNICHUK, Sergey; a.k.a. MELNYCHUK, Serhiy), Ukraine; DOB 30 Sep 1976; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELNYCHUK, Serhiy (a.k.a. MELNICHUK, Sergey; a.k.a. MELNYCHUK, Sergiy Oleksandrovich), Ukraine; DOB 30 Sep 1976; POB Rovenki, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: LUHANSK PEOPLE'S REPUBLIC).

MELODY SHIPMANAGEMENT PRIVATE LIMITED (a.k.a. MELODY SHIPMANAGEMENT PVT LTD), Office 309, 3rd Floor, Space 912, ABV Brand Factory, Mira Bhayandar Road, Mira Road (E), Thane, Maharashtra 401107, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number U61200MH2018PTC311397 (India) issued 02 Jul 2018; alt. Identification Number IMO 6052641; Registration Number 311397 (India) [SDGT] (Linked To: QUOC VIET MARINE TRANSPORT JSC).

MELODY SHIPMANAGEMENT PVT LTD (a.k.a. MELODY SHIPMANAGEMENT PRIVATE LIMITED), Office 309, 3rd Floor, Space 912, ABV Brand Factory, Mira Bhayandar Road, Mira Road (E), Thane, Maharashtra 401107, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number

U61200MH2018PTC311397 (India) issued 02 Jul 2018; alt. Identification Number IMO 6052641; Registration Number 311397 (India) [SDGT] (Linked To: QUOC VIET MARINE TRANSPORT JSC).

MELRUX RICA S PIZZA, Carrera 75 No. 24C-22/24, Bogota, Colombia; Carrera 77A No. 41-20/22, Bogota, Colombia; Matricula Mercantil No 1158291 (Colombia) [SDNTK].

MELVALE CORPORATION DOO BEOGRAD (a.k.a. PREDUZECE ZA PROIZVODNJU, PROMET I USLUGE MELVALE CORPORATION DOO, BEOGRAD STARI GRAD), Tadeusa Koscuska 56, Belgrade 11000, Serbia; Tax ID No. 104150191 (Serbia); Registration Number 20100575 (Serbia) [GLOMAG] (Linked To: SARENAC, Nebojsa).

MEMETI, Memetiming (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul") DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

MEMON, Ibrahim Abdul Razaaq (a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

MEMON, Ibrahim Abdul Razak (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

MEN OF THE ARMY OF AL-NAQSHBANDIA WAY (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

MENA CRYSTAL SUGAR COMPANY LIMITED (a.k.a. M.E.N.A. CRYSTAL SUGAR COMPANY; a.k.a. M.E.N.A. SUGAR COMPANY; a.k.a. MENA SUGAR COMPANY), Homs, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

MENA SUGAR COMPANY (a.k.a. M.E.N.A. CRYSTAL SUGAR COMPANY; a.k.a. M.E.N.A. SUGAR COMPANY; a.k.a. MENA CRYSTAL SUGAR COMPANY LIMITED), Homs, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

MENASHE, Tal Yonatan (a.k.a. DILIAN, Tal Jonathan), 11B Route Des Arcys, Champery 1874, Switzerland; DOB 21 Aug 1961; POB Israel; nationality Israel; citizen Israel; alt. citizen Malta; Gender Male; Passport 22540627 (Israel); National ID No. 57053795 (Israel); alt. National ID No. 057053795 (Israel) (individual) [CYBER2].

MENDEZ SALAZAR, John Jairo, Calle 1 No. 56-109 Casa 32, Cali, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cali, Colombia; Cedula No. 98515360 (Colombia); Passport 98515360 (Colombia) (individual) [SDNT].

MENDEZ SANTIAGO, Flavio, Mexico; DOB 11 Mar 1975; nationality Mexico; citizen Mexico; R.F.C. MESF750311 (Mexico) (individual) [SDNTK].

MENDEZ VARGAS, Jesus (a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City,

MENDEZ VARGAS, Jose de Jesus (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

MENDEZ, Jesus (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

MENDIVIL FIGUEROA, Efrain, Sinaloa, Mexico; DOB 01 Feb 1980; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. MEFE800201L2A (Mexico); C.U.R.P. MEFE800201HSLNGF04 (Mexico) (individual) [SDNTK].

MENDOZA CONTRERAS, Cipriano (a.k.a. RIVERA TORRES, Javier), Calle Venustiano

Carranza No. 904, Col. Josefa Ortiz de Dominguez, Apatzingan, Michoacan, Mexico; DOB 25 Dec 1969; POB Tepalcatepec, Michoacan; nationality Mexico; citizen Mexico; C.U.R.P. MECC691225HMNNNP01 (Mexico) (individual) [SDNTK].

MENDOZA FIGUEROA, Jose Luis (Latin: MENDOZA FIGUEROA, José Luis) (a.k.a. "VIEJO PAVAS"); DOB 12 Nov 1964; POB El Salvador; citizen El Salvador (individual) [TCO].

MENDOZA GAYTAN, Gonzalo (a.k.a. MENDOZA GAYTAN, Hugo Gonzalo; a.k.a. "El Sapo"), Puerto Vallarta, Jalisco, Mexico; DOB 02 Oct 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGG881002HMNNYN02 (Mexico) (individual) [SDNTK].

MENDOZA GAYTAN, Hugo Gonzalo (a.k.a. MENDOZA GAYTAN, Gonzalo; a.k.a. "El Sapo"), Puerto Vallarta, Jalisco, Mexico; DOB 02 Oct 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGG881002HMNNYN02 (Mexico) (individual) [SDNTK].

MENDOZA JOVER, Juan Jose (Latin: MENDOZA JOVER, Juan J.) Valera, Trujillo, Venezuela; DOB 11 Mar 1969; POB Trujillo, Venezuela; citizen Venezuela; Gender Male; Cedula No. 9499372 (Venezuela); Second Vice President of Venezuela's Supreme Court of Justice; President of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

MENDOZA PENA, Sergio (a.k.a. LOPEZ, Antonio Santiago; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

MENDOZA ROBLES, Eduardo (a.k.a. "ZETA 33"); DOB 05 Dec 1966; POB Nuevo Laredo, Tamaulipas, Mexico; citizen Mexico; R.F.C. MERE661205MQ3 (Mexico); C.U.R.P. MERE661205HTSNBD09 (Mexico) (individual) [SDNTK].

MENESES OSPINA, Cristian Julian, Mexico; DOB 31 Dec 1983; POB Ibague, Colombia; nationality Colombia; Gender Male; Cedula No. 14137405 (Colombia); C.U.R.P. MEOC831231HNENSR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MENNETTA, Antonio; DOB 03 Jan 1985; POB Naples, Italy (individual) [TCO].

MENYAILO, Sergei (a.k.a. MENYAILO, Sergei Ivanovich; a.k.a. MENYAILO, Sergey); DOB 22 Aug 1960; POB Alagir, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Acting Governor of Sevastopol (individual) [UKRAINE-EO13660].

MENYAILO, Sergei Ivanovich (a.k.a. MENYAILO, Sergei; a.k.a. MENYAILO, Sergey); DOB 22 Aug 1960; POB Alagir, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Acting Governor of Sevastopol (individual) [UKRAINE-EO13660].

MENYAILO, Sergey (a.k.a. MENYAILO, Sergei; a.k.a. MENYAILO, Sergei Ivanovich); DOB 22 Aug 1960; POB Alagir, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Acting Governor of Sevastopol (individual) [UKRAINE-EO13660].

MERAJ AIR, Meraj Blvd., First of Mohammad Ali Ave., Azadi Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

MERAJ, Yusef Ali (a.k.a. MIRAJ, Yusuf Ali; a.k.a. MURAJ, Yousef Ali), Iran; DOB 10 Jun 1978; nationality Pakistan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport AH0989891 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MERCHANT SUPREME CO., LTD., Tortola, Virgin Islands, British; Organization Established Date 25 Jun 2012; Organization Type: Activities of holding companies [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

MERIDEIS D.O.O. (f.k.a. NIPL D.O.O.), 27 Vilharjeva Cesta, Ljubljana 1000, Slovenia; Registration ID 71071784 (Slovenia) [SDNTK].

MERIDIAN RESEARCH AND PRODUCTION FIRM JSC (a.k.a. AO NPF MERIDIAN; a.k.a. RPF MERIDIAN JSC), Ul. Blokhina D. 19, Saint Petersburg 197198, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813113934 (Russia); Registration

Number 1027806864535 (Russia) [RUSSIA-EO14024].

MERKURI SERVISEZ OOO (a.k.a. LIMITED LIABILITY COMPANY MERKURIY SERVISEZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕРКУРИЙ СЕРВИСЕЗ)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Complex 1/5, Sokolniki Municipal District, Moscow 107113, Russia; Organization Established Date 19 Aug 2014; Tax ID No. 7718994601 (Russia); Registration Number 1147746941726 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

MEROE GOLD CO. LTD. (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

MERSAD SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MESA PAEZ, Aristides Manuel (a.k.a. "EL INDIO"); DOB 25 Apr 1970; POB San Pedro de Uraba, Antioquia, Colombia; citizen Colombia; Cedula No. 71978727 (Colombia) (individual) [SDNTK].

MESA VALLEJO, Juan Carlos (a.k.a. "CARLOS CHATAS"; a.k.a. "TOM"); DOB 08 Dec 1967; POB Bello, Antioquia, Colombia; citizen Colombia; Cedula No. 71698071 (Colombia) (individual) [SDNTK].

MESBAH ENERGY (a.k.a. MESBAH ENERGY CO.; a.k.a. MESBAH ENERGY COMPANY), Science & Technology Park, Shahid Ghoddousi Blvd., Arak, Iran; Tehran, Iran; Website www.isotope.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MESBAH ENERGY CO. (a.k.a. MESBAH ENERGY; a.k.a. MESBAH ENERGY COMPANY), Science & Technology Park,

Shahid Ghoddousi Blvd., Arak, Iran; Tehran, Iran; Website www.isotope.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MESBAH ENERGY COMPANY (a.k.a. MESBAH ENERGY; a.k.a. MESBAH ENERGY CO.), Science & Technology Park, Shahid Ghoddousi Blvd., Arak, Iran; Tehran, Iran; Website www.isotope.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

MESRI, Behzad (a.k.a. "Skote Vahshat"), Iran; DOB 26 Aug 1988; alt. DOB 27 Aug 1988; POB Naghadeh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] [CYBER2] (Linked To: NET PEYGARD SAMAVAT COMPANY).

METAALKUNDE BV (a.k.a. TAWU BVBA; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

METAL & MINERAL TRADE (MMT) (a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL & MINERAL TRADE S.A.R.L. (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL AND MINERAL TRADE (MMT) (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a.

MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL AND MINERAL TRADE S.A.R.L. (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. MMT LUXEMBURG; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

METAL SPRINT (a.k.a. METALL SPRINT), Ul. Elektrozavodskaya D. 21, Pomeshch. Lxxi Floor 2 Komn 38, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 9731032477 (Russia); Registration Number 1197746170126 (Russia) [RUSSIA-EO14024].

METALL SPRINT (a.k.a. METAL SPRINT), Ul. Elektrozavodskaya D. 21, Pomeshch. Lxxi Floor 2 Komn 38, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of other fabricated metal products n.e.c.; Tax ID No. 9731032477 (Russia); Registration Number 1197746170126 (Russia) [RUSSIA-EO14024].

METALLIC MANUFACTURING FACTORY, 29 May Street, Damascus-Al-Sabe E Bahrat Square, P.O. Box 12184, Syria [NPWMD] (Linked To: MECHANICAL CONSTRUCTION FACTORY; Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

METALLOINVEST TRADING AG (a.k.a. "MIT AG"), Alte Steinhauserstrasse 19 Cham, Zug 6330, Switzerland; Organization Established Date 18 Jul 2008; Organization Type: Wholesale of metals and metal ores; Identification Number CHE-114.426.044 (Switzerland); Registration Number CH-

17030324476 (Switzerland) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

METALLURG-TULAMASH OOO (Cyrillic: ООО МЕТАЛЛУРГ ТУЛАМАШ), D.2 Korp. Ofis, ul. Mosina, Tula, Tulskaya Obl. 300002, Russia; Organization Established Date 21 Nov 2003; Target Type Private Company; Tax ID No. 7106056687 (Russia); Government Gazette Number 70776937 (Russia); Registration Number 1037100782080 (Russia) [RUSSIA-EO14024].

METAL-ROBNA KUCA (a.k.a. METAL-ROBNA KUCA ZVECAN), Kosovskih Junaka Bb, Zvecan 38227, Serbia; Organization Established Date 2005; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies; Registration Number 20110708 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

METAL-ROBNA KUCA ZVECAN (a.k.a. METAL-ROBNA KUCA), Kosovskih Junaka Bb, Zvecan 38227, Serbia; Organization Established Date 2005; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies; Registration Number 20110708 (Serbia) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

METELEV, Artem Pavlovich (Cyrillic: МЕТЕЛЕВ, Артём Павлович), Russia; DOB 11 Aug 1993; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

METEOR PLANT JSC (a.k.a. AO ZAVOD METEOR; a.k.a. JOINT STOCK COMPANY METEOR PLANT), Ul. Gorkogo D. 1, Volzhskiy 404130, Russia; Organization Established Date 17 Jul 1959; Tax ID No. 3435000717 (Russia); Registration Number 1023402012050 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

METIL STEEL (a.k.a. METIL STEEL COMPANY (Arabic: شرکت فولاد متیل)), No. 69, Vahid Dastgerdi Street, Shariati Avenue, Tehran 1911834713, Iran; Website www.metilsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 85760 (Iran) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

METIL STEEL COMPANY (Arabic: شرکت فولاد متیل) (a.k.a. METIL STEEL), No. 69, Vahid Dastgerdi Street, Shariati Avenue, Tehran

1911834713, Iran; Website www.metilsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 85760 (Iran) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

METMA METAL AND CERAMIC MATERIALS PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD METALLOKERAMICHESKIKH MATERIALOV METMA; a.k.a. AO METMA), Ul. Krylova D. 53A, Yoshkar Ola 424007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1215055989 (Russia); Registration Number 1021200754266 (Russia) [RUSSIA-EO14024].

METROVAGONMASH JOINT STOCK COMPANY (a.k.a. METROVAGONMASH JSC; a.k.a. OAO METROVAGONMASH), 4 Kolontsova Street, Mytischi, Moscow Region 141009, Russia; Tax ID No. 5029006702 (Russia); Registration Number 1025003520310 (Russia) [RUSSIA-EO14024].

METROVAGONMASH JSC (a.k.a. METROVAGONMASH JOINT STOCK COMPANY; a.k.a. OAO METROVAGONMASH), 4 Kolontsova Street, Mytischi, Moscow Region 141009, Russia; Tax ID No. 5029006702 (Russia); Registration Number 1025003520310 (Russia) [RUSSIA-EO14024].

METSHIN, Aidar Raisovich (Cyrillic: МЕТШИН, Айдар Раисович), Russia; DOB 27 Aug 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MEXGLOBO, S.A. DE C.V., Boulevard Agua Caliente No. 148, Col. Revolucion, Tijuana, Baja California 22015, Mexico; R.F.C. MEX9909034Y0 (Mexico) [SDNTK].

MEXPACKING SOLUTIONS (a.k.a. "MEXPACKING"), Calle 2DA, Numero Exterior 5211, Colonia Santa Rosa, Chihuahua 31050, Mexico; Calle Circuito Loreto, Numero Exterior 3165, Hacienda Loreto, Chihuahua 31220, Mexico; Website https://mexpackingsolutions.com; alt. Website www.mexpacking.com; Organization Type:

Wholesale of other machinery and equipment [ILLICIT-DRUGS-EO14059].

MEYMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MEZA ANGULO, Fausto Isidro, DOB 27 Mar 1964; POB Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; Passport 040059510 (Mexico); R.F.C. MEAF640327BC0 (Mexico); C.U.R.P. MEAF640327HSLZNS05 (Mexico) (individual) [SDNTK].

MEZA CAZARES, Arturo (a.k.a. MEZA CAZAREZ, Arturo; a.k.a. MEZA GASTELLUM, Arturo; a.k.a. MEZA, JR., Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL

VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZA CAZARES, Gipsy (a.k.a. MEZA CAZAREZ, Gipsy; a.k.a. MEZA CAZAREZ, Gipzy; a.k.a. MEZA GASTELLUM, Gipsy), Mariano Escobedo No. 366-102, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; No. 626 Calle Benito Juarez, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL JOANA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 24 Sep 1973; alt. DOB 24 Sep 1972; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECG730924N73 (Mexico); alt. R.F.C. MECG720924N75 (Mexico) (individual) [SDNTK].

MEZA CAZARES, Lizbeth (a.k.a. MEZA CAZAREZ, Lizbeth; a.k.a. MEZA GASTELLUM, Lizbeth), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; No. 154 Avenida Teofilo Noris, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Cll Villa Santander 2834, Villas del Rio Culiacan Villas del Rio Villa Vizcaya, Culiacan Rosales, Culiacan, Sinaloa, Mexico; DOB 05 Jan 1981; alt. DOB 15 Jan 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECL810115 (Mexico) (individual) [SDNTK].

MEZA CAZARES, Arturo (a.k.a. MEZA CAZARES, Arturo; a.k.a. MEZA GASTELLUM, Arturo; a.k.a. MEZA, JR., Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio

Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZA CAZAREZ, Gipsy (a.k.a. MEZA CAZARES, Gipsy; a.k.a. MEZA CAZAREZ, Gipzy; a.k.a. MEZA GASTELLUM, Gipsy), Mariano Escobedo No. 366-102, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; No. 626 Calle Benito Juarez, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL JOANA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 24 Sep 1973; alt. DOB 24 Sep 1972; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECG730924N73 (Mexico); alt. R.F.C. MECG720924N75 (Mexico) (individual) [SDNTK].

MEZA CAZAREZ, Gipzy (a.k.a. MEZA CAZARES, Gipsy; a.k.a. MEZA CAZAREZ, Gipsy; a.k.a. MEZA GASTELLUM, Gipsy), Mariano Escobedo No. 366-102, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; No. 626 Calle Benito Juarez, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; COMERCIAL JOANA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 24 Sep

1973; alt. DOB 24 Sep 1972; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECG730924N73 (Mexico); alt. R.F.C. MECG720924N75 (Mexico) (individual) [SDNTK].

MEZA CAZAREZ, Lizbeth (a.k.a. MEZA CAZARES, Lizbeth; a.k.a. MEZA GASTELLUM, Lizbeth), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; No. 154 Avenida Teofilo Noris, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Cll Villa Santander 2834, Villas del Rio Culiacan Villas del Rio Villa Vizcaya, Culiacan Rosales, Culiacan, Sinaloa, Mexico; DOB 05 Jan 1981; alt. DOB 15 Jan 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECL810115 (Mexico) (individual) [SDNTK].

MEZA FLORES DRUG TRAFFICKING ORGANIZATION, Mexico [SDNTK].

MEZA FLORES, Fausto Isidro (a.k.a. "ISIDRO, Chapito"; a.k.a. "ISIDRO, Chapo"), Sinaloa, Mexico; DOB 19 Jun 1982; POB Navojoa, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEFF820619HSRZLS08 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

MEZA GASPAR, Arturo (a.k.a. MEZA, Arturo), Avenida Rodolfo G. Robles No. 153, Sur, Colonia Aldama, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico;

DOB 04 Jul 1946; POB Jacola, Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MEGA460704 (Mexico); Electoral Registry No. MZGSAR46070425H400 (Mexico) (individual) [SDNTK].

MEZA GASTELLUM, Arturo (a.k.a. MEZA CAZARES, Arturo; a.k.a. MEZA CAZAREZ, Arturo; a.k.a. MEZA, JR., Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZA GASTELLUM, Gipsy (a.k.a. MEZA CAZARES, Gipsy; a.k.a. MEZA CAZAREZ, Gipsy; a.k.a. MEZA CAZAREZ, Gipzy), Mariano Escobedo No. 366-102, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia Almada Sur, Culiacan, Sinaloa, Mexico; No. 626 Calle Benito Juarez, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL JOANA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 24 Sep 1973; alt. DOB 24 Sep 1972; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECG730924N73 (Mexico); alt. R.F.C. MECG720924N75 (Mexico) (individual) [SDNTK].

MEZA GASTELLUM, Lizbeth (a.k.a. MEZA CAZARES, Lizbeth; a.k.a MEZA CAZAREZ, Lizbeth), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153, Colonia

Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; No. 154 Avenida Teofilo Noris, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Cll Villa Santander 2834, Villas del Rio Culiacan Villas del Rio Villa Vizcaya, Culiacan Rosales, Culiacan, Sinaloa, Mexico; DOB 05 Jan 1981; alt. DOB 15 Jan 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECL810115 (Mexico) (individual) [SDNTK].

MEZA OLIVARES, Alma Yanira, San Salvador, El Salvador; DOB 15 Jul 1963; POB San Salvador, El Salvador; nationality El Salvador; Gender Female; Passport A01497316 (El Salvador) expires 10 Dec 2019; National ID No. 014973168 (El Salvador) (individual) [GLOMAG] (Linked To: LUNA MEZA, Osiris).

MEZA, Arturo (a.k.a. MEZA GASPAR, Arturo), Avenida Rodolfo G. Robles No. 153, Sur, Colonia Aldama, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 04 Jul 1946; POB Jacola, Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MEGA460704 (Mexico); Electoral Registry No. MZGSAR46070425H400 (Mexico) (individual) [SDNTK].

MEZA, JR., Arturo (a.k.a. MEZA CAZARES, Arturo; a.k.a. MEZA CAZAREZ, Arturo; a.k.a. MEZA GASTELLUM, Arturo), Avenida Rodolfo Robles 153 Sur, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama #257, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle G. Robles No. 153,

Colonia Almada Sur, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 Sur, Colonia Almada, Culiacan, Sinaloa, Mexico; Calle Benito Juarez No. 636, Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; Predio de San Rafael, Sindicatura de Costa Rica, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 06 Mar 1976; alt. DOB 29 Mar 1976; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. MECA760306V70 (Mexico); alt. R.F.C. MECA760329 (Mexico); Identification Number B9457110 (United States) (individual) [SDNTK].

MEZENTSEV, Dmitriy Fedorovich (Cyrillic: МЕЗЕНЦЕВ, Дмитрий Фёдорович), Russia; DOB 18 Aug 1959; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 770302996102 (Russia) (individual) [RUSSIA-EO14024].

MEZERANI, Ismat (a.k.a. HAMIYAH, Talal; a.k.a. HAMIYAH, Talal Husni); DOB 27 Nov 1952; alt. DOB 18 Mar 1960; alt. DOB 05 Mar 1958; alt. DOB 08 Dec 1958; POB Tarayya, Lebanon; alt. POB Sojad, Lebanon; nationality Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

MEZHDUNARODNY INVESTITSIONNY BANK (a.k.a. INTERNATIONAL INVESTMENT BANK; a.k.a. "IIB"), Vaci ut, 188, Budapest H-1138, Hungary; Fo utca 1, Budapest H-1011, Hungary; 7 Mashi Poryvaevoy Street, Moscow 107078, Russia; SWIFT/BIC IIBMHU22; Website www.iib.int; Organization Established Date 10 Jul 1970; Target Type Financial Institution; Tax ID No. 30479900-1-51 (Hungary); alt. Tax ID No. 9909152110 (Russia); Legal Entity Number 2534000PHLD27VN98Y03 [RUSSIA-EO14024].

MEZHDUNARODNYE VERTOLETNYE PROGRAMMY OOO (a.k.a. INTERNATIONAL HELICOPTERS PROGRAMS LIMITED LIABILITY COMPANY), Ul. Garshina D. 26/3, Lyubertsy, Tomilino 140070, Russia; Organization Established Date 29 Jun 2009; Tax ID No. 5027150429 (Russia); Registration Number 1095027007008 (Russia) [RUSSIA-

EO14024] (Linked To: VERTOLETY ROSSII AO).

MEZHDUNARODNYI KLUB OPTICHESKIKH INNOVATSII (a.k.a. "MKOI"), Ul. Novodmitrovskaya D. 2, K. 2, Et/Pom.4/XXIIIB, Moscow 127015, Russia; Ul. Nizhnyaya D. 14., Str. 5, Moscow, 125040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7715778105 (Russia); Registration Number 1097746622775 (Russia) [RUSSIA-EO14024].

MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; US FEIN 36-3823186 [SDGT].

MEZHEILIANSKY, Viktor (a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIJ, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine

(Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MFAA HOLDINGS LIMITED, 281 Waterfront Drive, Road Town, Tortola, Virgin Islands, British; Company Number 1793372 (Virgin Islands, British) [SDNTK].

M-FINANCE LLC (a.k.a. M FINANS; a.k.a. M-FINANS, OOO (Cyrillic: ООО М-ФИНАНС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS'), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

M-FINANS, OOO (Cyrillic: ООО М-ФИНАНС) (a.k.a. M FINANS; a.k.a. M-FINANCE LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS'), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MFK BANK (a.k.a. JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK INTERNATIONAL FINANCIAL CLUB; a.k.a. "IFC BANK"), Presnenskaya Embankment, 10, Moscow 123112, Russia; SWIFT/BIC ICFIRUMM; Website www.mfk-bank.ru; Target Type Financial Institution; Tax ID No.

7744000038 (Russia); Registration Number 1027700056977 (Russia) [RUSSIA-EO14024].

MG INTERNATIONAL AG (a.k.a. JSC MG INTERNATIONAL AG; a.k.a. MG INTERNESHNL AG PREDSTAVITELSTVO; f.k.a. MILLENNIUM GROUP AG; a.k.a. PRED AO MG INTERNESHNL AG; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA MG INTERNESHNL AG SHVEITSARIYA G MOSCOW), Matthofstrand 8, Luzern 6005, Switzerland; per. Staromonetnyi d. 37, korp. 1, Moscow 119017, Russia; Organization Established Date 27 Sep 2006; Organization Type: Management consultancy activities; Tax ID No. 113176962 (Switzerland); alt. Tax ID No. 9909260877 (Russia); Legal Entity Number 549300YR513TAPXJGM21; Registration Number CH-100.3.786.838-5 (Switzerland) [RUSSIA-EO14024].

MG INTERNESHNL AG PREDSTAVITELSTVO (a.k.a. JSC MG INTERNATIONAL AG; a.k.a. MG INTERNATIONAL AG; f.k.a. MILLENNIUM GROUP AG; a.k.a. PRED AO MG INTERNESHNL AG; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA MG INTERNESHNL AG SHVEITSARIYA G MOSCOW), Matthofstrand 8, Luzern 6005, Switzerland; per. Staromonetnyi d. 37, korp. 1, Moscow 119017, Russia; Organization Established Date 27 Sep 2006; Organization Type: Management consultancy activities; Tax ID No. 113176962 (Switzerland); alt. Tax ID No. 9909260877 (Russia); Legal Entity Number 549300YR513TAPXJGM21; Registration Number CH-100.3.786.838-5 (Switzerland) [RUSSIA-EO14024].

MGI PTE LTD (f.k.a. LARK HOLDINGS PTE LTD; f.k.a. SINO RS ADVISORY PTE LTD), 77 Robinson Road #16-00, Singapore 068896, Singapore; Organization Established Date 26 Feb 2015; Registration Number 201505110K (Singapore) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

MHANNA, Adib (a.k.a. MOUHANNA, Adib; a.k.a. MUHANA, Adib; a.k.a. MUHANNA, Adib); DOB 1983; POB Syria; nationality Syria; Passport 3141732 (Syria) (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

MHESHE, Bernard Byamungu (a.k.a. BYAMUNGU, Bernard), Congo, Democratic Republic of the; DOB 10 Oct 1974; POB Ziralo, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

MIBAZAARUMV (a.k.a. 3ZED INVESTMENT; a.k.a. "3ZED"), Ma. Rimlas, Nikagas, Hingun, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Organization Type: Packaging activities; Business Number BN15322023 (Maldives); Registration Number SP-0816/2022 (Maldives) [SDGT] (Linked To: MUBEEN, Ahmed).

MIC NPO MASHINOSTROYENIYA JSC (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIC NPO MASHINOSTROYENIYA JSC (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA;

a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MICHIELSEN, Tom (a.k.a. MICHIELSEN, Tom R.D.), Belgium; DOB 22 Dec 1975; POB Kapellen, Belgium; citizen Belgium; Passport FF615720 (Belgium); Identification Number 1041 002019 56 (Belgium) (individual) [SDNTK].

MICHIELSEN, Tom R.D. (a.k.a. MICHIELSEN, Tom), Belgium; DOB 22 Dec 1975; POB Kapellen, Belgium; citizen Belgium; Passport FF615720 (Belgium); Identification Number 1041 002019 56 (Belgium) (individual) [SDNTK].

MICHURIN, Igor Aleksandrovich, Russia; DOB 27 Jun 1978; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 8908104469 (individual) [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION; Linked To: ARDIS-BEARINGS LLC).

MICRO ELECTRONICS TECHNOLOGIES PTE LTD, 50 Tagore Lane #05-03F, Singapore 787494, Singapore; Organization Established Date 09 Nov 2017; Tax ID No. 201732202G (Singapore) [RUSSIA-EO14024].

MICRO EMPRESA ASHQUI, Carrera 10, No. 12-51, Apt. 301, Maicao, La Guajira, Colombia; Matricula Mercantil No 0036550 (Colombia) [SDNTK].

MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS; a.k.a. JOINT STOCK COMPANY NIIMA PROGRESS; a.k.a. PROGRESS MRI JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

MICUNOVIC, Branislav (Cyrillic: МИЋУНОВИЋ, Бранислав) (a.k.a. "BRANA" (Cyrillic: "БРАНА"); a.k.a. "BRANO" (Cyrillic: "БРАНО")), Montenegro; DOB 09 Jan 1953; POB Niksic, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

MIDAS RESSOURCES (a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES LIMITED LIABILITY (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES MINING COMPANY (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019;

Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES SARLU (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS RESSOURCES SURL (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDAS SURL (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. "MIDAS RESOURCES"), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

MIDDLE EAST BANK (a.k.a. KHAVARMIANEH BANK), No. 22, Second Floor Sabounchi St., Shahid Beheshti Ave., Tehran, Iran; SWIFT/BIC KHMIIRTH; Website www.middleeastbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

MIDDLE EAST KIMIAYE PARS CO. (a.k.a. KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای پارس خاورمیانه); a.k.a. MIDDLE EAST KIMIYA

PARS CO.; a.k.a. "MEKPCO"), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran 1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MIDDLE EAST KIMIYA PARS CO. (a.k.a. KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای پارس خاورمیانه); a.k.a. MIDDLE EAST KIMIAYE PARS CO.; a.k.a. "MEKPCO"), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran 1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY (a.k.a. "MIDHCO"), No. 8, Ma'aref Street, Farhang Boulevards, Sa'adatabad, Tehran 1465953349, Iran; No. 8, Rashidi St, Farhang Blvd, Sa'adatabad, Tehran, Iran; Website www.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2007; Registration Number 310643 (Iran) [IRAN-EO13871] (Linked To: SIRJAN IRANIAN STEEL; Linked To: ZARAND IRANIAN STEEL COMPANY).

MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه) (a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDDLE EAST SAMAN CHEMICAL TRADING (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDDLE EAST SAMAN SHIMI TRADING COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

MIDENDE, Zorro (a.k.a. PROTOGENE, Ruvugayimikore; a.k.a. RUHINDA, Gaby), Nyiragongo, North Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1968 to 1969; POB Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Nyabihu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

MIG (f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

MIGHAT SHIPPING COMPANY LIMITED (a.k.a. MINAB SHIPPING COMPANY LIMITED), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIHAJLOVIC, Milan, Susica Village, Kosovo; DOB 27 Apr 1983; POB Nis, Republic of Serbia; nationality Serbia; Gender Male; Identification Number 2704983730021 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

MIHAJLYUK, Leonid Vladimirovich (Cyrillic: МИХАЙЛЮК, Леонид Владимирович) (a.k.a. MIKHAILIUK, Leonid (Cyrillic: МИХАЙЛЮК, Леонид)), Franco Boulevard, House. 13, Simferopol, Crimea 295034, Ukraine; DOB 01 Jan 1970; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MIHAN TRAVEL & TOURISM SDN BHD (a.k.a. MAHAN TRAVEL; a.k.a. MAHAN TRAVEL AND TOURISM SDN BHD), No.01, Lower Ground Floor, Block C, NO:12 Megan Avenue2, Jalan Yap, Kwan Seng, Kuala Lumpur, Malaysia; Website http://mahantravel.com.my; Email Address mahankualalumpur@yahoo.com;

Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 875233-U (Malaysia) [SDGT] [IFSR] (Linked To: MAHAN AIR).

MIHOUB, Qusay (a.k.a. MAHYUB, Qusay); DOB 1960; Brigadier General (individual) [SYRIA].

MIHRAB, Suhrab Hamidi (a.k.a. HAMIDI, Mihrab Suhrab; a.k.a. HAMIDI, Mikhrab Sukhrab), Moscow, Russia; DOB 15 Dec 1970; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P02458563 (Afghanistan); Tax ID No. 771387042305 (Russia) [SDGT] [IFSR] (Linked To: RPP LIMITED LIABILITY COMPANY).

MIJALKOV, Alex (a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо); a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Alexander (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо); a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Sasa (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо); a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ, Сашо) (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Saso), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJALKOV, Saso (a.k.a. MIJALKOV, Alex; a.k.a. MIJALKOV, Alexander; a.k.a. MIJALKOV, Sasa; a.k.a. MIJALKOV, Sasho (Cyrillic: МИЈАЛКОВ,

Сашо)), Naroden Front Street No. 5-31, Skopje, North Macedonia, The Republic of; DOB 15 Sep 1965; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

MIJARES TRANCOSO, Gilberto, Calle Luis Echeverria 6329-B, Infonavit Presidentes, Tijuana, Baja California, Mexico; P.O. Box 43440, San Ysidro, CA 92173, United States; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; DOB 04 Feb 1951; POB Vicente Guerrero, Durango; Passport ASDI1418 (Mexico); Driver's License No. 210082884 (Mexico) (individual) [SDNTK].

MIKAM HOLDINGS LIMITED, Neroupos Business Centre, Flat No: 202, Floor No: 2, Ptolemaion 53 3041, Limassol 3041, Cyprus; Organization Established Date 16 Sep 2009; Tax ID No. 10254897D (Cyprus); Registration Number HE254897 (Cyprus) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

MIKHAILIUK, Leonid (Cyrillic: МИХАЙЛЮК, Леонид) (a.k.a. MIHAJLYUK, Leonid Vladimirovich (Cyrillic: МИХАЙЛЮК, Леонид Владимирович)), Franco Boulevard, House. 13, Simferopol, Crimea 295034, Ukraine; DOB 01 Jan 1970; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MIKHAILOV, Maksim Sergeevich (a.k.a. "Baget"), Sevastopol, Ukraine; DOB 29 Jul 1976; nationality Ukraine; Gender Male (individual) [CYBER2].

MIKHAILOV, Oleg Alexeyevich (Cyrillic: МИХАЙЛОВ, Олег Алексеевич), Russia; DOB 06 Jan 1987; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MIKHAILOV, Sergei Petrovich (Cyrillic: МИХАЙЛОВ, Сергей Петрович) (a.k.a. MIKHAILOV, Sergey Patrovich), Russia; DOB 22 May 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MIKHAILOV, Sergey Patrovich (a.k.a. MIKHAILOV, Sergei Petrovich (Cyrillic: МИХАЙЛОВ, Сергей Петрович)), Russia; DOB 22 May 1965; nationality Russia; Gender

Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MIKHAILOVSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: МИХАЙЛОВСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО), Ulitsa Lenina 21, Zheleznogorsk, Kursk Region 307170, Russia; Organization Established Date 24 Jul 1996; Organization Type: Mining of iron ores; Tax ID No. 4633001577 (Russia); Registration Number 1024601215088 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

MIKHALTSOU, Dzmitry (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ) (a.k.a. MIKHALTSOU, Dzmitry Viktaravich (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ ВІКТАРАВІЧ); a.k.a. MIKHALTSOV, Dmitry Viktorovich (Cyrillic: МИХАЛЬЦОВ, ДМИТРИЙ ВИКТОРОВИЧ)), Ostroshitskaya Street 6, Apartment 104, Minsk, Belarus; DOB 27 Nov 1979; POB Tursk Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport MP3861223 (Belarus); National ID No. 3271179H010PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING).

MIKHALTSOU, Dzmitry Viktaravich (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ ВІКТАРАВІЧ) (a.k.a. MIKHALTSOU, Dzmitry (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ); a.k.a. MIKHALTSOV, Dmitry Viktorovich (Cyrillic: МИХАЛЬЦОВ, ДМИТРИЙ ВИКТОРОВИЧ)), Ostroshitskaya Street 6, Apartment 104, Minsk, Belarus; DOB 27 Nov 1979; POB Tursk Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport MP3861223 (Belarus); National ID No. 3271179H010PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING).

MIKHALTSOV, Dmitry Viktorovich (Cyrillic: МИХАЛЬЦОВ, ДМИТРИЙ ВИКТОРОВИЧ) (a.k.a. MIKHALTSOU, Dzmitry (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ); a.k.a. MIKHALTSOU, Dzmitry Viktaravich (Cyrillic: МІХАЛЬЦОЎ, ДЗМІТРЫЙ ВІКТАРАВІЧ)), Ostroshitskaya Street 6, Apartment 104, Minsk, Belarus; DOB 27 Nov 1979; POB Tursk Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport MP3861223 (Belarus);

National ID No. 3271179H010PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING).

MIKHEEV, Aleksander Aleksandrovich (a.k.a. MIKHEEV, Alexander A.; a.k.a. MIKHEYEV, Alexander), Russia; DOB 18 Nov 1961; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MIKHEEV, Alexander A. (a.k.a. MIKHEEV, Aleksander Aleksandrovich; a.k.a. MIKHEYEV, Alexander), Russia; DOB 18 Nov 1961; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MIKHEEV, Danila Yurievich (Cyrillic: МИХЕЕВ, Данила Юрьевич), Moscow, Russia; DOB 01 Mar 1999; nationality Russia; Gender Male; Tax ID No. 504414685889 (Russia) (individual) [GLOMAG].

MIKHEICHIK, Vladimir Vladimirovich (a.k.a. MIKHEYCHIK, Vladimir Vladimirovich), Russia; DOB 16 May 1970; nationality Russia; Gender Male; Tax ID No. 772975847073 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

MIKHEYCHIK, Vladimir Vladimirovich (a.k.a. MIKHEICHIK, Vladimir Vladimirovich), Russia; DOB 16 May 1970; nationality Russia; Gender Male; Tax ID No. 772975847073 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

MIKHEYEV, Alexander (a.k.a. MIKHEEV, Aleksander Aleksandrovich; a.k.a. MIKHEEV, Alexander A.), Russia; DOB 18 Nov 1961; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MIKHEYEV, Danila Yuryevich (a.k.a. MIKHEEV, Danila Yurievich (Cyrillic: МИХЕЕВ, Данила Юрьевич)), Moscow, Russia; DOB 01 Mar 1999; nationality Russia; Gender Male; Tax ID No. 504414685889 (Russia) (individual) [GLOMAG].

MIKLASHEVICH, Petr Petrovich (a.k.a. MIKLASHEVICH, Piotr Piatrovich); DOB 1954; POB Kosuta, Minsk district, Belarus; nationality Belarus; citizen Belarus; Prosecutor General (individual) [BELARUS].

MIKLASHEVICH, Piotr Piatrovich (a.k.a. MIKLASHEVICH, Petr Petrovich); DOB 1954; POB Kosuta, Minsk district, Belarus; nationality

Belarus; citizen Belarus; Prosecutor General (individual) [BELARUS].

MIKROKREDITNAYA KOMPANIYA VYDAYUSHCHIESYA KREDITY (a.k.a. MCC VYDAYUSHCHIESYA KREDITY LLC; a.k.a. VYDAYUSHCHIESYA KREDITY MICROCREDIT COMPANY LIMITED LIABILITY COMPANY), 32 Kutuzovsky Avenue, building 1, floor 6, room 6.C.01, Moscow 121170, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7725374454 (Russia); Registration Number 1177746493473 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

MIKRON JSC (a.k.a. JOINT STOCK COMPANY MIKRON; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

MIKROSAN OOO (a.k.a. "MICROSUN"), Pr-kt Krasnyi d. 54, pom. 433, Novosibirsk 630000, Russia; Tax ID No. 5407216683 (Russia); Registration Number 1025403209182 (Russia) [RUSSIA-EO14024].

MILAD, Abd al-Rahman (a.k.a. MILAD, Abdurahman Al; a.k.a. "al-Bija"), Zawiya, Libya; DOB 27 Jul 1986; nationality Libya; Gender Male (individual) [LIBYA3].

MILAD, Abdurahman Al (a.k.a. MILAD, Abd al-Rahman; a.k.a. "al-Bija"), Zawiya, Libya; DOB 27 Jul 1986; nationality Libya; Gender Male (individual) [LIBYA3].

MILAD, Osama (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"),

Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

MILAEE TRADING CO., LIMITED (a.k.a. UTELIZ RESOURCES CO., LIMITED), Unit 9039, 9/F, BLK B Chung Mei Ctr, 15-17 Hing Yip St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2021; C.R. No. 3056947 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

MILCHAKOV, Aleksey Yuryevich (a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

MILCHAKOV, Alexei (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

MILCHAKOV, Alexey Yurevich (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

MILEKHIN, Yuriy Mihailovich (a.k.a. MILEKHIN, Yuriy Mikhailovich (Cyrillic: МИЛЕХИН, Юрий Михайлович)), Russia; DOB 27 May 1947; POB Tambov, Russia; nationality Russia; Gender Male; Tax ID No. 505600438416 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ).

MILEKHIN, Yuriy Mikhailovich (Cyrillic: МИЛЕХИН, Юрий Михайлович) (a.k.a. MILEKHIN, Yuriy Mihailovich), Russia; DOB 27 May 1947; POB Tambov, Russia; nationality Russia; Gender Male; Tax ID No. 505600438416 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ).

MILENYUM DENIZCILIK GEMI (a.k.a. MILENYUM DENIZCILIK GEMI HIZMETLERI ACENTELIK VE OZEL OGRETIM HIZMETLERI LIMITED SIRKETI; a.k.a. MILENYUM ENERGY S.A.; a.k.a. MILENYUM SHIPPING), c/o Milenyum Denizcilik Gemi H., Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Ataturk Mahallesi Gulay Sokak, No. 12/3, Atasehir, Istanbul, Turkey; No. 18 D. 1 Kemankes Mah. Necatibey Cad., Akce Sok., Karakoy, Istanbul, Turkey; Sierra Leone; Avenida Norte Enrique Geenzeier El Cangrejo, Panama 0834-1082, Panama; Website http://www.milenyumshipping.com; Company Number 792313 (Panama) [SYRIA] (Linked To: ABDULKARIM, Wael; Linked To: ABDULKARIM GROUP).

MILENYUM DENIZCILIK GEMI HIZMETLERI ACENTELIK VE OZEL OGRETIM HIZMETLERI LIMITED SIRKETI (a.k.a. MILENYUM DENIZCILIK GEMI; a.k.a. MILENYUM ENERGY S.A.; a.k.a. MILENYUM SHIPPING), c/o Milenyum Denizcilik Gemi H., Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Ataturk Mahallesi Gulay Sokak, No. 12/3, Atasehir, Istanbul, Turkey; No. 18 D. 1 Kemankes Mah. Necatibey Cad., Akce Sok., Karakoy, Istanbul, Turkey; Sierra Leone; Avenida Norte Enrique Geenzeier El Cangrejo, Panama 0834-1082, Panama; Website http://www.milenyumshipping.com; Company Number 792313 (Panama) [SYRIA] (Linked To: ABDULKARIM, Wael; Linked To: ABDULKARIM GROUP).

MILENYUM ENERGY S.A. (a.k.a. MILENYUM DENIZCILIK GEMI; a.k.a. MILENYUM DENIZCILIK GEMI HIZMETLERI ACENTELIK VE OZEL OGRETIM HIZMETLERI LIMITED SIRKETI; a.k.a. MILENYUM SHIPPING), c/o Milenyum Denizcilik Gemi H., Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Ataturk Mahallesi Gulay Sokak, No. 12/3, Atasehir, Istanbul, Turkey; No. 18 D. 1 Kemankes Mah. Necatibey Cad., Akce Sok., Karakoy, Istanbul, Turkey; Sierra Leone; Avenida Norte Enrique Geenzeier El Cangrejo, Panama 0834-1082, Panama; Website http://www.milenyumshipping.com; Company Number 792313 (Panama) [SYRIA] (Linked To: ABDULKARIM, Wael; Linked To: ABDULKARIM GROUP).

MILENYUM SHIPPING (a.k.a. MILENYUM DENIZCILIK GEMI; a.k.a. MILENYUM DENIZCILIK GEMI HIZMETLERI ACENTELIK VE OZEL OGRETIM HIZMETLERI LIMITED SIRKETI; a.k.a. MILENYUM ENERGY S.A.), c/o Milenyum Denizcilik Gemi H., Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Ataturk Mahallesi Gulay Sokak, No. 12/3, Atasehir, Istanbul, Turkey; No. 18 D. 1 Kemankes Mah. Necatibey Cad., Akce Sok., Karakoy, Istanbul, Turkey; Sierra Leone; Avenida Norte Enrique Geenzeier El Cangrejo, Panama 0834-1082, Panama; Website http://www.milenyumshipping.com; Company Number 792313 (Panama) [SYRIA] (Linked To: ABDULKARIM, Wael; Linked To: ABDULKARIM GROUP).

MILHEM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

MILITARY CONSTRUCTION COMPLEX OF THE MINISTRY OF DEFENSE (Cyrillic: ВОЕННО СТРОИТЕЛНЫЙ КОМПЛЕКС МИНИСТЕРСТВА ОБОРОНЫ) (a.k.a PUBLIC LEGAL COMPANY MILITARY CONSTRUCTION COMPANY (Cyrillic: ПУБЛИЧНО ПРАВОВАЯ КОМПАНИЯ ВОЕННО СТРОИТЕЛЬНАЯ КОМПАНИЯ)), 19 Znamenka St., Building 4, Office 402, Moscow 119160, Russia; Tax ID No. 9704016606 (Russia); Registration Number 1207700151427 (Russia) [RUSSIA-EO14024].

MILITARY CONSTRUCTION ESTABLISHMENT (Arabic: مؤسسة تنفيذ الإنشاءات العسكرية) (a.k.a. MILITARY CONSTRUCTION IMPLEMENTATION CORPORATION; a.k.a. "MATAA" (Arabic: "مناع"); a.k.a. "MCIC"), Kafarsouseh Circle, next to Al-Rafai Mosque, Damascus, Syria; Hama, Syria; Lattakia, Syria; Tartous, Syria; Jableh, Syria; Organization Established Date 1972; Organization Type: Construction of buildings; alt. Organization Type: Construction of roads and railways; alt. Organization Type: Construction of other civil engineering projects [SYRIA].

MILITARY CONSTRUCTION IMPLEMENTATION CORPORATION (a.k.a. MILITARY CONSTRUCTION ESTABLISHMENT (Arabic: مؤسسة تنفيذ الإنشاءات العسكرية)); a.k.a. "MATAA" (Arabic: "مناع"); a.k.a. "MCIC"), Kafarsouseh Circle, next to Al-Rafai Mosque, Damascus, Syria; Hama, Syria; Lattakia, Syria; Tartous, Syria; Jableh, Syria; Organization Established Date 1972; Organization Type: Construction of buildings; alt. Organization Type: Construction of roads and railways; alt. Organization Type: Construction of other civil engineering projects [SYRIA].

MILITARY HOUSING ESTABLISHMENT, Mili House, Adra Road, Damascus, Syria [SYRIA].

MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MILITARY INDUSTRY CORPORATION (a.k.a. DEFENSE INDUSTRIES SYSTEM; a.k.a. "DEFENSE INDUSTRIES CORPORATION"; a.k.a. "DEFENSE INDUSTRY SYSTEM"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

MILITARY SECURITY BUREAU (a.k.a. KOREAN PEOPLE'S ARMY SECURITY BUREAU; a.k.a. MILITARY SECURITY COMMAND), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MILITARY SECURITY COMMAND (a.k.a. KOREAN PEOPLE'S ARMY SECURITY BUREAU; a.k.a. MILITARY SECURITY BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MILITARY SUPPLIES INDUSTRY DEPARTMENT (a.k.a. MUNITIONS INDUSTRY DEPARTMENT), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

MILITARY UNIT 34435 (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. RESEARCH

INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

MILITARY UNIT 74268 (a.k.a. 234TH GUARDS AIR ASSAULT REGIMENT; a.k.a. 234TH GUARDS AIRBORNE ASSAULT REGIMENT; a.k.a. 234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT), Pskov, Russia; Target Type Government Entity [RUSSIA-EO14024].

MILITARY UNIT NUMBER 52688 (a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

MILITARY-PATRIOTIC CLUB RUSICH (a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1q17dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

MILITECH JSCO (a.k.a. JOINT STOCK COMPANY MILITECH), Ul. Lukinskaya D. 4, Pomeshch. 1, Moscow 119634, Russia;

Organization Established Date 13 Sep 2022; Tax ID No. 9706026110 (Russia); Registration Number 1227700569810 (Russia) [RUSSIA-EO14024].

MILITECHTRADE LIMITED LIABILITY COMPANY (a.k.a. MILITECHTRADE LLC), Ul. Ryabinovaya D. 61A, Str. 1, Moscow 121471, Russia; Organization Established Date 19 Oct 2022; Tax ID No. 9706027480 (Russia); Registration Number 1227700679216 (Russia) [RUSSIA-EO14024].

MILITECHTRADE LLC (a.k.a. MILITECHTRADE LIMITED LIABILITY COMPANY), Ul. Ryabinovaya D. 61A, Str. 1, Moscow 121471, Russia; Organization Established Date 19 Oct 2022; Tax ID No. 9706027480 (Russia); Registration Number 1227700679216 (Russia) [RUSSIA-EO14024].

MILLAB SINTEZ (a.k.a. MILLAB SYNTHESIS), Ul. Kolskaya D. 12, Str. 1, Et 2, Kom 2 Of 3, Moscow 129329, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716714320 (Russia); Registration Number 1127746292871 (Russia) [RUSSIA-EO14024].

MILLAB SYNTHESIS (a.k.a. MILLAB SINTEZ), Ul. Kolskaya D. 12, Str. 1, Et 2, Kom 2 Of 3, Moscow 129329, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716714320 (Russia); Registration Number 1127746292871 (Russia) [RUSSIA-EO14024].

MILLENNIUM GROUP AG (a.k.a. JSC MG INTERNATIONAL AG; a.k.a. MG INTERNATIONAL AG; a.k.a. MG INTERNESHNL AG PREDSTAVITELSTVO; a.k.a. PRED AO MG INTERNESHNL AG; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA MG INTERNESHNL AG SHVEITSARIYA G MOSCOW), Matthofstrand 8, Luzern 6005, Switzerland; per. Staromonetnyi d. 37, korp. 1, Moscow 119017, Russia; Organization Established Date 27 Sep 2006; Organization Type: Management consultancy activities; Tax ID No. 113176962 (Switzerland); alt. Tax ID No. 9909260877 (Russia); Legal Entity Number

549300YR513TAPXJGM21; Registration Number CH-100.3.786.838-5 (Switzerland) [RUSSIA-EO14024].

MILLENNIUM PLAZA, S.A. (a.k.a. PLAZA MILENIO, S.A.), Panama; RUC # 15280-1-366202 (Panama) [SDNTK].

MILLER, Alexei Borisovich (a.k.a. MILLER, Alexey Borisovich), Moscow, Russia; DOB 31 Jan 1962; POB Saint-Petersburg, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MILLER, Alexey Borisovich (a.k.a. MILLER, Alexei Borisovich), Moscow, Russia; DOB 31 Jan 1962; POB Saint-Petersburg, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MILLER, Siraaj, 34 Lupin, Lentegeur, Mitchells Plain, Cape Town, South Africa; DOB 28 Sep 1977; POB Cape Town, South Africa; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7709285116082 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MILLI MUSLIM LEAGUE (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-

TAIBA; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

MILLI MUSLIM LEAGUE PAKISTAN (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

MILONOV, Vitaly Valentinovich (Cyrillic: МИЛОНОВ, Виталий Валентинович), Russia; DOB 23 Jan 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MILOSEVIC, Borislav; DOB 1936; brother of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Dragomir; DOB 04 Feb 1942; POB Murgas, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

MILOSEVIC, Marija; DOB 1965; daughter of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Marko; DOB 02 Jul 1974; son of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Milanka; sister-in-law of Slobodan Milosevic (individual) [BALKANS].

MILOSEVIC, Slobodan; DOB 20 Aug 1941; POB Pozarevac, Serbia and Montenegro; ex-FRY President; ICTY indictee in custody (individual) [BALKANS].

MILSKAIA, Elena Igorevna (Cyrillic: МИЛЬСКАЯ, Елена Игоревна) (a.k.a. MILSKAYA, Elena; a.k.a. MILSKAYA, Yelena), Moscow, Russia; DOB 20 Dec 1980; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 774395846880 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KURENKOV, Aleksandr Vyacheslavovich).

MILSKAYA, Elena (a.k.a. MILSKAIA, Elena Igorevna (Cyrillic: МИЛЬСКАЯ, Елена Игоревна); a.k.a. MILSKAYA, Yelena), Moscow, Russia; DOB 20 Dec 1980; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 774395846880 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KURENKOV, Aleksandr Vyacheslavovich).

MILSKAYA, Yelena (a.k.a. MILSKAIA, Elena Igorevna (Cyrillic: МИЛЬСКАЯ, Елена Игоревна); a.k.a. MILSKAYA, Elena), Moscow, Russia; DOB 20 Dec 1980; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 774395846880 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KURENKOV, Aleksandr Vyacheslavovich).

MILUR ELECTRONICS LLC (Armenian: ՄԻԼՈՒՐ ԷԼԵԿՏՐՈՆԻՔՍ ՍՊԸ), Raffi Str. #111, Malatia-Sebastia, Yerevan, Armenia; Organization Established Date 13 May 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 01322889 (Armenia); Registration Number 290.110.1237526 (Armenia) [RUSSIA-EO14024] (Linked To: JSC PKK MILANDR).

MILUR SA, Chemin Des Planches 42, Epalinges 1066, Switzerland; Avenue des Alpes 104, Montreux 1820, Switzerland; Organization Established Date 10 Feb 2012; Organization Type: Wholesale of electronic and telecommunications equipment and parts; alt. Organization Type: Wholesale of other machinery and equipment; Registration Number CH-1550.1.105.045-4 (Switzerland) [RUSSIA-EO14024] (Linked To: MILUR ELECTRONICS LLC).

MILUTINOVIC, Milan; DOB 19 Dec 1942; POB Belgrade, Serbia and Montenegro; ex-President of Republika Srpska; ICTY indictee in custody (individual) [BALKANS].

MI'MAR ENGINEERING COMPANY (a.k.a. MEAMAR COMPANY FOR ENGINEERING AND DEVELOPMENT; a.k.a. MEAMAR SARL (Arabic: شركة معمار للهندسة والانماء ش.م.م); a.k.a. MEAMMAR CONSTRUCTION), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Commercial Registry Number 29160 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

MIN, Aung, Burma; DOB 27 Oct 1962; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

MIN, Byong Chol (a.k.a. MIN, Byong Chun; a.k.a. MIN, Byong-chol; a.k.a. MIN, Pyo'ng-ch'o'l), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Byong Chun (a.k.a. MIN, Byong Chol; a.k.a. MIN, Byong-chol; a.k.a. MIN, Pyo'ng-ch'o'l), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Byong-chol (a.k.a. MIN, Byong Chol; a.k.a. MIN, Byong Chun; a.k.a. MIN, Pyo'ng-ch'o'l), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Pyo'ng-ch'o'l (a.k.a. MIN, Byong Chol; a.k.a. MIN, Byong Chun; a.k.a. MIN, Byong-chol), Korea, North; DOB 10 Aug 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Worker's Party of Korea's Organization and Guidance Department (individual) [DPRK2].

MIN, Tin Latt, Burma; DOB 15 Jun 1968; nationality Burma; Gender Female; National ID No. 5/MAYANAN012759 (Burma) (individual) [BURMA-EO14014] (Linked To: ZAW, Thein Win).

MIN, Zaw, Burma; DOB 1970; nationality Burma; Gender Male (individual) [BURMA-EO14014].

MINAB SHIPPING COMPANY LIMITED (f.k.a. MIGHAT SHIPPING COMPANY LIMITED), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MINAEE, Muhamed (a.k.a. MINA'I, Mohammad); DOB 1964; POB Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

MINAEV, Oleg Aleksandrovich, Russia; DOB 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

MINA'I, Mohammad (a.k.a. MINAEE, Muhamed); DOB 1964; POB Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

MINATEH (a.k.a. LLC MINATEKH), ul. Tkatskaya d. 5, str. 1, floor 3, Moscow 105318, Russia; Tax ID No. 7719404005 (Russia); Registration Number 1157746133654 (Russia) [RUSSIA-EO14024].

MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; R.F.C. MCA9011192R3 (Mexico) [SDNTK].

MINERA MI ESPERANZA, S.A., Honduras; Col. Las Hadas, Cont. a Aldeas S.O.S., No. 7501,

Distrito Central, Francisco Morazan, Honduras; RTN 08019011419066 (Honduras) [SDNTK].

MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico [SDNTK].

MINERVEN (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. CVG MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

MINES AND METALS ENGINEERING GMBH (a.k.a. "M.M.E."), Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 34095 (Germany); all offices worldwide [IRAN].

MINGZHENG INTERNATIONAL TRADING LIMITED, Flat/RM A30 9/F, Silvercorp International Tower, 707-713 Nathan Road, Kowloon, Mong Kok, Hong Kong; 224-4 Shifa Da Lu, RM 1305, Heping District, Shenyang City, Liaoning Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; Linked To: SUN, Wei).

MINIMERCADO EL MANANTIAL DEL NEUTA, Calle 4A No. 2-01 Mz. 39 Ca. 32, Soacha, Cundinamarca, Colombia; Matricula Mercantil No 1776209 (Colombia) [SDNTK].

MININ, Alexey Valerevich, Russia; DOB 27 May 1972; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 120017582 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MINING ENTERPRISE NO 1 (a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MINING ENTERPRISE NO 2 (a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a.

MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MINING ENTERPRISE NUMBER ONE (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MINISTERIO DEL INTERIOR (a.k.a. MINISTRY OF INTERIOR; a.k.a. "MININT"), Aranguren and Carlos Manuel de Cespedes, Havana, Cuba; Organization Established Date Jun 1961 [GLOMAG].

MINISTERIO PUBLICO DE NICARAGUA, Km 4 Carretera a Masaya, Managua, Nicaragua; Website https://ministeriopublico.gob.ni/; Target Type Government Entity [NICARAGUA] [NICARAGUA-NHRAA].

MINISTRY OF ATOMIC ENERGY INDUSTRY, Haeun 2-Dong, Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

MINISTRY OF CRUDE OIL (a.k.a. CRUDE OIL INDUSTRY MINISTRY; a.k.a. GENERAL BUREAU OF PETROLEUM INDUSTRY; a.k.a. MINISTRY OF CRUDE OIL INDUSTRY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF CRUDE OIL INDUSTRY (a.k.a. CRUDE OIL INDUSTRY MINISTRY; a.k.a. GENERAL BUREAU OF PETROLEUM INDUSTRY; a.k.a. MINISTRY OF CRUDE OIL), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF CULTURE AND ISLAMIC GUIDANCE, Bahrestan Square, Avenue Kamalolmolk, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENCE OF BURMA (a.k.a. MINISTRY OF DEFENSE OF BURMA; a.k.a. TATMADAW), Building 24, Nay Pyi Taw, Burma; Organization Established Date 01 Aug 1937; Target Type Government Entity [BURMA-EO14014].

MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-

QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA

SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MINISTRY OF DEFENSE LEGION EXPORT (a.k.a. MINISTRY OF DEFENSE LOGISTICS EXPORT; a.k.a. MODLEX), PO Box 16315-189, Tehran, Iran, located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran; PO Box 19315-189, Pasdaran Street, South Noubonyand Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MINISTRY OF DEFENSE LOGISTICS EXPORT (a.k.a. MINISTRY OF DEFENSE LEGION EXPORT; a.k.a. MODLEX), PO Box 16315-189, Tehran, Iran, located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran; PO Box 19315-189, Pasdaran Street, South Noubonyand Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MINISTRY OF DEFENSE OF BURMA (a.k.a. MINISTRY OF DEFENCE OF BURMA; a.k.a. TATMADAW), Building 24, Nay Pyi Taw, Burma; Organization Established Date 01 Aug 1937; Target Type Government Entity [BURMA-EO14014].

MINISTRY OF EMERGENCY SITUATIONS OF THE DONETSK PEOPLE'S REPUBLIC (Cyrillic: МИНИСТЕРСТВО ПО ЧРЕЗВЫЧАЙНЫМ СИТУАЦИЯМ ДОНЕЦКОЙ НАРОДНОЙ РЕСПУБЛИКИ), 60 Shchorsa St., Donetsk

283050, Ukraine; Target Type Unrecognized Government Entity [RUSSIA-EO14024].

MINISTRY OF INTERIOR (a.k.a. MINISTERIO DEL INTERIOR; a.k.a. "MININT"), Aranguren and Carlos Manuel de Cespedes, Havana, Cuba; Organization Established Date Jun 1961 [GLOMAG].

MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

MINISTRY OF LABOR, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF LAND AND MARINE TRANSPORT (a.k.a. MINISTRY OF LAND AND MARITIME TRANSPORTATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF LAND AND MARITIME TRANSPORTATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA (a.k.a. MINISTRY OF LAND AND MARINE TRANSPORT), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF OIL AND MINERAL RESERVES (a.k.a. SYRIAN MINISTRY OF PETROLEUM AND MINERAL RESOURCES (Arabic: وزارة النفط و الثروة المعدنية)), Dummar, P.O. Box 31483, Damascus, Syria; Website http://mopmr.gov.sy/ [SYRIA].

MINISTRY OF PEOPLE'S ARMED FORCES, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY (a.k.a. MINISTRY OF PUBLIC SECURITY; a.k.a. "MPS"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL BUREAU (a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL MANAGEMENT BUREAU; a.k.a. MINISTRY OF PEOPLE'S SECURITY PRISON BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL MANAGEMENT BUREAU (a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL BUREAU; a.k.a. MINISTRY OF PEOPLE'S SECURITY PRISON BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PEOPLE'S SECURITY PRISON BUREAU (a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL BUREAU; a.k.a. MINISTRY OF PEOPLE'S SECURITY CORRECTIONAL MANAGEMENT BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF PETROLEUM (a.k.a. IRANIAN MINISTRY OF PETROLEUM), Iranian Ministry of Petroleum Building, Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MINISTRY OF PUBLIC SECURITY (a.k.a. MINISTRY OF PEOPLE'S SECURITY; a.k.a. "MPS"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF ROCKET INDUSTRY (Korean: 로케트공업부) (a.k.a. ROCKET INDUSTRY DEPARTMENT), Pyongchon, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

MINISTRY OF STATE SECURITY (a.k.a. STATE SECURITY DEPARTMENT), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY (a.k.a. "MGB"), Luhansk People's Republic, Luhansk City, Ukraine [CAATSA - RUSSIA].

MINISTRY OF STATE SECURITY BORDER GUARD GENERAL BUREAU, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Public order and safety activities [DPRK2].

MINISTRY OF STATE SECURITY FARM BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY FARMING BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214 [DPRK3].

MINISTRY OF STATE SECURITY PRISONS BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. STATE SECURITY DEPARTMENT PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

MINNIKHANOV, Rustam Nurgaliyevich (Cyrillic: МИННИХАНОВ, Рустам Нургалиевич), Tatarstan, Russia; Moscow, Russia; France; Dubai, United Arab Emirates; DOB 01 Mar 1957; POB Noviy Arysh, Rybno-Slobodskiy district, Tatarstan, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MINNIKHANOVA, Gulsina Akhatovna (Cyrillic: МИННИХАНОВА, Гульсина Ахатовна), Unit 505, Building Topaz, Palm Jumeirah Tiara, Dubai, United Arab Emirates; Kazan, Tatarstan, Russia; France; Moscow, Russia; DOB 08 Dec 1967; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: MINNIKHANOV, Rustam Nurgaliyevich).

MINO CONGO (a.k.a. MINOCONGO; a.k.a. MINOTERIE DU CONGO SPRL), Avenue Konda-Konda No 2, Commune De Ngaliema, Kinshasa 180, Congo, Democratic Republic of the; D-U-N-S Number 850461914 [SDGT] (Linked To: ASSI, Saleh).

MINOCONGO (a.k.a. MINO CONGO; a.k.a. MINOTERIE DU CONGO SPRL), Avenue Konda-Konda No 2, Commune De Ngaliema, Kinshasa 180, Congo, Democratic Republic of the; D-U-N-S Number 850461914 [SDGT] (Linked To: ASSI, Saleh).

MINOTERIE DU CONGO SPRL (a.k.a. MINO CONGO; a.k.a. MINOCONGO), Avenue Konda-Konda No 2, Commune De Ngaliema, Kinshasa 180, Congo, Democratic Republic of the; D-U-N-S Number 850461914 [SDGT] (Linked To: ASSI, Saleh).

MINOTOR-SERVICE ENTERPRISE (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic:

ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

MINSK GUVD (Cyrillic: ГУВД МИНСК) (a.k.a. GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA; a.k.a. MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

MINSK OMON (Cyrillic: МИНСК ОМОН) (a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ); a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ); a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK SPECIAL PURPOSE MOBILE UNIT (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ); a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ) (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL TASK POLICE FORCE), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK SPECIAL TASK POLICE FORCE (a.k.a. MINSK OMON (Cyrillic: МИНСК ОМОН); a.k.a. MINSK OTRYAD MILITSII OSOBOVO NAZNACHENIYA; a.k.a. MINSK SPECIAL PURPOSE MOBILE UNIT; a.k.a. MINSK SPECIAL PURPOSE POLICE UNIT (Cyrillic: МИНСКИЙ ОТРЯД МИЛИЦИИ ОСОБОГО НАЗНАЧЕНИЯ)), Heroes of the 120th Division St, 42, Minsk, Belarus (Cyrillic: ул.Героев 120-й дивизии, 42, г.Минск, Belarus) [BELARUS].

MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ) (a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINSK WHEEL TRACTOR PLANT JSC (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MINSK WHEELED TRACTOR PLANT (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

MIR BIZNES BANK (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR BIZNES BANK, AO (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK';

OFFICE OF FOREIGN ASSETS CONTROL                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК) (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR BUSINESS BANK ZAO (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК)), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

MIR KREPEZHA TD (a.k.a. LIMITED LIABILITY COMPANY WORLD OF FASTENERS TD), Sh. Golovinskoe D. 3, Pomeshch. 4N, Moscow 125212, Russia; Golovinskoe shosse, 5A, Moscow 125212, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as

amended by Executive Order 14114.; Tax ID No. 7743157075 (Russia); Registration Number 1167746505552 (Russia) [RUSSIA-EO14024].

MIR RAHMAN, Haji (a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ); a.k.a. RAHMANI, Ajmail; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

MIR VAKILI, Seyed Ali Akbar (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MIR, Sajid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MIR, Sajjid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. CHUHDRI, Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Passport KE381676 (Pakistan) issued

14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

MIRA E.U., Avenida 8 Norte No. 10-91 Ofc. 301, Cali, Colombia; NIT # 805009267-0 (Colombia) [SDNT].

MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI, No. 26A Kayanarca Mahallesi, Yoruk Sokak, Pendik, Istanbul 34890, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2018; Commercial Registry Number 168940 (Turkey) [SDGT] (Linked To: HIZBALLAH).

MIRA PEREZ, Fredy Alonso (a.k.a. "FREDY COLAS"); DOB 02 Jul 1966; POB Bogota, Colombia; citizen Colombia; Cedula No. 71683988 (Colombia) (individual) [SDNTK].

MIRACLE TRANSPORTATION LIMITED (a.k.a. MIRACLE TRANSPORTATION LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIRACLE TRANSPORTATION LTD (a.k.a. MIRACLE TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIRAGE AIR CRAFT SERVICES SOLE PROPREITORSHIP LLC (Arabic: لخدمات صراج الطائرات- شركة الشخص الواحد ذ.م.م), East 48, Abu Dhabi Island, Abu Dhabi, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; License CN-1074054 (United Arab Emirates) [RUSSIA-EO14024].

MIRAGE FOR ENGINEERING AND TRADING (a.k.a. "MIRAGE FOR ENGINEERING"), Kalim Bechara Building, 2nd floor, Trabulsi Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

MIRAGE FOR WASTE MANAGEMENT AND ENVIRONMENTAL SERVICES SARL, PO Box 113/6655, Msieleh Main Road, Rabiyeh Building, 2nd floor, Msieheh, Lebanon; Website www.miragewm.com; Additional Sanctions

Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

MIRAJ, Yusuf Ali (a.k.a. MERAJ, Yusef Ali; a.k.a. MURAJ, Yousef Ali), Iran; DOB 10 Jun 1978; nationality Pakistan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport AH0989891 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MIRAMONTE INVESTMENTS LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Organization Established Date 06 Apr 2021; Registration Number C420204 (Cyprus) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

MIRAN LLC, Per. Evpatoriiskii D. 7, Lit. A, Chast Nezhilogo Pomeshcheniya 1-N, Chast Nezhilogo Pomeshcheniya 11-N, Saint-Petersburg 195277, Russia; Website miran.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Other information technology and computer service activities; Tax ID No. 7801149990 (Russia); Registration Number 1027800560908 (Russia) [RUSSIA-EO14024].

MIRATH S.A.L., Airport Road, Section 11, Property 5728, Chiyah, Lebanon; Commercial Registry Number 2030248 (Lebanon) [SDGT] (Linked To: NUR-AL-DIN, Jawad).

MIRDAMADI, Pouria (a.k.a. ESFAHANI, Pouria Mir Damadi), Iran; DOB 20 Sep 1979; POB Tehran, Iran; nationality France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0703THR00011 (France) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

MIRDASH, Misbah, Syria; DOB 02 Jan 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MIRE, Mohamed, Jilib, Lower Juba, Somalia; Qunyo Barrow, Middle Juba, Somalia; DOB 1962; alt. DOB 1960; alt. DOB 1955; POB Kismayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MIRE, Mohamed (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Muhammad; a.k.a. MIRE, Muhammad; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRE, Mohamed Ali (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed; a.k.a. MIRE, Muhammad; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIRE, Muhammad (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed; a.k.a. MIRE, Mohamed Ali; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MIREMBE, Dorah, Uganda; DOB 27 Feb 1979; nationality Uganda; Gender Female; National ID No. 001278404 (Uganda) (individual) [GLOMAG].

MIRHEIDARI, Mohammad Reza (a.k.a. MIRHEYDARY, Mohammad Reza), Iran; DOB 1956; alt. DOB 1957; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [CAATSA - IRAN].

MIR-HEJAZI RUHANI, Ali Asqar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIRHEJAZI, Ali (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIR-HEJAZI, Ali Asqar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIR-HEJAZI, Asghar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

MIRHEYDARY, Mohammad Reza (a.k.a. MIRHEIDARI, Mohammad Reza), Iran; DOB 1956; alt. DOB 1957; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [CAATSA - IRAN].

MIRIM COLLEGE (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

MIRIM SHIPPING CO LTD, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5647684 [DPRK3].

MIRIM UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MIRKAN, Anas 'Adil, Syria; DOB 01 Jul 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MIRKARIMI, Seyed Ali; DOB 20 Sep 1983; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 86486868 (Iran); National ID No. 428-486320-7; Birth Certificate Number 1973 (individual) [CYBER2].

MIRONOV, Sergei Mikhailovich (a.k.a. MIRONOV, Sergey Mikhailovich (Cyrillic: МИРОНОВ, Сергей Михайлович)), Russia; DOB 14 Feb 1953; POB Pushkin, St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIRONOV, Sergey Mikhailovich (Cyrillic: МИРОНОВ, Сергей Михайлович) (a.k.a. MIRONOV, Sergei Mikhailovich), Russia; DOB 14 Feb 1953; POB Pushkin, St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIRP INTELLECTUAL SYSTEMS INC (a.k.a. LIMITED LIABILITY COMPANY MIRP INTELLECTUAL SYSTEMS; a.k.a. "MIRP IS LTD"), Dimitrovskoe SH D. 100, Str. 2, Moscow 127591, Russia; Lenina st., 13-11, Dubna 141983, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010036848 (Russia); Registration Number 1085010000822 (Russia) [RUSSIA-EO14024].

MIRTILIANO BERMUDEZ, Alberto (a.k.a. BERMUDEZ VALDERREY, Alberto Mirtiliano), Anaco, Anzoategui, Venezuela; DOB 17 Feb 1968; Gender Male; Cedula No. 9895508 (Venezuela) (individual) [VENEZUELA].

MIRTOVA, Elena Yuryevna (Cyrillic: МИРТОВА, Елена Юрьевна) (a.k.a. MIRTOVA, Yelena (Cyrillic: МИРТОВА, Елена)), Saint Petersburg, Russia; DOB 06 Jul 1961; POB Novokuznetsk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROLDUGIN, Sergei Pavlovich).

MIRTOVA, Yelena (Cyrillic: МИРТОВА, Елена) (a.k.a. MIRTOVA, Elena Yuryevna (Cyrillic: МИРТОВА, Елена Юрьевна)), Saint Petersburg, Russia; DOB 06 Jul 1961; POB Novokuznetsk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROLDUGIN, Sergei Pavlovich).

MIRVAKILI, Seyed Aliakbar (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MIRVAKILI, Seyedaliakbar (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

MIRZA CO. (a.k.a. MIRZA COMPANY (Arabic: شركة ميرزا)), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 14 Jan 2018; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

MIRZA COMPANY (Arabic: شركة ميرزا) (a.k.a. MIRZA CO.), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 14 Jan 2018; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

MIRZABEYGI, Milad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3370084457 (Iran) (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

MIRZAEI KONDORI, Kazem (a.k.a. MIRZAI KANDARI, Kazem; a.k.a. MIRZAI KONDORI, Kazem (Arabic: کاظم ميرزایی کندری)), Tehran, Iran; DOB 11 Jul 1958; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport V52950311 (Iran) expires 29 Jul 2025; National ID No. 0046310622 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

MIRZAEI, Ahmed (a.k.a. MIRZAEI, Haj Ahmad (Arabic: حاج احمد ميرزايى); a.k.a. MIRZAEI, Hajahmad; a.k.a. MIRZAYI, Hajj Ahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZAEI, Haj Ahmad (Arabic: حاج احمد ميرزايى) (a.k.a. MIRZAEI, Ahmed; a.k.a. MIRZAEI, Hajahmad; a.k.a. MIRZAYI, Hajj Ahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZAEI, Hajahmad (a.k.a. MIRZAEI, Ahmed; a.k.a. MIRZAEI, Haj Ahmad (Arabic: حاج احمد ميرزايى); a.k.a. MIRZAYI, Hajj Ahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MIRZAEI, Mohammad Ali, Iran; DOB 18 Jul 1995; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I42045850 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MIRZAEI, Reza, Iran; DOB 15 May 1992; POB Ahar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F22578558 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MIRZAI KANDARI, Kazem (a.k.a. MIRZAI KONDORI, Kazem; a.k.a. MIRZAI KONDORI, Kazem (Arabic: كاظم ميرزايى كندرى)), Tehran, Iran; DOB 11 Jul 1958; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport V52950311 (Iran) expires 29 Jul 2025; National ID No. 0046310622 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

MIRZAI KONDORI, Kazem (Arabic: كاظم ميرزايى كندرى) (a.k.a. MIRZAEI KONDORI, Kazem; a.k.a. MIRZAI KANDARI, Kazem), Tehran, Iran; DOB 11 Jul 1958; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport V52950311 (Iran) expires 29 Jul 2025; National ID No. 0046310622 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

MIRZAYI, Hajj Ahmad (a.k.a. MIRZAEI, Ahmed; a.k.a. MIRZAEI, Haj Ahmad (Arabic: حاج احمد ميرزايى); a.k.a. MIRZAEI, Hajahmad), Tehran, Iran; DOB 09 Feb 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4268935215 (Iran); Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MISAGH TRADE TRUST COMPANY (a.k.a. ETEMAD TEJARAT MISAGH (Arabic: اعتماد تجارت ميثاق)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101409423 (Iran); Registration Number 96892 (Iran) [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MISHAAL, Khalid, Damascus, Syria; DOB 1956; POB Silwad, Ramallah, West Bank (Palestinian Authority) (individual) [SDGT].

MISHANTAF, Andre Samir (a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MISHCHENKO, Diana Igorevna (Cyrillic: МИЩЕНКО, Диана Игоревна), Moscow,

Russia; DOB 12 May 1977; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

MISHKIN, Alexander Yevgeniyevich (a.k.a. PETROV, Alexander), Moscow, Russia; DOB 13 Jul 1979; POB Loyga, Russia; alt. POB Kotlas, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MISHONOVA, Ksenia Vladimirovna (a.k.a. MISHONOVA, Kseniya Vladimirovna (Cyrillic: МИШОНОВА, Ксения Владимировна), 1 Stroiteley Blvd, Krasnogorsk, Moscow Region 143407, Russia; DOB 14 Dec 1972; nationality Russia; citizen Russia; Gender Female; Tax ID No. 504210986101 (Russia) (individual) [RUSSIA-EO14024].

MISHONOVA, Kseniya Vladimirovna (Cyrillic: МИШОНОВА, Ксения Владимировна) (a.k.a. MISHONOVA, Ksenia Vladimirovna), 1 Stroiteley Blvd, Krasnogorsk, Moscow Region 143407, Russia; DOB 14 Dec 1972; nationality Russia; citizen Russia; Gender Female; Tax ID No. 504210986101 (Russia) (individual) [RUSSIA-EO14024].

MISHUSTIN, Aleksandr Mikhaylovich (a.k.a. MISHUSTIN, Alexander), Russia; DOB 13 Dec 2000; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Aleksey Mikhaylovich (a.k.a. MISHUSTIN, Alexey; a.k.a. MISHUSTIN, Alexy), Russia; Switzerland; DOB 07 Jul 1999; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Alexander (a.k.a. MISHUSTIN, Aleksandr Mikhaylovich), Russia; DOB 13 Dec 2000; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Alexey (a.k.a. MISHUSTIN, Aleksey Mikhaylovich; a.k.a. MISHUSTIN, Alexy), Russia; Switzerland; DOB 07 Jul 1999; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Alexy (a.k.a. MISHUSTIN, Aleksey Mikhaylovich; a.k.a. MISHUSTIN, Alexey), Russia; Switzerland; DOB 07 Jul 1999; nationality Russia; Gender Male (individual)

[RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISHUSTIN, Mikhail (a.k.a. MISHUSTIN, Mikhail Vladimirovich (Cyrillic: МИШУСТИН, Михаил Владимирович)), Moscow, Russia, DOB 03 Mar 1966; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MISHUSTIN, Mikhail Vladimirovich (Cyrillic: МИШУСТИН, Михаил Владимирович) (a.k.a. MISHUSTIN, Mikhail), Moscow, Russia, DOB 03 Mar 1966; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MISHUSTINA, Vladlena Yuryevna (a.k.a. RAZINOVA, Vladlena Yuryevna), Moscow, Russia; DOB 02 Jan 1976; nationality Russia; Gender Female; Tax ID No. 770300684690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

MISKINE, Abdoulaye (a.k.a. KOUMTA MADJI, Martin; a.k.a. KOUMTAMADJI, Martin Nadingar; a.k.a. NKOUMTAMADJI, Martin), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

MITDCO (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. "MITD"), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MITIN, Sergei Gerasimovich (Cyrillic: МИТИН, Сергей Герасимович) (a.k.a. MITIN, Sergey Gerasimovich), Russia; DOB 14 Jun 1951; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MITIN, Sergey Gerasimovich (a.k.a. MITIN, Sergei Gerasimovich (Cyrillic: МИТИН, Сергей Герасимович)), Russia; DOB 14 Jun 1951; nationality Russia; Gender Male; Member of the Federation Council of the Russian Federation (individual) [RUSSIA-EO14024].

MITISHINSKIY SCIENTIFIC RESEARCH INSTITUTE OF RADIO MEASURING INSTRUMENTS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MNIIRIP; a.k.a. MYTISHCHI RESEARCH INSTITUTE FOR RF MEASUREMENT INSTRUMENTS), ul Kolpakova, 2A / lit B1, 3 etazh Kabinet 86,87, Mytishchi, Moskovskaya 141002, Russia; Tax ID No. 5029008940 (Russia); Registration Number 1035005501629 (Russia) [RUSSIA-EO14024].

MITSUYASU, Katsuaki (Japanese: 光安克明), 3-6-26 Shinohara Nakamachi, Nada-ku, Kobe, Hyogo, Japan (Japanese: 灘区篠原中町三丁目６番２６号, 神戸市, 兵庫県, Japan); 5-22-36 Hakataekiminami Hakata-ku, Fukuoka-shi 812-0016, Japan; DOB 29 Nov 1959; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

MITYAEV, Dmitriy (a.k.a. MITYAEV, Dmitriy Arkadyevich); DOB 20 May 1966; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

MITYAEV, Dmitriy Arkadyevich (a.k.a. MITYAEV, Dmitriy); DOB 20 May 1966; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

MIXINFO LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

MIZAN MACHINE MANUFACTURING GROUP (a.k.a. "3MG"), P.O. Box 16595-365, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MIZU SUSHI LOUNGE, Av. Francisco Villa 1329 Planta Alta, Residencial Fluvial Vallarta, Puerto Vallarta, Jalisco, Mexico; Av. Gral. Eulogio Parra 3200 Esq. Aztecas, Plaza Entorno Margarita L. 22 Piso 2, Col. Monraz, Guadalajara, Jalisco, Mexico; Website www.mizusushi.mx [SDNTK].

MIZULINA, Elena Borisovna (a.k.a. MIZULINA, Yelena Borisovna (Cyrillic: МИЗУЛИНА, Елена Борисовна)), Russia; DOB 09 Dec 1954; POB Bui, Kostroma, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MIZULINA, Yelena Borisovna (Cyrillic: МИЗУЛИНА, Елена Борисовна) (a.k.a. MIZULINA, Elena Borisovna), Russia; DOB 09 Dec 1954; POB Bui, Kostroma, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

MJERESH, Abdulazeez Mlawwah Mjeresh (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MK INTERROS INVEST (a.k.a. INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ); f.k.a. INTERROS LIMITED; f.k.a. OLDERFREY HOLDINGS LIMITED), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

MK VITYAZ AO (a.k.a. VITYAZ MACHINE BUILDING COMPANY JOINT STOCK COMPANY (Cyrillic: МАШИНОСТРОИТЕЛЬНАЯ КОМПАНИЯ ВИТЯЗЬ АКЦИОНЕРНОЕ ОБЩЕСТВО)), Shosse Industrialnoe d.2, Ishimbai 453203, Russia; Tax ID No. 0261013879 (Russia); Registration Number 1050202782277 (Russia) [RUSSIA-EO14024].

MKB ISKRA AO (a.k.a. ISKRA ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. KARTUKOV; a.k.a. JSC MBDB ISKRA), Proezd Petrovsko-Razumovskii D. 28, Moscow 127287,

Russia; Organization Established Date 1946; Tax ID No. 7714288059 (Russia); Registration Number 1027714027395 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

MKRTYCEV, Asot (a.k.a. MKRTYCHEV, Ashot), Hana Melichkova Street 3448/37, Bratislava 84105, Slovakia; DOB 07 May 1966; POB Baku, Azerbaijan; citizen Slovakia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport BD3843329 (Slovakia) expires 08 Apr 2029; alt. Passport BD5609822 (Slovakia) expires 19 May 2024 (individual) [DPRK].

MKRTYCHEV, Ashot (a.k.a. MKRTYCEV, Asot), Hana Melichkova Street 3448/37, Bratislava 84105, Slovakia; DOB 07 May 1966; POB Baku, Azerbaijan; citizen Slovakia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport BD3843329 (Slovakia) expires 08 Apr 2029; alt. Passport BD5609822 (Slovakia) expires 19 May 2024 (individual) [DPRK].

MKS INTERNATIONAL (a.k.a. MKS INTERNATIONAL CO. LTD.; a.k.a. MKS INTERNATIONAL GROUP), Office No 4, Babataher Street, Dr Fatemi Avenue, Tehran, Iran; PO BOX 14155-4618, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MKS INTERNATIONAL CO. LTD. (a.k.a. MKS INTERNATIONAL; a.k.a. MKS INTERNATIONAL GROUP), Office No 4, Babataher Street, Dr Fatemi Avenue, Tehran, Iran; PO BOX 14155-4618, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MKS INTERNATIONAL GROUP (a.k.a. MKS INTERNATIONAL; a.k.a. MKS INTERNATIONAL CO. LTD.), Office No 4, Babataher Street, Dr Fatemi Avenue, Tehran, Iran; PO BOX 14155-4618, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MKSOFTTECH, Karachi, Pakistan; 631-C, 6th Floor, Mashriq Center, Stadium Road, Karachi, Pakistan; Website mksofttech.com; Email Address info@mksofttech.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mohsin; Linked To: RAZA, Mujtaba Ali).

ML BILD EAD (a.k.a. ML BUILD EAD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1527, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200108841 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

ML BUILD EAD (a.k.a. ML BILD EAD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1527, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200108841 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

ML HOLDING GROUP LIMITED, Office No. 12 On 19F Ho King Comm Ctr No. 2-16 Fa Yuen St., Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Sep 2020; C.R. No. 2981092 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MLADIC, Ratko; DOB 12 Mar 1943; POB Bozinovici, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

MMK METALURJI PORT (a.k.a. MMK METALURJI SANAYI TICARET VE LIMAN ISLETMECILIGI ANONIM SIRKETI (Latin: MMK METALÜRJİ SANAYİ TİCARET VE LİMAN İŞLETMECİLİĞİ ANONİM ŞİRKETİ); a.k.a. "MMK TURKEY"), Alparslan Turkes Bulvari, No: 342-91, Ozerli Mahallesi, Dortyol 31600, Turkey; Kocaeli, Dilovasi, Turkey; Istanbul, Turkey; Website https://mmkturkey.com.tr/; Organization Established Date 12 Mar 1998; alt. Organization Established Date 2010; Tax ID No. 0950055541 (Turkey); Legal Entity Number 789000EY8H7UFLRVA902 (Turkey); Registration Number 4292 (Turkey) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

MMK METALURJI SANAYI TICARET VE LIMAN ISLETMECILIGI ANONIM SIRKETI (Latin: MMK METALÜRJİ SANAYİ TİCARET VE LİMAN İŞLETMECİLİĞİ ANONİM ŞİRKETİ) (a.k.a. MMK METALURJI PORT; a.k.a. "MMK TURKEY"), Alparslan Turkes Bulvari, No: 342-91, Ozerli Mahallesi, Dortyol 31600, Turkey; Kocaeli, Dilovasi, Turkey; Istanbul, Turkey; Website https://mmkturkey.com.tr/; Organization Established Date 12 Mar 1998; alt. Organization Established Date 2010; Tax ID No. 0950055541 (Turkey); Legal Entity Number 789000EY8H7UFLRVA902 (Turkey); Registration Number 4292 (Turkey) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

MMK PAO (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; f.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

MMK-FINANS OOO (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

MMP IRBIS, Ul. Zolotorozhskii Val D. 11, Str. 26, Floor 3, Pom. B14/1, Moscow 111033, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722469891 (Russia); Registration Number 1187746990474 (Russia) [RUSSIA-EO14024].

MMT LUXEMBURG (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT SARL), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

MMT SARL (a.k.a. METAL & MINERAL TRADE (MMT); a.k.a. METAL & MINERAL TRADE S.A.R.L.; a.k.a. METAL AND MINERAL TRADE (MMT); a.k.a. METAL AND MINERAL TRADE S.A.R.L.; a.k.a. MMT LUXEMBURG), 11b, Boulevard Joseph II, L-1840, Luxembourg; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID B 59411 (Luxembourg); all offices worldwide [IRAN].

MNANGAGWA, Auxillia, Zimbabwe; DOB 21 Mar 1963; POB Mazowe, Zimbabwe; nationality Zimbabwe; Gender Female; Passport ED000003 (Zimbabwe) expires 27 Feb 2032; National ID No. 63545988X15 (Zimbabwe) (individual) [GLOMAG].

MNANGAGWA, Emmerson (a.k.a. MNANGAGWA, Emmerson Dambudzo; a.k.a. "CROCODILE"), Munhumutapa Building, Corner of Second and Samora Machel Avenue, Harare, Zimbabwe; 1 Chancellor Avenue, Harare, Zimbabwe; DOB 15 Sep 1946; alt. DOB 15 Sep 1942; POB Zvishavane, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD005831 (Zimbabwe) issued 11 Jan 2018 expires 10 Jan 2028; alt. Passport AD006846 (Zimbabwe) issued 04 Feb 2020 expires 03 Feb 2025; National ID No. 63450183P67 (Zimbabwe); President of Zimbabwe (individual) [GLOMAG].

MNANGAGWA, Emmerson Dambudzo (a.k.a. MNANGAGWA, Emmerson; a.k.a. "CROCODILE"), Munhumutapa Building, Corner of Second and Samora Machel Avenue, Harare, Zimbabwe; 1 Chancellor Avenue, Harare, Zimbabwe; DOB 15 Sep 1946; alt. DOB 15 Sep 1942; POB Zvishavane, Zimbabwe; nationality

Zimbabwe; Gender Male; Passport AD005831 (Zimbabwe) issued 11 Jan 2018 expires 10 Jan 2028; alt. Passport AD006846 (Zimbabwe) issued 04 Feb 2020 expires 03 Feb 2025; National ID No. 63450183P67 (Zimbabwe); President of Zimbabwe (individual) [GLOMAG].

MNASRI, Fethi Ben Rebai Ben Absha (a.k.a. FETHI, Alic; a.k.a. "ABU OMAR"; a.k.a. "AMOR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

MOA NICKEL SA, Cuba [CUBA].

MOA'LIN, Mohamed Haji Omar (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

MOALLEM INSURANCE CO., No. 35, Haghani Blvd, Vanak Sq., Tehran 1517973511, Iran; Website www.mic-ir.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MOALLEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. AL-MUALLEM, Walid; a.k.a. MUALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

MOANES, Hossein (a.k.a. AL-'IBUDI, Hossein Moanes; a.k.a. AL-'IBUDI, Husayn Mu'nis), Baghdad, Iraq; DOB 24 Oct 1971; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17308762 (Iraq) expires 10 Dec 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MOASSESE AMOZESH VA TAHGHIGHATI (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. "DTSRC"; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

MOAZ ABDULLA DAEL FOR IMPORT AND EXPORT (Arabic: معاذ عبدالله دائل للاستيراد والتصدير) (a.k.a. DA'IL IMPORT AND EXPORT; a.k.a. MAATH ABDULLAH DAEL IMPORT AND EXPORT), North 60th Street, Sana'a, Yemen; 50th Street, Hodeidah, Yemen; Tahrir Street, Hodeidah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Private Company [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MOAZZAM, Hizbullah Qari (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 04 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MOBARAKEH STEEL COMPANY (a.k.a. ESFAHAN'S MOBARAKEH STEEL COMPANY; a.k.a. ESFAHAN'S MOBARAKEH STEEL PUBLIC JOINT STOCK COMPANY), P.O. Box 161-84815, Mobarakeh, Esfahan 11131-84881, Iran; Mobarakeh Steel Company, Sa'adat Abad St., Azadi SQ., Esfahan, Esfahan, Iran; Mobarakeh Steel Company, No. 2, Gol Azin Alley, Kouhestan St., Ketah SQ., Sa'adat Abad, Tehran, Iran; Website www.en.msc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information:

SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10260289464 (Iran); Commercial Registry Number 411175869887 (Iran) [SDGT] [IFSR] [IFCA] [IRAN-EO13871] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

MOBILE VALUE-ADDED SERVICES LABORATORY (a.k.a. VALUE-ADDED SERVICES LABORATORY VASL), 8th Floor, Azadi St., Sharif University of Technology, Tehran, Iran; Website www.vaslab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOBILE ZONE INTERNACIONAL IMPORT. EXPORT. S.R.L. (a.k.a. MOBILE ZONE INTERNACIONAL IMPORT-EXPORT S.R.L.; a.k.a. MOBILE ZONE INTERNATIONAL IMPORT-EXPORT S.R.L.), Ciudad del Este, Paraguay; RUC # 80071113-0 (Paraguay) [GLOMAG] (Linked To: DOLDAN GONZALEZ, Liz Paola).

MOBILE ZONE INTERNACIONAL IMPORT-EXPORT S.R.L. (a.k.a. MOBILE ZONE INTERNACIONAL IMPORT. EXPORT. S.R.L.; a.k.a. MOBILE ZONE INTERNATIONAL IMPORT-EXPORT S.R.L.), Ciudad del Este, Paraguay; RUC # 80071113-0 (Paraguay) [GLOMAG] (Linked To: DOLDAN GONZALEZ, Liz Paola).

MOBILE ZONE INTERNATIONAL IMPORT-EXPORT S.R.L. (a.k.a. MOBILE ZONE INTERNACIONAL IMPORT. EXPORT. S.R.L.; a.k.a. MOBILE ZONE INTERNACIONAL IMPORT-EXPORT S.R.L.), Ciudad del Este, Paraguay; RUC # 80071113-0 (Paraguay) [GLOMAG] (Linked To: DOLDAN GONZALEZ, Liz Paola).

MOBILIZATION OF THE OPPRESSED ORGANIZATION (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOBILNYE PLATEZHI (a.k.a. MOBILNYE PLATEZHI LIMITED LIABILITY COMPANY; a.k.a. MOBILNYE PLATEZHI LLC), Pr-Kt Kutuzovskii D. 41, Pom.169, Et.1, Komn.5, Office 4, Moscow 121170, Russia; Website round.ru; Tax ID No. 7730648774 (Russia); Registration Number 1117746605811 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

MOBILNYE PLATEZHI LIMITED LIABILITY COMPANY (a.k.a. MOBILNYE PLATEZHI; a.k.a. MOBILNYE PLATEZHI LLC), Pr-Kt Kutuzovskii D. 41, Pom.169, Et.1, Komn.5, Office 4, Moscow 121170, Russia; Website round.ru; Tax ID No. 7730648774 (Russia); Registration Number 1117746605811 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

MOBILNYE PLATEZHI LLC (a.k.a. MOBILNYE PLATEZHI; a.k.a. MOBILNYE PLATEZHI LIMITED LIABILITY COMPANY), Pr-Kt Kutuzovskii D. 41, Pom.169, Et.1, Komn.5, Office 4, Moscow 121170, Russia; Website round.ru; Tax ID No. 7730648774 (Russia); Registration Number 1117746605811 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

MOBIN HOLDING LIMITED (f.k.a. GOLDEN CROWN OVERSEAS LIMITED), 22 Long Acre, Long Acre, London WC2E 9LY, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 09745038 (United Kingdom) [SDGT] [IFSR] (Linked To: MADANIPOUR, Mahmoud).

MOBIN INTERNATIONAL LIMITED (a.k.a. "MOBIN INTERNATIONAL LTD."), Office 2403, Ahmad-Abberrhaim al-Attar, Dubai, United Arab Emirates; Website www.mobinogp.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY).

MOBIN IRAN ELECTRONICS DEVELOPMENT COMPANY (a.k.a. IRAN MOBIN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک مبین ایران), Ahmad Qassir Bokharest St., Argentine Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103492170 (Iran); Registration Number 313314 (Iran) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

MOBIN PETROCHEMICAL (a.k.a. MOBIN PETROCHEMICAL COMPANY; a.k.a. "MPC"), Southern Pars Special Economic Energy Zone, Assaluyeh, Bushehr, Iran; No. 50, DamanAfshar Alley, Vanak Square, ValiAsr Street, Tehran 19697-53111, Iran; P.O. Box 75391-418, Bushehr 1969753111, Iran; PO Box, Mashhad, Iran; Website www.mobinpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 837 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MOBIN PETROCHEMICAL COMPANY (a.k.a. MOBIN PETROCHEMICAL; a.k.a. "MPC"), Southern Pars Special Economic Energy Zone, Assaluyeh, Bushehr, Iran; No. 50, DamanAfshar Alley, Vanak Square, ValiAsr Street, Tehran 19697-53111, Iran; P.O. Box 75391-418, Bushehr 1969753111, Iran; PO Box, Mashhad, Iran; Website www.mobinpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 837 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MOBITRONIX LLC, 302, Al Sanabil, Nasar Square, PO Box 41618, Dubai, United Arab Emirates; License 543800 (United Arab Emirates); Chamber of Commerce Number 76722 (United Arab Emirates); Economic Register Number (CBLS) 10813190 (United Arab Emirates) [RUSSIA-EO14024].

MOCHTAR, Yasin Mahmud (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

MOCOM, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime

Mokom; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MODABBERAN EQTESAD COMPANY (a.k.a. MODABERAN EGHTESAD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MODABER (a.k.a. MODABER INVESTMENT COMPANY; a.k.a. TADBIR INDUSTRIAL HOLDING COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MODABER INVESTMENT COMPANY (a.k.a. MODABER; a.k.a. TADBIR INDUSTRIAL HOLDING COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MODABERAN EGHTESAD (a.k.a. MODABBERAN EQTESAD COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

MODAFL (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MODERNA EXPRESS TRANSPORTE DE CARGA LTDA., Transversal 96A No. 14-70, Bogota, Colombia; NIT # 830039006-4 (Colombia) [SDNTK].

MODLEX (a.k.a. MINISTRY OF DEFENSE LEGION EXPORT; a.k.a. MINISTRY OF DEFENSE LOGISTICS EXPORT), PO Box 16315-189, Tehran, Iran, located on the west side of Dabestan Street, Abbas Abad District, Tehran, Iran; PO Box 19315-189, Pasdaran Street, South Noubonyand Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MODMER TRADING ULUSLARARASI ITHALAT VE IHRACAT LIMITED SIRKETI, Yeni Mah. Uzun Sk. 1 lc Kapi No: 3, Urla, Izmir, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 235371 (Turkey) [RUSSIA-EO14024].

MODSAF (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

MOE, Banya Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Banya Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Banyar Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Banyar Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banya Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banya Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banyar Aung (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOE, Nai Banyar Ong (a.k.a. BANYAR, Aung Moe; a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong; a.k.a. MOE, Nai Banyar Aung), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

MOEIN, Moslem (Arabic: مسلم معین) (a.k.a. MO'IN, Moslem), Part 7, Block 25, Ground Floor, 16th Street, Sarvestan Street, Chaghamirza Phase 2 Shahid Mehrabi, Kermanshah, Iran; DOB 22 Sep 1985; POB Eslamabad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3341588477 (Iran); Birth Certificate Number 3477 (Iran) (individual) [IRAN-HR] (Linked To: BASIJ RESISTANCE FORCE).

MOFAKHAMI, Hassan (a.k.a. SHAHRASHTANI, Hasan; a.k.a. SHAHRASHTANI, Hassan Mofakhmi; a.k.a. SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی)), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOFID RAAHBAR AUDITING INSTITUTION (a.k.a. MOFIDRAHBAR AUDIT FIRM (Arabic: موسسه حسابرسی مفید راهبر)), No. 9, 13th St. Ahmad Qasir St., Argentina Square, Tehran 1968635414, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861836531 (Iran); Registration Number 7355 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

MOFIDRAHBAR AUDIT FIRM (Arabic: موسسه حسابرسی مفید راهبر) (a.k.a. MOFID RAAHBAR AUDITING INSTITUTION), No. 9, 13th St. Ahmad Qasir St., Argentina Square, Tehran 1968635414, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861836531 (Iran); Registration Number 7355 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

MOGHADAM FAR, Hamid Reza (a.k.a. MOGHADAM FAR, Hamidreza (Arabic: حمید رضا مقدم فر); a.k.a. MOGHADDAM, Hamidreza (Arabic: حمید رضا مقدم)), Iran; DOB 01 Mar 1961 to 31 Mar 1962; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042729890 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOGHADAM FAR, Hamidreza (Arabic: حمید رضا مقدم فر) (a.k.a. MOGHADAM FAR, Hamid Reza; a.k.a. MOGHADDAM, Hamidreza (Arabic: حمید رضا مقدم)), Iran; DOB 01 Mar 1961 to 31 Mar 1962; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042729890 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOGHADAM, Ismail Ahmadi (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement

Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

MOGHADAM, Mohsen Matloub (a.k.a. MATLOUB, Mohsen), Iran; DOB 02 Oct 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V25762563 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOGHADDAM, Esameel Ahmadi (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

MOGHADDAM, Hamidreza (Arabic: حمید رضا مقدم) (a.k.a. MOGHADAM FAR, Hamid Reza; a.k.a. MOGHADAM FAR, Hamidreza (Arabic: حمید رضا مقدم فر)); DOB 01 Mar 1961 to 31 Mar 1962; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042729890 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

MOGHADDAM, Ismail Ahmadi (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

MOGHISEH, Mohammad (a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: "ناصریان"); a.k.a.

"NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MOGHISSEH, Mohammad (Arabic: مقيسه محمد) (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISEH, Mohammad Nasser (Arabic: مقيسه ناصر محمد); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: ناصريان); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MOGHISSEH, Mohammad Nasser (Arabic: محمد مقيسه ناصر) (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISEH, Mohammad (Arabic: مقيسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: ناصريان); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MOHADDES, Seyed Mahmoud; DOB 07 Jun 1957; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Managing Director, Iranian Oil Company (U.K.) Ltd. (individual) [IRAN].

MOHADMMADHASNI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHAGHEGHI, Mohammad Hassan, Iran; DOB 23 Jun 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10008116 (Iran) expires 24 May 2026; IRGC Intelligence Organization Co-Deputy Chief Brigadier General (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

MOHAJERI, Mostafa (a.k.a. RAZAVI, Esma'il), Iran; DOB 1959; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

MOHAMED HASSANE ISMAIL (a.k.a. ISMAIL FOR GENERAL TRADE; a.k.a. ISMAIL GENERAL TRADING (Arabic: اسماعيل للتجارة العامة)), Khaldeh, Al Qubbah, King Mohammad Ismail, Section 5, Block B, Mount Lebanon, Lebanon; Mohamed Ismail Property, B Kobbe, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Oct 2009; Registration Number 2018166 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

MOHAMED KOL, Mohammed Noor (a.k.a. MOHAMMED KUL, Mohammed Nour; a.k.a. NOOR, Haji Mohammad), c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; c/o GREEN LEAF GENERAL TRADING LLC, United Arab Emirates; c/o CONNECT TELECOM GENERAL TRADING LLC, United Arab Emirates; DOB 27 Jul 1965; citizen Afghanistan (individual) [SDNTK].

MOHAMED SALEM, Abderrahmane Ould (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Sidi

Mohamed Ould; a.k.a. "AL-AZAWADI, Abu Talha;" a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

MOHAMED SALEM, Sidi Mohamed Ould (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. "AL-AZAWADI, Abu Talha"; a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

MOHAMED, Abdel Basit Hag El-Hassan Hag (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan (individual) [SDGT].

MOHAMED, Abdikarin Farah (a.k.a. MUHAMMAD, Abdul Karim Farge), United Arab Emirates; Somalia; DOB 13 Sep 1993; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00689508 (Somalia) (individual) [SDGT] (Linked To: AL-SHABAAB).

MOHAMED, Abdul Kader Ibrahim, Jianguomenwai Diplomatic Housing Compound, Building 7.1, 5th Floor, Apartment 4, Beijing, China (individual) [IRAQ2].

MOHAMED, Abdullahi Osman (a.k.a. "ADDE, Dhega"; a.k.a. "ISMAIL, Engineer"; a.k.a. "OSMAN, Abdullahi"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male (individual) [SDGT].

MOHAMED, Aboud Rogo (a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

MOHAMED, Khalil Ibrahim (a.k.a. IBRAHIM, Khalil; a.k.a. TAHA, Khalil Ibrahim Mohamed Achar Foudail); DOB 15 Jun 1958; POB El

Fasher, Sudan; alt. POB Al Fashir, Sudan;
nationality Sudan; Registration ID 0179427
(France); National Foreign ID Number
4203016171 (France) issued 20 Feb 2004;
Chairman, Justice and Equality Movement; Co-
founder, National Redemption Front (individual)
[DARFUR].

MOHAMED, Liban Yusuf (a.k.a. MOHAMED,
Liibaan Yousuf; a.k.a. "DHEERE, Liban"),
Puntland, Somalia; Yaqshid District, Mogadishu,
Somalia; DOB 1978; nationality Somalia;
Gender Male; Secondary sanctions risk: section
1(b) of Executive Order 13224, as amended by
Executive Order 13886 (individual) [SDGT]
(Linked To: ISIS-SOMALIA).

MOHAMED, Liibaan Yousuf (a.k.a. MOHAMED,
Liban Yusuf; a.k.a. "DHEERE, Liban"),
Puntland, Somalia; Yaqshid District, Mogadishu,
Somalia; DOB 1978; nationality Somalia;
Gender Male; Secondary sanctions risk: section
1(b) of Executive Order 13224, as amended by
Executive Order 13886 (individual) [SDGT]
(Linked To: ISIS-SOMALIA).

MOHAMED, Mohamed Makawi Ibrahim (a.k.a.
IBRAHIM, Muhammad Makkawi; a.k.a.
MAKAWI, Mohamed; a.k.a. MOHAMED,
Mohamed Makkawi Ibrahim); DOB 1984; POB
Sudan; nationality Sudan (individual) [SDGT].

MOHAMED, Mohamed Makawi Ibrahim (a.k.a.
IBRAHIM, Muhammad Makkawi; a.k.a.
MAKAWI, Mohamed; a.k.a. MOHAMED,
Mohamed Makawi Ibrahim); DOB 1984; POB
Sudan; nationality Sudan (individual) [SDGT].

MOHAMED, Mohamed Omar (a.k.a. HAJI,
Mohamed Omar; a.k.a. MA'ALIN, Mohamed
Omar; a.k.a. MAXAMED, Mohamed Cumar;
a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a.
"OMAROW, Mohamed"; a.k.a. "UMUROW,
Ma'd"), Diinsor District, Bay, Somalia; Buur
Hakaba District, Bay, Somalia; DOB 1976; POB
Taflow Village, Berdaale District, Bay, Somalia;
nationality Somalia; Gender Male; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886
(individual) [SDGT] (Linked To: AL-SHABAAB).

MOHAMED, Nour Addin Meloud (a.k.a.
MUSBAH, Nourddin Milood M), Malta; Cyprus;
Ben Ashoor, Tripoli, Libya; DOB 02 Sep 1974;
nationality Libya; Gender Male; Passport
998635 (Libya); alt. Passport PK31LZK9 (Libya)
(individual) [LIBYA3].

MOHAMEDOU, Saleck Ould Cheikh (a.k.a.
CHEIKH, Saleck Ould), Mauritania; DOB 01 Jan
1984 to 31 Dec 1984; POB Atar, Mauritania;
Gender Male (individual) [SDGT].

MOHAMMAD AFZAL, Rahmatullah; DOB 01 Jan
1982; POB Kabul, Afghanistan; citizen
Afghanistan; Passport OR305655
(Afghanistan); alt. Passport OR488406
(Afghanistan); alt. Passport OR844806
(Afghanistan) (individual) [SDNTK].

MOHAMMAD MIRZA, Jamal Shah Karami (a.k.a.
SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI,
Jamal Mohammad Mirza; a.k.a. SHAHKARAMI,
Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال
شاكرمى); a.k.a. SHAKRAMI, Jamal), 1859
Mahdieh Hoveyzeh, Ilam, Iran; Apartmani
Houses M Mu'allim, Ilam 6931168911, Iran;
DOB 23 Nov 1969; nationality Iran; Additional
Sanctions Information - Subject to Secondary
Sanctions; Gender Male; National ID No.
4500393846 (Iran); Birth Certificate Number
586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR]
(Linked To: ISLAMIC REVOLUTIONARY
GUARD CORPS).

MOHAMMAD WALI MONEY EXCHANGE (a.k.a.
NEW AHMADY LTD. KANDAHAR), Sarafi
Market, Fourth Floor, Shop #1, Kandahar,
Afghanistan [SDNTK].

MOHAMMAD ZAKARYA, Jassim; DOB 1968;
POB Hasaka, Syria; Minister of Social Affairs
and Labor (individual) [SYRIA].

MOHAMMAD, Ali Mohammad Abutorab Noor
(a.k.a. ABUTURAB, Ali Muhammad; a.k.a.
MOHAMMAD, Ali Mohammad Noor; a.k.a.
MOHD, Ali Mohd Abutorab Noor; a.k.a.
MUHAMMAD, Abu Turab Ali; a.k.a.
MUHAMMED, Ali Muhammed Noor; a.k.a.
TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad
Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a.
TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali
Muhammad Abu; a.k.a. "MOHAMMED, Ali";
a.k.a. "TURAB, Abu"), Jamia Salfia, Airport
Road, Quetta, Balochistan; Patel Road, Quetta,
Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt.
DOB 05 Jan 1968; POB Quetta, Balochistan,
Pakistan; nationality Pakistan; Gender Male;
Passport J349992 (Pakistan); National ID No.
2083655452 (Saudi Arabia) (individual) [SDGT]
(Linked To: JAMA'AT UL DAWA AL-QU'RAN;
Linked To: AMEEN AL-PESHAWARI, Fazeel-A-
Tul Shaykh Abu Mohammed).

MOHAMMAD, Ali Mohammad Noor (a.k.a.
ABUTURAB, Ali Muhammad; a.k.a.
MOHAMMAD, Ali Mohammad Abutorab Noor;
a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a.
MUHAMMAD, Abu Turab Ali; a.k.a.
MUHAMMED, Ali Muhammed Noor; a.k.a.
TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad
Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a.

TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali
Muhammad Abu; a.k.a. "MOHAMMED, Ali";
a.k.a. "TURAB, Abu"), Jamia Salfia, Airport
Road, Quetta, Balochistan; Patel Road, Quetta,
Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt.
DOB 05 Jan 1968; POB Quetta, Balochistan,
Pakistan; nationality Pakistan; Gender Male;
Passport J349992 (Pakistan); National ID No.
2083655452 (Saudi Arabia) (individual) [SDGT]
(Linked To: JAMA'AT UL DAWA AL-QU'RAN;
Linked To: AMEEN AL-PESHAWARI, Fazeel-A-
Tul Shaykh Abu Mohammed).

MOHAMMAD, Baz (a.k.a. MOHAMMAD, Haji
Baz); DOB 1958; POB Kandahar, Afghanistan;
nationality Afghanistan (individual) [SDNTK].

MOHAMMAD, Faqir (a.k.a. MUHAMMAD,
Faqeer; a.k.a. MUHAMMAD, Faqir; a.k.a.
ZEYAR, Faqir Mohammad), Bannu, Pakistan;
Lahore, Pakistan; DOB 1968; POB North
Waziristan Agency, Pakistan; alt. POB Federally
Administered Tribal Areas, Pakistan; alt. POB
Khowst Province, Afghanistan; nationality
Pakistan; Gender Male (individual) [SDGT]
(Linked To: HAQQANI NETWORK).

MOHAMMAD, Haji Baz (a.k.a. MOHAMMAD,
Baz); DOB 1958; POB Kandahar, Afghanistan;
nationality Afghanistan (individual) [SDNTK].

MOHAMMAD, Haji Baz; DOB 12 Mar 1964;
citizen Afghanistan (individual) [SDNTK].

MOHAMMAD, Hajji Khair (a.k.a. BARAKZAI, Haji
Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a.
KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji;
a.k.a. KHERULLAH, Haji; a.k.a. ULLAH, Haji
Khair), Abdul Manan Chowk, Pashtunabad,
Quetta, Pakistan; DOB 1965; POB Zumbaleh
Village, Nahr-e Saraj District, Helmand
Province, Afghanistan; alt. POB Qal'ah Abdulla,
Pakistan; alt. POB Mirmadaw Village, Gereshk
District, Helmand Province, Afghanistan;
Passport BP4199631 (Pakistan) expires 25 Jun
2014; National ID No. 5440005229635
(Pakistan) (individual) [SDGT] (Linked To:
TALIBAN; Linked To: HAJI KHAIRULLAH HAJI
SATTAR MONEY EXCHANGE).

MOHAMMAD, Khalil Ibrahim (a.k.a. AL ZAFIRI,
Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim;
a.k.a. KHALIL, Ibrahim Mohamed), Refugee
shelter Alte Ziegelei, Mainz 55128, Germany;
DOB 02 Jul 1975; alt. DOB 02 May 1972; alt.
DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-
Zawr, Syria; alt. POB Baghdad, Iraq; nationality
Syria; Travel Document Number A0003900
(Germany); Temporary suspension of
deportation No. T04338017, expired 08 May

2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

MOHAMMAD, Yahia ElSayed Ibrahim (a.k.a. MOUSSA, Yahya Alsayed Ibrahim Mohamed; a.k.a. MUSA, Yahya al-Sayyid Ibrahim; a.k.a. "IBRAHIM, Basim"), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

MOHAMMADABADI ABOLGHASEM, Mehdi Dehghani (a.k.a. MOHAMMADABADI, Mehdi Dehghani), Tehran, Iran; DOB 23 Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433172081 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY).

MOHAMMADABADI, Mehdi Dehghani (a.k.a. MOHAMMADABADI ABOLGHASEM, Mehdi Dehghani), Tehran, Iran; DOB 23 Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433172081 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY).

MOHAMMADHASNI, Haji Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHAMMADHASNI, Haji Asad Khan Zarkari (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan;

Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHAMMADI, Behzad, Iran; DOB 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: NATIONAL PETROCHEMICAL COMPANY).

MOHAMMADI, Ehsan; DOB 25 Dec 1980; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U21669469 (Iran) issued 25 Jul 2011 expires 24 Jul 2016; National ID No. 006-718237-2; Birth Certificate Number 7608 (individual) [CYBER2].

MOHAMMADI, Gholam'ali (a.k.a. MOHAMMADI, Gholamali (Arabic: غلامعلی محمدی); a.k.a. MOHAMMADI, Golamali), Iran; DOB 22 Jun 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049770926 (Iran); Head of Iran's Prisons Organization (individual) [IRAN-HR].

MOHAMMADI, Gholamali (Arabic: غلامعلی محمدی) (a.k.a. MOHAMMADI, Gholam'ali; a.k.a. MOHAMMADI, Golamali), Iran; DOB 22 Jun 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049770926 (Iran); Head of Iran's Prisons Organization (individual) [IRAN-HR].

MOHAMMADI, Golamali (a.k.a. MOHAMMADI, Gholam'ali; a.k.a. MOHAMMADI, Gholamali (Arabic: غلامعلی محمدی)), Iran; DOB 22 Jun 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0049770926 (Iran); Head of Iran's Prisons Organization (individual) [IRAN-HR].

MOHAMMADI, Mohammad Reza (Arabic: محمد رضا محمدی), Iran; DOB 16 Apr 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5069643517 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

MOHAMMADIAN, Abbas Ali (a.k.a. MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان); a.k.a. MOUSAABADI, Abbasali Mohammadian; a.k.a. MUSAABADI, Abbas'Ali Mohammadian), Tehran, Iran; DOB 20 Feb

1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان) (a.k.a. MOHAMMADIAN, Abbas Ali; a.k.a. MOUSAABADI, Abbasali Mohammadian; a.k.a. MUSAABADI, Abbas'Ali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOHAMMED KALAI (a.k.a. KALAI INDUSTRIES (Arabic: قلعي للصناعات); a.k.a. KALAI INDUSTRIES MANAGEMENT), Dara Autostrad (Amman Highway), Kessweh, 500m after the Katakir Bridge, Damascus, Syria; Organization Established Date 1990; Registration Number 38372 (Syria) [SYRIA] (Linked To: KALAI, Nader).

MOHAMMED KUL, Mohammed Nour (a.k.a. MOHAMED KOL, Mohammed Noor; a.k.a. NOOR, Haji Mohammad), c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; c/o GREEN LEAF GENERAL TRADING LLC, United Arab Emirates; c/o CONNECT TELECOM GENERAL TRADING LLC, United Arab Emirates; DOB 27 Jul 1965; citizen Afghanistan (individual) [SDNTK].

MOHAMMED TOHMA, Nabil (Arabic: نبيل محمد طعمة) (a.k.a. TOUMEH BIN MOHAMMED, Nabil (Arabic: نبيل طعمة بن محمد); a.k.a. TOUMEH, Nabil; a.k.a. TU'MAH, Nabil; a.k.a. "BIN MOHAMMED TOAMEH, Nabil"; a.k.a. "TOHMA, Nabil" (Arabic: "نبل طعمة")), Damascus, Syria; DOB 04 Jan 1957; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MOHAMMED, Abd' al-Baki (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT].

MOHAMMED, Aboud Rogo (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO,

Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

MOHAMMED, Al-Basher (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

MOHAMMED, Bashir Mahmud (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MOHAMMED, Fazul (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN") DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

MOHAMMED, Fazul Abdilahi (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

MOHAMMED, Fazul Abdullah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

MOHAMMED, Fouad (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN") DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

MOHAMMED, Imad Naji Mohammed (a.k.a. AL-BAHADLI, Imad Naji (Arabic: عماد ناجي البهادلي)), Iraq; DOB 25 May 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10722899 (Iraq) expires 14 Dec 2023 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

MOHAMMED, Ishmael (a.k.a. ALEONG, Eddie; a.k.a. MUHAMMAD, Ishmail; a.k.a. YONG, Isma'il 'Ali), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MOHAMMED, Jama Ali (a.k.a. MUHAMMAD, Jami' 'Ali), Oman; DOB 01 Jan 1980; nationality Somalia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 60358533 (Oman) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MOHAMMED, Khalid Shaikh, Guantanamo Bay detention center, Cuba; DOB 14 Apr 1965; alt. DOB 01 Mar 1964; POB Kuwait; citizen Kuwait; Gender Male (individual) [SDGT].

MOHAMMED, Mustafa (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

MOHAMMED, Shariff Omar (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

MOHAMMED, Wali (a.k.a. JAN, Malang; a.k.a. WAZIR, Malang), Wana, South Waziristan, Pakistan; DOB 1975 (individual) [SDGT].

MOHAMMED'S ARMY (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

MOHAMOUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MOHAMUD, Bashir Mohamed (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a.

MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

MOHANDESI TARH VA TOSEH MARO SANAT COMPANY (a.k.a. MARO SANAT COMPANY; a.k.a. MARO SANAT DEVELOPMENT AND DESIGN ENGINEERING COMPANY; a.k.a. MARO SANAT ENGINEERING; a.k.a. MAROU SANAT ENGINEERING COMPANY), North Drive Moftah Street, Zahra Street, Placard 9, Ground Floor, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOHD, Ali Mohd Abuturab Noor (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abuturab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MOHD. WAEL ABDULKARIM & PARTNERS CO. (a.k.a. ABD-AL-KARIM GROUP; a.k.a. ABDULKARIM GROUP; a.k.a. ALKARIM FOR TRADE & INDUSTRY L.L.C.; a.k.a. ALKARIM FOR TRADE AND INDUSTRY; a.k.a. WAEL ABDULKARIM AND PARTNERS), Abu Rumaneh, Ibn Al Haytham St., Besides Indian Embassy, Building No. 7, 1st Floor, Office No. 5, Damascus, Syria; Jaber Bin Hayan St. No. 162, Akkad & Sufi Bldg No. 1, 1st Floor, Damascus, Syria; P.O. Box 5797, Damascus, Syria; P.O. Box 30693, Damascus, Syria; Adra-Tal El Kordi Triangle PC, Damascus 30693, Syria; Riyad El Solh Street, Beirut 12347, Lebanon; Website abdulkarimgroup.com [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED).

MOHIDDIN, Shaikh Shakil Babu (a.k.a. AHMED, Sheikh Shakeel; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKEEL, Chota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

MOHMMADHASNI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MOHSENI EJEI, Gholam Hossein (a.k.a. MOHSENI-EJEI, Qolam-Hossein); DOB circa 1956; POB Ejiyeh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Iran; Hojjatoleslam; Former Minister of Intelligence (individual) [IRAN-HR].

MOHSENI-EJEI, Qolam-Hossein (a.k.a. MOHSENI EJEI, Gholam Hossein); DOB circa 1956; POB Ejiyeh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Iran; Hojjatoleslam; Former Minister of Intelligence (individual) [IRAN-HR].

MOHTASHAM, Abdol-Hamid (a.k.a. MOHTASHAM, Abdolhamid (Arabic: عبدالحميد محتشم); a.k.a. MOHTASHAM, Abdul-Hamid), Iran; DOB 1955 to 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

MOHTASHAM, Abdolhamid (Arabic: عبدالحميد محتشم) (a.k.a. MOHTASHAM, Abdol-Hamid; a.k.a. MOHTASHAM, Abdul-Hamid); Iran; DOB 1955 to 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

MOHTASHAM, Abdul-Hamid (a.k.a. MOHTASHAM, Abdol-Hamid; a.k.a. MOHTASHAM, Abdolhamid (Arabic: عبدالحميد محتشم)), Iran; DOB 1955 to 1957; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

MO'IN, Moslem (a.k.a. MOEIN, Moslem (Arabic: مسلم معین)), Part 7, Block 25, Ground Floor, 16th Street, Sarvestan Street, Chaghamirza Phase 2 Shahid Mehrabi, Kermanshah, Iran; DOB 22 Sep 1985; POB Eslamabad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3341588477 (Iran); Birth Certificate Number 3477 (Iran) (individual) [IRAN-HR] (Linked To: BASIJ RESISTANCE FORCE).

MOJICA MEJIA, Jose Jorge, Carretera Sur. Kilometro 7.5, Colonia Frawley, Frente a Gasolinera Uno, Managua, Nicaragua; DOB 10 Oct 1966; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport C02366793 (Nicaragua) issued 14 Jun 2018 expires 14 Jun 2028 (individual) [NICARAGUA].

MOJICA OBREGON, Oscar (a.k.a. MOJICA OBREGON, Oscar Salvador); DOB 22 Nov 1955; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A0006041 (Nicaragua) (individual) [NICARAGUA].

MOJICA OBREGON, Oscar Salvador (a.k.a. MOJICA OBREGON, Oscar); DOB 22 Nov 1955; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A0006041 (Nicaragua) (individual) [NICARAGUA].

MOJTAHEDNAJAFI, Seyedmehdi (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar; a.k.a. NAJAFI, Mehdi; a.k.a. NAJAFI, Seyed Mehdi Mojtahed), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi; a.k.a. NAJAFI, Mehdi; a.k.a. NAJAFI, Seyed Mehdi Mojtahed), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

MOJTAMAE SANATE HAFTOME TIR (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOJTAME FOULAD SHAHIN BONAB (a.k.a. BONAB STEEL INDUSTRY COMPLEX; a.k.a. SHAHIN BONAB STEEL COMPLEX), No 17, Sarbalai Valiasr, Tavanir Bridge, Tabriz City, Iran; Bonab Industrial Zone, Bonab, East Azerbaijan, Iran; PO Box 51576-13533, Tabriz City, Iran; Website www.mfbco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 742 (Iran) issued 2005 [IRAN-EO13871].

MOJTAME SANTY AJZAE DAGHIGH (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MOKALED, Hassan (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن احمد مقلد); a.k.a. MUQALAD, Hassan; a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MOKHBER, Mohammad, Iran; DOB 01 Sep 1955; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A21445778 (Iran) issued 12 Jul 2011 expires 11 Jul 2016; alt. Passport U36089492 (Iran) expires 25 Dec 2020 (individual) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

MOKHTARI, Khosro (Arabic: خسرو مختاری), Iran; POB Mianeh, East Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1532561097 (Iran) (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

MOKOM, Gawaka (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOM, Maxim (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOM, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOME, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic;

Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOM-GAWAKA, Maxime Jeoffroy Eli (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKOUM, Maxime (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

MOKRAN LLC (Cyrillic: ООО МОКРАН) (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОКРАН); a.k.a. ООО MOKRAN), d. 15A liter A etazh / pom./ kom. 3/41/N-1, ul. Professora Kachalova, St. Petersburg 192019, Russia (Cyrillic: Улица Профессора Качалова, Дом 15А, Литер А, Эт/Пом/Ком 3/41/Н-1, Город Санкт-Петербург 192019, Russia); Ust-Izhora Village, Petrozavodsk Highway 23, Kolpinskiy District, St. Petersburg, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects; Tax ID No. 7811489970 (Russia); Registration Number 1117847131643 (Russia) [DPRK3].

MOKU GOLD (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA),

Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLD MINES (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLDMINES AG, Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; Branch Unit Number 000034883819 (Netherlands); Chamber of Commerce Number 66242010 (Netherlands); Legal Entity Number 856458879 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLDMINES AG (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU GOLDMINES LTD (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOKU MINES D'OR SA (f.k.a. FERRO SWISS AG; a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

MOLANO TORRES, Deysi Yamile, Calle 12 No. 10A-60, Fuente de Oro, Meta, Colombia; San Jose del Guaviare, Colombia; Villavicencio, Colombia; DOB 23 Aug 1986; POB Puerto Rico, Meta, Colombia; Cedula No. 1123530588 (Colombia) (individual) [SDNTK].

MOLCHANOV, Grigoriy Viktorovich; DOB 01 Jan 1956 to 31 Dec 1956; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA]

MOLDURAS DEL NOROESTE S.A. DE C.V., Blvd. Francisco Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; R.F.C. MNO960403HJ0 (Mexico) [SDNTK].

MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

MOLINA CUBILLOS, Alba Judith, c/o DEWBELLE CENTRO DE ESTETICA Y BELLEZA LTDA., Bogota, Colombia; c/o INVERSIONES GANADERAS Y PALMERAS S.A., Bogota, Colombia; c/o VITAL SILUET CENTRO DE ESTETICA, Bogota, Colombia; Calle 42 No. 72-A35 Casa 16, Bogota, Colombia; Calle 43A No. 69D-51 Trr. 5 Apto. 817, Bogota, Colombia; DOB 01 Mar 1963; POB Guamal, Meta, Colombia; Cedula No. 40315181 (Colombia) (individual) [SDNTK].

MOLINA LOPEZ, Eugenio Dario, La Democracia, Huehuetenango, Guatemala; Agua Zarca, Huehuetenango, Guatemala; Santa Ana Huista, Huehuetenango, Guatemala; San Antonio Huista, Huehuetenango, Guatemala; DOB 02 Jun 1964; POB Guatemala; nationality Guatemala; Gender Male; NIT # 6574734 (Guatemala); C.U.I. 1798585561331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MOLINA MONTEJO, Werner Dario, Aldea Agua Zarca, Huehuetenango, Guatemala; Canton La Candelaria Z.0, La Democracia, Huehuetenango, Guatemala; DOB 12 Nov 1984; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. Cedula: M-137560 (Guatemala); Passport 111331000075604 (Guatemala) issued 08 Feb 2007 expires 26 Oct

2012; NIT # 27751171 (Guatemala); Driver's License No. 20332679 (Guatemala); C.U.I. 1785205271331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI (a.k.a. NIGHT WOLVES; a.k.a. NOCHNIYE VOLKI; a.k.a. NOCHNYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК) (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

MOLOSTOV, Konstantin Gennadievich (Cyrillic: МОЛОСТОВ, Константин Геннадьевич), Grodno, Belarus; DOB 30 May 1970; POB Krasnoarmeysk, Saratov Oblast, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

MOLOT-ORUZHIE, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'MOLOT-ORUZHIE'; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROIZVODSTVENNO INSTRUMENT KACHESTVO), 135 ul. Lenina, Vyatskie Polyany, Kirov Obl. 612960, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID

1094307000633 (Russia); Tax ID No. 4307012765 (Russia); Government Gazette Number 60615883 (Russia) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

MOLOTOV, Igor Yevgenyevich, Russia; DOB 06 Mar 1962; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 4509154695 (Russia) (individual) [RUSSIA-EO14024].

MOMAR TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

MOMENT INVESTMENT LIMITED (a.k.a. MOMENT INVESTMENT LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MOMENT INVESTMENT LTD (a.k.a. MOMENT INVESTMENT LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MOMTAZ ELECTRIC, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MON, Daw Khin Thiri Thet (a.k.a. MON, Khin Thiri Thet), Burma; DOB 05 Dec 1981; nationality Burma; Gender Female; National ID No. 12/MABANA(N)093656 (Burma) (individual) [BURMA-EO14014].

MON, Khin Thiri Thet (a.k.a. MON, Daw Khin Thiri Thet), Burma; DOB 05 Dec 1981; nationality Burma; Gender Female; National ID No. 12/MABANA(N)093656 (Burma) (individual) [BURMA-EO14014].

MONCADA LAU, Nestor (a.k.a. "CHEMA"); DOB 02 Mar 1954; POB Managua, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA].

MONCH GENERAL TRADING L.L.C. (Arabic: مونش للتجارة العامة ش.ذ.م.م), Office No. 1503, Exchange Tower, 15th Floor, Business Bay, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Dubai Chamber of Commerce Membership No. 1267441 (United Arab Emirates); Business Registration Number 774989 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MONCHERY, Fednel, 129 Rue Capois, Port-au-Prince, Ouest HT6110, Haiti; DOB 25 Aug 1963; POB Anse-A-Veau, Haiti; nationality Haiti; Gender Male; Passport PP3955929 (Haiti) expires 04 Jan 2022; alt. Passport PPF006455 (Haiti) expires 16 May 2022; National ID No. 0030787210 (Haiti) (individual) [GLOMAG].

MONDACA AVILA, Sigi Alfredo (Latin: MONDACA ÁVILA, Sigi Alfredo), Mexico; DOB 09 Jan 1985; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. MOAS850109HSLNVG09 (Mexico); RFC MOAS850109DN7 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

MONETA EXCHANGE COMPANY (a.k.a. MONETA MONEY EXCHANGE; a.k.a. MONETA MONEY TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER AND EXCHANGE), Damascus, Syria [SYRIA]

Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

(Linked To: KHOURI, Atiya; Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

MONETA MONEY EXCHANGE (a.k.a. MONETA EXCHANGE COMPANY; a.k.a. MONETA MONEY TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER AND EXCHANGE), Damascus, Syria [SYRIA] (Linked To: KHOURI, Atiya; Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

MONETA MONEY TRANSFER & EXCHANGE (a.k.a. MONETA EXCHANGE COMPANY; a.k.a. MONETA MONEY EXCHANGE; a.k.a. MONETA TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER AND EXCHANGE), Damascus, Syria [SYRIA] (Linked To: KHOURI, Atiya; Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

MONETA TRANSFER & EXCHANGE (a.k.a. MONETA EXCHANGE COMPANY; a.k.a. MONETA MONEY EXCHANGE; a.k.a. MONETA MONEY TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER AND EXCHANGE), Damascus, Syria [SYRIA] (Linked To: KHOURI, Atiya; Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

MONETA TRANSFER AND EXCHANGE (a.k.a. MONETA EXCHANGE COMPANY; a.k.a. MONETA MONEY EXCHANGE; a.k.a. MONETA MONEY TRANSFER & EXCHANGE; a.k.a. MONETA TRANSFER & EXCHANGE), Damascus, Syria [SYRIA] (Linked To: KHOURI, Atiya; Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

MONGUSH, Ochur-Suge Temirovich (a.k.a. MONGUSH, Ochur-Suge Terimovich (Cyrillic: МОНГУШ, Очур-Суге Теримович)), Republic of Tuva, Russia; St. Petersburg, Russia; DOB 28 Mar 1993; POB Republic of Tuva, Russia; nationality Russia; Gender Male; Tax ID No. 170112187202 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

MONGUSH, Ochur-Suge Terimovich (Cyrillic: МОНГУШ, Очур-Суге Тэримович) (a.k.a. MONGUSH, Ochur-Suge Temirovich), Republic of Tuva, Russia; St. Petersburg, Russia; DOB 28 Mar 1993; POB Republic of Tuva, Russia; nationality Russia; Gender Male; Tax ID No. 170112187202 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

MONSOON SHIPPING LTD, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Valletta, Malta; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MONTALVA INMOBILIARIA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 77704 (Jalisco) (Mexico) [SDNTK].

MONTANO ALVAREZ, Luis Hernando, Carrera 16A No. 33D-20, Cali, Colombia; c/o GRANJA LA SIERRA LTDA., Cali, Colombia; Cedula No. 16671124 (Colombia); Passport 16671124 (Colombia) (individual) [SDNT].

MONTAZAMI, Gholamreza, Iran; DOB 1955; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

MONTAZER AL-MAHDI, Said (a.k.a. MONTAZEROLMEHDI, Saeed (Arabic: سعید (منتظرالمهدی); a.k.a. MONTAZERUL-MAHDI, Mohammad Saeed), Tehran, Iran; DOB 08 Nov 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Social Deputy and Spokesperson of the Iranian Police (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MONTAZERI, Mohammad Jafar (Arabic: محمد (جعفر منتظری), Iran; DOB 21 Jan 1949 to 19 Feb 1949; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Attorney General of Iran; Prosecutor General of Iran (individual) [IRAN-HR].

MONTAZEROLMEHDI, Saeed (Arabic: سعید (منتظرالمهدی) (a.k.a. MONTAZER AL-MAHDI, Said; a.k.a. MONTAZERUL-MAHDI, Mohammad Saeed), Tehran, Iran; DOB 08 Nov 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Social Deputy and Spokesperson of the Iranian Police (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MONTAZERUL-MAHDI, Mohammad Saeed (a.k.a. MONTAZER AL-MAHDI, Said; a.k.a. MONTAZEROLMEHDI, Saeed (Arabic: سعید (منتظرالمهدی)), Tehran, Iran; DOB 08 Nov 1971;

POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Social Deputy and Spokesperson of the Iranian Police (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MONTECARLO BEACH SAL, Beirut, Lebanon; Commercial Registry Number 44925 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

MONTEJO SAENZ, Axel Bladimir (a.k.a. "MOSH"), Guatemala; DOB 26 Oct 1986; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-138057 (Guatemala); NIT # 35348208 (Guatemala); C.U.I. 1613087591331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MONTENEGRO ESPINOZA, Luis Angel, Planes De Puntaldia Casa #16, Managua, Nicaragua; DOB 01 Jan 1949; POB Esteli, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 1610101490000S (Nicaragua) (individual) [NICARAGUA].

MONTERO PINZON, Julio Cesar (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MONTERROSA-LARIOS, Marvin Geovanny (a.k.a. MONTERROSA-LARIOS, Marvin Jeovanny; a.k.a. "ENANO"); DOB 21 May 1974; POB San Miguel, San Miguel, El Salvador; nationality El Salvador (individual) [TCO].

MONTERROSA-LARIOS, Marvin Jeovanny (a.k.a. MONTERROSA-LARIOS, Marvin Geovanny; a.k.a. "ENANO"); DOB 21 May 1974; POB San Miguel, San Miguel, El

Salvador; nationality El Salvador (individual) [TCO].

MONTES SERMENO, Gabriel (a.k.a. MONTES SERMENO, Juan Gabriel; a.k.a. MONTES ZERMENO, Gabriel; a.k.a. MONTES, Juan Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTES SERMENO, Juan Gabriel (a.k.a. MONTES SERMENO, Gabriel; a.k.a. MONTES ZERMENO, Gabriel; a.k.a. MONTES, Juan Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTES ZERMENO, Gabriel (a.k.a. MONTES SERMENO, Gabriel; a.k.a. MONTES SERMENO, Juan Gabriel; a.k.a. MONTES, Juan Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTES, Juan Gabriel (a.k.a. MONTES SERMENO, Gabriel; a.k.a. MONTES SERMENO, Juan Gabriel; a.k.a. MONTES ZERMENO, Gabriel), Calle Libertad No. 5, Col. San Fernando, Matamoros, Tamaulipas, Mexico; Calle Libertad No. 84, Col. San Fernando, Matamoros, Tamaulipas, Mexico; DOB 27 Oct 1973; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. MOSJ731027HTSNRN02 (Mexico) (individual) [SDNTK].

MONTILLA OLIVEROS, Jesus Maria (a.k.a. MANTILLA OLIVEROS, Jesus Maria), Bolivar State, Venezuela; DOB 03 Sep 1963; Gender Male; Cedula No. 9215693 (Venezuela) (individual) [VENEZUELA].

MONTOYA LUNA E HIJOS Y CIA. S.C.S., Carrera 85B No. 13A-136, Cali, Colombia; NIT # 800077316-5 (Colombia) [SDNT].

MONTOYA SANCHEZ, Diego Leon, Diagonal 27 No. 27-104, Cali, Colombia; c/o INVERSIONES LA QUINTA Y CIA. LTDA., Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; c/o MONTOYA LUNA E HIJOS Y CIA. S.C.S., Cali, Colombia; DOB 11 Jan 1958; POB Trujillo, Valle, Colombia; Cedula No. 16348515 (Colombia); Passport 16348515 (Colombia) (individual) [SDNT].

MONTOYA SANCHEZ, Eugenio (a.k.a. CARVAJAL TAFURT, Hector Fabio), Diagonal 27 No. 27-104, Cali, Colombia; Calle 7 No. 45-25, Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 17 Apr 1970; alt. DOB 15 Apr 1972; POB Trujillo, Valle, Colombia; Cedula No. 94307307 (Colombia); alt. Cedula No. 16836750 (Colombia); Passport AC814028 (Colombia); alt. Passport 94307307 (Colombia); alt. Passport 16836750 (Colombia) (individual) [SDNT].

MONTOYA SANCHEZ, Juan Carlos, Carrera 85B No. 13A-136, Cali, Colombia; c/o MONTOYA LUNA E HIJOS Y CIA. S.C.S., Cali, Colombia; DOB 03 Sep 1962; POB Riofrio, Valle, Colombia; Cedula No. 16357049 (Colombia); Passport 16357049 (Colombia) (individual) [SDNT].

MONTOYA USUGA, Alexander (a.k.a. "FLACO USUGA"); DOB 14 Jun 1979; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71216560 (Colombia) (individual) [SDNTK].

MONUMENT SHIP MANAGEMENT LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Daire 131, Kat 11, 1st Marina B Blok, Ankara Caddesi 147, Kordonboyu Mahallesi, Kartal, Istanbul, Turkey; Kat 7, Rumeli Plaza, Rumeli Caddesi, Mesrutiyet Mahallesi, Nisantasi, Sisil, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021; Identification Number IMO 6207825 [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

MONZAVI, Azim (Arabic: عظیم منزوی), Iran; DOB 20 Sep 1963; POB Shahrekord, Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A30472984 (Iran) expires 08 Jul 2019; alt. Passport E49290734 (Iran) expires 16 Jun 2024; National ID No. 4622001640 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To:

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MONZON ARAUJO, Ofelia, Calle Bahia de Topolobampo No. 1628, Colonia Nuevo Culiacan, Culiacan, Sinaloa, Mexico; Boulevard Pedro Infante No. 3050, Colonia Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; DOB 06 Apr 1952; alt. DOB 06 Apr 1953; POB Bacacoragua, Badiraguato, Sinaloa, Mexico; R.F.C. MOAO520406F27 (Mexico); alt. R.F.C. MOAO-530406 (Mexico); C.U.R.P. MOAO520406MSLNRF03 (Mexico) (individual) [SDNTK] (Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.).

MOO SDD (Cyrillic: МОО СДД) (a.k.a. INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS (Cyrillic: МЕЖРЕГИОНАЛЬНАЧЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА); a.k.a. UNION OF DONBAS VOLUNTEERS (Cyrillic: СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА)), ofis 2, str. 1, d. 7, ul. Fadeyeva, Moscow 125047, Russia; ul. Ulofa Palme, d. 1, podyezd C, Moscow, Russia; Tax ID No. 9710001943 (Russia); Registration Number 1157700015065 (Russia) [RUSSIA-EO14024].

MOO VECHE (a.k.a. INTERREGIONAL PUBLIC ORGANIZATION FOR THE PROMOTION OF DOMESTIC TRADITIONS AND CULTURAL HERITAGE VECHE (Cyrillic: МЕЖРЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ СОХРАНЕННИЮ ОТЕЧЕСТВЕННЫХ ТРАДИЦИЙ И КУЛЬТУРНОГО НАСЛЕДИЯ ВЕЧЕ)), 71 Ismailovskoe Highway, Building 4, Room 6, Office 9, Moscow 105187, Russia; Tax ID No. 7719288461 (Russia); Registration Number 1097799028348 (Russia) [RUSSIA-EO14024].

MOONSTORM ENTERPRISES LIMITED, Elli Court, Flat No. 4, Floor No. 2, Arch. Makariou III 210, Limassol 3030, Cyprus; Registration Number HE247830 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

MOOR, Aleksandr Viktorovich (Cyrillic: МООР, Александр Викторович) (a.k.a. MOOR, Alexander Viktorovich), Tyumen region, Russia; DOB 06 Jan 1974; POB Bereznyaki, Tyumen region; nationality Russia; citizen Russia; Gender Male; Tax ID No.

720403659694 (Russia) (individual) [RUSSIA-EO14024].

MOOR, Alexander Viktorovich (a.k.a. MOOR, Aleksandr Viktorovich (Cyrillic: МООР, Александр Викторович)), Tyumen region, Russia; DOB 06 Jan 1974; POB Bereznyaki, Tyumen region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 720403659694 (Russia) (individual) [RUSSIA-EO14024].

MOOSA, Basheer Khalid (a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOOSA, Basheer Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOOYOKBANK (a.k.a. FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; a.k.a. KOREA TRADE BANK; a.k.a. NORTH KOREA'S FOREIGN TRADE BANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

MOQISEH, Mohammad (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقيسه); a.k.a. MOGHISSEH, Mohammad Naser (Arabic: محمد ناصر مقيسه); a.k.a. "NASERIAN" (Arabic: "ناصريان"); a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

MORA GARIBAY, Joel (a.k.a. OSEGUERA CERVANTES, Antonio; a.k.a. "Tony Montana"), Priv Linda Vista 3986, Fracc El Soler, Tijuana, B.C. 22110, Mexico; DOB 20 Aug 1958; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. OECA580820HMNSRN04 (Mexico); I.F.E. OSCRAN58082016H800 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

MORADI CHOGHAMARANI, Ali Reza Hajji Morad (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Alireza Moradi (Arabic: عليرضا مرادي چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: عليرضا مرادي); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADI HAJIMRAD, Ali Reza (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: عليرضا مرادي چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: عليرضا مرادي); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADI, Ali Reza (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: عليرضا مرادي چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Alireza (Arabic: عليرضا مرادي); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADI, Alireza (Arabic: عليرضا مرادي) (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: عليرضا مرادي چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADICHOGHAMARANI, Ali Reza (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: عليرضا مرادي چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a.

MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: عليرضا مرادي)), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORADIPOUR, Mohammad Ali (Arabic: محمد على مرادي پور) (a.k.a. ALI MORADIPUR, Mohammad), Tehran, Iran; DOB 30 Apr 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1218719699 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SANAYE MOTORSAZI ALVAND PRIVATE COMPANY).

MORAL SECURITY POLICE (Arabic: پليس امنيت اخلاقي) (a.k.a. IRAN'S MORALITY POLICE), Vozara Street, corner of 25th Street, District 6, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MORALES CIFUENTES, Juan Jose (a.k.a. "PANCHO"), Colonia 3 de mayo, Tecun Uman, San Marcos, Guatemala; DOB 09 Apr 1990; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1238436 (Guatemala); NIT # 59536969 (Guatemala); C.U.I. 2755498951217 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

MORALES GUERRERO, Juan Antonio (a.k.a. GAXIOLA MEDINA, Rigoberto; a.k.a. MEDINA SAENZ, Enrique; a.k.a. SAENZ MEDINA, Enrique), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

MORALES LLOVERA, Negal Manuel, Miranda, Venezuela; DOB 08 Mar 1972; Gender Male; Cedula No. V-9670642 (Venezuela) (individual) [VENEZUELA].

MORALES URBINA, Wendy Carolina (a.k.a. MORALES, Wendy Carolina; a.k.a. "MORALES, Wendy"; a.k.a. "URBINA, Wendy Carolina"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

MORALES ZAMBRANO, Christian (a.k.a. MORALES ZAMBRANO, Cristhiam Abelardo; a.k.a. MORALES ZAMBRANO, Cristhian), Tachira, Venezuela; DOB 09 Mar 1970; Gender Male; Cedula No. 9656561 (Venezuela) (individual) [VENEZUELA].

MORALES ZAMBRANO, Cristhiam Abelardo (a.k.a. MORALES ZAMBRANO, Christian; a.k.a. MORALES ZAMBRANO, Cristhian), Tachira, Venezuela; DOB 09 Mar 1970; Gender Male; Cedula No. 9656561 (Venezuela) (individual) [VENEZUELA].

MORALES ZAMBRANO, Cristhian (a.k.a. MORALES ZAMBRANO, Christian; a.k.a. MORALES ZAMBRANO, Cristhiam Abelardo), Tachira, Venezuela; DOB 09 Mar 1970; Gender Male; Cedula No. 9656561 (Venezuela) (individual) [VENEZUELA].

MORALES, Wendy Carolina (a.k.a. MORALES URBINA, Wendy Carolina; a.k.a. "MORALES, Wendy"; a.k.a. "URBINA, Wendy Carolina"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

MORCILLO TORRES, Gracia; DOB 15 Mar 1967; POB San Sebastian, Guipuzcoa Province, Spain; D.N.I. 72.439.052 (Spain); Member ETA (individual) [SDGT].

MORDASCHOV, Alexey Alexandrovits (a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Aleksei Aleksandrovich (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic:

МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Aleksey Aleksandrovich (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Alexei Alexandrovich (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович)), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Alexey Aleksandrovich (Cyrillic: МОРДАШОВ, Алексей Александрович) (a.k.a. MORDASCHOV, Alexey Alexandrovits; a.k.a. MORDASHOV, Aleksei Aleksandrovich; a.k.a. MORDASHOV, Aleksey Aleksandrovich; a.k.a. MORDASHOV, Alexei Alexandrovich), Moscow, Russia; DOB 26 Sep 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352806209266 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SEVERGROUP LIMITED LIABILITY COMPANY).

MORDASHOV, Kirill Alekseyevich (Cyrillic: МОРДАШОВ, Кирилл Алексеевич), Moscow, Russia; DOB Sep 1999; nationality Russia; Gender Male; Tax ID No. 352803586202 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDASHOV, Nikita Alekseyevich (Cyrillic: МОРДАШОВ, Никита Алексеевич), Moscow, Russia; DOB 16 Dec 2000; nationality Russia; Gender Male; Tax ID No. 352807644913 (Russia) (individual) [RUSSIA-EO14024]

(Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDASHOVA, Marina Aleksandrovna (Cyrillic: МОРДАШОВА, Марина Александровна) (a.k.a. MORDASHOVA, Marina Alexandrovna), Russia; DOB 17 May 1979; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDASHOVA, Marina Alexandrovna (a.k.a. MORDASHOVA, Marina Aleksandrovna (Cyrillic: МОРДАШОВА, Марина Александровна)), Russia; DOB 17 May 1979; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

MORDOVIA RADIO ELECTRONIC COMPANY (a.k.a. JOINT STOCK COMPANY MORDOV RADIOELECTRONIC COMPANY; a.k.a. "AO MPK"), Ul. Bolshaya Akademicheskaya D. 44, Korp. 2, Moscow 127550, Russia; Tax ID No. 1324000130 (Russia); Registration Number 1111324000501 (Russia) [RUSSIA-EO14024].

MORENETS, Aleksei Sergeyevich, Russia; DOB 31 Jul 1977; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100135556 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

MORENO BRIONES, Fidel Antonio (a.k.a. MORENO, Fidel), Managua, Nicaragua; DOB 26 Feb 1974; POB Nicaragua; nationality Nicaragua; Gender Male (individual) [GLOMAG].

MORENO GONZALEZ, Nazario (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 601-

62-3570 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORENO JR., Daniel Gonzalo (a.k.a. MORENO, Daniel), 50 6th Ave., Corozal, Belize; 651 Vista Del Mar, Ladyville, Belize; 561 Vista Del Mar, Ladyville, Belize; DOB 12 Oct 1972; POB Corozal, Belize; Passport 0291622 (Belize) (individual) [SDNTK] (Linked To: D'S SUPERMARKET COMPANY LTD.).

MORENO MADRIGAL, Nazario (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORENO MEDINA, Luis Ignacio, Calle Guadalupe Victoria 6, Colonia Lomas Hipodromo, Tijuana, Baja California, Mexico; Calle Guadalupe Victoria 9, Colonia Lomas Hipodromo, Tijuana, Baja California, Mexico; Avenida David Alfaro Siqueiros 2789-102, Colonia Zona Rio, Tijuana, Baja California, Mexico; Avenida de las Americas 3048, Fraccionamiento El Paraiso, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; c/o Forpres, S.C., Tijuana, Baja California, Mexico; c/o Accesos Electronicos, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Operadora Valpark, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Valpark, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Gex Explore, S. de R.L. de C.V., Tijuana, Baja California, Mexico; DOB 26 May 1953; POB Distrito Federal, Mexico; Passport 96020025125 (Mexico); alt. Passport ATIJ07154 (Mexico); R.F.C. MOML-530526-ED4 (Mexico) (individual) [SDNTK].

MORENO OROZCO, Oscar Enrique (a.k.a. "Senry"), Nogales, Sonora, Mexico; DOB 23 Sep 1984; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOOO840923HSRRRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORENO PEREZ, Felipe, c/o MOREXPRESS, S.A. DE C.V., Tapachula, Chiapas, Mexico; DOB 05 Dec 1964; POB Tapachula, Chiapas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MOPF641205HCSRRL04 (Mexico); alt. C.U.R.P. MOPF641205HCSRRL12 (Mexico) (individual) [SDNTK].

MORENO PEREZ, Maikel Jose (Latin: MORENO PÉREZ, Maikel José), Caracas, Capital District, Venezuela; DOB 31 Dec 1965; POB Tigre, Anzoategui, Venezuela; citizen Venezuela; Gender Male; Cedula No. 6652632 (Venezuela); Passport 104063109 (Venezuela); alt. Passport 040471125 (Venezuela); President of Venezuela's Supreme Court of Justice; President of the Criminal Appellate Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

MORENO TUBERQUIA, Carlos Antonio (a.k.a. "NICOLAS"); DOB 30 Apr 1977; POB Monteria, Cordoba, Colombia; citizen Colombia; Cedula No. 11002975 (Colombia) (individual) [SDNTK].

MORENO, Chayo (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORENO, Daniel (a.k.a. MORENO JR., Daniel Gonzalo), 50 6th Ave., Corozal, Belize; 651 Vista Del Mar, Ladyville, Belize; 561 Vista Del Mar, Ladyville, Belize; DOB 12 Oct 1972; POB Corozal, Belize; Passport 0291622 (Belize) (individual) [SDNTK] (Linked To: D'S SUPERMARKET COMPANY LTD.).

MORENO, Fidel (a.k.a. MORENO BRIONES, Fidel Antonio), Managua, Nicaragua; DOB 26 Feb 1974; POB Nicaragua; nationality Nicaragua; Gender Male (individual) [GLOMAG].

MORENO, Jose (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

MORETTI, Svetlana Alekseyevna, Russia; DOB 27 Apr 1967; nationality Russia; Gender Female; Passport 4511635979 (Russia) (individual) [RUSSIA-EO14024].

MORETTI, Walter, Orange Grove, Blk F, Flat 3, Triq il-Birbal, Balzan, Malta; DOB 17 Nov 1965; POB Altdorf, Switzerland; nationality Switzerland; alt. nationality Italy; Gender Male; Passport X8346052 (Switzerland) (individual) [RUSSIA-EO14024].

MOREXPRESS, S.A. DE C.V., Prol. Central ote. S/N, Tapachula, Chiapas 30700, Mexico; Octava Sur No. 122, Col. San Sebastian, Tapachula, Chiapas 30700, Mexico; Miramar No. 860-1, Zona Centro, Ensenada, Baja California 22800, Mexico; Guadalajara, Jalisco, Mexico; Hermosillo, Sonora, Mexico; Culiacan, Sinaloa, Mexico; R.F.C. MEX990209346 (Mexico) [SDNTK].

MORFAN RODRIGUEZ, Luis Fernando (a.k.a. RODRIGUEZ MORFIN, Luis; a.k.a. RODRIGUEZ OLIVERA, Luis; a.k.a. RODRIGUEZ OLIVERA, Luis Fernando), Plaza Pabellion, Zapopan, Jalisco, Mexico; Colonia Providencia, Calle Quebec, Apt. 1127, Guadalajara, Jalisco, Mexico; 4179 Colonia Miravalle, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Vereda Del Canario 1, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Fresno, CA, United States; DOB 03 Apr 1972; alt. DOB 1960; alt. DOB 1966; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

MORFIN RODRIGUEZ, Esteban (a.k.a. RODRIGUEZ JIMENEZ, Esteban; a.k.a. RODRIGUEZ LARIOS, Esteban; a.k.a. RODRIGUEZ MORFIN, Esteban; a.k.a. RODRIGUEZ OLIVERA, Esteban; a.k.a. "VALENCIA, Esteban"), Ricardo Giradles 5107, Colonia Jardines de Universidad, Guadalajara, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendera las Acacias 92, Guadalajara, Jalisco, Mexico; Ciudad Victoria, Allende Hwy, Allende, Guanajuato, Mexico; Ocampo 49, Tecalitlan, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Mexico City, Distrito Federal, Mexico; Universidad, Guadalajara, Jalisco, Mexico; DOB 19 Dic 1964; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 0801009914 (Mexico) issued 02 Nov 2008 expires 02 Nov 2018 (individual) [SDNTK].

MORFIN RODRIGUEZ, Miguel (a.k.a. RODRIGUEZ OLIVERA, Miguel), C Simon Blvd. No. 47, Col Aviacio, Tijuana, Baja California, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92,

Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Puerto Vallarta, Jalisco, Mexico; Fraccionamiento Santa Isabel, Paseo San Eliseo 1695, Zapopan, Jalisco, Mexico; DOB 11 Aug 1976; alt. DOB 02 Sep 1977; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. ROOM760811HJCDLG00 (Mexico) (individual) [SDNTK].

MORGAN ADDITIVES MANUFACTURING CO. (a.k.a. MORGAN MIDDLE EAST LLC), Office No. 2206, 22nd Floor, Jafza View 19, Sheikh Zayed Road Besides Jafza View 18, Jebel Ali Free Zone Authority, Dubai, United Arab Emirates; Suite 13, First Floor, Oliaji Trade Centre, Francis Rachel Street, Victoria, Mahe, Seychelles; Website www.morganme.com; alt. Website morgan.ae [SYRIA] (Linked To: ABDULKARIM, Wael).

MORGAN GOLDEN MINING, S.A. DE C.V., Hermosillo, Sonora, Mexico; Organization Established Date 14 Nov 2016; Organization Type: Mining and Quarrying; SRE Permit No. A201611021437031501 (Mexico) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Jose Arnoldo (a.k.a. "Chachio"), Nogales, Sonora, Mexico; DOB 19 Mar 1972; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHA720319HSRRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Jose Luis (a.k.a. "Gordo"), Nogales, Sonora, Mexico; DOB 17 Feb 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHL690217HSLRRS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Juan Carlos (a.k.a. "Cacayo"), Campillo 86, Piso 2, Loc. 214, Nogales, Sonora 84030, Mexico; DOB 25 Sep 1974; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHJ740925HSRRRN00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Martin, Mexico; DOB 06 Apr 1970; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHM700406HSLRRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN HUERTA, Miguel Angel, Sonora 335, Hermosillo, Sonora 83296, Mexico; DOB 27 Mar 1973; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHM730327HSRRRG07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MORGAN MIDDLE EAST LLC (a.k.a. MORGAN ADDITIVES MANUFACTURING CO.), Office No. 2206, 22nd Floor, Jafza View 19, Sheikh Zayed Road Besides Jafza View 18, Jebel Ali Free Zone Authority, Dubai, United Arab Emirates; Suite 13, First Floor, Oliaji Trade Centre, Francis Rachel Street, Victoria, Mahe, Seychelles; Website www.morgan.me.com; alt. Website morgan.ae [SYRIA] (Linked To: ABDULKARIM, Wael).

MORGUN, Oleg Valerevich (Cyrillic: МОРГУН, Олег Валерьевич) (a.k.a. MORGUN, Oleg Valerievich; a.k.a. MORHUN, Oleh Valeriovych (Cyrillic: МОРГУН, Олег Валерійович)), Mariupol, Donetsk region, Ukraine; DOB 19 Mar 1967; nationality Ukraine; Gender Male; Tax ID No. 2454919439 (Ukraine) (individual) [RUSSIA-EO14024].

MORGUN, Oleg Valerievich (a.k.a. MORGUN, Oleg Valerevich (Cyrillic: МОРГУН, Олег Валерьевич); a.k.a. MORHUN, Oleh Valeriovych (Cyrillic: МОРГУН, Олег Валерійович)), Mariupol, Donetsk region, Ukraine; DOB 19 Mar 1967; nationality Ukraine; Gender Male; Tax ID No. 2454919439 (Ukraine) (individual) [RUSSIA-EO14024].

MORHUN, Oleh Valeriovych (Cyrillic: МОРГУН, Олег Валерійович) (a.k.a. MORGUN, Oleg Valerevich (Cyrillic: МОРГУН, Олег Валерьевич); a.k.a. MORGUN, Oleg Valerievich), Mariupol, Donetsk region, Ukraine; DOB 19 Mar 1967; nationality Ukraine; Gender Male; Tax ID No. 2454919439 (Ukraine) (individual) [RUSSIA-EO14024].

MORINA, Xhavit; DOB 13 Sep 1963; POB Drenovc (individual) [BALKANS].

MORIO, Utao (Japanese: 森尾卯太男), 2-138 Fujimi-cho, Yonago-shi, Tottori-ken, Japan (Japanese: 富士見町二丁目１３８番地富士見町二丁目１３８番地, 米子市米子市, 鳥取県鳥取県, Japan); DOB 29 Jul 1953; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

MORNSUN GUANGZHOU SCIENCE & TECHNOLOGY CO LTD (a.k.a. MORNSUN GUANGZHOU SCIENCE AND TECHNOLOGY CO LTD (Chinese Simplified: 广州金升阳科技有限公司)), No.8, Nanyun 4th Road, Huangpu District, Guangzhou, Guangdong 510705, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order

14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91440116708353039E (China) [RUSSIA-EO14024].

MORNSUN GUANGZHOU SCIENCE AND TECHNOLOGY CO LTD (Chinese Simplified: 广州金升阳科技有限公司) (a.k.a. MORNSUN GUANGZHOU SCIENCE & TECHNOLOGY CO LTD), No.8, Nanyun 4th Road, Huangpu District, Guangzhou, Guangdong 510705, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91440116708353039E (China) [RUSSIA-EO14024].

MOROCCAN ISLAMIC COMBATANT GROUP (a.k.a. GICM; a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN) [SDGT].

MORON HERNANDEZ, Ricardo Jose, Solosnicka 308/8, Karlova Ves, Bratislava 841 04, Slovakia; San Felipe de La Castellana Street, Caracas, Venezuela; DOB 19 Dec 1982; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-15809729 (Venezuela); Identification Number Z14040390 (Venezuela) (individual) [VENEZUELA].

MORON HERNANDEZ, Santiago Jose, Juana de Avila Avenue, 15B, Esquina con calle 69A-140, Maracaibo, Venezuela; DOB 11 May 1984; POB Venezuela; nationality Venezuela; Gender Male; Cedula No. V-16586012 (Venezuela); Passport 045751099 (Venezuela); alt. Passport 153166637; Identification Number D19807013 (Venezuela) (individual) [VENEZUELA] (Linked To: MADURO GUERRA, Nicolas Ernesto).

MOROZ, Alexander Ivanovich (Cyrillic: МОРОЗ, Александр Иванович) (a.k.a. MAROZ, Aliaksandr Ivanavich (Cyrillic: МАРОЗ, Аляксандр Іванавіч)), Niomanskaya vulica, 61, ap. 10, Minsk, Belarus; DOB 15 Jun 1975; nationality Belarus; Gender Male; National ID No. 3150675A015PB3 (Belarus) (individual) [BELARUS-EO14038].

MOROZOV, Igor Nikolayevich (Cyrillic: МОРОЗОВ, Игорь Николаевич), Russia; DOB 13 Oct 1956; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOROZOV, Oleg Victorovich (Cyrillic: МОРОЗОВ, Олег Викторович), Russia; DOB 05 Nov 1953; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOROZOV, Sergey Ivanovich (Cyrillic: МОРОЗОВ, Сергей Иванович), Russia; DOB 06 Sep 1959; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOROZOVA, Daria (a.k.a. MOROZOVA, Darya Vasilevna (Cyrillic: МОРОЗОВА, Дарья Васильевна)), Donetsk, Ukraine; DOB 27 Feb 1989; POB Makiivka, Ukraine; nationality Russia; Gender Female; Tax ID No. 614334755402 (Russia) (individual) [RUSSIA-EO14024].

MOROZOVA, Darya Vasilevna (Cyrillic: МОРОЗОВА, Дарья Васильевна) (a.k.a. MOROZOVA, Daria), Donetsk, Ukraine; DOB 27 Feb 1989; POB Makiivka, Ukraine; nationality Russia; Gender Female; Tax ID No. 614334755402 (Russia) (individual) [RUSSIA-EO14024].

MORRISSEY, John Francis (a.k.a. "MORRISSEY, Johnny"), Dinamarca 46 B, Malaga, Spain; Marbella, Spain; DOB 20 Dec 1959; nationality Ireland; citizen Ireland; Gender Male; Passport W089513 (Ireland); alt. Passport PU8060632 (Ireland) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

MORSPAS (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPASSLUZHBA; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia [PEESA-EO14039].

MORSPASSLUZHBA (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPAS; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia [PEESA-EO14039].

MORTAZAVI, Mojtaba (a.k.a. MOSTAF, Mojtaba; a.k.a. MOSTAFAVI, Seyed Mojtaba (Arabic: سید مجتبی مصطفوی)), Tehran, Iran; DOB 02 Apr 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0080467741 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MORTAZAVI, Saeed (a.k.a. MORTAZAVI, Sa'id); DOB 1967; POB Meibod, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head, Iranian Anti-Smuggling Task Force; Former Prosecutor-General of Tehran (individual) [IRAN-HR].

MORTAZAVI, Sa'id (a.k.a. MORTAZAVI, Saeed); DOB 1967; POB Meibod, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head, Iranian Anti-Smuggling Task Force; Former Prosecutor-General of Tehran (individual) [IRAN-HR].

MORTEZAVI, Ali Hassan (a.k.a. MORTEZAVI, Hasan; a.k.a. MORTEZAVI, Sayyed Hasan; a.k.a. "ALI, Hassan"), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

MORTEZAVI, Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Sayyed Hasan; a.k.a. "ALI, Hassan"), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

MORTEZAVI, Sayyed Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Hasan; a.k.a. "ALI, Hassan"), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

MORTRANSSERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY MORTRANSSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРТРАНССЕРВИС)), ul Viktora Gyugo, Building 1, 3rd Floor, Room 15, Office 302, 303, Kaliningrad 129110, Russia; Tax ID No. 7707847556 (Russia); Identification Number IMO 5933437; Business Registration Number 5147746277036 (Russia) [PEESA-EO14039].

MORVARID PETROCHEMICAL (a.k.a. MORVARID PETROCHEMICAL CO), No. 29, North Shahanaghi Alley, Sheikh Bahaie Shomali Street, Mollasadra Street, Tehran, Iran; PO Box 15855-516, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Registration Number 1524 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.)

MORVARID PETROCHEMICAL CO (a.k.a. MORVARID PETROCHEMICAL), No. 29, North Shahanaghi Alley, Sheikh Bahaie Shomali Street, Mollasadra Street, Tehran, Iran; PO Box 15855-516, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1524 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.)

MORYE SHIPYARD (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. FSUE SZ 'MORYE'; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

MOSAKHAR DARYA SHIPPING CO (a.k.a. MOSAKHKHAR-E DARYA SHIPPING), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MOSAKHKHAR-E DARYA SHIPPING (a.k.a. MOSAKHAR DARYA SHIPPING CO), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

MOSCOW AUTOMOBILE PLANT MOSKVICH AO (a.k.a. CLOSED JOINT STOCK COMPANY RENO RUSSIA; a.k.a. JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH; a.k.a. JSC MAF MOSKVICH), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT (f.k.a. OPEN JOINT STOCK COMPANY MTS BANK; a.k.a. PJSC MTS BANK; a.k.a. PUBLIC JOINT STOCK COMPANY MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC

MBRDRUMM; Website www.mtsbank.ru; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [RUSSIA-EO14024].

MOSCOW GEOLOGICAL PROSPECTING INSTITUTE (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

MOSCOW INDUSTRIAL BANK PJSCB (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫЙ БАНК); f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS JSC (a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS PJSC; a.k.a. "MIEA JSC"), Aviatsionny Lane, 5,

Moscow, 125167, Russia; Organization Established Date 16 Jun 1994; Tax ID No. 7714025469 (Russia); Registration Number 1027739201951 (Russia) [RUSSIA-EO14024].

MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS PJSC (a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS JSC; a.k.a. "MIEA JSC"), Aviatsionny Lane, 5, Moscow, 125167, Russia; Organization Established Date 16 Jun 1994; Tax ID No. 7714025469 (Russia); Registration Number 1027739201951 (Russia) [RUSSIA-EO14024].

MOSCOW INSTITUTE OF THERMAL TECHNOLOGY (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ); a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY; a.k.a. JSC CORPORATION MIHT), Berezovaya alleya, 10, Moscow 127273, Russia; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

MOSCOW JOINT STOCK COMPANY SLAVA SECOND WATCH FACTORY (a.k.a. AO SLAVA; a.k.a. JSC SLAVA), Ul. Verkhnaya d. 34, Str. 1, 2 Et, Pom. 8, Komn. 50, Moscow 125040, Russia; Tax ID No. 7714046028 (Russia); Registration Number 1027700324530 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

MOSCOW JOINT-STOCK BANK TEMPBANK OPEN JOINT-STOCK COMPANY (a.k.a. MAB TEMPBANK OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MOSKOVSKI AKTSIONERNY BANK TEMPBANK; a.k.a. TEMPBANK), 36/50 Lyusinovskaya ul., Moscow 115093, Russia; SWIFT/BIC TMJSRUMM; Website www.tempbank.ru; Email Address info@tempbank.ru; Registration ID 1027739270294 [SYRIA].

MOSCOW PLANT FDPLAST (a.k.a. LIMITED LIABILITY COMPANY POLYMER PIPE PLANT; a.k.a. ZAVOD POLIMERNYKH TRUB), Ul. Velozavodskaya D. 11/1, Kv. 137, Moscow 115280, Russia; Secondary sanctions risk: this person is designated for operating or having

OFFICE OF FOREIGN ASSETS CONTROL

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722370589 (Russia); Registration Number 1167746690638 (Russia) [RUSSIA-EO14024].

MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN (Cyrillic: МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА) (a.k.a. BAUMAN MOSCOW STATE TECHNICAL UNIVERSITY; a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN NATIONAL RESEARCH UNIVERSITY (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА НАЦИОНАЛЬНЫЙ ИССЛЕДОВАТЕЛЬСКИЙ УНИВЕРСИТЕТ)), d. 5 str. 1, ul. 2-Ya Baumanskaya, Moscow 105005, Russia; Tax ID No. 7701002520 (Russia); Registration Number 1027739051779 (Russia) [RUSSIA-EO14024].

MOSCOW-MINSK FOREIGN BANK (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

MOSEN ESSET MENEDZHMENT LLC (Cyrillic: ООО МОСЭН ЭССЕТ МЕНЕДЖМЕНТ), d. 2 str. 1 kom. 31, Etazh 2, per. 2-I Petra Alekseeva, Moscow 121471, Russia; Organization Established Date 2004; Tax ID No. 2128056160 (Russia); Government Gazette Number 71036059 (Russia); Registration Number 1042128016480 (Russia) [RUSSIA-EO14024].

MOSHES FARM (Hebrew: חוות של משה) (a.k.a. TIRZA VALLEY FARM OUTPOST), West Bank; Organization Established Date Jan 2021; Organization Type: Mixed farming [WEST-BANK-EO14115] (Linked To: SHARVIT, Moshe).

MOSHKANI, Abolfazl Ramazanzadeh (a.k.a. MASHKANI, Abolfazl Ramezanzadeh; a.k.a. REZA'I', Abolfazl), Tehran, Iran; DOB 11 Jun 1988; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1263617549 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOSINZHPROEKT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSINZHPROEKT; a.k.a. MOSINZHPROEKT JSC), B-R Khodynskii D.10, Moscow 125252, Russia; Per. Sverchkov D. 4/1, Moscow 101000, Russia; Organization Established Date 03 Aug 2010; Tax ID No. 7701885820 (Russia); Government Gazette Number 03997784 (Russia); Registration Number 1107746614436 (Russia) [RUSSIA-EO14024].

MOSINZHPROEKT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSINZHPROEKT; a.k.a. MOSINZHPROEKT AO), B-R Khodynskii D.10, Moscow 125252, Russia; Per. Sverchkov D. 4/1, Moscow 101000, Russia; Organization Established Date 03 Aug 2010; Tax ID No. 7701885820 (Russia); Government Gazette Number 03997784 (Russia); Registration Number 1107746614436 (Russia) [RUSSIA-EO14024].

MOSKALENKO, Sergei Yevgeniyevich (a.k.a. MOSKALENKO, Sergey Yevgeniyevich), Haldenstrasse 26, Lucerne, Switzerland; DOB 08 Nov 1951; alt. DOB 08 Nov 1961; POB Surkhandaria Region, Uzbekistan; citizen Uzbekistan; Passport CA1702697 (Uzbekistan); alt. Passport CA1938292 (Uzbekistan) (individual) [TCO].

MOSKALENKO, Sergey Yevgeniyevich (a.k.a. MOSKALENKO, Sergei Yevgeniyevich), Haldenstrasse 26, Lucerne, Switzerland; DOB 08 Nov 1951; alt. DOB 08 Nov 1961; POB Surkhandaria Region, Uzbekistan; citizen Uzbekistan; Passport CA1702697 (Uzbekistan); alt. Passport CA1938292 (Uzbekistan) (individual) [TCO].

MOSKALKOVA, Tatiana Nikolaevna (a.k.a. MOSKALKOVA, Tatyana Nikolaevna (Cyrillic: МОСКАЛЬКОВА, Татяна Николаевна); f.k.a. NOSENKO, Nikolayevna Tatyana), Moscow, Russia; DOB 30 May 1955; POB Vitebsk, Vitebsk Region, Belarus; nationality Russia; citizen Russia; Gender Female; Tax ID No. 771873528703 (Russia) (individual) [RUSSIA-EO14024].

MOSKALKOVA, Tatyana Nikolaevna (Cyrillic: МОСКАЛЬКОВА, Татяна Николаевна) (a.k.a. MOSKALKOVA, Tatiana Nikolaevna; f.k.a. NOSENKO, Nikolayevna Tatyana), Moscow, Russia; DOB 30 May 1955; POB Vitebsk, Vitebsk Region, Belarus; nationality Russia; citizen Russia; Gender Female; Tax ID No. 771873528703 (Russia) (individual) [RUSSIA-EO14024].

MOSKOVSKAYA ORUZHEINAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY MOSCOW ARMS COMPANY; a.k.a. "BESPOKE GUN"), Ul. Novoslobodskaya Vld. 1, Stroenie 1, Mytishchi 141009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5012086643 (Russia); Registration Number 1145012005335 (Russia) [RUSSIA-EO14024].

MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИЙ ИНДУСТРИАЛЬНЫЙ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI

RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЬСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. JSC MNIRTI), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИЙ ИНДУСТРИАЛЬНЫЙ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKII INDUSTRIALNYI BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSKOVSKIJ, Aleksandr Aleksandrovich (a.k.a. MOSKOVSKY, Alexander Aleksandrovich (Cyrillic: МОСКОВСКИЙ, Александр Александрович)), Russia; DOB 1975; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772744869908 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT (a.k.a. FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY; a.k.a. "MFTI"; a.k.a. "MIPT"), 9 Institutskiy Per., Dolgoprudny,

Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [RUSSIA-EO14024].

MOSKOVSKOYE NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE SOYUZ (a.k.a. AESTC SOYUZ; a.k.a. OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ), 2/4, Luzhnetskaya Naberezhnaya, Moscow 119270, Russia; Tax ID No. 7704104217 (Russia); Registration Number 1027739017162 (Russia) [RUSSIA-EO14024].

MOSKOVSKY INDUSTRIALNY BANK (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИЙ ИНДУСТРИАЛЬНЫЙ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

MOSKOVSKY, Alexander Aleksandrovich (Cyrillic: МОСКОВСКИЙ, Александр Александрович) (a.k.a. MOSKOVSKIJ, Aleksandr Aleksandrovich), Russia; DOB 1975; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772744869908 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

MOSKVICHEV, Evgeny Sergeyevich (Cyrillic: МОСКВИЧЕВ, Евгений Сергеевич), Russia; DOB 28 Sep 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MOSKVINA NIKOLAYEVNA, Svetlana (a.k.a. ZAKHAROVA, Svetlana Nikolaevna (Cyrillic: ЗАХАРОВА, Светлана Николаевна)), 272-41 Pushkinskaya, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 18 Mar 1964; POB Izhevsk, Russia; nationality Russia; Gender Female; Tax ID No. 183111242572 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

MOSLEH, Ismael Salman (a.k.a. TASH, Ismael; a.k.a. TASH, Isma'il), Istanbul, Turkey; DOB 1978; POB Iraq; nationality Iraq; Email Address ismael.salman@icloud.com; alt. Email Address anasiraqa9@gmail.com; alt. Email Address anasraq1000@mail.ru; Gender Male (individual) [SDGT] (Linked To: REDIN EXCHANGE).

MOSLEHI, Heidar (a.k.a. MOSLEHI, Heydar), Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; DOB 1956; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Intelligence; Hojjatoleslam (individual) [IRAN-HR].

MOSLEHI, Heydar (a.k.a. MOSLEHI, Heidar), Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; DOB 1956; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Intelligence; Hojjatoleslam (individual) [IRAN-HR].

MOSPRESS METAL SPINNING AND FLOW FORMING FACTORY (a.k.a. LLC MOSPRESS), Ul. Akademika Koroleva D. 13, Str. 1, Et 4 Pom. III Kom 23, Moscow 129515, Russia; Akademika Koroleva st., 13, bldg. 1, office 455, Moscow 129515, Russia; 1-Y Verkhniy Pereulok, 12B, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5075029260 (Russia); Registration Number 1165075051404 (Russia) [RUSSIA-EO14024].

MOSSA, Bashir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab

Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOSSALEM, Ali (a.k.a. AL-MOSSALEM, Ali Said (Arabic: علي سعيد المسلم); a.k.a. MOSSALEM, Ali Said), Lebanon; DOB 23 Dec 1983; POB Arnoun, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000023845887 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

MOSSALEM, Ali Said (a.k.a. AL-MOSSALEM, Ali Said (Arabic: علي سعيد المسلم); a.k.a. MOSSALEM, Ali), Lebanon; DOB 23 Dec 1983; POB Arnoun, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000023845887 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

MOSTAF, Mojtaba (a.k.a. MORTAZAVI, Mojtaba; a.k.a. MOSTAFAVI, Seyed Mojtaba (Arabic: سید مجتبی مصطفوی)), Tehran, Iran; DOB 02 Apr 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0080467741 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MOSTAFA, Damel (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

MOSTAFA, Djamal (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

MOSTAFA, Mohamed Amin, Via della Martinella 132, Parma, Italy; DOB 11 Oct 1975; POB Karkuk, Iraq; nationality Iraq; Kurdish; arrested 31 Mar 2003 (individual) [SDGT].

MOSTAFAEI, Saeed (a.k.a. MOSTAFAIE, Saeed), Iran; DOB 16 Sep 1986; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P39417799 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOSTAFAIE, Saeed (a.k.a. MOSTAFAEI, Saeed), Iran; DOB 16 Sep 1986; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P39417799 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOSTAFANEJAD, Vali (a.k.a. NEJAD, Vali Mostafa), Iran; DOB 21 Sep 1981; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N17419612 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

MOSTAFAVI, Seyed Mojtaba (Arabic: سید مجتبی مصطفوی) (a.k.a. MORTAZAVI, Mojtaba; a.k.a. MOSTAF, Mojtaba), Tehran, Iran; DOB 02 Apr 1987; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0080467741 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

MOSTAZAFAN FOUNDATION (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC

REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

MOSTEFA, Djamel (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

MOSTOTREST (a.k.a. MOSTOTREST, PAO; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PJSC MOSTOTREST; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

MOSTOTREST, PAO (a.k.a. MOSTOTREST; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PJSC MOSTOTREST; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

MOSTSTROY EAST AD (a.k.a. MOSTSTROY IZTOK AD), 3 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2009; Government Gazette Number 200112909 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

MOSTSTROY IZTOK AD (a.k.a. MOSTSTROY EAST AD), 3 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2009; Government Gazette Number 200112909 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

MOTAH GENERAL TRADING, L.L.C. (a.k.a. TRADIVE GENERAL TRADING L.L.C.), P.O. Box 86436, Dubai, United Arab Emirates; Organization Established Date 11 Nov 2018; Organization Type: Non-specialized wholesale trade; Chamber of Commerce Number 1374345 (United Arab Emirates); Business Registration Number 818826 (United Arab Emirates) [SUDAN-EO14098].

MOTALLEBIZADEH, Akbar, DOB 23 Jul 1963; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R14123444 (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

MOTEL CAMPO AMOR (a.k.a. GAVIOTAS LTDA.; a.k.a. HOTEL SIN PECADOS; a.k.a. "HOTEL SIN PK2"), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

MOTOJEN, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MOTOJEN AUTO INDUSTRY COMPANY (a.k.a. KHODRO SANAT MOROJEN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

MOTORCYCLE ART LTD., 18 Drive 41, Thomas Galea Street, Ta' Paris, Birkirkara, Malta; D-U-N-S Number 52-024-7665; V.A.T. Number MT18975718 (Malta); Tax ID No. 18975718 (Malta); Trade License No. C 44063 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

MOTORINVEST, D.71, Grebenkino 399775, Russia; Tax ID No. 4810004427 (Russia); Registration Number 1114811000370 (Russia) [RUSSIA-EO14024].

MOTOS Y REPUESTOS JOTA, Calle 49 AA 99 EE 58, Medellin, Antioquia, Colombia; Matricula Mercantil No 21-567083-02 (Medellin) [SDNTK].

MOTTA DOMINGUEZ, Luis (Latin: MOTTA DOMÍNGUEZ, Luis) (a.k.a. MOTTA DOMÍNGUEZ, Luis Alfredo (Latin: MOTTA DOMÍNGUEZ, Luis Alfredo)), Aragua, Venezuela; DOB 02 Jul 1958; Gender Male; Cedula No. 4423539 (Venezuela) (individual) [VENEZUELA].

MOTTA DOMINGUEZ, Luis Alfredo (Latin: MOTTA DOMÍNGUEZ, Luis Alfredo) (a.k.a. MOTTA DOMINGUEZ, Luis (Latin: MOTTA DOMÍNGUEZ, Luis)), Aragua, Venezuela; DOB 02 Jul 1958; Gender Male; Cedula No. 4423539 (Venezuela) (individual) [VENEZUELA].

MOUHANNA, Adib (a.k.a. MHANNA, Adib; a.k.a. MUHANA, Adib; a.k.a. MUHANNA, Adib); DOB 1983; POB Syria; nationality Syria; Passport 3141732 (Syria) (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

MOUKALLED, Firas (a.k.a. MOUKALLED, Firas Hasan (Arabic: مقلد حسن فراس); a.k.a. MQALLAD, Firas Hasan; a.k.a. MUQALLID, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOUKALLED, Firas Hasan (Arabic: فراس حسن مقلد) (a.k.a. MOUKALLED, Firas; a.k.a. MQALLAD, Firas Hasan; a.k.a. MUQALLID, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOUKALLED, Hassan Ahmed (Arabic: احمد حسن مقلد) (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOKALED, Hassan; a.k.a. MUQALAD, Hassan; a.k.a. MUQALLAD, Hassan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MOUKALLED, Rani Hassan (Arabic: حسن راني مقلد) (a.k.a. MUQALLAD, Rani Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 29 Oct 1998; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MOUKALLED, Rayan (a.k.a. MAKLED, Ryan Hassan; a.k.a. MOUKALLED, Rayyan Hassan (Arabic: حسن ريان مقلد); a.k.a. MUQALLAD, Rayyan), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOUKALLED, Rayyan Hassan (Arabic: حسن ريان مقلد) (a.k.a. MAKLED, Ryan Hassan; a.k.a. MOUKALLED, Rayan; a.k.a. MUQALLAD, Rayyan), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MOULAVI, Ali Shams (a.k.a. MULAVI, Ali Shams), Turkey; DOB 23 Jul 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Passport I95726252 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

MOULHEM, Kifah (Arabic: ملحم كفاح) (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MOULHIM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: ملحم كفاح); a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB

Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MOUNT HEBRON FOUNDATION (a.k.a. HAR HEBRON FUND; a.k.a. HAR HEVRON FUND; a.k.a. MOUNT HEBRON FUND (Hebrew: קרן הר חברון), Ein Rehovot 33, Otniel 9040700, West Bank; Organization Established Date 2015; Target Type Charity or Nonprofit Organization; Registered Charity No. 580616100 (Israel) [WEST-BANK-EO14115] (Linked To: LEVI, Yinon).

MOUNT HEBRON FUND (Hebrew: קרן הר חברון) (a.k.a. HAR HEBRON FUND; a.k.a. HAR HEVRON FUND; a.k.a. MOUNT HEBRON FOUNDATION), Ein Rehovot 33, Otniel 9040700, West Bank; Organization Established Date 2015; Target Type Charity or Nonprofit Organization; Registered Charity No. 580616100 (Israel) [WEST-BANK-EO14115] (Linked To: LEVI, Yinon).

MOUSA, Mohammad Sadegh Heidari (Arabic: موسی حیدری صادق محمد) (a.k.a. HEIDARI, Mohammad Ali Mohammad Sadegh; a.k.a. HEYDARI, Mohammad Sadegh; a.k.a. MUSA, Mohammad Sadegh Heidari), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

MOUSAABADI, Abbasali Mohammadian (a.k.a. MOHAMMADIAN, Abbas Ali; a.k.a. MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان); a.k.a. MUSAABADI, Abbas'Ali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MOUSAVI, Sayyed Abdolrahim (Arabic: سید عبدالرحیم موسوی), Qom, Iran; DOB 1959 to 1960; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander in Chief of the Army of the Islamic Republic of Iran (individual) [IRAN-HR].

MOUSAVI, Seyed Ahmad Shid (a.k.a. AMINPUR, Sayyed Sai'd; a.k.a. MUSAVI, Sayyed Sa'id;

a.k.a. MUSAVIR, Sayyed Yaser), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOUSAVIFAR, Seyed Reza (a.k.a. MUSAVIFAR, Sayyed Reza (Arabic: سید رضا موسوی فر)), Iran; Iraq; DOB 23 Jul 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0032906390 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MOUSSA, Ba Ag (a.k.a. DIARRA, Bamoussa; a.k.a. DIARRA, Rabia; a.k.a. MOUSSA, Bah Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male (individual) [SDGT].

MOUSSA, Bachir Kalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; PO Box Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MOUSSA, Bah Ag (a.k.a. DIARRA, Bamoussa; a.k.a. DIARRA, Rabia; a.k.a. MOUSSA, Ba Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male (individual) [SDGT].

MOUSSA, Yahya Alsayed Ibrahim Mohamed (a.k.a. MOHAMMAD, Yahia ElSayed Ibrahim; a.k.a. MUSA, Yahya al-Sayyid Ibrahim; a.k.a. "IBRAHIM, Basim"), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

MOUSTFA, Djamel (Arabic: جمال مصطفی) (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

MOUVEMENT DU 23 MARS (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. M23; a.k.a. MARCH 23 MOVEMENT), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

MOVEMENT FOR FREEDOM OF KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

MOVEMENT FOR ISLAMIC REFORM IN ARABIA (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT].

MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

MOVEMENT FOR REFORM IN ARABIA (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT].

MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

MOVEMENT OF EGYPT'S ARMS (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

MOVEMENT OF EGYPT'S FOREARMS (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

MOVEMENT OF ISLAMIC HOLY WAR (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT].

MOVEMENT OF THE NOBLE ONES HEZBOLLAH (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

MOVEMENT OF THE PATIENT ONES (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

MOWAFI, Ramzi (a.k.a. AL MOWAFI, Ramzi Mahmoud; a.k.a. MAWAFI, Ramzi; a.k.a. MUWAFI, Ramzi); DOB 1952; POB Egypt (individual) [SDGT].

MOW-YA MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

MOXING CARTOON (a.k.a. SHANGHAI MOXING CULTURAL MEDIA CO LTD (Chinese Simplified: 上海墨星口化传播有限公司), 901-7, No. 439 Yishan Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000572013 (China); Unified Social Credit Code (USCC) 913101040936933514 (China) [DPRK3] (Linked To: SEK STUDIO).

MOZAFARI-NIYA, Reza (a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZAFARNIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZAFFARI NIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZAFFARINIA HOSEIN, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-

NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza; DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZAFFARINIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZAFFARI-NIA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZAFFARI-NIYA, Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZZAFARNIA, Dr. Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MOZGOVOI, Aleksei (a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOI, Alexei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOI, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Aleksey (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Alexei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVOY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZGOVY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Aleksey; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhna Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHAEV, Alexander Vyacheslavovich (Cyrillic: МОЖАЕВ, Александр Вячеславович) (a.k.a. "GREEN"; a.k.a. "ROCCO"), Russia; DOB 02 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

MOZHAYEV, Yegor Igoryevich (a.k.a. "MOZHAEV, Egor Igorevich"; a.k.a. "MOZHAYEV, Yegor"), Moscow, Russia; DOB 31 May 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MOZHELYANSKIJ, Viktor Anatolevich (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович) (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич) (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKY, Viktor Anatolyevich; a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May

1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKY, Viktor Anatolyevich (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKYY, Viktor), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHELYANSKYY, Viktor (a.k.a. MEZHEILIANSKY, Viktor; a.k.a. MOZHELYANSKIJ, Viktor Anatolevich; a.k.a. MOZHELYANSKIY, Viktor Anatoliiovich (Cyrillic: МОЖЕЛЯНСЬКИЙ, Віктор Анатолійович); a.k.a. MOZHELYANSKIY, Viktor Anatolyevich (Cyrillic: МОЖЕЛЯНСКИЙ, Виктор Анатольевич); a.k.a. MOZHELYANSKY, Viktor Anatolyevich), ul. Marshala Zhukova 35, kv. 53, ul. Angarskaya, 8, Simferopol, Crimea, Ukraine (Cyrillic: ул. Маршала Жукова 35, кв. 53, ул. Ангарская, 8, Симферополь, Крым, Ukraine); DOB 10 May 1964; POB Kharkiv, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

MOZHOVYY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHOVY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVYY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVYY, Aleksei), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHOVY, Oleksiy (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVYY, Aleksei; a.k.a. MOZHOVYY, Oleksiy), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZHOVYY, Aleksei (a.k.a. MOZGOVOI, Aleksei; a.k.a. MOZGOVOI, Alexei; a.k.a. MOZGOVOI, Oleksiy; a.k.a. MOZGOVOY, Aleksei; a.k.a. MOZGOVOY, Alexei; a.k.a. MOZGOVOY, Oleksiy; a.k.a. MOZGOVY, Aleksei; a.k.a. MOZGOVY, Oleksiy; a.k.a. MOZHOVVY, Oleksiy; a.k.a. MOZHOVY, Aleksei; a.k.a. MOZHOVY, Oleksiy), Luhansk, Ukraine; DOB 03 Apr 1975; POB Nyzhnya Duvanka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MOZZAFARNIA, Dr. Reza (a.k.a. MOZAFARI-NIYA, Reza; a.k.a. MOZAFARNIA, Reza; a.k.a. MOZAFFARI NIA, Reza; a.k.a. MOZAFFARINIA HOSEIN, Reza; a.k.a. MOZAFFARINIA, Reza; a.k.a. MOZAFFARI-NIA, Reza; a.k.a. MOZAFFARI-NIYA, Reza); DOB 1959; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Defense Minister and Dean of Malek Ashtar University (individual) [NPWMD] [IFSR].

MP LIMITED LIABILITY COMPANY (a.k.a. TEGRUS SYSTEMS INTEGRATOR), Sh Kashirskoe D. 70/3, Moscow 115409, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a

sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 17 Oct 2008; Organization Type: Other information technology and computer service activities; Tax ID No. 7718726183 (Russia); Registration Number 5087746253634 (Russia) [RUSSIA-EO14024].

MPAMO, Douglas Iruta (a.k.a. MPANO, Douglas); DOB 28 Dec 1965; alt. DOB 29 Dec 1965; POB Goma, Democratic Republic of the Congo; Manager, Great Lakes Business Company and Compagnie Aerienne des Grands Lacs (individual) [DRCONGO].

MPANO, Douglas (a.k.a. MPAMO, Douglas Iruta); DOB 28 Dec 1965; alt. DOB 29 Dec 1965; POB Goma, Democratic Republic of the Congo; Manager, Great Lakes Business Company and Compagnie Aerienne des Grands Lacs (individual) [DRCONGO].

MPUNGA, Sandra, 4 Luna Road, Borrowdale, Harare, Zimbabwe; DOB 19 Nov 1971; POB Mutasa, Zimbabwe; nationality Zimbabwe; Gender Female; Passport DN056348 (Zimbabwe) expires 16 Oct 2022; National ID No. 63846615T50 (Zimbabwe) (individual) [GLOMAG] (Linked To: SAKUNDA HOLDINGS).

MQALLAD, Firas Hasan (a.k.a. MOUKALLED, Firas; a.k.a. MOUKALLED, Firas Hasan (Arabic: مقلد حسن فراس); a.k.a. MUQALLID, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MR HANDYMAN LTD, The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 36-025-1842; V.A.T. Number MT16905829 (Malta); Tax ID No. 16905829 (Malta); Trade License No. C 32519 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

MRDJA, Darko; DOB 28 Jun 1967; POB Zagreb, Croatia; ICTY indictee (individual) [BALKANS].

MRIYA RESORT (a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX

MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA RESORT & SPA (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA RESORT AND SPA (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA SANATORIUM COMPLEX (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM RESORT COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MRIYA SANATORIUM RESORT COMPLEX (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. SANATORIUM-RESORT COMPLEX MRIYA), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email

Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

MS CONSULT 216 (a.k.a. MS KONSULT 2016 EOOD (Cyrillic: МС КОНСУЛТ 2016 ЕООД)), Sredna Gora, 131, 1000, Sofia, Bulgaria; Organization Established Date 2008; V.A.T. Number BG200297144 (Bulgaria); Business Registration Number 200297144 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

MS KONSULT 2016 EOOD (Cyrillic: МС КОНСУЛТ 2016 ЕООД) (a.k.a. MS CONSULT 216), Sredna Gora, 131, 1000, Sofia, Bulgaria; Organization Established Date 2008; V.A.T. Number BG200297144 (Bulgaria); Business Registration Number 200297144 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

MS ULUSLARARASI ENERJI YATIRIM ANONIM SIRKETI, Istinye MH. Bostan SK. N. 12 Sariyer, Istanbul, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 775555 (Turkey); Registration Number 774879-0 (Turkey); Central Registration System Number 0623-0324-8470-0010 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

MS-13 (a.k.a. MARA SALVATRUCHA), El Salvador; Mexico; Honduras; Guatemala; United States [TCO].

MSD CAPITAL PTY LTD (f.k.a. MATAROMAX PTY LTD), F4E3 The Paragon II, 1 Krammer Road, Johannesburg, Gauteng 2007, South Africa; P.O. Box 35465, Johannesburg, Gauteng 0102, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Nov 2018; V.A.T. Number 4490288372 (South Africa); Tax ID No. 9407308197 (South Africa); Commercial Registry Number 2018/607460/07 (South Africa) [SDGT] (Linked To: MURAD, Bassem).

MSD DMCC (Arabic: إم إس دي. م.د.م.س), Almas-18-A, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jul 2004; Registration Number DMCC0129 (United Arab

Emirates) [SDGT] (Linked To: MURAD, Bassem).

MSD SPRL DIAMOND TRADING, 178 Ellaline Road, Mondeor, Johannesburg, Gauteng 2001, South Africa; F4E2 The Paragon II, 16 Kings Road, Bedfordview, Johannesburg, Gauteng 2007, South Africa; SA Jewellery Centre, 307 225 Main St, Johannesburg 2001, South Africa; Suite 307 Jewelcity, Johannesburg 2001, South Africa; Website www.msd.co.za; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Jan 2011; V.A.T. Number 4340259870 (South Africa); Tax ID No. 9971121158 (South Africa); Commercial Registry Number 2011/005434/23 (South Africa); Registration Number K2022580085 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD).

MSE OVERSEAS PTE. LTD., Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; Website www.mse-overseas.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2014; Trade License No. 201432806G (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

MSHANTAF, Andre Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MSHANTAF, Andrea Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MSHAWEH, Lubanah (Arabic: لبانة مشاوح), DOB 1955; POB Damascus, Syria; Minister of Culture (individual) [SYRIA].

MSO LOJISTIK TIC VE SANAYI LTD STI, Sekerhave Mah. Tevikiye Cad. 25 Ic Kapt 2, Alanya, Antalya, Turkey; Organization Established Date 22 Sep 2023; Registration Number 0623209473900001 (Turkey) [RUSSIA-EO14024] (Linked To: PETROV, Evgenii Stanislavich).

MSOO SK SHOCK (Cyrillic: МСОО СК ШОК) (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБ'ЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

MSOUTI, Mohammad Humam Mohammad Adnan (a.k.a. HUMAM, Msuti; a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد همام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد همام محمد عدنان مسوتي); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

MSP KALA NAFT CO. TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a.

MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MSP KALA NAFT TEHRAN COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street,

Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MSP KALANAFT (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MSP-KALANAFT COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

MTANGA, Gedeon (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MTSENSKPROKAT (a.k.a. MTSENSKPROKAT OOO; a.k.a. MZENSKPROKAT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

MTSENSKPROKAT OOO (a.k.a. MTSENSKPROKAT; a.k.a. MZENSKPROKAT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

MTTO INDUSTRY AND TRADE LIMITED, No. 9 Hongji Street, Xi Gang District, Dalian City, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a.

STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA

INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

MU' ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a.

NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA); a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA

SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

MUALLA, Badi (a.k.a. MUALLA, Badi Sulayman), Syria; DOB 1961; alt. DOB 05 Apr 1961; POB Bistuwir, Jablah, Syria; Gender Male; Brigadier General, Syrian Air Force (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE).

MUALLA, Badi Sulayman (a.k.a. MUALLA, Badi), Syria; DOB 1961; alt. DOB 05 Apr 1961; POB Bistuwir, Jablah, Syria; Gender Male; Brigadier General, Syrian Air Force (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE).

MUALLEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. AL-MUALLEM, Walid; a.k.a. MOALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a.

ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;

a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a.

ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR),

House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

MU'ASSASAT AL-HAREMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

MU'ASSASAT AL-HAREMEIN AL-KHAYRIYYA (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

MU'ASSASAT AL-QUDS (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

MUASSASAT SHAHID FILISTIN (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

MUASSASSAT AL-RAHMAH (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT]

(Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

MUBARAK, Laode Agussalim (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

MUBARAK, Umid Medhat (a.k.a. MUBARAK, Umid Midhat), Iraq; DOB circa 1940; Former Minister of Health (individual) [IRAQ2].

MUBARAK, Umid Midhat (a.k.a. MUBARAK, Umid Medhat), Iraq; DOB circa 1940; Former Minister of Health (individual) [IRAQ2].

MUBAROK, Muhamad (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

MUBEEN, Ahmed, Male, Maldives; DOB 30 Dec 1976; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended Executive Order 13886; Passport E0451333 (Maldives) expires 29 Apr 2018; National ID No. A048375 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUCHANTAF, Andreih Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUSHANTAF, Andre Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه سمير مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUCHINGURI KASHIRI, Oppah Chamu Zvipange (a.k.a. MUCHINGURI, Oppah; a.k.a. MUCHINGURI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah Charm Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCHINGURI, Oppah (a.k.a. MUCHINGURI KASHIRI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah Charm Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCHINGURI, Oppah Chamu Zvipange (a.k.a. MUCHINGURI KASHIRI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah; a.k.a. MUCHINGURI, Oppah Charm Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare, Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCHINGURI, Oppah Charm Zvipange (a.k.a. MUCHINGURI KASHIRI, Oppah Chamu Zvipange; a.k.a. MUCHINGURI, Oppah; a.k.a. MUCHINGURI, Oppah Chamu Zvipange), 2 Tedder Road, Greendale, Harare 263, Zimbabwe; DOB 14 Dec 1958; POB Mutare,

Zimbabwe; nationality Zimbabwe; Gender Female; National ID No. 63741411R50 (Zimbabwe) (individual) [GLOMAG].

MUCURA, Ildemaro Jose (a.k.a. RODRIGUEZ MUCURA, Hildemaro Jose; a.k.a. RODRIGUEZ MUCURA, Ildemaro Jose), Caracas, Capital District, Venezuela; DOB 06 Jun 1977; Gender Male; Cedula No. 13432397 (Venezuela) (individual) [VENEZUELA].

MUDACUMURA, Sylvestre (a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

MUDDARIS, Abdullah (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

MUELLER, Markus Gerhard, Germany; DOB 01 May 1964; nationality Germany; Gender Male; Passport C4WC5NCJT (Germany) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

MUGARAGU, Leodomir (a.k.a. LEON, Manzi; a.k.a. MANZI, Leo), Katoyi, North Kivu, Congo, Democratic Republic of the; DOB 1954; alt. DOB 1953; POB Kigali, Rwanda; alt. POB Rushashi (Northern Province), Rwanda; FDLR/FOCA Chief of Staff; Brigadier General (individual) [DRCONGO].

MUGHNIYEH, Mustafa (a.k.a. MUGHNIYEH, Mustafa), Lebanon; DOB 01 Jan 1987 to 31 Jan 1987; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

MUGHNIYEH, Mustafa (a.k.a. MUGHNIYAH, Mustafa), Lebanon; DOB 01 Jan 1987 to 31 Jan 1987; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

MUGICA GONI, Ainhoa; DOB 27 Jun 1970; POB San Sebastian, Guipuzcoa Province, Spain; D.N.I. 34.101.243 (Spain); Member ETA (individual) [SDGT].

MUHAJIRIN AND ANSAR ARMY (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN), Syria [SDGT].

MUHAMAD, Fadil Abdallah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

MUHAMADI, Kahira (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

MUHAMMAD HAMZA, Abdul Raouf Abu Zeid (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a.

MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

MUHAMMAD JAMAL GROUP (a.k.a. ABU AHMED GROUP; a.k.a. AL-QA'IDA IN EGYPT; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt [SDGT].

MUHAMMAD JAMAL NETWORK (a.k.a. ABU AHMED GROUP; a.k.a. AL-QA'IDA IN EGYPT; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL GROUP), Egypt [SDGT].

MUHAMMAD, 'Abd-al-Nasir 'Ali (a.k.a. MAHAMUD, Abdi Nasir Ali (Arabic: عبدي ناصر علي محمود); a.k.a. MAHMOUD, Abdi Naser; a.k.a. MAHMUD, Abdi Nasir Ali), United Arab Emirates; Istanbul, Turkey; DOB 01 May 1977; nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 548347810 (United Kingdom) expires 20 Jan 2029 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MUHAMMAD, Abdul Karim Farge (a.k.a. MOHAMED, Abdikarin Farah), United Arab Emirates; Somalia; DOB 13 Sep 1993; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00689508 (Somalia) (individual) [SDGT] (Linked To: AL-SHABAAB).

MUHAMMAD, Aboud Rogo (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

MUHAMMAD, Abu Turab Ali (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aboutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan,

Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT AL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MUHAMMAD, 'Ali Hajj, Syria; DOB 05 Mar 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUHAMMAD, Faqeer (a.k.a. MOHAMMAD, Faqir; a.k.a. MUHAMMAD, Faqir; a.k.a. ZEYAR, Faqir Mohammad), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: HAQQANI NETWORK).

MUHAMMAD, Faqir (a.k.a. MOHAMMAD, Faqir; a.k.a. MUHAMMAD, Faqeer; a.k.a. ZEYAR, Faqir Mohammad), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: HAQQANI NETWORK).

MUHAMMAD, Faysal, Syria; DOB 20 Feb 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUHAMMAD, Hayat Ullah Ghulam (a.k.a. HAYAATULLAH, Haji; a.k.a. HAYATOLLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. HIYATULLAH, Haji), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUHAMMAD, Hussein (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village,

Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

MUHAMMAD, Ishmail (a.k.a. ALEONG, Eddie; a.k.a. MOHAMMED, Ishmael; a.k.a. YONG, Isma'il 'Ali), Trinidad and Tobago; DOB 14 Aug 1984; citizen Trinidad and Tobago; Gender Male; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUHAMMAD, Jami' 'Ali (a.k.a. MOHAMMED, Jama Ali), Oman; DOB 01 Jan 1980; nationality Somalia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 60358533 (Oman) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

MUHAMMAD, Kayiira (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUHAMMAD, Mahad Cise (a.k.a. AADAN, Mahad Ciise; a.k.a. ADAN, Mahad Isse; a.k.a. ADEN, Mahad Isse; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

MUHAMMAD, Mustafa (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA") DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

MUHAMMAD, Muwaffaq Mustafa (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-

KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah") DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

MUHAMMAD, Niaz (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

MUHAMMAD, Rahman Zayb Faqir (a.k.a. MUHAMMAD, Rahman Zeb Faqir (a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman leb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MUHAMMAD, Rahman Zeb Faqir (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman leb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No.

1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

MUHAMMAD, Sahib (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

MUHAMMAD, Sami Jasim (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa (a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT].

MUHAMMAD, Suhayl Salim (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

MUHAMMAD, Surajo Abu Bakr (a.k.a. MUHAMMAD, Surajo Abubakar (Arabic: سوراجو محمد ابو بكر)), Abu Dhabi, United Arab Emirates; DOB 03 Jul 1979; POB Nigeria; nationality

Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06290994 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

MUHAMMAD, Surajo Abubakar (Arabic: سوراجو ابو بكر محمد) (a.k.a. MUHAMMAD, Surajo Abu Bakr), Abu Dhabi, United Arab Emirates; DOB 03 Jul 1979; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06290994 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

MUHAMMAD, Ustad Haji Laudi Agus Salim (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

MUHAMMADHASNI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

MUHAMMADI, Omid (a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

MUHAMMADI, Umid (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

MUHAMMADI, Kibirige (a.k.a. AMIGO, Mzee; a.k.a. AMIGO, Simba; a.k.a. KIBIRGE, Amigo; a.k.a. KIBIRIGE, Amigo), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUHAMMED, Ali Muhammed Noor (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

MUHANA, Adib (a.k.a. MHANNA, Adib; a.k.a. MOUHANNA, Adib; a.k.a. MUHANNA, Adib); DOB 1983; POB Syria; nationality Syria; Passport 3141732 (Syria) (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

MUHANNA, Adib (a.k.a. MHANNA, Adib; a.k.a. MOUHANNA, Adib; a.k.a. MUHANA, Adib); DOB 1983; POB Syria; nationality Syria;

Passport 3141732 (Syria) (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

MUHANNA, Siwumar, Syria; DOB 03 Dec 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUHARIB, Abu Ali (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

MUHAWDAR, 'Imad 'Udi (a.k.a. AL-TIKRITI, Ahmad Watban Ibrahim Hasan; a.k.a. AL-TIKRITI, Ahmed Watban Ibrahim Hasan), Al-Ra'is Building, Mina Street, Tartus, Tartus, Syria; Jirmanah Neighborhood, Damascus, Syria; Al-Hadda Hotel, Sana'a, Yemen; DOB 1975; alt. DOB 1979; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

MUHAXHERI, Lavdrim (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVI, Abu Abdallah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo (individual) [SDGT].

MUHAYIRI, Muhammad Nasir, Syria; DOB 29 Nov 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUHI EDDINE MOALLEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. AL-MUALLEM, Walid; a.k.a. MOALLEM, Walid; a.k.a. MUALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

MUHIDINOV, Jafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan (individual) [SDGT].

MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس) (a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى)); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT

FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى (والجرحى); a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHJAT AL-QUDS FOUNDATION FOR PRISONERS (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى (والجرحى); a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHJAT AL-QUDS INSTITUTION (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس);a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى (والجرحى); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. "AL-MUHJA"; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

MUHWEZI, Edward Kalekezi Kayihura (a.k.a. KAYIHURA, Kale); DOB 26 Dec 1955; nationality Uganda; Gender Male; Passport DA024329 (individual) [GLOMAG].

MUIDINOV, Dilshod Alimovich (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan (individual) [SDGT].

MUIDINOV, Djafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan (individual) [SDGT].

MUIDINOV, Jafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan (individual) [SDGT].

MUJAAHIDIIN YOUTH MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

MUJAHID, Abdullah (a.k.a. ABDALLAH, Abu; Mohallah Markaz Tayyeba Street, Muridke, Lahore, Pakistan; DOB 15 May 1970; POB Bhalwal, Sargodha District, Punjab Province, Pakistan; citizen Pakistan; Passport DM1074371 (Pakistan) issued 30 May 2009

expires 29 May 2014; National ID No. 3540118204373 (Pakistan) (individual) [SDGT].

MUJAHID, Mohammed Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Muhammad Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

MUJAHID, Muhammad Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Mohammed Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

MUJAHID, Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Mohammed Yahya; a.k.a. MUJAHID, Muhammad Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

MUJAHIDEEN INDONESIA TIMOR (a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia [SDGT].

MUJAHIDEEN OF THE ARABIAN PENINSULA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

MUJAHIDEEN SHURA COUNCIL (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MUJAHIDEEN YOUTH MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

MUJAHIDIN AL-SHABAAB MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

MUJAHIDIN INDONESIA BARAT (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia [SDGT].

MUJAHIDIN INDONESIA TIMOR (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia [SDGT].

MUJAHIDIN INDONESIA TIMUR (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia [SDGT].

MUJAHIDIN OF EASTERN INDONESIA (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia [SDGT].

MUJAHIDIN OF WESTERN INDONESIA (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. "MIB"; a.k.a. "MIT"), Indonesia [SDGT].

MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. "MSC") [SDGT].

MUJAHIDIN YOUTH MOVEMENT (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

MUJEL, A.S. (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

MU'JIL, Abd al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

MUJYAMBERE, Leopold (a.k.a. IBRAHIM, Frere Petrus; a.k.a. "ACHILLE"; a.k.a. "MUSENYERI", Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

MUKHAMETSHIN, Farit Mubarakshevich (Cyrillic: МУХАМЕТШИН, Фарит Мубаракшевич), Russia; DOB 31 Jan 1947; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MUKHANOV, Aleksandr Aleksandrovich (Cyrillic: МУХАНОВ, Александр Александрович), Apartment 71, 131 Gorkovo Street, Vladimir 600026, Russia; DOB 07 Dec 1984; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

MUKHAYBIR, Salma, Syria; DOB 21 Jul 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUKIIBI, Moses, Uganda; DOB 09 May 1954; POB Bugobango Village, Mpigi District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUKISA, Patrick (a.k.a. ECOBU, Patrick), Uganda; DOB 29 Jan 1976; nationality Uganda; Gender Male; National ID No. 001278331 (Uganda) (individual) [GLOMAG].

MUKOLO, Basengezi Marcellin (a.k.a. BASENGEZI, Marcellin; a.k.a. BASENGEZI, Marcellin Mukolo; a.k.a. MAKOLO, Marcelin Basengezi), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

MUKONDA MAYANDU, Alain, Kivu 32 BIS, Salongo, Kintambo, Kinshasa, Kinshasa, Congo, Democratic Republic of the; DOB 09 Feb 1976; nationality Congo, Democratic Republic of the; Gender Male; Passport OP0110491 (Congo, Democratic Republic of the) (individual) [GLOMAG] (Linked To: GERTLER, Dan).

MUKULU, Jamil (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

MULAVI, Ali Shams (a.k.a. MOULAVI, Ali Shams), Turkey; DOB 23 Jul 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Passport I95726252 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

MULBERRY PROJE YATIRIM (a.k.a. MULBERRY PROJE YATIRIM A.S.; a.k.a. MULBERRY PROJE YATIRIM ANONIM SIRKETI), Istanbul, Turkey; Cihannuma Mah. Dortyuzlucesme Sk. Gunes, Apt. 2/6, Besiktas, Istanbul, Turkey [VENEZUELA-EO13850].

MULBERRY PROJE YATIRIM A.S. (a.k.a. MULBERRY PROJE YATIRIM; a.k.a. MULBERRY PROJE YATIRIM ANONIM SIRKETI), Istanbul, Turkey; Cihannuma Mah. Dortyuzlucesme Sk. Gunes, Apt. 2/6, Besiktas, Istanbul, Turkey [VENEZUELA-EO13850].

MULBERRY PROJE YATIRIM ANONIM SIRKETI (a.k.a. MULBERRY PROJE YATIRIM; a.k.a.

MULBERRY PROJE YATIRIM A.S.), Istanbul, Turkey; Cihannuma Mah. Dortyuzlucesme Sk. Gunes, Apt. 2/6, Besiktas, Istanbul, Turkey [VENEZUELA-EO13850].

MULHEM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MULHIM, Kifah (a.k.a. AL-MILHEM, Kifah; a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

MULLAH AHMED SHAH HAWALA (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

MULLAH GUL AGHA (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan (individual) [SDGT].

MULLAH GUL AGHA AKHUND (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan (individual) [SDGT].

MULLAH NAZIR GROUP (a.k.a. COMMANDER NAZIR GROUP), South Waziristan, Pakistan; Paktika, Zabul, Helmand, Kandahar Provinces, Afghanistan [SDGT].

MULTI CONSTRUCTION PVT LTD, Shimaz, Nellaidhoo, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2006; Registration Number C-0833/2006 (Maldives) [SDGT] (Linked To: SHAREEF, Abdulla).

MULTI WELL TRADING CO., LIMITED, Hong Kong, China; Organization Established Date 22 Oct 2021; C.R. No. 3095310 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

MULTICLET CORPORATION (a.k.a. JSC MULTIKLET), Office 135, 2 Chelyuskintsev Str., International Business Center Micron, Yekaterinburg 620014, Russia; Moscow, Russia; Tax ID No. 6658365770 (Russia); Registration Number 1106658012746 (Russia) [RUSSIA-EO14024].

MULTIMAT DOMESTIC AND FOREIGN TRADE MARKETING LTD. (a.k.a. MULTIMAT IC VE DIS TICARET PAZARLAMA LIMITED SIRKETI; a.k.a. MULTIMAT TEHRAN), Bagdat Caddesi, Burc Sitesi, Number 117 A Blok D.2, Feneryolu - Kadkoy, Istanbul, Turkey; Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number Goztepe V.D. 823 026 0248 (Turkey) [NPWMD] [IFSR].

MULTIMAT IC VE DIS TICARET PAZARLAMA LIMITED SIRKETI (a.k.a. MULTIMAT DOMESTIC AND FOREIGN TRADE MARKETING LTD.; a.k.a. MULTIMAT TEHRAN), Bagdat Caddesi, Burc Sitesi, Number 117 A Blok D.2, Feneryolu - Kadkoy, Istanbul, Turkey; Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number Goztepe V.D. 823 026 0248 (Turkey) [NPWMD] [IFSR].

MULTIMAT TEHRAN (a.k.a. MULTIMAT DOMESTIC AND FOREIGN TRADE MARKETING LTD.; a.k.a. MULTIMAT IC VE DIS TICARET PAZARLAMA LIMITED SIRKETI), Bagdat Caddesi, Burc Sitesi, Number 117 A Blok D.2, Feneryolu - Kadkoy, Turkey; Number 39, Alvand St., 1st Floor, Argentine Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number Goztepe V.D. 823 026 0248 (Turkey) [NPWMD] [IFSR].

MULTIOPERACIONES DE OCCIDENTE S.A.S., Cra 106A, Nro 94 15, Nuevo Apartado, Apartado 05045, Colombia; NIT # 9009355997 (Colombia) [SDNTK].

MULTISERVICIOS AGSA, S.A. DE C.V., Boulevard Agua Caliente No. 148, Revolucion, Tijuana, Baja California, Mexico; R.F.C. MAG941123BYA (Mexico) [SDNTK].

MULTISERVICIOS Y FINCA EL ENCANTO, Kilometro 252 y medio, Tecun Uman, San Marcos, Guatemala; NIT # 769049-5 (Guatemala); Trade License No. 333575-429-295 (Guatemala) [SDNTK].

MULTITEX INTERNATIONAL TRADING, S.A., Panama City, Panama; Folio Mercantil No. 844396 (Panama) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

MULTREE LIMITED SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01272 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: GEMINI S.A.S.U.).

MULUMBU BOSHAB, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-

Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of the) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

MUMIN YUSUF, Sheikh Abdiqadir (a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Abdiqadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Abdul Nadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Abdul Qadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MU'MIN, Abdul Qadr (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Sheikh Abdikadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Sheikh Abdulkadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulqadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Sheikh Abdulqadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheiky Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUMIN, Sheiky Abdulqadir (a.k.a. MUMIN YUSUF, Sheikh Abdiqadir; a.k.a. MUMIN, Abdiqadir; a.k.a. MUMIN, Abdul Nadir; a.k.a. MUMIN, Abdul Qadir; a.k.a. MU'MIN, Abdul Qadr; a.k.a. MUMIN, Sheikh Abdikadir; a.k.a. MUMIN, Sheikh Abdulkadir; a.k.a. MUMIN, Sheikh Abdulqadir), Puntland, Somalia; DOB 1951 to 1953; POB Somalia (individual) [SDGT].

MUN, Cho'ng-Ch'o'l, C/O Tanchon Commercial Bank, Saemaeul 1-Dong, Pyongchon District, Pyongyang, Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative (individual) [NPWMD].

MUN, Kyong Hwan (a.k.a. MUN, Kyo'ng-hwan), Korea, North; Dandong, China; DOB 22 Aug 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381120660 expires 25 Mar 2016;

Bank of East Land representative (individual) [DPRK4].

MUN, Kyo'ng-hwan (a.k.a. MUN, Kyong Hwan), Korea, North; Dandong, China; DOB 22 Aug 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381120660 expires 25 Mar 2016; Bank of East Land representative (individual) [DPRK4].

MUNANDAR, Aris; DOB 01 Jan 1971; alt. DOB 1962; alt. DOB 1963; alt. DOB 1964; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1968; POB Sambi, Boyolali, Java, Indonesia (individual) [SDGT].

MUNDO DIGITAL S.A. (a.k.a. SYDITEK MUNDO DIGITAL S.A.), Calle Central de Altamira del BDF 100 Mts Norte, Managua, Nicaragua; Website www.syditek.com.ni; Registration ID J0310000131740 (Nicaragua) [NICARAGUA] (Linked To: MOJICA MEJIA, Jose Jorge).

MUNDO INFORMATICO PARAGUAY S.A. (a.k.a. MUNDO INFORMATICO PARAGUAY SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068367-6 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

MUNDO INFORMATICO PARAGUAY SOCIEDAD ANONIMA (a.k.a. MUNDO INFORMATICO PARAGUAY S.A.), Ciudad del Este, Paraguay; RUC # 80068367-6 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

MUNDOS, Charles Muhindo Akili (a.k.a. MUNDOS, Muhindo Akili), Mambasa, Congo, Democratic Republic of the; DOB 10 Nov 1972; POB Democratic Republic of Congo; nationality Congo, Democratic Republic of the; Gender Male; Brigadier General (individual) [DRCONGO].

MUNDOS, Muhindo Akili (a.k.a. MUNDOS, Charles Muhindo Akili), Mambasa, Congo, Democratic Republic of the; DOB 10 Nov 1972; POB Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Brigadier General (individual) [DRCONGO].

MUNERA VELASQUEZ, Martha Marina, c/o GRUPO FALCON S.A., Medellin, Colombia; c/o LLANOTOUR LTDA., Rionegro, Antioquia, Colombia; DOB 09 Jun 1952; Cedula No. 32480630 (Colombia) (individual) [SDNT].

MUNITIONS INDUSTRY DEPARTMENT (a.k.a. MILITARY SUPPLIES INDUSTRY

DEPARTMENT), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

MUNOA ORDOZGOITI, Alona; DOB 06 Jul 1976; POB Segura, Guipuzcoa Province, Spain; D.N.I. 35.771.259 (Spain); Member ETA (individual) [SDGT].

MUNOZ AGUDELO, Diego Alberto (a.k.a. "DIEGO CHAMIZO"); DOB 16 May 1969; POB Medellin, Colombia; citizen Colombia; Cedula No. 98547065 (Colombia) (individual) [SDNTK].

MUNOZ HOYOS, Carlos Ivan (Latin: MUÑOZ HOYOS, Ivan Carlos), Colombia; DOB 23 Dec 1957; POB Aranzazu, Caldas, Colombia; nationality Colombia; Cedula No. 10234256 (Colombia) (individual) [SDNTK] (Linked To: AVICAL S.A.).

MUNOZ HOYOS, German (Latin: MUÑOZ HOYOS, German), Colombia; Mexico; DOB 26 Jan 1965; POB Manizales, Caldas, Colombia; nationality Colombia; citizen Colombia; alt. citizen Mexico; Cedula No. 10268158 (Colombia); Passport A0630659 (Colombia); alt. Passport G15527939 (Mexico); C.U.R.P. MUHG650126HNEXYR06 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & S. EN C.A.; Linked To: ROMIK S.A.; Linked To: GEMUHO HOLDING, INC; Linked To: UNIREFRICLIMA S.A.).

MUNOZ MEJIA, Eliana (Latin: MUÑOZ MEJIA, Eliana), Colombia; Mexico; DOB 12 Jun 1989; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 1053795962 (Colombia); C.U.R.P. MUME890612MNEXJL02 (Mexico); Identification Number 89061251694 (Colombia) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & S. EN C.A.).

MUNOZ MEJIA, Jhonathan (a.k.a. MUNOZ MEJIA, Jonathan (Latin: MUÑOZ MEJIA, Jonathan)), Colombia; Mexico; DOB 07 Nov 1985; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 75107204 (Colombia); C.U.R.P. MUMJ851107HNEXJN01 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & S. EN C.A.; Linked To: ROMIK S.A.; Linked To: MUNSA INTERNATIONAL INVESMENTS S.A.).

MUNOZ MEJIA, Jhonny German (Latin: MUÑOZ MEJIA, Jhonny German), Colombia; Mexico; DOB 17 Dec 1986; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 1053768644 (Colombia); C.U.R.P. MUMJ861217HNEXJH05 (Mexico); Identification Number 86121753660 (Colombia) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & S. EN C.A.; Linked To: ROMIK S.A.).

MUNOZ MEJIA, Jonathan (a.k.a. MUNOZ MEJIA, Jonathan) (a.k.a. MUNOZ MEJIA, Jhonathan), Colombia; Mexico; DOB 07 Nov 1985; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 75107204 (Colombia); C.U.R.P. MUMJ851107HNEXJN01 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: INVERSIONES LA PLATA M & S. EN C.A.; Linked To: ROMIK S.A.; Linked To: MUNSA INTERNATIONAL INVESMENTS S.A.).

MUNOZ PEDROZA, Reinaldo Enrique, C. Gil Fortoul, Centauro A, 5-D, Santa Monica, Caracas, Distrito Capital 1040, Venezuela; DOB 28 Nov 1971; POB Caracas, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10869426 (Venezuela); Passport 138050232 (Venezuela) expires 25 Jul 2021 (individual) [VENEZUELA].

MUNSA INTERNATIONAL INVESMENTS S.A., Panama City, Panama; RUC # 155608664-2-2015 (Panama) [SDNTK].

MUNSHA, Muhammad Ashraf (a.k.a. ASHRAF, Haji M.; a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MANSHAH, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

MUNTAZER, Abdullah (a.k.a. KHAN, Abdullah; a.k.a. MUNTAZIR, Abdullah); DOB 17 Jan 1974; POB Abbottabad, Pakistan; National ID No. 3520203526763 (Pakistan) (individual) [SDGT].

MUNTAZIR, Abdullah (a.k.a. KHAN, Abdullah; a.k.a. MUNTAZER, Abdullah); DOB 17 Jan 1974; POB Abbottabad, Pakistan; National ID No. 3520203526763 (Pakistan) (individual) [SDGT].

MUORWEL MALUAL, Malual Dhal (a.k.a. MUORWEL, Malual Dhal), Luri, South Sudan;

DOB 01 Jan 1975; nationality South Sudan; Gender Male (individual) [GLOMAG].

MUORWEL, Malual Dhal (a.k.a. MUORWEL MALUAL, Malual Dhal), Luri, South Sudan; DOB 01 Jan 1975; nationality South Sudan; Gender Male (individual) [GLOMAG].

MUPENZI, Bernard (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

MUPENZI, General Pierre Bernard (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

MUQALAD, Hassan (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOKALED, Hassan; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن أحمد مقلد); a.k.a. MUQALLAD, Hasan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MUQALLAD, Hasan (a.k.a. MAKLED, Hasan Ahmed; a.k.a. MOKALED, Hassan; a.k.a. MOUKALLED, Hassan Ahmed (Arabic: حسن أحمد مقلد); a.k.a. MUQALAD, Hassan), Jarjo, Nabatiyeh, Lebanon; DOB 17 Feb 1967; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

MUQALLAD, Rani Hasan (a.k.a. MOUKALLED, Rani Hassan (Arabic: راني حسن مقلد)), Jarjo, Nabatiyeh, Lebanon; DOB 29 Oct 1998; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUQALLAD, Rayyan (a.k.a. MAKLED, Ryan Hassan; a.k.a. MOUKALLED, Rayan; a.k.a. MOUKALLED, Rayyan Hassan (Arabic: ريان حسن مقلد)), Jarjo, Nabatiyeh, Lebanon; DOB 25 Oct 1993; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MUQALLID, Firas Hasan (a.k.a. MOUKALLED, Firas; a.k.a. MOUKALLED, Firas Hasan (Arabic: فراس حسن مقلد); a.k.a. MQALLAD, Firas Hasan), Lebanon; DOB 09 Oct 1990; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

MUQTI, Fihiruddin (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

MUQTI, Fikiruddin (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

MURAD EN SONS DIAMONDS (a.k.a. "M.S.D."), 30 Hoveniersstraat, Antwerp 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 1997; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Tax ID No. 0461522238 (Belgium); Registration Number 1759006-72 (Belgium) [SDGT] (Linked To: MURAD, Bassem).

MURAD, Abdul Hakim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Abdul Hakim Al Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Abdul Hakim Hasim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Adbul Hakim Ali Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; currently incarcerated in the U.S. (individual) [SDGT].

MURAD, Basem Hasan (Arabic: باسم حسين مراد) (a.k.a. MURAD, Basim; a.k.a. MURAD, Bassem), Belgium; DOB 19 Mar 1978; nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES992390 (Belgium) expires 07 Dec 2027; alt. Passport EH949960 (Belgium) expires 23 Feb 2015; alt. Passport EF346590 (Belgium) expires 25 Jul 2010 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

MURAD, Basim (a.k.a. MURAD, Basem Hasan (Arabic: باسم حسين مراد); a.k.a. MURAD, Bassem), Belgium; DOB 19 Mar 1978; nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Passport ES992390 (Belgium) expires 07 Dec 2027; alt. Passport EH949960 (Belgium) expires 23 Feb 2015; alt. Passport EF346590 (Belgium) expires 25 Jul 2010 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

MURAD, Bassem (a.k.a. MURAD, Basem Hasan (Arabic: باسم حسين مراد); a.k.a. MURAD, Basim), Belgium; DOB 19 Mar 1978; nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport ES992390 (Belgium) expires 07 Dec 2027; alt. Passport EH949960 (Belgium) expires 23 Feb 2015; alt. Passport EF346590 (Belgium) expires 25 Jul 2010 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

MURADOV, Georgiy L'vovich; DOB 19 Nov 1954; POB Kochmes, Komi, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

MURAJ, Yousef Ali (a.k.a. MERAJ, Yusef Ali; a.k.a. MIRAJ, Yousef Ali; a.k.a. MIRAJ, Yusuf Ali), Iran; DOB 10 Jun 1978; nationality Pakistan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport AH0989891 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MURANOV, Aleksander Yurievich (a.k.a. MURANOV, Aleksandr Yurievich), Moscow, Russia; DOB 14 Jul 1958; nationality Russia; alt. nationality Armenia; Gender Male (individual) [RUSSIA-EO14024].

MURANOV, Aleksandr Yurievich (a.k.a. MURANOV, Aleksander Yurievich), Moscow, Russia; DOB 14 Jul 1958; nationality Russia; alt. nationality Armenia; Gender Male (individual) [RUSSIA-EO14024].

MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125,

Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

MURAT, Altig (a.k.a. AKBULUT, Cerkez; a.k.a. MURAT, Cernit); DOB 18 Nov 1965; alt. DOB 31 Oct 1971; POB Bingol, Turkey; alt. POB Deric, Turkey; citizen Turkey; Passport TR-J 565114 (Turkey) issued 10 Sep 1997; Driver's License No. 04900377 (Moldova) issued 02 Jul 2004; Stateless Person Passport C000375 (Moldova) issued 09 Sep 2000; Stateless Person ID Card CC00200261 (Moldova) issued 09 Sep 2000; Refugee ID Card A88000043 (Moldova) issued 16 Dec 2005 (individual) [SDNTK].

MURAT, Cernit (a.k.a. AKBULUT, Cerkez; a.k.a. MURAT, Altig); DOB 18 Nov 1965; alt. DOB 31 Oct 1971; POB Bingol, Turkey; alt. POB Deric, Turkey; citizen Turkey; Passport TR-J 565114 (Turkey) issued 10 Sep 1997; Driver's License No. 04900377 (Moldova) issued 02 Jul 2004; Stateless Person Passport C000375 (Moldova) issued 09 Sep 2000; Stateless Person ID Card CC00200261 (Moldova) issued 09 Sep 2000; Refugee ID Card A88000043 (Moldova) issued 16 Dec 2005 (individual) [SDNTK].

MURATOV, Aleksey Valentinovich (Cyrillic: МУРАТОВ, Алексей Валентинович) (a.k.a. MURATOV, Alexei), Moscow, Russia; Donetsk, Ukraine; DOB 17 Feb 1978; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MURATOV, Alexei (a.k.a. MURATOV, Aleksey Valentinovich (Cyrillic: МУРАТОВ, Алексей Валентинович)), Moscow, Russia; Donetsk, Ukraine; DOB 17 Feb 1978; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

MURATOV, Sergey Nikolayevich (Cyrillic: МУРАТОВ, Сергей Николаевич), Russia; DOB 13 Jan 1964; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MURILLO BEJARANO, Diego Fernando (a.k.a. "ADOLFO PAZ"; a.k.a. "DON BERNA"); DOB 23 Feb 1961; Cedula No. 16357144 (Colombia) (individual) [SDNTK].

MURILLO DE ORTEGA, Rosario Maria, Managua, Nicaragua; DOB 22 Jun 1951; nationality Nicaragua; Gender Female; Passport A00000106 (Nicaragua) (individual) [NICARAGUA].

MURILLO MORGAN, Oscar (a.k.a. "Chino", Cerrada Lorenzo de Zavala 147, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; DOB 01 Apr 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MUMO680401HSLRRSS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

MURILLO PALACIOS, Einer, Calle 115 No. 114BB-77 Apartamento 102 Primer Piso Edificio Siete Manzana T Quinta Etapa Urbanizacion La Serrania, Apartado, Antioquia 00853657, Colombia; DOB 08 Nov 1977; POB Quibdo, Choco, Colombia; nationality Colombia; Gender Male; Cedula No. 71253050 (Colombia) (individual) [SDNTK].

MURILLO SALAZAR, Claudia Julieta, Colombia; Mexico; DOB 29 Jul 1975; POB Manizales, Caldas, Colombia; nationality Colombia; Cedula No. 30335610 (Colombia); C.U.R.P. MUSC750729MNERLL04 (Mexico) (individual) [SDNTK] (Linked To: AVICAL S.A.; Linked To: MUNSA INTERNATIONAL INVESMENTS S.A.).

MURO GONZALEZ, Proceso Arturo, Calle Gustavo Garmendia No. 1850, Colonia Hidalgo, Culiacan, Sinaloa, Mexico; DOB 16 May 1973; POB Cuiliacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. MUGP730516HSLRNR04 (Mexico); Electoral Registry No. MRGNPR73051625H400 (Mexico); Cartilla de Servicio Militar Nacional 607092 (Mexico) (individual) [SDNTK].

MUROOJ AL-CHAM INVESTMENT AND TOURISM COMPANY (Arabic: شركة مروج الشام للاستثمار و السياحة) (a.k.a. MUROOJ AL-CHAM INVESTMENT AND TOURISM GROUP; a.k.a. MURUJ CHAM INVESTMENT AND TOURISM GROUP), 1149 Main Street, Al-Saboura, Damascus, Syria; Organization Established Date 23 Jun 2015; Organization Type: Real estate activities on a fee or contract basis; alt. Organization Type: Construction of buildings [SYRIA] [SYRIA-CAESAR] (Linked To: AL-QATTAN, Wassim Anwar).

MUROOJ AL-CHAM INVESTMENT AND TOURISM GROUP (a.k.a. MUROOJ AL-CHAM

INVESTMENT AND TOURISM COMPANY (Arabic: شركة مروج الشام الاستثمار و السياحة); a.k.a. MURUJ CHAM INVESTMENT AND TOURISM GROUP), 1149 Main Street, Al-Saboura, Damascus, Syria; Organization Established Date 23 Jun 2015; Organization Type: Real estate activities on a fee or contract basis; alt. Organization Type: Construction of buildings [SYRIA] [SYRIA-CAESAR] (Linked To: AL-QATTAN, Wassim Anwar).

MUROV, Evgeniy Alekseyevich (a.k.a. MUROV, Evgeny; a.k.a. MUROV, Yevgeniy; a.k.a. MUROV, Yevgeny); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MUROV, Evgeny (a.k.a. MUROV, Evgeniy Alekseyevich; a.k.a. MUROV, Yevgeniy; a.k.a. MUROV, Yevgeny); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MUROV, Yevgeniy (a.k.a. MUROV, Evgeniy Alekseyevich; a.k.a. MUROV, Evgeny; a.k.a. MUROV, Yevgeny); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MUROV, Yevgeny (a.k.a. MUROV, Evgeniy Alekseyevich; a.k.a. MUROV, Evgeny; a.k.a. MUROV, Yevgeniy); DOB 18 Nov 1945; POB Zvenigorod, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Protective Service of the Russian Federation; Army General (individual) [UKRAINE-EO13661].

MURTADHA MAJEED RAMADHAN ALAWI, Alsayed (a.k.a. MAJEED RAMADAN AL SINDI, Murtadha; a.k.a. MAJEED RAMADHAN AL-SINDI, Murtadha; a.k.a. MAJID AL-SANADI, Mortada); Iran; DOB 27 Mar 1983; POB Bahrain; Gender Male; Passport 1986450 (Bahrain) (individual) [SDGT].

MURUJ CHAM INVESTMENT AND TOURISM GROUP (a.k.a. MUROOJ AL-CHAM

INVESTMENT AND TOURISM COMPANY (Arabic: شركة مروج الشام الاستثمار و السياحة); a.k.a. MUROOJ AL-CHAM INVESTMENT AND TOURISM GROUP), 1149 Main Street, Al-Saboura, Damascus, Syria; Organization Established Date 23 Jun 2015; Organization Type: Real estate activities on a fee or contract basis; alt. Organization Type: Construction of buildings [SYRIA] [SYRIA-CAESAR] (Linked To: AL-QATTAN, Wassim Anwar).

MURWANASHYAKA, Ignace; DOB 14 May 1963; POB Nogoma-Butera, Rwanda; President, Forces Democratiques pour la Liberation du Rwanda (FDLR) (individual) [DRCONGO].

MUSA DA'AMOUSH, Shiekh Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

MUSA KALIM HAWALA (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD.; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazaar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

MUSA, Abdirahim (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSA, Abdirahman (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSA, Abdurrahman Ado (Arabic: عبدالرحمن ادو موسى, Abu Dhabi, United Arab Emirates; DOB 23 Apr 1984; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 170211735 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

MUSA, Atari (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

MUSA, Bashir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MUSA, Firas, Syria; DOB 13 Jul 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUSA, Mohammad Sadegh Heidari (a.k.a. HEIDARI, Mohammad Ali Mohammad Sadegh; a.k.a. HEYDARI, Mohammad Sadegh; a.k.a. MOUSA, Mohammad Sadegh Heidari (Arabic: محمد صادق حیدری موسی)), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

MUSA, Rifa'i Ahmad Taha (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

MUSA, Yahya al-Sayyid Ibrahim (a.k.a. MOHAMMAD, Yahia ElSayed Ibrahim; a.k.a. MOUSSA, Yahya Alsayed Ibrahim Mohamed; a.k.a. "IBRAHIM, Basim"), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

MUSAABADI, Abbas'Ali Mohammadian (a.k.a. MOHAMMADIAN, Abbas Ali; a.k.a. MOHAMMADIAN, Abbas-Ali (Arabic: عباسعلی محمدیان); a.k.a. MOUSAABADI, Abbasali Mohammadian), Tehran, Iran; DOB 20 Feb 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L29764521 (Iran); National ID No. 5129832620 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

MUSALLI, 'Abd-al-Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

MUSANNA, Maulana (a.k.a. MARUF, Muhammad; a.k.a. UBAIDULLAH, Maulana; a.k.a. "HAMZAH, Ali"), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

MUSATOV, Ivan Mikhaylovich (Cyrillic: МУСАТОВ, Иван Михайлович), Russia; DOB 14 Feb 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MUSATTIT, Sabir Khayr, Syria; DOB 20 Feb 1977; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUSAVI, Hosein Razi (a.k.a. MUSAVI, Razi), Damascus, Syria; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR].

MUSAVI, Hossein (DOB 23 Oct 1960; POB Neishabour, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0016662 (Iran) issued 29 Oct 2002 (individual) [SDGT] [IRGC] [IFSR].

MUSAVI, Razi (a.k.a. MUSAVI, Hosein Razi), Damascus, Syria; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR].

MUSAVI, Sayyed Javad, Iran; DOB 23 Aug 1972; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

MUSAVI, Sayyed Kamal (a.k.a. JAMALI, Sayyed Kamal); DOB 03 Jan 1958; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

MUSAVI, Sayyed Sa'id (a.k.a. AMINPUR, Sayyed Sai'd; a.k.a. MOUSAVI, Seyed Ahmad Shid; a.k.a. MUSAVIR, Sayyed Yaser), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSAVIFAR, Sayyed Reza (Arabic: سید رضا موسوی فر) (a.k.a. MOUSAVIFAR, Seyed Reza), Iran; Iraq; DOB 23 Jul 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0032906390 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSAVIR, Sayyed Yaser (a.k.a. AMINPUR, Sayyed Sai'd; a.k.a. MOUSAVI, Seyed Ahmad Shid; a.k.a. MUSAVI, Sayyed Sa'id), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSBAH, Nourddin Milood M (a.k.a. MOHAMED, Nour Addin Meloud), Malta; Cyprus; Ben Ashoor, Tripoli, Libya; DOB 02 Sep 1974; nationality Libya; Gender Male; Passport 998635 (Libya); alt. Passport PK31LZK9 (Libya) (individual) [LIBYA3].

MUSE, Abdirahim (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSE, Abdirahman (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

MUSENE, Wilson Masalu (a.k.a. MUSENE, Wilson Musalu), Uganda; DOB 06 Mar 1956; POB Bushiswabula Village, Mbale District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUSENE, Wilson Musalu (a.k.a. MUSENE, Wilson Masalu), Uganda; DOB 06 Mar 1956; POB Bushiswabula Village, Mbale District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

MUSHANTAF, Andre Samir (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andriyah Samir (Arabic: اندريه مشنتف)), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUSHANTAF, Andriyah Samir (Arabic: أندريه سمير مشنتف) (a.k.a. MISHANTAF, Andre Samir; a.k.a. MSHANTAF, Andre Samir; a.k.a. MSHANTAF, Andrea Samir; a.k.a. MUCHANTAF, Andreih Samir; a.k.a. MUSHANTAF, Andre Samir), Lebanon; DOB 11 Mar 1966; POB Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1694100 (Lebanon) (individual) [SDGT] (Linked To: CTEX EXCHANGE).

MUSHNIKOVA, Natalia Evgenievna (Cyrillic: МУШНИКОВА, Наталья Евгеньевна) (a.k.a. MUSHNIKOVA, Natalya (Cyrillic: МУШНИКОВА, Наталья)), Moscow, Russia; DOB 11 Feb 1973; nationality Russia; Gender Female (individual) [MAGNIT].

MUSHNIKOVA, Natalya (Cyrillic: МУШНИКОВА, Наталья) (a.k.a. MUSHNIKOVA, Natalia Evgenievna (Cyrillic: МУШНИКОВА, Наталья Евгеньевна)), Moscow, Russia; DOB 11 Feb 1973; nationality Russia; Gender Female (individual) [MAGNIT].

MUSHRIF, Amir, Syria; DOB 10 Jun 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUSHTAHA, Rawhi, Gaza, Palestinian; DOB 01 Jan 1958 to 31 Dec 1960; nationality Palestinian (individual) [SDGT] (Linked To: HAMAS).

MUSHTAQ, Abu (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

MUSLIHAN, Nurettin, Istanbul, Turkey; DOB 20 May 1974; POB Gerger, Turkey; citizen Turkey; Gender Male; Identification Number 18931187806 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

MUSLIU, Isak; DOB 31 Oct 1970; POB Racak, Serbia and Montenegro (individual) [BALKANS].

MUSLIU, Shefqet; DOB 12 Feb 1963; POB Konculj, Serbia and Montenegro (individual) [BALKANS].

MUSO, Sulma (a.k.a. MUSSO TORRES, Zulma Maria; a.k.a. "LA PATRONA"; a.k.a. "LA SENORA" (Latin: "LA SEÑORA")), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

MUSONI, Straton; DOB 06 Apr 1961; alt. DOB 04 Jun 1961; POB Mugambazi, Kigali; nationality Rwanda; citizen Rwanda (individual) [DRCONGO].

MUSSE, Bachir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MUSSE, Bashir Khalif (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. "MOOSA, Bashir"; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

MUSSO TORRES, Zulma Maria (a.k.a. MUSO, Sulma; a.k.a. "LA PATRONA"; a.k.a. "LA SENORA" (Latin: "LA SEÑORA")), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) [SDNTK].

MUSTAFA BAKRI, Ali Sa'd Muhammad (a.k.a. AL-MASRI, Abd Al-Aziz); DOB 18 Apr 1966; nationality Egypt (individual) [SDGT].

MUSTAFA, Abu (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

MUSTAFA, Ayham Hajj, Syria; DOB 16 Aug 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUSTAFA, Fayiz, Syria; DOB 01 Jan 1952; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUSTAFA, Ibrahim, Syria; DOB 06 Jan 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUSTAFA, Macki Hamoudat (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HAMUDAT, Maki; a.k.a. HMODAT, Mackie), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

MUSTAFA, Mustafa Kamel (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958 (individual) [SDGT].

MUSTAFA, Rrustem; DOB 27 Feb 1971; POB Podujevo, Serbia and Montenegro (individual) [BALKANS].

MUSTAFA, Salim Mansur (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

MUSTAFA, Umar Muhammad Khalil (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

MUTAMBA, Stephen, 192 Baines Ave., Harare, Harare, Zimbabwe; DOB 23 Oct 1961; POB Harare, Zimbabwe; nationality Zimbabwe; Gender Male; Passport FN460001 (Zimbabwe); National ID No. 58004069A83 (Zimbabwe) (individual) [GLOMAG].

MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MUTANGA, Gedeon Kyungu (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MUTANGA, Gideon Kyungu (a.k.a. GEDEON, Kyungu Mutanga; a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gedeon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MUTAWIJ, Nawar, Syria; DOB 23 Sep 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

MUTEBUSI, Jules (a.k.a. COLONEL MUTEBUTSI; a.k.a. MUTEBUTSI, Jules; a.k.a.

MUTEBUZI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

MUTEBUTSI, Jules (a.k.a. COLONEL MUTEBUTSI; a.k.a. MUTEBUSI, Jules; a.k.a. MUTEBUZI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

MUTEBUZI, Jules (a.k.a. COLONEL MUTEBUTSI; a.k.a. MUTEBUSI, Jules; a.k.a. MUTEBUTSI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

MUTHANA, Aseel (a.k.a. "Abu Fariss"), Syria; DOB 1996 to 1997; nationality United Kingdom (individual) [SDGT].

MUTHANA, Mohsen Ahmed Saleh (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

MUTHANA, Nasser (a.k.a. "Abu Muthana Al Yemeni"; a.k.a. "Abu Muthanna al Yemeni"; a.k.a. "Abu Muthanna al-Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom (individual) [SDGT].

MUTHANNA, Muhsin Ahmad Salah (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

MUTNI, Mohammad Abdul Kadir (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a.

MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Passport G2590897 (individual) [SDGT].

MUTNI, Muhammad Abdul Qadar (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Passport G2590897 (individual) [SDGT].

MUTOID, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTOMBO, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTOND, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo,

Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTONDO KATANGA, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTONDO, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUTREB, Maher Abdulaziz M.; DOB 23 May 1971; POB Makkah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D088677 (Saudi Arabia) issued 16 Aug 2017 expires 23 Jun 2022 (individual) [GLOMAG].

MUTSOEV, Zelimkhan Alikoevich (Cyrillic: МУЦОЕВ, Зелимхан Аликоевич), Russia; DOB 13 Oct 1959; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

MUTUND, Kalev (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

MUWAFI, Ramzi (a.k.a. AL MOWAFI, Ramzi Mahmoud; a.k.a. MAWAFI, Ramzi; a.k.a. MOWAFI, Ramzi); DOB 1952; POB Egypt (individual) [SDGT].

MU'ZI HNEIDI, Said; DOB 1954; POB Damascus, Syria; Minister of Oil and Mineral Resources (individual) [SYRIA].

MUZZAMIL, Mohammad Daoud (a.k.a. DAWOUD, Muhammad), Afghanistan; DOB 1983; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

MWAU, John Harun; DOB 24 Jun 1948; citizen Kenya; Passport A608142 (Kenya); alt. Passport B037832 (Kenya); Diplomatic Passport A921579 (Kenya); Member of Parliament for Kilome (Kenya) (individual) [SDNTK].

MWISSA, Guidon Shimiray; DOB 13 Mar 1980; POB Kigoma, Walikale, North Kivu, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

MY AVIATION COMPANY LIMITED, 27th Floor, ITF Tower 140/65 Silom Road, Suriyawong, Bang Rak, Bangkok 10500, Thailand; Email Address natthapong@myaviation.biz; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 0105551001856 [SDGT] [IFSR] (Linked To: MAHAN AIR).

MYANMA DEFENSE PRODUCTS INDUSTRY (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of

Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

MYANMAR ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED (a.k.a. MYANMAR ECONOMIC HOLDING LIMITED; a.k.a. "MEHL"), 51°Mahabandoola Road 189/191, Botataung, Rangoon 11161, Burma; Registration Number 156387282 (Burma) [BURMA-EO14014].

MYANMAR FIVE STAR LINE (a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMA FIVE STAR LINE COMPANY LIMITED (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMA FIVE STAR SHIPPING COMPANY (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMA FOREIGN TRADE BANK (a.k.a. MYANMAR FOREIGN TRADE BANK; a.k.a. "MFTB"), 80-86 Maha Bandoola Garden Street, Yangon, Burma; SWIFT/BIC MFTBMMMY; Organization Established Date 1976; Target Type Financial Institution [BURMA-EO14014].

MYANMA GEMS ENTERPRISE (f.k.a. MYANMAR GEMS CORPORATION; a.k.a. MYANMAR GEMS ENTERPRISE), No. 70-072

Yarza Thingaha Road, Thapyaygone Ward, Zabuthiri Township, Naypyitaw, Burma; Rm Counter 23/24, G Flr, Mayangone, Rangoon, Burma; No. 66 Kaba Aye Pagoda Road, Mayangone Township, Rangoon, Burma [BURMA-EO14014].

MYANMA INVESTMENT AND COMMERICAL BANK (a.k.a. MYANMAR INVESTMENT AND COMMERCIAL BANK; a.k.a. "MICB"), 170/176 Bo Aung Kyaw Street, Botataung Township, Yangon, Burma; 170/176 Bo Aung Gyaw Street, Yangong, Burma; SWIFT/BIC MICBMMMY; Organization Established Date 1990; Target Type Financial Institution [BURMA-EO14014].

MYANMA MINING ENTERPRISE NUMBER 1 (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMA MINING ENTERPRISE NUMBER 2 (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMA TIMBER ENTERPRISE (a.k.a. MYANMAR TIMBER ENTERPRISE; f.k.a. STATE TIMBER BOARD; f.k.a. TIMBER CORPORATION), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

MYANMAR CHEMICAL AND MACHINERY COMPANY LIMITED (a.k.a. MCM GROUP), No. 566/KA, Yazahtarni Road, Paung Laung 2 Quarter, Pyinmana Township, Naypyitaw, Burma; NO.2, 7 Mile Hill, MG Weik Housing, Mayangone Township, Yangon Region, Burma; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Registration Number 100220040 (Burma) issued 10 Feb 2001 [BURMA-EO14014] (Linked To: OO, Aung Hlaing).

MYANMAR DEFENSE PRODUCTS INDUSTRY (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES;

a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

MYANMAR DIRECTORATE OF PROCUREMENT (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

MYANMAR ECONOMIC CORPORATION (a.k.a. MYANMAR ECONOMIC CORPORATION LIMITED; a.k.a. "MEC"), Corner of Ahlone Road & Kannar Road, Ahlone Township, Rangoon, Burma; Registration Number 105444192 (Burma) [BURMA-EO14014].

MYANMAR ECONOMIC CORPORATION LIMITED (a.k.a. MYANMAR ECONOMIC CORPORATION; a.k.a. "MEC"), Corner of Ahlone Road & Kannar Road, Ahlone Township, Rangoon, Burma; Registration Number 105444192 (Burma) [BURMA-EO14014].

MYANMAR ECONOMIC HOLDING LIMITED (a.k.a. MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED; a.k.a. "MEHL"), 51*Mahabandoola Road 189/191, Botataung, Rangoon 11161, Burma; Registration Number 156387282 (Burma) [BURMA-EO14014].

MYANMAR FIVE STAR LINE (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

MYANMAR FOREIGN TRADE BANK (a.k.a. MYANMA FOREIGN TRADE BANK; a.k.a. "MFTB"), 80-86 Maha Bandoola Garden Street, Yangon, Burma; SWIFT/BIC MFTBMMMY; Organization Established Date 1976; Target Type Financial Institution [BURMA-EO14014].

MYANMAR GEMS CORPORATION (a.k.a. MYANMA GEMS ENTERPRISE; a.k.a. MYANMAR GEMS ENTERPRISE), No. 70-072 Yarza Thingaha Road, Thapyaygone Ward, Zabuthiri Township, Naypyitaw, Burma; Rm Counter 23/24, G Flr, Mayangone, Rangoon, Burma; No. 66 Kaba Aye Pagoda Road, Mayangone Township, Rangoon, Burma [BURMA-EO14014].

MYANMAR GEMS ENTERPRISE (a.k.a. MYANMA GEMS ENTERPRISE; f.k.a. MYANMAR GEMS CORPORATION), No. 70-072 Yarza Thingaha Road, Thapyaygone Ward, Zabuthiri Township, Naypyitaw, Burma; Rm Counter 23/24, G Flr, Mayangone, Rangoon, Burma; No. 66 Kaba Aye Pagoda Road, Mayangone Township, Rangoon, Burma [BURMA-EO14014].

MYANMAR IMPERIAL JADE CO., LTD. (a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD. (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD. (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO.,

LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR IMPERIAL JADE GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR IMPERIAL JADE CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR IMPERIAL JADE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR IMPERIAL JADE GEMS AND JEWELLERY CO., LTD.), Burma; Company Number 176227869 (Burma) issued 13 Sep 1996 [BURMA-EO14014].

MYANMAR INVESTMENT AND COMMERCIAL BANK (a.k.a. MYANMA INVESTMENT AND COMMERICAL BANK; a.k.a. "MICB"), 170/176 Bo Aung Kyaw Street, Botataung Township, Yangon, Burma; 170/176 Bo Aung Gyaw Street, Yangong, Burma; SWIFT/BIC MICBMMMY; Organization Established Date 1990; Target Type Financial Institution [BURMA-EO14014].

MYANMAR MACAU LUNDUN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

MYANMAR MACAU LUNDUN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU

MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

MYANMAR MINING ENTERPRISE NUMBER 1 (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. NO. 1 MINING ENTERPRISE), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMAR MINING ENTERPRISE NUMBER 2 (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

MYANMAR PEARL ENTERPRISE, Yazathingha Street, Zabuthri Township, Naypyitaw, Burma; No. 10, Strand Road, Kangyi Quarter, Myeik Township, Tanintharyi, Burma; 90 Kanbe St., Yankin Tsp., Rangoon, Burma; No. 4345 Bu Khwe, Naypyitaw, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE (a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD. (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE

GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD. (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. MYANMAR RUBY ENTERPRISE; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY CO., LTD.; a.k.a. MYANMAR RUBY ENTERPRISE GEMS & JEWELLERY COMPANY LIMITED; a.k.a. MYANMAR RUBY ENTERPRISE GEMS AND JEWELLERY CO., LTD.), Burma; Company Number 100941821 (Burma) issued 14 Feb 1996 [BURMA-EO14014].

MYANMAR TIMBER ENTERPRISE (a.k.a. MYANMA TIMBER ENTERPRISE; f.k.a. STATE TIMBER BOARD; f.k.a. TIMBER CORPORATION), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

MYANMAR WAR VETERAN ORGANIZATION (a.k.a. MYANMAR WAR VETERANS ORGANIZATION; a.k.a. MYANMAR WAR VETERAN'S ORGANIZATION), Thukhuma Road, Datkhina Thiri Tsp, Naypyitaw Division, Burma [BURMA-EO14014].

MYANMAR WAR VETERANS ORGANIZATION (a.k.a. MYANMAR WAR VETERAN ORGANIZATION; a.k.a. MYANMAR WAR

VETERAN'S ORGANIZATION), Thukhuma Road, Datkhina Thiri Tsp, Naypyitaw Division, Burma [BURMA-EO14014].

MYANMAR WAR VETERAN'S ORGANIZATION (a.k.a. MYANMAR WAR VETERAN ORGANIZATION; a.k.a. MYANMAR WAR VETERANS ORGANIZATION), Thukhuma Road, Datkhina Thiri Tsp, Naypyitaw Division, Burma [BURMA-EO14014].

MYINT, Aung (a.k.a. MYINT, Aung Mo; a.k.a. MYINT, Aung Moe), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; DOB 09 Jun 1971; alt. DOB 28 Sep 1969; nationality Burma; Gender Male; Registration Number 12/YAKANA(N)006981 (Burma) (individual) [BURMA-EO14014].

MYINT, Aung Mar (a.k.a. MYINT, Daw Aung Mar), Naypyitaw, Burma; DOB 25 Oct 1964; nationality Burma; Gender Female; National ID No. 12DAGANAN018846 (Burma) (individual) [BURMA-EO14014].

MYINT, Aung Mo (a.k.a. MYINT, Aung; a.k.a. MYINT, Aung Moe), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; DOB 09 Jun 1971; alt. DOB 28 Sep 1969; nationality Burma; Gender Male; Registration Number 12/YAKANA(N)006981 (Burma) (individual) [BURMA-EO14014].

MYINT, Aung Moe (a.k.a. MYINT, Aung; a.k.a. MYINT, Aung Mo), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; DOB 09 Jun 1971; alt. DOB 28 Sep 1969; nationality Burma; Gender Male; Registration Number 12/YAKANA(N)006981 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Aung Mar (a.k.a. MYINT, Aung Mar), Naypyitaw, Burma; DOB 25 Oct 1964; nationality Burma; Gender Female; National ID No. 12DAGANAN018846 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Khaing Moe (a.k.a. MYINT, Khaing Moe; a.k.a. MYINT, Ma Khaing Moe), Burma; DOB 23 Apr 2001; nationality Burma; Gender Female; National ID No. 9PAMANAN275475 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Ohn Mar (a.k.a. MYINT, Daw Ohnmar; a.k.a. MYINT, Ohn Mar), Burma; DOB 19 Nov 1967; nationality Burma; Gender Female; National ID No. 10THAHTANAN013008 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Ohnmar (a.k.a. MYINT, Daw Ohn Mar; a.k.a. MYINT, Ohn Mar), Burma; DOB 19 Nov 1967; nationality Burma; Gender Female; National ID No. 10THAHTANAN013008 (Burma) (individual) [BURMA-EO14014].

MYINT, Daw Yadanar Moe (a.k.a. MYINT, Yadanar Moe), Naypyitaw, Burma; DOB 16 May 1994; nationality Burma; Gender Female; National ID No. 9PAMANAN259746 (Burma) (individual) [BURMA-EO14014].

MYINT, Htun Aung (a.k.a. MYINT, Saw Htun Aung; a.k.a. MYINT, Saw Tun Aung; a.k.a. MYINT, Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Khaing Moe (a.k.a. MYINT, Daw Khaing Moe; a.k.a. MYINT, Ma Khaing Moe), Burma; DOB 23 Apr 2001; nationality Burma; Gender Female; National ID No. 9PAMANAN275475 (Burma) (individual) [BURMA-EO14014].

MYINT, Li (a.k.a. HSING, Su; a.k.a. "SU HSING"; a.k.a. "U LI MYINT"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

MYINT, Ma Khaing Moe (a.k.a. MYINT, Daw Khaing Moe; a.k.a. MYINT, Khaing Moe), Burma; DOB 23 Apr 2001; nationality Burma; Gender Female; National ID No. 9PAMANAN275475 (Burma) (individual) [BURMA-EO14014].

MYINT, Ohn Mar (a.k.a. MYINT, Daw Ohn Mar; a.k.a. MYINT, Daw Ohnmar), Burma; DOB 19 Nov 1967; nationality Burma; Gender Female; National ID No. 10THAHTANAN013008 (Burma) (individual) [BURMA-EO14014].

MYINT, Saw Htun Aung (a.k.a. MYINT, Htun Aung; a.k.a. MYINT, Saw Tun Aung; a.k.a. MYINT, Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942;

citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Saw Tun Aung (a.k.a. MYINT, Htun Aung; a.k.a. MYINT, Saw Htun Aung; a.k.a. MYINT, Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Tun Aung (a.k.a. MYINT, Htun Aung; a.k.a. MYINT, Saw Htun Aung; a.k.a. MYINT, Saw Tun Aung), Number (632), Gagyi/16, Arzarni Road, Number (4) Lanmason, Quarter (5), Shwepyithar Township, Rangoon, Burma; DOB 16 Feb 1942; alt. DOB 19 Feb 1942; citizen Burma; Gender Male; Union Minister of Ethnic Affairs (individual) [BURMA-EO14014].

MYINT, Yadanar Moe (a.k.a. MYINT, Daw Yadanar Moe), Naypyitaw, Burma; DOB 16 May 1994; nationality Burma; Gender Female; National ID No. 9PAMANAN259746 (Burma) (individual) [BURMA-EO14014].

MYOHYANG SHIPPING CO, Kumsong 3-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5988369 [DPRK4].

MYTISHCHI INSTRUMENT ENGINEERING PLANT (a.k.a. LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT; a.k.a. MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "MIEP LLC"), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions

risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MYTISHCHI RESEARCH INSTITUTE FOR RF MEASUREMENT INSTRUMENTS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE MNIIRIP; a.k.a. MITISHINSKIY SCIENTIFIC RESEARCH INSTITUTE OF RADIO MEASURING INSTRUMENTS), ul Kolpakova, 2A / lit B1, 3 etazh Kabinet 86,87, Mytishchi, Moskovskaya 141002, Russia; Tax ID No. 5029008940 (Russia); Registration Number 1035005501629 (Russia) [RUSSIA-EO14024].

MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT; a.k.a. MYTISHCHI INSTRUMENT ENGINEERING PLANT; a.k.a. "MIEP LLC"), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

MZ ARSENAL OAO (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL PAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration

Number 1027802490540 (Russia) [RUSSIA-EO14024].

MZ ARSENAL PAO (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

MZ TONAR (a.k.a. LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR; a.k.a. OOO MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration Number 1025007458200 (Russia) [RUSSIA-EO14024].

MZENSKPROKAT (a.k.a. MTSENSKPROKAT; a.k.a. MTSENSKPROKAT OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT), Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

MZIK OAO (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

MZOUDI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MAZWATI, Abdelghani), Op

de Wisch 15, Hamburg 21149, Germany; Marienstrasse 54, Hamburg, Germany; DOB 06 Dec 1972; POB Marrakech, Morocco; citizen Morocco; Passport M271392 (Morocco) issued 04 Dec 2000; alt. Passport F 879567 (Morocco) issued 29 Apr 1992; Moroccan Personal ID No. E 427689 (Morocco) issued 20 Mar 2001 (individual) [SDGT].

N P C INTERNATIONAL LTD (a.k.a. NPC INTERNATIONAL; a.k.a. NPC INTERNATIONAL COMPANY; a.k.a. NPC INTERNATIONAL LIMITED), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1 H0NB, United Kingdom; Website www.npic.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

N.A.Z. TECHNOLOGY (a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

N.I.T.C. REPRESENTATIVE OFFICE (a.k.a. NATIONAL IRANIAN TANKER COMPANY), Droogdokweg 71, Rotterdam 3089 JN, Netherlands; Email Address nitcrdam@tiscali.net; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +31 010-4951863; Telephone +31 10-4360037; Fax +31 10-4364096 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

N.P.T.T. DONA-SHELL (a.k.a. DONASHELL; a.k.a. DONNA SHELL), Pec, Kosovo; Company Number 80386621 (Kosovo) [SDNTK].

NA AVIATION AND TECHNICAL TRADE LIMITED COMPANY (a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED; a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED SIRKETI), Ic Kapi No. 11 Gazi Bul. No. 461, Goksu Mah. Kepez, Antalya, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Registration Number 121044 (Turkey) [RUSSIA-EO14024].

NA HAVACILIK VE TEKNIK TICARET LIMITED (a.k.a. NA AVIATION AND TECHNICAL TRADE LIMITED COMPANY; a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED SIRKETI), Ic Kapi No. 11 Gazi Bul. No. 461, Goksu Mah. Kepez, Antalya, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Registration Number 121044 (Turkey) [RUSSIA-EO14024].

NA HAVACILIK VE TEKNIK TICARET LIMITED SIRKETI (a.k.a. NA AVIATION AND TECHNICAL TRADE LIMITED COMPANY; a.k.a. NA HAVACILIK VE TEKNIK TICARET LIMITED), Ic Kapi No. 11 Gazi Bul. No. 461, Goksu Mah. Kepez, Antalya, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Registration Number 121044 (Turkey) [RUSSIA-EO14024].

NA TCHUTE, Jose Americo Bubo (a.k.a. NA TCHUTO, Jose Americo Bubo); DOB 12 Jun 1952; POB Catio, Guinea-Bissau; nationality Guinea-Bissau; Passport DA0002521 (Guinea-Bissau); alt. Passport DA0000780 (Guinea-Bissau); National ID No. 112248 (Guinea-Bissau); Rear Admiral, former Navy Chief of Staff of Guinea-Bissau (individual) [SDNTK].

NA TCHUTO, Jose Americo Bubo (a.k.a. NA TCHUTE, Jose Americo Bubo); DOB 12 Jun 1952; POB Catio, Guinea-Bissau; nationality Guinea-Bissau; Passport DA0002521 (Guinea-Bissau); alt. Passport DA0000780 (Guinea-Bissau); National ID No. 112248 (Guinea-Bissau); Rear Admiral, former Navy Chief of Staff of Guinea-Bissau (individual) [SDNTK].

NAAB KIMYA DIS TICARET LIMITED SIRKETI, Suadiye Mah, Yazanlar Sk, Petek Apt No: 17/6 Kadikoy, Istanbul, Turkey; Organization Established Date 11 Feb 2021; Istanbul Chamber of Comm. No. 1327595 (Turkey); Registration Number 337248-5 (Turkey); Central Registration System Number 0627-1308-2740-0001 (Turkey) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NAAJI, Ali Ahmed (a.k.a. HAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

NAARIN SEPEHR MOBIN ISATIS (a.k.a. NARIN SEPEHR MOBIN ISATIS (Arabic: نارین سپهر مبین ایساتیس); a.k.a. PISHTAZAN SANAT PARVAZ SADRA CO. LLC (Arabic: شرکت پیشتازان صنعت پرواز صدرا بامسئولیت محدود)), Tehran Pars, Shahid Mahmoudreza Okhovat (123) St, Shahid Ghasem Soleymani Highway, No. 48, 4th Floor, Unit 14, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 2018; National ID No. 14007740232 (Iran); Business Registration Number 529177 (Iran) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

NABAH LTD, 7-10 Chandos Street, London W1G 9DQ, United Kingdom; Company Number 12146985 (United Kingdom) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

NABAKO MONEY EXCHANGE AND TRANSFERS (a.k.a. NABAKO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شرکة نابکو للصرافة والتحویلات المالیة); a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABCO MONEY EXCHANGE & REMITTANCE CO. (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شرکة نابکو للصرافة والتحویلات المالیة); a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شرکة نابکو للصرافة والتحویلات المالیة) (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABI ZADEH EXCHANGE (a.k.a. KAMBIZ NABIZADEH AND PARTNERS EXCHANGE (Arabic: شرکاف صرافی کامبیزنبی زاده و شرکاء; a.k.a. SARAFI KAMBIZ NABIZADEH VA SHORAKA), No. 3, First Floor, End of Yeganeh Street, End of Sonbol Street, Shahid Doctor Lavanasi Boulevard, Hesar-e Buali, Tairish, Central District, Shemiranat County, Tehran, Tehran Province 1954657114, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Jan 2017; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 14006486022 (Iran); Business Registration Number 504036 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NABI, Kamalden Ghulam (a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADA, Kamaluddin Gulam; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan;

alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABI, Kamaluddin Gulam (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADA, Kamaluddin Gulam; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABI, Mohammed Fadl Abdul (a.k.a. AL-NABI, Muhammad Fadl Abd), Yemen; DOB 01 Jan 1952; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

NABICO EXCHANGE (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABIL AL-HAZA' COMPANY; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABIL AL-HAZA' COMPANY (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABICO EXCHANGE; a.k.a. "NABCO COMPANY"), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

NABIL CHOUMAN & CO (a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

NABIL CHOUMAN AND CO (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding

activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

NABIULLINA, Elvira Sakhipzadovna (Cyrillic: НАБИУЛЛИНА, Эльвира Сахипзадовна), Moscow, Russia; DOB 29 Oct 1963; POB Ufa, Bashkortostan Republic, Russia; nationality Russia; Gender Female; Governor of the Central Bank of the Russian Federation (individual) [RUSSIA-EO14024].

NABIZADA, Kamal (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamaluddin Gulam; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABIZADA, Kamaluddin Gulam (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADAH, Kamaluddin), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABIZADAH, Kamaluddin (a.k.a. NABI, Kamalden Ghulam; a.k.a. NABI, Kamaluddin Gulam; a.k.a. NABIZADA, Kamal; a.k.a. NABIZADA, Kamaluddin Gulam), Afghanistan; Prospect Mira, Moscow, 129110, Russia; DOB 27 Nov 1957; POB Mazare Sharif, Afghanistan; alt. POB Balkh Province, Afghanistan; nationality Afghanistan; alt. nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NABOKOV, Iurii Aleksandrovich (a.k.a. NABOKOV, Yuri Alexandrovich; a.k.a. NABOKOV, Yury), Russia; DOB 01 Jan 1981; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation

economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 780211914500 (Russia) (individual) [RUSSIA-EO14024].

NABOKOV, Yuri Alexandrovich (a.k.a. NABOKOV, Iurii Aleksandrovich; a.k.a. NABOKOV, Yury), Russia; DOB 01 Jan 1981; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 780211914500 (Russia) (individual) [RUSSIA-EO14024].

NABOKOV, Yury (a.k.a. NABOKOV, Iurii Aleksandrovich; a.k.a. NABOKOV, Yuri Alexandrovich), Russia; DOB 01 Jan 1981; POB Donetsk, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 780211914500 (Russia) (individual) [RUSSIA-EO14024].

NABULEAKS, Ukraine; Website nabu-leaks.com; alt. Website nabu-leaks.org; alt. Website nabu-leaks.info; alt. Website nabu-leaks.net; Email Address democorruption2020@gmail.com; alt. Email Address nabu.leaks@gmail.com [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

NACER AGENCIA PANAMERICANA DE DIVISAS Y CENTRO CAMBIARIO, S.A. DE C.V., Avenida Naciones Unidas 5428 Int. 2, Col. Jardines Universidad, Zapopan, Jalisco 45110, Mexico; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; R.F.C. NAP1110251B4 (Mexico) [ILLICIT-DRUGS-EO14059].

NACHAR, Ali (a.k.a. NACHAR, Ali Moussa (Arabic: نشار موسى على); a.k.a. NACHEIR, Ali Moussa; a.k.a. NACHER, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number

000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHAR, Ali Moussa (Arabic: نشار موسى على) (a.k.a. NACHAR, Ali; a.k.a. NACHEIR, Ali Moussa; a.k.a. NACHER, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHAR, Hussein (a.k.a. NACHAR, Hussein Moussa), Des Cataractes 3329, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 04 Jul 1966; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 505120217 (United Kingdom) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHAR, Hussein Moussa (a.k.a. NACHAR, Hussein), Des Cataractes 3329, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 04 Jul 1966; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 505120217 (United Kingdom) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHEIR, Ali Moussa (a.k.a. NACHAR, Ali; a.k.a. NACHAR, Ali Moussa (Arabic: موسى على نشار); a.k.a. NACHER, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACHER, Ali Moussa (a.k.a. NACHAR, Ali; a.k.a. NACHAR, Ali Moussa (Arabic: نشار موسى على); a.k.a. NACHEIR, Ali Moussa; a.k.a. NASHAR, 'Ali Musa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA (a.k.a. MASSANDRA NATIONAL INDUSTRIAL

AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str. h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

NADEEM, Faisal (a.k.a. NADIM, Faisal), Sanghar, Pakistan; DOB 03 May 1970; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NADERIAN, Ahmad (Arabic: نادریان احمد), Iran; DOB 21 Jul 1967; POB Zabol, Sistan and Baluchistan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5339852334 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NADIM, Faisal (a.k.a. NADEEM, Faisal), Sanghar, Pakistan; DOB 03 May 1970; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NAEEM, Muhammad (a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAEEM, Sheikh"; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NAEEM, Umair (a.k.a. SHEIKH, Umair Naeem), 112 Ahmed Block, New Garden Town, Lahore, Pakistan; DOB 19 Sep 1980; POB Lahore, Pakistan; citizen Pakistan; Passport AQ5192272 (Pakistan) expires 28 Jul 2012; National ID No. 35202-7366227-7 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-

TAYYIBA; Linked To: ABDUL HAMEED SHAHAB-UD-DIN).

NAEGU'NGANG TRADING COMPANY (a.k.a. HAEGU'MGANG TRADING COMPANY; a.k.a. KOREA HAEGUMGANG TRADING CORPORATION; a.k.a. KOREA RIMYONGSU TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

NAFCHI, Mohsen Raeesi (a.k.a. NAFTCHI, Mohsen Raeesi), Iran; DOB 16 Feb 1988; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P18702755 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAFRIEH, Edman, Iran; DOB 24 Apr 1980; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H13722880 (Iran); alt. Passport RE0061544 (Saint Kitts and Nevis) expires 09 Jul 2027 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAFT IRAN INTERTRADE COMPANY LTD (a.k.a. NAFTIRAN INTERTRADE CO. (NICO) LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY (NICO); a.k.a. NAFTIRAN INTERTRADE COMPANY LTD; a.k.a. NICO), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره شرکت فارس سهامی خاص (خالیج فارس (a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت سیتاره خالیج فارس); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY; a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran;

13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoic.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

NAFTAN (a.k.a. NAFTAN OAO; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PRODUCTION ASSOCIATION; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus, 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN OAO (a.k.a. NAFTAN; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PRODUCTION ASSOCIATION; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus, 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN OJSC (a.k.a. NAFTAN; a.k.a. NAFTAN OAO; f.k.a. NAFTAN PRODUCTION ASSOCIATION; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus, 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN PRODUCTION ASSOCIATION (a.k.a. NAFTAN; a.k.a. NAFTAN OAO; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PROIZVODSTVENNOYE OBYEDINENYE), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTAN PROIZVODSTVENNOYE OBYEDINENYE (a.k.a. NAFTAN; a.k.a. NAFTAN OAO; a.k.a. NAFTAN OJSC; f.k.a. NAFTAN PRODUCTION ASSOCIATION), Industrial Area, Novopolotsk-1, 211440, Vitebsk Region, Belarus; 21140, Novopolotsk, Vitebsk region, Belarus; 211440, Novopolotsk, Vitebskaya Oblast, Belarus [BELARUS].

NAFTCHI, Mohsen Raeesi (a.k.a. NAFCHI, Mohsen Raeesi), Iran; DOB 16 Feb 1988; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P18702755 (Iran) (individual) [IRAN-HR] (Linked To:

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAFTIRAN INTERTRADE CO. (NICO) LIMITED (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE COMPANY (NICO); a.k.a. NAFTIRAN INTERTRADE COMPANY LTD; a.k.a. NICO), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFTIRAN INTERTRADE CO. (NICO) SARL (a.k.a. NICO), 6, Avenue de la Tour-Haldimand, Pully, VD 1009, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

NAFTIRAN INTERTRADE COMPANY (NICO) (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE CO. (NICO) LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY LTD; a.k.a. NICO), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFTIRAN INTERTRADE COMPANY LTD (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE CO. (NICO) LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY (NICO); a.k.a. NICO), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NAFTIRAN TRADING SERVICES CO. (NTS) LIMITED, 47 Queen Anne Street, London W1G 9JG, United Kingdom; 6th Floor NIOC Ho, 4 Victoria St, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02600121 (United Kingdom); all offices worldwide [IRAN].

NAGARAJAN, Sundar (a.k.a. KASIVISWANATHAN NAGA, Nagarajan Sundar Poongulam), 32 Westlands Close, Hayes UB3 4PY, United Kingdom; Sint-Theresiastraat 33, Antwerp 2600, Belgium; DOB 27 Aug 1957; POB Madurai-Tamilnadu, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z1871965 (India) expires 04 Feb 2019; Residency Number 114078810 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

NAGASH, Tewaled Holde (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NAGESH, Tewaled Holde (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NAGHAM AL HAYAT (a.k.a. NAGHAM AL HAYAT LTD.), Building 25, al-Bahdaliyah, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 10822 (Syria) issued 26 Jun 2016 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NAGHAM AL HAYAT LTD. (a.k.a. NAGHAM AL HAYAT), Building 25, al-Bahdaliyah, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 10822 (Syria) issued 26 Jun 2016 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NAGHDI, Mohammad Reza (a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza;

a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAGHDI, Mohammedreza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAGHMEH COMPANY (a.k.a. NAGHMEH FZE), United Arab Emirates [NPWMD] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NAGHMEH FZE (a.k.a. NAGHMEH COMPANY), United Arab Emirates [NPWMD] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NAGHNEH, Mehdi Ghaffari (a.k.a. NAQNAH, Mahdi Ghaffari), Shar-e Kord, Iran; DOB 01 Mar 1991; POB Borujen, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4640070391 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAGIBIN, Anton Aleksandrovich, Russia; DOB 20 May 1985; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 712413714 (Russia)

(individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

NAGOVITSYN, Vyacheslav Vladimirovich (Cyrillic: НАГОВИЦЫН, Вячеслав Владимирович), Russia; DOB 02 Mar 1956; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAHAR DANI, Ali Reza (a.k.a. NAHAR DANI, Reza), Tehran, Iran; DOB 11 Jun 1986; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0082970165 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAHAR DANI, Reza (a.k.a. NAHAR DANI, Ali Reza), Tehran, Iran; DOB 11 Jun 1986; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0082970165 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAHLA, Zuhair Subhi (Arabic: زهير صبحي نحلة) (a.k.a. NAHLAH, Zuhayr Subi; a.k.a. NAHLI, Zouher), Nabatiyeh, Lebanon; DOB 18 Nov 1967; POB Dakar, Senegal; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 429658 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NAHLAH, Zuhayr Subi (a.k.a. NAHLA, Zuhair Subhi (Arabic: زهير صبحي نحلة); a.k.a. NAHLI, Zouher), Nabatiyeh, Lebanon; DOB 18 Nov 1967; POB Dakar, Senegal; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 429658 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NAHLI, Zouher (a.k.a. NAHLA, Zuhair Subhi (Arabic: زهير صبحي نحلة); a.k.a. NAHLAH, Zuhayr Subi), Nabatiyeh, Lebanon; DOB 18 Nov 1967; POB Dakar, Senegal; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 429658 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NAI ENERGY EUROPE GMBH & CO. KG (a.k.a. NAI ENERGY EUROPE GMBH AND CO. KG), Robert-Bosch-Str 20, Darmstadt 64293, Germany; Organization Established Date 28 Jun 2021; Registration Number HRA 86913 (Darmstadt) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI ENERGY EUROPE GMBH AND CO. KG (a.k.a. NAI ENERGY EUROPE GMBH & CO. KG), Robert-Bosch-Str 20, Darmstadt 64293, Germany; Organization Established Date 28 Jun 2021; Registration Number HRA 86913 (Darmstadt) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI ENERGY EUROPE VERWALTUNGS GMBH, Robert-Bosch-Str 20, Darmstadt 64293, Germany; Organization Established Date 01 Aug 2019; Registration Number HRB 101597 (Darmstadt) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI EUROPE ENERGY GMBH & CO. KG (a.k.a. ENVIGO GMBH & CO. KG; a.k.a. ENVIGO GMBH AND CO. KG; a.k.a. NAI EUROPE ENERGY GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI EUROPE ENERGY GMBH AND CO. KG (a.k.a. ENVIGO GMBH & CO. KG; a.k.a. ENVIGO GMBH AND CO. KG; a.k.a. NAI EUROPE ENERGY GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI LOGISTICS B.V. (Arabic: ناي لوجيستيكس بى . في), 151 Kingsfordweg, Amsterdam 1043 GR, Netherlands; P1-ELOB Office No. E2-108F-36, Hamriyah Free Zone, Sharjah, United Arab Emirates; E LOB Office No. E-94F-35, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 28

Mar 2014; V.A.T. Number NL853868670B01 (Netherlands); Trade License No. 13585 (United Arab Emirates); Business Registration Number 60346515 (Netherlands); Economic Register Number (CBLS) 11579456 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI LOGISTICS LIMITED, Floor No: 1, Mpoumpoulinas 11, Nicosia 1060, Cyprus; Organization Established Date 19 Jan 2016; Company Number HE 351352 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAI MANAGEMENT GMBH (a.k.a. ENVIGO VERWALTUNGS GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 25 Nov 2022; Registration Number HRB 788478 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

NAIDENKO, Aleksey (a.k.a. NAYDENKO, Aleksey Alekseevich (Cyrillic: НАЙДЕНКО, Алексей Алексеевич); a.k.a. NAYDENKO, Oleksii Oleksiyovych (Cyrillic: НАЙДЕНКО, Олексій Олексійович)); DOB 02 Jun 1980; POB Donetsk, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAIF, Mutaaz Numan 'Abd (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAYIF, Mutaz Muaman Abed; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

NAIK, Khalid (a.k.a. WALEED, Khalid; a.k.a. WALID, Hafiz Khalid); DOB 25 Oct 1974; alt. DOB 1971; POB Lahore, Pakistan; citizen Pakistan; Passport AA9967331 (Pakistan) issued 03 Jun 2006 expires 02 Jun 2011; National ID No. 3410104067339 (Pakistan) (individual) [SDGT].

NAIL, Taleb (a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria (individual) [SDGT].

NAIL, Tayeb (a.k.a. NAIL, Taleb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria (individual) [SDGT].

NAIM, Bahrun (a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NAING, Chit (a.k.a. HLAING, Chit; a.k.a. HLAING, U Chit; a.k.a. NAING, U Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

NAING, Tun Tun (a.k.a. NAUNG, Htun Htun; a.k.a. NAUNG, Tun Tun), Burma; DOB 30 Apr 1963; nationality Burma; citizen Burma; Gender Male; Union Minister of Border Affairs (individual) [BURMA-EO14014].

NAING, U Chit (a.k.a. HLAING, Chit; a.k.a. HLAING, U Chit; a.k.a. NAING, Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

NAJA (a.k.a. IRANIAN POLICE; a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [SYRIA] [IRAN-HR] [HRIT-IR].

NAJA SPECIAL UNITS (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJAFI, Aboutaleb (a.k.a. NAJAFI, Nasser; a.k.a. NAJAFI, Seyed Abotaleb (Arabic: سید ابوطالب نجفی)), Iran; DOB 25 Sep 1956; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2063167788 (Iran) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

NAJAFI, Ali Habibi (a.k.a. HABIBI, Ali), Tehran, Iran; DOB 25 Dec 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0060598298 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ASEMAN PISHRANEH CO. LTD).

NAJAFI, Mehdi (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi; a.k.a. MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar; a.k.a. NAJAFI, Seyed Mehdi Mojtahed), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

NAJAFI, Nasser (a.k.a. NAJAFI, Aboutaleb; a.k.a. NAJAFI, Seyed Abotaleb (Arabic: سید ابوطالب نجفی), Iran; DOB 25 Sep 1956; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2063167788 (Iran) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

NAJAFI, Seyed Abotaleb (Arabic: سید ابوطالب نجفی) (a.k.a. NAJAFI, Aboutaleb; a.k.a. NAJAFI, Nasser), Iran; DOB 25 Sep 1956; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2063167788 (Iran) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

NAJAFI, Seyed Mehdi Mojtahed (a.k.a. MOJTAHEDNAJAFI, Seyedmehdi; a.k.a. MOJTAHEDNAJAFI, Seyedmehdi Miraliasghar; a.k.a. NAJAFI, Mehdi), No. 1-30th Bld# 2nd, Shahrak Farhangian Sheykh Fazlollah Nour, Tehran 1464873861, Iran; DOB 21 Sep 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I15597905 (Iran); National ID No. 0054385946 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

NAJAFIANPOUR, Amer (a.k.a. NAJAFIANPUR, Amer (Arabic: عامر نجفیان پور), Tehran, Iran; DOB 23 Sep 1975; POB Varamin, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0410833738

(Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

NAJAFIANPUR, Amer (Arabic: عامر نجفیان پور) (a.k.a. NAJAFIANPOUR, Amer), Tehran, Iran; DOB 23 Sep 1975; POB Varamin, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0410833738 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

NAJAFPUR, Behnam (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Sa'id; a.k.a. "DADR, Behnam"; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAJAFPUR, Sa'id (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Behnam; a.k.a. "DADR, Behnam"; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAJEE TECHNOLOGY HOOSHMAND FATER LLC (Arabic: شرکت ناجی تکنولوژی هوشمند فاطر) (a.k.a. NAJI TECHNOLOGY HOOSHMAND FATIR), Ground Floor, Unit 1, No. 11, Paradise Building, Block 3, Ghae'm Street, Shahid Mohammadreza Ahmadi Sharif Cul-de-Sac, Karaj County, Central District, Rajaee City, Phase 3, Karaj, Alborz Province 3146815441, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 14008335397 (Iran); Registration ID 36157 (Iran) [IRGC] [IFSR] [CYBER2].

NAJEEB, Atef (a.k.a. NAJIB, Atef; a.k.a. NAJIB, Atif), Syria; DOB 1960; POB Jablah, Syria; nationality Syria; Gender Male; Former head of the Syrian Political Security Directorate for Dar'a Province (individual) [SYRIA].

NAJERA TALAMANTES, Sigifredo, Dionicio Carreon 228, Colonia Alianza, Nuevo Laredo, Tamaulipas, Mexico; Monterrey, Nuevo Leon, Mexico; Coahuila, Mexico; DOB 31 Aug 1980; POB Delicias, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین) (a.k.a. NAJI PARS AMIN NON-

COMMERCIAL INSTITUTE; a.k.a. NAJI PARS INSTITUTE; a.k.a. "NAPA"), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PARS AMIN NON-COMMERCIAL INSTITUTE (a.k.a. NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین); a.k.a. NAJI PARS INSTITUTE; a.k.a. "NAPA"), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PARS INSTITUTE (a.k.a. NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجی پارس امین); a.k.a. NAJI PARS AMIN NON-COMMERCIAL INSTITUTE; a.k.a. "NAPA"), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf

Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PAS (a.k.a. NAJI PAS COMPANY (Arabic: شركت ناجى پاس)), First Floor, No. 1, Mahshahr Street, Borna Alley, Neighborhood Iranshahr, Central District, Tehran, Tehran Province 1584733111, Iran; 2nd Floor, Mehgran Building No. 13, Nelson Mandela Blvd, Western Taban Street, Valiasr Street, District 6, Tehran, Tehran Province 1968946355, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Dec 2003; National ID No. 10102553397 (Iran); Registration Number 213935 (Iran); alt. Registration Number 411366178356 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI PAS COMPANY (Arabic: شركت ناجى پاس) (a.k.a. NAJI PAS), First Floor, No. 1, Mahshahr Street, Borna Alley, Neighborhood Iranshahr, Central District, Tehran, Tehran Province 1584733111, Iran; 2nd Floor, Mehgran Building No. 13, Nelson Mandela Blvd, Western Taban Street, Valiasr Street, District 6, Tehran, Tehran Province 1968946355, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Dec 2003; National ID No. 10102553397 (Iran); Registration Number 213935 (Iran); alt. Registration Number 411366178356 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NAJI TECHNOLOGY HOOSHMAND FATIR (a.k.a. NAJEE TECHNOLOGY HOOSHMAND FATER LLC (Arabic: شرکت ناجى تکنولوژى هوشمند فاطر، شرکت با مسئولیت محدود)), Ground Floor, Unit 1, No. 11, Paradise Building, Block 3, Ghae'm Street, Shahid Mohammadreza Ahmadi Sharif Cul-de-Sac, Karaj County, Central District, Rajaee City, Phase 3, Karaj, Alborz Province 3146815441, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Other information technology and computer service activities; Target Type Private Company;

National ID No. 14008335397 (Iran); Registration ID 36157 (Iran) [IRGC] [IFSR] [CYBER2].

NAJI, Ali Ahmed (a.k.a. HAJI, Ali Ahmed; a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

NAJI, Cali Axmed (a.k.a. HAJI, Ali Ahmed; a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

NAJI, Talal Muhammad Rashid; DOB 1930; POB Al Nasiria, Palestine; Principal Deputy of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (individual) [SDGT].

NAJIB, Ahmad, Syria; DOB 04 Oct 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NAJIB, Atef (a.k.a. NAJEEB, Atef; a.k.a. NAJIB, Atif), Syria; DOB 1960; POB Jablah, Syria; nationality Syria; Gender Male; Former head of the Syrian Political Security Directorate for Dar'a Province (individual) [SYRIA].

NAJIB, Atif (a.k.a. NAJEEB, Atef; a.k.a. NAJIB, Atef), Syria; DOB 1960; POB Jablah, Syria; nationality Syria; Gender Male; Former head of the Syrian Political Security Directorate for Dar'a Province (individual) [SYRIA].

NAJJAR, Mostafa Mohammad; DOB 1956; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of the Interior; Deputy Commander-in-Chief of the Armed Forces for Law Enforcement (individual) [IRAN-HR].

NAJJAR, Muhammad Amin, Syria; DOB 08 Nov 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NAJJAR, Wafa', Syria; DOB 01 May 1953; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NAJMUDDIN, Faraj Ahmad (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT].

NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC

COMMITTEE; a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСІ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NALETILIC, Mladen; DOB 01 Dec 1946; POB Listica, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

NALHERBE, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

NAM CHON GANG CORPORATION (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAM NAM GENERAL CORPORATION (a.k.a. KOREA SOUTH-SOUTH COOPERATION CORPORATION; a.k.a. NAM-NAM (SOUTH-SOUTH) COOPERATIVE GENERAL

COMPANY), Central District, Pyongyang, Korea, North; China; Russia; Poland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NAMAN, Saalim (a.k.a. NAMAN, Sam), P.O. Box 39, Fletchamstead Highway, Coventry, United Kingdom; Iraq; Amman, Jordan; 5903 Harper Road, Solon, OH, United States; 3343 Woodview Lake Road, West Bloomfield, MI 48323, MI 48323, United States (individual) [IRAQ2].

NAMAN, Sam (a.k.a. NAMAN, Saalim), P.O. Box 39, Fletchamstead Highway, Coventry, United Kingdom; Iraq; Amman, Jordan; 5903 Harper Road, Solon, OH, United States; 3343 Woodview Lake Road, West Bloomfield, MI 48323, MI 48323, United States (individual) [IRAQ2].

NAM-AVARAN-E POUYA CONTROL (a.k.a. POUYA CONTROL; a.k.a. TEJERAT GOSTAR NIKAN IRANIAN COMPANY), No. 2, Sharif Alley, Before Yakchal St., After Golhak St., Shariati St., Tehran, Iran; No. 2, Sharif Street, Golhak, Shariati Street, Tehran, Iran; Website www.pouyacontrol.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAMCHONGANG TRADING (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAMCHONGANG TRADING CORPORATION (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District,

Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAMGANG CONSTRUCTION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NAMHUNG (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NAM-NAM (SOUTH-SOUTH) COOPERATIVE GENERAL COMPANY (a.k.a. KOREA SOUTH-SOUTH COOPERATION CORPORATION; a.k.a. NAM NAM GENERAL CORPORATION), Central District, Pyongyang, Korea, North; China; Russia; Poland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NAN, Khat Htein (a.k.a. NAN, Khet Htein; a.k.a. NAN, U Khet Htein), Burma; DOB 01 Apr 1959; POB Mogaung, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKANAN069429 (Burma); Kachin State Chief Minister (individual) [BURMA-EO14014].

NAN, Khet Htein (a.k.a. NAN, Khat Htein; a.k.a. NAN, U Khet Htein), Burma; DOB 01 Apr 1959; POB Mogaung, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKANAN069429 (Burma); Kachin State Chief Minister (individual) [BURMA-EO14014].

NAN, U Khet Htein (a.k.a. NAN, Khat Htein; a.k.a. NAN, Khet Htein), Burma; DOB 01 Apr 1959;

POB Mogaung, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKANAN069429 (Burma); Kachin State Chief Minister (individual) [BURMA-EO14014].

NANDO, James (a.k.a. MARK, James Nando; a.k.a. NANDO, James Marko), Juba, South Sudan; Yambio, South Sudan; Congo, Democratic Republic of the; DOB 1970 to 1972; POB Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

NANDO, James Marko (a.k.a. MARK, James Nando; a.k.a. NANDO, James), Juba, South Sudan; Yambio, South Sudan; Congo, Democratic Republic of the; DOB 1970 to 1972; POB Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

NANGAA, Corneille Yobeluo (a.k.a. YOBELUO, Corneille Nangaa), 36 Q Solongo Blvd, Biangala, Lemba, Kinshasa, Congo, Democratic Republic of the; DOB 09 Jul 1970; POB Bagboya, Congo, Democratic Republic of the; Gender Male; Passport DP0003850 (Congo, Democratic Republic of the) issued 20 Nov 2017 expires 19 Nov 2022; alt. Passport DP0000149 (Congo, Democratic Republic of the) issued 12 Jan 2016 expires 11 Jan 2021 (individual) [DRCONGO].

NANJING KAIKAI POLYURETHANE CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

NANJING KAIKAI TECHNOLOGY CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village,

Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kkaitaich@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

NANXIGU TECHNOLOGY CO., LIMITED (Chinese Traditional: 南溪穀科技有限公司), 223-06, 2/F Mega Cube, No. 8, Wang Kwong Road, Kowloon Bay, Hong Kong, China; Flat C, 23/F, Lucky Plaza, 315-321, Lockhart Road, Wan Chai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Mar 2017; Registration Number 2510730 (Hong Kong) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

NAPSO, Yuri Aisovich (Cyrillic: НАПСО, Юрий Аисович), Russia; DOB 17 Apr 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAQDI, Gholamreza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Gholam-reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance

Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Mohammad Reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Mohammad-Reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Muhammad; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQDI, Muhammad (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. SHAMS, Mohammad Reza), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization;

Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

NAQNAH, Mahdi Ghaffari (a.k.a. NAGHNEH, Mehdi Ghaffari), Shar-e Kord, Iran; DOB 01 Mar 1991; POB Borujen, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4640070391 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAQSHABANDI ARMY (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

NAQSHBANDI ARMY (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

NARA WELFARE AND EDUCATION ASSOCIATION (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH

AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a.

RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa

Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

NARANJO ABAJO, S.A., Panama; RUC # 657-564-1462 (Panama); alt. RUC # 657-564-14620 (Panama) [SDNTK].

NARANJO, Carlos (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. AVENDANO, Mariano; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

NARENJESTAN HOTEL AND BUILDING DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

NARI SHIPPING AND CHARTERING GMBH & CO. KG (a.k.a. NARI SHIPPING AND CHARTERING GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102485 [IRAN].

NARI SHIPPING AND CHARTERING GMBH AND CO. KG (a.k.a. NARI SHIPPING AND CHARTERING GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102485 [IRAN].

NARIA GENERAL TRADING LLC, Office 503, Centurion Star Building B, Al Etihad Road, Port Saeed, Dubai, United Arab Emirates; P.O. Box 185331, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 751444 (United Arab

OFFICE OF FOREIGN ASSETS CONTROL

Emirates) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

NARIN SEPEHR MOBIN ISATIS (Arabic: نارين سپهر مبین ایساتیس) (a.k.a. NAARIN SEPEHR MOBIN ISATIS; a.k.a. PISHTAZAN SANAT PARVAZ SADRA CO. LLC (Arabic: شرکت (پیشتازان صنعت پرواز صدرا بامسئولیت محدود)), Tehran Pars, Shahid Mahmoudreza Okhovat (123) St, Shahid Ghasem Soleymani Highway, No. 48, 4th Floor, Unit 14, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 2018; National ID No. 14007740232 (Iran); Business Registration Number 529177 (Iran) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

NAROLIN, Alexander Vladimirovich (Cyrillic: НАРОЛИН, Александр Владимирович), Russia; DOB 27 Jun 1972; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NARUSOVA, Lyudmila (a.k.a. NARUSOVA, Lyudmila Borisovna (Cyrillic: НАРУСОВА, Людмила Борисовна), Russia; DOB 02 May 1951; POB Bryansk, Russia; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NARUSOVA, Lyudmila Borisovna (Cyrillic: НАРУСОВА, Людмила Борисовна) (a.k.a. NARUSOVA, Lyudmila), Russia; DOB 02 May 1951; POB Bryansk, Russia; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NARVAEZ GONI, Juan Jesus; DOB 23 Feb 1961; POB Pamplona, Navarra Province, Spain; D.N.I. 15.841.101 (Spain); Member ETA (individual) [SDGT].

NARYSHKIN, Sergei (a.k.a. NARYSHKIN, Sergey Yevgenyevich (Cyrillic: НАРЫШКИН, Сергей Евгениевич), Moscow, Russia; DOB 27 Oct 1954; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NARYSHKIN, Sergey Yevgenyevich (Cyrillic: НАРЫШКИН, Сергей Евгениевич) (a.k.a. NARYSHKIN, Sergei), Moscow, Russia; DOB 27 Oct 1954; POB Saint Petersburg, Russia; nationality Russia; Gender Male; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NARZIEVA, Nasiba Erkinovna, Uzbekistan; DOB 30 Jun 1984; POB Tashkent, Uzbekistan; nationality Uzbekistan; Gender Female; Passport AA0124604 (Uzbekistan) issued 21 Jun 2016 expires 20 Jun 2022; alt. Passport FA0002578 (Uzbekistan) expires 14 Jan 2029; alt. Passport CA2609496 (Uzbekistan) issued 01 Jun 2009 expires 29 Jun 2029 (individual) [RUSSIA-EO14024] (Linked To: NASIRKHODJAEV, Shokhrukh Olimdjonovich).

NARZIEVA, Saodat Burxanovna, Uzbekistan; DOB 15 May 1965; POB Uzbekistan; nationality Uzbekistan; Gender Female; Passport AA1333009 (Uzbekistan) issued 08 May 2013 expires 07 May 2023 (individual) [RUSSIA-EO14024] (Linked To: NASIRKHODJAEV, Shokhrukh Olimdjonovich).

NASAB, Ali Reza Shafi'i (a.k.a. NASAB, Alireza Shafie (Arabic: علی رضا شفیعی نسب (a.k.a. SHAFI'INASAB, Alireza), Tehran, Iran; DOB 21 Feb 1985; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288452152 (Iran); Birth Certificate Number 5160 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NASAB, Alireza Shafie (Arabic: علی رضا شفیعی نسب) (a.k.a. NASAB, Ali Reza Shafi'i; a.k.a. SHAFI'INASAB, Alireza), Tehran, Iran; DOB 21 Feb 1985; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288452152 (Iran); Birth Certificate Number 5160 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NA'SANI, Jawdat, Syria; DOB 08 Jun 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NASAR, Muhammad Ijaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash;

a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NASCO POLYMERS & CHEMICALS (a.k.a. NASCO POLYMERS & CHEMICALS CO SAL (OFF-SHORE); a.k.a. NASCO POLYMERS AND CHEMICALS), 2nd Floor, Nasco Center, Unesco Street, Unesco Sector, Beirut, Lebanon; Postal Box 1800629, Beirut, Lebanon; 2nd Flr, Unesco Center, Verdun Street, Beirut, Lebanon; Website www.nascopolymers.com; Registration Number 1800629; International Maritime Organization No. (5777731) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

NASCO POLYMERS & CHEMICALS CO SAL (OFF-SHORE) (a.k.a. NASCO POLYMERS & CHEMICALS; a.k.a. NASCO POLYMERS AND CHEMICALS), 2nd Floor, Nasco Center, Unesco Street, Unesco Sector, Beirut, Lebanon; Postal Box 1800629, Beirut, Lebanon; 2nd Flr, Unesco Center, Verdun Street, Beirut, Lebanon; Website www.nascopolymers.com; Registration Number 1800629; International Maritime Organization No. (5777731) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

NASCO POLYMERS AND CHEMICALS (a.k.a. NASCO POLYMERS & CHEMICALS; a.k.a. NASCO POLYMERS & CHEMICALS CO SAL (OFF-SHORE)), 2nd Floor, Nasco Center, Unesco Street, Unesco Sector, Beirut, Lebanon; Postal Box 1800629, Beirut, Lebanon; 2nd Flr, Unesco Center, Verdun Street, Beirut, Lebanon; Website www.nascopolymers.com; Registration Number 1800629; International Maritime Organization No. (5777731) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

NASEEM BAHR KISH CJSC (a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAHR KISH; a.k.a. NASIM BAKHR KISH; a.k.a. ZAKRYTOE

AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASIM BAHR KISH; a.k.a. NASIM BAKHR KISH; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASEEM, Jinaau (a.k.a. NASEEN, Jinau; a.k.a. NASYM, Hasen), Hithadhoo, Addu City, Maldives; Raaspareege, Male, Maldives; DOB 08 Aug 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA29E1351 (Maldives) expires 07 Jul 2027; alt. Passport LA15E1477 (Maldives); National ID No. A384648 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NASEEN, Jinau (a.k.a. NASEEM, Jinaau; a.k.a. NASYM, Hasen), Hithadhoo, Addu City, Maldives; Raaspareege, Male, Maldives; DOB 08 Aug 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA29E1351 (Maldives) expires 07 Jul 2027; alt. Passport LA15E1477 (Maldives); National ID No.

A384648 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NASER ZADEH, Mohammad Reza (a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASIRZADE, Muhammed Reza; a.k.a. NASSER ZADEH, Mohammad Reza), Iran, DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASER, Wafiq (a.k.a. NASSEER, Wafiq; a.k.a. NASSER, Wafiq (Arabic: وفيق ناصر), Aleppo, Syria; DOB 10 Jul 1964; POB Jableh, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

NASERI, Mostafa (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammadreza; a.k.a. ANSARI, Mohammad-Reza), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NASERZADEH, Mohammadreza (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASIRZADE, Muhammed Reza; a.k.a. NASSER ZADEH, Mohammad Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده) (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASIRZADE, Muhammed Reza; a.k.a. NASSER ZADEH, Mohammad Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASHAR, 'Ali Musa (a.k.a. NACHAR, Ali; a.k.a. NACHAR, Ali Moussa (Arabic: علي موسى نشار); a.k.a. NACHEIR, Ali Moussa; a.k.a. NACHER, Ali Moussa), Lebanon; DOB 30 Jul 1967; POB Ivory Coast; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000049952325 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NASHVILLE HK LIMITED, Flat B, 5/F, Gaylord Commercial Building, 114-118 Lockhart Road, Hong Kong, China; Unit No. A222, 3F, Hang Fung Industrial Building, Phase 2, NO.2G Hok Yuen Street, Hunghom, KLN, Hong Kong, China; Organization Established Date 29 Dec 2020; C.R. No. 3005809 (Hong Kong); Business Registration Number 72514940-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NASIF BARAKAT ALIEN SMUGGLING ORGANIZATION (a.k.a. BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION), Syria; Lebanon; United Arab Emirates; Turkey; Brazil; Colombia; Guatemala; Venezuela; Panama; Mexico [TCO].

NASIF, Saba, Syria; DOB 12 Sep 1986; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NASIM BAHR KISH (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAKHR KISH; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASIM BAKHR KISH (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAHR KISH; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ

АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ)), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941958190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

NASIR, Ali Khan (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

NASIR, Fawwaz (a.k.a. NASSER, Fawaz Mahmud Ali), Gaza, Palestinian; DOB 13 Jan 1979; POB Ramallah, West Bank; Gender Male; National ID No. 946045622 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NASIR, Khan Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

NASIR, Muhammad Ajaj (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NASIR-AL-DIN, Harun Mansur Ya'qub (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هارون منصور يعقوب ناصرالدين); a.k.a. ALDIN, Haroun Nasser; a.k.a. KAYA, Serkan; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian): alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

NASIRKHODJAEV, Shokhrukh Olimdjonovich (a.k.a. NASIRKHODJAEV, Shokrukh), United Arab Emirates; Uzbekistan; DOB 07 Sep 1980; POB Tashkent, Uzbekistan; nationality Uzbekistan; Gender Male; Passport AA0615681 (Uzbekistan) issued 04 Jan 2013 expires 04 Jan 2023; alt. Passport CA2645862 (Uzbekistan) issued 02 Jun 2009 expires 06 Sep 2025; alt. Passport FA0163946 (Uzbekistan) expires 24 Mar 2029 (individual) [RUSSIA-EO14024].

NASIRKHODJAEV, Shokrukh (a.k.a. NASIRKHODJAEV, Shokhrukh Olimdjonovich), United Arab Emirates; Uzbekistan; DOB 07 Sep 1980; POB Tashkent, Uzbekistan; nationality Uzbekistan; Gender Male; Passport AA0615681 (Uzbekistan) issued 04 Jan 2013 expires 04 Jan 2023; alt. Passport CA2645862 (Uzbekistan) issued 02 Jun 2009 expires 06 Sep 2025; alt. Passport FA0163946 (Uzbekistan) expires 24 Mar 2029 (individual) [RUSSIA-EO14024].

NASIRZADE, Muhammed Reza (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASSER ZADEH, Mohammad Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASOOF, Tahar (a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

NASOSNAYA KOMPANIYA KRON (a.k.a. LIMITED LIABILITY COMPANY PUMPING COMPANY KRON), Ul. Mosina D. 6, OF. 101, Tula 300041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7103031370 (Russia); Registration Number 1037100122894 (Russia) [RUSSIA-EO14024].

NASR AL DIN, Ghazi (a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASR AL-DIN, Hajj Ghazi 'Atif (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASR EL DIN GHASSAN, Ghassan (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASR INDUSTRIES GROUP (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH), P.O. Box 1985-777, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NASR, Isa, Syria; DOB 20 Apr 1980; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NASR, Muhammad Sayyah, Syria; DOB 23 Aug 1955; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NASR-AL-DIN, Harun (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هارون منصور يعقوب ناصرالدين); a.k.a. ALDIN, Haroun Nasser; a.k.a. KAYA, Serkan; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

NASRALDINE, Ghazi 'Atef (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASRALLAH, Hasan (a.k.a. NASRALLAH, Hasan Abd-al-Karim), Lebanon; DOB 31 Aug 1960; alt. DOB 31 Aug 1953; alt. DOB 31 Aug 1955; alt. DOB 31 Aug 1958; POB Al Basuriyah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 042833 (Lebanon); Secretary General of Hizballah (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

NASRALLAH, Hasan Abd-al-Karim (a.k.a. NASRALLAH, Hasan), Lebanon; DOB 31 Aug 1960; alt. DOB 31 Aug 1953; alt. DOB 31 Aug 1955; alt. DOB 31 Aug 1958; POB Al Basuriyah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 042833 (Lebanon);

Secretary General of Hizballah (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

NASRALLAH, Jawad (a.k.a. NASRALLAH, Juad; a.k.a. NASRALLAH, Mohammad Jawad); DOB 24 May 1981; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Juad (a.k.a. NASRALLAH, Jawad; a.k.a. NASRALLAH, Mohammad Jawad); DOB 24 May 1981; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Mohammad Jawad (a.k.a. NASRALLAH, Jawad; a.k.a. NASRALLAH, Juad); DOB 24 May 1981; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

NASRALLAH, Mohammed (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad, a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

NASRALLAH, Muhammad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

NASRATYAR, Abdul Saboor (a.k.a. SABOOR, Abdul; a.k.a. "Engineer Saboor"); DOB 1986; POB Afghanistan (individual) [SDGT].

NASSARUDDIN, Muhammad Ajaj (a.k.a. ALI, Mohammad Ijaz Safarahi; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

NASSEER, Wafiq (a.k.a. NASER, Wafiq; a.k.a. NASSER, Wafiq (Arabic: وفيق ناصر)), Aleppo, Syria; DOB 10 Jul 1964; POB Jableh, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

NASSER AL-DIN, Ghazil (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER EL-DIN, Gazi a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSER EL-DIN, Gazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a.

NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSER ZADEH, Mohammad Reza (a.k.a. NASER ZADEH, Mohammad Reza; a.k.a. NASERZADEH, Mohammadreza; a.k.a. NASERZADEH, Muhammad Reza (Arabic: محمد رضا ناصرزاده); a.k.a. NASIRZADE, Muhammed Reza), Iran; DOB 01 Jan 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NASSER, Fadi (a.k.a. NASSER, Fadi Nabih), Nasser Building, Menchieh Area, Bourj Brajneh (Baabda), Lebanon; DOB 19 Nov 1963; nationality Lebanon; Gender Male; Passport RL2432659 (Lebanon) issued 22 Jan 2013 expires 22 Jan 2018; alt. Passport RL1239879 (Lebanon) expires 05 Mar 2013; Chairman of Nasco Polymers & Chemicals Co. Sal (Offshore) (individual) [SYRIA] (Linked To: NASCO POLYMERS & CHEMICALS CO SAL (OFFSHORE); Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

NASSER, Fadi Nabih (a.k.a. NASSER, Fadi), Nasser Building, Menchieh Area, Bourj Brajneh (Baabda), Lebanon; DOB 19 Nov 1963; nationality Lebanon; Gender Male; Passport RL2432659 (Lebanon) issued 22 Jan 2013 expires 22 Jan 2018; alt. Passport RL1239879 (Lebanon) expires 05 Mar 2013; Chairman of Nasco Polymers & Chemicals Co. Sal (Offshore) (individual) [SYRIA] (Linked To: NASCO POLYMERS & CHEMICALS CO SAL (OFFSHORE); Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

NASSER, Fawaz Mahmud Ali (a.k.a. NASIR, Fawwaz), Gaza, Palestinian; DOB 13 Jan 1979; POB Ramallah, West Bank; Gender Male; National ID No. 946045622 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

NASSER, Rim, Lebanon; DOB 23 Sep 1989; POB Beirut, Lebanon; nationality Lebanon; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3544453 (Lebanon) expires 12 Jan 2021; alt. Passport 4066019 (Lebanon) expires 08 Oct 2025 (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

NASSER, Wafiq (Arabic: وفيق ناصر) (a.k.a. NASER, Wafiq; a.k.a. NASSEER, Wafiq), Aleppo, Syria; DOB 10 Jul 1964; POB Jableh, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

NASSERDDINE, Ghassan Attef Salame (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSERDDINE, Ghazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSERDINE GHASAN, Atef Salameh (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSEREDDINE, Ghazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSEREDDINE, Haj Ghazzi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSEREDINE, Haj Ghazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSERIDINE, Gazi) DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASSERIDINE, Gazi (a.k.a. NASR AL DIN, Ghazi; a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Attef Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh;

a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi); DOB 13 Dec 1962; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

NASUF, Taher (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

NASUF, Tahir (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

NASUF, Tahir Mustafa (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

NASYM, Hasen (a.k.a. NASEEM, Jinaau; a.k.a. NASEEN, Jinau), Hithadhoo, Addu City, Maldives; Raaspareege, Male, Maldives; DOB 08 Aug 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA29E1351 (Maldives) expires 07 Jul 2027; alt. Passport LA15E1477 (Maldives); National ID No. A384648 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NATION BUILDING (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION (a.k.a. "NADA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NATIONAL ASSOCIATION FOR THE PROTECTION AND DEVELOPMENT OF FOREST, ENVIRONMENTAL, AND ANIMAL WEALTH (Arabic: الجمعية الوطنية لحماية وتنمية الثروة الحرجة والبيئة والحيوانية); GREEN WITHOUT BORDERS (Arabic: أخضر بلا حدود)), Property No. 335, Section No. 13, Ground Floor, Nabatiyeh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Charity or Nonprofit Organization; Registration Number 1128 (Lebanon) issued 20 Jun 2013 [SDGT] (Linked To: HIZBALLAH).

NATIONAL AVIATION SERVICE COMPANY (Cyrillic: НАЦИОНАЛЬНАЯ АВИАЦИОННО-СЕРВИСНАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY NATIONAL AVIATION SERVICE COMPANY; a.k.a. "JSC NASC"), Proezd Yablochkova D. 5, Korpus 18, Ryazan 390023, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 4, Floor 2, Pomeshch. IX/Kom. 5, Moscow 115184, Russia; Organization Established Date 04 Apr 1994; Target Type State-Owned Enterprise; Tax ID No. 6230116089 (Russia); Registration Number 1206200002249 (Russia) [RUSSIA-EO14024].

NATIONAL BANK OF CUBA (a.k.a. BANCO NACIONAL DE CUBA; a.k.a. "BNC"), Zweierstrasse 35, Zurich CH-8022, Switzerland; Avenida de Concha Espina 8, Madrid E-28036, Spain; Dai-Ichi Bldg. 6th Floor, 10-2 Nihombashi, 2-chome, Chuo-ku, Tokyo 103, Japan; Federico Boyd Avenue & 51 Street, Panama City, Panama [CUBA].

NATIONAL BANK OF IRAN (a.k.a. BANK MELLI; a.k.a. BANK MELLI IRAN; a.k.a. MELLI BANK; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NATIONAL CALIBRATION CENTRE (a.k.a. NATIONAL STANDARDS AND CALIBRATION LABORATORY; a.k.a. NSCL), P.O. Box 4470, Damascus, Syria [NPWMD].

NATIONAL COMMITTEE FOR THE LIBERATION AND PROTECTION OF ALBANIAN LANDS (a.k.a. KKCMTSH) [BALKANS].

NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

NATIONAL CYBERSPACE CENTER, Saadat Abad Avenue, North Allameh Street, West 18th

Alley - No 17, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

NATIONAL DEFENSE ACADEMY (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NATIONAL DEFENSE COMMISSION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

NATIONAL DEFENSE FORCES (Arabic: قوات الدفاع الوطني), Damascus, Syria; Organization Established Date 2012 [SYRIA-EO13894].

NATIONAL DEVELOPMENT AND INVESTMENT GROUP (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

NATIONAL DEVELOPMENT FUND OF IRAN (a.k.a. NATIONAL DEVELOPMENT FUND OF ISLAMIC REPUBLIC OF IRAN (Arabic: صندوق توسعه ملی جمهوری اسلامی ایران)), No. 25 Gandhi St., Building National Development Fund of Iran, Tehran 15176-55911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NATIONAL DEVELOPMENT FUND OF ISLAMIC REPUBLIC OF IRAN (Arabic: صندوق توسعه ملی جمهوری اسلامی ایران) (a.k.a. NATIONAL DEVELOPMENT FUND OF IRAN), No. 25 Gandhi St., Building National Development Fund of Iran, Tehran 15176-55911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

NATIONAL DEVELOPMENT INVESTMENT COMPANY (a.k.a. TOSEE MELLI INVESTMENT COMPANY; a.k.a. TOSE-E MELLI INVESTMENT COMPANY), No. 1 St.North Didar.Blv Haghani, Tehran, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Tehran, Iran; Website www.tmico.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 208669 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

NATIONAL INDUSTRIES AND MINING DEVELOPMENT COMPANY, Number 55, Pardis Street, N. Shirazi Street, Molla-Sadra Street, Vanak Square, Tehran, Iran; Website www.nimidco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 323908 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

NATIONAL IRANIAN COPPER INDUSTRIES COMPANY (a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES PUBLIC JOINT STOCK; a.k.a. "NICICO"), Next to Saei Park, Block No. 2161, Vali Asr Avenue, Tehran, Iran; PO Box 15115-416, Tehran, Iran; Website www.nicico.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 15957 (Iran) [IRAN-EO13871].

NATIONAL IRANIAN COPPER INDUSTRIES PUBLIC JOINT STOCK (a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES COMPANY; a.k.a. "NICICO"), Next to Saei Park, Block No. 2161, Vali Asr Avenue, Tehran, Iran; PO Box 15115-416, Tehran, Iran; Website www.nicico.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 15957 (Iran) [IRAN-EO13871].

NATIONAL IRANIAN OIL COMPANY (a.k.a. NIOC), Hafez Crossing, Taleghani Avenue, P.O. Box 1863 and 2501, Tehran, Iran; National Iranian Oil Company Building, Taleghani Avenue, Hafez Street, Tehran, Iran; Website www.nioc.ir; IFCA Determination - Involved in Energy Sector; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN OIL COMPANY PTE LTD, 7 Temasek Boulevard #07-02, Suntec Tower One, 038987, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199004388C (Singapore); all offices worldwide [IRAN].

NATIONAL IRANIAN OIL ENGINEERING AND CONSTRUCTION COMPANY (a.k.a. NIOEC), No. 247 Ostad Nejatollahi Avenue, Corner of Shahid Kalantary Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 89299 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY (a.k.a. NIOPDC), No 1, Iransahr Building, Opposite of Honarmandan Park Corner of Iransahr Street, Taleghani Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 67337 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY (a.k.a. NIORDC), 4 Varsho Street, Tehran, Iran; P.O. Box 15815/3499, No. 4 Varsho Street, 1598666611, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 89152 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL IRANIAN RADIO AND TELEVISION (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING; a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG.; a.k.a.

"IRIB"), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

NATIONAL IRANIAN TANKER COMPANY (a.k.a. NITC), NITC Building, 67-88, Shahid Atefi Street, Africa Avenue, Tehran, Iran; No. 65 and 67 Shahid Atefi Street, Africa Blvd, Tehran, Iran; Website www.nitc.co.ir; Email Address info@nitc.co.ir; alt. Email Address administrator@nitc.co.ir; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 4891 (Iran); Telephone (98)(21)(66153220); Telephone (98)(21)(23803202); Telephone (98)(21)(23803303); Telephone (98)(21)(66153224); Telephone (98)(21)(23802230); Telephone (98)(9121115315); Telephone (98)(9128091642); Telephone (98)(9127389031); Fax (98)(21)(22224537); Fax (98)(21)(23803318); Fax (98)(21)(22013392); Fax (98)(21)(22058763) [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NATIONAL IRANIAN TANKER COMPANY (a.k.a. N.I.T.C. REPRESENTATIVE OFFICE), Droogdokweg 71, Rotterdam 3089 JN, Netherlands; Email Address nitcrdam@tiscali.net; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +31 010-4951863; Telephone +31 10-4360037; Fax +31 10-4364096 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIONAL IRANIAN TANKER COMPANY LLC (a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC SHARJAH BRANCH; a.k.a. NITC SHARJAH), Al Wahda Street, Street No. 4, Sharjah, United Arab Emirates; P.O. Box 3267, Sharjah, United Arab Emirates; Website http://nitcsharjah.com/index.html; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +97165030600;

Telephone + 97165749996; Telephone +971506262258; Fax +97165394666; Fax +97165746661 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIONAL IRANIAN TANKER COMPANY LLC SHARJAH BRANCH (a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC; a.k.a. NITC SHARJAH), Al Wahda Street, Street No. 4, Sharjah, United Arab Emirates; P.O. Box 3267, Sharjah, United Arab Emirates; Website http://nitcsharjah.com/index.html; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +97165030600; Telephone + 97165749996; Telephone +971506262258; Fax +97165394666; Fax +97165746661 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATIONAL LIBERATION ARMY (a.k.a. EJERCITO DE LIBERACION NACIONAL; a.k.a. ELN) [FTO] [SDGT].

NATIONAL LIBERATION ARMY (a.k.a. NLA; a.k.a. UCK) [BALKANS].

NATIONAL LOTTARY (a.k.a. NATIONAL LOTTERY AD (Cyrillic: НАЦИОНАЛНА ЛОТАРИЯ АД), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 204061981 (Bulgaria) [GLOMAG] (Linked To: NOVE DEVELOPMENT EOOD).

NATIONAL LOTTERIES LTD. (a.k.a. NATIONAL LOTTERY OOD), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251674 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NATIONAL LOTTERY AD (Cyrillic: НАЦИОНАЛНА ЛОТАРИЯ АД) (a.k.a. NATIONAL LOTTARY), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 204061981 (Bulgaria) [GLOMAG] (Linked To: NOVE DEVELOPMENT EOOD).

NATIONAL LOTTERY OOD (a.k.a. NATIONAL LOTTERIES LTD.), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251674 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NATIONAL MOVEMENT FOR THE LIBERATION OF KOSOVO (a.k.a. LKCK) [BALKANS].

NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN

NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСІ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NATIONAL PAYMENT CARD SYSTEM JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SISTEMA PLATEZHNYKH KART; a.k.a. NSPK JSC), ul. Bolshaya Tatarskaya D. 11, Moscow 115184, Russia; Tax ID No. 7706812159 (Russia); Registration Number 1147746831352 (Russia) [RUSSIA-EO14024].

NATIONAL PETROCHEMICAL COMPANY (a.k.a. THE NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NIPC"; a.k.a. "NPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NATIONAL STANDARDS AND CALIBRATION LABORATORY (a.k.a. NATIONAL CALIBRATION CENTRE; a.k.a. NSCL), P.O. Box 4470, Damascus, Syria [NPWMD].

NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS; a.k.a. GUBKIN UNIVERSITY; a.k.a. RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU), 65 Leninsky Prospekt, Moscow 119991, Russia; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia);

Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

NATIONWIDE SHIPPING LTD, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NATSINFOBEZ (a.k.a. LIMITED LIABILITY COMPANY NATIONAL CENTRE FOR INFORMATION SECURITY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНЫЙ ЦЕНТР ИНФОРМАЦИОННОЙ БЕЗОПАСНОСТИ)), Berezhkovskaya nab, 38, bldg. 1, room 32, Moscow 121059, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7730232060 (Russia); Registration Number 1177746261736 (Russia) [RUSSIA-EO14024].

NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСІ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; a.k.a. SAINT

PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

NATSYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСІ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NATURAL GIFTS B.V., Keizersgracht 62, CS, Amsterdam 1015, Netherlands; Website www.cbde-liquids.co.uk; Organization Established Date 27 Mar 2017; Tax ID No. 857425493 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: GRIMM, Matthew Simon).

NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

NAUCHNO INZHENERNOE PREDPRIYATIE INFORMATIKA (a.k.a. NIP INFORMATICA; a.k.a. NIP INFORMATIKA), Ul. Fuchika D. 4, Lit K, Saint Petersburg 192102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810182337 (Russia); Registration Number 1027804862040 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO (a.k.a. AKTSIONERNOE OBSHCHESTVO NIIKHIT; a.k.a. NIIHIT 2 JOINT STOCK COMPANY; a.k.a. "NIIHIT"), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; a.k.a. JSC NIIGRAFIT; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date

03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА АО) (a.k.a. NIPI GAZPERERABOTKA AO; a.k.a. NIPIGAS JSC; a.k.a. NIPIGAZ AO), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNAYA FIRMA DOLOMANT (a.k.a. SCIENTIFIC PRODUCTION COMPANY DOLOMANT; a.k.a. ZAO NPF DOLOMANT), Ul. Vvedenskogo D. 3, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728512529 (Russia); Registration Number 1047796326137 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG (a.k.a. NPF KRUG; a.k.a. SCIENTIFIC PRODUCTION COMPANY KRUG; a.k.a. SPC KRUG), Ul Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE 3D INTEGRATSIYA (a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION 3D INTEGRATION; a.k.a. NPO 3D INTEGRATSIYA), Sh. Dmitrovskoe D. 9, Str. 3, Pmeshch. 1/1, Moscow 127434, Russia; Tax ID No. 5001109779 (Russia); Registration Number 1165001053007 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAZANSKII ZAVOD TOCHNOGO MASHINOSTROENIYA (a.k.a. FEDERAL STATE ENTERPRISE SCIENCE AND TECHNOLOGY ASSOCIATION KAZAN PLANT OF PRECISION ENGINEERING; a.k.a.

FKP NPO KZTM), 71 Mazita Gafuri Street, Kazan 420108, Russia; 2 Pionerskaya Street, Chapaevsk 446100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1654001773 (Russia); Registration Number 1021602829115 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE NAUKASOFT (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION NAUKASOFT), Ul. Godovikova d. 9, Str. 4, Floor 1, Pomeshch./Kom 1.1/1.1.4., Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 1127746234230 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PROMODEL (a.k.a. NPO PROMODEL), Ul. Peshe-Streletskaya D. 108, Office 301, Voronezh 394038, Russia; Tax ID No. 3665082859 (Russia); Registration Number 1113668016879 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ISTOCHNIK (a.k.a. NPP ISTOCHNIK), Proezd 3, Rybatskii 3, Liter V, Saint Petersburg 192177, Russia; Ul. Kurchatova D. 9, Str. 2, Pomeshch. 245, Saint Petersburg 194223, Russia; Tax ID No. 7811354388 (Russia); Registration Number 5067847357914 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ITELMA, Sh. Varshavskoe D.47/4, Moscow 115230, Russia; Tax ID No. 7724685256 (Russia); Registration Number 5087746597648 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA (a.k.a. LLC SPC MICROSYSTEMS; a.k.a. NPP MIKROSISTEMA; a.k.a. "PHAUF"), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO (a.k.a. SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT; a.k.a. SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО); a.k.a. UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [RUSSIA-EO14024].

NAUCHNO TEKHNICHESKI TSENTR MODUL URAL OOO (a.k.a. NAUCHNO TEKHNICHESKII TSENTR MODUL INNOVATSII; a.k.a. NTTS MODUL INNOVATSII), Ul. Mamina-Sibiryaka Dom 58, Office 801, Yekaterinburg 620075, Russia; Ul. 8 Marta D. 70, Office 234, Yekaterinburg 620063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6671452454 (Russia); Registration Number 1146671012861 (Russia) [RUSSIA-EO14024].

NAUCHNO TEKHNICHESKII TSENTR MODUL INNOVATSII (a.k.a. NAUCHNO TEKHNICHESKI TSENTR MODUL URAL OOO; a.k.a. NTTS MODUL INNOVATSII), Ul. Mamina-Sibiryaka Dom 58, Office 801, Yekaterinburg 620075, Russia; Ul. 8 Marta D. 70, Office 234, Yekaterinburg 620063, Russia;

Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6671452454 (Russia); Registration Number 1146671012861 (Russia) [RUSSIA-EO14024].

NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA (a.k.a. LTD NTC PRIVODNAYA TEKHNIKA; a.k.a. NTTS PRIVODNAYA TEKHNIKA; a.k.a. SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk 454007, Russia; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT (a.k.a. KVANT SCIENTIFIC RESEARCH INSTITUTE; a.k.a. NII KVANT; a.k.a. RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА); a.k.a. FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА); a.k.a. FSUE NPP GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GURAMI ELEKTRONIKS (a.k.a. NPP GURAMI ELEKTRONIKS), ul. Profsoyuznaya d. 37A, floor/office 4/412, Naro-Fominsk 143306, Russia; Tax ID No. 5030098049 (Russia); Registration Number 1205000027770 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA (a.k.a. LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA; a.k.a. LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA; a.k.a. NPP PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP (a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NAUCHNYE PRIBORY I SISTEMY (a.k.a. SCIENTIFIC EQUIPMENT GROUP; a.k.a. SCIENTIFIC EQUIPMENT GROUP OF COMPANIES), Ul. Inzhenernaya D. 4a, Of. 212, Novosibirsk 630128, Russia; Pr-kt Krasnyi D. 1, Office 214, Novosibirsk 630007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408308016 (Russia); Registration Number 1145476045241 (Russia) [RUSSIA-EO14024].

NAUF, Awad Mohammed Ahmed Ebni (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

NAUMAU, Uladzimir Uladzimiravich (a.k.a. NAUMOV, Vladimir Vladimirovich); DOB 1956; Minister of the Interior; Position also referred to as Minister of Internal Affairs (individual) [BELARUS].

NAUMOV, Stanislav Aleksandrovich (Cyrillic: НАУМОВ, Станислав Александрович), Russia; DOB 04 Oct 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAUMOV, Vladimir Vladimirovich (a.k.a. NAUMAU, Uladzimir Uladzimiravich); DOB 1956; Minister of the Interior; Position also referred to as Minister of Internal Affairs (individual) [BELARUS].

NAUNG, Htun Htun (a.k.a. NAING, Tun Tun; a.k.a. NAUNG, Tun Tun), Burma; DOB 30 Apr 1963; nationality Burma; citizen Burma; Gender Male; Union Minister of Border Affairs (individual) [BURMA-EO14014].

NAUNG, Tun Tun (a.k.a. NAING, Tun Tun; a.k.a. NAUNG, Htun Htun), Burma; DOB 30 Apr 1963; nationality Burma; citizen Burma; Gender Male; Union Minister of Border Affairs (individual) [BURMA-EO14014].

NAUSHAD SHAREEF, Mohamed, Addu City, Maldives; DOB 16 Dec 1994; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0496057 (Maldives) expires 25 Aug 2019; National ID No. A304105 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NAVA HOBBIES SDN BHD, Floor 25, Unit 29-25, No. 685, Jalan Damansara, Kuala Lumpur 60000, Malaysia; Website https://www.nahb.my/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2022; Registration Number 202201040867 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

NAVAI, Ali (a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAVAL DEFENCE MISSILE INDUSTRY GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAVARRO CERRANO, Victor Ramon (a.k.a. "MEGATEO"); DOB 25 Jan 1976; POB San Calixto, Norte de Santander, Colombia; citizen Colombia; Cedula No. 0088282754 (Colombia) (individual) [SDNTK].

NAVID COMPOSITE (a.k.a. NAVID COMPOSITE MATERIAL COMPANY), No. 3, Alley 23, 16th Janbazan Street, North Kargar Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAVID COMPOSITE MATERIAL COMPANY (a.k.a. NAVID COMPOSITE), No. 3, Alley 23, 16th Janbazan Street, North Kargar Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NAVIGATOR GROUP OF COMPANIES (a.k.a. LIMITED LIABILITY COMPANY NAVIGATOR), Pr. Mira D. 176, Moscow 129366, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716688038 (Russia); Registration Number 1117746328590 (Russia) [RUSSIA-EO14024].

NAVIMAKS GRUPP (a.k.a. LIMITED LIABILITY COMPANY NAVIMAKS GROUP), Sh. Korovinskoe D. 10, Str. 2, Office 3, Moscow 127486, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7715851725 (Russia); Registration Number 1117746101770 (Russia) [RUSSIA-EO14024].

NAVIS MARINE LIMITED, 720 West Bay Road, PO Box 601, Buckingham Square, Grand Cayman KY1-9006, Cayman Islands; Organization Established Date 02 Feb 2018; Registration Number 332478 (Cayman Islands) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

NAVKA, Tatiana Aleksandrovna (a.k.a. NAVKA, Tatyana), 13-3-22 Bolshaya Yakimanka, Moscow 119180, Russia; Polyanka, Russia; Tretya Okhota, Russia; Rublyovka, Russia; Yalta, Crimea, Ukraine; DOB 13 Apr 1975; POB Dnipropetrovsk, Ukraine; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

NAVKA, Tatyana (a.k.a. NAVKA, Tatiana Aleksandrovna), 13-3-22 Bolshaya Yakimanka, Moscow 119180, Russia; Polyanka, Russia; Tretya Okhota, Russia; Rublyovka, Russia; Yalta, Crimea, Ukraine; DOB 13 Apr 1975; POB

Dnipropetrovsk, Ukraine; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NPOOO OKB TSP (Cyrillic: НПООО ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان شرکت سهامی خاص) (a.k.a. ABR ARVAN; a.k.a. ARVAN CLOUD; a.k.a. ARVANCLOUD; a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

NAWAE, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWA'EE, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWAI, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWA'I, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWA'I, Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWAY, Haji Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWAY, Haji Ali (a.k.a. NAVAI, Ali; a.k.a. NAWAE, Ali; a.k.a. NAWA'EE, Ali; a.k.a. NAWAI, Ali; a.k.a. NAWA'I, Ali), Iran; Karachi, Pakistan; United Arab Emirates; DOB circa 1945; alt. DOB circa 1950; POB Sistan Va Baluchistan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDNTK].

NAWI ANSARI LTD (a.k.a. NEW ANSARI COMPANY; a.k.a. NEW ANSARI MONEY EXCHANGE; a.k.a. NEW ANSARI MONEY SERVICES PROVIDER), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NAYDENKO, Aleksey Alekseevich (Cyrillic: НАЙДЕНКО, Алексей Алексеевич) (a.k.a. NAIDENKO, Aleksey; a.k.a. NAYDENKO, Oleksii Oleksiyovych (Cyrillic: НАЙДЕНКО, Олексій Олексійович)); DOB 02 Jun 1980; POB Donetsk, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAYDENKO, Oleksii Oleksiyovych (Cyrillic: НАЙДЕНКО, Олексій Олексійович) (a.k.a. NAIDENKO, Aleksey; a.k.a. NAYDENKO, Aleksey Alekseevich (Cyrillic: НАЙДЕНКО, Алексей Алексеевич)); DOB 02 Jun 1980; POB Donetsk, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAYIF, Mutaz Muaman Abed (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

NAYYARI ANGILI, Majid Rida (a.k.a. NIAZI ANGILI EBRAHIM, Majid Reza; a.k.a. NIYAZI-ANGILI, Majid Reza (Arabic: مجید رضا نیازی انگیلی)), Iran; DOB 23 Feb 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0030171628 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

NAZ SOKOL (a.k.a. NIZHNIY NOVGOROD AVIATION PLANT SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ); a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

NAZ TECHNOLOGY (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China)

[NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZ TECHNOLOGY CO. (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZ TECHNOLOGY CO., LTD. (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZ TECHNOLOGY CORPORATION LTD (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. "NAZ"), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan

Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

NAZARANKA, Yuriy Henadzievich (Cyrillic: НАЗАРАНКА, Юрый Генадзьевіч) (a.k.a. NAZARENKO, Yuri; a.k.a. NAZARENKO, Yuriy Gennadievich (Cyrillic: НАЗАРЕНКО, Юрий Геннадьевич)), Minsk, Belarus; DOB 17 Apr 1976; POB Slonim, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

NAZARENKO, Yuri (a.k.a. NAZARANKA, Yuriy Henadzievich (Cyrillic: НАЗАРАНКА, Юрый Генадзьевіч); a.k.a. NAZARENKO, Yuriy Gennadievich (Cyrillic: НАЗАРЕНКО, Юрий Геннадьевич)), Minsk, Belarus; DOB 17 Apr 1976; POB Slonim, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

NAZARENKO, Yuriy Gennadievich (Cyrillic: НАЗАРЕНКО, Юрий Геннадьевич) (a.k.a. NAZARANKA, Yuriy Henadzievich (Cyrillic: НАЗАРАНКА, Юрый Генадзьевіч); a.k.a. NAZARENKO, Yuri), Minsk, Belarus; DOB 17 Apr 1976; POB Slonim, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

NAZARI, Abolfazl (a.k.a. NAZERI, Abualfazl (Arabic: ابو الفضل نظری)), Iran; DOB 14 Sep 1969; POB Shahryar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4910857826 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

NAZARI, Hossein (a.k.a. NAZARIKOLEHJOUB, Hossein), Iran; DOB 21 Mar 1990; POB Aleshtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W48073580 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAZARIKOLEHJOUB, Hossein (a.k.a. NAZARI, Hossein), Iran; DOB 21 Mar 1990; POB Aleshtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W48073580 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NAZAROV, Aleksander Yuryevich (Cyrillic: НАЗАРОВ, Александр Юрьевич), Uglicheskaya, 19, 56, Moscow 127253, Russia; DOB 13 Jul 1969; POB Rostov-On-Don, Russia; nationality Russia; Gender Male; Passport 636653312 (Russia) (individual) [RUSSIA-EO14024].

NAZAROV, Mikhail Anatolievich; DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NAZAROV, Sergey Makarovich, Russia; DOB 27 Jul 1961; POB Kizel, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Economic Development of the Russian Federation (individual) [UKRAINE-EO13660] [UKRAINE-EO13661].

NAZAROVA, Alina Olegovna, Russia; DOB 12 Jul 1984; POB Ukraine; nationality Russia; Gender Female; Passport 721434425 (Russia) expires 05 Oct 2022 (individual) [RUSSIA-EO14024].

NAZAROVA, Natalya Vasilyevna (Cyrillic: НАЗАРОВА, Наталья Васильевна), Russia; DOB 22 Dec 1953; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NAZERI, Abualfazl (Arabic: ابو الفضل نظری) (a.k.a. NAZARI, Abolfazl), Iran; DOB 14 Sep 1969; POB Shahryar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4910857826 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

NAZHAD, Hasan Saburi (a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NAZIM, Abou (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil;

a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

NCUBE, Owen, Zimbabwe; DOB 17 Apr 1968; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

NDA NORD-DEUTSCHE INDUSTRIEANLAGENBAU GMBH, Rothenbaumchaussee 83, D-20148, Hamburg, Germany; Organization Established Date 27 Jun 2007; Registration Number HRB102166 (Germany) [RUSSIA-EO14024].

'NDRANGHETA ORGANIZATION, Italy [SDNTK].

NDRECAJ, Maliq; DOB 22 Apr 1969; POB Maciteve, Serbia and Montenegro (individual) [BALKANS].

NDROQI, Ylli Bahri (a.k.a. PASMACIU, Xhemail; a.k.a. PASMACIU, Xhemal), Tirana, Albania; DOB 11 Mar 1965; POB Tirana, Albania; nationality Albania; Gender Male (individual) [BALKANS-EO14033].

NECHAEV, Alexey Gennadievich (Cyrillic: НЕЧАЕВ, Алексей Геннадьевич), Russia; DOB 30 Aug 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NECHAEV, Vladimir Dmitrievich (Cyrillic: НЕЧАЕВ, Владимир Дмитриевич), Sevastopol, Ukraine; DOB 20 Dec 1972; POB Sudzha, Kursk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NECHIPORUK, Roman Viktorovich (Cyrillic: НЕЧИПОРУК, Роман Викторович), Russia; DOB 21 Feb 1980; nationality Russia; Gender Male; Tax ID No. 503605049681 (Russia) (individual) [RUSSIA-EO14024] (Linked To: IMPERIYA 19-31 OOO).

NEDA INDUSTRIAL GROUP, Address Number 10 & 12, 64th Street, Yousef Abad Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEDELJKOVIC, Sinisa (a.k.a. "METAL, Senisa"; a.k.a. "NEDELJKOVIC, Sinis"; a.k.a.

"NEDELJKOVIC, Sinisa Stevan"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

NEFAZ PAO (a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFAZ PUBLICLY TRADED COMPANY (a.k.a. NEFAZ PAO; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFERTITI SHIPPING AND MARITIME SERVICES (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

NEFTEGAZAVTOMATIKA AO (Cyrillic: НЕФТЕГАЗАВТОМАТИКА АО) (a.k.a. JOINT STOCK COMPANY NEFTEGAZAVTOMATIKA), Shosse Varshavshoe 39, Moscow 113105, Russia; Organization Established Date 19 Aug 1992; Tax ID No. 7724230019 (Russia); Registration Number 1037739224973 (Russia) [RUSSIA-EO14024].

NEFTEGAZSTROY (a.k.a. "NGS"), Ul. Lenina D. 21/1, Neftekamsk 452680, Russia; Ul. Industrialnaya D. 15, K.A., Neftekamsk 452680, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0253013650 (Russia); Registration Number 1020201432261 (Russia) [RUSSIA-EO14024].

NEFTEKAMSK MOTOR PLANT PJSC (a.k.a. NEFAZ PAO; a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEFTEKAMSKIY AVTOZAVOD OAO (a.k.a. NEFAZ PAO; a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NEGASH, Bitewelde Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Emanuel (a.k.a KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA,

Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Ole (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Tewelde Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Tewold Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGASH, Tewolde Habte (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a.

MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

NEGIN KISH INTERNATIONAL SAHEL AND FARASAHEL DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

NEGIN PARTO (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO KHAVAR; a.k.a. NEGIN PARTO KHAVAR CO. LTD.; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEGIN PARTO KHAVAR (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR CO. LTD.; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEGIN PARTO KHAVAR CO. LTD. (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEGIN SAHEL ROYAL CO. (a.k.a. NEGIN SAHEL ROYAL INVESTMENT COMPANY), No. 48, 14th Street, Ahmad Ghasir Avenue, Argentina Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103589144 (Iran); Registration Number 322430 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

NEGIN SAHEL ROYAL INVESTMENT COMPANY (a.k.a. NEGIN SAHEL ROYAL

CO.), No. 48, 14th Street, Ahmad Ghasir Avenue, Argentina Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103589144 (Iran); Registration Number 322430 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

NEGOCIOS Y CAPITALES S.A., Avenida 30 de Agosto No. 34-51, Pereira, Colombia; NIT # 800101701-0 (Colombia) [SDNT].

NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

NEGRETE LUNA, Jose Maria, Colombia; DOB 06 Jun 1971; POB Lorica, Cordoba, Colombia; nationality Colombia; citizen Colombia; Cedula No. 15031586 (Colombia) (individual) [SDNTK].

NEJAAT SOCIAL WELFARE ORGANIZATION (a.k.a. NEJAT-E EJTIMAYEE), House Number 1297, Lot Number 2, Sub-District number 2, Narang Bagh Area, Jalalabad, Nangarhar, Afghanistan; Police District 12, Kabul City, Kabul Province, Afghanistan; Jalalabad City,

Nangarhar Province, Afghanistan [SDGT] (Linked To: ISIL KHORASAN).

NEJAD, Vali Mostafa (a.k.a. MOSTAFANEJAD, Vali), Iran; DOB 21 Sep 1981; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N17419612 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NEJAT, Hossein (Arabic: حسین نجات) (a.k.a. ZIBAEE NEJAD, Mohammad Hossein (Arabic: محمدحسین زیبایی‌نژاد)), Tehran, Iran; DOB Mar 1955 to Mar 1956; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NEJAT-E EJTIMAYEE (a.k.a. NEJAAT SOCIAL WELFARE ORGANIZATION), House Number 1297, Lot Number 2, Sub-District number 2, Narang Bagh Area, Jalalabad, Nangarhar, Afghanistan; Police District 12, Kabul City, Kabul Province, Afghanistan; Jalalabad City, Nangarhar Province, Afghanistan [SDGT] (Linked To: ISIL KHORASAN).

NEKA NOVIN (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEKLYUDOV, Dmitriy Sergeyevich (a.k.a. NEKLYUDOV, Dmitry Sergeyevich); DOB 17 Feb 1969; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEKLYUDOV, Dmitry Sergeyevich (a.k.a. NEKLYUDOV, Dmitriy Sergeyevich); DOB 17 Feb 1969; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA (a.k.a. FOUNDATION CHEMICAL DISARMAMENT & CONVERSION; a.k.a. FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION; a.k.a. NKO FOND KHIMRAZORUZHENIE), Ul.

Pravdy D.21, Str.1, Moscow 125865, Russia; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSIONNY FOND; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NEKRASOV, Aleksandr Nikolaevich (Cyrillic: НЕКРАСОВ, Александр Николаевич) (a.k.a. NEKRASOV, Alexander), Russia; DOB 20 Jun 1963; POB Severodvinsk, Arkhangelsk Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEKRASOV, Alexander (a.k.a. NEKRASOV, Aleksandr Nikolaevich (Cyrillic: НЕКРАСОВ, Александр Николаевич)), Russia; DOB 20 Jun 1963; POB Severodvinsk, Arkhangelsk Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEKU NIROU TAVAN CO (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEMARIAM, Abraha Kassa (a.k.a. KASSA, Abraha; a.k.a. KASSA, Wedi), Eritrea; DOB 15 Jul 1953; POB Eritrea; nationality Eritrea; Gender Male; Passport D000294 (Eritrea) (individual) [ETHIOPIA-EO14046].

NEMBHARD, Norris (a.k.a. NEMHARD, Norris; a.k.a. "DEDO"; a.k.a. "DIDO"; DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

NEMCHINOVO INVESTMENTS OOO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС) (a.k.a. LIMITED LIABILITY COMPANY NEMCHINOVO INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС)), Moskovskaya obl., ul. Lesnaya, d. 27, Odintsovo d. Nemchinovo, Russia; Tax ID No. 7705267567 (Russia); Business Registration Number 1027739120716 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOVA, Maria Igorevna).

NEMHARD, Norris (a.k.a. NEMBHARD, Norris; a.k.a. "DEDO"; a.k.a. "DIDO"; DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

NEMKIN, Anton Igorevich (Cyrillic: НЕМКИН, Антон Игоревич), Russia; DOB 22 Aug 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEMTSEV, Vladimir Vladimirovich (Cyrillic: НЕМЦЕВ, Владимир Владимирович) (a.k.a. NEMTSEV, Volodymyr Volodymyrovych (Cyrillic: НЄМЦЕВ, Володимир Володимирович)), Sevastopol, Ukraine; DOB 15 Nov 1971; POB Sevastopol, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEMTSEV, Volodymyr Volodymyrovych (Cyrillic: НЄМЦЕВ, Володимир Володимирович) (a.k.a. NEMTSEV, Vladimir Vladimirovich (Cyrillic: НЕМЦЕВ, Владимир Владимирович)), Sevastopol, Ukraine; DOB 15 Nov 1971; POB Sevastopol, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NEOBIT, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

NEOBIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕОБИТ)), d. 21 litera G, ul. Gzhatskaya, St. Petersburg 195220, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7804360292 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE; Linked To: MAIN INTELLIGENCE DIRECTORATE).

NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

NEOTEKHNIKA OOO, ul. Dorogobuzhskaya d. 14, floor 3 pom. 304, Moscow 121354, Russia; Tax ID No. 7731327678 (Russia); Registration Number 1167746842680 (Russia) [RUSSIA-EO14024].

NEOVEITUS (a.k.a. LIMITED LIABILITY COMPANY NEOVEYTUS; a.k.a. LLC NEOVEITUS), Ul. Malaya Pirogovskaya D.16, Moscow 119435, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704838264 (Russia); Registration Number 1137746534430 (Russia) [RUSSIA-EO14024].

NEPTUNUS CO LTD (a.k.a. NEPTUNUS LLC), 653/38 Baghdad Street, Lattakia, Syria; Organization Established Date 2017; Business Registration Number 6068911 (Syria) [SYRIA] (Linked To: AL-KAYALI, Taher).

NEPTUNUS LLC (a.k.a. NEPTUNUS CO LTD), 653/38 Baghdad Street, Lattakia, Syria; Organization Established Date 2017; Business Registration Number 6068911 (Syria) [SYRIA] (Linked To: AL-KAYALI, Taher).

NEPUBLICHNOE AKTSIONERNOE OBSHCHESTVO KORDEX (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX AO; a.k.a. KORDEX JOINT STOCK

COMPANY; f.k.a. KORDEX OOO), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NERO DRINKS COMPANY LIMITED (a.k.a. NERO DRINKS COMPANY SL; a.k.a. NERO VODKA), 15 Cumbernauld Road, Stepps, Glasgow, Scotland G33 6LE, United Kingdom; Unit 20310, PO Box 6945, London W1A 6US, United Kingdom; C Dinamarca 46 B, Urbanizacion Faro De Calaburra, Mijas, Spain; Tax ID No. B93681724 (Spain); Company Number SC591051 (United Kingdom) [TCO].

NERO DRINKS COMPANY SL (a.k.a. NERO DRINKS COMPANY LIMITED; a.k.a. NERO VODKA), 15 Cumbernauld Road, Stepps, Glasgow, Scotland G33 6LE, United Kingdom; Unit 20310, PO Box 6945, London W1A 6US, United Kingdom; C Dinamarca 46 B, Urbanizacion Faro De Calaburra, Mijas, Spain; Tax ID No. B93681724 (Spain); Company Number SC591051 (United Kingdom) [TCO].

NERO VODKA (a.k.a. NERO DRINKS COMPANY LIMITED; a.k.a. NERO DRINKS COMPANY SL), 15 Cumbernauld Road, Stepps, Glasgow, Scotland G33 6LE, United Kingdom; Unit 20310, PO Box 6945, London W1A 6US, United Kingdom; C Dinamarca 46 B, Urbanizacion Faro De Calaburra, Mijas, Spain; Tax ID No. B93681724 (Spain); Company Number SC591051 (United Kingdom) [TCO].

NESER, Naser Hassan (Arabic: ناصر حسن نسر) (a.k.a. NESIR, Nasser Hassan; a.k.a. NISR, Nasir), Mahfouz, Al Ahlam 6, Haret Hreik, Roueiss, Beirut, Lebanon; DOB 20 Apr 1963; POB Kafarser, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 288030510000000 (Lebanon) (individual) [SDGT] (Linked To: THE AUDITORS FOR ACCOUNTING AND AUDITING).

NESR, Nasser Hassan (a.k.a. NESER, Naser Hassan (Arabic: ناصر حسن نسر); a.k.a. NISR, Nasir), Mahfouz, Al Ahlam 6, Haret Hreik, Roueiss, Beirut, Lebanon; DOB 20 Apr 1963; POB Kafarser, Lebanon; nationality Lebanon;

Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 288030510000000 (Lebanon) (individual) [SDGT] (Linked To: THE AUDITORS FOR ACCOUNTING AND AUDITING).

NESTERENKO, Tatiana Gennadevna (a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatiana Gennadievna (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatyana Gennadievna (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadyevna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY

BANK FINANCIAL CORPORATION OTKRITIE).

NESTERENKO, Tatyana Gennadyevna (a.k.a. NESTERENKO, Tatiana Gennadevna; a.k.a. NESTERENKO, Tatiana Gennadievna; a.k.a. NESTERENKO, Tatyana Gennadevna (Cyrillic: НЕСТЕРЕНКО, Татьяна Геннадьевна); a.k.a. NESTERENKO, Tatyana Gennadievna), Russia; DOB 05 Aug 1959; POB Vladivostok, Primorye Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NESTEROV, Igor Vladimirovich, Russia; DOB 07 Feb 1985; citizen Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

NESTEROV, Oleg Yuryevich, Mariupol, Ukraine; DOB 13 Aug 1980; POB Staroderevyankovskaya, Kanevskiy Rayon, Krasnodarskiy Kray, Russia; nationality Russia; Gender Male; National ID No. 9617700543 (Russia) issued 21 Feb 2017 (individual) [RUSSIA-EO14024].

NET PEYGARD SAMAVAT (IN SEC) COMPANY (a.k.a. NET PEYGARD SAMAVAT COMPANY), No. 11, 16 Alley, Shahid Zanhari Street, Shokoufeh Street, Abdol Abbad, Tehran 1894157315, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004021920 (Iran); Business Registration Number 453542 (Iran) [HRIT-IR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NET PEYGARD SAMAVAT COMPANY (a.k.a. NET PEYGARD SAMAVAT (IN SEC) COMPANY), No. 11, 16 Alley, Shahid Zanhari Street, Shokoufeh Street, Abdol Abbad, Tehran 1894157315, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004021920 (Iran); Business Registration Number 453542 (Iran) [HRIT-IR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

NETEX TRADE (a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY

OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

NETEX24 (a.k.a. NETEX TRADE; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

NETHERLANDS CARIBBEAN BANK N.V., Kaya WFG (Jombi) Mensing 14, P.O. Box 3895, Willemstad, Curacao, Netherlands Antilles; 5ta. Ave. No. 6407 esq. a 66, Miramar, Municipio Playa, La Habana, Cuba [CUBA].

NETWORK LITERARY AND HISTORICAL MAGAZINE KAMERTON (a.k.a. JOURNAL KAMERTON; a.k.a. WEB KAMERTON), Moscow, Russia; Website www.webkamerton.ru [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

NETYKSHO, Viktor Borisovich, Russia; DOB 08 Sep 1966; nationality Russia; Gender Male;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

NEVA ELECTRONICS JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕВА ЭЛЕКТРОНИКА) (a.k.a. JOINT STOCK COMPANY NEVA ELEKTRONIKA; a.k.a. NEVA ELEKTRONIKA AO), Prospekt Yuriya Gagarina, Dom 2, Liter A, Pom. 20-N, Saint Petersburg 196105, Russia; Organization Established Date 04 Sep 2007; Tax ID No. 7813389280 (Russia); Registration Number 1077847571669 (Russia) [RUSSIA-EO14024].

NEVA ELEKTRONIKA AO (a.k.a. JOINT STOCK COMPANY NEVA ELEKTRONIKA; a.k.a. NEVA ELECTRONICS JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕВА ЭЛЕКТРОНИКА)), Prospekt Yuriya Gagarina, Dom 2, Liter A, Pom. 20-N, Saint Petersburg 196105, Russia; Organization Established Date 04 Sep 2007; Tax ID No. 7813389280 (Russia); Registration Number 1077847571669 (Russia) [RUSSIA-EO14024].

NEVA INTERNEISHENEL, AO (a.k.a. MANAGEMENT COMPANY JOINT STOCK COMPANY NEVA; a.k.a. MANAGEMENT COMPANY NEVA JOINT STOCK COMPANY), ul Chugunnaya, d. 20, Litera A, Pomeshch. 18 N, Ofis 359, Saint Petersburg 194044, Russia; Organization Established Date 16 May 1994; Tax ID No. 2320042860 (Russia); Registration Number 1022302936754 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

NEVEROV, Sergei Ivanovich (a.k.a. NEVEROV, Sergey Ivanovich (Cyrillic: НЕВЕРОВ, Сергей Иванович)), Russia; DOB 21 Dec 1961; POB Tashtagol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NEVEROV, Sergey Ivanovich (Cyrillic: НЕВЕРОВ, Сергей Иванович) (a.k.a. NEVEROV, Sergei Ivanovich), Russia; DOB 21 Dec 1961; POB Tashtagol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

NEVNOV (a.k.a. NEVSKIY NEWS LLC; a.k.a. NEVSKIYE NOVOSTI), d. 11 korp. 2 pom. 327-N, ul. Staroderevenskaya, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

NEVSKIY NEWS LLC (a.k.a. NEVNOV; a.k.a. NEVSKIYE NOVOSTI), d. 11 korp. 2 pom. 327-N, ul. Staroderevenskaya, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

NEVSKIY ZAVOD CLOSED COMPANY (a.k.a. JOINT STOCK COMPANY NEVSKY ZAVOD), Obukhovskoi Oborony Pr D. 51, St. Petersburg 192029, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7806369727 (Russia); Registration Number 1077847587003 (Russia) [RUSSIA-EO14024].

NEVSKIYE NOVOSTI (a.k.a. NEVNOV; a.k.a. NEVSKIY NEWS LLC), d. 11 korp. 2 pom. 327-N, ul. Staroderevenskaya, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

NEVSKOE DESIGN AND CONSTRUCTION OFFICE (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

NEVSKOE DESIGN BUREAU (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

NEVSKOE DESIGN BUREAU JPSC (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

NEVZOROV, Boris Alexandrovich (Cyrillic: НЕВЗОРОВ, Борис Александрович), Russia; DOB 21 Sep 1955; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NEW AGE SHIPPING LIMITED (a.k.a. NEW AGE SHIPPING LTD-BZE), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NEW AGE SHIPPING LTD-BZE (a.k.a. NEW AGE SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NEW AHMADI COMPANY LTD (a.k.a. NEW AHMADI LTD.; a.k.a. NEW AHMADY LTD), Sarafi Market, Shop 48/49, Gereshk, Helmand, Afghanistan [SDNTK].

NEW AHMADI LTD. (a.k.a. NEW AHMADI COMPANY LTD (a.k.a. NEW AHMADY LTD), Sarafi Market, Shop 48/49, Gereshk, Helmand, Afghanistan [SDNTK].

NEW AHMADY LTD (a.k.a. NEW AHMADI COMPANY LTD (a.k.a. NEW AHMADI LTD.), Sarafi Market, Shop 48/49, Gereshk, Helmand, Afghanistan [SDNTK].

NEW AHMADY LTD. KANDAHAR (a.k.a. MOHAMMAD WALI MONEY EXCHANGE), Sarafi Market, Fourth Floor, Shop #1, Kandahar, Afghanistan [SDNTK].

NEW ANSARI COMPANY (a.k.a. NAWI ANSARI LTD; a.k.a. NEW ANSARI MONEY EXCHANGE; a.k.a. NEW ANSARI MONEY SERVICES PROVIDER), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NEW ANSARI LTD, Shahri Naw Turah Baz Khan Street, Kabul, Afghanistan; Kandahar, Afghanistan; Helmand, Afghanistan; Farah, Afghanistan; Nimroz, Afghanistan; Urozgan, Afghanistan; Herat, Afghanistan; Badghis, Afghanistan; Mazar-i-Sharif, Afghanistan; Qundoz, Afghanistan; Jalalabad, Afghanistan; Ghanzi, Afghanistan; Ghazni, Afghanistan [SDNTK].

NEW ANSARI MONEY EXCHANGE (a.k.a. NAWI ANSARI LTD; a.k.a. NEW ANSARI COMPANY; a.k.a. NEW ANSARI MONEY SERVICES PROVIDER), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection,

Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NEW ANSARI MONEY SERVICES PROVIDER (a.k.a. NAWI ANSARI LTD; a.k.a. NEW ANSARI COMPANY; a.k.a. NEW ANSARI MONEY EXCHANGE), Shop No. 93, 1st Floor, Sarai Shahzada Market, Kabul, Afghanistan; Pul-i-Baghe Omomee, Shahzada Money Market, Kabul, Afghanistan; Shahr-i-Naw, Kabul, Afghanistan; 2nd Floor, Soraj Nazeer Market, Shop No. 30-301, Kabul, Afghanistan; 1st Street, Madat Intersection, Sharif Market, Kandahar, Afghanistan; Afghan United Bank Building, Hayratan, Afghanistan; Afghan United Bank Building, Hairatan, Afghanistan; Herat New City, Behzad Intersection, Next to 10th Intersection, Herat, Afghanistan; Jalalabad, Afghanistan; 30 Meters Street, Sharif, Nimroz, Afghanistan; Spin Boldak, Kandahar, Afghanistan; Dubai, United Arab Emirates; Tax ID No. 004800015 (Afghanistan) [SDNTK].

NEW ARCTIC SHIPPING LIMITED LIABILITY COMPANY (Cyrillic: НОВОЕ АРКТИЧЕСКОЕ ПАРОХОДСТВО ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (f.k.a. MEDVEZHYA GORA OOO), d. 3A str. 4 etazh 1 pom. 7, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 26 Aug 2019; Tax ID No. 7704471009 (Russia); Government Gazette Number 41291624 (Russia); Registration Number 1197746527714 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

NEW BLOCKCHAIN ADVISORY CO., LTD (Chinese Traditional: 倉新區塊鏈顧問有限公司) (a.k.a. NOVO BLOCKCHAIN CONSULTORIA LDA), Macau, China; Fang Kun, Ying Bin N0521, Xing He Wan, Guangzhou 510000, China; Commercial Registry Number 72424 (Macau) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY DEVICE CONSULTING).

NEW CENTURY IMPORT AND EXPORT CO. LTD (a.k.a. NINGBO NEW CENTURY IMPORT AND EXPORT COMPANY, LTD.), 5 Hongtang South Road, Jiangbei, Ningbo 315033, China;

Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NEW CHAGAI TRADING COMPANY (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazaar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

NEW EASTERN OUTLOOK, Russia; Website journal-neo.org [RUSSIA-EO14024].

NEW EASTERN SHIPPING CO LTD, Marshall Islands; 10 Anson Road, #17-00 International Plaza, 079903, Singapore; Wan Yue City, 1124, Riyuan Erli, Huli Qu, Xiamen, Fujian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6133570 [DPRK4].

NEW EUROPEAN PIPELINE AG (a.k.a. NORD STREAM 2 AG), Baarerstrasse 52, Zug 6300, Switzerland; Gotthardstrasse 2, Zug 6300, Switzerland; Bahnhofstrasse 10, Zug 6301, Switzerland; Identification Number CHE-444.239.548 (Switzerland); Business Registration Number CH-170.3.039.850-1 (Switzerland) [PEESA-EO14039].

NEW FAR INTERNATIONAL LOGISTICS LIMITED (Chinese Traditional: 新遠國際物流有限公司) (a.k.a. NEW FAR INTERNATIONAL LOGISTICS LTD; a.k.a. "NEW FAR INTERNATIONAL"), Wan Chai, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6075135; Business Registration Number 2758016 (Hong Kong) [IRAN-EO13846].

NEW FAR INTERNATIONAL LOGISTICS LTD (a.k.a. NEW FAR INTERNATIONAL LOGISTICS LIMITED (Chinese Traditional: 新遠國際物流有限公司); a.k.a. "NEW FAR INTERNATIONAL"), Wan Chai, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6075135; Business Registration Number 2758016 (Hong Kong) [IRAN-EO13846].

NEW GENERATION CARTEL OF JALISCO (a.k.a. CARTEL DE JALISCO NUEVA GENERACION; a.k.a. CJNG; a.k.a. JALISCO NEW GENERATION CARTEL), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

NEW HORIZON ORGANIZATION (a.k.a. THE INTERNATIONAL INSTITUTE OF INDEPENDENT THINKERS AND ARTISTS), 1st Floor, No. 91, East 2nd Aseman St., Aseman St., Ketab Sq., Tehran, Iran; Website newhorizon.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NEW IDEA GUANGZHOU TECHNOLOGY CO. LTD. (Chinese Simplified: 新设想广州科技有限公司), 122 Self-edited 408 (A288), No. 36 Daguan South Rd, Tianhe District, Guangzhou 510660, China; Secondary sanctions risk: this person is designated for

operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 22 Dec 2020; Unified Social Credit Code (USCC) 91440101MA9W2FJX55 (China) [RUSSIA-EO14024].

NEW IRISH REPUBLICAN ARMY (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

NEW JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

NEW KACH MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR;

a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

NEW LAND MONEY EXCHANGE COMPANY (a.k.a. AL ARDH AL JADIDA; a.k.a. AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY; a.k.a. AL-ARDH AL-JADEEDA EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

NEW LINE EXCHANGE TRUST CO., 2901 Omar and Khaled Richani Building, Beirut, Lebanon; 2901 Icaria, Ras Beirut, Lebanon [SDNTK].

NEW MARQUETALIA (a.k.a. LA NUEVA MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

NEW PEOPLE'S ARMY (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "CPP"; a.k.a. "NPP/CPP") [FTO] [SDGT].

NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NPA; a.k.a. "CPP"; a.k.a. "NPP/CPP") [FTO] [SDGT].

NEW RUSSIA PARTY (a.k.a. NOVOROSSIYA PARTY), Ukraine; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

NEW SUN INVESTMENTS (a.k.a. NEW SUN INVESTMENTS PRIVATE LIMITED; a.k.a. NEW SUN INVESTMENTS PVT LTD), Benhaage, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Mar 2015; Registration Number C-0250/2015 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

NEW SUN INVESTMENTS PRIVATE LIMITED (a.k.a. NEW SUN INVESTMENTS; a.k.a. NEW SUN INVESTMENTS PVT LTD), Benhaage, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Mar 2015; Registration Number C-0250/2015 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

NEW SUN INVESTMENTS PVT LTD (a.k.a. NEW SUN INVESTMENTS; a.k.a. NEW SUN INVESTMENTS PRIVATE LIMITED), Benhaage, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Mar 2015; Registration Number C-0250/2015 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

NEW, Daw Than Than (a.k.a. NWE, Than Than), Naypyitaw, Burma; DOB 26 Feb 1954; nationality Burma; Gender Female; National ID No. 9MAYAMAN007349 (Burma) (individual) [BURMA-EO14014].

NEWAY TECHNOLOGIES LIMITED, Room 606 Celebrity Comm, Centre 64 Castle Peak Road, Sham Shuipo, Hong Kong, China; Unit D7, 3/F., Block D, 18-24 Kwai Cheong Road, Mai Shun Industrial Building, Kwai Chung, New Territories, Hong Kong, China; Room 1206, Hua Lianfa West Building, Hua Qiang North Road, Futian District, Shenzhen, Guangdong, China; Registration Number 1252800 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY COMFORT MAX).

NEWKACH.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a.

FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

NEWS AGENCY INFOROS (a.k.a. IA INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС); a.k.a. INFOROS INFORMATION AGENCY, CO, LTD.), Moscow, Russia; Website inforos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Tax ID No. 5025021509 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

NEWSFRONT, Ukraine; Website news-front.info; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities [NPWMD] [CYBER2] [CAATSA - RUSSIA] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

NEWTON TRADING FZE (Arabic: نيوتن تريدينغ م م ح), P1-ELOB Office No. E-42F-11, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Feb 2020; License 18532 (United Arab Emirates); Economic Register Number (CBLS) 11583135 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

NEXIGN JOINT STOCK COMPANY (Cyrillic: НЭКСАЙН АКЦИОНЕРНОЕ ОБЩЕСТВО)

(a.k.a. "NEKSAIN AO"), d. 4 litera B pom. 22N, ul. Uralskaya, St. Petersburg 199155, Russia; Organization Established Date 03 Mar 1992; Organization Type: Other information technology and computer service activities; Tax ID No. 7801019126 (Russia); Government Gazette Number 11150642 (Russia); Registration Number 1027809251744 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

NEYRIZ STEEL, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

NEZAM, Abu (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

NEZHAD, Ismail Akbar (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esma'il; a.k.a. GHANI, Esmail; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

NEZHDANOVA, Yevgeniya Vitalyevna, Russia; DOB 07 May 1981; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

NG, Serena Bee Lin, Singapore; DOB 25 Jan 1958; POB Singapore; nationality Singapore; citizen Singapore; Gender Female; National ID No. S1296118I (Singapore) (individual) [RUSSIA-EO14024] (Linked To: ASIA TRADING & CONSTRUCTION PTE LTD).

NGAIKOISSET, Eugene (a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAIKOSSE, Eugene Barret (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAIKOSSET, Eugene Barret (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAIKOUESSET, Eugene (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAKOSSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAKOSSET, Eugene (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. "The Butcher of Paoua"), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

NGAN HANG LIEN DOANH VIET- NGA (a.k.a. VIETNAM-RUSSIA JOINT VENTURE BANK), No.1 Yet Kieu str., Hoan Kiem District, Hanoi, Vietnam; Floor 1, 2nd Floor, No 1, Yet Kieu Street,, Tran Hung Dao Ward, Hoan Kiem District, Hanoi, Vietnam; SWIFT/BIC VRBAVNVX; Website vrbank.com.vn/en; Target Type Financial Institution; Registration Number 0102100878 (Vietnam) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NGARUYE MPUMURO, Baudouin (a.k.a. NGARUYE WA MYAMURO, Baudoin; a.k.a. NGARUYE, Baudoin); DOB 1978; POB Lusamambo, Lubero territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

NGARUYE WA MYAMURO, Baudoin (a.k.a. NGARUYE MPUMURO, Baudouin; a.k.a. NGARUYE, Baudoin); DOB 1978; POB Lusamambo, Lubero territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

NGARUYE, Baudoin (a.k.a. NGARUYE MPUMURO, Baudouin; a.k.a. NGARUYE WA MYAMURO, Baudoin); DOB 1978; POB Lusamambo, Lubero territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

NGO TURATH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAIT JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND

EDUCATION ASSOCIATION; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

NGOMA, Willy (a.k.a. "Pap"; a.k.a. "RUTIKANGA, Ngarurira Ingoma"), Bunagana, North Kivu, Congo, Democratic Republic of the; DOB 1974; POB Kinigi, Rwanda; nationality Rwanda; alt. nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

NGUDJOLO CHUI, Mathieu (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUDJOLO, Cui Cui (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUDJOLO, Mathieu (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NGUDJOLO, Matthieu Cui (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NI, Gaobin (Chinese Simplified: 倪高彬), Hubei Province, China; DOB 27 Oct 1985; POB Jingzhou Municipality, China; nationality China; citizen China; Gender Male; National ID No. 421003198510272917 (China) (individual) [CYBER2].

NIA INTERNATIONAL, 69 Circular Road, Lahore, Pakistan [SDGT] (Linked To: SHEIKH, Umair Naeem).

NIAZI ANGILI EBRAHIM, Majid Reza (a.k.a. NAYYARI ANGILI, Majid Rida; a.k.a. NIYAZI-ANGILI, Majid Reza (Arabic: مجید رضا نیازی انگیلی)), Iran; DOB 23 Feb 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0030171628 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

NICANDRO, Barrera Mendoza (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico;

citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

NICARAGUAN NATIONAL POLICE (a.k.a. POLICIA NACIONAL DE NICARAGUA; a.k.a. "NNP"), Centro Comercial Metrocentro, 2 Cuadras al Este, Edificio Faustino Ruiz (Plaza el Sol), Managua, Nicaragua [NICARAGUA] [NICARAGUA-NHRAA].

NICARAGUAN PETROLEUM DISTRIBUTOR (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

NICE FANTASY GARMENT COMPANY LTD., 391/6 - 391/9 Soi Santi Thetsaban, Ratchada Phisek Road, Lat Yao precinct, Chatuchak district, Bangkok, Thailand [SDNTK].

NICKAEIN RAVARI, Amir Hossein (a.k.a. NIKAEEN RAVARI, Amir Hosein; a.k.a. NIKA'IN, Amir Hosein), Iran; DOB 13 Apr 1992; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1qsxf77cvwcd6jv6j8d8j3uhh4g0xqw4meswm wuc; alt. Digital Currency Address - XBT bc1q9lvynkfpaw330uhqmunzdz6gmafsvapv7y3 zty; alt. Digital Currency Address - XBT bc1qpaly5nm7pfka9v92d6qvl4fc2l9xzee8a6ys3 s; National ID No. 4480046429 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

NICO (a.k.a. NAFT IRAN INTERTRADE COMPANY LTD; a.k.a. NAFTIRAN INTERTRADE CO. (NICO) LIMITED; a.k.a. NAFTIRAN INTERTRADE COMPANY (NICO); a.k.a. NAFTIRAN INTERTRADE COMPANY LTD), 41, 1st Floor, International House, The Parade, St Helier JE2 3QQ, Jersey; Petro Pars Building, Saadat Abad Ave, No 35, Farhang Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] (Linked To: NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED).

NICO (a.k.a. NAFTIRAN INTERTRADE CO. (NICO) SARL), 6, Avenue de la Tour-Haldimand, Pully, VD 1009, Switzerland;

Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

NICO ENGINEERING LIMITED, 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 75797 (Jersey); all offices worldwide [IRAN].

NICOLAOU, Nicos; DOB 06 Apr 1965; POB Cyprus; nationality Cyprus (individual) [SYRIA] (Linked To: PIRUSETI ENTERPRISES LTD; Linked To: KHURI, Mudalal).

NIEBLA CORDOSA, Rosario (a.k.a. NIEBLA CORDOZA, Rosario), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ROSARIO NIEBLA CARDOZA A. EN P., Culiacan, Sinaloa, Mexico; Calle Ciudades de Hermanas # 277, Colonia Guadalupe, Culiacan, Sinaloa, Mexico; La Calle Jesus Clark Flores # 48, Octava Seccion, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Paseo Lomas De Mazatlan 6, Lomas De Mazatlan, Mazatlan, Sinaloa 82110, Mexico; Calle Ciudad Victoria 1168, Las Quintas, Culiacan, Sinaloa 80060, Mexico; S Madre Occidental 1323, Culiacan, Sinaloa 80178, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 06 Oct 1946; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. NICR-461006-T36 (Mexico); C.U.R.P. NICR461006MSLBRS09 (Mexico) (individual) [SDNTK].

NIEBLA CORDOSA, Rosario (a.k.a. NIEBLA CORDOSA, Rosario), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ROSARIO NIEBLA CARDOZA A. EN P., Culiacan, Sinaloa, Mexico; Calle Ciudades de Hermanas # 277, Colonia Guadalupe, Culiacan, Sinaloa, Mexico; La Calle Jesus Clark Flores # 48, Octava Seccion, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Paseo Lomas De Mazatlan 6, Lomas De Mazatlan, Mazatlan, Sinaloa 82110, Mexico; Calle Ciudad Victoria 1168, Las Quintas,

Culiacan, Sinaloa 80060, Mexico; S Madre Occidental 1323, Culiacan, Sinaloa 80178, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 06 Oct 1946; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. NICR-461006-T36 (Mexico); C.U.R.P. NICR461006MSLBRS09 (Mexico) (individual) [SDNTK].

NIEBLA GONZALEZ, Adelmo (a.k.a. NIEBLAS NAVA, Guillermo; a.k.a. "EL M"; a.k.a. "EL MEMO"); DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

NIEBLAS NAVA, Guillermo (a.k.a. NIEBLA GONZALEZ, Adelmo; a.k.a. "EL M"; a.k.a. "EL MEMO"); DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

NIETO GONZALEZ, Rogelio; DOB 13 Mar 1978; POB Matamoros, Tamaulipas, Mexico; R.F.C. NIGR780313JK2 (Mexico); C.U.R.P. NIGR780313HTSTNG02 (Mexico) (individual) [SDNTK].

NIFANTIEV, Evgeniy Olegovich (Cyrillic: НИФАНТЬЕВ, Евгений Олегович), Russia; DOB 14 Sep 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIGERIAN TALIBAN (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria [FTO] [SDGT].

NIGHT WOLVES (a.k.a. MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI; a.k.a. NOCHNIYE VOLKI; a.k.a. NOCHNYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

NIHAD, Ali (a.k.a. NIHADH, Ali), Addu City, Maldives; DOB 10 Jun 1989; POB Hithadhoo, Addu City, Maldives; nationality Maldives;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA14E6467 (Maldives); National ID No. A309494 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NIHADH, Ali (a.k.a. NIHAD, Ali), Addu City, Maldives; DOB 10 Jun 1989; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA14E6467 (Maldives); National ID No. A309494 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NII KVANT (a.k.a. KVANT SCIENTIFIC RESEARCH INSTITUTE; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT; a.k.a. RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

NII POLYMEROV AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM; a.k.a. THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT; a.k.a. V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-

PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

NII POLYUS (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

NII POLYUS IMENI M. F. STELMAKHA (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

NIIGRAFIT AO (Cyrillic: НИИГРАФИТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; a.k.a. JSC NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

NIIHIT 2 JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NIIKHIT; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV

TOKA AKTSIONERNOE OBSHCHESTVO; a.k.a. "NIIHIT"), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

NIIME AND MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

NIIME, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKII INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKII INSTITUT MOLEKULYARNOI ELEKTRONIKI AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

NIK LLC, Ul. Bazhenova D. 10 A, Zhukovskiy 140188, Russia; Organization Established Date 03 Mar 1997; Tax ID No. 5013031485 (Russia); Registration Number 1025001630158 (Russia) [RUSSIA-EO14024].

NIK QESHM FARA DARYA INVESTMENT COMPANY (a.k.a. FARADARYAY-E NIK-E GHESHM INVESTMENT), Opposite Kimia Hotel 2, Sam & Zal Street, Qeshm, Hormozgan 7951189799, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

NIKAEEN RAVARI, Amir Hossein (a.k.a. NICKAEIN RAVARI, Amir Hossein; a.k.a.

NIKA'IN, Amir Hosein, Iran; DOB 13 Apr 1992; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1qsxf77cvwcd6jv6j8d8j3uhh4g0xqw4meswm wuc; alt. Digital Currency Address - XBT bc1q9lvynkfpaw330uhqmunzdz6gmafsvapv7y3 zty; alt. Digital Currency Address - XBT bc1qpaly5nm7pfka9v92d6qvl4fc2l9xzee8a6ys3 s; National ID No. 4480046429 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

NIKA'IN, Amir Hosein (a.k.a. NICKAEIN RAVARI, Amir Hossein; a.k.a. NIKAEEN RAVARI, Amir Hossein), Iran; DOB 13 Apr 1992; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1qsxf77cvwcd6jv6j8d8j3uhh4g0xqw4meswm wuc; alt. Digital Currency Address - XBT bc1q9lvynkfpaw330uhqmunzdz6gmafsvapv7y3 zty; alt. Digital Currency Address - XBT bc1qpaly5nm7pfka9v92d6qvl4fc2l9xzee8a6ys3 s; National ID No. 4480046429 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

NIKBAKHT, Mas'ud (a.k.a. MAS'UD, Abu Ali; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NIKIFAROVICH, Siarhei Alehavich (Cyrillic: НІКІФАРОВІЧ, Сяргей Алегавіч) (a.k.a. NIKIFOROVICH, Sergei Olegovich (Cyrillic: НИКИФОРОВИЧ, Сергей Олегович)), Khvoynaya 29 Street, Pinsk, Belarus (Cyrillic: ул. Хвойная 29, Пинск, Belarus); DOB 03 Dec 1979; nationality Belarus; Gender Male; National Foreign ID Number 3031279B026PB4 (Belarus) (individual) [BELARUS-EO14038].

NIKIFOROVICH, Sergei Olegovich (Cyrillic: НИКИФОРОВИЧ, Сергей Олегович) (a.k.a. NIKIFAROVICH, Siarhei Alehavich (Cyrillic: НІКІФАРОВІЧ, Сяргей Алегавіч)), Khvoynaya 29 Street, Pinsk, Belarus (Cyrillic: ул. Хвойная 29, Пинск, Belarus); DOB 03 Dec 1979; nationality Belarus; Gender Male; National Foreign ID Number 3031279B026PB4 (Belarus) (individual) [BELARUS-EO14038].

NIKIMT ATOMSTROY (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ); a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY; a.k.a. NIKIMT ATOMSTROY JSC), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

NIKIMT ATOMSTROY JSC (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ); a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY; a.k.a. NIKIMT ATOMSTROY), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

NIKITIN, Aleksandr Valeryevich (a.k.a. NIKITIN, Alexander Valeryevich (Cyrillic: НИКИТИН, Александр Валерьевич)), Russia; DOB 26 Apr 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKITIN, Alexander Valeryevich (Cyrillic: НИКИТИН, Александр Валерьевич) (a.k.a. NIKITIN, Aleksandr Valeryevich), Russia; DOB 26 Apr 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKITIN, Andrei Sergeevich (a.k.a. NIKITIN, Andrey Sergeyevich (Cyrillic: НИКИТИН, Андрей Сергеевич)), Novgorod Region, Russia; DOB 26 Nov 1979; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772129130003 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Andrey Sergeyevich (Cyrillic: НИКИТИН, Андрей Сергеевич) (a.k.a. NIKITIN, Andrei Sergeevich), Novgorod Region, Russia; DOB 26 Nov 1979; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772129130003 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Gleb Sergeevich (Cyrillic: НИКИТИН, Глеб Сергеевич), Nizhniy Novgorod Region, Russia; DOB 24 Aug 1977; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 782605357120 (Russia) (individual) [RUSSIA-EO14024].

NIKITIN, Vasiliy Aleksandrovich (Cyrillic: НИКИТИН, Василий Александрович) (a.k.a. NIKITIN, Vasily; a.k.a. NIKITIN, Vasyl); DOB 25 Nov 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITIN, Vasily (a.k.a. NIKITIN, Vasiliy Aleksandrovich (Cyrillic: НИКИТИН, Василий Александрович); a.k.a. NIKITIN, Vasyl); DOB 25 Nov 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITIN, Vasyl (a.k.a. NIKITIN, Vasiliy Aleksandrovich (Cyrillic: НИКИТИН, Василий Александрович); a.k.a. NIKITIN, Vasily); DOB 25 Nov 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITINA, Irina (a.k.a. NIKITINA, Irina Petrovna; a.k.a. NIKITINA, Iryna Petrivna), Ukraine; DOB 17 May 1968; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITINA, Irina Petrovna (a.k.a. NIKITINA, Irina; a.k.a. NIKITINA, Iryna Petrivna), Ukraine; DOB 17 May 1968; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKITINA, Iryna Petrivna (a.k.a. NIKITINA, Irina; a.k.a. NIKITINA, Irina Petrovna), Ukraine; DOB 17 May 1968; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKOLAEV, Aisen Sergeevich (a.k.a. NIKOLAYEV, Aysen Sergeevich (Cyrillic: НИКОЛАЕВ, Айсен Сергеевич)), Republic of Sakha (Yakutia), Russia; DOB 22 Jan 1972; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No.

143514375097 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAEV, Nikolay Petrovich (Cyrillic: НИКОЛАЕВ, Николай Петрович), Russia; DOB 02 Apr 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKOLAEV, Oleg Alekseevich (a.k.a. NIKOLAYEV, Oleg Alekseyevich (Cyrillic: НИКОЛАЕВ, Олег Алексеевич), Chuvash Republic, Russia; DOB 10 Dec 1969; POB Cherbay, Chuvash Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 212901690570 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAEV, Viktor Andreevich (Cyrillic: НИКОЛАЕВ, Виктор Андреевич) (a.k.a. NIKOLAYEV, Viktor Andreyevich), Russia; DOB 16 Apr 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NIKOLAEVA, Irina Viktorovna (Cyrillic: НИКОЛАЕВА, Ирина Викторовна) (a.k.a. KITAEVA, Irina Viktorovna), Russia; DOB 15 Jul 1983; POB Troitsk, Russia; nationality Russia; citizen Russia; Gender Female; National ID No. 4607444893 (Russia); Tax ID No. 504603132375 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

NIKOLAEVA, Victoria Victorovna (Cyrillic: НИКОЛАЕВА, Виктория Викторовна), Russia; DOB 21 Nov 1962; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKOLAYEV, Aysen Sergeyevich (Cyrillic: НИКОЛАЕВ, Айсен Сергеевич) (a.k.a. NIKOLAEV, Aisen Sergeevich), Republic of Sakha (Yakutia), Russia; DOB 22 Jan 1972; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 143514375097 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAYEV, Oleg Alekseyevich (Cyrillic: НИКОЛАЕВ, Олег Алексеевич) (a.k.a. NIKOLAEV, Oleg Alekseevich), Chuvash Republic, Russia; DOB 10 Dec 1969; POB Cherbay, Chuvash Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 212901690570 (Russia) (individual) [RUSSIA-EO14024].

NIKOLAYEV, Viktor Andreevich (a.k.a. NIKOLAEV, Viktor Andreevich (Cyrillic: НИКОЛАЕВ, Виктор Андреевич)), Russia; DOB 16 Apr 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NIKOLIC, Momir; DOB 20 Feb 1955; POB Bratunac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

NIKOLIC, Zarko; DOB 07 May 1938; POB Sovljak, Serbia and Montenegro (individual) [BALKANS].

NIKOLIYA OOO (a.k.a. LIMITED LIABILITY COMPANY NIKOLIYA), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Tax ID No. 7710972620 (Russia); Registration Number 5147746404306 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър) (a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexander Hristov; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Aleksandar Hristov (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexander Hristov; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Aleksandr (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Alexander Hristov; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Alexander Hristov (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexandr Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB

Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKOLOV, Alexandr Hristov (a.k.a. NIKOLOV, Aleksandar (Cyrillic: НИКОЛОВ, Александър); a.k.a. NIKOLOV, Aleksandar Hristov; a.k.a. NIKOLOV, Aleksandr; a.k.a. NIKOLOV, Alexander Hristov), GK3, BL22, AP13, Kozloduy, Vratsa 3320, Bulgaria; DOB 19 Feb 1962; POB Belene, Bulgaria; nationality Bulgaria; Gender Male; Passport 385595825 (Bulgaria) expires Nov 2023; National ID No. 6202193988 (Bulgaria) (individual) [GLOMAG].

NIKONOROVA, Natalya Yurievna, 7 Ulitsa Dneprodzerzhinskaya, Apt. 142, Donetsk, Donetsk Region, Ukraine; DOB 28 Sep 1984; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

NIKONOV, Vasili Vladislavovich (Cyrillic: НИКОНОВ, Василий Владиславович), Apt 28, Udaltsova Street 65, Moscow 119454, Russia; DOB 27 Apr 1972; POB Samara, Russia; nationality Russia; Gender Male; Passport 736511375 (Russia) issued 14 Nov 2014 expires 14 Nov 2024; Tax ID No. 631807340404 (Russia) (individual) [RUSSIA-EO14024].

NIKONOV, Vyacheslav (Cyrillic: НИКОНОВ, Вячеслав), Russia; DOB 05 Jun 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NIKOUSOKHAN, Mahmoud; DOB 01 Jan 1961 to 31 Dec 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U14624657 (Iran); Finance Director, National Iranian Oil Company; Director, Hong Kong Intertrade Company; Director, Petro Suisse Intertrade Company (individual) [IRAN].

NIKSA NIROU (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIKULOV, Gennadii Anatolievich (a.k.a. NIKULOV, Gennady A.), Russia; DOB 17 Feb 1967; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NIKULOV, Gennady A. (a.k.a. NIKULOV, Gennadii Anatolievich), Russia; DOB 17 Feb 1967; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

NILAR, Daw, Burma; DOB 03 May 1968; nationality Burma; Gender Female; National ID No. 12AHLANAN026686 (Burma) (individual) [BURMA-EO14014].

NILETEL, Juba, South Sudan [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

NILFOROUSHAN DARDASHTI, Abbas (a.k.a. NILFOROUSHAN, Abbas; a.k.a. NILFORUSHAN, Abbas (Arabic: عباس نيلفروشان); a.k.a. NILFRUSHAN DARDASHTI, Abbas Mortaza), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILFOROUSHAN, Abbas (a.k.a. NILFOROUSHAN DARDASHTI, Abbas; a.k.a. NILFORUSHAN, Abbas (Arabic: عباس نيلفروشان); a.k.a. NILFRUSHAN DARDASHTI, Abbas Mortaza), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILFORUSHAN, Abbas (Arabic: عباس نيلفروشان) (a.k.a. NILFOROUSHAN DARDASHTI, Abbas; a.k.a. NILFOROUSHAN, Abbas; a.k.a. NILFRUSHAN DARDASHTI, Abbas Mortaza), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILFRUSHAN DARDASHTI, Abbas Mortaza (a.k.a. NILFOROUSHAN DARDASHTI, Abbas; a.k.a. NILFOROUSHAN, Abbas; a.k.a. NILFORUSHAN, Abbas (Arabic: عباس نيلفروشان)), Tehran, Iran; DOB 23 Aug 1966; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P46631463 (Iran) expires 26 Sep 2023; Deputy Commander for Operations (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NILOV, Oleg Anatolyevich (Cyrillic: НИЛОВ, Олег Анатольевич), Russia; DOB 08 May 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NILOV, Yaroslav Yevgenyevich (Cyrillic: НИЛОВ, Ярослав Евгеньевич), Russia; DOB 20 Mar 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NI'MA, Rashid Rashid, Syria; DOB 01 Dec 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NIMI IM V V BAKHIREVA AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА); a.k.a. JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE; a.k.a. NIMI NAMED AFTER V V BAHIREV JSC), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

NIMI NAMED AFTER V V BAHIREV JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА); a.k.a. JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE; a.k.a.

NIMI IM V V BAKHIREVA AO), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

NIMR INTERNATIONAL L.L.C. (a.k.a. "NIMR IRAQ BRANCH"), Office No. 1, 5th Floor, Al Nadha Towers 2, Ghala Industrial Area, Muscat, Oman; 501 Al Nadha Towers 2, Building 220 Way No 5007, Muscat, Oman; PO Box 254, Muscat, Oman; Hayy al Fayha' -al Amin al Dakhili Dur al Dubat. Building number 44/234, Locality No. 445, Ally No. 46, Section House No. 44/3, Third floor, Office, Basrah Province, Iraq; Dubai, United Arab Emirates; Port Um Qasr, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 1037675 (Oman); alt. Business Registration Number 5670 (Iraq) [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

NIMR INTERNATIONAL S.R.L., STR. Horea NR. 80-82A AP. 13, Cluj-Napoca 400001, Romania; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number J12/1651/2020 (Romania) [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

NINGBO MORE INTEREST I/E CO., LTD. (Chinese Traditional: 宁波市摩利进出口有限公司) (a.k.a. NINGBO MORE INTEREST IMP. & EXP. CO., LTD.; a.k.a. NINGBO MORE INTEREST IMP. AND EXP. CO., LTD.), Room 12B01, Building 2, Yuyao China Plastic City International Business Center, 315400 Ningbo, Zhejiang, China; No Z-1305 Plastics City Yuyao City, Zhejiang, Zhejiang Province, China; Organization Established Date 15 Mar 2005; Trade License No. 330281000092872 (China); Unified Social Credit Code (USCC) 91330281772304821A (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NINGBO MORE INTEREST IMP. & EXP. CO., LTD. (a.k.a. NINGBO MORE INTEREST I/E CO., LTD. (Chinese Traditional: 宁波市摩利进出口有限公司) a.k.a. NINGBO MORE INTEREST IMP. AND EXP. CO., LTD.), Room 12B01, Building 2, Yuyao China Plastic City International Business Center, 315400 Ningbo, Zhejiang, China; No Z-1305 Plastics City Yuyao City, Zhejiang, Zhejiang Province, China; Organization Established Date 15 Mar 2005; Trade License No. 330281000092872

(China); Unified Social Credit Code (USCC) 91330281772304821A (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NINGBO MORE INTEREST IMP. AND EXP. CO., LTD. (a.k.a. NINGBO MORE INTEREST I/E CO., LTD. (Chinese Traditional: 宁波市摩利进出口有限公司); a.k.a. NINGBO MORE INTEREST IMP. & EXP. CO., LTD.), Room 12B01, Building 2, Yuyao China Plastic City International Business Center, 315400 Ningbo, Zhejiang, China; No Z-1305 Plastics City Yuyao City, Zhejiang, Zhejiang Province, China; Organization Established Date 15 Mar 2005; Trade License No. 330281000092872 (China); Unified Social Credit Code (USCC) 91330281772304821A (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NINGBO NEW CENTURY IMPORT AND EXPORT COMPANY, LTD. (a.k.a. NEW CENTURY IMPORT AND EXPORT CO. LTD), 5 Hongtang South Road, Jiangbei, Ningbo 315033, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NINGS CARTOON STUDIO (a.k.a. CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠口动漫发展有限公司); a.k.a. CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD.; a.k.a. CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD.), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

NINTH OCEAN GMBH & CO. KG (a.k.a. NINTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22097, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102565 [IRAN].

NINTH OCEAN GMBH AND CO. KG (a.k.a. NINTH OCEAN GMBH & CO. KG), Schottweg

5, Hamburg 22097, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102565 [IRAN].

NIOC (a.k.a. NATIONAL IRANIAN OIL COMPANY), Hafez Crossing, Taleghani Avenue, P.O. Box 1863 and 2501, Tehran, Iran; National Iranian Oil Company Building, Taleghani Avenue, Hafez Street, Tehran, Iran; Website www.nioc.ir; IFCA Determination - Involved in Energy Sector; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: MINISTRY OF PETROLEUM).

NIOC INTERNATIONAL AFFAIRS (LONDON) LIMITED, NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02772297 (United Kingdom); all offices worldwide [IRAN].

NIOEC (a.k.a. NATIONAL IRANIAN OIL ENGINEERING AND CONSTRUCTION COMPANY), No. 247 Ostad Nejatollahi Avenue, Corner of Shahid Kalantary Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 89299 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NIOPDC (a.k.a. NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY), No 1, Iransahr Building, Opposite of Honarmandan Park Corner of Iransahr Street, Taleghani Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 67337 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NIORDC (a.k.a. NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY), 4 Varsho Street, Tehran, Iran; P.O. Box 15815/3499, No. 4 Varsho Street, 1598666611, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 89152 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

NIP INFORMATICA (a.k.a. NAUCHNO INZHENERNOE PREDPRIYATIE INFORMATIKA; a.k.a. NIP INFORMATIKA), Ul. Fuchika D. 4, Lit K, Saint Petersburg 192102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810182337 (Russia); Registration Number 1027804862040 (Russia) [RUSSIA-EO14024].

NIP INFORMATIKA (a.k.a. NAUCHNO INZHENERNOE PREDPRIYATIE INFORMATIKA; a.k.a. NIP INFORMATICA), Ul. Fuchika D. 4, Lit K, Saint Petersburg 192102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810182337 (Russia); Registration Number 1027804862040 (Russia) [RUSSIA-EO14024].

NIPI GAZPERERABOTKA AO (a.k.a. NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА AO); a.k.a. NIPIGAS JSC; a.k.a. NIPIGAZ AO), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NIPIGAS IT LLC (a.k.a. OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU NIPIGAZ IT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НИПИГАЗ ИТ)), 65 Profsoyuznaya Street, Room 1, Moscow 117342, Russia; Tax ID No. 9728089667 (Russia); Registration Number 1237700161115 (Russia) [RUSSIA-EO14024] (Linked To: NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO).

NIPIGAS JSC (a.k.a. NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА AO); a.k.a. NIPI GAZPERERABOTKA AO; a.k.a. NIPIGAZ AO), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NIPIGAZ AO (a.k.a. NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И ПРОЕКТНЫЙ ИНСТИТУТ ПО ПЕРЕРАБОТКЕ ГАЗА AO); a.k.a. NIPI

GAZPERERABOTKA AO; a.k.a. NIPIGAS JSC), 65 Profsoyuznaya Street, Bld. 1, Moscow 117342, Russia; Tax ID No. 2310004087 (Russia); Registration Number 1022301597394 (Russia) [RUSSIA-EO14024].

NIPL D.O.O. (a.k.a. MERIDEIS D.O.O.), 27 Vilharjeva Cesta, Ljubljana 1000, Slovenia; Registration ID 71071784 (Slovenia) [SDNTK].

NIREF, Boezembolcht 23, Rotterdam, Netherlands [CUBA].

NIROOMAND TOOMAJ, Elyas (Arabic: الياس توماج نيروماند) (a.k.a. NIRUMAND TUMAJ, Elyas; a.k.a. NIRUMANDTUMAJ, Elias), Iran; DOB 31 May 1990; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L55195938 (Iran) expires 17 Nov 2026; National ID No. 2230048759 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

NIROOYE MOGHAVEMATE BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION";

a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

NIROO-YE VIZHE PASDAR-E VELAYAT (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY (a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIRU BATTERY MANUFACTURING COMPANY (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIRU CO. LTD. (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

NIRUMAND TUMAJ, Elyas (a.k.a. NIROOMAND TOOMAJ, Elyas (Arabic: الياس نيروماند توماج); a.k.a. NIRUMANDTUMAJ, Elias), Iran; DOB 31 May 1990; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L55195938 (Iran) expires 17 Nov 2026; National ID No. 2230048759 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NIRUMANDTUMAJ, Elias (a.k.a. NIROOMAND TOOMAJ, Elyas (Arabic: الياس نيروماند توماج); a.k.a. NIRUMAND TUMAJ, Elyas), Iran; DOB 31 May 1990; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport L55195938 (Iran) expires 17 Nov 2026; National ID No. 2230048759 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

NIRUYEH MOGHAVEMAT BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN (a.k.a. IRANIAN POLICE; a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. LAW ENFORCEMENT FORCES OF THE

ISLAMIC REPUBLIC OF IRAN; a.k.a. NAJA); Additional Sanctions Information - Subject to Secondary Sanctions [SYRIA] [IRAN-HR] [HRIT-IR].

NISANOV, God Semenovich (Cyrillic: НИСАНОВ, ГОД СЕМЕНОВИЧ), Noviy Arbat, 31, 12-130, Moscow 121099, Russia; DOB 24 Apr 1972; POB Krasnaya Sloboda, Azerbaijan; nationality Russia; alt. nationality Azerbaijan; citizen Russia; Gender Male; Passport K00412210 (Cyprus); Tax ID No. 772374165781 (Russia) (individual) [RUSSIA-EO14024].

NISHIGUCHI, Shigeo, c/o 6-4-21 Akasaka, Minato-ku, Tokyo, Japan; DOB 1929 to 1930 (individual) [TCO] (Linked To: SUMIYOSHI-KAI).

NISR, Nasir (a.k.a. NESER, Naser Hassan (Arabic: ناصر حسن نسر); a.k.a. NESR, Nasser Hassan), Mahfouz, Al Ahlam 6, Haret Hreik, Roueiss, Beirut, Lebanon; DOB 20 Apr 1963; POB Kafarser, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 288030510000000 (Lebanon) (individual) [SDGT] (Linked To: THE AUDITORS FOR ACCOUNTING AND AUDITING).

NITC (a.k.a. NATIONAL IRANIAN TANKER COMPANY), NITC Building, 67-88, Shahid Atefi Street, Africa Avenue, Tehran, Iran; No. 65 and 67 Shahid Atefi Street, Africa Blvd, Tehran, Iran; Website www.nitc.co.ir; Email Address info@nitc.co.ir; alt. Email Address administrator@nitc.co.ir; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 4891 (Iran); Telephone (98)(21)(66153220); Telephone (98)(21)(23803202); Telephone (98)(21)(23803303); Telephone (98)(21)(66153224); Telephone (98)(21)(23802230); Telephone (98)(9121115315); Telephone (98)(9128091642); Telephone (98)(9127389031); Fax (98)(21)(22224537); Fax (98)(21)(23803318); Fax (98)(21)(22013392); Fax (98)(21)(22058763) [IRAN] [SDGT] [IFSR] [IFCA] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NITC SHARJAH (a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC; a.k.a. NATIONAL IRANIAN TANKER COMPANY LLC SHARJAH BRANCH), Al Wahda Street, Street No. 4, Sharjah, United Arab Emirates; P.O. Box 3267, Sharjah, United Arab Emirates; Website http://nitcsharjah.com/index.html; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone +97165030600; Telephone + 97165749996; Telephone +971506262326; Fax +97165394666; Fax +97165746661 [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NITS KIBERNETIKI I AVTOMATIKI (a.k.a. CYBERCOM LIMITED), Pr-D Mikhailovskii D.3, Str.13, Moscow 109029, Russia; Tax ID No. 7722551867 (Russia); Registration Number 1057747611294 (Russia) [RUSSIA-EO14024].

NIYAZI-ANGILI, Majid Reza (Arabic: مجید رضا نیازی انگیلی) (a.k.a. NAYYARI ANGILI, Majid Rida; a.k.a. NIAZI ANGILI EBRAHIM, Majid Reza), Iran; DOB 23 Feb 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0030171628 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

NIZAM, Abou (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamel; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu); DOB Sep 1938 (individual) [SDNTK].

NIZHNIY NOVGOROD AVIATION PLANT SOKOL (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ); a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD

AVIATION PLANT SOKOL; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ); a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

NIZHNY NOVGOROD JOINT STOCK COMPANY HYDROMASH NAMED AFTER VI LUZYANIN (a.k.a. JSC HYDROMASH NAMED AFTER VI LUZYANIN), Pr-kt Gagarina D. 22, Nizhniy Novgorod 603022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5262008630 (Russia); Registration Number 1025203720189 (Russia) [RUSSIA-EO14024].

NJSC CHORNOMORNAFTOGAZ (a.k.a. CHERNOMORNEFTEGAZ; a.k.a. CHORNOMORNEFTEGAZ), Kirova / per. Sovnarkomovskaya, 52/1, Simferopol, Crimea 95000, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; This designation refers to the entity in Crimea at the listed address only, and does not include its parent company. [UKRAINE-EO13660].

NKALUBO, Meddie (a.k.a. NKALUBO, Mohamed Ali; a.k.a. "LEE, Meddie"), Congo, Democratic Republic of the; DOB 1987; alt. DOB 1988; POB Kampala, Uganda; nationality Uganda; citizen Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

NKALUBO, Mohamed Ali (a.k.a. NKALUBO, Meddie; a.k.a. "LEE, Meddie"), Congo, Democratic Republic of the; DOB 1987; alt. DOB 1988, POB Kampala, Uganda; nationality Uganda; citizen Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

NKO FOND KHIMRAZORUZHENIE (a.k.a. FOUNDATION CHEMICAL DISARMAMENT & CONVERSION; a.k.a. FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION; a.k.a. NEKOMMERCHESKAYA

ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

NKO IVF RT (a.k.a. NONPROFIT ORGANIZATION INVESTMENT AND VENTURE FUND OF THE REPUBLIC OF TATARSTAN), Ul. Peterburgskaya D. 50, Kazan 420107, Russia; Tax ID No. 1655087607 (Russia); Registration Number 1041621104304 (Russia) [RUSSIA-EO14024].

NKOUMTAMADJI, Martin (a.k.a. KOUMTA MADJI, Martin; a.k.a. KOUMTAMADJI, Martin Nadingar; a.k.a. MISKINE, Abdoulaye), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

NKTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD]

(Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

NKUNDA BATWARE, Laurent (a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDA, Laurent; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDA MAHORO BATWARE, Laurent (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDA, Laurent; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDA, General (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, Laurent; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDA, Laurent (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDABATWARE, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006; Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NKUNDABATWARE, Laurent (a.k.a. NKUNDA BATWARE, Laurent; a.k.a. NKUNDA MAHORO BATWARE, Laurent; a.k.a. NKUNDA, General; a.k.a. NKUNDA, Laurent); DOB 06 Feb 1967; alt. DOB 02 Feb 1967; POB Rutshuru, North Kivu, Democratic Republic of the Congo; Founder, National Congress for the People's Defense; Senior Officer, Rally for Congolese Democracy-Goma (RCD-G), 1998-2006;

Officer, Rwandan Patriotic Front (RPF), 1992-1998 (individual) [DRCONGO].

NLA (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. UCK) [BALKANS].

NM-TEKH (a.k.a. LLC NM-TEKH), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; al. Solnechnaya d. 6, floor 1 pom. xii office 4, 4a, Zelenograd 124527, Russia; Tax ID No. 7735183410 (Russia); Registration Number 1197746306790 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

NO. 1 MINING ENTERPRISE (a.k.a. MINING ENTERPRISE NO 1; a.k.a. MINING ENTERPRISE NUMBER ONE; a.k.a. MYANMA MINING ENTERPRISE NUMBER 1; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 1), Bu Tar Street, Forest Street, Monywa, Sagaing Region, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

NO. 2 MINING ENTERPRISE (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. NUMBER 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

NO'AR MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE

ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD"] [SDGT].

NOBAKHT, Mas'ud (a.k.a. MAS'UD, Abu Ali; a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NOBILITY JSC (Cyrillic: АО НОБИЛИТИ) (a.k.a. JOINT STOCK COMPANY NOBILITY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОБИЛИТИ)), Bolshoy Sampsonievsky pr., 60, lit. A, pom. 2N/1114, St. Petersburg 194044, Russia; Unit 2H114, Leter A, prospekt Bolshoy Sampsonievskyy 60, St. Petersburg 194044, Russia; Tax ID No. 7802706763 (Russia); Business Registration Number 1207800055341 (Russia) [PEESA-EO14039].

NOBLE SHIPPING CO LTD (a.k.a. NOBLE SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846

information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563285 (Hong Kong); Identification Number IMO 6003103 [IFCA].

NOBLE SHIPPING COMPANY LIMITED (a.k.a. NOBLE SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563285 (Hong Kong); Identification Number IMO 6003103 [IFCA].

NOC OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNYI OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСІ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NOCHNIYE VOLKI (a.k.a. MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI; a.k.a. NIGHT WOLVES; a.k.a. NOCHNYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow,

Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

NOCHNYE VOLKI (a.k.a. MOLODEZHNAYA AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA NOCHNYE VOLKI; a.k.a. NIGHT WOLVES; a.k.a. NOCHNIYE VOLKI), Nizhnije Mnevniki, 110, "Bike Center", Moscow, Russia; 110 Nizhniye Mnevniki, Moscow, Russia; 110 Nizhnie Mnevniki Ul., Moscow 123423, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037717009846; Government Gazette Number 14188237 [UKRAINE-EO13660].

NOCTURN INC, S. DE R.L. DE C.V. (a.k.a. CORTEZ COCINA AUTENTICA; a.k.a. NOCTURNUM INC, S. DE R.L. DE C.V.; a.k.a. "CORTEZ"; a.k.a. "EL CORTEZ"; a.k.a. "RESTAURANT CORTEZ"; a.k.a. "RESTAURANTE CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

NOCTURNUM INC, S. DE R.L. DE C.V. (a.k.a. CORTEZ COCINA AUTENTICA; a.k.a. NOCTURN INC, S. DE R.L. DE C.V.; a.k.a. "CORTEZ"; a.k.a. "EL CORTEZ"; a.k.a. "RESTAURANT CORTEZ"; a.k.a. "RESTAURANTE CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

NODEH, Hosein Akbari, Iran; DOB 27 Dec 1980; nationality Iran; Gender Male; National ID No. 0062245260 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

NOFAL, Ayman, Gaza; DOB 1965; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

NOGUERA PIETRI, Justo Jose (Latin: NOGUERA PIETRI, Justo José); DOB 15 Mar 1961; POB Piritu, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 5.944.426 (Venezuela); Passport B0942407 (Venezuela) expires 18 Dec 2006; alt. Passport 018295955 (Venezuela); President of the Venezuelan Corporation of Guayana (CVG); former Major General, General Commander of Venezuela's Bolivarian National Guard (GNB) (individual) [VENEZUELA].

NOK BELARUSI (Cyrillic: НОК БЕЛАРУСИ) (a.k.a. BELARUSIAN NATIONAL OLYMPIC COMMITTEE; a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

NOMCHONGANG TRADING CO. (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

NOMURA, Satoru, 4-chome, 19-15 Kumagai, Kokurakita-ku, Kitakyushu City, Fukuoka, Japan; DOB 26 Sep 1946 to 07 Dec 1946 (individual) [TCO].

NON-INDUSTRIAL OPERATION SERVICES PAZARGAD (a.k.a. PAZARGAD NON INDUSTRIAL OPERATION COMPANY; a.k.a. PAZARGAD NON-INDUSTRIAL OPERATIONS CO.), Complex of Petrochemical Projects, Triangular Site, P.O. Box 9531795616, Assaluyeh, Bushehr, Iran; Khalid Islumboli Street, Fifth Alley, No. 22, Second Floor, Tehran 1513643911, Iran; Website www.pazargad.org; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS (a.k.a. NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ)), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

NONPROFIT ORGANIZATION INVESTMENT AND VENTURE FUND OF THE REPUBLIC OF TATARSTAN (a.k.a. NKO IVF RT), Ul. Peterburgskaya D. 50, Kazan 420107, Russia; Tax ID No. 1655087607 (Russia); Registration Number 1041621104304 (Russia) [RUSSIA-EO14024].

NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS (a.k.a. NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ)), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS (a.k.a. NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ)), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NON-STATE PENSION FUND VTB PENSION FUND, JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NPF VTB PENSION FUND JOINT

STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NOOR ENERGY (MALAYSIA) LTD., Labuan, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number LL08318 [IRAN].

NOOR HOLDING SAL (a.k.a. NOUR HOLDING SAL), Bizri Street, Beirut, Lebanon; Commercial Registry Number 1901008 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NOOR MOHAMMAD, Abdul Majid (a.k.a. NOOR MUHAMMAD, Abdul Majeed; a.k.a. NOOR MUHAMMED, Abdul Majid), c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; DOB 1957; POB Chagai, Pakistan; citizen Pakistan; Passport LA097936 (Pakistan) (individual) [SDNTK].

NOOR MUHAMMAD, Abdul Majeed (a.k.a. NOOR MOHAMMAD, Abdul Majid; a.k.a. NOOR MUHAMMED, Abdul Majid), c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; DOB 1957; POB Chagai, Pakistan; citizen Pakistan; Passport LA097936 (Pakistan) (individual) [SDNTK].

NOOR MUHAMMED, Abdul Majid (a.k.a. NOOR MOHAMMAD, Abdul Majid; a.k.a. NOOR MUHAMMAD, Abdul Majeed), c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; DOB 1957; POB Chagai, Pakistan; citizen Pakistan; Passport LA097936 (Pakistan) (individual) [SDNTK].

NOOR PLANTATION INVESTMENTS LLC, 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11401 NW 2 Street, Plantation, FL 33325, United States; 11441 NW 2 Street, Plantation, FL 33325, United States; 11481 NW 2 Street, Plantation, FL 33325, United States; Company Number 27-1713953 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

NOOR, Abdirahman (a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NOOR, Haji Faizullah (a.k.a. KHAN, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOOR, Haji Mohammad (a.k.a. MOHAMED KOL, Mohammed Noor; a.k.a. MOHAMMED KUL, Mohammed Nour), c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; c/o GREEN LEAF GENERAL TRADING LLC, United Arab Emirates; c/o CONNECT TELECOM GENERAL TRADING LLC, United Arab Emirates; DOB 27 Jul 1965; citizen Afghanistan (individual) [SDNTK].

NOORI, Haji Faizullah (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOORI, Hamid Reza (a.k.a. NURI, Hamid Reza), Iran; DOB 04 Feb 1974; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506784 (Iran); alt. Passport G9329064 (Iran); National ID No. 1290992118 (Iran) (individual) [NPWMD] [IFSR]

NOOR, Abdirahman (a.k.a. NUREY, (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

NOORI, Mohsen, Iran; DOB 12 Oct 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29398072 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NOORI, Omid (a.k.a. NOURI, Omid), Iran; DOB 12 Mar 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NOORISTANI, Abdul Aziz (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

NOORULLAH, Haji, c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; DOB 16 Apr 1970; alt. DOB 1969; POB City District 1, Kandahar, Afghanistan; citizen Afghanistan; Passport TR-030067 (Afghanistan); National ID No. 1092488 (Afghanistan); alt. National ID No. 192488 (Afghanistan) (individual) [SDNTK].

NOORZAI, Haji Bashir (a.k.a. "BISHR, Haji"); DOB 1961; POB Afghanistan (individual) [SDNTK].

NOORZAI, Haji Basir (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASEER, Abdul; a.k.a. BASIR, Abdal; a.k.a. BASIR, Haji Abdul), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

NOORZAI, Haji Kotwal (a.k.a. "KHOOTWAL, Haji"; a.k.a. "KHOTWAL, Haji"; a.k.a. "KOOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960;

alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

NOORZAI, Haji Malek (a.k.a. NOORZAI, Hajji Malak; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Tribe: Noorzai (individual) [SDGT].

NOORZAI, Haji Pazullah (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOORZAI, Hajji Faizullah Khan (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NOORZAI, Hajji Malak (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Tribe: Noorzai (individual) [SDGT].

NOORZAI, Hajji Malik (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Tribe: Noorzai (individual) [SDGT].

NOORZAI, Mullah Ahmed Shah (a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Maulawi Ahmed; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014;

National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

NOORZAI, Mullah Mad Aman Ustad (a.k.a. AKHUND, Mohammad Aman; a.k.a. AMAN, Mohammed; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH"; DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan (individual) [SDGT].

NOOSHIN, Seid Mir Ahmad (a.k.a. NOOSHIN, Seyed Mirahmad; a.k.a. NUSHIN, Sayyed Mir Ahmad), Iran; DOB 11 Jan 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9311208 (Iran); Director, Aerospace Industries Organization (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

NOOSHIN, Seyed Mirahmad (a.k.a. NOOSHIN, Seid Mir Ahmad; a.k.a. NUSHIN, Sayyed Mir Ahmad), Iran; DOB 11 Jan 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9311208 (Iran); Director, Aerospace Industries Organization (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

NORAM - AZD, A.S. (a.k.a. TRANZ-TEL, A.S.), Krizna 47, Bratislava 1 - Mestska Cast Ruzinov, Bratislava 81107, Slovakia; Tax ID No. 202141989 (Slovakia); Registration Number 35720514 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

NORD GOLD PLC (f.k.a. NORD GOLD SE; f.k.a. NORD GOLD UK SOCIETAS; a.k.a. NORDGOLD), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORD GOLD SE (a.k.a. NORD GOLD PLC; f.k.a. NORD GOLD UK SOCIETAS; a.k.a. NORDGOLD), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORD GOLD UK SOCIETAS (a.k.a. NORD GOLD PLC; f.k.a. NORD GOLD SE; a.k.a. NORDGOLD), 27 Dover Street, Mayfair,

London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORD MARIN INZHINIRING (a.k.a. OOO NORD MARIN INZHINIRING (Cyrillic: ООО НОРД МАРИН ИНЖИНИРИНГ)), Sh. Leningradskoe D. 39, Str. 6, Pom. XXIV, Moscow 125212, Russia; Organization Established Date 27 Jul 2016; Tax ID No. 7743165541 (Russia); Registration Number 1167746706137 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

NORD MARINE (a.k.a. OOO NORD MARINE (Cyrillic: ООО НОРД МАРИН)), Ul. Rochdelskaya D. 11/5, Str. 1, Moscow 123100, Russia; Organization Established Date 16 Apr 2001; Tax ID No. 7716204897 (Russia); Registration Number 1027700401024 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

NORD PROJECT LLC TRANSPORT COMPANY (a.k.a. LLC TC NORD PROJECT; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskii 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

NORD STREAM 2 AG (a.k.a. NEW EUROPEAN PIPELINE AG), Baarerstrasse 52, Zug 6300, Switzerland; Gotthardstrasse 2, Zug 6300, Switzerland; Bahnhofstrasse 10, Zug 6301, Switzerland; Identification Number CHE-444.239.548 (Switzerland); Business Registration Number CH-170.3.039.850-1 (Switzerland) [PEESA-EO14039].

NORD TRADING L.L.C (Arabic: نورد للتجارة ذ.م.م (ش.ذ.م.م), Deira Al Sabkha, Dubai, United Arab Emirates; Organization Established Date 28 Feb 2021; Business Registration Number 930426 (United Arab Emirates); Economic Register Number (CBLS) 11632043 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

NORDGOLD (a.k.a. NORD GOLD PLC; f.k.a. NORD GOLD SE; f.k.a. NORD GOLD UK

SOCIETAS), 27 Dover Street, Mayfair, London W1S 4LZ, United Kingdom; Russia; Burkina Faso; Guinea; Organization Established Date 24 Jun 2016; Company Number 13287342 (United Kingdom) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich; Linked To: MORDASHOVA, Marina Aleksandrovna).

NORDSTRAND LTD., Liechtenstein [CUBA].

NORDSTRAND MARITIME AND TRADING COMPANY, 33 Akti Maouli, Pireas (Piraeus) 185-35, Greece [CUBA].

NOREZAI, Haji Faizuulah Khan (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

NORIEGA FIGUEROA, Jose Gregorio, Sucre, Venezuela; DOB 21 Feb 1969; Gender Male; Cedula No. V-8348784 (Venezuela) (individual) [VENEZUELA].

NORONO TORRES, Jose Leonardo, San Cristobal, Tachira, Venezuela; DOB 16 Sep 1969; Gender Male; Cedula No. 9931609 (Venezuela) (individual) [VENEZUELA].

NOROOZI, Ahmad (Arabic: احمد نوروزی) (a.k.a. NOROUZI, Ahmad), Tehran, Iran; DOB 05 May 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10521994 (Iran) expires 25 Jan 2027; Vice President, Islamic Republic of Iran Broadcasting World Service (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

NOROUZI, Ahmad (a.k.a. NOROOZI, Ahmad (Arabic: احمد نوروزی)), Tehran, Iran; DOB 05 May 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10521994 (Iran) expires 25 Jan 2027; Vice President, Islamic Republic of Iran Broadcasting World Service (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

NOROUZI, Aliasghar (Arabic: علی اصغر نوروزی) (a.k.a. NOROWZI, Ali Asghar), Iran; DOB 11 Nov 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914915 (Iran) expires 11 May 2026; National ID No. 4591967573 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

NOROV, Erkin Rakhmatovich (Cyrillic: НОРОВ, Эркин Рахматович), Russia; DOB 1954; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NOROWZI, Ali Asghar (a.k.a. NOROUZI, Aliasghar (Arabic: علی اصغر نوروزی)), Iran; DOB 11 Nov 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914915 (Iran) expires 11 May 2026; National ID No. 4591967573 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

NORTH CREDIT BANK (a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT; a.k.a. JSC CB NORTH CREDIT), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011, Ukraine; ul. Gertsena 27, Vologda, Vologodskaya Oblast 160000, Russia; SWIFT/BIC NOCRRU21; BIK (RU) 041909769; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022900001772 (Russia); Tax ID No. 2901009852 (Russia) [UKRAINE-EO13685].

NORTH DRILLING CO (Arabic: شرکت حفاری شمال) (a.k.a. NORTH DRILLING COMPANY; a.k.a. NORTH DRILLING PUBLIC JOINT STOCK COMPANY; a.k.a. "NDCO"), 2127, Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH DRILLING COMPANY (a.k.a. NORTH DRILLING CO (Arabic: شرکت حفاری شمال); a.k.a. NORTH DRILLING PUBLIC JOINT STOCK COMPANY; a.k.a. "NDCO"), 2127,

Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH DRILLING PUBLIC JOINT STOCK COMPANY (a.k.a. NORTH DRILLING CO (Arabic: شرکت حفاری شمال); a.k.a. NORTH DRILLING COMPANY; a.k.a. "NDCO"), 2127, Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH EAST ASIA BANK, Haebangsan-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC NEABKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

NORTH GROUP HOLDING CORP.; RUC # 1932244-1-728269 (Panama) [SDNTK].

NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

NORTH KOREAN ZINC INDUSTRY GROUP (a.k.a. KOREA ZINC INDUSTRIAL GROUP; a.k.a. KOREA ZINC INDUSTRY GENERAL CORPORATION; a.k.a. KOREA ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

NORTH KOREA'S FOREIGN TRADE BANK (a.k.a. FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; a.k.a. KOREA TRADE BANK; a.k.a. MOOYOKBANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

NORTH SOUTH CARGO (a.k.a. ALBAIT AL KHALEEJE GENERAL TRADING LLC), Industrial Area 18, Warehouses Lands, Warehouses 16-17, Al Maliha Street, Sharjah, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 21 Nov 1994; Registration Number 118607 (United Arab Emirates) [RUSSIA-EO14024].

NORTH WOOD INDUSTRY CO. (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SANATE CHOUBE SHOMAL COMPANY; a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road,

Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال) (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. SANATE CHOUBE SHOMAL COMPANY; a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

NORTH-EASTERN SHIP REPAIR CENTER JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO SEVERO-VOSTOCHNYY REMONTNYY TSENTR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРО-ВОСТОЧНЫЙ РЕМОНТНЫЙ ЦЕНТР); a.k.a. "SVRTS PAO"), 1 Ulitsa Vladivostokskaya, Vilyuchinsk 684090, Russia; Organization Established Date 27 Feb 2008; Tax ID No. 4102009338 (Russia); Registration Number 1084141000492 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

NORTHSTAR TRADING CORPORATION (a.k.a. SYNERGY CONSULTANTS LIMITED), Victoria, Seychelles; Certificate of Incorporation Number 006971 (Seychelles) [SDNTK].

NOSENKO, Nikolayevna Tatyana (a.k.a. MOSKALKOVA, Tatiana Nikolaevna; a.k.a. MOSKALKOVA, Tatyana Nikolaevna (Cyrillic: МОСКАЛЬКОВА, Татяна Николаевна)), Moscow, Russia; DOB 30 May 1955; POB Vitebsk, Vitebsk Region, Belarus; nationality Russia; citizen Russia; Gender Female; Tax ID No. 771873528703 (Russia) (individual) [RUSSIA-EO14024].

NOSOV, Sergey Konstantinovich (Cyrillic: НОСОВ, Сергей Константинович), Magadan

Region, Russia; DOB 17 Feb 1961; POB Magnitogorsk, Chelyabinsk Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

NOUMAYRIYE 1057 SAL (a.k.a. NUMEIRIYA 1057 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Commercial Registry Number 1013409 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NOUR HOLDING SAL (a.k.a. NOOR HOLDING SAL), Bizri Street, Beirut, Lebanon; Commercial Registry Number 1901008 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NOURE, Yassine (a.k.a. ALKHALD, Ahmad; a.k.a. ALQADHI, Mohammed Nawar Mohammed), Raqqa, Syria; DOB 01 Jan 1992; alt. DOB 18 Aug 1993; alt. DOB 21 Jul 1992; POB Aleppo, Syria; alt. POB Brussels, Belgium; alt. POB Baghdad, Iraq; nationality Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

NOUREDDINE, Mohamad (a.k.a. NUR-AL-DIN, Muhammad Mustafa); DOB 23 Oct 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL0629138 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NOURI PETROCHEMICAL (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economic Energy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economic Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL CO (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY

(LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL COMPANY (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL COMPANY (LLP) (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI PETROCHEMICAL COMPLEX (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP)), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NOURI, Omid (a.k.a. NOORI, Omid), Iran; DOB 12 Mar 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

NOURREDINE, Jawad (a.k.a. NUR AL-DIN, Shawqi Jawad Mohamad Shafiq; a.k.a. NUR AL-DIN, Shawqi Muhammad Shafiq; a.k.a. NUR-AL-DIN, Jawad), Lebanon; DOB 20 Oct 1962; Gender Male; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NOVA ENERGIES LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВА ЭНЕРДЖИС), 15A Leninskiy Avenue, Moscow 119071, Russia; Tax ID No. 7736291457 (Russia); Registration Number 1177746174165 (Russia) [RUSSIA-EO14024].

NOVAIA NAFTAVAIA KAMPANIA (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНIЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

NOVAK, Aleksandr Valentinovich (Cyrillic: НОВАК, Александр Валентинович) (a.k.a. NOVAK, Alexander Valentinovich), Russia; DOB 23 Aug 1971; POB Avdeyevka, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NOVAK, Alexander Valentinovich (a.k.a. NOVAK, Aleksandr Valentinovich (Cyrillic: НОВАК, Александр Валентинович)), Russia; DOB 23 Aug 1971; POB Avdeyevka, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NOVALIC, Fadil, Bosnia and Herzegovina; DOB 25 Sep 1959; POB Gradacac, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Prime Minister of the Federation of Bosnia and Herzegovina (individual) [BALKANS-EO14033].

NOVAPORT TSENTRALNAYA AZIYA OOO (a.k.a. LIMITED LIABILITY COMPANY CARBON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАРБОН); a.k.a. LIMITED LIABILITY COMPANY KARBON), d. 3A str. 6 etazh 1 pom. 21, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704493235 (Russia); Registration Number 1197746372735 (Russia) [RUSSIA-EO14024].

NOVASTREAM LIMITED (a.k.a. LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ); a.k.a. NOVASTREAM LTD; a.k.a. OOO NOVASTREAM), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

NOVASTREAM LTD (a.k.a. LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ); a.k.a. NOVASTREAM LIMITED; a.k.a. OOO NOVASTREAM), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

NOVE DEVELOPMENT EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000,

Bulgaria; Organization Established Date 2010; Government Gazette Number 201275656 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

NOVE INTERNAL EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175382860 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

NOVE PARTNERS OOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; Government Gazette Number 175392527 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

NOVE-AD-HOLDING AD (Cyrillic: НОВЕ-АД-ХОЛДИНГ - АД), 43 Moskovsa, Oborishte Distr., Sofia 1000, Bulgaria; Organization Established Date 1991; V.A.T. Number BG 121024920 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

NOVEDADES CRUZITA (a.k.a. CRUZITA NOVEDADES), Sinaloa, Sinaloa 81960, Mexico [SDNTK].

NOVENCO RUSSIA (a.k.a. LIMITED LIABILITY COMPANY NOVENKO RUSSLEND), Sh. Varshavskoe d. 17, et 3 kab 309, Moscow 117105, Russia; Organization Established Date 07 Mar 2018; Tax ID No. 7726424450 (Russia); Registration Number 1187746252803 (Russia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

NOVGORODSKAYA AKKUMULYATORNAYA KOMPANIYA (a.k.a. "NOVAK OOO"), Ul. Severnaya 15, Velikiy Novgorod 173008, Russia; Ul. Rabochaya D. 55, K.1, Velikiy Novgorod 173008, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5321073271 (Russia); Registration Number 1025300786060 (Russia) [RUSSIA-EO14024].

NOVI PAZAR-PUT D.O.O. NOVI PAZAR (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU NOVI PAZAR-PUT NOVI PAZAR), Sabana Koce 67, Novi Pazar 36300, Serbia; Organization Established Date 20 Apr 2004; Organization Type: Construction of roads and railways; V.A.T. Number 100744723 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

NOVICHKOV, Nikolay Vladimirovich (Cyrillic: НОВИЧКОВ, Николай Владимирович), Russia; DOB 24 Dec 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKAU, Siarhei Ihnatavich (Cyrillic: НОВІКАЎ, Сяргей Ігнатавіч) (a.k.a. NOVIKOV, Sergey Ignatovich (Cyrillic: НОВИКОВ, Сергей Игнатович)), Minsk, Belarus; DOB 1968; POB Uvarovichi, Buda-Koshelevskyy district, Homyel oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

NOVIKOMBANK AO (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1993; Registration ID 1027739075891; Tax ID No. 7706196340; Government Gazette Number 17541272; All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NOVIKOMBANK JCSB (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO), bld.1,Polyanka Bolshaya str. 50/1,

Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1993; Registration ID 1027739075891; Tax ID No. 7706196340; Government Gazette Number 17541272; All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NOVIKOV, Aleksei Alekseevich (a.k.a. NOVIKOV, Alexey Alexeyevich (Cyrillic: НОВИКОВ, Алексей Алексеевич)), 18 Rublevskoye Shosse 1-221, Moscow 121615, Russia; DOB 14 Dec 1972; POB Gorkiy, Russia; nationality Russia; Gender Male; Passport FMS 77777 (Russia) expires 19 Aug 2023; Tax ID No. 773118473723 (Russia) (individual) [RUSSIA-EO14024].

NOVIKOV, Alexey Alexeyevich (Cyrillic: НОВИКОВ, Алексей Алексеевич) (a.k.a. NOVIKOV, Aleksei Alekseevich), 18 Rublevskoye Shosse 1-221, Moscow 121615, Russia; DOB 14 Dec 1972; POB Gorkiy, Russia; nationality Russia; Gender Male; Passport FMS 77777 (Russia) expires 19 Aug 2023; Tax ID No. 773118473723 (Russia) (individual) [RUSSIA-EO14024].

NOVIKOV, Dmitri Georgievich (Cyrillic: НОВИКОВ, Дмитрий Георгиевич) (a.k.a. NOVIKOV, Dmitry Georgievich), Russia; DOB 12 Sep 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKOV, Dmitry Georgievich (a.k.a. NOVIKOV, Dmitriy Georgievich (Cyrillic: НОВИКОВ, Дмитрий Георгиевич)), Russia; DOB 12 Sep 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKOV, Sergey Ignatovich (Cyrillic: НОВИКОВ, Сергей Игнатович) (a.k.a. NOVIKAU, Siarhei Ihnatavich (Cyrillic: НОВІКАЎ, Сяргей Ігнатавіч)), Minsk, Belarus; DOB 1968; POB Uvarovichi, Buda-

Koshelevskyy district, Homyel oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

NOVIKOV, Vladimir Mikhailovich (Cyrillic: НОВИКОВ, Владимир Михайлович), Russia; DOB 09 Jun 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVIKOV, Yan Valentinovich (Cyrillic: НОВИКОВ, Ян Валентинович), Moscow, Russia; DOB 03 Oct 1959; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NOVILAB MOBILE LIMITED LIABILITY COMPANY (a.k.a. LLC NOVILAB MOBAYL; a.k.a. NOVILAB MOBILE OOO; a.k.a. NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ)), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

NOVILAB MOBILE OOO (a.k.a. LLC NOVILAB MOBAYL; a.k.a. NOVILAB MOBILE LIMITED LIABILITY COMPANY; a.k.a. NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ)), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ) (a.k.a. LLC NOVILAB MOBAYL; a.k.a. NOVILAB MOBILE LIMITED LIABILITY COMPANY; a.k.a. NOVILAB MOBILE OOO), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website

novilabmobile.ru; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

NOVIN ENERGY (a.k.a. ENERGY NOVIN COMPANY; a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY COMPANY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN ENERGY COMPANY (a.k.a. ENERGY NOVIN COMPANY; a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN ENERGY CORPORATION (a.k.a. ENERGY NOVIN COMPANY; a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY COMPANY), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN KHARA (a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN KHARA MINERAL MINING EXTRACTION COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM";

a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVIN PARS MINERAL MINING COMPANY (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NOVINFO LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street,

Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

NOVINFO, OOO (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

NOVITSKI, Evgeni Grigorevich (a.k.a. NOVITSKIY, Evgeniy; a.k.a. NOVITSKIY, Evgeny Grigorevich; a.k.a. NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич)), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVITSKIY, Evgeni (a.k.a. NOVITSKI, Evgeni Grigorevich; a.k.a. NOVITSKIY, Evgeny Grigorevich; a.k.a. NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич)), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVITSKIY, Evgeny Grigorevich (a.k.a. NOVITSKI, Evgeni Grigorevich; a.k.a. NOVITSKIY, Evgeniy; a.k.a. NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич)), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male; Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVITSKY, Evgeny Grigorievich (Cyrillic: НОВИЦКИЙ, Евгений Григорьевич) (a.k.a. NOVITSKI, Evgeni Grigorevich; a.k.a. NOVITSKIY, Evgeniy; a.k.a. NOVITSKIY, Evgeny Grigorevich), Moscow, Russia; DOB 19 Nov 1957; POB Asino, Tomoskoi Oblast, Russia; nationality Russia; Gender Male;

Passport 515458326 (Russia); Tax ID No. 770100160851 (Russia) (individual) [RUSSIA-EO14024].

NOVIUKHOV, Alexander Vyacheslavovich (Cyrillic: НОВЬЮХОВ, Александр Вячеславович) (a.k.a. NOVYUKHOV, Aleksandr Vyacheslavovich), Russia; DOB 05 Oct 1975; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVO BLOCKCHAIN CONSULTORIA LDA (a.k.a. NEW BLOCKCHAIN ADVISORY CO., LTD (Chinese Traditional: 倉新區塊鏈顧問有限公司)), Macau, China; Fang Kun, Ying Bin N0521, Xing He Wan, Guangzhou 510000, China; Commercial Registry Number 72424 (Macau) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY DEVICE CONSULTING).

NOVO VYATKA OPEN JOINT STOCK COMPANY (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NOVO-VYATKA), d. 51 korp. 2 ul. Sovetskaya, Kirov, Kirovskaya obl. 610008, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4345029946 (Russia); Registration Number 1034316578680 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE (a.k.a. INTERSERVIS NOVOPOLOTSKE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA

INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Беларусь); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Беларусь); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

NOVOROSSIYA PARTY (a.k.a. NEW RUSSIA PARTY), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

NOVOSIBIRSK AIRCRAFT ENTERPRISE (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД; a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a.

NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AIRCRAFT PLANT (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK

AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AVIATION FACTORY (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK AVIATION PLANT (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY OPEN JOINT STOCK COMPANY (a.k.a. NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY PUBLIC JOINT STOCK COMPANY), St. Kirov, 48, Novosibirsk 630102, Russia; Ul. Kirova 48, Novosibirsk, Novosibirskaya Oblast 630102, Russia; SWIFT/BIC LEVBRU55; Website www.nskbl.ru; Organization Established Date 1991; Target Type Financial Institution; Tax ID

No. 5404154492 (Russia); Legal Entity Number 2534000M10JE1UCFJ111; Registration Number 1025400000010 (Russia) [RUSSIA-EO14024].

NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY PUBLIC JOINT STOCK COMPANY (f.k.a. NOVOSIBIRSK SOCIAL COMMERCIAL BANK LEVOBEREZHNY OPEN JOINT STOCK COMPANY), St. Kirov, 48, Novosibirsk 630102, Russia; Ul. Kirova 48, Novosibirsk, Novosibirskaya Oblast 630102, Russia; SWIFT/BIC LEVBRU55; Website www.nskbl.ru; Organization Established Date 1991; Target Type Financial Institution; Tax ID No. 5404154492 (Russia); Legal Entity Number 2534000M10JE1UCFJ111; Registration Number 1025400000010 (Russia) [RUSSIA-EO14024].

NOVOZHILOV, Viktor Feodosyevich (Cyrillic: НОВОЖИЛОВ, Виктор Феодосьевич), Russia; DOB 16 Feb 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVY GOROD OOO (a.k.a. LIMITED LIABILITY COMPANY NEW CITY), ul. Solnechnaya, d. 3, pom. 97 ofis 17, Zhukovski, Moscow oblast, Russia; Tax ID No. 5040130894 (Russia); Registration Number 1145040006506 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

NOVY SVET WINERY (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

NOVY SVET WINERY STATE ENTERPRISE (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD

SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

NOVY VEK-MEDIA OOO (a.k.a. NOVYI VEK - MEDIA), Ul. Demokraticheskaya, D. 52, Sochi 354340, Russia; Registration ID 1092367003849 (Russia); Tax ID No. 2317054915 (Russia); Identification Number 64022275 (Russia) [TCO].

NOVYE GORODSKIE PROEKTY (a.k.a. LLC PROGOROD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY; a.k.a. OOO PROGOROD), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

NOVYE PROYEKTY (a.k.a. LLC NOVYE PROEKTY; a.k.a. NOVYYE PROEKTY), Km Mzhd Kievsko 5-l d. 1, Str. 1, 2, Komnata 21, Moscow 121059, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102196207 (Russia); Government Gazette Number 00998197 (Russia); Registration Number 1159102120550 (Russia) [UKRAINE-EO13685].

NOVYI VEK - MEDIA (a.k.a. NOVY VEK-MEDIA OOO), Ul. Demokraticheskaya, D. 52, Sochi 354340, Russia; Registration ID 1092367003849 (Russia); Tax ID No. 2317054915 (Russia); Identification Number 64022275 (Russia) [TCO].

NOVYUKHOV, Aleksandr Vyacheslavovich (a.k.a. NOVIUKHOV, Alexander Vyacheslavovich (Cyrillic: НОВЬЮХОВ, Александр Вячеславович)), Russia; DOB 05 Oct 1975; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NOVYYE PROEKTY (a.k.a. LLC NOVYE PROEKTY; a.k.a. NOVYE PROYEKTY), Km Mzhd Kievsko 5-l d. 1, Str. 1, 2, Komnata 21, Moscow 121059, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102196207 (Russia); Government Gazette Number 00998197 (Russia); Registration Number 1159102120550 (Russia) [UKRAINE-EO13685].

NOWBAHAR, Abdullah; DOB 1984 to 1986; POB Afghanistan (individual) [SDGT].

NOWBAKHT, Mas'ud (a.k.a. MAS'UD, Abu Ali; a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Sa'id); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NOWBAKHT, Sa'id (a.k.a. MAS'UD, Abu Ali; a.k.a. NIKBAKHT, Mas'ud; a.k.a. NOBAKHT, Mas'ud; a.k.a. NOWBAKHT, Mas'ud); DOB 28 Dec 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 9004318; alt. Passport 9011128; alt. Passport 9004398 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

NOYAN ABR ARVAN CO. (a.k.a. ABR ARVAN; a.k.a. ARVAN CLOUD; a.k.a. ARVANCLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان خاص سهامی (شرکت)), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

NP KORPORATSIYA IRKUT PAO (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; f.k.a. OAO

SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [RUSSIA-EO14024].

NPA (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. "CPP"; a.k.a. "NPP/CPP") [FTO] [SDGT].

NPC ALLIANCE CORPORATION (a.k.a. NPC ALLIANCE PETROCHEMICAL CO), 44th Floor Pbcom Tower Ayala Avenue, Makati 1226, Philippines; 19th Floor Antel 2000 Corporate Center, 121 Valero St, Salcedo Village, Makati City 1226, Philippines; PAFC Industrial Park, Barangay Batangas II, Mariveles, Bataan 2105, Philippines; Website www.pnoc-afc.com.ph; alt. Website www.npcac.com.ph; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC ALLIANCE PETROCHEMICAL CO (a.k.a. NPC ALLIANCE CORPORATION), 44th Floor Pbcom Tower Ayala Avenue, Makati 1226, Philippines; 19th Floor Antel 2000 Corporate Center, 121 Valero St, Salcedo Village, Makati City 1226, Philippines; PAFC Industrial Park, Barangay Batangas II, Mariveles, Bataan 2105, Philippines; Website www.pnoc-afc.com.ph; alt. Website www.npcac.com.ph; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC INTERNATIONAL (a.k.a. N P C INTERNATIONAL LTD; a.k.a. NPC INTERNATIONAL COMPANY; a.k.a. NPC INTERNATIONAL LIMITED), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1 H0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC INTERNATIONAL COMPANY (a.k.a. N P C INTERNATIONAL LTD; a.k.a. NPC

INTERNATIONAL; a.k.a. NPC INTERNATIONAL LIMITED), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1H 0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPC INTERNATIONAL LIMITED (a.k.a. N P C INTERNATIONAL LTD; a.k.a. NPC INTERNATIONAL; a.k.a. NPC INTERNATIONAL COMPANY), 5th Floor NIOC House, 4, Victoria Street, London SW1H 0NE, United Kingdom; NIOC House, 4 Victoria Street, London SW1H 0NE, United Kingdom; 4 Victoria Street, London SW1H 0NB, United Kingdom; Website www.nipc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 02696754 (United Kingdom); all offices worldwide [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

NPF KRUG (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG; a.k.a. SCIENTIFIC PRODUCTION COMPANY KRUG; a.k.a. SPC KRUG), Ul Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

NPF OTKRITIE GROUP (Cyrillic: ГРУППА НПФ ОТКРЫТИЕ) (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNYI PENSIONNYI FOND OTKRYTIE; a.k.a. AO NPF OTKRYTIE), ul. Timura Frunze, d. 11, str. 13, Moscow 119021, Russia; ul. Gilyarovskogo, d. 39, str. 3, Moscow 129110, Russia; Organization Established Date 09 Jun 2014; Tax ID No. 7704300571 (Russia); Registration Number 1147799009104 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

NPF PERVYI PROMYSHLENNY ALYANS AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVYI PROMYSHLENNY ALYANS; a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

NPF RET OOO (Cyrillic: ООО НПФ РЭТ) (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC-PRODUCTION FIRM RADIO-ELECTRONIC TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО- ПРОИЗВОДСТВЕННАЯ ФИРМА РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ)), d. 21 pom. I kom. 7 ofis 10V, per. Poryadkovy, Moscow 127055, Russia; Organization Established Date 19 Jan 2018; Tax ID No. 7707404353 (Russia); Registration Number 1187746042230 (Russia) [RUSSIA-EO14024].

NPF SBERBANKA ZAO (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

NPF TEHINKOM OOO (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION COMPANY TEKHINKOM (Cyrillic: ООО НПФ ТЕХИНКОМ); a.k.a. LLC SCIENTIFIC AND PRODUCTION FIRM TECHINKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО-ПРОИЗВОДСТВЕННАЯ ФИРМА ТЕХИНКОМ)), 28K Himikov St., St. Petersburg, St. Petersburg Region 195030, Russia; Tax ID No. 7806102473 (Russia); Registration Number 1037816033530 (Russia) [RUSSIA-EO14024].

NPF VTB PENSION FUND JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NPF VTB PENSION FUND JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION JOINT STOCK COMPANY; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul.

Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NPF VTB PENSIONNY FOND, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

NPF-RADIOTEKHKOMPLEKT AO (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NPF RADIOTEKHKOMPLEKT; a.k.a. ZAO NPF RADIOTEKHKOMPLEKT), ul. 1-ya Khutorskaya d. 14, kv. 48, Moscow 127287, Russia; Tax ID No. 7714741462 (Russia); Registration Number 1087746661925 (Russia) [RUSSIA-EO14024].

NPK FOTONIKA LIMITED LIABILITY COMPANY (a.k.a. NPK PHOTONICA; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NAUCHNOPROIZVODSTVENNAYA KOMPANIYA FOTONIKA), Pr-Kt Yuriya Gagarina D. 2, Saint Petersburg 196105, Russia; Ul. Sofiiskaya D. 54, Lit. A, Office 214,

Saint Petersburg 192241, Russia; Tax ID No. 7813547434 (Russia); Registration Number 1127847581058 (Russia) [RUSSIA-EO14024].

NPK KHIMPROMINZHINIRING AO (a.k.a. UMATEX GROUP; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. UMATEX JSC; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

NPK KRYPTONIT (a.k.a. JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ); a.k.a. KRYPTONIT NPC; a.k.a. KRYPTONITE NPK), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

NPK MAKROOPTIKA LLC (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY MAKROOPTIKA; a.k.a. MACROOPTICA LTD), Proezd Yablochkova D. 5, Str. 47, Floor/Kom 2/2.5, Ryazan 390023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7727768951 (Russia); Registration Number 5117746039439 (Russia) [RUSSIA-EO14024].

NPK OPTOLINK LLC (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

NPK PHOTONICA (a.k.a. NPK FOTONIKA LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NAUCHNOPROIZVODSTVENNAYA KOMPANIYA FOTONIKA), Pr-Kt Yuriya Gagarina D. 2, Saint Petersburg 196105, Russia; Ul. Sofiiskaya D. 54, Lit. A, Office 214, Saint Petersburg 192241, Russia; Tax ID No. 7813547434 (Russia); Registration Number 1127847581058 (Russia) [RUSSIA-EO14024].

NPK TECHNOLOGICAL CENTER (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER; a.k.a. SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER; a.k.a. SMC TECHNOLOGICAL CENTRE), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

NPK TEKHMASH OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NPK URALVAGONZAVOD OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC

CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

NPO 3D INTEGRATSIYA (a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION 3D INTEGRATION; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE 3D INTEGRATSIYA), Sh. Dmitrovskoe D. 9, Str. 3, Pmeshch. 1/1, Moscow 127434, Russia; Tax ID No. 5001109779 (Russia); Registration Number 1165001053007 (Russia) [RUSSIA-EO14024].

NPO ANDROIDNAYA TEKHNIKA AO (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АНДРОЙДНАЯ ТЕХНИКА); a.k.a. SPA ANDROID TECHNICS), Ulitsa Graivoronovskaya, Dom 23, Moscow 109518, Russia; Organization Established Date 24 Nov 2009; Tax ID No. 7723738378 (Russia); Registration Number 1097746741894 (Russia) [RUSSIA-EO14024].

NPO COMPUTER (a.k.a. NPO KOMPYUTER), Per. Severnyi D. 61, Kom. 100-108, Izhevsk 426011, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

1831173910 (Russia); Registration Number 1151831003466 (Russia) [RUSSIA-EO14024].

NPO IMENI LAVOCHKINA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [RUSSIA-EO14024].

NPO KOMPYUTER (a.k.a. NPO COMPUTER), Per. Severnyi D. 61, Kom. 100-108, Izhevsk 426011, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1831173910 (Russia); Registration Number 1151831003466 (Russia) [RUSSIA-EO14024].

NPO NOVATOR (a.k.a. AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR; a.k.a. AO OKB NOVATOR; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

NPO OF ELECTROMECHANICS (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ELEKTROMEKHANIKI; a.k.a. JSC SCIENTIFIC AND PRODUCTION ASSOCIATION OF ELECTRO MECHANIC), 31 Mendeleyeva Str., Miass, Chelyabinsk Region 456318, Russia; Organization Established Date 21 Jan 2005; Tax ID No. 7415044181 (Russia); Registration Number 1057407000683 (Russia) [RUSSIA-EO14024].

NPO PROMODEL (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PROMODEL), Ul. Peshe-Streletskaya D. 108, Office 301, Voronezh 394038, Russia; Tax ID No. 3665082859 (Russia); Registration Number 1113668016879 (Russia) [RUSSIA-EO14024].

NPO RADIOVOLNA (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO-

PROIZVODSTVENNOYE OBYEDINENIYE RADIOVOLNA; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION RADIOVOLNA), Kozhevennaya Liniya, 1-3 lit. P., Office 1N, Saint Petersburg 199106, Russia; Organization Established Date 03 Aug 2012; Tax ID No. 7838478782 (Russia); Registration Number 1127847413649 (Russia) [RUSSIA-EO14024].

NPO SATURN JSC (a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

NPO URALPODSHIPNIK, ul. Entuziastov D. 17, Yekaterinburg 620000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6660145780 (Russia); Registration Number 1026604933090 (Russia) [RUSSIA-EO14024].

NPO VYSOKOTOCHNYE KOMPLEKSY, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСы); a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Feb 2009; Registration ID 1097746060012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

NPOOO OKB TSP (Cyrillic: НПООО ОКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NPP AEROSILA, AO (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE AEROSILA; a.k.a. JSC SPE AEROSILA), 6, Zhdanov Str, Stupino, Moscow region 142800, Russia; Website www.aerosila.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Sep 2002; Tax ID No. 5045002261 (Russia); Business Registration Number 1025005917023 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

NPP CYCLONE TEST (f.k.a. AO NPP TSIKLON TEST; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE CIKLON TEST), Proezd Zavodskoi D. 4, Fryazino 141190, Russia; Organization Established Date 19 Dec 1991; Tax ID No. 5052022886 (Russia); Registration Number 1115050007676 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

NPP GURAMI ELEKTRONIKS (a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GURAMI ELEKTRONIKS), ul. Profsoyuznaya d. 37A, floor/office 4/412, Naro-

Fominsk 143306, Russia; Tax ID No. 5030098049 (Russia); Registration Number 1205000027770 (Russia) [RUSSIA-EO14024].

NPP ISTOCHNIK (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE ISTOCHNIK), Proezd 3, Rybatskii 3, Liter V, Saint Petersburg 192177, Russia; Ul. Kurchatova D. 9, Str. 2, Pomeshch. 245, Saint Petersburg 194223, Russia; Tax ID No. 7811354388 (Russia); Registration Number 5067847357914 (Russia) [RUSSIA-EO14024].

NPP MIKROSISTEMA (a.k.a. LLC SPC MICROSYSTEMS; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA; a.k.a. "PHAUF"), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

NPP PRIMA (a.k.a. LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA; a.k.a. LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS; a.k.a. OCEANOS JSC; f.k.a. OKEANOS, AO), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

NPP START IM. A. I. YASKINA AO (a.k.a. AKTSIONERNOYE OBSHCHESTVO

NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

NPTS NEDRA AO (Cyrillic: НПЦ НЕДРА АО), d. 1 str. 5 ofis 1201, ul. Permyakova, Tyumen 625013, Russia; Tax ID No. 7604108240 (Russia); Registration Number 1077604016830 (Russia) [RUSSIA-EO14024].

NPV ENGINEERING JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

NPV ENGINEERING OPEN JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

NRC KURCHATOV INSTITUTE - VIAM (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a.

OFFICE OF FOREIGN ASSETS CONTROL

FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

NRC KURCHATOV INSTITUTE CRISM PROMETEY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL RESEARCH INSTITUTE OF STRUCTURAL MATERIALS PROMETEY NAMED BY I.V. GORYNIN OF NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE; a.k.a. FSUE CRISM PROMETEY), 49 Shpalernaya str., Saint Petersburg 191015, Russia; st. 120th Gatchina Division, 12, Gatchina, Leningrad Region, Russia; Tax ID No. 7815021340 (Russia) [RUSSIA-EO14024].

NS LEADER SHIPPING INCORPORATED, 80 Broad Street, Monrovia, Liberia; Organization Established Date 12 Oct 2006; Identification Number IMO 5305560; Registration Number C-109156 (Liberia) [RUSSIA-EO14024].

NSANZUBUKIRE, Felicien (a.k.a. IRAKEZA, Fred); DOB 1967; POB Murama, Kinyinya, Rubungo, Kigali, Rwanda; nationality Rwanda; Lt. Col. (individual) [DRCONGO].

NSCL (a.k.a. NATIONAL CALIBRATION CENTRE; a.k.a. NATIONAL STANDARDS AND CALIBRATION LABORATORY), P.O. Box 4470, Damascus, Syria [NPWMD].

NSPK JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SISTEMA PLATEZHNYKH KART; a.k.a. NATIONAL PAYMENT CARD SYSTEM JOINT STOCK COMPANY), ul. Bolshaya Tatarskaya D. 11, Moscow 115184, Russia; Tax ID No. 7706812159 (Russia); Registration Number 1147746831352 (Russia) [RUSSIA-EO14024].

NT INSURANCE CORPORATIVO, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 07 Nov 2014; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 85324 (Mexico) [ILLICIT-DRUGS-EO14059].

NT SERVICE, Ul. Berzina D. 6, Bilibino 689450, Russia; Tax ID No. 8703011233 (Russia); Registration Number 1208700000266 (Russia) [RUSSIA-EO14024].

NTAGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTAGANDA, Jean Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTAGENDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTANGANA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTANGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

NTAWUNGUKA, Pacifique (a.k.a. NTAWUNGULA, Pacifique; a.k.a. "COLONEL OMEGA"; a.k.a. "NZERI"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

NTAWUNGULA, Pacifique (a.k.a. NTAWUNGUKA, Pacifique; a.k.a. "COLONEL OMEGA"; a.k.a. "NZERI"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

NTTS MODUL INNOVATSII (a.k.a. NAUCHNO TEKHNICHESKI TSENTR MODUL URAL OOO; a.k.a. NAUCHNO TEKHNICHESKII TSENTR MODUL INNOVATSII), Ul. Mamina-Sibiryaka Dom 58, Office 801, Yekaterinburg 620075, Russia; Ul. 8 Marta D. 70, Office 234, Yekaterinburg 620063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6671452454 (Russia); Registration Number 1146671012861 (Russia) [RUSSIA-EO14024].

NTTS ORION OOO (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND TECHNICAL CENTER ORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ОРИОН)), 7A Gostinichnaya St., Suite 1/1, Room/Office 1/B-08, Moscow 127106, Russia; Tax ID No. 9715302790 (Russia); Registration Number 1177746509621 (Russia) [RUSSIA-EO14024] (Linked To: OSETROVA, Maria Aleksandrovna).

NTTS PRIVODNAYA TEKHNIKA (a.k.a. LTD NTC PRIVODNAYA TEKHNIKA; a.k.a. NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA; a.k.a. SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY), Ul. 40-Letiya Oktyabrya D. 19, Chelyabinsk 454007, Russia; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

NUACHNO ISSLEDOVATELSKII INSTITUT TOCHNOI MEKHANIKI (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR PRECISION MECHANICS), Ul. Lenina D. 39, Chelyabinsk

454902, Russia; Tax ID No. 7453288132 (Russia); Registration Number 1157453010670 (Russia) [RUSSIA-EO14024].

NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY (a.k.a. RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. TAMAS COMPANY; a.k.a. "TAMAS"), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY; a.k.a. EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY; a.k.a. "EMKA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

NUCLEAR POWER PRODUCTION AND DEVELOPMENT COMPANY OF IRAN (a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT HOLDING COMPANY; a.k.a. "NPPD"), No. 8, Tandis St., Africa Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR POWER PRODUCTION AND DEVELOPMENT HOLDING COMPANY (a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT COMPANY OF IRAN; a.k.a. "NPPD"), No. 8, Tandis St., Africa Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY; a.k.a.

"NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

NUEVA ATUNERA TRITON S.A. DE C.V., Calle Andrade 244 Colonia Centro, Culiacan, Sinaloa, Mexico; RFC NAT100506KK1 (Mexico); Folio Mercantil No. 19522-2 (Mexico) [SDNTK] (Linked To: ALVAREZ INZUNZA, Juan Manuel).

NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V. (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. LECHERIA SANTA MONICA; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte

KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

NUEVO CONTINENTE S.A. (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601,

Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

NUEVOCONTINENTE S.A. (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru;

Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-San Borja, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

NUMBER 2 MINING ENTERPRISE (a.k.a. MINING ENTERPRISE NO 2; a.k.a. MYANMA MINING ENTERPRISE NUMBER 2; a.k.a. MYANMAR MINING ENTERPRISE NUMBER 2; a.k.a. NO. 2 MINING ENTERPRISE), Myay Myint Quarter, Pyi Htaung Su Road, Myitkyina, Kachin State, Burma; Organization Type: Mining and Quarrying [BURMA-EO14014].

NUMBI, John; DOB 1957; POB Kolwezi, Katanga Province, Democratic Republic of the Congo; Gender Male; General; Former National Inspector, Congolese National Police (individual) [DRCONGO].

NUMEIRIYA 1057 SAL (a.k.a. NOUMAYRIYE 1057 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Commercial Registry Number 1013409 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

NUMERICAL GAMES LTD. (a.k.a. NUMERICAL GAMES OOD), 1 Koloman Str., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131252477 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NUMERICAL GAMES OOD (a.k.a. NUMERICAL GAMES LTD.), 1 Koloman Str., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131252477 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

NUNEZ AGUIRRE, Liborio (a.k.a. "Karateca"), Mexico; DOB 22 Aug 1957; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUAL570822HSLXGB05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

NUNEZ HERRERA, Alan Gabriel, Mexico; DOB 29 Sep 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUHA930929HSLXRL02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

NUNEZ MOLINA, Adelmo (Latin: NÚÑEZ MOLINA, Adelmo) (a.k.a. FLORES NUNEZ, Adelmo (Latin: FLORES NÚÑEZ, Adelmo)), Sinaloa, Mexico; DOB 15 Dec 1970; POB Choix, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUMA701215HSLXLD02 (Mexico) (individual) [SDNTK].

NUR AL-DIN, Shawqi Jawad Mohamad Shafiq (a.k.a. NOURREDINE, Jawad; a.k.a. NUR AL-DIN, Shawqi Muhammad Shafiq; a.k.a. NUR-AL-DIN, Jawad), Lebanon; DOB 20 Oct 1962; Gender Male; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NUR AL-DIN, Shawqi Muhammad Shafiq (a.k.a. NOURREDINE, Jawad; a.k.a. NUR AL-DIN, Shawqi Jawad Mohamad Shafiq; a.k.a. NUR-AL-DIN, Jawad), Lebanon; DOB 20 Oct 1962; Gender Male; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NUR, Mammam (a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria (individual) [SDGT] (Linked To: BOKO HARAM).

NUR, Mohammad (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria (individual) [SDGT] (Linked To: BOKO HARAM).

NUR, Mohammed (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria (individual) [SDGT] (Linked To: BOKO HARAM).

NURA, Mohammed (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURU, Mallam Ahmed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria (individual) [SDGT] (Linked To: BOKO HARAM).

NUR-AL-DIN, Imad, Syria; DOB 29 Jul 1955; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

NUR-AL-DIN, Jawad (a.k.a. NOURREDINE, Jawad; a.k.a. NUR AL-DIN, Shawqi Jawad Mohamad Shafiq; a.k.a. NUR AL-DIN, Shawqi Muhammad Shafiq), Lebanon; DOB 20 Oct 1962; Gender Male; Passport RL2514323 (Lebanon) (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

NUR-AL-DIN, Muhammad Mustafa (a.k.a. NOUREDDINE, Mohamad); DOB 23 Oct 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL0629138 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

NURBAGANDOV, Nurbagand (Cyrillic: НУРБАГАНДОВ, Нурбаганд), Russia; DOB 19 Mar 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NUREY, Abdelrahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdirahman; a.k.a.

NUURE, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NUREY, Abdirahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NURGALIEV, Rashid Gumarovich (Cyrillic: НУРГАЛИЕВ, Рашид Гумарович) (a.k.a. NURGALIYEV, Rashid), Russia; DOB 08 Oct 1956; POB Zhetiqara, Kazakhstan; alt. POB Zhetikara, Kazakhstan; alt. POB Dzhetigara, Kazakhstan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NURGALIYEV, Rashid (a.k.a. NURGALIEV, Rashid Gumarovich (Cyrillic: НУРГАЛИЕВ, Рашид Гумарович)), Russia; DOB 08 Oct 1956; POB Zhetiqara, Kazakhstan; alt. POB Zhetikara, Kazakhstan; alt. POB Dzhetigara, Kazakhstan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

NURI, Hamid Reza (a.k.a. NOORI, Hamid Reza), Iran; DOB 04 Feb 1974; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506784 (Iran); alt. Passport G9329064 (Iran); National ID No. 1290992118 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

NURIEV, Marat Abdulhaevich (Cyrillic: НУРИЕВ, Марат Абдулхаевич), Russia; DOB 14 May 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

NURISTANI, Abdul Aziz (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen

Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

NURISTANI, Abdul Aziz-e (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

NURJAMAN, Encep (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. "HAMBALI"; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

NUROW, Yusuf Ahmed Hajji (a.k.a. "ADE, Gees"; a.k.a. "FOOTADE, Abdurrahman"), Qunyo Barrow, Middle Juba, Somalia; DOB 1979; alt. DOB 1980; alt. DOB 1981; alt. DOB 1982; POB Kobon, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NURU, Mallam Ahmed (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. "MUHAMMAD, Muhammad"); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria (individual) [SDGT] (Linked To: BOKO HARAM).

NUSHIN, Sayyed Mir Ahmad (a.k.a. NOOSHIN, Seid Mir Ahmad; a.k.a. NOOSHIN, Seyed Mirahmad), Iran; DOB 11 Jan 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9311208 (Iran); Director, Aerospace Industries Organization (individual) [NPWMD] [IFSR]

(Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a.

AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a.

MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

NUSRAT AL-ISLAM WAL-MUSLIMEEN (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. "GNIM"; a.k.a. "GSIM") [FTO] [SDGT].

NUTRISHOP, S.A., Panama; RUC # 1013362-1-538789 (Panama) [SDNTK].

NUURE, Abdirahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURI, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia, DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NUURI, Abdirahman (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. RAAGE, Abdirahman Nuure), Baraawe, Lower Shabelle, Somalia, DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

NVS NAVIGATION TECHNOLOGIES LTD (a.k.a. OOO NVS NAVIGATSIONNYE TEKHNOLOGII), ul. Kulneva, d. 3, str. 1, pom/kom III/25, Moscow 121170, Russia; Tax ID No. 7730637821 (Russia); Registration Number 1147746193891 (Russia) [RUSSIA-EO14024].

NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

NWE, Than Than (a.k.a. NEW, Daw Than Than), Naypyitaw, Burma; DOB 26 Feb 1954; nationality Burma; Gender Female; National ID

No. 9MAYAMAN007349 (Burma) (individual) [BURMA-EO14014].

NYAKINIYWA, Naima Mohamed (a.k.a. "MAMA LELA"; a.k.a. "MAMA NAIMA"); DOB 02 Sep 1962; POB Kenya; citizen Kenya; Passport A735832 (Kenya) (individual) [SDNTK].

NYAMVUMBA, Andre (a.k.a. NYAMVUMBA, Andrew), Kibagabaga Plot 9917, Nyarutarama, Kigali, Rwanda, DOB 01 Jan 1973; POB Kigali, Rwanda; alt. POB Kampala, Uganda; nationality Rwanda; citizen Rwanda; Gender Male; Passport RW01472 (Rwanda) (individual) [DRCONGO].

NYAMVUMBA, Andrew (a.k.a. NYAMVUMBA, Andre), Kibagabaga Plot 9917, Nyarutarama, Kigali, Rwanda, DOB 01 Jan 1973; POB Kigali, Rwanda; alt. POB Kampala, Uganda; nationality Rwanda; citizen Rwanda; Gender Male; Passport RW01472 (Rwanda) (individual) [DRCONGO].

NYAR, Sate Pyin (a.k.a. HLAING, Chit; a.k.a. HLAING, U Chit; a.k.a. NAING, Chit; a.k.a. NAING, U Chit), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

NYEIN, Than (a.k.a. NYEIN, U Than), No 67, Yin Mar Myaing St, Su Paung, Thuwunna, Theingangyun Tsp, Rangoon, Burma, DOB 29 Feb 1952; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; Passport MA370433 (Burma) issued 08 Nov 2013 expires 07 Nov 2018; National ID No. 12YAKANAN007001 (Burma) (individual) [BURMA-EO14014].

NYEIN, U Than (a.k.a. NYEIN, Than), No 67, Yin Mar Myaing St, Su Paung, Thuwunna, Theingangyun Tsp, Rangoon, Burma, DOB 29 Feb 1952; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; Passport MA370433 (Burma) issued 08 Nov 2013 expires 07 Nov 2018; National ID No. 12YAKANAN007001 (Burma) (individual) [BURMA-EO14014].

NYUNT, Thein (a.k.a. NYUNT, U Thein), Naypyitaw, Burma; DOB 26 Dec 1944; alt. DOB 20 Nov 1944; POB Kawkareik, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 12THAGAKAN012432 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

NYUNT, U Thein (a.k.a. NYUNT, Thein), Naypyitaw, Burma; DOB 26 Dec 1944; alt. DOB 20 Nov 1944; POB Kawkareik, Burma;

nationality Burma; citizen Burma; Gender Male; National ID No. 12THAGAKAN012432 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

NZABAMWITA, Lucien (a.k.a. ANDRE, Karume; a.k.a. KALUME, Andre; a.k.a. KARUME, Andrew; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

NZABANITA, Lucien (a.k.a. ANDRE, Karume; a.k.a. KALUME, Andre; a.k.a. KARUME, Andrew; a.k.a. NZABAMWITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

NZEYIMANA, Stanislas (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. IZABAYO DEO; a.k.a. "BIGARUKA"; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

O, Chong Euk (a.k.a. O, Chong Ok; a.k.a. O, Chong-kuk), Korea, North; DOB 01 Jan 1953 to 31 Dec 1953; POB North Hamgyo'ng Province, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the First Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

O, Chong Ok (a.k.a. O, Chong Euk; a.k.a. O, Chong-kuk), Korea, North; DOB 01 Jan 1953 to 31 Dec 1953; POB North Hamgyo'ng Province, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the First Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

O, Chong-kuk (a.k.a. O, Chong Euk; a.k.a. O, Chong Ok), Korea, North; DOB 01 Jan 1953 to 31 Dec 1953; POB North Hamgyo'ng Province, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Director of the First Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

O, In Chun (Korean: 오인준) (a.k.a. O, In Jun; a.k.a. O, In-chun), Vladivostok, Russia; DOB 03 Jul 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS745220146 (Korea, North) (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

O, In Jun (a.k.a. O, In Chun (Korean: 오인준); a.k.a. O, In-chun), Vladivostok, Russia; DOB 03 Jul 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS745220146 (Korea, North) (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

O, Ku'k-ryo'l (a.k.a. O, Kuk-Ryol), Korea, North; DOB 07 Jan 1930; POB Onso'ng County, North Hambuk Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [NPWMD] [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

O, Kuk-Ryol (a.k.a. O, Ku'k-ryo'l), Korea, North; DOB 07 Jan 1930; POB Onso'ng County, North Hambuk Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [NPWMD] [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

O, In-chun (a.k.a. O, In Chun (Korean: 오인준); a.k.a. O, In Jun), Vladivostok, Russia; DOB 03 Jul 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS745220146 (Korea, North) (individual) [DPRK] (Linked To: KOREA DAESONG BANK).

O, Yong Ho, Moscow, Russia; DOB 25 Dec 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410041 (Korea, North) issued 13 Oct 2018 expires 13 Oct 2023 (individual) [NPWMD].

O2 KLAUD, Sh. Ochakovskoe D. 14, Pom.III K. 1, Moscow 119530, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9710050732 (Russia); Registration Number 1187746216437 (Russia) [RUSSIA-EO14024].

OAF, Awad Mohamed Ahmed Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

OAIS, Hassan Tahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: OAO АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС) (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. JSC AVIACON ZITOTRANS), Ul. Belinskogo D. 56, Pom. 605,

Yekaterinburg 620026, Russia; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

OAO AVIAKOMPANIYA BELAVIA (Cyrillic: ОАО АВИАКОМПАНИЯ БЕЛАВИА) (a.k.a. BELAVIA BELARUSIAN AIRLINES; a.k.a. JOINT STOCK COMPANY AVIACOMPANY BELAVIA; a.k.a. OPEN JOINT STOCK COMPANY BELAVIA BELARUSIAN AIRLINES), 14A, Nemiga str., Minsk 220004, Belarus; Tax ID No. 600390798 (Belarus); Government Gazette Number 011286185000 (Belarus) [BELARUS-EO14038].

OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ) (f.k.a. ААТ AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. ААТ ТАЕ AVIYA (Cyrillic: ААТ ТАЕ АВIЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA ТАЕ AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВIЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; a.k.a. OAO ТАЕ AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO ТАЕ AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OAO BANK VTB (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI

TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website ru.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OAO BELARUSKALIY (a.k.a. ААТ BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛIЙ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛIЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛИЙ); a.k.a. JSC BELARUSKALI; a.k.a. OJSC BELARUSKALI; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛИЙ), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ) (a.k.a. ААТ BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: АКА: ААТ БЕЛАЗ - КIРУЮЧАЯ КАМПАНIЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ) (a.k.a. ААТ BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛIЙНАЯ КАМПАНIЯ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛIЙНАЯ КАМПАНIЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OPEN JOINT

STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OAO CONCERN PVO ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE

CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE' (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

OAO ELEKTROSIGNAL PLANT (a.k.a. ELEKTROSIGNAL CORPORATION; a.k.a. OPEN JOINT STOCK COMPANY CORPORATION NOVOSIBIRSK PLANT ELEKTROSIGNAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ НОВОСИБИРСКИЙ ЗАВОД ЭЛЕКТРОСИГНАЛ)), 31 Dobrolyubova St., Building 2, Floor 3, Novosibirsk, Novosibirsk Region 630009, Russia; Tax ID No. 5405262331 (Russia); Registration Number 1035401944291 (Russia) [RUSSIA-EO14024].

OAO EPK SAMARA, ul. Michurina, d. 98 A, Samara 443068, Russia; Tax ID No. 6316040924 (Russia); Registration Number 1026301154934 (Russia) [RUSSIA-EO14024].

OAO EPK SARATOV, Prospekt Entuziastov, d.64 A, Saratov 410039, Russia; Tax ID No. 6451104638 (Russia); Registration Number 1026402484250 (Russia) [RUSSIA-EO14024].

OAO EPK VOLZHSKY, ul. Pushkina, d. 45, Volzhsky 404112, Russia; Tax ID No.

3435052024 (Russia); Registration Number 1023402005582 (Russia) [RUSSIA-EO14024].

OAO GOSNII KRISTALL (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC GOSNII KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН) (a.k.a. ААТ HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OAO ILYUSHIN AVIATION COMPLEX (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; ISIN RU0007796926; Tax ID No. 7714027882

(Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ) (a.k.a. ААТ INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO INTEGRAL; a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

OAO KB VERKHNEVOLZHSKIY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OAO KHRTZ (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. KHRTZ PAO; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК) (a.k.a. ААТ KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE

TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

OAO KOTEHK VESNA (a.k.a. VESNA HOTEL AND SPA; a.k.a. ZAO SPA-OTEL VESNA (Cyrillic: ЗАО СПА-ОТЕЛЬ ВЕСНА)), Ul. Lenina, D. 219A, Sochi 354364, Russia; Registration ID 1022302715214 (Russia); Tax ID No. 2317011051 (Russia); alt. Tax ID No. 231701001 (Russia); Identification Number 04816460 (Russia) [TCO].

OAO KRASNOARMEYSKIY MEKHANICHESKIY ZAVOD (a.k.a. "JSC KMZ"), Ul. Zavodskaya D.10, Krasnoarmeysk 412801, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6442005951 (Russia); Registration Number 1026401731531 (Russia) [RUSSIA-EO14024].

OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК) (a.k.a. OJSC KRAYINVESTBANK; a.k.a. OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК)), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011,

Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OAO MARIYSKII MASHINOSTROITELNYY ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

OAO METROVAGONMASH (a.k.a. METROVAGONMASH JOINT STOCK COMPANY; a.k.a. METROVAGONMASH JSC), 4 Kolontsova Street, Mytischi, Moscow Region 141009, Russia; Tax ID No. 5029006702 (Russia); Registration Number 1025003520310 (Russia) [RUSSIA-EO14024].

OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД) (a.k.a. ААТ MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic:

ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OAO MMZ AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО) (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО Минский механический завод имени С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА); a.k.a. ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН) (a.k.a. ААТ NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN;

a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА; a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. ОТКРЫТОЕ ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OAO RADIOPRIBOR (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. JSC RADIOPRIBOR; a.k.a. ОТКРЫТОЕ AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

OAO SAKHMP (a.k.a. PJSC SASCO; a.k.a. PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО САХАЛИНСКОЕ МОРСКОЕ ПАРОХОДСТВО), d. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Tax ID No. 6509000854 (Russia); Registration Number 1026501017828 (Russia) [RUSSIA-EO14024].

OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD (a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKII SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUS SHIPYARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324

(Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [RUSSIA-EO14024].

OAO SEVERNOYE MORSKOYE PAROKHODSTVO (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

OAO SHIP REPAIR CENTER 'ZVEZDOCHKA' (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

OAO SKB TURBINA (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU TURBINA; a.k.a. JSC TURBINA SDB), 2B Lenin Avenue, Chelyabinsk 454007, Russia; Tax ID No. 74522033815 (Russia) [RUSSIA-EO14024].

OAO STANKOGOMEL (Cyrillic: ОАО СТАНКОГОМЕЛЬ) (a.k.a. OPEN JOINT STOCK COMPANY STANKOGOMEL; a.k.a. ОТКРЫТОЕ АКЦИОНЕРНОЕ

OBSHCHESTVO STANKOGOMEL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТАНКОГОМЕЛЬ)), D. 10, Nezhiloe pomeshchenie, ul. Internatsionalnaya, Gomel 246640, Belarus; Organization Established Date 07 Dec 1995; Target Type State-Owned Enterprise; Tax ID No. 400085002 (Belarus) [BELARUS-EO14038].

OAO STROYTRANSGAZ (a.k.a. STROYTRANSGAZ OJSC), House 58, Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OAO TAE AVIA (Cyrillic: ОАО ТАЭ АВИА) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЭ АВIЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЭ АВIЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЭ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ) (a.k.a. AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНIКА СУВЯЗI); a.k.a. JOINT STOCK COMPANY COMMUNICATION EQUIPMENT; a.k.a. TEKHNIKA SVYAZI JSC), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target

Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OAO UPRAVLAYUSHAYA KOMPANIYA EPK (a.k.a. OPEN JOINT STOCK COMPANY EBC MANAGEMENT COMPANY; a.k.a. "OAO UK EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 2, Moscow 115088, Russia; ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Tax ID No. 7723557068 (Russia); Registration Number 1057749391028 (Russia) [RUSSIA-EO14024].

OAO 'URANIS-RADIOSISTEMY' (a.k.a. OJSC 'URANIS RADIO SYSTEMS'; a.k.a. OJSC URANIS-RADIOSISTEMY; a.k.a. URANIS-RADIOSISTEMY OAO), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

OAO VEB LIZING (a.k.a. OJSC VEB LEASING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OAO VNESHTORGBANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI

TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the

following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OAO VNII SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

OAO VOLGOGRADNEFTEMASH (f.k.a. DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM; a.k.a. JSC VOLGOGRADNEFTEMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ)), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

OAO YALTINSKAYA KINOSTUDIYA (a.k.a. AKTSIONERNOE OBSHCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

OASIS BEACH & CONVENTION CENTER (a.k.a. COMPLEJO TURISTICO OASIS, S.A. DE C.V.; a.k.a. OASIS BEACH RESORT AND CONVENTION CENTER), Km 25 Carr. Tijuana-Ensenada, Colonia Leyes de Reforma, Playas Rosarito, Baja California CP 22710, Mexico [SDNTK].

OASIS BEACH RESORT AND CONVENTION CENTER (a.k.a. COMPLEJO TURISTICO OASIS, S.A. DE C.V.; a.k.a. OASIS BEACH RESORT & CONVENTION CENTER), Km 25 Carr. Tijuana-Ensenada, Colonia Leyes de Reforma, Playas Rosarito, Baja California CP 22710, Mexico [SDNTK].

OBAID, Maher Ribhi Nimr (a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher bin Rebhi (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher bin Rebhi bin Namr (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher Rebhi (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut,

Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBEID, Maher Rebhi Namr (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. "OBAID, Maher"; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OBLITAS RUZZA, Sandra, Caracas, Capital District, Venezuela; DOB 07 Jun 1969; POB Ecuador; citizen Venezuela; Gender Female; Cedula No. 10517860 (Venezuela); Vice President of Venezuela's National Electoral Council; Rector of Venezuela's National Electoral Council; President of Venezuela's Civil and Electoral Registry Commission (individual) [VENEZUELA].

OBLTRANSTERMINAL (a.k.a. TRANSPORT AND LOGISTICS CENTER ELEKTROUGLI), Ul. Zheleznodorozhnaya, Vld 29, Str. 1, Pomeshch. 88, Elektrougli 142455, Russia; Tax ID No. 5053042571 (Russia); Registration Number 1165053050579 (Russia) [RUSSIA-EO14024].

OBNOSOV, Boris Viktorovich (Cyrillic: ОБНОСОВ, Борис Викторович), Moskovskaya Oblast, Russia; DOB 26 Jan 1953; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

OBOGNE, Leo M. (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

OBOL, Simon Salim (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt.

DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

OBORONLOGISTIKA LIMITED LIABILITY COMPANY (a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBORONLOGISTIKA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONLOGISTICS LLC (a.k.a. OBORONLOGISTIKA LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBORONLOGISTIKA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONLOGISTIKA LLC (a.k.a. OBORONLOGISTIKA LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBORONLOGISTIKA OOO (a.k.a. OBORONLOGISTICS LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBRA CIVIL Y CARRETERAS (a.k.a. TRANSPORTES J.L. CORDON), Guatemala; NIT # 4985931 (Guatemala) [SDNTK].

OBRAS, SERVICIOS Y MANTENIMIENTOS C.A. (a.k.a. OSERMACA), Av. Cristobal Colon, Arterial 7, Centro Empresarial Colon, Planta Alta, Ofic. B1, Ciudad Ojeda, Zulia, Venezuela; RIF # J-31136071-9 (Venezuela) [SDNTK].

OBRENOVIC, Dragan; DOB 12 Apr 1963; POB Matino Brdo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR (a.k.a. OKB SPECTR LLC; a.k.a. OKB SPEKTR OOO; a.k.a. ZAO OKB SPEKTR), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VNESHNEEKONOMICHESKOE OEDINENIE TEKHNOPROMEKSPORT (a.k.a. LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. OOO VO TECHNOPROMEXPORT; a.k.a. OOO VO TPE), Novyi Arbat Str. 15, Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОКРАН) (a.k.a. MOKRAN LLC (Cyrillic: ООО МОКРАН); a.k.a. OOO MOKRAN), d. 15A liter A etazh / pom./ kom. 3/41/N-1, ul. Professora Kachalova, St. Petersburg 192019, Russia (Cyrillic: Улица Профессора Качалова, Дом 15А, Литер А, Эт/Пом/Ком 3/41/Н-1, Город Санкт-Петербург 192019, Russia); Ust-Izhora Village, Petrozavodsk Highway 23, Kolpinskiy District, St. Petersburg, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects; Tax ID No. 7811489970 (Russia); Registration Number 1117847131643 (Russia) [DPRK3].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGICHESKAYA KOMPANIYA FLAI BRIDZH (a.k.a. OOO TK FLY BRIDGE), Pr-Kt Patsaeva, d. 7, k. 1, office 28/1, Dolgoprudnyy 141707, Russia; Tax ID No. 5008054416 (Russia); Registration Number 1105047006954 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY TRANSSERVIS; a.k.a. OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС); a.k.a. TRANSSERVICE LLC), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI (f.k.a. AMERKO OOO; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ) (a.k.a. ААТ KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. ОАО KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP (a.k.a. LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП); a.k.a. LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП); a.k.a. ООО CHOO RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP (a.k.a. LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП); a.k.a. LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП); a.k.a. "RUSSIAN SECURITY SYSTEMS"), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia);

Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА) (f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. ООО SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002;

Registration Number 190369982 (Belarus) [BELARUS-EO14038].

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП) (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. ООО SOKHRA (Cyrillic: ООО СОХРА); a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ) (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); a.k.a. ООО SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19,

Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. KARST, OOO; a.k.a. "KARST LTD."; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNO OTVETSTVENNOSTYU STANKI.RU (a.k.a. STANKI.RU LIMITED LIABILITY COMPANY), Ul. Semenovskaya B D. 40, Moscow 107023, Russia; Organization Established Date 21 Nov 2016; Tax ID No. 7719461839 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 5167746348853 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVENNOSTYU DOM KOMPONENTOV I OBORUDOVANIYA ELEKTRONSCHIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДОМ

КОМПОНЕНТОВ И ОБОРУДОВАНИЯ ЭЛЕКТРОНЩИК (a.k.a. LLC DKO ELEKTRONSCHIK), 23 Novokhokhlovskaya St., Building 1, Office 324, Moscow 109050, Russia; Organization Established Date 04 Apr 2005; Tax ID No. 7725535824 (Russia); Registration Number 1057746560970 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП) (a.k.a. KNS GROUP LLC; a.k.a. KNS GROUP OOO (Cyrillic: КНС ГРУПП ООО); a.k.a. "YADRO" (Cyrillic: "ЯДРО")), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU ITERANET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ИТЕРАНЕТ) (a.k.a. OOO ITERANET (Cyrillic: ООО ИТЕРАНЕТ)), d. 16 str. 17, per. Truzhenikov 1-I, Moscow 119121, Russia; Sevastopolskii Pr 28, Korp. 1, Moscow 117209, Russia; Website www.iteranet.ru; Organization Established Date 27 Apr 1999; Organization Type: Wired telecommunications activities; Target Type Private Company; Tax ID No. 7704199755 (Russia); Government Gazette Number 51037789 (Russia); Registration Number 1027739111168 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU LAVINA PULS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАВИНА ПУЛЬС) (a.k.a. LAVINA PULS; a.k.a. OOO LAVINA PULS (Cyrillic: ООО ЛАВИНА ПУЛЬС)), d. 6 kab. 103, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.lavinapuls.ru; Organization Established Date 04 Oct 2016; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7704374171 (Russia); Government Gazette Number 04897659 (Russia); Registration Number 5167746073150 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTENNOSTYU KOMPANIYA ZOLOTOI

VEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПАНИЯ ЗОЛОТОЙ ВЕК) (a.k.a. ООО КОМПANIYA ZOLOTOI VEK (Cyrillic: ООО КОМПАНИЯ ЗОЛОТОЙ ВЕК)), d. 15 str. 4 etazh 2 ofis 205, ul. Antonova-Ovseenko, Moscow 123317, Russia; Organization Established Date 11 Jul 2006; Tax ID No. 7704606859 (Russia); Government Gazette Number 96463331 (Russia); Registration Number 1067746801605 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ ЛИЗИНГ) (a.k.a. PSB LEASING LLC; a.k.a. PSB LIZING OOO (Cyrillic: ПСБ ЛИЗИНГ ООО)), Room 8, Building 22, ul Smirnovkaya 10, Moscow 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Комната 8, Строение 22, Город Москва 109052, Russia); Organization Established Date 05 Jul 2006; Tax ID No. 7722581759 (Russia); Government Gazette Number 96441526 (Russia); Registration Number 1067746771784 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU 3MKH (a.k.a. LIMITED LIABILITY COMPANY TRIMIX; a.k.a. "3MX"), 16, litera A, Ul. Khoshimina, Pomeshch. 2-n of. 3.1.17, St. Petersburg 194358, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802942873 (Russia); Registration Number 1237800084235 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DALIR (a.k.a. DALIR LTD; a.k.a. OOO DALIR), kv 1, ulitsa Admiralteyskaya 54, Astrakhan 414040, Russia; Tax ID No. 3015076287 (Russia); Identification Number IMO 5709371; Registration Number 1063015052396 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU GRENDI SI (a.k.a. "GRAND SEA LLC"; a.k.a. "OOO GREND SI" (Cyrillic: "ООО ГРЭНД СИ")), Ul. Portovskoe Shosse D.5, Makhachkala 367000, Russia; Organization Established Date 29 Oct 2014;

Tax ID No. 0573004615 (Russia); Registration Number 1140573001117 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU IAKT SOKOL (a.k.a. YAKT SOKOL), Ul. Petra Alekseeva D. 2, K. 5, Kv. 28, Yakutsk 677000, Russia; Tax ID No. 1435322414 (Russia); Registration Number 1171447008974 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU LAB SERVIS (a.k.a. LIMITED LIABILITY COMPANY LAB SERVICE), 17 Pobedy Ul, korp. 1, kv. 355, Elektrostal 144007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5031144393 (Russia); Registration Number 1225000010322 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ) (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES; a.k.a. "ITS LLC"; a.k.a. "OOO MTU" (Cyrillic: "ООО МТУ")), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ORUZHEINAIA FIRMA LEVSHA T (a.k.a. GUN MAKING COMPANY LEVSHA T LLC; a.k.a. LLC WEAPON FIRM LEVSHA T), 1A Sovetskaya St, Building 95-037, Pom/floor 11/2 lit. e3, Tula 300041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107049851 (Russia); Registration Number 1027100978300 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSKIE

VEZDEKHODY PLASTUN (a.k.a. RUSSIAN ALL TERRAIN VEHICLES PLASTUN COMPANY; a.k.a. RUSSKIE MASHINY PLASTUN), 21 Litera A, Leitenanta Shmidta Nab., Pomeshch. 4-N, Saint Petersburg 199034, Russia; 9 Khilokskaia, Novosibirsk, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801696576 (Russia); Registration Number 1217800042283 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSTROI-SK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССТРОЙ-СК) (a.k.a. OOO RUSSTROI-SK (Cyrillic: ООО РУССТРОЙ-СК)), ul. Nezhnova, 72 korp. 1, Pomeshch. 12, Pyatigorsk, Stavropol Krai 357502, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Nov 2014; Tax ID No. 2632813759 (Russia); Registration Number 036032117219 (Russia); alt. Registration Number 262101227926091 (Russia) [SDGT] (Linked To: DENIZ, Fadi).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA (a.k.a. SYSTEMS OF BIOLOGICAL SYNTHESIS LLC; a.k.a. "OOO SBS"; a.k.a. "SBS LLC"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva Ul, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD;

a.k.a. "LLC CCK EXPERT"; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SUDOKHODNAIA KOMPANIIA LADOGA (a.k.a. LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY; a.k.a. OOO SK LADOGA), Office 18, ulitsa Kirova 1, Astrakhan 414000, Russia; 3 Gogol St., building 2, letter A, room 55, Astrakhan 414024, Russia; Tax ID No. 3016048892 (Russia); Identification Number IMO 5252029; Registration Number 1063016028877 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TEKHNOLOGICHESKIE SISTEMY I SERVIS (a.k.a. TECHNOLOGICAL SYSTEMS AND SERVICE; a.k.a. "OOO TSS"), 19 Smoliachkova Ul, Litera A, Office 611, Saint Petersburg 194044, Russia; 10 Avtomobilny Pr-d, Str. 8, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802876821 (Russia); Registration Number 1147847392791 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TORGOVO PROMYSHLENNAIA KOMPANIIA ARGUS NV (a.k.a. LIMITED LIABILITY COMPANY TRADING PRODUCTION COMPANY ARGUS NV; a.k.a. OOO TPK ARGUS NV), 16 Dzershinsk Ul., Dzerzhinsky 140090, Russia; 7 Kosinskaya St., Moscow 111538, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731459018 (Russia); Registration Number 5137746039008 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI (a.k.a.

OOO VOK KONVOI; a.k.a. PMC CONVOY; a.k.a. PRIVATE MILITARY COMPANY CONVOY), 5a Novocherkasskiy Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. VOLGOGRAD TRACTOR PLANT; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU "UGOLNYE TEKHNOLOGII" (a.k.a. COAL TECHNOLOGIES; a.k.a. UGOLNYE TEKHNOLOGII, OOO), d. 25 ofis 13, 14, per. Avtomobilny, Rostov-on-Don, Rostovskaya Oblast 344038, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1146164002621 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 1A, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 12, Str. 1, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7329020395 (Russia); Registration Number 1157329003480 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1 (a.k.a. LIMITED LIABILITY COMPANY A1; a.k.a. "A1 OOO"; a.k.a. "OOO A1"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AGRO-REGION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АГРО-РЕГИОН) (a.k.a. OOO AGRO-REGION (Cyrillic: ООО АГРО-РЕГИОН)), Ul. Babkina D. 5-A, Pom. 405, Khimki 141407, Russia; Organization Established Date 11 Mar 2016; Tax ID No. 5047181827 (Russia); Government Gazette Number 00568203 (Russia); Registration Number 1165047052752 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please see the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA DEVELOPMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ДЕВЕЛОПМЕНТ) (a.k.a. ALABUGA DEVELOPMENT OOO (Cyrillic: ООО АЛАБУГА ДЕВЕЛОПМЕНТ); a.k.a. LIMITED LIABILITY COMPANY ALABUGA DEVELOPMENT), Ter. OEZ Alabuga, ul. Sh-2, K. 4, Pomeshch. 8, 9, 11, 12, 13, 14, Yelabuga, Volga federal region, Republic of Tatarstan, Russia; Organization Established Date 25 Nov 2016; Organization Type: Construction of buildings; Tax ID No. 1646043699 (Russia); Registration Number 1161690175338 (Russia); alt. Registration Number 05726291 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA-VOLOKNO (a.k.a. ALABUGA-VOLOKNO OOO; a.k.a. LIMITED LIABILITY COMPANY ALABUGA-FIBRE), Territoriya Oez Alabuga, Ul. Sh-2 Korp. 4/1, Yelabuga 423600, Russia; Ul. Sh-2 Oez Alabuga Terr. Str 11/9, Volga 423601, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Moscow 117218, Russia; Organization Established Date 16 Aug 2011; Tax ID No. 1646031132 (Russia); Government Gazette Number 30371716 (Russia); Registration Number 1111674004045 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALBATROS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬБАТРОС) (a.k.a. ALBATROS LLC; a.k.a. ALBATROS OOO (Cyrillic: ООО АЛЬБАТРОС)), str. 5/12 pom. 253, ul. Sh-2 Ter. Oez Alabuga, Yelabuga, Tatarstan 423601, Russia (Cyrillic: М.Р-Н ЕЛАБУЖСКИЙ, Г.П. ГОРОД ЕЛАБУГА, ТЕР. ОЭЗ АЛАБУГА, УЛ Ш-2, СТР. 5/12, ПОМЕЩ. 253, Елабуга, Республика Татарстан 423601, Russia); Pushkino, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 27 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 5038127220 (Russia); Registration Number 1175050004161 (Russia); alt. Registration Number 15516028 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALFA ENERGO, Ul. Krasnobogatyrskaya Str. 5, Moscow 107564, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation

economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7720746451 (Russia); Registration Number 1127746249949 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALYANS (a.k.a. ALYANS OOO), Ul. Plekhanova D. 4A, Komnata 14K, Moscow 111123, Russia; d. 5 pomeshch./etazh 1.1-2/Tsokolny N 0, Ul. Parkovaya D. Sukhanovo Vidnoe, Moscow region 142702, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 11 Dec 2006; Tax ID No. 7710655004 (Russia); Government Gazette Number 98911549 (Russia); Registration Number 1067760832259 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AMBRELLA INDASTRIAL (a.k.a. "UMBRELLA INDUSTRIAL"), Pr-D Zavodskoi D. 2, Office 636, Fryazino 141190, Russia; Tax ID No. 5050136084 (Russia); Registration Number 1185050000300 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ARGON (a.k.a. ARGON OOO; a.k.a. "ARGON"), Ul. Saratovskoe Shosse D. 2, Balakovo 413841, Russia; Organization Established Date 09 Jun 2005; Tax ID No. 6454074501 (Russia); Government Gazette Number 75969440 (Russia); Registration Number 1056405421192 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. LLC AUKCION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700256297 (Russia); For more information

on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ) (a.k.a. AG TERMINAL OOO; a.k.a. AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY; a.k.a. LLC AG TERMINAL), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BITRIVER-B (a.k.a. OOO BITRIVER-B), 1 Ter. Tor Buryatiya, Mukhorshibirski Raion, Buryatiya Resp., Russia; Organization Established Date 10 Aug 2020; Tax ID No. 0314888570 (Russia); Government Gazette Number 45184457 (Russia); Registration Number 1200300013165 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BIZNES-STOLITSA (a.k.a. BIZNES-STOLITSA, OOO (Cyrillic: ООО БИЗНЕС-СТОЛИЦА)), d. 14 korp. 1 pom. Khll/kom. 1., ul., Sokolovo-Meshcherskaya Moscow, Moscow 125466, Russia; D-U-N-S Number 50-722-4994; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7733904024 (Russia); Government Gazette Number 40335667 (Russia); Registration Number 5147746417682 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BM PROEKT-EKOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БМ ПРОЕКТ-ЭКОЛОГИЯ) (a.k.a. ООО ВМ PROEKT-EKOLOGIYA (Cyrillic: ООО БМ ПРОЕКТ-ЭКОЛОГИЯ)), d. 38A str. 23 etazh 3 pomeshch./kom. XIV/30, ul. Khutorskaya 2-Ya, Moscow 127287, Russia; Organization Established Date 05 Mar 2012; Tax ID No. 7715906903 (Russia); Government Gazette Number 38395627 (Russia); Registration

Number 1127746150003 (Russia) [RUSSIA-EO14024] (Linked To: OOO KHARTIYA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA (a.k.a. BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО); a.k.a. LIMITED LIABILITY COMPANY EVRAZIYA; a.k.a. "BKE OOO" (Cyrillic: "БКЕ ООО")), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHECHENSKIE MINERALNYE VODY (a.k.a. CHECHEN MINERAL WATERS LLC; a.k.a. CHECHENSKIE MINERALNYE VODY, OOO), 23A, ul. Kurortnaya S. Sernovdskoe, Sunzhenski Raion, Chechenskaya Resp. 366701, Russia; Tax ID No. 2029180769 (Russia); Registration Number 1072033000049 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHELNYVODOKANAL (f.k.a. CHELNYVODOKANAL AO; a.k.a. CHELNYVODOKANAL OOO), Promzona, Khlebnyi Proezd 27, Naberezhnyye Chelny 423810, Russia; d. 27, proezd Khlebny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 01 Dec 2014; Tax ID No. 1650297657 (Russia); Government Gazette Number 42150340 (Russia); Registration Number 1141650021534 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU DOLGOVOI TSENTR (a.k.a. DOLGOVOI TSENTR, OOO (Cyrillic: ООО ДОЛГОВОЙ ЦЕНТР)), Pl. Turgenevskaya D. 2, Pomeshch. XV, Kom. 6, Moscow 101000, Russia; Organization Established Date 24 Apr 2006; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7708597482 (Russia); Registration Number 1067746524471 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELEKTROKOM VPK (a.k.a. LIMITED LIABILITY COMPANY ELECTROCOM VPK; a.k.a. "ELECTROCOM SPB"), Pr-Kt Prosveshcheniya D. 99, Lit. A,

Pomeshch., 180N Office 1, Saint Petersburg 195299, Russia; Tax ID No. 7840062534 (Russia); Registration Number 1177847049049 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA (f.k.a. ELITNYE DOMA AO; a.k.a. ELITNYE DOMA LLC; a.k.a. ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES (a.k.a. S AND D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. S&D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "SDS OOO"), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVEREST GRUP (a.k.a. EVEREST GRUP; a.k.a. OOO EVEREST GRUP), d. 37 k. A ofis 8, ul. Rigachina, Petrozavodsk 185005, Russia; Organization Established Date 27 Jul 2015; Tax ID No. 1001299201 (Russia); Registration Number 1151001009158 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRO POLIS (a.k.a. EVRO POLIS LTD.; a.k.a. EVRO POLIS, OOO), d. 1A pom. 9.1A, Shosse Ilinskoe, Krasnogorsk, Krasnogorski Raion, Moskovskaya Obl. 143409, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1165024055613 [UKRAINE-EO13661] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAKTOR TS, 1-I Magistralnyi PR-D D. 11, Str. 1, Moscow 123290, Russia; Ul. Donbasskaya D. 2, Str. 1, Vidnoye 142703, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as

amended by Executive Order 14114.; Tax ID No. 7716032944 (Russia); Registration Number 1027700452108 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM GRUPP (a.k.a. "FAM GROUP LIMITED LIABILITY COMPANY"), Malyi Prospekt V. O D.57, K. 3, Saint Petersburg 199178, Russia; Tax ID No. 7801494474 (Russia); Registration Number 1097847123065 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM KHOLDING (a.k.a. "FAM HOLDING LIMITED LIABILITY COMPANY"), Malyi Prospekt V.O., 57 K3 - 12N Pomeshchenie 1 Floor, Saint Petersburg 199178, Russia; Tax ID No. 7801454070 (Russia); Registration Number 1079847091411 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM ROBOTIKS (a.k.a. "FAM ROBOTICS LLC"; a.k.a. "LIMITED LIABILITY COMPANY FAMROBOTIKS"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pom.12N, Saint Petersburg 199178, Russia; Tax ID No. 7801431788 (Russia); Registration Number 1077847102695 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ) (a.k.a. FERTOING LTD; a.k.a. LIMITED LIABILITY COMPANY FERTOING; a.k.a. OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FILAKSKOM (a.k.a. "PHILAX COMMUNICATIONS"; a.k.a. "PHILAXCOM"), Ul. Okskaya D. 8, K. 2, Et/P/K/Of 1/III/1/28, Moscow 109117, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724786430 (Russia); Registration Number 1117746288384 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAS (a.k.a. "OOO GAS"), PR-KT Novocherkasskii D.37, Korp.1, Saint Petersburg 195112, Russia; Tax ID No. 7806049300 (Russia); Registration Number 1027804186673 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number

00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEA (a.k.a. GEA OOO (Cyrillic: ООО ГЭА); a.k.a. LIMITED LIABILITY COMPANY GEA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЭА)), Ter. OEZ Alabuga, Ul. Sh-2, Str. 5/12, Pomeshch. 36, Yelabuga, Volga federal region, Tatarstan, Russia; Organization Established Date 26 Mar 2020; Organization Type: Manufacture of pulp, paper and paperboard; Tax ID No. 1646048200 (Russia); Registration Number 1201600024878 (Russia); alt. Registration Number 43974020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEO KHIT (a.k.a. GEO HIT; a.k.a. "GEO KHIT"), Pl. Sovetsko-Chekhoslovatskoi Druzhby, Saratov 410059, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 6451422711 (Russia); Registration Number 1086451002890 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT SIBIRSKIE MINERALY (a.k.a. GOK SIBIRSKIE MINERALY; a.k.a. SIBIRSKIE MINERALY), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Organization Established Date 12 May 2011; Tax ID No. 1718002246 (Russia); alt. Tax ID No. 1718002246 (Russia); Government Gazette Number 94545591 (Russia); Registration Number 1111722000060 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT TUVAASBEST (a.k.a. OOO TUVAASBEST), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Organization Established Date 09 Jun 2015; Tax ID No. 1718002461 (Russia); Government Gazette Number 09058314 (Russia); Registration Number 1151722000154

(Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GUARD KAPITAL, D. 3 Etazh 5 pom. I kom. 1, ul. Taganskaya, Moscow 109147, Russia; Tax ID No. 9709001723 (Russia); Registration Number 1177746511403 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INFORSER INZHINIRING, Pr. Ryazanskii D. 24, Korp. 2, Moscow 109428, Russia; Organization Established Date 21 Jan 2008; Tax ID No. 7721609433 (Russia); Registration Number 1087746084524 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INNOVATSIONNYE TEKHNOLOGII I MATERIALY (a.k.a. ITEKMA OOO; a.k.a. "ITECMA"), D. 2 K. 121, Ul. Zavodskaya (Klimovsk Mkr.), Podolsk 142181, Russia; Tax ID No. 5074050189 (Russia); Registration Number 1145074004723 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INOVATSII SVETA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИИ СВЕТА) (a.k.a. OOO INNOVATSII SVETA (Cyrillic: ООО ИННОВАЦИИ СВЕТА); a.k.a. "LIGHT INNOVATIONS"), Ul. Rochdelskaya D. 12, Str. 1, Moscow 123022, Russia; Organization Established Date 27 May 2010; Tax ID No. 9709058222 (Russia); Government Gazette Number 66823252 (Russia); Registration Number 1107746435292 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA (a.k.a. LLC VEB CAPITAL; a.k.a. OOO VEB KAPITAL; a.k.a. VEB CAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA A1 (a.k.a. INVESTITSIONNAYA KOMPANIYA A1 OOO; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY A1), d. 12 str. 1 ofis 415, ul. 3-Ya Magistralnaya, Moscow, Moscow 123007, Russia; Organization Established Date 22 Sep 2004; Tax ID No. 7709567988 (Russia); Registration Number 1047796703074 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС) (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRING.RF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГ.РФ) (a.k.a. OOO INZHINIRING.RF (Cyrillic: ООО ИНЖИНИРИНГ.РФ)), Per. Lyalin D. 19, K. 1 Et 2 Pom. XXIV Kom 11, Moscow 101000, Russia; Organization Established Date 27 Dec 2019; Tax ID No. 9709058222 (Russia); Government Gazette Number 42895614 (Russia); Registration Number 1197746755359 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRINGOVYE

RESHENIYA (a.k.a. INZHINIRINGOVYE RESHENIYA OOO; a.k.a. OOO INZHINIRINGOVYE RESHENIIA), PR-KT Khasana Tufana D. 22/9, KV. 163, Naberezhnyye Chelny, Republic of Tatarstan 423823, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Aug 2016; Tax ID No. 1650335670 (Russia); Registration Number 1161690140072 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU IONOV TRANSKONTINENTAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИОНОВ ТРАНСКОНТИНЕНТАЛ) (a.k.a. IONOV TRANSKONTINENTAL, OOO (Cyrillic: ИОНОВ ТРАНСКОНТИНЕНТАЛ, ООО)), Prospekt Mira, d. 102, str. 32, kom. 4, Moscow 129626, Russia (Cyrillic: пр-кт Мира, д. 102, стр. 32, комната 4, Москва 129626, Russia); Target Type Private Company; Registration ID 5167746072478 (Russia); Tax ID No. 9717043935 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KAMI GRUPP (a.k.a. KAMI GROUP LIMITED LIABILITY COMPANY), Ul. Bolshaya Semenovskay D. 40, Str. 13, Floor 3, Pom. 307, Moscow 107023, Russia; Organization Established Date 06 Nov 2015; Tax ID No. 7719429480 (Russia); Government Gazette Number 14126265 (Russia); Registration Number 5157746020526 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHAITIAN SNG (a.k.a. HAITIAN CIS LLC), Volokolamskoe Shosse Dom 116, Str.4, Moscow 125310, Russia; Tax ID No. 7733847577 (Russia); Registration Number 1137746577770 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHARTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИЯ) (a.k.a. OOO KHARTIYA (Cyrillic: ООО ХАРТИЯ)), Proezd Novoladykinskii D. 8B, Moscow 127106, Russia; Organization Established Date 13 Jun 2012; Tax ID No. 7703770101 (Russia); Government Gazette Number 09873971

(Russia); Registration Number 1127746462250 (Russia) [RUSSIA-EO14024] (Linked To: OOO EKOGRUPP).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ) (a.k.a. LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM; a.k.a. OOO KHK YUESEM (Cyrillic: ООО ХК ЮЭСЭМ); a.k.a. USM HOLDINGS LIMITED), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД) (a.k.a. HOLZVUD; a.k.a. KHOLTSVUD LLC; a.k.a. KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMMERCHESKI BANK SINKO BANK (a.k.a. COMMERCIAL BANK SINKO BANK; a.k.a. SINKO BANK LTD), D. 11, Str. 1, Per. Posledni, Moscow 107045, Russia; SWIFT/BIC SNKBRUMM; Website www.sinko-bank.ru; Organization Established Date 18 Nov 2002; Target Type Financial Institution; Tax ID No. 7703004072 (Russia); Identification Number FNLZ43.99999.SL.643 (Russia); Legal Entity Number 2534001TS0M7VRJK2567; Registration Number 1027739563610 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA GAZ-ALYANS (a.k.a. COMPANY GAZ-ALLIANCE LLC; a.k.a. KOMPANIYA GAZ-ALYANS, OOO), 15 Ul., Svobody, Nizhni Novgorod, Nizhegorodskaya Obl. 603003, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID

1142311010885 (Russia) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC; Linked To: ZAO VNESHTORGSERVIS).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA INTERVESP (a.k.a. KOMPANIYA INTERVESP OOO), d. 6B pom. 605, ul. Artyukhinoi, Moscow 109390, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 29 Nov 2017; Tax ID No. 9723038796 (Russia); Government Gazette Number 20366523 (Russia); Registration Number 5177746268530 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KORPORATSIYA AIPI, Ul. Plakhotnogo D. 131, Novosibirsk 630136, Russia; Tax ID No. 5404493030 (Russia); Registration Number 1135476139941 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOURF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУРФ) (a.k.a. KOURF OOO (Cyrillic: ООО КОУРФ)), Pr-Kt Oktyabrskii D. 111/119, Pom. 1, Komnata 6, Floor 2, Lyubertsy 140002, Russia (Cyrillic: Проспект Октябрьский, Дом 111/119, Помещение 1, Комната 6, Этаж 2, Люберцы 140002, Russia); Organization Established Date 05 Apr 2010; Tax ID No. 5027160402 (Russia); Registration Number 1105027004213 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA' (a.k.a. KPSK, OOO; a.k.a. OOO 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'), 29 ul. Karla Marksa, Simferopol, Crimea 295006, Ukraine; Website kpsk-ins.ru; Email Address kpsk-ins@yandex.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102007933 (Russia); Tax ID No. 9102006047 (Russia); Government Gazette Number 00132598 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LADOGA MENEDZHMENT (a.k.a. LADOGA MENEDZHMENT, OOO; a.k.a. OOO LADOGA MANAGEMENT), 10, naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147748143971; Tax ID No. 7729442761; Government Gazette Number 29437172 [UKRAINE-EO13662] (Linked To: SHAMALOV, Kirill Nikolaevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LAGGAR PRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАГГАР ПРО) (a.k.a. LAGGAR PRO, OOO (Cyrillic: ООО ЛАГГАР ПРО)), ul. Ovarazhnaya, Str. 190B, Pomeshch. 19, Afonino, Nizhni Novgorod Oblast 607680, Russia (Cyrillic: УЛИЦА ОВРАЖНАЯ, ДОМ 190Б, ПОМЕЩЕНИЕ 19, АФОНИНО, ОБЛАСТЬ НИЖЕГОРОДСКАЯ 607680, Russia); Organization Established Date 15 Jun 2018; Tax ID No. 5250070144 (Russia); Government Gazette Number 29336583 (Russia); Business Registration Number 1185275034218 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LUCHANO (a.k.a. LUCIANO HOTEL AND SPA; a.k.a. "LUCHANO OOO"), ul. Ostrovskogo d. 26, office 43/3, Kazan 420111, Russia; Tax ID No. 1655148063 (Russia); Registration Number 1071690070100 (Russia) [RUSSIA-EO14024] (Linked To: MINNIKHANOVA, Gulsina Akhatovna).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MANOMETR (a.k.a. MANOMETR LIMITED LIABILITY COMPANY; a.k.a. MANOMETR OOO), Engels-19, Saratov Region 413119, Russia; Tax ID No. 7709623086 (Russia); Registration Number 1057747672674 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MARKUS, Nab. Presnenskaya d. 12, et 45 kom 10 of 232, Moscow 123100, Russia; Organization Established Date 21 Jul 2003; Tax ID No. 7707327719 (Russia); Registration Number 1037707028204 (Russia) [RUSSIA-EO14024] (Linked To: CHECHIKHIN, Yuriy Valeryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MASHOIL (a.k.a. MASHOIL LIMITED LIABILITY COMPANY), d. 5 str. 1 pom. 1 kom. 1, per. Pyzhevski Moscow, Moscow 119017, Russia; Organization Established Date 25 Dec 2009; Tax ID No. 3315095756 (Russia); Government Gazette Number 63460412 (Russia); Registration Number 1093336001857 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEGASTROIINVEST (a.k.a. MEGASTROIINVEST, OOO; a.k.a. MEGASTROYINVEST LTD), 23, ul. Boevaya, Grozny, Chechenskaya Resp. 364913, Russia; Tax ID No. 2013431689 (Russia); Registration Number 1072031001580 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU METALLOOBRABOTKA, Pr-Kt Leninskogo Komsomola D.40, LIT. V37, Office 3, Kursk 305026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4632116871 (Russia); Registration Number 1104632000945 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEZHMUNITSIPALNOE AVTOTRANSPORTNOE PREDPRIYATIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖМУНИЦИПАЛЬНОЕ АВТОТРАНСПОРТНОЕ ПРЕДПРИЯТИЕ) (a.k.a. OOO MEZHMUNITSIPALNOE ATP (Cyrillic: ООО МЕЖМУНИЦИПАЛЬНОЕ АТП)), Ul. Melioratorov D. 10A, Udachny 152730, Russia; Organization Established Date 28 Mar 2017; Tax ID No. 7620006742 (Russia); Government Gazette Number 12982936 (Russia); Registration Number 1177627009801 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'M-FINANS' (a.k.a. M FINANS; a.k.a. M-FINANCE LLC; a.k.a. M-FINANS, OOO (Cyrillic: ООО М-ФИНАНС)), d. 138 korp. 1 litera V pom. 5N-18, naberezhnaya Obvodnogo Kanala, St. Petersburg, St. Petersburg 190020, Russia (Cyrillic: ДОМ 138 КОРПУС 1, ЛИТЕР В ПОМ5Н-18, ОБВОДНОГО КАНАЛА НАБ, САНКТ ПЕТЕРБУРГ Г, САНКТ ПЕТЕРБУРГ 190020, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7839042420 (Russia); Government Gazette Number 27397712 (Russia); Registration Number 1157847290920 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'MOLOT-ORUZHIE' (a.k.a. MOLOT-ORUZHIE, OOO; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROIZVODSTVENNO INSTRUMENT KACHESTVO), 135 ul. Lenina, Vyatskie Polyany, Kirov Obl. 612960, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1094307000633 (Russia); Tax ID No. 4307012765 (Russia); Government Gazette Number 60615883 (Russia) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOSKOVSKI BIZNES BROKERIDZH (a.k.a. LIMITED LIABILITY COMPANY MOSCOW BUSINESS BROKERAGE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОСКОВСКИЙ БИЗНЕС БРОКЕРИДЖ); a.k.a. "LLC MBB"), 29 Kalmykova St., Apt. 37, Chelyabinsk 454052, Russia; 26 Malaya Bronnaya St., Building 2, Moscow, Russia; Tax ID No. 7460055442 (Russia); Registration Number 1227400005546 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT (a.k.a. MTSENSKPROKAT OOO; a.k.a. MZENSKPROKAT, Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MTSENSKPROKAT (a.k.a. MTSENSKPROKAT OOO; a.k.a. MZENSKPROKAT, Ul. Avtomagistral Zd. 1A/2, Kom. 301, Mtsensk 303032, Russia; Organization Established Date 12 Apr 2018; Tax ID No. 5703008027 (Russia); Government Gazette Number 28256296 (Russia); Registration Number 1185749002119 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-

ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ) (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-PROIZVODSTVENNY TSENTR UGLERODNYE VOLOKNA I KOMPOZITY (a.k.a. UVICOM LTD; a.k.a. UVIKOM OOO), Ul. Kolontsova D. 5, Mytischi, 141009, Russia; D. 38 k. Administrativno-Bytovoi A pom. 601, prospekt Olimpiski Mytishchi, Moskovskaya Obl. 141006, Russia; Tax ID No. 5029017567 (Russia); Government Gazette Number 18070047 (Russia); Registration Number 1025003524655 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NEOBIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕОБИТ) (a.k.a. NEOBIT, OOO), d. 21 litera G, ul. Gzhatskaya, St. Petersburg 195220, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7804360292 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE; Linked To: MAIN INTELLIGENCE DIRECTORATE).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY (a.k.a. LLC PROGOROD; a.k.a. NOVYE GORODSKIE PROEKTY; a.k.a. OOO PROGOROD), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE KOMMUNALNYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY NEW COMMUNAL TECHNOLOGIES; a.k.a. "LIMITED LIABILITY COMPANY NKT" (Cyrillic: "ООО НКТ")), D. 2 Pom. 11, Kvartal Lenryba Pos., Ust-Luga 188472, Russia; Tax ID No. 7813283206 (Russia); Registration Number 1177847238942 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NPK AEROKON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АЭРОКОН) (a.k.a. OOO NPK AEROKON (Cyrillic: ООО НПК АЭРОКОН); a.k.a. "AEROKON, OOO" (Cyrillic: "ООО АЭРОКОН")), ul. Tsentralnaya, D. 18, Chernyshevka, Republic of Tatarstan 422710, Russia (Cyrillic: УЛ. ЦЕНТРАЛЬНАЯ, Д.18, Чернышевка, Республика Татарстан 422710, Russia); Organization Established Date 11 Dec 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 1657007195 (Russia); Government Gazette Number 27858018 (Russia); Business Registration Number 1021603148830 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OBORONLOGISTIKA (a.k.a. OBORONLOGISTICS LIMITED LIABILITY COMPANY; a.k.a. OBORONLOGISTICS LLC; a.k.a. OBORONLOGISTIKA LLC; a.k.a. OBORONLOGISTIKA OOO), D. 18 Str. 3 Prospekt Komsomolski, Moscow 119021, Russia; Ul. Goncharnaya, House 28, Building 2, Moscow 115172, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 2011; Registration ID 1117746641572 (Russia); Tax ID No. 7718857267 (Russia); Government Gazette Number 30167631 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI (a.k.a. OIL ENERDZHI LIMITED LIABILITY COMPANY; a.k.a. OIL ENERDZHI OOO; a.k.a. "OIL ENERGY", Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPTIMA (a.k.a. OPTIMA, OOO (Cyrillic: ООО ОПТИМА)), d. 2 korp. 2 pom. 1, ul., Kominterna Moscow, Moscow 129344, Russia; D-U-N-S Number 50-579-8144; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7716740680 (Russia); Government Gazette Number 17325717 (Russia); Registration Number 1137746232260 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPYTNO KONSTRUKTORSKOE BYURO TEKHNIKA (a.k.a. LIMITED LIABILITY COMPANY EXPERIMENTAL DESIGN BUREAU TEKHNIKA), Ul. Novaya Zarya D.6, Moscow 115191, Russia; Tax ID No. 7725568298 (Russia); Registration Number 1067746522392 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PERITON INZHINIRING (a.k.a. OOO PERYTON ENGINEERING; a.k.a. PERITON INZHINIRING OOO), PR-D Staropetrovskii D. 7A, Str. 5, ET 2, Office 1, Moscow 125130, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 02 May 2017; Tax ID No. 7703426927 (Russia); Government Gazette Number 15529479 (Russia); Registration Number 1177746442488 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PLAZ (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЛАЗ) (a.k.a. "PLAZ, ООО" (Cyrillic: "ООО ПЛАЗ")), ul. Politekhnicheskaya, D. 22, Lit. V, Pomeshch. 1-N, Saint Petersburg, Northwest Federal Region 194021, Russia (Cyrillic: УЛ. ПОЛИТЕХНИЧЕСКАЯ, Д. 22, ЛИТЕР В, ПОМЕЩ. 1-Н, Санкт-петербург, Санкт-петербург 194021, Russia); Organization Established Date 06 May 2006; Tax ID No. 7816388172 (Russia); Government Gazette Number 94599428 (Russia); Business Registration Number 5067847004341 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PREPREG-DUBNA (a.k.a. LIMITED LIABILITY COMPANY PREPREG-DUBNA; a.k.a. PREPREG-DUBNA, OOO), Ul. Elektrodnyaya D. 8, Dubna 141981, Russia; D. 8, Ul. Tekhnologicheskaya, Dubna, Moskovskaya Obl. 141981, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 5010043203 (Russia); Government Gazette Number 90160486 (Russia); Registration Number 1115010001138 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROEKT (a.k.a. VTB PROEKT OOO (Cyrillic: ООО ВТБ ПРОЕКТ)), d. 43 str. 1, ul. Vorontsovskaya, Moscow 109147, Russia; Organization Established Date 22 Feb 2012; Organization Type: Financial leasing; alt. Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7710907460 (Russia); Government Gazette Number 1127746118752 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET (a.k.a. PROFINET AGENCY; a.k.a. PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ); a.k.a. PROFINET, OOO), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROIZVODSTVENNO

INSTRUMENT KACHESTVO (a.k.a. MOLOT-ORUZHIE, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'MOLOT-ORUZHIE'), 135 ul. Lenina, Vyatskie Polyany, Kirov Obl. 612960, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1094307000633 (Russia); Tax ID No. 4307012765 (Russia); Government Gazette Number 60615883 (Russia) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROMOIL (a.k.a. PROMOIL LIMITED LIABILITY COMPANY), Ul. Khokhryakova D. 9, Perm 614068, Russia; Organization Established Date 20 May 2004; Tax ID No. 5904112229 (Russia); Government Gazette Number 72205682 (Russia); Registration Number 1045900509885 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB AVIALIZING (a.k.a. PSB AVIALIZING OOO), d. 65A etazh 2, pom. 17-30, bulvar Gagarina Perm, Permski Kr. 614077, Russia; Organization Established Date 20 Jul 2020; Tax ID No. 5906167110 (Russia); Government Gazette Number 44885614 (Russia); Registration Number 1205900018532 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES (a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU REGION-COMFORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕГИОН-КОМФОРТ) (a.k.a. OOO REGION-COMFORT (Cyrillic: ООО РЕГИОН-КОМФОРТ)), Ul. Lenina D. 22A, Pomeshch. 2, Krasnogorsk 143409,

Russia; Organization Established Date 09 Jul 2013; Tax ID No. 5024137677 (Russia); Government Gazette Number 50189050 (Russia); Registration Number 1135024004741 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROST PROGRESS (a.k.a. ROST PROGRESS OOO), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Organization Established Date 10 Oct 2016; Tax ID No. 7802596430 (Russia); Registration Number 1167847364791 (Russia) [RUSSIA-EO14024] (Linked To: SVETLANA ROST JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSAVTOMATIKA (a.k.a. "LIMITED LIABILITY COMPANY RUSAVTOMATIKA"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pomeshch. 12N, Saint Petersburg 199178, Russia; Tax ID No. 7801325780 (Russia); Registration Number 1167847501161 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SAKHA (YAKUTSKAYA) TRANSPORTNAYA KOMPANIYA (a.k.a. SAKHATRANS LLC; a.k.a. SAKHATRANS OOO), 14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion Khabarovski Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK CAPITAL LLC; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova,

Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SELLZ TREID (a.k.a. "SELLZ TREID"), Ul. Skulptora Golovnitskogo D. 26, Kv. 81, Chelyabinsk 454030, Russia; Tax ID No. 7448217344 (Russia); Registration Number 1197456017780 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA (a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "LLC NORTHERN STAR"; a.k.a. "NORTH STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SFT (a.k.a. "OOO CFT"), d. 10 str. 1, ul. Kozhevnicheskaya, Moscow, Moscow 115114, Russia; Tax ID No. 7725842590 (Russia); Registration Number 5147746114786 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM MOST OOO; a.k.a. SGM-BRIDGE; a.k.a.

SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST' (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. SGM MOST OOO; a.k.a. SGM-BRIDGE; a.k.a. SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNAL-INVEST (a.k.a. LIMITED LIABILITY COMPANY SIGNAL-INVEST; a.k.a. SIGNAL-INVEST OOO), ul. 5-1 Kvartal, Engels-19 Mkr, Privolzhski 413119, Russia; Tax ID No. 6449031372 (Russia); Registration Number 1026401975973 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNUM, d. 42 str. 1 etazh 0 pom. 1485 R.M 1, bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050118416 (Russia); Registration Number 1155050003041 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SISTEMY PRAKTICHESKOI BEZOPASNOSTI (a.k.a. SPB OOO; a.k.a. "COMPANY PRACTICAL SECURITY SYSTEMS"), Ul. Politekhnicheskaya D. 22, Lit. A, Pomeshch 1-N/298, Saint Petersburg 194021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802869750 (Russia); Registration Number 1147847303867 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SPUTNIKOVYE INNOVATSIONNYE KOSMICHESKIE SISTEMY (a.k.a. "OOO SPUTNIKS"; a.k.a. "SPUTNIX"), bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), d. 42, str. 1, pom. 3A0109 757, 1653, 1707, Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5003096726 (Russia); Registration Number 1115003008306 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STIRER (a.k.a. "STEERER"), Ul Samokatnaya D 4 A, Str 5, Moscow 111033, Russia; Tax ID No. 7722647713 (Russia); Registration Number 1087746607772 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA NEZAVISIMAYA STRAKHOVAYA GRUPPA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ НЕЗАВИСИМАЯ СТРАХОВАЯ ГРУППА) (a.k.a. INDEPENDENT INSURANCE GROUP LTD; a.k.a. "NSG OOO"), Vspolniy Pereulok 18, bldg. 2, Moscow 123001, Russia; Website www.nsg-ins.ru; Organization Established Date 03 Mar 2003; Tax ID No. 7716227728 (Russia); Government Gazette Number 14139641 (Russia); Registration Number 1037716006360 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC;

a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVANIE KOMPANIYA SBERBANK STRAKHOVANIE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more

information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI (a.k.a. LIMITED LIABILITY COMPANY STRELOI; a.k.a. STRELOI OOO; a.k.a. STRELOY LLC), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Organization Established Date 19 Nov 2013; Tax ID No.

7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. SCONTEL; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. 1 kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TABAK INVEST (a.k.a. TABAK INVEST LLC (Cyrillic: ООО ТАБАК ИНВЕСТ)), D. 22, Nezhiloe pomeshchenie, ul. Gusovskogo, Minsk 220073, Belarus; Organization Established Date 1997; Tax ID No. 101333138 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT (a.k.a. OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ); a.k.a. TAIMYRNEFTEGAZ-PORT LLC; a.k.a. TAYMYRNEFTEGAZ-PORT)), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski

Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TD ASBEST (a.k.a. OOO TORGOVY DOM ASBEST), d. 37 k. A ofis 20, ul. Rigachina, Petrozavodsk, Kareliya Resp. 185005, Russia; Organization Established Date 12 Aug 2015; Tax ID No. 1001299770 (Russia); Government Gazette Number 12859420 (Russia); Registration Number 1151001009972 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOKRATIYA (a.k.a. OOO TEKHNOKRATIIA), Ul. Mikhaila Milya D. 65A, Office 202, Kazan, Republic of Tatarstan 420127, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Feb 2011; Tax ID No. 1656060774 (Russia); Registration Number 1111690067818 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5 (a.k.a. TECHNOLOGY 5 CO., LIMITED; a.k.a. TEKNOLOGIYA 5, OOO; a.k.a. "LIMITED LIABILITY COMPANY GREEN CITY"), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOSOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОФТ) (a.k.a. TEKHNOSOFT OOO (Cyrillic: ООО ТЕХНОСОФТ)), UL. Nobelya D. 5, ET 2 POM.29 Ter. Skolkovo Innovatsionnogo Tsentra, 121205, Russia; Organization Established Date 11 Jul 2014; Tax ID No. 7703813813 (Russia); Registration Number 1147746784866 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST (a.k.a.

LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OOO TKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA (a.k.a. TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY; a.k.a. TRANSSTROIMEKHANIZATSIYA OOO; a.k.a. TRANSSTROYMEKHANIZATSIYA), Ul. Kievskaya D. 7, Moscow 121059, Russia; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TREID-INVEST (a.k.a. TREID-INVEST, OOO (Cyrillic: ООО ТРЕЙД-ИНВЕСТ)), 11/2 ul., Sadovaya-Chernogryazskaya Moscow, Moscow 105064, Russia; D-U-N-S Number 50-722-5114; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7701416320 (Russia); Government Gazette Number 40214946 (Russia); Registration Number 5147746418782 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TSK VEKTOR (a.k.a. TSK VEKTOR, OOO (Cyrillic: ООО ТСК ВЕКТОР)), d. 235, kv. 70, ul. Sevastopolskaya, Irkutsk, Irkutsk Oblast 664048, Russia (Cyrillic: Д. 235, КВ. 70, УЛ. СЕВАСТОПОЛЬСКАЯ, Город Иркутск, Иркутская Область 664048, Russia); Organization Established Date 06 Oct 2015; Tax ID No. 3849055365 (Russia); Government Gazette Number 16492258 (Russia); Business Registration Number 1153850042246 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR (a.k.a. LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER; a.k.a. TNNTS LIMITED LIABILITY COMPANY; a.k.a. TPRC LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM (a.k.a. LIMITED LIABILITY COMPANY UMMC NFMP; a.k.a. UGMK OTSM OOO; a.k.a. UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ULTRAN ELEKTRONNYE KOMPONENTY (a.k.a. LIMITED LIABILITY COMPANY ULTRAN ELECTRONIC COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УЛЬТРАН ЭЛЕКТРОННЫЕ КОМПОНЕНТЫ); a.k.a. ULTRAN EK OOO (Cyrillic: ООО УЛЬТРАН ЭК)), d. 22, litera L, pom. 1-N, kom. 8, ul. Politekhnicheskaya, St. Petersburg 194021, Russia; Website ultran.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Jun 2018; Tax ID No. 7802669110 (Russia); Government Gazette Number 29702993 (Russia); Business Registration Number 1187847176330 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING (a.k.a. URALMASH NGO KHOLDING OOO; a.k.a. URALMASH OIL AND

GAS EQUIPMENT HOLDING; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VALIDATA, Ul. Khutorskaya 2-YA D. 38A, Str. 1, Floor 7, Office 709, Moscow 127287, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7702250685 (Russia); Registration Number 1037739305559 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VALMA (a.k.a. "OOO VALMA"), Ul. Dorozhnaya D. 39, Office 314, Naberezhnyye Chelny, Republic of Tatarstan 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 May 2021; Tax ID No. 1650402421 (Russia); Registration Number 1211600038396 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING (a.k.a. OOO VEB ENGINEERING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS (a.k.a. LLC VEB VENTURES; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bliza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEBER KOMEKHANIKS (a.k.a. VEBER COMEKHANICS OOO; a.k.a. WEBER COMECHANICS LTD), d. 4 k. 25 kom. 1, ul. Sharikopodshipnikovskaya, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 26 Apr 2000; Tax ID No. 7709307370 (Russia); Government Gazette Number 52754033 (Russia); Registration Number 1027700354076 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIDIS GRUPP (a.k.a. WIDIS GRUPP), d. 4k. 1 etazh/pomeshch, 3/XI kom., 39A, ul. Sadovniki, Moscow 115487, Russia; Tax ID No. 7719019691 (Russia); Registration Number 1107746791910 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIKTORIYA (a.k.a. OOO VIKTORIIA; a.k.a. VIKTORIYA OOO), Ul. Ordzhonikidze D. 18, KV. 4, Izhevsk, Republic of Udmurtia 426063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.;

Organization Established Date 18 Nov 2005; Tax ID No. 1831107925 (Russia); Registration Number 1051800646920 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING (a.k.a. VTB FACTORING LIMITED; a.k.a. VTB FACTORING LTD; a.k.a. VTB FAKTORING OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FOREKS (a.k.a. VTB FOREKS; a.k.a. VTB FOREKS OOO), Nab. Presnenskaya D. 10, Blok S, Floor 16, Moscow 123112, Russia; Organization Established Date 15 Mar 2016; Target Type Financial Institution; Tax ID No. 9701034653 (Russia); Registration Number 1167746257755 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNYY ADMINISTRATOR (a.k.a. VTB PENSION ADMINISTRATOR LIMITED; a.k.a. VTB PENSION ADMINISTRATOR LTD; a.k.a. VTB PENSIONNY ADMINISTRATOR OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYRYEVYE TOVARY KHOLDING (a.k.a. OBSHCHESTVO

S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ); a.k.a. VTB SYRYEVYE TOVARY KHOLDING), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. LLC VYGON CONSULTING; a.k.a. VYGON CONSULTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT (a.k.a. LIMITED LIABILITY COMPANY SOUTHERN PROJECT; a.k.a. LLC SOUTHERN PROJECT; a.k.a. YUZHNY PROEKT, OOO), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZALOG (a.k.a. LIMITED LIABILITY COMPANY WITH FOREIGN INVESTMENTS ZALOG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ С ИНОСТРАННЫМИ ИНВЕСТИЦИЯМИ ЗАЛОГ); a.k.a. ZALOG OOO), d. 22 pom. 305, ul. Martyna Mezhlauka, Kazan, Tatarstan Resp. 420021, Russia; Ul. Kooperativnaya 1, Zelenodolsk 422541, Russia; Organization Established Date 2002; Tax ID No. 1648011501 (Russia); Government Gazette Number 57238810 (Russia); Registration

Number 1021606761175 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD PRIBORNYKH PODSHIPNIKOV (a.k.a. ZAVOD PRIBORNYKH PODSHIPNIKOV LIMITED LIABILITY COMPANY; a.k.a. "ZPP OOO"), Ter. 18 KM Moskovskogo Shosse D. Litera 67, Kom. 5, Samara 443072, Russia; Organization Established Date 25 Dec 2001; Tax ID No. 6367032625 (Russia); Government Gazette Number 11031529 (Russia); Registration Number 1026300769417 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD UGLERODNYKH I KOMPOZITSIONNYKH MATERIALOV (a.k.a. ZAVOD ULGERODNYKH I KOMPOZITSIONNYKH MATERIALOV; a.k.a. ZUKM OOO), Territoriya Chelyabinskogo Elektrodnogo Zavoda, Chelyabinsk 454038, Russia; Tax ID No. 7450045935 (Russia); Government Gazette Number 94812603 (Russia); Registration Number 1067450027248 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EKOGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКОГРУПП) (a.k.a. ООО EKOGRUPP (Cyrillic: ООО ЭКОГРУПП)), Per. Nizecresnenskii D. 3, Floor 1 Komn 9, Moscow 123577, Russia; Organization Established Date 18 Jun 2017; Tax ID No. 7703428593 (Russia); Government Gazette Number 15945657 (Russia); Registration Number 1177746569615 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VR-RESURS (a.k.a. "VR - RESURS OOO"), Ter. Letno-Ispytatelnyi Kompleks, VL 1, Shchelkovo 141103, Russia; Ul. Lenina D. 11, Shchelkovo 141103, Russia; Organization Established Date 01 Aug 2008; Tax ID No. 5027138478 (Russia); Registration Number 1085027009572 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOY

OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ) (a.k.a. ATOMYZE; a.k.a. ATOMYZE RUSSIA; a.k.a. LIMITED LIABILITY COMPANY ATOMAYZ), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website https://www.atomyze.ru; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU AZIATSKOYE TORGOVOYE AGENTSTVO (a.k.a. ASIAN TRADE AGENCY LIMITED LIABILITY COMPANY), Mgstr. Vokzalnaya D. 1/1, Office 704, Novosibirsk 630004, Russia; Tax ID No. 5404418441 (Russia); Registration Number 1105476039745 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobediteli, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic:

пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМІРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FENIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕНИКС) (a.k.a. FENIKS; a.k.a. "PHOENIX"), Ter. Oez Ppt Lipetsk Str. 4A, Office 021/25, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 4802013587 (Russia); Registration Number 1194827003128 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FLAYTEKGRUPP (a.k.a. FLYTECHGROUP LIMITED LIABILITY COMPANY; a.k.a. "OOO FTG"), Mkr. Skhodnya, Tup. 1-I Oktyabrskii D. 1, Khimki 141420, Russia; Ul. Leningradskaya, D. 11, Pomeshch. 006, Khimki 141402, Russia; Tax ID No. 5047135637 (Russia); Registration Number 1125047015532 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INNOTEKH SOLYUSHNS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОТЕХ СОЛЮШНС) (a.k.a. LLC INNOTECH SOLUTIONS), 104-105, Pobediteley avenue, Minsk 220062, Belarus;

21B-4, 9, Kulman Street, Minsk 220100, Belarus; Organization Established Date Oct 2018; Target Type State-Owned Enterprise; Tax ID No. 193156727 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskii village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU KRIPTO EKSPLORER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРИПТО ЭКСПЛОРЕР) (a.k.a. LIMITED LIABILITY COMPANY CRYPTO EXPLORER), Ul. Karla Marksa D. 13A, K. 1, Pomeshch. 43, Ulyanovsk 432071, Russia; Organization Established Date 13 Oct 2022; Tax ID No. 7300009215 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LAITKHAUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙТХАУС) (a.k.a. "LIGHTHOUSE"), Pr-Kt Vernadskogo D. 53, Floor/Pomeshch. 3/I, Kom. 37, Moscow 119415, Russia; Organization Established Date 05 Jul 2017; Tax ID No. 9723031631 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LENCABEL (a.k.a.

LENKABEL; a.k.a. LIMITED LIABILITY COMPANY LENCABEL), Ul. Samoilovoi D. 5, Lit. I, Pomesch. 11N, Office 31-32, Saint Petersburg 192102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7816339601 (Russia); Registration Number 1167847387366 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU NAUCHNOPROIZVODSTVENNAYA KOMPANIYA FOTONIKA (a.k.a. NPK FOTONIKA LIMITED LIABILITY COMPANY; a.k.a. NPK PHOTONICA), Pr-Kt Yuriya Gagarina D. 2, Saint Petersburg 196105, Russia; Ul. Sofiiskaya D. 54, Lit. A, Office 214, Saint Petersburg 192241, Russia; Tax ID No. 7813547434 (Russia); Registration Number 1127847581058 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА) (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"; a.k.a.

"MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ) (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization

Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UKON (a.k.a. UCON LLC; a.k.a. "UCON COMPANY"), Str. Bokonbaeva 204, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Aug 2022; Tax ID No. 02408202210349 (Kyrgyzstan) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ) (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK (a.k.a. LIMITED LIABILITY COMPANY RVC

MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 INTEGRATOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ИНТЕГРАТОР) (a.k.a. "OOO WEB3 INTEGRATOR"), Nab. Bersenevskaya D. 6,, Str. 3, Pomeshch. I, Kom 9 Ach, Et 4, Moscow 119072, Russia; Organization Established Date 15 Jan 2019; Tax ID No. 7706464945 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ) (a.k.a. "LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: "ООО ВЕЙВ3"); a.k.a. "WEB3 TECH"; a.k.a. "WEB3 TECHNOLOGY LLC"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING (a.k.a. KONKORD MENEDZHMENT I KONSALTING, OOO; a.k.a. LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING; a.k.a. LLC CONCORD MANAGEMENT AND CONSULTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU AKVAMARIN (a.k.a. AKVAMARIN LIMITED LIABILITY COMPANY (Cyrillic: АКВАМАРИН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); f.k.a. OPKHM OOO), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 21 Jan 2008; Tax ID No. 7715683541 (Russia); Government Gazette Number 84724217 (Russia); Registration Number 1087746081246 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU BIO FARM TREID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БИО ФАРМ ТРЕЙД) (a.k.a. BIO PHARM TRADE LLC (Cyrillic: ООО БИО ФАРМ ТРЕЙД), Per Bolshoi Tishinskii, D. 43/20, Str. 2, Floor/Kom. 2/10, Moscow 123557, Russia; Organization Established Date 31 May 2021; Tax ID No. 9703036085 (Russia); Government Gazette Number 60163642 (Russia); Business Registration Number 1217700255024 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: GAVRYUCHENKOV, Andrei Viktorovich).

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU GRUPPA ARKTIK ENERDZHI (a.k.a. ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY (Cyrillic: ГРУППА АРКТИК ЭНЕРДЖИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 26 Aug 2021; Tax ID No. 9704085543 (Russia); Government Gazette Number 48643351 (Russia); Registration Number 1217700401302 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RYABINOVAYA (a.k.a. RYABINOVAYA OOO (Cyrillic: ООО РЯБИНОВАЯ)), 4 d., ul. Shosseinaya Moscow, Moscow 109548, Russia; Organization Established Date 06 Nov 2015; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7723416596 (Russia); Registration Number 5157746021043 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL (a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU UNIVERSALNY MORSKOI PORT INDIGA (a.k.a. UNIVERSALNY MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: УНИВЕРСАЛЬНЫЙ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. UNIVERSALNYI MORSKOI PORT INDIGA OOO), d. 11, etazh 2, kab. 8, ul. Portovaya, Nenetski a.o., Naryan-Mar 166000, Russia; Organization Established Date 21 Aug 2019; Organization Type: Sea and coastal freight water transport; Tax ID No. 2983013198 (Russia); Registration Number 1192901007430

(Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYRYEVYE TOVARY KHOLDING; a.k.a. VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ); a.k.a. VTB SYRYEVYE TOVARY KHOLDING), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU DALNEVOSTOCHNNY PROEKTNNY INSTITUT VOSTOKPROEKTVERF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНЫЙ ПРОЕКТНЫЙ ИНСТИТУТ ВОСТОКПРОЕКТВЕРФЬ) (a.k.a. FAR EAST INSTITUTE VOSTOKPROECTVERF LIMITED LIABILITY CORPORATION; a.k.a. FDI VOSTOKPROEKTVERF), 72 Ulitsa Svetlanskaya, Vladivostok 690091, Russia; Organization Established Date 19 Aug 2008; Tax ID No. 2536207610 (Russia); Registration Number 1082536011250 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNNY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU NIPIGAZ AKTIV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НИПИГАЗ АКТИВ), 118 Krasnaya Street, Krasnodar 350000, Russia; Tax ID No. 2310191373 (Russia); Registration Number 1162375007167 (Russia) [RUSSIA-EO14024] (Linked To: NAUCHNO ISSLEDOVATELSKII PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO).

OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU NIPIGAZ IT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НИПИГАЗ ИТ) (a.k.a. NIPIGAS IT LLC), 65 Profsoyuznaya Street, Room 1, Moscow 117342, Russia; Tax ID No. 9728089667 (Russia); Registration Number

1237700161115 (Russia) [RUSSIA-EO14024] (Linked To: NAUCHNO ISSLEDOVATELSKII I PROEKTNYI INSTITUT PO PERERABOTKE GAZA AO).

OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU RADIOKOMP (a.k.a. LIMITED LIABILITY COMPANY RADIOCOMP; a.k.a. LLC RADIOKOMP, Ul Aviamotornaya d. 8A, Moscow 111024, Russia; Tax ID No. 7722251800 (Russia); Registration Number 1027739746616 (Russia) [RUSSIA-EO14024].

OBSHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VAYTMENN KHANDELN ALYANS (a.k.a. WEITMANN HANDELN ALLIANZ LLC), Str. Fatyanova 43, Liter A, Bishkek 720001, Kyrgyzstan; Tax ID No. 02408202210629 (Kyrgyzstan); Registration Number 31562175 (Kyrgyzstan) [RUSSIA-EO14024].

OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU AQUA SOLID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКВА СОЛИД) (a.k.a. ООО AQUA SOLID (Cyrillic: ООО АКВА СОЛИД); a.k.a. "AKVA SOLID"), d. 12 str. 1 pom. IV, kom. 9, ul. Rochdelskaya, Moscow 123022, Russia; Organization Established Date 07 May 2013; Tax ID No. 7703789367 (Russia); Registration Number 1137746403563 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OBUHOVSKOE JSC (a.k.a. CJSC OBUKHOVSKOYE; a.k.a. JOINT STOCK COMPANY OBUKHOVSKOYE; a.k.a. SC OBUKHOVSKOYE), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

OBUKHOV, Sergey Pavlovich (Cyrillic: ОБУХОВ, Сергей Павлович), DOB 05 Oct 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OCAMPO MORALES, Jorge Eliecer, Colombia; DOB 16 Feb 1979; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 8436557 (Colombia) (individual) [SDNTK].

OCCIDENTAL DE PAPELES LTDA. (a.k.a. OCCIPAPEL LTDA.), Avenida 2D No. 24N-06, Cali, Colombia; NIT # 805017535-3 (Colombia) [SDNT].

OCCIPAPEL LTDA. (a.k.a. OCCIDENTAL DE PAPELES LTDA.), Avenida 2D No. 24N-06, Cali, Colombia; NIT # 805017535-3 (Colombia) [SDNT].

OCCUPIED LAND FUND (a.k.a. HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT), 525 International Parkway, Suite 509, Richardson, TX 75081, United States; P.O. Box 832390, Richardson, TX 75083, United States; 9250 S. Harlem Avenue, Bridgeview, IL, United States; 345 E. Railway Avenue, Paterson, NJ 07503, United States; Hebron, West Bank; Gaza Strip, undetermined; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, CA 92128, United States; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; US FEIN 95-4227517; and other locations within the United States [SDGT].

OCEAN BUNKERING JV CO, Otan-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 4199470 [DPRK3].

OCEAN CAPITAL ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 92501 [IRAN].

OCEAN CHIPS LLC (a.k.a. OCEAN ELECTRONICS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКЕАН ЭЛЕКТРОНИКИ); a.k.a. OKEAN ELEKTRONIKI OOO), Ulitsa Kalinina, Dom 2, Korpus 4, Lit. A, Pomeshtenie 1N, Komn. 10, Saint Petersburg 198099, Russia; Organization Established Date 03 Feb 2012; Tax ID No. 7813525631 (Russia); Registration Number 1127847065334 (Russia) [RUSSIA-EO14024].

OCEAN ELECTRONICS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКЕАН ЭЛЕКТРОНИКИ) (a.k.a. OCEAN CHIPS LLC; a.k.a. OKEAN ELEKTRONIKI OOO), Ulitsa Kalinina, Dom 2, Korpus 4, Lit. A, Pomeshtenie 1N, Komn. 10, Saint Petersburg 198099, Russia; Organization Established Date 03 Feb 2012; Tax ID No. 7813525631 (Russia); Registration Number 1127847065334 (Russia) [RUSSIA-EO14024].

OCEAN ESTATE COMPANY LIMITED (Arabic: اوشن إستيت كومبانى ليمتد), Office 902, Saba 1 Jumeirah Lakes Towers, P.O. Box 346049, Dubai, United Arab Emirates; Company Number 145318 (United Arab Emirates); alt. Company Number 1174808 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN ESTATE GMBH, Tuchlauben 7 A, Vienna 1010, Austria; Organization Established Date 27 Jul 2016; V.A.T. Number ATU71737702 (Austria); Business Registration Number FN 460375y (Austria) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN EUROPE CY LIMITED, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 13 Oct 2015; Business Registration Number C347860 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEAN MARITIME MANAGEMENT COMPANY LIMITED (a.k.a. EAST SEA SHIPPING COMPANY; a.k.a. HAEYANG CREW MANAGEMENT COMPANY; a.k.a. KOREA MIRAE SHIPPING CO. LTD.), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

OCEAN PROPERTIES GMBH, Tuchlauben 7 A, Vienna 1010, Austria; Organization Established Date 10 Nov 2016; V.A.T. Number ATU72487837 (Austria); Business Registration Number FN 471852 a (Austria) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OCEANLINK MARITIME DMCC (Arabic: اوشينلينك ماريتايم م.د.م.س), Unit 2808, Plot JLT-PH1-F2A, HDS Tower, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Unit AG-11-H, AG Tower, Plot JLT-PH1-I1A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 2023; Identification Number IMO 6450979; Trade License No. DMCC-881270 (United Arab Emirates); alt. Trade License No. DMCC-881271 (United Arab Emirates); Registration Number DMCC196521 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

OCEAN BLU TRADING LIMITED (f.k.a. PESCA MEDITERRANEA LIMITED), Flat 2, Merill Court, Fuxa Street, San Gwann SGN 1308, Malta; D-U-N-S Number 52-023-2342; V.A.T. Number MT21195831 (Malta); Tax ID No. 21195831 (Malta); Trade License No. C 58157 (Malta) [LIBYA3].

OCEANOS JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS; a.k.a. NPP PT OKEANOS, AO (Cyrillic: AO НПП ПТ ОКЕАНОС); f.k.a. OKEANOS, AO), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

OCHOA GUISAO, Walter, Colombia; DOB 23 Dec 1972; POB Santa Fe, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 10179825 (Colombia) (individual) [SDNTK].

OCHOA VILLAGRAN, Erick Manuel (a.k.a. "PERICA"), Guatemala; DOB 01 Jun 1985; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1247674 (Guatemala); C.U.I. 1680324221213 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

OCHOA, Salvador (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

ODEH, Ahmad (a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODEH, Ahmed (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODEH, Ahmed Sharif Abdallah (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODEH, Ahmed Sharif Abdallah (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. OUDA, Ahmed Charif Abdellah; a.k.a. UDIH, Ahmad), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ODK-KLIMOV (a.k.a. AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ; a.k.a. JOINT STOCK COMPANY ODK-KLIMOV; a.k.a. JOINT-STOCK COMPANY ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

ODK-KUZNETSOV (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

ODK-SATURN PAO (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin

Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

ODK-SATURN PUBLIC JOINT-STOCK COMPANY (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

ODK-UMPO ENGINE BUILDING ASSOCIATION (a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

ODK-UMPO ENGINE BUILDING ENTERPRISE (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ

PROIZVODSTVENNOE OBEDINENIE); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

ODNA RODYNA (Cyrillic: ОДНА РОДИНА), Russia; Website odnarodyna.org [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

OEHRI, Roland (a.k.a. OHRI, Roland), Liechtenstein; Austria; DOB 19 Mar 1968; POB Liechtenstein; nationality Liechtenstein; alt. nationality Switzerland; Gender Male; Passport R 41277 (Liechtenstein) expires 23 Mar 2030 (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OFFENBACH HAUSHALTWAREN B.V., Rietlanden 5 - A, Beverwijk 1948, Netherlands; Rietlanden 5 - 7, Beverwijk 1948 NE,

Netherlands; C.R. No. 28094396 (Netherlands) [SDNTK].

OFFICE #39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

OFFICE 39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

OFFICE NO. 39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE

OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

OFFICE OF THE QUARTERMASTER GENERAL (a.k.a. QUARTERMASTER GENERAL OFFICE; a.k.a. QUARTERMASTER GENERAL'S OFFICE), Burma; Target Type Government Entity [BURMA-EO14014].

OFFICER'S UNION FOR INTERNATIONAL SECURITY (a.k.a. SODRUZHESTVO OFITSEROV ZA MEZHDUNARODNUYU BEZOPASNOST; a.k.a. "OUIS"), Ul. Cherkizovskaya B, D. 24A, Str. 1, Floor 8, Office #815, Moscow 107553, Russia; Organization Established Date 03 Feb 2021; Organization Type: Private security activities; alt. Organization Type: Real estate activities with own or leased property; Target Type Private Company; Tax ID No. 9718168599 (Russia); Registration Number 1217700038710 (Russia) [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

OFFISCOOP NV, Frankrijklei 156, 5eVerd, Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-163-1008; Branch Unit Number 2093373727 (Belgium); Enterprise Number 0473365047 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

OFITRADE (a.k.a. LIMITED LIABILITY COMPANY OFITREYD; a.k.a. OFITREID), Ul. Sholokhova D. 7, Kv. 145, Moscow 119634, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7729779003 (Russia); Registration Number 1147746897396 (Russia) [RUSSIA-EO14024].

OFITREID (a.k.a. LIMITED LIABILITY COMPANY OFITREYD; a.k.a. OFITRADE), Ul. Sholokhova D. 7, Kv. 145, Moscow 119634, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729779003 (Russia); Registration Number 1147746897396 (Russia) [RUSSIA-EO14024].

OFOG SABZE DARYA COMPANY, Unit Seven, Fourth Floor, Number 18, 15th Street, Khaled Eslamboli Street, Beheshti Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

OFOGH SABERIN ENGINEERING DEVELOPMENT COMPANY (a.k.a. OFOGH TOSE-EH SABERIN ENGINEERING), Shahid Malek Lu Street, No. 86, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

OFOGH TOSE-EH SABERIN ENGINEERING (a.k.a. OFOGH SABERIN ENGINEERING DEVELOPMENT COMPANY), Shahid Malek Lu Street, No. 86, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

OFOQ SAZEH PAYAH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

OGARO, Salim (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

OGARO, Salim Saleh Obol (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

OGAZON SEDANO, Mario Esteban, Villa Calomato 3595, Fraccionacion Colinas de la Rivera, Culiacan, Sinaloa, Mexico; DOB 14 Jul 1980; POB Sinaloa, Mexico; nationality Mexico;

Gender Male; C.U.R.P. OASM800714HSLGDR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

OGC-VICTORIA HOLDING LTD (a.k.a. OIL GAS CONSULTING - VICTORIA HOLDING, LTD.), Proteas House, Floor No: 5, Limassol, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Aug 2018; Registration Number HE 388062 (Cyprus) [SDGT] [IFSR] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

OGHYANOUS KHOROSHAN KISH (a.k.a. KHOROSHAN MARITIME COMPANY; a.k.a. OGHYANOUS-E KHOROUSHAN-E KISH SHIPPING LINES), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OGHYANOUS-E KHOROUSHAN-E KISH SHIPPING LINES (a.k.a. KHOROSHAN MARITIME COMPANY; a.k.a. OGHYANOUS KHOROSHAN KISH), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OGLOBLINA, Yuliya Vasilyevna (Cyrillic: ОГЛОБЛИНА, Юлия Васильевна), Russia; DOB 01 Nov 1989; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OGUL, Leonid Anatolyevich (Cyrillic: ОГУЛЬ, Леонид Анатольевич), Russia; DOB 26 Oct 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OGUNGBUYI, Abeni O. (a.k.a. BABESTAN, Abeni O.; a.k.a. SHOFESO, Olatutu Temitope); DOB 30 Jun 1952; POB Nigeria (individual) [SDNTK].

OGUNGBUYI, Oluwole A. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

OGUNGBUYI, Wally (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole);

DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

OGUNGBUYI, Wole A. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

OGUNSHAKIN, Alex Afolabi, Nigeria; DOB 23 Feb 1983; nationality Nigeria; Gender Male; Passport A05285583 (Nigeria) (individual) [CYBER2].

OGURYAEV, Dmitriy Aleksandrovich (Cyrillic: ОГУРЯЕВ, Дмитрий Александрович), Moscow, Russia; DOB 25 Aug 1976; POB Korolev, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

OHANGARONSEMENT AKSIYADORLIK JAMIYATIGA (a.k.a. AKHANGARANCEMENT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АХАНГАРАНЦЕМЕНТ); a.k.a. JOINT STOCK COMPANY OHANGARONSEMENT), Promzona, g. Akhangaran, Tashkent Province 110300, Uzbekistan; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 200463344 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY).

OHRI, Roland (a.k.a. OEHRI, Roland), Liechtenstein; Austria; DOB 19 Mar 1968; POB Liechtenstein; nationality Liechtenstein; alt. nationality Switzerland; Gender Male; Passport R 41277 (Liechtenstein) expires 23 Mar 2030 (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OIL ENERDZHI LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI; a.k.a. OIL ENERDZHI OOO; a.k.a. "OIL ENERGY"), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

OIL ENERDZHI OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI; a.k.a. OIL ENERDZHI LIMITED LIABILITY COMPANY; a.k.a. "OIL ENERGY"), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40,

41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

OIL GAS CONSULTING - VICTORIA HOLDING, LTD. (a.k.a. OGC-VICTORIA HOLDING LTD), Proteas House, Floor No: 5, Limassol, Cyprus; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Aug 2018; Registration Number HE 388062 (Cyprus) [SDGT] [IFSR] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

OIL INDUSTRY INVESTMENT COMPANY (a.k.a. "O.I.I.C."), No. 83, Sepahbod Gharani Street, Tehran, Iran; Website http://www.oiic-ir.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OIL OF DR CONGO SPRL (a.k.a. OIL OF DRCONGO), 14 Avenue Sergent Moke, Kinshasa, Gombe, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

OIL OF DRCONGO (a.k.a. OIL OF DR CONGO SPRL), 14 Avenue Sergent Moke, Kinshasa, Gombe, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

OIL TANKERS SCF MGMT FZCO, Unit 27610-001, Building A1, IFZA Business Park, DDP, Dubai Silicon Oasis, Dubai, United Arab Emirates; Identification Number IMO 6396404 [RUSSIA-EO14024].

OJE PARVAZ MADO NAFAR COMPANY (Arabic: شرکت اوج پرواز ما دو نفر) (a.k.a. OWJ PARVAZ MADO NAFAR COMPANY LLC), No. 1106, 11 Hemmat Corner, Hemmat Square, Hemmat Boulevard, Shokuhieh Industrial Town, Qom, Qom Province 3718116354, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10590042155 (Iran); Registration Number 12121 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OJEDA AVENDANO, Martin (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. AVENDANO, Mariano; a.k.a. NARANJO, Carlos), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California,

Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

OJI, Javad (Arabic: جواد اوجی), Iran; DOB 24 Jul 1966; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2296776973 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA ENERGY DEVELOPMENT COMPANY).

OJSC 140 REPAIR PLANT (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

OJSC 61 BTRZ (a.k.a. 61ST ARMORED VEHICLE REPAIR PLANT JOINT STOCK COMPANY; a.k.a. JSC 61ST ARMOR REPAIR PLANT), 11 Zavodskaya dor., Strelna, St. Petersburg 198515, Russia; Tax ID No. 7819310752 (Russia); Registration Number 1097847131678 (Russia) [RUSSIA-EO14024].

OJSC AF BANK (a.k.a. BANK VTB AZERBAIJAN OJSC; a.k.a. JSC VTB BANK AZERBAIJAN; a.k.a. VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ) (a.k.a. ASU-UKKH-GISU OAO; f.k.a. OJSC AGAT-CONTROL SYSTEMS; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ)), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

OJSC AGAT-CONTROL SYSTEMS (a.k.a. ASU-UKKH-GISU OAO; a.k.a. OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ)), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

OJSC ALEVKURP (a.k.a. JSC ALEVKURP; a.k.a. OPEN JOINT STOCK COMPANY ALEVKURP; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП)), Korolev Stan, st.

Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ) (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

OJSC BANK SAINT PETERSBURG (a.k.a. BANK SAINT PETERSBURG; a.k.a. BANK SAINT-PETERSBURG PJSC; a.k.a. BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [RUSSIA-EO14024].

OJSC BANK ZENIT (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [RUSSIA-EO14024].

OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ) (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. ОАО BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OJSC BELARUSIAN POTASH COMPANY (a.k.a. AAT BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALINAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО

БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

OJSC BELARUSKALI (a.k.a. AAT BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛІЙ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛІЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛИЙ; a.k.a. JSC BELARUSKALI; a.k.a. OAO BELARUSKALIY; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛИЙ)), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING (a.k.a. AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: АКА: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК) (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT

COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OJSC CB VERKHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OJSC CJSC BANK FOR FOREIGN TRADE (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a.

BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER (a.k.a.

AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД) (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

OJSC GRODNO TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OJSC HORIZONT HOLDING MANAGEMENT COMPANY (Cyrillic: ОАО УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГОРИЗОНТ) (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GORIZONT; a.k.a. "HORIZONT GROUP"), 35-1 Kuibysheva St., Minsk 220029, Belarus; Target Type State-Owned Enterprise; Tax ID No. 101050240 (Belarus) [BELARUS-EO14038].

OJSC ILYUSHIN AVIATION COMPLEX (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

OJSC ILYUSHIN FINANCE (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

OJSC INVESTCAPITALBANK (a.k.a. INVESTCAPITALBANK; a.k.a. INVESTKAPITALBANK; a.k.a. OPEN JOINT STOCK COMPANY INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

OJSC INVESTTRADEBANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

OJSC KALASHNIKOV CONCERN (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OJSC KARALVEEM MINE (a.k.a. JOINT STOCK COMPANY RUDNIK KARALVEEM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУДНИК КАРАЛЬВЕЕМ), Chukotski Autonomous Okrug 689450, Russia; Tax ID No. 8703009509 (Russia); Registration Number 1038700020974 (Russia) [RUSSIA-EO14024].

OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ) (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OPEN JOINT

STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64a, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

OJSC KHABAROVSK RADIO ENGINEERING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. KHRTZ PAO; a.k.a. OAO KHRTZ; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

OJSC KONTSERN IZHMASH (a.k.a. OPEN JOINT STOCK COMPANY "KONTSERN IZHMASH"), 3 Deryabin Proezd, Izhevsk, Udmurt Republic 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Public Registration Number 1021801434380 [UKRAINE-EO13661].

OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY (a.k.a. CONCERN KEMZ OJSC; a.k.a. KIZLYAR ELECTRO-MECHANICAL PLANT; a.k.a. KIZLYAR ELECTROMECHANICAL PLANT JSC), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

OJSC KRAYINVESTBANK (a.k.a. OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК); a.k.a. OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК)), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OJSC KRISTALL STATE RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC GOSNII KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OAO GOSNII KRISTALL), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

OJSC MACHINE ENGINEERING TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MACHINE ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OJSC MINSK AUTOMOBILE PLANT (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI

AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА) (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33,

OFFICE OF FOREIGN ASSETS CONTROL

Moscow 125130, Russia; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

OJSC NORTHERN SHIPPING COMPANY (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

OJSC NPV ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. JSC A.S. YAKOVLEV DB), 68 Leningradsky Ave, Moscow 125315, Russia; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

OJSC PLANT IM VA DEGTYAREVA (a.k.a. OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA; a.k.a. "OAO ZID"), 4 Truda St., Kovrov 601900, Russia; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

OJSC PROMSVYAZBANK (a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a.

PROMSVYAZBANK PJSC; a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [RUSSIA-EO14024].

OJSC RADIOAVIONIKA (a.k.a. OAO RADIOAVIONIKA (Cyrillic: OAO РАДИОАВИОНИКА); a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OJSC SBERBANK OF RUSSIA (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING (a.k.a. RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING; a.k.a. SCIENTIFIC AND RESEARCH

INSTITUTE OF PRECISION ENGINEERING; a.k.a. "NIITM"), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

OJSC SOVFRACHT (a.k.a. PJSC 'SOVFRACHT'; a.k.a. SOVFRACHT JSC; a.k.a. SOVFRAKHT), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OJSC SVETLOGORSK KHIMVOLOKNO (a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. SVETLOGORSKKHIMVOLKNO OAO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

OJSC TECHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND (a.k.a. AO VEB.DV; f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; a.k.a. JSC VEB.DV), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OJSC UAC (Cyrillic: OAO OAK) (a.k.a. MIG; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО OAK); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

OJSC 'URANIS RADIO SYSTEMS' (a.k.a. OAO 'URANIS-RADIOSISTEMY'; a.k.a. OJSC URANIS-RADIOSISTEMY; a.k.a. URANIS-RADIOSISTEMY OAO), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

OJSC URANIS-RADIOSISTEMY (a.k.a. OAO 'URANIS-RADIOSISTEMY'; a.k.a. OJSC 'URANIS RADIO SYSTEMS'; a.k.a. URANIS-RADIOSISTEMY OAO), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

OJSC VEB LEASING (a.k.a. OAO VEB LIZING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OJSC YAROSLAVSKY SHIPBUILDING PLANT (a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

OJSC YAROSLAVSKY SHIPYARD (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ

СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

OJSC ZALIV SHIPYARD (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OK, Sabri; DOB 1958; POB Adiyaman, Turkey; citizen Turkey; Turkish Identification Number 15673320164 (Turkey) (individual) [SDNTK].

OKAF TRADING SOCIETATEA CU RASPUNDERE LIMITATA (f.k.a. SOCIETATEA CU RASPUNDERE LIMITATA PROGLOBAL WORK; a.k.a. SRL OKAF TRADING), str. Mihai Eminescu, 35, Chisinau MD2012, Moldova; Organization Established Date 17 Dec 2015; Registration Number 1015600042010 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

OKB SIMONOV (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

OKB SOKOL (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

OKB SPECTR LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR; a.k.a. OKB SPEKTR OOO; a.k.a. ZAO OKB SPEKTR), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

OKB SPEKTR OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR; a.k.a. OKB SPECTR LLC; a.k.a. ZAO OKB SPEKTR), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП) (a.k.a. NAUCHNO-PROIZVODSTVENNOYE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SPLLC), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

OKB TSP SPLLC (a.k.a. NAUCHNO-PROIZVODSTVENNOE OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU OKB TSP; a.k.a. NAVUKOVA-VYTVORCHAYE TAVARYSTVA S ABMEZHAVANAY ADKAZNASTSYU AKB TSP (Cyrillic: НАВУКОВА-ВЫТВОРЧАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АКБ ТСП); a.k.a. NPOOO OKB TSP (Cyrillic: НПОOO ОКБ ТСП); a.k.a. NVTAA AKB TSP (Cyrillic: НВТАА АКБ ТСП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TEKHNOSOYUZPROEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОЮЗПРОЕКТ); a.k.a. OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКБ ТСП)), Frantsiska Skoriny St., building 1, unit 21, Minsk 220076, Belarus; Organization Established Date 08 Jul 2002; Registration Number 190369982 (Belarus) [BELARUS-EO14038].

OKEAN ELEKTRONIKI OOO (a.k.a. OCEAN CHIPS LLC; a.k.a. OCEAN ELECTRONICS LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКЕАН ЭЛЕКТРОНИКИ)), Ulitsa Kalinina, Dom 2, Korpus 4, Lit. A, Pomeshtenie 1N, Komn. 10, Saint Petersburg 198099, Russia; Organization Established Date 03 Feb 2012; Tax ID No. 7813525631 (Russia); Registration Number 1127847065334 (Russia) [RUSSIA-EO14024].

OKEANOS, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS; a.k.a. NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС); a.k.a. OCEANOS JSC), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

OKO DESIGN BUREAU (Cyrillic: ОКО КОНСТРУКТОРСКОЕ БЮРО), Saint Petersburg, Russia; Website https://www.oko-kb.ru; Digital Currency Address - XBT 13fhnkmpBBWXUQucJd6efWvXdEj78DKavk; Digital Currency Address - ETH 0x19F8f2B0915Daa12a3f5C9CF01dF9E24D53 794F7; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Digital Currency Address - TRX TFdTr9C3BqQrzKBXqSxJfAZFTh8UwBAfSg [RUSSIA-EO14024].

OKOROKOV, Ivan (a.k.a. OKOROKOV, Ivan B.; a.k.a. OKOROKOV, Ivan Borisovich); DOB 19 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of Marine Transport Department at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OKOROKOV, Ivan B. (a.k.a. OKOROKOV, Ivan; a.k.a. OKOROKOV, Ivan Borisovich); DOB 19 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of Marine Transport Department at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OKOROKOV, Ivan Borisovich (a.k.a. OKOROKOV, Ivan; a.k.a. OKOROKOV, Ivan B.); DOB 19 Sep 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of Marine Transport Department at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OKPRON, Felix Osilama, Nigeria; DOB 09 Mar 1989; nationality Nigeria; Gender Male;

Passport A06415967 (Nigeria) (individual) [CYBER2].

OKRESTINA (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKONA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

OKRESTINA STREET DETENTION FACILITY (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF

DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKONA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

OKROYAN, Andranik Mkrtich (a.k.a. OKROYAN, Andranik Mkrtichovich), United Kingdom; Moscow, Russia; DOB 09 Mar 1990; POB Arioneshty, Moldova; nationality Russia; Gender Male; Tax ID No. 772985834179 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

OKROYAN, Andranik Mkrtichovich (a.k.a. OKROYAN, Andranik Mkrtich), United Kingdom; Moscow, Russia; DOB 09 Mar 1990; POB Arioneshty, Moldova; nationality Russia; Gender Male; Tax ID No. 772985834179 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

OKROYAN, Anna Mkrtichevna, United Kingdom; Moscow, Russia; DOB 14 Feb 1994; POB Moscow, Russia; nationality Russia; Gender

Female; Tax ID No. 772985982762 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

OKROYAN, Arutyun Okroevich, Poland; Moscow, Russia; DOB 07 May 1974; POB Turtskh, Georgia; nationality Russia; Gender Male; Tax ID No. 773607384710 (Russia) (individual) [RUSSIA-EO14024].

OKROYAN, Mkrtich Okroevich, Russia; United Kingdom; DOB 21 Apr 1965; POB Georgia; nationality Russia; Gender Male; Tax ID No. 772900610951 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ; Linked To: OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD).

OKSEA BALT LTD (a.k.a. OKSI BALT), Proezd Garazhnyi D.1 Liter I, Saint Petersburg 192289, Russia; Ul. Tashkentskaya D. 4, K. 2, Lit. U, Pomeshch. 16-N, Pomeshch. 1, Saint Petersburg 196006, Russia; Tax ID No. 7804079571 (Russia); Registration Number 1037808019908 (Russia) [RUSSIA-EO14024].

OKSENCHUK, Aleksandra Igorevna (Cyrillic: ОКСЕНЧУК, АЛЕКСАНДРА ИГОРЕВНА) (a.k.a. AKSIANCHUK, Aliaksandra; a.k.a. AKSIANCHUK, Aliaksandra Iharauna (Cyrillic: АКСЯНЧУК, АЛЯКСАНДРА ІГАРАЎНА)), Odintsova L.E. Street, 113 Apartments 3, 4, Minsk, Belarus; DOB 16 Oct 1992; nationality Belarus; Gender Female; Passport MP4034627 (Belarus); National ID No. 4161092C013PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

OKSI BALT (a.k.a. OKSEA BALT LTD), Proezd Garazhnyi D.1 Liter I, Saint Petersburg 192289, Russia; Ul. Tashkentskaya D. 4, K. 2, Lit. U, Pomeshch. 16-N, Pomeshch. 1, Saint Petersburg 196006, Russia; Tax ID No. 7804079571 (Russia); Registration Number 1037808019908 (Russia) [RUSSIA-EO14024].

OKTANTA NDT (a.k.a. LIMITED LIABILITY COMPANY OKTANTA), Ul. Mayakovskogo D. 22, Kv. 34, Saint Petersburg 191014, Russia; Organization Established Date 05 May 2010; Tax ID No. 7841425639 (Russia); Registration Number 1107847143557 (Russia) [RUSSIA-EO14024].

OKUKA, Branislav, Bosnia and Herzegovina; DOB 07 Jan 1967; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Passport B2721680 (Bosnia and

Herzegovina) expires 21 Oct 2030 (individual) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

OKULOV, Aleksandr (a.k.a. OKULOV, Alexander Fiodorovich), Russia; Romania; Dubai, United Arab Emirates; DOB 06 Dec 1981; nationality Russia; alt. nationality Moldova; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

OKULOV, Alexander Fiodorovich (a.k.a. OKULOV, Aleksandr), Russia; Romania; Dubai, United Arab Emirates; DOB 06 Dec 1981; nationality Russia; alt. nationality Moldova; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

OKUNJI, Francois (Latin: OKUNJI, François) (a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OLENGA, Francois (Latin: OLENGA, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLADI, Ramezan (Arabic: رمضان اولادى), Iran; DOB 29 May 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 2162049082 (Iran); Managing Director of Kavian Petrochemical Company; CEO of Kavian Petrochemical Company; Vice Chairman of the

Board of Kavian Petrochemical Company (individual) [IRAN-EO13846] (Linked To: KAVIAN PETROCHEMICAL COMPANY).

OLAH, Ubac William (a.k.a. OLAU, Obaj William; a.k.a. OLAWO, Obac William), South Sudan; DOB 01 Jan 1962; POB Malakal, South Sudan; Gender Male; Passport M6200000021304 (South Sudan) (individual) [SOUTH SUDAN].

OLARRA GURIDI, Juan Antonio; DOB 11 Sep 1967; POB San Sebastian, Guipuzcoa Province, Spain; D.N.I. 30.084.504 (Spain); Member ETA (individual) [SDGT].

OLAU, Obaj William (a.k.a. OLAH, Ubac William; a.k.a. OLAWO, Obac William), South Sudan; DOB 01 Jan 1962; POB Malakal, South Sudan; Gender Male; Passport M6200000021304 (South Sudan) (individual) [SOUTH SUDAN].

OLAWO, Obac William (a.k.a. OLAH, Ubac William; a.k.a. OLAU, Obaj William), South Sudan; DOB 01 Jan 1962; POB Malakal, South Sudan; Gender Male; Passport M6200000021304 (South Sudan) (individual) [SOUTH SUDAN].

OLD GAMES EOOD, 14 Iskar Str., Oborishte Distr., Sofia, Bulgaria; Organization Established Date 2010; Government Gazette Number 201084124 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

OLDERFREY HOLDINGS LIMITED (a.k.a. INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ); f.k.a. INTERROS LIMITED; a.k.a. MK INTERROS INVEST), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

OLEINIK, Vladimir Nikolayevich (Cyrillic: ОЛЕЙНИК, Владимир Николаевич) (a.k.a. OLIINYK, Volodymyr; a.k.a. OLIYNYK, Volodymyr Mykolayovych (Cyrillic: ОЛІЙНИК, Володимир Миколаєвич)), Moscow, Russia; Yalta, Crimea, Ukraine; DOB 16 Apr 1957; POB Ukraine; nationality Ukraine; Website www.oleinik.win; Gender Male (individual) [RUSSIA-EO14024].

OLEKSIN, Aleksey (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a.

OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Alexei a.k.a ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanovich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович) (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Alexey (a.k.a ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович), Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

OLEKSIN, Dmitry Alexeevich (Cyrillic: ОЛЕКСИН, Дмитрий Алексеевич) (a.k.a. ALEKSIN, Dzmitry Aliakseevich (Cyrillic: АЛЕКСІН, Дзмітрый Аляксеевіч)), Belarus; DOB 25 Apr 1987; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

OLEKSIN, Vitaliy Alexeevich (Cyrillic: ОЛЕКСИН, Виталий Алексеевич) (a.k.a. ALEKSIN, Vital Aliakseevich (Cyrillic: АЛЯКСІН, Віталь Аляксеевіч)), Belarus; DOB 29 Aug 1997; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

OLEKSINA, Inna (a.k.a. ALEKSINA, Ina Vladimirovna; a.k.a. OLEKSINA, Inna Vladimirovna; a.k.a. OLEXINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

OLEKSINA, Inna Vladimirovna (a.k.a. ALEKSINA, Ina Vladimirovna; a.k.a. OLEKSINA, Inna; a.k.a. OLEXINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

OLENGA TATE, Francois (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OLENGA, Francois (Latin: OLENGA, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLENGA TETE, Francois (Latin: OLENGA TETE, François) (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA, Francois (Latin: OLENGA, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLENGA, Francois (Latin: OLENGA, François) (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OTSHUNDI, Francois (Latin: OTSHUNDI, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OLEOKAM, PR-D Ogneborya D. 5, Naberezhnyye Chelny 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650071346 (Russia); Registration Number 1021602021715 (Russia) [RUSSIA-EO14024].

OLEXINA, Inna Vladimirovna (a.k.a. ALEKSINA, Ina Vladimirovna; a.k.a. OLEKSINA, Inna; a.k.a. OLEKSINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

OLIGEI INTERNATIONAL TRADING CO., LIMITED, Flat H29, 1/F Phase 2 Kwai Shing Ind Bldg, No. 42-46, Tai Lin Pai Rd., Kwai Chung NT, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2953973 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

OLIINYK, Volodymyr (a.k.a. OLEINIK, Vladimir Nikolayevich (Cyrillic: ОЛЕЙНИК, Владимир Николаевич); a.k.a. OLIYNYK, Volodymyr Mykolayovych (Cyrillic: ОЛІЙНИК, Володимир Миколайович)), Moscow, Russia; Yalta, Crimea, Ukraine; DOB 16 Apr 1957; POB Ukraine; nationality Ukraine; Website www.oleinik.win; Gender Male (individual) [RUSSIA-EO14024].

OLIMPIK GAMA IC VE DIS TICARET SANAYI LIMITED SIRKETI (a.k.a. OLIMPIK GAMA LOGISTICS), B Blok No: 5/2AC ve 5/2AB, Beylikduzu Cad. Brand Istanbul Park, Buyuksehir Mah., Beylikduzu, Istanbul, Turkey; Moscow, Russia; Registration Number 693447-0 (Turkey) [RUSSIA-EO14024].

OLIMPIK GAMA LOGISTICS (a.k.a. OLIMPIK GAMA IC VE DIS TICARET SANAYI LIMITED SIRKETI), B Blok No: 5/2AC ve 5/2AB, Beylikduzu Cad. Brand Istanbul Park, Buyuksehir Mah., Beylikduzu, Istanbul, Turkey; Moscow, Russia; Registration Number 693447-0 (Turkey) [RUSSIA-EO14024].

OLIVAS CHAIDEZ, Jose (a.k.a. "EL BLANCO"; a.k.a. "INGENIERO"), CRT Club Campestre Campestre 788 Teran, Tuxtla Gutierrez, Chiapas 29050, Mexico; DOB 29 Jul 1982; POB Tamazula, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. OICJ820729HDGLHS08 (Mexico) (individual) [SDNTK].

OLIVAS OJEDA, Jesus Joaquin, Av. Sexecnal No. 3043, Col. Republica Mexicana, Culiacan,

Sinaloa, Mexico; c/o COMERCIALIZADORA TOQUIN, S.A. DE. C.V., Guadalajara, Jalisco, Mexico; DOB 25 Oct 1955; nationality Mexico; citizen Mexico; R.F.C. OIOJ551025S49 (Mexico) (individual) [SDNTK].

OLIVAS OJEDA, Juan Carlos, Calle Sierra Madre del Sur No. 1525-A, Infonavit Canadas, Culiacan, Sinaloa, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE. C.V., Culiacan, Sinaloa, Mexico; DOB 14 Mar 1965; POB Navolato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

OLIVAS OJEDA, Marco Antonio, Calle Jesus Almada No. 214, Colonia Pueblo Nuevo 1, Navolato, Sinaloa, Mexico; Ave. Naciones Unidas No. 5677-4, Condominio Essex, Jard. de la Parque Regenci., Zapopan, Jalisco, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; c/o COMERCIAL JOANA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE. C.V., Culiacan, Sinaloa, Mexico; c/o COMERCIAL DOMELY, S.A. DE C.V., Toluca, Mexico, Mexico; DOB 14 Jun 1960; POB Navolato, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. OIOM600614YA5 (Mexico); C.U.R.P. OIOM600614HSLLJR08 (Mexico); Electoral Registry No. OIOJMR60061425H900 (Mexico) (individual) [SDNTK].

OLIVERA JIMENEZ, Juana, Calle Velazquez #167, Colonia Real Vallarta, Zapopan, Jalisco, Mexico; DOB 05 Apr 1941; POB Pihuamo, Jalisco; C.U.R.P. OIJJ410405MJCLMN04 (Mexico) (individual) [SDNTK] (Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.).

OLIYNYK, Volodymyr Mykolayovych (Cyrillic: ОЛІЙНИК, Володимир Миколайович) (a.k.a. OLEINIK, Vladimir Nikolayevich (Cyrillic: ОЛЕЙНИК, Владимир Николаевич); a.k.a. OLIINYK, Volodymyr), Moscow, Russia; Yalta, Crimea, Ukraine; DOB 16 Apr 1957; POB Ukraine; nationality Ukraine; Website www.oleinik.win; Gender Male (individual) [RUSSIA-EO14024].

OLORUNYOMI, Micheal, Nigeria; DOB 12 May 1983; nationality Nigeria; Gender Male; Passport A50143448 (Nigeria) (individual) [CYBER2].

OLSSON, Sven Anders, Karl X Gustafs Gata 51, Helsingborg 252 40, Sweden; DOB 1943; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

OLVERA ESTRADA, Arturo, c/o GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V., Ensenada, Baja California, Mexico; c/o GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V., Ensenada, Baja California, Mexico; c/o CLUB DEPORTIVO OJOS NEGROS A.C., Conocido Poblado de Ojos Negros, Baja California, Mexico; Calle Cuarta, Poblado Ojos Negros, Ensenada, Baja California, Mexico; DOB 03 Sep 1951; POB San Antonio Ameca, Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. OEEA510903HJCLSR03 (Mexico) (individual) [SDNTK].

OLVERA ESTRADA, Rodolfo, c/o GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V., Ensenada, Baja California, Mexico; c/o GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V., Ensenada, Baja California, Mexico; c/o CLUB DEPORTIVO OJOS NEGROS A.C., Conocido Poblado de Ojos Negros, Baja California, Mexico; Avenida Juan Castro y Calle Cuarta, Poblado Ojos Negros, Ensenada, Baja California, Mexico; DOB 17 Feb 1962; POB Real del Castillo, Ensenada, Baja California Norte; nationality Mexico; citizen Mexico; C.U.R.P. OEER620217HBCLSD08 (Mexico) (individual) [SDNTK].

OMAIRI, Farouk (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

OMAIRI, Farouk Abdul Haj (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

OMAN FUEL TRADING LTD, 22 Long Acre, Long Acre, London WC2E 9LY, United Kingdom; 51 Creighton Road, London W5 4SH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions;

Registration Number 11751545 (United Kingdom) [SDGT] [IFSR] (Linked To: MADANIPOUR, Mahmoud).

OMAN, Mullah Mohammed (a.k.a. AKHUND, Mohammad Aman; a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. "SANAULLAH") DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan (individual) [SDGT].

OMAR ACHMED, Kaua (a.k.a. AHMAD, Farhad Kanabi; a.k.a. HAMAWANDI, Kawa), Lochhamer Str. 115, Munich 81477, Germany; Iraq; DOB 01 Jul 1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT].

OMAR, Abdirahman Mohamed (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

OMAR, Abdullahi Abdul Kadir (a.k.a. ABDILAHI, Abdi Xamiid Omar; a.k.a. ABDULLAHI, Abdulkadir Omar), Uganda; DOB 01 Jan 1962; POB Mandera, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BK042853 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

OMAR, Ahmed Haji Ali Haji (a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

OMAR, Asem (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

OMAR, Bonomade Machude (a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Surakha"; a.k.a. "Abu Suraqa Suraqa Filho"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun

1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

OMAR, Farhad (a.k.a. HOOMER, Farhad; a.k.a. UMAR, Farhaad; a.k.a. 'UMAR, Farhad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

OMAR, Hassan Mahad (a.k.a. ADAM, Sheikh Hassaan Hussein; a.k.a. HUSSEIN, Sheikh Hassaan; a.k.a. OMAR, Hassan Mahat); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

OMAR, Hassan Mahat (a.k.a. ADAM, Sheikh Hassaan Hussein; a.k.a. HUSSEIN, Sheikh Hassaan; a.k.a. OMAR, Hassan Mahad); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

OMAR, Mohammed, Afghanistan; DOB 1950; POB Hotak, Kandahar Province, Afghanistan; Commander of the Faithful ("Amir al-Munineen") (individual) [SDGT].

OMAR, Omar Awadh (a.k.a. AWADH, Omar; a.k.a. SAHAL, Omar); DOB 20 Sep 1973; POB Mombasa, Kenya; Passport A764712 (Kenya) expires 27 Mar 2013; alt. Passport B002271 (Kenya); alt. Passport KE007776 expires Aug 2009; Possibly Located in Kenya (individual) [SOMALIA].

OMAR, Ramzi Mohammed Abdellah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

OMELCHENKO, Aleksander (a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexander Anatolyevich; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Aleksandr Anatolyevich (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexander Anatolyevich; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Alexander A. (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander Anatolyevich; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Alexander Anatolyevich (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexandr Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMELCHENKO, Alexandr Anatolyevich (a.k.a. OMELCHENKO, Aleksander; a.k.a. OMELCHENKO, Aleksandr Anatolyevich; a.k.a. OMELCHENKO, Alexander A.; a.k.a. OMELCHENKO, Alexander Anatolyevich); DOB 08 Sep 1983; POB Moscow, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 721937258 (Russia); National ID No. 4598338396 (Russia); alt. National ID No. 4506978162 (Russia); Chief Export Officer for Kalashnikov Concern (individual) [UKRAINE-EO13661].

OMER, Muhammad (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

OMID BONYAN DAY INSURANCE SERVICES, Vozara Street, Tehran, Iran; Website http://omiddayins.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

OMID DEVELOPMENT AND CONSTRUCTION (a.k.a. OMID REY CIVIL & CONSTRUCTION COMPANY; a.k.a. OMID REY CIVIL AND CONSTRUCTION COMPANY; a.k.a. OMID REY RENOVATION AND DEVELOPMENT CO.); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID REY CIVIL & CONSTRUCTION COMPANY (a.k.a. OMID DEVELOPMENT AND CONSTRUCTION; a.k.a. OMID REY CIVIL AND CONSTRUCTION COMPANY; a.k.a. OMID REY RENOVATION AND DEVELOPMENT CO.); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID REY CIVIL AND CONSTRUCTION COMPANY (a.k.a. OMID DEVELOPMENT AND CONSTRUCTION; a.k.a. OMID REY CIVIL & CONSTRUCTION COMPANY; a.k.a. OMID REY RENOVATION AND DEVELOPMENT CO.); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMID REY RENOVATION AND DEVELOPMENT CO. (a.k.a. OMID DEVELOPMENT AND CONSTRUCTION; a.k.a. OMID REY CIVIL & CONSTRUCTION COMPANY; a.k.a. OMID REY CIVIL AND CONSTRUCTION COMPANY); Website http://www.omidrey.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

OMNIA ANTIBES, Centre d Affaires Le Forum, 33 Boulevard du General Leclerc, Beausoleil 06240, France; Organization Established Date 25 Jun 2018; Tax ID No. 840939516 (France); Identification Number 840939516-00034 (France) [RUSSIA-EO14024] (Linked To: SERGHIDES, Demetrios).

OMNIA SERVICES CYPRUS LTD, Louloupis Court, Floor No: 6, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Organization Established Date 16 Jul 2018; Registration Number C386392 (Cyprus) [RUSSIA-EO14024] (Linked To: SERGHIDES, Demetrios).

OMQI COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS COMPANY FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR MONEY EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUS DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE

COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

OMRAN SAHEL, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

OMRAN VA MASKAN ABAD DAY COMPANY, No. 52, Shariati Street, Shahid Mousavi Street, Tehran, Iran; Website www.omaday.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران) (a.k.a. BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: بنیاد عمران و مسکن مستضعفان); a.k.a. SHERAKATE OMRAN VA MASKAN IRAN (Arabic: هلدینگ عمران و مسکن ایران); a.k.a. SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

OMRAN, Karim Dhaidas, Iraq (individual) [IRAQ2].

OMSEN, Omar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal (individual) [SDGT].

ONDEN GENERAL TRADING FZE (Arabic: اوندین جنرال تریدینغ م م ح), P2-ELOB Office No. E-21F-10, Hamriyah Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Jul 2023; Registration Number 29197 (United Arab Emirates); Economic Register Number (CBLS) 12130484 (United Arab Emirates) [SDGT]

[IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ONE CLASS INCORPORATED (a.k.a. ONE CLASS PROPERTIES (PTY) LTD.), Cape Town, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ONE CLASS PROPERTIES (PTY) LTD. (a.k.a. ONE CLASS INCORPORATED), Cape Town, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ONE VISION 5 (a.k.a. ONE VISION INVESTMENTS 5 (PTY) LTD.), 3rd Floor, Tygervalley Chambers, Bellville, Cape Town 7530, South Africa; Canal Walk, P.O. Box 17, Century City, Milnerton 7446, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2002/022757/07 (South Africa) [IRAN].

ONE VISION INVESTMENTS 5 (PTY) LTD. (a.k.a. ONE VISION 5), 3rd Floor, Tygervalley Chambers, Bellville, Cape Town 7530, South Africa; Canal Walk, P.O. Box 17, Century City, Milnerton 7446, South Africa; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2002/022757/07 (South Africa) [IRAN].

ONEFACTOR LIMITED LIABILITY COMPANY (Cyrillic: ЕДИНЫЙФАКТОР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. EDINYFAKTOR OOO; a.k.a. YEDINYIFAKTOR OOO), d. 41 pom. 5.62, per. Oruzheiny, Moscow 127006, Russia; Organization Established Date 29 Jul 2010; Tax ID No. 7729660992 (Russia); Government Gazette Number 66999175 (Russia); Registration Number 1107746601731 (Russia) [RUSSIA-EO14024] (Linked To: MEGAFON PAO).

ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. JSC NIPTB ONEGA), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU;

Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

O'NEILL ASSETS CORP (a.k.a. O'NEILL ASSETS CORPORATION), Cayman Islands; C, SCF Unicom Tower, Maximos Plaza, 18, Maximou Michailidi Street, Neapolis, Limassol 3106, Cyprus; Organization Type: Activities of holding companies; Target Type Private Company [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

O'NEILL ASSETS CORPORATION (a.k.a. O'NEILL ASSETS CORP), Cayman Islands; C, SCF Unicom Tower, Maximos Plaza, 18, Maximou Michailidi Street, Neapolis, Limassol 3106, Cyprus; Organization Type: Activities of holding companies; Target Type Private Company [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

ONER BANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONERBANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONER-BANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONERBANK ZAO (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

ONISHCHENKO, Aleksandr Romanovych (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНІЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONISHCHENKO, Aleksandr Vladimirovich (Cyrillic: ОНИЩЕНКО, Александр Владимирович), Moscow, Russia; DOB 15 Dec 1978; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ONISHCHENKO, Oleksandr (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНІЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНІЩЕНКО, Олександр Романович) (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male;

Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONSHOR VIND, B-r Zagrebskii D. 19, K. 1, Lit. A, Kv. 77, Saint Petersburg 192284, Russia; Tax ID No. 7816690721 (Russia); Registration Number 1197847032503 (Russia) [RUSSIA-EO14024].

ONTIVEROS RIOS, Gabino (a.k.a. ALVAREZ ZEPEDA, Alfredo; a.k.a. RODRIGO ALVAREZ, Sacarias), C. Paloma 903, Col. Fatima, Durango, Durango C.P. 34080, Mexico; Colonia San Jose del Barranco, Badiraguato, Sinaloa, Mexico; Boulevard Jesus Kumate Rodriguez, Kilometro 2 Edificio 2, Colonia Rincon del Valle, Culiacan, Sinaloa C.P. 80155, Mexico; Calle Loc Cospita S/N, Colonia Loc Cospita, Culiacan, Sinaloa C.P. 80000, Mexico; DOB 12 Sep 1977; alt. DOB 19 Feb 1981; POB Culiacan, Sinaloa, Mexico; alt. POB Vicente Guerrero, Durango, Mexico; R.F.C. OIRG810219GGA (Mexico); Credencial electoral RDALSC77091210H700 (Mexico); C.U.R.P. OIRG810219HSLNSB09 (Mexico); alt. C.U.R.P. ROAS770912HDGDLC02 (Mexico) (individual) [SDNTK].

ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр) (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНІЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONYSHCHENKO, Oleksandr Romanovych (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНІЩЕНКО, Олександр

Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр)), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

ONZE BLACK (a.k.a. TEQUILA ONZE BLACK), Antioquia # 2123-B, Col. Los Colomos, Guadalajara, Jalisco 44660, Mexico; Website www.tequilaonze.com [SDNTK].

OO, Aung Hlaing, Burma; DOB 11 Jun 1977; nationality Burma; Gender Male (individual) [BURMA-EO14014].

OO, Aung Naing (a.k.a. OO, U Aung Naing; a.k.a. "KYAW, Kyaw"), L 103 Kanyeikthar Lane 6 FMI City, Rangoon, Burma; DOB 13 Oct 1962; alt. DOB 09 Jun 1969; POB Kyaukse, Burma; alt. POB Hkamti, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM002656 (Burma) issued 25 Aug 2014 expires 24 Aug 2024; National ID No. 7PAKHANAN013345 (Burma); alt. National ID No. 5SAKANAN017289 (Burma); Minister for Investment and Foreign Economic Relations (individual) [BURMA-EO14014].

OO, Daw Thida (a.k.a. OO, Thi Da; a.k.a. OO, Thida), Burma; DOB 27 Nov 1964; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Female; Passport DM003921 (Burma) issued 02 Aug 2017 expires 01 Aug 2027; Union Attorney General (individual) [BURMA-EO14014].

OO, Htun Htun (a.k.a. OO, Tun Tun; a.k.a. OO, U Htun Htun; a.k.a. OO, U Tun Tun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, Ko Ko, Zayyarthiri, Nay Pyi Taw, Burma; DOB 02 Dec 1972; POB Bhamaw, Burma; nationality Burma; Gender Male; Passport OM039639 (Burma) issued 13 Nov 2015 expires 12 Nov 2020 (individual) [BURMA-EO14014].

OO, Kyaw Min, Yangon, Burma; DOB 18 Jan 1982; nationality Burma; Gender Male; National ID No. 14/MAMAKA N 140703 (Burma) (individual) [BURMA-EO14014].

OO, Mya Tun, Burma; DOB 04 May 1961; alt. DOB 05 May 1961; Gender Male (individual) [BURMA-EO14014].

OO, Myo Myint, Burma; DOB 23 Jun 1960; POB Yangon, Burma; nationality Burma; Gender Male; Passport DM002422 (Burma) issued 19 Mar 2014 expires 18 Mar 2024; National ID No. 12DAGATA024453 (Burma); Union Minister of Energy (individual) [BURMA-EO14014].

OO, Saw Myint (a.k.a. KYAING, Pauk; a.k.a. OO, U Saw Myint), Burma; DOB 02 Feb 1965; POB Hpapun, Burma; nationality Burma; Gender Male; National ID No. 3KAKAYAN164612 (Burma); Chief Minister of Kayin State (individual) [BURMA-EO14014].

OO, Than, Burma; DOB 12 Oct 1973; Gender Male (individual) [GLOMAG].

OO, Thi Da (a.k.a. OO, Daw Thida; a.k.a. OO, Thida), Burma; DOB 27 Nov 1964; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Female; Passport DM003921 (Burma) issued 02 Aug 2017 expires 01 Aug 2027; Union Attorney General (individual) [BURMA-EO14014].

OO, Thida (a.k.a. OO, Daw Thida; a.k.a. OO, Thi Da), Burma; DOB 27 Nov 1964; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Female; Passport DM003921 (Burma) issued 02 Aug 2017 expires 01 Aug 2027; Union Attorney General (individual) [BURMA-EO14014].

OO, Tin (a.k.a. OO, U Tin), No. 22, Thanlwin Street, Pyinyawady Condominium, No. 5 Quarter, Yankin Township, Rangoon, Burma; DOB 24 Nov 1952; nationality Burma; citizen Burma; Gender Male; National ID No. 5KALATANAING127084 (Burma); Chairman of Anti-Corruption Commission (individual) [BURMA-EO14014].

OO, Tun Tun (a.k.a. OO, Htun Htun; a.k.a. OO, U Htun Htun; a.k.a. OO, U Tun Tun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, U Aung Naing (a.k.a. OO, Aung Naing; a.k.a. "KYAW, Kyaw"), L 103 Kanyeikthar Lane 6 FMI City, Rangoon, Burma; DOB 13 Oct 1962; alt. DOB 09 Jun 1969; POB Kyaukse, Burma; alt. POB Hkamti, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM002656 (Burma) issued 25 Aug 2014 expires 24 Aug 2024; National ID No. 7PAKHANAN013345 (Burma); alt. National ID No. 5SAKANAN017289 (Burma); Minister for

Investment and Foreign Economic Relations (individual) [BURMA-EO14014].

OO, U Htun Htun (a.k.a. OO, Htun Htun; a.k.a. OO, Tun Tun; a.k.a. OO, U Tun Tun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, U Saw Myint (a.k.a. KYAING, Pauk; a.k.a. OO, Saw Myint), Burma; DOB 02 Feb 1965; POB Hpapun, Burma; nationality Burma; Gender Male; National ID No. 3KAKAYAN164612 (Burma); Chief Minister of Kayin State (individual) [BURMA-EO14014].

OO, U Tin (a.k.a. OO, Tin), No. 22, Thanlwin Street, Pyinyawady Condominium, No. 5 Quarter, Yankin Township, Rangoon, Burma; DOB 24 Nov 1952; nationality Burma; citizen Burma; Gender Male; National ID No. 5KALATANAING127084 (Burma); Chairman of Anti-Corruption Commission (individual) [BURMA-EO14014].

OO, U Tun Tun (a.k.a. OO, Htun Htun; a.k.a. OO, Tun Tun; a.k.a. OO, U Htun Htun), Naypyitaw, Burma; DOB 28 Jul 1956; nationality Burma; citizen Burma; Gender Male; Chief Justice of Union Supreme Court (individual) [BURMA-EO14014].

OO, Ye Win, Burma; DOB 21 Feb 1966; Gender Male (individual) [BURMA-EO14014].

OOO 148ESEYCH (a.k.a. 148SH LIMITED TRADE DEVELOPMENT; a.k.a. "148SH LTD"), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/40, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014171 (Russia); Registration Number 1214800009291 (Russia) [RUSSIA-EO14024].

OOO 24X7 PANOPTES (a.k.a. 24X7 PANOPTES; a.k.a. LLC 24X7 PANOPTES (Cyrillic: ООО 24Х7 ПАНОПТЕС); a.k.a. "148SH LTD"), Platonova st. 20B-2, Minsk 220005, Belarus (Cyrillic: ул. Платонова, 20Б-2, Минск 220005, Belarus); Registration Number 192603494 (Belarus) [BELARUS-EO14038].

OOO 7TV MEDIA GRUPPA (a.k.a. LIMITED LIABILITY COMPANY 7TV MEDIA GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 7ТВ МЕДИА ГРУППА)), korp. 2, et. 4, pom. 464/14, Moscow 105066, Russia; Tax ID No. 9701009470

(Russia); Registration Number 1157746835894 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

OOO ABS ELEKTRO (a.k.a. ASSET ELECTRO LLC (Cyrillic: ООО ЭССЕТ ЭЛЕКТРО); f.k.a. OOO ESSET ENERGO), 29 Naberezhnaya Serebryanicheskaya, Moscow 109028, Russia; Organization Established Date 2012; Tax ID No. 7710911530 (Russia); Government Gazette Number 09272556 (Russia); Registration Number 1127746315762 (Russia) [RUSSIA-EO14024].

OOO ABSOLYUT SHAR, ul. Priozernaya, d. 4, floor 2, office 1, Chelyabinsk 454046, Russia; Tax ID No. 7449138543 (Russia); Registration Number 1197456012258 (Russia) [RUSSIA-EO14024].

OOO AEROSKAN (a.k.a. LIMITED LIABILITY COMPANY AEROSCAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЭРОСКАН)), 3 Perunovskiy Lane, Building 2, Floor 2, Room 11, Moscow 127055, Russia; Tax ID No. 5603045794 (Russia); Registration Number 1175658025179 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

OOO AGRO-REGION (Cyrillic: ООО АГРО-РЕГИОН) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AGRO-REGION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АГРО-РЕГИОН)), Ul. Babkina D. 5-A, Pom. 405, Khimki 141407, Russia; Organization Established Date 11 Mar 2016; Tax ID No. 5047181827 (Russia); Government Gazette Number 00568203 (Russia); Registration Number 1165047052752 (Russia) [RUSSIA-EO14024].

OOO AITI TSENTR, Per. Perevedenovskii D. 16, Pomeshch. 1P, Moscow 105082, Russia; Tax ID No. 7743266807 (Russia); Registration Number 1187746700767 (Russia) [RUSSIA-EO14024].

OOO ALKON (a.k.a. "LIMITED LIABILITY COMPANY ALKON"), Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 07 Jul 2006; Tax ID No. 7703599373 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: SHCHERBAKOV, Kirill Konstantinovich).

OOO AMURSKAYA GRK (a.k.a. LIMITED LIABILITY COMPANY AMURSKAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМУРСКАЯ ГОРНО РУДНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 4, Ofis 4-2, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032208321 (Russia); Registration Number 1155032006821 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO API FAKTORI (a.k.a. LIMITED LIABILITY COMPANY API FAKTORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АПИ ФАКТОРИ)), 42 Bolshoy Boulevard, Building 1, Moscow 121205, Russia; Tax ID No. 9731065480 (Russia); Registration Number 1207700201114 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

OOO AQUA SOLID (Cyrillic: ООО АКВА СОЛИД) (a.k.a. OBSHSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AQUA SOLID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКВА СОЛИД); a.k.a. "AKVA SOLID"), d. 12 str. 1 pom. IV, kom. 9, ul. Rochdelskaya, Moscow 123022, Russia; Organization Established Date 07 May 2013; Tax ID No. 7703789367 (Russia); Registration Number 1137746403563 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO ARKTIK SPG 2 (a.k.a. LIMITED LIABILITY COMPANY ARCTIC LNG 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК СПГ 2)), d. 9 kab. 117, mikroraion Slavyanski, Novy Urengoi 629309, Russia; Tax ID No. 8904075357 (Russia); Registration Number 1148904001278 (Russia) [RUSSIA-EO14024].

OOO AVIASERVIS (a.k.a. LIMITED LIABILITY COMPANY ASERVICE), Pl. Morskoi Slavy D. 1, Lit. A, Chast Pomeshcheniya 3-N, Chast Pomeshcheniya #691, Saint Petersburg 199106, Russia; Tax ID No. 7801671250 (Russia); Registration Number 1197847181388 (Russia) [RUSSIA-EO14024].

OOO BALTINFOKOM (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. LLC BALTINFOCOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia;

Website www.baltinfocom.ru; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

OOO BARUS (a.k.a. BARUS; a.k.a. BARUS LIMITED LIABILITY COMPANY), 32 Leninsky Prospekt, Floor 1, Office IB, Room 1, Moscow 119334, Russia; Tax ID No. 7736324991 (Russia); Registration Number 1197746639860 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO BASHKIR INDUSTRIAL HOLDING COMPANY (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. BPKH OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ)), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobediteli, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

OOO BILDING MENEDZHMENT (Cyrillic: ООО БИЛДИНГ МЕНЕДЖМЕНТ) (a.k.a. BLD MANAGEMENT; a.k.a. "BILDING MANAGEMENT"), Per. Butikovskii D. 7, Floor 3, Pom. I Komnata 1, Moscow 119034, Russia;

Organization Established Date 27 Jul 2016; Tax ID No. 7703413861 (Russia); Registration Number 1167746703464 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO BITRIVER RUS (a.k.a. BITRIVER RUS), d. 11B ofis 1, Bratsk 665709, Russia; Organization Established Date 15 Nov 2017; Tax ID No. 3805731961 (Russia); Registration Number 1173850041749 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-B (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BITRIVER-B), 1 Ter. Tor Buryatiya, Mukhorshibirski Raion, Buryatiya Resp., Russia; Organization Established Date 10 Aug 2020; Tax ID No. 0314888570 (Russia); Government Gazette Number 45184457 (Russia); Registration Number 1200300013165 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-K (a.k.a. BITRIVER-K, LLC), zd. 7 k. 1 pom. 2 kom. 213, ul. Tranzitnaya, Zheleznogorsk, Kransoyarski Kr. 662970, Russia; Organization Established Date 25 Jan 2021; Tax ID No. 2452048315 (Russia); Government Gazette Number 10690098 (Russia); Registration Number 1212400001197 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-NORTH (a.k.a. BITRIVER-NORTH LLC; a.k.a. BITRIVER-SEVER, OOO), Ul. Ozernaya D. 50A, Ofis 1, Norilsk 663321, Russia; Organization Established Date 15 Jun 2020; Tax ID No. 6658535180 (Russia); Government Gazette Number 44503601 (Russia); Registration Number 1206600031945 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITRIVER-TURMA (a.k.a. BITRIVER-TURMA, LLC), Ul. Stroitelnaya D. 12, Pomeshch. 1004, Turma 665760, Russia; Organization Established Date 02 Sep 2021; Tax ID No. 3805736568 (Russia); Registration Number 1213800018596 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO BITTERIYA, Proezd Ogorodnyi D. 20, Str. 4, Office 415, Moscow 127322, Russia; Ul. Dobrolyubova D. 3, Str. 1, Pomeshch. III, Kom. 1, Moscow 127254, Russia; Tax ID No. 9715297229 (Russia); Registration Number 1177746290611 (Russia) [RUSSIA-EO14024].

OOO BM PROEKT-EKOLOGIYA (Cyrillic: ООО БМ ПРОЕКТ-ЭКОЛОГИЯ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BM PROEKT-EKOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БМ ПРОЕКТ-ЭКОЛОГИЯ), d. 38A str. 23 etazh 3 pomeshch./kom. XIV/30, ul. Khutorskaya 2-Ya, Moscow 127287, Russia; Organization Established Date 05 Mar 2012; Tax ID No. 7715906903 (Russia); Government Gazette Number 38395627 (Russia); Registration Number 1127746150003 (Russia) [RUSSIA-EO14024] (Linked To: OOO KHARTIYA).

OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМIНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМIНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

OOO CB ROSTFINANS (a.k.a. BANK ROSTFINANCE; a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

OOO CHOO RSB-GRUPP (a.k.a. LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП); a.k.a. LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP), Ulitsa

Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

OOO 'CMT-K' (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OOO DALIR (a.k.a. DALIR LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DALIR), kv 1, ulitsa Admiralteyskaya 54, Astrakhan 414040, Russia; Tax ID No. 3015076287 (Russia); Identification Number IMO 5709371; Registration Number 1063015052396 (Russia) [RUSSIA-EO14024].

OOO DIDZHITAL INVEST (a.k.a. DIGITAL INVEST LIMITED LIABILITY COMPANY (Cyrillic: ДИДЖИТАЛ ИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), 28 Rublevskoye Highway, Floor 13, Room 21, Moscow, Russia; Organization Established Date 06 Aug 2020; Organization Type: Activities of holding companies; Tax ID No. 9731068258 (Russia); Registration Number 1207700277861 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

OOO DIGITAL SECURITY (a.k.a. DIGITAL SECURITY; a.k.a. DIGITAL SECURITY RESEARCH GROUP; a.k.a. "DSEC"), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

OOO 'DOROZHNAYA STROITELNAYA KOMPANIA' (a.k.a. OOO 'DSK'), Stroitelnaya Street, 34, village of Kesova Gora, Tver Oblast 171470, Russia; Website http://dorstroycom.ru; Email Address dsk@dorstroycom.ru; alt. Email Address secretar@dorstroycom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Registration ID 1036906000922 (Russia) [UKRAINE-EO13685].

OOO 'DSK' (a.k.a. OOO 'DOROZHNAYA STROITELNAYA KOMPANIA'), Stroitelnaya Street, 34, village of Kesova Gora, Tver Oblast 171470, Russia; Website http://dorstroycom.ru; Email Address dsk@dorstroycom.ru; alt. Email Address secretar@dorstroycom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1036906000922 (Russia) [UKRAINE-EO13685].

OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z AVMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

OOO EKOGRUPP (Cyrillic: ООО ЭКОГРУПП) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU EKOGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКОГРУПП)), Per. Novopresnenskii D. 3, Floor 1 Komn 9, Moscow 123577, Russia; Organization Established Date 18 Jun 2017; Tax ID No. 7703428593 (Russia); Government Gazette Number 15945657 (Russia); Registration Number 1177746569615 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМІРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); a.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

OOO ENKOR GRUPP, Ul. Teatralnaya D. 35, K. LIII, Office 312, Kaliningrad 236006, Russia; Tax ID No. 3906389800 (Russia); Registration Number 1203900003450 (Russia) [RUSSIA-EO14024].

OOO EPK KUZNITSA, litera d, shosse Moskovskoe, Samara 443013, Russia; Tax ID No. 6316110515 (Russia); Registration Number 1066316085681 (Russia) [RUSSIA-EO14024].

OOO EPK NOVYE TEKHNOLOGII, ul. Sharikopodshipnikovskaya, d. 13, str. 33, Moscow 115088, Russia; Tax ID No. 7723918620 (Russia); Registration Number 1147746970271 (Russia) [RUSSIA-EO14024].

OOO ESEFDZHI BALTIKA (a.k.a. SFG BALTIKA), Per. 3-I Verkhnii D. 10, Lit. E, Office 1, Saint Petersburg 194292, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7814677901 (Russia); Registration Number 1177847008019 (Russia) [RUSSIA-EO14024].

OOO ESSET ENERGO (a.k.a. ASSET ELECTRO LLC (Cyrillic: ООО ЭССЕТ ЭЛЕКТРО); f.k.a. OOO ABS ELEKTRO), 29 Naberezhnaya Serebryanicheskaya, Moscow 109028, Russia; Organization Established Date 2012; Tax ID No. 7710911530 (Russia); Government Gazette Number 09272556 (Russia); Registration Number 1127746315762 (Russia) [RUSSIA-EO14024].

OOO EVEREST GRUP (a.k.a. EVEREST GRUP; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVEREST GRUP), d. 37 k. A ofis 8, ul. Blagusha, Petrozavodsk 185005, Russia; Organization Established Date 27 Jul 2015; Tax ID No. 1001299201 (Russia); Registration Number 1151001009158 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO EVROTRANSEKSPEDITSIYA (a.k.a. LIMITED LIABILITY COMPANY EUROTRANSEXPEDITION), naberezhnaya Novodanilovskaya, d. 4A, pom. II, kom. 22I-22S, 18, 19, Moscow 117105, Russia; Tax ID No. 7726756897 (Russia); Registration Number 5147746148853 (Russia) [RUSSIA-EO14024].

OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ) (a.k.a. FERTOING LTD; a.k.a. LIMITED LIABILITY COMPANY FERTOING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

OOO FOTON PRO (Cyrillic: ООО ФОТОН ПРО), Ul. Lodygina D. 3, Korpus Golit. Korp, Et/Pom/Rab 2/206/2, Saransk 430034, Russia; Tax ID No. 1327025929 (Russia); Registration Number 1151327002452 (Russia) [RUSSIA-EO14024] (Linked To: GRININ, Yevgeniy Aleksandrovich).

OOO GARANT-SV (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP

(Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС; a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

OOO GEOS (a.k.a. LIMITED LIABILITY COMPANY GEOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОС)), 42 Kommunisticheskaya St., Floor 4, Office 11, Novorossiysk, Krasnodar Region 353900, Russia; Organization Established Date 06 Aug 2018; Tax ID No. 2315207531 (Russia); Registration Number 1182375065828 (Russia) [RUSSIA-EO14024] (Linked To: POZHIDAEV, Igor Vladimirovich).

OOO GIKEL, ul. Druzhnnikov, d. 5 ofis 411, Voronezh 394026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662995875 (Russia); Registration Number 1153668022243 (Russia) [RUSSIA-EO14024].

OOO GRUPPA RUSSKAYA ENERGIYA (a.k.a. LLC RUSSIAN ENERGY GROUP (Cyrillic: ООО ГРУППА РУССКАЯ ЭНЕРГИЯ); a.k.a. OOO RUSSKAYA ENERGIYA), d. 14 str. 5 etazh 1 pom. 2, per. Butikovski, Moscow 119034, Russia; Tax ID No. 7714456916 (Russia); Registration Number 1207700001486 (Russia) [RUSSIA-EO14024].

OOO GUDZON SHIPPING CO (a.k.a. GUDZON SHIPPING CO LLC; a.k.a. LLC GUDZON SHIPPING CO; a.k.a. SK GUDZON, OOO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions

Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

OOO IBS EKSPERTIZA (a.k.a. IBS EXPERTISE), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 6, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713606622 (Russia); Registration Number 1067761849704 (Russia) [RUSSIA-EO14024].

OOO IBS SOFT (a.k.a. IBS SOFT LTD), ul. Skladochnaya d. 3, str. 1, Moscow, 127434, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 14, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713721689 (Russia); Registration Number 1117746016013 (Russia) [RUSSIA-EO14024].

OOO IK AEON (Cyrillic: ООО ИК АЕОН) (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНАЯ КОРПОРАЦИЯ АЕОН)), d. 3A str. 6, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704661909 (Russia); Registration Number 1077760229656 (Russia) [RUSSIA-EO14024].

OOO INNOVATSII SVETA (Cyrillic: ООО ИННОВАЦИИ СВЕТА (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INOVATSII SVETA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИИ СВЕТА); a.k.a. "LIGHT INNOVATIONS"), Ul. Rochdelskaya D. 12, Str. 1, Moscow 123022, Russia; Organization Established Date 27 May 2010; Tax ID No. 9709058222 (Russia); Government Gazette Number 66823252 (Russia); Registration Number 1107746435290 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO INSTRUMENTALNO PODSHIPNIKOVAYA KOMPANIYA, sh. Metallurgov, d. 33P, pom. 6, Chelyabinsk, Russia; Sverdlovskii Trakt, 14 3

floor, Chelyabinsk 454036, Russia; Tax ID No. 7453188579 (Russia); Registration Number 1077453020556 (Russia) [RUSSIA-EO14024].

OOO INTEKH INZHINIRING (a.k.a. INTECH ENGINEERING LTD), Proezd Garazhnyi D. 1, Lit. K, Office 16, Saint Petersburg 192289, Russia; Tax ID No. 7810840000 (Russia); Registration Number 1117847384445 (Russia) [RUSSIA-EO14024].

OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskii village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул.

Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

OOO INZHINIRING.RF (Cyrillic: ООО ИНЖИНИРИНГ.РФ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRING.RF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГ.РФ)), Per. Lyalin D. 19, K. 1 Et 2 Pom. XXIV Kom 11, Moscow 101000, Russia; Organization Established Date 27 Dec 2019; Tax ID No. 9709058222 (Russia); Government Gazette Number 42895614 (Russia); Registration Number 1197746755359 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

OOO INZHINIRINGOVYE RESHENIIA (a.k.a. INZHINIRINGOVYE RESHENIYA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRINGOVYE RESHENIYA), PR-KT Khasana Tufana D. 22/9, KV. 163, Naberezhnyye Chelny, Republic of Tatarstan 423823, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Aug 2016; Tax ID No. 1650335670 (Russia); Registration Number 1161690140072 (Russia) [RUSSIA-EO14024].

OOO ISTERN TREYD (a.k.a. EASTERN TRADE LIMITED LIABILITY COMPANY; a.k.a. EASTERN TRADE LLC), Ul. Obrucheva D. 30/1, Str. 1, Pomeshch. III, Kom. 1, Moscow 117485, Russia; Tax ID No. 9728061541 (Russia); Registration Number 1227700215335 (Russia) [RUSSIA-EO14024].

OOO ITERANET (Cyrillic: ООО ИТЕРАНЕТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ITERANET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ИТЕРАНЕТ)), d. 16 str. 17, per. Truzhenikov 1-I, Moscow 119121, Russia; Sevastopolskii Pr 28, Korp. 1, Moscow 117209, Russia; Website www.iteranet.ru; Organization Established Date 27 Apr 1999; Organization Type: Wired telecommunications activities; Target Type Private Company; Tax ID No. 7704199755 (Russia); Government Gazette Number 51037789 (Russia); Registration

Number 1027739111168 (Russia) [RUSSIA-EO14024].

OOO KAMCHATSKAIA GORNAIA KOMPANIIA (a.k.a. LIMITED LIABILITY COMPANY KAMCHATSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАМЧАТСКАЯ ГОРНАЯ КОМПАНИЯ)), 59 Leninskaya Street, Floor 11, Suite 6, Petropavlovsk-Kamchatskiy 683001, Russia; Tax ID No. 4100041537 (Russia); Registration Number 1224100000387 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

OOO KBK BANK (a.k.a. INRESBANK LTD; a.k.a. INRESBANK OOO; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. INVESTMENT REPUBLIC BANK LLC), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

OOO KEK (a.k.a. LIMITED LIABILITY COMPANY KRASNOYARSKAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРАСНОЯРСКАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), str. 100 blok B etazh 2, pom. 4, Odintsovo 143084, Russia; Tax ID No. 5032216280 (Russia); Registration Number 1155032010121 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO KHARTIYA (Cyrillic: ООО ХАРТИЯ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHARTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИЯ)), Proezd Novoladykinskii D. 8B, Moscow 127106, Russia; Organization Established Date 13 Jun 2012; Tax ID No. 7703770101 (Russia); Government Gazette Number 09873971 (Russia); Registration Number 1127746462250 (Russia) [RUSSIA-EO14024] (Linked To: OOO EKOGRUPP).

OOO KHESH MEYKER (a.k.a. HASH MAKER LIMITED LIABILITY COMPANY), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/41, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014206 (Russia); Registration Number 1214800010523 (Russia) [RUSSIA-EO14024].

OOO KHK YUESEM (Cyrillic: ООО ХК ЮЭСЭМ) (a.k.a. LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ); a.k.a. USM HOLDINGS LIMITED), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

OOO KHOLDING VYBERI RADIO (a.k.a. LIMITED LIABILITY COMPANY HOLDING CHOOSE RADIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ВЫБЕРИ РАДИО)), 4 Olkhovskaya Street, Building 2, Floor 5, Suite Part 544, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 7726361659 (Russia); Registration Number 5157746080575 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

OOO KIEVSKAIA PLOSHCHAD (a.k.a. LIMITED LIABILITY COMPANY KYIV SQUARE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИЕВСКАЯ ПЛОЩАДЬ)), 2 Kievskovo Vokzala Square, Moscow, Russia; Tax ID No. 7730051836 (Russia); Registration Number 1157746121400 (Russia) [RUSSIA-EO14024].

OOO KOMPANIYA ZOLOTOI VEK (Cyrillic: ООО КОМПАНИЯ ЗОЛОТОЙ ВЕК) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA ZOLOTOI VEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПАНИЯ ЗОЛОТОЙ ВЕК)), d. 15 str. 4 etazh 2 ofis 205, ul. Antonova-Ovseenko, Moscow 123317, Russia; Organization Established Date 11 Jul 2006; Tax ID No. 7704606859 (Russia); Government Gazette Number 96463331 (Russia); Registration Number 1067746801605 (Russia) [RUSSIA-EO14024].

OOO KOSKOM (a.k.a. LIMITED LIABILITY COMPANY SPACE COMMUNICATIONS; a.k.a.

"KOSMICHESKIE KOMMUNIKATSII"), ul. Aviamotornaya, d. 53, k. 1, et. 6, kom. 91, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704313605 (Russia); Registration Number 1157746350046 (Russia) [RUSSIA-EO14024].

OOO 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA' (a.k.a. KPSK, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'), 29 ul. Karla Marksa, Simferopol, Crimea 295006, Ukraine; Website kpsk-ins.ru; Email Address kpsk-ins@yandex.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102007933 (Russia); Tax ID No. 9102006047 (Russia); Government Gazette Number 00132598 (Russia) [UKRAINE-EO13685].

OOO KSK AUDIT, Ul. Zemlyanoi Val D. 68/18, Str. 3, Moscow 109004, Russia; Tax ID No. 7725546209 (Russia); Registration Number 1057747830337 (Russia) [RUSSIA-EO14024].

OOO LADOGA MANAGEMENT (a.k.a. LADOGA MENEDZHMENT, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LADOGA MENEDZHMENT), 10, naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147748143971; Tax ID No. 7729442761; Government Gazette Number 29437172 [UKRAINE-EO13662] (Linked To: SHAMALOV, Kirill Nikolaevich).

OOO LANPRINT, Ul. Iskry D. 17A, Str. 3, Floor 5, Office 3/5/P-5/2/1, Moscow 129344, Russia; Tax ID No. 7751016335 (Russia); Registration Number 1167746122686 (Russia) [RUSSIA-EO14024].

OOO LAVINA PULS (Cyrillic: ООО ЛАВИНА ПУЛЬС) (a.k.a. LAVINA PULS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LAVINA PULS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАВИНА ПУЛЬС)), d. 6 kab. 103, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.lavinapuls.ru;

Organization Established Date 04 Oct 2016; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7704374171 (Russia); Government Gazette Number 04897659 (Russia); Registration Number 5167746073150 (Russia) [RUSSIA-EO14024].

OOO LENDING TECHNOLOGIES (a.k.a. OOO TEHNOLOGII KREDITOVANYA; a.k.a. TEKHNOLOGII KREDITOVANIYA LIMITED LIABILITY COMPANY), Room 1.104, 23/1 Vavilova St., Moscow 117312, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736317458 (Russia); Registration Number 1187746782519 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO LOGFORTRA, Nab. Obvodnogo Kanala D. 150, K. 1 Lit. A, Pomeshch. 339.01, Saint Petersburg 190020, Russia; Tax ID No. 7805664470 (Russia); Registration Number 1147847402889 (Russia) [RUSSIA-EO14024].

OOO LOGISTIKA DOVERIIA (a.k.a. LOGISTIKA DOVERIYA OOO; a.k.a. TRUST LOGISTIC; a.k.a. TRUST LOGISTICS LLC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

OOO MAKRO EMS (a.k.a. MACRO EMS LTD), Ul. Sveaborgskaya D.12, Lit. A, Saint Petersburg 196105, Russia; Tax ID No. 7810895610 (Russia); Registration Number 1129847011150 (Russia) [RUSSIA-EO14024].

OOO MAKRO GRUPP, Ul. Sveaborgskaya D. 12, Lit. A, Pom.54-N, Office #1, Saint Petersburg 196105, Russia; Tax ID No. 7816336223 (Russia); Registration Number 1167847333961 (Russia) [RUSSIA-EO14024].

OOO MANAGEMENT COMPANY BITRIVER (a.k.a. MC BITRIVER, LLC; a.k.a. UK BITRIVER, LLC), Ul. Annenskaya D. 17, Str. 1, Office 1.18, Moscow 127521, Russia;

Organization Established Date 22 Sep 2021; Tax ID No. 9715406566 (Russia); Registration Number 1217700448448 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO MAYAK, Proezd 1-I Perova Polya D. 9, Str. 1, Moscow 111141, Russia; Plekhanova D. 15A, Str. 3, Office 1, Moscow 111141, Russia; Tax ID No. 7722344853 (Russia); Registration Number 5157746008195 (Russia) [RUSSIA-EO14024].

OOO MEZHMUNITSIPALNOE ATP (Cyrillic: ООО МЕЖМУНИЦИПАЛЬНОЕ АТП) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MEZHMUNITSIPALNOE AVTOTRANSPORTNOE PREDPRIYATIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖМУНИЦИПАЛЬНОЕ АВТОТРАНСПОРТНОЕ ПРЕДПРИЯТИЕ)), Ul. Melioratorov D. 10A, Udachny 152730, Russia; Organization Established Date 28 Mar 2017; Tax ID No. 7620006742 (Russia); Government Gazette Number 12982936 (Russia); Registration Number 1177627009801 (Russia) [RUSSIA-EO14024].

OOO MOKRAN (a.k.a. MOKRAN LLC (Cyrillic: ООО МОКРАН); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOKRAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОКРАН)), d. 15A liter A etazh / pom./ kom. 3/41/N-1, ul. Professora Kachalova, St. Petersburg 192019, Russia (Cyrillic: Улица Профессора Качалова, Дом 15А, Литер А, Эт/Пом/Ком 3/41/Н-1, Город Санкт-Петербург 192019, Russia); Ust-Izhora Village, Petrozavodsk Highway 23, Kolpinskiy District, St. Petersburg, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects; Tax ID No. 7811489970 (Russia); Registration Number 1117847131643 (Russia) [DPRK3].

OOO MONITORING, Moskovskii Pr 19, Saint Petersburg 190005, Russia; Pr-Kt Novoizmailovskii D. 67, K. 2, Pom. 5N, Lit. A, Saint Petersburg 196247, Russia; Ul. Bumazhnaya D. 17, Lit. B, Saint Petersburg, Russia; Tax ID No. 7810728739 (Russia);

Registration Number 1027804891476 (Russia) [RUSSIA-EO14024].

OOO MORSKIE PAROMNYE LINII VANINO SAKHALIN (a.k.a. OOO MPL VANINO SAKHALIN (Cyrillic: ООО МПЛ ВАНИНО САХАЛИН)), d. 70 k. A pom. 7 Ter. Zheleznodorozhnaya, 682860, Russia; Tax ID No. 2709014374 (Russia); Registration Number 1132709000038 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

OOO MPL VANINO SAKHALIN (Cyrillic: ООО МПЛ ВАНИНО САХАЛИН) (a.k.a. OOO MORSKIE PAROMNYE LINII VANINO SAKHALIN), d. 70 k. A pom. 7 Ter. Zheleznodorozhnaya, 682860, Russia; Tax ID No. 2709014374 (Russia); Registration Number 1132709000038 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

OOO MTSKT (a.k.a. INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. RUSSIAN QUANTUM CENTER; a.k.a. "RQC"), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

OOO MVIZION, 313 Gaydar Alieev kuchasi, Tashkent 100161, Uzbekistan; Tax ID No. 309644860 100113 (Uzbekistan) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ID SOLUTION).

OOO MZ TONAR (a.k.a. LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR; a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR; a.k.a. MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration Number 1025007458200 (Russia) [RUSSIA-EO14024].

OOO NAMI INNOVATSIONNYE KOMPONENTY (a.k.a. LIMITED LIABILITY COMPANY NAMI INNOVATIVE COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАМИ ИННОВАЦИОННЫЕ КОМПОНЕНТЫ); a.k.a. LLC NAMI IC (Cyrillic: ООО НАМИ ИК)), 1 Roberta Bosha Street, Preobrazhenka village

443532, Russia; Tax ID No. 6330056813 (Russia); Registration Number 1136330001235 (Russia) [RUSSIA-EO14024].

OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ) (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

OOO NAUCHNO-TEKHNICHESKII TSENTR METROTEK (Cyrillic: ООО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МЕТРОТЕК), Ul. Yablochkova D. 21, Korpus 3, Moscow 127322, Russia; Tax ID No. 9715250083 (Russia); Registration Number 1167746288976 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Andrey Georgiyevich).

OOO NAVIGATOR ASSET MANAGEMENT (Cyrillic: ООО УК НАВИГАТОР) (a.k.a "ASSET MANAGEMENT COMPANY NAVIGATOR"; a.k.a "UK NAVIGATOR"), ul. Gilyarovskogo, d. 39, str. 3, et. 12, kom. 17, Moscow 129110, Russia; Organization Established Date 30 Sep 2002; Tax ID No. 7725206241 (Russia); Registration Number 1027725006638 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO NISSA DISTRIBUTSIYA (a.k.a. LTD NISSA DISTRIBUTION), Ul. Minskaya D. 1G, K. 2, Pom.II Kom 13, Of 5, 3, Moscow 119285, Russia; Proezd Mukomolnyi D. 4A/2, Moscow 123290, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729374938 (Russia); Registration Number 1037739345115 (Russia) [RUSSIA-EO14024].

OOO NORD MARIN INZHINIRING (Cyrillic: ООО НОРД МАРИН ИНЖИНИРИНГ) (a.k.a. NORD MARIN INZHINIRING), Sh. Leningradskoe D. 39, Str. 6, Pom. XXIV, Moscow 125212, Russia; Organization Established Date 27 Jul 2016; Tax ID No. 7743165541 (Russia); Registration Number 1167746706137 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO NORD MARINE (Cyrillic: ООО НОРД МАРИН) (a.k.a. NORD MARINE), Ul. Rochdelskaya D. 11/5, Str. 1, Moscow 123100, Russia; Organization Established Date 16 Apr 2001; Tax ID No. 7716204897 (Russia); Registration Number 1027700401024 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO NOVASTREAM (a.k.a. LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ); a.k.a. NOVASTREAM LIMITED; a.k.a. NOVASTREAM LTD), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

OOO NOVOGORSK NEDVIZHIMOST (a.k.a. LIMITED LIABILITY COMPANY NOVOGORSK REAL ESTATE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВОГОРСК НЕДВИЖИМОСТЬ)), 15 Olimpiyskaya Street, Suite 14, Khimki, Moscow Oblast 141435, Russia; Organization Established Date 19 Dec 2011; Organization Type: Real estate activities with own or leased property; Tax ID No. 7729699051 (Russia); Registration Number 5117746034225 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

OOO NOVYI AI TI PROEKT (a.k.a. 3LOGIC GROUP), Nab. Berezhkovskaya D. 20, Str. 33, Moscow 121059, Russia; Ul. Nagatinskaya D. 16, Str. 9, Pomeshch. VII, Kom. 15, Office 5, Moscow 115487, Russia; Ul. Kiyevskaya D. 7, Korp. 2, Pod. 7, Moscow 121059, Russia; Tax ID No. 7724338125 (Russia); Registration Number 1157746958830 (Russia) [RUSSIA-EO14024].

OOO NOVYI MEDIA KHOLDING (a.k.a. LIMITED LIABILITY COMPANY NEW MEDIA HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЙ МЕДИА ХОЛДИНГ)), 4 ul. Olkhovskaia, korp. 2, et. 4,

pom. 464/15, Moscow 105066, Russia; Tax ID No. 9701000319 (Russia); Registration Number 1157746629963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

OOO NPK AEROKON (Cyrillic: ООО НПК АЭРОКОН) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NPK AEROKON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АЭРОКОН); a.k.a. "AEROKON, OOO" (Cyrillic: "ООО АЭРОКОН"), ul. Tsentralnaya, D. 18, Chernyshevka, Republic of Tatarstan 422710, Russia (Cyrillic: УЛ. ЦЕНТРАЛЬНАЯ, Д.18, Чернышевка, Республика Татарстан 422710, Russia); Organization Established Date 11 Dec 2022; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 1657007195 (Russia); Government Gazette Number 27858018 (Russia); Business Registration Number 1021603148830 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

OOO NPK OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

OOO NVS NAVIGATSIONNYE TEKHNOLOGII (a.k.a. NVS NAVIGATION TECHNOLOGIES LTD), ul. Kulneva, d. 3, str. 1, pom/kom III/25, Moscow 121170, Russia; Tax ID No. 7730637821 (Russia); Registration Number 1147746193891 (Russia) [RUSSIA-EO14024].

OOO OBEDINENNAYA ARKTICHESKAYA KOMPANIYA (a.k.a. UNITED ARCTIC COMPANY LLC (Cyrillic: ОБЪЕДИНЕННАЯ АРКТИЧЕСКАЯ КОМПАНИЯ ООО)), d. 3 str. 1 etazh 3 kom. 6, per. Kapranova, Moscow 123242, Russia; Tax ID No. 9703047986 (Russia); Registration Number 1217700432212 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CARBON).

OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ) (a.k.a.

LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. "DEFENSE INITIATIVES COMPANY"), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14024].

OOO ORLAN, ul. Bolshaya Tatarskaya, 35c3, et. 11, Moscow, Russia; Kapi No: 5 Bakirkoy, Zeytinlik mah. Sporcu sk. Zeynep Apt. No: 7 IC, Istanbul, Turkey; Tax ID No. 7701096293 (Russia); Registration Number 1157746275488 (Russia) [RUSSIA-EO14024].

OOO OTKRITIE ASSET MANAGEMENT (Cyrillic: ООО УК ОТКРЫТИЕ) (a.k.a. OTKRITIE ASSET MANAGEMENT LTD; a.k.a. UK OTKRYTIE, Ul. Kozhevnicheskaya, d. 14, str. 5, Moscow 115114, Russia; Organization Established Date 08 Dec 2000; Tax ID No. 7705394773 (Russia); Registration Number 1027739072613 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO OTKRITIE CAPITAL (Cyrillic: ООО ОТКРЫТИЕ КАПИТАЛ) (a.k.a. OTKRYTIE KAPITAL), ul. Spartakovskaya, d. 5, str. 1, pom. IX, et mansarda, kom 6A, Moscow 105066, Russia; Organization Established Date 27 Apr 2020; Tax ID No. 9701158264 (Russia); Registration Number 1207700158973 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO OTKRITIE FACTORING (Cyrillic: ООО ОТКРЫТИЕ ФАКТОРИНГ) (a.k.a. OTKRYTIE FAKTORING), Pr-kt Andropova, d. 18, korpus 6, pom. 4-07, Moscow 115432, Russia; ul. Letnikovskaya, d. 10, str. 4, floor 7, pomeshch. I/45, Moscow 115114, Russia; Organization Established Date 21 Apr 2016; Tax ID No. 7725314818 (Russia); Registration Number 1167746399897 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO PAMKIN KHAUS (Cyrillic: ООО ПАМКИН ХАУС), Ul. Yablochkova D. 21, Korpus 3, Pom.

VIII, Kom. 1S, Moscow 127322, Russia; Tax ID No. 7715848680 (Russia); Registration Number 1117746048122 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Andrey Georgiyevich).

OOO PERYTON ENGINEERING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PERITON INZHINIRING; a.k.a. PERITON INZHINIRING OOO), PR-D Staropetrovskii D. 7A, Str. 5, ET 2, Office 1, Moscow 125130, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 02 May 2017; Tax ID No. 7703426927 (Russia); Government Gazette Number 15529479 (Russia); Registration Number 1177746442488 (Russia) [RUSSIA-EO14024].

OOO PLANAR (Cyrillic: ООО ПЛАНАР) (a.k.a. LLC PLANAR; a.k.a. PLANAR ELEMENTS; a.k.a. THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР)), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

OOO PROGOROD (a.k.a. LLC PROGOROD; a.k.a. NOVYE GORODSKIE PROEKTY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO PROMTEKHNOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19

Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeshchenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

OOO PSB BIZNES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OOO PSB-FINTEKH (Cyrillic: ООО ПСБ-ФИНТЕХ) (a.k.a. ERA FUND LIMITED LIABILITY COMPANY; a.k.a. ERA FUND LLC (Cyrillic: ООО ФОНД ЭРА)), Ul. Novo-Sadovaya D. 3 Komnata 163 Floor 3, Samara 443100, Russia (Cyrillic: Улица Ново-садовая, дом 3, комната 163 этаж 3, Самара 443100, Russia); Organization Established Date 04 Sep 2017; Tax ID No. 6316237712 (Russia); Registration Number 1176313076433 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OOO PV BRIDZH, Rubtsovskaya naberezhnaya, d. 3, str. 1, et. 8, kom. 14, Moscow 105082, Russia; Tax ID No. 7733766494 (Russia); Registration Number 1117746345166 (Russia) [RUSSIA-EO14024].

OOO PYASGK (a.k.a. LIMITED LIABILITY COMPANY PYASINSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯСИНСКАЯ ГОРНАЯ КОМПАНИЯ)), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Tax ID No. 5032216266 (Russia); Registration Number 1155032010099 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO QUANTUM OPTICS (a.k.a. LIMITED LIABILITY COMPANY QUANTUM OPTICS; a.k.a. QUANTUM OPTICS LTD), Ul. Serdobolskaya D. 64, Lit. K, Pomeshch. 11-N, Kom. 10, Saint Petersburg 197342, Russia;

Beloostrovskaya 22, Office 415, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801562614 (Russia); Registration Number 1117847563921 (Russia) [RUSSIA-EO14024].

OOO RADIOTEKHSNAB (a.k.a. RADIOTECHSNAB), Kosa Petrovskaya d. 1, k. 1, lit. R, pomeshch. 32N, Saint Petersburg 197110, Russia; Tax ID No. 7813257380 (Russia); Registration Number 1167847310619 (Russia) [RUSSIA-EO14024].

OOO REALEKSPORT, ul. Truda, d. 64A, pom. 45, ofis 408, Chelyabinsk 454090, Russia; Lenina Prospekt 89-518, 525 office, Chelyabinsk 454080, Russia; Tax ID No. 7448105810 (Russia); Registration Number 1087448006161 (Russia) [RUSSIA-EO14024].

OOO REGION-COMFORT (Cyrillic: ООО РЕГИОН-КОМФОРТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU REGION-COMFORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕГИОН-КОМФОРТ)), Ul. Lenina D. 22A, Pomeshch. 2, Krasnogorsk 143409, Russia; Organization Established Date 09 Jul 2013; Tax ID No. 5024137677 (Russia); Government Gazette Number 50189050 (Russia); Registration Number 1135024004741 (Russia) [RUSSIA-EO14024].

OOO RGS HOLDING (Cyrillic: ООО РГС ХОЛДИНГ) (a.k.a. RGS KHOLDING), ul. Kievskaya, d. 7, et/kom 2A/2, Moscow 121059, Russia; Organization Established Date 26 Aug 2013; Tax ID No. 7730691642 (Russia); Registration Number 1137746769610 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO ROBIN TREID (Cyrillic: ООО РОБИН ТРЕЙД) (a.k.a. ROBIN TRADE LIMITED), Ul. Yablachkova D. 21 Korpus 3, Et 3 Pom. VIII, Moscow 127322, Russia; Organization Established Date 19 May 2016; Tax ID No. 9715259583 (Russia); Registration Number 1167746480153 (Russia) [RUSSIA-EO14024].

OOO ROSTSHIPSERVIS (a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

РОСТШИПСЕРВИС); a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVIS), Ulitsa Kayani, 18, 302, Rostov-on-Don, Rostov Oblast 344019, Russia; Organization Established Date 13 May 2005; Tax ID No. 6165122403 (Russia); Registration Number 1056165052492 (Russia) [RUSSIA-EO14024].

OOO RUDNIY (Cyrillic: ООО РУДНЫЙ) (a.k.a. LIMITED LIABILITY COMPANY RUDNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ рудный); a.k.a. "RUDNY LLC"), Narodnoy Voli St., Building 24, Office 5, Ekaterinburg, Sverdlovsk Region 620063, Russia; Organization Established Date 30 May 2019; Tax ID No. 6671096252 (Russia); Registration Number 1196658038774 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

OOO RUSKHIMALYANS (Cyrillic: ООО РУСХИМАЛЬЯНС) (a.k.a. RUSCHEMALLIANCE LLC; a.k.a. RUSKHIMALLIANCE), d. 18A etazh pom. 3-306, ul. Vorovskogo, Kingisepp 188480, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705082619 (Russia); Registration Number 5167746407054 (Russia) [RUSSIA-EO14024].

OOO RUSSKAYA ENERGIYA (a.k.a. LLC RUSSIAN ENERGY GROUP (Cyrillic: ООО ГРУППА РУССКАЯ ЭНЕРГИЯ); a.k.a. OOO GRUPPA RUSSKAYA ENERGIYA), d. 14 str. 5 etazh 1 pom. 2, per. Butikovski, Moscow 119034, Russia; Tax ID No. 7714456916 (Russia); Registration Number 1207700001486 (Russia) [RUSSIA-EO14024].

OOO RUSSTROI-SK (Cyrillic: ООО РУССТРОЙ-СК) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSTROI-SK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССТРОЙ-СК)), ul. Nezhnova, 72 korp. 1, Pomeshch. 12, Pyatigorsk, Stavropol Krai 357502, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 11 Nov 2014; Tax ID No. 2632813759 (Russia); Registration Number 036032117219 (Russia); alt. Registration Number 262101227926091 (Russia) [SDGT] (Linked To: DENIZ, Fadi).

OOO SERNIYA INZHINIRING (Cyrillic: ООО СЕРНИЯ ИНЖИНИРИНГ) (a.k.a. SERNIA ENGINEERING), d. 57A etazh 2 pom. 211 kom. 211-13, ul. Vavilova, Moscow 117292, Russia; Tax ID No. 971529478 (Russia); Government Gazette Number 06644891 (Russia); Registration Number 1177746132563 (Russia) [RUSSIA-EO14024].

OOO SERTAL (Cyrillic: ООО СЕРТАЛ), Ul. Yablachkova D. 21 Korpus 3, Et 3 Pom VIII Kom 1I, Moscow 127322, Russia; P.O. Box 708, Moscow 119330, Russia; Tax ID No. 9715216050 (Russia); Registration Number 1157746840569 (Russia) [RUSSIA-EO14024].

OOO SEVERNAIA ZVEZDA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "LLC NORTHERN STAR"; a.k.a. "NORTH STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

OOO SHIPYARD 'ZALIV' (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OOO SIBIRSKIE MINERALY (a.k.a. GOK SIBIRSKIE MINERALY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT SIBIRSKIE MINERALY), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Organization Established Date 12 May 2011; Tax ID No. 1718002246 (Russia); alt. Tax ID No. 1718002246 (Russia); Government Gazette Number 94545591 (Russia); Registration Number 1111722000060 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO SIBUGOL (a.k.a. LIMITED LIABILITY COMPANY SIBIRSKAYA UGOLNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБИРСКАЯ УГОЛЬНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 14, Ofis 7D, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032216202 (Russia); Registration Number 1155032010066 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO SILKVEY (a.k.a. SILKWAY LIMITED LIABILITY COMPANY; a.k.a. SILKWAY LLC), Pr-d Onezhskiy D. 3A, Str. 3, Floor 2, Pom. II, Kom 13, Moscow 129085, Russia; Tax ID No. 9717089129 (Russia); Registration Number 1197746757563 (Russia) [RUSSIA-EO14024].

OOO SITI-DEVELOPMENT (a.k.a. CITY DEVELOPMENT LIMITED LIABILITY COMPANY (Cyrillic: СИТИ-ДЕВЕЛОПМЕНТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 6 str. 2 etazh 2 pomeshch/kom I/35, naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 23 Nov 2016; Tax ID No. 7703420058 (Russia); Government Gazette Number 05682317 (Russia); Registration Number 5167746363758 (Russia) [RUSSIA-EO14024] (Linked To: USM CITY LIMITED LIABILITY COMPANY).

OOO SK LADOGA (a.k.a. LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SUDOKHODNAIA KOMPANIIA LADOGA), Office 18, ulitsa Kirova 1, Astrakhan 414000, Russia; 3 Gogol St., building 2, letter A, room 55, Astrakhan 414024, Russia; Tax ID No. 3016048892 (Russia); Identification Number IMO 5252029; Registration Number 1063016028877 (Russia) [RUSSIA-EO14024].

OOO Skai17 (a.k.a. LIMITED LIABILITY COMPANY SKAY17 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКАЙ17); a.k.a. "Sky17"), d. 19 k. 4 kv. 368, ul. Eletskaya, Moscow 115583, Russia; Tax ID No. 9729098657 (Russia); Registration Number 1177746619137 (Russia) [RUSSIA-EO14024].

OOO SMART LNG (a.k.a. LIMITED LIABILITY COMPANY MODERN MARINE ARCTIC TRANSPORT SPG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЙ МОРСКОЙ АРКТИЧЕСКИЙ ТРАНСПОРТ СПГ); a.k.a. OOO SMART SPG), ul. Udaltsova 2, Moscow 119415, Russia; Tax

ID No. 9729290230 (Russia); Registration Number 1197746631653 (Russia) [RUSSIA-EO14024].

OOO SMART SPG (a.k.a. LIMITED LIABILITY COMPANY MODERN MARINE ARCTIC TRANSPORT SPG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЙ МОРСКОЙ АРКТИЧЕСКИЙ ТРАНСПОРТ СПГ); a.k.a. OOO SMART LNG), ul. Udaltsova 2, Moscow 119415, Russia; Tax ID No. 9729290230 (Russia); Registration Number 1197746631653 (Russia) [RUSSIA-EO14024].

OOO SMARTLOGISTER (a.k.a. SMART LINES TRADING FZC; a.k.a. SMARTLOGISTER), pr-t Vernadskogo, d. 29, Business Center Leto, office 804A, Moscow, Russia; ul. Vvedenskogo, d. 23A, str. 3, et. 6, pom. XX, kom. 62, of. 1I, Moscow 117342, Russia; ul. Krupskoi 19/17, a/ya 108, Moscow 119331, Russia; Venture Zone Business Center, office no. 1703, Dubai, United Arab Emirates; PO Box 1828, Sohar Free Zone, Sohar, North Al Batinah Governate 130, Oman; Tax ID No. 7728356076 (Russia); License L2032319 (Oman); alt. License L2125557 (Oman); Registration Number 5167746459084 (Russia); alt. Registration Number 1466126 (Oman) [RUSSIA-EO14024].

OOO SMARTTURBOTEKH (a.k.a. SMART TURBO TECHNOLOGY LTD; a.k.a. SMART TURBO TEKHNOLODZHI; a.k.a. SMARTTURBOTECH LTD), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

OOO 'SMT-K' (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

OOO SOKHRA (Cyrillic: ООО СОХРА) (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

OOO SOLAR SEKYURITI (a.k.a. ROSTELEKOM SOLAR; a.k.a. "RT SOLAR"), Ul. Vyatskaya, 35/4 Bts Vyatka, Moscow 127015, Russia; Per. Nikitskiy, 7c1, Moscow 125009, Russia; Tax ID No. 7718099790 (Russia); Registration Number 1157746204230 (Russia) [RUSSIA-EO14024].

OOO SOLID (a.k.a. SOLID LTD), ul Mira 4, Novorossiysk, Krasnodarskiy kray 630024, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

OOO SPETSVOLTAZH (a.k.a. LIMITED LIABILITY COMPANY SPETSVOLTAZH; a.k.a. SPECVOLT), ul. Kantemirovskaya d. 12, lit. A, pomeshch. # 19-N office 18, Saint Petersburg 194100, Russia; Tax ID No. 7802634149 (Russia); Registration Number 1177847317306 (Russia) [RUSSIA-EO14024].

OOO SSK PORT (a.k.a. LIMITED LIABILITY COMPANY SSK PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ССК ПОРТ)), 23A Admiral Fadeyev St., Office 17, Sevastopol 299057, Ukraine; Organization Established Date 27 Jul 2017; Tax ID No.

9201521828 (Russia); Registration Number 1179204006640 (Russia) [RUSSIA-EO14024].

OOO SSK ZVEZDA (Cyrillic: ООО ССК ЗВЕЗДА) (a.k.a. LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СУДОСТРОИТЕЛЬНЫЙ КОМПЛЕКС ЗВЕЗДА)), ul. Alleya Truda 19V, Bolshoi Kamen 692806, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2503032517 (Russia); Registration Number 1152503000539 (Russia) [RUSSIA-EO14024].

OOO STANDARD LINE (a.k.a. OOO STANDART LAIN), ul. Ilyushina (Aviatsionny Mkr.), str. 2A, pom. 64, Domodedovo, Moscow 142007, Russia; sh. Kashirskoe d.7, Domodedovo 142000, Russia; Tax ID No. 5009082825 (Russia); Registration Number 1125009001655 (Russia) [RUSSIA-EO14024].

OOO STANDART LAIN (a.k.a. OOO STANDARD LINE), ul. Ilyushina (Aviatsionny Mkr.), str. 2A, pom. 64, Domodedovo, Moscow 142007, Russia; sh. Kashirskoe d.7, Domodedovo 142000, Russia; Tax ID No. 5009082825 (Russia); Registration Number 1125009001655 (Russia) [RUSSIA-EO14024].

OOO STG LOGISTIK (a.k.a. LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК); a.k.a. STG STROYTRANSGAZ LOGISTIC; a.k.a. "STG LOGISTIC"), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [SYRIA] [SYRIA-CAESAR].

OOO 'STG-EKO' (a.k.a. 'STG-EKO' LLC), Street Zastavskaya Building 22, Part A, Saint Petersburg 196084, Russia; Website http://www.stg-eco.ru/; Email Address info@stg-eco.ru; alt. Email Address info.rb@stg-eco.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097847009215 (Russia); Tax ID No. 7816458415 (Russia) [UKRAINE-EO13685].

OOO STRAKHOVOI BROKER SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY

SBERBANK INSURANCE BROKER; a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO STROYTRANSGAZ (a.k.a. STROYTRANSGAZ LLC), House 65, Novocheremushkinskaya, Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OOO SUDOKHODNAIA KOMPANIIA AZIA (a.k.a. AZIA SHIPPING COMPANY; a.k.a. "AZSCO"), 29, Posetskaya Str., Vladivostok 690091, Russia; Tax ID No. 2540195189 (Russia); Identification Number IMO 5766958; Registration Number 1132540008732 (Russia) [RUSSIA-EO14024].

OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT; a.k.a. TAIMYRNEFTEGAZ-PORT LLC; a.k.a. TAYMYRNEFTEGAZ-PORT), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

OOO TAMOZHENNAYA KARTA (Cyrillic: ООО ТАМОЖЕННАЯ КАРТА) (a.k.a. TAMOZHENNAYA KARTA), proezd Berezovoi Roshchi, dom 12, Moscow 125252, Russia; Per. Plotnikov, d. 19/38, str. 2, Moscow 119002, Russia; Organization Established Date 16 Jun 2000; Tax ID No. 710357343 (Russia); Registration Number 1027739703672 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OOO TD PODSHIPNIK TRADE (a.k.a. "PODTRADE"), ul. Marshala Rybalko, d. 2, bldg. 6, floor 3, pom. 1, kom. 20, office 19, Moscow 123060, Russia; Ostapovsky proezd, d. 3, bldg. 6/7, office 211, Moscow 109316, Russia; Tax ID No. 7724850252 (Russia); Registration Number 1127747042830 (Russia) [RUSSIA-EO14024].

OOO TD SIBIRSKIY PODSHIPNIK, ul. Dzerzhinskovo, 31-9, Vologda 160033, Russia; ul. Gagarina, d. 84A, Vologda 160028, Russia; Tax ID No. 5403180330 (Russia); Registration Number 1055403103865 (Russia) [RUSSIA-EO14024].

OOO TEHNOLOGII KREDITOVANYA (a.k.a. OOO LENDING TECHNOLOGIES; a.k.a. TEKHNOLOGII KREDITOVANIYA LIMITED LIABILITY COMPANY), Room 1.104, 23/1 Vavilova St., Moscow 117312, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736317458 (Russia); Registration Number 1187746782519 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OOO TEKHNOKRATIIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOKRATIYA), Ul. Mikhaila Milya D. 65A, Office 202, Kazan, Republic of Tatarstan 420127, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Feb 2011; Tax ID No.

1656060774 (Russia); Registration Number 1111690067818 (Russia) [RUSSIA-EO14024].

OOO TEKHNOLOGII SISTEMY I KOMPLEKSY (a.k.a. TECHNOLOGIES SYSTEMS AND COMPLEXES LIMITED; a.k.a. "TSC LTD"), Per. Perevedenovskii d. 21, str. 13, floor 1, pomeshch. 10, Moscow 105082, Russia; Tax ID No. 7701922888 (Russia); Registration Number 1117746474010 (Russia) [RUSSIA-EO14024].

OOO TIKHOOKEANSKAIA GORNAIA KOMPANIIA (a.k.a. LIMITED LIABILITY COMPANY TIKHOOKEANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИХООКЕАНСКАЯ ГОРНАЯ КОМПАНИЯ), 2 Volgogradskiy Avenue, Floor 11, Room 9, Moscow 109316, Russia; Tax ID No. 9709077962 (Russia); Registration Number 1227700067539 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

OOO TITAN-MICRO (a.k.a. TITAN-MIKRO), ul. Svobody d. 103, str. 8, floor 2, kom. 4, Moscow 125481, Russia; 11th Floor, 65 Profsoyuznaya Street, Moscow, Russia; Tax ID No. 6230119259 (Russia); Registration Number 1216200001533 (Russia) [RUSSIA-EO14024].

OOO TK FLY BRIDGE (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGICHESKAYA KOMPANIYA FLAI BRIDZH), Pr-Kt Patsaeva, d. 7, k. 1, office 28/1, Dolgoprudnyi 141707, Russia; Tax ID No. 5008054416 (Russia); Registration Number 1105047006954 (Russia) [RUSSIA-EO14024].

OOO TKH-INVEST (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TKKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

OOO TKKH-INVEST (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a.

LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

OOO TORGOVY DOM ASBEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TD ASBEST), d. 37 k. A ofis 20, ul. Rigachina, Petrozavodsk, Kareliya Resp. 185005, Russia; Organization Established Date 12 Aug 2015; Tax ID No. 1001299770 (Russia); Government Gazette Number 12859420 (Russia); Registration Number 1151001009972 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO TPK ARGUS NV (a.k.a. LIMITED LIABILITY COMPANY TRADING PRODUCTION COMPANY ARGUS NV; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TORGOVO PROMYSHLENNAIA KOMPANIIA ARGUS NV), 16 Dzershinsk Ul., Dzerzhinsky 140090, Russia; 7 Kosinskaya St., Moscow 111538, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731459018 (Russia); Registration Number 5137746039008 (Russia) [RUSSIA-EO14024].

OOO TRANSLAININVEST (a.k.a. LIMITED LIABILITY COMPANY TRANSLINEINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНСЛАЙНИНВЕСТ), 17 Bolshoy Levshinskiy Lane, Room II, Moscow 119034, Russia; Organization Type: Activities of holding companies; Tax ID No. 7704311301 (Russia); Registration Number 1157746279316 (Russia) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

OOO TRANSOIL (Cyrillic: ООО ТРАНСОЙЛ) (a.k.a. TRANSOIL SNG LIMITED COMPANY), Petrogradskaya Nab 18 A, Saint Petersburg, Russia; 31/1 Mayakovskogo, Saint Petersburg

191014, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811139006 (Russia); Registration Number 1037825043200 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY TRANSSERVIS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС); a.k.a. TRANSSERVICE LLC), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

OOO TRAST LODZHISTIKS GRUPP (a.k.a. TRUST LOGISTICS GROUP LLC), u. Yurovskaya D. 92, pom.I komn. 40, Moscow 125466, Russia; ul. Baryshikha, 32 korp. 1, pomeshch. 1/1, Moscow 125368, Russia; Organization Established Date 22 Oct 2014; Tax ID No. 7733899720 (Russia); Registration Number 5147746261823 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

OOO TREST ROSSPETSENERGOMONTAZH (a.k.a. LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ); a.k.a. TREST ROSSPETSENERGOMONTAZH OOO; a.k.a. TRUST ROSSPETSENERGOMONTAZH), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

OOO TRIALKOM, Ul. Ivana Chernykh D. 29, Lit. A, Pomeshch. 37-N, Office 503-2, Saint Petersburg 198095, Russia; Tax ID No. 7805791446 (Russia); Registration Number 1227800044460 (Russia) [RUSSIA-EO14024].

OOO TUVAASBEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT TUVAASBEST), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Organization Established Date 09 Jun 2015; Tax ID No. 1718002461 (Russia); Government

Gazette Number 09058314 (Russia); Registration Number 1151722000154 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

OOO UK YUGK (Cyrillic: ООО УК ЮГК) (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY UGC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЮГК)), D. 20 Ofis 210, Ul. Kooperativnaya, Plast 457035, Russia; Tax ID No. 7451258929 (Russia); Registration Number 1077451028907 (Russia) [RUSSIA-EO14024] (Linked To: STRUKOV, Konstantin Ivanovich).

OOO VARNA MINERALZ (a.k.a. LIMITED LIABILITY COMPANY VARNA MINERALS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВАРНА МИНЕРАЛЗ)), 40 Bolshoy Boulevard, Floor 5, Room 116, Moscow 121205, Russia; Tax ID No. 9709066167 (Russia); Registration Number 1207700385628 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

OOO VEB ENGINEERING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB INNOVATSIYA (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo,

Moscow 121205, Russia; Website vebinnovations.ru; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB INZHINIRING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB ENGINEERING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB KAPITAL (a.k.a. LLC VEB CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA; a.k.a. VEB CAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VEB VENCHURS (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S

OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OOO VENTURE FUND SME (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

OOO VIKTORIIA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIKTORIYA; a.k.a. VIKTORIYA OOO), Ul. Ordzhonikidze D. 18, KV. 4, Izhevsk, Republic of Udmurtia 426063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 18 Nov 2005; Tax ID No. 1831107925 (Russia); Registration Number 1051800646920 (Russia) [RUSSIA-EO14024].

OOO VMK, ul. im Kutyakova I.S. d. 64a, office 32A, Saratov 410012, Russia; Samara, Russia; Tax ID No. 6450104152 (Russia); Registration Number 1186451024759 (Russia) [RUSSIA-EO14024].

OOO VNESHEKOSTIL, Sh. Kashirskoe D. 55, K. 5, Pomeshch. 1/1, Moscow 115211, Russia; Tax ID No. 7724362880 (Russia); Registration Number 1167746423382 (Russia) [RUSSIA-EO14024].

OOO VO TECHNOPROMEXPORT (a.k.a. LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. OOO VO TPE), Novyi Arbat Str. 15, Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

OOO VO TPE (a.k.a. LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. OOO VO TECHNOPROMEXPORT), Novyi Arbat Str. 15, Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

OOO VOK KONVOI (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI; a.k.a. PMC CONVOY; a.k.a. PRIVATE MILITARY COMPANY CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000204 (Russia) [RUSSIA-EO14024].

OOO VOLGA GROUP (Cyrillic: ООО ВОЛГА ГРУП) (a.k.a. VOLGA GROUP HOLDING LIMITED LIABILITY COMPANY), Begovaya St., Dom 3, Str. 1, Moscow 12528, Russia; Timura Frunze, House 11, Building 1, floor 2, unit IV, room 2, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7718989383 (Russia); Registration Number 1147746803049 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OOO VOSTOKUGOL DIKSON (a.k.a. LLC VU DIKSON (Cyrillic: ООО ВУ ДИКСОН)), ul.

Voronina 2A Pgt., Dikson 647340, Russia; Tax ID No. 2469003640 (Russia); Registration Number 1172468032549 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

OOO VTTS BASPIK (a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGIKAL CENTER BASPIK; a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGY CENTER BASPIK), Ul. Nikolaeva 44, Korp. 6, Vladikavkaz 362021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1503002091 (Russia); Registration Number 1021500671719 (Russia) [RUSSIA-EO14024].

OOO YAKHT-TREID (Cyrillic: ООО ЯХТ-ТРЕЙД) (a.k.a. YAKHT TREID), Sh. Leningradskoe D. 39, Str. 6, Moscow 125212, Russia; Organization Established Date 01 Oct 2010; Tax ID No. 7743794726 (Russia); Registration Number 1107746800270 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

OOO YUESEM TELEKOM (a.k.a. LIMITED LIABILITY COMPANY USM TELECOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮЭСЭМ ТЕЛЕКОМ)), Rublevskoe Highway, Building 28, Floor 13, Room 40, Moscow 121609, Russia; Organization Established Date 09 Jun 2018; Tax ID No. 9731003959 (Russia); Registration Number 1187746556150 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

OOO YUNIDZHET (Cyrillic: ООО ЮНИДЖЕТ) (a.k.a. UNIJET; a.k.a. "UNIJET COMPANY LIMITED"), Moscow, Russia; Website unijet.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Dec 2009; Tax ID No. 7703711949 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

OOO YUPEL (a.k.a. UPEL), prospekt Moskovski, d. 189/4, pom. 1/12, Voronezh 394066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662175985 (Russia); Registration Number 1123668023566 (Russia) [RUSSIA-EO14024].

OOO YUTV GRUPPA (a.k.a. LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ КАПИТАЛ ГРУП)), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 470, Moscow 105066, Russia; Tax ID No. 7726415826 (Russia); Registration Number 5177746159542 (Russia) [RUSSIA-EO14024].

OOO ZAVOD KDM (a.k.a. ZAVOD KOMPLEKSNYE DOROZHNYE MASHINY), Ul. Udarnikov D.1, Smolensk 214012, Russia; Tax ID No. 6730053398 (Russia); Registration Number 1046758319090 (Russia) [RUSSIA-EO14024].

OOO ZEMELNYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY LAND TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗЕМЕЛЬНЫЕ ТЕХНОЛОГИИ)), 29 Vereyskaya Street, Building 134, Office V215, Khimki, Moscow Oblast 121357, Russia; Organization Established Date 01 Mar 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703583101 (Russia); Registration Number 1067746329914 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

OOO ZENIT FACTORING MSP (a.k.a. LIMITED LIABILITY COMPANY ZENIT FAKTORING MSP), Ul. Odesskaya D. 2, Floor 14, Pom. V, Kom. 23, Moscow 117638, Russia; Organization Established Date 15 Feb 2016; Target Type Financial Institution; Tax ID No. 7728330720 (Russia); Registration Number 1167746163991 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

OOO ZENIT FINANCE (a.k.a. LIMITED LIABILITY COMPANY ZENIT FINANS), Ul. Odesskaya D. 2, Floor 18, Pomeshch. II, Moscow 117638, Russia; Organization Established Date 19 Jan 2018; Target Type Financial Institution; Tax ID No. 7702428209 (Russia); Registration Number 1187746040910 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

OOO ZENIT LEASING (a.k.a. LIMITED LIABILITY COMPANY ZENIT LIZING), Ul. Odesskaya D. 2, Floor 13, Pom. II, Moscow

117638, Russia; Organization Established Date 07 May 2018; Target Type Financial Institution; Tax ID No. 7702431360 (Russia); Registration Number 1187746463824 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

OPEN JOINT STOCK BANK TRANSCAPITALBANK (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY "KONTSERN IZHMASH" (a.k.a. OJSC KONTSERN IZHMASH), 3 Deryabin Proezd, Izhevsk, Udmurt Republic 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Public Registration Number 1021801434380 [UKRAINE-EO13661].

OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ (a.k.a. AESTC SOYUZ; f.k.a. MOSKOVSKOYE NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE SOYUZ), 2/4, Luzhnetskaya Naberezhnaya, Moscow 119270, Russia; Tax ID No. 7704104217 (Russia); Registration Number 1027739017162 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY ALEVKURP (a.k.a. JSC ALEVKURP; a.k.a. OJSC ALEVKURP; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП); Cyrillic: ОАО АЛЕВКУРП)), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type

State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY ALFA-BANK (a.k.a. ALFA-BANK; a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY AMKODOR MANAGEMENT HOLDING COMPANY (a.k.a. AMKODOR OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AMKODOR UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA), D. 8, kom. 201, Nezhiloe pomeshchenie, ul. P. Brovki, Minsk 220013, Belarus; Tax ID No. 100135676 (Belarus); Government Gazette Number 05762507 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP (a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION

ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

OPEN JOINT STOCK COMPANY AVTOVAZ (a.k.a. AO AVTOVAZ; a.k.a. JOINT STOCK COMPANY AVTOVAZ), Sh. Yuzhnoe D. 36, Tol'yatti 445024, Russia; Organization Established Date 20 Jul 1966; Tax ID No. 6320002223 (Russia); Government Gazette Number 00232934 (Russia); Registration Number 1026301983113 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD (a.k.a. BALASHIKHA CASTING MECHANICAL PLANT OJSC; a.k.a. "BLMZ"), 4, Entuziastov, Balashikha 143912, Russia; Tax ID No. 5001000027 (Russia); Registration Number 1025000510534 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT (a.k.a. AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: АКА: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY (a.k.a. AAT BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA

OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY BELAVIA BELARUSIAN AIRLINES (a.k.a. BELAVIA BELARUSIAN AIRLINES; a.k.a. JOINT STOCK COMPANY AVIACOMPANY BELAVIA; a.k.a. OAO AVIAKOMPANIYA BELAVIA (Cyrillic: ОАО АВИАКОМПАНИЯ БЕЛАВИА)), 14A, Nemiga str., Minsk 220004, Belarus; Tax ID No. 600390798 (Belarus); Government Gazette Number 011286185000 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК) (a.k.a. BPS SBERBANK OJSC; a.k.a. BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК); a.k.a. SBER BANK), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC

BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ) (f.k.a. BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE; a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OJSC BSW MANAGEMENT COMPANY OF BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY CORPORATION NOVOSIBIRSK PLANT ELEKTROSIGNAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ НОВОСИБИРСКИЙ ЗАВОД ЭЛЕКТРОСИГНАЛ) (a.k.a. ELEKTROSIGNAL CORPORATION; a.k.a. OAO ELEKTROSIGNAL PLANT), 31 Dobrolyubova St., Building 2, Floor 3, Novosibirsk, Novosibirsk Region 630009, Russia; Tax ID No. 5405262331 (Russia); Registration Number 1035401944291 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY CRYOGENMASH (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

OPEN JOINT STOCK COMPANY DOLTA (a.k.a. AKTSIONERNOE OBSHCHESTVO DOLTA), Ul. Vereiskaya D. 29A, Str. 4, Moscow, 121351, Russia; Tax ID No. 7715352814 (Russia); Registration Number 1027715012863 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY EBC MANAGEMENT COMPANY (a.k.a. OAO UPRAVLAYUSHAYA KOMPANIYA EPK; a.k.a. "OAO UK EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 2, Moscow 115088, Russia; ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Tax ID No. 7723557068 (Russia); Registration Number 1057749391028 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC

TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO; a.k.a. AO ELARA; a.k.a. ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY INVESTCAPITALBANK (a.k.a. INVESTCAPITALBANK; a.k.a. INVESTKAPITALBANK; a.k.a. OJSC INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

OPEN JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK 'RUSSIAN FINANCIAL ALLIANCE' (a.k.a. RFA BANK; a.k.a. RUSSIAN

FINANCIAL ALLIANCE BANK; a.k.a. "AKB RFA, OAO"; a.k.a. "OJSC JSCB RFA"), per. Maly Karetny, d. 11-13, str. 1, Moscow 127051, Russia; SWIFT/BIC MNGRRUMM; Website www.rfabank.ru; all offices worldwide [SYRIA] (Linked To: KHURI, Mudalal; Linked To: ILYUMZHINOV, Kirsan Nikolayevich).

OPEN JOINT STOCK COMPANY KAZAN PLANT ELECTROPRIBOR (a.k.a. KAZAN PLANT ELECTRIC DEVICE OPEN JOINT STOCK COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD ELEKTROPRIBOR), Ul. Nikolaya Ershova D. 20, Kazan 420061, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1655064494 (Russia); Registration Number 1041621021749 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ)), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64a, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. KHRTZ PAO; a.k.a. OAO KHRTZ; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK (a.k.a. OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК); a.k.a. OJSC KRAYINVESTBANK; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК)), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY LIT FONON (a.k.a. JOINT STOCK COMPANY LIT PHONON), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7718016680 (Russia); Registration Number 1027700256616 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. MMK PAO; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number

253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIYA OAO; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ

(Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY MINSK CIVIL AVIATION PLANT 407 (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD GRAZHDANSKOI AVIATSII 407 (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ ЗАВОД ГРАЖДАНСКОЙ АВИАЦИИ 407)), 134 Territory of National Airport Minsk, Minsk 220054, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100092616 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNIY ZAVOD AVANGARD; a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY 'MOSTOTREST' (a.k.a. MOSTOTREST; a.k.a. MOSTOTREST, PAO; a.k.a. PJSC MOSTOTREST; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331 (Russia); Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

OPEN JOINT STOCK COMPANY MTS BANK (f.k.a. MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. PJSC MTS BANK; a.k.a. PUBLIC JOINT STOCK COMPANY MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY MUROMTEPLOVOZ, 10 Filatova Street, Murom City 602252, Russia; Tax ID No. 3307001169 (Russia); Registration Number 1023302151828 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT (a.k.a. JSC POWER MACHINES; f.k.a. PJSC POWER MACHINES; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RADIOAVIONIKA (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS (a.k.a. AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН)), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OPEN JOINT STOCK COMPANY RIKOR ELECTRONICS (a.k.a. JOINT STOCK COMPANY RIKOR ELECTRONICS), Ul. Pobedy D. 9, Arzamas 607232, Russia; Tax ID No. 5243001622 (Russia); Registration Number 1025201335279 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА) (a.k.a. AO ROSELEKTRONIKA; a.k.a. JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА); a.k.a. JSC RUSSIAN ELECTRONICS), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29,

Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OPEN JOINT STOCK COMPANY RUSSIAN INSTITUTE OF RADIONAVIGATION AND TIME (a.k.a. "JSC RIRT"), Pl. Rastrelli D. 2, Saint Petersburg 191124, Russia; Pr-kt Obukhovskoi Oborony D. 120, Lit. ets, Saint Petersburg 192012, Russia; 19 Staraya Basmannaya str., building 12, Moscow 105066, Russia; Organization Established Date 07 Sep 1956; Tax ID No. 7825507108 (Russia); Registration Number 1037843100052 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUS SHIPYARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC NPP PULSAR; a.k.a. JSC SPC PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI; a.k.a. "OAO SKB PA"), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY STANKOGOMEL (a.k.a. OAO STANKOGOMEL (Cyrillic: ОАО СТАНКОГОМЕЛЬ); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO STANKOGOMEL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТАНКОГОМЕЛЬ)), D. 10, Nezhiloe pomeshchenie, ul. Internatsionalnaya, Gomel 246640, Belarus; Organization Established Date 07 Dec 1995; Target Type State-Owned Enterprise; Tax ID No. 400085002 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. NPP START IM. A. I. YASKINA AO), 24 Pribaltiyskaya str., Yekaterinburg, Sverdlovsk 620007, Russia; Tax

ID No. 6662054224 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK (a.k.a. AKB METALLINVESTBANK; a.k.a. PJSC SCB METALLINVESTBANK; a.k.a. PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО) (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. SVETLOGORSKKHIMVOLKNO OAO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

OPEN JOINT STOCK COMPANY TAMBOVSKY BAKERY (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TAMBOVSKII KHLEBOKOMBINAT), 57 Volodarsky St, Tambov 392008, Russia; Tax ID No. 6832000275 (Russia); Registration Number 1026801228387 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia;

Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY URALELECTROMED (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT (a.k.a. OJSC PLANT IM VA DEGTYAREVA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA; a.k.a. "OAO ZID"), 4 Truda St., Kovrov 601900, Russia; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

OPEN JOINT STOCK COMPANY VEB LEASING (a.k.a. OAO VEB LIZING; a.k.a. OJSC VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OPEN JOINT-STOCK COMPANY BELARUSKALI (a.k.a. AAT BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛІЙ); a.k.a.

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛІЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛИЙ); a.k.a. JSC BELARUSKALI; a.k.a. OAO BELARUSKALIY; a.k.a. OJSC BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛИЙ)), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK' (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА

ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

OPEN JOINT-STOCK COMPANY ROSGOSSTRAKH BANK (a.k.a. PAO ROSGOSSTRAKH BANK (Cyrillic: ПАО РОСГОССТРАХ БАНК); f.k.a. "RUSS-BANK"), Stroenie 2, 43 Myasnickaya ul., Moscow 107078, Russia; SWIFT/BIC RUIDRUMM; Website www.rgsbank.ru; Tax ID No. 7718105676 (Russia); Registration Number

1027739004809 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК) (a.k.a. AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK; a.k.a. JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК); a.k.a. JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

OPEN JSC NORTHERN SHIPPING COMPANY (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG' (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email

Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OPERA, 8eme etage, Immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Organization Type: Activities of holding companies; Target Type Private Company; Commercial Registry Number CD/KNG/RCCM/18-B-01188 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: ASHDALE SETTLEMENT GERCO SAS).

OPERADORA DE REPOSTERIAS Y RESTAURANTES, S.A. DE C.V., Naciones Unidas 6875 B9C, Virreyes Residencial, Zapopan, Jalisco, Mexico; Folio Mercantil No. 85508 (Mexico) [SDNTK].

OPERADORA DEL HUMAYA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 16 Oct 2003; R.F.C. OHU0310161G2 (Mexico); Folio Mercantil No. 73385 (Mexico) [ILLICIT-DRUGS-EO14059].

OPERADORA EFICAZ PEGASO, Benito Juarez 862, Culiacan, Sinaloa, Mexico; Benito Juarez 889, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 79264-1 (Mexico) [SDNTK] (Linked To: ALVAREZ INZUNZA, Juan Manuel).

OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Blvd. Bellas Artes, No. 17686, No. Int. 5, Col. Garita de Otay, Tijuana, Baja California, Mexico; R.F.C. OIC040925SA9 (Mexico) [SDNTK].

OPERADORA LOS FAMOSOS, S.A. DE C.V. (a.k.a. KENZO SUSHI; a.k.a. OPERADORA LOS FAMOSOS, S.A.P.I. DE C.V.), Calle Ottawa #1568 T, Plaza Fusion Galerias, Colonia Providencia, Guadalajara, Jalisco, Mexico; Av. Providencia 1568, Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Real Acueducto #360 Int 1-A, Zapopan, Jalisco, Mexico; Website www.kenzosushi.mx; R.F.C. OFA101214KG1 (Mexico) [SDNTK].

OPERADORA LOS FAMOSOS, S.A.P.I. DE C.V. (a.k.a. KENZO SUSHI; a.k.a. OPERADORA LOS FAMOSOS, S.A. DE C.V.), Calle Ottawa #1568 T, Plaza Fusion Galerias, Colonia Providencia, Guadalajara, Jalisco, Mexico; Av. Providencia 1568, Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Real Acueducto #360 Int 1-A, Zapopan, Jalisco, Mexico; Website www.kenzosushi.mx; R.F.C. OFA101214KG1 (Mexico) [SDNTK].

OPERADORA PARQUE ALAMEDAS, S. DE R.L. DE C.V., Culiacan, Sinaloa, Mexico;

Organization Established Date 08 Nov 2006; Folio Mercantil No. 76172 (Mexico) [ILLICIT-DRUGS-EO14059].

OPERADORA RESTAURANTERA DEL SOL NACIENTE, S. DE R.L. DE C.V., Calle Kukulcan No. Ext.4783, Col. Mirador del Sol, Zapopan, Jalisco C.P. 45054, Mexico; R.F.C. ORS120904BL2 (Mexico) [SDNTK].

OPERADORA VALPARK, S.A. DE C.V., Avenida Cuauhtemoc 1711, Ofc. 305A, Zona Rio, Tijuana, Baja California, Mexico; Calle Netzahuacoyotl y Paseo Centenario, Tijuana, Baja California, Mexico [SDNTK].

OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V., Vallarta No. 2380, Col. Colinas De San Javier, Guadalajara, Jalisco, Mexico; R.F.C. OAR001006113 (Mexico); Folio Mercantil No. 15247 (Mexico) [SDNTK].

OPG GLOBAL GENERAL TRADING CO. L.L.C (Arabic: شركة التجارة العامة جلوبال بي جي اوج), Bur Dubai Al Fahedy (الشخص الواحد ذ.م.م), Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Dec 2022; Business Registration Number 1127555 (United Arab Emirates); Economic Register Number (CBLS) 11980239 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

OPKHM OOO (a.k.a. AKVAMARIN LIMITED LIABILITY COMPANY (Cyrillic: АКВАМАРИН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU AKVAMARIN), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 21 Jan 2008; Tax ID No. 7715683541 (Russia); Government Gazette Number 84724217 (Russia); Registration Number 1087746081246 (Russia) [RUSSIA-EO14024].

OPLOT, Donetsk, Ukraine; Kharkiv, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

OPTIMA FREIGHT OY, Manttaalitie 5, Vantaa, Uusimaa 01530, Finland; Manttaalitie 5-7, Vantaa 01530, Finland; Website www.optimafreight.fi; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration

Number 23923991 (Finland) [CYBER2] (Linked To: DIVETECHNOSERVICES).

OPTIMA INVEST OOO (a.k.a. LIMITED LIABILITY COMPANY OPTIMA INVEST), ul. Lyusinovskaya, d. 28/19 str. 6, Moscow, Russia; Tax ID No. 7705993897 (Russia); Registration Number 1127746621804 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

OPTIMA, OOO (Cyrillic: ООО ОПТИМА) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPTIMA), d. 2 korp. 2 pom. 1, ul., Kominterna Moscow, Moscow 129344, Russia; D-U-N-S Number 50-579-8144; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7716740680 (Russia); Government Gazette Number 17325717 (Russia); Registration Number 1137746232260 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

OPTIMUS DRAIV (a.k.a. LLC OPTIMUS DRIVE), Ul. Bolshaya Pochtovaya D. 26V, Str. 2, Pomeshch. 2/1, Moscow 105082, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9718040380 (Russia); Registration Number 5167746448260 (Russia) [RUSSIA-EO14024].

OPTOLINK RPC LLC (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK; a.k.a. OOO NPK OPTOLINK; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

OPTRON STAVROPOL CORP (a.k.a. AKTSIONERNOE OBSCHESTVO OPTRON STAVROPOL; a.k.a. GAZTRON CORP; a.k.a. JOINT STOCK COMPANY OPTRON STAVROPOL), 431 Lenina Str., Stavropol 355000, Russia; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

OPUS ENERGY TRADING LLC, Aspin Commercial Tower Trade Center, First 335-117, Dubai, United Arab Emirates; Organization Established Date 02 Mar 2022; Registration Number 1689571 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: OREKHOV, Yury Yuryevich).

OQUIST KELLEY, Paul Herbert, Managua, Nicaragua; DOB 19 Oct 1943; POB Oak Park, Illinois, United States; nationality Nicaragua; Gender Male; Passport A00001478 (Nicaragua) issued 27 Jul 2018 expires 27 Jul 2028 (individual) [NICARAGUA].

ORAMA PROPERTIES LTD, Palm Grove House, P.O. Box 438, Road Town, Tortola, Virgin Islands, British; Public Registration Number 1041202 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

ORANGE VOLUNTEERS, United Kingdom [SDGT].

ORBE SEVILLANO, Zigor; DOB 22 Sep 1975; POB Basauri, Vizcaya Province, Spain; D.N.I. 45.622.851 (Spain); Member ETA (individual) [SDGT].

ORBIT INTERNATIONAL FZE (Arabic: اوربت ج م م انترناشيونال) (a.k.a. ORBIT INTERNATIONAL GROUP LLC), PO Box 346059, Office no. 902, Saba 1, Jumeirah Lakes Towers, Dubai, United Arab Emirates; ELOB Office No. E2-123G-20, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 18 Aug 2011; Trade License No. 8251 (United Arab Emirates); Economic Register Number (CBLS) 11580667 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ORBIT INTERNATIONAL GROUP LLC (a.k.a. ORBIT INTERNATIONAL FZE (Arabic: اوربت ج م م انترناشيونال))), PO Box 346059, Office no. 902, Saba 1, Jumeirah Lakes Towers, Dubai, United Arab Emirates; ELOB Office No. E2-123G-20, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 18 Aug 2011; Trade License No. 8251 (United Arab Emirates); Economic Register Number (CBLS) 11580667 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ORBIT PETROCHEMICALS (a.k.a. ORBIT PETROCHEMICALS LLC; a.k.a. ORBIT PETROCHEMICALS TRADING LLC), P.O. Box 2800, Seeb, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number

1089008 (Oman) [SDGT] (Linked To: NIMR INTERNATIONAL L.L.C.).

ORBIT PETROCHEMICALS LLC (a.k.a. ORBIT PETROCHEMICALS; a.k.a. ORBIT PETROCHEMICALS TRADING LLC), P.O. Box 2800, Seeb, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 1089008 (Oman) [SDGT] (Linked To: NIMR INTERNATIONAL L.L.C.).

ORBIT PETROCHEMICALS TRADING LLC (a.k.a. ORBIT PETROCHEMICALS; a.k.a. ORBIT PETROCHEMICALS LLC), P.O. Box 2800, Seeb, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 1089008 (Oman) [SDGT] (Linked To: NIMR INTERNATIONAL L.L.C.).

ORBITA KAPITAL PARTNERZ (a.k.a. LIMITED LIABILITY COMPANY ORBITA CAPITAL PARTNERS), Per. Bolshoi Savvinskii D. 8, Str. 1, Pomeshch. 1, Chast/Kom. 6, Moscow 119435, Russia; Tax ID No. 7706453157 (Russia); Registration Number 1187746417979 (Russia) [RUSSIA-EO14024].

ORBITAL HORIZONS CORP., Panama; RUC # 1196790-1-581234 (Panama) [SDNTK].

ORCHID REGIONAL COMPANY FOR GENERAL TRADING AND CONTRACTING (a.k.a. ORCHIDIA REGIONAL FOR GENERAL TRADING AND CONTRACTING COMPANY (Arabic: شركة اوركيدا الاقليمية للتجاره العامه والمقاولات); a.k.a. ORCHIDIA REGIONAL GEN. TRAD. & CONT. CO.), Al Farwaniyah- Jeleeb Al-Shuyoukh-'Abdullah Mutlaq al-Musaylim Street, Kuwait; 1 Bullah Almusailam Av, Jeleeb Alshuokh, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jul 2006; Trade License No. 114367 (Kuwait); Chamber of Commerce Number 103054 (Kuwait) [SDGT].

ORCHIDIA REGIONAL FOR GENERAL TRADING AND CONTRACTING COMPANY (Arabic: شركة اوركيدا الاقليمية للتجاره العامه والمقاولات) (a.k.a. ORCHID REGIONAL COMPANY FOR GENERAL TRADING AND CONTRACTING; a.k.a. ORCHIDIA REGIONAL GEN. TRAD. & CONT. CO.), Al Farwaniyah- Jeleeb Al-Shuyoukh-'Abdullah Mutlaq al-Musaylim Street, Kuwait; 1 Bullah Almusailam Av, Jeleeb Alshuokh, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jul 2006;

Trade License No. 114367 (Kuwait); Chamber of Commerce Number 103054 (Kuwait) [SDGT].

ORCHIDIA REGIONAL GEN. TRAD. & CONT. CO. (a.k.a. ORCHID REGIONAL COMPANY FOR GENERAL TRADING AND CONTRACTING; a.k.a. ORCHIDIA REGIONAL FOR GENERAL TRADING AND CONTRACTING COMPANY (Arabic: شركة الاوركيدا الاقليمه للتجاره العامه والمقاولات) Al Farwaniyah- Jeleeb Al-Shuyoukh-'Abdullah Mutlaq al-Musaylim Street, Kuwait; 1 Bullah Almusailam Av, Jeleeb Alshuokh, Kuwait; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Jul 2006; Trade License No. 114367 (Kuwait); Chamber of Commerce Number 103054 (Kuwait) [SDGT].

ORDENOV, Gennady Ivanovich (Cyrillic: ОРДЕНОВ, Геннадий Иванович), Russia; DOB 04 Sep 1957; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORDOUBADI, Nader Talebzadeh, Iran; DOB 1954; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

O'REILLY, Dermot, United Arab Emirates; DOB 18 Oct 1979; POB Ireland; nationality Ireland; Gender Male; Passport LT8798899 (Ireland) (individual) [RUSSIA-EO14024] (Linked To: ARX FINANCIAL ENGINEERING LIMITED).

OREKHOV, Yury Yuryevich, One at Palm Jumeirah, SA Unit 701, Blue Water Island, Dubai, United Arab Emirates; DOB 30 Mar 1980; POB Almaty, Kazakhstan; nationality Russia; citizen Russia; Gender Male; Passport 756454133 (Russia); alt. Passport 531182863 (Russia) (individual) [RUSSIA-EO14024].

ORELLANA ERAZO, Hector Manuel (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

ORELLANA MORALES, Jairo Estuardo (a.k.a. "EL PELON"), Aldea Dona Maria, Zacapa, Guatemala; DOB 28 Sep 1973; POB Zacapa, Guatemala; nationality Guatemala; citizen

Guatemala; Cedula No. R-19 42080 (Guatemala); Passport 111904000420805 (Guatemala) issued 28 Aug 2008 expires 28 Aug 2013 (individual) [SDNTK].

ORESHKIN, Maksim Stanislavovich (a.k.a. ORESHKIN, Maxim Stanislavovich (Cyrillic: ОРЕШКИН, Максим Станиславович)), Russia; DOB 21 Jul 1982; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ORESHKIN, Maxim Stanislavovich (Cyrillic: ОРЕШКИН, Максим Станиславович) (a.k.a. ORESHKIN, Maksim Stanislavovich), Russia; DOB 21 Jul 1982; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ORFALI, Khodr (a.k.a. ORPHALI, Khedr; a.k.a. ORPHALY, Khodr; a.k.a. ORPHALY, Khudr; a.k.a. URFALI, Khudr); DOB 1956; POB Deir Ezzor, Syria; Minister of Economy and Foreign Trade (individual) [SYRIA].

ORGANIC DISTRICT B.V., Huygensstraat 42, JM, Boxtel 5283, Netherlands; Organization Established Date 31 Mar 2021; Tax ID No. 862449091 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus).

ORGANISATION DE REHABILITATION TAMOULE (a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka;

Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORGANISATION PRE LA REHABILITATION TAMIL (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy

Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND

OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF

MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District,

Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ORGANIZACION EMPRESARIAL A DE J HENAO M E HIJOS Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; Km. 5 Via Aeropuerto, Hacienda Coque, Cartago, Colombia; NIT # 800157331-1 (Colombia) [SDNT].

ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA S.C.S., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; NIT # 800140477-1 (Colombia) [SDNT].

ORGANIZATIA DE CREDITARE NEBANCARA LIDER LEASING SRL, Str. Eminescu M., 35, Chisinau 2000, Moldova; Organization Established Date 24 May 2011; Registration Number 101160001911 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

ORGANIZATION AND GUIDANCE DEPARTMENT, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

ORGANIZATION FOR ENGINEERING INDUSTRIES (a.k.a. HANDASIEH), PO Box 21120 Baramkeh, Damascus, Syria; PO Box 2849, Al Moutanabi Street, Damascus, Syria; PO Box 5966, Abou Bakr Al Seddeq St., Damascus, Syria [NPWMD].

ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST;

a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES (a.k.a. THE ORGANIZATION FOR TECHNICAL INDUSTRIES), Sham Algadida OTip Box, Damascus 11037, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

ORGANIZATION OF RIGHT AGAINST WRONG (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH;

a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

ORGANIZATION OF THE OPPRESSED ON EARTH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION;

a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORGEYEVA, Marina Eduardovna (Cyrillic: ОРГЕЕВА, Марина Эдуардовна), Russia; DOB 21 Sep 1959; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORIENT CLUB, Al Najmeh Square - Abou Romaaneh 6737, Damascus, Syria [SYRIA] (Linked To: FOZ, Samer).

ORIENT SHIPPING LIMITED, Lot 18, Bay Street, Kingstowne, Saint Vincent and the Grenadines [IRAQ2].

ORIENTAL DYNASTY LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1558345 (Hong Kong) [SDGT] (Linked To: AHMAD, Firas Nazem).

ORIENTAL IRON COMPANY SPRL (a.k.a. "ORICO"), 18 Avenue de la park, Ngaliema, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

ORIENTAL OIL KISH, Second Floor, 96/98 East Atefi St., Africa Blvd., Tehran, Iran; Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ORIENTAL REVIEW, Russia; Website www.orientalreview.org [RUSSIA-EO14024].

ORIENTE CONTRATISTAS GENERALES S.A., Jr. San Martin 707, Int. 201, Trujillo, Peru; RUC # 20167975616 (Peru) [SDNTK].

ORIENTE TOURS S.R.L., Jr. Soledad 113, Oficina 302, Lima, Peru; RUC # 20107539884 (Peru) [SDNTK].

ORION LIMITED LIABILITY COMPANY, Ul. Dovatora D. 4/7, Pomeshch. 1/P, Kom. 3, Moscow 119048, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9704113582 (Russia); Registration Number 1227700018996 (Russia) [RUSSIA-EO14024].

ORKA FAJNANS SKOPJE DOOEL (a.k.a. ORKA FINANCE), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 08 Feb 2010; Tax ID No. MK4057010505107 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

ORKA FINANCE (a.k.a. ORKA FAJNANS SKOPJE DOOEL), Skupi 3A, Karposh 1020,

North Macedonia, The Republic of; Organization Established Date 08 Feb 2010; Tax ID No. MK4057010505107 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

ORKA HOLDING AD (Cyrillic: ОРКА ХОЛДИНГ), Skupi 3A, Skopje 1000, North Macedonia, The Republic of; Organization Established Date 13 May 2005; Tax ID No. 4030005550719 (North Macedonia, The Republic of); Business Registration Number 5989876 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

ORLOV, Aleksey Maratovich (a.k.a. ORLOV, Alexei Maratovich (Cyrillic: ОРЛОВ, Алексей Маратович)), Russia; DOB 09 Oct 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORLOV, Alexei Maratovich (Cyrillic: ОРЛОВ, Алексей Маратович) (a.k.a. ORLOV, Aleksey Maratovich), Russia; DOB 09 Oct 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORLOV, Stanislav Alexandrovich (a.k.a. "Spaniard"), 4 Fomichevoi Street, Apartment 3, Moscow 125481, Russia; DOB 21 Feb 1981; POB Moscow, Russia; nationality Russia; Gender Male; Passport 4507686257 (Russia); National ID No. 11308319818 (Russia); Tax ID No. 773370193596 (Russia) (individual) [RUSSIA-EO14024].

ORLOV, Vasilii Alexandrovich (a.k.a. ORLOV, Vasiliy Aleksandrovich (Cyrillic: ОРЛОВ, Василий Александрович)), Amur region, Russia; DOB 14 Apr 1975; POB Blagoveshchensk, Amur region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 280109955929 (Russia) (individual) [RUSSIA-EO14024].

ORLOV, Vasiliy Aleksandrovich (Cyrillic: ОРЛОВ, Василий Александрович) (a.k.a. ORLOV, Vasilii Alexandrovich), Amur region, Russia; DOB 14 Apr 1975; POB Blagoveshchensk, Amur region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 280109955929 (Russia) (individual) [RUSSIA-EO14024].

ORLOVA, Natalya Alekseyevna (Cyrillic: ОРЛОВА, Наталья Алексеевна), Russia; DOB 29 Aug 1969; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ORNELAS FERREIRA, Jose Adelino (a.k.a. ORNELLA FERREIRA, Jose Adelino; a.k.a. ORNELLAS FERREIRA, Jose Adelino), Caracas, Capital Disrict, Venezuela; DOB 14 Dec 1964; Gender Male; Cedula No. 7087964 (Venezuela) (individual) [VENEZUELA-EO13884].

ORNELLA FERREIRA, Jose Adelino (a.k.a. ORNELAS FERREIRA, Jose Adelino; a.k.a. ORNELLAS FERREIRA, Jose Adelino), Caracas, Capital Disrict, Venezuela; DOB 14 Dec 1964; Gender Male; Cedula No. 7087964 (Venezuela) (individual) [VENEZUELA-EO13884].

ORNELLAS FERREIRA, Jose Adelino (a.k.a. ORNELAS FERREIRA, Jose Adelino; a.k.a. ORNELLA FERREIRA, Jose Adelino), Caracas, Capital Disrict, Venezuela; DOB 14 Dec 1964; Gender Male; Cedula No. 7087964 (Venezuela) (individual) [VENEZUELA-EO13884].

OROFINO NV (a.k.a. "OROFINO"), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Activities of holding companies; Target Type Public Company; Enterprise Number 0892529761 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

OROPEZA MEDRANO, Francisco Javier, Avenida los Reyes 18108-D, Fraccionamiento Villa de Baja California 22684, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 23 Feb 1968; POB Coahuila, Mexico (individual) [SDNTK].

OROZCO RODRIGUEZ, Sergio Armando (a.k.a. "CHOCHO"), Puerto Vallarta, Jalisco, Mexico; DOB 16 Feb 1967; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. OORS670216HJCRDR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ORPHALI, Khedr (a.k.a. ORFALI, Khodr; a.k.a. ORPHALY, Khodr; a.k.a. ORPHALY, Khudr; a.k.a. URFALI, Khudr); DOB 1956; POB Deir Ezzor, Syria; Minister of Economy and Foreign Trade (individual) [SYRIA].

ORPHALY, Khodr (a.k.a. ORFALI, Khodr; a.k.a. ORPHALI, Khedr; a.k.a. ORPHALY, Khudr; a.k.a. URFALI, Khudr); DOB 1956; POB Deir Ezzor, Syria; Minister of Economy and Foreign Trade (individual) [SYRIA].

ORPHALY, Khudr (a.k.a. ORFALI, Khodr; a.k.a. ORPHALI, Khedr; a.k.a. ORPHALY, Khodr;

a.k.a. URFALI, Khudr); DOB 1956; POB Deir Ezzor, Syria; Minister of Economy and Foreign Trade (individual) [SYRIA].

ORT FRANCE (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122,

Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

ORTEGA MURILLO, Camila Antonia, Nicaragua; DOB 04 Nov 1987; POB Managua, Nicaragua; nationality Nicaragua; Gender Female; Passport A00000114 (Nicaragua) issued 28 Jun 2012 expires 28 Jun 2022; National ID No. 0010411870001B (Nicaragua) (individual) [NICARAGUA].

ORTEGA MURILLO, Juan Carlos, Montoya 1 Csur 1c Arriba 1 C Sur, Managua, Nicaragua; DOB 17 Oct 1981; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A0007589 (Nicaragua) issued 28 Feb 2007 expires 27 Feb 2012 (individual) [NICARAGUA].

ORTEGA MURILLO, Laureano Facundo (a.k.a. ORTEGA, Laureano); DOB 20 Nov 1982; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000684 (Nicaragua) expires 26 Sep 2023; National ID No. 0012011820046M (individual) [NICARAGUA].

ORTEGA MURILLO, Rafael Antonio (a.k.a. "ORTEGA, Payo"), KM 13 Carretera Masaya, Managua, Nicaragua; DOB 09 Dec 1968; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000204 (Nicaragua) issued 06 Aug 2012 expires 06 Aug 2022; National ID No. 0010912680053D (Nicaragua) (individual) [NICARAGUA].

ORTEGA RIOS, Calixto Antonio (Latin: ORTEGA RÍOS, Calixto Antonio), Maracaibo, Zulia, Venezuela; DOB 12 Oct 1950; POB San Rafael del Mojan, Zulia, Venezuela; citizen Venezuela; Gender Male; Cedula No. 3264031 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

ORTEGA, Laureano (a.k.a. ORTEGA MURILLO, Laureano Facundo); DOB 20 Nov 1982; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000684 (Nicaragua) expires 26 Sep 2023; National ID No. 0012011820046M (individual) [NICARAGUA].

ORTEGA, Miguel (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge; DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

ORTIZ ESPINEL, Gustavo Adolfo (a.k.a. PEREZ OCAMPO, German Alberto), CL34E9115, Medellin, Colombia; DOB 14 Jun 1965; alt. DOB 12 Jun 1971; citizen Colombia; Cedula No. 16361849 (Colombia); alt. Cedula No. 79183678 (Colombia) (individual) [SDNTK] (Linked To: COMPRA VENTA GERPEZ).

ORTIZ ESPINEL, Juan Jose (a.k.a. PEREZ OCAMPO, Santiago), Subasta Santa Clara, Sahagun, Colombia; DOB 15 Nov 1956; alt. DOB 10 May 1961; POB Andinapolis, Trujillo, Valle, Colombia; citizen Colombia; Cedula No. 16351833 (Colombia); alt. Cedula No. 294885 (Colombia) (individual) [SDNTK].

ORUMIYEH PRISON (a.k.a. URMIA CENTRAL PRISON; a.k.a. URMIA PRISON), Orumiyeh City, West Azerbaijan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

OSADCHII, Nikolay (a.k.a. OSADCHIY, Nikolay Ivanovich (Cyrillic: ОСАДЧИЙ, Николай Иванович); a.k.a. OSADCHY, Nikolay Ivanovich), Russia; DOB 08 Dec 1957; POB Tuapse, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSADCHIY, Nikolay Ivanovich (Cyrillic: ОСАДЧИЙ, Николай Иванович) (a.k.a. OSADCHII, Nikolay; a.k.a. OSADCHY, Nikolay Ivanovich), Russia; DOB 08 Dec 1957; POB Tuapse, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSADCHUK, Aleksandr Vladimirovich, Russia; DOB 17 Nov 1962; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA]

(Linked To: MAIN INTELLIGENCE DIRECTORATE).

OSADCHY, Nikolay Ivanovich (a.k.a. OSADCHII, Nikolay; a.k.a. OSADCHIY, Nikolay Ivanovich (Cyrillic: ОСАДЧИЙ, Николай Иванович)), Russia; DOB 08 Dec 1957; POB Tuapse, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSAMA TRADING COMPANY LTD (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو) (a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLOO, Mohammad Taqi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taghi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLOU, Mohammad Taghi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLOU, Mohammad Taqi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taghi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSANLU, Mohammad Taghi (a.k.a. OSANLOO, Mohammad Taghi (Arabic: محمد تقی اصانلو); a.k.a. OSANLOO, Mohammad Taqi; a.k.a. OSANLOU, Mohammad Taghi; a.k.a. OSANLOU, Mohammad Taqi; a.k.a. OSANLU, Mohammad Taqi), Urmia, Iran; DOB 30 Nov 1962; POB Zanjan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10512748 (Iran) expires 13 Apr 2024; IRGC Brigadier General (individual) [IRGC] [IFSR]

[IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OSBORNE DIS TICARET LIMITED SIRKETI (a.k.a. GIF GROUPE DINVESTISSEMENT FINANCI OSBORNE DIS TIC LTD STI), Yakuplu Mah. Hurriyet Bul. Skyport Sitesi, Skyport Residence Blok No. 1 ic, Kap 1 No. 64 Beylikduzu, Istanbul, Turkey; Organization Established Date 27 Jun 2022; Tax ID No. 6481617870 (Turkey) [RUSSIA-EO14024].

OSEGUERA CERVANTES, Antonio (a.k.a. MORA GARIBAY, Joel; a.k.a. "Tony Montana"), Priv Linda Vista 3986, Fracc El Soler, Tijuana, B.C. 22110, Mexico; DOB 20 Aug 1958; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. OECA580820HMNSRN04 (Mexico); I.F.E. OSCRAN58082016H800 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

OSEGUERA CERVANTES, Nemesio (a.k.a. OSEGUERA CERVANTES, Ruben; a.k.a. "Mencho"), Mexico; DOB 17 Jul 1966; alt. DOB 17 Jul 1964; POB Naranjo de Chila, Aguililla, Michoacan, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

OSEGUERA CERVANTES, Ruben (a.k.a. OSEGUERA CERVANTES, Nemesio; a.k.a. "Mencho"), Mexico; DOB 17 Jul 1966; alt. DOB 17 Jul 1964; POB Naranjo de Chila, Aguililla, Michoacan, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

OSERMACA (a.k.a. OBRAS, SERVICIOS Y MANTENIMIENTOS C.A.), Av. Cristobal Colon, Arterial 7, Centro Empresarial Colon, Planta Alta, Ofic. B1, Ciudad Ojeda, Zulia, Venezuela; RIF # J-31136071-9 (Venezuela) [SDNTK].

OSETROVA, Maria Aleksandrovna (Cyrillic: ОСЕТРОВА, Мария Александровна (a.k.a. OSETROVA, Mariya Aleksandrovna; f.k.a. ZAKHAROVA, Maria Aleksandrovna (Cyrillic: ЗАХАРОВА, Мария Александровна)), 272 Pushkinskaya St., Apt. 41, Izhevsk 426008, Russia; DOB 07 Jan 1988; POB Russia; nationality Russia; Gender Female; Tax ID No. 183116181362 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

OSETROVA, Mariya Aleksandrovna (a.k.a. OSETROVA, Maria Aleksandrovna (Cyrillic: ОСЕТРОВА, Мария Александровна); f.k.a. ZAKHAROVA, Maria Aleksandrovna (Cyrillic: ЗАХАРОВА, Мария Александровна)), 272 Pushkinskaya St., Apt. 41, Izhevsk 426008,

Russia; DOB 07 Jan 1988; POB Russia; nationality Russia; Gender Female; Tax ID No. 183116181362 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

OSIEL CARDENAS-GUILLEN ORGANIZATION (a.k.a. CARTEL DEL GOLFO; a.k.a. GULF CARTEL; a.k.a. "CDG"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

OSIN, Pavel Mikhailovich (a.k.a. OSIN, Pavel Mikhaylovich (Cyrillic: ОСИН, Павел Михайлович)), Russia; DOB 14 May 1978; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 773129841560 (Russia) (individual) [RUSSIA-EO14024].

OSIN, Pavel Mikhaylovich (Cyrillic: ОСИН, Павел Михайлович) (a.k.a. OSIN, Pavel Mikhailovich), Russia; DOB 14 May 1978; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 773129841560 (Russia) (individual) [RUSSIA-EO14024].

OSIPOV, Aleksander Mikhailovich (a.k.a. OSIPOV, Aleksandr Mikhailovich (Cyrillic: ОСИПОВ, Александр Михайлович); a.k.a. OSIPOV, Alexander Mikhailovich), Zabaykalye Region, Russia; DOB 28 Sep 1969; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

OSIPOV, Aleksandr Mikhailovich (Cyrillic: ОСИПОВ, Александр Михайлович) (a.k.a. OSIPOV, Aleksander Mikhailovich; a.k.a. OSIPOV, Alexander Mikhailovich), Zabaykalye Region, Russia; DOB 28 Sep 1969; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

OSIPOV, Alexander Mikhailovich (a.k.a. OSIPOV, Aleksander Mikhailovich; a.k.a. OSIPOV, Aleksandr Mikhailovich (Cyrillic: ОСИПОВ, Александр Михайлович)), Zabaykalye Region, Russia; DOB 28 Sep 1969; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван (a.k.a. OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович); a.k.a. SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван); a.k.a. SPIRIDONOV, Ivan Vasilyevich), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович) (a.k.a. OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван); a.k.a. SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван); a.k.a. SPIRIDONOV, Ivan Vasilyevich), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

OSKOL ELECTROMETALLURGICAL PLANT AO (Cyrillic: ОСКОЛЬСКИЙ ЭЛЕКТРОМЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ ИМЕНИ АЛЕКСЕЯ АЛЕКСЕЕВИЧА УГАРОВА АКЦИОНЕРНОЕ ОБЩЕСТВО), Prospekt Alekseya Ugarova, 218, Zdanie 2, Stary Oskol, Belgorod Oblast 309515, Russia; Organization Established Date 29 Apr 1993; Registration ID 1023102358620 (Russia); Tax ID No. 3128005752 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

OSMAKOV, Vasiliy Sergeevich (Cyrillic: ОСЬМАКОВ, Василий Сергеевич) (a.k.a. OSMAKOV, Vasily Sergeyevich), Moscow, Russia; DOB 08 Jun 1983; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

OSMAKOV, Vasily Sergeyevich (a.k.a. OSMAKOV, Vasiliy Sergeevich (Cyrillic: ОСЬМАКОВ, Василий Сергеевич)), Moscow, Russia; DOB 08 Jun 1983; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

OSOO KARGOLAYN (a.k.a. CARGOLINE LLC), Str. Shabdan Baatyra 27/1, Bishkek 720001, Kyrgyzstan; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210145 (Kyrgyzstan) [RUSSIA-EO14024].

OSOO PROFFLAB (a.k.a. LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ); a.k.a. LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ); a.k.a. PROFFLAB LIMITED LIABILITY COMPANY), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

OSOO PROGRESS LIDER (a.k.a. PROGRESS LEADER LLC), Skryabina 39/1, Bishkek 720001, Kyrgyzstan; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210310 (Kyrgyzstan) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SIAISI).

OSOO RM DIZAYN AND DEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

OSOO RM DIZAYN END DEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Organization Established

Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

OSORIO ZAMBRANO, Carlos Alberto, Miranda, Venezuela; DOB 10 Oct 1966; citizen Venezuela; Gender Male; Cedula No. 6397281 (Venezuela); President of the Superior Organ of Venezuela's Transport Mission (individual) [VENEZUELA].

OSPINA MURILLO, Wilmer, c/o CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A., Granada, Meta, Colombia; c/o ESTACION DE SERVICIO LA FLORESTA DE FUENTE DE ORO, Fuente de Oro, Meta, Colombia; c/o ESTACION DE SERVICIO LA TURQUESA, Puerto Lleras, Meta, Colombia; c/o ESTACION DE SERVICIO SERVIAGRICOLA DEL ARIARI, Puerto Lleras, Meta, Colombia; c/o LA TASAJERA DE FUENTE DE ORO, Fuente de Oro, Meta, Colombia; c/o WISMOTOS FUENTE DE ORO, Fuente de Oro, Meta, Colombia; c/o CIA. AGROINDUSTRIAL PALMERA S.A., Villavicencio, Colombia; DOB 26 May 1970; Cedula No. 17344677 (Colombia) (individual) [SDNTK].

OSSEIRAN, Ali (a.k.a. ASAYRAN, Ali Raaouf; a.k.a. ASAYRAN, Ali Ra'ouf; a.k.a. OSSEIRAN, Ali Raouf), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

OSSEIRAN, Ali Raouf (a.k.a. ASAYRAN, Ali Raaouf; a.k.a. ASAYRAN, Ali Ra'ouf; a.k.a. OSSEIRAN, Ali), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

OSTAD, Hamid, Iran; DOB 1964 to 1966; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

OSTAD, Mohammad Reza, Iran; DOB 22 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 3520258560 (Iran) (individual) [CAATSA - IRAN].

OSTADAKBARI, Alireza, Iran; DOB 23 Apr 1988; POB Delijan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z30367974 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

OSTANINA, Nina Aleksandrovna (Cyrillic: ОСТАНИНА, Нина Александровна), Russia; DOB 26 Dec 1955; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OSTEC ENTERPRISE LTD (a.k.a. PREDPRIYATIE OSTEK), ul. Moldavskaya d. 5, korp. 2, Moscow 121467, Russia; Organization Established Date 19 Jan 1994; Tax ID No. 7731480806 (Russia); Registration Number 5147746169951 (Russia) [RUSSIA-EO14024].

OSTEC-ARTTOOL LTD (a.k.a. OSTEK-ARTTUL), ul. Moldavskaya d. 5/2, Moscow 121467, Russia; ul. Barklaya d. 6, str. 3, et/kom 5/1-17, Moscow 121087, Russia; Organization Established Date 02 Apr 2007; Tax ID No. 7731481038 (Russia); Registration Number 5147746189036 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

OSTEC-EC LTD (a.k.a. OSTEK-EK), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481077 (Russia); Registration Number 5147746189070 (Russia) [RUSSIA-EO14024].

OSTEC-ELECTRO LTD (a.k.a. OSTEK-ELEKTRO), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731483966 (Russia); Registration Number 5147746324754 (Russia) [RUSSIA-EO14024].

OSTEC-ETC LTD (a.k.a. OSTEK-ETK), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Nab. Luzhnetskaya 2/4, str. 16, et/pom. 3/303, Moscow 119270, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481052 (Russia); Registration Number 5147746189058 (Russia) [RUSSIA-EO14024].

OSTEC-INTEGRA LTD (a.k.a. OSTEK-INTEGRA OOO), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; ul. Partizanskaya d. 25, et/pom/kom 4/I/8, 8A 8B 9 9A 9B 9V 10-20 33,

Moscow 121351, Russia; Organization Established Date 17 Nov 2011; Tax ID No. 7731416984 (Russia); Registration Number 1117746929717 (Russia) [RUSSIA-EO14024].

OSTEC-SMT LTD (a.k.a. OSTEK-SMT), ul. Kulakova d. 20, str. 1G, Moscow 123592, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481045 (Russia); Registration Number 5147746189047 (Russia) [RUSSIA-EO14024].

OSTEC-ST LTD (a.k.a. OSTEK-ST), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 24 Jun 2009; Tax ID No. 7731630120 (Russia); Registration Number 1097746369820 (Russia) [RUSSIA-EO14024].

OSTEC-TEST LTD (a.k.a. OSTEK-TEST), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481020 (Russia); Registration Number 5147746189025 (Russia) [RUSSIA-EO14024].

OSTEK-ARTTUL (a.k.a. OSTEC-ARTTOOL LTD), ul. Moldavskaya d. 5/2, Moscow 121467, Russia; ul. Barklaya d. 6, str. 3, et/kom 5/1-17, Moscow 121087, Russia; Organization Established Date 02 Apr 2007; Tax ID No. 7731481038 (Russia); Registration Number 5147746189036 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

OSTEK-EK (a.k.a. OSTEC-EC LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481077 (Russia); Registration Number 5147746189070 (Russia) [RUSSIA-EO14024].

OSTEK-ELEKTRO (a.k.a. OSTEC-ELECTRO LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731483966 (Russia); Registration Number 5147746324754 (Russia) [RUSSIA-EO14024].

OSTEK-ETK (a.k.a. OSTEC-ETC LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Nab. Luzhnetskaya 2/4, str. 16, et/pom. 3/303, Moscow 119270, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481052 (Russia); Registration Number 5147746189058 (Russia) [RUSSIA-EO14024].

OSTEK-INTEGRA OOO (a.k.a. OSTEC-INTEGRA LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; ul. Partizanskaya d.

25, et/pom/kom 4/I/8, 8A 8B 9 9A 9B 9V 10-20 33, Moscow 121351, Russia; Organization Established Date 17 Nov 2011; Tax ID No. 7731416984 (Russia); Registration Number 1117746929717 (Russia) [RUSSIA-EO14024].

OSTEK-SMT (a.k.a. OSTEC-SMT LTD), ul. Kulakova d. 20, str. 1G, Moscow 123592, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481045 (Russia); Registration Number 5147746189047 (Russia) [RUSSIA-EO14024].

OSTEK-ST (a.k.a. OSTEC-ST LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 24 Jun 2009; Tax ID No. 7731630120 (Russia); Registration Number 1097746369820 (Russia) [RUSSIA-EO14024].

OSTEK-TEST (a.k.a. OSTEC-TEST LTD), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481020 (Russia); Registration Number 5147746189025 (Russia) [RUSSIA-EO14024].

OSTOZHENKA 19 (a.k.a. LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19); a.k.a. LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19 OOO), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

OSTOZHENKA 19 OOO (a.k.a. LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19); a.k.a. LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

OSTROUSKY, Alexander (a.k.a. OSTROWSKY, Alexander), Zurich, Switzerland; DOB 21 Aug 1963; nationality Austria; alt. nationality Switzerland; citizen Austria; Gender Male; Passport X3278664 (Switzerland) (individual)

[RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OSTROVSKIY, Aleksey Vladimirovich (a.k.a. OSTROVSKIY, Alexey Vladimirovich (Cyrillic: ОСТРОВСКИЙ, Алексей Владимирович)), Smolensk, Russia; DOB 14 Jan 1976; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772912868708 (Russia) (individual) [RUSSIA-EO14024].

OSTROVSKIY, Alexey Vladimirovich (Cyrillic: ОСТРОВСКИЙ, Алексей Владимирович) (a.k.a. OSTROVSKIY, Aleksey Vladimirovich), Smolensk, Russia; DOB 14 Jan 1976; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772912868708 (Russia) (individual) [RUSSIA-EO14024].

OSTROVSKY, Svyatoslav Yevgenievich (a.k.a. OSTROVSKY, Svyatoslav Evgenievich (Cyrillic: ОСТРОВСКИЙ, Святослав Евгеньевич)), Russia; DOB 09 Mar 1979; POB Krasnodar Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

OSTROVSKY, Svyatoslav Evgenievich (Cyrillic: ОСТРОВСКИЙ, Святослав Евгеньевич) (a.k.a. OSTROVSKY, Svyatoslav Yevgenievich), Russia; DOB 09 Mar 1979; POB Krasnodar Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

OSTROWSKY, Alexander (a.k.a. OSTROUSKY, Alexander), Zurich, Switzerland; DOB 21 Aug 1963; nationality Austria; alt. nationality Switzerland; citizen Austria; Gender Male; Passport X3278664 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

OSUNA GODOY, Rolando (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

OSUNA, Gilberto (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

OTEGUI UNANUE, Mikel; DOB 08 Oct 1972; POB Itsasondo, Guipuzcoa Province, Spain; D.N.I. 44.132.976 (Spain); Member ETA (individual) [SDGT].

OTHMAN, Hasan Chehadeh (Arabic: حسن شحاده عثمان) (a.k.a. OTHMAN, Hassan Shehadeh; a.k.a. "UTHMAN, Hassan"), Baalbak, Lebanon; DOB 29 Jun 1979; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 3571577 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

OTHMAN, Hassan Shehadeh (a.k.a. OTHMAN, Hasan Chehadeh (Arabic: حسن شحاده عثمان); a.k.a. "UTHMAN, Hassan"), Baalbak, Lebanon; DOB 29 Jun 1979; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 3571577 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

OTIK AVIATION (a.k.a. OTIK HAVACILIK SANAYI VE TICARET LIMITED SIRKETI), Kent Pasaji C Blok No: 2/33-3, Halaskargazi Caddesi Eftal Sokak Sisli, Istanbul 34371, Turkey; Halaskar Gazi Cad. Eftal Sk. Kent Pasaji No: 2/33 Sisli, Istanbul 31371, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 844437 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR).

OTIK HAVACILIK SANAYI VE TICARET LIMITED SIRKETI (a.k.a. OTIK AVIATION), Kent Pasaji C Blok No: 2/33-3, Halaskargazi Caddesi Eftal Sokak Sisli, Istanbul 34371, Turkey; Halaskar Gazi Cad. Eftal Sk. Kent Pasaji No: 2/33 Sisli, Istanbul 31371, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 844437 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR).

OTKE, Anna Ivanovna (Cyrillic: ОТКЕ, Анна Ивановна), Russia; DOB 21 Dec 1974; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OTKRITIE ASSET MANAGEMENT LTD (a.k.a. OOO OTKRITIE ASSET MANAGEMENT (Cyrillic: ООО УК ОТКРЫТИЕ); a.k.a. UK OTKRYTIE), Ul. Kozhevnicheskaya, d. 14, str. 5, Moscow 115114, Russia; Organization Established Date 08 Dec 2000; Tax ID No. 7705394773 (Russia); Registration Number 1027739072613 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE BANK (a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

OTKRITIE BROKER GROUP (Cyrillic: ГРУППА ОТКРЫТИЕ БРОКЕР) (a.k.a. AKTSIONERNOE OBSHCHESTVO OTKRYTIE BROKER; a.k.a. AO OTKRYTIE BROKER), ul. Letnikovskaya, d. 2, str. 4, Moscow 115114, Russia; Organization Established Date 28 Dec 1995; Tax ID No. 7710170659 (Russia); Registration Number 1027739704772 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE CAPITAL CYPRUS LIMITED (a.k.a. OTKRITIE CAPITAL LIMITED), Millios Building, flat no: 2, Amathoyntos 42, Limassol 4532, Cyprus; Organization Established Date 06 Sep 2005; Registration Number C165058 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE CAPITAL LIMITED (a.k.a. OTKRITIE CAPITAL CYPRUS LIMITED), Millios Building, flat no: 2, Amathoyntos 42, Limassol 4532, Cyprus; Organization Established Date 06 Sep 2005; Registration Number C165058 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT

STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE LTD (a.k.a. OTKRITIE LTD GROUP), Nicolaou Pentadromos Center, flat no: 908G, floor no: 9, Agias Zonis & Thessalonikis 1, Limassol 3025, Cyprus; Organization Established Date 25 Jul 2012; Registration Number C309722 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE LTD GROUP (a.k.a. OTKRITIE LTD), Nicolaou Pentadromos Center, flat no: 908G, floor no: 9, Agias Zonis & Thessalonikis 1, Limassol 3025, Cyprus; Organization Established Date 25 Jul 2012; Registration Number C309722 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. "JSC KZSK"; a.k.a. "OAO KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

OTKRYTIE FAKTORING (a.k.a. OOO OTKRITIE FACTORING (Cyrillic: ООО ОТКРЫТИЕ ФАКТОРИНГ)), Pr-kt Andropova, d. 18, korpus 6, pom. 4-07, Moscow 115432, Russia; ul. Letnikovskaya, d. 10, str. 4, floor 7, pomeshch. I/45, Moscow 115114, Russia; Organization Established Date 21 Apr 2016; Tax ID No. 7725314818 (Russia); Registration Number 1167746399897 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRITIE KAPITAL (a.k.a. OOO OTKRITIE CAPITAL (Cyrillic: ООО ОТКРЫТИЕ КАПИТАЛ)), ul. Spartakovskaya, d. 5, str. 1, pom. IX, et mansarda, kom 6A, Moscow 105066, Russia; Organization Established Date 27 Apr 2020; Tax ID No. 9701158264 (Russia); Registration Number 1207700158973 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE

AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL (a.k.a. JSC ELECTROVIPRYAMITEL; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL), 126, Proletarskaya Str, Saransk 430001, Russia; Tax ID No. 1325013893 (Russia); Registration Number 1021301064950 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA (a.k.a. GAZAVTOMATIKA; a.k.a. JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL OAO; a.k.a. MZ ARSENAL PAO), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: OAO OAK); a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ

КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PAO; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA (a.k.a. AB ROSSIYA, OAO; f.k.a. AKTSIONERNY BANK RUSSIAN FEDERATION; a.k.a. BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП) (a.k.a. JSC ALEVKURP; a.k.a. OJSC ALEVKURP; a.k.a. OPEN JOINT STOCK COMPANY ALEVKURP), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO AMKODOR UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA (a.k.a. AMKODOR OAO; a.k.a. OPEN JOINT STOCK COMPANY AMKODOR MANAGEMENT HOLDING COMPANY), D. 8, kom. 201, Nezhiloe pomeshchenie, ul. P. Brovki, Minsk 220013,

Belarus; Tax ID No. 100135676 (Belarus); Government Gazette Number 05762507 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD ELEKTROPRIBOR (a.k.a. KAZAN PLANT ELECTRIC DEVICE OPEN JOINT STOCK COMPANY; a.k.a. OPEN JOINT STOCK COMPANY KAZAN PLANT ELECTROPRIBOR), Ul. Nikolaya Ershova D. 20, Kazan 420061, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1655064494 (Russia); Registration Number 1041621021749 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO KRASNODARSKIY KRAEVOY INVESTITSIONNIY BANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КРАСНОДАРСКИЙ КРАЕВОЙ ИНВЕСТИЦИОННЫЙ БАНК) (a.k.a. OAO KRAYINVESTBANK (Cyrillic: ОАО КРАЙИНВЕСТБАНК); a.k.a. OJSC KRAYINVESTBANK; a.k.a. OPEN JOINT STOCK COMPANY KRASNODAR REGIONAL INVESTMENT BANK), Ulitsa Mira 34, Krasnodar 350063, Russia; Ulitsa Bolshaya Morskaya 23, Sevastopol, Crimea 299011, Ukraine; Ulitsa Dolgorukovskaya/Zhukovskogo/A. Nevskogo 1/1/6, Simferopol, Crimea 295000, Ukraine; SWIFT/BIC KRRIRU22; Website www.kibank.ru; Email Address mail@kibank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022300000029 (Russia); All offices worldwide [UKRAINE-EO13685].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ) (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ

(Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА)), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD GRAZHDANSKOI AVIATSII 407 (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ ЗАВОД ГРАЖДАНСКОЙ АВИАЦИИ 407) (a.k.a. OPEN JOINT STOCK COMPANY MINSK CIVIL AVIATION PLANT 407), 134 Territory of National Airport Minsk, Minsk 220054, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100092616 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO MOSKOVSKI AKTSIONERNY BANK TEMPBANK (a.k.a. MAB TEMPBANK OAO; a.k.a. MOSCOW JOINT-STOCK BANK TEMPBANK OPEN JOINT-STOCK COMPANY; a.k.a. TEMPBANK), 36/50 Lyusinovskaya ul., Moscow 115093, Russia; SWIFT/BIC TMJSRUMM; Website www.tempbank.ru; Email Address info@tempbank.ru; Registration ID 1027739270294 [SYRIA].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD' (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT PRIBOROSTROENIYA IMENI V.V. TIKHOMIROVA (a.k.a. JSC NIIP; a.k.a. JSC V. TIKHOMIROV SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT DESIGN), 3 Ul. Gagarina, Zhukovski, Moskovskaya Obl 140180, Russia; Gagarin Str, 3, Zhukovsky 140180, Russia; Website http://www.niip.ru; Email Address niip@niip.ru; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001627859; Government Gazette Number 13185231 (Russia) [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO NOVO-VYATKA (a.k.a. NOVO VYATKA OPEN JOINT STOCK COMPANY), d. 51 korp. 2 ul. Sovetskaya, Kirov, Kirovskaya obl. 610008, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4345029946 (Russia); Registration Number 1034316578680 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2):

24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION; a.k.a. OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION; a.k.a. "OAO SKB PA"), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO STANKOGOMEL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТАНКОГОМЕЛЬ) (a.k.a. ОАО STANKOGOMEL (Cyrillic: ОАО СТАНКОГОМЕЛЬ); a.k.a. OPEN JOINT STOCK COMPANY STANKOGOMEL), D. 10, Nezhiloe pomeshchenie, ul. Internatsionalnaya, Gomel 246640, Belarus; Organization Established Date 07 Dec 1997; Target Type State-Owned Enterprise; Tax ID No. 400085002 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. SVETLOGORSKKHIMVOLKNO OAO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO TAMBOVSKII KHLEBOKOMBINAT (a.k.a. OPEN JOINT STOCK COMPANY TAMBOVSKY BAKERY), 57 Volodarsky St, Tambov 392008, Russia; Tax ID No. 6832000275 (Russia); Registration Number 1026801228387 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GORIZONT (a.k.a. OJSC HORIZONT HOLDING MANAGEMENT COMPANY (Cyrillic: ОАО УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГОРИЗОНТ); a.k.a. "HORIZONT GROUP"), 35-1 Kuibysheva St., Minsk 220029, Belarus; Target Type State-Owned Enterprise; Tax ID No. 101050240 (Belarus) [BELARUS-EO14038].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO URALSKAYA GORNO METALLURGICHESKAYA KOMPANIYA (a.k.a. JOINT STOCK COMPANY URAL MINING AND METALLURGICAL COMPANY; a.k.a. "UMMC"), 1, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 20 Oct 1999; Tax ID No. 6606013640 (Russia); Government Gazette Number 52306330 (Russia); Registration Number 1026600727713 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING (a.k.a. OAO VEB LIZING; a.k.a. OJSC VEB LEASING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. VEB LEASING OJSC), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia;

Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ) (f.k.a. DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM; a.k.a. JSC VOLGOGRADNEFTEMASH; a.k.a. OAO VOLGOGRADNEFTEMASH), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209

[UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

OTKRYTOE AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII PROEKTNO KONSTRUKTORSKII I TEKHNOLOGICHESKII INSTITUT KABELNOI PROMYSHLENNOSTI (a.k.a. "OAO VNIIKP"), Sh. Entuziastov D. 5, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722002521 (Russia); Registration Number 1027700273985 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA (a.k.a. OJSC PLANT IM VA DEGTYAREVA; a.k.a. OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT; a.k.a. "OAO ZID"), 4 Truda St., Kovrov 601900, Russia; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO (a.k.a. AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНIТ БЕЛОМА); a.k.a. JOINT STOCK COMPANY ZENIT BELOMO; a.k.a. JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО)), 26 Chapayev. Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВIЯ); f.k.a. ADKRYTAE AKTSIYANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВIЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO INTEGRAL (a.k.a. AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ IНТЭГРАЛ - КIРУЮЧАЯ КАМПАНIЯ ХОЛДЫНГУ IНТЭГРАЛ); a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК) (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КIДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КIДМА ТЕК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВIЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВIЯ); a.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AVIAKOMPANIYA TRANSAVIAEXPORT; a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEM (a.k.a. JSC AGAT-SYSTEM (Cyrillic: ОАО АГАТ-СИСТЕМ; Cyrillic: ААТ АГАТ-СIСТЭМ)), 51 Skoriny str,

Minsk 220141, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230470 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ) (a.k.a. ASU-UKKH-GISU OAO; a.k.a. OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ); f.k.a. OJSC AGAT-CONTROL SYSTEMS), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELTRUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛІЙ) (a.k.a. AAT BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛІЙ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛІЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛІЙ); a.k.a. JSC BELARUSKALI; a.k.a. OAO BELARUSKALIY; a.k.a. OJSC BELARUSKALI; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ) (a.k.a. ААТ BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. ADKRYTAYE

AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛІЙНАЯ КОМПАНІЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН) (a.k.a. ААТ HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII

MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. JSC RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

OTKRYTYE AKTIVY OOO (Cyrillic: ООО ОТКРЫТЫЕ АКТИВЫ), d. 12 str. 18 etazh 1 pom. I kom. 40, per. Bolshoi Savvinski, Moscow, 119435, Russia; Tax ID No. 7704840190 (Russia); Business Registration Number 1137746612101 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

OTRADNENSKAYA P AND C FACTORY LLC (a.k.a. OTRADNENSKAYA P&C FACTORY LLC; a.k.a. OTRADNENSKAYA PAPER AND CARTON FACTORY LIMITED LIABILITY COMPANY), Ul. Tsentralnaya D. 4, Pom/Of/Et 4/405/4, Otradnyy 187330, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4706042352 (Russia); Registration Number 1214700011019 (Russia) [RUSSIA-EO14024].

OTRADNENSKAYA P&C FACTORY LLC (a.k.a. OTRADNENSKAYA P AND C FACTORY LLC; a.k.a. OTRADNENSKAYA PAPER AND CARTON FACTORY LIMITED LIABILITY COMPANY), Ul. Tsentralnaya D. 4, Pom/Of/Et 4/405/4, Otradnyy 187330, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.;

Tax ID No. 4706042352 (Russia); Registration Number 1214700011019 (Russia) [RUSSIA-EO14024].

OTRADNENSKAYA PAPER AND CARTON FACTORY LIMITED LIABILITY COMPANY (a.k.a. OTRADNENSKAYA P AND C FACTORY LLC; a.k.a. OTRADNENSKAYA P&C FACTORY LLC), Ul. Tsentralnaya D. 4, Pom/Of/Et 4/405/4, Otradnyy 187330, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4706042352 (Russia); Registration Number 1214700011019 (Russia) [RUSSIA-EO14024].

OTRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري (الاخرس; a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [SYRIA-EO13894].

OTSHUNDI, Francois (Latin: OTSHUNDI, François) (a.k.a. OKUNJI, Francois (Latin: OKUNJI, François); a.k.a. OLENGA TATE, Francois; a.k.a. OLENGA TETE, Francois (Latin: OLENGA TETE, François); a.k.a. OLENGA, Francois (Latin: OLENGA, François)), Kinshasa, Congo, Democratic Republic of the; DOB 09 Oct 1948; alt. DOB 10 Sep 1948; alt. DOB 10 Jul 1949; POB Kindu, Maniema, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; citizen Congo, Democratic Republic of the; Gender Male; General; Chef de la Maison Militaire; Head of the Military House of the President (individual) [DRCONGO].

OU INELSO (a.k.a. ELFARO OU), Vesse Poik 4D, Tallinn 11415, Estonia; V.A.T. Number EE102018071 (Estonia); Registration Number 14329778 (Estonia) [RUSSIA-EO14024] (Linked To: EFIMOV, Anton Anatolyevich).

OUAZ, Najib (a.k.a. AL-WAZ, Najib Ben Mohamed Ben Salem), Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima Al-Mehdiya, Tunisia; nationality Tunisia; Passport K 815205 issued 17 Sep 1994 expires 16 Sep 1999 (individual) [SDGT].

OUDA, Ahmed Charif Abdellah (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. UDIH, Ahmad), Jordan;

DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

OUDOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abu Mossaab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

OUF, Awad Mohamed Ahmed Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed

Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

OULD ABED, Cheikh ould Mohamed Saleck (a.k.a. BREIHMATT, Salem ould; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

OULD ALI, Mohamed Ould Ahmed (a.k.a. NAIL, Taleb; a.k.a. NAIL, Tayeb; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED") DOB circa 1972; nationality Algeria (individual) [SDGT].

OUMSEN, Omar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal (individual) [SDGT].

OVCHAROV, Rumen (a.k.a. OVCHAROV, Rumen Stoyanov (Cyrillic: ОВЧАРОВ, Румен Стоянов); a.k.a. OVTCHAROV, Roumen Stoyanov), 19B, Silivria Str., 1404, Sofia, Bulgaria; DOB 05 Jul 1952; POB Burgas, Bulgaria; nationality Bulgaria; Gender Male; Passport 384932216 (Bulgaria) expires 08 Nov 2022; National ID No. 5207056287 (Bulgaria) (individual) [GLOMAG].

OVCHAROV, Rumen Stoyanov (Cyrillic: ОВЧАРОВ, Румен Стоянов) (a.k.a. OVCHAROV, Rumen; a.k.a. OVTCHAROV, Roumen Stoyanov), 19B, Silivria Str., 1404, Sofia, Bulgaria; DOB 05 Jul 1952; POB Burgas, Bulgaria; nationality Bulgaria; Gender Male; Passport 384932216 (Bulgaria) expires 08 Nov 2022; National ID No. 5207056287 (Bulgaria) (individual) [GLOMAG].

OVCHINNIKOV, Sergei Anatolyevich (Cyrillic: ОВЧИННИКОВ, Сергей Анатольевич) (a.k.a. OVCHINNIKOV, Sergej Anatolevich), 22-64 Okrugnoi Street, Unit 137, Moscow, Moscow Region 105187, Russia; DOB 20 Jan 1980; POB Moscow, Russia; nationality Russia; Gender Male; Passport 727074364 (Russia); Tax ID No. 771906624236 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY NORSI TRANS).

OVCHINNIKOV, Sergej Anatolevich (a.k.a. OVCHINNIKOV, Sergei Anatolyevich (Cyrillic: ОВЧИННИКОВ, Сергей Анатольевич)), 22-64 Okrugnoi Street, Unit 137, Moscow, Moscow

Region 105187, Russia; DOB 20 Jan 1980; POB Moscow, Russia; nationality Russia; Gender Male; Passport 727074364 (Russia); Tax ID No. 771906624236 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY NORSI TRANS).

OVERDICK MEJIA, Horst Walter (a.k.a. OVERDICK MEJIA, Walther; a.k.a. "TIGRE"), KM 208, Ruta Hacia, Coban, Guatemala; DOB 31 Jul 1967; alt. DOB 31 Jul 1968; nationality Guatemala; citizen Guatemala; NIT # 702787-7; Identification Number 0-16 Reg 53089 (Guatemala); alt. Identification Number 0-16 89159 (Guatemala) (individual) [SDNTK].

OVERDICK MEJIA, Walther (a.k.a. OVERDICK MEJIA, Horst Walter; a.k.a. "TIGRE"), KM 208, Ruta Hacia, Coban, Guatemala; DOB 31 Jul 1967; alt. DOB 31 Jul 1968; nationality Guatemala; citizen Guatemala; NIT # 702787-7; Identification Number 0-16 Reg 53089 (Guatemala); alt. Identification Number 0-16 89159 (Guatemala) (individual) [SDNTK].

OVLAS TRADING S.A. (a.k.a. OVLAS TRADING S.A.L.), Al Salia Building, Embassy Street, Bir Hassan, Beirut, Lebanon; Akara Building, 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Website www.ovlas-trading.com [SDGT].

OVLAS TRADING S.A.L. (a.k.a. OVLAS TRADING S.A.), Al Salia Building, Embassy Street, Bir Hassan, Beirut, Lebanon; Akara Building, 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Website www.ovlas-trading.com [SDGT].

OVSYANNIKOV, Dmitry Vladimirovich (Cyrillic: ОВСЯННИКОВ, ДМИТРИЙ ВЛАДИМИРОВИЧ), Sevastopol, Crimea, Ukraine; DOB 21 Feb 1977; POB Omsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

OVTCHAROV, Roumen Stoyanov (a.k.a. OVCHAROV, Rumen; a.k.a. OVCHAROV, Rumen Stoyanov (Cyrillic: ОВЧАРОВ, Румен Стоянов)), 19B, Silivria Str., 1404, Sofia, Bulgaria; DOB 05 Jul 1952; POB Burgas, Bulgaria; nationality Bulgaria; Gender Male; Passport 384932216 (Bulgaria) expires 08 Nov 2022; National ID No. 5207056287 (Bulgaria) (individual) [GLOMAG].

OWHADI, Jalal (a.k.a. OWHADI, Mohammad Ebrahim; a.k.a. TAHERI, Jalal; a.k.a. VAHEDI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

OWHADI, Mohammad Ebrahim (a.k.a. OWHADI, Jalal; a.k.a. TAHERI, Jalal; a.k.a. VAHEDI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

OWJ PARVAZ MADO NAFAR COMPANY LLC (a.k.a. OJE PARVAZ MADO NAFAR COMPANY (Arabic: شرکت اوج پرواز ما دو نفر)), No. 1106, 11 Hemmat Corner, Hemmat Square, Hemmat Boulevard, Shokuhieh Industrial Town, Qom, Qom Province 3718116354, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10590042155 (Iran); Registration Number 12121 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OXFOCENTO PROPRIETARY LTD (a.k.a. OXFOCENTO PTY LTD), Sandhavon Office Park, 1st Floor, Block D, 12 Pongola Crescent, Sandton 2090, South Africa; P.O. Box 37172, Birnam Park, Gauteng, 2015, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number 4500293222 (South Africa); Tax ID No. 9997361176 (South Africa); Commercial Registry Number 2020/691209/07 (South Africa); Enterprise Number K2020691209 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

OXFOCENTO PTY LTD (a.k.a. OXFOCENTO PROPRIETARY LTD), Sandhavon Office Park, 1st Floor, Block D, 12 Pongola Crescent, Sandton 2090, South Africa; P.O. Box 37172, Birnam Park, Gauteng, 2015, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; V.A.T. Number 4500293222 (South Africa); Tax ID No. 9997361176 (South Africa); Commercial Registry Number 2020/691209/07 (South Africa); Enterprise Number K2020691209 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

OXIN STEEL COMPANY (a.k.a. KHOUZESTAN OXIN STEEL COMPANY; a.k.a. KHOZESTAN OXIN STEEL COMPANY; a.k.a. KHUZESTAN OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

OY LANGVIK CAPITAL LTD, Tanskarlantie 9, Jorvas 02420, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; National ID No. 19607726 [UKRAINE-EO13661].

OYUN, Dina Ivanovna (Cyrillic: ОЮН, Дина Ивановна), Russia; DOB 25 Jun 1963; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

OZAR HEDIYELIK ESYA SANAYI VE TICARET LIMITED SIRKETI (a.k.a. JAWHIRAH COMPANY ISTANBUL; a.k.a. JAWHIRAH EXCHANGE; a.k.a. PIRLANT ISTANBUL KUYUMCULUK TICARET LIMITED SIRKETI), Mollafenari Mah. Gazi Sinanpasa Sok. Has Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey; Website http://www.elitdiamond.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2005; Chamber of Commerce Number 571571 (Turkey); Central Registration System Number 0663-0297-8590-0016 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

OZEAN BAUSTOFFE GMBH & CO. KG (a.k.a. OZEAN BAUSTOFFE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Oct 2020; V.A.T. Number DE340191415 (Germany); Registration Number HRA 737191 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN BAUSTOFFE GMBH AND CO. KG (a.k.a. OZEAN BAUSTOFFE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Oct 2020; V.A.T. Number DE340191415 (Germany); Registration Number HRA 737191 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN DEVELOPMENT REAL ESTATE GMBH & CO. KG (a.k.a. OZEAN DEVELOPMENT REAL ESTATE GMBH AND CO. KG), Seestr 9,

Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Dec 2019; Registration Number HRA 736334 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEAN DEVELOPMENT REAL ESTATE GMBH AND CO. KG (a.k.a. OZEAN DEVELOPMENT REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 23 Dec 2019; Registration Number HRA 736334 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEAN GROUP GMBH (a.k.a. OZEAN HORIZONT VERWALTUNGS GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2018; Registration Number HRB 766317 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT BAUMASCHINEN & BAUEQUIPMENT GMBH & CO. KG (a.k.a. OZEAN HORIZONT BAUMASCHINEN AND BAUEQUIPMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 24 Nov 2021; Registration Number HRA 738509 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT BAUMASCHINEN AND BAUEQUIPMENT GMBH AND CO. KG (a.k.a. OZEAN HORIZONT BAUMASCHINEN & BAUEQUIPMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 24 Nov 2021; Registration Number HRA 738509 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT BAUWERKE GMBH, Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 09 Sep 2021; Registration Number HRB 781958 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT ERDARBEITEN GMBH & CO. KG (a.k.a. OZEAN HORIZONT ERDARBEITEN GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738521

(Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT ERDARBEITEN GMBH AND CO. KG (a.k.a. OZEAN HORIZONT ERDARBEITEN GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738521 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT OBJEKTPLANUNG GMBH & CO. KG (a.k.a. OZEAN HORIZONT OBJEKTPLANUNG GMBH AND CO. KG), Wiesenstrasse 24, Neu Isenburg 63263, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Dec 2021; V.A.T. Number DE349865878 (Germany); Registration Number HRA 738569 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT OBJEKTPLANUNG GMBH AND CO. KG (a.k.a. OZEAN HORIZONT OBJEKTPLANUNG GMBH & CO. KG), Wiesenstrasse 24, Neu Isenburg 63263, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Dec 2021; V.A.T. Number DE349865878 (Germany); Registration Number HRA 738569 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH & CO. KG (a.k.a. OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH AND CO. KG), Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 04 Sep 2018; V.A.T. Number DE320241291 (Germany); Registration Number HRA 734821 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH AND CO. KG (a.k.a. OZEAN HORIZONT PROJEKTENTWICKLUNGS GMBH & CO. KG), Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 04 Sep 2018; V.A.T. Number DE320241291 (Germany); Registration Number HRA 734821 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT SPEZIALTIEFBAU GMBH & CO. KG (a.k.a. OZEAN HORIZONT SPEZIALTIEFBAU GMBH AND CO. KG),

Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738523 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT SPEZIALTIEFBAU GMBH AND CO. KG (a.k.a. OZEAN HORIZONT SPEZIALTIEFBAU GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 26 Nov 2021; Registration Number HRA 738523 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN HORIZONT VERWALTUNGS GMBH (a.k.a. OZEAN GROUP GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2018; Registration Number HRB 766317 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN MANAGEMENT GMBH & CO. KG (a.k.a. OZEAN IMMOBILIEN MANAGEMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2021; Registration Number HRA 738077 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN MANAGEMENT GMBH AND CO. KG (a.k.a. OZEAN IMMOBILIEN MANAGEMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 22 Jun 2021; Registration Number HRA 738077 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH & CO. KG (a.k.a. OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Sep 2019; Registration Number HRA 736012 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN PROJEKTENTWICKLUNG GMBH AND CO. KG (a.k.a. OZEAN IMMOBILIEN PROJEKTENTWICKLUNG

GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 06 Sep 2019; Registration Number HRA 736012 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN IMMOBILIEN PROJEKTENTWICKLUNG VERWALTUNGS- GMBH, Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 09 May 2019; Registration Number HRB 770549 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

OZEAN REAL ESTATE GMBH & CO. KG (a.k.a. OZEAN REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 31 Dec 2019; Registration Number HRA 736338 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEAN REAL ESTATE GMBH AND CO. KG (a.k.a. OZEAN REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 31 Dec 2019; Registration Number HRA 736338 (Stuttgart) (Germany) [GLOMAG] (Linked To: OCEAN PROPERTIES GMBH).

OZEL, Gulsan (a.k.a. KHALED, Gulsah; a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulshah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

OZEL, Gulshah (a.k.a. KHALED, Gulsah; a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulsah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

OZEROV, Viktor Alekseevich (a.k.a. OZEROV, Viktor Alexeyevich); DOB 05 Jan 1958; POB Abakan, Khakassia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman of the Security and Defense Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

OZEROV, Viktor Alexeyevich (a.k.a. OZEROV, Viktor Alekseevich); DOB 05 Jan 1958; POB Abakan, Khakassia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman of the Security and Defense Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

OZIA MAZIO, Dieudonne (a.k.a. "OMARI"); DOB 06 Jun 1949; POB Ariwara, DRC; citizen Congo, Democratic Republic of the (individual) [DRCONGO].

OZKAYA OTOMOTIV MAMULLERI PAZARLAMA SANAYI VE TICARET ANONIM SIRKETI, N.1 Yedpa Tic. Merk. A Caddesi, No:11-12 Mimar Sinan Mahallesi, Istanbul 34779, Turkey; Tax ID No. 6990324615 (Turkey); Business Registration Number 157085 (Turkey) [RUSSIA-EO14024].

OZLAM PROPERTIES LIMITED, 88 Smithdown Road, Liverpool L7 4JQ, United Kingdom; Registered Charity No. 05258730 [SDGT].

OZMA'I, Ali (a.k.a. OZMAIE, Ali), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OZMAIE, Ali (a.k.a. OZMA'I, Ali), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC (a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZONE AVIATION AND DEFENSE INDUSTRY INC. (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. "OZONE HOBBY"), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

OZTAS, Kasim (a.k.a. OZTASH, Kasim; a.k.a. "DZTAS, Kasim"), Turkey; DOB 15 May 1982; POB Aydin, Soke, Turkey; alt. POB Ankara, Soke, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U02506696 (Turkey) expires 22 Jun 2016; alt. Passport 27466202076 (Turkey) expires 22 Jun 2021; National ID No. 27466202076 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

OZTASH, Kasim (a.k.a. OZTAS, Kasim; a.k.a. "DZTAS, Kasim"), Turkey; DOB 15 May 1982; POB Aydin, Soke, Turkey; alt. POB Ankara, Soke, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U02506696 (Turkey) expires 22 Jun 2016; alt. Passport 27466202076 (Turkey) expires 22 Jun 2021; National ID No. 27466202076 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

OZTUNC, Ekrem (a.k.a. OZTUNC, Ekrem Abdulkerym), Orumiyeh, West Azerbaijan, Iran; DOB 07 Oct 1984; POB Yuksekova, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U01292672 (Turkey) expires 01 Feb 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

OZTUNC, Ekrem Abdulkerym (a.k.a. OZTUNC, Ekrem), Orumiyeh, West Azerbaijan, Iran; DOB 07 Oct 1984; POB Yuksekova, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U01292672 (Turkey) expires 01 Feb 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

P L M SOCIEDAD DE CORRETAJE, C.A., Caracas, Venezuela; RIF # J-30877708-0 (Venezuela) [SDNTK].

P.B. SADR CO. (a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

P.C.C. (SINGAPORE) PRIVATE LIMITED (a.k.a. P.C.C. SINGAPORE BRANCH; a.k.a. PCC

SINGAPORE PTE LTD), 78 Shenton Way, #08-02, 079120, Singapore; 78 Shenton Way, 26-02A Lippo Centre, 079120, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199708410K (Singapore); all offices worldwide [IRAN].

P.C.C. SINGAPORE BRANCH (a.k.a. P.C.C. (SINGAPORE) PRIVATE LIMITED; a.k.a. PCC SINGAPORE PTE LTD), 78 Shenton Way, #08-02, 079120, Singapore; 78 Shenton Way, 26-02A Lippo Centre, 079120, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199708410K (Singapore); all offices worldwide [IRAN].

P.E.I ENERGY PTE. LTD. (f.k.a. PUMA ENERGY BENGALE GULF PTE. LTD.; f.k.a. PUMA ENERGY IRRAWADDY PTE. LTD.; f.k.a. PUMA ENERGY MYANMAR PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. "IFP RAN FGBU"; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

P.L.M. GROUP SOCIEDAD DE CORRETAJE DE VALORES, C.A., Caracas, Venezuela; RIF # J-31254454-6 (Venezuela) [SDNTK].

P.P. BABUDOVAC (a.k.a. P.P. BABUDOVAC B.I.), 40650 Jasenovik I Poshtem, Kosovo; Organization Established Date 05 Feb 2004; Organization Type: Wholesale of food, beverages and tobacco; V.A.T. Number 600570825 (Kosovo) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

P.P. BABUDOVAC B.I. (a.k.a. P.P. BABUDOVAC), 40650 Jasenovik I Poshtem,

Kosovo; Organization Established Date 05 Feb 2004; Organization Type: Wholesale of food, beverages and tobacco; V.A.T. Number 600570825 (Kosovo) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOYE GOSUDARSTVENNOE BYUDZHETNOYE UCHREZHDENIYE NAUKI INSTITUT OKEANOLOGII IM. P.P. SHIRSHOVA ROSSIYSKOY AKADEMII NAUK; a.k.a. "IO RAS"), 36 Nakhimovsky Avenue, Moscow 117997, Russia; Tax ID No. 7727083115 (Russia); Registration Number 1037739013388 (Russia) issued 1946 [RUSSIA-EO14024].

P.P.ROBNA KUCA METAL B.I., Kralja Petra I 90, Zvecan, Kosovo; Organization Established Date 29 Aug 2013; Organization Type: Wholesale of other machinery and equipment; Registration Number 70985691 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

PAANANEN, Kai (a.k.a. PAANANEN, Kai Lauri Johannes); DOB 21 Jul 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman, SET Petrochemicals Oy; Managing Director, Southeast Trading Oy (individual) [UKRAINE-EO13661].

PAANANEN, Kai Lauri Johannes (a.k.a. PAANANEN, Kai); DOB 21 Jul 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chairman, SET Petrochemicals Oy; Managing Director, Southeast Trading Oy (individual) [UKRAINE-EO13661].

PAASBAN-E-AHLE-HADIS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a.

JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

PAASBAN-E-KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

PABAS HOLDING CORP.; RUC # 1428011-1-633523 (Panama) [SDNTK].

PACIFIC OCEAN SHIPPING LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC SHIPPING & TRANS (a.k.a. PACIFIC SHIPPING AND TRANS; a.k.a. PACIFIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa

PAASBAN-I-AHLE-HADITH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC SHIPPING AND TRANS (a.k.a. PACIFIC SHIPPING & TRANS; a.k.a. PACIFIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC SHIPPING AND TRANSPORTATION LIMITED (a.k.a. PACIFIC SHIPPING & TRANS; a.k.a. PACIFIC SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PACIFIC STEEL FZE, Office Number LB16610, P.O. Box 261027, Jebel Ali Free Zone, Dubai 261027, United Arab Emirates; Lb16, Jebel Ali, Dubai, United Arab Emirates; P.O. Box 261027, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 4736 (United Arab Emirates); Registration Number 11444102 (United Arab Emirates); alt. Registration Number 87726 (United Arab Emirates) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

PADIERNA PENA, Luis Orlando (a.k.a. "INGLATERRA"); DOB 26 Jan 1979; POB Carepa, Antioquia, Colombia; citizen Colombia; Cedula No. 15441176 (Colombia) (individual) [SDNTK].

PADILLA DE ARRETURETA, Carol Bealexis, Caracas, Capital District, Venezuela; DOB 19 Feb 1972; Gender Female; Cedula No. 11763586 (Venezuela) (individual) [VENEZUELA].

PADILLA ZARATE, Clemente, Calle Pedro Moreno 113, Colonia Toluquilla, San Pedro Tlaquepaque, Jalisco, Mexico; Alvaro Obregon 993, oblatos, Guadalajara, Jalisco 44380, Mexico; Josefa Ortiz 568, Guadalajara, Jalisco 44380, Mexico; DOB 01 May 1978; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. PAZC780501HJCDRL09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PADRINO LOPEZ, Vladimir, Capital District, Venezuela; DOB 30 May 1963; nationality

Venezuela; Gender Male; Cedula No. 6122963 (Venezuela) (individual) [VENEZUELA].

PAE, Won Uk (a.k.a. PAE, Wo'n-uk), Beijing, China; DOB 22 Aug 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472120008 (Korea, North) expires 22 Feb 2017; Korea Daesong Bank representative (individual) [DPRK4].

PAE, Wo'n-uk (a.k.a. PAE, Won Uk), Beijing, China; DOB 22 Aug 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472120008 (Korea, North) expires 22 Feb 2017; Korea Daesong Bank representative (individual) [DPRK4].

PAEK SOL TRADING CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEK, Chang-Ho (a.k.a. PAEK, Ch'ang-Ho; a.k.a. PAK, Chang-Ho); DOB 18 Jun 1964; POB Kaesong, DPRK; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420754 issued 07 Dec 2011 expires 07 Dec 2016 (individual) [NPWMD].

PAEK, Ch'ang-Ho (a.k.a. PAEK, Chang-Ho; a.k.a. PAK, Chang-Ho); DOB 18 Jun 1964; POB Kaesong, DPRK; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport

381420754 issued 07 Dec 2011 expires 07 Dec 2016 (individual) [NPWMD].

PAEK, Chong-sam (a.k.a. PAEK, Jong Sam), Shenyang, China; DOB 17 Jan 1964; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

PAEK, Jong Sam (a.k.a. PAEK, Chong-sam), Shenyang, China; DOB 17 Jan 1964; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

PAEK, Se Pong (a.k.a. PAEK, Se-Bong); DOB 21 Mar 1938; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman, Second Economic Committee (individual) [NPWMD].

PAEK, Se-Bong (a.k.a. PAEK, Se Pong); DOB 21 Mar 1938; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman, Second Economic Committee (individual) [NPWMD].

PAEKHO ARTS TRADING COMPANY (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKHO CONSTRUCTION SARL (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION;

a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKHO FINE ART CORPORATION (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKHO TRADING COMPANY (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

PAEKMA SHIPPING CO, Care of First Oil JV Co Ltd, Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations,

sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5999479 [DPRK4].

PAEKSO'L CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEKSOL TRADING CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEKSO'L TRADING CORPORATION (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PAEZ LOPEZ, Ricardo, Mexico; DOB 02 Oct 1992; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PALR921002HSLZPC09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PAEZ LOPEZ, Saul, Mexico; DOB 31 Jan 1994; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PALS940131HSLZPL01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PAEZ SOTO, Ramon Ignacio (a.k.a. "EL MORENO"; a.k.a. "PAEZ Nachillo"; a.k.a.

"PAEZ, Nacho"); DOB 31 Jul 1973; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

PAHNITS, Valerij Mihajlovich (a.k.a. PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович); a.k.a. PAKHNYTS, Valery Mikhailovich; a.k.a. PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНIЦЬ, Валерiй Михайлович)), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAHOMOV, Sergey Alexandrovich (Cyrillic: ПАХОМОВ, Сергей Александрович), Russia; DOB 06 Aug 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAIDAR, Amanallah (Arabic: امان اله پايدار) (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

PAIN VICTOIRE (a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852 [SDGT] (Linked To: ASSI, Saleh).

PAINS VICTOIRE (a.k.a. PAIN VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852 [SDGT] (Linked To: ASSI, Saleh).

PAJIC BASTINAC, Jelena (Cyrillic: ПАЈИЋ БАШТИНАЦ, Јелена), Banja Luka, Bosnia and Herzegovina; DOB 01 Dec 1982; POB Bijeljina, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Female; Passport B1606358 (Bosnia and Herzegovina) expires 11 Jul 2027 (individual) [BALKANS-EO14033].

PAK, Bong Nam (a.k.a. LUI, Wai Ming; a.k.a. PAK, Pong Nam; a.k.a. PAK, Pong-nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

PAK, Chang-Ho (a.k.a. PAEK, Chang-Ho; a.k.a. PAEK, Ch'ang-Ho); DOB 18 Jun 1964; POB Kaesong, DPRK; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381420754 issued 07 Dec 2011 expires 07 Dec 2016 (individual) [NPWMD].

PAK, Ch'in-hyo'k (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PAK, Chol Nam (a.k.a. PAK, Ch'ol-nam), Beijing, China; DOB 16 Jun 1971; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420413 expires 19 Nov 2020; Cheil Credit Bank representative in Beijing (individual) [DPRK4].

PAK, Ch'ol-nam (a.k.a. PAK, Chol Nam), Beijing, China; DOB 16 Jun 1971; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420413 expires 19 Nov 2020; Cheil Credit Bank representative in Beijing (individual) [DPRK4].

PAK, Chun Il, Egypt; DOB 28 Jul 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563410091 (Korea, North); North Korean Ambassador to Egypt (individual) [DPRK2].

PAK, Do Chun (a.k.a. PAK, To-Chun; a.k.a. PAK, To'-Ch'un); DOB 09 Mar 1944; POB Nangim County, Chagang Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

PAK, Gwang Hun (a.k.a. BAK, Gwang Hun; a.k.a. PAK, Kwang Hun; a.k.a. PAK, Kwang-hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

PAK, Han Se (a.k.a. KANG, Myong Chol), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290410121 (Korea, North); Vice Chairman of the Second Economic Committee (individual) [NPWMD] (Linked To: SECOND ECONOMIC COMMITTEE).

PAK, Hwa Song (Korean: 박화성), 1041 avenue Ulindi, Quartier Golf, Lubumbashi, Katanga, Congo, Democratic Republic of the; DOB 13 Oct 1962; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

PAK, Il-Gyu (a.k.a. PAK, Il-Kyu), Shenyang, China; Gender Male; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120235; Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA PUGANG TRADING CORPORATION).

PAK, Il-Kyu (a.k.a. PAK, Il-Gyu), Shenyang, China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120235; Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA PUGANG TRADING CORPORATION).

PAK, Jin Hek (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PAK, Jin Hyok (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PAK, Kwang Ho (a.k.a. PAK, Kwang-ho); DOB 01 Jan 1946 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Propaganda and Agitation Department (individual) [DPRK2].

PAK, Kwang Hun (a.k.a. BAK, Gwang Hun; a.k.a. PAK, Gwang Hun; a.k.a. PAK, Kwang-hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

PAK, Kwang-ho (a.k.a. PAK, Kwang Ho); DOB 01 Jan 1946 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Propaganda and Agitation Department (individual) [DPRK2].

PAK, Kwang-hun (a.k.a. BAK, Gwang Hun; a.k.a. PAK, Gwang Hun; a.k.a. PAK, Kwang Hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

PAK, Mun Il (a.k.a. PAK, Mun-il), Yanji, China; DOB 01 Jan 1965; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563335509 expires 27 Aug 2018; Korea Daesong Bank official (individual) [DPRK4].

PAK, Mun-il (a.k.a. PAK, Mun Il), Yanji, China; DOB 01 Jan 1965; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563335509 expires 27 Aug 2018; Korea Daesong Bank official (individual) [DPRK4].

PAK, Pong Nam (a.k.a. LUI, Wai Ming; a.k.a. PAK, Bong Nam; a.k.a. PAK, Pong-nam),

Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

PAK, Pong-nam (a.k.a. LUI, Wai Ming; a.k.a. PAK, Bong Nam; a.k.a. PAK, Pong Nam), Shenyang, China; DOB 06 May 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; ILSIM International Bank Representative in Shenyang, China (individual) [DPRK4].

PAK, Tae-Chun (a.k.a. BOKU, Taishun; a.k.a. ISHIDA, Shoruku; a.k.a. PARK, Tae-joon); DOB 30 Oct 1932 (individual) [TCO].

PAK, To'-Ch'un (a.k.a. PAK, Do Chun; a.k.a. PAK, To-Chun); DOB 09 Mar 1944; POB Nangim County, Chagang Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

PAK, To-Chun (a.k.a. PAK, Do Chun; a.k.a. PAK, To'-Ch'un); DOB 09 Mar 1944; POB Nangim County, Chagang Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

PAK, Tong Sok (a.k.a. PAK, Tong-So'k), Abkhazia, Georgia; DOB 15 Apr 1965; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120209 (Korea, North) expires 26 Feb 2020; Korea Ryonbong General Corporation Official (individual) [DPRK2].

PAK, Tong-So'k (a.k.a. PAK, Tong Sok), Abkhazia, Georgia; DOB 15 Apr 1965; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120209 (Korea, North) expires 26 Feb 2020; Korea Ryonbong General Corporation Official (individual) [DPRK2].

PAK, Yong Sik (a.k.a. PAK, Yo'ng-sik), Korea, North; DOB 1950; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Workers' Party of Korea Central Military Commission (individual) [DPRK2] (Linked To: WORKERS' PARTY OF KOREA CENTRAL MILITARY COMMISSION).

PAK, Yo'ng-sik (a.k.a. PAK, Yong Sik), Korea, North; DOB 1950; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Member of the Workers' Party of Korea Central Military Commission (individual) [DPRK2] (Linked To: WORKERS' PARTY OF KOREA CENTRAL MILITARY COMMISSION).

PAKAT SAZI SHAFAGH SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT PAKAT-SAZI SHAFAGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PAKERMANOV, Evgeni Markovich (a.k.a. PAKERMANOV, Evgeny Markovich), Russia; DOB 16 Jul 1973; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Tax ID No. 666301000031 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSATOM OVERSEAS JOINT STOCK COMPANY).

PAKERMANOV, Evgeny Markovich (a.k.a. PAKERMANOV, Evgeni Markovich), Russia; DOB 16 Jul 1973; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Tax ID No. 666301000031 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSATOM OVERSEAS JOINT STOCK COMPANY).

PAKHLO, Nikolai Yanovich (a.k.a. AZAROV, Mykola Nikolai Yanovych; a.k.a. AZAROV,

Mykola Yanovych); DOB 17 Dec 1947; POB Kaluga, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович; a.k.a. PAHNITS, Valerij Mihajlovich; a.k.a. PAKHNITS, Valery Mikhailovich; a.k.a. PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦь, Валерій Михайлович)), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAKHNITS, Valery Mikhailovich (a.k.a. PAHNITS, Valerij Mihajlovich; a.k.a. PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович); a.k.a. PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦь, Валерій Михайлович)), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAKHNYTS, Valery Mykhailovych (Cyrillic: ПАХНИЦь, Валерій Михайлович; a.k.a. PAHNITS, Valerij Mihajlovich; a.k.a. PAKHNITS, Valeriy Mikhailovich (Cyrillic: ПАХНИЦ, Валерий Михайлович); a.k.a. PAKHNITS, Valery Mikhailovich), 5 Myslichenko St. Chmyrevka village, Starobilsk district, Luhansk region, Ukraine; DOB 22 Jan 1953; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1938008353 (Ukraine) (individual) [RUSSIA-EO14024].

PAKISTAN RELIEF FOUNDATION (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jam-Muhammad, Pakistan; and all other offices worldwide [SDGT].

PAKISTANI RELIEF FOUNDATION (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-

AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT].

PAKISTANI TALIBAN (a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E-TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan [FTO] [SDGT].

PAKPOUR, Mohammad (a.k.a. PAKPUR, Mohammad), Iran; DOB 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

PAKPUR, Mohammad (a.k.a. PAKPOUR, Mohammad), Iran; DOB 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

PALACIOS ALDAY, Gorka; DOB 17 Oct 1974; POB Baracaldo Vizcaya Province, Spain; D.N.I. 30.654.356; Member ETA (individual) [SDGT].

PALAESTINAENSER VEREIN (a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALAESTINAENSERVEREIN OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALAESTINENSISCH VERBAND OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALAESTINENSISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a.

PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALAESTININIENSISCHE BEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALAGIN, Viktor Nikolayevich; DOB 02 Dec 1956; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PALATINA SARLU, 67 Boulevard Du 30 Juin, Immeuble Golf, 5eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00090 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: ASHDALE SETTLEMENT GERCO SAS).

PALAU CHINA HUNG-MUN CULTURAL ASSOCIATION, Palau; Organization Established Date 2019 [GLOMAG] (Linked To: KOI, Wan Kuok).

PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان) (a.k.a. ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان); a.k.a. ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام), a.k.a. "AORC"), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

PALBASA (a.k.a. PALMA DEL BAJO AGUAN, S.A.; a.k.a. PALMAS DEL BAJO AGUAN; a.k.a. "PALMEROS DEL BAJO AGUAN"), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

PALEA D.O.O. (a.k.a. PALEA LTD.), 57 B Tbilisijska Ulica, Ljubljana 1000, Slovenia; Registration ID 2227843 (Slovenia); Tax ID No. SI29769221 (Slovenia) [SDNTK].

PALEA LTD. (a.k.a. PALEA D.O.O.), 57 B Tbilisijska Ulica, Ljubljana 1000, Slovenia; Registration ID 2227843 (Slovenia); Tax ID No. SI29769221 (Slovenia) [SDNTK].

PALENCIA GONZALEZ, Cipriam Manuel (a.k.a. "VISAJE"); DOB 18 Apr 1979; POB Valencia, Cordoba, Colombia; citizen Colombia; Cedula No. 10903608 (Colombia) (individual) [SDNTK].

PALESTINE AND LEBANON RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINE DEVELOPMENT AND RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

PALESTINE ISLAMIC NATIONAL BANK (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

PALESTINE LEAGUE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a.

PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINE LIBERATION FRONT (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PLF; a.k.a. PLF-ABU ABBAS) [FTO] [SDGT].

PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF; a.k.a. PLF-ABU ABBAS) [FTO] [SDGT].

PALESTINE RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINE RELIEF COMMITTEE (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

PALESTINE RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND

DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINE UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINENSISCHE VER IN STERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN AID AND SUPPORT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINIAN AID COUNCIL (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

PALESTINIAN AID ORGANIZATION (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD. (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT EL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS), P.O. Box 662, Ramallah, West Bank [SDGT].

PALESTINIAN ASSOCIATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN ASSOCIATION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a.

PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN ISLAMIC JIHAD (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a.

PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN LEAGUE IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN MARTYRS FOUNDATION (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

PALESTINIAN MARTYRS INSTITUTION GROUP (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

PALESTINIAN ORGANIZATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN

STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN POPULAR RESISTANCE FORCES (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

PALESTINIAN RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINIAN RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6

1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PALESTINIAN RELIEF SOCIETY (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

PALESTINIAN UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINIAN UNION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION;

a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALESTINISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PVOE), Novara g 36a/11, Wien 1020, Austria [SDGT].

PALIKANDY, Mehboob Thachankandy, United Arab Emirates; DOB 25 Apr 1966; POB India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U0446178 (India) (individual) [SDGT] (Linked To: CGN TRADE FZE; Linked To: MSE OVERSEAS PTE. LTD.; Linked To: SEALINK OVERSEAS PTE. LTD.; Linked To: SOLISE ENERGY FZE).

PALM GROVE AFRICA DEV'T CORP. LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

PALM SERVICE LIMITED (a.k.a. "PALM SERVICE LTD"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PALMA DEL BAJO AGUAN, S.A. (a.k.a. PALBASA; a.k.a. PALMAS DEL BAJO AGUAN; a.k.a. "PALMEROS DEL BAJO AGUAN"), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

PALMA SALAZAR, Hector Luis (a.k.a. PALMA SALAZAR, Jesus Hector); DOB 29 Apr 1960; alt. DOB 25 Aug 1962; alt. DOB 26 Aug 1962; POB Sinaloa, Mexico (individual) [SDNTK].

PALMA SALAZAR, Jesus Hector (a.k.a. PALMA SALAZAR, Hector Luis); DOB 29 Apr 1960; alt.

DOB 25 Aug 1962; alt. DOB 26 Aug 1962; POB Sinaloa, Mexico (individual) [SDNTK].

PALMAS DEL BAJO AGUAN (a.k.a. PALBASA; a.k.a. PALMA DEL BAJO AGUAN, S.A.; a.k.a. "PALMEROS DEL BAJO AGUAN"), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

PALNITSENKO, Igkor (Greek: ΠΑΛΝΙΤΣΕΝΚΟ, Ιγκορ) (a.k.a. PALNYCHENKO, Igor); Cyprus; DOB 04 Jan 1969; nationality Cyprus; Gender Male; Passport K00405440 (Cyprus) expires 10 Jul 2028 (individual) [RUSSIA-EO14024] (Linked To: GMI GLOBAL MANUFACTURING & INTEGRATION LTD).

PALNYCHENKO, Igor (a.k.a. PALNITSENKO, Igkor (Greek: ΠΑΛΝΙΤΣΕΝΚΟ, Ιγκορ)), Cyprus; DOB 04 Jan 1969; nationality Cyprus; Gender Male; Passport K00405440 (Cyprus) expires 10 Jul 2028 (individual) [RUSSIA-EO14024] (Linked To: GMI GLOBAL MANUFACTURING & INTEGRATION LTD).

PAMCHEL ASIA CO., LTD (a.k.a. PAMCHEL ASIA STEEL GROUP COMPANY LIMITED; a.k.a. PAMCHEL TRADING BEIJING CO. LTD.), Room 328 Building 28, No. 17 Jianguomenwal Street Chaoyang District, Beijing, China; Rm. 503, Building No. 4, Xiandaicheng District, Beijing, China; Flat/Rm A, 9/F Silvercorp International Tower, 707-713 Nathan Road, Mongkok, Kowloon, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IFCA] [IRAN-EO13871] (Linked To: KHALAGH TADBIR PARS CO.).

PAMCHEL ASIA STEEL GROUP COMPANY LIMITED (a.k.a. PAMCHEL ASIA CO., LTD; a.k.a. PAMCHEL TRADING BEIJING CO. LTD.), Room 328 Building 28, No. 17 Jianguomenwal Street Chaoyang District, Beijing, China; Rm. 503, Building No. 4, Xiandaicheng District, Beijing, China; Flat/Rm A, 9/F Silvercorp International Tower, 707-713 Nathan Road, Mongkok, Kowloon, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IFCA] [IRAN-EO13871] (Linked To: KHALAGH TADBIR PARS CO.).

PAMCHEL TRADING BEIJING CO. LTD. (a.k.a. PAMCHEL ASIA CO., LTD; a.k.a. PAMCHEL ASIA STEEL GROUP COMPANY LIMITED), Room 328 Building 28, No. 17 Jianguomenwal Street Chaoyang District, Beijing, China; Rm. 503, Building No. 4, Xiandaicheng District, Beijing, China; Flat/Rm A, 9/F Silvercorp International Tower, 707-713 Nathan Road,

Mongkok, Kowloon, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IFCA] [IRAN-EO13871] (Linked To: KHALAGH TADBIR PARS CO.).

PAMFILOVA, Ella Aleksandrovna (Cyrillic: ПАМФИЛОВА, Элла Александровна), Moscow, Russia; DOB 12 Sep 1953; POB Olmaliq, Uzbekistan; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

PAN VICTOIRE (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852 [SDGT] (Linked To: ASSI, Saleh).

PAN, Aleksandr Vladimirovich (Cyrillic: ПАН, Александр Владимирович) (a.k.a. PAN, Alexander Vladimirovich), Russia; DOB 15 Mar 1976; POB Semipalatinsk, Russia; nationality Russia; Gender Male; Tax ID No. 772146760809 (Russia) (individual) [RUSSIA-EO14024].

PAN, Alexander Vladimirovich (a.k.a. PAN, Aleksandr Vladimirovich (Cyrillic: ПАН, Александр Владимирович)), Russia; DOB 15 Mar 1976; POB Semipalatinsk, Russia; nationality Russia; Gender Male; Tax ID No. 772146760809 (Russia) (individual) [RUSSIA-EO14024].

PAN, Hao (Chinese Simplified: 潘昊), Yantai, Shandong 264000, China; DOB 14 Aug 1995; POB Shandong, China; nationality China; Email Address panhao1995@hotmail.com; Gender Male; National ID No. 371327199508144614 (China) (individual) [ILLICIT-DRUGS-EO14059].

PANACEA INTERNATIONAL LTD., Copthall, P.O. Box 2331, Roseau, Dominica [SDNTK].

PANAIEV, Vladimir Aleksandrovich (a.k.a. ALEXEEV, Vladimir; a.k.a. ALEXEYEV, Vladimir; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир); a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

PANAMA-CHILE INTERNACIONAL, S.A., Panama; RUC # 883961-1-511666 (Panama) [SDNTK].

PANAMERICAN IMPORT AND EXPORT COMMERCIAL CORPORATION, Panama [CUBA].

PANARO, Nicola (a.k.a. "NICOLINO"); DOB 12 Sep 1968; POB Casal di Principe, Italy (individual) [TCO].

PANARO, Sebastiano; DOB 10 Aug 1969; POB Casal di Principe, Italy (individual) [TCO].

PANAZEATE SL, Calle Nou d'Octubre, 18-BJ, Valencia 46014, Spain; Calle Nou d'Octubre, 18 Bajo, Valencia 46014, Spain; Tax ID No. B98525348 (Spain) [VENEZUELA] (Linked To: SARRIA DIAZ, Edgar Alberto).

PANCHENKO, Igor (a.k.a. PANCHENKO, Igor Vladimirovich (Cyrillic: ПАНЧЕНКО, Игорь Владимирович)), Russia; DOB 18 May 1963; POB Aleksin, Tula Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANCHENKO, Igor Vladimirovich (Cyrillic: ПАНЧЕНКО, Игорь Владимирович) (a.k.a. PANCHENKO, Igor), Russia; DOB 18 May 1963; POB Aleksin, Tula Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANDA MALDIVES PVT LTD, Enboo, Enboo Goalhi, Maafannu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2016; Registration Number C-1089/2016 (Maldives) [SDGT] (Linked To: SHAFIU, Ali).

PANDORA SHIPPING CO. S.A., Honduras [IRAQ2].

PANDUREVIC, Vinko; DOB 1959; POB Sokolac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

PANESH, Kaplan Mugdinovich (Cyrillic: ПАНЕШ, Каплан Мугдинович), Russia; DOB 04 Sep 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANFEROV, Alexey Valeryevich (Cyrillic: ПАНФЕРОВ, Алексей Валерьевич), Russia; DOB 30 Sep 1970; nationality Russia; Gender Male; Passport 761897623 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

PANG, So-nam (a.k.a. PANG, Su Nam; a.k.a. PANG, Sunam), Zhuhai, China; DOB 01 Oct 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472110138; ILSIM International Bank representative in Zhuhai, China (individual) [DPRK2] [DPRK4].

PANG, Su Nam (a.k.a. PANG, So-nam; a.k.a. PANG, Sunam), Zhuhai, China; DOB 01 Oct 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472110138; ILSIM International Bank representative in Zhuhai, China (individual) [DPRK2] [DPRK4].

PANG, Sunam (a.k.a. PANG, So-nam; a.k.a. PANG, Su Nam), Zhuhai, China; DOB 01 Oct 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472110138; ILSIM International Bank representative in Zhuhai, China (individual) [DPRK2] [DPRK4].

PANGA, Kawa (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

PANGATES INTERNATIONAL CORPORATION LIMITED, P.O. Box 8177, Sharjah Airport International Free Zone, Sharjah, United Arab Emirates; Office Y-47, Sharjah Airport International Free Zone, Sharjah, United Arab Emirates; P.O. Box 5797, Damascus, Syria; Website www.pangates-me.com; Email Address info@pangates-me.com; alt. Email Address pangates@emirates.net.ae [SYRIA].

PANHA (a.k.a. IHSRC; a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PANIN, Gennadiy Olegovich (Cyrillic: ПАНИН, Геннадий Олегович), Russia; DOB 13 Jun 1981; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANKINA, Irina Aleksandrovna (Cyrillic: ПАНЬКИНА, Ирина Александровна), Russia; DOB 08 Mar 1986; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANKOV, Nikolai (a.k.a. PANKOV, Nikolay), Russia; DOB 02 Dec 1954; POB Mar'yino, Kostroma Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PANKOV, Nikolay (a.k.a. PANKOV, Nikolai), Russia; DOB 02 Dec 1954; POB Mar'yino, Kostroma Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PANKOV, Nikolay Vasilyevich (Cyrillic: ПАНКОВ, Николай Васильевич), Russia; DOB 05 Jan 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANKRASHKIN, Aleksei Vladimirovich, Russia; DOB 08 Aug 1974; POB Shkotovo-17, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 780617129283 (Russia) (individual) [RUSSIA-EO14024].

PANLI HOLDINGS, INC., Panama; RUC # 144868-1-384842 (Panama) [SDNTK].

PANTELEEV, Oleg (a.k.a. PANTELEEV, Oleg Evgenevich); DOB 21 Jul 1952; POB Zhitnikovskoe, Kurgan Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy Chairman of the Committee on Parliamentary Issues (individual) [UKRAINE-EO13661].

PANTELEEV, Oleg Evgenevich (a.k.a. PANTELEEV, Oleg); DOB 21 Jul 1952; POB Zhitnikovskoe, Kurgan Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy Chairman

of the Committee on Parliamentary Issues (individual) [UKRAINE-EO13661].

PANTELEYEV, Sergey Mikhaylovich (Cyrillic: ПАНТЕЛЕЕВ, Сергей Михайлович), Russia; DOB 04 Jul 1951; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PANTUS, Dmitriy (Cyrillic: ПАНТУС, Дмитрий) (a.k.a. PANTUS, Dmitry Aleksandrovich; a.k.a. PANTUS, Dzmitry), Minsk, Belarus; DOB 06 Sep 1982; POB Beryozovka, Lida District, Grodno Region, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PANTUS, Dmitry Aleksandrovich (a.k.a. PANTUS, Dmitriy (Cyrillic: ПАНТУС, Дмитрий); a.k.a. PANTUS, Dzmitry), Minsk, Belarus; DOB 06 Sep 1982; POB Beryozovka, Lida District, Grodno Region, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PANTUS, Dzmitry (a.k.a. PANTUS, Dmitriy (Cyrillic: ПАНТУС, Дмитрий); a.k.a. PANTUS, Dmitry Aleksandrovich), Minsk, Belarus; DOB 06 Sep 1982; POB Beryozovka, Lida District, Grodno Region, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PANYA AG, Liechtenstein; Registration ID FL00023080583 (Liechtenstein) [SDNTK].

PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир) (a.k.a. ALEXEEV, Vladimir; a.k.a. ALEXEYEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович) (a.k.a. ALEXEEV, Vladimir; a.k.a. ALEXEYEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

PAO BANK OKTRITIE FINANCIAL CORPORATION (a.k.a. OKTRITIE BANK; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО

БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia) Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PAO BM BANK (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY), d. 15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PAO MOSOBLBANK (a.k.a. AKB MOSOBLBANK OAO; a.k.a. AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ (a.k.a. ODK-UMPO ENGINE BUILDING

ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

PAO ROSGOSSTRAKH BANK (Cyrillic: ПАО РОСГОССТРАХ БАНК) (a.k.a. OPEN JOINT-STOCK COMPANY ROSGOSSTRAKH BANK; f.k.a. "RUSS-BANK"), Stroenie 2, 43 Myasnickaya ul., Moscow 107078, Russia; SWIFT/BIC RUIDRUMM; Website www.rgsbank.ru; Tax ID No. 7718105676 (Russia); Registration Number 1027739004809 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

PAO SEVERSTAL (Cyrillic: ПАО СЕВЕРСТАЛЬ) (a.k.a. PUBLIC JOINT STOCK COMPANY SEVERSTAL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСТАЛЬ)), 30 Mira Street, Cherepovets, Vologda Region 162608, Russia; Tax ID No. 3528000597 (Russia); Registration Number 1023501236901 (Russia) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

PAO SOVCOMFLOT (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Executive Order 14024 Directive Information - For more information on directives, please visit

the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

PAO VYSOCHAISHY (a.k.a. GV GOLD; a.k.a. PJSC VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА) (a.k.a. PJSC ZVEZDA; a.k.a. PUBLIC JOINT STOCK COMPANY ZVEZDA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА)), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PAO, Hua Chiang (a.k.a. "PAO HUA CHIANG"; a.k.a. "TA KAT"), Panghsang, Shan, Burma (individual) [SDNTK].

PAO, Yu Hsiang (a.k.a. "PAO YU HSIANG"; a.k.a. "TA PANG"), Kwe Ma, Burma; DOB 19 Sep 1940 (individual) [SDNTK].

PAO, Yu Liang (a.k.a. "PAO YU LIANG"; a.k.a. "TA KYET"), Mong Mao, Shan, Burma (individual) [SDNTK].

PAO, Yu Yi (a.k.a. "PAO YU YI"; a.k.a. "TA RANG"), Panghsang, Shan, Burma (individual) [SDNTK].

PAPA HOLDING LTD (a.k.a. BITPAPA; a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح.ذ.م.م); a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اي سي ش.م.ح / ذ.م.م); a.k.a. BITPAPA PAY), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

PAPA OSCAR FASHION GROUP GMBH (f.k.a. DWNTOWN.LA GMBH; a.k.a. PAPA OSCAR VENTURES GMBH), Mainzer Landstr. 33, Frankfurt am Main 60329, Germany; Organization Established Date 12 Jun 2017; Organization Type: Activities of holding companies; Tax ID No. DE 313145928 (Germany); Legal Entity Number 391200IDSLOEBYSU9N27; Registration Number HRB 109296 (Germany) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

PAPA OSCAR VENTURES GMBH (f.k.a. DWNTOWN.LA GMBH; f.k.a. PAPA OSCAR FASHION GROUP GMBH), Mainzer Landstr. 33, Frankfurt am Main 60329, Germany; Organization Established Date 12 Jun 2017; Organization Type: Activities of holding companies; Tax ID No. DE 313145928 (Germany); Legal Entity Number 391200IDSLOEBYSU9N27; Registration Number HRB 109296 (Germany) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

PAPA OSCAR VENTURES SE SL, Calle Girona 67 - P. 3 PTA. 2, Barcelona 08009, Spain; Organization Established Date 01 Oct 2021; Organization Type: Activities of holding companies; Tax ID No. B16961633 (Spain) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

PAPA PETROLEUM CO., LTD., 35, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. L001-901503571 (Cambodia); Company Number 00019413 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

PAR EXCELLENCE LIMITED (a.k.a. ELEVEN EIGHTY EIGHT LIMITED), 18, Drive 41, Tumas Galea Street, Ta' Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-028-0154; V.A.T. Number MT14324830 (Malta); Tax ID No. 14324830 (Malta); Trade License No. C 19763 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

PAR GOSTAR KHOBREH (a.k.a. ANSAR BANK BROKERAGE COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 24467 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

PARA CHEMICAL INDUSTRIES (a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARADISE MEDICAL PIONEERS COMPANY, 4th Floor, Number 4, Ziba Alley, below the Gaffar Gas Station, Shariati Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES (a.k.a. PARAVAR PARS AEROSPACE RESEARCH INSTITUTE; a.k.a. PARAVAR PARS COMPANY (Arabic: شرکت پراویپارس); a.k.a. PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARAVAR PARS AEROSPACE RESEARCH INSTITUTE (a.k.a. PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES; a.k.a. PARAVAR PARS COMPANY (Arabic: شرکت پراویپارس); a.k.a. PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH

COMPANY), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARAVAR PARS COMPANY (Arabic: شرکت پراویپارس) (a.k.a. PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES; a.k.a. PARAVAR PARS AEROSPACE RESEARCH INSTITUTE; a.k.a. PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARAVAR PARS ENGINEERING AND SERVICES AEROSPACE RESEARCH COMPANY (a.k.a. PARAVAR PARS AEROSPACE RESEARCH AND ENGINEERING SERVICES; a.k.a. PARAVAR PARS AEROSPACE RESEARCH INSTITUTE; a.k.a. PARAVAR PARS COMPANY (Arabic: شرکت پراویپارس), 13 km of Shahid Babaei Highway, after Imam Hossein University, Next to Telo Road, Tehran, Iran; Website www.paravar-pars.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1992; National ID No. 10101373495 (Iran); Registration Number 93240 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARCHIN CHEMICAL FACTORIES (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARCHIN CHEMICAL INDUSTRIES (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARCHIN CHEMICAL INDUSTRIES GROUP (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PCF; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARDAZAN SYSTEM HOUSES ARMAN (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor. No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARDAZAN SYSTEM NAMAD ARMAN (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor. No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARDAZESH TASVIR RAYAN CO. (a.k.a. RAYAN IMAGE PROCESSING CORPORATION; a.k.a. RAYAN PRINTING), No. 9, 22nd St., 9th Km. of Karaj Special Rd., 1389843613, Tehran, Iran; Africa St., West Nahid St., Akhtaran Ave., p. 57, 1967773314, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102041648 (Iran); Registration ID 161530 (Iran) [SDGT] [IRGC] [IFSR].

PARDIS INVESTMENT COMPANY (a.k.a. SHERKAT-E SARMAYEGOZARI-E PARDIS), Iran; Unit D4 and C4, 4th Floor, Building 29 Africa, Corner of 25th Street, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARDO ESPINO, Eduardo, Privada Coyules 113, Barrio Santa Maria, Puerto Vallarta, Jalisco, Mexico; DOB 04 Apr 1979; POB Tinguindin, Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. PAEE790404HMNRSD00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PAREDES CORDOVA, Jorge Mario (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

PAREDES, Jose Omar, Miranda, Venezuela; DOB 22 Feb 1950; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 3476436 (Venezuela); Passport D0503056 (Venezuela) expires 17 Oct 2011; alt. Passport 038031243 (Venezuela) expires 16 Sep 2015; alt. Passport 113210615 (Venezuela) expires 01 Feb 2020; Pilot License Number 2326384 (individual) [VENEZUELA] (Linked To: AVERUCA, C.A.).

PAREDEZ CORDOVA, Jorge Mario (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

PAREJA, Dinno Amor Rosalejos (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-

PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

PAREJA, Dinno Rosalejos (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

PAREJA, Johnny (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

PAREJA, Kahlil (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

PAREJA, Khalil (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

PARFENCHIKOV, Artur Olegovich (Cyrillic: ПАРФЕНЧИКОВ, Артур Олегович), Karelia Republic, Russia; DOB 29 Nov 1964; POB Petrozavodsk, Karelia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 100111354223 (Russia) (individual) [RUSSIA-EO14024].

PARFYONOV, Denis Andreyevich (Cyrillic: ПАРФЕНОВ, Денис Андреевич), Russia; DOB 22 Sep 1987; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PARK VENTURES SAL (Arabic: شركة بارك فنتشرز .ش.م.ل), Al Wazir Building, First Floor, Ahmad Solah Street, Jnah, Beirut, Lebanon; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Jun 2004; Organization Type: Management consultancy activities; Registration Number 1002986 (Lebanon); alt. Registration Number 742783 (Lebanon) [SDGT] (Linked To: BAKER, Rima Yaacoub).

PARK, Aleksei (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho'-kyu; a.k.a. KIM, Ho-Kyu), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

PARK, Jin Hyok (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

PARK, Nyon-Nam (a.k.a. MASAKI, Toshio); DOB 13 Jan 1947 (individual) [TCO].

PARK, Tae-joon (a.k.a. BOKU, Taishun; a.k.a. ISHIDA, Shoroku; a.k.a. PAK, Tae-Chun); DOB 30 Oct 1932 (individual) [TCO].

PARKSTROY-SOFIA OOD (Cyrillic: ПАРКСТРОЙ-СОФИЯ - ООД), Nadezhda 1 Distr., Bl. No 150, apt. 131, Sofia, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130939917 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PARQUE ACUATICO LOS CASCABELES, S.A. DE C.V., Carretera Interior a Costa Rica Km. 6, El Carrizal 2, Culiacan Rosales, Sinaloa 80430, Mexico; Folio Mercantil No. 75483 (Mexico) [SDNTK].

PARQUE YAKU (a.k.a. CAMPO LIBRE A LA DIVERSION E.U.; a.k.a. YAKU E.U.), Calle 15 No. 27-33, Yumbo, Valle, Colombia; NIT # 805026848-1 (Colombia) [SDNT].

PARRA RIVERO, Luis Eduardo, Yaracuy, Venezuela; DOB 07 Jul 1978; Gender Male;

Cedula No. V-14211633 (Venezuela) (individual) [VENEZUELA].

PARRA SANCHEZ, Mario; DOB 11 Nov 1970; POB Culiacan, Sinaloa, Mexico; C.U.R.P. PASM701111HSLRNR07 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

PARS AMAYESH SANAAT KISH (a.k.a. PASK; a.k.a. VACUUM KARAN; a.k.a. VACUUM KARAN CO.; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARS AVIATION SERVICES COMPANY (a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

PARS BANAYE SADR CONSTRUCTION COMPANY (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-

bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PARS BANAYE SADR INDUSTRIES COMPANY (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PARS ENERGY DEVELOPMENT (a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION; a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No.

10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS ENERGY GOSTAR CO. (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION; a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس) (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION; a.k.a. "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS ENERGY-GOSTAR DRILLING AND EXPLORATION (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس) "PEDEX"), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number

40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS GHA'EM GOSTAR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS INTERNATIONAL INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS ISOTOPE COMPANY, No. 88, West 23rd St. Azadegan Blvd. South Sheykh Bahaie Ave., Tehran, Iran; Website http://www.parsisotope.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PARS MCS (a.k.a. PARS MCS CO.; a.k.a. PARS MCS COMPANY), 2nd Floor, No. 4, Sasan Dead End, Afriqa Avenue, After Esfandiar, Crossroads, Tehran, Iran; No. 5 Sasan Alley, Atefi Sharghi St., Afrigha Boulevard, Tehran, Iran; Oshtorjan Industrial Zone, Zob-e Ahan Highway, Isafahan, Iran; Website http://www.parsmcs.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS MCS CO. (a.k.a. PARS MCS; a.k.a. PARS MCS COMPANY), 2nd Floor, No. 4, Sasan Dead End, Afriqa Avenue, After Esfandiar, Crossroads, Tehran, Iran; No. 5 Sasan Alley, Atefi Sharghi St., Afrigha Boulevard, Tehran, Iran; Oshtorjan Industrial Zone, Zob-e Ahan Highway, Isafahan, Iran; Website http://www.parsmcs.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS MCS COMPANY (a.k.a. PARS MCS; a.k.a. PARS MCS CO.), 2nd Floor, No. 4, Sasan Dead End, Afriqa Avenue, After Esfandiar, Crossroads, Tehran, Iran; No. 5 Sasan Alley, Atefi Sharghi St., Afrigha Boulevard, Tehran, Iran; Oshtorjan Industrial Zone, Zob-e Ahan Highway, Isafahan, Iran; Website http://www.parsmcs.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS NICKEL KARAN KABIR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS OIL (Arabic: پارس نفت) (a.k.a. PARS OIL CO.; a.k.a. SHERKAT NAFT PARS SAHAMI

AAM (Arabic: شرکت نفت پارس سهامی عام)), No. 346, Pars Oil Company Building, Modarres Highway, East Mirdamad Boulevard, Tehran 1549944511, Iran; Postal Box 14155-1473, Tehran 159944511, Iran; Iran; Website http://www.parsoilco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100302746 (Iran); Registration Number 6388 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PARS OIL AND GAS COMPANY (a.k.a. POGC), No. 133, Side of Parvin Etesami Alley, opposite Sazman Ab - Dr. Fatemi Avenue, Tehran, Iran; No. 1 Parvin Etesami Street, Fatemi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PARS OIL CO. (a.k.a. PARS OIL (Arabic: نفت پارس); a.k.a. SHERKAT NAFT PARS SAHAMI AAM (Arabic: شرکت نفت پارس سهامی عام)), No. 346, Pars Oil Company Building, Modarres Highway, East Mirdamad Boulevard, Tehran 1549944511, Iran; Postal Box 14155-1473, Tehran 159944511, Iran; Iran; Website http://www.parsoilco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100302746 (Iran); Registration Number 6388 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PARS PAIDAR SANAT NOVIN, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS PETROCHEMICAL CO. (a.k.a. ASALOUYEH PETROCHEMICAL COMPANY; a.k.a. PARS PETROCHEMICAL COMPANY; a.k.a. "P.P.C."), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Busehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Busehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PARS PETROCHEMICAL COMPANY (a.k.a. ASALOUYEH PETROCHEMICAL COMPANY; a.k.a. PARS PETROCHEMICAL CO.; a.k.a. "P.P.C."), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Busehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Busehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PARS PETROCHEMICAL SHIPPING COMPANY, 1st Floor, No. 19, Shenasa Street, Vali E Asr Avenue, Tehran, Iran; Website www.parsshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PARS PETROCHINA COMPANY (a.k.a. PETRO CHINA PARS CO. (Arabic: شرکت پترو چین (پارس)), No. 25, Second Alley, Zarafshan Shomali, Shahrak Qarb, Tehran, Iran; First Floor, Unit No. 281, Salehiar Commercial Complex, Chabahar Free Zone 9971769479, Iran; Website www.petrochinapars.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2013; National ID No. 14003437540 (Iran); Registration Number 1825 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص) (a.k.a. SINA RAIL PARS; a.k.a. SINA RAIL PARS CO.; a.k.a. SINA RAIL PARS COMPANY), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARS SARRALLE (a.k.a. PARS SARRALLE COMPANY; a.k.a. PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس سارایه); a.k.a. SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To:

KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

PARS SARRALE COMPANY (a.k.a. PARS SARRALLE; a.k.a. PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس ساراله); a.k.a. SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس ساراله) (a.k.a. PARS SARRALLE; a.k.a. PARS SARRALLE COMPANY; a.k.a. SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

PARS SAZEH ENGINEERING AND CONSTRUCTION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARS TILE COMPANY (Arabic: شرکت کاشی پارس), No. 19, Arasbaran Sqr., East Simorgh Ave., Seyed Khandan, Tehran, Iran; Zakariya Razi St., Alborz Industrial City, Qazvin, Iran; Website http://pars-tile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100607716 (Iran); Registration Number 17249 (Iran) [IRAN-EO13876] (Linked To: SINA TILE AND CERAMIC INDUSTRIES COMPANY).

PARSAEI, Reza; DOB 09 Aug 1963; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Director, NIOC International Affairs (London) Ltd. (individual) [IRAN].

PARSAJAM, Mohsen (a.k.a. HODJAT ABADI, Mohsen Kargar; a.k.a. HODJATABADI, Mohsen Kargar; a.k.a. "KARGAR, Mohsen"); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

PARSEK LLC, Sh. Entuziastov D. 54, Che 0 POM.VII CH K 9, Moscow 111123, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7714789249 (Russia); Company Number 62817585 (Russia); Registration Number 1097746565366 (Russia) [NPWMD].

PARSHIN, Andrei Yevgenevich (Cyrillic: ПАРШИН, Андрей Евгеньевич) (a.k.a. PARSHIN, Andrey; a.k.a. PARSHIN, Andrey Yevgenievich), Skryganova St., Building 4A, Apt. 211, Minsk, Belarus (Cyrillic: Скрыганова ул., д. 4A, кв. 211, г. Минск, Belarus); DOB 19 Feb 1974; nationality Belarus; Gender Male; National ID No. 3190274A018PB7 (Belarus); Tax ID No. AA1060533 (Belarus) (individual) [BELARUS-EO14038].

PARSHIN, Andrey (a.k.a. PARSHIN, Andrei Yevgenevich (Cyrillic: ПАРШИН, Андрей Евгеньевич); a.k.a. PARSHIN, Andrey Yevgenievich), Skryganova St., Building 4A, Apt. 211, Minsk, Belarus (Cyrillic: Скрыганова ул., д. 4A, кв. 211, г. Минск, Belarus); DOB 19 Feb 1974; nationality Belarus; Gender Male; National ID No. 3190274A018PB7 (Belarus); Tax ID No. AA1060533 (Belarus) (individual) [BELARUS-EO14038].

PARSHIN, Andrey Yevgenievich (a.k.a. PARSHIN, Andrei Yevgenevich (Cyrillic: ПАРШИН, Андрей Евгеньевич); a.k.a. PARSHIN, Andrey), Skryganova St., Building 4A, Apt. 211, Minsk, Belarus (Cyrillic: Скрыганова ул., д. 4A, кв. 211, г. Минск, Belarus); DOB 19 Feb 1974; nationality Belarus; Gender Male; National ID No. 3190274A018PB7 (Belarus); Tax ID No. AA1060533 (Belarus) (individual) [BELARUS-EO14038].

PARSIAN BANK, No. 4, Zarafshan Street, Shahid Farahzadi Boulevard, Sharak Ghods, Tehran, Iran; SWIFT/BIC BKPAIRTH; Website www.parsian-bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY).

PARSIAN CATALYST CHEMICAL COMPANY, Sixth Bahrevari Street, Zinc Special Town, 5 km of Bijar Road, Zanjan 453515357, Iran; Website www.catalistparsian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 6181 (Iran) [SDGT] [IFSR] (Linked To: CALCIMIN).

PARSIAN OIL AND GAS DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARSIAN RAIL TRANSPORT DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PARSIAN TECHNOLOGY SUPPORT COMPANY (a.k.a. RASTIN KHADAMAT PARSIAN COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان) (a.k.a. BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY; a.k.a. PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی, مراکز تفریحی و حمل و نقل پارسیان); a.k.a. SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی, مراکز تفریحی و حمل و نقل پارسیان) (a.k.a. BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY; a.k.a. PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان); a.k.a. SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-

EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PARTHIA CARGO LLC, 1 AK 01, Jebel Ali South Zone, Jebel Ali Free Zone, Dubai, United Arab Emirates; Office 203, Bur Dubai, Souk Al Kabeer, Dubai, United Arab Emirates; P.O. Box: 33393, Dubai, United Arab Emirates; P.O. Box: 44439, Dubai, United Arab Emirates; Website www.parthiacargo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 56868 (United Arab Emirates); Registration Number 515161 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: MAHDAVI, Amin).

PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU) (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI) (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

PARTIDUL SOR (f.k.a. RAVNOPRAVIE; a.k.a. SHOR PARTY), 36 Vasile Lupu Street, OF 326, Orhei, Moldova; Organization Established Date Jun 1998; Organization Type: Activities of political organizations [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

PARTISANS OF ISLAMIC LAW (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

PARTIYA JIYANA AZAD A KURDISTANE (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

PARTIYA KARKERAN KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

PARTIZAN ARMS (a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTIZAN ARMS DOO (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN TECH DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTIZAN TECH DOO (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTIZAN TECH DOO BEOGRAD (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO; a.k.a. PREDUZECE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PARTO SANAT CO., 2417 Valiasr Ave., Next to 14th Street, Tehran 15178, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PARTSKHALADZE, Otar Anzorovich (Cyrillic: ПАРЦХАЛАДЗЕ, Отар Анзорович) (a.k.a. PHARTSKHALADZE, Otar (Georgian: ფარცხალაძე, ოთარ)), Georgia; DOB 18 Jun 1976; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 11BA33281 (Georgia); National ID No. 01008013231 (Georgia); Tax ID No. 710000237020 (Russia) (individual) [RUSSIA-EO14024].

PARTY OF FREE LIFE OF KURDISTAN (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

PARTY OF GOD (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST

WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

PARVAR, Hossein, Iran; DOB 21 Nov 1992; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

PASANDIDEH, Haydar (a.k.a. PASANDIDEH, Heidar (Arabic: حیدر پسندیده); a.k.a. PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده); a.k.a. PASANDIDEH, Heider), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASANDIDEH, Heidar (Arabic: حیدر پسندیده) (a.k.a. PASANDIDEH, Haydar; a.k.a. PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده); a.k.a. PASANDIDEH, Heider), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده) (a.k.a. PASANDIDEH, Haydar; a.k.a. PASANDIDEH, Heidar (Arabic: حیدر پسندیده); a.k.a. PASANDIDEH, Heider), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASANDIDEH, Heider (a.k.a. PASANDIDEH, Haydar; a.k.a. PASANDIDEH, Heidar (Arabic: حیدر پسندیده); a.k.a. PASANDIDEH, Heidar Mehdigholi (Arabic: حیدر مهدیقلی پسندیده)), Sanandaj, Iran; DOB 16 Jul 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2754291598 (Iran); Warden of Sanandaj Central Prison (individual) [IRAN-HR].

PASARGAD BANK (a.k.a. BANK PASARGAD; a.k.a. BANK-E PASARGAD), Valiasr St., Mirdamad St., No. 430, Tehran, Iran; No. 430, Mirdamad Ave, Tehran 19697774511, Iran; SWIFT/BIC BKBPIRTH; Website www.bpi.ir; alt. Website www.bankpasargad.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

PASARGAD STEEL COMPLEX (a.k.a. PASARGAD STEEL ZOB INDUSTRIAL COMPLEX; a.k.a. ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY; a.k.a. "PASCO"), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

PASARGAD STEEL ZOB INDUSTRIAL COMPLEX (a.k.a. PASARGAD STEEL COMPLEX; a.k.a. ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY; a.k.a. "PASCO"), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

PASBAN-E-AHLE-HADITH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a.

MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

PASBAN-E-KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

PASCHE, Jacques, Switzerland; DOB 1955; nationality Switzerland; Gender Male

(individual) [RUSSIA-EO14024] (Linked To: MILUR SA).

PASDARAN (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN) (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

PASDARAN-E INQILAB (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARN-

E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

PASDARN-E ENGHELAB-E ISLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович) (a.k.a. PASECHNYK, Leonid; a.k.a. PASICHNIK, Leonid Ivanovich; a.k.a. PASICHNYK, Leonid Ivanovych), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASECHNYK, Leonid (a.k.a. PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович); a.k.a. PASICHNIK, Leonid Ivanovich; a.k.a. PASICHNYK, Leonid Ivanovych), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASHKOV, Vladimir Igorevich, Russia; Ukraine; DOB 1961; POB Bratsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

PASICHNIK, Leonid Ivanovich (a.k.a. PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович); a.k.a. PASECHNYK, Leonid; a.k.a. PASICHNYK, Leonid Ivanovych), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASICHNYK, Leonid Ivanovych (a.k.a. PASECHNIK, Leonid Ivanovich (Cyrillic: ПАСІЧНИК, Леонід Іванович; Cyrillic: ПАСЕЧНИК, Леонид Иванович); a.k.a. PASECHNYK, Leonid; a.k.a. PASICHNIK, Leonid Ivanovich), 7 30-Letiya Pobedy St., Apt.90, Luhansk, Luhansk region, Ukraine; DOB 15 Mar 1970; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2564117759 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

PASIT, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO PASIT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПАСИТ)), Avenue Leninsky, Building 30, Premise IA, Moscow 11934, Russia; Tax ID No. 7736185530 (Russia) [RUSSIA-EO14024].

PASK (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. VACUUM KARAN; a.k.a. VACUUM

KARAN CO.; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASKAL LLC (a.k.a. PASKAL OOO (Cyrillic: ООО ПАСКАЛЬ), Ul. Smirnovskaya D. 10, Str. 8 Kabinet 12, Moscow 109052, Russia (Cyrillic: Ул. Смирновская д. 10, стр. 8 каб. 12, Москва 109052, Russia); Organization Established Date 09 Apr 2015; Tax ID No. 7725269347 (Russia); Registration Number 1157746322370 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PASKAL OOO (Cyrillic: ООО ПАСКАЛЬ) (a.k.a. PASKAL LLC), Ul. Smirnovskaya D. 10, Str. 8 Kabinet 12, Moscow 109052, Russia (Cyrillic: Ул. Смирновская д. 10, стр. 8 каб. 12, Москва 109052, Russia); Organization Established Date 09 Apr 2015; Tax ID No. 7725269347 (Russia); Registration Number 1157746322370 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PASLER, Denis Vladimirovich (Cyrillic: ПАСЛЕР, Денис Владимирович), Orenburg, Russia; DOB 29 Oct 1978; POB Severouralsk, Sverdlovsk region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 663103035975 (Russia) (individual) [RUSSIA-EO14024].

PASMACIU, Xhemail (a.k.a. NDROQI, Ylli Bahri; a.k.a. PASMACIU, Xhemal), Tirana, Albania; DOB 11 Mar 1965; POB Tirana, Albania; nationality Albania; Gender Male (individual) [BALKANS-EO14033].

PASMACIU, Xhemal (a.k.a. NDROQI, Ylli Bahri; a.k.a. PASMACIU, Xhemail), Tirana, Albania; DOB 11 Mar 1965; POB Tirana, Albania; nationality Albania; Gender Male (individual) [BALKANS-EO14033].

PASNA (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No.

11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASNA INDUSTRY CO. (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASNA INTERNATION TRADING CO. (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PASNA INTERNATIONAL GROUP SND. BHD., No. 42, Jalan Wira 4, Taman Maluri, Kuala Lumpur, Wilayah Persekutuan 55100, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Oct 2011; Company Number 201101036156 (Malaysia) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

PATEK, Omar (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

PATEK, Umar (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia [SDGT].

PATINO FOMEQUE, Victor Hugo (a.k.a. PATINO FOMEQUE, Victor Julio), Avenida 4N No. 10N-100, Cali, Colombia; c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; c/o TAURA S.A., Cali, Colombia; c/o GALAPAGOS S.A., Cali, Colombia; DOB 31 Jan 1959; Cedula No. 16473543 (Colombia) (individual) [SDNT].

PATINO FOMEQUE, Victor Julio (a.k.a. PATINO FOMEQUE, Victor Hugo), Avenida 4N No. 10N-100, Cali, Colombia; c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; c/o TAURA S.A., Cali, Colombia; c/o GALAPAGOS S.A., Cali, Colombia; DOB 31 Jan 1959; Cedula No. 16473543 (Colombia) (individual) [SDNT].

PATINO RESTREPO, Carlos Arturo (a.k.a. "PATE MURO"; a.k.a. "PATEMURO"), c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Calle 20 No. 6-30, Ofc. 1304, Pereira, Risaralda, Colombia; Carrera 8-21, Viterbo, Caldas, Colombia; DOB 27 Apr 1964; POB La Virginia, Risaralda, Colombia; nationality Colombia; citizen Colombia; Cedula No. 9991679 (Colombia); Passport 9991679 (Colombia); alt. Passport AF186124 (Colombia); alt. Passport AC455469 (Colombia); alt. Passport PO69381 (Colombia) (individual) [SDNT].

PATRACA PONCE, Jorge Normando, Escobedo No. 366 Oriente, Departamento No. 102, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366-102, Colonia Centro, Tijuana, Baja California, Mexico; Edo. de Tabasco # 1423, Culiacan, Sinaloa, Mexico; c/o SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; Cll Cerro de San Cayetano 728, Colinas de San Miguel, Culiacan Circuito Ceroo de la Silla, Culiacan Rosales, Culiacan, Mexico; Avenida Jose Maria Morelos 302 Pte, Local 3, Col. Sector Culiacan Centro, Culiacan, Sinaloa 80000, Mexico; DOB 23 Aug 1974; POB

Culiacan, Sinaloa, Mexico; alt. POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Passport 040015561 (Mexico); R.F.C. PAPJ740423DB8 (Mexico); Electoral Registry No. PTPNJR74042325H500 (Mexico) (individual) [SDNTK].

PATRACA, S.A. DE C.V. (a.k.a. BOUTIQUE PATRACA), Calle Miguel Hgo No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa, Mexico; Calle Benito Juarez, No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Calle Benito Juarez 302 A altos S/N, Col. Centro, Culiacan, Sinaloa, Mexico; Alvaro Obregon y Cerro de Montelargo Local 74M, 75M, 76M, 7 Colinas de San Miguel, Culiacan 80228, Mexico; Ave Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-24, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-16, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-39, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, 16, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Avenida Jose Maria Morelos 302 Pte, Local 3, Col. Sector Culiacan Centro, Culiacan, Sinaloa 80000, Mexico; R.F.C. PAT040318GF7 (Mexico) [SDNTK].

PATRIOT INSURANCE BROKERS CO. LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

PATRIOT PRIVATE MILITARY COMPANY (a.k.a. "PATRIOT PMC" (Cyrillic: "ЧВК ПАТРИОТ")), Russia; Organization Established Date 2018; Organization Type: Defense activities; Target Type Private Company [RUSSIA-EO14024].

PATRUSHEV, Andrey (Cyrillic: ПАТРУШЕВ, Андрей), St. Petersburg, Russia; DOB 1981; POB Saint Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PATRUSHEV, Nikolai Platonovich).

PATRUSHEV, Nikolai (a.k.a. PATRUSHEV, Nikolai Platonovich (Cyrillic: ПАТРУШЕВ, Николай Платонович)), Moscow, Russia; DOB 11 Jul 1951; POB St. Petersburg, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PATRUSHEV, Nikolai Platonovich (Cyrillic: ПАТРУШЕВ, Николай Платонович) PATRUSHEV, Nikolai), Moscow, Russia; DOB 11 Jul 1951; POB St. Petersburg, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PAULICHENKA, Dmitri Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dmitri Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAULICHENKA, Dzmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a.

PAVLICHENKO, Dmitri Vasilyevich; a.k.a.
PAVLICHENKO, Dmitry Valeryevich; a.k.a.
PAVLICHENKO, Dmitry Vasilyevich; a.k.a.
PAVLICHENKO, Dzmitry Valeryevich; a.k.a.
PAVLICHENKO, Dzmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitri Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dzmitry Vasilyevich); DOB
1966; POB Vitebsk oblast, Belarus; Colonel in
BKGB and Commander of the Special
Response Group of the Ministry of the Interior
(SOBR) (individual) [BELARUS].

PAULICHENKA, Dzmitry Vasilyevich (a.k.a.
PAULICHENKA, Dmitri Valeryevich; a.k.a.
PAULICHENKA, Dmitri Vasilyevich; a.k.a.
PAULICHENKA, Dmitry Valeryevich; a.k.a.
PAULICHENKA, Dmitry Vasilyevich; a.k.a.
PAULICHENKA, Dzmitry Valeryevich; a.k.a.
PAVLICHENKO, Dmitri Valeryevich; a.k.a.
PAVLICHENKO, Dmitri Vasilyevich; a.k.a.
PAVLICHENKO, Dmitry Valeryevich; a.k.a.
PAVLICHENKO, Dmitry Vasilyevich; a.k.a.
PAVLICHENKO, Dzmitry Valeryevich; a.k.a.
PAVLICHENKO, Dzmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitri Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dzmitry Vasilyevich); DOB
1966; POB Vitebsk oblast, Belarus; Colonel in
BKGB and Commander of the Special
Response Group of the Ministry of the Interior
(SOBR) (individual) [BELARUS].

PAURA, Jorge Alejandro (a.k.a. "LARRY"),
Buenos Aires, Argentina; DOB 31 Oct 1967;
POB Buenos Aires, Argentina; nationality
Argentina; Gender Male; Passport AAB376848
(Argentina); D.N.I. 18580686 (Argentina);
C.U.I.T. 20185806864 (Argentina) (individual)
[SDNTK] (Linked To: BAJER S.R.L.; Linked To:
HIGH NUTRITION SOCIEDAD DE
RESPONSABILIDAD LIMITADA).

PAURA, Lucas Daniel, Buenos Aires, Argentina;
DOB 04 Jan 1988; POB Buenos Aires,
Argentina; nationality Argentina; Gender Male;
Passport 33533978N (Argentina); D.N.I.
33533978 (Argentina) (individual) [SDNTK].

PAVKOVIC, Nebojsa; DOB 10 Apr 1946; alt.
DOB 16 Apr 1946; POB Senjski Rudnik, Serbia
and Montenegro; Ex-VJ Chief of Staff
(individual) [BALKANS].

PAVLENKO, Vladimir Nikolaevich (Cyrillic:
ПАВЛЕНКО, Владимир Николаевич) (a.k.a.
PAVLENKO, Vladimir Viktorovich (Cyrillic:
ПАВЛЕНКО, Владимир Викторович); a.k.a.
PAVLENKO, Volodymyr Mykolaiovych; a.k.a.
PAVLENKO, Volodymyr Viktorovich (Cyrillic:
ПАВЛЕНКО, Володимир Вікторович)),
Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr
1962; Gender Male; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions
Regulations, 31 CFR 589.201 and/or 589.209;
Minister of State Security of the so-called
Donetsk People's Republic (individual)
[UKRAINE-EO13660] (Linked To: DONETSK
PEOPLE'S REPUBLIC).

PAVLENKO, Vladimir Viktorovich (Cyrillic:
ПАВЛЕНКО, Владимир Викторович) (a.k.a.
PAVLENKO, Vladimir Nikolaevich (Cyrillic:
ПАВЛЕНКО, Владимир Николаевич); a.k.a.
PAVLENKO, Volodymyr Mykolaiovych; a.k.a.
PAVLENKO, Volodymyr Viktorovich (Cyrillic:
ПАВЛЕНКО, Володимир Вікторович)),
Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr
1962; Gender Male; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions
Regulations, 31 CFR 589.201 and/or 589.209;
Minister of State Security of the so-called
Donetsk People's Republic (individual)
[UKRAINE-EO13660] (Linked To: DONETSK
PEOPLE'S REPUBLIC).

PAVLENKO, Volodymyr Mykolaiovych (a.k.a.
PAVLENKO, Vladimir Nikolaevich (Cyrillic:
ПАВЛЕНКО, Владимир Николаевич); a.k.a.
PAVLENKO, Vladimir Viktorovich (Cyrillic:
ПАВЛЕНКО, Владимир Викторович); a.k.a.
PAVLENKO, Volodymyr Viktorovich (Cyrillic:
ПАВЛЕНКО, Володимир Вікторович)),
Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr
1962; Gender Male; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions
Regulations, 31 CFR 589.201 and/or 589.209;
Minister of State Security of the so-called
Donetsk People's Republic (individual)
[UKRAINE-EO13660] (Linked To: DONETSK
PEOPLE'S REPUBLIC).

PAVLENKO, Volodymyr Viktorovich (Cyrillic:
ПАВЛЕНКО, Володимир Вікторович) (a.k.a.
PAVLENKO, Vladimir Nikolaevich (Cyrillic:
ПАВЛЕНКО, Владимир Николаевич); a.k.a.
PAVLENKO, Vladimir Viktorovich (Cyrillic:
ПАВЛЕНКО, Владимир Викторович); a.k.a.
PAVLENKO, Volodymyr Mykolaiovych),
Donetsk, Donetsk Oblast, Ukraine; DOB 14 Apr
1962; Gender Male; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209;
Minister of State Security of the so-called
Donetsk People's Republic (individual)
[UKRAINE-EO13660] (Linked To: DONETSK
PEOPLE'S REPUBLIC).

PAVLICHENKO, Dmitri Valerevich (a.k.a.
PAULICHENKA, Dmitri Valeryevich; a.k.a.
PAULICHENKA, Dmitri Vasilyevich; a.k.a.
PAULICHENKA, Dmitry Valeryevich; a.k.a.
PAULICHENKA, Dmitry Vasilyevich; a.k.a.
PAULICHENKA, Dzmitry Valeryevich; a.k.a.
PAULICHENKA, Dzmitry Vasilyevich; a.k.a.
PAVLICHENKO, Dmitri Vasilyevich; a.k.a.
PAVLICHENKO, Dmitry Valeryevich; a.k.a.
PAVLICHENKO, Dmitry Vasilyevich; a.k.a.
PAVLICHENKO, Dzmitry Valeryevich; a.k.a.
PAVLICHENKO, Dzmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitri Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dzmitry Vasilyevich); DOB
1966; POB Vitebsk oblast, Belarus; Colonel in
BKGB and Commander of the Special
Response Group of the Ministry of the Interior
(SOBR) (individual) [BELARUS].

PAVLICHENKO, Dmitri Vasilyevich (a.k.a.
PAULICHENKA, Dmitri Valeryevich; a.k.a.
PAULICHENKA, Dmitri Vasilyevich; a.k.a.
PAULICHENKA, Dmitry Valeryevich; a.k.a.
PAULICHENKA, Dmitry Vasilyevich; a.k.a.
PAULICHENKA, Dzmitry Valeryevich; a.k.a.
PAULICHENKA, Dzmitry Vasilyevich; a.k.a.
PAVLICHENKO, Dmitri Valeryevich; a.k.a.
PAVLICHENKO, Dmitry Valeryevich; a.k.a.
PAVLICHENKO, Dmitry Vasilyevich; a.k.a.
PAVLICHENKO, Dzmitry Valeryevich; a.k.a.
PAVLICHENKO, Dzmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitri Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a.
PAVLIUCHENKO, Dmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a.
PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a.
PAVLIUCHENKO, Dzmitry Vasilyevich); DOB
1966; POB Vitebsk oblast, Belarus; Colonel in
BKGB and Commander of the Special
Response Group of the Ministry of the Interior
(SOBR) (individual) [BELARUS].

PAVLICHENKO, Dmitry Valerevich (a.k.a.
PAULICHENKA, Dmitri Valeryevich; a.k.a.
PAULICHENKA, Dmitri Vasilyevich; a.k.a.
PAULICHENKA, Dmitry Valeryevich; a.k.a.
PAULICHENKA, Dmitry Vasilyevich; a.k.a.
PAULICHENKA, Dzmitry Valeryevich; a.k.a.

PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dzmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLICHENKO, Dzmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitri Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitri Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a.

PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valeryevich; a.k.a. PAULICHENKA, Dmitri Vasilyevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Vasilyevich; a.k.a. PAULICHENKA, Dzmitry Valeryevich; a.k.a. PAULICHENKA, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Vasilyevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich; a.k.a.

PAVLIUCHENKO, Dzmitry Vasilyevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dzmitry Valeryevich (a.k.a. PAULICHENKA, Dmitri Valyerevich; a.k.a. PAULICHENKA, Dmitri Valyeryevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Valyeryevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLIUCHENKO, Dzmitry Vasilyevich (a.k.a. PAULICHENKA, Dmitri Valyerevich; a.k.a. PAULICHENKA, Dmitri Valyeryevich; a.k.a. PAULICHENKA, Dmitry Valeryevich; a.k.a. PAULICHENKA, Dmitry Valyeryevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLICHENKO, Dzmitry Vasilyevich; a.k.a. PAVLICHENKO, Dmitri Valeryevich; a.k.a. PAVLICHENKO, Dmitri Vasilyevich; a.k.a. PAVLICHENKO, Dmitry Valeryevich; a.k.a. PAVLICHENKO, Dmitry Valyeryevich; a.k.a. PAVLICHENKO, Dzmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Valeryevich; a.k.a. PAVLIUCHENKO, Dmitri Vasilyevich; a.k.a. PAVLIUCHENKO, Dmitry Valeryevich; a.k.a. PAVLIUCHENKO, Dmitry Vasilyevich; a.k.a. PAVLIUCHENKO, Dzmitry Valeryevich); DOB 1966; POB Vitebsk oblast, Belarus; Colonel in BKGB and Commander of the Special Response Group of the Ministry of the Interior (SOBR) (individual) [BELARUS].

PAVLOV, Andrei (a.k.a. PAVLOV, Andrei Alexeyevich; a.k.a. PAVLOV, Andrey; a.k.a. PAVLOV, Andrey Aleksandrovich); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Andrei Alexeyevich (a.k.a. PAVLOV, Andrei; a.k.a. PAVLOV, Andrey; a.k.a. PAVLOV, Andrey Aleksandrovich); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Andrey (a.k.a. PAVLOV, Andrei; a.k.a. PAVLOV, Andrei Alexeyevich; a.k.a. PAVLOV, Andrey Aleksandrovich); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Andrey Aleksandrovich (a.k.a. PAVLOV, Andrei; a.k.a. PAVLOV, Andrei Alexeyevich; a.k.a. PAVLOV, Andrey); DOB 07 Aug 1977; nationality Russia; Gender Male (individual) [MAGNIT].

PAVLOV, Vladimir Victorovich (Cyrillic: ПАВЛОВ, Владимир Викторович), Russia; DOB 01 Jun 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAVLOVA, Margarita Nikolayevna (Cyrillic: ПАВЛОВА, Маргарита Николаевна), Russia; DOB 22 Jan 1979; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAVLYUK, Mikhail Ilyich (Cyrillic: ПАВЛЮК, Михаил Ильич), Armenia; Russia; DOB 16 Nov 1966; POB Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MILUR ELECTRONICS LLC).

PAWELL SHIPPING CO LLP, Unit 111247, Ground Floor, 30 Bloomsbury St., London WC1B 3QJ, United Kingdom; Ofis 208, ul Kayani 18, Rostov-na-Donu, Rostov 344019, Russia; Organization Established Date 15 Jul 2019; Registration Number OC428060 (United Kingdom) [RUSSIA-EO14024].

PAWLOWSKA HANAFIN, Katarzyna Ewa (a.k.a. PAWLOWSKA HANAFIN, Katerina; a.k.a. PAWLOWSKA, Katarzyna Ewa; a.k.a. PAWLOWSKA, Katerina), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAWLOWSKA HANAFIN, Katerina (a.k.a. PAWLOWSKA HANAFIN, Katarzyna Ewa; a.k.a. PAWLOWSKA, Katarzyna Ewa; a.k.a. PAWLOWSKA, Katerina), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAWLOWSKA, Katarzyna Ewa (a.k.a. PAWLOWSKA HANAFIN, Katarzyna Ewa; a.k.a. PAWLOWSKA HANAFIN, Katerina; a.k.a. PAWLOWSKA, Katerina), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAWLOWSKA, Katerina (a.k.a. PAWLOWSKA HANAFIN, Katarzyna Ewa; a.k.a. PAWLOWSKA HANAFIN, Katerina; a.k.a. PAWLOWSKA, Katarzyna Ewa), United Arab Emirates; DOB 28 Mar 1977; POB Strzelin, Poland; nationality Poland; Gender Female; Passport EM72894310 (Poland) expires 03 Nov 2027; alt. Passport EG3429510 (Poland) expires 17 Mar 2024 (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE; Linked To: HANAFIN, John Desmond).

PAYA PARTOV CO., No. 128 - Mahestan, 7th Street, Iran Zamin Ave., San'at Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PAYA SAMAN PARS (Arabic: پایا سامان پارس) (a.k.a. PAYA SAMAN PARS COMPANY (Arabic: شرکت پایا سامان پارس)), 10th Floor, Central Building, Mostazafan Foundation, toward Africa Blvd, Resalat Highway, Tehran, Iran; Website http://www.payasamanpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103464995 (Iran); Registration Number 308460 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYA SAMAN PARS COMPANY (Arabic: شرکت پایا سامان پارس) (a.k.a. PAYA SAMAN PARS (Arabic: پایا سامان پارس)), 10th Floor, Central Building, Mostazafan Foundation, toward Africa Blvd, Resalat Highway, Tehran, Iran; Website http://www.payasamanpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103464995 (Iran); Registration Number 308460 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYA SANAT SINA (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYAN AVARAN OMRAN (a.k.a. ERTEBATE EGHTESSADE MONIR; a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR; a.k.a. NEGIN PARTO KHAVAR CO. LTD.), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PAYAN MERAZ, Juana, Mexico, DOB 08 Mar 1974; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. PAMJ740308MSLYRN17 (Mexico) (individual) [SDNTK].

PAYAN MERAZ, Raul, Mexico; DOB 30 Jun 1975; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PAMR750630HSLYRL06 (Mexico) (individual) [SDNTK].

PAYANDAN (Arabic: پایندان) (a.k.a. PAYANDAN CO.; a.k.a. PAYANDAN COMPANY), #2, North Bakeri Highway, West Hakim Highway, Tehran, Tehran, Iran; West Hakim Expressway - Bakeri St. - No. 2, Tehran, Iran; Website www.payandan.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100665370 (Iran); Registration Number 20990 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYANDAN CO. (a.k.a. PAYANDAN (Arabic: پایندان); a.k.a. PAYANDAN COMPANY), #2, North Bakeri Highway, West Hakim Highway, Tehran, Tehran, Iran; West Hakim Expressway - Bakeri St. - No. 2, Tehran, Iran; Website www.payandan.com; Additional Sanctions

Information - Subject to Secondary Sanctions; National ID No. 10100665370 (Iran); Registration Number 20990 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYANDAN COMPANY (a.k.a. PAYANDAN (Arabic: پایندان); a.k.a. PAYANDAN CO.), #2, North Bakeri Highway, West Hakim Highway, Tehran, Tehran, Iran; West Hakim Expressway - Bakeri St. - No. 2, Tehran, Iran; Website www.payandan.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100665370 (Iran); Registration Number 20990 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PAYANDEH JAAM ELECTRICITY ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PAYDAR, Aman Ilah (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

PAYDAR, Amanollah (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان اله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

PAYKIN, Boris Romanovich (Cyrillic: ПАЙКИН, Борис Романович), Russia; DOB 26 Mar 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PAYVAR ANDISH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

PAZARGAD NON INDUSTRIAL OPERATION COMPANY (a.k.a. NON-INDUSTRIAL

OPERATION SERVICES PAZARGAD; a.k.a. PAZARGAD NON-INDUSTRIAL OPERATIONS CO.), Complex of Petrochemical Projects, Triangular Site, P.O. Box 9531795616, Assaluyeh, Bushehr, Iran; Khalid Islumboli Street, Fifth Alley, No. 22, Second Floor, Tehran 1513643911, Iran; Website www.pazargad.org; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PAZARGAD NON-INDUSTRIAL OPERATIONS CO. (a.k.a. NON-INDUSTRIAL OPERATION SERVICES PAZARGAD; a.k.a. PAZARGAD NON INDUSTRIAL OPERATION COMPANY), Complex of Petrochemical Projects, Triangular Site, P.O. Box 9531795616, Assaluyeh, Bushehr, Iran; Khalid Islumboli Street, Fifth Alley, No. 22, Second Floor, Tehran 1513643911, Iran; Website www.pazargad.org; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PB SADR CONSTRUCTION COMPANY (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

PCA XIANG GANG LIMITED (Chinese Traditional: 披思埃香港有限公司), Unit C2, 12/F., Block A, Universal Industrial Centre, 19-25 Shan Mei Street, Fo Tan, New Territories, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 1669316 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

PCC (UK) (a.k.a. PCC UK; a.k.a. PCC UK LTD; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional

Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PCC FZE (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY FZE), 1703, 17th Floor, Dubai World Trade Center Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Office No. 99-A, Maker Tower "F" 9th Floor Cutte Pavade, Colabe, Mumbai 700005, India; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PCC SINGAPORE PTE LTD (a.k.a. P.C.C. (SINGAPORE) PRIVATE LIMITED; a.k.a. P.C.C. SINGAPORE BRANCH), 78 Shenton Way, #08-02, 079120, Singapore; 78 Shenton Way, 26-02A Lippo Centre, 079120, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 199708410K (Singapore); all offices worldwide [IRAN].

PCC UK (a.k.a. PCC (UK); a.k.a. PCC UK LTD; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PCC UK LTD (a.k.a. PCC (UK); a.k.a. PCC UK; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PCF (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. "PCI"), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PCPMB (a.k.a. POLITICAL COUNCIL OF PRESEVO, MEDVEDJA, AND BUJANOVAC) [BALKANS].

PDVSA (a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. PETROLEOS DE VENEZUELA, S.A.; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este

Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PE PROMCOMPLEKTLOGISTIC (a.k.a. PRIVATE COMPANY PROMCOMPLEKTLOGISTIC), Office 202, 16A Prospekt A. Navoi, Tashkent 100011, Uzbekistan; Tax ID No. 305655390 (Uzbekistan); Registration Number 27930106 (Uzbekistan) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

PEACE OF YOUR CAPTIVES (a.k.a. SHLOM ASIRAICH (Hebrew: שלום אסיריך); a.k.a. THE WELL-BEING OF YOUR PRISONERS), Yitzhar, West Bank; Organization Established Date 2020; Target Type Charity or Nonprofit Organization; Registered Charity No. 580706331 (Israel) [WEST-BANK-EO14115] (Linked To: CHASDAI, David Chai).

PEACEKEEPING BATTALION (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT].

PEAKVIEW INDUSTRY (a.k.a. PEAKVIEW INDUSTRY CO., LIMITED), Room 1105 Hua Qin International Bldg, 340 Queen's RD C, Sheung Wan, Hong Kong, Hong Kong; Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2026419 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

PEAKVIEW INDUSTRY CO., LIMITED (a.k.a. PEAKVIEW INDUSTRY), Room 1105 Hua Qin International Bldg, 340 Queen's RD C, Sheung Wan, Hong Kong, Hong Kong; Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2026419 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

PEARSON, Adam Richard (a.k.a. ANSING, Michael; a.k.a. DAVIS, Mason), British Columbia, Canada; DOB 14 May 1994; alt. DOB 28 Apr 1995; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport QG963705 (Canada) (individual) [IRAN-HR] (Linked To: RYAN, Damion Patrick John).

PECHAN, Ihar Mikalaevich (Cyrillic: ПЕЧАНЬ, Ігар Мікалаевіч) (a.k.a. PECHEN, Igor Nikolaevich (Cyrillic: ПЕЧЕНЬ, Игорь Николаевич)), Minsk, Belarus; DOB 01 May 1965; POB Smolensk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PECHATNIKOV, Anatolii Yuryevich (Cyrillic: ПЕЧАТНИКОВ, Анатолий Юрьевич) (a.k.a. PECHATNIKOV, Anatoly), Russia; DOB 18 Aug 1969; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PECHATNIKOV, Anatoly (a.k.a. PECHATNIKOV, Anatolii Yuryevich (Cyrillic: ПЕЧАТНИКОВ, Анатолий Юрьевич)), Russia; DOB 18 Aug 1969; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PECHEGIN, Andrey I.; DOB 24 Sep 1965; POB Moscow Region, Russia (individual) [MAGNIT].

PECHEN, Igor Nikolaevich (Cyrillic: ПЕЧЕНЬ, Игорь Николаевич) (a.k.a. PECHAN, Ihar Mikalaevich (Cyrillic: ПЕЧАНЬ, Ігар Мікалаевіч)), Minsk, Belarus; DOB 01 May 1965; POB Smolensk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PEEVSKI, Delyan Slavchev (Cyrillic: ПЕЕВСКИ, Делян Славчев), 7 Nezabravka Street, Floor 7, Ap. 28, Sofia 1113, Bulgaria; DOB 27 Jul 1980; POB Sofia, Bulgaria; nationality Bulgaria; Gender Male; Passport 383862880 (Bulgaria) expires 11 Mar 2021 (individual) [GLOMAG].

PEGASUS 88 LIMITED, 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 2757748 [IRAN-EO13846].

PEIA PTE. LTD. (f.k.a. PUMA ENERGY IRRAWADDY AVIATION PTE. LTD.), Singapore; Organization Established Date 30 Oct 2014; Organization Type: Activities of holding companies; Registration Number

201432465N (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PEIJNENBURG, Alex Adrianus Martin (a.k.a. PEIJNENBURG, Alex Adrianus Martinus; a.k.a. "PEIJNENBURG, Aam"), Boxtel, Netherlands; DOB 06 Jan 1987; POB Boxtel, Netherlands; citizen Netherlands; Website therealrc.com; Gender Male; Digital Currency Address - XBT 1DbvK8P6imBuLcwh2Vruis4xsUb8YAwJQF; alt. Digital Currency Address - XBT 1G6DuwDKNHiUWqks2Lgu44cesu7ffFbLK7; alt. Digital Currency Address - XBT 3AQSmMk5n3c6TKEg9B2WyzYAPm33gJJAA4 ; alt. Digital Currency Address - XBT 129zKFLoVad9JtxSmDKeJoLCsjhGR7b3vr; alt. Digital Currency Address - XBT 12YyR9EpvHxBjjKjTWqfKqeyoWnvcraxpW; alt. Digital Currency Address - XBT 1KctQENEX5QkQMpnMC3Zh9yRAzkMBLpPcr; alt. Digital Currency Address - XBT 3HqA7i3ttECLvgqvq69HNxxUP5BL7Z5YgA; alt. Digital Currency Address - XBT 1G9A8WRjGXdnYY4TNEVRrcaHsMtana4ncF; alt. Digital Currency Address - XBT 1Js6goCey2NaqPQptiLANLQGuk4d6mowjP; alt. Digital Currency Address - XBT 13RH4JaFhaCxDGPyYE9emjp2aDxdX18uBA; alt. Digital Currency Address - XBT 1FE2cuvkq8n5VGwj5hi8YYQxskwJpovPyV; alt. Digital Currency Address - XBT 1DJoEMvp95yJYWyxAZy8DDBzuvjnrTVrsN; alt. Digital Currency Address - XBT 1N6XqSf3ULpNjko9LrJmHudRoLitjwkETN; alt. Digital Currency Address - XBT bc1qwa6zu6qhl6wqnlxp642vcf89nptsassle25ulf; alt. Digital Currency Address - XBT 386wa1UM6nA798AWNh64jdrejZyedeXgUN; alt. Digital Currency Address - XBT 15UdZbmGPa2LatD3abtGpphgkHLFWftV4R; alt. Digital Currency Address - XBT 16tByCYzxuWiN8kF9FrK9jJy6eQYLVkQ1i; alt. Digital Currency Address - XBT 1NpHuti9NSM9fVTXLkvSDU4AnhqGQ5N53d; Digital Currency Address - ETH 0x83E5bC4Ffa856BB84Bb88581f5Dd62A433A25e0D; alt. Digital Currency Address - ETH 0x08b2eFdcdB8822EfE5ad0Eae55517cf5DC54251; alt. Digital Currency Address - ETH 0x04DBA1194ee10112fE6C3207C0687DEf0e78baCf; alt. Digital Currency Address - ETH 0x0Ee5067b06776A89CcC7dC8Ee369984AD7Db5e06; alt. Digital Currency Address - ETH 0x502371699497d08D5339c870851898D6D72521Dd; alt. Digital Currency Address - ETH 0x5A14E72060c11313E38738009254a90968F

58f51; alt. Digital Currency Address - ETH 0xEFE301d259F525cA1ba74A7977b80D5b060B3ccA; Digital Currency Address - BCH qpusmp64rajses77x95g9ah825mtyvv74smwwkxhx3; Passport NK6788642 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

PEIJNENBURG, Alex Adrianus Martinus (a.k.a. PEIJNENBURG, Alex Adrianus Martin; a.k.a. "PEIJNENBURG, Aam"), Boxtel, Netherlands; DOB 06 Jan 1987; POB Boxtel, Netherlands; citizen Netherlands; Website therealrc.com; Gender Male; Digital Currency Address - XBT 1DbvK8P6imBuLcwh2Vruis4xsUb8YAwJQF; alt. Digital Currency Address - XBT 1G6DuwDKNHiUWqks2Lgu44cesu7ffFbLK7; alt. Digital Currency Address - XBT 3AQSmMk5n3c6TKEg9B2WyzYAPm33gJJAA4 ; alt. Digital Currency Address - XBT 129zKFLoVad9JtxSmDKeJoLCsjhGR7b3vr; alt. Digital Currency Address - XBT 12YyR9EpvHxBjjKjTWqfKqeyoWnvcraxpW; alt. Digital Currency Address - XBT 1KctQENEX5QkQMpnMC3Zh9yRAzkMBLpPcr; alt. Digital Currency Address - XBT 3HqA7i3ttECLvgqvq69HNxxUP5BL7Z5YgA; alt. Digital Currency Address - XBT 1G9A8WRjGXdnYY4TNEVRrcaHsMtana4ncF; alt. Digital Currency Address - XBT 1Js6goCey2NaqPQptiLANLQGuk4d6mowjP; alt. Digital Currency Address - XBT 13RH4JaFhaCxDGPyYE9emjp2aDxdX18uBA; alt. Digital Currency Address - XBT 1FE2cuvkq8n5VGwj5hi8YYQxskwJpovPyV; alt. Digital Currency Address - XBT 1DJoEMvp95yJYWyxAZy8DDBzuvjnrTVrsN; alt. Digital Currency Address - XBT 1N6XqSf3ULpNjko9LrJmHudRoLitjwkETN; alt. Digital Currency Address - XBT bc1qwa6zu6qhl6wqnlxp642vcf89nptsassle25ulf; alt. Digital Currency Address - XBT 386wa1UM6nA798AWNh64jdrejZyedeXgUN; alt. Digital Currency Address - XBT 15UdZbmGPa2LatD3abtGpphgkHLFWftV4R; alt. Digital Currency Address - XBT 16tByCYzxuWiN8kF9FrK9jJy6eQYLVkQ1i; alt. Digital Currency Address - XBT 1NpHuti9NSM9fVTXLkvSDU4AnhqGQ5N53d; Digital Currency Address - ETH 0x83E5bC4Ffa856BB84Bb88581f5Dd62A433A25e0D; alt. Digital Currency Address - ETH 0x08b2eFdcdB8822EfE5ad0Eae55517cf5DC54251; alt. Digital Currency Address - ETH 0x04DBA1194ee10112fE6C3207C0687DEf0e78baCf; alt. Digital Currency Address - ETH 0x0Ee5067b06776A89CcC7dC8Ee369984AD7

Db5e06; alt. Digital Currency Address - ETH 0x502371699497d08D5339c870851898D6D72521Dd; alt. Digital Currency Address - ETH 0x5A14E72060c11313E38738009254a90968F58f51; alt. Digital Currency Address - ETH 0xEFE301d259F525cA1ba74A7977b80D5b060B3ccA; Digital Currency Address - BCH qpusmp64rajses77x95g9ah825mtyvv74smwwkxhx3; Passport NK6788642 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

PEJAK (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

PEJCIC, Mile (a.k.a. PEJICIC, Mile); DOB 05 Jan 1971; POB SuhoPolje, Bosnia-Herzegovina (individual) [BALKANS].

PEJICIC, Mile (a.k.a. PEJCIC, Mile); DOB 05 Jan 1971; POB SuhoPolje, Bosnia-Herzegovina (individual) [BALKANS].

PELARAK, Hassan (Arabic: حسن پلارک) (a.k.a. POLARAK, Hassan; a.k.a. "JA'FARI, Hasan"), Iran; Iraq; DOB 03 Sep 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10001869 (Iran); alt. Passport V43936121 (Iran); National ID No. 3051910163 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PELAYO MENDOZA, Franco Arturo, Paseo Playas de Tijuana 317, Tijuana, Baja California, Mexico; Paseo del Pedregal 3034, Colonia Playas de Tijuana, Secc. Costa Hermosa, Tijuana, Baja California, Mexico; Calle Farallon 3206, Colonia Playas de Tijuana, Secc. Costa Hermosa, Tijuana, Baja California, Mexico; Calle De La Luz 218, Colonia Playas de Tijuana, Secc. Costa Hermosa, Tijuana, Baja California, Mexico; Blvd. Insurgentes 16174-18-B, Colonia Los Alamos, Tijuana, Baja California, Mexico; Calle 16 de Septiembre 3-FA, Colonia Las Torres, Tijuana, Baja California, Mexico; Calle Juan Covarrubias, Colonia Los Altos, Tijuana, Baja California, Mexico; INMOBILIARIA TIJUANA COSTA S.A. DE C.S., Tijuana, Baja California, Mexico; DOB 02 Feb 1953; POB Casimiro Castillo, Jalisco, Mexico (individual) [SDNTK].

PELENG JOINT-STOCK COMPANY (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; f.k.a. ENGINEERING DEPARTMENT OF

VAVILOVA PLANT; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ), a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

PELENG JSC (Cyrillic: ПЕЛЕНГ) (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; f.k.a. ENGINEERING DEPARTMENT OF VAVILOVA PLANT; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

PELENG OAO (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; f.k.a. ENGINEERING DEPARTMENT OF VAVILOVA PLANT; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ)), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

PENA MENDOZA, Sergio (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

PENA MENDOZA, Sergio Arturo Sanchez (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

PENA SOLIS, Sergio (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410,

Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

PENG, Bo (a.k.a. "PENG, Kevin"); DOB 06 Dec 1983; POB Jiangsu, China; citizen China; Email Address kevinpengtech@gmail.com; alt. Email Address kevin.pengchem@gmail.com; alt. Email Address kevin.polymer@gmail.com; alt. Email Address pengbochem@hotmail.com; Gender Male; Passport G34331983 (China) issued 13 Mar 2009 expires 12 Mar 2019; National ID No. 320106198312060411 (China); alt. National ID No. 32010619312060000 (China) (individual) [SDNTK] (Linked To: KAIKAI TECHNOLOGY CO., LTD.).

PENG, Jiarui (Chinese Simplified: 彭家瑞), Xinjiang, China; DOB Apr 1961; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PRODUCTION AND CONSTRUCTION CORPS).

PENTA OCEAN SHIP MANAGEMENT (a.k.a. PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC (a.k.a. PENTA OCEAN SHIP MANAGEMENT; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number

196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC (a.k.a. PENTA OCEAN SHIP MANAGEMENT; a.k.a. PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTA OCEAN SHIP MANAGEMENT AND OPERATIONS LLC (a.k.a. PENTA OCEAN SHIP MANAGEMENT; a.k.a. PENTA OCEAN SHIP MANAGEMENT & OPERATIONS LLC; a.k.a. PENTA OCEAN SHIP MANAGEMENT AND OPERATION LLC), 3303, Saeed, Tower 1, Sheikh Zayed Road, P.O. BOX - 9614, Dubai, United Arab Emirates; Sheikh Zayed Road, sahid tower # 1, office # 3303, Dubai International Financial Centre Area, Dubai, United Arab Emirates; Office 2905, 29th Floor, Al-Attar Tower, Sheikh Zayed Road, Al Barsha 1, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 196434 (United Arab Emirates); Registration Number 658572 (United Arab Emirates) [SDGT] (Linked To: MEHDI GROUP).

PENTANE CHEMISTRY (a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY; a.k.a. "PCI"), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTANE CHEMISTRY INDUSTRIES (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY; a.k.a. "PCI"), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTANE CHEMISTRY INDUSTRIES COMPANY (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY; a.k.a. "PCI") 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTANE CHEMISTRY INDUSTRY COMPANY (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. "PCI") 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PENTYA, Aleksandr Yevgenevich (a.k.a. PENTYA, Alexander), St. Petersburg, Russia; DOB 07 Sep 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: AO ABR MANAGEMENT).

PENTYA, Alexander (a.k.a. PENTYA, Aleksandr Yevgenevich), St. Petersburg, Russia; DOB 07 Sep 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: AO ABR MANAGEMENT).

PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. "JSC NIIEMP"; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

PENZENSKII PODSHIPNIKOVYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY PENZA BEARING PLANT), Ul. Antonova D. 3, Kabinet 91, Penza 440629, Russia; Tax ID No. 5834018533 (Russia); Registration Number 1025801102051 (Russia) [RUSSIA-EO14024].

PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD;

a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria [FTO] [SDGT].

PEOPLE'S AID OF PERU (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

PEOPLE'S CONGRESS OF KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

PEOPLE'S FRONT FOR DEMOCRACY AND JUSTICE, Eritrea; Organization Established Date 1993; Organization Type: Activities of political organizations [ETHIOPIA-EO14046].

PEOPLE'S GUERRILLA ARMY (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING

PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

PEOPLE'S LIBERATION ARMY (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

PEOPLE'S MILITIA OF DONBASS (a.k.a. DONBASS PEOPLE'S MILITIA), Prospect Zasyadko.13, Donetsk, Ukraine; Email Address voenkom.dnr@mail.ru; alt. Email Address mobilisation@novorossia.co; alt. Email Address novoross24@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

PEOPLE'S REPUBLIC OF LUHANSK (a.k.a. LUGANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСКАЯ НАРОДНАЯ РЕСПУБЛИКА); a.k.a. LUHANSK PEOPLE'S REPUBLIC (Cyrillic: ЛУГАНСЬКА НАРОДНА РЕСПУБЛІКА)), Luhansk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI) (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a.

SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

PEOPLE'S REVOLUTIONARY ANTI-TERRORIST ARMY OF COLOMBIA (a.k.a. EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA; a.k.a. ERPAC), Colombia [SDNTK].

PERALTA, Cesar Emilio (a.k.a. "EL ABUSADOR"), Dominican Republic; DOB 30 Jan 1975; POB Distrito Nacional, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-0972783-4 (Dominican Republic) (individual) [SDNTK] (Linked To: INKUORTYN FIVE SRL; Linked To: SUPLINKA SRL; Linked To: FLOW GALLERY LOUNGE SRL; Linked To: UNLIMITED DANCE DISCOTECA SRL).

PERDOMO ROSALES, Gustavo A (a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO ROSALES, Gustavo Adolfo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO, Gustavo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender

Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO, Gustavo A (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO, Gustavo Adolfo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO-ROSALES, Gustavo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PERDOMO-ROSALES, Gustavo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO ROSALES, Gustavo Adolfo; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo), 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

PEREGRINA TOBOADA, Jose Antonio (a.k.a. PEREGRINA TOBOADO, Jose Antonio), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Pirul # 439, Privada Balcones de San Miguel, Culiacan, Sinaloa, Mexico; DOB 05 Aug 1958;

POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. PETA580805HSLRBN09 (Mexico) (individual) [SDNTK].

PEREGRINA TOBOADO, Jose Antonio (a.k.a. PEREGRINA TOBOADA, Jose Antonio), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Pirul # 439, Privada Balcones de San Miguel, Culiacan, Sinaloa, Mexico; DOB 05 Aug 1958; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. PETA580805HSLRBN09 (Mexico) (individual) [SDNTK].

PERETYATKO, Ruslan Aleksandrovich (Cyrillic: ПЕРЕТЯТЬКО, Руслан Александрович), Syktyvkar, Komi Republic, Russia; DOB 03 Aug 1985; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8705080546 (Russia); Tax ID No. 111601632100 (Russia) (individual) [CYBER2].

PEREVALOV, Viktor Pavlovich, St. Petersburg, Russia; 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; DOB 27 Jun 1963; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780201527164 (Russia); First Deputy General Director (individual) [UKRAINE-EO13685] (Linked To: VAD, AO).

PEREVERZEVA, Tatiana Viktorovna (Cyrillic: ПЕРЕВЕРЗЕВА, Татьяна Викторовна) (a.k.a. PEREVERZEVA, Tatyana Viktorovna; a.k.a. PEREVERZEVA, Tetiana Viktorivna (Cyrillic: ПЕРЕВЕРЗЕВА, Тетяна Вікторівна)), Donetsk, Ukraine; DOB 20 Jun 1964; POB Donetsk, Ukraine; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

PEREVERZEVA, Tatyana Viktorovna (a.k.a. PEREVERZEVA, Tatiana Viktorovna (Cyrillic: ПЕРЕВЕРЗЕВА, Татьяна Викторовна); a.k.a. PEREVERZEVA, Tetiana Viktorivna (Cyrillic: ПЕРЕВЕРЗЕВА, Тетяна Вікторівна)), Donetsk, Ukraine; DOB 20 Jun 1964; POB Donetsk, Ukraine; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

PEREVERZEVA, Tetiana Viktorivna (Cyrillic: ПЕРЕВЕРЗЕВА, Тетяна Вікторівна) (a.k.a. PEREVERZEVA, Tatiana Viktorovna (Cyrillic:

ПЕРЕВЕРЗЕВА, Татьяна Викторовна); a.k.a. PEREVERZEVA, Tatyana Viktorovna), Donetsk, Ukraine; DOB 20 Jun 1964; POB Donetsk, Ukraine; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

PEREZ ALVEAR, Jesus (a.k.a. "Chucho Perez"), Guerrero, Mexico; DOB 12 Nov 1984; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; R.F.C. PEAJ-841112-UD1 (Mexico); C.U.R.P. PEAJ841112HDFRLS06 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS; Linked To: GALLISTICA DIAMANTE].

PEREZ AMPUEDA, Carlos Alfredo (Latin: PÉREZ AMPUEDA, Carlos Alfredo), Caracas, Capital District, Venezuela; DOB 13 Dec 1966; citizen Venezuela; Gender Male; Cedula No. 9871452 (Venezuela); National Director of Venezuela's Bolivarian National Police; Former Commander of Carabobo Zone for Venezuela's Bolivarian National Guard (individual) [VENEZUELA].

PEREZ ARAMBURU, Jon Inaki; DOB 18 Sep 1964; POB San Sebastian, Guipuzcoa Province, Spain; D.N.I. 15.976.521 (Spain); Member ETA (individual) [SDGT].

PEREZ CASTANO, Mario Alberto, c/o CAMBIOS PALMILLA S.A. DE C.V., Hidalgo del Parral, Mexico; Calle Decima No. 14, Hidalgo del Parral, Chihuahua, Mexico; DOB 25 Jun 1966; POB Hidalgo del Parral, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. PECM-660625-FN5 (Mexico); C.U.R.P. PECM660625HCHRSR07 (Mexico) (individual) [SDNTK].

PEREZ HENAO, Diego (a.k.a. VILLEGAS GOMEZ, Diego; a.k.a. "DIEGO RASTROJO"); DOB 07 Apr 1971; POB Bolivar, Valle de Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94369359 (Colombia); Passport AI729787 (Colombia) (individual) [SDNTK] (Linked To: LOS RASTROJOS].

PEREZ LINARES, Conrado Antonio, Trujillo, Venezuela; DOB 24 May 1982; Gender Male; Cedula No. V-15584063 (Venezuela) (individual) [VENEZUELA].

PEREZ MANCILLA, Alejandro, Calle Ninos Heroes No. 143, entre Miguel Hidalgo y Jose Maria Morelos, Saltillo, Coahuila C.P. 25060, Mexico; DOB 23 Dec 1974; POB Reynosa, Tamaulipas; nationality Mexico; citizen Mexico; R.F.C. PEMA741223 (Mexico); C.U.R.P. PEMA741223HTSRNL06 (Mexico); Electoral Registry No. PRMNAL74122328H701 (Mexico);

Cartilla de Servicio Militar Nacional B9764183 (Mexico) (individual) [SDNTK].

PEREZ MONTERO, Maria Marcela del Pilar, c/o AERONAUTICA CONDOR DE PANAMA, S.A., Panama; c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; DOB 29 May 1959; POB Bogota, Colombia; Cedula No. 41750752 (Colombia) (individual) [SDNT].

PEREZ OCAMPO, German Alberto (a.k.a. ORTIZ ESPINEL, Gustavo Adolfo), CL34E9115, Medellin, Colombia; DOB 14 Jun 1965; alt. DOB 12 Jun 1971; citizen Colombia; Cedula No. 16361849 (Colombia); alt. Cedula No. 79183678 (Colombia) (individual) [SDNTK] (Linked To: COMPRA VENTA GERPEZ).

PEREZ OCAMPO, Santiago (a.k.a. ORTIZ ESPINEL, Juan Jose), Subasta Santa Clara, Sahagun, Colombia; DOB 15 Nov 1956; alt. DOB 10 May 1961; POB Andinapolis, Trujillo, Valle, Colombia; citizen Colombia; Cedula No. 16351833 (Colombia); alt. Cedula No. 294885 (Colombia) (individual) [SDNTK].

PEREZ OLIVAS, Luis Alberto, Chinandega, Nicaragua; DOB 08 Jan 1956; POB Leon, Nicaragua; nationality Nicaragua; Gender Male; Passport C01118568 (Nicaragua) issued 16 Nov 2011 expires 16 Nov 2021 (individual) [NICARAGUA] [NICARAGUA-NHRAA].

PEREZ PASUENGO, Efrain; DOB 1954; nationality Mexico (individual) [SDNTK].

PEREZ PAZ, Jorge Eduardo (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. "CAMPBELL, David"; a.k.a. "DON DAVID"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

PEREZ ROJAS, Daniel (a.k.a. GONZALEZ DIAZ, Juan), Fraccionamiento Santa Isabel, Tlajomulco De Zuniga, Jalisco, Mexico; Aldea San Cristobal, Comapa, Jutiapa, Guatemala; Valle Hermoso, Tamaulipas, Mexico; Matamoros, Tamaulipas, Mexico; DOB 10 Feb 1977; alt. DOB 28 Sep 1976; alt. DOB 11 Feb 1977; POB Moyuta, Guanajuato, Mexico; nationality Mexico; citizen Mexico; Cedula No. U22-30905 (Guatemala); Driver's License No. 1-1-22-07-00030905-3 (Guatemala) expires 2010 (individual) [SDNTK].

PEREZ ROJO, Karla (a.k.a. LOPEZ PEREZ, Gricelda; a.k.a. LOPEZ PEREZ, Griselda

Natividad), Cerro de las Siete Gotas #642, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; DOB 19 Aug 1959; alt. DOB 30 Dec 1966; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPG590819MSLPRR04 (Mexico); alt. C.U.R.P. LOPG661230MSLPRR04 (Mexico) (individual) [SDNTK].

PEREZ SALAS, Nestor Isidro (a.k.a. "Chicken Little"; a.k.a. "GARCIA, Nestor Isidro"; a.k.a. "Nini"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PEREZ URDANETA, Manuel Eduardo (Latin: PÉREZ URDANETA, Manuel Eduardo); DOB 26 May 1962; POB Venezuela; citizen Venezuela; Gender Male; Cedula No. 6.357.038 (Venezuela); Passport 001234503 (Venezuela) expires 03 Jul 2012; Director of Venezuela's Bolivarian National Police (individual) [VENEZUELA].

PEREZ URIBE, Raymundo, Mexico; DOB 10 Feb 1951; POB Mexico City, Mexico; nationality Mexico; Gender Male; C.U.R.P. PEUR510210HDFRRY09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PEREZ VERDUGO, Roberto (a.k.a. PEREZ VERDUZCO, Roberto), Calle Cerro Agudo No. 3191, Colonia Loma Linda, Culiacan, Sinaloa, Mexico; c/o SEPRIV, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 29 Oct 1963; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040049618 (Mexico); R.F.C. PEVR6310292D8 (Mexico); C.U.R.P. PEVR631029HSLRRB06 (Mexico) (individual) [SDNTK].

PEREZ VERDUZCO, Roberto (a.k.a. PEREZ VERDUGO, Roberto), Calle Cerro Agudo No. 3191, Colonia Loma Linda, Culiacan, Sinaloa, Mexico; c/o SEPRIV, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 29 Oct 1963; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040049618 (Mexico); R.F.C. PEVR6310292D8 (Mexico); C.U.R.P. PEVR631029HSLRRB06 (Mexico) (individual) [SDNTK].

PEREZ, Isaac Jay Galang (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a.

PEREZ, Jay; a.k.a. "MUJIB, Abdul") 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

PEREZ, Jay (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

PERFILEV, Vitalii Viktorovitch (a.k.a. PERFILEV, Vitalij Viktorovic (Cyrillic: ПЕРФИЛЬЕВ, Виталий Викторович); a.k.a. PERFYLYEV, Vitalij Viktorovvij), Bangui, Central African Republic; DOB 11 Sep 1983; POB Novosibirsk, Russian Federation; nationality Russia; citizen Russia; Gender Male; Passport 752987491 (Russia) expires 30 Mar 2026 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PERFILEV, Vitalij Viktorovic (Cyrillic: ПЕРФИЛЬЕВ, Виталий Викторович) (a.k.a. PERFILEV, Vitalii Viktorovitch; a.k.a. PERFYLYEV, Vitalij Viktorovvij), Bangui, Central African Republic; DOB 11 Sep 1983; POB Novosibirsk, Russian Federation; nationality Russia; citizen Russia; Gender Male; Passport 752987491 (Russia) expires 30 Mar 2026 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PERFYLYEV, Vitalij Viktorovvij (a.k.a. PERFILEV, Vitalii Viktorovitch; a.k.a. PERFILEV, Vitalij Viktorovic (Cyrillic: ПЕРФИЛЬЕВ, Виталий Викторович)), Bangui, Central African Republic; DOB 11 Sep 1983; POB Novosibirsk, Russian Federation; nationality Russia; citizen Russia; Gender Male; Passport 752987491 (Russia) expires 30 Mar 2026 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PERGAS ARIA MOVALLED LTD. (a.k.a. ARIA NIKAN; a.k.a. ARIA NIKAN MARINE INDUSTRY), Suite 1, 59 Azadi Ali North Sohrevardi Avenue, Tehran, Iran; No. 1 alloy 7 koy-e-nasr street, Tehran 144875, Iran; Aria Nikan Tehran PJS, Suite 59, No 2 Azadi Alley, North Sohrevardi Street, Tehran, Iran; Suite 4, No. 8 Iraj Alley, Mozafarikhah Avenue, Golha Street, Golha Square, Tehran, Iran; Website www.arianikan.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PERIC, Jozo (a.k.a. "TUKESA") DOB 31 Jan 1959; POB Pjesevac Kula, Bosnia-Herzegovina (individual) [BALKANS].

PERIDOT SHIP MANAGEMENT (a.k.a. PERIDOT SHIPPING & TRADING LLC; a.k.a. PERIDOT SHIPPING AND TRADING LLC (Arabic: بيردوت للتجارة والشحن ذ م م), Sharjah Media City, Al Messaned, Al Bataeh, Sharjah, Sharjah, United Arab Emirates; Office 903, Arenja Chambers-II, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; L-1, Office No. 28, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2018; Identification Number IMO 6170108; License 1805553.01 (United Arab Emirates); Registration Number 11594369 (United Arab Emirates) [SDGT] (Linked To: SINGH, Chiranjeev Kumar).

PERIDOT SHIPPING & TRADING LLC (a.k.a. PERIDOT SHIP MANAGEMENT; a.k.a. PERIDOT SHIPPING AND TRADING LLC (Arabic: بيردوت للتجارة والشحن ذ م م), Sharjah Media City, Al Messaned, Al Bataeh, Sharjah, Sharjah, United Arab Emirates; Office 903, Arenja Chambers-II, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; L-1, Office No. 28, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2018; Identification Number IMO 6170108; License 1805553.01 (United Arab Emirates); Registration Number 11594369 (United Arab Emirates) [SDGT] (Linked To: SINGH, Chiranjeev Kumar).

PERIDOT SHIPPING AND TRADING LLC (Arabic: بيردوت للتجارة والشحن ذ م م) (a.k.a. PERIDOT SHIP MANAGEMENT; a.k.a. PERIDOT SHIPPING AND TRADING LLC), Sharjah Media City, Al Messaned, Al Bataeh, Sharjah, Sharjah, United Arab Emirates; Office 903, Arenja Chambers-II, Sector 15, CBD Belapur, Navi Mumbai, Maharashtra 400614, India; L-1, Office No. 28, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Nov 2018; Identification Number IMO 6170108; License 1805553.01 (United Arab Emirates); Registration Number 11594369 (United Arab Emirates) [SDGT] (Linked To: SINGH, Chiranjeev Kumar).

PERITON INZHINIRING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PERITON INZHINIRING; a.k.a. OOO PERYTON ENGINEERING; PR-D Staropetrovskii D. 7A, Str. 5, ET 2, Office 1, Moscow 125130, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 02 May 2017; Tax ID No. 7703426927 (Russia); Government Gazette Number 15529479 (Russia); Registration Number 1177746442488 (Russia) [RUSSIA-EO14024].

PERKO JULLEUCHTER (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

PERKO WORKSHOP FAMILY (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

PERKO, Alexey (a.k.a. LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович); a.k.a. LOSEV, Alexey Vyacheslavovich; a.k.a. "KALUGA, Perko"), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kaluga, Kaluga Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No.

402903661126 (Russia) (individual) [RUSSIA-EO14024].

PERLITE INSAAT SANAYI VE TICARET ANONIM SIRKETI, Instinye MH. Bostan Sk. No. 12 Sariyer, Istanbul, Turkey; No. 29 Resitpasa Mah.Denizbank Ust Sitesi Yol Sok, Sariyer, Istanbul, 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 848039 (Turkey); Registration Number 846993-0 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

PERM FACTORY METAL CENTERS STP STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. "AO STP PZMTS"; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC PNITI; f.k.a. PNITI PAO; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

PERMINOV, Dmitry Sergeevich (Cyrillic: ПЕРМИНОВ, Дмитрий Сергеевич), Russia; DOB 03 Apr 1979; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PERMINOV, Sergey Nikolayevich (Cyrillic: ПЕРМИНОВ, Сергей Николаевич), Russia; DOB 16 Sep 1968; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PERMINOVA, Yelena Alekseyevna (Cyrillic: ПЕРМИНОВА, Елена Алексеевна), Russia; DOB 05 Dec 1980; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PEROVIC, Dusko (Cyrillic: ПЕРОВИЋ, Душко; Cyrillic: ПЕРОВИЧ, Душко) (a.k.a. PEROVICH, Dushan (Cyrillic: ПЕРОВИЧ, Душан)), Russia; Bosnia and Herzegovina; DOB 03 Jan 1960; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

PEROVICH, Dushan (Cyrillic: ПЕРОВИЧ, Душан) (a.k.a. PEROVIC, Dusko (Cyrillic: ПЕРОВИЋ, Душко; Cyrillic: ПЕРОВИЧ, Душко)), Russia; Bosnia and Herzegovina; DOB 03 Jan 1960; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

PERSADA, Angga Dimas (a.k.a. PERSADHA, Angga Dimas; a.k.a. PERSHADA, Angga Dimas; a.k.a. PRASONDHA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Passport W344982 (Indonesia) (individual) [SDGT].

PERSADHA, Angga Dimas (a.k.a. PERSADA, Angga Dimas; a.k.a. PERSHADA, Angga Dimas; a.k.a. PRASONDHA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Passport W344982 (Indonesia) (individual) [SDGT].

PERSHADA, Angga Dimas (a.k.a. PERSADA, Angga Dimas; a.k.a. PERSADHA, Angga Dimas; a.k.a. PRASONDHA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Passport W344982 (Indonesia) (individual) [SDGT].

PERSIA HORMOZ SHIP REPAIR YARD COMPANY PJS (a.k.a. PERSIA HORMOZ SHIP REPAIRS; a.k.a. PERSIA HORMOZ SHIPYARD), 37 Km, West Bandar Abbas Road, Bandar Abbas 791453859, Iran; Website www.persiahormoz.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PERSIA HORMOZ SHIP REPAIRS (a.k.a. PERSIA HORMOZ SHIP REPAIR YARD COMPANY PJS; a.k.a. PERSIA HORMOZ SHIPYARD), 37 Km, West Bandar Abbas Road, Bandar Abbas 791453859, Iran; Website

www.persiahormoz.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PERSIA HORMOZ SHIPYARD (a.k.a. PERSIA HORMOZ SHIP REPAIR YARD COMPANY PJS; a.k.a. PERSIA HORMOZ SHIP REPAIRS), 37 Km, West Bandar Abbas Road, Bandar Abbas 791453859, Iran; Website www.persiahormoz.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PERSIA INTERNATIONAL BANK PLC, 6 Lothbury, EC2R 7HH, London, United Kingdom; PO Box 119871, No 209, 2nd Floor, Tower II, Al Fattan Currency House, Dubai International Financial Centre, Dubai, United Arab Emirates; SWIFT/BIC PIBPGB2L; Website www.persiabank.co.uk; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 4218020 (United Kingdom); All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

PERSIA OIL & GAS INDUSTRY DEVELOPMENT CO. (Arabic: شرکت توسعه صنعت نفت و گاز پرشیا) (a.k.a. PERSIA OIL AND GAS INDUSTRY DEVELOPMENT CO.; a.k.a. TOSE SANAT-E NAFT VA GAS PERSIA), 7th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Ground Floor, No. 14, Saba Street, Africa Boulevard, Tehran, Iran; Website http://www.pogidc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102933619 (Iran); Registration Number 252925 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PERSIA OIL AND GAS INDUSTRY DEVELOPMENT CO. (a.k.a. PERSIA OIL & GAS INDUSTRY DEVELOPMENT CO. (Arabic: شرکت توسعه صنعت نفت و گاز پرشیا); a.k.a. TOSE SANAT-E NAFT VA GAS PERSIA), 7th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Ground Floor, No. 14, Saba Street, Africa Boulevard, Tehran, Iran; Website http://www.pogidc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102933619 (Iran); Registration Number 252925 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

PERSIAN GULF APADANA PETROCHEMICAL COMPANY (a.k.a. APADANA PERSIAN GULF PETROCHEMICAL COMPANY), Unit 14, 3rd Floor, No. 22, 5th Alley, Vozara St (Khalede Eslamboli), District 6, Tehran, Iran; Website

http://pgapco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF BID BOLAND GAS REFINERY COMPANY (a.k.a. PERSIAN GULF BIDBOLAND GAS TREATING COMPANY), Unit 501, Fifth Floor, Block 8, Shahid Beheshti Street, Ahmad Qasir, Bukharest Avenue, 1513645311, Iran; Website www.pgbidboland.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 389019 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF BIDBOLAND GAS TREATING COMPANY (a.k.a. PERSIAN GULF BID BOLAND GAS REFINERY COMPANY), Unit 501, Fifth Floor, Block 8, Shahid Beheshti Street, Ahmad Qasir, Bukharest Avenue, 1513645311, Iran; Website www.pgbidboland.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 389019 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF FAJR YADAVARAN GAS REFINERY COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF KHATAR-PAZIR INVESTMENT COMPANY (a.k.a. PERSIAN GULF SABZ KARAFARINAN), No. 17, Fifth Floor, 17th Alley, Vozara Street, Tehran, Iran; Website www.persiangulffvc.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

PERSIAN GULF PETROCHEMICAL INDUSTRIES (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD]

[IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF PETROCHEMICAL INDUSTRY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRY CO. (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF

PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO. (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PGPIC), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square,

Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PGPICC), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PERSIAN GULF SABZ KARAFARINAN (a.k.a. PERSIAN GULF KHATAR-PAZIR INVESTMENT COMPANY), No. 17, Fifth Floor, 17th Alley, Vozara Street, Tehran, Iran; Website www.persiangulffvc.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

PERSIAN GULF SHIPPING LINES LTD (a.k.a. KHALIJ-E FARS (PERSIAN GULF) SHIPPING LINES; a.k.a. "PGSL"), Strovolos Center, Flat No. 204, Floor No. 2, Strovolou 77, Nicosia 2018, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C334268 (Cyprus) [IRAN].

PERSIAN GULF STAR OIL (Arabic: نفت ستاره خالیج فارس) (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالیج فارس شرکت سهامی خاص); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY; a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No.

10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس) (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالیج فارس شرکت سهامی خاص); a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR REFINERY; a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

PERSIAN GULF STAR REFINERY (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: نفت ستره خالیج فارس شرکت سهامی خاص); a.k.a. PERSIAN GULF STAR OIL (Arabic: نفت ستاره خالیج فارس); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: شرکت نفت ستاره خالیج فارس); a.k.a. "P.G.S.O.C."), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

PERU GLOBAL TOURS S.A.C., Calle Soledad 113, Oficina 301, Lima, Peru; RUC # 20509567418 (Peru) [SDNTK].

PERU TOTAL MARKET E.I.R.L., Jr. Washington 1214, Lima, Peru; RUC # 20512036661 (Peru) [SDNTK].

PERUVIAN PRECIOUS METALS S.A.C., Jr. Comunidad Industrial 293, Chorillos, Lima, Peru; RUC # 20502799445 (Peru) [SDNTK].

PERVYSHOV, Evgeny Alekseyevich (Cyrillic: ПЕРВЫШОВ, Евгений Алексеевич), Russia; DOB 04 May 1976; nationality Russia; Gender

Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PESCA MEDITERRANEA LIMITED (a.k.a. OCEANO BLU TRADING LIMITED), Flat 2, Merill Court, Fuxa Street, San Gwann SGN 1308, Malta; D-U-N-S Number 52-023-2342; V.A.T. Number MT21195831 (Malta); Tax ID No. 21195831 (Malta); Trade License No. C 58157 (Malta) [LIBYA3].

PESCABRAVA, S.A., Spain [CUBA].

PESHAWARI, Abu Mohammad Aminullah (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHWARI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

PESKOV, Dmitrii Sergeevich (a.k.a. PESKOV, Dmitri Sergeyevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitri Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct

1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич) (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitriy Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitry Sergeevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeyevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitry Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitryi Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitryi Sergeevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitriy Sergeyevich; a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich), Moscow, Russia; DOB 17 Oct

1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Dmitryi Sergeyevich (a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitrii Sergeevich; a.k.a. PESKOV, Dmitriy Sergeevich (Cyrillic: ПЕСКОВ, Дмитрий Сергеевич); a.k.a. PESKOV, Dmitry Sergeevich; a.k.a. PESKOV, Dmitry Sergeyevich), Moscow, Russia; DOB 17 Oct 1967; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PESKOV, Liza (a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Liza; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOV, Nikolay (a.k.a. CHOLES, Nikolai; a.k.a. CHOULZ, Nikolay Dmitrievich; a.k.a. CHOULZ, Nikolay Dmitriyevich), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Elizaveta Dmitrievna (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Liza; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Elizaveta Dmitriyevna (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Liza; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Liza (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Yelizaveta), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PESKOVA, Yelizaveta (a.k.a. PESKOV, Liza; a.k.a. PESKOVA, Elizaveta Dmitrievna; a.k.a. PESKOVA, Elizaveta Dmitriyevna; a.k.a. PESKOVA, Liza), Moscow, Russia; Paris, France; Brussels, Belgium; DOB 09 Jan 1998; POB Ankara, Turkey; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

PETERSBURG INTELLIGENT TRANSPORT LOGISTICS (a.k.a. PIT LOGISTICS; a.k.a. PIT LOGISTIKS), Pr-kt Leninskii d. 153, pomeshch. 233N office 718, Saint Petersburg 196247, Russia; Tax ID No. 7810639510 (Russia); Registration Number 1167847504219 (Russia) [RUSSIA-EO14024].

PETERSBURG SOCIAL COMMERCIAL BANK OPEN JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY PETERSBURG SOCIAL COMMERCIAL BANK; a.k.a. JSC BANK PSCB), Ul. Shpalernaya D. 42, Saint Petersburg 191123, Russia; Moscow, Russia; SWIFT/BIC PSOCRU2P; alt. SWIFT/BIC PSOCRUA1; Website http://www.pscb.ru; Organization Established Date 29 Oct 1993; Target Type Financial Institution; Tax ID No. 7831000965 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 25340080MLWXGXT26935; Registration Number 1027800000227 (Russia) [RUSSIA-EO14024].

PETINA, Irina Alexandrovna (Cyrillic: ПЕТИНА, Ирина Александровна), Russia; DOB 31 Aug 1972; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETKEVICH, Nataliya Uladzimirauna (a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Nataliya Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a.

PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natallia Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natallia Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETKEVICH, Natalya Vladimirovna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PETRA NAVIGATION & INTERNATIONAL TRADING CO. LTD. (a.k.a. AL PETRA COMPANY FOR GOODS TRANSPORT LTD; a.k.a. PETRA NAVIGATION AND INTERNATIONAL TRADING CO. LTD.), Hai Al Wahda Mahalat 906, 906 Zulak 50, House 14, Baghdad, Iraq [IRAQ2].

PETRA NAVIGATION AND INTERNATIONAL TRADING CO. LTD. (a.k.a. AL PETRA COMPANY FOR GOODS TRANSPORT LTD; a.k.a. PETRA NAVIGATION & INTERNATIONAL TRADING CO. LTD.), Hai Al Wahda Mahalat 906, 906 Zulak 50, House 14, Baghdad, Iraq [IRAQ2].

PETRIC, Zoran; DOB 18 Jul 1964; POB Banovici, Bosnia-Herzegovina (individual) [BALKANS].

PETRO CHINA PARS CO. (Arabic: شرکت پترو چین پارس) (a.k.a. PARS PETROCHINA COMPANY), No. 25, Second Alley, Zarafshan Shomali, Shahrak Qarb, Tehran, Iran; First Floor, Unit No. 281, Salehiar Commercial Complex, Chabahar Free Zone 9971769479, Iran; Website www.petrochinapars.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2013; National ID No. 14003437540 (Iran); Registration Number 1825 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PETRO DIAMOND (a.k.a. PETRO GREEN; a.k.a PETROGREEN), B-8-1 Block B Megan Ave. II, 12 Jalan Yap Kwan Seng, Kuala Lumpur, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PETRO ENERGY INTERTRADE COMPANY, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PETRO GRAND FZE, Al Hamra Industrial Zone FZ, Ras Al Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

PETRO GREEN (a.k.a. PETRO DIAMOND; a.k.a. PETROGREEN), B-8-1 Block B Megan Ave. II, 12 Jalan Yap Kwan Seng, Kuala Lumpur, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PETRO IRAN DEVELOPMENT COMPANY (a.k.a. PETROIRAN DEVELOPMENT COMPANY (PEDCO) LIMITED; a.k.a. "PEDCO"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; National Iranian Oil Company - PEDCO, P.O. Box 2965, Al Bathaa Tower, 9th Floor, Apt. 905, Al Buhaira Corniche, Sharjah, United Arab Emirates; P.O. Box 15875-6731, Tehran, Iran; No. 22, 7th Lane, Khalid Eslamboli Street, Shahid Beheshti Avenue, Tehran, Iran; No. 102, Next to Shahid Amir Soheil Tabrizian Alley, Shahid Dastgerdi (Ex Zafar) Street, Shariati Street, Tehran 19199/45111, Iran; Kish Harbour, Bazargan Ferdos Warehouses, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 67493 (Jersey); all offices worldwide [IRAN].

PETRO NAVIERO PTE. LTD., 20 Upper Circular Road, 02-10/12 The Riverwalk, 058416, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Mar 2021; Commercial Registry Number 202111423D (Singapore) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

PETRO PLUS LIMITED (a.k.a. PETROPLUS LTD; f.k.a. TIKO TIKO LTD.), Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St. Julians STJ 4011, Malta; D-U-N-S Number 52-024-2307; V.A.T. Number MT20084637 (Malta); Tax ID No. 20084637 (Malta); Trade License No. C 50905 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

PETRO ROYAL FZE, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PETRO SUISSE INTERTRADE COMPANY SA, 6 Avenue de la Tour-Haldimand, Pully 1009, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

PETROBARRANCOS, S.A. DE C.V. (n.k.a. SERVICIOS Y GASOLINERAS BARRANCOS, S.A. DE C.V.), Av. Benjamin Hill No. 5602, Col. Industrial el Palmito, Culiacan, Sinaloa C.P. 80160, Mexico; R.F.C. PET-990309-G64 (Mexico) [SDNTK].

PETROCHEM SOUTH EAST LTD, Hong Kong, China; C.R. No. 2400605 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

PETROCHEMICAL COMMERCIAL COMPANY (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY (U.K.) LIMITED (a.k.a. PCC (UK); a.k.a. PCC UK; a.k.a. PCC UK LTD), 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 02647333 (United Kingdom); all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY FZE (a.k.a. PCC FZE), 1703, 17th Floor, Dubai World Trade Center Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Office No. 99-A, Maker Tower "F" 9th Floor Cutte Pavade, Colabe, Mumbai 700005, India; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel

Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT (a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT COMPANY; a.k.a. PIDMCO), Karim Khan Zand Street, Haft Tir Square, Tehran, Iran; Website www.pidmco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 89247 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT COMPANY (a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT; a.k.a.

PIDMCO), Karim Khan Zand Street, Haft Tir Square, Tehran, Iran; Website www.pidmco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 89247 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL NON-INDUSTRIAL OPERATIONS & SERVICES CO. (a.k.a. PETROCHEMICAL NON-INDUSTRIAL OPERATIONS AND SERVICES CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL NON-INDUSTRIAL OPERATIONS AND SERVICES CO. (a.k.a. PETROCHEMICAL NON-INDUSTRIAL OPERATIONS & SERVICES CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PETROCHEMICAL TRADING COMPANY LIMITED (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. "PCCI"), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

PETROGAT FZE (Arabic: پتروغات م.م.ح), Ras Al Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 5017709 (United Arab Emirates) expires 01 Mar 2020 [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

PETROGREEN (a.k.a. PETRO DIAMOND; a.k.a. PETRO GREEN), B-8-1 Block B Megan Ave. II, 12 Jalan Yap Kwan Seng, Kuala Lumpur, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PETROIRAN DEVELOPMENT COMPANY (PEDCO) LIMITED (a.k.a. PETRO IRAN DEVELOPMENT COMPANY; a.k.a. "PEDCO"),

41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; National Iranian Oil Company - PEDCO, P.O. Box 2965, Al Bathaa Tower, 9th Floor, Apt. 905, Al Buhaira Corniche, Sharjah, United Arab Emirates; P.O. Box 15875-6731, Tehran, Iran; No. 22, 7th Lane, Khalid Eslamboli Street, Shahid Beheshti Avenue, Tehran, Iran; No. 102, Next to Shahid Amir Soheil Tabrizian Alley, Shahid Dastgerdi (Ex Zafar) Street, Shariati Street, Tehran 19199/45111, Iran; Kish Harbour, Bazargan Ferdos Warehouses, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 67493 (Jersey); all offices worldwide [IRAN].

PETROKICK LLC (Arabic: م ذ م .ك.وكتب.ة.), Sharjah Media City, Al Messanad, Al Bataeh, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 1905792.01 (United Arab Emirates); Economic Register Number (CBLS) 11600198 (United Arab Emirates) [IRAN-EO13846] (Linked To: BEHRAN OIL CO.).

PETROKIM TRADING MIDDLE EAST AND ASIA DMCC (a.k.a. VOLITON DMCC), Unit No: R29-33, Reef Tower, Plot No: JLT-PH2-O1A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Organization Established Date 22 May 2018; License DMCC-476388 (United Arab Emirates); Registration Number 124420 (United Arab Emirates) [RUSSIA-EO14024].

PETROLEOS DE VENEZUELA S A (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. PETROLEOS DE VENEZUELA, S.A.; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PETROLEOS DE VENEZUELA S.A (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA, S.A.; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PETROLEOS DE VENEZUELA, S.A. (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA

S A; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. REFINERIA EL PALITO), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

PETROLIANCE TRADING FZE, P2 ELOB Office No E13 F35, Hamriyah Free Zone, Sharjah, United Arab Emirates; PO Box 49286, Sharjah, United Arab Emirates; Organization Type: Support activities for petroleum and natural gas extraction [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

PETROPARK S.R.L., Via Giovanni Lavaggi 152, Augusta (Siracusa) 96011, Italy; Via Unione Sovietica 4, Siracusa 96100, Italy; D-U-N-S Number 33-843-5672; V.A.T. Number IT08497661002 (Italy); Tax ID No. 08497661002 (Italy); Trade License No. SR 140256 (Italy) [LIBYA3] (Linked To: DEBONO, Gordon).

PETROPARS INTERNATIONAL FZE (a.k.a. PPI FZE), P.O. Box 72146, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROPARS LIMITED (a.k.a. PETROPARS LTD.; a.k.a. "PPL"), No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran; Calle La Guairita, Centro Profesional Eurobuilding, Piso 8, Oficina 8E, Chuao, Caracas 1060, Venezuela; P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROPARS LTD. (a.k.a. PETROPARS LIMITED; a.k.a. "PPL"), No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran; Calle La Guairita, Centro Profesional Eurobuilding, Piso 8, Oficina 8E, Chuao, Caracas 1060, Venezuela; P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PETROPARS UK LIMITED, 47 Queen Anne Street, London W1G 9JG, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 03503060 (United Kingdom); all offices worldwide [IRAN].

PETROPLUS LTD (a.k.a. PETRO PLUS LIMITED; f.k.a. TIKO TIKO LTD.), Office 5B,

Level 8, Portomaso Business Tower, Portomaso Avenue, St. Julians STJ 4011, Malta; D-U-N-S Number 52-024-2307; V.A.T. Number MT20084637 (Malta); Tax ID No. 20084637 (Malta); Trade License No. C 50905 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

PETROTECH FZE, Office Number E, 16f 35, LOB P2 E, Hamriyah Free Zone, Sharjah, United Arab Emirates [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

PETROV, Alexander (a.k.a. MISHKIN, Alexander Yevgeniyevich), Moscow, Russia; DOB 13 Jul 1979; POB Loyga, Russia; alt. POB Kotlas, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA-RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

PETROV, Alexander Petrovich (Cyrillic: ПЕТРОВ, Александр Петрович), Russia; DOB 21 May 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROV, Artur Aleksandrovich (a.k.a. "PETROV, Arthur"), 36 Leoforos Aigyptou, Larnaca, Cyprus; Umm Haram 66 Flat 1, Larnaca, Cyprus; DOB 04 Sep 1989; POB Tselinograd, Kazakhstan; nationality Russia; Gender Male; Passport 757582978 (Russia) expires 19 Apr 2028; National ID No. 2209415706 (Russia) (individual) [RUSSIA-EO14024].

PETROV, Evgenii Stanislavich, Russia; DOB 23 Sep 1988; nationality Russia; Gender Male; Passport 732736865 (Russia); Tax ID No. 212405812013 (Russia) (individual) [RUSSIA-EO14024].

PETROV, Sergei Valentinovich, Russia; DOB 26 Apr 1961; POB Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PETROV, Sergey Valeriyevich (Cyrillic: ПЕТРОВ, Сергей Валериевич), Russia; DOB 19 Apr 1965; nationality Russia; Gender Male; Member of the State Duma of the Russian Federation (individual) [RUSSIA-EO14024].

PETROV, Vyacheslav Anatolyevich (Cyrillic: ПЕТРОВ, Вячеслав Анатольевич), Russia; DOB 17 Aug 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROV, Yury Aleksandrovich (Cyrillic: ПЕТРОВ, Юрий Александрович), Russia; DOB 10 Apr 1947; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PETROVIC, Zelimir, Serbia; DOB 01 Sep 1981; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

PETROVIC, Zoran, Serbia; DOB 25 Apr 1969; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

PETROVICH, Viktor Evgenievich (Cyrillic: ПЕТРОВИЧ, Виктор Евгеньевич) (a.k.a. PIATROVICH, Viktar Yauhenyevich (Cyrillic: ПЯТРОВІЧ, Віктар Яўгеньевіч)), Maxim Tank Str. 69, Minsk, Belarus; DOB 05 Oct 1964; nationality Belarus; Gender Male; National ID No. 3051064A020PB3 (Belarus) (individual) [BELARUS-EO14038].

PETROVSKIY, Yan Igorevich (a.k.a. PETROVSKY, Jan; a.k.a. PETROVSKY, Yan; a.k.a. "Veliki Slavian"; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT (a.k.a. AKTSIONERNOE OBSHCHESTVO PETROVSKII ELEKTROMEKHANICHESKII ZAVOD MOLOT; a.k.a. AO PEMZ MOLOT), Ul. Gogolya D. 40, Petrovsk 412540, Russia; Organization Established Date 27 Dec 1991; Tax ID No. 6444009038 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

PETROVSKY, Jan (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Yan; a.k.a. "Veliki Slavian"; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

PETROVSKY, Yan (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Jan; a.k.a. "Veliki Slavian"; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

PETRUNIN, Nikolay Yuryevich (Cyrillic: ПЕТРУНИН, Николай Юрьевич), Russia; DOB 27 Feb 1976; nationality Russia; Gender Male;

Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PEVTSOV, Dmitry Anatolievich (Cyrillic: ПЕВЦОВ, Дмитрий Анатольевич), Russia; DOB 08 Jul 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PEYKASA (a.k.a. PEYKASA MESSAGE-WARE CO.), No. 10, #4 Alley, Sadeghi Street, West Corner of Sharif University, Zazadi Avenue, Tehran, Iran; Website http://peykasa.com; Email Address info@peykasa.ir; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

PEYKASA MESSAGE-WARE CO. (a.k.a. PEYKASA), No. 10, #4 Alley, Sadeghi Street, West Corner of Sharif University, Zazadi Avenue, Tehran, Iran; Website http://peykasa.com; Email Address info@peykasa.ir; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

PEYVAND TEJARAT ATIEH IRANIAN COMPANY (a.k.a. PEYVAND TEJARAT ATIYEH IRANIAN COMPANY (Arabic: شرکت پیوند تجارت آتیه ایرانیان)), Unit 12, Central Building of Islamic Revolution Mostazafan, No. 1, Before Africa Resalat Hwy, District 3, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005291651 (Iran); Registration Number 480658 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PEYVAND TEJARAT ATIYEH IRANIAN COMPANY (Arabic: شرکت پیوند تجارت آتیه ایرانیان) (a.k.a. PEYVAND TEJARAT ATIEH IRANIAN COMPANY), Unit 12, Central Building of Islamic Revolution Mostazafan, No. 1, Before Africa Resalat Hwy, District 3, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005291651 (Iran); Registration Number 480658 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PEZHAK (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PJAK),

Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

PFLP (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

PFLP-GC (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND) [FTO] [SDGT].

PG VEKPROM LLC (a.k.a. PROMYSHLENNAYA GRUPPA VEKPROM LIMITED LIABILITY COMPANY), Ul. Pravolineinaya D. 33, Office 310-315, Zhukovskiy 140181, Russia; Organization Established Date 14 Jun 2011; Tax ID No. 5040108151 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 1115040007378 (Russia) [RUSSIA-EO14024].

PGPIC (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES CO. PLC; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMPANY), No. 38, Avenue Karim Khan Zand Blvd., Hafte Tir Square, Tehran 1584893313, Iran; No. 38, Karim Khan Zand Street, Haft Tir Square, Tehran 1584851181, Iran; Website www.pgpic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 89243 (Iran) [NPWMD] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

PGPICC (a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRIES COMMERCIAL COMPANY; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.; a.k.a. PERSIAN GULF PETROCHEMICAL INDUSTRY-COMMERCIAL COMPANY), No. 38, Karimkhan Zand Boulevard, Haft Tir Square, Tehran 158489331, Iran; P.O. Box 1584851181, Tehran, Iran; Website www.pgpicc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 476760 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PGR GOLD LLC (a.k.a. GOETZ GOLD LLC; a.k.a. PGR GOLD TRADING LLC), Dubai, United Arab Emirates; Organization Type: Mining of other non-ferrous metal ores; Commercial Registry Number 689308 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

PGR GOLD TRADING LLC (a.k.a. GOETZ GOLD LLC; a.k.a. PGR GOLD LLC), Dubai, United Arab Emirates; Organization Type: Mining of other non-ferrous metal ores; Commercial Registry Number 689308 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

PHAIROJ, Samoechainuek (a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

PHAIROT, Mopokoo (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

PHARA, Kim, 135, St. 110 SR., Takhmao, Kandal, Cambodia; DOB 10 Sep 1984; POB Cambodia; Gender Male; Passport N0263817 (individual) [GLOMAG] (Linked To: KIM, Kun).

PHARTSKHALADZE, Otar (Georgian: ფარცხალაძე, ოთარ) (a.k.a. PARTSKHALADZE, Otar Anzorovich (Cyrillic: ПАРЦХАЛАДЗЕ, Отар Анзорович)), Georgia; DOB 18 Jun 1976; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 11BA33281 (Georgia); National ID No. 01008013231 (Georgia); Tax ID No. 710000237020 (Russia) (individual) [RUSSIA-EO14024].

PHEAP, Thy (a.k.a. PHEAP, Try), N10AB Street 271 SK. Toek Laork III, Khan Toul Kork, Phnom Penh, Cambodia; DOB 15 Jul 1965; POB Kandal Province, Cambodia; Gender Male; Passport N0239194 (Cambodia) expires 21 Feb 2008 (individual) [GLOMAG].

PHEAP, Try (a.k.a. PHEAP, Thy), N10AB Street 271 SK. Toek Laork III, Khan Toul Kork, Phnom Penh, Cambodia; DOB 15 Jul 1965; POB Kandal Province, Cambodia; Gender Male; Passport N0239194 (Cambodia) expires 21 Feb 2008 (individual) [GLOMAG].

PHENICIA SHIPPING OFFSHORE SARL, Beirut, Lebanon [SDNTK].

PHITAK, Samoechainuek (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

PHITCHAIYOT, Winai (a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PHITCHAYOT, Winai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PHOENIX ELECTRONICS (a.k.a. FENIKS ELEKTRONIKS), ul. 8 Marta d. 16, Izhevsk 426035, Russia; Tax ID No. 1840028437 (Russia); Registration Number 1141840005768 (Russia) [RUSSIA-EO14024].

PHOENIX LINES S.R.O., Dunajska 7614/8, Bratislava 81108, Slovakia; Organization Established Date 13 Oct 2016; Business Registration Number 50546813 (Slovakia) [BELARUS-EO14038] (Linked To: ALI, Alhaitham Al).

PHOTON PRO LLP, 25 City Road Spaces City Road, Epworth House, Office 320, London EC1Y 1AA, United Kingdom; Suite 3.15 One Fetter Lane, London EC4A 1BR, United Kingdom; Organization Established Date 04 Dec 2018; Company Number OC425116 (United Kingdom) [RUSSIA-EO14024].

PHOTONICS CLOUD (a.k.a. FOTONIKS KLAUD), Ul. Yasenevaya D. 5, K. 1, Floor 1, Office #V/8, Sosenki 108814, Russia; Ul. Sosnovaya D. 1B, Der. Sosenki, Moscow 108814, Russia; Tax ID No. 7751175688 (Russia); Registration Number 1207700027501 (Russia) [RUSSIA-EO14024].

PHU SHA STAR (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

PHUANGPHET, Suwit (a.k.a. PUANGPETCH, Suvit; a.k.a. PUANGPETCH, Suwit), c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 28 Oct 1956; National ID No. 3570900170841 (Thailand) (individual) [SDNTK].

PHYONGCHON SHIPPING & MARINE (a.k.a. PHYONGCHON SHIPPING AND MARINE), Otan-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5878561 [DPRK4].

PHYONGCHON SHIPPING AND MARINE (a.k.a. PHYONGCHON SHIPPING & MARINE), Otan-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5878561 [DPRK4].

PIATKEVICH, Nataliya Uladzimirauna (a.k.a. PETKEVICH, Nataliya Uladzimirauna; a.k.a.

PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Nataliya Vladimirovna (a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natallia Uladzimirauna (a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natallia Vladimirovna (a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24

Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Nataliya Uladzimirauna (a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna; a.k.a. PIATKEVICH, Natalya Vladimirovna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATKEVICH, Natalya Vladimirovna (a.k.a. PETKEVICH, Natalya Uladzimirauna; a.k.a. PETKEVICH, Nataliya Vladimirovna; a.k.a. PETKEVICH, Natallia Uladzimirauna; a.k.a. PETKEVICH, Natallia Vladimirovna; a.k.a. PETKEVICH, Natalya Vladimirovna; a.k.a. PIATKEVICH, Nataliya Uladzimirauna; a.k.a. PIATKEVICH, Nataliya Vladimirovna; a.k.a. PIATKEVICH, Natallia Uladzimirauna; a.k.a. PIATKEVICH, Natallia Vladimirovna; a.k.a. PIATKEVICH, Natalya Uladzimirauna); DOB 24 Oct 1972; POB Minsk, Belarus; Deputy Head of the President's Administration (individual) [BELARUS].

PIATROVICH, Viktar Yauhenyevich (Cyrillic: ПЯТРОВІЧ, Віктар Яўгеньевіч) (a.k.a. PETROVICH, Viktor Evgenievich (Cyrillic: ПЕТРОВИЧ, Виктор Евгеньевич)), Maxim Tank Str. 69, Minsk, Belarus; DOB 05 Oct 1964; nationality Belarus; Gender Male; National ID No. 3051064A020PB3 (Belarus) (individual) [BELARUS-EO14038].

PICASO 3D LLC (a.k.a. LIMITED LIABILITY COMPANY PIKASO 3D), Pr-D 4922-I D. 4, Str. 3, Floor 3, Pom.I Komna 21, Zelenograd 124460, Russia; Tax ID No. 7735607524 (Russia); Registration Number 1147748027460 (Russia) [RUSSIA-EO14024].

PICHAYOS, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand;

c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PICHAYOS, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

PICHAYOS, Winai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE

COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PICHAYOT, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ) (a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PICHUGIN, Yuriy (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PICHUGIN, Yury (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PIDMCO (a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT; a.k.a. PETROCHEMICAL INDUSTRIES DEVELOPMENT MANAGEMENT COMPANY), Karim Khan Zand Street, Haft Tir Square, Tehran, Iran; Website www.pidmco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 89247 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

PIFLAKS, Gilad, Israel; DOB 23 Sep 1992; POB Tashkent, Uzbekistan; nationality Uzbekistan; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PIFLAKS, Maks Borisovich).

PIFLAKS, Maks Borisovich (Cyrillic: ПИФЛАКС, Макс Борисович) (a.k.a. PIFLAX, Max Borisovich), Uzbekistan; DOB 14 Jun 1962; nationality Uzbekistan; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MATEAS LIMITED).

PIFLAX, Max Borisovich (a.k.a. PIFLAKS, Maks Borisovich (Cyrillic: ПИФЛАКС, Макс Борисович)), Uzbekistan; DOB 14 Jun 1962; nationality Uzbekistan; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MATEAS LIMITED).

PIJ (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

PIJ-SHALLAH FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

PIJ-SHAQAQI FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS

SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

PIKALOV, Konstantin Aleksandrovich (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAI"; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

PIKALOV, Konstantin Alexandrovich (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. "MAZAI"; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

PILIPENKO, Olga Vasilyevna (Cyrillic: ПИЛИПЕНКО, Ольга Васильевна), Russia; DOB 04 Jan 1966; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIMENTEL MATA, Alberto (a.k.a. PIMENTEL, Alberto), Guatemala; DOB 26 Oct 1981; POB San Jose, Costa Rica; nationality Guatemala; Gender Male; Passport 238670724 (Guatemala) expires 14 Jan 2024; National ID No. 2386707240101 (Guatemala) (individual) [GLOMAG].

PIMENTEL, Alberto (a.k.a. PIMENTEL MATA, Alberto), Guatemala; DOB 26 Oct 1981; POB San Jose, Costa Rica; nationality Guatemala; Gender Male; Passport 238670724 (Guatemala) expires 14 Jan 2024; National ID No. 2386707240101 (Guatemala) (individual) [GLOMAG].

PINCHUK, Andrei Yuryevich (Cyrillic: ПИНЧУК, Андрей Юрьевич) (a.k.a. PINCHUK, Andrei

Yurevich; a.k.a. PINCHUK, Andriy Yuriiovich (Cyrillic: ПІНЧУК, Андрій Юрійович)), Tiraspol, Moldova; Russia; DOB 27 Dec 1977; POB Tiraspol, Moldova; nationality Russia; alt. nationality Ukraine; Gender Male; Tax ID No. 262813379706 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PINCHUK, Andrej Yurevich (a.k.a. PINCHUK, Andrei Yuryevich (Cyrillic: ПИНЧУК, Андрей Юрьевич); a.k.a. PINCHUK, Andriy Yuriiovich (Cyrillic: ПІНЧУК, Андрій Юрійович)), Tiraspol, Moldova; Russia; DOB 27 Dec 1977; POB Tiraspol, Moldova; nationality Russia; alt. nationality Ukraine; Gender Male; Tax ID No. 262813379706 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PINCHUK, Andriy Yuriiovich (Cyrillic: ПІНЧУК, Андрій Юрійович) (a.k.a. PINCHUK, Andrei Yuryevich (Cyrillic: ПИНЧУК, Андрей Юрьевич); a.k.a. PINCHUK, Andrej Yurevich), Tiraspol, Moldova; Russia; DOB 27 Dec 1977; POB Tiraspol, Moldova; nationality Russia; alt. nationality Ukraine; Gender Male; Tax ID No. 262813379706 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PINEDA ARMENTA, Leonardo (a.k.a. "EL 20"; a.k.a. "EL TWENTY"; a.k.a. "EL VEINTE"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

PINGTAN FISHING (a.k.a. FUJIAN PINGTAN COUNTY OCEAN; a.k.a. FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD; a.k.a. FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司)), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

PINGTAN GUANSHENG OCEAN FISHING CO., LTD. (Chinese Simplified: 平潭冠昇海洋水产有限公司), 4th Floor, No. 137,

Lianhua Village, Hongshan Neighborhood Committee, Tancheng Town, Pingtan County, Fuzhou, Fujian, China; Organization Established Date 12 Oct 2012; Organization Type: Activities of holding companies; Unified Social Credit Code (USCC) 91350128MA34593X7G (China) [GLOMAG] (Linked To: PRIME CHEER CORPORATION LTD.).

PINGTAN MARINE ENTERPRISE LTD., Cayman Islands; 18-19/F, Zhongshan Building A, No. 154 Hudong Road, Fuzhou 350001, China; Organization Established Date 18 Jan 2010; Organization Type: Marine Fishing; Equity Ticker PME US; ISIN KYG7114V1023 [GLOMAG] (Linked To: ZHUO, Xinrong).

PINIGIN, Pavel Ivanovich, Belarus; DOB 23 Aug 1962; POB Baranovichi, Belarus; nationality Belarus; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

PINSKY, Victor Vitalievich (Cyrillic: ПИНСКИЙ, Виктор Витальевич), Russia; DOB 06 Feb 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIONEER BENCONT STAR REAL ESTATE, Dubai, United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD. (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI

ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

PIONEER LOGISTICS HAVACILIK, EGS Bloklari B 1 Blok K 1, D114 Yesilkoy Bakirkoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

PIONEER LOGISTICS HAVACILIK (a.k.a. PIONEER LOGISTICS), EGS Bloklari B 1 Blok K 1, D114 Yesilkoy Bakirkoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

PIONEER SHIPMANAGEMENT PTE. LTD., 24-07, Shenton House, 3, Shenton Way, Singapore 068805, Singapore; Identification Number IMO 6153011; Registration Number 202010068K (Singapore) [IRAN-EO13846].

PIRHOSEINLU, Puya (a.k.a. PIRHOSSEINLOO, Pouya (Arabic: پویا پیرحسینلو)), Tehran, Iran; DOB 10 Jan 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0011395036 (Iran) (individual) [IRAN-

EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

PIRHOSSEINLOO, Pouya (Arabic: پویا پیرحسینلو) (a.k.a. PIRHOSEINLU, Puya), Tehran, Iran; DOB 10 Jan 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0011395036 (Iran) (individual) [IRAN-EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

PIRI, Morteza (Arabic: مرتضی پیری, Zahedan, Iran; DOB 05 Jul 1977; POB Zabol, Sistan and Baluchistan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4072307122 (Iran); Warden of Zahedan Central Prison (individual) [IRAN-HR].

PIRLANT ISTANBUL KUYUMCULUK TICARET LIMITED SIRKETI (a.k.a. JAWHIRAH COMPANY ISTANBUL; a.k.a. JAWHIRAH EXCHANGE; f.k.a. OZAR HEDIYELIK ESYA SANAYI VE TICARET LIMITED SIRKETI), Mollafenari Mah. Gazi Sinanpasa Sok. Has Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey; Website http://www.elitdiamond.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2005; Chamber of Commerce Number 571571 (Turkey); Central Registration System Number 0663-0297-8590-0016 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

PIROG, Dmitry Yuryevich (Cyrillic: ПИРОГ, Дмитрий Юрьевич), Russia; DOB 27 Jun 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIRUSETI ENTERPRISES LTD, 1 Logothetou Street, Nicosia 4034, Cyprus; 118 Anexartisias Street, Suite 202, Limassol 3040, Cyprus; Logothetou 1, Germasogeia, Limassol, Cyprus; Registration ID C290894; alt. Registration ID HE 290894 [SYRIA].

PISAREVA, Elena Vladimirovna (Cyrillic: ПИСАРЕВА, Елена Владимировна) (a.k.a. PISAREVA, Yelena Vladimirovna), Russia; DOB 20 Jan 1967; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISAREVA, Yelena Vladimirovna (a.k.a. PISAREVA, Elena Vladimirovna (Cyrillic: ПИСАРЕВА, Елена Владимировна)), Russia;

DOB 20 Jan 1967; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISHGAM ELECTRONIC SAFEH COMPANY (a.k.a. PISHGAM ELECTRONIC SOFEH COMPANY), Number 58, Khoram Alley, North Sheikh Sadogh Street, Isfahan, Isfahan Province 8163839973, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 31 May 2010; National ID No. 10260583624 (Iran); Registration Number 40674 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHGAM ELECTRONIC SOFEH COMPANY (a.k.a. PISHGAM ELECTRONIC SAFEH COMPANY), Number 58, Khoram Alley, North Sheikh Sadogh Street, Isfahan, Isfahan Province 8163839973, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 31 May 2010; National ID No. 10260583624 (Iran); Registration Number 40674 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان) (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG

PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRA MOBTAKER PEYVAND COMPANY (a.k.a. PISHRO MOBTAKER PEIVAND; a.k.a. PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند); a.k.a. "LEADING INNOVATOR LINK"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PISHRO COMPANY (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PISHRO IRAN CO. (a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To:

ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO IRAN COMPANY (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: شرکت مالی و سرمایه گذاری پیشرو ایران)), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan Foundation, 14th Floor, Tehran, Tehran 1519613524, Iran; Website www.pishrowiran.ir/; Additional

Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

PISHRO MOBTAKER PEYVAND (a.k.a. PISHRA MOBTAKER PEYVAND COMPANY; a.k.a. PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند); a.k.a. "LEADING INNOVATOR LINK"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند) (a.k.a. PISHRA MOBTAKER PEYVAND COMPANY; a.k.a. PISHRO MOBTAKER PEYVAND; a.k.a. "LEADING INNOVATOR LINK"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

PISHRO SANAT ASEMAN SHARIF PRIVATE COMPANY (Arabic: شرکت پیشرو صنعت آسمان شریف), Central Sector, North Persian Gulf Neighborhood, Shahid Shokralah Mohseni Alley, Second Alley, No. 24, Milad Building Block A1, 1st Floor, Unit 1, Tehran, Tehran Province 1379616818, Iran; Central Sector, Shahrak Rah Ahan, Kamyab Street, Kavoosh Alley, No. 0, Pezeshkan Trita Building, Floor 4, No 59, Islamshahr, Tehran Province 1498711318, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jul 2022; National ID No. 14011378933 (Iran); Registration Number 599557 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

PISHRO SYSTEMS RESEARCH COMPANY (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PISHRO TEJARAT SANA COMPANY (Arabic: شرکت پیشرو تجارت سانا), Unit 81, Floor 8, Ribbon Building, Number 3, Eastern Brazil Street,

Kurdistan Highway, Vanak, Central Section, Tehran, Tehran Province, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Jul 2011; National ID No. 10320606988 (Iran); Business Registration Number 410131 (Iran) [SDGT] (Linked To: ALAVI, Seyyed Abdoljavad).

PISHTAZAN KAVOSH GOSTAR BASHARA LLC (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY, LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), One Khanjari Alley, Second Floor, Unit 4, postal code 1685914195, Iran; Room 04, F2, No. 1 (Bank Shahr Building), Khanjari alley, Farjam Street, Tehran, Iran; Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran, Iran; Number 1, Unit 4, Farjam Street, between Saraj Intersection and Shaheed Bahjeri Highway and Khanjari Alley, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 428840 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC (Arabic: پیشتازان کاوش گستر بشرا) (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY, LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), One Khanjari Alley, Second Floor, Unit 4, postal code 1685914195, Iran; Room 04, F2, No. 1 (Bank Shahr Building), Khanjari alley, Farjam Street, Tehran, Iran; Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran, Iran; Number 1, Unit 4, Farjam Street, between Saraj Intersection and Shaheed Bahjeri Highway and Khanjari Alley, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 428840 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY, LLC (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a.

"PKGB"), One Khanjari Alley, Second Floor, Unit 4, postal code 1685914195, Iran; Room 04, F2, No. 1 (Bank Shahr Building), Khanjari alley, Farjam Street, Tehran, Iran; Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran, Iran; Number 1, Unit 4, Farjam Street, between Saraj Intersection and Shaheed Bahjeri Highway and Khanjari Alley, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 428840 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

PISHTAZAN KAVOSH GOSTAR BUSHRA LLC (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY, LLC; a.k.a. "PKGB"), One Khanjari Alley, Second Floor, Unit 4, postal code 1685914195, Iran; Room 04, F2, No. 1 (Bank Shahr Building), Khanjari alley, Farjam Street, Tehran, Iran; Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran, Iran; Number 1, Unit 4, Farjam Street, between Saraj Intersection and Shaheed Bahjeri Highway and Khanjari Alley, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 428840 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

PISHTAZAN SANAT PARVAZ SADRA CO. LLC (Arabic: شرکت پیشتازان صنعت پرواز صدرا بامسئولیت محدود) (a.k.a. NAARIN SEPEHR MOBIN ISATIS; a.k.a. NARIN SEPEHR MOBIN ISATIS (Arabic: نارین سپهر مبین ایساتیس)), Tehran Pars, Shahid Mahmoudreza Okhovat (123) St, Shahid Ghasem Soleymani Highway, No. 48, 4th Floor, Unit 14, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Jul 2018; National ID No. 14007740232 (Iran); Business Registration Number 529177 (Iran) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

PISKAREV, Vasily Ivanovich (Cyrillic: ПИСКАРЕВ, Василий Иванович), Russia; DOB 08 Nov 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PISKLIN, Mikhail Yur'evich, Russia; DOB 01 Dec 1980; Gender Male; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 71 0588176 (individual) [DPRK3].

PIT LOGISTICS (a.k.a. PETERSBURG INTELLIGENT TRANSPORT LOGISTICS; a.k.a. PIT LOGISTIKS), Pr-kt Leninskii d. 153, pomeshch. 233N office 718, Saint Petersburg 196247, Russia; Tax ID No. 7810639510 (Russia); Registration Number 1167847504219 (Russia) [RUSSIA-EO14024].

PIT LOGISTIKS (a.k.a. PETERSBURG INTELLIGENT TRANSPORT LOGISTICS; a.k.a. PIT LOGISTICS), Pr-kt Leninskii d. 153, pomeshch. 233N office 718, Saint Petersburg 196247, Russia; Tax ID No. 7810639510 (Russia); Registration Number 1167847504219 (Russia) [RUSSIA-EO14024].

PITARON LIMITED, 103, Afstralias 6, Limassol, Cyprus; Organization Established Date 15 Sep 2017; Registration Number C373784 (Cyprus) [RUSSIA-EO14024] (Linked To: PALNYCHENKO, Igor).

PITCHAYOS, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. THICHAIYOT, Winai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

PITIKOV, Sergei Viktorovich (a.k.a. PITIKOV, Sergey Viktorovich), Russia; DOB 23 Feb 1963; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 502208215010 (Russia) (individual) [RUSSIA-EO14024].

PITIKOV, Sergey Viktorovich (a.k.a. PITIKOV, Sergei Viktorovich), Russia; DOB 23 Feb 1963;

nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 502208215010 (Russia) (individual) [RUSSIA-EO14024].

PIVNENKO, Valentina Nikolayevna (Cyrillic: ПИВНЕНКО, Валентина Николаевна), Russia; DOB 14 Jun 1947; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PIXEL DEVICES LIMITED (a.k.a. PIXEL DEVICES LTD), 16/F, New Hennessey Tower, 263 Hennessey Road, Wanchai, Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Identification Number 2569276 (Hong Kong); alt. Identification Number 68097456 (Hong Kong) [RUSSIA-EO14024].

PIXEL DEVICES LTD (a.k.a. PIXEL DEVICES LIMITED), 16/F, New Hennessey Tower, 263 Hennessey Road, Wanchai, Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Identification Number 2569276 (Hong Kong); alt. Identification Number 68097456 (Hong Kong) [RUSSIA-EO14024].

PIZANA GONZALEZ, Rogelio (a.k.a. GONZALEZ GARZA, Rolando; a.k.a. GONZALEZ PIZANA JR., Rogelio; a.k.a. GONZALEZ PIZANA, Rogelio Kak, Jr.), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

PJAK (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A

KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

PJSC ALROSA (a.k.a. AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО); a.k.a. ALROSA GROUP; a.k.a. PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

PJSC AMURSKY SUDOSTROITELNY FACTORY (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ) (a.k.a. OTKRITIE BANK; a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PJSC BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PJSC BANK ZENIT (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [RUSSIA-EO14024].

PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО) (a.k.a. KRASNOYE SORMOVO SHIPYARD; a.k.a. PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD; a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC GTLK (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ) (a.k.a. IC ROSGOSSTRAKH PJSC; a.k.a. PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ); a.k.a. ROSGOSSTRAKH INSURANCE COMPANY GROUP), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Tax ID No. 7707067683 (Russia); Registration Number

1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

PJSC INVESTTRADEBANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

PJSC KB UBRIR (a.k.a. PJSC UBRD; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. UBRIR PAO; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

PJSC KB VOSTOCHNY (a.k.a. PUBLIC JOINT STOCK COMPANY KB VOSTOCHNY; a.k.a. VOSTOCHNY COMMERCIAL BANK PJSC), Blagoveshchensk, St. Innokentiy Lane 1, Amur 675004, Russia; SWIFT/BIC DALVRU8X; Website vostobank.ru; Tax ID No. 2801015394 (Russia); Registration Number 1022800000112 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. KURGANMASHZAVOD; a.k.a. KURGANMASHZAVOD PJSC; a.k.a. KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Organization Established Date 23 Mar 1992; Target Type State-Owned

Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

PJSC MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

PJSC MOSTOTREST (a.k.a. MOSTOTREST; a.k.a. MOSTOTREST, PAO; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PUBLIC JOINT STOCK COMPANY MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette Number 01386148 (Russia) [UKRAINE-EO13685].

PJSC MTS BANK (f.k.a. MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT; f.k.a. OPEN JOINT STOCK COMPANY MTS BANK; a.k.a. PUBLIC JOINT STOCK COMPANY MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [RUSSIA-EO14024].

PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ) (a.k.a. NAZ SOKOL; a.k.a. NIZHNY NOVGOROD AVIATION PLANT SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. SOKOL AIRCRAFT PLANT), 1 Chaadaev St., Nizhny

Novgorod 603035, Russia; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

PJSC NPO ALMAZ (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

PJSC ODK-KUZNETSOV (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

PJSC POWER MACHINES (a.k.a. JSC POWER MACHINES; a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] (Russia).

PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД) (a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC PROLETARSKY ZAVOD (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PROLETARSKIY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC SASCO (f.k.a. OAO SAKHMP; a.k.a. PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО САХАЛИНСКОЕ МОРСКОЕ ПАРОХОДСТВО)), д. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Tax ID No. 6509000854 (Russia); Registration Number 1026501017828 (Russia) [RUSSIA-EO14024].

PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК) (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; a.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in,

provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PJSC SCB METALLINVESTBANK (a.k.a. AKB METALLINVESTBANK; f.k.a. OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK; a.k.a. PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

PJSC 'SOVFRACHT' (a.k.a. OJSC SOVFRACHT; a.k.a. SOVFRACHT JSC; a.k.a. SOVFRAKHT), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PJSC STLC (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D.

73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ) (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA SHIPYARD; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА) (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PJSC TASTC N.A. G. M. BERIEV (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-

TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PJSC TRANSCONTAINER (a.k.a. PUBLIC JOINT STOCK COMPANY CENTER FOR CARGO CONTAINER TRAFFIC TRANSCONTAINER), 19, Oruzheyniy Pereulok, Moscow 125047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7708591995 (Russia); Registration Number 1067746341024 (Russia) [RUSSIA-EO14024].

PJSC TRANSKAPITALBANK (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "ТКБ PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow

105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

PJSC UAC (Cyrillic: ПАО ОАК) (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

PJSC UBRD (a.k.a. PJSC KB UBRIR; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. UBRIR PAO; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН) (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. UEC-SATURN; a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PJSC VYSOCHAISHY (a.k.a. GV GOLD; a.k.a. PAO VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

PJSC ZAVOD TULA (a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD TULA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ТУЛА)), 28 F. Smirnov Street, Tula, Tula Region 300041, Russia; Organization Established Date 12 Jan 1993; Tax ID No. 7104002862 (Russia);

Registration Number 1027100592210 (Russia) [RUSSIA-EO14024].

PJSC ZVEZDA (a.k.a. PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА); a.k.a. PUBLIC JOINT STOCK COMPANY ZVEZDA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА)), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PJSCB PRIMORYE (a.k.a. AKB PRIMORYE PAO; a.k.a. JOINT STOCK COMMERCIAL BANK PRIMORYE; f.k.a. JSCB PRIMORYE BANK), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79 (Russia); Registration Number 1022500000566 (Russia) [RUSSIA-EO14024].

PKF GAZNEFTEMASH (a.k.a. GAZNEFTEMASH LLC; a.k.a. LIMITED LIABILITY COMPANY PROIZVOSTVENNAYA KOMMERCHESKAYA FIRMA GAZNEFTEMASH), Km Kievskoe Shosse 22-1, Domovladenie 4, Str. 5, Moscow 108811, Russia; Organization Established Date 02 Jun 2008; Tax ID No. 7727653358 (Russia); Registration Number 1087746698137 (Russia) [RUSSIA-EO14024].

PKK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

PLAHOTNIUC, Vladimir, Cyprus; DOB 01 Jan 1966; POB Moldova; nationality Moldova; alt. nationality Romania; Gender Male; Passport AA1203658 (Moldova); alt. Passport 054038242 (Romania); National Foreign ID Number 0962706018030 (Moldova) (individual) [GLOMAG].

PLAKSIN, Gennady Nikolaevich, Russia; DOB 31 Aug 1961; Gender Male (individual) [MAGNIT].

PLAKSINA, Olga (a.k.a. PLAKSINA, Olga Vladimirovna), Russia; DOB 03 Mar 1974; POB Moscow, Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

PLAKSINA, Olga Vladimirovna (a.k.a. PLAKSINA, Olga), Russia; DOB 03 Mar 1974; POB Moscow, Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

PLANAR ELEMENTS (a.k.a. LLC PLANAR; a.k.a. OOO PLANAR (Cyrillic: ООО ПЛАНАР); a.k.a. THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР)), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

PLANAR JOINT STOCK COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАНАР (a.k.a. PLANAR JSC KBTEM (Cyrillic: ОАО ПЛАНАР КБТЭМ); a.k.a. PLANAR RESEARCH AND PRODUCTION HOLDINGS FOR PRECISION ENGINEERING (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ХОЛДИНГ ТОЧНОГО МАШИНОСТРОЕНИЯ ПЛАНАР)), 2 Partizanskii Ave, 2-31 Bldg, Minsk 220033, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100104937 (Belarus) [BELARUS-EO14038].

PLANAR JSC KBTEM (Cyrillic: ОАО ПЛАНАР КБТЭМ) (a.k.a. PLANAR JOINT STOCK COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАНАР); a.k.a. PLANAR RESEARCH AND PRODUCTION HOLDINGS FOR PRECISION ENGINEERING (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ХОЛДИНГ ТОЧНОГО МАШИНОСТРОЕНИЯ ПЛАНАР)), 2 Partizanskii Ave, 2-31 Bldg, Minsk 220033, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100104937 (Belarus) [BELARUS-EO14038].

PLANAR RESEARCH AND PRODUCTION HOLDINGS FOR PRECISION ENGINEERING (Cyrillic: НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ХОЛДИНГ ТОЧНОГО МАШИНОСТРОЕНИЯ ПЛАНАР) (a.k.a. PLANAR JOINT STOCK COMPANY (Cyrillic: ОТКРЫТОЕ

АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАНАР); a.k.a. PLANAR JSC KBTEM (Cyrillic: ОАО ПЛАНАР КБТЭМ), 2 Partizanskii Ave, 2-31 Bldg, Minsk 220033, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100104937 (Belarus) [BELARUS-EO14038].

PLANCARTE SOLIS, Enrique (a.k.a. "KIKE"; a.k.a. "LA CHIVA"), Michoacan, Mexico; c/o Colonia Centro, Ave Lazaro Cardenas Sur 134, Nueva Italia, Michoacan, Mexico; DOB 14 Sep 1970; POB Michoacan, Mexico; nationality Mexico; C.U.R.P. PASE700914HMNLLN09 (Mexico) (individual) [SDNTK].

PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND

ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

PLANET 2 REACHING, INC., DE, United States; 7043 Fisher Dr., Unit 7043, Miami Beach, FL 33109-0064, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

PLANT NAMED AFTER IA M SVERDLOV FEDERAL STATE ENTERPRISE (a.k.a. FEDERAL STATE ENTERPRISE YA M SVERDLOV PLANT), Sverdlova Street 4, Dzerzhinsk 606002, Russia; Tax ID No. 5249002485 (Russia); Registration Number 1025201752982 (Russia) [RUSSIA-EO14024].

PLATIFINO LIMITED, 4th Floor, Queen Victoria House, 41-43 Victoria Street, Douglas IM1 2LF, Man, Isle of; Organization Established Date 25 Apr 2014; Registration Number 011037V (Man, Isle of) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

PLAVSIC, Biljana; DOB 07 Jul 1930; POB Tuzla, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

PLAYA MAR S.A. DE C.V., Paseo De Los Heroes, Colonia Rio Tijuana 2110, Tijuana, Baja California, Mexico; Entre Via Rapida y Jose Clemente Orozco, Tijuana, Baja California, Mexico; Blvd. Agua Caliente 10440, Colonia Aviacion 22420, Tijuana, Baja California, Mexico; R.F.C. # PMA-910805 (Mexico) [SDNTK].

PLAZA LOS TULES (a.k.a. PLAZA VIRREYES), Av. Naciones Unidas # 6875, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Av. Naciones Unidas # 6895, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Website www.plazavirreyes.com [SDNTK].

PLAZA MILENIO, S.A. (a.k.a. MILLENNIUM PLAZA, S.A.), Panama; RUC # 15280-1-366202 (Panama) [SDNTK].

PLAZA VIRREYES (a.k.a. PLAZA LOS TULES), Av. Naciones Unidas # 6875, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Av. Naciones Unidas # 6895, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Website www.plazavirreyes.com [SDNTK].

PLAZA XAMAN HA (a.k.a. XAMAN HA CENTER), Av. Balam Kanche Mza. 30, Lote 002, Condominio Playa Car Fase II, Playa del Carmen, Quintana Roo 77710, Mexico; Carretera Cancun-Tulum, Playacar, Solidaridad, Playa del Carmen, Quintana Roo 77717, Mexico; Avenida 50, Playa del Carmen, Quintana Roo, Mexico [SDNTK].

PLESHEVSKIY, Dmitry (a.k.a. "Iseldor"), Zelenograd, Russia; DOB 30 Jul 1992; nationality Russia; Email Address pleshevskiy@gmail.com; alt. Email Address dmitriy@ideascup.me; alt. Email Address support@ideascup.me; alt. Email Address pleshevskie@gmail.com; Gender Male (individual) [CYBER2].

PLF (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PLF-ABU ABBAS) [FTO] [SDGT].

PLF-ABU ABBAS (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PLF) [FTO] [SDGT].

PLISYUK, Mikhail Alekseyevich, Russia; DOB 03 Sep 1963; POB Jakarta, Indonesia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Passport 652204544 (Russia) expires 27 Nov 2019 (individual) [UKRAINE-EO13661].

PLM CONSORCIO, C.A., Av. Francisco de Miranda, Edif. Saule, piso 7, Ofic. 72, Chacao, Caracas, Venezuela; RIF # J-31241977-6 (Venezuela) [SDNTK].

PLM CONSULTORES, C.A., Av. Francisco de Miranda, Centro Lido, Torre B, piso 10, Ofic. 102-B, El Rosal, Caracas, Venezuela; RIF # J-31241965-2 (Venezuela) [SDNTK].

PLM INMOBILIARIA C.A. (a.k.a. INMUEBLES Y DESARROLLOS WEST POINT, C.A.), Av. Principal de Los Ruices, Edif. El Doral, piso 6, Ofic. 62, Urb. Los Ruices, Caracas, Venezuela; RIF # J-31242224-6 (Venezuela) [SDNTK].

PLM SECURITY CONTROL GROUP, C.A., Caracas, Venezuela; RIF # J-31403007-8 (Venezuela) [SDNTK].

PLM TRANSPORTE, C.A., Av. Caurimare, Edif. San Antonio de Padua, piso 2, Apto. 4, Urb. Colinas de Bello Monte, Caracas, Venezuela; RIF # J-31242244-0 (Venezuela) [SDNTK].

PLOTNIKOV, Vladimir Nikolayevich (Cyrillic: ПЛОТНИКОВ, Владимир Николаевич), Russia; DOB 30 Nov 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PLOTNITSKIY, Andrey (a.k.a. KOVALSKIY, Andrey Vechislavovich; a.k.a. STREL, Andrey), Moscow, Russia; DOB 25 Jul 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

PLOTNITSKY, Igor (a.k.a. PLOTNITSKY, Igor Venediktovich); DOB 24 Jun 1964; POB Kelmentsi, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PLOTNITSKY, Igor Venediktovich (a.k.a. PLOTNITSKY, Igor); DOB 24 Jun 1964; POB Kelmentsi, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PLOYDAENG GEM SHOP (a.k.a. PLOYDAENG JEWELRY SHOP; a.k.a. PLYDAENG JEWELRY SHOP), 4/1-2 Ratdamri Road, World Trade Center, 1st Floor, Room B135, Lumphini precinct, Pathum Wan district, Bangkok, Thailand; 4/1-2 Rajdamri Road, Central World Plaza, Pathumwan, Bangkok, Thailand [SDNTK].

PLOYDAENG JEWELRY SHOP (a.k.a. PLOYDAENG GEM SHOP; a.k.a. PLYDAENG JEWELRY SHOP), 4/1-2 Ratdamri Road, World Trade Center, 1st Floor, Room B135, Lumphini precinct, Pathum Wan district, Bangkok, Thailand; 4/1-2 Rajdamri Road, Central World Plaza, Pathumwan, Bangkok, Thailand [SDNTK].

PLUS TECH AUTO SUPPLY COMPANY LTD., 273 Thiam Ruammit Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

PLUTO-DUBAI TRADING COMPANY, LLC (a.k.a. BLOTO INTERNATIONAL COMPANY; a.k.a. BLOTO INTERNATIONAL, LTD.; a.k.a. BLUTO INTERNATIONAL), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

PLYAKIN, Vladimir Vladimirovich (Cyrillic: ПЛЯКИН, Владимир Владимирович), Russia; DOB 19 Sep 1981; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PLYDAENG JEWELRY SHOP (a.k.a. PLOYDAENG GEM SHOP; a.k.a. PLOYDAENG JEWELRY SHOP), 4/1-2 Ratdamri Road, World Trade Center, 1st Floor, Room B135, Lumphini precinct, Pathum Wan district, Bangkok, Thailand; 4/1-2 Rajdamri Road, Central World Plaza, Pathumwan, Bangkok, Thailand [SDNTK].

PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч) a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKII, Igor Anatolevich; a.k.a. PLYSHEVSKII, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEUSKI, Ihar (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEUSKII, Igor Anatolevich; a.k.a. PLYSHEVSKII, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEUSKI, Ihar Anatolievich (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKII, Igor Anatolevich; a.k.a. PLYSHEVSKII, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEVSKII, Igor Anatolievich (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевіч) (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKII, Igor Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolievich; a.k.a. PLYSHEVSKY, Igor; a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEVSKY, Igor (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEUSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевіч); a.k.a. PLYSHEWSKI, Ihar Anatoljevich), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PLYSHEWSKI, Ihar Anatoljevich (a.k.a. PLYSHEUSKI, Igar Anatolievich (Cyrillic: ПЛЫШЭЎСКІ, Ігар Анатольевіч); a.k.a. PLYSHEUSKI, Ihar; a.k.a. PLYSHEUSKI, Ihar Anatolevich; a.k.a. PLYSHEVSKII, Igor Anatolevich; a.k.a. PLYSHEVSKIY, Ihor Anatolievich (Cyrillic: ПЛЫШЕВСКИЙ, Игорь Анатольевич); a.k.a. PLYSHEVSKY, Igor), Minsk, Belarus; DOB 19 Feb 1979; POB Lyuban, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

PMC CONVOY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI; a.k.a. OOO VOK KONVOI; a.k.a. PRIVATE MILITARY COMPANY CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

PMC REDUT (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PRIVATE MILITARY COMPANY REDOUBT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

PMC WAGNER (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. CHVK VAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

PNITI PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC PNITI; a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

PNITI, AO (Cyrillic: АО ПНИТИ) (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC PNITI; a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; f.k.a. PNITI PAO), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

PO GEFESD (a.k.a. GEFESD LTD), ul. Sovetskaya d. 15, Lyulikh 601362, Russia; Organization Established Date 09 Nov 2010; Tax ID No. 3324123093 (Russia); Registration Number 1103337000524 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

PO YING JEWELLERY (HK) CO. LIMITED (a.k.a. TING SHING TAI JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queens Road East, Wan Chai, Hong Kong; Business Registration Document # 32369313 (Hong Kong); Certificate of Incorporation Number 784702 (Hong Kong) [SDNTK].

PO, Kong (a.k.a. PU, Chiang; a.k.a. "PO KONG"; a.k.a. "P'U LI"), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Mandalay, Yunnan, Hong Kong; c/o TING SHING TAI JEWELLERY (HK)  CO. LIMITED, Hong Kong, Hong Kong; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, Hong Kong; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID No. K357514(4) (Hong Kong) (individual) [SDNTK].

POBEDA AIRLINES (a.k.a. LIMITED LIABILITY COMPANY AVIAKOMPANIYA POBEDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАКОМПАНИЯ ПОБЕДА); a.k.a. LLC BUDGET CARRIER (Cyrillic: ООО БЮДЖЕТНЫЙ ПЕРЕВОЗЧИК)), Kilometr Kievskoe Shosse 22-I (P Moskovskii), Domovladen 4, Stroenie 1, Moskovsky 108811, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705001313 (Russia); Registration Number 5147746103380 (Russia) [RUSSIA-EO14024].

POBOBED, Yuri Nikolaevich (a.k.a. PODOBED, Yuriy Nikolaevich); DOB 05 Mar 1962; POB Slutsk, Minsk district, Belarus; nationality Belarus; citizen Belarus; Commander of the Special Riot Police in Minsk (OMON) (individual) [BELARUS].

POCHON SHIPPING & MANAGEMENT (a.k.a. POCHON SHIPPING AND MANAGEMENT), Sonnae-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990271 [DPRK4].

POCHON SHIPPING AND MANAGEMENT (a.k.a. POCHON SHIPPING & MANAGEMENT), Sonnae-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990271 [DPRK4].

POCHTA BANK (a.k.a. JOINT STOCK COMPANY POST BANK; a.k.a. POST BANK JSC), Preobrazhenskaya ploshchad, 8, Moscow 107061, Russia; SWIFT/BIC POSBRUMM; Target Type Financial Institution; Tax ID No. 3232005484 (Russia); Identification Number DN2Q9U.99999.SL.643 (Russia); Legal Entity Number 2534001VHLQ1L34HNW95; Registration Number 1023200000010 (Russia) [RUSSIA-EO14024].

PODGORNOVA, Yevgeniya Aleksandrovna (f.k.a. BOLTACHEVA, Yevgeniya Aleksandrovna), Russia; DOB 16 Jul 1980; nationality Russia; Gender Female; Passport 754582022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

PODKOPAEV, Vadim Vladimirovich (a.k.a. PODKOPAYEV, Vadim), Russia; DOB 01 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual)

[CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

PODKOPAYEV, Vadim (a.k.a. PODKOPAEV, Vadim Vladimirovich), Russia; DOB 01 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

PODLINEU, Raman Leanidavich (Cyrillic: ПОДЛІНЕЎ, Раман Леанідавіч) (a.k.a. PODLINEV, Roman; a.k.a. PODLINEV, Roman Leonidovich (Cyrillic: ПОДЛИНЕВ, Роман Леонидович)), Minsk, Belarus; DOB 1976; POB Kazanka, Nikolaev Oblast, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PODLINEV, Roman (a.k.a. PODLINEU, Raman Leanidavich (Cyrillic: ПОДЛІНЕЎ, Раман Леанідавіч); a.k.a. PODLINEV, Roman Leonidovich (Cyrillic: ПОДЛИНЕВ, Роман Леонидович)), Minsk, Belarus; DOB 1976; POB Kazanka, Nikolaev Oblast, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PODLINEV, Roman Leonidovich (Cyrillic: ПОДЛИНЕВ, Роман Леонидович) (a.k.a. PODLINEU, Raman Leanidavich (Cyrillic: ПОДЛІНЕЎ, Раман Леанідавіч); a.k.a. PODLINEV, Roman), Minsk, Belarus; DOB 1976; POB Kazanka, Nikolaev Oblast, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

PODOBED, Yury Nikolaevich (a.k.a. POBOBED, Yuri Nikolaevich); DOB 05 Mar 1962; POB Slutsk, Minsk district, Belarus; nationality Belarus; citizen Belarus; Commander of the Special Riot Police in Minsk (OMON) (individual) [BELARUS].

PODOLSKKABEL (a.k.a. AO NP PODOLSKKABEL), Ul. Bronnitskaya D. 11, Podolsk 142103, Russia; Organization Established Date 09 Jun 1941; Tax ID No. 5036002480 (Russia); Registration Number 1025004706825 (Russia) [RUSSIA-EO14024].

PODOPRIGOROV, Sergei G.; DOB 08 Jan 1974; POB Moscow, Russia (individual) [MAGNIT].

POGC (a.k.a. PARS OIL AND GAS COMPANY), No. 133, Side of Parvin Etesami Alley, opposite Sazman Ab - Dr. Fatemi Avenue, Tehran, Iran; No. 1 Parvin Etesami Street, Fatemi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

POGIBLOV, Georgii Semenovich (a.k.a. POGIBLOV, Georgiy Semenovich), Novosibirsk,

Russia; DOB 13 Nov 1968; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport 752790751 (Russia) expires 04 Feb 2026; Tax ID No. 540309234395 (Russia) (individual) [RUSSIA-EO14024].

POGIBLOV, Georgiy Semenovich (a.k.a. POGIBLOV, Georgii Semenovich), Novosibirsk, Russia; DOB 13 Nov 1968; POB Novosibirsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport 752790751 (Russia) expires 04 Feb 2026; Tax ID No. 540309234395 (Russia) (individual) [RUSSIA-EO14024].

POGORELYY, Dmitriy Viktorovich (Cyrillic: ПОГОРЕЛЫЙ, Дмитрий Викторович), Russia; DOB 04 Oct 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POGREBENKOV, Valeriy Ivanovich, Russia; DOB 19 Jul 1947; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

POKLONSKA, Natalya (a.k.a. POKLONSKAYA, Natalia; a.k.a. POKLONSKAYA, Natalia Vladimirovna; a.k.a. POKLONSKAYA, Natalya); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POKLONSKAYA, Natalia (a.k.a. POKLONSKA, Natalya; a.k.a. POKLONSKAYA, Natalia Vladimirovna; a.k.a. POKLONSKAYA, Natalya); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POKLONSKAYA, Natalia Vladimirovna (a.k.a. POKLONSKA, Natalya; a.k.a. POKLONSKAYA, Natalia; a.k.a. POKLONSKAYA, Natalya); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POKLONSKAYA, Natalya (a.k.a. POKLONSKA, Natalya; a.k.a. POKLONSKAYA, Natalia; a.k.a. POKLONSKAYA, Natalia Vladimirovna); DOB 18 Mar 1980; POB Eupatoria, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Prosecutor of Crimea (individual) [UKRAINE-EO13660].

POLA RAIZ OOO (Cyrillic: ПОЛА РАЙЗ ООО) (a.k.a. POLA RAYZ OOO; a.k.a. POLA RISE LLC), Naberezhnaya Reki Fontanki, Dom 161, Ofis 118, Saint Petersburg 190068, Russia; Tax ID No. 7838046334 (Russia); Registration Number 1157847410753 (Russia) [RUSSIA-EO14024].

POLA RAYZ OOO (a.k.a. POLA RAIZ OOO (Cyrillic: ПОЛА РАЙЗ ООО); a.k.a. POLA RISE LLC), Naberezhnaya Reki Fontanki, Dom 161, Ofis 118, Saint Petersburg 190068, Russia; Tax ID No. 7838046334 (Russia); Registration Number 1157847410753 (Russia) [RUSSIA-EO14024].

POLA RISE LLC (a.k.a. POLA RAIZ OOO (Cyrillic: ПОЛА РАЙЗ ООО); a.k.a. POLA RAYZ OOO), Naberezhnaya Reki Fontanki, Dom 161, Ofis 118, Saint Petersburg 190068, Russia; Tax ID No. 7838046334 (Russia); Registration Number 1157847410753 (Russia) [RUSSIA-EO14024].

POLANI, Atif (a.k.a. POLANI, Atif Abdul Aziz), D-31, Block-5, Clifton, Karachi, Pakistan; Dubai, United Arab Emirates; DOB 09 Jan 1978; Passport KE155664 (Pakistan); National ID No. 42301-4685763-5 (Pakistan) (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

POLANI, Atif Abdul Aziz (a.k.a. POLANI, Atif), D-31, Block-5, Clifton, Karachi, Pakistan; Dubai, United Arab Emirates; DOB 09 Jan 1978; Passport KE155664 (Pakistan); National ID No. 42301-4685763-5 (Pakistan) (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

POLARAK, Hassan (a.k.a. PELARAK, Hassan (Arabic: حسن پلارک); a.k.a. "JA'FARI, Hasan"),

Iran; Iraq; DOB 03 Sep 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10001869 (Iran); alt. Passport V43936121 (Iran); National ID No. 3051910163 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

POLARSTAR LOGISTICS LLC (Arabic: بولر ستار لوجستيكس ش. ذ. م. م), PO Box 20609, 47th Floor, The One Tower, Barsha Heights, Dubai, United Arab Emirates; Warehouse No. FZS1AA01, Street No. S111, Jebel Ali Free Zone, United Arab Emirates; Umm Ramool, W/H No. S02-A, Adnan Mansoor, Street 17 PO Box 20609, Dubai, United Arab Emirates; 88A Amir Temur Avenue, Tashkent 100084, Uzbekistan; Office No. 406, Inizio Building, Cardinal Gracious Rd, Chakala, Andheri East, Mumbai 400099, India; License 659948 (United Arab Emirates) [RUSSIA-EO14024].

POLETAYEV, Vladimir Vladimirovich (Cyrillic: ПОЛЕТАЕВ, Владимир Владимирович), Russia; DOB 23 May 1975; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLIANIN, Evegnii Igorevich (a.k.a. POLYANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8da7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLICIA NACIONAL DE NICARAGUA (a.k.a. NICARAGUAN NATIONAL POLICE; a.k.a.

"NNP"), Centro Comercial Metrocentro, 2 Cuadras al Este, Edificio Faustino Ruiz (Plaza el Sol), Managua, Nicaragua [NICARAGUA] [NICARAGUA-NHRAA].

POLICIA NACIONAL REVOLUCIONARIA, Manzana que ocupan las calles Cuba, Tacon y Chacon, La Habana Vieja, Havana, Cuba; Target Type Government Entity [GLOMAG] (Linked To: MINISTRY OF INTERIOR).

POLIGONO SANTA MARTA S.A.S., Calle 23c 4-27 LC 1, Gaira Paraiso, Santa Marta, Colombia; NIT # 901297752-3 (Colombia) [SDNTK].

POLIMER ARYA SAASOOL (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLYMER ARIA SASOOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

POLIN, Vladimir Anatolevich (Cyrillic: ПОЛИН, Владимир Анатольевич), Russia; DOB 10 Aug 1962; POB Chelyabinsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 744704013946 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

POLINA CAPITAL PTE LTD (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI FAMILY OFFICE; a.k.a. CONFIDERI PTE LTD; f.k.a. INDERSEN GLOBAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 20, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

POLINEX GENERAL TRADING LLC, Health Care City, Umm Hurair Rd., Oud Mehta Offices, Block A, 4th Floor 420, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

POLITICAL COUNCIL OF PRESEVO, MEDVEDJA, AND BUJANOVAC (a.k.a. PCPMB) [BALKANS].

POLITICAL SECURITY DEPARTMENT (a.k.a. IDARAT AL-'AMN AL-SIYYASI; a.k.a. POLITICAL SECURITY DIRECTORATE), Damascus, Syria [SYRIA].

POLITICAL SECURITY DIRECTORATE (a.k.a. IDARAT AL-'AMN AL-SIYYASI; a.k.a. POLITICAL SECURITY DEPARTMENT), Damascus, Syria [SYRIA].

POLO TRADING, Fakhani Building, Korniche Mazraa Street, Beirut, Lebanon; Grand Hills/GF Al Khansa St., Beirut, Lebanon; Website polo-trading.com [NPWMD] (Linked To: KATRANGI, Amir).

POLONSKY, Dmitry Anatolievich; DOB 02 Aug 1981; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO (a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK

STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK STEKLOVOLOKNO OAO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSKOE STEKLOVOLOKNO OAO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast,

Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO JSC (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTZK STEKLOVOLOKNO OAO; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOTZK STEKLOVOLOKNO OAO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. STEKLOVOLOKNO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

POLOZOV, Sergey Pavlovich, Russia; DOB 13 Oct 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

POLTAVCHENKO, Georgii Sergeevich (Cyrillic: ПОЛТАВЧЕНКО, Георгий Сергеевич) (a.k.a. POLTAVCHENKO, Georgiy Sergeyevich; a.k.a. POLTAVCHENKO, Georgy S), Russia; DOB 24 Feb 1953; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POLTAVCHENKO, Georgiy Sergeyevich (a.k.a. POLTAVCHENKO, Georgii Sergeevich (Cyrillic: ПОЛТАВЧЕНКО, Георгий Сергеевич); a.k.a. POLTAVCHENKO, Georgy S), Russia; DOB 24 Feb 1953; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POLTAVCHENKO, Georgy S (a.k.a. POLTAVCHENKO, Georgii Sergeevich (Cyrillic: ПОЛТАВЧЕНКО, Георгий Сергеевич); a.k.a. POLTAVCHENKO, Georgiy Sergeyevich), Russia; DOB 24 Feb 1953; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POLUYANOVA, Nataliya Vladimirovna (Cyrillic: ПОЛУЯНОВА, Наталия Владимировна), Russia; DOB 11 Mar 1981; nationality Russia; Gender Female; Member of the State Duma of

the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLYAKOV, Alexander Alekseevich (Cyrillic: ПОЛЯКОВ, Александр Алексеевич), Russia; DOB 31 Jan 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLYAKOVA, Alla Viktorovna (Cyrillic: ПОЛЯКОВА, Алла Викторовна), Russia; DOB 26 Nov 1970; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POLYANIN EVGENII IGOREVICH IP (Cyrillic: ИП ПОЛЯНИН ЕВГЕНИЙ ИГОРЕВИЧ), Barnaul, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 12 May 2019; Tax ID No. 222262509862 (Russia); Business Registration Number 319222500100953 (Russia) [CYBER2].

POLYANIN, Evgenii Igorevich (a.k.a. POLIANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8d a7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYANIN, Evgeni (a.k.a. POLIANIN, Evgnii Igorevich; a.k.a. POLYANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender

Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8d a7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYANIN, Evgenii Igorevich (a.k.a. POLIANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich; a.k.a. POLYANIN, Yevgeniy Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич)), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt. Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8d a7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYANIN, Yevgenий Igorevich (Cyrillic: ПОЛЯНИН, Евгений Игоревич) (a.k.a. POLIANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgenii Igorevich; a.k.a. POLYANIN, Evgeniy; a.k.a. POLYANIN, Evgeniy Igorevich), Baltiiskaya 63-16, Barnaul 656058, Russia; DOB 04 Mar 1993; POB Russia; nationality Russia; Gender Male; Digital Currency Address - XBT 158treVZBGMBThoaympxccPdZPtqUfYrT9; alt.

Digital Currency Address - XBT 389Sft4nJFkPGhbagk9FN4jXncA9piYTuU; alt. Digital Currency Address - XBT 39Te8MbphSgs7npDJPj2hbNzhke61NTcnB; alt. Digital Currency Address - XBT 31p6woV4e55HUfC2aGynFhzQnGoJFW26cD; alt. Digital Currency Address - XBT 3DNsaQnaUz7wkQny1ZDSmtz6QfbEShxoDD; alt. Digital Currency Address - XBT 3AjyprBY5yhijiCjUC5NUJutGbwhd3AQdE; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - USDT 0xfec8a60023265364d066a1212fde3930f6ae8d a7; Passport 0118665722 (Russia); Driver's License No. 2202811729 (Russia) (individual) [CYBER2].

POLYMEDICS LLC (Arabic: شركة الطبيات المتعددة) (a.k.a. "POLYMEDICS COMPANY"), Damascus, Syria; Organization Established Date 19 Oct 2011; Organization Type: Wholesale of other machinery and equipment [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

POLYMER ARIA SASOL COMPANY (a.k.a. ARYA SASOL POLYMER (Arabic: آریا ساسول پلیمر); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

POLYNAR COMPANY, No. 58, St. 14, Qanbarzadeh Avenue, Resalat Highway, Tehran, Iran; Website http://www.polynar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

POLYUS INSTITUTE (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

POMEROL CAPITAL SA, Place des Eaux-Vives 6, Geneva 1207, Switzerland; Organization Established Date 29 Mar 2021; Tax ID No. 143003237 (Switzerland); Identification Number DBF5PV.00764.SF.756 (Switzerland); Registration Number CH-660.1.066.021-8 (Switzerland) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

POMOJAC, Marin (a.k.a. GOTMAN, David; a.k.a. GUSEV, Denis Igorevich (Cyrillic: ГУСЕВ, ДЕНИС ИГОРЕВИЧ)), Moscow, Russia; DOB 10 Jun 1986; alt. DOB 08 Jul 1977; alt. DOB 07 Oct 1987; POB Moscow, Russia; alt. POB Ceadir-Lunga, Moldova; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 717386212 (Russia); alt. Passport A1167292 (Moldova); alt. Passport 1213007 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

PONCE FELIX, Martin Humberto, Calle Rodolfo G. Robles No. 40, Colonia Centro, Culiacan, Sinaloa, Mexico; Calle Jardines No. 2413 Interior 27, Colonia Los Patios, Culiacan, Sinaloa C.P. 80100, Mexico; DOB 04 Sep 1964;

POB Culiacan, Sinaloa, Mexico; R.F.C. POFM640904874 (Mexico); C.U.R.P. POFM640904HSLNLR08 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

PONENTE PARRA, Miguel Antonio Jose, Urbanizacion Los Sauces II, Calle 6, Casa N D-19, San Felipe, Yaracuy 3201, Venezuela; DOB 05 Feb 1975; POB San Felipe, Yaracuy, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-12277477 (Venezuela); Passport 066562397 (Venezuela) issued 17 Jan 2013 expires 16 Jan 2018 (individual) [VENEZUELA].

PONOMARENKO, Aleksandr Anatolevich (a.k.a. PONOMARENKO, Alexander Anatolevich (Cyrillic: ПОНОМАРЕНКО, Александр Анатольевич); a.k.a. PONOMARENKO, Alexander Anatolyevich), 19 A 20 Malaya Bronnaya Street, Moscow 123104, Russia; DOB 27 Oct 1964; POB Belogorsk, Ukraine; nationality Russia; alt. nationality Cyprus; Gender Male; Tax ID No. 770304224623 (Russia) (individual) [RUSSIA-EO14024].

PONOMARENKO, Alexander Anatolevich (Cyrillic: ПОНОМАРЕНКО, Александр Анатольевич) (a.k.a. PONOMARENKO, Aleksandr Anatolevich; a.k.a. PONOMARENKO, Alexander Anatolyevich), 19 A 20 Malaya Bronnaya Street, Moscow 123104, Russia; DOB 27 Oct 1964; POB Belogorsk, Ukraine; nationality Russia; alt. nationality Cyprus; Gender Male; Tax ID No. 770304224623 (Russia) (individual) [RUSSIA-EO14024].

PONOMARENKO, Alexander Anatolyevich (a.k.a. PONOMARENKO, Aleksandr Anatolevich; a.k.a. PONOMARENKO, Alexander Anatolevich (Cyrillic: ПОНОМАРЕНКО, Александр Анатольевич)), 19 A 20 Malaya Bronnaya Street, Moscow 123104, Russia; DOB 27 Oct 1964; POB Belogorsk, Ukraine; nationality Russia; alt. nationality Cyprus; Gender Male; Tax ID No. 770304224623 (Russia) (individual) [RUSSIA-EO14024].

PONOMAREV, Arkady Nikolayevich (Cyrillic: ПОНОМАРЁВ, Аркадий Николаевич), Russia; DOB 16 May 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PONOMAREV, Valeriy Andreevich (Cyrillic: ПОНОМАРЕВ, Валерий Андреевич) (a.k.a. PONOMAREV, Valery), Russia; DOB 17 Aug 1959; POB Tikhoe, Sakhalin Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PONOMAREV, Valery (a.k.a. PONOMAREV, Valeriy Andreevich (Cyrillic: ПОНОМАРЕВ, Валерий Андреевич)), Russia; DOB 17 Aug 1959; POB Tikhoe, Sakhalin Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PONOMAREV, Vyacheslav (a.k.a. PONOMARYOV, Vachislav; a.k.a. PONOMARYOV, Vyacheslav); DOB 02 May 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PONOMARYOV, Vachislav (a.k.a. PONOMAREV, Vyacheslav; a.k.a. PONOMARYOV, Vyacheslav); DOB 02 May 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PONOMARYOV, Vyacheslav (a.k.a. PONOMAREV, Vyacheslav; a.k.a. PONOMARYOV, Vachislav); DOB 02 May 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PONTUS NAVIGATION CORP., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 113562 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

POORIA, Mostafa (a.k.a. PURIYA, Mostafa (Arabic: مصطفى پوريا)), Iran; DOB 25 Feb 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0074683217 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

POOYESH ENVIRONMENTAL INSTRUMENTS (a.k.a. ZIEST TAJHIEZ POOYESH; a.k.a. ZIST TAJHIZ POOYESH COMPANY), 16, Afshar Alley, Fajr Street, Motahari Avenue, Tehran, Iran; Website www.pooyeshenviro.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

POPALZAI, Hafiz Mohammed, Chaman, Balochistan, Pakistan; DOB 1967 to 1969; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN; Linked To: ISHAKZAI, Gul Agha).

POPOV, Aleksander Nikolayevich (a.k.a. POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич); a.k.a. POPOV, Alexander Nikolayevich; a.k.a. POPOV, Alexandr Nikolaevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич) (a.k.a. POPOV, Aleksander Nikolayevich; a.k.a. POPOV, Alexander Nikolayevich; a.k.a. POPOV, Alexandr Nikolaevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POPOV, Alexander Nikolayevich (a.k.a. POPOV, Aleksander Nikolayevich; a.k.a. POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич); a.k.a. POPOV, Alexandr Nikolaevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POPOV, Alexandr Nikolaevich (a.k.a. POPOV, Aleksander Nikolayevich; a.k.a. POPOV, Aleksandr Nikolaevich (Cyrillic: ПОПОВ, Александр Николаевич); a.k.a. POPOV, Alexander Nikolayevich), Russia; DOB 30 Jun 1967; POB Podolsk, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POPOV, Anatoliy Leonidovich (Cyrillic: ПОПОВ, Анатолий Леонидович) (a.k.a. POPOV, Anatoly), Russia; DOB 05 Dec 1974; POB Novosibirsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

POPOV, Anatoly (a.k.a. POPOV, Anatoliy Leonidovich (Cyrillic: ПОПОВ, Анатолий Леонидович)), Russia; DOB 05 Dec 1974; POB Novosibirsk, Russia; nationality Russia; Gender

Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

POPOV, Dimitri Igorevich; DOB 13 Feb 1961; alt. DOB 13 Feb 1965; POB Irkutsk, Russia; General Manager, Great Lakes Business Company and Compagnie Aerienne des Grands Lacs (individual) [DRCONGO].

POPOV, Egor Sergeevich (a.k.a. POPOV, Igor; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "KONTORA, Egor"; a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

POPOV, Igor (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "KONTORA, Egor"; a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

POPOV, Pavel Anatolievich (Cyrillic: ПОПОВ, Павел Анатольевич), Russia; DOB 01 Jan 1957; POB Krasnoyarsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич) (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Igor; a.k.a. "KONTORA, Egor"; a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

POPOV, Yevgeny (Cyrillic: ПОПОВ, Евгений), Russia; DOB 11 Sep 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

POPOVA, Natalia Valerevna (a.k.a. POPOVA, Natalya Valeryevna (Cyrillic: ПОПОВА, Наталья Валерьевна)), Bolshaya Dorogomilovskaya Str., 10-50, Moscow 121059, Russia; DOB 28 Jul 1981; alt. DOB 03 Sep 1984; POB Dedovsk, Russia; nationality Russia; Gender Female; Passport 753835603 (Russia) issued 20 Oct 2016 expires 20 Oct 2026; National ID No. 4516843328 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LLC

VEB VENTURES; Linked To: DMITRIEV, Kirill Aleksandrovich).

POPOVA, Natalya Valeryevna (Cyrillic: ПОПОВА, Наталья Валерьевна) (a.k.a. POPOVA, Natalia Valerevna), Bolshaya Dorogomilovskaya Str., 10-50, Moscow 121059, Russia; DOB 28 Jul 1981; alt. DOB 03 Sep 1984; POB Dedovsk, Russia; nationality Russia; Gender Female; Passport 753835603 (Russia) issued 20 Oct 2016 expires 20 Oct 2026; National ID No. 4516843328 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LLC VEB VENTURES; Linked To: DMITRIEV, Kirill Aleksandrovich).

POPOVIC, Nenad (Cyrillic: ПОПОВИЋ, Ненад), Serbia; DOB 30 Sep 1966; POB Tuzla, Bosnia and Herzegovina; nationality Serbia; citizen Serbia; Gender Male; Passport 050010216 (Serbia) issued 20 Mar 2020 expires 20 Mar 2025; Tax ID No. 773389222811 (Russia) (individual) [RUSSIA-EO14024].

POPOVIC, Vujadin; DOB 14 Mar 1957; ICTY indictee (individual) [BALKANS].

POPOVICH, Aleksei Valerievich (a.k.a. POPOVICH, Aleksey Valeryevich), Moscow, Russia; DOB 1987; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POPOVICH, Aleksey Valeryevich (a.k.a. POPOVICH, Aleksei Valerievich), Moscow, Russia; DOB 1987; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POPULAR CREDIT BANK (a.k.a. "PCB"), Dar El-Mohandeseen- Mysaloun St., P.O. Box: 2841, Damascus, Syria; P.O. Box 2841, Maysaloun Street, Damascus, Syria; Dar Al Mouhandseen Building, 6th Floor, Maysaloun Street, Dar Al Mohandessin Area, Damascus 2841, Syria [SYRIA].

POPULAR FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (a.k.a. PFLP-GC) [FTO] [SDGT].

POPULAR MOVEMENT OF KOSOVO (a.k.a. LPK) [BALKANS].

POPULAR REVOLUTIONARY STRUGGLE (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a.

EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

POPULAR REVOLUTIONARY STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

PORKHACHEV, Nikolai Vladimirovich (a.k.a. PORKHACHEV, Nikolay Vladimirovich), Russia; DOB 27 Sep 1979; POB Novovyatsk, Kirov region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 770902376809 (Russia) (individual) [RUSSIA-EO14024].

PORKHACHEV, Nikolay Vladimirovich (a.k.a. PORKHACHEV, Nikolai Vladimirovich), Russia; DOB 27 Sep 1979; POB Novovyatsk, Kirov region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 770902376809 (Russia) (individual) [RUSSIA-EO14024].

PORRAS CORTES, Gustavo Eduardo; DOB 11 Oct 1954; POB Managua, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA] [NICARAGUA-NHRAA].

PORSAFI, Shahram (a.k.a. MEHDI, Rezaei; a.k.a. POURSAFI, Shahram; a.k.a. PURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PORT OF EVPATORIA (a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125543 (Ukraine) [UKRAINE-EO13685].

PORT OF FEODOSIA (a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

PORT OF KERCH (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

PORT OF SEVASTOPOL (a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

PORT OF YALTA (a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

PORT OF YEVPATORIA (a.k.a. PORT OF EVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

PORTICELLO RESTAURANT (f.k.a. SCOGLITTI RESTAURANT), 8, Boat Street Marsamxett, Valletta, Malta; Website www.facebook.com/porticellomalta; Email Address porticellomalta@gmail.com [LIBYA3] (Linked To: DEBONO, Darren).

PORTILLA BARRAZA, Jorge, c/o ORIENTE CONTRATISTAS GENERALES S.A., Trujillo, Peru; Pasaje Vincente Morales, Poblacion 11 de Septiembre, Arica, Chile; DOB 26 Feb 1948; D.N.I. 52249376 (Chile) (individual) [SDNTK].

PORTILLO CORADO, Jeny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith); DOB 07 Dec 1980 (individual) [TCO].

PORTNOV, Andrij Volodymyrovych (a.k.a. PORTNOV, Andriy; a.k.a. PORTNOV, Andriy Volodymyrovych (Cyrillic: ПОРТНОВ, Андрій Володимирович)), Ukraine; DOB 27 Oct 1973; POB Luhansk, Ukraine; nationality Ukraine; Gender Male; Passport PU262444 (Ukraine); National ID No. CO168696 (Ukraine) (individual) [GLOMAG].

PORTNOV, Andriy (a.k.a. PORTNOV, Andrij Volodymyrovych; a.k.a. PORTNOV, Andriy Volodymyrovych (Cyrillic: ПОРТНОВ, Андрій Володимирович)), Ukraine; DOB 27 Oct 1973; POB Luhansk, Ukraine; nationality Ukraine; Gender Male; Passport PU262444 (Ukraine); National ID No. CO168696 (Ukraine) (individual) [GLOMAG].

PORTNOV, Andriy Volodymyrovych (Cyrillic: ПОРТНОВ, Андрій Володимирович) (a.k.a. PORTNOV, Andrij Volodymyrovych; a.k.a. PORTNOV, Andriy), Ukraine; DOB 27 Oct 1973; POB Luhansk, Ukraine; nationality Ukraine; Gender Male; Passport PU262444 (Ukraine); National ID No. CO168696 (Ukraine) (individual) [GLOMAG].

POSH 8 DYNAMIC, INC., 18555 Collins Avenue, Unit 4401, Sunny Isles, FL 33160, United States; DE, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

POSPELOV, Vladimir Yakovlevich (Cyrillic: ПОСПЕЛОВ, Владимир Яковлевич) (a.k.a.

"POSPELOV, Vladimir Y"), Russia; DOB 21 Jul 1954; POB Sverodvinsk, Arkhangelsk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

POST BANK JSC (a.k.a. JOINT STOCK COMPANY POST BANK; a.k.a. POCHTA BANK), Preobrazhenskaya ploshchad, 8, Moscow 107061, Russia; SWIFT/BIC POSBRUMM; Target Type Financial Institution; Tax ID No. 3232005484 (Russia); Identification Number DN2Q9U.99999.SL.643 (Russia); Legal Entity Number 2534001VHLQ1L34HNW95; Registration Number 1023200000010 (Russia) [RUSSIA-EO14024].

POST BANK OF IRAN (a.k.a. POSTBANK), 237 Motahari Avenue, Tehran 1587618118, Iran; Kouh-e Nour Street, Shahid Motahari Avenue, Tehran 1587618111, Iran; SWIFT/BIC PBIRIRTH; Website www.postbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

POSTAVSHCHIK DALNEGO VOSTOKA, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Pervykh Rezidentov Zd. 3, S.p. Mirnovskoe 433405, Russia; Tax ID No. 7329023100 (Russia); Registration Number 1167325074762 (Russia) [RUSSIA-EO14024].

POSTBANK (a.k.a. POST BANK OF IRAN), 237 Motahari Avenue, Tehran 1587618118, Iran; Kouh-e Nour Street, Shahid Motahari Avenue, Tehran 1587618111, Iran; SWIFT/BIC PBIRIRTH; Website www.postbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

POTANIN, Ivan Vladimirovich (Cyrillic: ПОТАНИН, Иван Владимирович), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 11 Apr 1989; POB Moscow, Russia; nationality Russia; Gender Male; Passport 725464065 (Russia); National ID No. 4510126532 (Russia); Tax ID No. 770370541696 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTANIN, Vladimir Olegovich (Cyrillic: ПОТАНИН, Владимир Олегович), Moscow, Russia; DOB 03 Jan 1961; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID

No. 770300244227 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KHOLDINGOVAYA KOMPANIYA INTERROS OOO).

POTANINA, Anastasia Vladimirovna (Cyrillic: ПОТАНИНА, Анастасия Владимировна) (a.k.a. KRUCHINA, Anastasia Vladimirovna; a.k.a. POTANINA, Anastasiya Vladimirovna), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 30 Apr 1984; nationality Russia; Gender Female; Passport 530370637 (Russia); National ID No. 4507487205 (Russia); Tax ID No. 770302055000 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTANINA, Anastasiya Vladimirovna (a.k.a. KRUCHINA, Anastasia Vladimirovna; a.k.a. POTANINA, Anastasia Vladimirovna (Cyrillic: ПОТАНИНА, Анастасия Владимировна)), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 30 Apr 1984; nationality Russia; Gender Female; Passport 530370637 (Russia); National ID No. 4507487205 (Russia); Tax ID No. 770302055000 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTANINA, Ekaterina Viktorovna (Cyrillic: ПОТАНИНА, Екатерина Викторовна), Bolshoy Kozikhsky Pereulok 14, Bl. 2, Ap. 7, Moscow 123104, Russia; DOB 18 Apr 1976; POB Moscow, Russia; nationality Russia; Gender Female; Passport 531201239 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

POTAPOV, Aleksandr Valerievich (a.k.a. POTAPOV, Aleksandr Valeryevich), Russia; DOB 23 Feb 1963; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 770405465488 (Russia) (individual) [RUSSIA-EO14024] (Linked To: URALVAGONZAVOD).

POTAPOV, Aleksandr Valeryevich (a.k.a. POTAPOV, Aleksandr Valerievich), Russia; DOB 23 Feb 1963; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 770405465488 (Russia) (individual) [RUSSIA-EO14024] (Linked To: URALVAGONZAVOD).

POTAPOV, Georgiy (a.k.a. POTAPOV, Georgy Nugzarovich), Budapest, Hungary; DOB 26 May 1975; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POTAPOV, Georgy Nugzarovich (a.k.a. POTAPOV, Georgiy), Budapest, Hungary; DOB 26 May 1975; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

POTEKHIN, Danil (Cyrillic: ПОТЕХИН, Данил) (a.k.a. "cronuswar"; a.k.a. "SERGEY, Kireev Valerievich"), Voronezh, Russia; DOB 14 Sep 1995; alt. DOB 14 Sep 1990; alt. DOB 08 Aug 1990; Email Address potekhinl4@bk.ru; Gender Male; Digital Currency Address - XBT 1Q9UAQdcDezmyouFrzt94t4dSMxgsUfW1X; alt. Digital Currency Address - XBT 1Kys8fqDen8NGFUJ6AFcXfFW5qquuTH4eh; Digital Currency Address - ETH 0x7F367cC41522cE07553e823bf3be79A889DEbe1B; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

POTEMKIN, Aleksey Aleksandrovich, Russia; DOB 20 Mar 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

POTEPKIN, Mikhail Sergeyevich, Sudan; DOB 29 Sep 1981; alt. DOB 19 Sep 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 651697952 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO; Linked To: MEROE GOLD CO. LTD.).

POTRICO CORP., DE, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

POUR NAGHSH BAND, Hussain Reza (a.k.a. POUR NAGHSHBAND, Hossein; a.k.a. POUR NAGHSHBAND, Hossein Reza; a.k.a. POURNAGHSHBAND, Hossein); DOB 23 Oct 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POUR NAGHSHBAND, Hossein (a.k.a. POUR NAGHSH BAND, Hussain Reza; a.k.a. POUR NAGHSHBAND, Hossein Reza; a.k.a. POURNAGHSHBAND, Hossein); DOB 23 Oct 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POUR NAGHSHBAND, Hossein Reza (a.k.a. POUR NAGHSH BAND, Hussain Reza; a.k.a. POUR NAGHSHBAND, Hossein; a.k.a. POURNAGHSHBAND, Hossein); DOB 23 Oct

1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POUR, Peyman Dehghan (a.k.a. FARASHAH, Payman Dehghanpour), Iran; DOB 22 Jan 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L40581001 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

POURANSARI, Hashem; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B19488852 (Iran); Managing Director, Asia Energy General Trading (individual) [IRAN].

POURANVARI, Yoosef (Arabic: يوسف پورانواری) (a.k.a. POURANVARI, Yousef), Tehran, Iran; DOB 26 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0492699836 (Iran) (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

POURANVARI, Yousef (a.k.a. POURANVARI, Yoosef (Arabic: يوسف پورانواری)), Tehran, Iran; DOB 26 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0492699836 (Iran) (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

POUREBRAHIM, Ali Akbar (a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIM, Ali Akbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

POUR-EBRAHIM, Ali-Akbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIM, Ali Akbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X42276294 (Iran)

expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

POUREBRAHIMABADI, Aliakbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. PUREBRAHIM, Ali Akbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

POURJAMSHIDIAN, Ali Akbar (Arabic: اكبر علی پورجمشیدیان) (a.k.a. POURJAMSHIDIAN, Aliakbar), Iran; DOB 30 Dec 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V43937498 (Iran) expires 18 Dec 2022 (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

POURJAMSHIDIAN, Aliakbar (a.k.a. POURJAMSHIDIAN, Ali Akbar (Arabic: اكبر علی پورجمشیدیان)), Iran; DOB 30 Dec 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V43937498 (Iran) expires 18 Dec 2022 (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

POURNAGHSHBAND, Hossein (a.k.a. POUR NAGHSH BAND, Hussain Reza; a.k.a. POUR NAGHSHBAND, Hossein; a.k.a. POUR NAGHSHBAND, Hossein Reza); DOB 23 Oct 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1910843 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

POURSAFI, Shahram (a.k.a. MEHDI, Rezaei a.k.a. PORSAFI, Shahram; a.k.a. PURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر) (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran,

Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

POUYA AIRLINES (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هوایپمایی پویا ایر); a.k.a. YAS AIR; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

POUYA CONTROL (a.k.a. NAM-AVARAN-E POUYA CONTROL; a.k.a. TEJERAT GOSTAR NIKAN IRANIAN COMPANY), No. 2, Sharif Alley, Before Yakchal St., After Golhak St., Shariati St., Tehran, Iran; No. 2, Sharif Street, Golhak, Shariati Street, Tehran, Iran; Website www.pouyacontrol.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

POUYA TAMIN KISH (a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. POUYA TAMIN KISH OIL AND GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYA TAMIN KISH CO. (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. POUYA TAMIN KISH OIL AND GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYA TAMIN KISH OIL & GAS CO (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL AND GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYA TAMIN KISH OIL AND GAS CO (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. "PTK"), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

POUYAN ELECTRONIC CO. (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Sa'di St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

POUYAN TABAAN ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

POWER ANCHOR LIMITED, Mahe, Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871] (Linked To: PAMCHEL TRADING BEIJING CO. LTD.).

POWER PLANT EQUIPMENT MANUFACTURING COMPANY (a.k.a. SATNA COMPANY; a.k.a. "POWERPLANT EQUIPMENT MANUFACTURING COMPANY"; a.k.a. "SATNA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

POZHIDAEV, Igor Vladimirovich (Cyrillic: ПОЖИДАЕВ, Игорь Владимирович), Russia;

Ukraine; DOB 29 Oct 1973; POB Novosibirsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 920156931651 (Russia) (individual) [RUSSIA-EO14024].

POZITIV TEKNOLODZHIZ, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO POZITIV TEKNOLODZHIZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЗИТИВ ТЕКНОЛОДЖИЗ); a.k.a. JSC POSITIVE TECHNOLOGIES), d. 23A pom. V kom, 30, shosse Shchelkovskoe, Moscow 107241, Russia; Website www.ptsecurity.ru; alt. Website www.ptsecurity.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7718668887 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

PPI FZE (a.k.a. PETROPARS INTERNATIONAL FZE), P.O. Box 72146, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

PPRF (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

PRAKASH, Neil Christopher (a.k.a. KHALED AL-CAMBODI, Abu), Syria; Iraq; DOB 07 May 1991; POB Melbourne, Australia; nationality Australia; Gender Male; Passport N4325853 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

PRAPATWORA, Atchara (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Praptwora; a.k.a. ATCHARA, Samsaeng; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

PRASIT, Cheewinnittipanya (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a.

WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

PRASIT, Chivinnitipanya (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

PRASONDHA, Angga Dimas (a.k.a. PERSADA, Angga Dimas; a.k.a. PERSADHA, Angga Dimas; a.k.a. PERSHADA, Angga Dimas); DOB 04 Mar 1985; POB Jakarta, Indonesia; nationality Indonesia; Passport W344982 (Indonesia) (individual) [SDGT].

PRCAC, Dragoljub; DOB 18 Jul 1937; POB Omarska, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

PRDF (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

PRED AO MG INTERNESHNL AG (a.k.a. JSC MG INTERNATIONAL AG; a.k.a. MG INTERNATIONAL AG; a.k.a. MG INTERNESHNL AG PREDSTAVITELSTVO; f.k.a. MILLENNIUM GROUP AG; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA MG INTERNESHNL AG SHVEITSARIYA G MOSCOW), Matthofstrand 8, Luzern 6005, Switzerland; per. Staromonetnyi d. 37, korp. 1, Moscow 119017, Russia; Organization Established Date 27 Sep 2006; Organization Type: Management consultancy activities; Tax ID No. 113176962 (Switzerland); alt. Tax ID No. 9909260877

(Russia); Legal Entity Number 549300YR513TAPXJGM21; Registration Number CH-100.3.786.838-5 (Switzerland) [RUSSIA-EO14024].

PREDPRIYATIE OSTEK (a.k.a. OSTEC ENTERPRISE LTD), ul. Moldavskaya d. 5, korp. 2, Moscow 121467, Russia; Organization Established Date 19 Jan 1994; Tax ID No. 7731480806 (Russia); Registration Number 5147746169951 (Russia) [RUSSIA-EO14024].

PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW (a.k.a. AK DYULAK KEPITAL LTD PREDSTAVITELSTVO; a.k.a. DULAC CAPITAL LTD; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE (a.k.a. AK DYULAK KEPITAL LTD PREDSTAVITELSTVO; a.k.a. DULAC CAPITAL LTD; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA MG INTERNESHNL AG SHVEITSARIYA G MOSCOW (a.k.a. JSC MG INTERNATIONAL AG; a.k.a. MG INTERNATIONAL AG; a.k.a. MG INTERNESHNL AG PREDSTAVITELSTVO; f.k.a. MILLENNIUM GROUP AG; a.k.a. PRED AO MG INTERNESHNL AG), Matthofstrand 8,

Luzern 6005, Switzerland; per. Staromonetnyi d. 37, korp. 1, Moscow 119017, Russia; Organization Established Date 27 Sep 2006; Organization Type: Management consultancy activities; Tax ID No. 113176962 (Switzerland); alt. Tax ID No. 9909260877 (Russia); Legal Entity Number 549300YR513TAPXJGM21; Registration Number CH-100.3.786.838-5 (Switzerland) [RUSSIA-EO14024].

PREDSTAVITELSTVO WINDFEL PROPERTIES LIMITED (a.k.a. WINDFEL PROPERTIES LIMITED), Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Mustakillik 59A, Tashkent, Uzbekistan; Organization Established Date 09 Sep 2016; Legal Entity Number 2180068XRFK54K3Z159; Registration Number C359911 (Cyprus); alt. Registration Number 207288668 (Uzbekistan) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT, 2 A Kosovska, Surcin 11271, Serbia; Company Number 29025576 [SDNTK].

PREDUZECE ZA PROIZVODNJU PROMET TRGOVINU I USLUGE MM KOM INTER BLUE DOO DONJI JASENOVIK (a.k.a. DOO MM KOM INTER BLUE DONJI JASENOVIK), Donji Jasenovik 38228, Serbia; Organization Established Date 08 Mar 2013; Organization Type: Wholesale of other machinery and equipment; V.A.T. Number 107969124 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

PREDUZECE ZA PROIZVODNJU, PROMET I USLUGE MELVALE CORPORATION DOO, BEOGRAD STARI GRAD (a.k.a. MELVALE CORPORATION DOO BEOGRAD), Tadeusa Koscuska 56, Belgrade 11000, Serbia; Tax ID No. 104150191 (Serbia); Registration Number 20100575 (Serbia) [GLOMAG] (Linked To: SARENAC, Nebojsa).

PREDUZECE ZA TRGOVINU I INZENJERING POSLOVE KOMINVEX DOO BEOGRAD RAKOVICA (a.k.a. KOMINVEX DOO BEOGRAD), Nikole Marakovica 21/VI/36, Belgrade 11090, Serbia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 104004847 (Serbia); Registration Number 20047038 (Serbia) [RUSSIA-EO14024].

PREDUEZCE ZA TRGOVINU NA VELIKO I MALO PARTIZAN TECH DOO BEOGRAD-SAVSKI VENAC (a.k.a. PARTIZAN ARMS; a.k.a. PARTIZAN ARMS DOO; a.k.a. PARTIZAN TECH DOO; a.k.a. PARTIZAN TECH DOO BEOGRAD), Maglajska 19 11000, Beograd (Savski Venac), Serbia; Website www.partizanarms.rs; Registration ID 20125225 (Serbia); Tax ID No. 104260278 [GLOMAG] (Linked To: TESIC, Slobodan).

PRELASA, Mexico [CUBA].

PREMIER GOLD REFINERY LLC, Al Qusais Industrial 5, Dubai, United Arab Emirates; P.O. Box 64701, Dubai, United Arab Emirates; Plot No. 248-384, Dubai, United Arab Emirates; Organization Type: Manufacture of basic precious and other non-ferrous metals; Business Registration Number 716708 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

PREMIER INVESTMENT GROUP SAL (a.k.a. PREMIER INVESTMENT GROUP SAL (OFF-SHORE); a.k.a. PREMIER INVESTMENT GROUP SAL OFF SHORE), Lazariste Building, Riad Solh Street, Beirut, Lebanon; El-Lazarieh Building Block 1-2a - Fourth Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1803907 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

PREMIER INVESTMENT GROUP SAL (OFF-SHORE) (a.k.a. PREMIER INVESTMENT GROUP SAL; a.k.a. PREMIER INVESTMENT GROUP SAL OFF SHORE), Lazariste Building, Riad Solh Street, Beirut, Lebanon; El-Lazarieh Building Block 1-2a - Fourth Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1803907 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

PREMIER INVESTMENT GROUP SAL OFF SHORE (a.k.a. PREMIER INVESTMENT GROUP SAL; a.k.a. PREMIER INVESTMENT GROUP SAL (OFF-SHORE)), Lazariste Building, Riad Solh Street, Beirut, Lebanon; El-Lazarieh Building Block 1-2a - Fourth Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number

1803907 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

PRENSA LATINA, Spain [CUBA].

PRENSA LATINA CANADA LTD., 1010 O Rue Ste. Catherine, Montreal PQ H303 IGI, Canada [CUBA].

PREOBRAZOVATEL MASH LIMITED LIABILITY COMPANY (Cyrillic: ПРЕОБРАЗОВАТЕЛЬ МАШ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 3A str. 4 etazh 1 pom. 6, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 24 Dec 2019; Tax ID No. 9704008683 (Russia); Government Gazette Number 42828368 (Russia); Registration Number 1197746746372 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

PREPREG SKM AO (a.k.a. AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY; a.k.a. JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS; f.k.a. PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

PREPREG-DUBNA, OOO (a.k.a. LIMITED LIABILITY COMPANY PREPREG-DUBNA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PREPREG-DUBNA), Ul. Elektrodnyaya D. 8, Dubna 141981, Russia; D. 8, Ul. Tekhnologicheskaya, Dubna, Moskovskaya Obl. 141981, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 5010043203 (Russia); Government Gazette Number 90160486 (Russia); Registration Number 1115010001138 (Russia) [RUSSIA-EO14024].

PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO (a.k.a. AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY; a.k.a. JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS; a.k.a. PREPREG SKM AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Organization Established Date 05 May

2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

PRESS SUPERVISORY BOARD (a.k.a. IRANIAN PRESS SUPERVISORY BOARD), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

PRESS TV (Arabic: برس تی وی) (a.k.a. PRESS TV LIMITED), 4 East 2nd St., Farhang Blvd, Saadat Abad, Tehran 19977-66411, Iran; Website http://www.presstv.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 10957861 (United Kingdom) expires 30 Nov 2021 [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

PRESS TV LIMITED (a.k.a. PRESS TV (Arabic: برس تی وی)), 4 East 2nd St., Farhang Blvd, Saadat Abad, Tehran 19977-66411, Iran; Website http://www.presstv.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 10957861 (United Kingdom) expires 30 Nov 2021 [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ) (a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБʼЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-

ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ) (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

PRIBYSHIN, Taras Kirillovich, St. Petersburg, Russia; DOB 28 Jun 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich; Linked To: INTERNET RESEARCH AGENCY LLC).

PRIETO FERNANDEZ, Omar Jose (a.k.a. PRIETO, Omar), San Francisco, Zulia, Venezuela; DOB 25 May 1969; Gender Male; Cedula No. 9761075 (Venezuela) (individual) [VENEZUELA].

PRIETO, Omar (a.k.a. PRIETO FERNANDEZ, Omar Jose), San Francisco, Zulia, Venezuela; DOB 25 May 1969; Gender Male; Cedula No. 9761075 (Venezuela) (individual) [VENEZUELA].

PRIGOZHIN, Evgeny (a.k.a. PRIGOZHIN, Yevgeniy Viktorovich), Russia; DOB 01 Jun 1961; POB Leningrad, Russia; nationality

Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: INTERNET RESEARCH AGENCY LLC).

PRIGOZHIN, Pavel Evgenyevich (Cyrillic: ПРИГОЖИН, Павел Евгеньевич), Russia; DOB 18 Jun 1998; nationality Russia; Gender Male; Tax ID No. 780103765308 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

PRIGOZHIN, Yevgeniy Viktorovich (a.k.a. PRIGOZHIN, Evgeny), Russia; DOB 01 Jun 1961; POB Leningrad, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: INTERNET RESEARCH AGENCY LLC).

PRIGOZHINA, Lyubov Valentinovna (Cyrillic: ПРИГОЖИНА, Любовь Валентиновна), Russia; DOB 26 Jun 1970; nationality Russia; Gender Female; Tax ID No. 780107463330 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

PRIGOZHINA, Polina Evgenyevna (Cyrillic: ПРИГОЖИНА, Полина Евгеньевна), Russia; DOB 15 Aug 1992; nationality Russia; Gender Female; Tax ID No. 780157495143 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

PRIM BG EAD, 126 Bul.Tsar Boris III Blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2010; V.A.T. Number BG 201045769 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

PRIMAX BUSINESS CONSULTANTS LIMITED, 118 Anexartisias Street, 2nd Floor, Apt/Office 202, Limassol, Cyprus; Registration ID HE 143062 (Cyprus) [SYRIA] (Linked To: KHURI, Mudalal; Linked To: NICOLAOU, Nicos).

PRIME CHEER CORPORATION LTD. (Chinese Traditional: 慶卓有限公司) (Chinese Simplified: 庆卓有限公司 (中国香港)), Suites 5201-03, 52/F, The Center, Central, Hong Kong, China; Organization Established Date 03 May 2012; Organization Type: Activities of holding companies; Company Number 1739277 (Hong Kong) [GLOMAG] (Linked To: MERCHANT SUPREME CO., LTD.).

PRIME SECURITY AND DEVELOPMENT (a.k.a. PRIME SECURITY AND DEVELOPMENT JSC), Ln 26-Ya V.O.D. 9, Lit. A, Pom 28n Kab. 2, St Petersburg 1099106, Russia; Tax ID No. 7801675985 (Russia); Registration Number 1197847245837 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PRIME SECURITY AND DEVELOPMENT JSC (a.k.a. PRIME SECURITY AND DEVELOPMENT), Ln 26-Ya V.O.D. 9, Lit. A, Pom 28n Kab. 2, St Petersburg 1099106, Russia; Tax ID No. 7801675985 (Russia); Registration Number 1197847245837 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

PRIMEIRO COMANDO DA CAPITAL (a.k.a. "FIRST CAPITAL COMMAND"; a.k.a. "PCC"), Brazil [ILLICIT-DRUGS-EO14059].

PRIMINER RUSSLAND, Pl. Privokzalnaya D. 1A, Kabinet 90, Rabochee Mesto 5, Odintsovo 143007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3663154931 (Russia); Registration Number 1213600009600 (Russia) [RUSSIA-EO14024].

PRIMORYE MARITIME LOGISTICS CO LTD (a.k.a. "PML CO LTD"), 01 ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5993381 [DPRK4].

PRIMUS, Tramayne John; DOB 22 Dec 1986; POB Bridgetown, Barbados; citizen Barbados; Passport 0592043 (Barbados); alt. Passport R212475 (Barbados) (individual) [SDNTK] (Linked To: LEADING EDGE SOURCING CORPORATION).

PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR

OFFICE OF FOREIGN ASSETS CONTROL

PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

PRINT KOLOR (a.k.a. "PRINT COLOR"), Ul. Zheleznodorozhnaya D. 24, Shcherbinka 142171, Russia; Ul. Krasnodarskaya (Severnyi Mkr.) Str. 4, Domodedovo 142000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5074112170 (Russia); Registration Number 1095074005234 (Russia) [RUSSIA-EO14024].

PRINTING TRADE CENTER GMBH (a.k.a. PTC GMBH), Konrad Duden Weg 3, 60437, Frankfurt am Main, Germany; Schubertstr. 1 a, 65760, Eschborn, Hessen, Germany; Website www.ptccenter.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB58893 (Germany) [SDGT] [IRGC] [IFSR].

PRINTPRODAKT (a.k.a. PRINTPRODUCT), Ul. Chapaeva D. 25, Lit. B, Pomeshch. 33N, Saint Petersburg 197046, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811591815 (Russia); Registration Number 1147847340046 (Russia) [RUSSIA-EO14024].

PRINTPRODUCT (a.k.a. PRINTPRODAKT), Ul. Chapaeva D. 25, Lit. B, Pomeshch. 33N, Saint Petersburg 197046, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811591815 (Russia); Registration Number 1147847340046 (Russia) [RUSSIA-EO14024].

PRIUS ELEKTRONICS (a.k.a. LIMITED LIABILITY COMPANY PRIUS ELECTRONICS), Ul. Bolshaya Akademicheskaya D. 44, K. 2,

Floor Pomeshch. Kom. 9, XIV, 6, 6A, Moscow 127434, Russia; Tax ID No. 7743353866 (Russia); Registration Number 1217700042230 (Russia) [RUSSIA-EO14024].

PRIVATE CHARITABLE FOUNDATION FOR THE DEVELOPMENT OF WEAPONS AND PRODUCTION TECHNOLOGIES LOBAEV CHARITABLE FOUNDATION (a.k.a. FUND FOR THE DEVELOPMENT OF WEAPONS TECHNOLOGIES AND PRODUCTION LOBAEV FOUNDATION (Cyrillic: ФОНД РАЗВИТИЯ ОРУЖЕЙНЫХ ТЕХНОЛОГИЙ И ПРОИЗВОДСТВ ФОНД ЛОБАЕВА)), Office 1, Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4000000400 (Russia); Registration Number 1234000002521 (Russia) [RUSSIA-EO14024].

PRIVATE COMPANY PROMCOMPLEKTLOGISTIC (a.k.a. PE PROMCOMPLEKTLOGISTIC), Office 202, 16A Prospekt A. Navoi, Tashkent 100011, Uzbekistan; Tax ID No. 305655390 (Uzbekistan); Registration Number 27930106 (Uzbekistan) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

PRIVATE JOINT-STOCK COMPANY MAKO HOLDING (a.k.a. MAKO HOLDING), Bohdan Khmelnytsky Avenue, Building 102, Voroshilovsky District, Donetsk, Donetsk Oblast 83015, Ukraine; Website http://mako.ua/; Email Address a.kyzura@mako-holding.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 34436105 (Ukraine) [UKRAINE-EO13660] (Linked To: YANUKOVYCH, Oleksandr Viktorovych).

PRIVATE MILITARY COMPANY CONVOY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOENNO OKHRANNAIA KOMPANIIA KONVOI; a.k.a. OOO VOK KONVOI; a.k.a. PMC CONVOY), 5a Novocherkassky Ave., letter a, office/room 1-N/35, St. Petersburg 195112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4712026246 (Russia); Registration Number 1154712000024 (Russia) [RUSSIA-EO14024].

PRIVATE MILITARY COMPANY REDOUBT (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

PRIVATE MILITARY COMPANY REDUT (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDOUBT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

PRIVATE MILITARY COMPANY 'WAGNER' (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. CHVK VAGNER; a.k.a. PMC WAGNER; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

PRIVREDNO DRUSTVO ZA PROIZVODNJU BETONSKIH STUBOVA, TRAFO-STANICA I PRATECIH ELEMENATA ZA IZGRADNJU I ODRZAVANJE ELEKTROENERGETSKIH OBJEKATA BETONJERKA DOO ALEKSINAC (a.k.a. BETONJERKA DOO ALEKSINAC), Autoput Bb, Aleksinac 18220, Serbia; Organization Established Date 28 Feb 1992; Organization Type: Manufacture of articles of concrete, cement and plaster; V.A.T. Number 100302988 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

PRO HELI INTERNATIONAL SERVICES LIMITED (a.k.a. PROHELI INTERNATIONAL SERVICES LTD), 3rd Floor, Unicalo House, Archer Road, Kololo, P.O. Box 34855, Kampala, Uganda; Secondary sanctions risk: this person is designated for operating or having operated

in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 04 Jul 2016; Registration Number 80010001240699 (Uganda) [RUSSIA-EO14024].

PRO RATA CONSULTING (a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA SOLUTIONS B.V.; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA INCASSO (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA SOLUTIONS B.V.; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA MANAGEMENT (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA SOLUTIONS B.V.; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA SOLUTIONS B.V. (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA TRADING), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 01 Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRO RATA TRADING (a.k.a. PRO RATA CONSULTING; a.k.a. PRO RATA INCASSO; a.k.a. PRO RATA MANAGEMENT; a.k.a. PRO RATA SOLUTIONS B.V.), Haarlemmerstraat 5 Kamer 0.3, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 01

Jan 2005; Tax ID No. 814172556 (Netherlands); Registration Number 34217974 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V., Avenida Puerto Mazatlan 6, Colonia Parque Industrial Alfredo V Bonfil, Mazatlan, Sinaloa CP 82050, Mexico; R.F.C. PPD0103129Q2 (Mexico); Folio Mercantil No. 9974-2 (Mexico) [SDNTK].

PRODUCTION ASSOCIATION ARKTIKA (a.k.a. JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA; a.k.a. JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА); a.k.a. JSC SPO ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PRODUCTION ASSOCIATION SEVMASH (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ)), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PRODUCTIVE PROJECTS ADMINISTRATION (Arabic: إدارة المشاريع الإنتاجية) (a.k.a. INTAJIA (Arabic: الانتاجية); a.k.a. INTAJIA PPA), P.O. Box 4703, Customs Free Zone, Damascus, Syria; Aleppo, Syria; Website http://intajia.sy; Organization Established Date 1973; Organization Type: Manufacture of pharmaceuticals, medicinal chemical and botanical products [SYRIA].

PRODUZIONI PECA, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 25 Jun 2019; Organization

Type: Non-specialized wholesale trade; R.F.C. PPE190625B5A (Mexico); Folio Mercantil No. N-2019080180 (Mexico) [ILLICIT-DRUGS-EO14059].

PROEKTNO-KONSALTINGOVOE BYURO ESHELON (a.k.a. LIMITED LIABILITY COMPANY PROJECT CONSULTING BUREAU ECHELON (Cyrillic: ПРОЕКТНО-КОНСАЛТИНГОВОЕ БЮРО ЭШЕЛОН); a.k.a. LLC PKB ECHELON), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 24 Jul 2014; Tax ID No. 7718990935 (Russia); Registration Number 1147746837677 (Russia) [RUSSIA-EO14024].

PROFAKTOR, LLC (a.k.a. PROFAKTOR, TOV), Bud, 22/28, vul. Dzerzhynskogo, Makiivka 86100, Ukraine; Makeevka str., Donetsk Region 86157, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 32084605 [UKRAINE-EO13660].

PROFAKTOR, TOV (a.k.a. PROFAKTOR, LLC), Bud, 22/28, vul. Dzerzhynskogo, Makiivka 86100, Ukraine; Makeevka str., Donetsk Region 86157, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 32084605 [UKRAINE-EO13660].

PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD (a.k.a. CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА); a.k.a. PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD (a.k.a. CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА); a.k.a. PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia 1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY (a.k.a. PROFESYONELLER ELEKTRONIK; a.k.a. PROFESYONELLER ELEKTRONIK TICARET; a.k.a. "PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI"), Kecioren, Ankara, Turkey [SDGT] (Linked To:

ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

PROFESYONELLER ELEKTRONIK (a.k.a. PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY; a.k.a. PROFESYONELLER ELEKTRONIK TICARET; a.k.a. "PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI"), Kecioren, Ankara, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

PROFESYONELLER ELEKTRONIK TICARET (a.k.a. PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY; a.k.a. PROFESYONELLER ELEKTRONIK; a.k.a. "PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI"), Kecioren, Ankara, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

PROFFLAB LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ); a.k.a. LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ); a.k.a. OSOO PROFFLAB), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

PROFINET AGENCY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET; a.k.a. PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ); a.k.a. PROFINET, OOO), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ) (a.k.a. OBSHCHESTVO S

OGRANICHENNOI OTVETSTVENNOSTYU PROFINET; a.k.a. PROFINET AGENCY; a.k.a. PROFINET, OOO), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

PROFINET, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROFINET; a.k.a. PROFINET AGENCY; a.k.a. PROFINET PTE. LTD. (Cyrillic: ООО ПРОФИНЕТ)), 46, ul. Malinovskogo, Nakhodka, Primorski Kr. 692919, Russia; office 2, 30, Pogranichnaya Street, Nakhodka, Primorskiy Region 692922, Russia; Pogranichnaya str. 30-2, Nakhodka 692922, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

PROFIT CORPORATION, C.A., Av. Venezuela con Calle Mohedano, Torre JWM, piso 4, Oficina 4, El Rosal, Caracas, Venezuela; RIF # J-00317392-4 (Venezuela) [SDNTK].

PROFUTCOL S.A. (a.k.a. PROMESAS DEL FUTBOL COLOMBIANO S.A.), Calle 83 No. 108-15, Bogota, Colombia; Celta Trade Park, Lote 41 Bodega 10, Km. 7 Autopista Bogota-Medellin, Funza, Cundinamarca, Colombia; NIT # 9002835705 (Colombia); Matricula Mercantil No 1886854 (Colombia) [SDNTK].

PRO-GAIN GROUP CORPORATION, 8th Floor, Number 466, Section 2, Neihu Road, Taipei, Taiwan; Le Sanalele Complex, Ground Floor, Vaea Street, Saleufi, Apia, Samoa; Taiwan; Samoa; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: TSANG, Yung Yuan).

PROGLAN CAPITAL LTD, 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 515000354 (Israel) [GLOMAG] (Linked To: D.G.D. INVESTMENTS LTD.).

PROGRESS ARSENYEV AVIATION COMPANY (a.k.a. JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. JSC AAC PROGRESS; a.k.a. "PROGRESS AO"), Pl. Lenina D. 5, Arsenyev 692335, Russia; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

PROGRESS LEADER LLC (a.k.a. OSOO PROGRESS LIDER), Skryabina 39/1, Bishkek 720001, Kyrgyzstan; Organization Established Date 25 Mar 2022; Tax ID No. 0250320210310 (Kyrgyzstan) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SIAISI).

PROGRESS MRI JSC (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS; a.k.a. JOINT STOCK COMPANY NIIMA PROGRESS; a.k.a. MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

PROGRESS SHIPPING COMPANY LIMITED, 80 Broad Street, Monrovia, Liberia; Unit 27610-001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Identification Number IMO 4075276 [RUSSIA-EO14024].

PROGRESS SURAWEE COMPANY LTD. (a.k.a. BORISAT PROKRET SURAWI CHAMKAT), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

PROHELI INTERNATIONAL SERVICES LTD (a.k.a. PRO HELI INTERNATIONAL SERVICES LIMITED), 3rd Floor, Unicalo House, Archer Road, Kololo, P.O. Box 34855, Kampala, Uganda; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 04 Jul 2016; Registration Number 80010001240699 (Uganda) [RUSSIA-EO14024].

PROISTOCK (a.k.a. PROISTOK OOO), ul. Aerodromnaya d. 8, lit. A, pomeshch. 235, Saint

Petersburg 197348, Russia; Tax ID No. 7814646621 (Russia); Registration Number 1167847164605 (Russia) [RUSSIA-EO14024].

PROISTOK OOO (a.k.a. PROISTOCK), ul. Aerodromnaya d. 8, lit. A, pomeshch. 235, Saint Petersburg 197348, Russia; Tax ID No. 7814646621 (Russia); Registration Number 1167847164605 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNO KOMMERCHESKAYA KOMPANIYA VIVA (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL COMPANY VIVA), Ul. Bolshava Dorogomilovskaya D. 6, Str. 1, Pom. 1 Komnaty 1-7; 7A, Moscow 121059, Russia; Tax ID No. 7730611735 (Russia); Registration Number 1097746363043 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNOE OBYEDINENIE INSISTENS (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION INSISTENCE), Ul. Krasnolesya D. 139, Kv. 43, Yekaterinburg 620105, Russia; Blagodatnaya st., 76K, Yekaterinburg 620087, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6658486704 (Russia); Registration Number 1169658055335 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNO-STROITELNAYA KOMPANIYA SNM (a.k.a. "PSK SNM"; a.k.a. "SNM OOO"), d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 24 Apr 2002; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077014693 (Russia); Registration Number 1035011800328 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE

PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

PROIZVODSTVENNOYE OBYEDINENIYE SEVER (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER; a.k.a. "PA SEVER"; a.k.a. "PO SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT

OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

PROKOFEV, Yuri (a.k.a. PROKOFYEV, Yuriy Anatolyevich), Russia; DOB 14 Apr 1986; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

PROKOFYEV, Artyom Vyacheslavovich (Cyrillic: ПРОКОФЬЕВ, Артём Вячеславович), Russia; DOB 31 Dec 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PROKOFYEV, Yuriy Anatolyevich (a.k.a. PROKOFIEV, Yuri), Russia; DOB 14 Apr 1986; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

PROKOPENKO, Ivan Pavlovich (Cyrillic: ПРОКОПЕНКО, Иван Павлович), Tula Region,

Russia; DOB 28 Sep 1973; POB Vinnitsa, Ukraine; nationality Russia; alt. nationality Ukraine; citizen Russia; alt. citizen Ukraine; Gender Male; Tax ID No. 773407989940 (Russia) (individual) [MAGNIT] [RUSSIA-EO14024].

PROKOPYEV, Alexander Sergeyevich (Cyrillic: ПРОКОПЬЕВ, Александр Сергеевич), Russia; DOB 05 Aug 1986; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PROLETARSKIY PLANT (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PROLETARSKY ZAVOD (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PROMA INDUSTRY CO. (a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY CO., LTD (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY

COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY CO., LTD. (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY COMPANY (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY COMPANY, LIMITED (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMA INDUSTRY COMPANY, LTD. (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a.

"PROMA"; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

PROMELECTRO ENGINEERING OOO (a.k.a. LIMITED LIABILITY COMPANY PROMELEKTRO ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМЭЛЕКТРО ИНЖИНИРИНГ); a.k.a. PROMELEKTRO INZHINIRING), 9 Bolshoy Spasoglinishchevskiy Lane, Building 1, Floor 3, Room 32, Moscow 101000, Russia; Registration Number 1167746607511 (Russia) [RUSSIA-EO14024].

PROMELEKTRO INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY PROMELEKTRO ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМЭЛЕКТРО ИНЖИНИРИНГ); a.k.a. PROMELECTRO ENGINEERING OOO), 9 Bolshoy Spasoglinishchevskiy Lane, Building 1, Floor 3, Room 32, Moscow 101000, Russia; Registration Number 1167746607511 (Russia) [RUSSIA-EO14024].

PROMESAS DEL FUTBOL COLOMBIANO S.A. (a.k.a. PROFUTCOL S.A.), Calle 83 No. 108-15, Bogota, Colombia; Celta Trade Park, Lote 41 Bodega 10, Km. 7 Autopista Bogota-Medellin, Funza, Cundinamarca, Colombia; NIT # 9002835705 (Colombia); Matricula Mercantil No 1886854 (Colombia) [SDNTK].

PROMETHEUS ENERGY (a.k.a. PROMETHEUS LIMITED TRADE DEVELOPMENT; a.k.a. "PROMETHEUS LTD"), Per. Baskov D. 36, Lit. A, Pomeshch. 1N, Office 2, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4223712739 (Russia); Registration Number 1104223001057 (Russia) [RUSSIA-EO14024].

PROMETHEUS LIMITED TRADE DEVELOPMENT (a.k.a. PROMETHEUS ENERGY; a.k.a. "PROMETHEUS LTD"), Per. Baskov D. 36, Lit. A, Pomeshch. 1N, Office 2, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the

Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4223712739 (Russia); Registration Number 1104223001057 (Russia) [RUSSIA-EO14024].

PROMINVESTBANK (a.k.a. COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PSC PROMINVESTBANK; a.k.a. PUBLIC STOCK COMPANY JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK), 12, Shevchenko lane, Kyiv 01001, Ukraine; SWIFT/BIC UPIBUAUX; Website pib.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Aug 1992; Target Type Financial Institution; Registration Number 00039002 (Ukraine); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

PROMKOMPLEKT SINTEZ, Ul. Orshanskaya D. 5, Pom. 2, Moscow 121552, Russia; Nab. Presnenskaya D. 10, Moscow 123112, Russia; Tax ID No. 7729754778 (Russia); Registration Number 1137746986519 (Russia) [RUSSIA-EO14024].

PROMOCIONES CITADEL, S.A. DE C.V., Calzada del Fresnos 70-A, Desp. 104, Col. Granja, Zapopan, Jalisco 45010, Mexico; Avenida Miguel Hidalgo Manzana 47, Lote 11, Local - A, Colonia Reg. 92, Benito Juarez, Quintana Roo 77516, Mexico; R.F.C. PCI071012KB2 (Mexico) [SDNTK].

PROMOIL LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PROMOIL), Ul. Khokhryakova D. 9, Perm 614068, Russia; Organization Established Date 20 May 2004; Tax ID No. 5904112229 (Russia); Government Gazette Number 72205682 (Russia);

Registration Number 1045900509885 (Russia) [RUSSIA-EO14024].

PROMOTORA CULTURAL Y DEPORTIVA MORUMBI (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

PROMOTORA VALLARTA ONE, S.A. DE C.V. (a.k.a. INTELECTO BUSINESS GROOP), Bucerias, Nayarit, Mexico; Avenida Paseo de los Heroes 10289, Piso 3 3006, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California C.P.22505, Mexico; Folio Mercantil No. 1769 (Mexico) [ILLICIT-DRUGS-EO14059].

PROMOUTERSKAYA KOMPANIYA ABSOLYUTNY CHEMPIONAT BERKUTA OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. ABSOLUTE CHAMPIONSHIP AKHMAT; a.k.a. "ACHB, PK"), d. 64 etazh 3 ofis 1, ul. Im Gairbekova Muslima Gairbekovicha, Grozny, Chechenskaya Resp. 364903, Russia; Tax ID No. 2013800375 (Russia); Registration Number 1142036002976 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК) (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PJSC; a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [RUSSIA-EO14024].

PROMSVYAZBANK PJSC (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК); a.k.a. PUBLICHNOE

AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [RUSSIA-EO14024].

PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК) (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PJSC; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK), Smirnovskaya Street 10/22, Moscow 109052, Russia; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [RUSSIA-EO14024].

PROMSYRIOIMPORT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C. (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO

PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

PROMTECHCOMPLEKT JSC (a.k.a. AO PROMTEKHKOMPLEKT; a.k.a. CLOSED JOINT STOCK COMPANY PROMTEHKOMPLEKT), 69 Km Mkad, Business Park Grinvud Str. 9, Putilkovo 143441, Russia; Tax ID No. 5032030550 (Russia); Registration Number 1035006458772 (Russia) [RUSSIA-EO14024].

PROMTECHNOLOGIA LLC (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

PROMYSHLENNAYA GRUPPA VEKPROM LIMITED LIABILITY COMPANY (a.k.a. PG VEKPROM LLC), Ul. Pravolineinaya D. 33, Office 310-315, Zhukovskiy 140181, Russia; Organization Established Date 14 Jun 2011; Tax ID No. 5040108151 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 1115040007378 (Russia) [RUSSIA-EO14024].

PRONYUSHKIN, Aleksandr Yuryevich (a.k.a. PRONYUSHKIN, Alexander Yuryevich (Cyrillic: ПРОНЮШКИН, Александр Юрьевич)), Russia; DOB 31 Jul 1987; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PRONYUSHKIN, Alexander Yuryevich (Cyrillic: ПРОНЮШКИН, Александр Юрьевич) (a.k.a. PRONYUSHKIN, Aleksandr Yuryevich), Russia; DOB 31 Jul 1987; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PROPAGANDA AND AGITATION DEPARTMENT (a.k.a. KOREAN WORKERS PARTY, PROPAGANDA AND AGITATION DEPARTMENT; a.k.a. PROPAGANDA AND AGITATION DEPARTMENT, WORKERS PARTY OF KOREA), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PROPAGANDA AND AGITATION DEPARTMENT, WORKERS PARTY OF KOREA (a.k.a. KOREAN WORKERS PARTY, PROPAGANDA AND AGITATION DEPARTMENT; a.k.a. PROPAGANDA AND AGITATION DEPARTMENT), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

PROPER IN MANAGEMENT INC (a.k.a. PROPER IN MANAGEMENT INCORPORATED), 2, Gounari Street, Piraeus, Athens 185 31, Greece; 2 D Gounari Street, Piraeus, Greece; Identification Number IMO 5766343 [VENEZUELA-EO13850].

PROPER IN MANAGEMENT INCORPORATED (a.k.a. PROPER IN MANAGEMENT INC), 2, Gounari Street, Piraeus, Athens 185 31, Greece; 2 D Gounari Street, Piraeus, Greece; Identification Number IMO 5766343 [VENEZUELA-EO13850].

PROPERTY-VB OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2006; Government Gazette Number 120598193 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

PROTECTORS OF THE SALAFIST CALL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a.

EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

PROTECTORS OF THE SALAFIST PREDICATION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

PROTEI ST LTD (a.k.a. LIMITED LIABILITY COMPANY PROTEY SPETSTEKHNIKA), Pr-kt Bolshoi Sampsonievskii D. 60, BTS Telekom, Saint Petersburg 194044, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802471913 (Russia); Registration Number 1097847159321 (Russia) [RUSSIA-EO14024].

PROTOGENE, Ruvugayimikore (a.k.a. MIDENDE, Zorro; a.k.a. RUHINDA, Gaby), Nyiragongo, North Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1968 to 1969; POB Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Nyabihu District, Western

Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

PROTON PETROCHEMICALS SHIPPING LIMITED (a.k.a. PROTON SHIPPING CO; a.k.a. "PSC"), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PROTON SHIPPING CO (a.k.a. PROTON PETROCHEMICALS SHIPPING LIMITED; a.k.a. "PSC"), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PROTOPOVICH, Tatyana (a.k.a. PROTOPOVICH, Tayuana), Praspiekt Dziarzynsakaha, 82, Flat 227, Minsk 22089, Belarus; DOB 24 Mar 1996; nationality Belarus; Gender Female; Passport MP4133985 (Belarus); National ID No. 4240396A013PB6 (Belarus) (individual) [BELARUS-EO14038] (Linked To: CENTURONIC LTD).

PROTOPOVICH, Tayuana (a.k.a. PROTOPOVICH, Tatyana), Praspiekt Dziarzynsakaha, 82, Flat 227, Minsk 22089, Belarus; DOB 24 Mar 1996; nationality Belarus; Gender Female; Passport MP4133985 (Belarus); National ID No. 4240396A013PB6 (Belarus) (individual) [BELARUS-EO14038] (Linked To: CENTURONIC LTD).

PROVENZA CENTER (a.k.a. GRUPO IMPERGOZA, S.A. DE C.V.; a.k.a. LA TIJERA PARQUE INDUSTRIAL), Av. Adolfo Lopez Mateos No. 5565, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; Av. Camino A La Tijera No. 806, Col. La Tijera, Tlajomulco de Zuniga, Jalisco C.P. 45645, Mexico; R.F.C. GIM-081015-SIA (Mexico) [SDNTK].

PROVENZA RESIDENCIAL (a.k.a. GRUPO CINJAB, S.A. DE C.V.), Av. Adolfo Lopez Mateos No. 5555, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; R.F.C. GCI-080604-891 (Mexico) [SDNTK].

PRUSAKOVA, Maria Nikolayevna (Cyrillic: ПРУСАКОВА, Мария Николаевна), Russia; DOB 04 Sep 1983; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PRUVIA LIMITED (a.k.a. GMI GLOBAL MANUFACTURING & INTEGRATION LTD; a.k.a. GMI GLOBAL MANUFACTURING AND INTEGRATION LTD), Afstralias 6, Limassol 3017, Cyprus; Organization Established Date 02 Dec 2009; Registration Number C258701 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander.)

PSB AVIALIZING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB AVIALIZING), d. 65A etazh 2, pom. 17-30, bulvar Gagarina Perm, Permski Kr. 614077, Russia; Organization Established Date 20 Jul 2020; Tax ID No. 5906167110 (Russia); Government Gazette Number 44885614 (Russia); Registration Number 1205900018532 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB AVTOFAKTORING (a.k.a. LIMITED LIABILITY COMPANY SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНКТ-ПЕТЕРБУРГСКАЯ МЕЖДУНАРОДНАЯ БАНКОВСКАЯ КОНФЕРЕНЦИЯ); a.k.a. SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE LLC), Ul. Smirnovskaya D. 10, Str. 8, Komnata 7, Moscow 109052, Russia; d. 42, Moskovskoe Shosse, Sergiev Posad, Moscow Oblast 141300, Russia (Cyrillic: д. 42, Московское Шоссе, Сергиев Посад, Московская Область 141300, Russia); Organization Established Date 30 Dec 2010; Tax ID No. 5042116461 (Russia); Registration Number 1105042007806 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. SME VENTURE LLC; a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To:

PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY (a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB LEASING LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ ЛИЗИНГ); a.k.a. PSB LIZING OOO (Cyrillic: ПСБ ЛИЗИНГ ООО)), Room 8, Building 22, ul Smirnovkaya 10, Moscow 109052, Russia (Cyrillic: Улица Смирновкая, Дом 10, Комната 8, Строение 22, Город Москва 109052, Russia); Organization Established Date 05 Jul 2006; Tax ID No. 7722581759 (Russia); Government Gazette Number 96441526 (Russia); Registration Number 1067746771784 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB LIZING OOO (Cyrillic: ПСБ ЛИЗИНГ ООО) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB LIZING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ ЛИЗИНГ); a.k.a. PSB LEASING LLC), Room 8, Building 22, ul Smirnovkaya 10, Moscow 109052, Russia (Cyrillic: Улица Смирновкая, Дом 10, Комната 8, Строение 22, Город Москва 109052, Russia); Organization Established Date 05 Jul 2006; Tax ID No. 7722581759 (Russia); Government Gazette Number 96441526 (Russia); Registration Number 1067746771784 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB-FOREKS LLC (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS OOO; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya

Derbenevskaya, Moscow 115114, Russia; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSB-FOREKS OOO (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS LLC; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

PSC PROMINVESTBANK (a.k.a. COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PROMINVESTBANK; a.k.a. PUBLIC STOCK COMPANY JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK), 12, Shevchenko lane, Kyiv 01001, Ukraine; SWIFT/BIC UPIBUAUX; Website pib.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Aug 1992; Target Type Financial Institution; Registration Number 00039002 (Ukraine); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

PSI DMCC (Arabic: بي إس ام.د.م.س), Unit No: AU-30-A, Gold Tower (AU), Plot No: JLT-PH1-I3A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jun 2005; License DMCC-30214 (United Arab Emirates); Registration

Number DMCC0432 (United Arab Emirates); Economic Register Number (CBLS) 11459277 (United Arab Emirates) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

PSK AVIASTROI (a.k.a. KAPO-AVTOTRANS OOO; a.k.a. LIMITED LIABILITY COMPANY KAPO-AVTOTRANS), ul Dementyeva d 2B, Kazan 420127, Russia; Tax ID No. 1661022799 (Russia); Registration Number 1081690078700 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

PSV TECHNOLOGIES LLC (a.k.a. PSV TEKHNOLOGII OOO; a.k.a. "PSV-TECH"), ul. Malaya Semenovskaya d. 3A, str. 2, Moscow 107023, Russia; Organization Established Date 27 Mar 2013; Tax ID No. 7718927027 (Russia); Registration Number 1137746264940 (Russia) [RUSSIA-EO14024].

PSV TEKHNOLOGII OOO (a.k.a. PSV TECHNOLOGIES LLC; a.k.a. "PSV-TECH"), ul. Malaya Semenovskaya d. 3A, str. 2, Moscow 107023, Russia; Organization Established Date 27 Mar 2013; Tax ID No. 7718927027 (Russia); Registration Number 1137746264940 (Russia) [RUSSIA-EO14024].

PTC GMBH (a.k.a. PRINTING TRADE CENTER GMBH), Konrad Duden Weg 3, 60437, Frankfurt am Main, Germany; Schubertstr. 1 a, 65760, Eschborn, Hessen, Germany; Website www.ptccenter.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB58893 (Germany) [SDGT] [IRGC] [IFSR].

PTITSYN, Roman Viktorovich (Cyrillic: ПТИЦЫН, Роман Викторович), Russia; DOB 08 Sep 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

PU, Chiang (a.k.a. PO, Kong; a.k.a. "PO KONG"; a.k.a. "P'U LI"), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Mandalay, Yunnan, Hong Kong; c/o TING SHING TAI JEWELLERY (HK) CO. LIMITED, Hong Kong, Hong Kong; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, Hong Kong; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID No. K357514(4) (Hong Kong) (individual) [SDNTK].

PUANGPETCH, Suvit (a.k.a. PHUANGPHET, Suwit; a.k.a. PUANGPETCH, Suwit), c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 28 Oct 1956; National ID No. 3570900170841 (Thailand) (individual) [SDNTK].

PUANGPETCH, Suwit (a.k.a. PHUANGPHET, Suwit; a.k.a. PUANGPETCH, Suvit), c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 28 Oct 1956; National ID No. 3570900170841 (Thailand) (individual) [SDNTK].

PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY (a.k.a. COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY; a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

PUBLIC ESTABLISHMENT FOR REFINING AND DISTRIBUTION (Arabic: المؤسسة العامة لتكرير النفط و توزيع المشتقات النفطية) (a.k.a. GENERAL ORGANIZATION FOR REFINING AND DISTRIBUTION OF PETROLEUM PRODUCTS; a.k.a. THE PUBLIC ESTABLISHMENT FOR OIL REFINING AND THE DISTRIBUTION OF OIL DERIVATIVES), Tripoli Road, P.O. Box 342, Homs, Syria; Website http://perd.sy/; Organization Established Date 2009; Organization Type: Support activities for petroleum and natural gas extraction [SYRIA].

PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО); a.k.a. ALROSA GROUP; a.k.a. PJSC ALROSA), 24 Ozerkovskaya

Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Organization Established Date 1958; Tax ID No.

5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

PUBLIC JOINT STOCK COMPANY ASTRA GROUP, Sh. Varshavskoe D. 26, Floor/Office T/31, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726476459 (Russia); Registration Number 1217700192687 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY AVTODIZEL YAROSLAVL MOTOR PLANT (a.k.a. "YAMZ"), Prospekt Oktyabrya ZD. 75, Yaroslavl 150040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7601000640 (Russia); Registration Number 1027600510761 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ) (a.k.a. OTKRITIE BANK; a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION), d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK OTKRITIE FINANCIAL CORPORATION (a.k.a. OTKRITIE BANK; a.k.a. PAO BANK OTKRITIE FINANCIAL CORPORATION; a.k.a. PJSC BANK FK OTKRITIE (Cyrillic: ПАО БАНК ФК ОТКРЫТИЕ); a.k.a. PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК ФИНАНСОВАЯ КОРПОРАЦИЯ ОТКРЫТИЕ)),

d. 2, str. 4, ul. Letnikovskaya, Moscow 115114, Russia; SWIFT/BIC JSNMRUMM; Website http://www.open.ru; Organization Established Date 15 Dec 1992; Tax ID No. 7706092528 (Russia); Registration Number 1027739019208 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BANK URALSIB (f.k.a. BANK URALSIB OAO; f.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; f.k.a. BASHCREDITBANK; f.k.a. URALO-SIBIRSKIY BANK OAO; f.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY BYSTROBANK (a.k.a. IZHLADABANK; a.k.a. JOINT STOCK COMPANY BYSTROBANK), Pushkinskaya Street 268, Izhevsk 426008, Russia; SWIFT/BIC BYJSRU33; Website www.bystrobank.ru; Target Type Financial Institution; Tax ID No. 1831002591 (Russia); Legal Entity Number 25340000QGMWTRG3X533; Registration Number 1021800001508 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY CENTER FOR CARGO CONTAINER TRAFFIC TRANSCONTAINER (a.k.a. PJSC TRANSCONTAINER), 19, Oruzheyniy Pereulok, Moscow 125047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7708591995 (Russia); Registration Number 1067746341024 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY CHELYABINSK FORGE AND PRESS PLANT (a.k.a. CHKPZ; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CHELYABINSKIY KUZNECHNO PRESSOVIY ZAVOD), Gorelova Street, Chelyabinsk 454012, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7449006184 (Russia); Registration Number 1027402696023 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY CHELYABINSKIY MASHINOSTROITELNYY ZAVOD AVTOMOBILNYKH PRITSEPOV URALAVTOPRITSEP, 5, Ulica Hlebozavodskaya, Chelyabinsk 454038, Russia; Tax ID No. 7450003445 (Russia); Registration Number 1027402815362 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY IMPERATORSKY TULSKY ORUZHEINY ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY IMPERIAL TULA ARMS PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO IMPERATORSKIY TULSKIY ORUZHEINIY ZAVOD), 1A, Sovetskaya St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107003303 (Russia); Registration Number 1027100507147 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY IMPERIAL TULA ARMS PLANT (a.k.a. PUBLIC JOINT STOCK COMPANY IMPERATORSKY TULSKY ORUZHEINY ZAVOD; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO IMPERATORSKIY TULSKIY ORUZHEINIY ZAVOD), 1A, Sovetskaya St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107003303 (Russia); Registration Number 1027100507147 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ) (a.k.a. IC ROSGOSSTRAKH PJSC; a.k.a. PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ); a.k.a. ROSGOSSTRAKH INSURANCE COMPANY GROUP), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ) (a.k.a. AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

PUBLIC JOINT STOCK COMPANY IZHNEFTEMASH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖНЕФТЕМАШ) (a.k.a. IZHNEFTEMASH PAO; 2 Ordzhonikidze Street, Izhevsk 426063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1835012826 (Russia); Registration Number 1021801650804 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY KB VOSTOCHNY (a.k.a. PJSC KB VOSTOCHNY; a.k.a. VOSTOCHNY COMMERCIAL BANK PJSC), Blagoveshchensk, St. Innokentiy Lane 1, Amur 675004, Russia; SWIFT/BIC DALVRU8X; Website vostobank.ru; Tax ID No. 2801015394 (Russia); Registration Number 1022800000112 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD (a.k.a. KRASNOYE SORMOVO SHIPYARD; a.k.a. PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО); a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY KREMNY (a.k.a. AO GRUPPA KREMNY EL; a.k.a. CJSC KREMNY AI GROUP; a.k.a. JSC GRUPPA

KREMNY EL; a.k.a. KREMNY GROUP), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Organization Established Date 26 Feb 1993; Tax ID No. 3234000876 (Russia); Registration Number 1023202739218 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. MMK PAO; f.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ); a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3):

24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫЙ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739919160 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK (a.k.a. AKB MOSOBLBANK OAO; a.k.a. AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. PAO MOSOBLBANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

PUBLIC JOINT STOCK COMPANY MOSTOTREST (a.k.a. MOSTOTREST, PAO; a.k.a. MOSTOTREST, PAO; a.k.a. OPEN JOINT STOCK COMPANY 'MOSTOTREST'; a.k.a. PJSC MOSTOTREST), 6 Barklaya str., bld. 5, Moscow 121087, Russia; d. 6 str. 5, ul. Barklaya, Moscow 121087, Russia; Website www.mostro.ru; Email Address pressa@mostro.ru; MICEX Code MSTT; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739167246 (Russia); Tax ID No. 7701045732 (Russia); Identification Number ISIN: RU0009177331; Government Gazette

Number 01386148 (Russia) [UKRAINE-EO13685].

PUBLIC JOINT STOCK COMPANY MTS BANK (f.k.a. MOSCOW BANK FOR RECONSTRUCTION AND DEVELOPMENT; f.k.a. OPEN JOINT STOCK COMPANY MTS BANK; a.k.a. PJSC MTS BANK), PR-KT Andropova D. 18, K. 1, Moscow 115432, Russia; Abu Dhabi, United Arab Emirates; SWIFT/BIC MBRDRUMM; Website www.mtsbank.ru; Organization Established Date 29 Jan 1993; Target Type Financial Institution; Tax ID No. 7702045051 (Russia); Legal Entity Number 2534005803A5MMD61T78; Registration Number 1027739053704 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PIK SPECIALIZED HOMEBUILDER (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПИК СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК) (a.k.a. "PJSC PIK SHB"), 19 Barrikadnaya Street, Building 1, Moscow 123242, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713011336 (Russia); Registration Number 1027739137084 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ) (a.k.a. PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA; a.k.a. "PAO TMK" (Cyrillic: "ПАО ТМК"); a.k.a. "PJSC TMK")), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY POLYUS (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЮС), Ulitsa Krasina, Dom 3, Stroenie 1, Kabinet 801, Moscow 123056, Russia; Organization Established Date 17 Mar 2006; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1068400002990 (Russia); Tax ID No. 7703389295 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD (a.k.a. PJSC

PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKIY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY), 3, Dudko St., St. Petersburg 192029, Russia; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I.

SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ROSBANK (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60 (Russia); Registration Number 1027739460737 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE (a.k.a. PUBLIC JOINT STOCK COMPANY SPB EXCHANGE; a.k.a. "PJSC SPB EXCHANGE"), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526; Registration Number 1097800000440 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО САХАЛИНСКОЕ МОРСКОЕ ПАРОХОДСТВО) (f.k.a. ОАО SAKHMP; a.k.a. PJSC SASCO), d. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Tax ID No. 6509000854 (Russia); Registration Number 1026501017828 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAMARANEFTEGEOFIZIKA (a.k.a. SAMARANEFTEGEOFIZIKA OAO (Cyrillic: САМАРАНЕФТЕГЕОФИЗИКА ОАО)), Ulitsa Sportivnaya, 21, Samara, Samara Oblast 443030, Russia; Organization Established Date 10 Jun 1994; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 6315230513 (Russia);

Registration Number 1026300962093 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK (f.k.a. JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK; a.k.a. JOINT STOCK COMPANY SAROVBUSINESSBANK; a.k.a. JSC SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY SASTA, Ul. Pushkina D.21, Sasovo 391434, Russia; Tax ID No. 6232000019 (Russia); Registration Number 1026201399608 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ) (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is

issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SEVERSTAL (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСТАЛЬ) (a.k.a. PAO SEVERSTAL (Cyrillic: ПАО СЕВЕРСТАЛЬ)), 30 Mira Street, Cherepovets, Vologda Region 162608, Russia; Tax ID No. 3528000597 (Russia); Registration Number 1023501236901 (Russia) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a

fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. SEVERNAYA SHIPYARD; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY SOLLERS (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SOLLERS; a.k.a. SOLLERS PUBLIC JOINT STOCK COMPANY), Moscow International Business Centre, Northern Tower, 10, Testovskaya Str., Moscow 123317, Russia; Organization Established Date 2002; Tax ID No. 3528079131 (Russia); Government Gazette Number 57126933 (Russia); Registration Number 1023501244524 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SPB BANK, 38 Dolgorukovskaya str., bld. 1, Moscow 127006, Russia; SWIFT/BIC RTSBRUMM; Website www.spbbank.com; Target Type Financial Institution; Tax ID No. 7831000034 (Russia); Registration Number 1037700041323 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY SPB EXCHANGE (a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE; a.k.a. "PJSC SPB EXCHANGE"), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526; Registration

Number 1097800000440 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK (a.k.a. AKB METALLINVESTBANK; f.k.a. OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK; a.k.a. PJSC SCB METALLINVESTBANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА) (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO

TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК) (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA (a.k.a. PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. "PAO TMK" (Cyrillic: "ПАО ТМК"); a.k.a. "PJSC TMK"), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD; a.k.a. TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "TMZ PAO"), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303,

Russia; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING (a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ) (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (a.k.a. PJSC KB UBRIR; a.k.a. PJSC UBRD; a.k.a. UBRIR PAO; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No.

6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY UZHURALZOLOTO GROUP OF COMPANIES (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖУРАЛЗОЛОТО ГРУППА КОМПАНИЙ) (a.k.a. "PJSC UGC" (Cyrillic: "ПАО ЮГК")), ter. Shakhta Tsentralnaya, Plast 457020, Russia; Tax ID No. 7424024375 (Russia); Registration Number 1077424000686 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION (a.k.a. JSC MAC VYMPEL; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO (a.k.a. KRASNOYE SORMOVO SHIPYARD; a.k.a. PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО); a.k.a. PUBLIC JOINT STOCK COMPANY KRASNOYE SORMOVO SHIPYARD), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT STOCK COMPANY ZAVOD TULA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ТУЛА) (a.k.a. PJSC ZAVOD TULA; a.k.a. ZAVOD TULA PAO), 28 F. Smirnov Street, Tula, Tula Region 300041, Russia; Organization Established Date 12 Jan 1993; Tax ID No. 7104002862 (Russia); Registration Number 1027100592210 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT STOCK COMPANY ZVEZDA (a.k.a. PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА); a.k.a. PJSC ZVEZDA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА)), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PUBLIC JOINT-STOCK COMPANY BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK' (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE;

a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

PUBLIC JOINT-STOCK COMPANY PROLETARSKY FACTORY (a.k.a. PJSC PROLETARSKY FACTORY (Cyrillic: ПАО ПРОЛЕТАРСКИЙ ЗАВОД); a.k.a. PJSC PROLETARSKY ZAVOD; a.k.a. PROLETARSKY PLANT; a.k.a. PROLETARSKY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY PROLETARSKY ZAVOD), 3, Dudko St., St. Petersburg 192029, Russia; Organization Established Date 10 Dec 1992; Tax ID No. 7811039386 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLIC LEGAL COMPANY MILITARY CONSTRUCTION COMPANY (Cyrillic: ПУБЛИЧНО ПРАВОВАЯ КОМПАНИЯ ВОЕННО СТРОИТЕЛЬНАЯ КОМПАНИЯ) (a.k.a. MILITARY CONSTRUCTION COMPLEX OF THE MINISTRY OF DEFENSE (Cyrillic: ВОЕННО СТРОИТЕЛЬНЫЙ КОМПЛЕКС МИНИСТЕРСТВА ОБОРОНЫ)), 19 Znamenka St., Building 4, Office 402, Moscow 119160, Russia; Tax ID No. 9704016606 (Russia); Registration Number 1207700151427 (Russia) [RUSSIA-EO14024].

PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION (a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a.

PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

PUBLIC SECURITY DEPARTMENT OF XUAR (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

PUBLIC STOCK COMPANY JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK (a.k.a. COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PROMINVESTBANK; a.k.a. PSC PROMINVESTBANK), 12, Shevchenko lane, Kyiv 01001, Ukraine; SWIFT/BIC UPIBUAUX; Website pib.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Aug 1992; Target Type Financial Institution; Registration Number 00039002 (Ukraine); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNAYA FINANSOVAYA SISTEMA (a.k.a. SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION), 10, Leontievskiy Pereulok, Moscow 125009, Russia; 13/1 Mokhovaya St, Moscow 125009, Russia; Tax ID No. 7703104630 (Russia); Identification Number V65SV5.99999.SL.643 (Russia); Legal Entity Number 213800JSZ2UUK4QQK694; Registration Number 1027700003891 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT; a.k.a. "AO AMZ"), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO CHELYABINSKIY KUZNECHNO PRESSOVY ZAVOD (a.k.a. CHKPZ; a.k.a. PUBLIC JOINT STOCK COMPANY CHELYABINSK FORGE AND PRESS PLANT), Gorelova Street, Chelyabinsk 454012, Russia; Secondary

sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7449006184 (Russia); Registration Number 1027402696023 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY (f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.l kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO ELECTROVIPRYAMITEL (a.k.a. JSC ELECTROVIPRYAMITEL; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ELECTROVIPRYAMITEL), 126, Proletarskaya Str, Saransk 430001, Russia; Tax ID No. 1325013893 (Russia); Registration Number 1021301064950 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA (a.k.a. GAZAVTOMATIKA; a.k.a. JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO IMPERATORSKIY TULSKIY ORUZHEINIY ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY IMPERATORSKY TULSKY ORUZHEINY ZAVOD; a.k.a. PUBLIC JOINT STOCK COMPANY IMPERIAL TULA ARMS PLANT), 1A, Sovetskaya St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107003303 (Russia); Registration Number 1027100507147 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ) (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. MMK PAO; f.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. "PJSC MMK" (Cyrillic: "ПАО ММК")), 93 Kirov Street, Magnitogorsk 455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON (a.k.a. JOINT STOCK COMPANY MIKRON; a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT (a.k.a. IRKUT CORP PJSC; a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: OAO OAK); f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО OAK); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. SUKHOI; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI (f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW

CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.l kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOLLERS (a.k.a. PUBLIC JOINT STOCK COMPANY SOLLERS; a.k.a. SOLLERS PUBLIC JOINT STOCK COMPANY), Moscow International Business Centre, Northern Tower, 10, Testovskaya Street, Moscow 123317, Russia; Organization Established Date 2002; Tax ID No. 3528079131 (Russia); Government Gazette Number 57126933 (Russia); Registration Number 1023501244524 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUPOLEV (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PAO; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. VYBORG SHIPYARD PJSC), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047

(Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUSSKI REGIONALNY BANK (a.k.a. RUSREGIONBANK JSC), d. 1 str. 1 pom. 2N/9, km. Kaluzhskoe Shosse 24-1, Moscow 108814, Russia; 9 Floor, Kaluzhskaya ploshchad 1, korpus 1, Moscow 119049, Russia; SWIFT/BIC RRBKRU21; Website www.rrbank.ru; Target Type Financial Institution; Tax ID No. 6017000271 (Russia); Identification Number QGIJHO.99999.SL.643 (Russia); Registration Number 1026000001983 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MECHEL (a.k.a. MECHEL OAO; a.k.a. MECHEL PJSC; a.k.a. MECHEL STEEL GROUP OAO), 1, Krasnoarmeyskaya Street, Moscow 125167, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Mar 2003; Tax ID No. 7703370008 (Russia); Legal Entity Number 253400C9GSPBSKERRP65; Registration Number 1037703012896 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO NEFAZ (a.k.a. NEFAZ PAO; a.k.a. NEFAZ PUBLICLY TRADED COMPANY; f.k.a. NEFTEKAMSK MOTOR PLANT PJSC; f.k.a. NEFTEKAMSKIY AVTOZAVOD OAO), d. 3, ul. Yanaulskaya, Neftekamsk, Bashkortostan Resp. 452680, Russia; 3, Yanaul'skaya Street, Neftekamsk 452680, Russia; Organization Established Date 1993; Tax ID No. 0264004103 (Russia); Government Gazette Number 05745101 (Russia); Registration Number 1020201881116 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO PROMSVYAZBANK (f.k.a. OJSC PROMSVYAZBANK; a.k.a. PROMSVYAZBANK PAO (Cyrillic: ПАО ПРОМСВЯЗЬБАНК); a.k.a. PROMSVYAZBANK PJSC; a.k.a. PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПРОМСВЯЗЬБАНК)), Smirnovskaya Street

10/22, Moscow 109052, Russia; SWIFT/BIC PRMSRUMM; Website www.psbank.ru; BIK (RU) 044525555; Organization Established Date 2001; Target Type Financial Institution; Tax ID No. 7744000912 (Russia); Government Gazette Number 40148343 (Russia); Registration Number 1027739019142 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT (a.k.a. JSC POWER MACHINES; a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; f.k.a. PJSC POWER MACHINES; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD (a.k.a. PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT; a.k.a. TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "TMZ PAO"), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ZVEZDA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА) (a.k.a. PAO ZVEZDA (Cyrillic: ПАО ЗВЕЗДА); a.k.a. PJSC ZVEZDA; a.k.a. PUBLIC JOINT STOCK COMPANY ZVEZDA), 123 Babushkina Street, St. Petersburg 192012, Russia; Website www.zvezda.spb.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811038760 (Russia); Registration Number 1037825005085 (Russia) [UKRAINE-EO13662].

PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY (a.k.a. GV GOLD; a.k.a. PAO VYSOCHAISHY; a.k.a. PJSC VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

PUBLISHING HOUSE SPORT LTD (a.k.a. "PUBLISHUNG HOUSE SPORT OOD"), sektor V Natsionalen Stadion V. Levski, Distr. Sredets Distr, Sofia, Bulgaria; Organization Established Date 1993; Government Gazette Number 831134806 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

PUCHKOV, Andrei (a.k.a. PUCHKOV, Andrei Sergeevich; a.k.a. PUCHKOV, Andrey; a.k.a. PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич)), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUCHKOV, Andrei Sergeevich (a.k.a. PUCHKOV, Andrei; a.k.a. PUCHKOV, Andrey; a.k.a. PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич)), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUCHKOV, Andrey (a.k.a. PUCHKOV, Andrei; a.k.a. PUCHKOV, Andrei Sergeevich; a.k.a. PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич)), Russia; DOB 23 Jan 1977; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUCHKOV, Andrey Sergeyevich (Cyrillic: ПУЧКОВ, Андрей Сергеевич) (a.k.a. PUCHKOV, Andrei; a.k.a. PUCHKOV, Andrei Sergeevich; a.k.a. PUCHKOV, Andrey), Russia; DOB 23 Jan 1977; POB Moscow, Russia;

nationality Russia; Gender Male; Tax ID No. 771910226809 (Russia) (individual) [RUSSIA-EO14024].

PUERTA PARRA, Gabriel (a.k.a. "DOCTOR PUERTA"), Carrera 30 No. 90-82, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION, S.A.; c/o COMERCIALIZADORA ANDINA BRASILERA S.A., Bogota, Colombia; c/o INDUSTRIAL MINERA Y PECUARIA S.A., Bogota, Colombia; c/o LA FRONTERA UNION GALVEZ Y CIA S EN C, Bogota, Colombia; DOB 01 Oct 1942; POB San Carlos, Antioquia, Colombia; Cedula No. 8238830 (Colombia); Passport P020046 (Colombia) (individual) [SDNT].

PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЁВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ) (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PUGACHEV, Alexei Pavlovich (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЁВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

PUGACHYOV, Oleg Ivanovich (Cyrillic: ПУГАЧЁВ, Олег Иванович) (a.k.a. PUHACHOV, Oleh Ivanovych (Cyrillic: ПУГАЧОВ, Олег Іванович)), Russia; DOB 27 Jul 1987; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PUHACHOV, Oleh Ivanovych (Cyrillic: ПУГАЧОВ, Олег Іванович) (a.k.a. PUGACHYOV, Oleg Ivanovich (Cyrillic: ПУГАЧЁВ, Олег Иванович)), Russia; DOB 27 Jul 1987; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL

SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

PULIDO DIAZ, Oscar, Mexico; DOB 14 Apr 1976; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. PUDO760414HGRLZS04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

PULIDO ORTIZ, Bayardo de Jesus, Residencial Altos de Motastepe, Casa 746, Ciudad Sandino, Managua, Nicaragua; DOB 29 Oct 1960; POB Masaya, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 001291060007C (Nicaragua); Diplomatic Passport E0022392 (Nicaragua) issued 12 Apr 2012 expires 12 Apr 2022 (individual) [NICARAGUA].

PULIDO VALDIVIA, Francisco (a.k.a. PULIDO VALDIVIA, Javier), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Calle Fray Junipero Serra #1932, Colonia Jardines Alcalde, Guadalajara, Jalisco, Mexico; DOB 14 Jan 1953; nationality Mexico; citizen Mexico; C.U.R.P. PUVJ530114HJCLLV06 (Mexico) (individual) [SDNTK].

PULIDO VALDIVIA, Javier (a.k.a. PULIDO VALDIVIA, Francisco), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Calle Fray Junipero Serra #1932, Colonia Jardines Alcalde, Guadalajara, Jalisco, Mexico; DOB 14 Jan 1953; nationality Mexico; citizen Mexico; C.U.R.P. PUVJ530114HJCLLV06 (Mexico) (individual) [SDNTK].

PULIDO VARGAS, Alvaro (Latin: PULIDO VARGAS, Álvaro) (a.k.a. PULIDO VARGAS, Alvaro Enrique; a.k.a. RUBIO SALAS, German Enrique); DOB 10 Dec 1963; citizen Colombia; Gender Male; Cedula No. 79324956 (Colombia) (individual) [VENEZUELA-EO13850].

PULIDO VARGAS, Alvaro Enrique (a.k.a. PULIDO VARGAS, Alvaro (Latin: PULIDO VARGAS, Álvaro); a.k.a. RUBIO SALAS, German Enrique); DOB 10 Dec 1963; citizen Colombia; Gender Male; Cedula No. 79324956 (Colombia) (individual) [VENEZUELA-EO13850].

PULSE NIRU (a.k.a. PULSE NIRU CO.; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PULSENIRU INC.; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary

Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PULSE NIRU CO. (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PULSENIRU INC.; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PULSE NIRU INDUSTRIES (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU CO.; a.k.a. PULSENIRU INC.; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PULSENIRU INC. (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU CO.; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PUYA ELECTRO SAMAN NIRU), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PUMA ENERGY BENGALE GULF PTE. LTD. (a.k.a. P.E.I ENERGY PTE. LTD.; f.k.a. PUMA ENERGY IRRAWADDY PTE. LTD.; f.k.a. PUMA ENERGY MYANMAR PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA ENERGY IRRAWADDY AVIATION PTE. LTD. (a.k.a. PEIA PTE. LTD.), Singapore; Organization Established Date 30 Oct 2014; Organization Type: Activities of holding companies; Registration Number 201432465N (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA ENERGY IRRAWADDY PTE. LTD. (a.k.a. P.E.I ENERGY PTE. LTD.; f.k.a. PUMA ENERGY BENGALE GULF PTE. LTD.; f.k.a. PUMA ENERGY MYANMAR PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA ENERGY MYANMAR PTE. LTD. (a.k.a. P.E.I ENERGY PTE. LTD.; f.k.a. PUMA ENERGY BENGALE GULF PTE. LTD.; f.k.a. PUMA ENERGY IRRAWADDY PTE. LTD.), Singapore; Organization Established Date 17 Aug 2012; Organization Type: Activities of holding companies; Registration Number 201220511D (Burma) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

PUMA SECURITY AGENCY (a.k.a. PUMA SECURITY COMPANY; a.k.a. PUMA SECURITY SERVICE), Mostar, Bosnia and Herzegovina; Capljina, Bosnia and Herzegovina; Stolac, Bosnia and Herzegovina; Siroki Brijeg, Bosnia and Herzegovina [BALKANS].

PUMA SECURITY COMPANY (a.k.a. PUMA SECURITY AGENCY; a.k.a. PUMA SECURITY SERVICE), Mostar, Bosnia and Herzegovina; Capljina, Bosnia and Herzegovina; Stolac, Bosnia and Herzegovina; Siroki Brijeg, Bosnia and Herzegovina [BALKANS].

PUMA SECURITY SERVICE (a.k.a. PUMA SECURITY AGENCY; a.k.a. PUMA SECURITY COMPANY), Mostar, Bosnia and Herzegovina; Capljina, Bosnia and Herzegovina; Stolac, Bosnia and Herzegovina; Siroki Brijeg, Bosnia and Herzegovina [BALKANS].

PUMORI NORTH WEST LLC (a.k.a. LIMITED LIABILITY COMPANY PUMORI NORTHWEST), Ul. Sedova D. 11, Korp. 2 Lit. A, Saint Petersburg 192019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811354892 (Russia); Registration Number 5067847381290 (Russia) [RUSSIA-EO14024].

PUMPYANSKIY, Dmitriy Aleksandrovich (Cyrillic: ПУМПЯНСКИЙ, Дмитрий Александрович), Russia; DOB 22 Mar 1964; POB Ulan-Ude, Buryatia Republic, Russia; nationality Russia;

Gender Male; Tax ID No. 665800421844 (Russia) (individual) [RUSSIA-EO14024].

PUMWANI ISLAMIST MUSLIM YOUTH CENTER (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

PUMWANI MUSLIM YOUTH (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

PUNTI, Pere (a.k.a. SANE, Pedro Punti); DOB 27 Aug 1944; nationality Spain; Additional Sanctions Information - Subject to Secondary Sanctions; Passport AAD225212 (Spain) expires 12 May 2020 (individual) [NPWMD] [IFSR].

PUNTO FARMACEUTICO S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Folio Mercantil No. 258473 (Mexico) [SDNTK].

PUREBRAHIM, Ali Akbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIMABADI, Ali Akbar), Iran;

Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

PUREBRAHIMABADI, Ali Akbar (a.k.a. POUREBRAHIM, Ali Akbar; a.k.a. POUR-EBRAHIM, Ali-Akbar; a.k.a. POUREBRAHIMABADI, Aliakbar; a.k.a. PUREBRAHIM, Ali Akbar), Iran; Lausanne, Switzerland; DOB 22 Dec 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X42276294 (Iran) expires 21 Sep 2022 (individual) [SDGT] [IFSR] (Linked To: QASEMI, Rostam).

PURELOGIC (a.k.a. PURELOGIC R&D), PR-KT Leninskii D. 160, Office 134, Voronezh 394033, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726580330 (Russia); Registration Number 1077762066711 (Russia) [RUSSIA-EO14024].

PURELOGIC R&D (a.k.a. PURELOGIC), PR-KT Leninskii D. 160, Office 134, Voronezh 394033, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726580330 (Russia); Registration Number 1077762066711 (Russia) [RUSSIA-EO14024].

PUREPECHA TRUCKING CO. (a.k.a. TRANSPORTADORA PUREPECHA S.A. DE C.V.), Avenida de la Revolution 7, Zumpimito, Carr. Apatzingan y Articulo 27, Uruapan, Michoacan 60190, Mexico; Km. 7 Carretera Antigua, Nuevo Laredo, Tamaulipas, Mexico; Zaragoza 1050, Reynosa, Tabasco, Mexico; R.F.C. TPU991105FB4 (Mexico) [SDNTK].

PURGIN, Andrei (a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGIN, Andrej (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGIN, Andrey Yevgenyevich (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGIN, Andriy (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURGYN, Andriy (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURHIN, Andriy (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrej; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PURIYA, Mostafa (Arabic: مصطفى پوریا) (a.k.a. POORIA, Mostafa), Iran; DOB 25 Feb 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0074683217 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

PURSAFI, Shahram (a.k.a. MEHDI, Rezaei; a.k.a. PORSAFI, Shahram; a.k.a. POURSAFI, Shahram; a.k.a. REZAYI, Mehdi), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

PURGIN, Andrej (a.k.a. PURGIN, Andrei; a.k.a. PURGIN, Andrey Yevgenyevich; a.k.a. PURGIN, Andriy; a.k.a. PURGYN, Andriy; a.k.a. PURHIN, Andriy); DOB 26 Jan 1972; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHILIN, Denis (a.k.a. PUSHYLIN, Denis; a.k.a. PUSHYLIN, Denis Volodymyrovych; a.k.a. PUSHYLIN, Denys); DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHKOV, Aleksei Konstantinovich (a.k.a. PUSHKOV, Alexei Konstantinovich (Cyrillic: ПУШКОВ, Алексей Константинович)), Russia; DOB 10 Aug 1954; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PUSHKOV, Alexei Konstantinovich (Cyrillic: ПУШКОВ, Алексей Константинович) (a.k.a. PUSHKOV, Aleksei Konstantinovich), Russia; DOB 10 Aug 1954; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

PUSHYLIN, Denis (a.k.a. PUSHILIN, Denis; a.k.a. PUSHYLIN, Denis Volodymyrovych; a.k.a. PUSHYLIN, Denys) DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHYLIN, Denis Volodymyrovych (a.k.a. PUSHILIN, Denis; a.k.a. PUSHYLIN, Denis; a.k.a. PUSHYLIN, Denys); DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUSHYLIN, Denys (a.k.a. PUSHILIN, Denis; a.k.a. PUSHYLIN, Denis; a.k.a. PUSHYLIN, Denis Volodymyrovych); DOB 09 May 1981; POB Makeevka, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PUTILIN, Dmitry Sergeyevich (Cyrillic: ПУТИЛИН, Дмитрий Сергеевич) (a.k.a. "GRAD"; a.k.a. "STAFF"), Chelyabinsk 454119, Russia; DOB 24 Apr 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 (individual) [CYBER2].

PUTIN, Vladimir (Cyrillic: ПУТИН, Владимир) (a.k.a. PUTIN, Vladimir Vladimirovich (Cyrillic: ПУТИН, Владимир Владимирович)), Kremlin, Moscow, Russia; Novo-Ogaryevo, Moscow Region, Russia; Bocharov Ruchey, Sochi, Russia; Valdai, Novgorod Region, Russia; DOB 07 Oct 1952; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Male; President of the Russian Federation (individual) [RUSSIA-EO14024].

PUTIN, Vladimir Vladimirovich (Cyrillic: ПУТИН, Владимир Владимирович) (a.k.a. PUTIN, Vladimir (Cyrillic: ПУТИН, Владимир)), Kremlin, Moscow, Russia; Novo-Ogaryevo, Moscow Region, Russia; Bocharov Ruchey, Sochi, Russia; Valdai, Novgorod Region, Russia; DOB 07 Oct 1952; POB Leningrad, Russia; nationality Russia; Gender Male; President of the Russian Federation (individual) [RUSSIA-EO14024].

PUTINA, Maria (Cyrillic: ПУТИНА, Мария) (a.k.a. FAASSEN, Maria Vladimirovna; a.k.a. VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна); a.k.a. VORONTSOVA, Mariya Vladimirovna), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина) (f.k.a. SHAMALOVA, Ekaterina Vladimirovna; a.k.a. TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина); a.k.a. TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

PUYA ELECTRO SAMAN NIRU (a.k.a. PULSE NIRU; a.k.a. PULSE NIRU CO.; a.k.a. PULSE NIRU INDUSTRIES; a.k.a. PULSENIRU INC.), 34 Ayazi Alley Morghab Street, Khoramashar Street, Tehran 1553633913, Iran; km 20 Damavand Road, Pardis Technologies Park, Noavari Fourth Avenue, No. 46, Tehran, Iran; Website http://pulseniru.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

PUYUAN TRADE CO., LIMITED (Chinese Traditional: 普緣貿易有限公司), Rm. 517, New City Centre, 2 Lei Yue Mun Road, Kwun Tong, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Jul 2022; Commercial Registry Number 3169192 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

PUZYRNIKOVA, Natalya Vladislavovna, Moscow, Russia; DOB 1979; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

PVOE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG), Novara g 36a/11, Wien 1020, Austria [SDGT].

PYANOV, Dmitri Vasilevich (a.k.a. PYANOV, Dmitrii Vasilyevich (Cyrillic: ПЬЯНОВ, Дмитрий Васильевич)), Russia; DOB 07 Dec 1977; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PYANOV, Dmitrii Vasilyevich (Cyrillic: ПЬЯНОВ, Дмитрий Васильевич) (a.k.a. PYANOV, Dmitri Vasilevich), Russia; DOB 07 Dec 1977; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

PYATY ELEMENT TREIDING OOO (a.k.a. LIMITED LIABILITY COMPANY FIFTH ELEMENT TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯТЫЙ ЭЛЕМЕНТ ТРЕЙДИНГ); a.k.a. PYATYI ELEMENT TRADING OOO), 7 Talinnskaya St., Room 1-N, Office 350 Letter O, Saint Petersburg 195196, Russia; Tax ID No. 7806221953 (Russia); Registration Number 1167847086835 (Russia) [RUSSIA-EO14024].

PYATYI ELEMENT TRADING OOO (a.k.a. LIMITED LIABILITY COMPANY FIFTH ELEMENT TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯТЫЙ ЭЛЕМЕНТ ТРЕЙДИНГ); a.k.a. PYATY ELEMENT TREIDING OOO), 7 Talinnskaya St., Room 1-N, Office 350 Letter O, Saint Petersburg 195196, Russia; Tax ID No. 7806221953 (Russia); Registration Number 1167847086835 (Russia) [RUSSIA-EO14024].

PYATYKH, Galina Anatolevna (Cyrillic: ПЯТЫХ, Галина Анатольевна), Belgorod Region, Russia; DOB 12 May 1970; POB Dubovoe, Belgorod Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

PYON, Kwang Chol (a.k.a. PYO'N, Kwang-ch'o'l), Dalian, China; DOB 16 Sep 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

PYO'N, Kwang-ch'o'l (a.k.a. PYON, Kwang Chol), Dalian, China; DOB 16 Sep 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

PYONGJIN SHIP MANAGEMENT COMPANY LIMITED, Ryukkyo 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; 102 Ryuggyo 1-dong, Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5817790 [DPRK].

PYONGYANG UNIVERSITY OF AUTOMATION (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

PYRAMAXIA IMMOPROJEKT GMBH & CO. KG (a.k.a. PYRAMAXIA IMMOPROJEKT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 21 Oct 2021; Registration Number HRA 738402 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA IMMOPROJEKT GMBH AND CO. KG (a.k.a. PYRAMAXIA IMMOPROJEKT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 21 Oct 2021; Registration Number HRA 738402 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA LIMITED, 6 Aftokratora Ioustinianou Street, 58 Rita Court, Flat 203, Makedonitissa, Engomi, Nicosia 2413, Cyprus; Organization Established Date 15 Jan 2019; Business Registration Number HE393384 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH & CO. KG (a.k.a. PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737095 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH AND CO. KG (a.k.a. PYRAMAXIA REAL ESTATE DEVELOPMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737095 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE GMBH & CO. KG (a.k.a. PYRAMAXIA REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 18 Sep 2020; Registration Number HRA 737102 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRAMAXIA REAL ESTATE GMBH AND CO. KG (a.k.a. PYRAMAXIA REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 18 Sep 2020; Registration Number HRA 737102 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

PYRKOVA, Ekaterina Eduardovna (Cyrillic: ПЫРКОВА, Екатерина Эдуардовна) (a.k.a. PYRKOVA, Kateryna Eduardivna (Cyrillic: ПИРКОВА, Катерина Едуардівна)), Sevastopol, Ukraine; DOB 22 Aug 1967; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PYRKOVA, Kateryna Eduardivna (Cyrillic: ПИРКОВА, Катерина Едуардівна) (a.k.a. PYRKOVA, Ekaterina Eduardovna (Cyrillic: ПЫРКОВА, Екатерина Эдуардовна)), Sevastopol, Ukraine; DOB 22 Aug 1967; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

PZNFR TRADING LIMITED (a.k.a. PZNFR TRADING SDN BHD), Room 023, 9/F Blk G Kwai Shing Ind Building (Stage 2), 42-46 Tai Lin Pai Road, Kwai Chung NT, Hong Kong, China; Retail Lot L3-1, Level 3, Gateway Klia 2, Kuala Lumpur International Airport 2, Sepang, Selangor Darul Ehsan 64000, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Dec 2020; Registration Number 3000264 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

PZNFR TRADING SDN BHD (a.k.a. PZNFR TRADING LIMITED), Room 023, 9/F Blk G Kwai Shing Ind Building (Stage 2), 42-46 Tai Lin Pai Road, Kwai Chung NT, Hong Kong, China; Retail Lot L3-1, Level 3, Gateway Klia 2, Kuala Lumpur International Airport 2, Sepang, Selangor Darul Ehsan 64000, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Dec 2020; Registration Number 3000264 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

QA'ANI, Esma'il (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

QAAWANE, Maxamed Daud (a.k.a. GABAANE, Maxamed Dauud; a.k.a. "DAUD, Mahamud"; a.k.a. "DAUD, Maxamed"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: subsection 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

QABALAN, Muhammad (a.k.a. QABLAN, Muhammad; a.k.a. "AL-GHUL, Hassan"), Southern Suburbs, Beirut, Lebanon; DOB 1969; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

QABLAN, Muhammad (a.k.a. QABALAN, Muhammad; a.k.a. "AL-GHUL, Hassan"), Southern Suburbs, Beirut, Lebanon; DOB 1969; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

QADDAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a.

ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

QADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

QADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

QADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GHATHAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

QADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

QADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

QADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-

QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

QADDAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

QADDOUMI, Khaled (Arabic: خالد القدومي) (a.k.a. AL-QADDUMI, Khaled; a.k.a. AL-QADDUMI, Khalid; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. GHODOMI, Khaled), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 14 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

QADDOUR, Khaled Nasser (Arabic: خالد ناصر قدور) (a.k.a. QADDOUR, Khalid), Yaafour, Damascus, Syria; DOB 23 Apr 1970; POB Damascus, Syria; nationality Syria; Gender Male; National ID No. 01020097227 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-ASSAD, Maher).

QADDOUR, Khalid (a.k.a. QADDOUR, Khaled Nasser (Arabic: خالد ناصر قدور)), Yaafour, Damascus, Syria; DOB 23 Apr 1970; POB Damascus, Syria; nationality Syria; Gender Male; National ID No. 01020097227 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-ASSAD, Maher).

QADHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May

2024; National ID No. 98606612 (individual) [LIBYA2].

QADHAFI, Aisha Muammar Muhammed Abu Minyar (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADHAFI, Ayesha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

QADHAFI, Hannibal Muammar (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

QADHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis); DOB 1980 (individual) [LIBYA2].

QADHAFI, Mohammed Muammar (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a.

GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

QADHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

QADHAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

QADHAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

QADHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

QADHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Saif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

QADIR, Abdul (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province,

Afghanistan; nationality Afghanistan; Gender Male; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

QADO, Waad (a.k.a. EL KADDU, Waad; a.k.a. "Abu Jaffar al-Shabaki"), Iraq; DOB 12 Dec 1971; alt. DOB 01 Jan 1971; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

QAEDAT AL-JIHAD IN THE INDIAN SUBCONTINENT (a.k.a. AL-QAEDA IN THE INDIAN SUBCONTINENT; a.k.a. AL-QA'IDA IN THE INDIAN SUBCONTINENT), Afghanistan; Pakistan; Bangladesh [FTO] [SDGT].

QAFISHEH, Hisham Younis Yahia (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Younis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAFISHEH, Hisham Younis Yahya (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAFISHEH, Hisham Yunis Ichiyeh (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt.

citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAFISHIH, Hisham Yunis Yahya (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis Ichiyeh; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QAHIYE, Mohamed Ahmed, Mozambique; Puntland, Somalia; DOB 1989; alt. DOB 1990; alt. DOB 1991; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

QA'ID, Hasan (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

QA'ID, Hasan Muhammad Abu Bakr (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

QALAF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed;

a.k.a. KHALIF, Fuad Mohammed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Mohammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 3 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

QALAI, Nader (a.k.a. AL KALAI, Nadir; a.k.a. KALAI, Nader (Arabic: نادر قلعى); a.k.a. KALAI, Nader Mohamad; a.k.a. KALAI, Nader Mohammed Wajieh; a.k.a. KALEI, Nader; a.k.a. QALEI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

QALANDER KHAN, Mir Rahman (a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

QALANDER KHAN, Mir Rahman (a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus;

alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

QALEI, Nader (a.k.a. AL KALAI, Nadir; a.k.a. KALAI, Nader (Arabic: نادر قلعى); a.k.a. KALAI, Nader Mohamad; a.k.a. KALAI, Nader Mohammed Wajieh; a.k.a. KALEI, Nader; a.k.a. QALAI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

QALEM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

QALHARBE DE LEON, Oscar (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

QALIM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

QAMAR, Naved (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Navid; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAMAR, Naveed (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naved; a.k.a. QAMAR, Navid; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAMAR, Navid (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naved; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAMAR, Nuwayd (a.k.a. KHAN, Naveed Qamar; a.k.a. QAMAR, Naved; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Navid), Flat #R9, Nauman

Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAN'AN, Muhammad Salih Muhammad (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. "AL-MUHAJIR, Abu"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

QANAN, Radwan Muhammad Husayn Ali (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANAN, Radwan; a.k.a. KANNA, Radwan), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

QANBAR, Khalid Zaki, Syria; DOB 20 Apr 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

QANI, Esmail (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

QANNADI, Mohammad (a.k.a. GHANNADI MARAGHEH, Mohammad; a.k.a. GHANNADI, Mohammad; a.k.a. GHANNADI-MARAGHEH, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD]

[IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

QANSAWH, Jehad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QANSO, Jehad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QANSU, Ali (a.k.a. KANSO, Ali Mohamed; a.k.a. KANSOU, Ali Mohamed; a.k.a. QANSU, Ali Muhammad), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

QANSU, Ali Muhammad (a.k.a. KANSO, Ali Mohamed; a.k.a. KANSOU, Ali Mohamed; a.k.a. QANSU, Ali), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

QANSU, Jihad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QANSU, Jihad Muhammad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

QAOUK, Nabil (Arabic: نبيل قاووق) (a.k.a. KAWOUK, Nabil; a.k.a. QAWOOK, Sheikh

Nabil; a.k.a. QAWOUK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

QARCHAK PRISON (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. SHAHR-E REY PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

QARCHAK WOMEN'S PRISON (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK PRISON; a.k.a. SHAHR-E REY PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

QARFOUL, Hazem Younes (a.k.a. KARFOUL, Hazem (Arabic: حازم قرفول); a.k.a. KARFOUL, Hazem Younes (Arabic: حازم يونس قرفول)), Damascus, Syria; DOB 09 Jul 1976; POB Tartus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

QASEMI, Rostam (a.k.a. GHASEMI MOHAMMADALI, ROSTAM; a.k.a. GHASEMI, Rostam), Iran; DOB 22 May 1964; POB Lamerd, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A2463775 (Iran); National ID No. 6579726970 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: SOLEIMANI, Qasem; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

QASEMI, Seyed Reza (a.k.a. GHASEMI, Seyyed Reza); Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 004-3-94558-9 (Iran); Chief Executive Officer, Rayan Roshd Afzar Company; Managing Director, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

QASIM, Mohammed (a.k.a. QASIM, Muhammad), Waish, Spin Boldak, Afghanistan; Safaar Bazaar, Garmsir, Afghanistan; Room 33, 5th Floor Sarafi Market, Kandahar, Afghanistan; Bypass Road, Chaman, Qalaye Abdullah District, Pakistan; Qalaye Haji Ali Akbar Dalbandin Post Office, Chaghey District, Pakistan; Karez Qaran, Musa Qal'ah, Helmand Province, Afghanistan; DOB 1976; alt. DOB

1965; POB Pakistan; citizen Pakistan; Passport AP4858551 (Pakistan) issued 24 May 2008 expires 23 May 2013; National ID No. 54101-9435855-3 (Pakistan); alt. National ID No. 57388 (Afghanistan) (individual) [SDGT].

QASIM, Muhammad (a.k.a. QASIM, Mohammed), Waish, Spin Boldak, Afghanistan; Safaar Bazaar, Garmsir, Afghanistan; Room 33, 5th Floor Sarafi Market, Kandahar, Afghanistan; Bypass Road, Chaman, Qalaye Abdullah District, Pakistan; Qalaye Haji Ali Akbar Dalbandin Post Office, Chaghey District, Pakistan; Karez Qaran, Musa Qal'ah, Helmand Province, Afghanistan; DOB 1976; alt. DOB 1965; POB Pakistan; citizen Pakistan; Passport AP4858551 (Pakistan) issued 24 May 2008 expires 23 May 2013; National ID No. 54101-9435855-3 (Pakistan); alt. National ID No. 57388 (Afghanistan) (individual) [SDGT].

QASIM, Naim (a.k.a. KASSEM, Naim; a.k.a. QASSEM, Naim), Lebanon; DOB 1953; POB Kafr Fila, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Deputy Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

QASIMI, Murtada (a.k.a. ALI, Ghasemi Morteza; a.k.a. GHAEEMI, Morteza; a.k.a. GHASEMI, Morteza); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

QASIOUN MALL (Arabic: مول قاسيون) (a.k.a. QASIYUN MALL; a.k.a. QASSIOUN SHOPPING MALL), Barzeh District, Damascus, Syria [SYRIA].

QASIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

QASIR, 'Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

QASIR, Muhammad (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

QASIR, Muhammad Jafar (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

QASIYUN (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN FIRM; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

QASIYUN MALL (a.k.a. QASIOUN MALL (Arabic: مول قاسيون); a.k.a. QASSIOUN SHOPPING MALL), Barzeh District, Damascus, Syria [SYRIA].

QASIYUN SECURITY COMPANY (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN FIRM; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

QASMANI, Arif (a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

QASMANI, Mohammad Arif (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"; House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

QASMANI, Muhammad Arif (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

QASMANI, Muhammad 'Arif (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"; House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

QASSABI, Alireda Bashi M R (a.k.a. LARI, 'Ali Ridha Qasabi; a.k.a. LARI, 'Ali Ridha Qassabi), Qatar; DOB 1959; nationality Qatar; Gender Male; Passport 1001546 (individual) [SDGT] (Linked To: HIZBALLAH).

QASSAR, Samir (a.k.a. KWEIDER, Muhammad; a.k.a. KWEITER, Muhammad; a.k.a. QUAYDIR, Muhammad; a.k.a. QUWAYDIR, Muhammad Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

QASSEM, Naim (a.k.a. KASSEM, Naim; a.k.a. QASIM, Naim), Lebanon; DOB 1953; POB Kafr Fila, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Deputy Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

QASSIOUN SHOPPING MALL (a.k.a. QASIOUN MALL (Arabic: مول قاسيون); a.k.a. QASIYUN MALL), Barzeh District, Damascus, Syria [SYRIA].

QATARJI, Abu al-Bara' (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI,

Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara") DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

QATARJI, Hossam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي القاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

QATERJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي القاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي) (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

QATIRJI, Muhammad Bara (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara") DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

QATIRJI, Muhammad Bara' (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara"); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

QATIRJI, Muhammad Bara Ahmad Rushdi (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara"); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

QATISH, Firiyal, Syria; DOB 26 Jan 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

QATRANJI, Hussam (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

QATRJI, Muhammad Nur al-Din (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. "Abu Bara"); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

QATTAN, Maysa', Syria; DOB 25 Feb 1962; nationality Syria; Scientific Studies and

Research Center Employee (individual) [SYRIA].

QATTAN, Waseem (a.k.a. AL-KATAN, Wassim Anouar; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-QATAN, Waseem; a.k.a. AL-QATTAN, Wassim Anwar (Arabic: وسيم انوار القطان); a.k.a. QATTAN, Wasim), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

QATTAN, Wasim (a.k.a. AL-KATAN, Wassim Anouar; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-QATAN, Waseem; a.k.a. AL-QATTAN, Wassim Anwar (Arabic: وسيم انوار القطان); a.k.a. QATTAN, Waseem), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

QAVAMIN BANK (a.k.a. BANK QAVAMIN; a.k.a. GHAVAMIN BANK; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

QAVVAMIN BANK (a.k.a. BANK QAVAMIN; a.k.a. GHAVAMIN BANK; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

QAWOOK, Sheikh Nabil (a.k.a. KAWOUK, Nabil; a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOUK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

QAWOUK, Sheikh Nabil (a.k.a. KAWOUK, Nabil; a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations;

Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

QAWUQ, Nabil Yahy (a.k.a. KAWOUK, Nabil; a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق); a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWOUK, Sheikh Nabil), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

QAYED, Muhammad Hassan (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

QAYYUM, Muhammad Tabish Abdul (a.k.a. QAYYUUM, Tabish; a.k.a. "TABISH, Abdul Rahman Salar"), Karachi, Pakistan; DOB 09 Apr 1983; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAYYUUM, Tabish (a.k.a. QAYYUM, Muhammad Tabish Abdul; a.k.a. "TABISH, Abdul Rahman Salar"), Karachi, Pakistan; DOB 09 Apr 1983; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

QAZALI NETWORK (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

QAZAN, Ali Mohamad (a.k.a. KASSAN, Ali Mohamad; a.k.a. KAZAN, Ali Muhammad), Avenue Taroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0089044 (Lebanon) (individual) [SDGT].

QEKEMAN, Mememtiming (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI,

Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

QEMAT AL NAJAH GENERAL TRADING L.L.C (a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMAT AL NAJAH GENERAL TRADING LTD (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMAT ALNAJAH GENERAL TRADING LLC (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT AL NAJAH

GENERAL TRADING LTD; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMAT AL-NAJAH GENERAL TRADING LLC (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMATAL NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QEMATAL NAJAH GENERAL TRADING LLC (a.k.a. QEMAT AL NAJAH GENERAL TRADING L.L.C; a.k.a. QEMAT AL NAJAH GENERAL TRADING LTD; a.k.a. QEMAT ALNAJAH GENERAL TRADING LLC; a.k.a. QEMAT AL-NAJAH GENERAL TRADING LLC), Baniyas Square Road, Deira, Dubai, United Arab Emirates; Dubai Towers, 8, 14 Road, 8 Floor, Office 805, Al Rigga, P.O. Box 95871, Dubai, United Arab Emirates; Al Maktoum Road, Baniyas Square, Dubai Tower, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2012; Organization Type: Non-specialized wholesale

trade; Commercial Registry Number 1096167 (United Arab Emirates); License 668354 (United Arab Emirates); Chamber of Commerce Number 203853 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

QESHM FARS AIR (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO (a.k.a. MAD KANDALU COMPANY; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE; a.k.a. MAD KANDALU SHIPBUILDING COOPERATIVE QESHM; a.k.a. MADKANDALOU COMPANY), Qeshm Island, Iran; Website www.madkandaloo.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QESHM ZINC SMELTING AND REDUCTION COMPANY (a.k.a. QESHM ZINC SMELTING AND REDUCTION COMPLEX), 20 Km Dargahan-to-Loft Road, Qeshm Island, Hormozgan, Iran; Website www.gzsc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CALCIMIN).

QESHM ZINC SMELTING AND REDUCTION COMPLEX (a.k.a. QESHM ZINC SMELTING AND REDUCTION COMPANY), 20 Km Dargahan-to-Loft Road, Qeshm Island, Hormozgan, Iran; Website www.gzsc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CALCIMIN).

QHUMU, Sufian bin (a.k.a. QUMU, Abu Sufian Ibrahim Ahmed Hamuda Bin; a.k.a. QUMU, Sufian bin), Darnah, Libya; DOB 26 Jun 1959; POB Darnah, Libya (individual) [SDGT].

QI GROUP LIMITED, Flat B5 1F Manning Ind Bldg 116-118 Hongwings St, Kwun Tong Kln, Hong Kong, China; Organization Established Date 26 Mar 2021; C.R. No. 3032377 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

QIN, Jack (a.k.a. XIANHUA, Jack; a.k.a. XIANHUA, Qin); DOB 08 Jan 1979; citizen

China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E31457650 expires 21 Oct 2023 (individual) [NPWMD] [IFSR].

QIN, Xutong, Ji Lin, China; DOB 29 Apr 1994; POB Ji Lin, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport E77862399 (China) issued 19 Apr 2016 expires 18 Apr 2026 (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD. (Chinese Simplified: 青岛盛茂科技发展有限公司) (a.k.a. QINGDAO SHENGMAO SCIENCE & TECHNOLOGY DEVELOPMENT CO., LTD.; a.k.a. QINGDAO SHENGMAO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.), Room 30b-E10, No. 15 Donghai West Road, Shinan District, Qingdao, Shandong Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 04 Jun 2021; Unified Social Credit Code (USCC) 91370202MA948F4T49 (China) [ILLICIT-DRUGS-EO14059].

QINGDAO CONSTRUCTION (NAMIBIA) CC, ERF 338, Platinum Street, Prosperita, Windhoek, Namibia; P.O. Box 26774, Windhoek, Namibia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration ID 2008/0598 (Namibia) [DPRK3] (Linked To: MANSUDAE OVERSEAS PROJECTS ARCHITECTURAL AND TECHNICAL SERVICES (PTY) LIMITED; Linked To: MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES).

QINGDAO SHENGMAO SCIENCE & TECHNOLOGY DEVELOPMENT CO., LTD. (a.k.a. QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD. (Chinese Simplified: 青岛盛茂科技发展有限公司); a.k.a. QINGDAO SHENGMAO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD.), Room 30b-E10, No. 15 Donghai West Road, Shinan District, Qingdao, Shandong Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 04 Jun 2021; Unified Social Credit Code (USCC) 91370202MA948F4T49 (China) [ILLICIT-DRUGS-EO14059].

QINGDAO SHENGMAO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD. (a.k.a. QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD. (Chinese Simplified: 青岛盛茂科技发展有限公司); a.k.a. QINGDAO SHENGMAO SCIENCE & TECHNOLOGY DEVELOPMENT CO., LTD.), Room 30b-E10, No. 15 Donghai West Road, Shinan District, Qingdao, Shandong Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 04 Jun 2021; Unified Social Credit Code (USCC) 91370202MA948F4T49 (China) [ILLICIT-DRUGS-EO14059].

QINGDAO ZHONGRONGTONG TRADE DEVELOPMENT CO., LTD. (Chinese Simplified: 青岛中融通贸易发展有限公司) (a.k.a. QINGDAO ZHONGRONGTONG TRADING DEVELOPMENT CO., LTD.), No. 314, Floor 3, Office Building, No. 43, Beijing Road, Qianwan Bonded Zone, Qingdaopian District, China Pilot Free Trade Zone, Qingdao, Shandong 266000, China; 207, Office Building 52, Tokyo Road, Free Trade Zone, Qingdao, Shandong 266555, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Mar 2019; Legal Entity Number 655600CBSJ4ZQ7UW6B35 (China); Unified Social Credit Code (USCC) 91370220MA3PBK173K (China) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

QINGDAO ZHONGRONGTONG TRADING DEVELOPMENT CO., LTD. (a.k.a. QINGDAO ZHONGRONGTONG TRADE DEVELOPMENT CO., LTD. (Chinese Simplified: 青岛中融通贸易发展有限公司)), No. 314, Floor 3, Office Building, No. 43, Beijing Road, Qianwan Bonded Zone, Qingdaopian District, China Pilot Free Trade Zone, Qingdao, Shandong 266000, China; 207, Office Building 52, Tokyo Road, Free Trade Zone, Qingdao, Shandong 266555, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Mar 2019; Legal Entity Number 655600CBSJ4ZQ7UW6B35 (China); Unified Social Credit Code (USCC) 91370220MA3PBK173K (China) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD. (a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD.; a.k.a.

SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

QIU, Hong (Chinese Traditional: 仇鸿; Chinese Simplified: 仇鸿), Hong Kong; DOB Mar 1961; POB Jiangsu Province, China; citizen China; Gender Female (individual) [HK-EO13936].

QODS (JERUSALEM) FORCE OF THE IRGC (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

QODS AVIATION INDUSTRIES (a.k.a. GHODS AVIATION INDUSTRIES; a.k.a. LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES; a.k.a. QODS RESEARCH CENTER), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

QODS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA]

[IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

QODS RESEARCH CENTER (a.k.a. GHODS AVIATION INDUSTRIES; a.k.a. LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES; a.k.a. QODS AVIATION INDUSTRIES), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

QOLAMSHAHI, Abbas (a.k.a. GHOLAMSHAHI, Abbas), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

QOLIZADEH, Majid (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش; a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده)), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

QOLIZADEH, Vali (a.k.a. GHOLIZADEH, Vali (Arabic: ولی قلی زاده); a.k.a. SA'IDI, Mohammad Hosein), Iran; Iraq; DOB 11 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0056758472 (Iran) (individual) [SDGT] [IFSR] (Linked To: MADA'IN NOVIN TRADERS).

QOM ENERGY GENERATION GOSTAR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

QOMI, Mohsen, Iran; DOB 1960; POB Mamazand, Varamin, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

QOREISHI, Seyyed Hojatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a.

GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

QORESHI, Seyyed Hojatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QUREISHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

QORGAB, Bashir (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

QUALIFIED DEVELOPER KUTUZOVSKIY 16 LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК КУТУЗОВСКИЙ 16 ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 3 str. 1, ul. Kulneva, Moscow 121170, Russia; Tax ID No. 7715865510 (Russia); Registration Number 1117746359235 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

QUALITY AUTOS S.A., Panama City, Panama; RUC # 1067593-1-551241 [SDNTK].

QUANTLOG OY, Kalevankatu 20, Helsinki 00100, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 3160340-2 (Finland) [CYBER2] (Linked To: KOVALEVSKIJ, Nikita Gennadievitch).

QUANTORFORM (a.k.a. KVANTORFORM), Pr-D 2-I Yuzhnoportovyi D. 16, Str. 2, Floor 1, Komn. 101A, 101-108, Moscow 115088, Russia; Tax ID No. 7731199056 (Russia); Registration Number 1027739562421 (Russia) [RUSSIA-EO14024].

QUANTTELECOM LLC (a.k.a. LIMITED LIABILITY COMPANY SMARTS QUANTTELECOM), LN. 6-YA V.O. D. 59, K. 1 Lit. B, Pomeshch. 17/6N, Saint Petersburg 199178, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802875514 (Russia); Registration Number 1147847376720 (Russia) [RUSSIA-EO14024].

QUANTUM OPTICS LTD (a.k.a. LIMITED LIABILITY COMPANY QUANTUM OPTICS; a.k.a. OOO QUANTUM OPTICS), Ul. Serdobolskaya D. 64, Lit. K, Pomeshch. 11-N, Kom. 10, Saint Petersburg 197342, Russia; Beloostrovskaya 22, Office 415, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801562614 (Russia); Registration Number 1117847563921 (Russia) [RUSSIA-EO14024].

QUANZHOU YIYANGJIN IMPORT AND EXPORT TRADE CO., LTD., China; Secondary

sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: SEK STUDIO).

QUARTERMASTER GENERAL OFFICE (a.k.a. OFFICE OF THE QUARTERMASTER GENERAL; a.k.a. QUARTERMASTER GENERAL'S OFFICE), Burma; Target Type Government Entity [BURMA-EO14014].

QUARTERMASTER GENERAL'S OFFICE (a.k.a. OFFICE OF THE QUARTERMASTER GENERAL; a.k.a. QUARTERMASTER GENERAL OFFICE), Burma; Target Type Government Entity [BURMA-EO14014].

QUARTIERLATINAPARTMENTS (a.k.a. SMILE BITCARD; a.k.a. SMILE PROPERTY & TRAVEL LTD; a.k.a. SMILE PROPERTY AND TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

QUAYDIR, Muhammad (a.k.a. KWEIDER, Muhammad; a.k.a. KWEITER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

QUBAYSI, Abd Al Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

QUDAYMATI, Muhammad Ridwan, Syria; DOB 12 Jan 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

QUDS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC

REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

QUDS RAZAVI HOUSING AND CONSTRUCTION CO. (Arabic: شرکت مسکن و عمران قدس رضوی), University St., North of Kafaei Blvd, #439, Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380186188 (Iran); Registration Number 2873 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

QUDS RAZAVI MINES CO. (Arabic: شرکت معادن قدس رضوی), Iran; Turkmenistan; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380279032 (Iran); Registration Number 12211 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

QUDS RAZAVI TRADITIONAL TILE CO. (Arabic: شرکت کاشی سنتی قدس رضوی), Sarakhs Rd., 20 Kaneh Rd., 14 km., Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380234220 (Iran); Registration Number 7626 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

QUDSIAH, Abdulfatah (a.k.a. QUDSIYAH, Abd-al-Fatah; a.k.a. QUDSIYAH, Abdul Fatah); DOB 1950; alt. DOB 1963; Major General, Head of Syrian Military Intelligence (individual) [SYRIA].

QUDSIYAH, Abd-al-Fatah (a.k.a. QUDSIAH, Abdulfatah; a.k.a. QUDSIYAH, Abdul Fatah); DOB 1950; alt. DOB 1963; Major General, Head of Syrian Military Intelligence (individual) [SYRIA].

QUDSIYAH, Abdul Fatah (a.k.a. QUDSIAH, Abdulfatah; a.k.a. QUDSIYAH, Abd-al-Fatah); DOB 1950; alt. DOB 1963; Major General, Head of Syrian Military Intelligence (individual) [SYRIA].

QUEVEDO FERNANDEZ, Manuel Salvador (a.k.a. QUEVEDO, Manuel), Capital District, Venezuela; DOB 01 Mar 1967; citizen Venezuela; Gender Male; Cedula No. 9705800 (Venezuela); Passport D0131415 (Venezuela); alt. Passport 040236069 (Venezuela); alt. Passport 6252002 (Venezuela) (individual) [VENEZUELA].

QUEVEDO, Manuel (a.k.a. QUEVEDO FERNANDEZ, Manuel Salvador), Capital District, Venezuela; DOB 01 Mar 1967; citizen Venezuela; Gender Male; Cedula No. 9705800 (Venezuela); Passport D0131415 (Venezuela); alt. Passport 040236069 (Venezuela); alt. Passport 6252002 (Venezuela) (individual) [VENEZUELA].

QUFAYSHAH, Hisham Yunis Yahya (a.k.a. ASLAN, Hasmet; a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

QUIANA TRADING LIMITED (a.k.a. QUIANA TRADING LTD.), Virgin Islands, British [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

QUIANA TRADING LTD. (a.k.a. QUIANA TRADING LIMITED), Virgin Islands, British [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

QUIBOLOY, Apollo Carreon, Davao, Philippines; DOB 25 Apr 1950; alt. DOB 25 Apr 1947; POB Philippines; nationality Philippines; Gender Male (individual) [GLOMAG].

QUINONES MELO Y CIA. LTDA., Carrera 3 No. 11-55 ofc. 206, Cali, Colombia; NIT # 890327616-0 (Colombia) [SDNT].

QUINONES, Benedicto (a.k.a. QUINONEZ, Benedicto), c/o QUINONES MELO Y CIA. LTDA., Cali, Colombia; c/o ARTURO QUINONEZ LTDA., Cali, Colombia; c/o COMERCIALIZADORA CGQ LTDA., Cali, Colombia; Calle 12A No. 107-25 No. 2, Cali, Colombia; DOB 25 Jun 1946; POB Cali, Colombia; Cedula No. 14934266 (Colombia); Passport 14934266 (Colombia) (individual) [SDNT].

QUINONEZ, Benedicto (a.k.a. QUINONES, Benedicto), c/o QUINONES MELO Y CIA. LTDA., Cali, Colombia; c/o ARTURO QUINONEZ LTDA., Cali, Colombia; c/o COMERCIALIZADORA CGQ LTDA., Cali,

Colombia; Calle 12A No. 107-25 No. 2, Cali, Colombia; DOB 25 Jun 1946; POB Cali, Colombia; Cedula No. 14934266 (Colombia); Passport 14934266 (Colombia) (individual) [SDNT].

QUINTANA NAVARRO, Maria Teresa, C. Jose Vasconcelos 556, Col. Colinas De La Normal, Guadalajara, Jalisco, Mexico; Efrain Gonzalez Luna 2481, Guadalajara, Jalisco 44140, Mexico; Efrain Gonzalez Luna 302, Guadalajara, Jalisco CP 44200, Mexico; DOB 05 Mar 1971; POB Guadalajara, Jalisco, Mexico; C.U.R.P. QUNT710305MJCNVR02 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

QUINTANA ZORROZUA, Asier; DOB 27 Feb 1968; POB Bilbao Vizcaya Province, Spain; D.N.I. 30.609.430; Member ETA (individual) [SDGT].

QUINTERO ARCE, Juan Francisco (a.k.a. "EL CHATO"), Mexico; DOB 26 Aug 1959; POB Mocorito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. QUAJ590826P41 (Mexico); C.U.R.P. QUAJ590826HSLNRN02 (Mexico) (individual) [SDNTK].

QUINTERO CUEVAS, Carlos Enrique, Caracas, Capital District, Venezuela; DOB 16 Feb 1972; citizen Venezuela; Gender Male; Cedula No. 10719241 (Venezuela); Alternate Rector of Venezuela's National Electoral Council; Member of Venezuela's National Electoral Board (individual) [VENEZUELA].

QUINTERO MERAZ, Jose Albino; DOB 15 Sep 1959; POB Sinaloa, Mexico (individual) [SDNTK].

QUINTERO SANCLEMENTE, Ramon Alberto (a.k.a. "DON TOMAS"; a.k.a. "EL INGENIERO"; a.k.a. "LUCAS"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

QUISPE PALOMINO, Jorge (a.k.a. "COMRADE RAUL"); DOB 02 Nov 1958; POB Ayacucho, Peru; citizen Peru (individual) [SDNTK] [SDGT].

QUISPE PALOMINO, Victor (a.k.a. "COMRADE JOSE"); DOB 01 Aug 1960; POB Ayacucho, Peru; citizen Peru (individual) [SDNTK] [SDGT].

QUMU, Abu Sufian Ibrahim Ahmed Hamuda Bin (a.k.a. QHUMU, Sufian bin; a.k.a. QUMU,

Sufian bin), Darnah, Libya; DOB 26 Jun 1959; POB Darnah, Libya (individual) [SDGT].

QUMU, Sufian bin (a.k.a. QHUMU, Sufian bin; a.k.a. QUMU, Abu Sufian Ibrahim Ahmed Hamuda Bin), Darnah, Libya; DOB 26 Jun 1959; POB Darnah, Libya (individual) [SDGT].

QUOC VIET MARINE TRANSPORT JSC (a.k.a. CONG TY CO PHAN VAN TAI HANG HAI QUOC VIET), 5, Road 7, Phu Huu Ward, District 9, Ho Chi Minh City, Vietnam; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1701198159 (Vietnam) issued 2009 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

QUREISHI, Seyed Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QOREISHI, Seyyed Hojatollah; a.k.a. QURESHI, Seyed Hojatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

QURESHI, Aozma (a.k.a. SULTANA, Aozma), 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; 5 Maryport Road, Luton, Bedfordshire LU4 8EA, United Kingdom; 8 St. Mildreds Avenue, Luton, Bedfordshire LU31QR, United Kingdom; DOB 30 Oct 1982; POB Luton, UK; nationality United Kingdom; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 523632616 (United Kingdom) (individual) [SDGT] (Linked To: AL-QURESHI EXECUTIVES; Linked To: AAKHIRAH LIMITED).

QURJU, Jihad-al-Din, Syria; DOB 22 Aug 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

QURJU, Muhammad Mu'ammar, Syria; DOB 02 Aug 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

QUWAYDIR, Muhammed Bin-Muhammed Faris (a.k.a. KWEIDER, Muhammad; a.k.a. KWEITER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUAYDIR, Muhammad), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

QUYDIR, Aqilah Salih (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Aquila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. SALEH, Aqilah), DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

QVARTA VK COMPANY LIMITED (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

RA HAVACILIK LOJISTIK VE TASIMACILIK TICARET LIMITED, No: 3/101, Yesilce Mahallesi Dalgic Sokak, Kagithane, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 49840 (Turkey); Tax ID No. 7340903161 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR).

RA, Kyong-Su (a.k.a. CHANG, MYONG HO; a.k.a. CHANG, MYO'NG-HO; a.k.a. CHANG, MYONG-HO), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

RAAD, Mohammad (a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RAAD, Mohammed (a.k.a. RAAD, Mohammad; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RA'AD, Muhammad (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RAAGE, Abdirahman Nuure (a.k.a. NOOR, Abdirahman; a.k.a. NUREY, Abdelrahman; a.k.a. NUREY, Abdirahman; a.k.a. NUURE, Abdirahman; a.k.a. NUURI, Abdirahman), Baraawe, Lower Shabelle, Somalia; DOB 1968; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

RAAHBAR COMPUTER RESOURCES MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAAHBAR INFORMATICS SERVICES (a.k.a. RAAHBAR KHADAMAT INFORMATIC), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAAHBAR KHADAMAT INFORMATIC (a.k.a. RAAHBAR INFORMATICS SERVICES), Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAAHBAR SARIR INTEGRATED TRACKING SYSTEMS INC, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAB FORCES (a.k.a. RAPID ACTION BATTALION), RAB Forces Headquarters, Cargo Admin Building, Shahjalal International Airport, Kurmitola, Dhaka 1229, Bangladesh; Organization Established Date 26 Mar 2004; Target Type Government Entity [GLOMAG].

RABAH, Zuhayr, Syria; DOB 07 Jan 1956; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

RABALSKY, Jacob (a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RABBANI, Abul Hashim (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

RABBI, Faisal (a.k.a. RABI, Fazal; a.k.a. RABI, Fazl); DOB 1972; alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB Kabul Province, Afghanistan (individual) [SDGT].

RABI, Fazal (a.k.a. RABBI, Faisal; a.k.a. RABI, Fazl); DOB 1972; alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB Kabul Province, Afghanistan (individual) [SDGT].

RABI, Fazl (a.k.a. RABBI, Faisal; a.k.a. RABI, Fazal); DOB 1972; alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB

Kabul Province, Afghanistan (individual) [SDGT].

RABI', Mustafa Dib, Syria; DOB 10 Nov 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

RABIEE, Hamid Reza, Tehran, Iran; DOB 01 Feb 1962; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

RABITA TRUST, Room 9A, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan; Wares Colony, Lahore, Pakistan [SDGT].

RACHMANI MIR RACHMAN, Chatzi Atzmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ); a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAD D.O.O., Kralja Petra I B.B., Zvecan 43000, Kosovo; Organization Established Date 01 Feb 2018; Organization Type: Construction of buildings; Registration Number 810091687 (Kosovo) [GLOMAG] (Linked To: STEVIC, Radule).

RA'D, Muhammad (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RA'D, Muhammad Hasan (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad;

a.k.a. RAED, Mohamad; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

RADA, Amer Mohamed Akil (a.k.a. AQEEL, Amer Muhammad), Lebanon; DOB 07 Sep 1964; alt. DOB 10 Dec 1967; nationality Lebanon; alt. nationality Colombia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 67121004582 (Colombia); Identification Number V-28426454 (Venezuela) (individual) [SDGT] (Linked To: HIZBALLAH).

RADA, Samer Akil (a.k.a. RADA, Samer Mohamed Akil; a.k.a. REDA, Samer Mohamed Akil), Carabobo, Venezuela; DOB 10 Apr 1981; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 179029472 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

RADA, Samer Mohamed Akil (a.k.a. RADA, Samer Akil; a.k.a. REDA, Samer Mohamed Akil), Carabobo, Venezuela; DOB 10 Apr 1981; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 179029472 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

RADAN, Ahmad-Reza; DOB 1963; alt. DOB 1964; POB Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Chief, National Police; Deputy Police Chief; Brigadier General (individual) [SYRIA] [IRAN-HR].

RADAR MMS NPP (a.k.a. JOINT STOCK COMPANY RADAR MMS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Organization Established Date 14 Oct 1993; Tax ID No.

7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

RADFAR, Amir, Iran; DOB 22 Dec 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

RADIANT EK AO (Cyrillic: РАДИАНТ ЭК АО) (a.k.a. AO GK RADIANT), Ulitsa Profsoyuznaya, Dom 65, Korpus 1, Moscow 117342, Russia; Tax ID No. 7728792756 (Russia); Registration Number 1117746996377 (Russia) [RUSSIA-EO14024].

RADIATION APPLICATIONS DEVELOPMENT COMPANY (a.k.a. RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY; a.k.a. "RAD"; a.k.a. "RADIATION APPLICATIONS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY (a.k.a. RADIATION APPLICATIONS DEVELOPMENT COMPANY; a.k.a. "RAD"; a.k.a. "RADIATION APPLICATIONS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

RADIC, Miroslav; DOB 01 Jan 1961; ICTY indictee in custody (individual) [BALKANS].

RADIC, Mlado; DOB 15 May 1952; POB Lamovita, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

RADIC, Radovan, Kosovo; DOB 19 Oct 1981; nationality Serbia; Gender Male; Identification Number 005221713 (Serbia) expires 25 Mar 2024 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

RADIN MONEY EXCHANGE (a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RADIO AND TELEVISION CORPORATION (a.k.a. GENERAL ORGANIZATION OF RADIO AND TV; a.k.a. GENERAL RADIO AND TELEVISION CORPORATION; a.k.a. RTV SYRIA; a.k.a. SYRIAN DIRECTORATE GENERAL OF RADIO & TELEVISION EST; a.k.a. "GORT"), Al Oumaween Square, P.O. Box 250, Damascus, Syria [SYRIA].

RADIO ANNOUR (a.k.a. AL NOUR BROADCASTING STATION; a.k.a. AL NOUR RADIO; a.k.a. AL NUR RADIO), Abed Al Nour Street, PO Box 197/25, Alghobeiri, Haret Hriek, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; info@al-nour.net; www.al-nour.net [SDGT].

RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS (a.k.a. ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE; a.k.a. ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY; a.k.a. RTI IMENI ACADEMICIAN

A.L. MINTS), St. 8 Marta, House 10, Structure 1, Moscow 127083, Russia; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

RADIOAVIONICA CORPORATION (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA JSC; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

RADIOAVIONICA JSC (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONIKA PAO), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

RADIOAVIONIKA PAO (a.k.a. OAO RADIOAVIONIKA (Cyrillic: ОАО РАДИОАВИОНИКА); a.k.a. OJSC RADIOAVIONIKA; a.k.a. OPEN JOINT STOCK COMPANY RADIOAVIONIKA; a.k.a. OTKRYTOE ATSIONERNOE OBSHCHESTVO RADIOAVIONIKA; a.k.a. RADIOAVIONICA CORPORATION; a.k.a. RADIOAVIONICA JSC), d.4 litera B, prospekt Troitski, St. Petersburg 190005, Russia; Organization Established Date 08 Feb 1993; Tax ID No. 7809015518 (Russia); Government Gazette Number 27465454 (Russia); Registration Number 1027810239555 (Russia) [RUSSIA-EO14024].

RADIOAVTOMATIKA LLC (Cyrillic: ООО РАДИОАВТОМАТИКА) (a.k.a. "RADIOAUTOMATIC"), Zolotorogsky Val St., 11/22, Flat VII, Floor 2, Room 4, Moscow, Moscow Region, Russia; Website www.radioautomatic.ru; Target Type Private

Company; Tax ID No. 7725824287 (Russia) [RUSSIA-EO14024].

RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ) (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

RADIOPRIBOR AO (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. JSC RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR), Kazan, Republic of Tatarstan 420021, Russia; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

RADIOTECHSNAB (a.k.a. OOO RADIOTEKHSNAB), Kosa Petrovskaya d. 1, k. 1, lit. R, pomeshch. 32N, Saint Petersburg 197110, Russia; Tax ID No. 7813257380 (Russia); Registration Number 1167847310619 (Russia) [RUSSIA-EO14024].

RADISAVLJEVIC, Miljan, Donji Jasenovik, Zubin Potok, Kosovo; DOB 10 Dec 1972; POB Village Babudovici, Zubin Potok, Kosovo; nationality Serbia; Gender Male; Identification Number 1502104612 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

RADISAVLJEVIC, Miljojko (a.k.a. "RADISAVLJEVIC, Milojko"), Donji Jasenovik, Zubin Potok, Kosovo; DOB 23 Apr 1978; POB Village Babudovici, Zubin Potok, Kosovo; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

RADKOV, Aleksandr Mikhailovich (a.k.a. RADZKOU, Aleksandr Mikhailavich); DOB 01 Jul 1951; POB Votnya, Belarus; nationality

Belarus; citizen Belarus; Minister of Education (individual) [BELARUS].

RADMARD, Gholamreza (a.k.a. IRANAGH, Gholamreza Radmard), Iran; DOB 25 Jan 1984; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F35337357 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RADOJCIC, Milan Rajko (a.k.a. "RADOICIC, Milan"; a.k.a. "RADOJICIC, Milan"), Serbia; Lola Ribar Street, number 58/7, Mitrovica, Kosovo; DOB 21 Feb 1978; POB Djakovica, Kosovo; nationality Kosovo; Gender Male; Driver's License No. 20177871 (Kosovo); Identification Number 1174669941 (individual) [GLOMAG].

RADOMSKA, Olena (a.k.a. RADOMSKAYA, Elena Vladimirovna; a.k.a. RADOMSKAYA, Yelena), 211 Ulitsa Kuibysheva, Apt. 65, Donetsk, Donetsk Region, Ukraine; DOB 15 Nov 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

RADOMSKAYA, Elena Vladimirovna (a.k.a. RADOMSKA, Olena; a.k.a. RADOMSKAYA, Yelena), 211 Ulitsa Kuibysheva, Apt. 65, Donetsk, Donetsk Region, Ukraine; DOB 15 Nov 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

RADOMSKAYA, Yelena (a.k.a. RADOMSKA, Olena; a.k.a. RADOMSKAYA, Elena Vladimirovna), 211 Ulitsa Kuibysheva, Apt. 65, Donetsk, Donetsk Region, Ukraine; DOB 15 Nov 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

RADOVAN RADIC B.I., P.P. EU RR GRADNJA, Zupc 40650, Kosovo; Organization Established Date 13 Feb 2014; Organization Type: Construction of other civil engineering projects; V.A.T. Number 601071814 (Kosovo) [GLOMAG] (Linked To: RADIC, Radovan).

RADSEPAHAN (a.k.a. BAKHTAR RAAD ENGINEERING COMPANY; a.k.a. BAKHTAR RAAD SEPAHAN CO.; a.k.a. BAKHTAR RAAD SEPAHAN COMPANY), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue,

Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

RADUGA DESIGN BUREAU (a.k.a. AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA; a.k.a. RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK; a.k.a. RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK (a.k.a. AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA; a.k.a. RADUGA DESIGN BUREAU; a.k.a. RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA; a.k.a. RADUGA DESIGN BUREAU; a.k.a. RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RADULE STEVIC B.I., P.T.P. RAD, Prote Sfojaha, Zveqan 38227, Kosovo; Organization Established Date 04 Apr 2013; Organization Type: Construction of buildings; Tax ID No. 600953708 (Kosovo) [GLOMAG] (Linked To: STEVIC, Radule).

RADWAN, Osama (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine;

nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked to: HAMAS).

RADWAN, Osama Abd Al Karim (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked to: HAMAS).

RADZKOU, Aleksandr Mikhailavich (a.k.a. RADKOV, Aleksandr Mikhailovich); DOB 01 Jul 1951; POB Votnya, Belarus; nationality Belarus; citizen Belarus; Minister of Education (individual) [BELARUS].

RAED, Mohamad (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamed), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked to: HIZBALLAH).

RAED, Mohamed (a.k.a. RAAD, Mohammad; a.k.a. RAAD, Mohammed; a.k.a. RA'AD, Muhammad; a.k.a. RA'D, Muhammad; a.k.a. RA'D, Muhammad Hasan; a.k.a. RAED, Mohamad), Beirut, Lebanon; DOB 28 Aug 1955; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 307321 (Lebanon) (individual) [SDGT] (Linked to: HIZBALLAH).

RA'EESI, Sayyid Ibrahim (a.k.a. RAISI, Ebrahim; a.k.a. RAISOL-SADATI, Seyyid Ebrahim; a.k.a. RAIS-O-SADAT, Sayyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAFAT NEJAD, Gholamreza (a.k.a. RAFATNEJAD, Gholamreza); DOB 23 May 1979; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 137-582394-9; Birth Certificate Number 365 (individual) [CYBER2].

RAFATNEJAD, Gholamreza (a.k.a. RAFAT NEJAD, Gholamreza); DOB 23 May 1979; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 137-582394-9; Birth Certificate Number 365 (individual) [CYBER2].

RAFIQ, Assem (a.k.a. ABDULMALIK, Abdul Hameed; a.k.a. MALIK, Assim Mohammed Rafiq Abdul), 14 Almotaz Sad Al Deen Street, Al Nozha, Cairo, Egypt (individual) [IRAQ2].

RAFSANJAN CEMENT COMPANY (a.k.a. ZARIN RAFSANJAN CEMENT COMPANY; a.k.a. ZARRIN RAFSANJAN CEMENT COMPANY), 2nd Floor, No. 67, North Sindokht Street, West Dr. Fatemi Avenue, Tehran 1411953943, Iran; Website http://www.zarrincement.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RAGAB, Abdullah (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

RAGE, Ali Mohamed (a.k.a. RAGE, Ali Mohammed; a.k.a. "DHEERE, Ali"; a.k.a. "DHERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male (individual) [SDGT] (Linked to: AL-SHABAAB).

RAGE, Ali Mohammed (a.k.a. RAGE, Ali Mohamed; a.k.a. "DHEERE, Ali"; a.k.a. "DHERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male (individual) [SDGT] (Linked to: AL-SHABAAB).

RAH AHAN SHARGHI CO. (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN

RAILWAY CO (Arabic: شرکت راه آهن شرقی بنیاد (سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAH NEGAR PARS MIDDLE EAST COMPANY (a.k.a. RAHNEGAR KHAVARMIYANEH PARS COMPANY (Arabic: شرکت ره نگار خاور میانه پارس); a.k.a. RAHNEGAR MIDDLE EAST PARS COMPANY), 9th Floor, Islamic Revolution Mostazafan Foundation Building, Before Africa Blvd, Resalat Hwy, District 6, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320823609 (Iran); Registration Number 429795 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAH SAHEL INSTITUTE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

RAHAB INSTITUTE (f.k.a. RAHSAZ INSTITUTE), Ghorb-e Ghaem Building, Valiasr St., Azizi Blvd., Azadi Sq., Tehran, Iran; Eastern 14th St., Beihaghi Blvd., Arjantin Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

RAHAT LTD (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center

Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

RAHAT LTD. SARAFI (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MOHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chagay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

RAHAT TRADING COMPANY (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chagay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

RAHAVARAN FONOON PETROCHEMICAL COMPANY (a.k.a. "RFPC"), Site 3, Economic Special Zone, Bandar-e Emam Khomeyni, Bandar Mahshar, Khuzestan Province 6356178755, Iran; Floor 7, Bldg No. 46, First of Karim Khan Zand St., & Tir Square, Tehran, Iran; Petrochemical Complex, Pars Special Economic Zone, Assaluye, Bushehr Province, Iran; Website www.rfpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

RAHBARAN OMID DARYA SHIP MANAGEMENT CO. (a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a.

ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

RAHEEM, Mufti Abdul (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

RAHHAL, Mahmud, Syria; DOB 25 Jun 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

RAHIM SAFAWI, Yahia (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

RAHIM, Fazal (a.k.a. RAHIM, Fazel; a.k.a. RAHIM, Fazil; a.k.a. RAHMAN, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHIM, Fazel (a.k.a. RAHIM, Fazal; a.k.a. RAHIM, Fazil; a.k.a. RAHMAN, Fazil); DOB 05

Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHIM, Fazil (a.k.a. RAHIM, Fazal; a.k.a. RAHIM, Fazel; a.k.a. RAHMAN, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHIM, Mufti Abdul (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

RAHIM, Mufti Abdur (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

RAHIM, 'Umar Mahmud (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAHIMI, Hossein (Arabic: حسین رحیمی), Tehran, Iran; DOB Mar 1963 to Mar 1964; POB Markazi Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Police chief of Tehran (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

RAHIMIAN, Pejman (a.k.a. RAHIMIAN, Pezhman), Iran; POB Esfahan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285917855 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RAHIMIAN, Pezhman (a.k.a. RAHIMIAN, Pejman), Iran; POB Esfahan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 1285917855 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RAHIM-SAFAVI, Yahya (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAVI, Yahia; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

RAHIMYAR, Amir Hossein, #15, Golestan Alley, Baradaran Shahid Rahimi St., Imam Khomeini Ave., Lavasan, Tehran, Iran; DOB 31 Jan 1974; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

RAHMA CHARITABLE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FONDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMA WELFARE ASSOCIATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA

CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMA WELFARE FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMAH CHARITABLE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

RAHMAN, Abdur (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman;

a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

RAHMAN, Aman Abdul (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAHMAN, Anayat ur (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Anayatullah (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-

RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anayt; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Enayat al (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Fazil (a.k.a. RAHIM, Fazal; a.k.a. RAHIM, Fazel; a.k.a. RAHIM, Fazil); DOB 05 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Passport R512768 (Afghanistan) issued 25 Mar 2005 expires 12 Feb 2012 (individual) [SDGT].

RAHMAN, Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a.

RAHMAN, Inayatu (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anayt; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Inayat-u- (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL,

RAHMAN, Enayatullah (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayatrrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Inayatullah (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayatullah; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

RAHMAN, Matiur (a.k.a. AL-REHMAN, Matti; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati) DOB 1977; nationality Pakistan (individual) [SDGT].

RAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

RAHMAN, Oman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN,

Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAHMAN, Reza Kazemifar (Arabic: رضا کاظمیفر رحمان) (a.k.a. KAZEMIFAR, Reza), Tehran, Iran; DOB 02 Jun 1987; POB Ilam, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4501201381 (Iran); Birth Certificate Number 3946 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

RAHMANE, Merahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI FAZLI, Abd al-Reza (a.k.a. RAHMANI FAZLI, Abdolreza; a.k.a. RAHMANI FAZLI, Abdol-Reza; a.k.a. RAHMANI-FAZLI, Abdolreza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMANI FAZLI, Abdolreza (a.k.a. RAHMANI FAZLI, Abd al-Reza; a.k.a. RAHMANI FAZLI, Abdol-Reza; a.k.a. RAHMANI-FAZLI, Abdolreza), Iran; DOB 23 Dec 1959; alt. POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMANI FAZLI, Abdol-Reza (a.k.a. RAHMANI FAZLI, Abd al-Reza; a.k.a. RAHMANI FAZLI, Abdolreza; a.k.a. RAHMANI-FAZLI, Abdolreza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMANI GROUP INTERNATIONAL (a.k.a. RAHMANI GROUP INTERNATIONAL JLT (Arabic: (رحماني غروب إنترناشيونال جي ال تي)), Saba Tower, Office 702, Dubai, United Arab Emirates; Organization Established Date 04 Apr 2007; Business Registration Number JLT012 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RAHMANI GROUP INTERNATIONAL JLT (Arabic: (رحماني غروب إنترناشيونال جي ال تي) (a.k.a RAHMANI GROUP INTERNATIONAL), Saba Tower, Office 702, Dubai, United Arab Emirates; Organization Established Date 04 Apr 2007; Business Registration Number JLT012 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RAHMANI MIR RAHMAN, Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ); a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ) (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a.

RAHMANI, Ajmal; a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ); a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ); a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Haji Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144

(Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Alhaj Mir Rahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI, Haji Ajmal (a.k.a. MIR RAHMAN, Haji; a.k.a. RACHMANI MIR RACHMAN, Chatzi Atzmal; a.k.a. RAHMANI MIR RAHMAN, Ajmal; a.k.a. RAHMANI MIR RAHMAN, Haji Ajmal (Cyrillic: РАХМАНИ МИР РАХМАН, Хаджи Аджмал; Greek: PAXMANI MIP PAXMAN, Χατζη Ατζμαλ); a.k.a. RAHMANI, Ajmal; a.k.a. RAHMANI, Ajmal), Meadows, No. 9, Street 14, Villa 3, Dubai 346049, United Arab Emirates; DOB 01 Jun 1982; alt. DOB 01 Jan 1982; nationality Afghanistan; alt. nationality Hungary; alt. nationality Belgium; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport L00014320 (Cyprus) expires 28 Jan 2031; alt. Passport K00202144 (Cyprus) issued 24 Nov 2014 expires 24 Nov 2024; alt. Passport K00285499 (Cyprus); alt. Passport RE0001606 (Saint Kitts and Nevis); alt. Passport O2100300 (Afghanistan) expires 09 May 2023; alt. Passport D0007970 (Afghanistan) expires 21 Jul 2024; National ID No. 8206014981 (Bulgaria) (individual) [GLOMAG].

RAHMANI, Mir Rahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman;

a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mirahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI, Mirahman (a.k.a. QALANDAR KHAN, Mir Rahman; a.k.a. QALANDER KHAN, Mir Rahman; a.k.a. RAHMANE, Merahman; a.k.a. RAHMANI, Alhaj Mir Rahman; a.k.a. RAHMANI, Mir Rahman), Turkey; DOB 1962; alt. DOB 08 Nov 1962; alt. DOB 11 Aug 1962; alt. DOB 01 Jan 1962; POB Bagram District, Parwan Province, Afghanistan; nationality Afghanistan; alt. nationality Cyprus; alt. nationality Saint Kitts and Nevis; Gender Male; Passport D0007963 (Afghanistan) expires 20 Jul 2024; alt. Passport D0009658 (Afghanistan) expires 14 Aug 2026; alt. Passport O2426295 (Afghanistan) expires 01 Mar 2027; alt. Passport P00221762 (Afghanistan) expires 27 Aug 2028; alt. Passport S00002012 (Afghanistan) expires 13 Sep 2025; alt. Passport P00631433 (Afghanistan) expires 03 Dec 2027; alt. Passport C10135 (Saint Kitts and Nevis) expires 09 Jan 2025 (individual) [GLOMAG].

RAHMANI-FAZLI, Abdolreza (a.k.a. RAHMANI FAZLI, Abd al-Reza; a.k.a. RAHMANI FAZLI, Abdolreza; a.k.a. RAHMANI FAZLI, Abdol-Reza), Iran; DOB 23 Dec 1959; POB Shirvan, Iran; alt. POB North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-HR].

RAHMAT, Kari (a.k.a. RAHMAT, Qari), Kamkai Village, Achin District, Nangarhar Province, Afghanistan; Nangarhar Province, Afghanistan; DOB 1981; alt. DOB 1982; POB Shadal (variant Shadaal) Bazaar, Achin District, Nangarhar Province, Afghanistan (individual) [SDGT].

RAHMAT, Qari (a.k.a. RAHMAT, Kari), Kamkai Village, Achin District, Nangarhar Province, Afghanistan; Nangarhar Province, Afghanistan;

DOB 1981; alt. DOB 1982; POB Shadal (variant Shadaal) Bazaar, Achin District, Nangarhar Province, Afghanistan (individual) [SDGT].

RAHME, Raymond Zina (Arabic: ريمون زينة رحمة) (a.k.a. RAHMEH, Raymond; a.k.a. ZINA, Raymond Samir (Arabic: ريمون سمير زينا)), Lebanon; DOB 01 Oct 1968; POB Mar Saba, Lebanon; nationality Lebanon; Gender Male; Passport LR0555055 (Lebanon) expires 24 Jun 2031 (individual) [LEBANON].

RAHME, Teddy Zina (Arabic: تيدي زينة رحمة) (a.k.a. RAHMEH, Teddy Samir Zina; a.k.a. ZINA, Teddy Samir (Arabic: تادي سمير زينا)), Lebanon; DOB 10 Dec 1963; POB Bsharri, Lebanon; nationality Lebanon; Gender Male; Passport LR0016427 (Lebanon) expires 08 Aug 2021 (individual) [LEBANON].

RAHMEH, Raymond (a.k.a. RAHME, Raymond Zina (Arabic: ريمون زينة رحمة); a.k.a. ZINA, Raymond Samir (Arabic: ريمون سمير زينا)), Lebanon; DOB 01 Oct 1968; POB Mar Saba, Lebanon; nationality Lebanon; Gender Male; Passport LR0555055 (Lebanon) expires 24 Jun 2031 (individual) [LEBANON].

RAHMEH, Teddy Samir Zina (a.k.a. RAHME, Teddy Zina (Arabic: تيدي زينة رحمة); a.k.a. ZINA, Teddy Samir (Arabic: تادي سمير زينا)), Lebanon; DOB 10 Dec 1963; POB Bsharri, Lebanon; nationality Lebanon; Gender Male; Passport LR0016427 (Lebanon) expires 08 Aug 2021 (individual) [LEBANON].

RAHMUN, Muhammad Khalid, Syria; DOB 01 Apr 1957; Gender Male; Major General; Chief of the Political Security Directorate (individual) [SYRIA] (Linked To: POLITICAL SECURITY DIRECTORATE).

RAHNAVARD, Alireza; DOB 21 Mar 1980; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

RAHNEGAR KHAVARMIYANEH PARS COMPANY (Arabic: شرکت ره نگار خوار میانه پارس) (a.k.a. RAH NEGAR PARS MIDDLE EAST COMPANY; a.k.a. RAHNEGAR MIDDLE EAST PARS COMPANY), 9th Floor, Islamic Revolution Mostazafan Foundation Building, Before Africa Blvd, Resalat Hwy, District 6, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320823609 (Iran); Registration Number 429795 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAHNEGAR MIDDLE EAST PARS COMPANY (a.k.a. RAH NEGAR PARS MIDDLE EAST COMPANY; a.k.a. RAHNEGAR KHAVARMIYANEH PARS COMPANY (Arabic: شرکت ره نگار خوار میانه پارس)), 9th Floor, Islamic Revolution Mostazafan Foundation Building, Before Africa Blvd, Resalat Hwy, District 6, Tehran, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320823609 (Iran); Registration Number 429795 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAHPEYK, Siamak (a.k.a. RAHPEYK, Siyamak; a.k.a. RAH-PEYK, Siyamak; a.k.a. RAHPIEK, Siamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAHPEYK, Siyamak (a.k.a. RAHPEYK, Siamak; a.k.a. RAH-PEYK, Siyamak; a.k.a. RAHPIEK, Siamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAH-PEYK, Siyamak (a.k.a. RAHPEYK, Siamak; a.k.a. RAHPEYK, Siyamak; a.k.a. RAHPIEK, Siamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAHPIEK, Siamak (a.k.a. RAHPEYK, Siamak; a.k.a. RAHPEYK, Siyamak; a.k.a. RAH-PEYK, Siyamak), Iran; DOB 1963; alt. DOB 1964; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAHSAZ INSTITUTE (a.k.a. RAHAB INSTITUTE), Ghorb-e Ghaem Building, Valiasr St., Azizi Blvd., Azadi Sq., Tehran, Iran; Eastern 14th St., Beihaghi Blvd., Arjantin Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE

FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

RAIKES, Olga Borisovna (a.k.a. RAYKES, Olga Borisovna), 13/38 Tarmav Street, Rishon Lezion 7529025, Israel; Austria; Singapore; Pokrovka 35-17-1-17, Moscow 105062, Russia; DOB 25 Apr 1984; POB Ekaterinburg, Russia; nationality Russia; alt. nationality Israel; Gender Female; Passport 759916267 (Russia) expires 28 Jan 2029; alt. Passport 32392042 (Israel) issued 16 May 2018 expires 15 May 2023 (individual) [RUSSIA-EO14024].

RAILCOM RAAHBAR CO., Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

RAIN TRADE GIDA IC VE DIS TICARET LIMITED SIRKETI, Maslak Mah. Sanatkarlar Sk. Eclipse Maslak Sit. No: 2B/244, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 May 2019; Istanbul Chamber of Comm. No. 1184720 (Turkey); Registration Number 194936-5 (Turkey); Central Registration System Number 0734-1778-2910-0001 (Turkey) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RAISI, Ebrahim (a.k.a. RA'EESI, Sayyid Ibrahim; a.k.a. RAISOL-SADATI, Seyyid Ebrahim; a.k.a. RAIS-O-SADAT, Sayyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAISOL-SADATI, Seyyid Ebrahim (a.k.a. RA'EESI, Sayyid Ibrahim; a.k.a. RAISI, Ebrahim; a.k.a. RAIS-O-SADAT, Sayyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAIS-O-SADAT, Sayyid Ebrahim (a.k.a. RA'EESI, Sayyid Ibrahim; a.k.a. RAISI, Ebrahim; a.k.a. RAISOL-SADATI, Seyyid Ebrahim), Iran; DOB 14 Dec 1960; alt. DOB Nov 1960; alt. DOB Dec 1960; POB Masshad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RAJA SOLEIMAN MOVEMENT (a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT].

RAJAB, Abdallah (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salim Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"; a.k.a. "AL-WARD, 'Abd"; a.k.a. "NAIM, Abu"), DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

RAJAB, Maulawi (a.k.a. SALAHUDIN, Maulawi Rajab), Paghman District, Kabul Province, Afghanistan; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT].

RAJABI, Morteza (a.k.a. AL-ZAHIR, Rajabi Ali; a.k.a. ESLAMI, Mortaza Rajabi; a.k.a. RAJABIESLAMI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

RAJABIESLAMI, Morteza (a.k.a. AL-ZAHIR, Rajabi Ali; a.k.a. ESLAMI, Mortaza Rajabi; a.k.a. RAJABI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

RAJAEE SHAHR PRISON (a.k.a. GOHARDASHT PRISON; a.k.a. RAJAEI SHAHR PRISON; a.k.a. RAJAI-SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

RAJAEI SHAHR PRISON (a.k.a. GOHARDASHT PRISON; a.k.a. RAJAEE SHAHR PRISON; a.k.a. RAJAI-SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

RAJAH SOLAIMAN GROUP (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT].

RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT].

RAJAH SOLAIMAN MOVEMENT (RSM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH

SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT].

RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT].

RAJAH SULAIMAN MOVEMENT (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT].

RAJAH SULAYMAN MOVEMENT (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN MOVEMENT (RSM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT) [SDGT].

RAJAI-SHAHR PRISON (a.k.a. GOHARDASHT PRISON; a.k.a. RAJAEE SHAHR PRISON; a.k.a. RAJAEI SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

RAJBROOK LIMITED, United Kingdom [IRAQ2].

RAJIC, Ivica; DOB 05 May 1958; POB Johovac, Bosnia-Herzegovina; ICTY indictee at large (individual) [BALKANS].

RAKETA LUBRIKANTS (a.k.a. "LLC ROCKET LUBRICANTS"), Ul. Rozy Lyuksemburg Str. 22, Office 406, Yekaterinburg 620000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6658521204 (Russia); Registration Number 1186658083556 (Russia) [RUSSIA-EO14024].

RAKHIMOV, Gafur Akhmedovich (a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК

АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gafur Arslanbek (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ) (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130

(Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Ghafur Arslambek (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Gofur-Arslonbek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gofur-Arslonbek (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich (Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek Akhmedovich), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHIMOV, Gofur-Arslonbek Akhmedovich (a.k.a. RAKHIMOV, Gafur Akhmedovich; a.k.a. RAKHIMOV, Gafur Arslanbek; a.k.a. RAKHIMOV, Gafur-Arslanbek Akhmedovich

(Cyrillic: РАХИМОВ, ГАФУР-АРСЛАНБЕК АХМЕДОВИЧ); a.k.a. RAKHIMOV, Ghafur Arslambek; a.k.a. RAKHIMOV, Gofur-Arslonbek), The Meadows, Villa Number 64, Sheikh Zayed Road, near Emirates Hills, Dubai, United Arab Emirates; Leninsky Prospekt, 128-1-125, Moscow, Russia; DOB 22 Jul 1951; POB Tashkent, Uzbekistan; Gender Male; Passport 645720381 (Russia); alt. Passport CA1804389 (Uzbekistan); alt. Passport CA1601000 (Uzbekistan); alt. Passport CA1521130 (Uzbekistan); alt. Passport CA1581065 (Uzbekistan); alt. Passport CA0960250 (Uzbekistan); National ID No. 03101200302034752 (United Arab Emirates); alt. National ID No. 4511669324 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юрэўна) (a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANAVA, Marina; a.k.a. RAKHMANAVA, Marina Iurevna; a.k.a. RAKHMANAVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANAVA, Maryna Iureuna (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юрэўна); a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANAVA, Marina; a.k.a. RAKHMANAVA, Marina Iurevna; a.k.a. RAKHMANAVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANAVA, Maryna Jurjewna (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юрэўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Marina; a.k.a. RAKHMANAVA, Marina Iurevna; a.k.a. RAKHMANAVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANOV, Aleksei Lvovich (a.k.a. RAKHMANOV, Aleksey Lvovich (Cyrillic: РАХМАНОВ, Алексей Львович); a.k.a. "RAKHMANOV, Alexei L"), Russia; DOB 18 Jul

1964; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RAKHMANOV, Aleksey Lvovich (Cyrillic: РАХМАНОВ, Алексей Львович) (a.k.a. RAKHMANOV, Aleksei Lvovich; a.k.a. "RAKHMANOV, Alexei L"), Russia; DOB 18 Jul 1964; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RAKHMANOVA, Marina (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юрэўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANAVA, Marina Iurevna; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANOVA, Marina Iurevna (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юрэўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANAVA, Marina; a.k.a. RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна)), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKHMANOVA, Marina Yurievna (Cyrillic: РАХМАНОВА, Марина Юрьевна) (a.k.a. RAKHMANAVA, Marina Yureuna (Cyrillic: РАХМАНАВА, Марына Юрэўна); a.k.a. RAKHMANAVA, Maryna Iureuna; a.k.a. RAKHMANAVA, Maryna Jurjewna; a.k.a. RAKHMANAVA, Marina; a.k.a. RAKHMANOVA, Marina Iurevna), Hrodna Oblast, Belarus; DOB 26 Sep 1970; nationality Belarus; Gender Female (individual) [BELARUS].

RAKIPI, Aqif (f.k.a. EJYLBEGAJ, Skender), Elbasan, Albania; DOB 01 Apr 1964; POB Durres, Albania; nationality Albania; citizen Albania; Gender Male (individual) [BALKANS-EO14033].

RAKITIN, Aleksandr Vasilievich (a.k.a. RAKITIN, Alexander Vasilyevich (Cyrillic: РАКИТИН, Александр Васильевич)), Russia; DOB 17 May 1958; nationality Russia; Gender Male; Member

of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAKITIN, Alexander Vasilyevich (Cyrillic: РАКИТИН, Александр Васильевич) (a.k.a. RAKITIN, Aleksandr Vasilievich), Russia; DOB 17 May 1958; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAKITIN, Igor Borisovich (Cyrillic: РАКИТИН, Игорь Борисович), Russia; DOB 05 Oct 1973; POB Uvarovo, Tambov Region, Russia; nationality Russia; Gender Male; Tax ID No. 100602094834 (Russia) (individual) [RUSSIA-EO14024].

RAMADAN, Taha Yasin (a.k.a. AL-JIZRAWI, Taha Yassin Ramadan; a.k.a. RAMADAN, Taha Yassin); DOB circa 1938; nationality Iraq; Former Vice President (individual) [IRAQ2].

RAMADAN, Taha Yassin (a.k.a. AL-JIZRAWI, Taha Yassin Ramadan; a.k.a. RAMADAN, Taha Yasin); DOB circa 1938; nationality Iraq; Former Vice President (individual) [IRAQ2].

RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène) (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

RAMADANIYYAN THANI, Ghlamrda (a.k.a. RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانیان ثانی); a.k.a. RAMEZANIAN, Reza; a.k.a. SANI RAMAZAN GHOLAMREZA, Ramazanian), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

RAMADHANI, Dini, Kayseri, Turkey; DOB 10 Mar 1993; nationality Indonesia; Gender Female; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport B 4286562 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

RAMAK (a.k.a. RAMAK DUTY FREE; a.k.a. RAMAK DUTY FREE SHOP LTD; a.k.a. RAMAK DUTY FREE SHOPS - SYRIA; a.k.a. RAMAK DUTY FREE SHOPS LTD.; a.k.a. RAMAK FIRM FOR FREE TRADE ZONES), Free Zone Area, Jamarek, PO Box 932, Damascus, Syria; Al Rawda Street, PO Box 932, Damascus, Syria; Abu Ramana Street, Rawda, Damascus, Syria; Damascus Duty Free, Damascus International Airport, Damascus, Syria; Dara'a Duty Free, Naseeb Border Center, Dara'a, Syria; Aleppo Duty Free, Aleppo International Airport, Aleppo, Syria; Jdaideh Duty Free Complex, Jdaideh Yaboos, Damascus, Syria; Bab el Hawa Border Center, Aleppo, Syria; Lattakia Port, Lattakia, Syria; Tartous Port, Tartous, Syria; Website www.ramakdutyfree.net; Email Address dam.d.free@net.sy [SYRIA].

RAMAK COMPANY FOR DEVELOPMENT AND HUMANITARIAN PROJECTS LLC (a.k.a. RAMAK DEVELOPMENT AND HUMANITARIAN PROJECTS LLC (Arabic: راماك للمشاريع التنموية و الانسانية)), Rural Damascus, Syria; Organization Established Date 08 Aug 2011; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA] [SYRIA-CAESAR].

RAMAK DEVELOPMENT AND HUMANITARIAN PROJECTS LLC (Arabic: راماك للمشاريع التنموية و الانسانية) (a.k.a. RAMAK COMPANY FOR DEVELOPMENT AND HUMANITARIAN PROJECTS LLC), Rural Damascus, Syria; Organization Established Date 08 Aug 2011; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA] [SYRIA-CAESAR].

RAMAK DUTY FREE (a.k.a. RAMAK; a.k.a. RAMAK DUTY FREE SHOP LTD; a.k.a. RAMAK DUTY FREE SHOPS - SYRIA; a.k.a. RAMAK DUTY FREE SHOPS LTD.; a.k.a. RAMAK FIRM FOR FREE TRADE ZONES), Free Zone Area, Jamarek, PO Box 932, Damascus, Syria; Al Rawda Street, PO Box 932, Damascus, Syria; Abu Ramana Street, Rawda, Damascus, Syria; Damascus Duty Free, Damascus International Airport, Damascus, Syria; Dara'a Duty Free, Naseeb Border Center, Dara'a, Syria; Aleppo Duty Free,

Aleppo International Airport, Aleppo, Syria; Jdaideh Duty Free Complex, Jdaideh Yaboos, Damascus, Syria; Bab el Hawa Border Center, Aleppo, Syria; Lattakia Port, Lattakia, Syria; Tartous Port, Tartous, Syria; Website www.ramakdutyfree.net; Email Address dam.d.free@net.sy [SYRIA].

RAMAK DUTY FREE SHOP LTD (a.k.a. RAMAK; a.k.a. RAMAK DUTY FREE; a.k.a. RAMAK DUTY FREE SHOPS - SYRIA; a.k.a. RAMAK DUTY FREE SHOPS LTD.; a.k.a. RAMAK FIRM FOR FREE TRADE ZONES), Free Zone Area, Jamarek, PO Box 932, Damascus, Syria; Al Rawda Street, PO Box 932, Damascus, Syria; Abu Ramana Street, Rawda, Damascus, Syria; Damascus Duty Free, Damascus International Airport, Damascus, Syria; Dara'a Duty Free, Naseeb Border Center, Dara'a, Syria; Aleppo Duty Free, Aleppo International Airport, Aleppo, Syria; Jdaideh Duty Free Complex, Jdaideh Yaboos, Damascus, Syria; Bab el Hawa Border Center, Aleppo, Syria; Lattakia Port, Lattakia, Syria; Tartous Port, Tartous, Syria; Website www.ramakdutyfree.net; Email Address dam.d.free@net.sy [SYRIA].

RAMAK DUTY FREE SHOPS - SYRIA (a.k.a. RAMAK; a.k.a. RAMAK DUTY FREE; a.k.a. RAMAK DUTY FREE SHOP LTD; a.k.a. RAMAK DUTY FREE SHOPS LTD.; a.k.a. RAMAK FIRM FOR FREE TRADE ZONES), Free Zone Area, Jamarek, PO Box 932, Damascus, Syria; Al Rawda Street, PO Box 932, Damascus, Syria; Abu Ramana Street, Rawda, Damascus, Syria; Damascus Duty Free, Damascus International Airport, Damascus, Syria; Dara'a Duty Free, Naseeb Border Center, Dara'a, Syria; Aleppo Duty Free, Aleppo International Airport, Aleppo, Syria; Jdaideh Duty Free Complex, Jdaideh Yaboos, Damascus, Syria; Bab el Hawa Border Center, Aleppo, Syria; Lattakia Port, Lattakia, Syria; Tartous Port, Tartous, Syria; Website www.ramakdutyfree.net; Email Address dam.d.free@net.sy [SYRIA].

RAMAK DUTY FREE SHOPS LTD. (a.k.a. RAMAK; a.k.a. RAMAK DUTY FREE; a.k.a. RAMAK DUTY FREE SHOP LTD; a.k.a. RAMAK DUTY FREE SHOPS - SYRIA; a.k.a. RAMAK FIRM FOR FREE TRADE ZONES), Free Zone Area, Jamarek, PO Box 932, Damascus, Syria; Al Rawda Street, PO Box 932, Damascus, Syria; Abu Ramana Street, Rawda, Damascus, Syria; Damascus Duty Free, Damascus International Airport,

Damascus, Syria; Dara'a Duty Free, Naseeb Border Center, Dara'a, Syria; Aleppo Duty Free, Aleppo International Airport, Aleppo, Syria; Jdaideh Duty Free Complex, Jdaideh Yaboos, Damascus, Syria; Bab el Hawa Border Center, Aleppo, Syria; Lattakia Port, Lattakia, Syria; Tartous Port, Tartous, Syria; Website www.ramakdutyfree.net; Email Address dam.d.free@net.sy [SYRIA].

RAMAK FIRM FOR FREE TRADE ZONES (a.k.a. RAMAK; a.k.a. RAMAK DUTY FREE; a.k.a. RAMAK DUTY FREE SHOP LTD; a.k.a. RAMAK DUTY FREE SHOPS - SYRIA; a.k.a. RAMAK DUTY FREE SHOPS LTD.), Free Zone Area, Jamarek, PO Box 932, Damascus, Syria; Al Rawda Street, PO Box 932, Damascus, Syria; Abu Ramana Street, Rawda, Damascus, Syria; Damascus Duty Free, Damascus International Airport, Damascus, Syria; Dara'a Duty Free, Naseeb Border Center, Dara'a, Syria; Aleppo Duty Free, Aleppo International Airport, Aleppo, Syria; Jdaideh Duty Free Complex, Jdaideh Yaboos, Damascus, Syria; Bab el Hawa Border Center, Aleppo, Syria; Lattakia Port, Lattakia, Syria; Tartous Port, Tartous, Syria; Website www.ramakdutyfree.net; Email Address dam.d.free@net.sy [SYRIA].

RAMAN CO. (a.k.a. RAMAN COMPANY (Arabic: شرکت رامان)), 4th Floor, No. 29, Daman Afshar St., after Mirdamad Intersection Africa Boulevard Southbound, Tehran, Iran; Website www.ramanco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100395530 (Iran); Registration Number 9523 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAMAN COMPANY (Arabic: شرکت رامان) (a.k.a. RAMAN CO.), 4th Floor, No. 29, Daman Afshar St., after Mirdamad Intersection Africa Boulevard Southbound, Tehran, Iran; Website www.ramanco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100395530 (Iran); Registration Number 9523 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RAMCHARAM, Leebert (a.k.a. MARSHALL, Donovan; a.k.a. RAMCHARAN, Leebert; a.k.a. RAMCHARAN, Liebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

RAMCHARAN BROTHERS LTD, Rosehall Main Road, Rosehall, Jamaica [SDNTK].

RAMCHARAN LTD, Rosehall Main Road, Rosehall, Jamaica [SDNTK].

RAMCHARAN, Leebert (a.k.a. MARSHALL, Donovan; a.k.a. RAMCHARAM, Leebert; a.k.a. RAMCHARAN, Liebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

RAMCHARAN, Liebert (a.k.a. MARSHALL, Donovan; a.k.a. RAMCHARAM, Leebert; a.k.a. RAMCHARAN, Leebert); DOB 28 Dec 1959; POB Jamaica (individual) [SDNTK].

RAMENSKIY PRIBOROSTROITELNYY ZAVOD (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE DESIGN COMPANY JOINT STOCK COMPANY (a.k.a. JSC RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. "JSC RDC"), Gurieva St., 2, Ramenskoye, Moscow Region 140103, Russia; Tax ID No. 5040007594 (Russia); Registration Number 1025005118830 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT ENGINEERING PLANT (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN

BUREAU; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT PLANT (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE

PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMENSKY INSTRUMENT-MAKING FACTORY (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124,

Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانيان ثاني (a.k.a. RAMADANIYYAN THANI, Ghlamrda; a.k.a. RAMEZANIAN, Reza; a.k.a. SANI RAMAZAN GHOLAMREZA, Ramazanian), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

RAMEZANIAN, Reza (a.k.a. RAMADANIYYAN THANI, Ghlamrda; a.k.a. RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانيان ثاني;( a.k.a. SANI RAMAZAN GHOLAMREZA, Ramazanian), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

RAMI, Abu-Ahmad (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "HISHAM"), Iran; DOB 01 Jan 1979; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 04716186 (Yemen) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RAMI, Yaacoub Baker (a.k.a. BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر;( a.k.a. BAKER, Rami Yaacoub; a.k.a. BAKER, Ramy Kamel Yaacoub), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200

(Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

RAMIREZ ABADIA Y CIA. S.C.S., Avenida Estacion No. 5BN-73 of. 207, Cali, Colombia; NIT # 800117676-4 (Colombia) [SDNT].

RAMIREZ ABADIA, Juan Carlos, Calle 6A No. 34-65, Cali, Colombia; c/o DISDROGAS LTDA., Yumbo, Valle, Colombia; c/o RAMIREZ ABADIA Y CIA. S.C.S., Cali, Colombia; DOB 16 Feb 1963; Cedula No. 16684736 (Colombia); Passport AD127327 (Colombia) (individual) [SDNT].

RAMIREZ AGUIRRE, Sergio Humberto, c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 22 Nov 1951 (individual) [SDNTK].

RAMIREZ DUQUE, Carlos Manuel, c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; Calle 50 No. 65-42 Of. 205, Medellin, Colombia; DOB 14 Dec 1947; Cedula No. 8281944 (Colombia) (individual) [SDNT].

RAMIREZ GARCIA, Freyner Alfonso (a.k.a. "CARLOS PESEBRE"); DOB 13 May 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 71737758 (Colombia) (individual) [SDNTK].

RAMIREZ GARCIA, Hernan Felipe, c/o CONSULTORIAS FINANCIERAS S.A., Cali, Colombia; Calle 7 No. 51-37, Cali, Colombia; DOB 09 Jun 1969; POB Cali, Colombia; Cedula No. 16772586 (Colombia); Passport AI848476 (Colombia) (individual) [SDNT].

RAMIREZ LENIS, Jhon Jairo, Carrera 4C No. 34-27, Cali, Colombia; DOB 19 Jul 1966; Cedula No. 79395056 (Colombia) (individual) [SDNT].

RAMIREZ PERALES, Jose Odilon, Tamaulipas, Mexico; Piedras Negras, Coahuila, Mexico; DOB 20 Jul 1972; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Passport 84059255 (Mexico); C.U.R.P. RAPO720720HTMSRD03 (Mexico) (individual) [SDNTK] (Linked To: LOS ZETAS).

RAMIREZ TREVINO, Mario (a.k.a. RAMIREZ TREVINO, Mario Armando), Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RAMIREZ TREVINO, Mario Armando (a.k.a. RAMIREZ TREVINO, Mario), Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RAMIREZ Y CIA. LTDA. (a.k.a. DISDROGAS LTDA.), Carrera 38 No. 13-138 Acopi, Yumbo, Valle, Colombia; Calle 15 No. 11-34, Pasto, Narino, Colombia; Carrera 1D Bis. No. 15-55, Neiva, Huila, Colombia; Calle 39 No. 17-42, Neiva, Huila, Colombia; Apartado Aereo 30530, Cali, Colombia; NIT # 800058576-2 (Colombia) [SDNT].

RAMIREZ, Joise Luis (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

RAMKIANI QURDEBI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: BOP B 3AKOHE); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: BOPЫ B 3AKOHE); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: 3AKOHHИK)), United States; Russia; Greece; Ukraine; Spain [TCO].

RAMKIANI QURDI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: BOP B

3AKOHE); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: BOPЫ B 3AKOHE); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: 3AKOHHИK)), United States; Russia; Greece; Ukraine; Spain [TCO].

RAMON MAGANA, Alcedis (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

RAMON MAGANA, Alcides (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

RAMOR DIS TICARET VE INSAAT YATIRIM ANONIM SIRKETI (a.k.a. RAMOR GROUP), Ataturk mah. 42 Ada Gardenya 7/1 Kat. 12 D.77 Atasehir, Istanbul, Turkey; 42A ADA Kat: 12, Daire: 77, No: 7/1, Gardenya Plaza, Atasehir, Istanbul 34758, Turkey; Website www.ramor.com.tr; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: TAVAN, Resit).

RAMOR GROUP (a.k.a. RAMOR DIS TICARET VE INSAAT YATIRIM ANONIM SIRKETI), Ataturk mah. 42 Ada Gardenya 7/1 Kat. 12 D.77 Atasehir, Istanbul, Turkey; 42A ADA Kat: 12, Daire: 77, No: 7/1, Gardenya Plaza, Atasehir, Istanbul 34758, Turkey; Website www.ramor.com.tr; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: TAVAN, Resit).

RAMOS ACOSTA, Alvaro (a.k.a. "Alvaro Arroz Ramos"), Calle Privada Homero Numero 3, Fraccionamiento El Greco, Nogales, Sonora, Mexico; DOB 31 Mar 1976; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. RAAA760331HSRMCL00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RAMOX PEREZ, Jorge (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN

FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

RAMSHEH, Ali Reza Nurian, Iran; DOB 25 May 1967; alt. DOB 20 Jun 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0938665847 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

RANA INSTITUTE (a.k.a. RANA INTELLIGENCE COMPUTING COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RANA INTELLIGENCE COMPUTING COMPANY (a.k.a. RANA INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RANCHO AGRICOLA GANADERO LOS MEZQUITES, S.A. DE C.V., Entrada a los Cascabeles 2.8 Carretera Internacional Sur Km. 22, Culiacan, Sinaloa, Mexico; R.F.C. RAG000412BY5 (Mexico) [SDNTK].

RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V. (a.k.a. FRESCOS EL PACHON), Km. 14 Camino Viejo a San Isidro Mazatepec, Tala, Jalisco 45340, Mexico; Folio Mercantil No. 6022 (Mexico) [SDNTK].

RANCHO LA DORADA, 2o Callejon, Caserio las Delicias, Ayutla, San Marcos, Guatemala; NIT # 1198063-K (Guatemala) [SDNTK].

RANCHO LA HERADURA (a.k.a. RANCHO LA HERRADURA), Bajos de Choloma Carretera a Ticamaya, Cortes, Honduras [SDNTK].

RANCHO LA HERRADURA (a.k.a. RANCHO LA HERADURA), Bajos de Choloma Carretera a Ticamaya, Cortes, Honduras [SDNTK].

RANGEL BUENDIA, Alfredo, Privada Laredo 6412, Colonia Hipodromo, Nuevo Laredo, Tamaulipas, Mexico; Calle Villareal 23, Colonia Country Club, Hermosillo, Sonora, Mexico; Calle Leonardo Valles 721, Hermosillo, Sonora, Mexico; Calle Sierra Azul 239, Hermosillo,

Sonora, Mexico; DOB 23 Feb 1966; alt. DOB 03 Nov 1986; alt. DOB 03 Jan 1966; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Driver's License No. 724097 (Mexico); Credencial electoral 156593459 (Mexico); C.U.R.P. RABA660223HTSNNL09 (Mexico); Electoral Registry No. RNBNAL66022328H401 (Mexico) (individual) [SDNTK].

RANGEL GOMEZ, Francisco Jose (Latin: RANGEL GOMEZ, Francisco José), Bolivar, Venezuela; DOB 04 Apr 1953; POB Caracas, Venezuela; citizen Venezuela; Gender Male; Cedula No. 2520281 (Venezuela); Former Governor of Bolivar State (individual) [VENEZUELA].

RANGEL SILVA, Henry de Jesus, Trujillo, Venezuela; DOB 28 Aug 1961; nationality Venezuela; Gender Male; Cedula No. 5.764.952 (Venezuela) (individual) [VENEZUELA].

RANGEVISION (a.k.a. RENDZHVIZHN), Ul. Lenina D. 5B, Pomeshch. Vi, Krasnogorsk 143404, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5024151174 (Russia); Registration Number 1155024000471 (Russia) [RUSSIA-EO14024].

RANLEY, James Koang Chol (a.k.a. CHOL, James Koang; a.k.a. CHUAL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

RANLEY, Koang Chuol (a.k.a. CHOL, James Koang; a.k.a. CHUAL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, James Koang Chol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

RANTISI, Abdel Aziz, Gaza Strip, undetermined; DOB 23 Oct 1947; POB Yubna, Gaza (Palestinian Authority) (individual) [SDGT].

RAOUF, Hafiz Abdul (a.k.a. RAUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdur), 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; Dola Khurd, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 33 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; Passport CM1074131 (Pakistan) issued 29 Oct 2008

expires 29 Oct 2013; alt. Passport Booklet: A7523531 (Pakistan); National ID No. CNIC: 35202-5400413-9 (Pakistan); alt. National ID No. NIC: 277-93-113495 (Pakistan); alt. National ID No. 27873113495 (Pakistan) (individual) [SDGT].

RAPART SERVISEZ (a.k.a. RAPART SERVISEZ OOO), ul. Leninskaya Sloboda d. 26, et 1 pom. IV kom 106, Moscow 115280, Russia; Tax ID No. 7725497858 (Russia); Registration Number 1187746841941 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

RAPART SERVISEZ OOO (a.k.a. RAPART SERVISEZ), ul. Leninskaya Sloboda d. 26, et 1 pom. IV kom 106, Moscow 115280, Russia; Tax ID No. 7725497858 (Russia); Registration Number 1187746841941 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

RAPID ACTION BATTALION (a.k.a. RAB FORCES), RAB Forces Headquarters, Cargo Admin Building, Shahjalal International Airport, Kurmitola, Dhaka 1229, Bangladesh; Organization Established Date 26 Mar 2004; Target Type Government Entity [GLOMAG].

RAPID INTERVENTION FORCE (a.k.a. FIRQAT EL-NEMR; a.k.a. SAUDI RAPID INTERVENTION GROUP; a.k.a. "TIGER SQUAD"), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

RAPOPORT, Boris Iakovlevich (a.k.a. RAPOPORT, Boris Jakovlevich; a.k.a. RAPOPORT, Boris Yakovlevich), Russia; DOB 14 Aug 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

RAPOPORT, Boris Jakovlevich (a.k.a. RAPOPORT, Boris Iakovlevich; a.k.a. RAPOPORT, Boris Yakovlevich), Russia; DOB 14 Aug 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

RAPOPORT, Boris Yakovlevich (a.k.a. RAPOPORT, Boris Iakovlevich; a.k.a. RAPOPORT, Boris Jakovlevich), Russia; DOB 14 Aug 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

RAPOTA, Grigoriy Alexeyevich (Cyrillic: РАПОТА, Григорий Алексеевич) (a.k.a. RAPOTA, Grigory Alexeyevich), Russia; DOB 05 Feb 1944; nationality Russia; Gender Male; Member of the Federation Council of the

Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAPOTA, Grigory Alexeyevich (a.k.a. RAPOTA, Grigoriy Alexeyevich (Cyrillic: РАПОТА, Григорий Алексеевич)), Russia; DOB 05 Feb 1944; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RARRBO, Ahmed Hosni (a.k.a. "ABDALLAH O ABDULLAH"); DOB 12 Sep 1974; POB Bologhine, Algeria (individual) [SDGT].

RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС)), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

RASCON RAMIREZ, Jose Javier (a.k.a. "EL KHADAFI"); DOB 24 Jul 1966; citizen Mexico (individual) [SDNTK].

RASEVIC, Mitar; DOB 1940; POB Cagust, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

RASHED EXCHANGE (a.k.a. SARAFI RASHED); Website www.Rashedexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran); Commercial Registry Number 0411518776478 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati).

RASHEDI, Naser (Arabic: ناصر راشدی), Iran; DOB 30 Mar 1961; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to

OFFICE OF FOREIGN ASSETS CONTROL                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Secondary Sanctions; Gender Male; Passport W35402984 (Iran) expires 31 Oct 2020; National ID No. 2002442320 (Iran); Iranian Ministry of Intelligence and Security Deputy Minister for Intelligence (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RASHI, Abdul Majid (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

RASHID BAHRAWI, Abdul (a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHID BALOCH, Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHID BALUCH, Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHID, Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHID, Abdul Majid (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

RASHID, Abu Yunus (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

RASHID, Ata Abd Al-Aziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abdoulaziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 01 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Travel Document Number A0020375 (Germany) (individual) [SDGT].

RASHID, Ata Abdoulaziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abd Al-Aziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 01 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Travel Document Number A0020375 (Germany) (individual) [SDGT].

RASHID, Badr, Syria; DOB 01 Jan 1987; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

RASHID, Gholam Ali (a.k.a. RASHID, Gholamali), Iran; DOB 1953; alt. DOB 1954; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RASHID, Gholamali (a.k.a. RASHID, Gholam Ali), Iran; DOB 1953; alt. DOB 1954; POB Dezful, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

RASHID, Hafiz Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Mullah Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to

1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHID, Humam 'abd al-Khaliq (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

RASHID, Mullah Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Qari Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHID, Qari Abdul (a.k.a. RASHID BAHRAWI, Abdul; a.k.a. RASHID BALOCH, Abdul; a.k.a. RASHID BALUCH, Abdul; a.k.a. RASHID, Abdul; a.k.a. RASHID, Hafiz Abdul; a.k.a. RASHID, Mullah Abdul), Dalbandin, Balochistan Province, Pakistan; Afghanistan; DOB 1970 to 1972; POB Dishu District, Helmand Province, Afghanistan; Maulawi (individual) [SDGT].

RASHIDI, Ali Akbar (a.k.a. RASHIDI-BARJINI, Aliakbar (Arabic: علی اکبر رشیدی بارجینی), Iran; DOB 30 Apr 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480034870 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

RASHIDI-BARJINI, Aliakbar (Arabic: علی اکبر رشیدی بارجینی) (a.k.a. RASHIDI, Ali Akbar), Iran; DOB 30 Apr 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480034870 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

RASHIN OCEAN EAST CO., LTD. (a.k.a. EAST OCEAN RASHIN (Arabic: راشین اقیانوس شرق); a.k.a. EAST OCEAN RASHIN SHIPPING CO; a.k.a. EAST RASHIN OCEAN CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province

7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

RASHKIN, Valery Fedorovich (Cyrillic: РАШКИН, Валерий Федорович), Russia; DOB 14 Mar 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RASHNIKOV, Victor (a.k.a. RASHNIKOV, Viktor Filippovich (Cyrillic: РАШНИКОВ, Виктор Филиппович)), Magnitogorsk, Russia; DOB 13 Oct 1948; alt. DOB 03 Oct 1948; POB Magnitogorsk, Russia; nationality Russia; Gender Male; Tax ID No. 744401267500 (Russia) (individual) [RUSSIA-EO14024].

RASHNIKOV, Viktor Filippovich (Cyrillic: РАШНИКОВ, Виктор Филиппович) (a.k.a. RASHNIKOV, Victor), Magnitogorsk, Russia; DOB 13 Oct 1948; alt. DOB 03 Oct 1948; POB Magnitogorsk, Russia; nationality Russia; Gender Male; Tax ID No. 744401267500 (Russia) (individual) [RUSSIA-EO14024].

RASON INTERNATIONAL COMMERCIAL BANK, Rason, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

RASOULI, Mohammad Bagher (a.k.a. RASOULI, Mohammadbagher), Iran; DOB 15 Mar 1982; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z23183660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RASOULI, Mohammadbagher (a.k.a. RASOULI, Mohammad Bagher), Iran; DOB 15 Mar 1982; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Z23183660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RASSALAI, Viachaslau (a.k.a. RASSALAI, Viachaslau Yevgenyevich; a.k.a. ROSSOLAY, Vyacheslav Evgenyevich (Cyrillic: РОССОЛАЙ, Вячеслав Евгеньевич)), Minsk, Belarus; DOB 17 Oct 1981; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

RASSALAI, Viachaslau Yevgenyevich (a.k.a. RASSALAI, Viachaslau; a.k.a. ROSSOLAY, Vyacheslav Evgenyevich (Cyrillic: РОССОЛАЙ, Вячеслав Евгеньевич)), Minsk, Belarus; DOB 17 Oct 1981; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

RASSTAFANN CO (a.k.a. RASTAFAN; a.k.a. RASTAFANN; a.k.a. RASTAFANN ERTEBAT ENGINEERING COMPANY), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTAFAN (a.k.a. RASSTAFANN CO; a.k.a. RASTAFANN; a.k.a. RASTAFANN ERTEBAT ENGINEERING COMPANY), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTAFANN (a.k.a. RASSTAFANN CO; a.k.a. RASTAFAN; a.k.a. RASTAFANN ERTEBAT ENGINEERING COMPANY), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTAFANN ERTEBAT ENGINEERING COMPANY (a.k.a. RASSTAFANN CO; a.k.a. RASTAFAN; a.k.a. RASTAFANN), No. 1, Sartipi Street, Shahid Mirzapoor Avenue, North of Sadr Bridge, Shariati Avenue, Tehran 19316-63384, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

RASTIN KHADAMAT PARSIAN COMPANY (a.k.a. PARSIAN TECHNOLOGY SUPPORT COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RATTANA VICHAI COMPANY LTD. (a.k.a. BORISAT RATTANA WICHAI CHAMKAT), 339 Soi Lat Phrao 23, Lat Phrao Road, Chatuchak district, Bangkok, Thailand [SDNTK].

RAUF, Abdul (a.k.a. ZAKIR, Qari), Miram Shah, Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; POB Kabul, Afghanistan; citizen Afghanistan (individual) [SDGT].

RAUF, Ahmed Aalif (a.k.a. RAUF, Ahmed Alif), Male, Maldives; DOB 21 Nov 1986; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0513822

(Maldives) expires 08 Dec 2019; National ID No. A332352 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAUF, Ahmed Alif (a.k.a. RAUF, Ahmed Aalif), Male, Maldives; DOB 21 Nov 1986; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0513822 (Maldives) expires 08 Dec 2019; National ID No. A332352 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAUF, Hafiz Abdul (a.k.a. RAOUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdur), 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; Dola Khurd, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 33 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; Passport CM1074131 (Pakistan) issued 29 Oct 2008 expires 29 Oct 2013; alt. Passport Booklet: A7523531 (Pakistan); National ID No. CNIC: 35202-5400413-9 (Pakistan); alt. National ID No. NIC: 277-93-113495 (Pakistan); alt. National ID No. 27873113495 (Pakistan) (individual) [SDGT].

RAUF, Hafiz Abdur (a.k.a. RAOUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdul), 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; Dola Khurd, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 33 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; Passport CM1074131 (Pakistan) issued 29 Oct 2008 expires 29 Oct 2013; alt. Passport Booklet: A7523531 (Pakistan); National ID No. CNIC: 35202-5400413-9 (Pakistan); alt. National ID No. NIC: 277-93-113495 (Pakistan); alt. National ID No. 27873113495 (Pakistan) (individual) [SDGT].

RAUF, Ibrahim Aleef, Male, Maldives; DOB 30 Nov 1989; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0476424 (Maldives) expires 27 Jan 2019; National ID No. A121995 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

RAUF, Mohamed Inthif, Maldives; Sri Lanka; DOB 09 Sep 1988; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0457534 (Maldives) expires 21 Jul 2018; alt. Passport LA16E9883 (Maldives); National ID No. A336855 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAVANKAR, Mansour (a.k.a. RAVANKAR, Mansur), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAVANKAR, Mansur (a.k.a. RAVANKAR, Mansour), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAVARI, Reza (a.k.a. HAMIDIRAVARI, Reza (Arabic: رضا حمیدی راوری)), Iran; DOB 31 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V40150378 (Iran) expires 02 Jan 2022 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

RAVEN INTERNATIONAL TRADE LIMITED (Chinese Traditional: 瑞文機械有限公司), Flat B, 9/F, Mega Cube, No. 8 Wang Kwong Road, Kowloon, Hong Kong, China; No. 19 Jingping Road, Fuchun Street, Fuyang Hangzhou, Zhejiang, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Apr 2022; Business Number 3147216 (Hong Kong); Business Registration Number 73988180-000 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

RAVIN ACADEMY (Arabic: آکادمی راوین) (a.k.a. AAVAYE HOOSHMAND RAVIN INSTITUTE (Arabic: مؤسسه آوای هوشمند راوین); a.k.a. RAVIN SMART VOICE INSTITUTE), No. 36, Naghdi Alley, North Sohrevardi, Tehran, Iran; No. 105, Shahid Motahari St., Suleiman Kharter St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14008970823 (Iran) [HRIT-IR].

RAVIN SMART VOICE INSTITUTE (a.k.a. AAVAYE HOOSHMAND RAVIN INSTITUTE (Arabic: مؤسسه آوای هوشمند راوین); a.k.a. RAVIN ACADEMY (Arabic: آکادمی راوین)), No. 36,

Naghdi Alley, North Sohrevardi, Tehran, Iran; No. 105, Shahid Motahari St., Suleiman Kharter St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14008970823 (Iran) [HRIT-IR].

RAVNOPRAVIE (a.k.a. PARTIDUL SOR; a.k.a. SHOR PARTY), 36 Vasile Lupu Street, OF 326, Orhei, Moldova; Organization Established Date Jun 1998; Organization Type: Activities of political organizations [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY (a.k.a. NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. TAMAS COMPANY; a.k.a. "TAMAS"), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RAWAFED DAMASCUS INVESTMENTS COMPANY (a.k.a. RAWAFED DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة رواﻓد دمشق المساهمة المقفلة الخاصة); a.k.a. RAWAFED DAMASCUS PRIVATE JSC; a.k.a. RAWAFID DAMASCUS PRIVATE JOINT STOCK COMPANY; a.k.a. TRIBUTARIES DAMASCUS PRIVATE JSC), Marota City, Damascus, Syria; Organization Established Date 08 Apr 2018; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA].

RAWAFED DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة رواﻓد دمشق المساهمة المقفلة الخاصة) (a.k.a. RAWAFED DAMASCUS INVESTMENTS COMPANY; a.k.a. RAWAFED DAMASCUS PRIVATE JSC; a.k.a. RAWAFID DAMASCUS PRIVATE JOINT STOCK COMPANY; a.k.a. TRIBUTARIES DAMASCUS PRIVATE JSC), Marota City, Damascus, Syria; Organization Established Date 08 Apr 2018; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA].

RAWAFED DAMASCUS PRIVATE JSC (a.k.a. RAWAFED DAMASCUS INVESTMENTS COMPANY; a.k.a. RAWAFED DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة رواﻓد دمشق المساهمة المقفلة الخاصة); a.k.a. RAWAFID DAMASCUS PRIVATE JOINT STOCK COMPANY; a.k.a. TRIBUTARIES DAMASCUS PRIVATE JSC), Marota City, Damascus, Syria; Organization Established

Date 08 Apr 2018; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA].

RAWAFID DAMASCUS PRIVATE JOINT STOCK COMPANY (a.k.a. RAWAFED DAMASCUS INVESTMENTS COMPANY; a.k.a. RAWAFED DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة رواﻓد دمشق المساهمة (المقفلة الخاصة; a.k.a. RAWAFED DAMASCUS PRIVATE JSC; a.k.a. TRIBUTARIES DAMASCUS PRIVATE JSC), Marota City, Damascus, Syria; Organization Established Date 08 Apr 2018; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA].

RAWI, Adnan Mahmood (a.k.a. AL RAWI, Adnan Mahmoo; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RAYAN IMAGE PROCESSING CORPORATION (a.k.a. PARDAZESH TASVIR RAYAN CO.; a.k.a. RAYAN PRINTING), No. 9, 22nd St., 9th Km. of Karaj Special Rd., 1389843613, Tehran, Iran; Africa St., West Nahid St., Akhtaran Ave., p. 57, 1967773314, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102041648 (Iran); Registration ID 161530 (Iran) [SDGT] [IRGC] [IFSR].

RAYAN PRINTING (a.k.a. PARDAZESH TASVIR RAYAN CO.; a.k.a. RAYAN IMAGE PROCESSING CORPORATION), No. 9, 22nd St., 9th Km. of Karaj Special Rd., 1389843613, Tehran, Iran; Africa St., West Nahid St., Akhtaran Ave., p. 57, 1967773314, Tehran,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102041648 (Iran); Registration ID 161530 (Iran) [SDGT] [IRGC] [IFSR].

RAYAN ROSHD AFZAR COMPANY (a.k.a. RAYAN ROSHD COMPANY; a.k.a. "RAYAN ROSHD"), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAYAN ROSHD COMPANY (a.k.a. RAYAN ROSHD AFZAR COMPANY; a.k.a. "RAYAN ROSHD"), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

RAYBEAM OPTRONICS CO. LTD. (Chinese Simplified: 三河市戎邦光电设备股份有限公司), 10-D, Blessgo Industrial Park, Yanjiao High and New Tech Zone, Beijing 101601, China; 10-D Blessgo Industrial Park, Yanjiao Economic Development Zone, Sanhe, Hebei Province, China; Website www.raybeam.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 131082000061293 (China); Unified Social Credit Code (USCC) 9113100033607322XK (China) [NPWMD] [IFSR] (Linked To: LIU, Baoxia).

RAYDAYIN COMPANY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address

redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RAYDAYIN TURKEY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RAYKES, Olga Borisovna (a.k.a. RAIKES, Olga Borisovna), 13/38 Tarmav Street, Rishon Lezion 7529025, Israel; Austria; Singapore; Pokrovka 35-17-1-17, Moscow 105062, Russia; DOB 25 Apr 1984; POB Ekaterinburg, Russia; nationality Russia; alt. nationality Israel; Gender Female; Passport 759916267 (Russia) expires 28 Jan 2029; alt. Passport 32392042 (Israel) issued 16 May 2018 expires 15 May 2023 (individual) [RUSSIA-EO14024].

RAYTRONIC CORPORATION, LIMITED, No. 901, Jing Shu Dong Li, Haidian Dist, Beijing 100083, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: LIU, Baoxia).

RAYYA DANISMANLIK HIZMETLERI LIMITED SIRKETI, B-48, No. 3 Maltepe Mahallesi, Istanbul 34010, Turkey; Organization Established Date 14 Dec 2018; Business Registration Number 9418 (Turkey) [BELARUS-EO14038] (Linked To: RAYYA, Samer).

RAYYA, Samer (a.k.a. RAYYA, Samer Samir), Maroun al Nakkash, Beirut, Lebanon; DOB 15 Aug 1979; nationality Lebanon; Gender Male; Passport PR0157356 (Lebanon) expires 24 Aug 2022 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

RAYYA, Samer Samir (a.k.a. RAYYA, Samer), Maroun al Nakkash, Beirut, Lebanon; DOB 15 Aug 1979; nationality Lebanon; Gender Male; Passport PR0157356 (Lebanon) expires 24 Aug 2022 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

RAZA ZAIDI, Syed Ali (a.k.a. RAZA, Syed Ali), Karachi, Pakistan; DOB 15 Oct 1992; nationality Pakistan; Email Address syedaliraza940@gmail.com; alt. Email Address raza.zaidi92@yahoo.com; alt. Email Address kool_boy92@hotmail.com; alt. Email Address s.alirz92@gmail.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220157603253 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Mohsin (a.k.a. AMIRI, Mohsin Raza), Karachi, Pakistan; DOB 25 May 1986; nationality Pakistan; Email Address alimohsin228@gmail.com; alt. Email Address mohsinrazaamiri@gmail.com; alt. Email Address alimohsin228@yahoo.com; alt. Email Address amestypeza@yahoo.com; alt. Email Address mohsin@forwarderz.com; alt. Email Address great_guy1102002@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220198261523 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Mujtaba (a.k.a. LILANI, Mujtaba Ali; a.k.a. RAZA, Mujtaba Ali), Karachi, Pakistan; DOB 21 Oct 1987; nationality Pakistan; Email Address threatcc@gmail.com; alt. Email Address mujtaba@forwarderz.com; Gender Male; Digital Currency Address - XBT 1KSAbh5trMCTZwhiNsuUQvfTtSSTT8zqRk; alt. Digital Currency Address - XBT 1BiUFjzH6wsT73U3tfy4aXHCQsYQHzjk5h; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - XVG DFFJhnQNZf8rf67tYnesPu7MuGUpYtzv7Z; National ID No. 4220104113771 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Mujtaba Ali (a.k.a. LILANI, Mujtaba Ali; a.k.a. RAZA, Mujtaba), Karachi, Pakistan; DOB 21 Oct 1987; nationality Pakistan; Email

Address threatcc@gmail.com; alt. Email Address mujtaba@forwarderz.com; Gender Male; Digital Currency Address - XBT 1KSAbh5trMCTZwhiNsuUQvfTtSSTT8zqRk; alt. Digital Currency Address - XBT 1BiUFjzH6wsT73U3tfy4aXHCQsYQHzjk5h; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LeKvNdNEzgQxzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - XVG DFFJhnQNZf8rf67tYnesPu7MuGUpYtzv7Z; National ID No. 4220104113771 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZA, Syed Ali (a.k.a. RAZA ZAIDI, Syed Ali), Karachi, Pakistan; DOB 15 Oct 1992; nationality Pakistan; Email Address syedaliraza940@gmail.com; alt. Email Address raza.zaidi92@yahoo.com; alt. Email Address kool_boy92@hotmail.com; alt. Email Address s.alirz92@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220157603253 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

RAZAVI BROKERAGE FIRM (Arabic: شرکت کارگزاری بورس اوراق بهادار رضوی) (a.k.a. RAZAVI BROKERAGE HOUSE), W. Arghavan, Farahzadi Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861642000 (Iran); Registration Number 23150 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI BROKERAGE HOUSE (a.k.a. RAZAVI BROKERAGE FIRM (Arabic: شرکت کارگزاری بورس اوراق بهادار رضوی)), W. Arghavan, Farahzadi Blvd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861642000 (Iran); Registration Number 23150 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI ECONOMIC ORGANIZATION (Arabic: سازمان اقتصادی رضوی), Central District, Ferdowsi, Khayyam Blvd., Khayyam St. 33 Shahid Nourbakhsh 2, #0, Ground Floor, Mashhad, Khorasan Razavi 9185917111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380129694 (Iran); Registration Number 1316 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI INFORMATION AND COMMUNICATION TECHNOLOGY CO.

(Arabic: شرکت فناوری اطلاعات و ارتباطات رضوی) (a.k.a. FAVA RAZAVI (Arabic: فاوا رضوی), Kuh Sangi, Kuhsangi 17, Mashhad, Khorasan Razavi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380287760 (Iran); Registration Number 13107 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI OIL AND GAS DEVELOPMENT CO. (Arabic: شرکت توسعه نفت و گاز رضوی) (a.k.a. RAZAVI OIL AND GAS SECURITY CO.), Shahrak-e Gharb, Farahzadi Blvd., W. Arghavan St., #48, First Floor Units 1 and 2, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380455051 (Iran); Registration Number 390446 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI OIL AND GAS SECURITY CO. (a.k.a. RAZAVI OIL AND GAS DEVELOPMENT CO. (Arabic: شرکت توسعه نفت و گاز رضوی)), Shahrak-e Gharb, Farahzadi Blvd., W. Arghavan St., #48, First Floor Units 1 and 2, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380455051 (Iran); Registration Number 390446 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI SUPPLY CHAIN MANAGEMENT CO. (Arabic: شرکت مدیریت زنجیره تامین رضوی), Markazi District, Ferdowsi, Khayyam 33 St., Shahid Nourbakhsh 2, Khayyam Blvd, Ground Floor, Mashhad, Khorasan Razavi 9185917111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14007662581 (Iran); Registration Number 64835 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

RAZAVI, Esma'il (a.k.a. MOHAJERI, Mostafa), Iran; DOB 1959; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

RAZAVI, Morteza (a.k.a. RAZAVI, Seyed Morteza; a.k.a. REZAVI, Mortaza); DOB 09 Apr 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

RAZAVI, Seyed Morteza (a.k.a. RAZAVI, Morteza; a.k.a. REZAVI, Mortaza); DOB 09 Apr 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

RAZINKIN, Anatoliy Vyacheslavovich (Cyrillic: РАЗИНКИН, Анатолий Вячеславович), Moscow, Russia; DOB 24 Jan 1977; POB Samara Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

RAZINOVA, Vladlena Yuryevna (a.k.a. MISHUSTINA, Vladlena Yuryevna), Moscow, Russia; DOB 02 Jan 1976; nationality Russia; Gender Female; Tax ID No. 770300684690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MISHUSTIN, Mikhail Vladimirovich).

RAZORENOV, Aleksandr Gennadievich (a.k.a. RAZORENOV, Alexander Gennadiyevich), Russia; DOB 26 Dec 1950; POB Moscow, Russia; nationality Russia; Gender Male; Passport 736076110 (Russia) expires 16 Sep 2024; alt. Passport 761699993 (Russia) expires 07 Oct 2029 (individual) [RUSSIA-EO14024].

RAZORENOV, Alexander Gennadiyevich (a.k.a. RAZORENOV, Aleksandr Gennadievich), Russia; DOB 26 Dec 1950; POB Moscow, Russia; nationality Russia; Gender Male; Passport 736076110 (Russia) expires 16 Sep 2024; alt. Passport 761699993 (Russia) expires 07 Oct 2029 (individual) [RUSSIA-EO14024].

RAZVOROTNEVA, Svetlana Victorovna (Cyrillic: РАЗВОРОТНЕВА, Светлана Викторовна), Russia; DOB 25 Mar 1968; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RAZVOZHAEV, Mikhail Vladimirovich (Cyrillic: РАЗВОЖАЕВ, Михаил Владимирович) (a.k.a. RAZVOZHAIEV, Mykhailo Volodymyrovich (Cyrillic: РАЗВОЖАЄВ, Михаило Володимирович)), Sevastopol, Ukraine; DOB 30 Dec 1980; POB Krasnoyarsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RAZVOZHAEV, Mykhailo Volodymyrovich (Cyrillic: РАЗВОЖАЄВ, Михаило Володимирович) (a.k.a. RAZVOZHAEV, Mikhail Vladimirovich (Cyrillic: РАЗВОЖАЕВ, Михаил Владимирович)), Sevastopol, Ukraine; DOB 30 Dec 1980; POB Krasnoyarsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RAZZAQ, Mohamed Maathiu Abdul, Villimale, Maldives; Alihaa, Male, Maldives; DOB 08 Sep 1994; POB Maldives; nationality Maldives;

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A222883 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

RB CONSULTING LIMITED, Room 4, Office 18, Block 19 Vincenti Bld, Strait Street, Valletta VLT 1432, Malta; Organization Established Date 06 Jun 2014; Registration Number C 65488 (Malta) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

RB HOLDING LIMITED, Room 4, Office 18, Block 19 Vincenti Bld, Strait Street, Valletta VLT 1432, Malta; Organization Established Date 04 Jun 2014; Registration Number C 65463 (Malta) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

RB-ESTEIT OOO (a.k.a. LIMITED LIABILITY COMPANY RB-ESTEIT), ul. Akademika Zhukova d. 25A, et/pom/of 4/17/404, Dzerzhinskiy 140090, Russia; Organization Established Date 28 Dec 2018; Organization Type: Real estate activities with own or leased property; Tax ID No. 5027271906 (Russia); Registration Number 1185027032794 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BONUM INVESTMENTS).

RBG SOLUTION FZE (Arabic: حلول جي بي ار م م ح), Business Centre, Sharjah Publishing City Free Zone, Sharjah, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; License 4203387.01 (United Arab Emirates) [RUSSIA-EO14024].

RBH TOOLS LTD (a.k.a. ER BI EICH TULZ), Office 904, 12 Aviamotornaya Street, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717071403 (Russia); Registration Number 1187746824022 (Russia) [RUSSIA-EO14024].

RCB DEFENSE TROOPS (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

RDC TR INDUSTRIES DOO BEOGRAD (a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES; a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES DOO BEOGRAD), Jurija Gagarina 231, Belgrade 11197, Serbia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 112966495 (Serbia); Registration Number 21778729 (Serbia) [RUSSIA-EO14024].

RDS CARGO GROUP DWC LLC, Warehouse number RS 18, Dubai Logistics City, Freight Complex 3, Al Maktoum International, Dubai, United Arab Emirates; License 6678 (United Arab Emirates); Economic Register Number (CBLS) 11455718 (United Arab Emirates) [RUSSIA-EO14024].

REACH HOLDING GROUP (a.k.a. REACH HOLDING GROUP SHANGHAI CO., LTD.; a.k.a. RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD; a.k.a. "REACH GROUP"), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii): alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i): alt. Executive

Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

REACH HOLDING GROUP SHANGHAI CO., LTD. (a.k.a. REACH HOLDING GROUP; a.k.a. RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD; a.k.a. "REACH GROUP"), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

REACH SHIPPING LINES (a.k.a. REACH SHIPPING LINES HONG KONG CO., LIMITED; a.k.a. "REACH SHIPPING"), Unit 2508A 25/F Bank of America Tower 12 Harcourt Rd, Central Hong Kong, Hong Kong, China; RM3403, Qingdao International Finance Center Hongkong MD Road, Qingdao, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2720944 (Hong Kong) [IFCA].

REACH SHIPPING LINES HONG KONG CO., LIMITED (a.k.a. REACH SHIPPING LINES; a.k.a. "REACH SHIPPING"), Unit 2508A 25/F Bank of America Tower 12 Harcourt Rd, Central Hong Kong, Hong Kong, China; RM3403, Qingdao International Finance Center Hongkang MD Road, Qingdao, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2720944 (Hong Kong) [IFCA].

REAL ESTATE BANK (a.k.a. REAL-ESTATE BANK), P.O. Box 2337, Insurance Bldg., Youssef Alazma Square, Damascus, Syria; Syrian General Insurance Building, Youssef Al Azmeh Square, P.O. Box 2337, Damascus, Syria; SWIFT/BIC REBSSYDA [SYRIA].

REAL ESTATES & HOLIDAY CITIES, S.A. DE C.V. (a.k.a. REAL ESTATES AND HOLIDAY CITIES, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030106 (Mexico) [ILLICIT-DRUGS-EO14059].

REAL ESTATES AND HOLIDAY CITIES, S.A. DE C.V. (a.k.a. REAL ESTATES & HOLIDAY CITIES, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030106 (Mexico) [ILLICIT-DRUGS-EO14059].

REAL ESTATES INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 204930572 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

REAL IRISH REPUBLICAN ARMY (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REAL OGLAIGH NA HEIREANN (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

REALES BRITTO, Juan Carlos (a.k.a. "JUANKI"; a.k.a. "JUANQUI"), Colombia; DOB 09 Dec 1987; POB Santa Marta, Colombia; citizen Colombia; Gender Male; Cedula No. 1082884409 (Colombia); Passport AS340363 (Colombia) (individual) [SDNTK].

REAL-ESTATE BANK (a.k.a. REAL ESTATE BANK), P.O. Box 2337, Insurance Bldg., Youssef Alazma Square, Damascus, Syria; Syrian General Insurance Building, Youssef Al Azmeh Square, P.O. Box 2337, Damascus, Syria; SWIFT/BIC REBSSYDA [SYRIA].

REBEL SECT (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

RECIFIBRAS SECUNDARIAS LTDA., Calle 14 No. 32-24, Bogota, Colombia; NIT # 830092250-1 (Colombia) [SDNTK].

RECINOS DE BERNAL, Martha Carolina (a.k.a. RECINOS, Carolina), El Salvador; DOB 25 Jan 1964; nationality El Salvador; Gender Female (individual) [GLOMAG].

RECINOS, Carolina (a.k.a. RECINOS DE BERNAL, Martha Carolina), El Salvador; DOB 25 Jan 1964; nationality El Salvador; Gender Female (individual) [GLOMAG].

RECONNAISSANCE GENERAL BUREAU (a.k.a. CHONGCH'AL CH'ONGGUK; a.k.a. KPA UNIT 586; a.k.a. "RGB"), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

RECONSTRUCTION FOUNDATION (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

RECONSTRUCTION OF THE ISLAMIC COMMUNITY (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

RECONSTRUCTION OF THE MUSLIM UMMAH (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ (Arabic: ستاد بازسازی عتبات عاليات) (a.k.a. HEADQUARTERS OF RECONSTRUCTION OF HOLY SHRINES; a.k.a. RECONSTRUCTION ORGANIZATION OF THE HOLY SHRINES), No. 3, Shahid Mohammadi Alley, Shahid Sepahbod Gharani Street, Fardowsi Square, Tehran 15999-77111, Iran; Najaf, Iraq; Karbala, Iraq; Baghdad, Iraq; Samarra, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RECONSTRUCTION ORGANIZATION OF THE HOLY SHRINES (a.k.a. HEADQUARTERS OF RECONSTRUCTION OF HOLY SHRINES; a.k.a. RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ (Arabic: ستاد بازسازی عتبات عاليات), No. 3, Shahid Mohammadi Alley, Shahid Sepahbod Gharani Street, Fardowsi Square, Tehran 15999-77111, Iran; Najaf, Iraq; Karbala, Iraq; Baghdad, Iraq; Samarra, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RECSERVI, S.A. DE C.V., Bucerias, Nayarit, Mexico; Folio Mercantil No. 1771 (Mexico) [ILLICIT-DRUGS-EO14059].

RED BOX ENERGY SERV SNG (a.k.a. RED BOX ENERGY SERVICES PTE LTD), 3 Phillip Street #14-04 Royal Group Building, Singapore 048693, Singapore; Registration Number 202022772K (Singapore) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

RED BOX ENERGY SERVICES PTE LTD (a.k.a. RED BOX ENERGY SERV SNG), 3 Phillip Street #14-04 Royal Group Building, Singapore 048693, Singapore; Registration Number 202022772K (Singapore) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

RED DOLPHIN JOINT STOCK COMPANY (a.k.a. AO KRASNYI DELFIN; a.k.a. I SPHERA JOINT STOCK COMPANY), Per. Khimicheskii D. 1, Lit. BE, Floor 3, Pomeshch. 60, Saint Petersburg 198095, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration ID 1077847590040 (Russia); Tax ID No. 7805439611 (Russia) [RUSSIA-EO14024].

RED EAGLE GANG (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

RED EAGLE GROUP (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLES) [FTO] [SDGT].

RED EAGLES (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP) [FTO] [SDGT].

RED HAND DEFENDERS (a.k.a. "RHD"), United Kingdom [SDGT].

RED SEA MARITIMES SURVEYORS SARL (a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA SHIPPING AGENCY (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA SURVEYOR MARITIME (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA TRADING CORPORATION, Felket Street, Asmara, Eritrea; Dubai, United Arab Emirates; Organization Established Date 1984 [ETHIOPIA-EO14046].

RED SEA TRANSIT & TRANSPORT SERVICE (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT AND TRANSPORT; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA TRANSIT AND TRANSPORT (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT SERVICE), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SEA TRANSIT AND TRANSPORT SERVICE (a.k.a. RED SEA MARITIMES SURVEYORS SARL; a.k.a. RED SEA SHIPPING AGENCY; a.k.a. RED SEA SURVEYOR MARITIME; a.k.a. RED SEA TRANSIT & TRANSPORT SERVICE; a.k.a. RED SEA TRANSIT AND TRANSPORT), Rue de Paris 10, Djibouti, Djibouti; Website www.redsurveyor.site; Organization Established Date 01 Jan 2009; Organization Type: Other

reservation service and related activities; Registration Number 10586/B/SARL (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

RED SOFT, Ul. Nobelya (Innovatsionnogo Tsentra Skolkovo Ter) D. 5, Et 2 Pom. 4, Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705000373 (Russia); Registration Number 5147746028216 (Russia) [RUSSIA-EO14024].

RED STAR BATTALIONS (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR FORCES) [SDGT].

RED STAR FORCES (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR BATTALIONS) [SDGT].

REDA, Samer Mohamed Akil (a.k.a. RADA, Samer Akil; a.k.a. RADA, Samer Mohamed Akil), Carabobo, Venezuela; DOB 10 Apr 1981; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 179029472 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

REDIN COMPANY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih,

Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN CURRENCY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN DIS TICARET LTD. STI (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN

CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN GENERAL TRADE AND CARGO (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134,

Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REDIN MONEY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. RIDEN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

REEM PHARMACEUTICAL (a.k.a. REEM PHARMACEUTICAL, LLC; a.k.a. REEM PHARMACEUTICAL, S.A.R.L.; a.k.a. REEM PHARMACEUTICAL, SAL), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

REEM PHARMACEUTICAL, LLC (a.k.a. REEM PHARMACEUTICAL; a.k.a. REEM PHARMACEUTICAL, S.A.R.L.; a.k.a. REEM PHARMACEUTICAL, SAL), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

REEM PHARMACEUTICAL, S.A.R.L. (a.k.a. REEM PHARMACEUTICAL; a.k.a. REEM PHARMACEUTICAL, LLC; a.k.a. REEM

PHARMACEUTICAL, SAL), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

REEM PHARMACEUTICAL, SAL (a.k.a. REEM PHARMACEUTICAL; a.k.a. REEM PHARMACEUTICAL, LLC; a.k.a. REEM PHARMACEUTICAL, S.A.R.L.), Kalim Bechara Building, 2nd floor, Trabolsi Street, Badaro, Beirut, Lebanon; Website www.reempharma.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

REFINERIA EL PALITO (a.k.a. PDVSA; a.k.a. PETROLEOS DE VENEZUELA S A; a.k.a. PETROLEOS DE VENEZUELA S.A; a.k.a. PETROLEOS DE VENEZUELA, S.A.), Edificio Petroleos De Venezuela, Torre Este, Piso 9, Avenida Libertador con calle El Empalme, La Campina, Caracas 1010, Venezuela; Torre Este Piso 9, Edif Petroleos de Venezuela, Avenida Libertador, Urb La Campina, Caracas, Distrito Federal, Venezuela; RIF # J-00095036-9 (Venezuela) [VENEZUELA-EO13850].

REFKE, Taufek (a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION; a.k.a. AO GNPP REGION; a.k.a. REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE

NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION; a.k.a. AO GNPP REGION; a.k.a. REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION. (a.k.a. GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ).); a.k.a. KRYMPATRIOTTSENTR; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР)), Ul Oktyabrya Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

REGIONAL COOPERATION OF THE ISLAMIC BANK FOR DEVELOPMENT AND INVESTMENT (a.k.a. BANK-E TAAWON MANTAGHEEY-E ESLAMI; a.k.a. ISLAMIC REGIONAL COOPERATION BANK), Building No. 59, District 929, Street No. 17, Arsat Al-Hindia, Al Masbah, Baghdad, Iraq; Tohid Street, Before Tohid Circle, No. 33, Upper Level of Eghtesad-e Novin Bank, Tehran 1419913464, Iran; Arsat Indian, 59 District-929, Street-17, Baghdad, Iraq; Arrasat Al Hindiya, Al Masbah Street, Baghdad, Iraq; SWIFT/BIC RCDFIQBA; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902] (Linked To: EGHTESAD NOVIN BANK).

REGIONAL CREDIT (a.k.a. JOINT STOCK COMPANY COMMERCIAL BANK MODULBANK; a.k.a. REGIONALNY KREDIT),

Pl. Oktyabrskaya, 1, Kostroma 156005, Russia; SWIFT/BIC MODBRU22; Website modulbank.ru; Target Type Financial Institution; Tax ID No. 2204000595 (Russia); Registration Number 1022200525841 (Russia) [RUSSIA-EO14024].

REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА) (a.k.a. AKHMAD KADYROV FUND; a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

REGIONALNY KREDIT (a.k.a. JOINT STOCK COMPANY COMMERCIAL BANK MODULBANK; a.k.a. REGIONAL CREDIT), Pl. Oktyabrskaya, 1, Kostroma 156005, Russia; SWIFT/BIC MODBRU22; Website modulbank.ru; Target Type Financial Institution; Tax ID No. 2204000595 (Russia); Registration Number 1022200525841 (Russia) [RUSSIA-EO14024].

REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA (a.k.a. AKHMAD KADYROV FUND; a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА)), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [RUSSIA-EO14024].

REGION-PROF LLC, Profsoyuznaya ulitsa d. 108, Moscow 117437, Russia; ul. Akademika Volgina d. 33, Pom. I Kom 38 Et 3, Moscow 117437, Russia; Tax ID No. 7728599583 (Russia); Registration Number 1067759114675 (Russia) [RUSSIA-EO14024].

REHMAN, Abdul (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

REHMAN, Abdur (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

REHMAN, Hafiz Abdul (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, Hafiz Abdul Rahman; a.k.a. MAKKI, HAFIZ ABDUL REHMAN), Muridke, Punjab Province, Pakistan; DOB 10 Dec 1954; alt. DOB 1948; POB Bahawalpur, Punjab Province, Pakistan; Passport CG9153881 (Pakistan) issued 02 Nov 2007 expires 31 Oct 2012; alt. Passport Booklet: A5199819 (Pakistan); National ID No. 6110111883885 (Pakistan); alt. National ID No. 34454009709 (Pakistan) (individual) [SDGT].

REHMAN, Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-

RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

REHMAN, Inayat ur (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

REHMAN, Mati ur (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati) DOB 1977; nationality Pakistan (individual) [SDGT].

REHMAN, Matiur (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL,

Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan (individual) [SDGT].

REHMAN, Mati-ur (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan (individual) [SDGT].

REHMAN, Shaikh Ismail Abdul (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

REHMAN, Zakir (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No.

61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

REHMATULLAH, Shahid Mahmood (a.k.a. AHMED, Shahid Mehmood Manzoor; a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOOD, Shaheed; a.k.a. MEHMOUD, Shahid), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

REI COMPANIA INTERNACIONAL, S.A. DE C.V. (a.k.a. REI COMPANIA INTERNATIONAL, S.A. DE C.V.), Avenida Tecnologico Norte 735, Metepec, Estado de Mexico C.P. 52172, Mexico; Metepec, Estado de Mexico, Mexico; Organization Established Date 26 Jul 2019; R.F.C. RIN190726CM3 (Mexico); Folio Mercantil No. N-2019064854 (Mexico) [ILLICIT-DRUGS-EO14059].

REI COMPANIA INTERNATIONAL, S.A. DE C.V. (a.k.a. REI COMPANIA INTERNACIONAL, S.A. DE C.V.), Avenida Tecnologico Norte 735, Metepec, Estado de Mexico C.P. 52172, Mexico; Metepec, Estado de Mexico, Mexico; Organization Established Date 26 Jul 2019; R.F.C. RIN190726CM3 (Mexico); Folio Mercantil No. N-2019064854 (Mexico) [ILLICIT-DRUGS-EO14059].

REIHANI, Jaber (Arabic: جابر ريحاني) (a.k.a. REYHANI, Jaber), Iran; Venezuela; DOB 28 Aug 1968; POB Sarab, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1652948600 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

RELIABLE FREIGHT SERVICES FZCO, Dubai Airport Freezone, Unit K03, PO Box 371935, Dubai, United Arab Emirates; License 4091 (United Arab Emirates); Economic Register Number (CBLS) 11607475 (United Arab Emirates) [RUSSIA-EO14024].

RELIEF AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN

RELIEF FUND; a.k.a. PRDF; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

RELIEF ASSOCIATION FOR PALESTINE (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue

Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

REMADNA, Abdelhalim; DOB 02 Apr 1966; POB Bistra, Algeria (individual) [SDGT].

REMAL, Salman (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Lebanon; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

REMEXI (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. ITG07), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

REMEZKOV, Alexander Aleksandrovich (Cyrillic: РЕМЕЗКОВ, Александр Александрович), Russia; DOB 07 Apr 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD (a.k.a. REACH HOLDING GROUP; a.k.a. REACH HOLDING GROUP SHANGHAI CO., LTD.; a.k.a. "REACH GROUP"), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Free Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT

OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

RENDON DE PULIDO, Rosalinda (a.k.a. RENDON POBLETE, Rosalinda), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 23 Nov 1953; POB Cuahutla, Morelos, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RENDON HERRERA, Daniel (a.k.a. "DON MARIO"), Amalfi, Antioquia, Colombia; DOB 12 Nov 1964; alt. DOB 01 Dec 1964; POB Amalfi, Antioquia; nationality Colombia; citizen Colombia; Cedula No. 8011256 (Colombia) (individual) [SDNTK].

RENDON HERRERA, Freddy Enrique (a.k.a. "EL ALEMAN"), Colombia; DOB 21 Sep 1973; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 15349556 (Colombia) (individual) [SDNTK].

RENDON POBLETE, Rosalinda (a.k.a. RENDON DE PULIDO, Rosalinda), c/o LABORATORIOS WILLMAR, S.A. DE C.V., Guadalajara, Jalisco, Mexico; DOB 23 Nov 1953; POB Cuahutla, Morelos, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RENDON RAMIREZ, Jose Aldemar (a.k.a. "MECHAS"), Carrera 9 No. 10-07, Cartago, Valle, Colombia; Carrera 26 No. 80-40, MZ 1, Casa 13, Pereira, Risaralda, Colombia; Carrera 13 No. 18-50, Cartago, Valle, Colombia; DOB 24 Jul 1950; POB Pereira, Risaralda, Colombia; Cedula No. 16202349 (Colombia); Passport AF956905 (Colombia); alt. Passport AE182792 (Colombia) (individual) [SDNT].

RENDZHIVIZHN (a.k.a. RANGEVISION), Ul. Lenina D. 5B, Pomeshch. Vi, Krasnogorsk 143404, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5024151174 (Russia); Registration Number 1155024000471 (Russia) [RUSSIA-EO14024].

RENEEZ SHIPPING LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake, Majuro 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 2023; Identification Number IMO 6388435 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

RENOVA GROUP (a.k.a. JOINT-STOCK COMPANY RENOVA GROUP OF COMPANIES; a.k.a. JSC RENOVA GROUP OF COMPANIES), V, 28 Balaklavskiy Prospekt, Moscow 117452, Russia; 40, Malaya Ordynka, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1047796880548; Tax ID No. 7727526670; Government Gazette Number 772701001 [UKRAINE-EO13662] (Linked To: VEKSELBERG, Viktor Feliksovich).

RENTA A.S. (a.k.a. INTERNATIONAL INVESTMENT HOTELS HOLDINGS A.S.), Bratislava, Slovakia; Tax ID No. 2021969268 (Slovakia); Registration Number 35873990 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

RENTA CAMPEROS URABA LTDA., Cra. 101 # 94-33, Apartado, Antioquia, Colombia; Chigorodo, Antioquia, Colombia; Turbo, Antioquia, Colombia; Necocli, Antioquia, Colombia; NIT # 8909417652 (Colombia) [SDNTK].

RENTAS Y ADMINISTRACIONES S.A. (a.k.a. COMERCIALIZADORA DE BIENES Y SERVICIOS ADMINISTRATIVOS Y FINANCIEROS S.A.), Calle 6 No. 39-25 Local 206, Cali, Colombia; NIT # 800200471-6 (Colombia) [SDNT].

REPRESENTACIONES ORIENTE S.R.L., Urb. La Arboleda, Mz. F Int. 10, Trujillo, Peru; RUC # 20275164675 (Peru) [SDNTK].

REPRESSION OF TRAITORS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a.

OFFICE OF FOREIGN ASSETS CONTROL

STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ) (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

REPUBLICAN SINN FEIN (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. "CIRA"), United Kingdom [FTO] [SDGT].

REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE (a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

REPUESTOS EL NATO Y CIA LTDA., Calle 55 No, 50-111, Medellin, Colombia; NIT # 8110037873 (Colombia) [SDNTK].

REPUTABLE TRADING SOURCE LLC (a.k.a. REPUTABLE TRADING SOURCE LLC COMPANY; a.k.a. "RTS LLC"), CR Number 1137785, PO Box: 888, Muscat 111, Oman; PO Box 1295: 111 CPO, Azaiba, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1137785 (Oman) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

REPUTABLE TRADING SOURCE LLC COMPANY (a.k.a. REPUTABLE TRADING SOURCE LLC; a.k.a. "RTS LLC"), CR Number 1137785, PO Box: 888, Muscat 111, Oman; PO Box 1295: 111 CPO, Azaiba, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1137785 (Oman) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

RESAD LLC (a.k.a. INFRASTRUKTURA MOLZHANINOVO; a.k.a. LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО); f.k.a. LLC RESAD (Cyrillic: ООО РЕСАД)), ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RESCUE COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМИТЕТ ПОРЯТУНКУ ЗА МИР I ПОРЯДОК) (a.k.a. SALVATION COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМИТЕТ СПАСЕНИЯ ЗА МИР И ПОРЯДОК)), Kherson Region, Ukraine; Target Type Unrecognized Government Entity [RUSSIA-EO14024].

RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES (a.k.a. RDC TR INDUSTRIES DOO BEOGRAD; a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES DOO BEOGRAD), Jurija Gagarina 231, Belgrade 11197, Serbia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 112966495 (Serbia); Registration Number 21778729 (Serbia) [RUSSIA-EO14024].

RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES DOO BEOGRAD (a.k.a. RDC TR INDUSTRIES DOO BEOGRAD; a.k.a. RESEARCH AND DEVELOPMENT COMPANY TR INDUSTRIES), Jurija Gagarina 231, Belgrade 11197, Serbia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian

Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 112966495 (Serbia); Registration Number 21778729 (Serbia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CENTER FOR AUTOMATION AND INSTRUMENTATION NAMED AFTER ACADEMIC NA PILYUGIN (a.k.a. AO NPTSAP; a.k.a. JSC ACADEMICIAN PILYUGIN CENTER), Ul. Vvedenskogo D. 1, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9728050571 (Russia); Registration Number 1217700553344 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION COMPANY HORST (a.k.a. "FIRMA KHORST"), Ul. Akademika Yangelya D 14, Korp 2, KV 257, Moscow 117534, Russia; Tax ID No. 7726038952 (Russia); Registration Number 1037739344004 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION ISTOK (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA (a.k.a. JOINT STOCK COMPANY RESEARCH AND

PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. KOLOMNA MACHINE BUILDING DESIGN BUREAU; a.k.a. "JSC RPC KBM"), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI (a.k.a. JSC RESEARCH AND PRODUCTION SI VAVILOV; a.k.a. RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE; a.k.a. VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ;

a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE (a.k.a. JSC RESEARCH AND PRODUCTION SI VAVILOV; a.k.a. RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI; a.k.a. VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

RESEARCH FX CONSULTANTS LIMITED, 3076 Rosegrove Road, Swastika, Ontario P0K 1T0, Canada; 34 Hudson Bay Avenue, Kirkland Lake, Ontario P2N 2H9, Canada; Box 831, Kirkland Lake, Ontario P2N 3K4, Canada; Tax ID No. 002235933 (Canada) [SDNTK].

RESEARCH GROUP NEDERLAND B.V. (a.k.a. GREEN DISTRICT B.V., Huygensstraat 42, JM, Boxtel 5283, Netherlands; Website www.researchgroupnederland.com; Organization Established Date 12 Jan 2017; Tax ID No. 857833340 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus; Linked To: ORGANIC DISTRICT B.V.).

RESEARCH INSTITUTE - 2 (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ

КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

RESEARCH INSTITUTE FERRIT DOMAIN (a.k.a. AO NII FERRIT DOMEN; a.k.a. FERRITE DOMEN COMPANY; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН)), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RESEARCH INSTITUTE GIRIKOND (a.k.a. AO NII GIRIKOND; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE GIRICOND), Ul. Kurchatova D. 10, Saint Petersburg 194223, Russia; Organization Established Date 1939; Tax ID No. 7802144144 (Russia); Registration Number 1027801555143 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING (a.k.a. ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI; a.k.a. JOINT STOCK COMPANY NIIET), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. "NSTRI"), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information

- Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING (a.k.a. OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING; a.k.a. "NIITM"), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

RESGUARDO DE VALORES Y SERVICIOS INTEGRALES RSVI, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 23 Sep 2015; Organization Type: Travel agency activities; Folio Mercantil No. 92484 (Mexico) [ILLICIT-DRUGS-EO14059].

RESHETNIKOV, Leonid (a.k.a. RESHETNIKOV, Leonid Petrovich); DOB 06 Feb 1947; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

RESHETNIKOV, Leonid Petrovich (a.k.a. RESHETNIKOV, Leonid); DOB 06 Feb 1947; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

RESHETNIKOV, Maxim Gennadyevich (Cyrillic: РЕШЕТНИКОВ, Максим Геннадьевич), Russia; DOB 11 Jul 1979; POB Perm, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

RESIDENCIAL CANAL VIEW, S.A., Panama; RUC # 22723-133-202910 (Panama) [SDNTK].

RESIDENCIAL DEL LAGO (a.k.a. DESARROLLOS EVEREST, S.A. DE C.V.), Cerrada Diego Rivera No. 347, Col. Desarrollo Urbano 3 Rios, Culiacan, Sinaloa C.P. 80020, Mexico; Blvd. Jose Diego Valadez Rios 94 36, Col. Proyecto Tres Rios, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. DEV-031020 (Mexico) [SDNTK].

RESIN, Vladimir Iosifovich (Cyrillic: РЕСИН, Владимир Иосифович), Russia; DOB 21 Feb 1936; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RESOLUTE MACHINERY TRADING LLC (Arabic: ريسولوت لتجارة الالات ش.ذ.م.م), 312-904 Al Suq Al Kabeer, Alzarooni, Office 201, Dubai, United Arab Emirates; Organization Established Date 29 Apr 2022; Registration Number 1056963 (United Arab Emirates) [RUSSIA-EO14024].

RESORT NIZHNYAYA OREANDA (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛIКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗIДЭНЦКI СПАРТЫЎНЫ КЛУБ) (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗIДЭНЦКI СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛIКАНСКАЕ УНIТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВIС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ

ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВIС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛIКАНСКАЕ ЎНIТАРНАЕ ПРАДПРЫЕМСТВА ТSENTRKURORT) (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT (a.k.a. AKHMAT GROZNY; a.k.a. FC AKHMAT GROZNY; a.k.a. RFK AKHMAT; a.k.a. RFK AKHMAT GROZNY), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA (a.k.a.

BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzny Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛIКАНСКАЕ УНIТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВIС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВIС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ) (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗIДЭНЦКI СПАРТЫЎНЫ КЛУБ);

a.k.a. PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. "PRESIDENTIAL SPORTS CLUB"), ul. Starovilenskaya, d. 4, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

RESTAURANT FOLKLOR Y CANTINA, S.A. DE C.V. (a.k.a. RESTAURANTE FOLKLOR Y CANTINA), Guadalajara, Jalisco, Mexico; Av. Manuel J. Clouthier 1614, Col. Jardines de Guadalupe, Zapopan, Jalisco, Mexico; Folio Mercantil No. 60417 (Jalisco) (Mexico) [SDNTK].

RESTAURANTE BAR LA CAMELIA (a.k.a. CAMELIAS BAR; a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. "LA CAMELIA"),

Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

RESTAURANTE BAR PUNTA DEL ESTE, Calle 17N No. 9N-05, Cali, Colombia; Matricula Mercantil No 387183-1 (Colombia) [SDNT].

RESTAURANTE EL HABANERO, S.A. DE C.V. (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

RESTAURANTE FOLKLOR Y CANTINA (a.k.a. RESTAURANT FOLKLOR Y CANTINA, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Av. Manuel J. Clouthier 1614, Col. Jardines de Guadalupe, Zapopan, Jalisco, Mexico; Folio Mercantil No. 60417 (Jalisco) (Mexico) [SDNTK].

RESTAURANTE SANTA COLOMBIA (a.k.a. ARTURO QUINONEZ LTDA.), Calle 10 No. 46-120, Cali, Colombia; NIT # 900093492-3 (Colombia) [SDNT].

RESTORAN AGAPE GORICA DODIK I IVANA DODIK S.P. BANJA LUKA (a.k.a. AGAPE GORICA DODIK I IVANA DODIK S.P. BANJA LUKA), Trg Krajine 2, Banja Luka 78000, Bosnia and Herzegovina; Tax ID No. 4510153630006 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Gorica).

RESTREPO VICTORIA, Eduardo (a.k.a. "EL SOCIO"), c/o AGROPECUARIA PALMA DEL RIO S.A., Ibague, Colombia; c/o RR TOUR, S.A. DE C.V., Guadalajara, Mexico; Calle 6 No. 3-73, Ibague, Tolima, Colombia; DOB 28 Sep 1958; POB Pital, Huila, Colombia; nationality Colombia; citizen Colombia; Cedula No. 12187343 (Colombia); Passport AG989562 (Colombia); alt. Passport AE678681 (Colombia) (individual) [SDNT].

RESTREPO VICTORIA, Maria Teresa, c/o AGROPECUARIA PALMA DEL RIO S.A., Ibague, Colombia; Carrera 17 No. 91-42, Apt. 502, Bogota, Colombia; DOB 04 Dec 1949; POB Garzon, Huila, Colombia; Cedula No. 41477630 (Colombia) (individual) [SDNT].

RETTICH, Inga, Switzerland; Cyprus; DOB 06 Jul 1978; nationality Switzerland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BONUM CAPITAL CYPRUS LTD).

REUBEN, Malek (a.k.a. RIAK RENGU, Malek Reuben; a.k.a. RUBEN, Malek), Juba, South Sudan; DOB 01 Jan 1960; POB Yei, South Sudan; nationality South Sudan; Gender Male; Passport S00001537 (South Sudan); alt. Passport B0810167 (Sudan); Personal ID Card M6000000000817 (South Sudan); Deputy Chief of Defense Force and Inspector General of the Sudan People's Liberation Army; First Lieutenant General (individual) [SOUTH SUDAN].

REVENKO, Evgeny Vasilievich (Cyrillic: РЕВЕНКО, Евгений Васильевич), Russia; DOB 22 May 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

REVEROL TORRES, Nestor Luis (Latin: REVEROL TORRES, Néstor Luis), Zulia, Venezuela; El Valle, Libertador, Caracas, Capital District, Venezuela; DOB 28 Oct 1964; citizen Venezuela; Gender Male; Cedula No. 7844507 (Venezuela); Passport A0186449 (Venezuela); Venezuela's Minister of Interior, Justice, and Peace; Former Commander General of Venezuela's Bolivarian National Guard; Former Director of Venezuela's Anti-Narcotics Agency (individual) [VENEZUELA].

REVIVAL OF ISLAMIC HERITAGE FOUNDATION (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A

AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

REVIVAL OF ISLAMIC HERITAGE SOCIETY (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

REVIVAL OF ISLAMIC HERITAGE SOCIETY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY

COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD;

a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and

Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-

FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

REVIVAL OF MARITIME TRADITIONS (Cyrillic: ВОЗРОЖДЕНИЕ МОРСКИХ ТРАДИЦИЙ) (a.k.a. NON-PROFIT ASSOCIATION REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS; a.k.a. NON-PROFIT-MAKING PARTNERSHIP REVIVAL OF MARITIME TRADITIONS), Pr-kt bolshoi v.o. d. 9/6, Lit. A, Pom. 3n, Saint Petersburg 199004, Russia; Organization Established Date 20 Oct 2009; Tax ID No. 7805303650 (Russia); Registration Number 1097800006380 (Russia) [RUSSIA-EO14024].

REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО) (a.k.a. FATHERLAND'S REVIVAL; a.k.a. RUSSOPHILES FOR THE REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ РУСОФИЛИ ЗА

ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО)), 21 Mihail Marinov Street, Sofia, Bulgaria; Organization Type: Activities of political organizations [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

REVIVO, Simon (a.k.a. MAMO, Eliyahu; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

REVOLUTIONARIES SECT (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

REVOLUTIONARY CELLS (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

REVOLUTIONARY GUARD (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS

CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

REVOLUTIONARY JUSTICE ORGANIZATION (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST

WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

REVOLUTIONARY LEFT (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

REVOLUTIONARY NUCLEI (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT) [FTO] [SDGT].

REVOLUTIONARY PEOPLE'S STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

REVOLUTIONARY POPULAR STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE;

a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

REVOLUTIONARY STRUGGLE (a.k.a. EPANASTATIKOS AGHONAS), Greece [FTO] [SDGT].

REX LOTO AD (a.k.a. REX LOTTO AD), 8 Silistra, Oborishte Distr., Sofia 1504, Bulgaria; Organization Established Date 2006; Government Gazette Number 175010714 (Bulgaria) [GLOMAG] (Linked To: VABO-2005 EOOD).

REX LOTTO AD (a.k.a. REX LOTO AD), 8 Silistra, Oborishte Distr., Sofia 1504, Bulgaria; Organization Established Date 2006; Government Gazette Number 175010714 (Bulgaria) [GLOMAG] (Linked To: VABO-2005 EOOD).

REXHEPI, Daut; DOB 1962; POB Poroj, Macedonia (individual) [BALKANS].

REY AIRLINES (a.k.a. REY HAVACILIK ITHALAT IHRACAT SANAYI VE TICARET ANONIM SIRKETI), NO: 38-6, Cobancesme Mahallesi, Istanbul 34197, Turkey; No: 3, D: 4 K. Cekmece, Besyol Mh. Florya Is Merkezi, Istanbul, Turkey; Website www.reyairlines.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 7340772541 (Turkey); Registration Number 939568-0 (Turkey) issued 19 Sep 2014; alt. Registration Number 937110 (Turkey) issued 19 Sep 2014 [SDGT] (Linked To: AMINI, Hossein Hafez).

REY HAVACILIK ITHALAT IHRACAT SANAYI VE TICARET ANONIM SIRKETI (a.k.a. REY AIRLINES), NO: 38-6, Cobancesme Mahallesi, Istanbul 34197, Turkey; No: 3, D: 4 K. Cekmece, Besyol Mh. Florya Is Merkezi, Istanbul, Turkey; Website www.reyairlines.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 7340772541 (Turkey); Registration Number 939568-0 (Turkey) issued 19 Sep 2014; alt. Registration Number 937110 (Turkey) issued 19 Sep 2014 [SDGT] (Linked To: AMINI, Hossein Hafez).

REY INVESTMENT COMPANY, 2nd and 3rd Floors, No. 14, Saba Boulevard, After Esfandiar Crossroad, Africa Boulevard, Tehran 1918973657, Iran; Website http://www.rey-co.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

REY NIROO ENGINEERING COMPANY (a.k.a. REY NIRU ENGINEERING COMPANY (Arabic: شرکت مهندسی ری نیرو)), Floor 4, No. 234, North Iranshahr St., Karimkhan Zand Blvd., Tehran, Iran; Website http://www.reyniroo.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102819429 (Iran); Registration Number 241189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

REY NIRU ENGINEERING COMPANY (Arabic: شرکت مهندسی ری نیرو) (a.k.a. REY NIROO ENGINEERING COMPANY), Floor 4, No. 234, North Iranshahr St., Karimkhan Zand Blvd., Tehran, Iran; Website http://www.reyniroo.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102819429 (Iran); Registration Number 241189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

REYCO GMBH GERMANY (a.k.a. REYCO GMBH.), Karlstrasse 19, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

REYCO GMBH. (a.k.a. REYCO GMBH GERMANY), Karlstrasse 19, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

REYES ENRIQUEZ, Luis, Mexico; DOB 21 Jun 1973; POB Veracruz; alt. POB Molango de Escamilla, Hidalgo; nationality Mexico; citizen Mexico; C.U.R.P. REEL730621HVZYNS07 (Mexico) (individual) [SDNTK].

REYES GARZA, Agustin (a.k.a. "DON PILO"), c/o ESTETIC CARR DE OCCIDENTE, S.A. DE C.V., Guadalajara, Mexico; c/o ESTETICA CAR WASH S.A. DE C.V., Zapopan, Jalisco, Mexico; Calle Violetas No. 371, Colonia Las Bodegas, Zapopan, Jalisco, Mexico; Calle Comercio No. 50, Colonia Escandon, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal C.P. 11800, Mexico; Calle Milpa No. 87, Colonia El Vigia, Zapopan, Jalisco C.P. 45100, Mexico; Calle Persianas No. 204, Colonia Pensador Mexicano, Delegacion Venustiano Carranza, Mexico City, Distrito Federal C.P. 15510, Mexico; DOB 21 Aug 1957; POB Guadalajara, Jalisco, Mexico; alt. POB Tamaulipas, Mexico; R.F.C. REGA570821RCA (Mexico) (individual) [SDNTK].

REYES MAGANA, Felipe, Calle Juan Jose Arreola #535, Col. Lomas Vista Hermosa, Colima, Colima, Mexico; DOB 11 Oct 1967; POB Tonila, Jalisco; C.U.R.P. REMF671011HJCYGL02 (Mexico); RFC REMF671011QH1 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V.; Linked To: CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.).

REYES RAMIREZ, Leonardo Ovidio, Villa Fontana, Club Terraza 2 C, Oeste, 1 C, Sur 25 VRS, Oeste Casa 137, Managua, Nicaragua; DOB 03 Apr 1965; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000794 (Nicaragua) issued 28 Mar 2014 expires 28 Mar 2024; National ID No. 0810304650001P (Nicaragua) (individual) [NICARAGUA].

REYES, Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES, Feliciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

REYHANI, Bahman (Arabic: بهمن ریحانی), Kermanshah, Iran; DOB 20 Feb 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E51007873 (Iran) expires 30 Sep 2024 (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

REYHANI, Jaber (a.k.a. REIHANI, Jaber (Arabic: جابر ریحانی)), Iran; Venezuela; DOB 28 Aug 1968; POB Sarab, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1652948600 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

REYNA FELIX, Ismael, Mexico; DOB 18 Dec 1978; POB Baja California, Mexico; citizen Mexico; Gender Male; R.F.C. REFI781218BI4 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

REYNOLDS AND WILSON, LTD., 21 Victoria Road, Surbiton, Surrey KT6 4LK, United Kingdom [IRAQ2].

REZAEI, Ghasem (a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAEI, Mohsen (a.k.a. REZA'I, Mohsen; a.k.a. REZAI, Mohsen), Iran; DOB 1954; POB Masjed-e Soleyman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

REZAEI, Qasem (Arabic: قاسم رضایی) (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAEI, Qassem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZA'I, Abolfazl (a.k.a. MASHKANI, Abolfazl Ramezanzadeh; a.k.a. MOSHKANI, Abolfazl Ramazanzadeh), Tehran, Iran; DOB 11 Jun 1988; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1263617549 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

REZAI, Mohsen (a.k.a. REZAEI, Mohsen; a.k.a. REZA'I, Mohsen), Iran; DOB 1954; POB Masjed-e Soleyman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

REZA'I, Mohsen (a.k.a. REZAEI, Mohsen; a.k.a. REZAI, Mohsen), Iran; DOB 1954; POB Masjed-e Soleyman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

REZAI, Morteza (a.k.a. REZAIE, Morteza) DOB circa 1956; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

REZAI, Qasem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAYEE, Qassem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAIE, Morteza (a.k.a. REZAI, Morteza) DOB circa 1956; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

REZAKHAH, Mohammad Reza (a.k.a. REZAKHAH, Mohammed Reza) DOB 04 Aug 1978; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

REZAKHAH, Mohammed Reza (a.k.a. REZAKHAH, Mohammad Reza) DOB 04 Aug 1978; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

REZAVI, Mortaza (a.k.a. RAZAVI, Morteza; a.k.a. RAZAVI, Seyed Morteza); DOB 09 Apr 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

REZAYEE, Qassem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYI REZA, Ghasem), Iran; DOB 27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAYI REZA, Ghasem (a.k.a. REZAEI, Ghasem; a.k.a. REZAEI, Qasem (Arabic: قاسم رضایی); a.k.a. REZAEI, Qassem; a.k.a. REZAI, Qasem; a.k.a. REZAYEE, Qassem), Iran; DOB

27 Sep 1961; POB Abhar City, Zanjan Province, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10005996 (Iran); National ID No. 4410232436 (Iran) (individual) [IRAN-HR].

REZAYI, Mehdi (a.k.a. MEHDI, Rezaei; a.k.a. PORSAFI, Shahram; a.k.a. POURSAFI, Shahram; a.k.a. PURSAFI, Shahram), Syria; DOB 21 Sep 1976; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

REZNIK, Vladislav Matusovich (Cyrillic: РЕЗНИК, Владислав Матусович), Moscow, Russia; DOB 17 May 1954; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

REZVANI, Ali (Arabic: علی رضوانی), Tehran, Iran; DOB 19 Dec 1984; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

REZVANIANZADE, Mohammad Reza (a.k.a. REZVANIANZADEH, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammed Reza; a.k.a. REZVANIYANZADEH, Mohammadreza); DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

REZVANIANZADEH, Mohammad Reza (a.k.a. REZVANIANZADE, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammed Reza; a.k.a. REZVANIYANZADEH, Mohammadreza); DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

REZVANIANZADEH, Mohammed Reza (a.k.a. REZVANIANZADE, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammad Reza; a.k.a. REZVANYANZADEH, Mohammadreza); DOB

11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

REZVANYANZADEH, Mohammadreza (a.k.a. REZVANIANZADE, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammad Reza; a.k.a. REZVANIANZADEH, Mohammed Reza) DOB 11 Dec 1969; POB Ardestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10506469 (Iran) expires 12 Dec 2022 (individual) [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

RFA BANK (a.k.a. OPEN JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK 'RUSSIAN FINANCIAL ALLIANCE'; a.k.a. RUSSIAN FINANCIAL ALLIANCE BANK; a.k.a. "AKB RFA, OAO"; a.k.a. "OJSC JSCB RFA"), per. Maly Karetny, d. 11-13, str. 1, Moscow 127051, Russia; SWIFT/BIC MNGRRUMM; Website www.rfabank.ru; all offices worldwide [SYRIA] (Linked To: KHURI, Mudalal; Linked To: ILYUMZHINOV, Kirsan Nikolayevich).

RFC-BANK (a.k.a. AO RFK-BANK; a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN FINANCIAL CORPORATION; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257 [SYRIA].

RFK AKHMAT (a.k.a. AKHMAT GROZNY; a.k.a. FC AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT GROZNY), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

RFK AKHMAT GROZNY (a.k.a. AKHMAT GROZNY; a.k.a. FC AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT), Ul im s.sh.lorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

RG GENERAL TRADING FZE (a.k.a. RG GROUP FZE (Arabic: جروب جي ار); a.k.a. THE

RAHMANI GROUP), Saif Office Q1-03-044/C, P.O. Box 514280, Sharjah, United Arab Emirates; Organization Established Date 11 Jul 2016; Trade License No. 16816 (United Arab Emirates); Legal Entity Number 894500411FLFDQDDV988; Economic Register Number (CBLS) 11618292 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG GROUP FZE (Arabic: جروب جي ار) (a.k.a. RG GENERAL TRADING FZE; a.k.a. THE RAHMANI GROUP), Saif Office Q1-03-044/C, P.O. Box 514280, Sharjah, United Arab Emirates; Organization Established Date 11 Jul 2016; Trade License No. 16816 (United Arab Emirates); Legal Entity Number 894500411FLFDQDDV988; Economic Register Number (CBLS) 11618292 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG HOLDINGS LTD, 6 Aftokratora Ioustinianou Street, 58 Rita Court, Flat 203, Makedonitissa, Engomi, Nicosia 2413, Cyprus; Organization Established Date 06 Jul 2015; Company Number C344952 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG IMMOPROJEKT GMBH & CO. KG (a.k.a. RG IMMOPROJEKT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 25 Oct 2021; Registration Number HRA 738414 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG IMMOPROJEKT GMBH AND CO. KG (a.k.a. RG IMMOPROJEKT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 25 Oct 2021; Registration Number HRA 738414 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG NEDRA 1 LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РГ НЕДРА 1) (a.k.a. FEDOROVSKOE LLC; a.k.a. FEDOROVSKOE ООО (Cyrillic: ФЕДОРОВСКОЕ ООО)), 69 Novocheremushkinskaya St., Moscow 117418, Russia; Tax ID No. 7604330100 (Russia); Registration Number 1177627026257 (Russia) [RUSSIA-EO14024] (Linked To: USM GOLD LIMITED LIABILITY COMPANY).

RG REAL ESTATE DEVELOPMENT GMBH & CO. KG (a.k.a. RG REAL ESTATE DEVELOPMENT GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737089 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG REAL ESTATE DEVELOPMENT GMBH AND CO. KG (a.k.a. RG REAL ESTATE DEVELOPMENT GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 16 Sep 2020; Registration Number HRA 737089 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG REAL ESTATE GMBH & CO. KG (a.k.a. RG REAL ESTATE GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 17 Sep 2020; Registration Number HRA 737097 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG REAL ESTATE GMBH AND CO. KG (a.k.a. RG REAL ESTATE GMBH & CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 17 Sep 2020; Registration Number HRA 737097 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RG SOLUTIONS LIMITED, Room 606, 6/F, Celebrity Commercial Center, 64 Castle Peak Road, Sham Shui Po, Kowloon, Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 02 Jul 2014; Commercial Registry Number 2115045 (Hong Kong); Business Registration Number 63526362 (Hong Kong) [RUSSIA-EO14024].

RGS KHOLDING (a.k.a. OOO RGS HOLDING (Cyrillic: ООО РГС ХОЛДИНГ)), ul. Kievskaya, d. 7, et/kom 2A/2, Moscow 121059, Russia;

Organization Established Date 26 Aug 2013; Tax ID No. 7730691642 (Russia); Registration Number 1137746769610 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS; a.k.a. GUBKIN UNIVERSITY; a.k.a. NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY), 65 Leninsky Prospekt, Moscow 119991, Russia; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

RH LITMAN, S. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 11 Jun 2019; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. N-2019055144 (Mexico) [ILLICIT-DRUGS-EO14059].

RHEINGOLD EDELMETALL AG, Schliessa 16, Triesen 9495, Liechtenstein; Organization Established Date 25 Oct 2013; Legal Entity Number 529900GOU6HP25LK7R63; Registration Number FL-0002.465.218-0 (Liechtenstein) [RUSSIA-EO14024].

RHEINGOLD EDELMETALL GMBH, Gewerbepark Edelweiss 2, Weissensberg 88138, Germany; Organization Established Date 23 Nov 2015; Registration Number HRB 15254 (Germany) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

RHYTHM OF EURASIA (Cyrillic: РИТМ ЕВРАЗИИ), Russia; Website www.ritmeurasia.org [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

RI, Chae-Il (a.k.a. RI, Jae Il), Korea, North; DOB 01 Jan 1934 to 31 Dec 1934; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

RI, Che-Son (a.k.a. RI, Je-Son), c/o General Bureau of Atomic Energy, Haeudong,

Pyongchen District, Pyongyang, Korea, North; DOB 1938; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

RI, Chong Chol (a.k.a. RI, Jong Chol); DOB 12 Apr 1970; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199110092 (Korea, North) expires 17 Mar 2014; alt. Passport 472220503 (Korea, North) expires 06 Jun 2018; alt. Passport 654220197 (Korea, North) expires 07 May 2019 (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

RI, Cho'ng-Wo'n (a.k.a. RI, Jong Won; a.k.a. RI, Jung Won), Moscow, Russia; DOB 22 Apr 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320421 expires 11 Mar 2019 (individual) [DPRK2].

RI, Chun Hwan (a.k.a. RI, Ch'un-hwan), Zhuhai, China; DOB 21 Aug 1957; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563233049 expires 09 May 2018; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Chun Song (a.k.a. RI, Ch'un-so'ng), Beijing, China; DOB 30 Oct 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654133553 expires 11 Mar 2019; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Ch'un-hwan (a.k.a. RI, Chun Hwan), Zhuhai, China; DOB 21 Aug 1957; Secondary sanctions risk: North Korea Sanctions Regulations,

sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563233049 expires 09 May 2018; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Ch'un-so'ng (a.k.a. RI, Chun Song), Beijing, China; DOB 30 Oct 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654133553 expires 11 Mar 2019; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

RI, Eun Song (a.k.a. RI, Un Song; a.k.a. RI, U'n-so'ng), Moscow, Russia; DOB 23 Jul 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK4].

RI, Ho Nam (a.k.a. RI, Ho-nam), Beijing, China; DOB 03 Jan 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120210 expires 21 Feb 2019; Ryugyong Commercial Bank representative (individual) [DPRK4].

RI, Ho-nam (a.k.a. RI, Ho Nam), Beijing, China; DOB 03 Jan 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120210 expires 21 Feb 2019; Ryugyong Commercial Bank representative (individual) [DPRK4].

RI, Hong-il (a.k.a. LI, Hong Ri (Chinese Simplified: 李红日); a.k.a. LI, Hongri), China; DOB 05 Jul 1964; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: RI, Song-hyok).

RI, Hong-Sop, c/o General Bureau of Atomic Energy, Haeudong, Pyongchen District, Pyongyang, Korea, North; DOB 1940; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

RI, Jae Il (a.k.a. RI, Chae-Il), Korea, North; DOB 01 Jan 1934 to 31 Dec 1934; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

RI, Je-Son (a.k.a. RI, Che-Son), c/o General Bureau of Atomic Energy, Haeudong, Pyongchen District, Pyongyang, Korea, North; DOB 1938; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

RI, Jong Chol (a.k.a. RI, Chong Chol); DOB 12 Apr 1970; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199110092 (Korea, North) expires 17 Mar 2014; alt. Passport 472220503 (Korea, North) expires 06 Jun 2018; alt. Passport 654220197 (Korea, North) expires 07 May 2019 (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

RI, Jong Won (a.k.a. RI, Cho'ng-Wo'n; a.k.a. RI, Jung Won), Moscow, Russia; DOB 22 Apr 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320421 expires 11 Mar 2019 (individual) [DPRK2].

RI, Jung Won (a.k.a. RI, Cho'ng-Wo'n; a.k.a. RI, Jong Won), Moscow, Russia; DOB 22 Apr 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320421 expires 11 Mar 2019 (individual) [DPRK2].

RI, Man Gon, Korea, North; DOB 1945; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Myong Hun (a.k.a. RI, Myo'ng-hun), Korea, North; DOB 14 Mar 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381042089 expires 11 Oct 2016 (individual) [DPRK2].

RI, Myo'ng-hun (a.k.a. RI, Myong Hun), Korea, North; DOB 14 Mar 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381042089 expires 11 Oct 2016 (individual) [DPRK2].

RI, Pyong Chol (a.k.a. RI, Pyo'ng-ch'o'l), Korea, North; DOB 01 Jan 1948 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Department Director of the Workers' Party of Korea Central Committee (individual) [DPRK2].

RI, Pyo'ng-ch'o'l (a.k.a. RI, Pyong Chol), Korea, North; DOB 01 Jan 1948 to 31 Dec 1948; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Department Director of the Workers' Party of Korea Central Committee (individual) [DPRK2].

RI, Sok, Dandong, China; DOB 28 Jul 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: AIR KORYO).

RI, Song Chol (a.k.a. RI, So'ng-ch'o'l), Korea, North; DOB 15 Aug 1959; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290210124 (Korea, North) expires 24 May 2015; Ministry of People's Security Counselor (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

RI, Song Un, Ulaanbaatar, Mongolia; DOB 16 Dec 1955; POB N. Hwanghae, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836110063 (Korea, North) issued 04 Feb 2016 expires 04 Feb 2021; Economic and Commercial Counsellor at DPRK Embassy in Mongolia (individual) [DPRK2].

RI, So'ng-ch'o'l (a.k.a. RI, Song Chol), Korea, North; DOB 15 Aug 1959; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290210124 (Korea, North) expires 24 May 2015; Ministry of People's Security Counselor (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

RI, Song-hyok (a.k.a. LI, Cheng He), Beijing, China; DOB 19 Mar 1965; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654234735 (Korea, North) (individual) [DPRK3].

RI, Su Yong, Cuba; DOB 25 Jun 1968; nationality Korea, North; Gender Male; Secondary

sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654310175; Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA RYONBONG GENERAL CORPORATION).

RI, Sung Il (a.k.a. RI, Su'ng-il), Tehran, Iran; DOB 10 Dec 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

RI, Su'ng-il (a.k.a. RI, Sung Il), Tehran, Iran; DOB 10 Dec 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

RI, Tae-Chol (a.k.a. RI, T'ae-Ch'o'l; a.k.a. RI, Thae Chol); DOB 01 Jan 1947 to 31 Dec 1947; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK First Vice Minister of People's Security (individual) [DPRK2] (Linked To: KOREAN PEOPLE'S ARMY).

RI, T'ae-Ch'o'l (a.k.a. RI, Tae-Chol; a.k.a. RI, Thae Chol); DOB 01 Jan 1947 to 31 Dec 1947; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK First Vice Minister of People's Security (individual) [DPRK2] (Linked To: KOREAN PEOPLE'S ARMY).

RI, Thae Chol (a.k.a. RI, Tae-Chol; a.k.a. RI, T'ae-Ch'o'l); DOB 01 Jan 1947 to 31 Dec 1947; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK First Vice Minister of People's Security (individual) [DPRK2] (Linked To: KOREAN PEOPLE'S ARMY).

RI, Tok Jin (a.k.a. RI, To'k-chin), Ji'an, China; DOB 26 Jul 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Ji'an, China (individual) [DPRK2].

RI, To'k-chin (a.k.a. RI, Tok Jin), Ji'an, China; DOB 26 Jul 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Ji'an, China (individual) [DPRK2].

RI, Tong Hyok (a.k.a. RI, Tong-Hyo'k), Shenyang, China; DOB 27 Nov 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

RI, Tong-Hyo'k (a.k.a. RI, Tong Hyok), Shenyang, China; DOB 27 Nov 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

RI, Un Song (a.k.a. RI, Eun Song; a.k.a. RI, U'n-so'ng), Moscow, Russia; DOB 23 Jul 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK4].

RI, U'n-so'ng (a.k.a. RI, Eun Song; a.k.a. RI, Un Song), Moscow, Russia; DOB 23 Jul 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK4].

RI, Won Ho, Egypt; DOB 17 Jul 1964; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381310014 (Korea, North) expires 12 Jul 2016; North Korea's Ministry of State Security Official (individual) [DPRK2].

RI, Yong Gi (a.k.a. RI, Yong Gil; a.k.a. RI, Yo'ng-kil; a.k.a. YI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Yong Gil (a.k.a. RI, Yong Gi; a.k.a. RI, Yo'ng-kil; a.k.a. YI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Yong Mu (a.k.a. RI, Yong-Mu), Korea, North; DOB 25 Jan 1925; POB South Pyo'ngan Province, Pyo'ngso'ng; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

RI, Yo'ng-kil (a.k.a. RI, Yong Gi; a.k.a. RI, Yong Gil; a.k.a. YI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections

510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

RI, Yong-Mu (a.k.a. RI, Yong Mu), Korea, North; DOB 25 Jan 1925; POB South Pyo'ngan Province, Pyo'ngso'ng; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

RIAK RENGU, Malek Reuben (a.k.a. REUBEN, Malek; a.k.a. RUBEN, Malek), Juba, South Sudan; DOB 01 Jan 1960; POB Yei, South Sudan; nationality South Sudan; Gender Male; Passport S00001537 (South Sudan); alt. Passport B0810167 (Sudan); Personal ID Card M6000000000817 (South Sudan); Deputy Chief of Defense Force and Inspector General of the Sudan People's Liberation Army; First Lieutenant General (individual) [SOUTH SUDAN].

RIAK, Jock (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

RIAK, Jok (a.k.a. JOK RIAK, Gabriel; a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

RIBALSKY, Yaakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RIBALSKY, Yaakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov; a.k.a.

RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RIBALSKY, Yakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RYBALSKIY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RICA'S PIZZA (a.k.a. AMG RICAS PIZZA; a.k.a. FUSION PIZZA & PARRILLA), Carrera 45 No. 24A-05, Bogota, Colombia; Matricula Mercantil No 1323961 (Colombia) [SDNTK].

RICCIO, Mariano (a.k.a. RICCIO, Mario); DOB 28 Jun 1991; POB Mugnano di Napoli, Italy (individual) [TCO].

RICCIO, Mario (a.k.a. RICCIO, Mariano); DOB 28 Jun 1991; POB Mugnano di Napoli, Italy (individual) [TCO].

RIDA, Batoul; DOB 01 Jun 1982; citizen Syria (individual) [SYRIA].

RIDA, Karim Hassan (a.k.a. AL-RIDA, Karim Hasan), Iraq; DOB 1944; Former Minister of Agriculture (individual) [IRAQ2].

RIDEN MONEY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDIN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RIDIN MONEY EXCHANGE (a.k.a. RADIN MONEY EXCHANGE; a.k.a. RAYDAYIN COMPANY; a.k.a. RAYDAYIN TURKEY; a.k.a. REDIN COMPANY; a.k.a. REDIN

CONSULTING AND FOREIGN TRADE LIMITED COMPANY; a.k.a. REDIN CURRENCY EXCHANGE; a.k.a. REDIN DIS TICARET LTD. STI; a.k.a. REDIN EXCHANGE; a.k.a. REDIN GENERAL TRADE AND CARGO; a.k.a. REDIN MONEY EXCHANGE; a.k.a. RIDEN MONEY EXCHANGE), Balabanaga Mahallesi, Ordu Cd. No: 12, Kat:2, Fatih, Istanbul 34134, Turkey; Molla Gurani Mahallesi, Turgut Ozal Millet Cd. No: 38/34, Fatih, Istanbul 34093, Turkey; Incili Pinar Mahallesi, Nisantasi Sk. No: 13, Cazibe Is Merkezi, Kat: 8D:801, Sehitkamil, Gaziantep 27090, Turkey; No: 12-2 Laleli, Balabanaga Mahallesi, Ordu Caddesi, Fatih, Istanbul, Turkey; Email Address redin.antep@gmail.com; alt. Email Address redin.ist@gmail.com; Identification Number 3010560025 (Turkey); Registration Number 926549 (Turkey) [SDGT] (Linked To: HAMAS).

RIF CORPORATION, Ul. Dorozhnaya D 17/2, Voronezh 394062, Russia; Tax ID No. 3665009866 (Russia); Registration Number 1023601542546 (Russia) [RUSSIA-EO14024].

RIFKI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

RIFQI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

RIFQI, Tawfiq (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI

KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

RIGHTEOUS DECISION-MAKERS (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

RIHANI, Lotfi Ben Abdul Hamid Ben Ali (a.k.a. "ABDERRAHMANE"), Via Bolgeri 4, Barni, Como, Italy; DOB 01 Jul 1977; POB Tunisi, Tunisia; nationality Tunisia; Passport L 886177 issued 14 Dec 1998 expires 13 Dec 2003 (individual) [SDGT].

RIHF (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-

ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST

ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA

E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE

KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-

BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a.

ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS

EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait;

Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS AFRICAN CONTINENT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS

ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-

LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS ARAB WORLD COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a.

JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS

HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif,

Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS AUDIO RECORDINGS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a.

RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER;

a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ;

a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CENTER FOR MANUSCRIPTS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR

AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CENTRAL ASIA COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF

SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CHAOM CHAU CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and

Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR AFRICA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA

PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a.

RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a.

IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR INDIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY

HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA;

a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR SOUTH EAST ASIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a.

JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMI'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS

COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws,

Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR THE ARAB WORLD (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE

COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a.

SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR THE CALL AND GUIDANCE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a.

JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a.

RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa

Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR WEST ASIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICAS MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Rawdah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR WOMEN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL

COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'IAH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS

COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina;

M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS CULTURAL COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-

ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO

AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS EDUCATING COMMITTEES, AL-JAHRA' (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA

E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS

COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania;

RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS EUROPE AMERICA MUSLIMS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS EUROPE AND THE AMERICAS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-

TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS

EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-

Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS FATWAS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a.

RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS GENERAL COMMITTEE FOR DONATIONS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN

SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr,

Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS HEADQUARTERS-KUWAIT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAIMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE

CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER

UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS INDIAN CONTINENT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS INDIAN SUBCONTINENT COMMITTEE
(a.k.a. ADMINISTRATION OF THE REVIVAL
OF ISLAMIC HERITAGE SOCIETY
COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF
CALL FOR WISDOM; a.k.a. COMMITTEE FOR
EUROPE AND THE AMERICAS; a.k.a. DORA
E MIRESISE; a.k.a. GENERAL KUWAIT
COMMITTEE; a.k.a. HAND OF MERCY; a.k.a.
IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a.
IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC
HERITAGE RESTORATION SOCIETY; a.k.a.
ISLAMIC HERITAGE REVIVAL PARTY; a.k.a.
JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a.
JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-
HIYA AL-TURATH AL ISLAMIYAH; a.k.a.
JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a.
JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a.
JAMIATUL IHYA UL TURATH; a.k.a.
JAMIATUL-YAHYA UT TURAZ; a.k.a.
JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a.
JAMIYAT IKHYA AT-TURAZ AL-ISLAMI,
SOCIETY OF THE REBIRTH OF THE ISLAMIC
PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ;
a.k.a. JOMIYATU-EHYA-UT TURAS AL
ISLAMI; a.k.a. KJRC-BOSNIA AND
HERZEGOVINA; a.k.a. KUWAIT GENERAL
COMMITTEE FOR AID; a.k.a. KUWAITI
HERITAGE; a.k.a. KUWAITI JOINT RELIEF
COMMITTEE, BOSNIA AND HERZEGOVINA,
a.k.a. LAJNAT AL-IHYA AL-TURATH AL-
ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-
ISLAMI; a.k.a. NARA WELFARE AND
EDUCATION ASSOCIATION; a.k.a. NGO
TURATH; a.k.a. ORGANIZACIJA
PREPORODA ISLAMSKE TRADICIJE
KUVAJT; a.k.a. PLANDISTE SCHOOL,
BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL
OF ISLAMIC HERITAGE FOUNDATION; a.k.a.
REVIVAL OF ISLAMIC HERITAGE SOCIETY;
a.k.a. REVIVAL OF ISLAMIC SOCIETY
HERITAGE ON THE AFRICAN CONTINENT;
a.k.a. RIHF; a.k.a. RIHS
ADMINISTRATION FOR THE BUILDING OF
MOSQUES AND ISLAMIC PROJECTS; a.k.a.
RIHS ADMINISTRATION FOR THE
COMMITTEES OF ALMSGIVING; a.k.a. RIHS
AFRICAN CONTINENT COMMITTEE; a.k.a.
RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS
AUDIO RECORDINGS COMMITTEE; a.k.a.
RIHS CAMBODIA-KUWAIT ORPHANAGE
CENTER; a.k.a. RIHS CENTER FOR
MANUSCRIPTS COMMITTEE; a.k.a. RIHS
CENTRAL ASIA COMMITTEE; a.k.a. RIHS
CHAOM CHAU CENTER; a.k.a. RIHS
COMMITTEE FOR AFRICA; a.k.a. RIHS

COMMITTEE FOR ALMSGIVING AND
CHARITIES; a.k.a. RIHS COMMITTEE FOR
INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH
EAST ASIA; a.k.a. RIHS COMMITTEE FOR
THE ARAB WORLD; a.k.a. RIHS COMMITTEE
FOR THE CALL AND GUIDANCE; a.k.a. RIHS
COMMITTEE FOR WEST ASIA; a.k.a. RIHS
COMMITTEE FOR WOMEN; a.k.a. RIHS
COMMITTEE FOR WOMEN,
ADMINISTRATION FOR THE BUILDING OF
MOSQUES; a.k.a. RIHS CULTURAL
COMMITTEE; a.k.a. RIHS EDUCATING
COMMITTEES, AL-JAHRA'; a.k.a. RIHS
EUROPE AMERICA MUSLIMS COMMITTEE;
a.k.a. RIHS EUROPE AND THE AMERICAS
COMMITTEE; a.k.a. RIHS FATWAS
COMMITTEE; a.k.a. RIHS GENERAL
COMMITTEE FOR DONATIONS; a.k.a. RIHS
HEADQUARTERS-KUWAIT; a.k.a. RIHS
INDIAN CONTINENT COMMITTEE; a.k.a.
RIHS MOSQUES COMMITTEE; a.k.a. RIHS
OFFICE OF PRINTING AND PUBLISHING;
a.k.a. RIHS PRINCIPLE COMMITTEE FOR
THE CENTER FOR PRESERVATION OF THE
HOLY QU'ARAN; a.k.a. RIHS PROJECT OF
ASSIGNING PREACHERS COMMITTEE; a.k.a.
RIHS PUBLIC RELATIONS COMMITTEE;
a.k.a. RIHS SCIENTIFIC COMMITTEE-
BRANCH OF SABAH AL-NASIR; a.k.a. RIHS
SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS
TWO AMERICAS AND EUROPEAN MUSLIM
COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH
FOR THE PROJECT OF ENDOWMENT; a.k.a.
RIHS YOUTH CENTER COMMITTEE; a.k.a.
RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN;
a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-
BENIN; a.k.a. RIHS-BOSNIA AND
HERZEGOVINA; a.k.a. RIHS-CAMBODIA;
a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA;
a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-
KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-
LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-
RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-
SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a.
SOCIETY FOR THE REVIVAL OF ISLAMIC
HERITAGE; a.k.a. THE KUWAIT-CAMBODIA
ISLAMIC CULTURAL TRAINING CENTER;
a.k.a. THE KUWAITI-CAMBODIAN
ORPHANAGE CENTER; a.k.a. THIRRJA PER
UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat,
Kuwait; House #40, Lake Drive Road, Sector
#7, Uttara, Dhaka, Bangladesh; Number 28
Mula Mustafe Baseskije Street, Sarajevo,
Bosnia and Herzegovina; Number 2 Plandiste
Street, Sarajevo, Bosnia and Herzegovina;

M.M. Baseskije Street, No. 28p, Sarajevo,
Bosnia and Herzegovina; Number 6 Donji
Hotonj Street, Sarajevo, Bosnia and
Herzegovina; RIHS Office, Ilidza, Bosnia and
Herzegovina; RIHS Alija House, Ilidza, Bosnia
and Herzegovina; RIHS Office, Tirana, Albania;
RIHS Office, Pristina, Kosovo; Tripoli, Lebanon;
City of Sidon, Lebanon; Dangkor District,
Phnom Penh, Cambodia; Kismayo, Somalia;
Kaneshi Quarter of Accra, Ghana; Al-Andalus,
Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait;
Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait;
Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-
Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws,
Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait;
Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif,
Kuwait; Sabah Al-Salim, Kuwait; Al-
Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-
Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr,
Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa
Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-
Nuzhah, Kuwait; Kifan, Kuwait; Website
www.alturath.org. Revival of Islamic Heritage
Society Offices Worldwide. [SDGT].
RIHS MOSQUES COMMITTEE (a.k.a.
ADMINISTRATION OF THE REVIVAL OF
ISLAMIC HERITAGE SOCIETY COMMITTEE;
a.k.a. CCFW; a.k.a. CENTER OF CALL FOR
WISDOM; a.k.a. COMMITTEE FOR EUROPE
AND THE AMERICAS; a.k.a. DORA E
MIRESISE; a.k.a. GENERAL KUWAIT
COMMITTEE; a.k.a. HAND OF MERCY; a.k.a.
IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a.
IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC
HERITAGE RESTORATION SOCIETY; a.k.a.
ISLAMIC HERITAGE REVIVAL PARTY; a.k.a.
JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a.
JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-
HIYA AL-TURATH AL ISLAMIYAH; a.k.a.
JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a.
JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a.
JAMIATUL IHYA UL TURATH; a.k.a.
JAMIATUL-YAHYA UT TURAZ; a.k.a.
JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a.
JAMIYAT IKHYA AT-TURAZ AL-ISLAMI,
SOCIETY OF THE REBIRTH OF THE ISLAMIC
PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ;
a.k.a. JOMIYATU-EHYA-UT TURAS AL
ISLAMI; a.k.a. KJRC-BOSNIA AND
HERZEGOVINA; a.k.a. KUWAIT GENERAL
COMMITTEE FOR AID; a.k.a. KUWAITI
HERITAGE; a.k.a. KUWAITI JOINT RELIEF
COMMITTEE, BOSNIA AND HERZEGOVINA;
a.k.a. LAJNAT AL-IHYA AL-TURATH AL-
ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-

ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO

AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS OFFICE OF PRINTING AND PUBLISHING (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA

E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL SLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS

COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND

HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqab, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF THE ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-

TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS

EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-

Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturrah.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS PUBLIC RELATIONS COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMI'YAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturrah.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL

IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS

HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah,

Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS SOUTHEAST ASIA COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHYA'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS

AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAITI GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a.

RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan,

Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS

CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN UNION COMMITTEE; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka,

Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS YOUTH CENTER COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI

HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING

PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-ALBANIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE

SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-AZERBAIJAN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO

TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM

COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-BANGLADESH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS

AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN,

ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District,

Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-BENIN (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY

HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a.

RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a.

JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS

COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-

Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-CAMBODIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-CAMEROON (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ

AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE;

a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait;

Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-GHANA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR

MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O.

Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-IVORY COAST (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL

COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN;

a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-KOSOVO (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND

CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street,

Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-LEBANON (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-

ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST

ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-LIBERIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE

AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS

COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS

Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-NIGERIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL,

BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a.

RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyam, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-RUSSIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION

SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA, a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL

COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-SENEGAL (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA;

a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-SOMALIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHYA' AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-

Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIHS-TANZANIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

RIIT LTD (a.k.a. "NIIIT"), ul. Kulakova d. 20, str. 1G, pom. XIV et 3, kom 10, 11, 52-57, Moscow 123592, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481013 (Russia); Registration Number 5147746189014 (Russia) [RUSSIA-EO14024].

RIM GROUP INVESTMENTS I CORP., 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 4100 Salzedo Street, Unit 608, Coral Gables, FL 33146, United States; 4100 Salzedo Street, Unit 807, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP INVESTMENTS II CORP., 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 4100 Salzedo Street, Unit 813, Coral Gables, FL 33146, United States; 4100 Salzedo Street, Unit 913, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP INVESTMENTS III CORP., 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP INVESTMENTS, CORP., 4100 Salzedo Street, Apt 1010, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP PROPERTIES OF NEW YORK II CORP., 675 Third Avenue, 29th FL., New York, NY 10017, United States; 20 West 53rd Street, Unit 47A, New York, NY 10019, United States; 60 Riverside Boulevard, PH 3602, New York, NY 10069, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM GROUP PROPERTIES OF NEW YORK, CORP., 4100 Salzedo St., Unit 1010, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

RIM, Yong Hyok, Korea, North; DOB 04 Mar 1972; nationality Korea, North; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович) (a.k.a. RIMASHEVSKIY, Alexey; a.k.a. RIMASHEVSKY, Aleksei; a.k.a. RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч)), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RIMASHEVSKIY, Alexey (a.k.a. RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович); a.k.a. RIMASHEVSKY, Aleksei; a.k.a. RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч)), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RIMASHEVSKY, Aleksei (a.k.a. RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович); a.k.a. RIMASHEVSKIY, Alexey; a.k.a. RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч)), Minsk,

Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RINCON CASTILLO DRUG TRAFFICKING ORGANIZATION, Maripi, Boyaca, Colombia [SDNTK] (Linked To: ZULIANA DE ESMERALDAS C.I. S.A.S.).

RINCON CASTILLO, Emerio, Simijaca, Cundinamarca, Colombia; DOB 04 Apr 1954; POB Caldas, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157489 (Colombia) (individual) [SDNTK].

RINCON CASTILLO, Gilberto, Bogota, Colombia; DOB 08 Jan 1961; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157904 (Colombia); Passport AM461080 (Colombia) (individual) [SDNTK].

RINCON CASTILLO, Gustavo, Bogota, Colombia; DOB 03 Dec 1955; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157507 (Colombia); Passport AO604019 (Colombia) (individual) [SDNTK] (Linked To: SOCIEDAD ESMERALDIFERA DE MARIPI LTDA.).

RINCON CASTILLO, Omar Josue, Bogota, Colombia; DOB 16 Dec 1969; POB Caldas, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 79488576 (Colombia) (individual) [SDNTK] (Linked To: DISTRIBUIDORA Y ELECTRICOS RINCON LTDA.; Linked To: ESMERALDAS NARAPAY LTDA.).

RINCON CASTILLO, Pedro Nel (a.k.a. "Pedro Orejas"), Ibague, Colombia; DOB 12 Feb 1967; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 79416383 (Colombia); Passport 79416383 (Colombia) (individual) [SDNTK] (Linked To: ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I.).

RINCON CASTILLO, Salvador, Maripi, Boyaca, Colombia; DOB 25 Aug 1952; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157332 (Colombia) (individual) [SDNTK] (Linked To: COMERCIALIZADORA INTERNACIONAL AGRICOLA Y GANADERA RINCON CASTILLO LIMITADA).

RINCON GODOY, Angelberto, Mexico; DOB 02 Jun 1991; POB Autlan de Navarro, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIGA910602HJCNDN04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RINCON GODOY, Julio Efrain, Mexico; DOB 19 Sep 1995; POB Autlan de Navarro, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RIGJ950919HJCNDL07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RINCON ORDONEZ, Jorge Enrique, Transversal 24 No. 87-15, Apto. 7000, Bogota, Colombia; DOB 09 Dec 1957; POB Armenia; nationality Colombia; citizen Colombia; Cedula No. 7526915 (Colombia); Passport AJ842281 (Colombia) (individual) [SDNT].

RIOS HERNANDEZ, Juanita Del Carmen, Avenida Constitucion No. 2224, Colonia San Rafael, Nuevo Laredo, Tamaulipas 88200, Mexico; DOB 11 Jan 1977; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; R.F.C. RIHJ770111DD (Mexico); Credencial electoral 0844040737482 (Mexico); C.U.R.P. RIHJ770111MTSSRN08 (Mexico) (individual) [SDNTK] (Linked To: TREVINO MORALES, Miguel; Linked To: DISTRIBUIDORA E IMPORTADORA DE PRODUCTOS MEDICOS DEL NORTE, S.A. DE C.V.).

RIOS JIMENEZ S. EN C.S., Carrera 18 No. 38-35, Bogota, Colombia; NIT # 830007478-1 (Colombia) [SDNT].

RIOS LOPEZ, Didier de Jesus (a.k.a. "TUTO"); DOB 18 Jun 1974; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98622424 (Colombia) (individual) [SDNTK].

RISANDEGI VA BAFANDEGIE SELK BAF (a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF; a.k.a. SELKBAF CO; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

RISEONIC HOLDINGS LTD, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 07 Dec 1977; Company Number C10333 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

RISHMAK COMPANY (a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK

PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK EXPORT AND MANUFACTURING P.J.S. (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK PRODUCTION AND EXPORT COMPANY (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK PRODUCTIVE & EXPORTS COMPANY (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISHMAK PRODUCTIVE AND EXPORTS COMPANY (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. SHERKAT-E TOLID VA SADERAT-E RISHMAK), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

RISING TIDE SHIPPING CORP., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Business Number 113667 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

RISKORT LTD (a.k.a. D.E.S. DEFENSE ENGINEERING SOLUTIONS LTD (Hebrew: די. אי. אס.- פתרונות הגנה הנדסיים בע"מ)), 13 Ner Halalila, Entrance B, Netanya 4220913, Israel; Organization Established Date 05 Dec 2005; Registration Number 513758151 (Israel) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

RIVAS CHAIRES, Raul, Mexico; DOB 08 Dec 1970; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. RICR701208HSRVHL06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVAS REYES, Roberto Jose, Managua, Nicaragua; DOB 06 Jul 1954; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000604 (Nicaragua) issued 19 Jun 2013 expires 19 Jun 2023; alt. Passport 04091979435 (Nicaragua) issued 19 Jun 2013 expires 19 Jun 2023; National ID No. 4410607540007S (Nicaragua) (individual) [GLOMAG].

RIVAS SANCHEZ, Pedro, Calle Isla Antigua 3017, Colonia Jardines De La Cruz, Guadalajara, Jalisco, Mexico; DOB 08 Mar 1988; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. RISP880308HJCVND03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA ARIAS, Racson Mario (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

RIVERA CARDONA, Santos Isidro, Tocoa, Colon, Honduras; DOB 15 May 1949; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1949-00019 (Honduras) (individual) [SDNTK].

RIVERA GUERRERO, Raquel, Genaro Estrada, Sinaloa, Sinaloa, Mexico; DOB 29 Aug 1987; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. RIGR8708294Z0 (Mexico); C.U.R.P. RIGR870829MSLVRQ04 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RIVERA MARADIAGA, Devis Leonel (a.k.a. "CACHIRO, Lionel"; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Leonel"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Isidro (a.k.a. RIVERA MARADIAGA, Santos Isidro; a.k.a. "CACHIROS"), Barrio Municipal, Colonia El Country, Bloque 1, Casa N-6, San Pedro Sula, Cortes, Honduras; San Manuel, Cortes, Honduras; DOB 05 Jun 1985; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1985-02347 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Javier Eriberto (a.k.a. "CACHIRO, Javier"; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Javier"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Maira Lizeth (a.k.a. RIVERA, Mayra), Tocoa, Colon, Honduras; DOB 17 Dec 1975; alt. DOB 17 Dec 1976; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1976-00026 (Honduras) (individual) [SDNTK].

RIVERA MARADIAGA, Santos Isidro (a.k.a. RIVERA MARADIAGA, Isidro; a.k.a. "CACHIROS"), Barrio Municipal, Colonia El Country, Bloque 1, Casa N-6, San Pedro Sula, Cortes, Honduras; San Manuel, Cortes, Honduras; DOB 05 Jun 1985; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1985-02347 (Honduras) (individual) [SDNTK].

RIVERA MUNOZ, Alonso (a.k.a. BELTRAN LEYVA, Hector; a.k.a. BELTRAN LEYVA, Mario Alberto), Mexico; DOB 01 Jan 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RIVERA SALAS, Miguel Angel (a.k.a. RIVERA ZAZUETA, Jose Angel), Mexico; DOB 15 Aug 1987; alt. DOB 15 Dec 1987; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. RIZA870815HSLVZN00 (Mexico); alt. C.U.R.P. RISM871215HMCVLG00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA SANDOVAL, Hector Librado (Latin: RIVERA SANDOVAL, Héctor Librado), La Playita, Sinaloa, Sinaloa, Mexico; DOB 03 Jun 1982; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. RISH820603HSLVNC07 (Mexico); RFC

RISH820603V75 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION; Linked To: FELIXTAPIA, S.C. DE R.L. DE C.V.).

RIVERA SANDOVAL, Reyna Isabel, Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1980; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. RISR801101P90 (Mexico); C.U.R.P. RISR801101MSLVNY00 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RIVERA TORRES, Javier (a.k.a. MENDOZA CONTRERAS, Cipriano), Calle Venustiano Carranza No. 904, Col. Josefa Ortiz de Dominguez, Apatzingan, Michoacan, Mexico; DOB 25 Dec 1969; POB Tepalcatepec, Michoacan; nationality Mexico; citizen Mexico; C.U.R.P. MECC691225HMNNNP01 (Mexico) (individual) [SDNTK].

RIVERA VARELA, Carlos Andres (a.k.a. "La Firma"), Puerto Vallarta, Jalisco, Mexico; DOB 19 Jun 1986; POB Cali, Valle, Colombia; nationality Mexico; alt. nationality Colombia; Gender Male; Cedula No. 1130648070 (Colombia); C.U.R.P. RIVC860619HNEVRR04 (Mexico) (individual) [SDNTK].

RIVERA ZAZUETA, Jose Angel (a.k.a. RIVERA SALAS, Miguel Angel), Mexico; DOB 15 Aug 1987; alt. DOB 15 Dec 1987; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. RIZA870815HSLVZN00 (Mexico); alt. C.U.R.P. RISM871215HMCVLG00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RIVERA, Mayra (a.k.a. RIVERA MARADIAGA, Maira Lizeth), Tocoa, Colon, Honduras; DOB 17 Dec 1975; alt. DOB 17 Dec 1976; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1976-00026 (Honduras) (individual) [SDNTK].

RIVERA-LUNA, Moises Humberto (a.k.a. "SANTOS"; a.k.a. "VIEJO SANTOS"); DOB 23 May 1969; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

RIVERO MARCANO, Sergio Jose (Latin: RIVERO MARCANO, Sergio José), Caracas, Captial District, Venezuela; DOB 08 Nov 1964; citizen Venezuela; Gender Male; Cedula No. 6893454 (Venezuela); Commander General of Venezuela's Bolivarian National Guard; Former Commander of the East Integral Strategic Defense Region of Venezuela's National Armed Forces (individual) [VENEZUELA].

RIVIERA SUNRISE RESORT & SPA (a.k.a. RIVIERA SUNRISE RESORT AND SPA), Lenin

St. 2, Alushta, Crimea 29850, Ukraine; Email Address info.alushta@rivierasunrise.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

RIVIERA SUNRISE RESORT AND SPA (a.k.a. RIVIERA SUNRISE RESORT & SPA), Lenin St. 2, Alushta, Crimea 29850, Ukraine; Email Address info.alushta@rivierasunrise.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

RIYADH-AS-SALIHEEN (a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT].

RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT].

RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS) (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT].

RIZA, Ebubekir (a.k.a. ALTUG, Risa; a.k.a. ALTUN, Ali Riza; a.k.a. KIVIRCIK, Ali); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

RIZHENKIN, Leonid (a.k.a. RYZHENKIN, Leonid (Cyrillic: РЫЖЕНЬКИН, Леонид); a.k.a. RYZHENKIN, Leonid Kronidovich (Cyrillic: РЫЖЕНЬКИН, Леонид Кронидович)), Moscow, Russia; DOB 10 Nov 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-

/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 722706177 (individual) [UKRAINE-EO13685].

RIZHKOV, Nikolay Ivanovich (a.k.a. RYZHKOV, Nikolai Ivanovich (Cyrillic: РЫЖКОВ, Николай Иванович)), Russia; DOB 28 Sep 1929; POB Duleevka, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

RIZWAN, Usama Ali (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

RJAUZOW, Denis (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOV, Denis Yuryevich; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RK BREEZE (a.k.a. RK BRIZ; a.k.a. RK BRIZ LLC; a.k.a. RK BRIZ, OOO), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RK BRIZ (a.k.a. RK BREEZE; a.k.a. RK BRIZ LLC; a.k.a. RK BRIZ, OOO), Ul. Partizanskaya

D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RK BRIZ LLC (a.k.a. RK BREEZE; a.k.a. RK BRIZ; a.k.a. RK BRIZ, OOO), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RK BRIZ, OOO (a.k.a. RK BREEZE; a.k.a. RK BRIZ; a.k.a. RK BRIZ LLC), Ul. Partizanskaya D. 2, Pom. 1, Putyatin 692815, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 18 Jul 2016; Organization Type: Processing and preserving of fish, crustaceans and molluscs; Tax ID No. 2503033077 (Russia); Government Gazette Number 03561816 (Russia); Registration Number 1162503050654 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

RKB GLOBUS PAO (a.k.a. AO RKB GLOBUS; a.k.a. GLOBUS RYAZAN DESIGN BUREAU JSC; a.k.a. JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia)

[RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

RKS CLEAR VODY LLC (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY CLEAN WATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ЧИСТЫЕ ВОДЫ); a.k.a. LLC RKS CHV (Cyrillic: ООО РКС ЧВ)), 2 Turgenevskaya Square, Office 2P, Moscow 101000, Russia; Tax ID No. 7713489203 (Russia); Registration Number 1227700271700 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

RM DESIGN&DEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

RM DESIGNANDDEVELOPMENT (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

RM DIZAIN AND DEVELOPMENT OSOO (a.k.a. LLC RM DESIGN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

RN BASHNIPINEFT LLC (a.k.a. LIMITED LIABILITY COMPANY RN BASHNIPINEFT (Cyrillic: ООО РН БАШНИПИНЕФТЬ)), Ulitsa Lenina, 86, 1, Ufa, Bashkortostan Republic 450006, Russia; Organization Established Date 02 Oct 2006; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 0278127289

(Russia); Registration Number 1060278107780 (Russia) [RUSSIA-EO14024].

RNII ELECTRONSTANDART (a.k.a. AO RNII ELEKTRONSTANDART; a.k.a. JOINT STOCK COMPANY RUSSIAN RESEARCH INSTITUTE ELECTRONSTANDART), Ul. Tsvetochnaya D. 25, Korp. 3, Saint Petersburg 196006, Russia; Organization Established Date 1943; Tax ID No. 7810196298 (Russia); Registration Number 1027804880135 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RNKB OAO (a.k.a. ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN NATIONAL COMMERCIAL BANK; a.k.a. "RNCB"), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia); Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

ROBARIN LTD, Vanezis Business Center, Flat No: 401S, Floor No: 4, Archiepiskopou Makariou III 171, Limassol 3027, Cyprus; Organization Established Date 15 Jun 2018; Registration Number C385226 (Cyprus) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

ROBAYO ESCOBAR, Carlos Jose (a.k.a. "GUACAMAYO"); DOB 01 Jan 1969; POB Palmira, Valle, Colombia; citizen Colombia; Cedula No. 16367106 (Colombia) (individual) [SDNTK].

ROBEL, Mohammed Artan (a.k.a. ROBLE, Mohammed Artan), United Arab Emirates; DOB 12 Jul 1964; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José) (a.k.a. "CHIBOLA"; a.k.a. "GORDO MAX"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"); a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

ROBIN TRADE LIMITED (a.k.a. OOO ROBIN TREID (Cyrillic: ООО РОБИН ТРЕЙД)), Ul. Yablachkova D. 21 Korpus 3, Et 3 Pom. VIII, Moscow 127322, Russia; Organization Established Date 19 May 2016; Tax ID No. 9715259583 (Russia); Registration Number 1167746480153 (Russia) [RUSSIA-EO14024].

ROBLE, Mohammed Artan (a.k.a. ROBEL, Mohammed Artan), United Arab Emirates; DOB 12 Jul 1964; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ROBLEDO ARREDONDO, Adilene Mayre (a.k.a. ROBLEDO, Adilene), Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; DOB 01 Sep 1997; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAA970901MSLBRD05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROBLEDO ARREDONDO, Ivan Yareth, Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; DOB 01 May 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROAI930501HSLBRV04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROBLEDO, Adilene (a.k.a. ROBLEDO ARREDONDO, Adilene Mayre), Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; DOB 01 Sep 1997; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAA970901MSLBRD05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROBLES VALDEZ, Abel (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No.

1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

ROBNA KUCA METAL D.O.O., Kralja Petra I 90, Zvecan 38227, Kosovo; Organization Established Date 21 Aug 2017; Organization Type: Wholesale of other machinery and equipment; Registration Number 810051061 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

ROBOTRONIX SEMICONDUCTORS LIMITED (Chinese Simplified: 融博通半導體有限公司), Room 401, 4/F, Wanchai Central Building, 89 Lockhard Road, Wan Chai, Hong Kong, China; Registration Number 3164713 (Hong Kong) [RUSSIA-EO14024].

ROBOW, Mukhtar (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ROCHIN HURTADO, Meliton (a.k.a. "EL 63"; a.k.a. "EL SIXTY THREE"), Mexico; DOB 28 Oct 1975; POB Hermosillo, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P.

ROHM751028HSRCRL00 (Mexico) (individual) [SDNTK].

ROCHMAN, Oman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ROCKET INDUSTRY DEPARTMENT (a.k.a. MINISTRY OF ROCKET INDUSTRY (Korean: 로케트공업부)), Pyongchon, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [NPWMD] (Linked To: MUNITIONS INDUSTRY DEPARTMENT).

ROD SHIP MANAGEMENT CO (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

RODARTE GRIJALVA, Jose Luis, Calle Sierra del Pulpito No. 3206, Colonia Hacienda de Santa Fe, Chihuahua, Chihuahua, Mexico; Fraccionamiento Juarez, Chihuahua, Mexico; DOB 01 May 1960; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. ROGJ-600501 (Mexico); C.U.R.P. ROGL600501HCHDRS06 (Mexico) (individual) [SDNTK].

RODIKOV, Mikhail Leonidovich (Cyrillic: РОДИКОВ, Михаил Леонидович; Cyrillic: РОДИКОВ, Михаил Леонидович), Kherson Region, Ukraine; DOB 26 Jan 1958; POB Ozory, Moscow Region, Russia; nationality

Russia; Gender Male (individual) [RUSSIA-EO14024].

RODINA GROUP (a.k.a. GRUPPA RODINA OOO), ul. Dmitrovka M. d. 18A, str. 3, et 3 pom. X office 3, Moscow 127006, Russia; Organization Established Date 24 Jan 2020; Tax ID No. 7707437415 (Russia); Registration Number 1207700022364 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

RODINA STROI GRUPP OOO, ul. Dmitrovka M. d. 18A, str. 3, floor 3/office 5, Moscow 127006, Russia; Organization Established Date 18 Jul 2014; Tax ID No. 7702841712 (Russia); Registration Number 1147746813202 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

RODINA, Victoria Sergeyevna (Cyrillic: РОДИНА, Виктория Сергеевна), Russia; DOB 29 Oct 1989; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RODKIN, Andrei (Cyrillic: РОДКИН, Андрей) (a.k.a. RODKIN, Andrei Nikolaevich; a.k.a. RODKIN, Andrey); DOB 23 Sep 1976; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RODKIN, Andrei Nikolaevich (a.k.a. RODKIN, Andrei (Cyrillic: РОДКИН, Андрей); a.k.a. RODKIN, Andrey); DOB 23 Sep 1976; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RODKIN, Andrey (a.k.a. RODKIN, Andrei (Cyrillic: РОДКИН, Андрей); a.k.a. RODKIN, Andrei Nikolaevich); DOB 23 Sep 1976; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RODNINA, Irina Konstantinovna (Cyrillic: РОДНИНА, Ирина Константиновна), Russia; DOB 12 Sep 1949; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RODRIGO ALVAREZ, Sacarias (a.k.a. ALVAREZ ZEPEDA, Alfredo; a.k.a. ONTIVEROS RIOS, Gabino), C. Paloma 903, Col. Fatima, Durango, Durango C.P. 34080, Mexico; Colonia San Jose del Barranco, Badiraguato, Sinaloa, Mexico;

Boulevard Jesus Kumate Rodriguez, Kilometro 2 Edificio 2, Colonia Rincon del Valle, Culiacan, Sinaloa C.P. 80155, Mexico; Calle Loc Cospita S/N, Colonia Loc Cospita, Culiacan, Sinaloa C.P. 80000, Mexico; DOB 12 Sep 1977; alt. DOB 19 Feb 1981; POB Culiacan, Sinaloa, Mexico; alt. POB Vicente Guerrero, Durango, Mexico; R.F.C. OIRG810219GGA (Mexico); Credencial electoral RDALSC77091210H700 (Mexico); C.U.R.P. OIRG810219HSLNSB09 (Mexico); alt. C.U.R.P. ROAS770912HDGDLC02 (Mexico) (individual) [SDNTK].

RODRIGUEZ AGUIRRE, Mary Cruz, Calle Paseo de los Artistas 1196, Colonia Colinas de la Normal, Guadalajara, Jalisco, Mexico; DOB 03 May 1974; POB Veracruz, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAM740503MVZDGR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RODRIGUEZ ALMEIDA, Cinthia Adriana, Mexico; DOB 31 Mar 1992; POB Chihuahua, Mexico; nationality Mexico; Gender Female; C.U.R.P. ROAC920331MCHDLN07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

RODRIGUEZ BALLADARES, Julio Modesto, Nicaragua; DOB 22 Jan 1963; POB Nicaragua; nationality Nicaragua; Gender Male; Passport C01659683 (Nicaragua) issued 14 Apr 2014 expires 14 Apr 2024; National ID No. 0012201630050J (Nicaragua) (individual) [NICARAGUA].

RODRIGUEZ CARRENO LTDA. TODO BOLSAS Y COLSOBRES (a.k.a. TODOBOLSAS Y COLSOBRES), Carrera 20 No. 66-34, Bogota, Colombia; NIT # 860053774-1 (Colombia) [SDNT].

RODRIGUEZ DIAZ, Julian Isaias (Latin: RODRÍGUEZ DÍAZ, Julián Isaías), Miranda, Venezuela; DOB 16 Dec 1942; POB Guarico, Venezuela; citizen Venezuela; Gender Male; Cedula No. 2218534 (Venezuela); Venezuelan Ambassador to Italy (individual) [VENEZUELA].

RODRIGUEZ ESPINOZA, Mario Antonio (a.k.a. RODRIGUEZ EZPINOZA, Mario Antonio), Miranda, Venezuela; DOB 16 Feb 1966; citizen Venezuela; Gender Male; Cedula No. 6859414 (Venezuela) (individual) [SDNTK] (Linked To: INVERSIONES MALAMAR R, C.A.).

RODRIGUEZ EZPINOZA, Mario Antonio (a.k.a. RODRIGUEZ ESPINOZA, Mario Antonio), Miranda, Venezuela; DOB 16 Feb 1966; citizen Venezuela; Gender Male; Cedula No. 6859414 (Venezuela) (individual) [SDNTK] (Linked To: INVERSIONES MALAMAR R, C.A.).

RODRIGUEZ FERNANDEZ, Andre, c/o AERONAUTICA CONDOR S.A. DE C.V., Toluca, Estado de Mexico, Mexico; c/o CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Huixquilucan, Estado de Mexico, Mexico; Camino de Acceso a Pradera 41 Fracc. Cuspide Make 1003, Lomas Verdes 53120, Mexico; Cerrada J Camarillo No. 18, Colonia Hogar y Redencion, Delegacion Alvaro Obregon, Mexico, Distrito Federal, Mexico; DOB 26 Aug 1971; POB Distrito Federal, Mexico; C.U.R.P. ROFA710826HDFDRN05 (Mexico) (individual) [SDNT].

RODRIGUEZ GOMEZ, Delcy Eloina (a.k.a. RODRIGUEZ, Delcy), Capital District, Venezuela; DOB 18 May 1969; citizen Venezuela; Gender Female; Cedula No. 10353667 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ GOMEZ, Jorge J (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ GOMEZ, Jorge Jesus (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ JIMENEZ, Esteban (a.k.a. MORFIN RODRIGUEZ, Esteban; a.k.a. RODRIGUEZ LARIOS, Esteban; a.k.a. RODRIGUEZ MORFIN, Esteban; a.k.a. RODRIGUEZ OLIVERA, Esteban; a.k.a. "VALENCIA, Esteban"), Ricardo Giradles 5107, Colonia Jardines de Universidad, Guadalajara, Jalisco, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendera las Acacias 92, Guadalajara, Jalisco, Mexico; Ciudad Victoria, Allende Hwy, Allende, Guanajuato, Mexico; Ocampo 49, Tecalitlan, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Mexico City, Distrito Federal, Mexico; Universidad, Guadalajara, Jalisco, Mexico; DOB 19 Dec 1964; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 0801009914 (Mexico) issued 02 Nov 2008 expires 02 Nov 2018 (individual) [SDNTK].

RODRIGUEZ LARIOS, Esteban (a.k.a. MORFIN RODRIGUEZ, Esteban; a.k.a. RODRIGUEZ JIMENEZ, Esteban; a.k.a. RODRIGUEZ MORFIN, Esteban; a.k.a. RODRIGUEZ OLIVERA, Esteban; a.k.a. "VALENCIA, Esteban"), Ricardo Giradles 5107, Colonia Jardines de Universidad, Guadalajara, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendera las Acacias 92, Guadalajara, Jalisco, Mexico; Ciudad Victoria, Allende Hwy, Allende, Guanajuato, Mexico; Ocampo 49, Tecalitlan, Jalisco, Mexico; Puerto de Hierro, Zopapan, Jalisco, Mexico; Mexico City, Distrito Federal, Mexico; Universidad, Guadalajara, Jalisco, Mexico; DOB 19 Dec 1964; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 0801009914 (Mexico) issued 02 Nov 2008 expires 02 Nov 2018 (individual) [SDNTK].

RODRIGUEZ LOPEZ, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Carr. San Julian KM 1.5, San Miguel El Alto, San Julian, Jalisco 47170, Mexico; R.F.C. RLO960524C18 (Mexico); Folio Mercantil No. 12651 (Jalisco) (Mexico) [SDNTK].

RODRIGUEZ LOPEZ, Sergio (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

RODRIGUEZ LOPEZ-CALLEJAS, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJA, Luis Alberto) (a.k.a. RODRIGUEZ LOPEZ-CALLEJAS, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJAS, Luis Alberto)), Calle 49 A Nro. 3626, Playa, Havana, Cuba; DOB 19 Jan 1960; POB Cuba; nationality Cuba; Gender Male; Passport A009956 (Cuba) issued 23 Jan 2017 expires 23 Jan 2029 (individual) [CUBA].

RODRIGUEZ LOPEZ-CALLEJAS, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJAS, Luis Alberto) (a.k.a. RODRIGUEZ LOPEZ-CALLEJA, Luis Alberto (Latin: RODRÍGUEZ LÓPEZ-CALLEJA, Luis Alberto)), Calle 49 A Nro. 3626, Playa, Havana, Cuba; DOB 19 Jan 1960; POB Cuba; nationality Cuba; Gender Male; Passport A009956 (Cuba) issued 23 Jan 2017 expires 23 Jan 2029 (individual) [CUBA].

RODRIGUEZ MEJIA, Ernesto Leonel, Nicaragua; DOB 05 Apr 1973; POB Nicaragua; nationality Nicaragua; Gender Male; Cedula No. 4410504730003N (Nicaragua) (individual) [NICARAGUA].

RODRIGUEZ MORFIN, Daniel (a.k.a. RODRIGUEZ OLIVERA, Daniel), Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; DOB 14 Feb 1974; alt. DOB 1973; POB Jalisco, Mexico; alt. POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 140044764 (Mexico); C.U.R.P. ROOD740214HJCDLN09 (Mexico) (individual) [SDNTK].

RODRIGUEZ MORFIN, Esteban (a.k.a. MORFIN RODRIGUEZ, Esteban; a.k.a. RODRIGUEZ JIMENEZ, Esteban; a.k.a. RODRIGUEZ LARIOS, Esteban; a.k.a. RODRIGUEZ OLIVERA, Esteban; a.k.a. "VALENCIA, Esteban"), Ricardo Giradles 5107, Colonia Jardines de Universidad, Guadalajara, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendera las Acacias 92, Guadalajara, Jalisco, Mexico; Ciudad Victoria, Allende Hwy, Allende, Guanajuato, Mexico; Ocampo 49, Tecalitlan, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Mexico City, Distrito Federal, Mexico; Universidad, Guadalajara, Jalisco, Mexico; DOB 19 Dec 1964; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 0801009914 (Mexico) issued 02 Nov 2008 expires 02 Nov 2018 (individual) [SDNTK].

RODRIGUEZ MORFIN, Luis (a.k.a. MORFAN RODRIGUEZ, Luis Fernando; a.k.a. RODRIGUEZ OLIVERA, Luis; a.k.a. RODRIGUEZ OLIVERA, Luis Fernando), Plaza Pabellion, Zapopan, Jalisco, Mexico; Colonia Providencia, Calle Quebec, Apt. 1127, Guadalajara, Jalisco, Mexico; 4179 Colonia Miravalle, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Vereda Del Canario 1, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Fresno, CA, United States; DOB 03 Apr 1972; alt. DOB 1960; alt. DOB 1966; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RODRIGUEZ MUCURA, Hildemaro Jose (a.k.a. MUCURA, Ildemaro Jose; a.k.a. RODRIGUEZ MUCURA, Ildemaro Jose), Caracas, Capital District, Venezuela; DOB 06 Jun 1977; Gender Male; Cedula No. 13432397 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ MUCURA, Ildemaro Jose (a.k.a. MUCURA, Ildemaro Jose; a.k.a. RODRIGUEZ MUCURA, Hildemaro Jose), Caracas, Capital

District, Venezuela; DOB 06 Jun 1977; Gender Male; Cedula No. 13432397 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ OLIVERA, Daniel (a.k.a. RODRIGUEZ MORFIN, Daniel), Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; DOB 14 Feb 1974; alt. DOB 1973; POB Jalisco, Mexico; alt. POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 140044764 (Mexico); C.U.R.P. ROOD740214HJCDLN09 (Mexico) (individual) [SDNTK].

RODRIGUEZ OLIVERA, Esteban (a.k.a. MORFIN RODRIGUEZ, Esteban; a.k.a. RODRIGUEZ JIMENEZ, Esteban; a.k.a. RODRIGUEZ LARIOS, Esteban; a.k.a. RODRIGUEZ MORFIN, Esteban; a.k.a. "VALENCIA, Esteban"), Ricardo Giradles 5107, Colonia Jardines de Universidad, Guadalajara, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendera las Acacias 92, Guadalajara, Jalisco, Mexico; Ciudad Victoria, Allende Hwy, Allende, Guanajuato, Mexico; Ocampo 49, Tecalitlan, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Mexico City, Distrito Federal, Mexico; Universidad, Guadalajara, Jalisco, Mexico; DOB 19 Dec 1964; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 0801009914 (Mexico) issued 02 Nov 2008 expires 02 Nov 2018 (individual) [SDNTK].

RODRIGUEZ OLIVERA, Luis (a.k.a. MORFAN RODRIGUEZ, Luis Fernando; a.k.a. RODRIGUEZ MORFIN, Luis; a.k.a. RODRIGUEZ OLIVERA, Luis Fernando), Plaza Pabellion, Zapopan, Jalisco, Mexico; Colonia Providencia, Calle Quebec, Apt. 1127, Guadalajara, Jalisco, Mexico; 4179 Colonia Miravalle, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Vereda Del Canario 1, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Fresno, CA, United States; DOB 03 Apr 1972; alt. DOB 1960; alt. DOB 1966; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RODRIGUEZ OLIVERA, Luis Fernando (a.k.a. MORFAN RODRIGUEZ, Luis Fernando; a.k.a. RODRIGUEZ MORFIN, Luis; a.k.a. RODRIGUEZ OLIVERA, Luis), Plaza Pabellion, Zapopan, Jalisco, Mexico; Colonia Providencia, Calle Quebec, Apt. 1127, Guadalajara, Jalisco,

Mexico; 4179 Colonia Miravalle, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Vereda Del Canario 1, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Fresno, CA, United States; DOB 03 Apr 1972; alt. DOB 1960; alt. DOB 1966; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

RODRIGUEZ OLIVERA, Miguel (a.k.a. MORFIN RODRIGUEZ, Miguel), C Simon Blvd. No. 47, Col Aviacio, Tijuana, Baja California, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendero Las Acacias 92, Guadalajara, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Puerto Vallarta, Jalisco, Mexico; Fraccionamiento Santa Isabel, Paseo San Eliseo 1695, Zapopan, Jalisco, Mexico; DOB 11 Aug 1976; alt. DOB 02 Sep 1977; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. ROOM760811HJCDLG00 (Mexico) (individual) [SDNTK].

RODRIGUEZ OLIVERA, Rosalina; DOB 03 Sep 1969; POB Tecalitlan, Jalisco; C.U.R.P. ROOR690903MJCDLS07 (Mexico) (individual) [SDNTK] (Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.).

RODRIGUEZ OREJUELA, Gilberto Jose (a.k.a. "LUCAS"; a.k.a. "THE CHESS PLAYER"), Cali, Colombia; DOB 31 Jan 1939; Cedula No. 6068015 (Colombia); alt. Cedula No. 6067015 (Colombia); Passport T321642 (Colombia); alt. Passport 6067015 (Comoros); alt. Passport 77588 (Argentina); alt. Passport 10545599 (Venezuela) (individual) [SDNT].

RODRIGUEZ OREJUELA, Miguel Angel (a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

RODRIGUEZ REYES, Allan Estuardo (a.k.a. RODRIGUEZ, Alan; a.k.a. RODRIGUEZ, Allan), San Lucas, Guatemala; DOB 19 Oct 1981; POB Guatemala; nationality Guatemala; Gender Male; Passport F5573390 (Guatemala) expires 31 Aug 2021; National ID No. 2754422680101 (Guatemala) (individual) [GLOMAG].

RODRIGUEZ RUIZ, Bayardo Ramon, KM 9 Carretera Nueva A Leon Y 300 Mts Al Este, Casa 9, Managua, Nicaragua; DOB 12 Apr 1961; POB Managua, Nicaragua; nationality

Nicaragua; Gender Male; National ID No. 0011204610031W (Nicaragua); Diplomatic Passport A0008886 (Nicaragua) issued 12 Feb 2012 expires 12 Feb 2022 (individual) [NICARAGUA].

RODRIGUEZ SERRANO, Lucio, El Barrio de Guanajuato, Badiraguato, Sinaloa, Mexico; DOB 13 Dec 1946; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROSL461213HSLDRC09 (Mexico) (individual) [SDNTK].

RODRIGUEZ VASQUEZ, Fernain (a.k.a. CARRILLO, Abel); DOB 08 Jan 1972; POB Valparaiso, Caqueta, Colombia; Cedula No. 16191270 (Colombia) (individual) [SDNTK].

RODRIGUEZ, Alan (a.k.a. RODRIGUEZ REYES, Allan Estuardo; a.k.a. RODRIGUEZ, Allan), San Lucas, Guatemala; DOB 19 Oct 1981; POB Guatemala; nationality Guatemala; Gender Male; Passport F5573390 (Guatemala) expires 31 Aug 2021; National ID No. 2754422680101 (Guatemala) (individual) [GLOMAG].

RODRIGUEZ, Allan (a.k.a. RODRIGUEZ REYES, Allan Estuardo; a.k.a. RODRIGUEZ, Alan), San Lucas, Guatemala; DOB 19 Oct 1981; POB Guatemala; nationality Guatemala; Gender Male; Passport F5573390 (Guatemala) expires 31 Aug 2021; National ID No. 2754422680101 (Guatemala) (individual) [GLOMAG].

RODRIGUEZ, Antonio (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO DONJUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ680317BD1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

RODRIGUEZ, Delcy (a.k.a. RODRIGUEZ GOMEZ, Delcy Eloina), Capital District, Venezuela; DOB 18 May 1969; citizen Venezuela; Gender Female; Cedula No. 10353667 (Venezuela) (individual) [VENEZUELA].

RODRIGUEZ, Jorge (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

RODSM (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

ROETZEL-STAHL GMBH & CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH & CO. KG; a.k.a. BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG; f.k.a. ROETZEL-STAHL GMBH AND CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration HRA 4528 (Germany); all offices worldwide [IRAN].

ROETZEL-STAHL GMBH AND CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH & CO. KG; a.k.a. BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG; f.k.a. ROETZEL-STAHL GMBH & CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration HRA 4528 (Germany); all offices worldwide [IRAN].

ROEZI, Pahlawan (a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Farahan; a.k.a. ROZI, Palawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROGO, Aboud Mohammad (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGO, Aboud Mohammed (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo;

a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Seif; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGO, Aboud Seif (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Sheikh Aboud); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGO, Sheikh Aboud (a.k.a. MOHAMED, Aboud Rogo; a.k.a. MOHAMMED, Aboud Rogo; a.k.a. MUHAMMAD, Aboud Rogo; a.k.a. ROGO, Aboud Mohammad; a.k.a. ROGO, Aboud Mohammed; a.k.a. ROGO, Aboud Seif); DOB 11 Nov 1960; alt. DOB 11 Nov 1967; alt. DOB 11 Nov 1969; alt. DOB 01 Jan 1969; POB Kenya; alt. POB Lamu Island, Kenya; citizen Kenya (individual) [SOMALIA].

ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валеревич) (a.k.a. ROGOV, Volodimir Valeriyovych; a.k.a. ROGOV, Volodimir Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович); a.k.a. ROHOV, Volodymyr), 16 Bydynovno St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROGOV, Volodim Valerievich (a.k.a. ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валеревич); a.k.a. ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович); a.k.a. ROHOV, Volodymyr), 16 Bydynovno St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович) (a.k.a. ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валеревич); a.k.a. ROGOV, Volodimir Valeriyovych; a.k.a. ROHOV, Volodymyr), 16 Bydynovno St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROGOZIN, Dmitriy (a.k.a. ROGOZIN, Dmitry; a.k.a. ROGOZIN, Dmitry Olegovich); DOB 21 Dec 1963; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

ROGOZIN, Dmitry (a.k.a. ROGOZIN, Dmitriy; a.k.a. ROGOZIN, Dmitry Olegovich); DOB 21 Dec 1963; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

ROGOZIN, Dmitry Olegovich (a.k.a. ROGOZIN, Dmitriy; a.k.a. ROGOZIN, Dmitry); DOB 21 Dec 1963; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

ROGULJIC, Slavko; DOB 1952 (individual) [BALKANS].

ROHOV, Volodymyr (a.k.a. ROGOV, Vladimir Valerevich (Cyrillic: РОГОВ, Владимир Валеревич); a.k.a. ROGOV, Volodimir Valeriyovych; a.k.a. ROGOV, Volodymyr Valeriyovych (Cyrillic: РОГОВ, Володимир Валерійович)), 16 Bydynovno St., Apartment 157, Zaporizhzhia, Ukraine; DOB 01 Dec 1976; nationality Ukraine; Gender Male; Tax ID No. 2809404718 (Ukraine) (individual) [RUSSIA-EO14024].

ROJAS FRANCO, Jaime, Colombia; DOB 24 Dec 1957; POB Cartago, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16210083 (Colombia) (individual) [SDNT].

ROJAS, Edinson Rodolfo (a.k.a. "PICHI"); DOB 26 Sep 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 98593559 (Colombia) (individual) [SDNTK].

ROKUDAIME YAMAGUCHI-GUMI (a.k.a. SIXTH YAMAGUCHI-GUMI; a.k.a. YAMAGUCHI-GUMI), 4-3-1 Shinohara-honmachi, Nada-Ku, Kobe City, Hyogo, Japan [TCO].

ROLDUGIN, Sergei Pavlovich (Cyrillic: РОЛДУГИН, Сергей Павлович) (a.k.a. ROLDUGIN, Sergey (Cyrillic: РОЛДУГИН, Сергей)), Saint Petersburg, Russia; DOB 28 Sep 1951; POB Sakhalin Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ROLDUGIN, Sergey (Cyrillic: РОЛДУГИН, Сергей) (a.k.a. ROLDUGIN, Sergei Pavlovich (Cyrillic: РОЛДУГИН, Сергей Павлович)),

Saint Petersburg, Russia; DOB 28 Sep 1951; POB Sakhalin Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ROMAN FIGUEROA, Jorge Damian (a.k.a. "EL SOLDADO"), Mexico; DOB 21 Aug 1978; POB Guaymas, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROFJ780821HSRMGR10 (Mexico) (individual) [SDNTK].

ROMAN FLORES, Luis Eduardo, Mexico; DOB 04 Sep 1982; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROFL820904HSRMLS05 (Mexico) (individual) [TCO] (Linked To: MALAS MANAS).

ROMANENKO, Oleg (a.k.a. ROMANENKO, Oleg Evgenievich; a.k.a. ROMANENKO, Oleg Yegemyevich), 29/8 Heroev Ave, Apt 51, Balakovo, Saratov Region, Russia; DOB 05 Oct 1963; POB Soledar, Bakhmut District, Donetsk Region, Ukraine; nationality Russia; Gender Male; Passport 6308 264336 (Russia); Tax ID No. 643910675500 (Russia) (individual) [RUSSIA-EO14024].

ROMANENKO, Oleg Evgenievich (a.k.a. ROMANENKO, Oleg; a.k.a. ROMANENKO, Oleg Yegemyevich), 29/8 Heroev Ave, Apt 51, Balakovo, Saratov Region, Russia; DOB 05 Oct 1963; POB Soledar, Bakhmut District, Donetsk Region, Ukraine; nationality Russia; Gender Male; Passport 6308 264336 (Russia); Tax ID No. 643910675500 (Russia) (individual) [RUSSIA-EO14024].

ROMANENKO, Oleg Yegemyevich (a.k.a. ROMANENKO, Oleg; a.k.a. ROMANENKO, Oleg Evgenievich), 29/8 Heroev Ave, Apt 51, Balakovo, Saratov Region, Russia; DOB 05 Oct 1963; POB Soledar, Bakhmut District, Donetsk Region, Ukraine; nationality Russia; Gender Male; Passport 6308 264336 (Russia); Tax ID No. 643910675500 (Russia) (individual) [RUSSIA-EO14024].

ROMANENKO, Roman Yuryevich (Cyrillic: РОМАНЕНКО, Роман Юрьевич), Russia; DOB 09 Aug 1971; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROMANOV, Mikhail Valentinovich (Cyrillic: РОМАНОВ, Михаил Валентинович), Russia; DOB 03 Nov 1984; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROMASHKIN, Ruslan (a.k.a. ROMASHKIN, Ruslan Aleksandrovich (Cyrillic: РОМАШКИН, Руслан Александрович)); DOB 15 Jun 1976; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Service Command Point of the Federal Security Service of the Russian Federation for the Republic of Crimea and Sevastopol (individual) [UKRAINE-EO13661].

ROMASHKIN, Ruslan Aleksandrovich (Cyrillic: РОМАШКИН, Руслан Александрович) (a.k.a. ROMASHKIN, Ruslan); DOB 15 Jun 1976; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Service Command Point of the Federal Security Service of the Russian Federation for the Republic of Crimea and Sevastopol (individual) [UKRAINE-EO13661].

ROMDOUL CAPITAL PAWN CO., LTD., 21, 352 Boeng Keng Kang Muoy, Chamkar Mon, Phnom Penh, Cambodia; Company Number 00005573 (Cambodia) [GLOMAG] (Linked To: PHARA, Kim).

ROMDOUL DEVELOPMENT CO., LTD., Boeng Keng Kang Moy, Chamkar Mon, Phnom Penh, Cambodia; Company Number 00024848 (Cambodia) [GLOMAG] (Linked To: PHARA, Kim).

ROMERO GARCIA, Dany Balmore (Latin: ROMERO GARCÍA, Dany Balmore) (a.k.a. "BIG BOY"; a.k.a. "D-BOY"), Pje. 6, Casa 11, Soyapango, San Salvador, El Salvador; DOB 26 Apr 1974; Identification Number 04237453-4 (El Salvador) (individual) [TCO] (Linked To: MS-13).

ROMERO RODRIGUEZ, Alexis; DOB 28 Jul 1970; POB Cali, Colombia; Cedula No. 16790481 (Colombia) (individual) [SDNTK].

ROMERO WIRICHAGA, Ramiro Martin, Nogales, Sonora, Mexico; DOB 16 Sep 1978; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROWR780916HSRMRM03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ROMERO ZEVADA, Demetrio, Nogalitos No. 17, Quila, Sinaloa, Mexico; DOB 09 Apr 1973; POB Culiacan, Sinaloa, Mexico; C.U.R.P. ROZD730409HSLMVM09 (Mexico) (individual) [SDNTK] (Linked To: COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.; Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.).

ROMERO, Antonio (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides); DOB 04 Sep 1957 (individual) [SDNTK].

ROMIK S.A., P.H. Plaza 2000, Piso 11, Urbanizacion Marbella, Panama City, Panama; RUC # 1661921-1-677849 (Panama) [SDNTK].

ROMO LOPEZ, Martin (a.k.a. ROMO LOPEZ, Martin de Jesus), Piedras Negras, Coahuila, Mexico; DOB 02 Jun 1964; POB Tabasco, Zacatecas; nationality Mexico; citizen Mexico; C.U.R.P. ROLM640602HZSMPR05 (Mexico) (individual) [SDNTK].

ROMO LOPEZ, Martin de Jesus (a.k.a. ROMO LOPEZ, Martin), Piedras Negras, Coahuila, Mexico; DOB 02 Jun 1964; POB Tabasco, Zacatecas; nationality Mexico; citizen Mexico; C.U.R.P. ROLM640602HZSMPR05 (Mexico) (individual) [SDNTK].

RONAGHI, Iraj, No. 3-11 Tower B, Tehran Towers, Hormozan St. Phase 2, Shahrak, Qods, Tehran, Iran; DOB 18 Nov 1952; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

RONIN CONSULTANCY (a.k.a. RONIN MANAGEMENT B.V.; a.k.a. RONIN TRADING), Haarlemmerstraat 5 K.03-1, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 24 May 2004; Tax ID No. 813234815 (Netherlands); Registration Number 34207537 (Netherlands) [RUSSIA-EO14024].

RONIN MANAGEMENT B.V. (a.k.a. RONIN CONSULTANCY; a.k.a. RONIN TRADING), Haarlemmerstraat 5 K.03-1, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 24 May 2004; Tax ID No. 813234815 (Netherlands); Registration Number 34207537 (Netherlands) [RUSSIA-EO14024].

RONIN TRADING (a.k.a. RONIN CONSULTANCY; a.k.a. RONIN MANAGEMENT B.V.), Haarlemmerstraat 5 K.03-1, Gemeente Hillegom 2182 HA, Netherlands; Organization Established Date 24 May 2004; Tax ID No. 813234815 (Netherlands); Registration Number 34207537 (Netherlands) [RUSSIA-EO14024].

ROOBOW, Cabdi (a.k.a. DHEERE, Suhayb; a.k.a. DHEERE, Suheib; a.k.a. SHINI, Abdi Rooble), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ROOL EUROPE AG, Alsterberg 18 B, 22335, Hamburg 22335, Germany; Dessauer Str. 2-4, Hamburg 20457, Germany; Commercial Registry Number HRB96201 (Germany) [SDNTK].

ROSALEJOS-PAREJA, Dino Amor (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

ROSALES MENDOZA, Carlos (a.k.a. ROSALES MENDOZA, Carlos Alberto), Michoacan, Mexico; Petacalco, Guerrero, Mexico; DOB 12 Feb 1963; POB Guerrero, Michoacan; alt. POB El Naranjito, La Union, Guerrero, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. ROMC630212HGRSNR09 (Mexico) (individual) [SDNTK].

ROSALES MENDOZA, Carlos Alberto (a.k.a. ROSALES MENDOZA, Carlos), Michoacan, Mexico; Petacalco, Guerrero, Mexico; DOB 12 Feb 1963; POB Guerrero, Michoacan; alt. POB El Naranjito, La Union, Guerrero, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. ROMC630212HGRSNR09 (Mexico) (individual) [SDNTK].

ROSARIO NIEBLA CARDOZA A. EN P. (a.k.a. GASOLINERA ROSARIO), Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. NICR-461006-T36 (Mexico) [SDNTK].

ROSARIO, Felix Ramon Bautista; DOB 16 Jun 1963; POB S. J. de la Maguana, Dominican Republic; nationality Dominican Republic; Gender Male; Passport SR0007428 (Dominican Republic); alt. Passport SC3002191 (Dominican Republic); National ID No. 00101651586 (Dominican Republic) (individual) [GLOMAG].

ROSAS CAMBA, Liliana, Jamaica Numero 1411, Colonia Cinco de Diciembre, Puerto Vallarta, Jalisco, Mexico; DOB 20 May 1992; POB Jalisco, Mexico; nationality Mexico; Gender

Female; C.U.R.P. ROCL920520MJCSML00 (Mexico) (individual) [SDNTK].

ROSATOM INNOHUB (a.k.a. INNOVATION HUB LIMITED LIABILITY COMPANY; a.k.a. "INNOHUB LLC"), Per. Bolshoi Tolmachevskii D. 4, Str. 1, Pomeshch. 4/1, Moscow 119017, Russia; Tax ID No. 9724042820 (Russia); Registration Number 1217700144738 (Russia) [RUSSIA-EO14024].

ROSATOMPORT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

ROSBANK PJSC (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60 (Russia); Registration Number 1027739460737 (Russia) [RUSSIA-EO14024].

ROSEHILL DRC SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01317 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: WOODFORD ENTERPRISES LIMITED SASU).

ROSEKSIMBANK, ZAO (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK

(ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

ROSGEO (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEOLOGIYA OAO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

ROSGEOLOGIYA OAO (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

ROSGEOLOGY (a.k.a. AO ROSGEO (Cyrillic: АО РОСГЕО); a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEO; a.k.a. ROSGEOLOGIYA OAO), Khersonskaya st., 43/3, Moscow 117246, Russia; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

ROSGOSSTRAKH INSURANCE COMPANY GROUP (a.k.a. IC ROSGOSSTRAKH PJSC;

a.k.a. PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ); a.k.a. PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ)), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ROSHAN MONEY EXCHANGE (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

OFFICE OF FOREIGN ASSETS CONTROL

ROSHAN SARAFI (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

ROSHAN SHIRKAT (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank,

Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

ROSHAN TRADING COMPANY (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi

Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

ROSHCHUPKIN, Vladimir Nikolaevich, Russia; DOB 02 Jun 1963; POB Pershino, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 662316649390 (Russia) (individual) [RUSSIA-EO14024].

ROSI, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROSIC, Marko, Kosovo; DOB 28 Jun 1993; POB Mitrovica, Kosovo; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

ROSNEFT TRADING S.A., Rue Place du Lac 2, 1204, Geneva, Switzerland; Website www.rosneft.com; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. CHE-309.842.573 (Switzerland); Registration Number CH-660.0.257.011-8 (Switzerland); For

more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [VENEZUELA-EO13850] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

ROSOBORONEKSPORT OAO (a.k.a. ROSOBORONEKSPORT OJSC; a.k.a. ROSOBORONEXPORT JSC; a.k.a. RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [SYRIA] [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ROSOBORONEKSPORT OJSC (a.k.a. ROSOBORONEKSPORT OAO; a.k.a. ROSOBORONEXPORT JSC; a.k.a. RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [SYRIA] [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ROSOBORONEXPORT JSC (a.k.a. ROSOBORONEKSPORT OAO; a.k.a. ROSOBORONEKSPORT OJSC; a.k.a. RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [SYRIA] [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ROSSEEV, Mikhail Nikolaevich (a.k.a. ROSSEYEV, Mikhail Nikolayevich), Moscow, Russia; DOB 06 Feb 1975; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ROSSEL, Eduard (a.k.a. ROSSEL, Eduard Ergartovich (Cyrillic: РОССЕЛЬ, Эдуард Эргартович), Russia; DOB 08 Oct 1937; POB Bor, Nizhny Novgorod Oblast, Russia; nationality Russia; Gender Male; Tax ID No. 666200807284 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROSSEL, Eduard Ergartovich (Cyrillic: РОССЕЛЬ, Эдуард Эргартович) (a.k.a. ROSSEL, Eduard), Russia; DOB 08 Oct 1937; POB Bor, Nizhny Novgorod Oblast, Russia; nationality Russia; Gender Male; Tax ID No. 666200807284 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ROSSEYEV, Mikhail Nikolayevich (a.k.a. ROSSEEV, Mikhail Nikolaevich), Moscow, Russia; DOB 06 Feb 1975; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ROSSIJA 1 (a.k.a. ROSSIYA-1 (Cyrillic: РОССИЯ-1); a.k.a. RUSSIA-1; a.k.a. TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1)), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. RNKB OAO; a.k.a. RUSSIAN NATIONAL COMMERCIAL BANK; a.k.a. "RNCB"), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia); Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

ROSSIYA-1 (Cyrillic: РОССИЯ-1) (a.k.a. ROSSIJA 1; a.k.a. RUSSIA-1; a.k.a. TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1)), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

ROSSIYSKIYE KOSMICHESKIYE SISTEMY (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RKS"; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [RUSSIA-EO14024].

ROSSOLAY, Vyacheslav Evgenyevich (Cyrillic: РОССОЛАЙ, Вячеслав Евгеньевич) (a.k.a. RASSALAI, Viachaslau; a.k.a. RASSALAI,

Viachaslau Yevgenyevich), Minsk, Belarus; DOB 17 Oct 1981; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ROST PROGRESS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ROST PROGRESS), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Organization Established Date 10 Oct 2016; Tax ID No. 7802596430 (Russia); Registration Number 1167847364791 (Russia) [RUSSIA-EO14024] (Linked To: SVETLANA ROST JOINT STOCK COMPANY).

ROSTAMI CHESHMEH GACHI, Mohammad (Arabic: محمد رستمی چشمه گچی) (a.k.a. ROSTAMI, Mohammad (Arabic: محمد رستمی)), Kermanshah, Iran; DOB 1976 to 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 111936 (Iran); Identification Number 13821 (Iran); General (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ROSTAMI, Mohammad (Arabic: محمد رستمی) (a.k.a. ROSTAMI CHESHMEH GACHI, Mohammad (Arabic: محمد رستمی چشمه گچی)), Kermanshah, Iran; DOB 1976 to 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 111936 (Iran); Identification Number 13821 (Iran); General (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ROSTAMIAN, Kambiz, Villa No 13, Cluster 31 Juemierah Islands, Dubai, United Arab Emirates; DOB 27 Aug 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport RE0003028 (Saint Kitts and Nevis); alt. Passport I17217816 (Iran) (individual) [NPWMD] [IFSR].

ROSTAR RESEARCH AND PRODUCTION ASSOCIATION LIMITED LIABILITY COMPANY (a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION ROSTAR LLC), BSI, Ul. Dorozhnaya D. 39, Naberezhnyye Chelny 423800, Russia; Sh. Okruzhnoe D. 11B, Office 2, Yelabuga 423606, Russia; Tax ID No. 7720361170 (Russia); Registration Number 5167746369060 (Russia) [RUSSIA-EO14024].

ROSTELEKOM SOLAR (a.k.a. OOO SOLAR SEKYURITI; a.k.a. "RT SOLAR"), Ul. Vyatskaya, 35/4 Bts Vyatka, Moscow 127015, Russia; Per. Nikitskiy, 7c1, Moscow 125009,

Russia; Tax ID No. 7718099790 (Russia); Registration Number 1157746204230 (Russia) [RUSSIA-EO14024].

ROSTFINANS (a.k.a. BANK ROSTFINANCE; a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. OOO CB ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

ROSTOM, Saker (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر الرستم); a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

ROSTOV HELICOPTER PRODUCTION COMPLEX (a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PJSC; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTOV, Nicholas (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PJSC; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia);

Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTVERTOL PAO (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PJSC; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTVERTOL PJSC (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PUBLIC JOINT STOCK COMPANY), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSTVERTOL PUBLIC JOINT STOCK COMPANY (a.k.a. ROSTOV HELICOPTER PRODUCTION COMPLEX; a.k.a. ROSTOVSKIY VERTOLETNYI PROIZVODSTVENNYI KOMPLEKS; a.k.a. ROSTVERTOL PAO; a.k.a. ROSTVERTOL PJSC), Ul. Novatorov D. 5, Rostov-Na-Donu 344038, Russia; Organization Established Date 01 Jul 1939; Tax ID No. 6161021690 (Russia); Registration Number 1026102899228 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

ROSY, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROTEK ELPOM, LLC (a.k.a. ROTEK-ELPOM), Ul. Marksistskaya D. 22, Str. 1, Floor 8, Office 801/11, Moscow 109147, Russia; Website www.raven-black.com; Organization Established Date 14 Mar 2005; Tax ID No.

7703545018 (Russia); Trade License No. 1057746425978 (Russia) [RUSSIA-EO14024].

ROTEK-ELPOM (a.k.a. ROTEK ELPOM, LLC), Ul. Marksistskaya D. 22, Str. 1, Floor 8, Office 801/11, Moscow 109147, Russia; Website www.raven-black.com; Organization Established Date 14 Mar 2005; Tax ID No. 7703545018 (Russia); Trade License No. 1057746425978 (Russia) [RUSSIA-EO14024].

ROTENBERG, Arkadii Romanovich (a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkadii Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkadiy Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович) (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Arkady Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovich (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERH, Arkadii Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERG, Boris Borisovich (Cyrillic: РОТЕНБЕРГ, Борис Борисович) (a.k.a. "ROTENBERG JUNIOR, Boris"), Russia; 46 Cadogan Lane, London SW1X9DX, United Kingdom; DOB 19 May 1986; POB St. Petersburg, Russia; nationality Finland; alt. nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Boris Romanovich (Cyrillic: РОТЕНБЕРГ, Борис Романович) (a.k.a. ROTENBERG, Borys Romanovych), Russia; DOB 03 Jan 1957; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 470305596440 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SMP BANK).

ROTENBERG, Borys Romanovych (a.k.a. ROTENBERG, Boris Romanovich (Cyrillic: РОТЕНБЕРГ, Борис Романович)), Russia; DOB 03 Jan 1957; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 470305596440 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SMP BANK).

ROTENBERG, Igor Arkadevich (a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadievich (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadiiovych (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadiyevich (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a.

ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peturbg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич) (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Ihor Arkadiyovych; a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peturbg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Ihor Arkadiiovych (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERH, Igor Arkadiyovych), Russia; DOB 09 May 1973; POB St. Peturbg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Karina Iurevna (f.k.a. GAPCHUK FOX, Karina; a.k.a. ROTENBERG, Karina Iurievna; a.k.a. ROTENBERG, Karina Iuryevna; a.k.a. ROTENBERG, Karina Yurevna (Cyrillic: РОТЕНБЕРГ, Карина Юрьевна); a.k.a. ROTENBERG, Karina Yurievna; a.k.a. ROTENBERG, Karina Yuryevna), Russia; France; DOB 24 Nov 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Karina Iurievna (f.k.a. GAPCHUK FOX, Karina; a.k.a. ROTENBERG, Karina Iurevna; a.k.a. ROTENBERG, Karina Iuryevna;

a.k.a. ROTENBERG, Karina Yurevna (Cyrillic: РОТЕНБЕРГ, Карина Юрьевна); a.k.a. ROTENBERG, Karina Yurievna; a.k.a. ROTENBERG, Karina Yuryevna), Russia; France; DOB 24 Nov 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Karina Iuryevna (f.k.a. GAPCHUK FOX, Karina; a.k.a. ROTENBERG, Karina Iurevna; a.k.a. ROTENBERG, Karina Iurievna; a.k.a. ROTENBERG, Karina Yurevna (Cyrillic: РОТЕНБЕРГ, Карина Юрьевна); a.k.a. ROTENBERG, Karina Yurievna; a.k.a. ROTENBERG, Karina Yuryevna), Russia; France; DOB 24 Nov 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Karina Yurevna (f.k.a. GAPCHUK FOX, Karina; a.k.a. ROTENBERG, Karina Iurevna; a.k.a. ROTENBERG, Karina Iurievna; a.k.a. ROTENBERG, Karina Iuryevna; a.k.a. ROTENBERG, Karina Yurievna; a.k.a. ROTENBERG, Karina Yuryevna), Russia; France; DOB 24 Nov 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Karina Yurievna (f.k.a. GAPCHUK FOX, Karina; a.k.a. ROTENBERG, Karina Iurevna; a.k.a. ROTENBERG, Karina Iurievna; a.k.a. ROTENBERG, Karina Yurevna (Cyrillic: РОТЕНБЕРГ, Карина Юрьевна); a.k.a. ROTENBERG, Karina Yuryevna), Russia; France; DOB 24 Nov 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Lilia Arkadievna (a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a.

ROTENBERG, Liliia Arkadiivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Lilia Arkadiivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Lilia Arkadiyivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Liliia Arkadiivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliia Arkadiivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliia Arkadyevna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadiivna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a.

ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiivna, Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliia Rotenberh (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна); a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна) (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadiyivna), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Liliya Arkadiyivna (a.k.a. ROTENBERG, Lilia Arkadievna; a.k.a. ROTENBERG, Lilia Arkadiivna; a.k.a. ROTENBERG, Lilia Arkadiyivna; a.k.a. ROTENBERG, Liliia Arkadyivna; a.k.a. ROTENBERG, Liliia Arkadyevna; a.k.a. ROTENBERG, Liliia Rotenberh; a.k.a. ROTENBERG, Liliya Arkadievna (Cyrillic: РОТЕНБЕОГ, Лилия Аркадьевна)), Russia; DOB 17 Apr 1978; POB Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Pavel Arkadievich (a.k.a. ROTENBERG, Pavel Arkadyevich (Cyrillic: РОТЕНБЕРГ, Павел Аркадьевич)), Russia; DOB 29 Feb 2000; alt. DOB 20 Feb 2000; POB St. Peterburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Pavel Arkadyevich (Cyrillic: РОТЕНБЕРГ, Павел Аркадьевич) (a.k.a. ROTENBERG, Pavel Arkadievich), Russia; DOB 29 Feb 2000; alt. DOB 20 Feb 2000; POB St. Peterburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTENBERG, Roman Borisovich (Cyrillic: РОТЕНБЕРГ, Роман Борисович) (a.k.a. ROTENBERG, Roman Borysovych), Beregovaya, Street 6, Apartment 25, Moscow 125367, Russia; DOB 07 Apr 1981; POB St. Petersburg, Russia; citizen Russia; alt. citizen Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 640848350 (Russia); alt. Passport 16038132 (Finland); alt. Passport 17017258 (Finland) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERG, Roman Borysovych (a.k.a. ROTENBERG, Roman Borisovich (Cyrillic: РОТЕНБЕРГ, Роман Борисович)), Beregovaya, Street 6, Apartment 25, Moscow 125367, Russia; DOB 07 Apr 1981; POB St. Petersburg, Russia; citizen Russia; alt. citizen Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 640848350 (Russia); alt. Passport 16038132 (Finland); alt. Passport 17017258 (Finland) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

ROTENBERH, Arkadii Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERG, Arkady Romanovych (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a. ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkady Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERH, Arkady Romanovych (a.k.a. ROTENBERG, Arkadii Romanovich; a.k.a. ROTENBERG, Arkadii Romanovych; a.k.a. ROTENBERG, Arkadiy Romanovych; a.k.a. ROTENBERG, Arkady Romanovych (Cyrillic: РОТЕНБЕРГ, Аркадий Романович); a.k.a.

ROTENBERG, Arkady Romanovych; a.k.a. ROTENBERH, Arkadii Romanovych), Russia; DOB 15 Dec 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780619032880 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ROTENBERH, Igor Arkadiyovych (a.k.a. ROTENBERG, Igor Arkadevich; a.k.a. ROTENBERG, Igor Arkadievich; a.k.a. ROTENBERG, Igor Arkadiiovych; a.k.a. ROTENBERG, Igor Arkadiyevich; a.k.a. ROTENBERG, Igor Arkadyevich (Cyrillic: РОТЕНБЕРГ, Игорь Аркадьевич); a.k.a. ROTENBERG, Ihor Arkadiiovych), Russia; DOB 09 May 1973; POB St. Peterburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: ROTENBERG, Arkady Romanovich).

ROTHSCHUH ANDINO, Octavio Ernesto, Nicaragua; DOB 02 Dec 1967; POB Nicaragua; nationality Nicaragua; Gender Male; Cedula No. 1210212670001Y (Nicaragua) (individual) [NICARAGUA].

ROUINE, Al-Azhar Ben Khalifa Ben Ahmed (a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

ROUINE, Lazher Ben Khalifa Ben Ahmed (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

ROYAL AFRICA CAPITAL HOLDING LTD (a.k.a. ROYAL AFRICA HOLDING), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ROYAL AFRICA HOLDING (a.k.a. ROYAL AFRICA CAPITAL HOLDING LTD), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ROYAL AFRICA SECURITIES BROKERAGE CO LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ROYAL ARYA CO. (a.k.a. ARIA ROYAL CONSTRUCTION COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ROYAL CREDIT GENERAL TRADING (a.k.a. SAKAN GENERAL TRADING; a.k.a. SAKAN GENERAL TRADING, LLC), 14th Floor, Office 1401, Al Owais Business Tower, 53, 24th Street, Al Sabkha-115, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 611462 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ROYAL PEARL CHEMICAL (a.k.a. ROYAL PEARL GENERAL T.R.D.; a.k.a. ROYAL PEARLS; a.k.a. ROYAL PEARLS GENERAL TRADING), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PEARL GENERAL T.R.D. (a.k.a. ROYAL PEARL CHEMICAL; a.k.a. ROYAL PEARLS; a.k.a. ROYAL PEARLS GENERAL TRADING), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PEARLS (a.k.a. ROYAL PEARL CHEMICAL; a.k.a. ROYAL PEARL GENERAL T.R.D.; a.k.a. ROYAL PEARLS GENERAL TRADING), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL PEARLS GENERAL TRADING (a.k.a. ROYAL PEARL CHEMICAL; a.k.a. ROYAL PEARL GENERAL T.R.D.; a.k.a. ROYAL PEARLS), PO Box 74382, Dubai, United Arab Emirates; Office No. 8, Near Regal International, Sheikh Zayed Road, Dubai 74382, United Arab Emirates; Website www.royalpearlchem.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ROYAL ROOM DRESS (a.k.a. "ROYALROOMDRESS"), Culiacan, Sinaloa, Mexico; Calle Justo Sierra 2976 (esquina con Boulevard Sabinos), Col. La Campina, Culiacan, Sinaloa, Mexico; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

ROYAL SHELL GOODS WHOLESALERS L.L.C (Arabic: ريجات آل بوتين، ديرة، دبي، الإمارات العربية المتحدة), Riggat Al Buteen, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 Jul 2021; Business Registration Number 968335 (United Arab Emirates); Economic Register Number (CBLS) 11710687 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

ROYAL SHIPPING AGENCY, Rue de Moscow, Djibouti; Rue de Paris 10, Djibouti, Djibouti; Organization Type: Other transportation support activities; Registration Number 253 (Djibouti) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

ROYAY-E ROZ KISH INVESTMENT COMPANY, No. 132, First Floor, Unit 1, South Dibagi Street, Ekhtiyariyeh, Tehran, Iran; Website www.daybankinvest.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

ROZARO DEVELOPMENT LIMITED, 57/63 Line Wall Road, Gibraltar [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

ROZI, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROZI, Palawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROZIUDIN, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZY, Palawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

ROZY, Palawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. RUZI, Pahlawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

RPA RUSBITECH JSC (a.k.a. AO NPO RUSBITEKH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

RPE SAPFIR JSC (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

RPE SAPFIR PJSC (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-

PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

RPF MERIDIAN JSC (a.k.a. AO NPF MERIDIAN; a.k.a. MERIDIAN RESEARCH AND PRODUCTION FIRM JSC), Ul. Blokhina D. 19, Saint Petersburg 197198, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813113934 (Russia); Registration Number 1027806864535 (Russia) [RUSSIA-EO14024].

RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП) (a.k.a. "LLC RPP"; a.k.a. "OOO RPP" (Cyrillic: "ООО РПП"); a.k.a. "RPP LLC"), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ) (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

RR TOUR, S.A. DE C.V., Lopez Cotilla 1994, C.P. 44140, Guadalajara, Mexico [SDNT].

RSC GROUP (a.k.a. CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ); a.k.a. RSK GROUP OF COMPANIES; a.k.a. ZAO RSK TEKHNOLOGII), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

RSIE JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY RYAZAN STATE INSTRUMENT MAKING ENTERPRISE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННЫЙ РЯЗАНСКИЙ ПРИБОРНЫЙ ЗАВОД)), Seminarskaya st., 32, Ryazan 390000, Russia; Organization Established Date 20 Dec 2011; Tax ID No. 6234098539 (Russia); Registration Number 1116234013598 (Russia) [RUSSIA-EO14024].

RSK GROUP OF COMPANIES (a.k.a. CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ); a.k.a. RSC GROUP; a.k.a. ZAO RSK TEKHNOLOGII), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

RSK LABS OOO (a.k.a. LIMITED LIABILITY COMPANY RSK LABS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСК ЛАБС), 4 Lugovaya Street, Building 5, Office 19, Skolkovo Innovation Center Territory, Moscow, Moscow Region 143026, Russia; Tax ID No. 7731315070 (Russia); Registration Number 1167746423316 (Russia) [RUSSIA-EO14024] (Linked To: SHMELEV, Alexey Borisovich).

RSV-EKSPERT OOO (a.k.a. "EKSPERT"; a.k.a. "NPK EXPERT"), ul. Voskhod d. 26/1, kabinet 101, Novosibirsk 630102, Russia; Festivalnaya d. 41, k. 2, 1 etazh, Moscow, Russia; Tax ID No. 5405979190 (Russia); Registration Number 1165476124395 (Russia) [RUSSIA-EO14024].

RT-BUSINESS DEVELOPMENT (a.k.a. RT-RAZVITIE BIZNESA, OOO), Pl. Paveletskaya D. 2, Str. 2, Moscow 115054, Russia; Organization Established Date 09 Apr 2014; Target Type State-Owned Enterprise; Tax ID No. 7704861136 (Russia); Registration Number 1147746392200 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-CAPITAL LIMITED LIABILITY COMPANY (a.k.a. RT-CAPITAL LLC), Berezhkovskaya Nab D. 38 G, Moscow 121059, Russia; Organization Established Date 03 Dec 2010; Target Type State-Owned Enterprise; Tax ID No. 7704770859 (Russia); Registration Number 1107746989954 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-CAPITAL LLC (a.k.a. RT-CAPITAL LIMITED LIABILITY COMPANY), Berezhkovskaya Nab D. 38 G, Moscow 121059, Russia; Organization Established Date 03 Dec 2010; Target Type State-Owned Enterprise; Tax ID No. 7704770859 (Russia); Registration Number 1107746989954 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RTI IMENI ACADEMICIAN A.L. MINTS (a.k.a. ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE; a.k.a. ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY; a.k.a. RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS), St. 8 Marta, House 10, Structure 1, Moscow 127083, Russia; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

RT-INFORM LIMITED LIABILITY COMPANY (a.k.a. RT-INFORM LLC), Turchaninov Pereulok D. 6, Str. 2, Of. 105, Moscow 119048, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 28 Jun 2012; Target Type State-Owned Enterprise; Registration ID 1127746501190 (Russia); Tax ID No. 7704810710 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-INFORM LLC (a.k.a. RT-INFORM LIMITED LIABILITY COMPANY), Turchaninov Pereulok D. 6, Str. 2, Of. 105, Moscow 119048, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 28 Jun 2012; Target Type State-Owned Enterprise; Registration ID 1127746501190 (Russia); Tax ID No. 7704810710 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-PROEKTNYE TEKHNOLOGII, PAO (a.k.a. AO RT-PROEKTNYE TEKHNOLOGII; a.k.a. JSC RT - PROJECT TECHNOLOGIES; a.k.a. RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY (a.k.a. AO RT-PROEKTNYE TEKHNOLOGII; a.k.a. JSC RT - PROJECT TECHNOLOGIES; a.k.a. RT-PROEKTNYE TEKHNOLOGII, PAO), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RT-RAZVITIE BIZNESA, OOO (a.k.a. RT-BUSINESS DEVELOPMENT), Pl. Paveletskaya D. 2, Str. 2, Moscow 115054, Russia; Organization Established Date 09 Apr 2014; Target Type State-Owned Enterprise; Tax ID No. 7704861136 (Russia); Registration Number 1147746392200 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RTS-HOLDING JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING; a.k.a. AO RTS-KHOLDING;

a.k.a. RTS-HOLDING JSC), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

RTS-HOLDING JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING; a.k.a. AO RTS-KHOLDING; a.k.a. RTS-HOLDING JOINT STOCK COMPANY), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

RT-TECHPRIEMKA (a.k.a. JOINT STOCK COMPANY RT-TEKHPRIEMKA; a.k.a. JSC RT-TEKHPRIEMKA), Per. Elektricheskii D. 1, Str. 12, Moscow 123557, Russia; Organization Established Date 12 Jul 1991; Target Type State-Owned Enterprise; Tax ID No. 7714710760 (Russia); Registration Number 1077759874070 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RTV SYRIA (a.k.a. GENERAL ORGANIZATION OF RADIO AND TV; a.k.a. GENERAL RADIO AND TELEVISION CORPORATION; a.k.a. RADIO AND TELEVISION CORPORATION; a.k.a. SYRIAN DIRECTORATE GENERAL OF RADIO & TELEVISION EST; a.k.a. "GORT"), Al Oumaween Square, P.O. Box 250, Damascus, Syria [SYRIA].

RUAN, Ricky (a.k.a. RUNLING, Ricky; a.k.a. RUNLING, Ruan); DOB 02 Apr 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport P01519268 (China) expires 15 Feb 2017 (individual) [NPWMD] [IFSR].

RUANO YANDUN DRUG TRAFFICKING ORGANIZATION (a.k.a. "RUANO YANDUN DTO"), Narino, Colombia; Ecuador [SDNTK].

RUANO YANDUN, Tito Aldemar (a.k.a. "DON T"; a.k.a. "DON TI"; a.k.a. "DON TITO"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

RUBEN, Malek (a.k.a. REUBEN, Malek; a.k.a. RIAK RENGU, Malek Reuben), Juba, South Sudan; DOB 01 Jan 1960; POB Yei, South Sudan; nationality South Sudan; Gender Male; Passport S00001537 (South Sudan); alt.

Passport B0810167 (Sudan); Personal ID Card M6000000000817 (South Sudan); Deputy Chief of Defense Force and Inspector General of the Sudan People's Liberation Army; First Lieutenant General (individual) [SOUTH SUDAN].

RUBENACH ROIG, Juan Luis; DOB 18 Sep 1964; POB Bilbao Vizcaya Province, Spain; D.N.I. 18.197.545; Member ETA (individual) [SDGT].

RUBIN DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN; a.k.a. JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН); a.k.a. JSC TSKB MT RUBIN), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RUBIO CONDE, David (a.k.a. DAVILA LOPEZ, Jose Ramon; a.k.a. TORRES HERNANDEZ, Antonio), Mexico; Calle 22, Valle Hermoso, Tamaulipas, Mexico; DOB 31 Aug 1978; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DALR780831HBCVPM06 (Mexico) (individual) [SDNTK].

RUBIO GONZALEZ, David Nicolas (Latin: RUBIO GONZÁLEZ, David Nicolás), Colombia; DOB 14 Apr 1987; nationality Colombia; Gender Male; Cedula No. 1015399085 (Colombia); Passport PE098803 (Colombia) expires 04 Jun 2024 (individual) [VENEZUELA-EO13850].

RUBIO GONZALEZ, Emmanuel Enrique (a.k.a. RUBIO-GONZALEZ, Emmanuel Enrique); DOB 06 Jan 1989; POB Bogota, Colombia; nationality Colombia; Gender Male; Cedula No. 21807689; Passport AM807340 (Colombia); alt. Passport PE139553 (Colombia); alt. Passport 087105100 (Venezuela); National ID No. 1015410162 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: PULIDO VARGAS, Alvaro Enrique).

RUBIO SALAS, German Enrique (a.k.a. PULIDO VARGAS, Alvaro (Latin: PULIDO VARGAS, Álvaro); a.k.a. PULIDO VARGAS, Alvaro Enrique); DOB 10 Dec 1963; citizen Colombia; Gender Male; Cedula No. 79324956 (Colombia) (individual) [VENEZUELA-EO13850].

RUBIO ZEA, Ana Gabriela, Guatemala; DOB 07 Jul 1990; POB Guatemala; nationality Guatemala; Gender Female; NIT # 60724218 (Guatemala); C.U.I. 1997455950101 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

RUBIO-GONZALEZ, Emmanuel Enrique (a.k.a. RUBIO GONZALEZ, Emmanuel Enrique); DOB 06 Jan 1989; POB Bogota, Colombia; nationality Colombia; Gender Male; Cedula No. 21807689; Passport AM807340 (Colombia); alt. Passport PE139553 (Colombia); alt. Passport 087105100 (Venezuela); National ID No. 1015410162 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: PULIDO VARGAS, Alvaro Enrique).

RUBLEV BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

RUBU, Mukhtar Ali (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

RUDENKO, Miroslav (a.k.a. RUDENKO, Miroslav Vladimirovich; a.k.a. RUDENKO, Myroslav), Donetsk, Ukraine; DOB 21 Jan 1983; alt. DOB 1983; POB Debaltsevo, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RUDENKO, Miroslav Vladimirovich (a.k.a. RUDENKO, Miroslav; a.k.a. RUDENKO, Myroslav), Donetsk, Ukraine; DOB 21 Jan 1983; alt. DOB 1983; POB Debaltsevo, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RUDENKO, Myroslav (a.k.a. RUDENKO, Miroslav; a.k.a. RUDENKO, Miroslav Vladimirovich), Donetsk, Ukraine; DOB 21 Jan 1983; alt. DOB 1983; POB Debaltsevo, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RUDENSKIY, Maksim, Saint Petersburg, Russia; DOB 01 Nov 1977; nationality Russia; Email Address rfonin@gmail.com; alt. Email Address mfonin@jabber.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

RUDENYA, Igor Nikolayevich (Cyrillic: РУДЕНСКИЙ, Игорь Николаевич), Russia; DOB 11 Sep 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUDENYA, Igor Mikhaylovich (Cyrillic: РУДЕНЯ, Игорь Михайлович), Tver Region, Russia; DOB 15 Feb 1968; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

RUE BELTAMOZHSERVICE (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС); a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorusski Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RUEDA MEDINA, Jose Arnoldo (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

RUELAS AVILA, Jesus Angel (Latin: RUELAS ÁVILA, Jesús Ángel), C 14 S/N, Loc Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1988; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Male; C.U.R.P. RUAJ881101HSLLVS01 (Mexico); RFC RUAJ881101824 (Mexico); I.F.E. RLAVJS88110125H400 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Joel Efren (Latin: RUELAS ÁVILA, Joel Efren), Calle 10 Sin Numero, Localidad Genaro Estrada, Sinaloa, Mexico; DOB 20 Sep 1978; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUAJ780920C10 (Mexico); C.U.R.P. RUAJ780920HSLLVL02 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION; Linked To: CONSTRUCTORA JOEL, S.A. DE C.V.; Linked To: CONSTRUCTORA VANIA, S.A. DE C.V.).

RUELAS AVILA, Jose Luis (Latin: RUELAS ÁVILA, José Luis), C 14 S/N, Loc Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 11 Mar 1981; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUAL810311933 (Mexico); C.U.R.P. RUAL810311HSLLVS02 (Mexico); I.F.E. RLAVLS81031125H800 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION; Linked To: ALONDRA PRODUCE, S.P.R. DE R.I.).

RUELAS AVILA, Jose Maria (Latin: RUELAS ÁVILA, José María), Mexico; DOB 15 Aug 1977; POB Guasave, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. RUAM770815791 (Mexico); C.U.R.P. RUAM770815HSLLVR05 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Leobardo (Latin: RUELAS ÁVILA, Leobardo), Mexico; DOB 12 Mar 1976; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUAL760312310 (Mexico); C.U.R.P. RUAL760312HSLLVB06 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Patricia Lourdes (Latin: RUELAS ÁVILA, Patricia Lourdes), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 07 Apr 1983; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. RUAP830407MS8 (Mexico); C.U.R.P. RUAP830407MSLLVT03 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS AVILA, Trinidad (Latin: RUELAS ÁVILA, Trinidad), Genaro Estrada, Sinaloa, Sinaloa, Mexico; DOB 06 Aug 1989; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. RUAT890806BA4 (Mexico); C.U.R.P. RUAT890806HSLLVR06 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS TORRES DRUG TRAFFICKING ORGANIZATION, Sinaloa, Mexico [SDNTK].

RUELAS TORRES, Gilberto, Mexico; DOB 05 May 1966; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUTG660505CH4 (Mexico); C.U.R.P. RUTG660505HSLLRL02 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUELAS TORRES, Jose Luis (Latin: RUELAS TORRES, José Luis), P 112, Genaro Estrada, Sinaloa, Mexico; DOB 10 Sep 1953; POB Choix, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. RUTL5309103B6 (Mexico); C.U.R.P. RUTL530910HSLLRS07 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

RUFIN FINANZ AG (a.k.a. STUDHALTER INTERNATIONAL GROUP AG; a.k.a. STUDHALTER INTERNATIONAL GROUPE AG; f.k.a. STUURMAN HOLDING AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 24 Mar 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 100923804 (Switzerland); Legal Entity Number 529900J9I6AM3N2EI717; Registration Number CH-100.3.021.077-4 (Switzerland) [RUSSIA-

EO14024] (Linked To: STUDHALTER, Alexander-Walter).

RUHINDA, Gaby (a.k.a. MIDENDE, Zorro; a.k.a. PROTOGENE, Ruvugayimikore), Nyiragongo, North Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1968 to 1969; POB Karandaryi Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Nyabihu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

RUIYUAN KEJI YOUXIAN GONGSI (a.k.a. SHARP EDGE ENGINEERING INC. (Chinese Traditional: 銳光科技有限公司)), 8F-4, Alley 22, Lane 513, Ruigang Rd. No 5, Taipei City, Neihu Dist., Taiwan; Organization Established Date 13 Dec 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 52484961 (Taiwan) [RUSSIA-EO14024] (Linked To: JSC PKK MILANDR).

RUIZ CARRION, Magdalena (a.k.a. RUIZ DE BRIONES, Magdalena); DOB 01 Jul 1950; POB Matamoros, Tamaulipas, Mexico; R.F.C. RUBM50070167A (Mexico); alt. R.F.C. RUCM500701513 (Mexico); C.U.R.P. RUCM500701MTSZRG01 (Mexico) (individual) [SDNTK].

RUIZ CASTANO, Maria Helena, c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 17 Nov 1970; Cedula No. 66901635 (Colombia); Passport 66901635 (Colombia) (individual) [SDNT].

RUIZ DE BRIONES, Magdalena (a.k.a. RUIZ CARRION, Magdalena); DOB 01 Jul 1950; POB Matamoros, Tamaulipas, Mexico; R.F.C. RUBM50070167A (Mexico); alt. R.F.C. RUCM500701513 (Mexico); C.U.R.P. RUCM500701MTSZRG01 (Mexico) (individual) [SDNTK].

RUIZ TLAPANCO, Sergio Enrique, Mexico; DOB 08 Oct 1972; nationality Mexico; citizen Mexico; R.F.C. RUTS721008 (Mexico) (individual) [SDNTK].

RUIZ ZAVALA, Aleida (a.k.a. RUIZ ZAVALA, Aleyda), Calle Cerro de la Memoria No. 1976, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 10 May 1962; POB Tamazula,

Durango, Mexico; nationality Mexico; citizen Mexico; R.F.C. RUZA6205108L5 (Mexico); C.U.R.P. RUZA620510MDGZVL04 (Mexico); Electoral Registry No. RZZVAL62051010M200 (Mexico) (individual) [SDNTK].

RUIZ ZAVALA, Aleyda (a.k.a. RUIZ ZAVALA, Aleida), Calle Cerro de la Memoria No. 1976, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o COMERCIALIZADORA BRIMAR'S, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 10 May 1962; POB Tamazula, Durango, Mexico; nationality Mexico; citizen Mexico; R.F.C. RUZA6205108L5 (Mexico); C.U.R.P. RUZA620510MDGZVL04 (Mexico); Electoral Registry No. RZZVAL62051010M200 (Mexico) (individual) [SDNTK].

RUKAVISHNIKOVA, Irina Valeryevna (Cyrillic: РУКАВИШНИКОВА, Ирина Валерьевна), Russia; DOB 03 Feb 1973; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUKUNDA, Michel (a.k.a. "Makanika"), Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; DOB 12 Sep 1974; POB Minembwe, Fizi Territory, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Military Registration Number 174935527545 (Congo, Democratic Republic of the) (individual) [DRCONGO].

RUMULI (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMULI, Byiringiro Victor (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMULI, Michel (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI;

a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMURI, Victor (a.k.a. BYIRINGIRO, Michel; a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

RUMYANTSEV, Alexander Grigoryevich (Cyrillic: РУМЯНЦЕВ, Александр Григорьевич), Russia; DOB 12 Feb 1947; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUMYANTSEV, Nikita Gennadyevich (Cyrillic: РУМЯНЦЕВ, Никита Геннадьевич), Russia; DOB 27 Apr 1988; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RUNGRADO TRADE COMPANY (a.k.a. KOREA RUNGRADO GENERAL TRADING CORPORATION; a.k.a. RYNRADO (Cyrillic: РЫНРАДО); a.k.a. RYNRADO GENERAL TRADING CORPORATION), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

RUNGRIN COMPANY LTD. (a.k.a. BORISAT RUNGRIN CHAMKAT), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

RUNGRIT, Thianphichet (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

RUNGTAWANKEERE, Nat (a.k.a. RUNGTAWANKHIRI, Nat), 100 (20) Mu. 2, Tambon Mae Salong Nai, Mae Fah Luang

District, Chiang Rai, Thailand; DOB 01 Jan 1977; nationality Thailand; Gender Male; National ID No. 5-5715-00025-50-6 (Thailand) (individual) [TCO] (Linked To: ZHAO WEI TCO).

RUNGTAWANKHIRI, Nat (a.k.a. RUNGTAWANKEEREE, Nat), 100 (20) Mu. 2, Tambon Mae Salong Nai, Mae Fah Luang District, Chiang Rai, Thailand; DOB 01 Jan 1977; nationality Thailand; Gender Male; National ID No. 5-5715-00025-50-6 (Thailand) (individual) [TCO] (Linked To: ZHAO WEI TCO).

RUNIGA, Jean-Marie Lugerero (a.k.a. RUNIGA, Jean-Marie Rugerero); DOB 17 Sep 1966; POB Democratic Republic of the Congo (individual) [DRCONGO].

RUNIGA, Jean-Marie Rugerero (a.k.a. RUNIGA, Jean-Marie Lugerero); DOB 17 Sep 1966; POB Democratic Republic of the Congo (individual) [DRCONGO].

RUNLING, Ricky (a.k.a. RUAN, Ricky; a.k.a. RUNLING, Ruan); DOB 02 Apr 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport P01519268 (China) expires 15 Feb 2017 (individual) [NPWMD] [IFSR].

RUNLING, Ruan (a.k.a. RUAN, Ricky; a.k.a. RUNLING, Ricky); DOB 02 Apr 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport P01519268 (China) expires 15 Feb 2017 (individual) [NPWMD] [IFSR].

RUNNING BROOK, LLC (USA), Miami, FL, United States; US FEIN 030510902 (United States); Business Registration Document # L00000010931 (United States) [SDNTK].

RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС)), D. 18, Kitaisko-Belorussli Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus;

Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RUP BELORUSSKY SHINNY KOMBINAT BELSHINA (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; a.k.a. JSC BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

RUP BELTAMOZHSERVIS (Cyrillic: РУП БЕЛТАМОЖСЕРВИС) (a.k.a. REPUBLICAN UNITARY ENTERPRISE BELTAMOZHSERVICE; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA BELMYTSERVIS (Cyrillic: РЭСПУБЛІКАНСКАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА БЕЛМЫТСЭРВІС); a.k.a. RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE BELTAMOZHSERVIS (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛТАМОЖСЕРВИС); a.k.a. RUE BELTAMOZHSERVICE; a.k.a. RUP BELMYTSERVIS (Cyrillic: РУП БЕЛМЫТСЭРВІС)), D. 18, Kitaisko-Belorussli Industrialny Park Veliki Kamen, Pr-t, Pekinski, Minskaya Oblast 222210, Belarus; 17th km, Minsk-Dzerzhinsk Highway, Administrative Building, Office 75, Shchomyslitsky, Minsk Region 223049, Belarus; Organization Established Date 09 Jun 1999; Target Type State-Owned Enterprise; Tax ID No. 101561144 (Belarus) [BELARUS-EO14038].

RUP GPO AZOT (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

RUP GRODNENSKOYE PO AZOT (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

RUPRAH, Sanjivan Singh (a.k.a. "NASR, Samir M."); DOB 09 Aug 1966; POB Kisumu, Kenya; nationality Kenya; Passport D-001829-00 (Liberia); alt. Passport 790015037 (United Kingdom) issued 10 Jul 1998 expires 10 Jul 2008; Businessman; Former Deputy Commissioner, Bureau of Maritime Affairs of Liberia (individual) [DRCONGO].

RUQAYYAH, Abu (a.k.a. ZARE, Majid; a.k.a. ZAREE, Majid), Iran; DOB 29 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

RUSAKEVICH, Uladzimir Vasilievich (a.k.a. RUSAKEVICH, Vladimir Vasilyevich); DOB 13 Sep 1947; POB Vygonoshchi, Belarus; nationality Belarus; citizen Belarus; Minister of Information (individual) [BELARUS].

RUSAKEVICH, Vladimir Vasilyevich (a.k.a. RUSAKEVICH, Uladzimir Vasilievich); DOB 13 Sep 1947; POB Vygonoshchi, Belarus; nationality Belarus; citizen Belarus; Minister of Information (individual) [BELARUS].

RUSANOV, Igor Valerievich, Moscow, Russia; DOB Apr 1970; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

RUSANOV, Sergei Georgievich (a.k.a. RUSANOV, Sergey Georgievich (Cyrillic: РУСАНОВ, Сергей Георгиевич); a.k.a. RUSANOV, Sergey Georgiyevich), Marii Ulyanovoy Str. 8 129, Moscow 117331, Russia; DOB 29 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531166608 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RUSANOV, Sergey Georgievich (Cyrillic: РУСАНОВ, Сергей Георгиевич) (a.k.a. RUSANOV, Sergei Georgievich; a.k.a. RUSANOV, Sergey Georgiyevich), Marii Ulyanovoy Str. 8 129, Moscow 117331, Russia; DOB 29 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531166608 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RUSANOV, Sergey Georgiyevich (a.k.a. RUSANOV, Sergei Georgievich; a.k.a. RUSANOV, Sergey Georgievich (Cyrillic: РУСАНОВ, Сергей Георгиевич)), Marii Ulyanovoy Str. 8 129, Moscow 117331, Russia;

DOB 29 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531166608 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

RUSATOM ADDITIVE TECHNOLOGIES (a.k.a. "RUSAT" (Cyrillic: "РУСАТ")), Kashirskoe Sh. 49, P. 61, Floor 8, Room 3, Moscow 115409, Russia; Tax ID No. 7724424381 (Russia); Registration Number 5177746230547 (Russia) [RUSSIA-EO14024].

RUSATOM MACHINE TOOLS JOINT STOCK COMPANY (a.k.a. "AO RUSSTAN" (Cyrillic: "АО РУССТАН"); a.k.a. "RMT JSC"), Ul. 3-ya Yamskogo Polya d. 2, K. 26, Moscow 125124, Russia; Per. Pyzhevskii D. 5, Str. 1, Floor/Pomeshch. 2/I, Kom./Office 39/205, Moscow 119017, Russia; Tax ID No. 9706022877 (Russia); Registration Number 1227700146838 (Russia) [RUSSIA-EO14024].

RUSATOM OVERSEAS JOINT STOCK COMPANY (a.k.a. JSC RUSATOM OVERSIZ; a.k.a. RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ); a.k.a. "RAOS JSC"), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ) (a.k.a. JSC RUSATOM OVERSIZ; a.k.a. RUSATOM OVERSEAS JOINT STOCK COMPANY; a.k.a. "RAOS JSC"), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

RUSCHEMALLIANCE LLC (a.k.a. OOO RUSKHIMALYANS (Cyrillic: ООО РУСХИМАЛЬЯНС); a.k.a. RUSKHIMALLIANCE), d. 18A etazh pom. 3-306, ul. Vorovskogo, Kingiseppp 188480, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705082619 (Russia); Registration Number 5167746407054 (Russia) [RUSSIA-EO14024].

RUSDAN, Abu (a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN";

a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

RUSHAAN TRADING COMPANY (a.k.a. AHMAD SHAH HAWALA; a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT

bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemr
m; alt. Digital Currency Address - XBT
bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z
6; Digital Currency Address - ETH
0xc2a3829F459B3Edd87791c74cD45402BA0a
20Be3; alt. Digital Currency Address - ETH
0x3AD9dB589d201A710Ed237c829c7860Ba86
510Fc; Digital Currency Address - USDT
TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG
[RUSSIA-EO14024].

RUSICH TASK FORCE (a.k.a. MILITARY-
PATRIOTIC CLUB RUSICH; a.k.a. RUSICH
SABOTAGE AND ASSAULT
RECONNAISSANCE GROUP; a.k.a.
SABOTAGE AND ASSAULT
RECONNAISSANCE GROUP RUSICH; a.k.a.
TASK FORCE RUSICH; a.k.a. "DSHRG
RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St.
Petersburg, Russia; Ukraine; Digital Currency
Address - XBT
bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemr
m; alt. Digital Currency Address - XBT
bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z
6; Digital Currency Address - ETH
0xc2a3829F459B3Edd87791c74cD45402BA0a
20Be3; alt. Digital Currency Address - ETH
0x3AD9dB589d201A710Ed237c829c7860Ba86
510Fc; Digital Currency Address - USDT
TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG
[RUSSIA-EO14024].

RUSKHIMALLIANCE (a.k.a. OOO
RUSKHIMALYANS (Cyrillic: ООО
РУСХИМАЛЬЯНС); a.k.a.
RUSCHEMALLIANCE LLC), d. 18A etazh pom.
3-306, ul. Vorovskogo, Kingisepp 188480,
Russia; Secondary sanctions risk: this person is
designated for operating or having operated in a
sector of the Russian Federation economy
determined to support Russia's military-
industrial base pursuant to section 11 of
Executive Order 14024, as amended by
Executive Order 14114.; Tax ID No.
9705082619 (Russia); Registration Number
5167746407054 (Russia) [RUSSIA-EO14024].

RUSKONSALT (a.k.a. RUSKONSALT OOO), Ul.
Malaya Semenovskaya D. 15/17, Korpus 4,
Kabinet 5 (6 Floor), Moscow 107023, Russia;
Website rusconsult.ru; Registration Number 1037707026940
(Russia) [RUSSIA-EO14024] (Linked To:
SOVCOMBANK OPEN JOINT STOCK
COMPANY).

RUSKONSALT OOO (a.k.a. RUSKONSALT), Ul.
Malaya Semenovskaya D. 15/17, Korpus 4,
Kabinet 5 (6 Floor), Moscow 107023, Russia;

Website rusconsult.ru; Tax ID No. 7707327194
(Russia); Registration Number 1037707026940
(Russia) [RUSSIA-EO14024] (Linked To:
SOVCOMBANK OPEN JOINT STOCK
COMPANY).

RUSKYKH, Oleksii Yuriiovych (a.k.a. RUSSKIKH,
Aleksei Yurievich; a.k.a. RUSSKIKH, Aleksey
Yurevich (Cyrillic: РУССКИХ, Алексей
Юрьевич); a.k.a. RUSSKIKH, Alexey
Yuryevich), Ulyanovsk Region, Russia; DOB 17
Jul 1968; POB Izhevsk, Udmurtia Republic,
Russia; nationality Russia; citizen Russia;
Gender Male; Tax ID No. 771907803608
(Russia) (individual) [RUSSIA-EO14024].

RUSREGIONBANK JSC (a.k.a. PUBLICHNOE
AKTSIONERNOE OBSHCHESTVO
KOMMERCHESKI BANK RUSSKI
REGIONALNY BANK), d. 1 str. 1 pom. 2N/9,
km. Kaluzhskoe Shosse 24-1, Moscow 108814,
Russia; 9 Floor, Kaluzhskaya ploshchad 1,
korpus 1, Moscow 119049, Russia; SWIFT/BIC
RRBKRU21; Website www.rrbank.ru; Target
Type Financial Institution; Tax ID No.
6017000271 (Russia); Identification Number
QGIJHO.99999.SL.643 (Russia); Registration
Number 1026000001983 (Russia) [RUSSIA-
EO14024].

RUSSIA GOVT HYDROGRAPHIC DEPT (a.k.a.
FEDERAL STATE UNITARY ENTERPRISE
HYDROGRAPHIC COMPANY; a.k.a. FGUP
GIDROGRAFICHESKOE PREDPRIYATIE
(Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ
ПРЕДПРИЯТИЕ); a.k.a. FGUP
HYDROGRAPHIC COMPANY STATE
CORPORATION ROSATOM; a.k.a.
ROSATOMPORT), Prospekt Moskovskii, 12,
Saint Petersburg 190031, Russia; Organization
Established Date 25 Apr 1994; Organization
Type: Inland freight water transport; Tax ID No.
7812022096 (Russia); Registration Number
1027810266758 (Russia) [RUSSIA-EO14024].

RUSSIA-1 (a.k.a. ROSSIJA 1; a.k.a. ROSSIYA-1
(Cyrillic: РОССИЯ-1); a.k.a. TELEVISION
STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ
РОССИЯ-1)), 5th Yamskogo Polya street, 19-
21, building 1, Begovoy, Moscow, Russia
(Cyrillic: Ямского Поля 5-я улица, 19-21, стр.
1, Беговой, Москва, Russia); Organization
Established Date 13 May 1991; Target Type
Government Entity [RUSSIA-EO14024].

RUSSIAN ACADEMY OF SCIENCES -
ALEXANDR MIKHAILOVICH PROKHOROV
GENERAL PHYSICS INSTITUTE (a.k.a. A.M.
PROKHOROV GENERAL PHYSICS
INSTITUTE RUSSIAN ACADEMY OF

SCIENCES; a.k.a. FEDERALNOE
GOSUDARSTVENNOE BYUDZHETNOE
UCHREZHDENNIE NAUKI FEDERALNY
ISSLEDOVATELSKI TSENTR INSTITUT
OBSHCHEI FIZIKI IM. A.M. PROKHOROVA
ROSSISKOI AKADEMII NAUK; a.k.a.
PROKHOROV GENERAL PHYSICS
INSTITUTE OF RAS; a.k.a. PROKHOROV
GENERAL PHYSICS INSTITUTE OF THE
RUSSIAN ACADEMY OF SCIENCES; a.k.a.
"GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN
FGBU"), d. 38, ul. Vavilova, Moscow 119991,
Russia; Organization Established Date 14 Sep
1993; Tax ID No. 7736029700 (Russia);
Government Gazette Number 02700457
(Russia); Registration Number 1027700378595
(Russia) [RUSSIA-EO14024].

RUSSIAN AEROSPACE FORCES (a.k.a.
"VKS"), Kolymazhnyy Pereulok 14, Moscow,
Russia; Organization Established Date 01 Aug
2015; Target Type Government Entity [IRAN-
CON-ARMS-EO] [RUSSIA-EO14024].

RUSSIAN AGENCY FOR EXPORT CREDIT
AND INVESTMENT INSURANCE JSC (a.k.a.
EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC;
a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE
AGENTSTVO PO STRAKHOVANIYU
EKSPORTNYKH KREDITOV I INVESTITSI
OTKRYTOE AKTSIONERNOE
OBSHCHESTVO; a.k.a. RUSSIAN AGENCY
FOR EXPORT CREDIT AND INVESTMENT
INSURANCE OJSC), nab. Krasnopresnenskaya
d. 12, Moscow 123610, Russia; Website
exiar.ru; Executive Order 13662 Directive
Determination - Subject to Directive 1;
Secondary sanctions risk: Ukraine-/Russia-
Related Sanctions Regulations, 31 CFR
589.201 and/or 589.209; Organization
Established Date 13 Oct 2011; Target Type
Government Entity; Tax ID No. 7704792651
(Russia); Registration Number 1117746811566
(Russia); For more information on directives,
please visit the following link:
http://www.treasury.gov/resource-
center/sanctions/Programs/Pages/ukraine.aspx
#directives. [UKRAINE-EO13662] [RUSSIA-
EO14024] (Linked To: STATE CORPORATION
BANK FOR DEVELOPMENT AND FOREIGN
ECONOMIC AFFAIRS
VNESHECONOMBANK).

RUSSIAN AGENCY FOR EXPORT CREDIT
AND INVESTMENT INSURANCE OJSC (a.k.a.
EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC;
a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE
AGENTSTVO PO STRAKHOVANIYU

EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RUSSIAN ALL TERRAIN VEHICLES PLASTUN COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSKIE VEZDEKHODY PLASTUN; a.k.a. RUSSKIE MASHINY PLASTUN), 21 Litera A, Leitenanta Shmidta Nab., Pomeshch. 4-N, Saint Petersburg 199034, Russia; 9 Khilokskaia, Novosibirsk, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801696576 (Russia); Registration Number 1217800042283 (Russia) [RUSSIA-EO14024].

RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS (a.k.a. "RSPP"), Nab. Kotelnicheskaya D.17, Moscow 109240, Russia; Organization Established Date 06 Mar 2006; Tax ID No. 7710619969 (Russia); Government Gazette Number 94430936 (Russia); Registration Number 1067746348427 (Russia) [RUSSIA-EO14024].

RUSSIAN DEFENSE EXPORT ROSOBORONEXPORT (a.k.a. ROSOBORONEKSPORT OAO; a.k.a. ROSOBORONEKSPORT OJSC; a.k.a. ROSOBORONEXPORT JSC), 27 Stromynka Ul., Moscow 107076, Russia; Website www.roe.ru; Executive Order 13662 Directive

Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117746521452 (Russia); Tax ID No. 7718852163 (Russia); Government Gazette Number 56467052 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [SYRIA] [UKRAINE-EO13662] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: РОССИЙСКИЙ ФОНД ПРЯМЫХ ИНВЕСТИЦИЙ) (a.k.a. "RDIF" (Cyrillic: "РФПИ")) Presnenskaya nab., D. 8, Structure 1, MFK Capital City, South Tower, 7, 8th Floor, Moscow 123112, Russia (Cyrillic: Пресненская наб., д. 8, стр. 1 МФК Город Столиц, Южная башня, 7, 8 этаж, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 01 Jun 2011; Target Type Government Entity [RUSSIA-EO14024].

RUSSIAN EXPORT-IMPORT BANK (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

RUSSIAN EXTRUSION COMPANY, Proezd 4922-I D. 4, Str. 5, Floor 1, Kom. 52, Zelenograd 124498, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5047143853 (Russia); Registration Number 1135047007831 (Russia) [RUSSIA-EO14024].

RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT (a.k.a. KVANT SCIENTIFIC RESEARCH INSTITUTE; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT; a.k.a. NII KVANT), Khovrino District, Moscow, Russia; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

RUSSIAN FINANCIAL ALLIANCE BANK (a.k.a. OPEN JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK 'RUSSIAN FINANCIAL ALLIANCE'; a.k.a. RFA BANK; a.k.a. "AKB RFA, OAO"; a.k.a. "OJSC JSCB

RFA"), per. Maly Karetny, d. 11-13, str. 1, Moscow 127051, Russia; SWIFT/BIC MNGRRUMM; Website www.rfabank.ru; all offices worldwide [SYRIA] (Linked To: KHURI, Mudalal; Linked To: ILYUMZHINOV, Kirsan Nikolayevich).

RUSSIAN FINANCIAL CORPORATION (a.k.a. AO RFK-BANK; a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257 [SYRIA].

RUSSIAN FINANCIAL CORPORATION BANK JSC (a.k.a. AO RFK-BANK; a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257 [SYRIA].

RUSSIAN HELICOPTERS JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

RUSSIAN HIGHWAYS STATE COMPANY (a.k.a. AVTODOR GK; a.k.a. GOSUDARSTVENNAYA KOMPANIYA AVTODOR; a.k.a. GOSUDARSTVENNAYA KOMPANIYA ROSSIISKIE AVTOMOBILNYE DOROGI), B-R Strastnoi D. 9, Moscow 127006, Russia; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

RUSSIAN IMPERIAL LEGION (a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

RUSSIAN IMPERIAL MOVEMENT (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

RUSSIAN MACHINES (a.k.a. RUSSKIE MASHINY), Ul. Rochdelskaya 15, 8, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1112373000596; Tax ID No. 2373000582; Identification Number 37100386 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

RUSSIAN NATIONAL COMMERCIAL BANK (a.k.a. RNKB OAO; a.k.a. ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "RNCB"), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia); Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

RUSSIAN QUANTUM CENTER (a.k.a. INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. OOO MTSKT; a.k.a. "RQC"), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

RUSSIAN SPACE SYSTEMS JSC (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. "RKS"; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [RUSSIA-EO14024].

RUSSIAN TITANIUM RESOURCES LIMITED, 80 Archbishop Makariou III, Panou Egglezou, Floor 5, Flat 500, Nicosia 1077, Cyprus; Organization Established Date 07 Apr 2010; Registration Number HE 265198 (Cyprus) [RUSSIA-EO14024] (Linked To: TKACHUK, Anatoliy Nikolaevich; Linked To: NOVIKOV, Alexey Alexeyevich).

RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ) (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

RUSSIAN VNESHTORGBANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A

PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

RUSSKIE MASHINY (a.k.a. RUSSIAN MACHINES), Ul. Rochdelskaya 15, 8, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1112373000596; Tax ID No. 2373000582; Identification Number 37100386 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

RUSSKIE MASHINY PLASTUN (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU RUSSKIE VEZDEKHODY PLASTUN; a.k.a. RUSSIAN ALL TERRAIN VEHICLES PLASTUN COMPANY), 21 Litera A, Leitenanta Shmidta Nab., Pomeshch. 4-N, Saint Petersburg 199034, Russia; 9 Khiloksakaia, Novosibirsk, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801696576 (Russia); Registration Number 1217800042283 (Russia) [RUSSIA-EO14024].

RUSSKIE TSIFROVYE RESHENIYA (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ); a.k.a. LLC RUS.DIGITAL; a.k.a. LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА)), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

RUSSKIKH, Aleksei Yurievich (a.k.a. RUSKYKH, Oleksii Yuriiovych; a.k.a. RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич); a.k.a. RUSSKIKH, Alexey Yuryevich), Ulyanovsk Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич) (a.k.a. RUSKYKH, Oleksii Yuriiovych; a.k.a. RUSSKIKH, Aleksei Yurievich;

RUSSKIKH, Alexey Yuryevich), Ulyanovsk Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSSKIKH, Alexey Yuryevich (a.k.a. RUSKYKH, Oleksii Yuriiovych; a.k.a. RUSSKIKH, Aleksei Yurievich; a.k.a. RUSSKIKH, Aleksey Yurevich (Cyrillic: РУССКИХ, Алексей Юрьевич)), Ulyanovsk Region, Russia; DOB 17 Jul 1968; POB Izhevsk, Udmurtia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 771907803608 (Russia) (individual) [RUSSIA-EO14024].

RUSSKOE IMPERSKOYE DVIZHENIYE (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

RUSSKOE VREMYA OOO (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order

14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

RUSSKOIE IMPERSKOE DVIZHENIE (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

RUSSKOYE VREMYA LLC (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 12 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

RUSSOPHILES FOR THE REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ РУСОФИЛИ ЗА ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО) (a.k.a. FATHERLAND'S REVIVAL; a.k.a. REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТНЯ ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО)), 21 Mihail Marinov Street, Sofia, Bulgaria; Organization Type: Activities of political organizations [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

RUSSOPHILES NATIONAL MOVEMENT (a.k.a. BULGARIAN NATIONAL MOVEMENT OF RUSSOPHILES; a.k.a. THE RUSSOPHILE NATIONAL MOVEMENT ASSOCIATION (Cyrillic: СДРУЖЕНИЕ НАЦИАОНАЛНО ДВИЖЕНИЕ РУСОФИЛИ)), Georgi S. Rakovski, 108, 1000, Sofia, Bulgaria; Organization Established Date 2003; Business Registration Number 131049199 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

RUSSUL OOO (a.k.a. LIMITED LIABILITY COMPANY RUSSUL), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, pomeshch. 11, Moscow, Russia; Tax ID No. 9706016513 (Russia); Registration Number 1217700270831 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

RUSTANKER LLC, ul Lenina 32, Temryuk, Krasnodarskiy Kray 353500, Russia; Identification Number IMO 6166689 [VENEZUELA-EO13850].

RUSTOM, Sakkar (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

RUSTOM, Sakker (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

RUSTOM, Sakr (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

RUSTOM, Saqqar (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

RUSTOM, Saqqer (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

RUSTOM, Saqr (Arabic: صقر رستم) (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTOM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

RUTARGET LIMITED (a.k.a. LIMITED LIABILITY COMPANY RUTARGET; a.k.a. RUTARGET LLC), Room 1-N, 29 Letter A, Line 18, of Vasilyevsky Island, St. Petersburg 199178, Russia; Tax ID No. 7801579142 (Russia); Registration Number 1127847377118 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

RUTARGET LLC (a.k.a. LIMITED LIABILITY COMPANY RUTARGET; a.k.a. RUTARGET LIMITED), Room 1-N, 29 Letter A, Line 18, of Vasilyevsky Island, St. Petersburg 199178, Russia; Tax ID No. 7801579142 (Russia); Registration Number 1127847377118 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

RUWWAD AL-QABIDAH COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization

Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

RUWWAD REAL ESTATE DEVELOPMENT (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

RUZI, Pahlawan (a.k.a. ROEZI, Pahlawan; a.k.a. ROSI, Pahlawan; a.k.a. ROSY, Pahlawan; a.k.a. ROZI, Pahlawan; a.k.a. ROZI, Palawan; a.k.a. ROZIUDIN, Pahlawan; a.k.a. ROZY, Palawan), 42S VF 88722 63166, Kunduz City, Kunduz Province, Afghanistan; 42S VF 88651 63126, Kunduz City, Kunduz District, Afghanistan; 42S VF 88648 63088, Kunduz City, Kunduz District, Afghanistan; DOB 1965; POB Kunduz City, Kunduz District, Afghanistan; nationality Afghanistan (individual) [SDNTK].

RUZZA TERAN, Iliana Josefa (Latin: RUZZA TERÁN, Iliana Josefa), Caracas, Venezuela; DOB 27 Feb 1980; Gender Female; Cedula No. 14310920 (Venezuela) (individual) [VENEZUELA].

RVC MANAGEMENT COMPANY LLC (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "ООО UK РВК" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12,

Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

RWR INTERNATIONAL COMMODITIES (a.k.a. A.T.E. INTERNATIONAL LTD.), 3 Mandeville Place, London, United Kingdom [IRAQ2].

RYABIKOVA, Tatiana (a.k.a. SURDON, Tatiana Ryabikova), France; DOB 24 Jan 1970; nationality France; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04KH30561 (France) (individual) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

RYABINOVAYA OOO (Cyrillic: ООО РЯБИНОВАЯ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU RYABINOVAYA), 4 d., ul. Shosseinaya Moscow, Moscow 109548, Russia; Organization Established Date 06 Nov 2015; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7723416596 (Russia); Registration Number 5157746021043 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

RYABTSEVA, Zhanna Anatolyevna (Cyrillic: РЯБЦЕВА, Жанна Анатольевна), Russia; DOB 08 Dec 1977; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RYABUKHIN, Sergey Nikolayevich (Cyrillic: РЯБУХИН, Сергей Николаевич), Russia; DOB 13 Nov 1954; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

RYAN, Damion Patrick (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport

WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

RYAN, Damion Patrick John (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

RYANG, Tae Chol (a.k.a. RYANG, Tae-ch'o'l), Tumen, China; DOB 07 Jan 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Tumen, China (individual) [DPRK2].

RYANG, Tae-ch'o'l (a.k.a. RYANG, Tae Chol), Tumen, China; DOB 07 Jan 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Tumen, China (individual) [DPRK2].

RYAUZOV, Denis (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis Yuryevich; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RYAUZOV, Denis Yuryevich (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOW, Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RYAUZOW, Denis (a.k.a. JURJEVICH, Ryauzov Denis; a.k.a. RJAUZOW, Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOV, Denis Yuryevich), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV; a.k.a. RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ); a.k.a. "AO RZMKP"), 51B Novaya St., Ryazan 390027, Russia; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ) (a.k.a. AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV; a.k.a. RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC; a.k.a. "AO RZMKP"), 51B Novaya St., Ryazan 390027, Russia; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

RYAZANTSEV, Oleg Nikolaevich (a.k.a. RYAZANTSEV, Oleg Nikolayevich (Cyrillic: РЯЗАНЦЕВ, Олег Николаевич); a.k.a. "RYAZANCEV, Oleg N"), Russia; DOB 16 Apr 1982; POB Zhukovsky, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RYAZANTSEV, Oleg Nikolayevich (Cyrillic: РЯЗАНЦЕВ, Олег Николаевич) (a.k.a. RYAZANTSEV, Oleg Nikolaevich; a.k.a. "RYAZANCEV, Oleg N"), Russia; DOB 16 Apr 1982; POB Zhukovsky, Moscow Region, Russia; nationality Russia; Gender Male

(individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

RYBAKOU, Andrei (a.k.a. RYBAKOU, Andrei Aliakseevich (Cyrillic: РЫБАКОЎ, Андрэй Аляксеевіч); a.k.a. RYBAKOV, Andrei Alekseevich (Cyrillic: РЫБАКОВ, Андрей Алексеевич)), Minsk, Belarus; DOB 11 Jul 1976; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

RYBAKOU, Andrei Aliakseevich (Cyrillic: РЫБАКОЎ, Андрэй Аляксеевіч) (a.k.a. RYBAKOU, Andrei; a.k.a. RYBAKOV, Andrei Alekseevich (Cyrillic: РЫБАКОВ, Андрей Алексеевич)), Minsk, Belarus; DOB 11 Jul 1976; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

RYBAKOV, Andrei Alekseevich (Cyrillic: РЫБАКОВ, Андрей Алексеевич) (a.k.a. RYBAKOU, Andrei; a.k.a. RYBAKOU, Andrei Aliakseevich (Cyrillic: РЫБАКОЎ, Андрэй Аляксеевіч)), Minsk, Belarus; DOB 11 Jul 1976; POB Mahilyow, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

RYBALSKIY, Yakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKY, Yaakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RYBALSKY, Yaakov (a.k.a. RABALSKY, Jacob; a.k.a. RIBALSKI, Yaakov; a.k.a. RIBALSKY, Yaakov; a.k.a. RIBALSKY, Yakov; a.k.a. RYBALSKIY, Yakov), Rashi 9/3, Sharon, Israel; DOB 08 Aug 1954; alt. DOB 08 Aug 1950; citizen Israel; Passport 7959978 (Israel); alt. Passport R5408081 (Israel); alt. Passport 9001681 (Israel) (individual) [TCO].

RYMASHEUSKI, Aliaksei Ivanavich (Cyrillic: РЫМАШЭЎСКІ, Аляксей Іванавіч) (a.k.a. RIMASHEVSKIY, Aleksey Ivanovich (Cyrillic: РИМАШЕВСКИЙ, Алексей Иванович); a.k.a. RIMASHEVSKY, Alexey; a.k.a. RIMASHEVSKY, Aleksei), Minsk, Belarus; DOB 29 Jun 1981; POB Salihorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP2145720 (Belarus); National ID No. 3290681A146PB8 (Belarus) (individual) [BELARUS-EO14038].

RYNRADO (Cyrillic: РЫНРАДО) (a.k.a. KOREA RUNGRADO GENERAL TRADING CORPORATION; a.k.a. RUNGRADO TRADE COMPANY; a.k.a. RYNRADO GENERAL

TRADING CORPORATION), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

RYNRADO GENERAL TRADING CORPORATION (a.k.a. KOREA RUNGRADO GENERAL TRADING CORPORATION; a.k.a. RUNGRADO TRADE COMPANY; a.k.a. RYNRADO (Cyrillic: РЫНРАДО)), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

RYOM, Hui-bong (a.k.a. RYO'M, Hu'i-pong), Dubai, United Arab Emirates; DOB 18 Sep 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120026 (Korea, North) (individual) [DPRK4].

RYO'M, Hu'i-pong (a.k.a. RYOM, Hui-bong), Dubai, United Arab Emirates; DOB 18 Sep 1961; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745120026 (Korea, North) (individual) [DPRK4].

RYONHA MACHINERY JOINT VENTURE CORPORATION (a.k.a. CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY; a.k.a. KOREA RYENHA MACHINERY J/V CORPORATION; a.k.a. KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu, Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

RYSKIN, Vladimir Markovich, Moscow, Russia; DOB 1961; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

RYU, Jin; DOB 07 Aug 1965; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563410081; KOMID official in Syria (individual) [DPRK2].

RYUGYONG COMMERCIAL BANK, Korea, North; Beijing, China; Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

RYUNG SENG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

RYUNGSENG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

RYUNGSONG TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

RYZHENKIN, Leonid (Cyrillic: РЫЖЕНЬКИН, Леонид) (a.k.a. RIZHENKIN, Leonid; a.k.a. RYZHENKIN, Leonid Kronidovich (Cyrillic: РЫЖЕНЬКИН, Леонид Кронидович)), Moscow, Russia; DOB 10 Nov 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 722706177 (individual) [UKRAINE-EO13685].

RYZHENKIN, Leonid Kronidovich (Cyrillic: РЫЖЕНЬКИН, Леонид Кронидович) (a.k.a. RIZHENKIN, Leonid; a.k.a. RYZHENKIN, Leonid (Cyrillic: РЫЖЕНЬКИН, Леонид)), Moscow, Russia; DOB 10 Nov 1967; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 722706177 (individual) [UKRAINE-EO13685].

RYZHKOV, Nikolai Ivanovich (Cyrillic: РЫЖКОВ, Николай Иванович) (a.k.a. RIZHKOV, Nikolay Ivanovich), Russia; DOB 28 Sep 1929; POB Duleevka, Donetsk Region, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SB RAS (a.k.a. ISP SB RAS; a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES), 13 Lavrentiev Aven., Novosibirsk 630090, Russia; Tax ID No. 5408100057 (Russia); Registration Number 1025403651283 (Russia) [RUSSIA-EO14024].

RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. ISP SB RAS; a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SB RAS), 13 Lavrentiev Aven., Novosibirsk 630090, Russia; Tax ID No. 5408100057 (Russia); Registration Number 1025403651283 (Russia) [RUSSIA-EO14024].

RZOOKI, Hanna, Iraq; Chairman of REAL ESTATE BANK (individual) [IRAQ2].

S 7 ENGINEERING LLC (Cyrillic: ООО С 7 ИНЖИНИРИНГ) (a.k.a. S 7 INZHINIRING OOO; a.k.a. "S7 TECHNICS"), Territoriya Aeroport Domodedovo, 6/1 Domodedovo, Moscow Oblast 142015, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5009049835 (Russia); Registration Number 1055001517405 (Russia) [RUSSIA-EO14024].

S 7 INZHINIRING OOO (a.k.a. S 7 ENGINEERING LLC (Cyrillic: ООО С 7 ИНЖИНИРИНГ); a.k.a. "S7 TECHNICS"), Territoriya Aeroport Domodedovo, 6/1 Domodedovo, Moscow Oblast 142015, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5009049835 (Russia); Registration Number 1055001517405 (Russia) [RUSSIA-EO14024].

S AND C TRADE PTY CO., LTD (a.k.a. S AND C TRADE PTY LTD; a.k.a. S&C TRADE PTY CO., LTD; a.k.a. S&C TRADE PTY LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S AND C TRADE PTY LTD (a.k.a. S AND C TRADE PTY CO., LTD; a.k.a. S&C TRADE PTY CO., LTD; a.k.a. S&C TRADE PTY LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S AND D SOLUTIONS LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES; a.k.a. S&D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "SDS OOO"), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-

N, Saint Petersburg 190005, Russia; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

S&C TRADE PTY CO., LTD (a.k.a. S AND C TRADE PTY CO., LTD; a.k.a. S AND C TRADE PTY LTD; a.k.a. S&C TRADE PTY LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S&C TRADE PTY LTD (a.k.a. S AND C TRADE PTY CO., LTD; a.k.a. S AND C TRADE PTY LTD; a.k.a. S&C TRADE PTY CO., LTD), Room 203, B, Lijingshangwu, No. 57, Busha Road, Buji, Longgang, Shenzhen 518114, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country China [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

S&D SOLUTIONS LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES; a.k.a. S AND D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. "SDS OOO"), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

S. GROUP AIRLINES LTD, ABC Business Centre, Flat No: Flat 105, Floor No: Floor 1st, Charalampou Moyskou 20, Paphos 8010, Cyprus; Organization Established Date 23 Apr 2018; Business Registration Number 382880 (Cyprus) [BELARUS-EO14038] (Linked To: RAYYA, Samer).

S.A. LAVOCHKIN NPO (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [RUSSIA-EO14024].

S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION (a.k.a. JOINT STOCK

COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [RUSSIA-EO14024].

S.A.S. E.U. (a.k.a. SERVICIO AEREO DE SANTANDER E.U.), Carrera 66 No. 7-31, Bogota, Colombia; NIT # 800543219-8 (Colombia) [SDNT].

S.Z.T.R. PRIZMA B.I. (a.k.a. SAMOSTALNA ZANATSKA TRGOVINSKA RADNJA PRIZMA), 40000 Mitrovice, Kosovo; Organization Established Date 10 Dec 2001; Organization Type: Construction of other civil engineering projects; Registration Number 80581564 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

SAAB CERTAIN & COMPANIA S. EN C. (a.k.a. SAAB CERTAIN AND COMPANIA S. EN C.; a.k.a. SAAB CERTAIN Y COMPANIA S. EN C.), Cr 43 B No 80 - 59, Barranquilla, Atlantico, Colombia; NIT # 9000798817 (Colombia) [VENEZUELA-EO13850].

SAAB CERTAIN AND COMPANIA S. EN C. (a.k.a. SAAB CERTAIN & COMPANIA S. EN C.; a.k.a. SAAB CERTAIN Y COMPANIA S. EN C.), Cr 43 B No 80 - 59, Barranquilla, Atlantico, Colombia; NIT # 9000798817 (Colombia) [VENEZUELA-EO13850].

SAAB CERTAIN Y COMPANIA S. EN C. (a.k.a. SAAB CERTAIN & COMPANIA S. EN C.; a.k.a. SAAB CERTAIN AND COMPANIA S. EN C.), Cr 43 B No 80 - 59, Barranquilla, Atlantico, Colombia; NIT # 9000798817 (Colombia) [VENEZUELA-EO13850].

SAAB CERTAIN, Isham Ali; DOB 14 Apr 1999; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport AS005095 (Colombia); National ID No. 99041408126 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB CERTAIN, Shadi Nain (a.k.a. SAAB, Shadi; a.k.a. SAAB, Shadi Nain); DOB 25 Apr 1996; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport PE097209 (Colombia); National ID No. 1045738303 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB HALABI, Tarek William, Anzoategui, Venezuela; DOB 10 Sep 1962; citizen Venezuela; Gender Male; Cedula No. 8459301 (Venezuela); Passport 5532000 (Venezuela); Venezuela's Ombudsman; President of Venezuela's Republican Moral Council (individual) [VENEZUELA].

SAAB MORAN, Alex (Latin: SAAB MORÁN, Alex) (a.k.a. SAAB MORAN, Alex Nain; a.k.a. SAAB, Alex); DOB 21 Dec 1971; Gender Male; Cedula No. 72180017 (Colombia); Passport PE085897 (Colombia); alt. Passport 085635076 (Venezuela); alt. Passport D010302 (Antigua and Barbuda) (individual) [VENEZUELA-EO13850].

SAAB MORAN, Alex Nain (a.k.a. SAAB MORAN, Alex (Latin: SAAB MORÁN, Alex); a.k.a. SAAB, Alex); DOB 21 Dec 1971; Gender Male; Cedula No. 72180017 (Colombia); Passport PE085897 (Colombia); alt. Passport 085635076 (Venezuela); alt. Passport D010302 (Antigua and Barbuda) (individual) [VENEZUELA-EO13850].

SAAB MORAN, Amir Luis, Barranquilla, Colombia; Miranda, Venezuela; DOB 29 Jul 1970; citizen Colombia; Gender Male; Cedula No. 72170020 (Colombia); alt. Cedula No. 24978833 (Venezuela); Passport PE135124 (Colombia) expires 23 Jun 2026 (individual) [VENEZUELA-EO13850].

SAAB MORAN, Luis Alberto, Colombia; Rome, Italy; DOB 20 Dec 1976; POB Barranquilla, Colombia; citizen Italy; Gender Male; Cedula No. 72224947 (Colombia); Passport YA6688232 (Italy) expires 20 Oct 2024 (individual) [VENEZUELA-EO13850].

SAAB, Alex (a.k.a. SAAB MORAN, Alex (Latin: SAAB MORÁN, Alex); a.k.a. SAAB MORAN, Alex Nain); DOB 21 Dec 1971; Gender Male; Cedula No. 72180017 (Colombia); Passport PE085897 (Colombia); alt. Passport 085635076 (Venezuela); alt. Passport D010302 (Antigua and Barbuda) (individual) [VENEZUELA-EO13850].

SAAB, Elias Fouad (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

SAAB, Shadi (a.k.a. SAAB CERTAIN, Shadi Nain; a.k.a. SAAB, Shadi Nain); DOB 25 Apr 1996; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport PE097209 (Colombia); National ID No. 1045738303 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB, Shadi Nain (a.k.a. SAAB CERTAIN, Shadi Nain; a.k.a. SAAB, Shadi); DOB 25 Apr 1996; POB Barranquilla, Colombia; citizen Colombia; Gender Male; Passport PE097209 (Colombia); National ID No. 1045738303 (Colombia) (individual) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SAAB, Tony (a.k.a. SA'B, Tony Boutros; a.k.a. SA'B, Tony Butrus), Tannourine Tahta, Batroun, Lebanon; DOB 20 May 1977; Gender Male (individual) [SDGT] (Linked To: ASSI, Saleh).

SAABF & COMPANIA S.C.A. (a.k.a. SAABF AND COMPANIA S.C.A.; a.k.a. SAABF Y COMPANIA S.C.A.; a.k.a. VENEDIG CAPITAL S.A.S.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

SAABF AND COMPANIA S.C.A. (a.k.a. SAABF & COMPANIA S.C.A.; a.k.a. SAABF Y COMPANIA S.C.A.; a.k.a. VENEDIG CAPITAL S.A.S.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

SAABF Y COMPANIA S.C.A. (a.k.a. SAABF & COMPANIA S.C.A.; a.k.a. SAABF AND COMPANIA S.C.A.; a.k.a. VENEDIG CAPITAL S.A.S.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

SA'AD AL-SHAMMARI (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. "ABU KHALAF"; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Nineveh, Iraq; alt. POB Tal Afar, Nineveh, Iraq (individual) [SDGT].

SAAD, Abdul Latif (a.k.a. SAD, Abd-al-Latif), Iraq; DOB 10 Aug 1958; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAAD, Fadi Abbas, Beirut, Lebanon; DOB 25 Apr 1979; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport RL2084101 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SAAD, Isam Ahmad (a.k.a. SAAD, Issam Ahmad; a.k.a. SAD, Isam Ahmad), Lebanon; DOB 19 Oct 1964; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport LR0191548 (Lebanon) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAAD, Issam Ahmad (a.k.a. SAAD, Isam Ahmad; a.k.a. SAD, Isam Ahmad), Lebanon; DOB 19 Oct 1964; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport LR0191548 (Lebanon) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SA'ADAH, Ruwaydah, Syria; DOB 10 Feb 1952; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SA'ADAT, Bashar, Syria; DOB 16 Jul 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SAADE, Ali (a.k.a. SAADE, Ali Moussa; a.k.a. SAADI, Ali), Beirut, Lebanon; DOB 18 May 1942; POB Conakry, Guinea; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0420013 (Lebanon) expires 01 Mar 2015; alt. Passport 14205180170519 (Guinea) expires 29 May 2024; alt. Passport 18FV09784 (France) expires 06 Feb 2029 (individual) [SDGT] (Linked To: HIZBALLAH).

SAADE, Ali Moussa (a.k.a. SAADE, Ali; a.k.a. SAADI, Ali), Beirut, Lebanon; DOB 18 May 1942; POB Conakry, Guinea; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0420013 (Lebanon) expires 01 Mar 2015; alt. Passport 14205180170519 (Guinea) expires 29 May 2024; alt. Passport 18FV09784 (France) expires 06 Feb 2029 (individual) [SDGT] (Linked To: HIZBALLAH).

SAADI, Ali (a.k.a. SAADE, Ali; a.k.a. SAADE, Ali Moussa), Beirut, Lebanon; DOB 18 May 1942; POB Conakry, Guinea; nationality Lebanon; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0420013 (Lebanon) expires 01 Mar 2015; alt. Passport 14205180170519 (Guinea) expires 29 May 2024; alt. Passport 18FV09784 (France) expires 06 Feb 2029 (individual) [SDGT] (Linked To: HIZBALLAH).

SAAFARTEX INT. S.A. (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A. (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

SAAFARTEX ZONA FRANCA SAS (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

SAAL, Fared (a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAAL, Farid (a.k.a. SAAL, Fared; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAAL, Fehad (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu";

a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد) (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAATI, Amar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAATI, Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAATI, Mohamed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SA'ATI, Mohamed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SA'ATI, Mohammad Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى) (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAATI, Mohammed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SA'ATI, Mohammed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAATI, Muhammed Ammar (a.k.a. AL-SAATI, Ammar (Arabic: عمار الساعاتى); a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتى بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتى); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SAAVEDRA ARCE, Rodrigo Eugenio; DOB 30 Oct 1942; Cedula No. 16236683 (Colombia); Passport AF637666 (Colombia) (individual) [SDNT] (Linked To: BOSQUE DE SANTA TERESITA LTDA.; Linked To: SAAVEDRA Y CIA. S. EN C.).

SAAVEDRA Y CIA. S. EN C., Avenida 6N No. 17-92 Of. 411-412, Cali, Colombia; NIT # 890332983-9 (Colombia) [SDNT].

SA'B, Ilyas (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

SA'B, Tony Boutros (a.k.a. SAAB, Tony; a.k.a. SA'B, Tony Butrus), Tannourine Tahta, Batroun, Lebanon; DOB 20 May 1977; Gender Male (individual) [SDGT] (Linked To: ASSI, Saleh).

SA'B, Tony Butrus (a.k.a. SAAB, Tony; a.k.a. SA'B, Tony Boutros), Tannourine Tahta, Batroun, Lebanon; DOB 20 May 1977; Gender Male (individual) [SDGT] (Linked To: ASSI, Saleh).

SABA STEEL (a.k.a. SABA STEEL COMPANY), KM 45 on Esfahan Shahrekord Road, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 5028 (Iran) [IRAN-EO13871].

SABA STEEL COMPANY (a.k.a. SABA STEEL), KM 45 on Esfahan Shahrekord Road, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 5028 (Iran) [IRAN-EO13871].

SABAHI, Mohammad Reza (a.k.a. SABAHI, Mohammed Reza; a.k.a. "FARAZ"); DOB 02 Dec 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 041-023144-4 (individual) [CYBER2].

SABAHI, Mohammed Reza (a.k.a. SABAHI, Mohammad Reza; a.k.a. "FARAZ"); DOB 02 Dec 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 041-023144-4 (individual) [CYBER2].

SABAHI, Roozbeh; DOB 08 Mar 1994; alt. DOB 09 Mar 1994; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [CYBER2].

SABBAGH, Muhammad Nasir, Syria; DOB 26 Nov 1954; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SABCABI, Ziyad Mukhamedovich (a.k.a. SABSABI, Ziyad), Russia; DOB 01 Feb 1964; POB Aleppo, Syria; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

SABERIAN, Mohammad Amin (a.k.a. SABERIAN, Mohammadamin; a.k.a. SABERIAN, Reza Mohammad Amin), Iran; DOB 01 Feb 1980; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G10515157 (Iran) expires 05 Oct 2024; National ID No. 2431884694 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SABERIAN, Mohammadamin (a.k.a. SABERIAN, Mohammad Amin; a.k.a. SABERIAN, Reza Mohammad Amin); DOB 01 Feb 1980; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G10515157 (Iran) expires 05 Oct

2024; National ID No. 2431884694 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SABERIAN, Reza Mohammad Amin (a.k.a. SABERIAN, Mohammad Amin; a.k.a. SABERIAN, Mohammadamin), Iran; DOB 01 Feb 1980; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G10515157 (Iran) expires 05 Oct 2024; National ID No. 2431884694 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SABERIN KISH CO. (a.k.a. SABERIN KISH COMPANY (Arabic: شرکت صابرین کیش; a.k.a. TEJARAT PAYDAR OFOGH), Kish Island, Iran; Number 9, Bahard First, Resalat Square, Hengam Street, Tehran 1677745783, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2001; National ID No. 10861528470 (Iran); Registration Number 1205 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SABERIN KISH COMPANY (Arabic: شرکت صابرین کیش) (a.k.a. SABERIN KISH CO.; a.k.a. TEJARAT PAYDAR OFOGH), Kish Island, Iran; Number 9, Bahard First, Resalat Square, Hengam Street, Tehran 1677745783, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2001; National ID No. 10861528470 (Iran); Registration Number 1205 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL' (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

SABLIN, Dmitry Vadimovich (Cyrillic: САБЛИН, Дмитрий Вадимович), Russia; DOB 05 Sep 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SABOOR, Abdul (a.k.a. NASRATYAR, Abdul Saboor; a.k.a. "Engineer Saboor"); DOB 1986; POB Afghanistan (individual) [SDGT].

SABORI CISNEROS, Raul (a.k.a. "EL NEGRO"); DOB 07 Jul 1963; POB Baja California Norte, Mexico; citizen Mexico (individual) [SDNTK].

SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. TASK FORCE RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

SABOUNI, Emad Abdul-Ghani (a.k.a. SABOUNI, Imad Abdul-Ghani); DOB 1964; POB Damascus, Syria; Minister of Communications and Technology (individual) [SYRIA].

SABOUNI, Imad Abdul-Ghani (a.k.a. SABOUNI, Emad Abdul-Ghani); DOB 1964; POB Damascus, Syria; Minister of Communications and Technology (individual) [SYRIA].

SABRI, Abdallah (a.k.a. SABRI, Abdallah Yusuf Faisal), Kuwait; DOB 1954; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SABRI, Abdallah Yusuf Faisal (a.k.a. SABRI, Abdallah), Kuwait; DOB 1954; nationality

Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SABRI, Abdel Ilah (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

SABRI, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

SABSABI, Ziyad (a.k.a. SABCABI, Ziyad Mukhamedovich), Russia; DOB 01 Feb 1964; POB Aleppo, Syria; nationality Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

SABUNI, Ahmad, Syria; DOB 23 Dec 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SABURINEJAD, Ali (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SABURINEZHAD, Ali (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد) (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAD IMPORT EXPORT COMPANY, Haftom Tir Square, South Mofteh Ave., PO Box 1584864813, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAD, Abd-al-Latif (a.k.a. SAAD, Abdul Latif), Iraq; DOB 10 Aug 1958; POB Bent Jbayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SAD, Isam Ahmad (a.k.a. SAAD, Isam Ahmad; a.k.a. SAAD, Issam Ahmad), Lebanon; DOB 19 Oct 1964; POB Bent Jbayl, Lebanon; Additional

Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport LR0191548 (Lebanon) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

SADA, Qahtan Nawaf Ahmad Alwan (a.k.a. AL-RASHIDI, Nawaf Ahmad Alwan; a.k.a. "Abu Faris"; a.k.a. "ALWAN, Nawaf Ahmed"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SADAF ASALUYEH CO. (a.k.a. SADAF CHEMICAL ASALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADAF CHEMICAL ASALUYEH COMPANY (a.k.a. SADAF ASALUYEH CO.; a.k.a. SADAF PETROCHEMICAL ASSALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADAF PETROCHEMICAL ASSALUYEH COMPANY (a.k.a. SADAF ASALUYEH CO.; a.k.a. SADAF CHEMICAL ASALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADAF PETROCHEMICAL ASSALUYEH INVESTMENT SERVICE (a.k.a. SADAF ASALUYEH CO.; a.k.a. SADAF CHEMICAL ASALUYEH COMPANY; a.k.a. SADAF PETROCHEMICAL ASSALUYEH COMPANY), Assaluyeh, Iran; South Pars Special Economy/Energy Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SADATI, Seyyed Mahmoud (Arabic: سید محمود ساداتی), Shiraz, Iran; DOB 1958; alt. DOB 1959; POB Estahaban, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge,

Revolutionary Court of Shiraz (individual) [CAATSA - IRAN].

SADEGHI MOGHADAM, Mohammad Hasan (a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI MOGHADAM, Mohammad Hassan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI MOGHADDAM, Mohammad Hasan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI MOHAMMAD, Mohammad (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEQI-MOQADAM, Mohammad Hassan; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEGHI, Kia (a.k.a. SADEGHI, Kiya), Iran; DOB 21 Mar 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SADEGHI, Kiya (a.k.a. SADEGHI, Kia), Iran; DOB 21 Mar 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SADEGHI, Mostafa; DOB 19 Jan 1990; alt. DOB 20 Jan 1990; alt. DOB 19 Jan 1991; alt. DOB 20 Jan 1991; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2500094065 (individual) [CYBER2].

SADEQI-MOQADAM, Mohammad Hassan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADDAM, Mohammad Hasan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADEQI-MOQADDAM, Mohammad Hasan (a.k.a. SADEGHI MOGHADAM, Mohammad Hasan; a.k.a. SADEGHI MOGHADAM, Mohammad Hassan; a.k.a. SADEGHI MOGHADDAM, Mohammad Hasan; a.k.a. SADEGHI MOHAMMAD, Mohammad; a.k.a. SADEQI-MOQADAM, Mohammad Hassan), Iran; DOB 1958; alt. DOB 1959; POB Jahrom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

SADER, Fadi (a.k.a. SADER, Fadi Wadie; a.k.a. SADER, Fadi Wadie Naer; a.k.a. SADER, Fadie Wadie Nasr), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADER, Fadi Wadie (a.k.a. SADER, Fadi; a.k.a. SADER, Fadi Wadie Naer; a.k.a. SADER, Fadie Wadie Nasr), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADER, Fadi Wadie Naer (a.k.a. SADER, Fadi; a.k.a. SADER, Fadi Wadie; a.k.a. SADER, Fadie Wadie Nasr), Hong Kong, China; DOB 19

Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADER, Fadie Wadie Nasr (a.k.a. SADER, Fadi; a.k.a. SADER, Fadi Wadie; a.k.a. SADER, Fadi Wadie Naer), Hong Kong, China; DOB 19 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport GA238402 (Canada) expires 25 Apr 2024; Identification Number M177091 3 (Hong Kong) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

SADID CARAN SABA COMPANY (a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "S.C. SABA ENG CO."; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SADID CARAN SABA ENG. CO. (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "S.C. SABA ENG CO."; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SADID CARAN SABA ENGINEERING COMPANY (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. "S.C. SABA ENG CO."; a.k.a. "SABA CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SADIKOV, Olimzhon Adkhamovich (a.k.a. AL-UZBEK, Jaffar; a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar); DOB 01 Jan 1977 to 31 Dec

1985; nationality Uzbekistan (individual) [SDGT].

SADIQ AL-AHDAL, Abdallah Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdallah; a.k.a. AL-ALAHADIL, Abdullah), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

SADIQABADI, Alireza, Iran; DOB 1982; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL REFINING AND DISTRIBUTION COMPANY).

SADOVENKO, Yuri (a.k.a. SADOVENKO, Yuriy), Russia; DOB 11 Sep 1969; POB Zhitomyr, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SADOVENKO, Yuriy (a.k.a. SADOVENKO, Yuri), Russia; DOB 11 Sep 1969; POB Zhitomyr, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SADRA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

SADRA CENTER (a.k.a. SADRA RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SADRA RESEARCH CENTER (a.k.a. SADRA CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SA'DU, Muhammad, Syria; DOB 20 Apr 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SADYGOV, Famil Kamil Ogly, Moscow, Russia; DOB 03 Mar 1968; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SADYKOV, Rinat Nailevich (a.k.a. SADYKOV, Rinat Nailyevich (Cyrillic: САДЫКОВ, Ринат Наильевич), Kazan, Republic of Tatarstan, Russia; DOB 18 Mar 1986; POB Kazan, Republic of Tatarstan, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 165506326744 (Russia) (individual) [RUSSIA-EO14024].

SADYKOV, Rinat Nailyevich (Cyrillic: САДЫКОВ, Ринат Наильевич) (a.k.a. SADYKOV, Rinat Nailevich), Kazan, Republic of Tatarstan, Russia; DOB 18 Mar 1986; POB Kazan, Republic of Tatarstan, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 165506326744 (Russia) (individual) [RUSSIA-EO14024].

SAECHOU, Thanchai (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SAEDI, Nader (a.k.a. "tahersaedi"; a.k.a. "turk_server"; a.k.a. "turkserver"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

SAEED HAFIZ, Muhammad (a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan);

National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED HUSAINI, Akbar (a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAEED, Hafiz (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Hafiz (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

SAEED, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt.

Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Hafiz Muhammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Hafiz Talha (a.k.a. SAEED, Mohammad Talha; a.k.a. SAEED, Tahil; a.k.a. SAEED, Talha), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEED, Mohammad Ali (a.k.a. AHMAD, Muhammad Ali Sayid; a.k.a. "Abu Turab al-Canadi"), As Susah, Syria; DOB 07 Oct 1990; POB Faisalabad, Punjab Province, Pakistan; nationality Canada; Gender Male (individual) [SDGT].

SAEED, Mohammad Talha (a.k.a. SAEED, Hafiz Talha; a.k.a. SAEED, Tahil; a.k.a. SAEED, Talha), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEED, Muhammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan);

National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAEED, Tahil (a.k.a. SAEED, Hafiz Talha; a.k.a. SAEED, Mohammad Talha; a.k.a. SAEED, Talha), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEED, Talha (a.k.a. SAEED, Hafiz Talha; a.k.a. SAEED, Mohammad Talha; a.k.a. SAEED, Tahil), 116-E Block, Johar Town, Lahore, Pakistan; DOB 25 Oct 1975; POB Sarghoda, Punjab Province, Pakistan; Passport BM5971331 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT].

SAEEDI, Mohammed; DOB 22 Nov 1962; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W40899252 (Iran) (individual) [IRAN].

SAENGKHAM, Samsaeng (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Praptwora; a.k.a. ATCHARA, Samsaeng; a.k.a. PRAPATWORA, Atchara), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

SAENGP'IL COMPANY (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

SAENKO, Sergei Ivanovich (a.k.a. SAYENKO, Sergey Ivanovich), Russia; DOB 25 Sep 1950; nationality Russia; Gender Male (individual)

[ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

SAENZ MEDINA, Enrique (a.k.a. GAXIOLA MEDINA, Rigoberto; a.k.a. MEDINA SAENZ, Enrique; a.k.a. MORALES GUERRERO, Juan Antonio), Calle Clavel No. 1406, Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

SAEZ DE EGUILAZ MURGUIONDO, Carlos, DOB 09 Dec 1963; POB San Sebastian, Guipuzcoa Province, Spain; D.N.I. 15.962.687 (Spain); Member ETA (individual) [SDGT].

SAF TECH S.L., Calle Serrano 52, Barcelona 08031, Spain; C.R. No. B62398060 (Spain) [SDNTK].

SAFA, Wafic (a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFA, Wafiq (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFA, Wafiq 'Abd-al-Husayn (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations; Gender Male; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFA, Wafiq Ahmad (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. "AL-DIN, Hessam Badr"; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFAR, Adel (a.k.a. SAFR, Adil); DOB 1953; POB Damascus, Syria; Prime Minister (individual) [SYRIA].

SAFARASH, Mohammad Ijaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SAFARASH, Muhammad Ijaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB

Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SAFARI CLUB (a.k.a. CENTRE DE LOISIR SAFARI CLUB; a.k.a. "SAFARI BEACH"), Nsele, Kinshasa, Congo, Democratic Republic of the; Gombe, Kinshasa, Congo, Democratic Republic of the; Registration ID 1322 (Congo, Democratic Republic of the) [DRCONGO] (Linked To: OLENGA, Francois).

SAFARI, Amir Hossein (a.k.a. SAFARI, Amirhossein), Iran; DOB 08 Aug 1992; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A39679672 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SAFARI, Amirhossein (a.k.a. SAFARI, Amir Hossein), Iran; DOB 08 Aug 1992; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A39679672 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SAFARI, Mohammad Javad, Tehran, Iran; DOB 07 Aug 1980; POB Borazjam, Dashtestan, Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9345199 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID FAKHAR MOGHADDAM GROUP).

SAFARISH, Mohammed Ejaz (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062;

Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SAFAROV, Azamat, Moscow, Russia; DOB 26 Mar 1990; POB Uzbekistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. CE2236830 (Uzbekistan) (individual) [CYBER2] (Linked To: EVIL CORP).

SAFAVI, Rahim (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SAFAVI, Seyed Khalil (a.k.a. SAFAVI, Seyyed Khalil (Arabic: سید خلیل صفوی)), Rezvanshahr, Gilan Province, Iran; DOB 01 Sep 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3501325266 (Iran); LEF Commander of Rezvanshahr City, Gilan Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAFAVI, Seyyed Khalil (Arabic: سید خلیل صفوی) (a.k.a. SAFAVI, Seyed Khalil), Rezvanshahr, Gilan Province, Iran; DOB 01 Sep 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3501325266 (Iran); LEF Commander of Rezvanshahr City, Gilan Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAFAVI, Yahya Rahim (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SAFDARI, Masoud (Arabic: مسعود صفدری) (a.k.a. SAFDARI, Massoud; a.k.a. "Sattar"), Shahrak Shahid Mahallati District, Tehran, Iran; DOB 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

SAFDARI, Massoud (a.k.a. SAFDARI, Masoud (Arabic: مسعود صفدری); a.k.a. "Sattar"), Shahrak Shahid Mahallati District, Tehran, Iran; DOB

1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

SAFDARI, Sayyed Jaber (a.k.a. SAFDARI, Seyed Jaber; a.k.a. SAFDARI, Seyyed Jaber); DOB 1968 to 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: ADVANCED TECHNOLOGIES COMPANY OF IRAN).

SAFDARI, Seyed Jaber (a.k.a. SAFDARI, Sayyed Jaber; a.k.a. SAFDARI, Seyyed Jaber); DOB 1968 to 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: ADVANCED TECHNOLOGIES COMPANY OF IRAN).

SAFDARI, Seyyed Jaber (a.k.a. SAFDARI, Sayyed Jaber; a.k.a. SAFDARI, Seyed Jaber); DOB 1968 to 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] (Linked To: ADVANCED TECHNOLOGIES COMPANY OF IRAN).

SAFE SEAS SHIP MANAGEMENT FZE (Arabic: سيف سيز شيب مانجمنت م م ح), P1-ELOB Office No. E-19F-34, Hamriyah Free Zone, Sharjah, United Arab Emirates; Office Building 2G-02, Hamriyah Free Zone, PO Box 53269, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Jun 2017; Identification Number IMO 5993126; License 16065 (United Arab Emirates); Economic Register Number (CBLS) 11582160 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

SAFETY EQUIPMENT PROCUREMENT COMPANY (a.k.a. "SEP CO."), P.O. Box 16785-195, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAFI A-DIN, Hashem (a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male (individual) [SDGT].

SAFI AL DIN, Hashim (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male (individual) [SDGT].

SAFI AL-DIN, Hashem (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male (individual) [SDGT].

SAFI-AL-DIN, Abdallah (a.k.a. SAFIEDDINE, Abdullah); DOB 08 Jul 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 3527575 (Lebanon); Identification Number 637166 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFIANOV, Iurii Pavlovich (a.k.a. SAFYANOV, Yuri Pavlovich (Cyrillic: САФЬЯНОВ, Юрий Павлович); a.k.a. SAFYANOV, Yury Pavlovich), Murmansk, Russia; DOB 22 May 1976; POB Magadan, Russia; nationality Russia; Gender Male; Passport 720175005 (Russia); National ID No. 4400036893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SAFIEDDINE, Abdullah (a.k.a. SAFI-AL-DIN, Abdallah); DOB 08 Jul 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 3527575 (Lebanon); Identification Number 637166 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SAFIEDDINE, Hashem (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashim), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male (individual) [SDGT].

SAFIEDDINE, Hashim (a.k.a. SAFI A-DIN, Hashem; a.k.a. SAFI AL DIN, Hashim; a.k.a. SAFI AL-DIN, Hashem; a.k.a. SAFI AL-DIN, Hashim; a.k.a. SAFIEDDINE, Hashem), Lebanon; DOB 1963 to 1965; POB Lebanon; Gender Male (individual) [SDGT].

SAFIN, Lenar Rinatovich (Cyrillic: САФИН, Ленар Ринатович), Russia; DOB 11 Feb 1969; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAFIR CAR TRADING COMPANY IN TURKEY (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [SYRIA-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

SAFIRAN AIRPORT SERVICES (a.k.a. SAFIRANAS; a.k.a. SAFRAN AIRPORT SERVICES), No 36 Esfandyar Boulevard, Valie-Asr Avenue, Tehran 19686 53953, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Service activities incidental to air transportation [RUSSIA-EO14024].

SAFIRAN PAYAM DARYA SHIPPING COMPANY (a.k.a. "SAPID"), Asseman Tower, Pasdaran Street, Tehran, Iran; Website www.sapidshpg.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v) [IRAN] [IFCA].

SAFIRANAS (a.k.a. SAFIRAN AIRPORT SERVICES; a.k.a. SAFRAN AIRPORT SERVICES), No 36 Esfandyar Boulevard, Valie-Asr Avenue, Tehran 19686 53953, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Service activities incidental to air transportation [RUSSIA-EO14024].

SAFONOV, Maksim Valerevich (a.k.a. SAFONOV, Maksim Valeryevich; a.k.a. SAFONOV, Maxim), Russia; DOB 18 Feb 1980; nationality Russia; Gender Male; National ID No. 4511601701 (Russia) (individual) [RUSSIA-EO14024].

SAFONOV, Maksim Valeryevich (a.k.a. SAFONOV, Maksim Valerevich; a.k.a. SAFONOV, Maxim), Russia; DOB 18 Feb 1980; nationality Russia; Gender Male; National ID No. 4511601701 (Russia) (individual) [RUSSIA-EO14024].

SAFONOV, Maxim (a.k.a. SAFONOV, Maksim Valerevich; a.k.a. SAFONOV, Maksim Valeryevich), Russia; DOB 18 Feb 1980; nationality Russia; Gender Male; National ID No. 4511601701 (Russia) (individual) [RUSSIA-EO14024].

SAFR, Adil (a.k.a. SAFAR, Adel); DOB 1953; POB Damascus, Syria; Prime Minister (individual) [SYRIA].

SAFRAN AIRPORT SERVICES (a.k.a. SAFIRAN AIRPORT SERVICES; a.k.a. SAFIRANAS), No 36 Esfandyar Boulevard, Valie-Asr Avenue, Tehran 19686 53953, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Service activities incidental to air transportation [RUSSIA-EO14024].

SAFTALI, Ghassan, Syria; DOB 20 Feb 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SAFYANOV, Yuri Pavlovich (Cyrillic: САФЬЯНОВ, Юрий Павлович) (a.k.a. SAFIANOV, Iurii Pavlovich; a.k.a. SAFYANOV, Yury Pavlovich), Murmansk, Russia; DOB 22 May 1976; POB Magadan, Russia; nationality Russia; Gender Male; Passport 720175005 (Russia); National ID No. 4400036893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SAFYANOV, Yury Pavlovich (a.k.a. SAFIANOV, Iurii Pavlovich; a.k.a. SAFYANOV, Yuri Pavlovich (Cyrillic: САФЬЯНОВ, Юрий Павлович)), Murmansk, Russia; DOB 22 May 1976; POB Magadan, Russia; nationality Russia; Gender Male; Passport 720175005 (Russia); National ID No. 4400036893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SAGAX INVESTMENT GROUP LTD., Suite 102, Blake Building, Corner Eyre & Hutson Street, Belize City 78583, Belize [SDNTK].

SAGE ENERGY HK LIMITED, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2767880 (Hong Kong) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

SAHAB PARDAZ CO. (a.k.a. SAMANE GOSTAR SAHAB PARDAZ PRIVATE LIMITED COMPANY (Arabic: شرکت سامانه گستر سحاب پرداز (شرکت سهامی خاص)), No. 22, Khorramshahr Street, Tehran, Iran; No. 28, Arab Ali St., Korramshahr St., Tehran, Iran; North Shohvardi Street, Korramshahr Street, Number 24, Floor 1, Tehran, Iran; Website https://www.sahab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country Iran; National ID No. 14004241708 (Iran); Registration Number 457647 (Iran) [IRAN-TRA].

SAHAB, Qari (a.k.a. AL TOKHI, Qari Saifullah; a.k.a. SAIFULLAH, Qari), Quetta, Pakistan; DOB 1964; alt. DOB 1963 to 1965; POB Daraz Jaldak, Qalat District, Zabul Province, Afghanistan; citizen Afghanistan (individual) [SDGT].

SAHAL, Omar (a.k.a. AWADH, Omar; a.k.a. OMAR, Omar Awadh); DOB 20 Sep 1973; POB Mombasa, Kenya; Passport A764712 (Kenya) expires 27 Mar 2013; alt. Passport B002271 (Kenya); alt. Passport KE007776 expires Aug 2009; Possibly Located in Kenya (individual) [SOMALIA].

SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAHARA THUNDER (Arabic: شرکت تندر صحرا) (a.k.a. DESERT THUNDER COMPANY; a.k.a. TONDAR SAHARA CO.; a.k.a. TONDAR SAHRA PRIVATE LIMITED COMPANY), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SAHD, Paulina (a.k.a. BARAJAS SAHD, Ana Paulina), Calle Alcamo 2870-501, Colonia Providencia, Guadalajara, Jalisco, Mexico; Kukulkan 4783, Col. Miradora Del Sol, Zapopan, Jalisco 45054, Mexico; Perla # 3880, Colonia Res. Loma Bonita, Zapopan, Jalisco, Mexico; DOB 03 Oct 1984; POB Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. BASA841003MJCRHN07 (Mexico) (individual) [SDNTK].

SAHEB, Amir (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

SAHEL CONSULTANT ENGINEERS, No. 57, Eftekhar St., Larestan St., Motahhari Ave, Tehran, Iran; P.O. Box 16765-34, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

SAHIN, Huseyin, Adnan Saygun, Cad Canan SK N1 Mercan St K 4 D 9 ULUS, Istanbul, Turkey; DOB 01 Apr 1957; POB Gumusova, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport U00618757 (Turkey) issued 12 Aug 2010 expires 11 Aug 2020; National ID No. 31202133364; Chief Executive Officer (individual) [DPRK] (Linked To: SIA FALCON INTERNATIONAL GROUP).

SAHINPASIC, Senad; DOB circa 1951; POB Foca, Bosnia-Herzegovina (individual) [BALKANS].

SAHIRON, Radulan (a.k.a. SAHIRON, Radullan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines (individual) [SDGT].

SAHIRON, Radullan (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines (individual) [SDGT].

SAHIRUN, Radulan (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRON, Radullan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines (individual) [SDGT].

SAHLOUL MONEY EXCHANGE COMPANY (a.k.a. AL-SAHLOUL MONEY EXCHANGE COMPANY; a.k.a. SAHLUL HAWALA OFFICE), Axray, Masseeh Basha, Lalleli Street, Kalvan Centre Building #22, Office #203, Istanbul, Turkey; Mersin, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAHLUL HAWALA OFFICE (a.k.a. AL-SAHLOUL MONEY EXCHANGE COMPANY; a.k.a. SAHLOUL MONEY EXCHANGE COMPANY), Axray, Masseeh Basha, Lalleli Street, Kalvan Centre Building #22, Office #203, Istanbul, Turkey; Mersin, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAI ADVISORS INC., 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11251 NW 2 Street, Plantation, FL 33325, United States; 11250 NW 4 Street, Plantation, FL 33325, United States; 11201 NW 2 Street, Plantation, FL 33325, United States; 11351 NW 2 Street, Plantation, FL 33325, United States; 11301 NW 2 Street, Plantation, FL 33325, United States; 11300 NW 4 Street, Plantation,

FL 33325, United States; 11350 NW 4 Street, Plantation, FL 33325, United States; 11200 NW 4 Street, Plantation, FL 33325, United States; Company Number 68-0678326 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

SA'ID JAN, Qasi (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

SA'ID, Hafiz (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayed; a.k.a. SAEED, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

SAID, Khan (a.k.a. MEHSUD, Sajna; a.k.a. SAYED, Khan); DOB 1975; alt. DOB 1977; POB Zangara area, Sararogh, South Waziristan (individual) [SDGT].

SA'ID, Majd, Syria; DOB 25 Nov 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SA'ID, Mohamed (a.k.a. ATOM, Mohamed Sa'id; a.k.a. ATOM, Mohamed Siad; a.k.a. "ATOM"), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

SA'ID, Sa'id, Syria; DOB 11 Dec 1955; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SA'IDI, Mohammad Hosein (a.k.a. GHOLIZADEH, Vali (Arabic: ولی قلی زاده; a.k.a. QOLIZADEH, Vali), Iran; Iraq; DOB 11 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0056758472

(Iran) (individual) [SDGT] [IFSR] (Linked To: MADA'IN NOVIN TRADERS).

SAIDNAYA MILITARY PRISON (a.k.a. SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري; a.k.a. SAYDNAYA PRISON; a.k.a. SEDNAYA PRISON (Arabic: سجن صيدنايا)), Syria [SYRIA-EO13894].

SAIDOU, Habib (a.k.a. ABIB, Soussou; a.k.a. HABIB, Soussou; a.k.a. SOUSSOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

SAIFUDDIN, Muhmmad (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karim; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAIFULLAH, Qari (a.k.a. AL TOKHI, Qari Saifullah; a.k.a. SAHAB, Qari), Quetta, Pakistan; DOB 1964; alt. DOB 1963 to 1965; POB Daraz Jaldak, Qalat District, Zabul Province, Afghanistan; citizen Afghanistan (individual) [SDGT].

SAING, Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SAING, U Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SAINOVIC, Nikola; DOB 07 Dec 1948; POB Bor, Serbia and Montenegro; Ex-FRY Deputy Prime Minister; ICTY indictee in custody (individual) [BALKANS].

SAINT PETERSBURG IMPERIAL LEGION (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ) (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE LLC (a.k.a. LIMITED LIABILITY COMPANY SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНКТ-ПЕТЕРБУРГСКАЯ МЕЖДУНАРОДНАЯ БАНКОВСКАЯ КОНФЕРЕНЦИЯ); a.k.a. PSB AVTOFAKTORING), Ul. Smirnovskaya D. 10, Str. 8, Komnata 7, Moscow 109052, Russia; d. 42, Moskovskoe Shosse, Sergiev Posad, Moscow Oblast 141300, Russia (Cyrillic: д. 42, Московское Шоссе, Сергиев Посад, Московская Область 141300, Russia); Organization Established Date 30 Dec 2010; Tax ID No. 5042116461 (Russia); Registration Number 1105042007806 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SAIQI TRADE LIMITED (a.k.a. SALITA TRADE LIMITED (Chinese Traditional: 薩利塔貿易有限公司)), Room 09/27F Ho King Commercial Centre 2-16 Fa Yuen Street Mongkok KI, Hong Kong, China; Organization Established Date 02 Aug 2018; C.R. No. 2729339 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SAIRAN (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran,

Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SAIYID, Abd Al-Man'am (a.k.a. AGHA, Haji Abdul Manan), Pakistan (individual) [SDGT].

SAJADDINIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR].

SAJADINIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR].

SAJDEH, Majid, Iran; DOB 26 Jan 1968; POB Tehran, Iran; nationality Iran; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) (individual) [IFCA] (Linked To: HAFEZ DARYA ARYA SHIPPING COMPANY).

SAJEDI-NIA, Hossein (a.k.a. SAJEDINIA, Hossein (Arabic: ناجيدي تبا)), Iran; DOB 21 Mar 1962 to 20 Apr 1962; POB Isfahan, Isfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Operations Commander (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SAJEDINIA, Hossein (Arabic: ناجيدي تبا) (a.k.a. SAJEDI-NIA, Hossein), Iran; DOB 21 Mar 1962 to 20 Apr 1962; POB Isfahan, Isfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Operations Commander (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN.

SAJJAD, Rasoul (a.k.a. SAJJAD, Rassoul; a.k.a. SAJJAD, Rasul), Iran; DOB 09 Aug 1970; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9333110 (Iran) issued 03 Mar 2014 expires 03 Mar 2019; Dr (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAJJAD, Rassoul (a.k.a. SAJJAD, Rasoul; a.k.a. SAJJAD, Rasul), Iran; DOB 09 Aug 1970; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9333110 (Iran) issued 03 Mar 2014 expires 03 Mar 2019; Dr (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAJJAD, Rasul (a.k.a. SAJJAD, Rasoul; a.k.a. SAJJAD, Rassoul), Iran; DOB 09 Aug 1970; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9333110 (Iran) issued 03 Mar 2014 expires 03 Mar 2019; Dr (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SAJJADI NIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR].

SAJJADINIA, Mohsen (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SEIF, Mahmoud); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR].

SAKAN EXCHANGE (a.k.a. JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES; a.k.a. TAZAMONI REZA

SAKAN DASTGIRI VA SHORAK), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14003282053 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

SAKAN GENERAL TRADING (a.k.a. ROYAL CREDIT GENERAL TRADING; a.k.a. SAKAN GENERAL TRADING, LLC), 14th Floor, Office 1401, Al Owais Business Tower, 53, 24th Street, Al Sabkha-115, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 611462 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

SAKAN GENERAL TRADING, LLC (a.k.a. ROYAL CREDIT GENERAL TRADING; a.k.a. SAKAN GENERAL TRADING), 14th Floor, Office 1401, Al Owais Business Tower, 53, 24th Street, Al Sabkha-115, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 611462 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

SAKAN, Suleyman, Turkey; DOB 25 Sep 1965; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U06595028 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

SAKARYA, Yunus Emre (a.k.a. "AL-ALMANI, Yunus"; a.k.a. "AL-HAIEBI, Younes"), Al Mayadin, Syria; Turkey; DOB 22 Apr 1991; POB Bruhl, Germany; citizen Germany; alt. citizen Turkey; Gender Male; Passport C7480TP630 (Germany); National ID No. L749X688M2 (Germany); alt. National ID No. 523884049 (Germany) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKHAROVA, Tatiana Anatolyevna (Cyrillic: САХАРОВА, Татьяна Анатольевна) (a.k.a. SAKHAROVA, Tatyana Anatolyevna), Russia; DOB 16 Jun 1973; nationality Russia; Gender Female; Member of the Federation Council of the Russian Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAKHAROVA, Tatyana Anatolyevna (a.k.a. SAKHAROVA, Tatiana Anatolyevna (Cyrillic: САХАРОВА, Татьяна Анатольевна)), Russia; DOB 16 Jun 1973; nationality Russia; Gender Female; Member of the Federation Council of the Russian Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAKHATRANS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

SAKHA (YAKUTSKAYA) TRANSPORTNAYA KOMPANIYA; a.k.a. SAKHATRANS OOO), 14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion Khabarovski Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SAKHATRANS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SAKHA (YAKUTSKAYA) TRANSPORTNAYA KOMPANIYA; a.k.a. SAKHATRANS LLC), 14 ul. Molodezhnaya Rabochi Pos. Vanino, 682860 Vaninski, Raion Khabarovski Krai, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SAKHTEMAN INTERNATIONAL DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SAKIR, Fadi (a.k.a. SAKR, Fady; a.k.a. SAQER, Fadi; a.k.a. SAQIR, Fadi; a.k.a. SAQR, Fadi (Arabic: صقر فادي)), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SAKOULINE, Alexandre (a.k.a. SAKULIN, Alexander), Finland; DOB 15 Mar 1955; nationality Russia; Gender Male; Identification Number 150355 (Finland) (individual) [RUSSIA-EO14024].

SAKR, Fady (a.k.a. SAKIR, Fadi; a.k.a. SAQER, Fadi; a.k.a. SAQIR, Fadi; a.k.a. SAQR, Fadi (Arabic: صقر فادي)), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SAKR, Tarek, Syria; Turkey; DOB 14 Mar 1987; POB Syria; citizen Canada; Gender Male (individual) [SDGT].

SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK EXCHANGE (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK EXCHANGE COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER

COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSOUK FINANCIAL EXCHANGE (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKSUK MONEY EXCHANGE (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS),

Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SAKULIN, Alexander (a.k.a. SAKOULINE, Alexandre), Finland; DOB 15 Mar 1955; nationality Russia; Gender Male; Identification Number 150355 (Finland) (individual) [RUSSIA-EO14024].

SAKUNDA HOLDINGS (a.k.a. SAKUNDA HOLDINGS PRIVATE LIMITED), Samora Machel Avenue No. 45 (between J. Nyerere Way and L. Takawira Street), 4th, 15th, 16th, and 17th Floors, Century Towers, Harare, Zimbabwe; Number 5 Beit Road, Milton Park, Harare, Zimbabwe; Organization Established Date 01 Jan 2005; alt. Organization Established Date 28 Nov 2005; Organization Type: Activities of holding companies; Business Registration Number 19561/2005 (Zimbabwe) [GLOMAG] (Linked To: TAGWIREI, Kudakwashe Regimond).

SAKUNDA HOLDINGS PRIVATE LIMITED (a.k.a. SAKUNDA HOLDINGS), Samora Machel Avenue No. 45 (between J. Nyerere Way and L. Takawira Street), 4th, 15th, 16th, and 17th Floors, Century Towers, Harare, Zimbabwe; Number 5 Beit Road, Milton Park, Harare, Zimbabwe; Organization Established Date 01 Jan 2005; alt. Organization Established Date 28 Nov 2005; Organization Type: Activities of holding companies; Business Registration Number 19561/2005 (Zimbabwe) [GLOMAG] (Linked To: TAGWIREI, Kudakwashe Regimond).

SALAD, Mohamed Hussein, Al Mukalla, Yemen; DOB Jan 1965; POB Bargal, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SALAEVA, Alla Leonidovna (Cyrillic: САЛАЕВА, Алла Леонидовна), Russia; DOB 14 Sep 1979; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SALAFIST CALL PROTECTORS (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP

PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

SALAFIST GROUP FOR CALL AND COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA) [FTO] [SDGT].

SALAFIST GROUP FOR PREACHING AND COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA) [FTO] [SDGT].

SALAH CHARITABLE ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

SALAH ISLAMIC ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH

ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION, P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

SALAH MUHAMAD, Issa (a.k.a. HUSSEIN, Mazen Ali), Branderstrasse 28, Augsburg 86154, Germany; Hauzenberg 94051, Germany; DOB 01 Jan 1982; alt. DOB 01 Jan 1980; POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0144378 (Germany) (individual) [SDGT].

SALAH WELFARE ORGANIZATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

SALAH, Ali Mohammad (a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALAH, Maher Jawad Younes (a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Maher Jawad Yunes (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Maher Jawad Yunis (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Mahir Jawad Yunis (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Mahir Jawwad Yunis (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Mahir Yunus (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

SALAH, Salah Abdallah Mohamed (a.k.a. SALEH, Salah Abdallah Mohamed; a.k.a. "GHOSH, Salah"; a.k.a. "GOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

SALAHUDIN, Maulawi Rajab (a.k.a. RAJAB, Maulawi), Paghman District, Kabul Province, Afghanistan; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT].

SALAMAH, Adib Nimr (a.k.a. SALAMEH, Adeeb Namer (Arabic: أديب نمر سلامة); a.k.a. SALAMEH, Adib), Damascus, Syria; DOB 26 Nov 1953; POB Dahr Al-Maghar, al-Salamiyeh, Hamah, Syria; nationality Syria; Gender Male; Passport 578761 (Syria); Major General (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

SALAMAH, Riad bin Tawfiq (a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riad; a.k.a. SALAMEH, Riyad Tawfeek; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880

(France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAME, Nadi Riad (Arabic: نادي رياض سلامة) (a.k.a. SALAMEH, Nady), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; United Kingdom; DOB 04 Dec 1986; POB Neuilly-Sur-Seine, France; nationality Lebanon; alt. nationality France; alt. nationality United Kingdom; Gender Male; Passport 282003 (Lebanon) expires 28 Dec 2006 (individual) [LEBANON].

SALAME, Raja (Arabic: رجا سلامة) (a.k.a. SALAMEH, Raja), Chalet C9601 Portemilio Resort, Kaslik, Keserwan-Jbeil, Lebanon; DOB 15 Aug 1960; POB Antelias, Lebanon; nationality Lebanon; Gender Male; Passport RL1670084 (Lebanon) expires 22 Oct 2018 (individual) [LEBANON].

SALAME, Riad Toufic (Arabic: رياض توفيق سلامة) (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAMEH, Riad; a.k.a. SALAMEH, Riyad Tawfeek; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAMEH, Adeeb Namer (Arabic: أديب نمر سلامة) (a.k.a. SALAMAH, Adib Nimr; a.k.a. SALAMEH, Adib), Damascus, Syria; DOB 26 Nov 1953; POB Dahr Al-Maghar, al-Salamiyeh, Hamah, Syria; nationality Syria; Gender Male; Passport 578761 (Syria); Major General (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

SALAMEH, Adib (a.k.a. SALAMAH, Adib Nimr; a.k.a. SALAMEH, Adeeb Namer (Arabic: أديب نمر سلامة)), Damascus, Syria; DOB 26 Nov 1953; POB Dahr Al-Maghar, al-Salamiyeh, Hamah, Syria; nationality Syria; Gender Male; Passport 578761 (Syria); Major General (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

SALAMEH, Ghassan (a.k.a. ISMAEL, Ghassan Jaoudat; a.k.a. ISMAIL, Ghassan Jaoudat (Arabic: غسان جودت إسماعيل)), Aleppo, Syria; DOB 1960; POB Junaynat Ruslan, Darkoush, Drekish, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

SALAMEH, Nady (a.k.a. SALAME, Nadi Riad (Arabic: نادي رياض سلامة)), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; United Kingdom; DOB 04 Dec 1986; POB

Neuilly-Sur-Seine, France; nationality Lebanon; alt. nationality France; alt. nationality United Kingdom; Gender Male; Passport 282003 (Lebanon) expires 28 Dec 2006 (individual) [LEBANON].

SALAMEH, Raja (a.k.a. SALAME, Raja (Arabic: رجا سلامة)), Chalet C9601 Portemilio Resort, Kaslik, Keserwan-Jbeil, Lebanon; DOB 15 Aug 1960; POB Antelias, Lebanon; nationality Lebanon; Gender Male; Passport RL1670084 (Lebanon) expires 22 Oct 2018 (individual) [LEBANON].

SALAMEH, Riad (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riyad Tawfeek; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAMEH, Riyad Tawfeek (a.k.a. SALAMAH, Riad bin Tawfiq; a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riad; a.k.a. SALIMI, Riyad), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALAMI, Hoseyn (a.k.a. SALAMI, Hossein; a.k.a. SALAMI, Hussayn; a.k.a. SALIMI, Hosein), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALAMI, Hossein (a.k.a. SALAMI, Hoseyn; a.k.a. SALAMI, Hussayn; a.k.a. SALIMI, Hosein), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALAMI, Hussayn (a.k.a. SALAMI, Hoseyn; a.k.a. SALAMI, Hossein; a.k.a. SALIMI, Hosein), Tehran, Iran; DOB 1960; POB

Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALAMOV, Nurid (Cyrillic: САЛАМОВ, Нурид) (a.k.a. SALAMOV, Nurid Denilbekovich (Cyrillic: САЛАМОВ, Нурид Денильбекович)), Geldagan, Kurchaloi District, Chechen Republic, Russia; DOB 1987; nationality Russia; Gender Male (individual) [MAGNIT].

SALAMOV, Nurid Denilbekovich (Cyrillic: САЛАМОВ, Нурид Денильбекович) (a.k.a. SALAMOV, Nurid (Cyrillic: САЛАМОВ, Нурид)), Geldagan, Kurchaloi District, Chechen Republic, Russia; DOB 1987; nationality Russia; Gender Male (individual) [MAGNIT].

SALAS ROJO, Juan Manuel (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

SALASKO OFFSHORE S.A.L., Verdun, Beirut, Lebanon; Commercial Registry Number 1801152 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

SALAVAT CHEMICAL PLANT (a.k.a. JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД); a.k.a. "AO CX3"; a.k.a. "JSC SKHZ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

SALAVATI, Abdolghassem (a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abloqasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abolghasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی) (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abolqasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abulghasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم

صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abu'l-Qasim; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAVATI, Abu'l-Qasim (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALEVATI, Abughasem), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALAZAR BALLESTEROS, Joel Alexandro, Mexico; DOB 10 May 1992; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. SABJ920510HSRLLL19 (Mexico) (individual) [TCO] (Linked To: MALAS MANAS).

SALAZAR DE GUZMAN, Alejandrina (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco,

Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR FLORES, Freddy Arnoldo (a.k.a. SALAZAR FLORES, Fredy Arnoldo; a.k.a. "BOICA"; a.k.a. "BOYCA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SALAZAR FLORES, Fredy Arnoldo (a.k.a. SALAZAR FLORES, Freddy Arnoldo; a.k.a. "BOICA"; a.k.a. "BOYCA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SALAZAR HERNANDEZ DE GUZMAN, Maria (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Alejandra (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Alejandrina (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City,

DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Alejandrina Maria (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Maria A (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina;

a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR HERNANDEZ, Maria Alejandrina (a.k.a. HERNANDEZ SALAZAR, Maria A; a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a. SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandrina Maria; a.k.a. SALAZAR HERNANDEZ, Maria A), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada

del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

SALAZAR RAMIREZ, Jesus Alfredo (a.k.a. "INDIO"; a.k.a. "MUNE"); DOB 24 Mar 1974; POB Chihuahua, Mexico; citizen Mexico (individual) [SDNTK].

SALBI, 'Abdul Amir Muhammad Sa'id (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALDA MANAGEMENT MARITIME AND TRADE LIMITED COMPANY (Latin: SALDA MANAGEMENT DENIZCILIK VE TICARET LIMITED ŞIRKETI), Ic Kapi 54, A Blok, Milangaz Caddesi 75A, Esentepe Mah., Kartal, Istanbul, Turkey; Organization Established Date 08 Sep 2022; Registration Number 404946-5 (Turkey) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

SALDO, Vladimir Vasilievich (Cyrillic: САЛЬДО, Владимир Васильевич) (a.k.a. SALDO, Volodymyr Vasilyovich (Cyrillic: САЛЬДО, Володимир Васильович)), 36 Suvorova St., Apt. 28, Kherson, Kherson Oblast 73009, Ukraine; DOB 12 Jun 1956; nationality Ukraine; Gender Male; Tax ID No. 2061716030 (Ukraine) (individual) [RUSSIA-EO14024].

SALDO, Volodymyr Vasilyovich (Cyrillic: САЛЬДО, Володимир Васильович) (a.k.a. SALDO, Vladimir Vasilievich (Cyrillic: САЛЬДО, Владимир Васильевич)), 36 Suvorova St., Apt. 28, Kherson, Kherson Oblast 73009, Ukraine; DOB 12 Jun 1956; nationality Ukraine; Gender Male; Tax ID No. 2061716030 (Ukraine) (individual) [RUSSIA-EO14024].

SALEH ABU HUSSEIN, Abdul Latif A.A. (a.k.a. ABU AMIR; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH AL-SAADI, Nassim Ben Mohamed Al-Cherif ben Mohamed (a.k.a. "ABOU ANIS"), Via Monte Grappa 15, Arluno, Milan, Italy; DOB 30 Nov 1974; POB Haidra Al-Qasreen, Tunisia; nationality Tunisia; Passport M 788331 issued 28 Sep 2001 expires 27 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

SALEH, Abdel Moneim Ahmad (a.k.a. SALIH, Abd al-Munim Ahmad), Iraq; DOB 1943; Former Minister of Awqaf and Religious Affairs (individual) [IRAQ2].

SALEH, Abdul Latif A.A. (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Abdyl Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Ahmad Ali Abdullah (a.k.a. SALEH, Ahmed Ali; a.k.a. SALEH, Ahmed Ali Abdullah; a.k.a. SALIH AL-AHMAR, Ahmad Ali Abdallah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALEH, Ahmed Ali (a.k.a. SALEH, Ahmad Ali Abdullah; a.k.a. SALEH, Ahmed Ali Abdullah; a.k.a. SALIH AL-AHMAR, Ahmad Ali Abdallah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALEH, Ahmed Ali Abdullah (a.k.a. SALEH, Ahmad Ali Abdullah; a.k.a. SALEH, Ahmed Ali;

a.k.a. SALIH AL-AHMAR, Ahmad Ali Abdallah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALEH, Ali Abdullah (a.k.a. SALIH, Ali Abdallah); DOB 21 Mar 1945; alt. DOB 21 Mar 1946; alt. DOB 21 Mar 1942; alt. DOB 21 Mar 1947; POB Bayt al-Ahmar, Sana'a Governorate, Yemen; alt. POB Sana'a, Yemen; nationality Yemen; Gender Male; Passport 00016161 (Yemen) issued 19 Jun 2012 expires 18 Jun 2018; Identification Number 01010744444 (Yemen); President of Yemen's General People's Congress party; Former President of the Republic of Yemen (individual) [YEMEN].

SALEH, Ali Mohamad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALEH, Ali Mohamed (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALEH, Ali Mohammad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608

(Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALEH, Aqilah (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

SALEH, Bachir (a.k.a. BASHIR, Bashir Saleh; a.k.a. SALEH, Bashir); DOB 1946; POB Traghen, Libya; Head of Cabinet of Leader Muammar Gaddafi; Chief of Staff; Chairman of Libya Africa Investment Portfolio (individual) [LIBYA2].

SALEH, Bashir (a.k.a. BASHIR, Bashir Saleh; a.k.a. SALEH, Bachir); DOB 1946; POB Traghen, Libya; Head of Cabinet of Leader Muammar Gaddafi; Chief of Staff; Chairman of Libya Africa Investment Portfolio (individual) [LIBYA2].

SALEH, Dr. Abd al-Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Dr. Abdul Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

SALEH, Kassem Mohamad (a.k.a. SALEH, Qasim), Calle 10A # 11A-02, Maicao, Colombia; Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; DOB 10 Feb 1980; nationality Lebanon; Passport 1243712 (Lebanon); NIT # 6390003192 (Colombia); National Foreign ID Number 264619 (Colombia); alt. National Foreign ID Number 22075502 (Venezuela); Matricula Mercantil No 0081931 (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA, C.A.; Linked To: BODEGA MICHIGAN).

SALEH, Mohammed Abdel-Halim Hemaida (a.k.a. HUMAYDAH, Muhammad Abd-al-Halim);

DOB 1988; alt. DOB 22 Sep 1988; alt. DOB 22 Sep 1989; POB Alexandria, Egypt; nationality Egypt (individual) [SDGT].

SALEH, Mohammed Mahdi (a.k.a. AL-SALIH, Muhammad Mahdi); DOB 1947; alt. DOB 1949; POB al-Anbar Governorate, Iraq; nationality Iraq; Minister of Trade (individual) [IRAQ2].

SALEH, Nedal (a.k.a. "HITEM"), Via Milano n.105, Casal di Principe, Caserta, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 01 Mar 1970; POB Taiz, Yemen (individual) [SDGT].

SALEH, Qasim (a.k.a. SALEH, Kassem Mohamad), Calle 10A # 11A-02, Maicao, Colombia; Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; DOB 10 Feb 1980; nationality Lebanon; Passport 1243712 (Lebanon); NIT # 6390003192 (Colombia); National Foreign ID Number 264619 (Colombia); alt. National Foreign ID Number 22075502 (Venezuela); Matricula Mercantil No 0081931 (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA, C.A.; Linked To: BODEGA MICHIGAN).

SALEH, Salah Abdallah Mohamed (a.k.a. SALAH, Salah Abdallah Mohamed; a.k.a. "GHOSH, Salah"; a.k.a. "GOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

SALEH, Salim (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALIM, Okolu), Kafia Kingi, Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

SALEHI, Ali (a.k.a. SHARIFI, Ali); DOB 23 Feb 1966; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U30608043 (Iran) (individual) [SDGT] [IRGC] [IFSR].

SALEHI, Ali Akbar, Iran; DOB 24 Mar 1949; POB Karbala, Iraq; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

SALEHI, Foad (a.k.a. BASAIR, Foad Salehi; a.k.a. BASIR, Foad Salehi); DOB 28 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J37945161 (Iran); National ID No. 0077849248 (Iran) (individual)

[SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: VALADZAGHARD, Mohammadreza Khedmati).

SALEH-NEJAD, Abulfazl (a.k.a. SALEHNEJAD, Abulfazl (Arabic: صالحنژاد ابوالفضل); a.k.a. SALEHNEZHAD, Abolfazl; a.k.a. SALEHNEZHAD, Abolfazl Ali), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEHNEJAD, Abulfazl (Arabic: ابوالفضل صالحنژاد) (a.k.a. SALEH-NEJAD, Abulfazl; a.k.a. SALEHNEZHAD, Abolfazl; a.k.a. SALEHNEZHAD, Abolfazl Ali), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEHNEZHAD, Abolfazl (a.k.a. SALEH-NEJAD, Abulfazl; a.k.a. SALEHNEJAD, Abulfazl (Arabic: ابوالفضل صالحنژاد); a.k.a. SALEHNEZHAD, Abolfazl Ali), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEHNEZHAD, Abolfazl Ali (a.k.a. SALEH-NEJAD, Abulfazl; a.k.a. SALEHNEJAD, Abulfazl (Arabic: ابوالفضل صالحنژاد); a.k.a. SALEHNEZHAD, Abolfazl), Iran; DOB 05 Jun 1960; alt. DOB 06 Jul 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0050342681 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh

Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

SALEM, al Idrisi Fehmi Abu Zaid (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"; Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

SALEM, Mohamed a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

SALEVATI, Abughasem (a.k.a. SALAVATI, Abdolghassem; a.k.a. SALAVATI, Abloqasem; a.k.a. SALAVATI, Abolghasem; a.k.a. SALAVATI, Abolghassem (Arabic: ابوالقاسم صلواتی); a.k.a. SALAVATI, Abolqasem; a.k.a. SALAVATI, Abulghasem; a.k.a. SALAVATI, Abu'l-Qasim), Tehran, Iran; DOB Mar 1962 to Feb 1963; POB Isfahan Province; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 15 (individual) [IRAN] [IRAN-TRA].

SALGUEIRO NEVAREZ, Noel (a.k.a. "EL FLACO"), Mexico; DOB 06 Jun 1969; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SALI JR., Jainal Antel (a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

SALIH AL HASANI, Mohammed Hussein (a.k.a. AL-HUSAYNI, Mohammed Hossein); DOB 01 Jul 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A9298980 (Iraq) (individual) [SDGT] [IFSR] (Linked To: SOUTH WEALTH RESOURCES COMPANY).

SALIH AL-AHMAR, Ahmad Ali Abdallah (a.k.a. SALEH, Ahmad Ali Abdullah; a.k.a. SALEH,

Ahmed Ali; a.k.a. SALEH, Ahmed Ali Abdullah); DOB 25 Jul 1972; alt. DOB 1970; POB Sana'a, Yemen; nationality Yemen; Gender Male; Diplomatic Passport 00000017 (Yemen) issued 27 Oct 2008 expires 26 Oct 2014; Yemen's former Ambassador to the United Arab Emirates; Former Commander of Yemen's Republican Guard (individual) [YEMEN].

SALIH, Abd al-Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

SALIH, Abd al-Munim Ahmad (a.k.a. SALEH, Abdel Moneim Ahmad), Iraq; DOB 1943; Former Minister of Awqaf and Religious Affairs (individual) [IRAQ2].

SALIH, Ali Abd-Al-Amir Muhammad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALIH, Ali Abdallah (a.k.a. SALEH, Ali Abdullah); DOB 21 Mar 1945; alt. DOB 21 Mar 1946; alt. DOB 21 Mar 1942; alt. DOB 21 Mar 1947; POB Bayt al-Ahmar, Sana'a Governorate, Yemen; alt. POB Sana'a, Yemen; nationality Yemen; Gender Male; Passport 00016161 (Yemen) issued 19 Jun 2012 expires 18 Jun 2018; Identification Number 01010744444 (Yemen); President of Yemen's General People's Congress party; Former President of the Republic of Yemen (individual) [YEMEN].

SALIH, Ali Muhammad (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad Abd-Al-Amir); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362

(Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALIH, Ali Muhammad Abd-Al-Amir (a.k.a. SALAH, Ali Mohammad; a.k.a. SALEH, Ali Mohamad; a.k.a. SALEH, Ali Mohamed; a.k.a. SALEH, Ali Mohammad; a.k.a. SALIH, Ali Abd-Al-Amir Muhammad; a.k.a. SALIH, Ali Muhammad); DOB 01 Jan 1974; POB Adchit, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1124006380 (Colombia); Passport AJ911608 (Colombia); alt. Passport 2071362 (Lebanon); alt. Passport 1183967 (Lebanon) (individual) [SDGT].

SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

SALIM, Ahmad, Syria; DOB 29 Aug 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALIM, Ahmad Fuad (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman); DOB 19 Jun 1951; POB Giza, Egypt; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

SALIM, Firas Hajj, Syria; DOB 10 May 1977; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALIM, Hassan Rostom (a.k.a. ATWA, Ali; a.k.a. BOUSLIM, Ammar Mansour), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SALIM, Iyad, Syria; DOB 12 Dec 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALIM, Majdi (a.k.a. SALIM, Majdi Muhammad Muhammad), Turkey; DOB 11 May 1956; alt.

DOB 1958; POB Egypt; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA).

SALIM, Majdi Muhammad Muhammad (a.k.a. SALIM, Majdi), Turkey; DOB 11 May 1956; alt. DOB 1958; POB Egypt; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA).

SALIM, Muhammad Ayman Nasir-al-Din, Syria; DOB 23 Jun 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALIM, Mu'min al-Mawgy Mahmud (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجي محمود سليم), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجي محمود سليم) (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALIM, Mu'min al-Mogy Mahmud (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجي محمود سليم)), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SALIM, Okolu (a.k.a. KONY, Salim; a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

SALIM, Suhayl (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a.

MUHAMMAD, Suhayl Salim; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS") DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

SALIMANI, Qasem (a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasem; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SALIMI, Hosein (a.k.a. SALAMI, Hoseyn; a.k.a. SALAMI, Hossein; a.k.a. SALAMI, Hussayn), Tehran, Iran; DOB 1960; POB Golpayegan, Isfahan province, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D08531177 (Iran); Commander-in-Chief of the Islamic Revolutionary Guard Corps (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

SALIMI, Riyad (a.k.a. SALAMAH, Riad Bin Tawfiq; a.k.a. SALAME, Riad Toufic (Arabic: رياض توفيق سلامة); a.k.a. SALAMEH, Riad; a.k.a. SALAMEH, Riyad Tawfeek), Street 10, Matn District, Rabieh, Mount Lebanon, Lebanon; DOB 17 Jul 1950; POB Antelias, Lebanon; nationality Lebanon; alt. nationality France; Gender Male; Passport 160D15 (Lebanon) expires 08 Oct 2020; alt. Passport 14AF60880 (France); National ID No. 1869570 (Lebanon) (individual) [LEBANON].

SALINA AGUILAR, Jorge (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINAS AGUILAR, Jorge) DOB 18 May 1967; POB Mexico (individual) [SDNTK].

SALINAS AGUILAR, Jorge (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA

AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

SALING DEVELOPMENT LP, Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; Organization Established Date 24 May 2016; UK Company Number SL026857 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

SALITA TRADE LIMITED (Chinese Traditional: 薩利塔貿易有限公司) (f.k.a. SAIQI TRADE LIMITED), Room 09/27F Ho King Commercial Centre 2-16 Fa Yuen Street Mongkok Kl, Hong Kong, China; Organization Established Date 02 Aug 2018; C.R. No. 2729339 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SALIWA, Rudi (a.k.a. SLAIWAH, Rudi; a.k.a. SLAY WAH, Rudi Untaywan; a.k.a. SLEWA, Roodi); nationality Iraq (individual) [IRAQ2].

SALLEH ADOUM KETTE, Mahamat (a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

SALLIZAR SHIPPING SAL (Arabic: سالليزار شيبينغ ش.م.ل.), 1st Floor, Shuwairi Bldg., Boulevard Saib Salam, al-Masraa, Beirut Corniche, Lebanon; Organization Establishment Date 12 Apr 2018; Registration Number 1024992 (Lebanon) [SYRIA] [SYRIA-CAESAR].

SALLUM, Muhammad, Syria; DOB 31 Oct 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALMAN, Ameer (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SALMAN, Isa Saleh Isa Mohamed (a.k.a. SALMAN, Isa Salih Isa Muhammad), Iran; DOB 30 May 1981; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2108802 (Bahrain) expires 16 May 2022 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SALMAN, Isa Salih Isa Muhammad (a.k.a. SALMAN, Isa Saleh Isa Mohamed), Iran; DOB

30 May 1981; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2108802 (Bahrain) expires 16 May 2022 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SALMAN, Maalim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SALMAN, Mu'alim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SALMAN, Muhammad, Syria; DOB 03 Mar 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALMAN, Muhammad Da'ud (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

SALMAN, Qais Muhammad (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

SALMAN, Salman Raof (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations;

Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

SALMAN, Salman Raouf (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

SALMAN, Salman Rauf (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

SALMAN, Shadi, Syria; DOB 26 Oct 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALMAN, Wasim, Syria; DOB 05 May 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SALMANI, Komeil Baradaran (Arabic: كميل برادران سلماني), No. 29, Tohid Sq., Shahid Mahalati Complex, Mini City, Tehran, Iran; DOB 16 Nov 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0077605063 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SALONGO, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali

Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

SALPAGAROV, Akhmat Anzorovich (Cyrillic: САЛПАГАРОВ, Ахмат Анзорович), Russia; DOB 31 Dec 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SALTCLIFF TRADING LIMITED, 15 Dimokritou, Panaretos Eliana Complex, Apt. 104, Potamos Germasogeias, Limassol 4041, Cyprus; Organization Established Date 17 Jul 2014; Registration Number HE 334164 (Cyprus) [RUSSIA-EO14024] (Linked To: WHITELEAVE HOLDINGS LIMITED).

SALVATION COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМИТЕТ СПАСЕНИЯ ЗА МИР И ПОРЯДОК) (a.k.a. RESCUE COMMITTEE FOR PEACE AND ORDER (Cyrillic: КОМІТЕТ ПОРЯТУНКУ ЗА МИР І ПОРЯДОК), Kherson Region, Ukraine; Target Type Unrecognized Government Entity [RUSSIA-EO14024].

SALVATION COMMITTEE OF UKRAINE (a.k.a. COMMITTEE FOR THE RESCUE OF UKRAINE; a.k.a. SAVIOR OF UKRAINE COMMITTEE; a.k.a. UKRAINE SALVATION COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

SALVIN, Almaida Marani, Zamboanga City, Philippines; DOB 21 Jun 1989; POB Philippines; nationality Philippines; Gender Female (individual) [SDGT] (Linked To: ISIS-PHILIPPINES).

SALWWAN, Samir (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. "GARBAYA, AHMED"; a.k.a. "SA-ID"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SALYUT AO (a.k.a. JOINT STOCK COMPANY SALUTE; a.k.a. SALYUT JSC), Sh.

Moskovskoe P. Mekhzavod D. 20, Samara 443028, Russia; Organization Established Date 25 Dec 1941; Tax ID No. 6313034986 (Russia); Registration Number 1026300840983 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SALYUT JSC (a.k.a. JOINT STOCK COMPANY SALUTE; a.k.a. SALYUT AO), Sh. Moskovskoe P. Mekhzavod D. 20, Samara 443028, Russia; Organization Established Date 25 Dec 1941; Tax ID No. 6313034986 (Russia); Registration Number 1026300840983 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SAMAD, Abdi (a.k.a. "GALJE'EL, Abdisamad"; a.k.a. "HAWIYE, Abdisamad"), Kurtunwaarey, Lower Shabelle, Somalia; DOB 1988; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SAMAD, Abdul (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati) DOB 1977; nationality Pakistan (individual) [SDGT].

SAMAD, Abdul (a.k.a. ACHEKZAI, Abdul Samad), Balochistan Province, Pakistan; DOB 1970; nationality Afghanistan (individual) [SDGT].

SAMAHA, MICHEL (a.k.a. SAMAHAH, Mishal Fuad; a.k.a. SAMAHAH, Saadah Al-Naib Mishal Fuad); DOB 09 Sep 1948; POB Jouar, Lebanon; nationality Lebanon; alt. nationality Canada; Passport 7012003 (Lebanon); alt. Passport PE385243 (Canada) (individual) [SDGT] [LEBANON].

SAMAHAH, Mishal Fuad (a.k.a. SAMAHA, MICHEL; a.k.a. SAMAHAH, Saadah Al-Naib Mishal Fuad); DOB 09 Sep 1948; POB Jouar, Lebanon; nationality Lebanon; alt. nationality Canada; Passport 7012003 (Lebanon); alt. Passport PE385243 (Canada) (individual) [SDGT] [LEBANON].

SAMAHAH, Saadah Al-Naib Mishal Fuad (a.k.a. SAMAHA, MICHEL; a.k.a. SAMAHAH, Mishal Fuad); DOB 09 Sep 1948; POB Jouar, Lebanon; nationality Lebanon; alt. nationality Canada; Passport 7012003 (Lebanon); alt. Passport PE385243 (Canada) (individual) [SDGT] [LEBANON].

SAMAN BANK (a.k.a. BANK-E SAMAN), Vali Asr. St. No. 3, Before Vey Park intersection, corner of Tarakesh Dooz St., Tehran, Iran; 2,

Tarkeshdooz Alley, before Parkway Cross, Valiasr St., Tehran, Iran; SWIFT/BIC SABCIRTH; Website sb24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

SAMAN CHEMICAL COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN INDUSTRIAL GROUP, West Bound of Azadi Stadium Boulevard, Next to 1 Aftab Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Defense activities [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

SAMAN MIDDLE EASTERN CHEMICAL COMPANY (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN SHIMI KHAVARMIANEH LTD. (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN

MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI MIDDLE EAST; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN SHIMI MIDDLE EAST (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. "MSC"), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

SAMAN SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SAMANE GOSTAR SAHAB PARDAZ PRIVATE LIMITED COMPANY (Arabic: شرکت سامانه گستر سحاب پرداز شرکت سهامی خاص) (a.k.a. SAHAB PARDAZ CO.), No. 22, Khorramshahr Street, Tehran, Iran; No. 28, Arab Ali St., Korramshahr St., Tehran, Iran; North Shohvardi Street, Korramshahr Street, Number 24, Floor 1, Tehran, Iran; Website https://www.sahab.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Country Iran; National ID No. 14004241708 (Iran); Registration Number 457647 (Iran) [IRAN-TRA].

SAMANEHAYE YEKPARCHEH TAMOLAT ELECTRONIC DANA (a.k.a. DANA INTEGRATED SYSTEM FOR ELECTRONIC INTERACTIONS CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SAMARA HEAT AND ENERGY PROPERTY FUND (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ

ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. STIF JSC (Cyrillic: АО СТИФ); a.k.a. STIF, AO), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevsky 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

SAMARA HEAT AND POWER PROPERTY FUND (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. STIF JSC (Cyrillic: АО СТИФ); a.k.a. STIF, AO), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevsky 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

SAMARA THERMAL POWER FDN JSC (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. STIF JSC (Cyrillic: АО СТИФ); a.k.a. STIF, AO), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevsky 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2,

Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

SAMARANEFTEGEOFIZIKA OAO (Cyrillic: САМАРАНЕФТЕГЕОФИЗИКА ОАО) (a.k.a. PUBLIC JOINT STOCK COMPANY SAMARANEFTEGEOFIZIKA), Ulitsa Sportivnaya, 21, Samara, Samara Oblast 443030, Russia; Organization Established Date 10 Jun 1994; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 6315230513 (Russia); Registration Number 1026300962093 (Russia) [RUSSIA-EO14024].

SAMARRAI, Ahmad Husayn Khudayir (a.k.a. AL-KHODAIR, Ahmad Hussein); DOB 1941; Former Minister of Finance, Iraq (individual) [IRAQ2].

SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. STIF JSC (Cyrillic: АО СТИФ); a.k.a. STIF, AO), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevsky 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

SAMAYOA MONTEJO, Roger Antulio (a.k.a. "TULI"), Guatemala; DOB 07 Oct 1989; POB Guatemala; nationality Guatemala; Gender Male; NIT # 72405902 (Guatemala); C.U.I. 2344272801331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SAMAYOA RECINOS, Aler Baldomero (a.k.a. "EL CHICHARRA"), Aldea Cuatro Caminos, Santa Ana Huista, Huehuetenango, Guatemala;

Aldea Yuxen, Santa Ana Huista, Huehuetenango, Guatemala; DOB 27 Feb 1967; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-1300003118 (Guatemala); Passport 111331000031186 (Guatemala) issued 12 Feb 2001 expires 03 Jul 2012; NIT # 5566568 (Guatemala); Driver's License No. 30791794 (Guatemala); C.U.I. 1892644891331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

SAMBOUK SHIPPING FZC, FITCO Building No. 3, Office 101, 1st Floor, P.O. Box 50044, Fujairah, United Arab Emirates; Office 1202, Crystal Plaza, PO Box 50044, Buhaira Corniche, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SAMED PETROL VE ENERJI DIS TICARET LIMITED SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 475133 (Turkey); Registration Number 475133-0 (Turkey); Central Registration System Number 0742-0233-1450-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS (a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH AND BROTHERS CO. (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH BROTHERS CO (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH COMPANY (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a.

SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITANCES (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY -

EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية); a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMEN AL-A'EMMEH INDUSTRIES GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية) (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH COMPANY), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMIR HERZALLAH COMPANY (a.k.a. SAMEER ABED ALMOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER ABED AL-MOEEN HERZALLAH AND HIS BROTHERS COMPANY FOR MONEY - EXCHANGE AND TRANSFERS; a.k.a. SAMEER HERZALLAH AND BROTHERS CO FOR MONEY EXCHANGE AND TRANSFER; a.k.a. SAMEER HERZALLAH AND BROTHERS CO.; a.k.a. SAMEER HERZALLAH BROTHERS CO; a.k.a. SAMEER HERZALLAH COMPANY; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE & REMMITTANCES; a.k.a. SAMEER HERZALLAH FOR MONEY EXCHANGE AND REMMITTANCES; a.k.a. SAMIR HERZALLAH AND BROTHERS FOR MONEY EXCHANGE AND REMMITTANCES (Arabic: شركة سمير حرزالله وإخوانه للصرافة والحوالات المالية)), Gaza; Website https://www.herzallah.ps/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation; Identification Number 563478999 (Palestinian) [SDGT] (Linked To: HAMAS).

SAMIU, Izair; DOB 23 Jul 1963 (individual) [BALKANS].

SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович) (a.k.a. SAMOILENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Mikita Ivanovich; a.k.a. SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович)), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOJLENKO, Nikita Ivanovich (a.k.a. SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович); a.k.a. SAMOJLENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович)), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOKISH, Vladimir Igorevich (Cyrillic: САМОКИШ, Владимир Игоревич), Russia; DOB 20 Sep 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAMOKUTYAEV, Alexander Mikhaylovich (Cyrillic: САМОКУТЯЕВ, Александр Михайлович), Russia; DOB 13 Mar 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAMOSTALNA TRGOVINSKA RADNJA CIVIJA KOMERC ZVONKO VESELINOVIC PREDUZETNIK SABAC (a.k.a. CIVIJA KOMERC), Macvanska 65, Sabac 15000, Serbia; Organization Established Date 22 Mar 2000; Organization Type: Sale of motor vehicle parts and accessories; V.A.T. Number 100081430 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

SAMOSTALNA ZANATSKA TRGOVINSKA RADNJA PRIZMA (a.k.a. S.Z.T.R. PRIZMA B.I.), 40000 Mitrovice, Kosovo; Organization Established Date 10 Dec 2001; Organization Type: Construction of other civil engineering projects; Registration Number 80581564 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

SAMOYLENKO, Mikita Ivanovich (a.k.a. SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович); a.k.a. SAMOJLENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович)), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOYLENKO, Nikita Ivanovich (Cyrillic: САМОЙЛЕНКО, Никита Иванович) (a.k.a. SAMOILENKO, Mykyta Ivanovich (Cyrillic: САМОЙЛЕНКО, Микита Іванович); a.k.a. SAMOJLENKO, Nikita Ivanovich; a.k.a. SAMOYLENKO, Mikita Ivanovich), Gertsena Street 117, Apt. 4, Berdyansk, Zaporizhzhia region, Ukraine; DOB 28 Aug 1992; POB Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3384311017 (Ukraine) (individual) [RUSSIA-EO14024].

SAMOYLOV, Artem, Russia; DOB 07 Jul 1989; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE

INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SAMSAENG, Suthep (a.k.a. SUTHEP, Samsaeng; a.k.a. WEI, Ta Chou; a.k.a. "AH CHOU"; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

SAMSONENKO, Irina (f.k.a. KOSENKO, Irina), Skopje, North Macedonia, The Republic of; DOB 16 Jan 1973; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Female; National ID No. 1601973455122 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

SAMSONENKO, Sergej (a.k.a. SAMSONENKO, Sergey), Skopje, North Macedonia, The Republic of; DOB 17 Nov 1967; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Male; Passport B0518816 (North Macedonia, The Republic of) expires 06 Mar 2024; National ID No. 1711967450100 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

SAMSONENKO, Sergey (a.k.a. SAMSONENKO, Sergej), Skopje, North Macedonia, The Republic of; DOB 17 Nov 1967; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Male; Passport B0518816 (North Macedonia, The Republic of) expires 06 Mar 2024; National ID No. 1711967450100 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

SAMUS SHIPBUILDING AND REPAIR YARD (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPYARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration Number 1027001684071 (Russia) [RUSSIA-EO14024].

SAMUS SHIPYARD (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUSSKY SSRZ), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration 1027001684071 (Russia) [RUSSIA-EO14024].

SAMUSSKY SSRZ (a.k.a. OAO SAMUSSKI SUDOSTROITELNO SUDOREMONTNY ZAVOD; a.k.a. OPEN JOINT STOCK COMPANY SAMUSSKIY SUDOSTROITELNO SUDOREMONTNIY ZAVOD; a.k.a. SAMUS SHIPBUILDING AND REPAIR YARD; a.k.a. SAMUS SHIPYARD), P. Samus, Street Lenina, D. 21, Seversk, Tomsk Oblast 634501, Russia; Organization Established Date 16 Aug 2002; Organization Type: Inland passenger water transport; Tax ID No. 7014000324 (Russia); Registration 1027001684071 (Russia) [RUSSIA-EO14024].

SAN AGUSTIN, Guillermo Carlos, Buenos Aires, Argentina; Caracas, Venezuela; DOB 28 Apr 1975; POB Argentina; nationality Argentina; alt. nationality Italy; Gender Male; Cedula No. E-84424403 (Venezuela); alt. Cedula No. 24498939 (Argentina); Passport AA2196839 (Italy) expires 26 Jun 2018; C.U.I.T. 20-24498939-0 (Argentina) (individual) [VENEZUELA] (Linked To: EX-CLE SOLUCIONES BIOMETRICAS C.A.).

SAN, Pwint (a.k.a. HSAN, Pwint), Zayar Shwe Pyi Road, Naypyitaw, Burma; DOB 13 Jul 1961; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000334 (Burma) issued 30 May 2011 expires 29 May 2021; National ID No. 12MARAKAN007186 (Burma); Union Minister of Commerce (individual) [BURMA-EO14014].

SAN, Tin Aung, Burma; DOB 16 Oct 1960; Gender Male (individual) [BURMA-EO14014].

SANABAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABEL (a.k.a. AL SANBIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABEL L'IL-IGATHA (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

SANABEL RELIEF AGENCY (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

SANABEL RELIEF AGENCY LIMITED (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP,

United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

SANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABIL AL-AQSA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.
STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION;

a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN;

a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABIL FOR AID AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND

DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABIL FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANABIL GROUP FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANAM INDUSTRIAL GROUP (a.k.a. SANAM INDUSTRIES GROUP), Pasdaran Road 15, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAM INDUSTRIES GROUP (a.k.a. SANAM INDUSTRIAL GROUP), Pasdaran Road 15, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANATE CHOUBE SHOMAL COMPANY (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SHERKATE CHOOBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SANATI DOODEH FAAM COMPANY (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام) (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SANATORI IM. M.V.FRUNZE OOO (a.k.a. LIMITED LIABILITY COMPANY SANATORIY IM. M.V.FRUNZE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНАТОРИЙ ИМ. М.В.ФРУНЗЕ)), 87 Kurortnyy Avenue, Sochi, Krasnodar Region, Russia; Organization Established Date 03 Dec 2014; Tax ID No. 2319057693 (Russia); Registration Number 1142367014723 (Russia)

[RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

SANATORIUM NIZHNYAYA OREANDA (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. RESORT NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

SANATORIUM-RESORT COMPLEX MRIYA (a.k.a. MRIYA RESORT; a.k.a. MRIYA RESORT & SPA; a.k.a. MRIYA RESORT AND SPA; a.k.a. MRIYA SANATORIUM COMPLEX; a.k.a. MRIYA SANATORIUM RESORT COMPLEX), 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Email Address info@mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY GARANT-SV).

SANAYE ELECTRONIC IRAN (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Nobeniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SANAYE HAFTOME TIR (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF

TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE METOLOGIE IRAN (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE MOHEMATSAZI (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE MOKHABERAT IRAN (a.k.a. ICI; a.k.a. IRAN COMMUNICATION INDUSTRIES; a.k.a. IRAN COMMUNICATIONS INDUSTRIES GROUP), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SANAYE MOTORSAZI ALVAND PRIVATE COMPANY (Arabic: شرکت صنایع موتورسازی الوند) (a.k.a. ALVAND MOTORBUILDING INDUSTRIES PRIVATE COMPANY), Central Sector, Bagh Saba-Sohrevardi Street, Ghabousnameh Street, Shahid Mohammad Bakhshi Movaghar Alley, No. 27, First Floor, Tehran, Tehran Province 1588856641, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Jan 2023; National ID No. 14011819996 (Iran); Registration Number 606989 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

SANAYE TAKMILI MARUN (a.k.a. MARUN SUPPLEMENTAL INDUSTRIES COMPANY

(Arabic: شرکت صنایع تکمیلی مارون)), Bandar Imam Special Economic Region, Site 2, Bandar-e Mashahr, 6353169311, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997710 (Iran); Business Registration Number 10260 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

SANAYE-E OPTIKE ESFAHAN (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترواپتیک صائران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

SANCHEZ ARELLANO, Luis Fernando; DOB 24 Oct 1973; POB Baja California, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SANCHEZ CARLON, Diana Maria, Calle Ricardo Palma 2814, Colonia Prados Providencia, Guadalajara, Jalisco, Mexico; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 11 Feb 1979; POB Ahome, Sinaloa, Mexico; R.F.C. SACD-790211-KC2 (Mexico); C.U.R.P. SACD790211MSLNRN04 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: AHOME REAL ESTATE, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: AGRICOLA TAVO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L.; Linked To: STEP LATINAMEDICA S.A. DE C.V.).

SANCHEZ CARLON, Silvia Romina, Calle Alberta No. 2166, Fraccionamiento Los Colomos, Guadalajara, Jalisco, Mexico; Av. Balam Kanche Mza. 30, Lote 002, Condominio Playa Car Fase II, Playa del Carmen, Quintana Roo 77710, Mexico; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 22 Dec 1986; POB Ahome, Sinaloa, Mexico; R.F.C. SACS-861222-PH0 (Mexico); C.U.R.P. SACS861222MSLNRL04 (Mexico) (individual) [SDNTK] (Linked To: AHOME REAL ESTATE, S.A. DE C.V.; Linked To: CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL; Linked To: INTERCORP LEGOCA, S.A. DE C.V.; Linked To: LA FIRMA MIRANDA, S.A. DE C.V.; Linked To: XAMAN HA CENTER; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: AGRICOLA TAVO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.; Linked To: DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L.; Linked To: OPERADORA DE REPOSTERIAS Y RESTAURANTES, S.A. DE C.V.).

SANCHEZ CASTILLO, Efrain (a.k.a. CANO FLORES, Aurelio), Miguel Aleman, Tamaulipas, Mexico; Tampico, Tamaulipas, Mexico; DOB 03 May 1972; alt. DOB 1967 20; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SANCHEZ ESTEBAN, Alvaro, Mexico; DOB 04 Feb 1974; nationality Mexico; citizen Mexico; RFC SAEA740214 (Mexico) (individual) [SDNTK].

SANCHEZ FARFAN, Wilder Emilio (a.k.a. "GATO"), Estancias Del Rio No. 16, MZ Sur, Tarqui, Guayaquil, Guayas, Ecuador; DOB 27 Sep 1980; POB Chacras, Arenillas, El Oro, Ecuador; nationality Ecuador; citizen Ecuador; Gender Male; Cedula No. 2100326350 (Ecuador) (individual) [ILLICIT-DRUGS-EO14059].

SANCHEZ GONZALEZ, Arnulfo, Colombia; DOB 14 Jul 1972; POB Casanare, Colombia; nationality Colombia; citizen Colombia (individual) [SDNTK].

SANCHEZ MARTELL, Julio Cesar (a.k.a. SANCHEZ MARTELL, Julio Cesar Jassan Estuardo), c/o AERONAUTICA CONDOR DE PANAMA, S.A., Panama; c/o GRUPO FALCON DE PANAMA, S.A., Panama; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; C. Enrique Wallon 424 3, Col. Polanco, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; C. Las Palmas L H5C D 1102 1000, Cond. Costaventura Y X, Fracc. Playa Diamante, Acapulco, Guerrero, Mexico; DOB 16 Sep 1966; Passport 01370022046 (Mexico); R.F.C. SAMJ660916000 (Mexico); Credencial electoral SNMRJL66091609H501 (Mexico); C.U.R.P. SAMJ660916HDFNRL17 (Mexico) (individual) [SDNT].

SANCHEZ MARTELL, Julio Cesar Jassan Estuardo (a.k.a. SANCHEZ MARTELL, Julio Cesar), c/o AERONAUTICA CONDOR DE PANAMA, S.A., Panama; c/o GRUPO FALCON DE PANAMA, S.A., Panama; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; C. Enrique Wallon 424 3, Col. Polanco, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; C. Las Palmas L H5C D 1102 1000, Cond. Costaventura Y X, Fracc. Playa Diamante, Acapulco, Guerrero, Mexico; DOB 16 Sep 1966; Passport 01370022046 (Mexico); R.F.C. SAMJ660916000 (Mexico); Credencial electoral SNMRJL66091609H501 (Mexico); C.U.R.P. SAMJ660916HDFNRL17 (Mexico) (individual) [SDNT].

SANCHEZ MEDRANO, Cruz (Latin: SÁNCHEZ MEDRANO, Cruz) (a.k.a. "CRUZITA"), Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1980; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. SAMC790809JD5 (Mexico); C.U.R.P. SAMC801101MSLNDR06 (Mexico) (individual) [SDNTK] (Linked To: CRUZITA NOVEDADES; Linked To: DISPERSORA GAEL, S.A. DE C.V.; Linked To: COMERCIALIZADORA GAEL 4, S.A. DE C.V.; Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

SANCHEZ MEDRANO, Pedro (Latin: SÁNCHEZ MEDRANO, Pedro), Genaro Estrada, Sinaloa, Sinaloa, Mexico; DOB 05 Nov 1976; POB Los Mochis, Ahome, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. SAMP761105FK4 (Mexico); C.U.R.P. SAMP761105HSLNDD01 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

SANCHEZ NOLASCO, Boarnerges (a.k.a. "WARNEL"), Dominican Republic; DOB 02 Jul 1976; POB Hato Mayor, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1595659-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

SANCHEZ REY, German Gonzalo (a.k.a. "COLETA"), Calle 41A No. 55-49, Bogota, Colombia; DOB 22 Feb 1973; POB

Barrancabermeja, Santander, Colombia; Cedula No. 79625841 (Colombia) (individual) [SDNTK].

SANCHEZ RIVERA, Doris Patricia, c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; DOB 27 Oct 1966; Cedula No. 43681039 (Colombia) (individual) [SDNT].

SANCHEZ SALAMANCA, Salvador (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

SANCHEZ SILVA, Elkin Alexis, Calle 119A No. 48-83 apto. 405, Bogota, Colombia; DOB 04 Jan 1965; Cedula No. 79368275 (Colombia) (individual) [SDNTK].

SANCHOULI, Mahdieh (a.k.a. SANCHOULI, Mahdieh Hossien Ali; a.k.a. SANCHULI, Mahdieh), Dubai, United Arab Emirates; DOB 06 Sep 1977; POB Zahedan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I95763162 (Iran) expires 06 Jul 2019; alt. Passport T96326639 (Iran) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

SANCHOULI, Mahdieh Hossien Ali (a.k.a. SANCHOULI, Mahdieh; a.k.a. SANCHULI, Mahdieh), Dubai, United Arab Emirates; DOB 06 Sep 1977; POB Zahedan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport I95763162 (Iran) expires 06 Jul 2019; alt. Passport T96326639 (Iran) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

SANCHULI, Mahdieh (a.k.a. SANCHOULI, Mahdieh; a.k.a. SANCHOULI, Mahdieh Hossien Ali), Dubai, United Arab Emirates; DOB 06 Sep 1977; POB Zahedan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; Gender Female; Passport I95763162 (Iran) expires 06 Jul 2019; alt. Passport T96326639 (Iran) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

SANDAIME KODO-KAI (Japanese: 三代目弘道会) (a.k.a. KODOKAI; a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. KOUDOU-KAI; a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

SANDOVAL CASTANEDA, Roberto, Mateo del Regil # 31, Fracc. IMSS, Tepic, Nayarit 63186, Mexico; Av. Prisciliano Sanchez Sur # 384-A, Col. San Antonio, Tepic, Nayarit 63159, Mexico; Calle Canoan Numero 5, Colonia Hermosa Provincia, Tepic, Nayarit, Mexico; Oro # 87, Col. Valle de Matatipac, Tepic, Nayarit 63195, Mexico; DOB 15 Nov 1969; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. SACR691115HNTNSB06 (Mexico) (individual) [GLOMAG].

SANDOVAL LOPEZ, Lidy Alejandra, Calle Mateo del Regil No. Ext. 31, Col. Fraccionamiento IMSS, Tepic, Nayarit C.P. 63186, Mexico; Palomas Numero 14, Colonia El Armadillo, Tepic, Nayarit, Mexico; Lote de Terreno Marcado Numero 6, Manzana 1, Vialidad Privada, Fraccionamiento Lago David, clave catastral 01-059-14-101-006, Tepic, Nayarit, Mexico; Calle Paseo de los Bosques MZ-A, Colonia Bonaterra, clave catastral 1-59-14-300-17, Tepic, Nayarit, Mexico; Lote de Terreno Marcado Numero 7, Manzana 1, Vialidad Privada, Fraccionamiento Lago David, Tepic, Nayarit, Mexico; DOB 08 Oct 1989; POB Nayarit, Mexico; nationality Mexico; Gender Female; C.U.R.P. SALL891008MNTNPD09 (Mexico) (individual) [GLOMAG].

SANDOVAL LOPEZ, Pablo Roberto, Mexico; DOB 01 Jul 1992; POB Nayarit, Mexico; nationality Mexico; Gender Male; C.U.R.P. SALP920701HNTNPB05 (Mexico) (individual) [GLOMAG].

SANE, Pedro Punti (a.k.a. PUNTI, Pere); DOB 27 Aug 1944; nationality Spain; Additional Sanctions Information - Subject to Secondary Sanctions; Passport AAD225212 (Spain) expires 12 May 2020 (individual) [NPWMD] [IFSR].

SANGSIRI KANKASET COMPANY LIMITED, 168 Moo 9, Khi Lek, Mae Taeng, Chiang Mai 50150, Thailand; Registration ID 0505538000783 (Thailand) issued 08 Feb 1955 [SDNTK].

SANI RAMAZAN GHOLAMREZA, Ramazanian (a.k.a. RAMADANIYYAN THANI, Ghlamrda; a.k.a. RAMEZANIAN SANI, Gholamreza (Arabic: غلامرضا رمضانيان ثاني); a.k.a. RAMEZANIAN, Reza), Shahin Vila 15 Gharbi P 25 - Vahed 12, Karaj 3193967517, Iran; DOB 21 Sep 1970; alt. DOB 25 Aug 1970; POB Shirvan, North Khorasan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827944500 (Iran); Birth Certificate Number 17009 (Iran); CEO of Entebagh Gostar Sepehr Company (individual) [IRAN-HR] (Linked To: ENTEBAGH GOSTAR SEPEHR COMPANY).

SANI, Abdul Samad (a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

SANI, Mullah Samad (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

SANI, Samad (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

SANIBAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT;

a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANLI, Hakki Selcuk, Turkey; DOB 01 Apr 1956; POB Adana, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24492445 (Turkey) expires 31 May 2031; National ID No. 17107188340 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

SANMING SINO-EURO IMPORT AND EXPORT CO., LTD (Chinese Simplified: 三明市中伊欧进出口有限公司), Unit 911, Building Number 7, Hengda House, Sha County, Sanming City, Fujian Province, China; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 91350400MA32K7W49G (China) [NPWMD] [IFSR] (Linked To: TALEBI, Sohayl; Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

SANNABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANNIBIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

SANOVERA (a.k.a. SANOVERA PHARM COMPANY SARL; a.k.a. SANOVIRA), Section 19, Property 372, Chiyah, Lebanon; Commercial Registry Number 2035319 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SANOVERA PHARM COMPANY SARL (a.k.a. SANOVERA; a.k.a. SANOVIRA), Section 19, Property 372, Chiyah, Lebanon; Commercial Registry Number 2035319 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SANOVIRA (a.k.a. SANOVERA; a.k.a. SANOVERA PHARM COMPANY SARL), Section 19, Property 372, Chiyah, Lebanon; Commercial Registry Number 2035319 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SANOYE ELEKTRONIK SAIRAN (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صاایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

SANRSI (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SANTA MONICA DAIRY (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. LECHERIA SANTA MONICA; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

SANTANILLA BOTACHE, Miguel (a.k.a. SANTILLANA, Miguel Botache; a.k.a. "DUARTE, Gentil"), Caqueta Department, Colombia; Guaviare Department, Colombia; Venezuela; DOB 15 Oct 1964; alt. DOB 15 Oct 1963; POB Florencia, Caqueta Department, Colombia; nationality Colombia; citizen Colombia; Gender Male (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

SANTEX LINES (a.k.a. E-SAIL SHIPPING COMPANY LTD; a.k.a. ESAIL SHIPPING LIMITED), Building  1088, Suite 1501, Pudong South Road (Shanghai Zhong Rong Plaza), Shanghai 200122, China; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 1429927 (Hong Kong) [IRAN] [NPWMD] [IFSR].

SANTIC, Vladimir; DOB 01 Apr 1958; POB Donja Veceriska, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SANTILLANA, Miguel Botache (a.k.a. SANTANILLA BOTACHE, Miguel; a.k.a. "DUARTE, Gentil"), Caqueta Department, Colombia; Guaviare Department, Colombia; Venezuela; DOB 15 Oct 1964; alt. DOB 15 Oct 1963; POB Florencia, Caqueta Department, Colombia; nationality Colombia; citizen Colombia; Gender Male (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

SANTISO AGUILA, Nelton, Mexico; DOB 20 Aug 1970; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. SAAN700820HNENGL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SANTOS, Ahmad (Ahmed) (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; RSM leader (individual) [SDGT].

SANTOSO, Wiji Joko (a.k.a. SANTOSO, Wijijoko; a.k.a. "ABU SEIF"; a.k.a. "AL-JAWI, Abu Seif"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

SANTOSO, Wijijoko (a.k.a. SANTOSO, Wiji Joko; a.k.a. "ABU SEIF"; a.k.a. "AL-JAWI, Abu Seif"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

SANZETTA INVESTMENTS LIMITED, Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

SAO KUAY, Sae Tung (a.k.a. KRIANGKRAI, Tuangwithayakun; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

SAONE SHIPPING CORP (a.k.a. SAONE SHIPPING CORPORATION), 60th Floor, BICSA Financial Center, Avenida Balboa, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2020;

Identification Number IMO 6381530; Registration Number 155689977 (Panama) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SAONE SHIPPING CORPORATION (a.k.a. SAONE SHIPPING CORP), 60th Floor, BICSA Financial Center, Avenida Balboa, Panama City, Panama; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2020; Identification Number IMO 6381530; Registration Number 155689977 (Panama) [SDGT] [IFSR] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

SAPELIN, Andrey Yurievich (Cyrillic: САПЕЛИН, Андрей Юрьевич), Chertanovskaya Street 1B-1-289, Moscow 117639, Russia; DOB 16 Sep 1965; POB Belgorod, Russia; nationality Russia; Gender Male; Passport 530186647 (Russia); Tax ID No. 772616582963 (Russia) (individual) [RUSSIA-EO14024].

SAPOZHNIKOV, Konstantin Prokopyevich (Cyrillic: САПОЖНИКОВ, Константин Прокопьевич), 63 1 Planernaya Street, Apt 449, St. Petersburg, Russia; DOB 02 Dec 1982; POB Kaluzhskaya Area, Russia; nationality Russia; citizen Russia; Gender Male; Passport 719869507 (Russia); National ID No. 2912519114 (Russia) (individual) [RUSSIA-EO14024].

SAQER, Fadi (a.k.a. SAKIR, Fadi; a.k.a. SAKR, Fady; a.k.a. SAQIR, Fadi; a.k.a. SAQR, Fadi (Arabic: فادي صقر), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SAQIR, Fadi (a.k.a. SAKIR, Fadi; a.k.a. SAKR, Fady; a.k.a. SAQER, Fadi; a.k.a. SAQR, Fadi (Arabic: فادي صقر), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SAQR AL-KABISI ABD AQALA (a.k.a. AL-KUBAYSI, Ugla Abid Saqar); DOB 1944; POB Kubaisi, al-Anbar Governorate, Iraq; nationality Iraq; Former Ba'th party regional command chairman, Maysan (individual) [IRAQ2].

SAQR, Fadi (Arabic: فادي صقر) (a.k.a. SAKIR, Fadi; a.k.a. SAKR, Fady; a.k.a. SAQER, Fadi; a.k.a. SAQIR, Fadi), Damascus, Syria; DOB 1975; POB Jeblah, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SAQR, Rana, Syria; DOB 01 Oct 1979; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SAQR, Sinan, Syria; DOB 15 Apr 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SARA GRIMBERG DE GUBEREK EMPRESA UNIPERSONAL (a.k.a. ISSA E.U.; a.k.a. ISSA EMPRESA UNIPERSONAL), Calle 17 No. 68D-52, Bogota, Colombia; NIT # 8300486885 (Colombia); Matricula Mercantil No 745969 (Colombia) [SDNTK].

SARA PROPERTIES (a.k.a. SARA PROPERTIES LIMITED), 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom; 2a Hartington Road, Liverpool L8 0SG, United Kingdom; Registered Charity No. 4636613 (United Kingdom); http://www.saraproperties.co.uk (website). [SDGT].

SARA PROPERTIES LIMITED (a.k.a. SARA PROPERTIES), 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom; 2a Hartington Road, Liverpool L8 0SG, United Kingdom; Registered Charity No. 4636613 (United Kingdom); http://www.saraproperties.co.uk (website). [SDGT].

SARAC, Ivan; DOB 04 Jun 1968; POB Sokolac, Serbia (individual) [BALKANS].

SARAFI ANSAR (a.k.a. ANSAR EXCHANGE; a.k.a. SARAFI ANSAR COMPANY), No. 41, Joibar Street, Fatemi Square, Tehran, Iran; Website Ansarexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320743975 (Iran); Business Registration Number 423264 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SARAFI ANSAR COMPANY (a.k.a. ANSAR EXCHANGE; a.k.a. SARAFI ANSAR), No. 41, Joibar Street, Fatemi Square, Tehran, Iran; Website Ansarexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320743975 (Iran); Business Registration Number 423264 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SARAFI KAMBIZ NABIZADEH VA SHORAKA (a.k.a. KAMBIZ NABIZADEH AND PARTNERS EXCHANGE (Arabic: شرکای صرافی کامبیزنی زاده

‎و‎); a.k.a. ‎(شرکت تضامنی نبی زاده و شرکاء‎ NABI ZADEH EXCHANGE), No. 3, First Floor, End of Yeganeh Street, End of Sonbol Street, Shahid Doctor Lavanasi Boulevard, Hesar-e Buali, Tairish, Central District, Shemiranat County, Tehran, Tehran Province 1954657114, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Jan 2017; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 14006486022 (Iran); Business Registration Number 504036 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SARAFI RASHED (a.k.a. RASHED EXCHANGE); Website www.Rashedexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran); Commercial Registry Number 0411518776478 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati).

SARAFI SEYYED MOHAMMAD REZA ALE ALI AND PARTNERS (a.k.a. HITAL EXCHANGE; a.k.a. SEYYED MOHAMMAD REZA ALE ALI CURRENCY EXCHANGE), No. 2486, Tolu Shopping Center, Vali Asr Street, Tavanir Street, Tehran 1434853851, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005467510 (Iran); Registration Number 483939 (Iran) [SDGT] [IFSR] (Linked To: ALE ALI, Mohammad Reza).

SARAGBA, Alfred (a.k.a. EKATOM, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

SARAJLIC, Asim, Bosnia and Herzegovina; DOB 03 Oct 1975; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

SARALIYEV, Shamsail Yunusovich (Cyrillic: САРАЛИЕВ, Шамсаил Юнусович), Russia; DOB 05 Nov 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SARANI, Khodarahm (Arabic: ‎خدارحم سارانی‎), Zahedan, Sistan and Baluchestan Province, Iran; DOB 21 Mar 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander in Zahedan (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SARANOVA, Yuliya Vladimirovna (Cyrillic: САРАНОВА, Юлия Владимировна), Russia; DOB 21 Oct 1988; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SARATOV PRODUCTION AND ENGINEERING CENTER LLC (a.k.a. SARATOVSKII PROIZVODSTVENNO INZHINIRINGOVYI TSENTR; a.k.a. "SPITS"), Mkr Engels-19, Ul. 5i Kvartal Zd. 1Zh, Privolzhskiy 413119, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6454142335 (Russia); Registration Number 1146454003332 (Russia) [RUSSIA-EO14024].

SARATOVSKII PROIZVODSTVENNO INZHINIRINGOVYI TSENTR (a.k.a. SARATOV PRODUCTION AND ENGINEERING CENTER LLC; a.k.a. "SPITS"), Mkr Engels-19, Ul. 5i Kvartal Zd. 1Zh, Privolzhskiy 413119, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6454142335 (Russia); Registration Number 1146454003332 (Russia) [RUSSIA-EO14024].

SARAYA AL-'AREEN (a.k.a. ABU AL-HARETH MILITIA; a.k.a. SARAYA AL-AREEN (Arabic: ‎سرايا العرين‎); a.k.a. "AL-AREEN 13"), Latakia, Syria [SYRIA-EO13894].

SARAYA AL-AREEN (Arabic: ‎سرايا العرين‎; a.k.a. ABU AL-HARETH MILITIA; a.k.a. SARAYA AL-'AREEN; a.k.a. "AL-AREEN 13"), Latakia, Syria [SYRIA-EO13894].

SARAYA AL-ASHTAR (a.k.a. AL-ASHTAR BRIGADES; a.k.a. "AAB"), Bahrain; Iran; Iraq [FTO] [SDGT].

SARAYA AL-MOKHTAR (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

SARAYA AL-MUKHTAR (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

SARAYAT AL-QUDS (a.k.a. JUND AL-AQSA; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. THE SOLDIERS OF AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria [SDGT].

SARDASHTI, Nasrollah, Iran; DOB 22 Nov 1958; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E194742 (Iran) (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARENAC, Nebojsa, Serbia; DOB 25 Dec 1977; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

SARHAN, Fadi Husayn (a.k.a. SERHAN, Fadi Hussein; a.k.a. SIRHAN, Fadi), Own Building, Kanisat Marmkhael, Saliba Street, Corniche, Al-Mazraa, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Mseytbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Beirut, Lebanon; Jishi Building, Salim Slam Street, Beirut, Lebanon; Own Building, Main Street, Kfar Kila, Lebanon; Mazraa, Salim Slam St., Borj Al Salam Bldg., Beirut, Lebanon; DOB 01 Apr 1961; POB Kafr Kila, Lebanon; alt. POB Kfarkela, Lebanon; nationality Lebanon; Gender Male; Passport RL 0962973 (Lebanon) expires 08 Feb 2012; alt. Passport RL 3203273 expires 20 May 2020; VisaNumberID 87810564 (United States); alt. VisaNumberID F0962973 (individual) [SDGT] [HIFPAA].

SARHAN, Hasan Ahmad Radi (a.k.a. SARHAN, Hasan Ahmed Radhi Husain), Iran; DOB 11 Dec 1990; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 1866849 (Bahrain) expires 28 Sep 2015; National ID No. 901206679 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SARHAN, Hasan Ahmed Radhi Husain (a.k.a. SARHAN, Hasan Ahmad Radi), Iran; DOB 11 Dec 1990; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1866849 (Bahrain) expires 28 Sep 2015; National ID No. 901206679 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

SARI, Kubilav (a.k.a. KUBILAY, Sari; a.k.a. SARI, Kubilay), Istanbul, Turkey; DOB 27 May 1991; POB Seyhan, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08J00530 (Turkey); National ID No. 21691072558 (Turkey) (individual) [SDGT] (Linked To: KATIBAT AL TAWHID WAL JIHAD).

SARI, Kubilay (a.k.a. KUBILAY, Sari; a.k.a. SARI, Kubilay), Istanbul, Turkey; DOB 27 May 1991; POB Seyhan, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08J00530 (Turkey); National ID No. 21691072558 (Turkey) (individual) [SDGT] (Linked To: KATIBAT AL TAWHID WAL JIHAD).

SARKISOV, Ruslan Eduardovich (Cyrillic: САРКИСОВ, Руслан Эдуардович), Moscow, Russia; DOB 01 Dec 1978; POB Donetsk, Ukraine; nationality Russia; Gender Male; Tax ID No. 772147273371 (Russia) (individual) [RUSSIA-EO14024].

SARKISYAN, Aleksandr Pavlovich (Cyrillic: САРКИСЬЯН, Александр Павлович), Russia; DOB 17 Aug 1946; POB Grozny, Republic of Chechnya, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE).

SARL SIDAR (a.k.a. EDDAR INTERNATIONAL COMPANY; a.k.a. SIDAR COMPANY (Arabic: شركة سيدار); a.k.a. SIDAR INTERNATIONAL HOLDING COMPANY WLL), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachiniia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk:

1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

SARMAD ELECTRONIC SEPAHAN COMPANY (Arabic: شرکت سرمد الکترونیک سپاهان); a.k.a. SARMAD ELECTRONICS SEPAHAN PRIVATE LIMITED COMPANY; a.k.a. SEPAHAN SARMAD ELECTRONIC), First Floor, No. 20, 7(28) Mir Emad Street, Mir Emad Street Shamshad, Central Sector, Isfahan City, Isfahan Province 8138961456, Iran; Organization Established Date 08 Jul 2000; Identification Number 10260371950 (Iran); Registration Number 16257 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SARMAD ELECTRONICS SEPAHAN PRIVATE LIMITED COMPANY (a.k.a. SARMAD ELECTRONIC SEPAHAN COMPANY (Arabic: شرکت سرمد الکترونیک سپاهان); a.k.a. SEPAHAN SARMAD ELECTRONIC), First Floor, No. 20, 7(28) Mir Emad Street, Mir Emad Street Shamshad, Central Sector, Isfahan City, Isfahan Province 8138961456, Iran; Organization Established Date 08 Jul 2000; Identification Number 10260371950 (Iran); Registration Number 16257 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SARMADI, Mostafa, Iran; DOB 22 Aug 1987; nationality Iran; Gender Male; National ID No. 0082389985 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

SARMAYE GOZARI DAY (a.k.a. DAY INVESTMENT), Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SARMAYE GOZARI SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT INVESTMENT), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SARMAYEH BANK (a.k.a. BANK SARMAYEH; a.k.a. BANK-E SARMAYEH), Sepahod Gharani No. 24, Corner of Arak St., Tehran, Iran; No. 34, Corner of Arak St, Gharani Ave, Tehran, Iran; 24, Arak Street, Sepahbod Gharani Avenue, Tehran 19395-6415, Iran; Website www.sbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

SAROV NUCLEAR WEAPONS PLANT (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH

INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

SAROWAR, Tofael Mostafa (a.k.a. SARWAR, Tofail Mostafa; a.k.a. SORWAR, Tofayel Mustafa), Bangladesh; DOB 07 Dec 1973; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 19739116242567589 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

SARRAYEH PARS EQUIPMENT INDUSTRIES COMPANY (a.k.a. PARS SARRALLE; a.k.a. PARS SARRALLE COMPANY; a.k.a. PARS SARRALLE EQUIPMENT INDUSTRIES COMPANY (Arabic: شرکت صنایع تجهیزات پارس ساراپه)), Tehran-Qom Highway; Shams Abad; Beharestan Blvd.; 7 Gulsorkh St.; No. 1, Iran; Qom Highway - Shams Abad Industrial Town - Beharestan Blvd. - 7th Gol Sorkh St., Tehran, Iran; Website http://parssarralle.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320622550 (Iran); Registration Number 411068 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SARRIA DIAZ, Edgar Alberto (a.k.a. SARRIA, Edgar Alberto; a.k.a. SARRIAS, Edgar), Miranda, Venezuela; DOB 24 Jan 1976; nationality Spain; alt. nationality Venezuela; citizen Venezuela; Gender Male; Cedula 7444 (Venezuela) expires 14 Feb 2016; alt. Passport D0422201 (Venezuela) expires 07 Sep 2011; Tax ID No. 26664550Y (Spain) (individual) [VENEZUELA] (Linked To: QUIANA TRADING LIMITED).

SARRIA DIAZ, Rafael Alfredo (a.k.a. SARRIA, Rafael; a.k.a. SARRIA-DIAZ, Rafael A), Miranda, Venezuela; La Moraleja, Madrid, Spain; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt.

10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda 1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

SARRIA, Edgar Alberto (a.k.a. SARRIA DIAZ, Edgar Alberto; a.k.a. SARRIAS, Edgar), Miranda, Venezuela; DOB 24 Jan 1976; nationality Spain; alt. nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 11734796 (Venezuela); Passport 042347444 (Venezuela) expires 14 Feb 2016; alt. Passport D0422201 (Venezuela) expires 07 Sep 2011; Tax ID No. 26664550Y (Spain) (individual) [VENEZUELA] (Linked To: QUIANA TRADING LIMITED).

SARRIA, Rafael (a.k.a. SARRIA DIAZ, Rafael Alfredo; a.k.a. SARRIA-DIAZ, Rafael A), Miranda, Venezuela; La Moraleja, Madrid, Spain; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt. 10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda 1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

SARRIA-DIAZ, Rafael A (a.k.a. SARRIA DIAZ, Rafael Alfredo; a.k.a. SARRIA, Rafael), Miranda, Venezuela; La Moraleja, Madrid, Spain; 5599 NW 23rd Ave, Boca Raton, FL 33496, United States; 480 Park Avenue, Apt. 10B, New York, NY 10022, United States; Calle de la Pena Pintada, 11, Madrid, Comunidad de Madrid 28034, Spain; Calle Los Malabares, Quinta Anauco, Valle Arriba, Caracas, Miranda 1080, Venezuela; DOB 11 Nov 1965; Gender Male; Cedula No. 6974302 (Venezuela); Passport 114910699 (Venezuela) expires 02 Feb 2020; alt. Passport F0018546 (Venezuela) expires 02 Jul 2014 (individual) [VENEZUELA] (Linked To: CABELLO RONDON, Diosdado).

SARRIAS, Edgar (a.k.a. SARRIA DIAZ, Edgar Alberto; a.k.a. SARRIA, Edgar Alberto), Miranda, Venezuela; DOB 24 Jan 1976; nationality Spain; alt. nationality Venezuela;

citizen Venezuela; Gender Male; Cedula No. 11734796 (Venezuela); Passport 042347444 (Venezuela) expires 14 Feb 2016; alt. Passport D0422201 (Venezuela) expires 07 Sep 2011; Tax ID No. 26664550Y (Spain) (individual) [VENEZUELA] (Linked To: QUIANA TRADING LIMITED).

SARTAJI, Abas (a.k.a. HEDAYAT, Reza; a.k.a. SARTAJI, Abbas), Tehran, Iran; DOB 23 Aug 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51368656 (Iran); National ID No. 6039648112 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SARTAJI, Abbas (a.k.a. HEDAYAT, Reza; a.k.a. SARTAJI, Abas), Tehran, Iran; DOB 23 Aug 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51368656 (Iran); National ID No. 6039648112 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SARUR, Muhammad (a.k.a. SURUR, Muhammad Ibrahim), Baalbek-Hermel Province, Lebanon; DOB 05 Feb 1967; Gender Male (individual) [SDGT] (Linked To: HAMAS).

SARV SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARWAR, Muhammad (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SARWAR, Tofail Mostafa (a.k.a. SAROWAR, Tofael Mostafa; a.k.a. SORWAR, Tofayel Mustafa), Bangladesh; DOB 07 Dec 1973; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 19739116242567589 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

SARYGLAR, Aydyn Nikolayevich (Cyrillic: САРЫГЛАР, Айдын Николаевич), Russia;

DOB 22 Feb 1988; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SASAD IRAN ELECTRONICS INDUSTRIES (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SASEMAN SANAJE DEFA (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SATA INVESTMENT COMPANY (Arabic: سرمايه گذاری سانا) (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمايه گذار تامين اجتماعى نيروهاى مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمايه گذاری تامين اجتماعى نيروهاى مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خيابان خرمشهر پلاک ۱۳۲، تهران، ايران); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL

INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین نیروهای مسلح شنستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری سانا); a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شنستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲، تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information:

SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

SATAR, Haji Abdul (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. BARAKZAI, Haji Abdul Satar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

SATELLITE TELEVISION CHANNEL AL RA'Y (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

SATEREH SHARGH MOBIN CO. (a.k.a. EAST STAR COMPANY; a.k.a. SATEREH SHARGH SAMIN CO., LTD.; a.k.a. SETAREH SHARGH CO.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SATEREH SHARGH SAMIN CO., LTD. (a.k.a. EAST STAR COMPANY; a.k.a. SATEREH SHARGH MOBIN CO.; a.k.a. SETAREH SHARGH CO.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SATIZABAL RENGIFO, Mario German (a.k.a. "PELO DE COBRE"), Colombia; DOB 04 Mar 1970; POB Buga, Valle, Colombia; Cedula No. 14892890 (Colombia) (individual) [SDNT].

SATNA COMPANY (a.k.a. POWER PLANT EQUIPMENT MANUFACTURING COMPANY;

a.k.a. "POWERPLANT EQUIPMENT MANUFACTURING COMPANY"; a.k.a. "SATNA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

SATURN EK OOO, Pr-d 6-I Predportovyi d. 4, lit. S, pomeshch. 42, Saint Petersburg 196240, Russia; Tax ID No. 7806525158 (Russia); Registration Number 1147847154949 (Russia) [RUSSIA-EO14024].

SATURN OASIS CO., LIMITED, Unit A, Rm 9, 3/F., Cheong Sun Tower, 116-118 Wing Lok Street, Sheung Wan, Hong Kong, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); C.R. No. 2451234 (Hong Kong) [IRAN-EO13846].

SAUCEDA GAMBOA, Gregorio, Avenida Manuel M. Ponce 2404, Colonia Zaragoza, Nuevo Laredo, Tamaulipas, Mexico; Leonides Guerra No. 97 y Eugenio Lopez No. 97, Colonia San Rafael, Matamoros, Tamaulipas, Mexico; Claveles No. 320, entre Retama y Palma, Colonia Jardin, Reynosa, Tamaulipas, Mexico; Octava No. 433, entre Fuente de Diana y Boulevard Oriente Dos, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; Calle Ciudad PEMEX, Enseguida del Numero 512, Colonia Jose de Escandon - Petrolera, Reynosa, Tamaulipas, Mexico; DOB 05 Nov 1965; alt. DOB 05 May 1965; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. SAXG651105HTSCXR07 (Mexico); Electoral Registry No. SCGMGR65110528H300 (Mexico) (individual) [SDNTK].

SAUCEDO HUIPIO, Raul (a.k.a. "RICARDO"), Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; Priv. de Ruben Mora 27, Col. Los Naranjos 39480, Acapulco de Juarez, Guerrero, Mexico; DOB 03 Sep 1974;

POB Guerrero, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. SAHR740903HGRCPL07 (Mexico); I.F.E. SCHPRL74090312H802 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

SA'UD, Yunus, Syria; DOB 01 Apr 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SAUDI RAPID INTERVENTION GROUP (a.k.a. FIRQAT EL-NEMR; a.k.a. RAPID INTERVENTION FORCE; a.k.a. "TIGER SQUAD"), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

SAULENKO, Alexander Fedorovich (Cyrillic: САУЛЕНКО, Александр Федорович) (a.k.a. SAULENKO, Oleksandr Fedorovych (Cyrillic: САУЛЕНКО, Олександр Федорович)), 8 Pushkin St., Novopetrovka Village, Berydansk, Zaporozhye Region 71100, Ukraine; DOB 09 May 1962; POB Novopetrovka Village, Berdyansk, Zaporozhye, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2277417617 (Ukraine) (individual) [RUSSIA-EO14024].

SAULENKO, Oleksandr Fedorovych (Cyrillic: САУЛЕНКО, Олександр Федорович) (a.k.a. SAULENKO, Alexander Fedorovich (Cyrillic: САУЛЕНКО, Александр Федорович)), 8 Pushkin St., Novopetrovka Village, Berydansk, Zaporozhye Region 71100, Ukraine; DOB 09 May 1962; POB Novopetrovka Village, Berdyansk, Zaporozhye, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2277417617 (Ukraine) (individual) [RUSSIA-EO14024].

SAVCHENKO, Evgeny Stepanovich (Cyrillic: САВЧЕНКО, Евгений Степанович) (a.k.a. SAVCHENKO, Yevgeny Stepanovich), Russia; DOB 08 Apr 1950; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVCHENKO, Oleg Vladimirovich (Cyrillic: САВЧЕНКО, Олег Владимирович), Russia; DOB 25 Oct 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVCHENKO, Peter (a.k.a. SAVCHENKO, Peter A.; a.k.a. SAVCHENKO, Petr; a.k.a. SAVCHENKO, Petro Oleksiiovych), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Peter A. (a.k.a. SAVCHENKO, Peter; a.k.a. SAVCHENKO, Petr; a.k.a. SAVCHENKO, Petro Oleksiiovych), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Petr (a.k.a. SAVCHENKO, Peter; a.k.a. SAVCHENKO, Peter A.; a.k.a. SAVCHENKO, Petro Oleksiiovych), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Petro Oleksiiovych (a.k.a. SAVCHENKO, Peter; a.k.a SAVCHENKO, Peter A.; a.k.a SAVCHENKO, Petr), Makeyevka, Ukraine; DOB 23 Feb 1968; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PROFAKTOR, TOV).

SAVCHENKO, Svetlana Borisovna; DOB 24 Jun 1965; POB Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SAVCHENKO, Yevgeny Stepanovich (a.k.a. SAVCHENKO, Evgeny Stepanovich (Cyrillic: САВЧЕНКО, Евгений Степанович)), Russia; DOB 08 Apr 1950; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVELIEV, Vitaly Gennadyevich (a.k.a. SAVELYEV, Vitaly Gennadyevich (Cyrillic: САВЕЛЬЕВ, Виталий Геннадьевич)), Russia; DOB 18 Jan 1954; POB Tashkent, Uzbekistan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SAVELOV, Marat Maratovich (a.k.a. ISMAGILOV, Marat Maratovich; a.k.a. KHIMICH, Marat; a.k.a. SAVELOV-HIMICH, Marat), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport

753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

SAVELOV-HIMICH, Marat (a.k.a. ISMAGILOV, Marat Maratovich; a.k.a. KHIMICH, Marat; a.k.a. SAVELOV, Marat Maratovich), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

SAVELYEV, Dmitry Ivanovich (Cyrillic: САВЕЛЬЕВ, Дмитрий Иванович), Russia; DOB 25 May 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVELYEV, Dmitry Vladimirovich (Cyrillic: САВЕЛЬЕВ, Дмитрий Владимирович), Russia; DOB 03 Aug 1968; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVELYEV, Oleg Genrikhovich; DOB 27 Oct 1965; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Minister for Crimean Affairs (individual) [UKRAINE-EO13661].

SAVELYEV, Vitaly Gennadyevich (Cyrillic: САВЕЛЬЕВ, Виталий Геннадьевич) (a.k.a. SAVELIEV, Vitaly Gennadyevich), Russia; DOB 18 Jan 1954; POB Tashkent, Uzbekistan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SAVIN, Aleksandr Alexandrovich (a.k.a. SAVIN, Alexander Alexandrovich (Cyrillic: САВИН, Александр Александрович)), Russia; DOB 28 Jan 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVIN, Alexander Alexandrovich (Cyrillic: САВИН, Александр Александрович) (a.k.a. SAVIN, Aleksandr Alexandrovich), Russia; DOB

28 Jan 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVING BANK (f.k.a. THE GENERAL ESTABLISHMENT OF MAIL SAVING FUND; f.k.a. THE POST SAVING FUND; a.k.a. "SAVINGS BANK"), Amous Square, Damascus, Syria; P.O. Box: 5467, Al-Furat St., Merjeh, Damascus, Syria [SYRIA].

SAVINGS BANK OF THE REPUBLIC OF ARMENIA (a.k.a. VTB BANK ARMENIA CJSC; a.k.a. VTB BANK ARMENIA CLOSED JOINT STOCK COMPANY), 46 Ul, Nalbandyan, Yerevan 375010, Armenia; SWIFT/BIC ARMJAM22; Website www.vtb.am; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SAVIOR OF UKRAINE COMMITTEE (a.k.a. COMMITTEE FOR THE RESCUE OF UKRAINE; a.k.a. SALVATION COMMITTEE OF UKRAINE; a.k.a. UKRAINE SALVATION COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

SAVITSKAYA, Svetlana Evgenievna (Cyrillic: САВИЦКАЯ, Светлана Евгеньевна), Russia; DOB 08 Aug 1948; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SAVOLER DEVELOPMENT LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Organization Established Date 10 Oct 2016; Registration Number C360999 (Cyprus) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

SAWADJAAN, Hatib Hajan (a.k.a. HAJAN, Pah; a.k.a. SAWADJAAN, Hatib Hajjan), Mindanao, Philippines; DOB 1959; POB Jolo City, Philippines; Gender Male (individual) [SDGT].

SAWADJAAN, Hatib Hajjan (a.k.a. HAJAN, Pah; a.k.a. SAWADJAAN, Hatib Hajan), Mindanao, Philippines; DOB 1959; POB Jolo City, Philippines; Gender Male (individual) [SDGT].

SAWYER, Francine Denise (a.k.a. LOUIE, Francine Denise; a.k.a. LOUIE, Francine Denise Marie); DOB 17 Sep 1958; POB Ontario, Canada; citizen Canada; Passport QD872059 (Canada) (individual) [SDNTK].

SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN (a.k.a. IDRO; a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SAYADI, Nabil Abdul Salam (a.k.a. "ABOU ZEINAB"), 69 Rue des Batatves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat, 29, Putte 2580, Belgium; DOB 01 Jan 1966; POB Tripoli, Lebanon; Passport 1091875; National ID No. 660000 73767 (Belgium); Public Security and Immigration No. 98.805 (individual) [SDGT].

SAYARA AL-QUDS (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION) [FTO] [SDGT].

SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري) (a.k.a. SAIDNAYA MILITARY PRISON; a.k.a. SAYDNAYA PRISON; a.k.a. SEDNAYA PRISON (Arabic: سجن صيدنايا)), Syria [SYRIA-EO13894].

SAYDNAYA PRISON (a.k.a. SAIDNAYA MILITARY PRISON; a.k.a. SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري); a.k.a. SEDNAYA PRISON (Arabic: سجن صيدنايا)), Syria [SYRIA-EO13894].

SAYED ALHOSSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAYED, Aly Soliman Massoud Abdul (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

SAYED, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town : Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAYED, Khan (a.k.a. MEHSUD, Sajna; a.k.a. SAID, Khan); DOB 1975; alt. DOB 1977; POB Zangara area, Sararogh, South Waziristan (individual) [SDGT].

SAYED, Toriq Agha (a.k.a. AGHA, Torak; a.k.a. AGHA, Torek; a.k.a. AGHA, Toriq; a.k.a. HASHAN, Sayed Mohammad), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

SAYEDOLHUSSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAYEED, Hafez Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz

Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAYEH BAN SEPEHR DELIJAN CO. (a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEH BAN SEPEHR DELIJAN WATERPROOFING (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEH BAN SEPEHR INDUSTRIAL GROUP (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN

SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEHBAN SEPEHR CO. (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEHBAN SEPEHR DELIJAN (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYEHBAN SEPEHRE DELIJAN COMPANY (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional

Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

SAYENKO, Sergey Ivanovich (a.k.a. SAENKO, Sergei Ivanovich), Russia; DOB 25 Sep 1950; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

SAYID, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SAYYARI, Mehdi (a.k.a. SAYYARI, Mohammad Mehdi; a.k.a. SIARI, Mehdi), Iran; DOB 12 Jul 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Intelligence Organization Co-Deputy Chief (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

SAYYARI, Mohammad Mehdi (a.k.a. SAYYARI, Mehdi; a.k.a. SIARI, Mehdi), Iran; DOB 12 Jul 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Intelligence Organization Co-Deputy Chief (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

SAYYED AL-HOSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SAYYED, Ibrahim Amin (a.k.a. AL-SAYYID, Ibrahim Amin; a.k.a. "AL-AMIN, Ibrahim"), Lebanon; DOB 1953; POB Nabi Ayla, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Political Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

SAYYED, Jamil (a.k.a. AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد أمين السيد); a.k.a. EL SAYED, Jamil; a.k.a. EL SAYED, Jamil Mohamad Amin), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

SAYYEDOSHOHADA, Ahmad Khadem (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZANOV, Aleksei Valerievich (a.k.a. SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич); a.k.a. SAZANOV, Alexei Valerevich; a.k.a. SAZANOV, Alexey Valeryevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич) (a.k.a. SAZANOV, Aleksei Valerievich; a.k.a. SAZANOV, Alexei Valerevich; a.k.a. SAZANOV, Alexey Valeryevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SAZANOV, Alexei Valerevich (a.k.a. SAZANOV, Aleksei Valerievich; a.k.a. SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич); a.k.a. SAZANOV, Alexey Valeryevich), Russia; DOB 13 Apr 1983; POB

Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SAZANOV, Alexey Valeryevich (a.k.a. SAZANOV, Aleksei Valerievich; a.k.a. SAZANOV, Aleksey Valerevich (Cyrillic: САЗАНОВ, Алексей Валерьевич); a.k.a. SAZANOV, Alexei Valerevich), Russia; DOB 13 Apr 1983; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SAZEH MORAKAB CO. LTD, Unit 1, Third Floor, No. 183 Rashid St., Tehran, Tehran-Pars, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SAZEMAN-E BASIJ-E MOSTAZAFAN (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZEMANE SANAYE DEFA (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SAZGAR, Amjad, Iran; DOB 16 Apr 1979; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male (individual) [NPWMD] [IFSR].

SAZMAN BASIJ MELLI (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZMAN-E MOGHAVEMAT-E BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD

OFFICE OF FOREIGN ASSETS CONTROL

CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SAZMANE SANAYE HAVA FAZA (a.k.a. AEROSPACE INDUSTRIES ORGANIZATION; a.k.a. "AIO"), Langare Street, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SAZMANE SANAYE HAVAI (a.k.a. IRAN AVIATION INDUSTRIES ORGANIZATION), Karaj Special Road, Mehrabad Airport, Tehran, Iran; Sepahbod Gharani 36, Tehran, Iran; 3th km Karaj Special Road, Aviation Industries Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

SB KIB KHOLDING (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CIB HOLDING; a.k.a. SBERBANK CIB HOLDING LLC), 19 Vavilova St., Moscow 117312, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7709297379 (Russia); Registration Number 1027700057428 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SB SECURITIES SA, Boulevard Konrad Adenauer 2, Luxembourg 1115, Luxembourg; 14, rue Edward Steichen, L-2540, Luxembourg; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID B171037 (Luxembourg); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBAYTI, Wahid (a.k.a. SBEITY, Waheed Mahmoud; a.k.a. SUBAYTI, Wahid Mahmud (Arabic: وحيد محمود سبيتي)), Kfar Sir, Nabatieh, Lebanon; DOB 23 Feb 1961; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 473548 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

SBC TELEVISION (a.k.a. SBC TV; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SBC TV (a.k.a. SBC TELEVISION; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SBEITY, Waheed Mahmoud (a.k.a. SBAYTI, Wahid; a.k.a. SUBAYTI, Wahid Mahmud (Arabic: وحيد محمود سبيتي)), Kfar Sir, Nabatieh, Lebanon; DOB 23 Feb 1961; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 473548 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

SBER BANK (a.k.a. BPS SBERBANK OJSC; a.k.a. BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК); a.k.a. OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК)), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing

Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER EAST LLP (a.k.a. SBER VOSTOK; a.k.a. SBER VOSTOK LIMITED LIABILITY PARTNERSHIP; a.k.a. SBER VOSTOK LLP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER LEGAL LIMITED LIABILITY COMPANY (a.k.a. SBER LEGAL LLC; a.k.a. SBER LIGAL), 3 Poklonnaya St., office 209, floor 2, Moscow 121170, Russia; Tax ID No. 9705124940 (Russia); Registration Number 1187746905004 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER LEGAL LLC (a.k.a. SBER LEGAL LIMITED LIABILITY COMPANY; a.k.a. SBER LIGAL), 3 Poklonnaya St., office 209, floor 2, Moscow 121170, Russia; Tax ID No. 9705124940 (Russia); Registration Number 1187746905004 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER LIGAL (a.k.a. SBER LEGAL LIMITED LIABILITY COMPANY; a.k.a. SBER LEGAL LLC), 3 Poklonnaya St., office 209, floor 2, Moscow 121170, Russia; Tax ID No. 9705124940 (Russia); Registration Number 1187746905004 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER VOSTOK (a.k.a. SBER EAST LLP; a.k.a. SBER VOSTOK LIMITED LIABILITY PARTNERSHIP; a.k.a. SBER VOSTOK LLP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER VOSTOK LIMITED LIABILITY PARTNERSHIP (a.k.a. SBER EAST LLP; a.k.a. SBER VOSTOK; a.k.a. SBER VOSTOK LLP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Registration Number 110140012405 (Kazakhstan) [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBER VOSTOK LLP (a.k.a. SBER EAST LLP; a.k.a. SBER VOSTOK; a.k.a. SBER VOSTOK LIMITED LIABILITY PARTNERSHIP), 13/1 Al-Farabi Avenue, block 3V, 7th floor, Almaty 050059, Kazakhstan; Registration Number 110140012405 (Kazakhstan) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK CAPITAL LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LLC; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK CAPITAL LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-

foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK CIB HOLDING LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CIB HOLDING; a.k.a. SB KIB KHOLDING), 19 Vavilova St., Moscow 117312, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7709297379 (Russia); Registration Number 1027700057428 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK EUROPE AG, Schwarzenbergplatz 3, Vienna 1010, Austria; SWIFT/BIC SABRATWW; Website www.sberbank.at; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. ATU55795009 (Austria); Registration Number FN 161285 i (Austria); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FACTORING LLC (a.k.a. KORUS DISTRIBUTION LIMITED; a.k.a. LIMITED LIABILITY COMPANY SBERBANK

FACTORING; a.k.a. SBERBANK FAKTORING), Room I, 31a/bld. 1 Leningradsky Ave, Moscow 125284, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FAKTORING (a.k.a. KORUS DISTRIBUTION LIMITED; a.k.a. LIMITED LIABILITY COMPANY SBERBANK FACTORING; a.k.a. SBERBANK FACTORING LLC), Room I, 31a/bld. 1 Leningradsky Ave, Moscow 125284, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing

Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FINANCE LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK FUND ADMINISTRATION LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY MARKET FUND ADMINISTRATION; a.k.a. "MARKET FA LLC"), 79 V. Lenina St, room 8, Derbent, Dagestan 368602, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022;

Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736618039 (Russia); Registration Number 1107746400827 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INSURANCE BROKER LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INSURANCE COMPANY LTD (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAKHOVANIE OOO SK; a.k.a. SK SBERBANK STRAKHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul.

Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INSURANCE IC LLC (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK STRAKHOVANIE OOO SK; a.k.a. SK SBERBANK STRAKHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022;

Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INVESTMENTS LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INVESTMENTS; a.k.a. SBERBANK INVESTMENTS OOO), 46 Molodezhnaya St., Odintsovo, Moscow Region 143002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5039441 (Russia); Registration Number 1105032007761 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK INVESTMENTS OOO (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INVESTMENTS; a.k.a. SBERBANK INVESTMENTS LLC), 46 Molodezhnaya St., Odintsovo, Moscow Region 143002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5039441 (Russia);

Registration Number 1105032007761 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK KAPITAL OOO (a.k.a. LIMITED LIABILITY COMPANY SBERBANK CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK CAPITAL LLC), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LEASING JSC (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-

issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LEASING ZAO (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LIFE INSURANCE IC LLC (a.k.a. INSURANCE COMPANY SBERBANK LIFE INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY SBERBANK INSURANCE), 3 Poklonnaya St., Building 1, Moscow 121170, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-

issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7744002123 (Russia); Registration Number 1037700051146 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. CJSC SBERBANK LEASING; a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK OF RSFSR (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО

СБЕРБАНК РОССИИ); a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK OF RUSSIA (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул.

Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on the

following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK PPF JSC (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND

SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK ROSSII (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK ROSSII OAO (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

SBERBANK SERVICE LLC (a.k.a. LIMITED LIABILITY COMPANY SBERBANK SERVICE; a.k.a. SBERBANK-SERVICE), 18 Suschevsky Val Street, floor 7, Moscow 127018, Russia; Tax ID No. 7736663049 (Russia); Registration Number 1137746703709 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK STRAHOVANIE OOO SK (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-AST JSC (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027700000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-AST ZAO (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar

2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-FINANCE (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia;

Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-FINANS OOO (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERBANK-SERVICE (a.k.a. LIMITED LIABILITY COMPANY SBERBANK SERVICE;

a.k.a. SBERBANK SERVICE LLC), 18 Suschevsky Val Street, floor 7, Moscow 127018, Russia; Tax ID No. 7736663049 (Russia); Registration Number 1137746703709 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBERTECH JSC (a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGY), 10 Novodanilovskaya Emb., Moscow 117105, Russia; Tax ID No. 7736632467 (Russia); Registration Number 1117746533926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SBT S.A., Calle 100 No. 17A-36 Oficina 803, Bogota, Colombia; Celta Trade Park, Lote 41 Bodega 10, Km. 7 Autopista Bogota-Medellin, Funza, Cundinamarca, Colombia; Website www.sebastianomoda.com; NIT # 8300350034 (Colombia); Matricula Mercantil No 816477 (Colombia) [SDNTK].

SC (DALIAN) INDUSTRY & TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SC (DALIAN) INDUSTRY AND TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY

CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SC OBUKHOVSKOYE (a.k.a. CJSC OBUKHOVSKOYE; a.k.a. JOINT STOCK COMPANY OBUKHOVSKOYE; a.k.a. OBUHOVSKOE JSC), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

SC RAWENSTVO (a.k.a. AO RAVENSTVO; a.k.a. JSC RAWENSTVO), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Organization Established Date 24 Mar 1988; Tax ID No. 7805395957 (Russia); Registration Number 1069847101169 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

SC RAWENSTVO-SERVICE (a.k.a. AKTSIONERNOE OBSHCHESTVO RAVENSTVO-SERVICE; a.k.a. AO RAVENSTVO-SERVICE), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7805417618 (Russia); Registration Number 1079847012453 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

SC SOUTH LLC (a.k.a. SC-YUG (Cyrillic: СК-ЮГ); a.k.a. SHIPPING COMPANY SOUTH; a.k.a. "SK-YUG"), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

SC TULA RUBBER TECHNICAL ARTICLES PLANT (a.k.a. JSC TULSKY FACTORY RTI; a.k.a. TULA INDUSTRIAL RUBBER PRODUCTS PLANT), 15 Smidovich Str., Tula, Tula Region 300026, Russia; Organization Established Date 18 Mar 1993; Tax ID No. 7104001869 (Russia); Registration Number 1027100592090 (Russia) [RUSSIA-EO14024].

SC ZVYOZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SCANFORM (a.k.a. SKANFORM), Ul. Rokossovskogo, Novoilyinskii District, D. 29, Kv. 160, Novokuznetsk 654044, Russia; Website scanform.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of computers and peripheral equipment; Tax ID No. 4253049068 (Russia); Registration Number 1204200016162 (Russia) [RUSSIA-EO14024].

S-CAPE LIMITED, Level 8, Office 5B Portomaso Business Tower, St. Julians STJ4011, Malta; D-U-N-S Number 53-400-5153; Trade License No. C 77446 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

S-CAPE YACHT CHARTER LIMITED, Level 8/5B Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-5656; V.A.T. Number

MT23786021 (Malta); Tax ID No. 23786021 (Malta); Trade License No. C 77444 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

SCF MANAGEMENT SERVICES CYPRUS LTD, Tower II, Maximos Plaza, Maximos Michailidis 18, Neapolis 3106, Cyprus; Organization Established Date 24 Jan 1991; V.A.T. Number CY10042739H (Cyprus); Tax ID No. 10042739H (Cyprus); Registration Number C42739 (Cyprus) [RUSSIA-EO14024].

SCF MANAGEMENT SERVICES DUBAI LTD (a.k.a. SUN SHIP MANAGEMENT D LTD), PO Box 507065, Unit OT 17-32, Central Park Towers, Office Tower, Dubai, United Arab Emirates; Organization Established Date 02 Aug 2012; UAE Identification 1244 (United Arab Emirates); Registration Number 11440513 (United Arab Emirates) [RUSSIA-EO14024].

SCHIAVONE, Francesco (a.k.a. "SANDOKAN"); DOB 03 Mar 1954; POB Casal di Principe, Italy (individual) [TCO].

SCHIAVONE, Nicola; DOB 11 Apr 1979; POB Loreto, Italy (individual) [TCO].

SCHIAVONE, Vincenzo; DOB 19 Mar 1978; POB Casal di Principe, Italy (individual) [TCO].

SCHLAGER BUSINESS GROUP S. DE R.L. DE C.V., Constituyentes 345 Oficina 208, Col. Daniel Garza, Alcaldía Miguel Hidalgo, Mexico City C.P. 11830, Mexico; RFC SBG1611153R6 (Mexico) [VENEZUELA-EO13850].

SCHLOSS HOLDING OU, Tekhnika Tn 33-9, Tallinn 10613, Estonia; Organization Established Date 15 Aug 2019; Tax ID No. 14783081 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

SCHMUCKI, Anselm Oskar (a.k.a. SCHMUCKI, Oskar Anselm; a.k.a. SHMUKKI, Anselm Oskar), RB 3-220, Royal Breeze, Sofia Street, Ras al Khaimah, United Arab Emirates; Switzerland; Moscow, Russia; Singapore; DOB 21 Nov 1969; nationality Switzerland; Gender Male; Passport X7594510 (Switzerland) (individual) [RUSSIA-EO14024].

SCHMUCKI, Oskar Anselm (a.k.a. SCHMUCKI, Anselm Oskar; a.k.a. SHMUKKI, Anselm Oskar), RB 3-220, Royal Breeze, Sofia Street, Ras al Khaimah, United Arab Emirates; Switzerland; Moscow, Russia; Singapore; DOB 21 Nov 1969; nationality Switzerland; Gender Male; Passport X7594510 (Switzerland) (individual) [RUSSIA-EO14024].

SCHNEIDER, Simon, c/o OFFENBACH HAUSHALTWAREN B.V., Beverwijk, Netherlands; c/o BELS FLOWERS IMPORT EXPORT BVBA, Antwerpen, Belgium;

Netherlands; DOB 14 Jul 1967; POB Hoorn, Netherlands; citizen Netherlands; Passport BA0199589 (Netherlands) (individual) [SDNTK].

SCHNER, Elena (a.k.a. CHERNET, Elena; a.k.a. CHERNET, Yelena Lvovna (Cyrillic: ЧЕРНЕТ, Елена Львовна)), Stuttgart, Germany; DOB 21 May 1958; nationality Russia; Gender Female; Tax ID No. 773102459603 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ELIX ST LIMITED LIABILITY COMPANY).

SCHOMMER, Lutwin, Schoenenstrasse, Rueschlikon 8803, Switzerland; DOB 11 Jul 1957; nationality Switzerland; alt. nationality Germany; Gender Male; Passport X0995321 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: TAMYNA AG).

SCI AAA PROPERTIES, Domaine Antica Serena, 309 Avenue Jules Romains, Nice 06100, France; Organization Established Date 19 Sep 2013; Organization Type: Real estate activities with own or leased property; Tax ID No. 797404373 (France); Legal Entity Number 549300AOOISQ6ILHUU63 [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

SCI GRIBER, Parc Saramartel, Villa La Tarente, Promenade Du Soleil, Antibes 06160, France; Organization Established Date 28 Aug 2009; Tax ID No. 514818269 (France) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING

TECHNOLOGY; a.k.a. "AO NPO IT"), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. "AO NPO IT"), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND PRODUCTION ASSOCIATION ROSTAR LLC (a.k.a. ROSTAR RESEARCH AND PRODUCTION ASSOCIATION LIMITED LIABILITY COMPANY), BSI, Ul. Dorozhnaya D. 39, Naberezhnyye Chelny 423800, Russia; Sh. Okruzhnoe D. 11B, Office 2, Yelabuga 423606, Russia; Tax ID No. 7720361170 (Russia); Registration Number 5167746369060 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН) (a.k.a. AO NII FERRIT DOMEN; a.k.a. FERRITE DOMEN COMPANY; a.k.a. RESEARCH INSTITUTE FERRIT DOMAIN), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING (a.k.a. OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING; a.k.a. RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING; a.k.a. "NIITM"), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

SCIENTIFIC AND TECHNICAL CENTER PRIVODNAYA TEHNIKA LIMITED LIABILITY COMPANY (a.k.a. LTD NTC PRIVODNAYA TEKHNIKA; a.k.a. NAUCHNO TEKHNICHESKII TSENTR PRIVODNAYA TEKHNIKA; a.k.a. NTTS PRIVODNAYA TEKHNIKA), Ul. 40-Letiya

Oktyabrya D. 19, Chelyabinsk 454007, Russia; Organization Established Date 28 Feb 2000; Tax ID No. 7453060480 (Russia); Registration Number 1027402926891 (Russia) [RUSSIA-EO14024].

SCIENTIFIC EDUCATION KOREA STUDIO (a.k.a. APRIL 26 CHILDREN'S ANIMATION FILM STUDIO; a.k.a. SEK STUDIO), Pyongyang, Korea, North; China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Motion picture, video and television programme production activities; Target Type State-Owned Enterprise [DPRK3].

SCIENTIFIC EQUIPMENT GROUP (a.k.a. NAUCHNYE PRIBORY I SISTEMY; a.k.a. SCIENTIFIC EQUIPMENT GROUP OF COMPANIES), Ul. Inzhenernaya D. 4a, Of. 212, Novosibirsk 630128, Russia; Pr-kt Krasnyi D. 1, Office 214, Novosibirsk 630007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408308016 (Russia); Registration Number 1145476045241 (Russia) [RUSSIA-EO14024].

SCIENTIFIC EQUIPMENT GROUP OF COMPANIES (a.k.a. NAUCHNYE PRIBORY I SISTEMY; a.k.a. SCIENTIFIC EQUIPMENT GROUP), Ul. Inzhenernaya D. 4a, Of. 212, Novosibirsk 630128, Russia; Pr-kt Krasnyi D. 1, Office 214, Novosibirsk 630007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408308016 (Russia); Registration Number 1145476045241 (Russia) [RUSSIA-EO14024].

SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY (a.k.a. AO NPF DIPOL; a.k.a. DIPAUL COMPANY; a.k.a. DIPAUL TECHNOLOGIES JSC), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Tax ID No. 7804137537 (Russia); Registration

Number 1027802497656 (Russia) [RUSSIA-EO14024].

SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER; a.k.a. NPK TECHNOLOGICAL CENTER; a.k.a. SMC TECHNOLOGICAL CENTRE), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC (a.k.a. JOINT STOCK COMPANY RADAR MMS; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS; a.k.a. RADAR MMS NPP), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Organization Established Date 14 Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION COMPANY DOLOMANT (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA DOLOMANT; a.k.a. ZAO NPF DOLOMANT), Ul. Vvedenskogo D. 3, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728512529 (Russia); Registration Number 1047796326137 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION COMPANY KRUG (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG; a.k.a. NPF KRUG; a.k.a. SPC KRUG), Ul Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION COMPANY OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT (a.k.a. NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO; a.k.a. SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО); a.k.a. UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

SCIENTIFIC RESEARCH INSTITUTE FOR MECHANICAL ENGINEERING JSC IN THE NAME OF V.V. BAKHIREV (a.k.a. AO GOSNIIMASH; a.k.a. STATE SCIENTIFIC RESEARCH INSTITUTE OF MECHANICAL ENGINEERING IMENI V.V. BAKHIREVA), PR-KT Sverdlova D. 11 A, Dzerzhinsk 606002, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 5249093130 (Russia); Registration Number 1085249000650 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FGU FNTS NIISI RAN; a.k.a. FSI FSC SRISA RAS), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

SCIENTIFIC STUDIES AND RESEARCH CENTER (a.k.a. CENTRE D'ETUDES ET RECHERCHES; a.k.a. "SSRC"), P.O. Box 4470, Damascus, Syria [NPWMD].

SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО) (a.k.a. NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO; a.k.a. SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT; a.k.a. UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

SCIENTIFIC TECHNICAL CENTRE ELINS (a.k.a. ELINS STC JSC; a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Organization Established 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ) (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. AO NTTS REB; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. JSC NTTS REB (Cyrillic: АО НТЦ РЭБ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

SCOGLITTI RESTAURANT (a.k.a. PORTICELLO RESTAURANT), 8, Boat Street Marsamxett, Valletta, Malta; Website www.facebook.com/porticellomalta; Email Address porticellomalta@gmail.com [LIBYA3] (Linked To: DEBONO, Darren).

SCONTEL (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

SCORE COMMERCIAL COMPANY LTD. (a.k.a. BORISAT SAKO KHOMMOESIAN CHAMKAT), 273 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

SCOTPAK BUILD PVT LTD (a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAN WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad,

Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

SCSCO (a.k.a. SHIPPING COMPUTER SERVICES COMPANY), No. 37, Asseman Shahid Sayyad Shirazeesq, Pasdaran Ave, PO Box 1587553-1351, Tehran, Iran; Website www.scsco.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SCUADRA FORTIA, S.A. DE C.V., Paseo De Las Lomas No. 90, El Colli Ejidal, Zapopan, Jalisco 45070, Mexico; R.F.C. SFO011205UJ8 (Mexico); Folio Mercantil No. 13537 (Mexico) [SDNTK].

SC-YUG (Cyrillic: СК-ЮГ) (a.k.a. SC SOUTH LLC; a.k.a. SHIPPING COMPANY SOUTH; a.k.a. "SK-YUG"), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

SDM-BANK PAO (a.k.a. SDM-BANK PJSC; a.k.a. SDM-BANK PUBLIC JOINT STOCK COMPANY), Sh. Volokolamskoe d. 73, Moscow 125424, Russia; SWIFT/BIC SJSCRUMM; Website www.sdm.ru; Organization Established Date 17 Sep 1991; Target Type Financial Institution; Tax ID No. 7733043350 (Russia); Legal Entity Number 25340008GF2H0T8HKN44; Registration Number 1027739296584 (Russia) [RUSSIA-EO14024].

SDM-BANK PJSC (a.k.a. SDM-BANK PAO; a.k.a. SDM-BANK PUBLIC JOINT STOCK COMPANY), Sh. Volokolamskoe d. 73, Moscow 125424, Russia; SWIFT/BIC SJSCRUMM; Website www.sdm.ru; Organization Established Date 17 Sep 1991; Target Type Financial Institution; Tax ID No. 7733043350 (Russia); Legal Entity Number 25340008GF2H0T8HKN44; Registration Number 1027739296584 (Russia) [RUSSIA-EO14024].

SDM-BANK PUBLIC JOINT STOCK COMPANY (a.k.a. SDM-BANK PAO; a.k.a. SDM-BANK PJSC), Sh. Volokolamskoe d. 73, Moscow

125424, Russia; SWIFT/BIC SJSCRUMM; Website www.sdm.ru; Organization Established Date 17 Sep 1991; Target Type Financial Institution; Tax ID No. 7733043350 (Russia); Legal Entity Number 25340008GF2H0T8HKN44; Registration Number 1027739296584 (Russia) [RUSSIA-EO14024].

SDOBNOV, Alexey Borisovich (a.k.a. SDOBNOV, Oleksii Borysovych), Russia; DOB 08 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

SDOBNOV, Oleksii Borysovych (a.k.a. SDOBNOV, Alexey Borisovich), Russia; DOB 08 May 1983; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

SEA ART SHIP MANAGEMENT OPC (a.k.a. SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED), 511A, Shelton Sapphire, Sector 15, Plot No. 18&19, CBD Belapur, Navi Mumbai, Thane, Thane, Maharashtra 400614, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Aug 2021; Identification Number IMO 6249053; Business Registration Number 366117 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED (a.k.a. SEA ART SHIP MANAGEMENT OPC), 511A, Shelton Sapphire, Sector 15, Plot No. 18&19, CBD Belapur, Navi Mumbai, Thane, Thane, Maharashtra 400614, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Aug 2021; Identification Number IMO 6249053; Business Registration Number 366117 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

SEABRASS LIMITED, Level 8/5B, Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4431; Trade License No. C 76394 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

SEAFIRE FOUNDATION, Panama City, Panama; Identification Number 56437 (Panama) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

SEALINK OVERSEAS PTE. LTD. (a.k.a. UNITED AGRO COMMODITIES PTE. LTD.; f.k.a. UNITED AGRO FERTILIZER PTE. LTD.), Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; 22, RB Capital Building, 03, Malacca Street, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Dec 2012; Trade License No. 201231437N (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

SEAPORT OF FEODOSIYA (a.k.a. PORT OF FEODOSIA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

SEAPORT OF KERCH (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

SEAPORT OF SEVASTOPOL (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEAPORT OF YALTA (a.k.a. PORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

SEAPORT OF YEVPATORIYA (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

SEBASTIANO (a.k.a. G Y G INTERNACIONAL S.A.S.; a.k.a. G&G INTERNACIONAL S.A.S.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9002981691 (Colombia); Matricula Mercantil No 1910782 (Colombia); alt. Matricula Mercantil No 1237153 (Colombia); alt. Matricula Mercantil No 1730043 (Colombia); alt. Matricula Mercantil No 1816081 (Colombia) [SDNTK].

SECHIN, Igor (a.k.a. SECHIN, Igor Ivanovich (Cyrillic: СЕЧИН, Игорь Иванович)), Moscow, Russia; DOB 07 Sep 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SECHIN, Igor Ivanovich (Cyrillic: СЕЧИН, Игорь Иванович) (a.k.a. SECHIN, Igor), Moscow, Russia; DOB 07 Sep 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SECHIN, Ivan (Cyrillic: СЕЧИН, Иван) (a.k.a. SECHIN, Ivan Igorevich), Moscow, Russia; Shvedskiy Typik 3 KV38, Moscow 125009, Russia; DOB 03 Jan 1989; POB St. Petersburg, Russia; nationality Russia; Gender Male; Passport 722759197 (Russia) issued 24 Jan 2013 expires 24 Jan 2023 (individual) [RUSSIA-EO14024] (Linked To: SECHIN, Igor Ivanovich).

SECHIN, Ivan Igorevich (a.k.a. SECHIN, Ivan (Cyrillic: СЕЧИН, Иван)), Moscow, Russia; Shvedskiy Typik 3 KV38, Moscow 125009, Russia; DOB 03 Jan 1989; POB St. Petersburg, Russia; nationality Russia; Gender Male; Passport 722759197 (Russia) issued 24 Jan 2013 expires 24 Jan 2023 (individual) [RUSSIA-EO14024] (Linked To: SECHIN, Igor Ivanovich).

SECOND ACADEMY OF NATURAL SCIENCES (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions

Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SECOND ECONOMIC COMMITTEE, Kangdong, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

SECOND MARQUETALIA (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

SECONDEYE SOLUTION (a.k.a. FORWARDERZ), Karachi, Pakistan; Website secondeyesolution.su; alt. Website secondeyesolution.ch; alt. Website secondeyesolution.ru; alt. Website secondeyesolution.com; alt. Website forwarderz.com; alt. Website secondeyehost.com; Email Address support@secondeyesolution.com; alt. Email Address info@forwarderz.com; alt. Email Address forwarderz@yahoo.com; alt. Email Address forwarderzlive@google.com; alt. Email

Address forwarderzlive@hotmail.com; alt. Email Address support@secondeyehost.com; Digital Currency Address - XBT 1NE2NiGhhbkFPSEyNWwj7hKGhGDedBtSrQ; alt. Digital Currency Address - XBT 19D8PHBjZH29uS1uPZ4m3sVyqqfF8UFG9o; alt. Digital Currency Address - XBT 1EYitrwBYNWuTBcjZFbEUdqHppe2raLpaF; alt. Digital Currency Address - XBT 1G9CKRHA3mx22DoT1QyNYrh85VSQ19Y1em; alt. Digital Currency Address - XBT 182NGZbPJXwg2WDrhrPpR7tpiGQkNPF844; alt. Digital Currency Address - XBT 1NayLEVF3bEEbDtdF2Cwso1VdEtvVNh2qX; alt. Digital Currency Address - XBT 16PhXY3hNNMTo8kpuJx2emh713KbWpkqci; alt. Digital Currency Address - XBT 1GqChmWqGtsaLrGbHfgdrV5Nkvahtjjuxr; alt. Digital Currency Address - XBT 18Ke1QWE9nQfXuhJijHggZuPJ5ZYxapoBK; alt. Digital Currency Address - XBT 1QJUiNsNfji6mR1FjAwf6Eg9NxxHPoxpWL; alt. Digital Currency Address - XBT 1DtGgdCi9VPKz2Bpq8GQhUQEPnQ5HwaT9n; Digital Currency Address - ETH 0x1da5821544e25c636c1417ba96ade4cf6d2f9 b5a; alt. Digital Currency Address - ETH 0x7Db418b5D567A4e0E8c59Ad71BE1FcE48f3 E6107; alt. Digital Currency Address - ETH 0x72a5843cc08275C8171E582972Aa4fDa8C3 97B2A; alt. Digital Currency Address - ETH 0x7F19720A857F834887FC9A7bC0a0fBe7Fc7f 8102; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LQAhYwwK5AR1JQiQPr7vu8Pu4b6qcxxvNB; alt. Digital Currency Address - LTC LgwmgYnraU2uBWHVFUDgAmFCPYj5Yw8C9 L; alt. Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - BCH 18M8bJWMzWHDBMxoLojHHAffdRy4SrzkfB [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

SECOURS MONDIAL DE FRANCE (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3,

Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

SECRET TECHNOLOGIES (a.k.a. SIKRET TEKHNOLODZHIS), Ul. Shcherbakovskaya D. 53, K. 3, Et 1 Kom 113, Moscow 105187, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719463723 (Russia); Registration Number 5167746470140 (Russia) [RUSSIA-EO14024].

SECT OF REVOLUTIONARIES (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

SECTA EPANASTATON (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

SECURE MOVEMENT LOGISTICS SERVICES (Arabic: شرکت خدمات لوژستیکی سیکور موفمنت), Kabul, Afghanistan; Organization Established Date 2017; Tax ID No. 9003919520 (Afghanistan); License 37629 (Afghanistan);

Registration Number 111570 (Afghanistan) [GLOMAG] (Linked To: RAHMANI, Ajmal).

SEDAGHAT, Mostafa (a.k.a. SEDAGHATI, Mostafa), Iran; DOB 12 Jan 1996; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N50040242 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SEDAGHATI, Mostafa (a.k.a. SEDAGHAT, Mostafa), Iran; DOB 12 Jan 1996; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N50040242 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SEDLETSKI, Valery (a.k.a. SEDLETSKI, Valery Veniaminovich; a.k.a. "Strix"), Rostov, Russia; DOB 29 Jul 1974; nationality Russia; Gender Male (individual) [CYBER2].

SEDLETSKI, Valery Veniaminovich (a.k.a. SEDLETSKI, Valery; a.k.a. "Strix"), Rostov, Russia; DOB 29 Jul 1974; nationality Russia; Gender Male (individual) [CYBER2].

SEDNAYA PRISON (Arabic: سجن صيدنايا) (a.k.a. SAIDNAYA MILITARY PRISON; a.k.a. SAYDNAYA MILITARY PRISON (Arabic: سجن صيدنايا العسكري); a.k.a. SAYDNAYA PRISON), Syria [SYRIA-EO13894].

SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей) (a.k.a. SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семёнович); a.k.a. SEDOV, Alexei; a.k.a. SEDOV, Alexei Semenovich), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семёнович) (a.k.a. SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей); a.k.a. SEDOV, Alexei; a.k.a. SEDOV, Alexei Semenovich), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEDOV, Alexei (a.k.a. SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей); a.k.a. SEDOV, Aleksei Semyonovich (Cyrillic: СЕДОВ, Алексей Семёнович); a.k.a. SEDOV, Alexei Semenovich), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEDOV, Alexei Semenovich (a.k.a. SEDOV, Aleksei (Cyrillic: СЕДОВ, Алексей); a.k.a. SEDOV, Aleksei Semyonovich (Cyrillic:

СЕДОВ, Алексей Семёнович); a.k.a. SEDOV, Alexei), Russia; DOB 26 Aug 1954; POB Sochi, Russia; nationality Russia; Gender Male (individual) [NPWMD].

SEED AHMED, Ashraf (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

SEED AHMED, Ashraff (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Ashraf; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

SEEDAHMED, Ashiraf (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Ashraf; a.k.a. SEED AHMED, Ashraff; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

SEGOVIA IMPORT & EXPORT CORP. (a.k.a. SEGOVIA IMPORT AND EXPORT CORP.), Panama; RUC # 1153864-1-572287 (Panama) [SDNTK].

SEGOVIA IMPORT AND EXPORT CORP. (a.k.a. SEGOVIA IMPORT & EXPORT CORP.), Panama; RUC # 1153864-1-572287 (Panama) [SDNTK].

SEGUJJA, Elias (a.k.a. SUGUJA, Fezza; a.k.a. "Faiza"; a.k.a. "Feeza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

SEGUNDA MARQUETALIA (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

SEGUROS LA VITALICIA C.A. (a.k.a. LA VITALICIA), Caracas, Venezuela; National ID No. J310205361 (Venezuela) [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

SEIF, Mahmoud (a.k.a. AL-SAYF, Mahmud; a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen); DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR].

SEIF, Valiollah, Iran; DOB 1952; POB Nahavand, Hamadan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SEIFI, Asadollah (a.k.a. SEIFY, Asadollah; a.k.a. SEYFI, Esdaleh); DOB 04 Apr 1965; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR] (Linked To: ATLAS EXCHANGE).

SEIFY, Asadollah (a.k.a. SEIFI, Asadollah; a.k.a. SEYFI, Esdaleh); DOB 04 Apr 1965; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR] (Linked To: ATLAS EXCHANGE).

SEIN, Aye Nu (a.k.a. AYE, Nu Sein; a.k.a. SEIN, Daw Aye Nu), Naypyitaw, Burma; DOB 24 Mar 1957; POB Sittwe, Burma; nationality Burma; citizen Burma; Gender Female; State Administrative Council Member (individual) [BURMA-EO14014].

SEIN, Daw Aye Nu (a.k.a. AYE, Nu Sein; a.k.a. SEIN, Aye Nu), Naypyitaw, Burma; DOB 24 Mar 1957; POB Sittwe, Burma; nationality Burma; citizen Burma; Gender Female; State Administrative Council Member (individual) [BURMA-EO14014].

SEK STUDIO (a.k.a. APRIL 26 CHILDREN'S ANIMATION FILM STUDIO; a.k.a. SCIENTIFIC EDUCATION KOREA STUDIO), Pyongyang, Korea, North; China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Motion picture, video and television programme production activities; Target Type State-Owned Enterprise [DPRK3].

SEKHTA EPANASTATON (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

SEKTA EPANASTATON (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

SELASSIE, Ta'ame Abraham (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena);

Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

SELASSIE, Te'ame Abraha (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

SELASSIE, Te'ame Abraham (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

SELEK, Atilla (a.k.a. "MUAZ"); DOB 28 Feb 1985; POB Ulm, Germany; nationality Germany; Passport 702142921 (Germany) expires 03 Dec 2011; National ID No. 702092811 (Germany) expires 06 Apr 2010; Passport and National ID were issued in Ulm, Germany.  Currently incarcerated at JVA Bruchsal prison. (individual) [SDGT].

SELEM, Ahmed Conami (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

SELEZNYOV, Valery Sergeyevich (Cyrillic: СЕЛЕЗНЕВ, Валерий Сергеевич), Russia; DOB 05 Sep 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SELIMI, Rexhep; DOB 15 Mar 1971; POB Iglarevo, Serbia and Montenegro (individual) [BALKANS].

SELIN TECHNIC CO (a.k.a. SELIN TECHNIC KISH COMPANY), No. 118 NE. 1st Floor, Venoos Complex, Kish, Iran; Africa Avenue, between Mirdamad Avenue and Zafar Avenue, Yazdapanah Street, Number 40, Unit 7, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

SELIN TECHNIC KISH COMPANY (a.k.a. SELIN TECHNIC CO), No. 118 NE. 1st Floor, Venoos Complex, Kish, Iran; Africa Avenue, between Mirdamad Avenue and Zafar Avenue, Yazdapanah Street, Number 40, Unit 7, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

SELITSKI, Viktar Frantsavich (Cyrillic: СЕЛІЦКІ, Віктар Францавіч) (a.k.a. SELITSKIY, Victor Frantsevich (Cyrillic: СЕЛИЦКИЙ, Виктор Францевич)), Minsk, Belarus; DOB 1975; POB Mosty Pravye, Mostovsky district, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

SELITSKIY, Victor Frantsevich (Cyrillic: СЕЛИЦКИЙ, Виктор Францевич) (a.k.a. SELITSKI, Viktar Frantsavich (Cyrillic: СЕЛІЦКІ, Віктар Францавіч)), Minsk, Belarus; DOB 1975; POB Mosty Pravye, Mostovsky district, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

SELIVANOV, Alexei Sergeevich (Cyrillic: СЕЛИВАНОВ, Алексей Сергеевич) (a.k.a. SELIVANOV, Oleksiy Sergeevich (Cyrillic: СЕЛІВАНОВ, Олексій Сергійович)), 20 Dashavskaya St., Kyiv, Ukraine; Energodar, Ukraine; DOB 07 Dec 1980; POB Kyiv, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

SELIVANOV, Oleksiy Sergeevich (Cyrillic: СЕЛІВАНОВ, Олексій Сергійович) (a.k.a. SELIVANOV, Alexei Sergeevich (Cyrillic: СЕЛИВАНОВ, Алексей Сергеевич)), 20 Dashavskaya St., Kyiv, Ukraine; Energodar, Ukraine; DOB 07 Dec 1980; POB Kyiv, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

SELIVERSTOV, Ivan Vladimirovich, Moscow, Russia; DOB 10 Mar 1989; POB Magdeburg, Germany; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SELIVERSTOV, Viktor Valentinovich (Cyrillic: СЕЛИВЕРСТОВ, Виктор Валентинович), Russia; DOB 02 Aug 1954; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف) (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELKBAF; a.k.a. SELKBAF CO; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF CO; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF CO (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF; a.k.a. SELKBAF SPINNING AND WEAVING FACTORIES), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF SPINNING AND WEAVING FACTORIES (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی); a.k.a. SELKBAF; a.k.a. SELKBAF CO), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELKBAF SPINNING AND WEAVING FACTORIES (a.k.a. RISANDEGI VA BAFANDEGIE SELK BAF; a.k.a. SELK BAF SPINNING AND WEAVING FACTORIES PRODUCTION COMPANY (Arabic: شرکت تولیدی کارخانجات ریسندگی و بافندگی سلک باف); a.k.a. SELKBAF; a.k.a. SELKBAF CO), Km 4, Avenue No 2, Balvar Jomhori Islami, Yazd, Iran; 5 km of Toos Street, Esteghlal St., Jomhuri Boulevard, Yazd, Iran; Website http://selkbaf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10840029767 (Iran); Registration Number 302 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SELMAN, Ma'alim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SELSELAT AL THAHAB (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SELSELAT AL THAHAB FOR MONEY EXCHANGE (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SELTAN MOHAMMEDI, Mohammed (a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran;

alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport 093104973 (United Kingdom); alt. Passport 093234017 (United Kingdom); alt. Passport 099156908 (United Kingdom); alt. Passport U11283369 (Iran); alt. Passport S2760238Z; National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: SOLTECH INDUSTRY CO., LTD.).

SEMENCHEV, Igor Igorevich (Cyrillic: СЕМЕНЧЕВ, Игор Игорович) (a.k.a. SEMENCHEV, Ihor Ihorovych (Cyrillic: СЕМЕНЧЕВ, Iгор Iгорович)), 2B Krasnoarmeyskaya Street, Antonovka Village, Kherson, Kherson Region, Ukraine; DOB 21 Jan 1982; nationality Ukraine; Gender Male; Tax ID No. 2997111978 (Ukraine) (individual) [RUSSIA-EO14024].

SEMENCHEV, Ihor Ihorovych (Cyrillic: СЕМЕНЧЕВ, Iгор Iгорович) (a.k.a. SEMENCHEV, Igor Igorevich (Cyrillic: СЕМЕНЧЕВ, Игор Игорович)), 2B Krasnoarmeyskaya Street, Antonovka Village, Kherson, Kherson Region, Ukraine; DOB 21 Jan 1982; nationality Ukraine; Gender Male; Tax ID No. 2997111978 (Ukraine) (individual) [RUSSIA-EO14024].

SEMENOV, Roman (a.k.a. "POMA"; a.k.a. "ROMA"), Dubai, United Arab Emirates; DOB 08 Nov 1987; nationality Russia; Email Address semenov.roma@gmail.com; alt. Email Address semenovroma@gmail.com; alt. Email Address semenov.roman@mail.ru; alt. Email Address poma@tornado.cash; Gender Male; Digital Currency Address - ETH 0xdcbEfFBECcE100cCE9E4b153C4e15cB8856 43193; alt. Digital Currency Address - ETH 0x5f48c2a71b2cc96e3f0ccae4e39318ff0dc375b 2; alt. Digital Currency Address - ETH 0x5a7a51bfb49f190e5a6060a5bc6052ac14a3b 59f; alt. Digital Currency Address - ETH 0xed6e0a7e4ac94d976eebfb82ccf777a3c6bad 921; alt. Digital Currency Address - ETH 0x797d7ae72ebddcdea2a346c1834e04d1f8df1 02b; alt. Digital Currency Address - ETH 0x931546D9e66836AbF687d2bc64B30407bAc 8C568; alt. Digital Currency Address - ETH 0x43fa21d92141BA9db43052492E0DeEE5aa5f 0A93; alt. Digital Currency Address - ETH 0x6be0ae71e6c41f2f9d0d1a3b8d0f75e6f6a0b4

6e; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 731969851 (Russia) (individual) [DPRK3] [CYBER2].

SEMENOVA, Elena Iurevna (a.k.a. SEMENOVA, Olena Yurevna); DOB 06 Dec 1978; citizen Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport ER747251 (Ukraine); National ID No. 2882908207 (Ukraine) (individual) [UKRAINE-EO13661].

SEMENOVA, Olena Yurevna (a.k.a. SEMENOVA, Elena Iurevna); DOB 06 Dec 1978; citizen Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport ER747251 (Ukraine); National ID No. 2882908207 (Ukraine) (individual) [UKRAINE-EO13661].

SEMIGIN, Gennady Yuryevich (Cyrillic: СЕМИГИН, Геннадий Юрьевич), Russia; DOB 23 Mar 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SEMISOTOV, Nikolai Petrovich (Cyrillic: СЕМИСОТОВ, Николай Петрович), Russia; DOB 02 Dec 1968; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SEMNANI, Reza Ebadzadeh (a.k.a. EBAD ZADEH, Reza; a.k.a. EBADZADEH, Reza), Tehran, Iran; DOB 13 Jun 1964; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Passport H40620699 (Iran); National ID No. 0941786821 (Iran); Director of Main Street 1095 Proprietary Limited (individual) [IRAN-EO13846] (Linked To: MAIN STREET 1095 PROPRIETARY LIMITED).

SEMYONOV, Valery Vladimirovich (Cyrillic: СЕМЁНОВ, Валерий Владимирович), Russia; DOB 16 Sep 1960; nationality Russia; Gender Male; Member of the Federation Council of the

Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SENAT SHIPPING & TRADING PTE LTD (a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a. SENAT SHIPPING AND TRADING PRIVATE LIMITED; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING AGENCY LTD (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a. SENAT SHIPPING AND TRADING PRIVATE LIMITED; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING AND TRADING LTD (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING PRIVATE LIMITED; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214;

OFFICE OF FOREIGN ASSETS CONTROL

Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING AND TRADING PRIVATE LIMITED (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a. SENAT SHIPPING LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENAT SHIPPING LIMITED (a.k.a. SENAT SHIPPING & TRADING PTE LTD; a.k.a. SENAT SHIPPING AGENCY LTD; a.k.a. SENAT SHIPPING AND TRADING LTD; a.k.a. SENAT SHIPPING AND TRADING PRIVATE LIMITED), 36-02 A, Suntec Tower, 9, Temasek Boulevard, Singapore 038989, Singapore; 9 Temasek Boulevard, 36-02A, Singapore 038989, Singapore; Panama City, Panama; PO Box 957, Offshore Incorporations Centre Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5179245; alt. Identification Number IMO 5405737 [DPRK].

SENDERO LUMINOSO (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

SENE, Elmir (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SENGULER, Alaeddin (Latin: ŞENGÜLER, Alaeddin), Istanbul, Turkey; DOB 03 Sep 1959; POB Cairo, Egypt; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U01689546 (Turkey) expires 16 Mar 2021; National ID No. 35677708676 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

SENIN, Vladimir Borisovich (Cyrillic: СЕНИН, Владимир Борисович), Russia; DOB 17 Sep 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SENSE SHIPPING AND TRADING SDN. BHD. (f.k.a. EASTCHEM SHIPPING SDN. BHD.), NO 43-M, Jalan Thambypillai off Jalan Tun Sambanthan, Kuala Lumpur, MY-14 50470, Malaysia; P04-18 Impian Meridian Commerze, Jalan Subang 1, USJ 1, Subang Jaya, MY-10 47600, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 May 2021; Business Registration Number 202101016872 (Malaysia) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SENTYABR OOO (a.k.a. LIMITED LIABILITY COMPANY SEPTEMBER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕНТЯБРЬ)), 46 Kolyvanova Street, Ozersk 456784, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7422041110 (Russia); Registration Number 1077422003339 (Russia) [RUSSIA-EO14024].

SENUSSI, Abdullah (a.k.a. AL-SENUSSI, Abdullah); DOB 1949; POB Sudan; Director of Military Intelligence; Colonel (individual) [LIBYA2].

SEPAH (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH COOPERATIVE FOUNDATION (a.k.a. BONYAD TAAVON SEPAH; a.k.a. BONYAD-E TA'AVON-E; a.k.a. IRGC COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SEPAH PASDARAN (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS;

a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH PASDARAN AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

SEPAHAN CEMENT (a.k.a. SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT CONCRETE PRODUCTS (a.k.a. FARAVARDEHAYE BOTONI SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT INVESTMENT (a.k.a. SARMAYE GOZARI SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT PAKAT-SAZI SHAFAGH (a.k.a. PAKAT SAZI SHAFAGH SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN CEMENT RAHNAVARD PRODUCTS TRANSPORTATION (a.k.a. HAML VA NAGHL KALAHAYE RAHNAVARD SIMAN SEPAHAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPAHAN SARMAD ELECTRONIC (a.k.a. SARMAD ELECTRONIC SEPAHAN COMPANY (Arabic: شرکت سرمد الکترونیک سپاهان); a.k.a. SARMAD ELECTRONICS SEPAHAN PRIVATE LIMITED COMPANY), First Floor, No. 20, 7(28) Mir Emad Street, Mir Emad Street Shamshad, Central Sector, Isfahan City, Isfahan Province 8138961456, Iran; Organization Established Date 08 Jul 2000; Identification Number 10260371950 (Iran); Registration Number 16257 (Iran) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SEPAH-E PASDARAN ENGHELAB ISLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS;

a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH-E PASDARAN-E ENQELAB-E ESLAMI (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN ENGHELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

SEPAH-E QODS (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM)

FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

SEPAH-E QODS (JERUSALEM FORCE) (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

SEPANIR (a.k.a. SEPANIR ESTABLISHMENT; a.k.a. SEPANIR OIL AND GAS ENGINEERING COMPANY), No. 319 Shahid Bahonar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

SEPANIR ESTABLISHMENT (a.k.a. SEPANIR; a.k.a. SEPANIR OIL AND GAS ENGINEERING COMPANY), No. 319 Shahid Bahonar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

SEPANIR OIL AND GAS ENGINEERING COMPANY (a.k.a. SEPANIR; a.k.a. SEPANIR ESTABLISHMENT), No. 319 Shahid Bahonar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

SEPASAD ENGINEERING COMPANY, No. 4 Corner of Shad St., Mollasadra Ave., Vanak Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

SEPEHR ENERGY JAHAN NAMA PARS COMPANY (Arabic: شرکت سپهر انرژی جهان نمای پارس), Floor 1, No. 41, Shahid Doctor Beheshti Street, Doctor Ali Shariati Street, Niloofar-Shahid Ghandi, Central District, Tehran, Tehran Province 1559649899, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Nov 2022; National ID No. 14011674086 (Iran); Business Registration Number 605057 (Iran) [SDGT]

[IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

SEPEHR IRANIAN INSURANCE SERVICES, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPEHR MASHAHD CEMENT TRANSPORTATION (a.k.a. HAML VA NAGHL SEPEHR SIMAN MASHHAD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SEPIASHVILI, Moshe Israel (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SEPID SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEPRIV, S.A. DE C.V., Calle Donato Guerra No. 649, 1, Col. Centro, Culiacan, Sinaloa, Mexico; R.F.C. SEP980319668 (Mexico) [SDNTK].

SEPTEM CAPITAL LIMITED LIABILITY COMPANY (a.k.a. INVESTITSIONNAYA KOMPANIYA SEPTEM; a.k.a. SEPTEM CAPITAL LLC), Ul. Odesskaya D. 2, Pom. 6, Moscow 117638, Russia; Website septemcapital.ru; Tax ID No. 7703809863 (Russia); Registration Number 1147746436749 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SEPTEM CAPITAL LLC (a.k.a. INVESTITSIONNAYA KOMPANIYA SEPTEM; a.k.a. SEPTEM CAPITAL LIMITED LIABILITY COMPANY), Ul. Odesskaya D. 2, Pom. 6, Moscow 117638, Russia; Website septemcapital.ru; Tax ID No. 7703809863 (Russia); Registration Number 1147746436749 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SEPULVEDA PORTILLO, Obed Christian, Mexico; DOB 20 May 1982; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. SEPO820520HJCPRB00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SEQUOIA TREUHAND TRUST REG, Poststrasse 2, Ruggell, LI-06 9491, Liechtenstein; Website https://sequoia.li; Organization Established Date 2007; Legal Entity Number 5299007BJ0JWBN3WVQ35; Registration Number FL-0002.222.366-2 (Liechtenstein) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

SERAJ, Reza, Iran; DOB 09 Aug 1965; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U50683554 (Iran) expires 18 Sep 2024; alt. Passport D10009891 (Iran) expires 28 May 2027 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SERANIC, Alen, Bosnia and Herzegovina; DOB 17 Apr 1977; POB Banja Luka, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

SERB DEMOCRATIC PARTY (a.k.a. SRPSKA DEMOKRATSKA STRANKA; a.k.a. "SDS"), Kralja Alfonsa XIII, Number 1, Banja Luka 78000, Bosnia and Herzegovina [BALKANS].

SERBIN, Andrey, Russia; DOB 01 Nov 1986; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3].

SERCUBA (a.k.a. WWW.SERCUBA.COM), Gral. Gomez #105 e/ Maceo e Independencia, Camaguey, Cuba; Calle 29 #5218 e/ 52 y 54 Edif. Cimex, Cienfuegos, Cuba; Libertad s/n, e/ Honorato del Castillo y Maceo, Ciego de Avila, Cuba; Calle 6 #408 esq. 3ra. Ave. Miramar Playa, La Habana, Cuba; Edif. Las Novedades altos Ave. Frank Pais e/ Segunda y Aven. Figueredo. Rpto. Jesus Menendez. Bayamo, Granma, Cuba; Crombet s/n e/ Los Maceos y Moncada, Guantanamo, Cuba; Frexes #216 e/ Maceo y Martires, Holguin, Cuba; Ave. 1ro. De Mayo s/n. Moa, Holguin, Cuba; Vicente Garcia #28 e/ Julian Santana y Francisco Vega, Tienda La Nueva, Las Tunas, Cuba; Calle 40 esq. Playa. Varadero, Matanzas, Cuba; Calle Ayuntamiento e/ Medio y Rio, Matanzas, Cuba; Gerardo Medina #633, Pinar del Rio, Cuba; Independencia #171 Sur, altos, Sancti Spiritus, Cuba; Felix Pena #565 e/ Jose A. Saco y Aguilera, Santiago de Cuba, Cuba; Carretera Central Km. 298 Banda Esperanza, Villa Clara,

Cuba; Calle 39 e/ 30 y 32 Altos del Servi Cupet "El parque", Isla de la Juventud, Cuba [CUBA].

SERDIUKOV, Sergei (a.k.a. SERDYUKOV, Sergey Anatolevich (Cyrillic: СЕРДЮКОВ, Сергей Анатольевич)), 7 Mokhovaya, St. Saint Petersburg 191028, Russia; DOB 23 Jun 1987; POB Leningrad, Russia; nationality Russia; Gender Male; Passport 753062010 (Russia); National ID No. 4007341959 (Russia); Tax ID No. 782512960173 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

SERDYUKOV, Anatoly Eduardovich (Cyrillic: СЕРДЮКОВ, Анатолий Эдуардович), Moscow, Russia; DOB 08 Jan 1962; POB Krasnodar, Russia; nationality Russia; Gender Male; Passport 100088011 (Russia) (individual) [RUSSIA-EO14024].

SERDYUKOV, Sergey Anatolevich (Cyrillic: СЕРДЮКОВ, Сергей Анатольевич) (a.k.a. SERDIUKOV, Sergei), 7 Mokhovaya, St. Saint Petersburg 191028, Russia; DOB 23 Jun 1987; POB Leningrad, Russia; nationality Russia; Gender Male; Passport 753062010 (Russia); National ID No. 4007341959 (Russia); Tax ID No. 782512960173 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

SERDYUKOVA, Natalya Anatolevna (Cyrillic: СЕРДЮКОВА, Наталья Анатольевна), Russia; DOB 2003; nationality Russia; Gender Female; Tax ID No. 780161474499 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

SEREBRIAKOV, Evgenii Mikhaylovich, Russia; DOB 26 Jul 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100135555 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

SEREDA, Marina Konstantinovna, Donetsk Oblast, Ukraine; 27 Anapskoe Highway, Apartment 5, Novorossiysk, Krasnodar Region 353907, Russia; DOB 17 Jul 1985; POB Novorossiysk, Russia; nationality Russia; Gender Female; National ID No. 0305911404 (Russia) (individual) [RUSSIA-EO14024].

SEREDA, Mikhail Leonidovich, Moscow, Russia; DOB 09 May 1970; POB Klintsi, Bryansk Oblast, Russia; nationality Russia; Gender Male; Tax ID No. 780602487039 (Russia) (individual) [RUSSIA-EO14024].

SERGEEVA, Julia (a.k.a. SERGEEVA, Yulia Aleksandrovna), Russia; DOB 22 Jan 1978;

POB Moscow, Russia; nationality Russia; Gender Female; Passport 530329881 (Russia) issued 14 Feb 2013 expires 10 Nov 2021; National ID No. 4503550173 (Russia) (individual) [RUSSIA-EO14024].

SERGEEVA, Yulia Aleksandrovna (a.k.a. SERGEEVA, Julia), Russia; DOB 22 Jan 1978; POB Moscow, Russia; nationality Russia; Gender Female; Passport 530329881 (Russia) issued 14 Feb 2013 expires 10 Nov 2021; National ID No. 4503550173 (Russia) (individual) [RUSSIA-EO14024].

SERGHIDES, Demetrios (a.k.a. SERGHIDES, Demetris; a.k.a. SERGIDIS, Dimitrios), 29 Kosta Pitsilide, Limassol, Cyprus; 35 Avenue de Papalins, Les Sporades, Flat 914, Monaco 98000, Monaco; 6ET N.600 8, Villa Rose, 2 Lacets Saint Leon, Monaco 98000, Monaco; Italy; DOB 18 Dec 1968; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162863 (Cyprus) issued 18 Feb 2014 expires 18 Feb 2024; National ID No. 670766 (Cyprus); Tax ID No. SRGDTR68T18Z211K (Italy) (individual) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

SERGHIDES, Demetris (a.k.a. SERGHIDES, Demetrios; a.k.a. SERGIDIS, Dimitrios), 29 Kosta Pitsilide, Limassol, Cyprus; 35 Avenue de Papalins, Les Sporades, Flat 914, Monaco 98000, Monaco; 6ET N.600 8, Villa Rose, 2 Lacets Saint Leon, Monaco 98000, Monaco; Italy; DOB 18 Dec 1968; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162863 (Cyprus) issued 18 Feb 2014 expires 18 Feb 2024; National ID No. 670766 (Cyprus); Tax ID No. SRGDTR68T18Z211K (Italy) (individual) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

SERGIDIS, Dimitrios (a.k.a. SERGHIDES, Demetrios; a.k.a. SERGHIDES, Demetris), 29 Kosta Pitsilide, Limassol, Cyprus; 35 Avenue de Papalins, Les Sporades, Flat 914, Monaco 98000, Monaco; 6ET N.600 8, Villa Rose, 2 Lacets Saint Leon, Monaco 98000, Monaco; Italy; DOB 18 Dec 1968; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162863 (Cyprus) issued 18 Feb 2014 expires 18 Feb 2024; National ID No. 670766 (Cyprus); Tax ID No. SRGDTR68T18Z211K (Italy) (individual) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

SERGIEVO-POSAD LAND (a.k.a. SERGIEVO-POSAD LEND; a.k.a. SERGIEVO-POSAD LEND LLC; a.k.a. SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД)), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGIEVO-POSAD LEND (a.k.a. SERGIEVO-POSAD LAND; a.k.a. SERGIEVO-POSAD LEND LLC; a.k.a. SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД)), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGIEVO-POSAD LEND LLC (a.k.a. SERGIEVO-POSAD LAND; a.k.a. SERGIEVO-POSAD LEND; a.k.a. SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД)), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGIEVO-POSAD LEND OOO (Cyrillic: ООО СЕРГИЕВО-ПОСАД ЛЭНД) (a.k.a. SERGIEVO-POSAD LAND; a.k.a. SERGIEVO-POSAD LEND; a.k.a. SERGIEVO-POSAD LEND LLC), Ul. Tsentralnaya D. 36, Shemetovo, Sergiev Posad 141335, Russia (Cyrillic: Ул. Центральная д. 36, Шеметово, Сергиев Посад 141335, Russia); Organization Established Date 19 Apr 2011; Tax ID No. 5042118606 (Russia); Registration Number 115042002371 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SERGITOV, Vitali (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan

1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

SERGO ORDZONIKIDZE GEO UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

SERGUN, Igor Dmitrievich; DOB 28 Mar 1957; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Lieutenant General; Chief of the Main Directorate of the General Staff (GRU); Deputy Chief of the General Staff (individual) [UKRAINE-EO13661].

SERHAN, Fadi Hussein (a.k.a. SARHAN, Fadi Husayn; a.k.a. SIRHAN, Fadi), Own Building, Kanisat Marmkhael, Saliba Street, Corniche, Al-Mazraa, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Mseytbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Beirut, Lebanon; Jishi Building, Salim Slam Street, Beirut, Lebanon; Own Building, Main Street, Kfar Kila, Lebanon; Mazraa, Salim Slam St., Borj Al Salam Bldg., Beirut, Lebanon; DOB 01 Apr 1961; POB Kafr Kila, Lebanon; alt. POB Kfarkela, Lebanon; nationality Lebanon; Gender Male; Passport RL 0962973 (Lebanon) expires 08 Feb 2012; alt. Passport RL 3203273 expires 20 May 2020; VisaNumberID 87810564 (United States); alt. VisaNumberID F0962973 (individual) [SDGT] [HIFPAA].

SERIFI ZINDASTI, Naci (a.k.a. KENANI, Emirhan; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی

زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SERIFI-ZINDASTI, Naci (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی

زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SERKO, Aleksey Mikhaylovich (Cyrillic: СЕРКО, Алексей Михайлович) (a.k.a. SERKO, Alexey Mikhaylovich), Russia; DOB 22 Oct 1969; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SERKO, Alexey Mikhaylovich (a.k.a. SERKO, Aleksey Mikhaylovich (Cyrillic: СЕРКО, Алексей Михайлович)), Russia; DOB 22 Oct 1969; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SERNIA ENGINEERING (a.k.a. OOO SERNIYA INZHINIRING (Cyrillic: ООО СЕРНИЯ ИНЖИНИРИНГ)), d. 57A etazh 2 pom. 211 kom. 211-13, ul. Vavilova, Moscow 117292, Russia; Tax ID No. 971529478 (Russia); Government Gazette Number 06644891 (Russia); Registration Number 1177746132563 (Russia) [RUSSIA-EO14024].

SERNIA-FILM CO, LTD, UI 2-YA Filevskaya D 7/19, Korp 6, Moscow 121096, Russia; Organization Established Date 13 Nov 1995; Tax ID No. 7730070772 (Russia); Registration Number 1027739603055 (Russia) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

SERPROVIS S.A. SERVICIOS Y PROVISIONES, Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900023730-2 (Colombia) [SDNT].

SERRALDE PLAZA, Carlos Fernando, c/o AGROPECUARIA SERRO S.A.S., Bogota, Colombia; c/o OBRAS, SERVICIOS Y MANTENIMIENTOS C.A., Ciudad Ojeda, Zulia, Venezuela; Calle 98 Bis No. 57-66, Bogota,

Colombia; Calle 136 No. 59-80 Apto. 102 T-6, Bogota, Colombia; DOB 08 Nov 1950; POB Popayan, Cauca, Colombia; Cedula No. 19134433 (Colombia); alt. Cedula No. 83406533 (Venezuela); Matricula Mercantil No 1751356 (Colombia) (individual) [SDNTK].

SERVIAGRICOLA CIFUENTES E.U., Calle 4 No. 35A-20 Of. 402, Cali, Colombia; NIT # 805025920-1 (Colombia) [SDNT].

SERVIAUTOS UNO A 1A LIMITADA (a.k.a. DIAGNOSTICENTRO LA GARANTIA), Calle 34 No. 5A-25, Cali, Colombia; Carrera 15 No. 44-68, Cali, Colombia; NIT # 800032413-8 (Colombia) [SDNT].

SERVICE IMMOBILIERE ANTIBES SAS, 200 Impasse Felix, Antibes 06160, France; Organization Established Date 18 Sep 2006; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 491975553 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

SERVICE IMMOBILIERE ET GESTION SAS, 200 Impasse Felix, Antibes 06160, France; Organization Established Date 05 Feb 2013; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 791354566 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

SERVICENTRO DEL LAGO (a.k.a. INVERSIONES IRIS MANUELA, S.A.; a.k.a. SERVIFIESTAS ELEGANCE), Guatemala City, Guatemala; NIT # 2688827-0 (Guatemala) [SDNTK].

SERVICENTRO LA GRAN VIA (a.k.a. CONSTRUCTORA W.L.), La Reforma, Zacapa, Guatemala; NIT # 4965647 (Guatemala) [SDNTK].

SERVICIO AEREO DE SANTANDER E.U. (a.k.a. S.A.S. E.U.), Carrera 66 No. 7-31, Bogota, Colombia; NIT # 800543219-8 (Colombia) [SDNT].

SERVICIO DE EQUIPO RODANTE INCORPORADO (a.k.a. "SER INC."), Calle 16 y Ave. Roosevelt Edif. Vida Panama, Zona Libre, Colon, Panama; P.O. Box No. 1578, Zona Libre, Colon, Panama; RUC # 16143-166-154062 (Panama) [SDNTK].

SERVICIO DE PROTECCION Y VIGILANCIA S.A. (a.k.a. "EL GOLIAT"), De Los Semaforos De Seminole, 3 Cuadras al Sur, 2 Cuadras Arriba, 1 Cuadra al Sur, Casa #326, Managua, Nicaragua; Website www.elgoliat.com.ni/; Email Address ventas1@elgoliat.com.ni; alt. Email

Address facturacion@elgoliat.com.ni; RUC # J0310000119627 (Nicaragua) [NICARAGUA].

SERVICIOS ADMINISTRATIVAS DANTWOO, S.A. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 26 Mar 2013; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 1723 (Mexico) [ILLICIT-DRUGS-EO14059].

SERVICIOS ADMINISTRATIVAS FORDTWOO, S.A. DE C.V., Calle Francia 394, Colonia Versalles, Puerto Vallarta, Jalisco, Mexico; Plaza Genovesa S/N L 39, Puerto Vallarta, Jalisco 48305, Mexico; Bucerias, Nayarit, Mexico; Calle Isla Antigua 3017, Colonia Residencial de la Cruz, Guadalajara, Jalisco C.P. 44970, Mexico; R.F.C. SAF130812CL4 (Mexico); Folio Mercantil No. 1754 (Mexico) [ILLICIT-DRUGS-EO14059].

SERVICIOS ADMINISTRATIVAS Y DE ORGANIZACION, S.C., Tijuana, Baja California, Mexico [SDNTK].

SERVICIOS CHULAVISTA, S.A. DE C.V. (n.k.a. GASOLINERA EL CRUCERO LAS TORRES, S.A. DE C.V.), Blvd. Las Torres No. 2622 Pte., Fracc. Prados del Sol, Culiacan, Sinaloa C.P. 80197, Mexico; Calzada Las Torres S/N, Col. Prados del Sol Etapa 1, Culiacan, Sinaloa, Mexico; R.F.C. SCU-070904-T25 (Mexico) [SDNTK].

SERVICIOS DE TRANSPORTE MARUHA, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. "MARUHA REFRIGERADOS"), Culiacan, Sinaloa, Mexico; Organization Established Date 15 Mar 2012; Folio Mercantil No. 81512 (Mexico) [ILLICIT-DRUGS-EO14059].

SERVICIOS EMPRESARIALES FICIE, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 84399 (Jalisco) (Mexico) [SDNTK].

SERVICIOS EMPRESARIALES SODA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 82219 (Jalisco) (Mexico) [SDNTK].

SERVICIOS SILSA S.A.C., Jr. Huantar 278, Lima, Peru; RUC # 20341067112 (Peru) [SDNTK].

SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A., 1a Transversal, Parcela 304-26-06, Zona Industrial Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF # J-31103570-2 (Venezuela) [SDNTK].

SERVICIOS Y GASOLINERAS BARRANCOS, S.A. DE C.V. (a.k.a. PETROBARRANCOS, S.A. DE C.V.), Av. Benjamin Hill No. 5602, Col.

Industrial el Palmito, Culiacan, Sinaloa C.P. 80160, Mexico; R.F.C. PET-990309-G64 (Mexico) [SDNTK].

SERVIFIESTAS ELEGANCE (a.k.a. INVERSIONES IRIS MANUELA, S.A.; a.k.a. SERVICENTRO DEL LAGO), Guatemala City, Guatemala; NIT # 2688827-0 (Guatemala) [SDNTK].

SERVINAVES, S.A., Panama [CUBA].

SERYSHEV, Anatoliy Anatolievich (Cyrillic: СЕРЫШЕВ, Анатолий Анатольевич) (a.k.a. SERYSHEV, Anatoly), Russia; DOB 19 Jul 1965; POB Koblyakovo, Bratsk District, Irkutsk Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SERYSHEV, Anatoly (a.k.a. SERYSHEV, Anatoliy Anatolievich (Cyrillic: СЕРЫШЕВ, Анатолий Анатольевич)), Russia; DOB 19 Jul 1965; POB Koblyakovo, Bratsk District, Irkutsk Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SES AUTOMOBILE (a.k.a. SES GROUP; a.k.a. SES INTERNATIONAL CORP), Harasta Homs Highway, PO Box 241, Damascus, Syria; Harsta Hams Road, PO Box 291, Damascus, Syria [IRAQ2].

SES GROUP (a.k.a. SES AUTOMOBILE; a.k.a. SES INTERNATIONAL CORP), Harasta Homs Highway, PO Box 241, Damascus, Syria; Harsta Hams Road, PO Box 291, Damascus, Syria [IRAQ2].

SES INTERNATIONAL CORP (a.k.a. SES AUTOMOBILE; a.k.a. SES GROUP), Harasta Homs Highway, PO Box 241, Damascus, Syria; Harsta Hams Road, PO Box 291, Damascus, Syria [IRAQ2].

SESELJ, Vojislav; DOB 11 Oct 1954; POB Sarajevo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SET PETROCHEMICALS OY, Ukonvaaja 2 A, Espoo 02130, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SETAD EJRAEI EMAM (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام; a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام) (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام; a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام) (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

SETAREH SHARGH CO. (a.k.a. EAST STAR COMPANY; a.k.a. SATEREH SHARGH MOBIN CO.; a.k.a. SATEREH SHARGH SAMIN CO., LTD.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК) (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar

2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SETELEM BANK OOO (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI

OTVETSTVENNOSTYU), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SETEVAYA KOMPANIYA IRKUT OOO (a.k.a. THE LIMITED LIABILITY COMPANY NETWORKING COMPANY IRKUT), ul. Aviastroitelei d. 28 A, Irkutsk 664020, Russia; Tax ID No. 3810035487 (Russia); Registration Number 1043801429737 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

SETH, Iqbal (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522

(India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

SETTLEMENT NON BANK CREDIT ORGANIZATION METALLURG, 16 Ivana Babushkina, Moscow 117292, Russia; SWIFT/BIC MECCRUM1; Website www.metallurgbank.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7703010220 (Russia); Registration Number 1027739246490 (Russia) [RUSSIA-EO14024].

SEVASTOPOL COMMERCIAL SEAPORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVASTOPOL MERCHANT SEA PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email

Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVASTOPOL SEA PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVASTOPOL SEA TRADE PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

SEVEN SEA GOLDEN GENERAL TRADING LLC, Al Qasimiya Street 25022, Sharjah, United Arab Emirates; Ofc. 413, Al Jumma Bldg., Naif Rd., Deira, Dubai, United Arab Emirates [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

SEVENTH OF TIR (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SEVENTH SENSE COMPANY LIMITED (a.k.a. 7TH SENSE CREATION), Thu Khi Tar Street, No.3 Bauk Htaw (15) Quarter, Yankin Township, Yangon, Burma; Registration Number 119554144 (Burma) issued 03 Apr 2017 [BURMA-EO14014].

SEVERGROUP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРГРУПП) (a.k.a. SEVERGROUP LLC; a.k.a. SEVERGRUPP ООО), 33 Prospekt Pobedy, Cherepovets, Vologda Region 162614, Russia; Organization Established Date 06 Feb 2002; Tax ID No. 3528080360 (Russia); Registration Number 1023501241950 (Russia) [RUSSIA-EO14024].

SEVERGROUP LLC (a.k.a. SEVERGROUP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРГРУПП); a.k.a. SEVERGRUPP ООО), 33 Prospekt Pobedy, Cherepovets, Vologda Region 162614, Russia; Organization Established Date 06 Feb 2002; Tax ID No. 3528080360 (Russia); Registration Number 1023501241950 (Russia) [RUSSIA-EO14024].

SEVERGRUPP ООО (a.k.a. SEVERGROUP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРГРУПП); a.k.a. SEVERGROUP LLC), 33 Prospekt Pobedy, Cherepovets, Vologda Region 162614, Russia; Organization Established Date 06 Feb 2002; Tax ID No. 3528080360 (Russia); Registration Number 1023501241950 (Russia) [RUSSIA-EO14024].

SEVERNAYA SHIPYARD (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNAYA VERF SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA SHIPYARD), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. "LLC NORTHERN STAR"; a.k.a. "NORTH STAR", zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

SEVERNOE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOYE

DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNOYE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SEVERNY PRESS AO (a.k.a. AO SEVERNYI PRESS; a.k.a. JOINT STOCK COMPANY SEVERNIY PRESS; a.k.a. JSC SEVERNY PRESS), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

SEVERO KAVKAZSKOE PGO AO (Cyrillic: СЕВЕРО КАВКАЗСКОЕ ПГО АО), Ulitsa Shosseinaya, 24, Essentuki 357602, Russia; Tax ID No. 2626032740 (Russia); Registration Number 1042600112752 (Russia) [RUSSIA-EO14024].

SEVERO VOSTOCHNOE PGO AO (Cyrillic: СЕВЕРО ВОСТОЧНОЕ ПГО АО), Ulitsa Dzerzhinskogo, 6, Magadan 685000, Russia; Tax ID No. 4909088095 (Russia); Registration Number 1054900054440 (Russia) [RUSSIA-EO14024].

SEVERO ZAPADNAYA PODSHIPNIKOVAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY NORTHWESTERN BEARING COMPANY), Polyustrovskii Prt D. 70, Saint Petersburg 195197, Russia; Tax ID No. 7826058631 (Russia); Registration Number 1027810311572 (Russia) [RUSSIA-EO14024].

SEVERO ZAPADNOE PGO AO (Cyrillic: СЕВЕРО ЗАПАДНОЕ ПГО АО), Ulitsa Fayansovaya, Dom 20, Korp. 1 litera A pomeshch, 5n 32, Saint Petersburg 192019, Russia; Tax ID No. 7801601373 (Russia); Registration Number 1137847172000 (Russia) [RUSSIA-EO14024].

SEVMORNEFTEGEOFIZIKA AO (Cyrillic: СЕВМОРНЕФТЕГЕОФИЗИКА АО) (a.k.a. SEVMORNEFTEGEOFIZIKA JSC; a.k.a. "SMNG AO"), Ulitsa Karla Marksa, Dom 17, Murmansk 183025, Russia; Tax ID No. 5190123078 (Russia); Registration Number 1045100152294 (Russia) [RUSSIA-EO14024].

SEVMORNEFTEGEOFIZIKA JSC (a.k.a. SEVMORNEFTEGEOFIZIKA AO (Cyrillic: СЕВМОРНЕФТЕГЕОФИЗИКА АО); a.k.a. "SMNG AO"), Ulitsa Karla Marksa, Dom 17, Murmansk 183025, Russia; Tax ID No. 5190123078 (Russia); Registration Number 1045100152294 (Russia) [RUSSIA-EO14024].

SEWA SECURITY SERVICES (Latin: SEWA SÉCURITÉ SERVICES), Central African Republic; Organization Established Date 2017; Organization Type: Private security activities; Target Type Private Company [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

SEYED ALHOSSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYEDOLHOSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SEYED AL-SHOHADA, Ahmad Khadem (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سيدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SEYEDOLHOSEINI, Akbar (a.k.a. SAEED HUSAINI, Akbar; a.k.a. SAYED ALHOSSEINI, Akbar; a.k.a. SAYEDOLHUSSEINI, Akbar; a.k.a. SAYYED AL-HOSEINI, Akbar; a.k.a. SEYED ALHOSSEINI, Akbar); DOB 22 Nov 1961; POB Taybad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004309 issued 12 Nov 2008 expires 13 Nov 2013 (individual) [SDGT] [IRGC] [IFSR].

SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سيدالشهدا, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SEYFI, Esdaleh (a.k.a. SEIFI, Asadollah; a.k.a. SEIFY, Asadollah); DOB 04 Apr 1965; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR] (Linked To: ATLAS EXCHANGE).

SEYMEH (a.k.a. SEYMEH S.R.L.; a.k.a. SOLUCIONES ELECTRICAS Y MECANICAS HADOM S.R.L.), Ave 27 de Febrero #10 entre Maximo Gomez y, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130819084 (Dominican Republic) [GLOMAG].

SEYMEH ENGINEERING (a.k.a. SEYMEH INGENIERIA SRL), AV/27 De Febrero, No. 10, Apto. Seymeh, Miraflores, Dominican Republic; Tax ID No. 130870802 (Dominican Republic) [GLOMAG].

SEYMEH INGENIERIA SRL (a.k.a. SEYMEH ENGINEERING), AV/27 De Febrero, No. 10, Apto. Seymeh, Miraflores, Dominican Republic; Tax ID No. 130870802 (Dominican Republic) [GLOMAG].

SEYMEH S.R.L. (a.k.a. SEYMEH; a.k.a. SOLUCIONES ELECTRICAS Y MECANICAS HADOM S.R.L.), Ave 27 de Febrero #10 entre Maximo Gomez y, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130819084 (Dominican Republic) [GLOMAG].

SEYYED MOHAMMAD REZA ALE ALI CURRENCY EXCHANGE (a.k.a. HITAL EXCHANGE; a.k.a. SARAFI SEYYED MOHAMMAD REZA ALE ALI AND PARTNERS), No. 2486, Tolu Shopping Center, Vali Asr Street, Tavanir Street, Tehran 1434853851, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005467510 (Iran); Registration Number 483939 (Iran) [SDGT] [IFSR] (Linked To: ALE ALI, Mohammad Reza).

SEYYEDI, Seyed Nasser Mohammad; DOB 21 Apr 1963; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B14354139 (Iran); alt. Passport L18507193 (Iran); alt. Passport X95321252 (Iran); Managing Director, Sima General Trading (individual) [IRAN].

SEZ ZELENOGRAD (a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW; a.k.a. JSC SEZ TECHNOPOLIS MOSCOW; f.k.a. TVZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

SFG BALTIKA (a.k.a. OOO ESEFDZHI BALTIKA), Per. 3-I Verkhnii D. 10, Lit. E, Office 1, Saint Petersburg 194292, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7814677901 (Russia); Registration Number 1177847008019 (Russia) [RUSSIA-EO14024].

SFTUE BELSPETSVNESHTEKNIKA (Cyrillic: ГВТУП БЕЛСПЕЦВНЕШТЕХНИКА) (a.k.a. BELSPETSVNESHTEKNIKA GVTUP (Cyrillic: БЕЛСПЕЦВНЕШТЕХНИКА ГВТУП); a.k.a. STATE OWNED FOREIGN TRADE UNITARY ENTERPRISE BELSPETSVNESHTEKNIKA (Cyrillic: ГОСУДАРСТВЕННОЕ ВНЕШТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛСПЕЦВНЕШТЕХНИКА)), st. Kalinovskogo, 8, Minsk 220103, Belarus (Cyrillic: ул. Калиновского, д. 8, Минск 220103, Belarus); Organization Established Date 18 Dec 1995; Registration Number 101080981 (Belarus) [BELARUS-EO14038].

SG-DEVELOPMENT, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; a.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SGM MOST OOO (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM-MOST LLC; a.k.a. SGM-BRIDGE), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

SGM-BRIDGE (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM MOST OOO; a.k.a. SGM-MOST LLC), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

SGM-MOST LLC (f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SGM MOST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'SGM-MOST'; a.k.a. SGM MOST OOO; a.k.a. SGM-BRIDGE), d. 10 korp. 3 ul. Neverovskogo, Moscow 121170, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157746088170 (Russia); Tax ID No. 7730018980 (Russia); Government Gazette Number 29170220 (Russia) [UKRAINE-EO13685].

SHAABAN, Bouthaina (a.k.a. SHAABAN, Buthaina), Rawda Sq., Damascus, Syria; DOB 1953; POB Homs, Syria; Presidential Political and Media Advisor; Minister, Political and Media Advisor at the Presidency; Doctor (individual) [SYRIA].

SHAABAN, Buthaina (a.k.a. SHAABAN, Bouthaina), Rawda Sq., Damascus, Syria; DOB 1953; POB Homs, Syria; Presidential Political and Media Advisor; Minister, Political and Media Advisor at the Presidency; Doctor (individual) [SYRIA].

SHAAHISTA SHOES CC, 115 Russel St, Durban, KwaZulu-Natal 4001, South Africa; 161 Stamford Hill Rd, Durban, KwaZulu-Natal 4001, South Africa; P.O. Box 19596, Dormerton, Durban, KwaZulu-Natal 4015, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Mar 2004; Tax ID No. 9209696153 (South Africa); Trade License No. 2004/023017/23 (South Africa); Enterprise Number B2004023017 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

SHAALAN, Abdul Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

SHAAMIL, Hussain (a.k.a. SHAMIL, Hussain), Male, Maldives; DOB 11 May 1984; POB Guraidhoo, Kaafu Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0491049 (Maldives); National ID No. A096689 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHABAAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST

MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

SHABAN, Adib (a.k.a. AL-ANI, Adib Shaban; a.k.a. SHABAN, Dr. Adib); DOB 1952; nationality Iraq (individual) [IRAQ2].

SHA'BAN, Basil, Syria; DOB 25 Jan 1981; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHABAN, Dr. Adib (a.k.a. AL-ANI, Adib Shaban; a.k.a. SHABAN, Adib); DOB 1952; nationality Iraq (individual) [IRAQ2].

SHABBAN, Basheer (a.k.a. AL-SHABANI, Bashir Abd al Kazim Alwan; a.k.a. ALSHABBANI, Basheer; a.k.a. AL-SHABBANI, Basheer Abdulkadhim Alwan), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

SHABBIHA (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHAH; a.k.a. SHABEEHA; a.k.a. SHABIHA), Syria [SYRIA].

SHABBIHAH (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHA; a.k.a. SHABEEHA; a.k.a. SHABIHA), Syria [SYRIA].

SHABBIR, Abu Saad (a.k.a. ABDULLAH, Mian; a.k.a. SHABIR, Abu Sa'ad; a.k.a. SHABIR, Abu Saad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

SHABEEHA (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHA; a.k.a. SHABBIHAH; a.k.a. SHABIHA), Syria [SYRIA].

SHA'BI COMMITTEES (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

SHA'BI FORCE (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

SHABIB, Ahmad Khalaf (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

SHABIB, Ahmad Khalaf Abd (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

SHABIHA (a.k.a. AL-SHABBIHAH; a.k.a. SHABBIHA; a.k.a. SHABBIHAH; a.k.a. SHABEEHA), Syria [SYRIA].

SHABIR, Abu Saad (a.k.a. ABDULLAH, Mian; a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ad; a.k.a. "SHABIR, Ustad"); DOB 1973;

alt. DOB 1972; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

SHABIR, Abu Sa'ad (a.k.a. ABDULLAH, Mian; a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Saad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

SHACKUTIN, Alexander (a.k.a. SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич); a.k.a. SHAKUTIN, Alexander Vasileyevich; a.k.a. SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч)), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHADAYEV, Maksut Igorevich (Cyrillic: ШАДАЕВ, Максут Игоревич), Moscow, Russia; DOB 11 Nov 1979; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 771121110109 (Russia) (individual) [RUSSIA-EO14024].

SHADI FOR CARS TRADING, Tayyouneh-Bdeir Building, 2nd Floor, Beirut, Lebanon [NPWMD].

SHADID, Ahkmad Kalaf (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

SHAFAGH SANUBAR YAZD COMPANY (a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOBAR COMPANY (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOBAR YAZD CO. LTD (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOBAR YAZD COMPANY LIMITED (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOWBAR YAZD CO.), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAGH SENOWBAR YAZD CO. (a.k.a. SHAFAGH SANUBAR YAZD COMPANY; a.k.a. SHAFAGH SENOBAR COMPANY; a.k.a. SHAFAGH SENOBAR YAZD CO. LTD; a.k.a. SHAFAGH SENOBAR YAZD COMPANY LIMITED), F3, No 6, Abdollahi Jonoobi Alley, Ashkestanpour Jonoobi Alley, Andarzgoo Blvd, Farmanye, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

SHAFAHI, Ahmad (Arabic: احمد شفاهی) (a.k.a. SHAFA'I, Ahmad (Arabic: احمد شفائی)), Sistan and Baluchistan, Iran; DOB 21 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of Salman Corps in Sistan and Baluchistan province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAFA'I, Ahmad (Arabic: احمد شفائی) (a.k.a. SHAFAHI, Ahmad (Arabic: احمد شفاهی)), Sistan

and Baluchistan, Iran; DOB 21 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of Salman Corps in Sistan and Baluchistan province (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAFA'I, Mohsen; DOB 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

SHAFI'INASAB, Alireza (a.k.a. NASAB, Ali Reza Shafi'i; a.k.a. NASAB, Alireza Shafie (Arabic: علی رضا شفیعی نسب), Tehran, Iran; DOB 21 Feb 1985; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1288452152 (Iran); Birth Certificate Number 5160 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SHAFIU, Ali, Afghanistan; DOB 07 Sep 1988; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TVacWx7F5wgMgn49L5frDf9KLgdYy8nPHL; Passport E0491095 (Maldives) expires 16 Jun 2019; National ID No. A325164 (Maldives) (individual) [SDGT] (Linked To: ISIL KHORASAN).

SHAGIVALEEV, Timur (a.k.a. SHAGIVALEEV, Timur Nailevich (Cyrillic: ШАГИВАЛЕЕВ, Тимур Наилевич)), Tatarstan, Russia; DOB 28 Jan 1978; POB Kazan, Russia; nationality Russia; Gender Male; Passport 753129173 (Russia) expires 29 Apr 2026; National ID No. 9201745357 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

SHAGIVALEEV, Timur Nailevich (Cyrillic: ШАГИВАЛЕЕВ, Тимур Наилевич) (a.k.a. SHAGIVALEEV, Timur), Tatarstan, Russia; DOB 28 Jan 1978; POB Kazan, Russia; nationality Russia; Gender Male; Passport 753129173 (Russia) expires 29 Apr 2026; National ID No. 9201745357 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL

ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

SHAH KARAMI, Jamal (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاکرمی); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAH KARAMI, Jamal Mohammad Mirza (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاکرمی); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAH, Bobby (a.k.a. DJEBELIBAK, Bahman; a.k.a. DJEBELELIBAK, Bahman), Vancouver, Canada; DOB 19 Jul 1982; nationality Canada; citizen Canada; Gender Male [ILLICIT-DRUGS-EO14059].

SHAH, Haji Ahmad (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Maulawi Ahmed; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Haji Mullah Ahmad (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Maulawi Ahmed; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Maulawi Ahmed (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Mullah Mohammed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Mohammad Yousuf (a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mohammad Yusuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mohammed Yusaf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mohd Yosuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mohd Yousuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mohd Yusuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mukhtar Hamid, 1 Hill Park Jhellum Road, Rawalpindi, Punjab, Pakistan; DOB 11 Aug 1939; alt. DOB 08 Nov 1939; POB Chakwal, Pakistan; nationality Pakistan; Gender Male; National ID No. 3740502728729 (Pakistan) (individual) [GLOMAG].

SHAH, Mullah Mohammed (a.k.a. NOORZAI, Mullah Ahmed Shah; a.k.a. SHAH, Haji Ahmad; a.k.a. SHAH, Haji Mullah Ahmad; a.k.a. SHAH, Maulawi Ahmed), Quetta, Pakistan; DOB 01 Jan 1985; alt. DOB 1981; POB Quetta, Pakistan; Passport NC5140251 (Pakistan) issued 23 Oct 2009 expires 22 Oct 2014; National ID No. 5440122880259 (Pakistan) (individual) [SDGT].

SHAH, Noor Habib (a.k.a. SHAKH, Nur Khabib), Pakistan; DOB 1966; POB Pakistan; nationality Pakistan; Gender Male; Passport KE110109

SHAH, Mohammad Yousuf (a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAHAB KHODRO CO. (Arabic: شرکت شهاب خودرو), 9th km of Shahid Lashkari Hwy., Special Karaj Rd., Tehran 1399735951, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100372558 (Iran); Registration Number 8747 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

SHAHADAH, Rafiq (a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; Gender Male; Major General (individual) [SYRIA].

SHAHBANDAR, Samira (a.k.a. "CHADIAN"); DOB 1946; POB Baghdad, Iraq; nationality Iraq; wife of Saddam Hussein al-Tikriti (individual) [IRAQ2].

SHAHBAZ KHAN GENERAL TRADING LLC (a.k.a. AL SHAHBOZ KHAN GENERAL TRADING LLC.), Al Ghas Building, Baniyas Square, Al Rigga Area, Flat No. 106, Dubai, United Arab Emirates; P.O. Box 24241, Dubai, United Arab Emirates; P.O. Box 40754, Dubai, United Arab Emirates; Shop No. 16, Baniyas Centre, Dubai, United Arab Emirates; C.R. No. 52060 (United Arab Emirates) [SDNTK].

SHAHBAZ TV CENTER, Shop No. 1-2, Block A, Jamrud Road, Royal Market, Peshawar, Pakistan [SDNTK].

SHAHBAZ, Malik Zafar Iqbal (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport

SHAH, Sayed Wazir; DOB 10 Nov 1964; POB Herat, Afghanistan; citizen Afghanistan; alt. citizen Germany (individual) [SDNTK].

SHAH, Syed Mohammed Yusuf (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

SHAH, Mullah Mohammed (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

SHAHCHERAGHI, Seyed Hamid Reza (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHED AVIATION (a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايى شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايى شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES COMPLEX (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايى شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a.

"SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايى شاهد) (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES RESEARCH CENTER (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايى شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED AVIATION INDUSTRIES RESEARCH CENTRE (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايى شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. "SAIC"; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

SHAHED PHARM (a.k.a. SHAHED PHARM DRUGSTORE SARL), Centre Safco, B1, B2, B3, Airport Road, Beirut, Lebanon; Lebanon;

Commercial Registry Number 2009847 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SHAHED PHARM DRUGSTORE SARL (a.k.a. SHAHED PHARM), Centre Safco, B1, B2, B3, Airport Road, Beirut, Lebanon; Lebanon; Commercial Registry Number 2009847 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

SHAHEED, Yoosuf, Herethere, Lonuziyaaraiy Magu, Male, Maldives; DOB 12 Sep 1983; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0466103 (Maldives) expires 10 Nov 2018; National ID No. A079207 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAHI, Omid Abded Abed (a.k.a. ABEDSHAHI, Omid), Iran; DOB 21 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739724 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHAHID AHMAD KAZEMI INDUSTRIES GROUP, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID ALAMOLHODA (a.k.a. SHAHID ALAMOLHODA INDUSTRIES; a.k.a. SHAHID ALAMOLHODA INDUSTRY; a.k.a. "SAI"), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID ALAMOLHODA INDUSTRIES (a.k.a. SHAHID ALAMOLHODA; a.k.a. SHAHID ALAMOLHODA INDUSTRY; a.k.a. "SAI"), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID ALAMOLHODA INDUSTRY (a.k.a. SHAHID ALAMOLHODA; a.k.a. SHAHID ALAMOLHODA INDUSTRIES; a.k.a. "SAI"), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID AVINI GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE

ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID BABAEI GROUP (a.k.a. SHAHID BABA'I GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID BABA'I GROUP (a.k.a. SHAHID BABAEI GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID BABAIE INDUSTRIES (a.k.a. M. BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES COMPLEX; a.k.a. SHAHID BABAII INDUSTRIES CO.), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID BABAIE INDUSTRIES COMPLEX (a.k.a. M. BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES; a.k.a. SHAHID BABAII INDUSTRIES CO.), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID BABAII INDUSTRIES CO. (a.k.a. M. BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES; a.k.a. SHAHID BABAIE INDUSTRIES COMPLEX), P.O. Box 16535-176, Tehran 16548, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID BAKERI INDUSTRIAL GROUP (a.k.a. "SBIG"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID CHAMRAN GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID CHERAGHI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID ESLAMI RESEARCH CENTER, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID FAKHAR MOGHADDAM GROUP (a.k.a. SHAHID FAKHAR MOQADAM GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR]

SHAHID FAKHAR MOQADAM GROUP (a.k.a. SHAHID FAKHAR MOGHADDAM GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

SHAHID FUND (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

SHAHID HAJ ALI MOVAHED RESEARCH CENTER (a.k.a. SHAHID MOVAHED INDUSTRIES; a.k.a. SHAHID MOVAHED INDUSTRY; a.k.a. SHIG DEPARTMENT 7500), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID HEMMAT INDUSTRIAL GROUP (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. "ARMACO"; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID KALHOR INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID KARIMI GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID KARIMI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID KAZEMI GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID KHARRAZI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID MEISAMI GROUP (Arabic: کروه شهید میثمی) (a.k.a. SHAHID MEISAMI RESEARCH COMPLEX; a.k.a. SHAHID MOYASAMI COMPLEX; a.k.a. "S.M.G."), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MEISAMI RESEARCH COMPLEX (a.k.a. SHAHID MEISAMI GROUP (Arabic: کروه شهید میثمی); a.k.a. SHAHID MOYASAMI COMPLEX; a.k.a. "S.M.G."), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MOGHADDAM INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID MOVAHED DANESH GROUP (a.k.a. SHAHID MOVAHHED DANESH GROUP), Iran; Additional Sanctions Information - Subject to

Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MOVAHED INDUSTRIES (a.k.a. SHAHID HAJ ALI MOVAHED RESEARCH CENTER; a.k.a. SHAHID MOVAHED INDUSTRY; a.k.a. SHIG DEPARTMENT 7500), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID MOVAHED INDUSTRY (a.k.a. SHAHID HAJ ALI MOVAHED RESEARCH CENTER; a.k.a. SHAHID MOVAHED INDUSTRIES; a.k.a. SHIG DEPARTMENT 7500), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID MOVAHHED DANESH GROUP (a.k.a. SHAHID MOVAYED DANESH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID MOYASAMI COMPLEX (a.k.a. SHAHID MEISAMI GROUP (Arabic: ‏گروه شهید میثمی‎); a.k.a. SHAHID MEISAMI RESEARCH COMPLEX; a.k.a. "S.M.G."), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID NURI INDUSTRIES (a.k.a. SHAHID NURI INDUSTRY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID NURI INDUSTRY (a.k.a. SHAHID NURI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID RASTEGAR INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID SANIKHANI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SATTARI INDUSTRIES, Southeast Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SAYYAD SHIRAZI INDUSTRIES (a.k.a. SHAHID SAYYADE SHIRAZI INDUSTRIES; a.k.a. SHAHID SAYYED SHIRAZI IND.), Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran; Pasdaran St., P.O. Box 16765, Tehran 1835, Iran; Babaei Highway - Next to Niru M.F.G, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SAYYADE SHIRAZI INDUSTRIES (a.k.a. SHAHID SAYYAD SHIRAZI INDUSTRIES; a.k.a. SHAHID SAYYED SHIRAZI IND.), Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran; Pasdaran St., P.O. Box 16765, Tehran 1835, Iran; Babaei Highway - Next to Niru M.F.G, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SAYYED SHIRAZI IND. (a.k.a. SHAHID SAYYAD SHIRAZI INDUSTRIES; a.k.a. SHAHID SAYYADE SHIRAZI INDUSTRIES), Next To Nirou Battery Mfg. Co, Shahid Babaii Expressway, Nobonyad Square, Tehran, Iran; Pasdaran St., P.O. Box 16765, Tehran 1835, Iran; Babaei Highway - Next to Niru M.F.G, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHIKRI CENTER (a.k.a. SHAHID SHOKRI RESEARCH CENTER; a.k.a. SHAHID SHOKRI SCIENCE AND TECHNOLOGY RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID SHOKRI RESEARCH CENTER (a.k.a. SHAHID SHIKRI CENTER; a.k.a. SHAHID SHOKRI SCIENCE AND TECHNOLOGY RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID SHOKRI SCIENCE AND TECHNOLOGY RESEARCH CENTER (a.k.a. SHAHID SHIKRI CENTER; a.k.a. SHAHID SHOKRI RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked

To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHID SHOSHTARI INDUSTRIES (a.k.a. SHAHID SHOUSHTARI; a.k.a. SHAHID SHUSHTARI INDUSTRIES; a.k.a. SHAHID SHUSTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHOUSHTARI (a.k.a. SHAHID SHOSHTARI INDUSTRIES; a.k.a. SHAHID SHUSHTARI INDUSTRIES; a.k.a. SHAHID SHUSTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHUSHTARI INDUSTRIES (a.k.a. SHAHID SHOSHTARI INDUSTRIES; a.k.a. SHAHID SHOUSHTARI; a.k.a. SHAHID SHUSTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID SHUSTARI INDUSTRIES (a.k.a. SHAHID SHOSHTARI INDUSTRIES; a.k.a. SHAHID SHOUSHTARI; a.k.a. SHAHID SHUSHTARI INDUSTRIES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHAHID TANDGOOYAN PETROCHEMICAL CO. (a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID TONDGOOYAN PETROCHEMICAL CO. (a.k.a. SHAHID TANDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company,

6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID TONDGOYAN PETROCHEMICAL COMPANY (a.k.a. SHAHID TANDGOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID TONDGUYAN PETROCHEMICAL COMPANY (a.k.a. SHAHID TANDGOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. "STPC"), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

SHAHID VARAMINI INDUSTRIES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHAHID ZEINODDIN GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHAHIN BONAB STEEL COMPLEX (a.k.a. BONAB STEEL INDUSTRY COMPLEX; a.k.a. MOJTAME FOULAD SHAHIN BONAB), No 17, Sarbalai Valiasr, Tavanir Bridge, Tabriz City, Iran; Bonab Industrial Zone, Bonab, East Azerbaijan, Iran; PO Box 51576-13533, Tabriz City, Iran; Website www.mfbco.ir; Additional

Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 742 (Iran) issued 2005 [IRAN-EO13871].

SHAHJI, Ahmad (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hassan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

SHAHKARAMI, Jamal (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاكرمى); a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHLAEE, Abdul-Reza (a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLAI, Abdol Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLA'I, Abdolreza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a.

SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLAI, 'Abdorreza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHLAI, Abdul Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHAHMARI GHOJEH BIKLO, Rostam (Arabic: رستم شهمارى قوجه بيكلو) (a.k.a. SHAHMARI GHOJEHBIKLO, Rostam), Tehran, Iran; DOB 28 Dec 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1620885115 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

SHAHMARI GHOJEHBIKLO, Rostam (a.k.a. SHAHMARI GHOJEH BIKLO, Rostam (Arabic: رستم شهمارى قوجه بيكلو)), Tehran, Iran; DOB 28 Dec 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1620885115 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

SHAHNAWAZ TRADERS, Shop No. 1-2, Block A, Jamrud Road, Royal Market, Peshawar, Pakistan [SDNTK].

SHAHRASHTANI, Hasan (a.k.a. MOFAKHAMI, Hassan; a.k.a. SHAHRASHTANI, Hassan Mofakhmi; a.k.a. SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی)), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SHAHRASHTANI, Hassan Mofakhmi (a.k.a. MOFAKHAMI, Hassan; a.k.a. SHAHRASHTANI, Hasan; a.k.a. SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی)), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SHAHR-E KORD HIJAB TEXTILE COMPANY (Arabic: شرکت نساجی حجاب شهرکرد) (a.k.a. HEJAB TEXTILE CO; a.k.a. HEJAB TEXTILE COMPANY), No. 47, 2nd Floor, Nahid Street, Mirzaye Shirazi Street, Between Ostad Motahari and Shahid Beheshti, Tehran, Iran; Kilometer 7, Khuzestan Road, Shahr-e Kord, Iran; 8 Baharestan, First Square, Shahr-e Kord Industrial Town, Shahr-e Kord, Iran; Unit 3, Moalem Street, Goldasht Town, Najaf Abad Road, Kilometer 20, Isfahan, Iran; Website https://hejabtextile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340048630 (Iran); Registration Number 1407 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHAHR-E REY PRISON (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

SHAHRESTANI, Hassan Mofakhami (Arabic: حسن مفخمی شهرستانی) (a.k.a. MOFAKHAMI, Hassan; a.k.a. SHAHRASHTANI, Hasan; a.k.a. SHAHRASHTANI, Hassan Mofakhmi), No. 16, Shahid Ahmad Mohammadi Alley, Rasht, Gilan Province, Iran; DOB 28 Aug 1976; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male; Birth Certificate Number 1609 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SHAHRIARI, Behnam (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHRIYARI, Behnam (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHRYARI, Behnam (a.k.a. HAMID, Huseyini; a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

SHAHSAVARI, Habib (Arabic: حبیب شهسواری), West Azerbaijan, Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the Islamic Revolutionary Guard Corps Shohada Provincial Corps in West Azerbaijan Province (individual)

[IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHT, Jamal Zaydan, Syria; DOB 06 Feb 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHAHVARPOUR NAJAFABADI, Hassan (a.k.a. SHAHVARPOUR, Hassan), Iran; POB Safi Abad, Dezful, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2001624001 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAHVARPOUR, Hassan (a.k.a. SHAHVARPOUR NAJAFABADI, Hassan), Iran; POB Safi Abad, Dezful, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2001624001 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAIMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SHAKARAMI, Jamal (Arabic: جمال شاکرمی) (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKRAMI, Jamal), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAKEEL, Chhota (a.k.a. AHMED, Sheikh Shakeel; a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

SHAKEEL, Chota (a.k.a. AHMED, Sheikh Shakeel; a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

SHAKERI ASHTIJEH, Mohammad (Arabic: محمد شاکری اشتیجه) (a.k.a. SHAKERI, Mohammad), Iran; DOB 28 Nov 1997; POB Qom, Qom Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B50759562 (Iran); National ID No. 0371588723 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

SHAKERI, Mohammad (a.k.a. SHAKERI ASHTIJEH, Mohammad (Arabic: محمد شاکری اشتیجه)), Iran; DOB 28 Nov 1997; POB Qom, Qom Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B50759562 (Iran); National ID No. 0371588723 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

SHAKH, Nur Khabib (a.k.a. SHAH, Noor Habib), Pakistan; DOB 1966; POB Pakistan; nationality Pakistan; Gender Male; Passport KE110109 (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

SHAKHDARIAN, Tenny (a.k.a. DARIAN, Tenny); DOB 06 Sep 1979; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport B23545963 expires 05 Mar 2017 (individual) [NPWMD] [IFSR].

SHAKIL, Chhota (a.k.a. AHMED, Sheikh Shakeel; a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKEEL, Chota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

SHAKRA, Abu Hatem (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AHRAR AL-SHARQIYA).

SHAKRA, Abu Jaafar (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SHAKRAMI, Jamal (a.k.a. MOHAMMAD MIRZA, Jamal Shah Karami; a.k.a. SHAH KARAMI, Jamal; a.k.a. SHAH KARAMI, Jamal Mohammad Mirza; a.k.a. SHAHKARAMI, Jamal; a.k.a. SHAKARAMI, Jamal (Arabic: جمال شاکرمی)), 1859 Mahdieh Hoveyzeh, Ilam, Iran; Apartmani Houses M Mu'allim, Ilam 6931168911, Iran; DOB 23 Nov 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4500393846 (Iran); Birth Certificate Number 586 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHAKUR, Abdallah (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

SHAKUR, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

SHAKURI, Gholam, Tehran, Iran; DOB 1964; alt. DOB 1965; alt. DOB 1966; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

SHAKUTA, Dmitry Shok (a.k.a. SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович); a.k.a. SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч); a.k.a. SHAKUTA, Dzmitry), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович) (a.k.a. SHAKUTA, Dmitry Shok; a.k.a. SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч); a.k.a. SHAKUTA, Dzmitry), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч) (a.k.a. SHAKUTA, Dmitry Shok; a.k.a. SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович); a.k.a. SHAKUTA, Dzmitry), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTA, Dzmitry (a.k.a. SHAKUTA, Dmitry Shok; a.k.a. SHAKUTA, Dmitry Viktorovich (Cyrillic: ШАКУТА, Дмитрий Викторович); a.k.a. SHAKUTA, Dzmitriy Viktaravich (Cyrillic: ШАКУТА, Дзмітрый Віктаравіч)), Minsk, Belarus; DOB 07 Aug 1980; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3070880A011PB2 (Belarus); Tax ID No. AA1917617 (Belarus) (individual) [BELARUS].

SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич) (a.k.a. SHACKUTIN, Alexander; a.k.a. SHAKUTIN, Alexander Vasileyevich; a.k.a. SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч)), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHAKUTIN, Alexander Vasileyevich (a.k.a. SHACKUTIN, Alexander; a.k.a. SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич); a.k.a. SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч)), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHAKUTSIN, Aliaksandr Vasilevich (Cyrillic: ШАКУЦІН, Аляксандр Васільевіч) (a.k.a. SHACKUTIN, Alexander; a.k.a. SHAKUTIN, Aleksandr Vasilyevich (Cyrillic: ШАКУТИН, Александр Васильевич); a.k.a. SHAKUTIN,

Alexander Vasileyevich), P. Brovki Str. 8, Minsk 220013, Belarus; DOB 12 Jan 1959; POB Bolshoe Babino, Orsha Rayon, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHALABI, Ismail Abdallah Sbaitan, Wilhelm-Strasse 45, 59269, Beckum, Germany; DOB 30 Apr 1973; POB Beckum, Germany; nationality Jordan; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

SHALAI, 'Abd-al Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH", 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHALA'I, Abdul Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. "ABU-AL-KARKH", 'Yusuf"; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

SHALAN, Abd Al Nur (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

SHALAN, Abd Al Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

SHA'LAN, Abdul Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al

Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

SHALAN, Abdul-Nur Ali (a.k.a. CHAALAN, Abdul Nur Ali; a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

SHALASH, Badran Turki Hayshan (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

SHALEESH, Asef Isa (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. ISSA, Assef; a.k.a. SHALEESH, Dr. Assef Essa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

SHALEESH, Dhu Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

SHALEESH, Dr. Assef Essa (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. ISSA, Assef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

SHALEESH, Thu Al Hima (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

SHALISH, Asif (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. ISSA, Assef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALEESH, Dr. Assef Essa), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

SHALISH, Dhu Al Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

SHALISH, Dhuil Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

SHALISH, Zuhayr (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

SHALISH, Zuhilma (a.k.a. AL-HEMMEH, Thu; a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

SHALKOV, Dmitriy Vladislavovich (Cyrillic: ШАЛЬКОВ, Дмитрий Владиславович) (a.k.a. SHALKOV, Dmitry Vladislavovich), Moscow, Russia; DOB 10 Aug 1967; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

SHALKOV, Dmitry Vladislavovich (a.k.a. SHALKOV, Dmitriy Vladislavovich (Cyrillic: ШАЛЬКОВ, Дмитрий Владиславович)), Moscow, Russia; DOB 10 Aug 1967; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

SHALLAH, Dr. Ramadan Abdullah (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

SHALLAH, Ramadan Abdalla Mohamed (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

SHAM AL-ISLAM MOVEMENT (a.k.a. HARAKAT SHAM AL-ISLAM; a.k.a. HARAKET SHAM AL-ISLAM; a.k.a. "SHAM AL-ISLAM"), Syria [SDGT].

SHAM AL-RIBAT (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria [SDGT].

SHAM EXPRESS (a.k.a. SHAM EXPRESS KARGO OTOMOTIV GIDA INSAAT ELEKTRONIK TEKSTIL ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI), Cankaya Mah. Ismet Inonu Bulvari Yasat Ishani Sitesi No:118/134, Akdeniz, Mersin, Turkey; Website shamexpress.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 49304 (Turkey) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAM EXPRESS KARGO OTOMOTIV GIDA INSAAT ELEKTRONIK TEKSTIL ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI (a.k.a. SHAM EXPRESS), Cankaya Mah. Ismet Inonu Bulvari Yasat Ishani Sitesi No:118/134, Akdeniz, Mersin, Turkey; Website shamexpress.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 49304 (Turkey) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAM HOLDING COMPANY SAL (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding

Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

SHAM WING AIRLINES (a.k.a. AJNEHAT AL SHAM; a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران)), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Registration ID 14683 (Syria) [SYRIA] (Linked To: SYRIAN ARAB AIRLINES).

SHAMAI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير حامد شملخ) (a.k.a. SHAMLAKH, Zuhair (Hebrew: זהיר יונס שמ); a.k.a. SHAMLAKH, Zuheir; a.k.a. SHMALACH, Zahir Younes), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Ahmad (a.k.a. SHAMLAKH, Ahmad Shabbir; a.k.a. SHAMLAKH, Ahmed; a.k.a. SHAMLAKH, Ahmed Abd al-Rahman Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Ala' Yunis Hamid (a.k.a. SHAMALLAKH, Alla Y. H.; a.k.a. SHAMLAKH, Alaa), Istanbul, Turkey; DOB 07 Apr 1974; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3596875 (Palestinian) issued 23 Nov 2014 expires 22 Nov 2019; National ID No. 900222415 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Alla Y. H. (a.k.a. SHAMLAKH, Ala' Yunis Hamid; a.k.a. SHAMLAKH, Alaa), Istanbul, Turkey; DOB 07 Apr 1974; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport 3596875 (Palestinian) issued 23 Nov 2014 expires 22 Nov 2019; National ID No. 900222415 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALLAKH, Imad Y. H. (a.k.a. SHAMLAKH, Imad Younes (Arabic: عماد يونس شملخ), Gaza; DOB 19 May 1972; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5173596 (Palestinian) issued 22 Apr 2021 expires 21 Apr 2026; National ID No. 919264366 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMALOV, Kirill Nikolaevich; DOB 22 Mar 1982; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662].

SHAMALOV, Yuri Nikolaevich (a.k.a. SHAMALOV, Yurii Nikolaevich; a.k.a. SHAMALOV, Yury), Moscow, Russia; DOB 10 Jun 1970; POB Leningrad, Russia; nationality Russia; Gender Male; Tax ID No. 699134712 (Russia) (individual) [RUSSIA-EO14024].

SHAMALOV, Yurii Nikolaevich (a.k.a. SHAMALOV, Yuri Nikolaevich; a.k.a. SHAMALOV, Yury), Moscow, Russia; DOB 10 Jun 1970; POB Leningrad, Russia; nationality Russia; Gender Male; Tax ID No. 699134712 (Russia) (individual) [RUSSIA-EO14024].

SHAMALOV, Yury (a.k.a. SHAMALOV, Yuri Nikolaevich; a.k.a. SHAMALOV, Yurii Nikolaevich), Moscow, Russia; DOB 10 Jun 1970; POB Leningrad, Russia; nationality Russia; Gender Male; Tax ID No. 699134712 (Russia) (individual) [RUSSIA-EO14024].

SHAMALOVA, Ekaterina Vladimirovna (a.k.a. PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина); a.k.a. TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина); a.k.a. TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

SHAMANOV, Vladimir Anatolievich (Cyrillic: ШАМАНОВ, Владимир Анатольевич), Russia; DOB 15 Feb 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHAMI, Faruk (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovitch; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C (individual) [SDGT].

SHAMI, Faruq (Cyrillic: ШАМИ, Фарук) (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovitch; a.k.a. SHAMI, Faruk), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C (individual) [SDGT].

SHAMIL, Hussain (a.k.a. SHAAMIL, Hussain), Male, Maldives; DOB 11 May 1984; POB Guraidhoo, Kaafu Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport E0491049 (Maldives); National ID No. A096689 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAMKHANI, Ali, Iran; DOB 29 Sep 1955; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Admiral (individual) [IRAN-EO13876].

SHAMLAKH, Ahmad Shabbir (a.k.a. SHAMALLAKH, Ahmad; a.k.a. SHAMLAKH, Ahmed; a.k.a. SHAMLAKH, Ahmed Abd al-Rahman Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Ahmed (a.k.a. SHAMALLAKH, Ahmad; a.k.a. SHAMLAKH, Ahmad Shabbir; a.k.a. SHAMLAKH, Ahmed Abd al-Rahman Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Ahmed Abd al-Rahman Ahmed (a.k.a. SHAMALLAKH, Ahmad; a.k.a. SHAMLAKH, Ahmad Shabbir; a.k.a. SHAMLAKH, Ahmed), Gaza; DOB 09 Feb 1986; nationality Palestinian; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 80148715 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Alaa (a.k.a. SHAMALLAKH, Ala' Yunis Hamid; a.k.a. SHAMALLAKH, Alla Y. H.), Istanbul, Turkey; DOB 07 Apr 1974; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3596875 (Palestinian) issued 23 Nov 2014 expires 22 Nov 2019; National ID No. 900222415 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Imad Younes (Arabic: عماد يونس شملخ) (a.k.a. SHAMALLAKH, Imad Y. H.), Gaza; DOB 19 May 1972; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 5173596 (Palestinian) issued 22 Apr 2021 expires 21 Apr 2026; National ID No. 919264366 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Zuhair (Hebrew: שמ זוהיר להא) (a.k.a. SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ); a.k.a. SHAMLAKH, Zuheir; a.k.a. SHMALACH, Zahir Younes), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMLAKH, Zuheir (a.k.a. SHAMALCH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ); a.k.a. SHAMLAKH, Zuhair (Hebrew: שמ זוהיר להא); a.k.a. SHMALACH, Zahir Younes), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHAMMOUT, Issam (a.k.a. SHAMMOUT, Muhammad Isam Muhammad Anwar Nur); DOB 26 Aug 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 006327129 (Syria) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

SHAMMOUT, Muhammad Isam Muhammad Anwar Nur (a.k.a. SHAMMOUT, Issam); DOB 26 Aug 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Passport

006327129 (Syria) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

SHAMS ALRABEEA CHEMICALS TRADING L.L.C (Arabic: شمس الربيع لتجارة الكيماويات ذ.م.م), Al Moosa Tower 1 Trade Center First Plot No. 1-0, Dubai, United Arab Emirates; Organization Established Date 28 Oct 2020; Business Registration Number 910936 (United Arab Emirates); Economic Register Number (CBLS) 11564942 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SHAMS, 'Abd Al-Rahman 'Abd Al-Nabi (a.k.a. SHAMS, Abdulrahman; a.k.a. SHAMS, Abdulrahman Abdulrahim Abdulnab), Bahrain; DOB 31 Jan 1989; citizen Bahrain; Gender Male; Passport 2026337 (Bahrain) expires 01 Jun 2021 (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

SHAMS, Abdulrahman (a.k.a. SHAMS, 'Abd Al-Rahman 'Abd Al-Nabi; a.k.a. SHAMS, Abdulrahman Abdulrahim Abdulnab), Bahrain; DOB 31 Jan 1989; citizen Bahrain; Gender Male; Passport 2026337 (Bahrain) expires 01 Jun 2021 (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

SHAMS, Abdulrahman Abdulrahim Abdulnab (a.k.a. SHAMS, 'Abd Al-Rahman 'Abd Al-Nabi; a.k.a. SHAMS, Abdulrahman), Bahrain; DOB 31 Jan 1989; citizen Bahrain; Gender Male; Passport 2026337 (Bahrain) expires 01 Jun 2021 (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

SHAMS, Kassem Mohammed (a.k.a. CHAMS, Kassem; a.k.a. CHAMS, Qassim Muhammed; a.k.a. SHAMS, Qasim Muhammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

SHAMS, Mohammad Reza (a.k.a. NAGHDI, Mohammad Reza; a.k.a. NAGHDI, Mohammedreza; a.k.a. NAQDI, Gholamreza; a.k.a. NAQDI, Gholam-reza; a.k.a. NAQDI, Mohammad Reza; a.k.a. NAQDI, Mohammad-Reza; a.k.a. NAQDI, Muhammad), Iran; DOB 1951 to 1953; alt. DOB 1960 to 1962; alt. DOB Apr 1961; alt. DOB 1953; POB Najaf, Iraq; alt. POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General and

Commander of the IRGC Basij Resistance Force; President of the Organization of the Basij of the Oppressed; Chief of the Mobilization of the Oppressed Organization; Head of the Basij (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [IRAN-EO13876].

SHAMS, Qasim Muhammed (a.k.a. CHAMS, Kassem; a.k.a. CHAMS, Qassim Muhammed; a.k.a. SHAMS, Kassem Mohammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

SHAMSABADI, Hosein (a.k.a. SHAMSABADI, Hossein (Arabic: حسین شمس ابادی)), Iran; DOB 04 Jun 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2181176574 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SHAMSABADI, Hossein (Arabic: حسین شمس ابادی) (a.k.a. SHAMSABADI, Hosein), Iran; DOB 04 Jun 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2181176574 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SHAMY, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SHANAB METALS ESTABLISHMENT (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

SHANDAROVICH, Oleg Stanislavovich (Cyrillic: ШАНДАРОВИЧ, Олег Станиславович), Minsk, Belarus; DOB 25 May 1973; POB Mahilyow,

Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

SHANDONG CHENXI PETROCHEMICAL CO., LTD. (a.k.a. SHANDONG HAIYOU PETROCHEMICAL GROUP CO. LTD. (Chinese Simplified: 山东海右石化集团有限公司); a.k.a. SHANDONG SEA RIGHT PETROCHEMICAL CO., LTD.), Industrial Park, Xiazhuang Town, Ju County, Rizhao, Shandong 276514, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2006; Organization Code 792470309 (China); Legal Entity Number 300300F6NDTLFTB20270 (China); Registration Number 371100228041077 (China); Unified Social Credit Code (USCC) 91371122792470309X (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHANDONG HAIYOU PETROCHEMICAL GROUP CO. LTD. (Chinese Simplified: 山东海右石化集团有限公司) (f.k.a. SHANDONG CHENXI PETROCHEMICAL CO., LTD.; a.k.a. SHANDONG SEA RIGHT PETROCHEMICAL CO., LTD.), Industrial Park, Xiazhuang Town, Ju County, Rizhao, Shandong 276514, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2006; Organization Code 792470309 (China); Legal Entity Number 300300F6NDTLFTB20270 (China); Registration Number 371100228041077 (China); Unified Social Credit Code (USCC) 91371122792470309X (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHANDONG QIWANGDA GROUP PETROCHEMICAL CO., LTD. (a.k.a. SHANDONG QIWANGWA PETROCHEMICAL CO., LTD. (Chinese Simplified: 山东齐旺达石油化工有限公司))), No. 199 Jinxi Road, Linzi District, Zibo, Shandong Province, China (Chinese Simplified: 口锦路199号, 临淄区, 淄博市, 山东省, China); Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt.

Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91370300791504255 6 (China); Registration Number 370300400000413 (China) [IRAN-EO13846].

SHANDONG QIWANGWA PETROCHEMICAL CO., LTD. (Chinese Simplified: 山东齐旺达石油化工有限公司) (a.k.a. SHANDONG QIWANGDA GROUP PETROCHEMICAL CO., LTD.), No. 199 Jinxi Road, Linzi District, Zibo, Shandong Province, China (Chinese Simplified: 口锦路199号, 临淄区, 淄博市, 山东省, China); Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 913703007915042556 (China); Registration Number 370300400000413 (China) [IRAN-EO13846].

SHANDONG SEA RIGHT PETROCHEMICAL CO., LTD. (f.k.a. SHANDONG CHENXI PETROCHEMICAL CO., LTD.; a.k.a. SHANDONG HAIYOU PETROCHEMICAL GROUP CO. LTD. (Chinese Simplified: 山东海右石化集团有限公司)), Industrial Park, Xiazhuang Town, Ju County, Rizhao, Shandong 276514, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Aug 2006; Organization Code 792470309 (China); Legal Entity Number 300300F6NDTLFTB20270 (China); Registration Number 371100228041077 (China); Unified Social Credit Code (USCC) 91371122792470309X (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHANGHAI BINGZHI GUOJI MAOYI YOUXIAN GONGSI (a.k.a. SHANGHAI NORTH BEGINS INTERNATIONAL), Room 2301, Building 6,

Lane 1139, Pudong Avenue, Pudong New District, Shanghai, China; 118 Rijing Rd Sixth Floor, Rm 6090, Shanghai Free Trade Experiment District, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI BOYLE CHEMICAL CO., LTD. (a.k.a. BOYLE CHEMICAL CO., LTD.), Rm. 402, No.12, Lane 429, Pudong New Area, Shanghai, China; Building 12, No. 3802 ShenGang Road, Xinfei Corporation Home, SongJiang District, Shanghai 201611, China; Block C11, Xinfei Enterprises Home, No. 3, Shanghai 201611, China; Room 520-522, No. 135, Dongfang Road, Pudong New District, Shanghai 200120, China; Website http://www.boylechem.com; alt. Website http://annaboylechem.globalimporter.net; Registration ID 310106000205236 (China) [SDNTK].

SHANGHAI CANHE PHARMTECH CO LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC CO., LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

SHANGHAI CISHUN FINE CHEMICAL CO, LTD. (Chinese Simplified: 上海驰顺精细化工有限公司) (a.k.a. SHANGHAI FAST-FINE CHEMICALS CO., LTD.; a.k.a. SHANGHAI JUAN-CHEM.INDUSTRY CO., LTD.), No. 555, Lansong Road, Pudong New Area, Shanghai 200120, China; Room 103, No. 1800 Hangjin Road, Pudong New District, Shanghai, China; Email Address 1160437003@qq.com; Unified Social Credit Code (USCC) 91310115MA1K41CK14 (China) [ILLICIT-DRUGS-EO14059].

SHANGHAI DONGFENG SHPG CO LTD, Room 601, 433, Chifeng Lu, Hongkou Qu, Shanghai 200083, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5721069 [DPRK4].

SHANGHAI FAST-FINE CHEMICALS CO., LTD. (a.k.a. SHANGHAI CISHUN FINE CHEMICAL

CO, LTD. (Chinese Simplified: 上海驰顺精细化工有限公司); a.k.a. SHANGHAI JUAN-CHEM.INDUSTRY CO., LTD.), No. 555, Lansong Road, Pudong New Area, Shanghai 200120, China; Room 103, No. 1800 Hangjin Road, Pudong New District, Shanghai, China; Email Address 1160437003@qq.com; Unified Social Credit Code (USCC) 91310115MA1K41CK14 (China) [ILLICIT-DRUGS-EO14059].

SHANGHAI GANG QUAN TRADE CO., Room 201, Building 1, Dahua Hotel, No. 1568 Hutai Road, Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI HONGMAN ANIMATION DESIGN STUDIO (Chinese Simplified: 上海弘漫动漫设计工作室) (a.k.a. SHANGHAI HONGMAN CARTOON AND ANIMATION DESIGN STUDIO), Room 705, Floor 7, Building 1, No. 1919 Zhongshan West Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000570122 (China); Unified Social Credit Code (USCC) 91310104093794515H (China) [DPRK3] (Linked To: LU, Hezheng).

SHANGHAI HONGMAN CARTOON AND ANIMATION DESIGN STUDIO (a.k.a. SHANGHAI HONGMAN ANIMATION DESIGN STUDIO (Chinese Simplified: 上海弘漫动漫设计工作室)), Room 705, Floor 7, Building 1, No. 1919 Zhongshan West Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000570122 (China); Unified Social Credit Code (USCC) 91310104093794515H (China) [DPRK3] (Linked To: LU, Hezheng).

SHANGHAI JARRED INDUSTRIAL CO., LTD. (Chinese Simplified: 上海嘉瑞德实业有限公司) (a.k.a. SHANGHAI JIA RUIDE INDUSTRY CO., LTD.), Room 462, Block G, Unit 5, Building 1, No. 688 Qiushi Road, Jinshanwei Town, Jinshan District, Shanghai 201599, China; Phone Number 8617521546635; alt. Phone Number 8615630187573; Organization

Established Date 15 Apr 2019; Unified Social Credit Code (USCC) 91310116MA1JBTHR4N (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

SHANGHAI JIA RUIDE INDUSTRY CO., LTD. (a.k.a. SHANGHAI JARRED INDUSTRIAL CO., LTD. (Chinese Simplified: 上海嘉瑞德实业有限公司)), Room 462, Block G, Unit 5, Building 1, No. 688 Qiushi Road, Jinshanwei Town, Jinshan District, Shanghai 201599, China; Phone Number 8617521546635; alt. Phone Number 8615630187573; Organization Established Date 15 Apr 2019; Unified Social Credit Code (USCC) 91310116MA1JBTHR4N (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

SHANGHAI JUAN-CHEM.INDUSTRY CO., LTD. (a.k.a. SHANGHAI CISHUN FINE CHEMICAL CO, LTD. (Chinese Simplified: 上海驰顺精细化工有限公司); a.k.a. SHANGHAI FAST-FINE CHEMICALS CO., LTD.), No. 555, Lansong Road, Pudong New Area, Shanghai 200120, China; Room 103, No. 1800 Hangjin Road, Pudong New District, Shanghai, China; Email Address 1160437003@qq.com; Unified Social Credit Code (USCC) 91310115MA1K41CK14 (China) [ILLICIT-DRUGS-EO14059].

SHANGHAI MOXING CULTURAL MEDIA CO LTD (Chinese Simplified: 上海墨星口化传播有限公司) (a.k.a. MOXING CARTOON), 901-7, No. 439 Yishan Road, Xuhui District, Shanghai, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 310104000572013 (China); Unified Social Credit Code (USCC) 913101040936933514 (China) [DPRK3] (Linked To: SEK STUDIO).

SHANGHAI NORTH BEGINS INTERNATIONAL (a.k.a. SHANGHAI BINGZHI GUOJI MAOYI YOUXIAN GONGSI), Room 2301, Building 6, Lane 1139, Pudong Avenue, Pudong New District, Shanghai, China; 118 Rijing Rd Sixth Floor, Rm 6090, Shanghai Free Trade Experiment District, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI NORTH TRANSWAY INTERNATIONAL TRADING CO., Room 201, Building 1, Dahua Hotel, No. 1568 Hutai Road,

Shanghai, China; Room 2301, Building 6, Lane 1139, Pudong Avenue, Pudong New District, Shanghai, China; 181 Fute Rd 1st floor Rm 103, Shanghai Free Trade Experiment District, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD. (a.k.a. QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD. (a.k.a QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.; a.k.a SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD.; a.k.a SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

SHANGHAI QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD. (a.k.a QINSHENG PHARMACEUTICAL TECHNOLOGY CO., LTD.; a.k.a. SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE & TECHNOLOGY CO., LTD.; a.k.a SHANGHAI QINSHENG PHARMACEUTICAL SCIENCE AND TECHNOLOGY CO., LTD.), Room 614, Floor 3, No. 1, Alley 468, New Siping Highway, Shanghai 201413, China; Room 614, Floor 3, Block 1, Lane 468, Xinsiping Highway, Fengxian District, Shanghai, China; Website www.qinvictory.com [SDNTK].

SHANGHAI SAINT LOGISTICS LIMITED, Rm 910, 9/F, 650 Han Kou Road, Huang Pu District, Shanghai, China; Rm 930, Building C, Cifi Air Center, Shunyi District, Beijing, China; Email Address res@shsaintlog.com; alt. Email Address resbjs@shsaintlog.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

SHANGHAI XUANRUN SHIPPING COMPANY LIMITED, Haiyi Villa, 42, Lane 97, Songlin Lu, Pudong Xinqu, Shanghai 200120, China; Room 413, Block A, International Trade Hotel, No.188, Yesheng Road, Yangshan Bonded Zone, Shanghai 200122, China; Website www.xr-shipping.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 5532651; Unified Social Credit Code (USCC) 913100005515644191 (China) [IRAN-EO13846].

SHANGHAI ZHIHANG SHIP MANAGEMENT CO., LTD. (a.k.a ZHIHANG SHIP MANAGEMENT; a.k.a ZHIHANG SHIP MANAGEMENT SHANGHAI CO LTD (Chinese Simplified: 上海智航船舶管理有限公司)), Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Room 328, 3/F., Unit 2, No. 231 Shibocun Road, China (Shanghai) Pilot Free-Trade Zone, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6114218; Registration Number 310141000551704 (China); Unified Social Credit Code (USCC) 91310115MA1K4DLAXM (China) [IRAN-EO13846].

SHANGOLE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHANT, Adam Yacub (a.k.a. SHARIF, Adam Yacub; a.k.a. YACOUB, Adam); DOB circa 1976; Commander for the Sudan Liberation Army (SLA) (individual) [DARFUR].

SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич) (a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETKO, Evgeny (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETKO, Yevgeniy Andreevich (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETKO, Yevgeny (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO,

Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч) (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPETSKA, Yauheni Andrejevich (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SJAPETKO, Jevgenij Andrejevitj; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SHAPOVALOV, Oleg Georgievich; DOB 17 Jul 1959; POB Nikopol, Dnepropetrovsk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHAPSHA, Vladislav Valeryevich (Cyrillic: ШАПША, Владислав Валерьевич), Kaluga Region, Russia; DOB 20 Sep 1972; POB Obninsk, Kaluga Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 402501412641 (Russia) (individual) [RUSSIA-EO14024].

SHAPUROVA, Alyona Aleksandrovna (a.k.a. SHAPUROVA, Elena Aleksandrovna (Cyrillic: ШАПУРОВА, Елена Александровна); a.k.a. SHAPUROVA, Olena Oleksandrivna (Cyrillic: ШАПУРОВА, Олена Олександрівна)), 31 50 Years of Victory Avenue, Apartment 29, Melitopol, Zaporizhzhia region, Ukraine; DOB 16 Nov 1976; POB Melitopol, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Female; Tax ID No. 2807902401 (Ukraine) (individual) [RUSSIA-EO14024].

SHAPUROVA, Elena Aleksandrovna (Cyrillic: ШАПУРОВА, Елена Александровна) (a.k.a. SHAPUROVA, Alyona Aleksandrovna; a.k.a. SHAPUROVA, Olena Oleksandrivna (Cyrillic: ШАПУРОВА, Олена Олександрівна)), 31 50 Years of Victory Avenue, Apartment 29, Melitopol, Zaporizhzhia region, Ukraine; DOB 16 Nov 1976; POB Melitopol, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Female; Tax ID No. 2807902401 (Ukraine) (individual) [RUSSIA-EO14024].

SHAPUROVA, Olena Oleksandrivna (Cyrillic: ШАПУРОВА, Олена Олександрівна) (a.k.a. SHAPUROVA, Alyona Aleksandrovna; a.k.a. SHAPUROVA, Elena Aleksandrovna (Cyrillic: ШАПУРОВА, Елена Александровна)), 31 50 Years of Victory Avenue, Apartment 29, Melitopol, Zaporizhzhia region, Ukraine; DOB 16 Nov 1976; POB Melitopol, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Female; Tax ID No. 2807902401 (Ukraine) (individual) [RUSSIA-EO14024].

SHAQIRI, Shaqir; DOB 01 Sep 1964; POB Serbia and Montenegro (individual) [BALKANS].

SHAQIRI, Xhezair; DOB 15 May 1965; POB Tanusevci, Macedonia (individual) [BALKANS].

SHAQRA, Abu Hatim (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AHRAR AL-SHARQIYA).

SHAQRA, Abu Hattam (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AHRAR AL-SHARQIYA).

SHAQRA, Abu Jafar (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far), Syria; DOB 1985; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SHAQRA, Abu Ja'far (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

SHARAA, Farouk (a.k.a. AL SHARAA, Farouk; a.k.a. AL-SHARA, Farouk; a.k.a. AL-SHARA, Farouq; a.k.a. AL-SHARAA, Farouk); DOB 1938; POB Dar'a, Syria; Vice president (individual) [SYRIA].

SHARARA, Ali Youssef (a.k.a. CHARARA, Ali Youssef; a.k.a. SHARARA, 'Ali Yusuf), Ghobeiry Center, Mcharrafieh, Beirut, Lebanon; Verdun 732 Center, 17th Floor, Verdun, Rachid Karameh Street, Beirut, Lebanon; Al-Ahlam, 4th Floor, Embassies Street, Bir Hassan, Beirut, Lebanon; DOB 25 Sep 1968; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

SHARARA, 'Ali Yusuf (a.k.a. CHARARA, Ali Youssef; a.k.a. SHARARA, Ali Youssef), Ghobeiry Center, Mcharrafieh, Beirut, Lebanon; Verdun 732 Center, 17th Floor, Verdun, Rachid Karameh Street, Beirut, Lebanon; Al-Ahlam, 4th Floor, Embassies Street, Bir Hassan, Beirut, Lebanon; DOB 25 Sep 1968; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

SHARBA, Muzhir, Syria; DOB 23 Feb 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHAREEF, Abdulla (a.k.a. ABDULLA, Shareef), Felividhuvaruge, Thimarafushi, Maldives; DOB 11 Jun 1986; POB Thimarafushi, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A141872 (Maldives) (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHAREKAT GOLDEN STAR (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SHARGUNOV, Sergey Aleksandrovich (Cyrillic: ШАРГУНОВ, Сергей Александрович), Russia; DOB 12 May 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHARI, 'Amin Abi (a.k.a. CHERRI, Amin; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHARIAT, Hossein (a.k.a. SHARIAT, Seyed Hossein); DOB 20 Apr 1974; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P37695914 (Iran) expires 27 Jun 2021 (individual) [NPWMD] [IFSR] (Linked To: ASRE SANAT ESHRAGH COMPANY).

SHARIAT, Seyed Hossein (a.k.a. SHARIAT, Hossein); DOB 20 Apr 1974; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P37695914 (Iran) expires 27 Jun 2021

(individual) [NPWMD] [IFSR] (Linked To: ASRE SANAT ESHRAGH COMPANY).

SHARIEF, Ahmad Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

SHARIF SECUREWARE (a.k.a. AMNAFZAR; a.k.a. AMNAFZAR CORPORATION; a.k.a. AMNAFZAR GOSTAR-E SHARIF), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

SHARIF, 'Abd al-Razzaq (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT].

SHARIF, Adam Yacub (a.k.a. SHANT, Adam Yacub; a.k.a. YACOUB, Adam); DOB circa 1976; Commander for the Sudan Liberation Army (SLA) (individual) [DARFUR].

SHARIF, Niamat Hama Rahim Hama (a.k.a. "TAWEALY, Saed"; a.k.a. "TAWELA, Sa'ad"), Iran; DOB 1972; alt. DOB 1974; POB Tawilh, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

SHARIFF, Abu Makaburi (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abubaker); Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

SHARIFF, Abubaker (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a.

AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

SHARIFI ZINDASHTI, Naji (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHARIFI, Ali (a.k.a. SALEHI, Ali); DOB 23 Feb 1966; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M31335740 (Iran); alt. Passport U30608043 (Iran) (individual) [SDGT] [IRGC] [IFSR].

SHARIFI-TEHRANI, Hamid Reza (a.k.a. SHARIFI-TEHRANI, Hamidreza (Arabic: حمیدرضا شریفی تهرانی)), Iran; DOB 06 Jul 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285834070 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SHARIFI-TEHRANI, Hamidreza (Arabic: حمیدرضا شریفی تهرانی) (a.k.a. SHARIFI-TEHRANI, Hamid Reza), Iran; DOB 06 Jul 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285834070 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

SHARIFI-ZINDASHTI, Naji (a.k.a. KENANI, Emirhan; a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی)), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی) (a.k.a. KENANI, Emirhan;

a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل للخدمات البحرية و النقل); a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL HARAM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHARP EDGE ENGINEERING INC. (Chinese Traditional: 鋭元科技有限公司) (a.k.a. RUIYUAN KEJI YOUXIAN GONGSI), 8F-4, Alley 22, Lane 513, Ruigang Rd. No 5, Taipei City, Neihu Dist., Taiwan; Organization Established Date 13 Dec 2016; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 52484961 (Taiwan)

[RUSSIA-EO14024] (Linked To: JSC PKK MILANDR).

SHARQ CEMENT (a.k.a. SIMAN-E SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ CEMENT INDUSTRIAL LIMESTONE (a.k.a. AHAK-E SANATI SIMAN SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ CEMENT MANUFACTURERS (a.k.a. FARAVARDEHAYE SIMAN SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ COALMINES (a.k.a. MA'ADEN-E ZOGHAL SANG SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARQ WHITE CEMENT (a.k.a. SIMAN'E SEFID SHARGH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHARROUF, Khaled (a.k.a. ZARQAWI AL AUSTR, Abu; a.k.a. ZARQAWI AUSTRALI, Abu; a.k.a. ZARQAWI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHARVIT, Moshe (Hebrew: משה שרביט), Moshes Farm, West Bank; DOB 13 Nov 1994; nationality Israel; Gender Male; National ID No. 206223000 (Israel) (individual) [WEST-BANK-EO14115].

SHARY, Amin Muhammad (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح (شستان) ; a.k.a. ARMED FORCES SOCIAL

SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح (شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲، تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

SHATROU, Aliaksandr (a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеневич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч) (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a.

SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROU, Alyaksandr (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich, Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр) (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Alexander (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич); a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич) (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexandr Evgenevich), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHATROV, Alexandr Evgenevich (a.k.a. SHATROU, Aliaksandr; a.k.a. SHATROU, Aliaksandr Yauhenavich (Cyrillic: ШАТРОЎ, Аляксандр Яўгенавіч); a.k.a. SHATROU, Alyaksandr; a.k.a. SHATROV, Aleksandr (Cyrillic: ШАТРОВ, Александр); a.k.a. SHATROV, Alexander; a.k.a. SHATROV, Alexander Evgenevich (Cyrillic: ШАТРОВ, Александр Евгеньевич)), Belarus; Moscow, Russia; DOB 09 Nov 1978; POB Russia; nationality Belarus; alt. nationality Russia; Gender Male (individual) [BELARUS-EO14038].

SHAUTSOU, Dzmitry Yauhenievich (Cyrillic: ШАЎЦОЎ, Дзмітрый Яўгеньевіч) (a.k.a. SHEVTSOV, Dmitriy Evgenievich (Cyrillic: ШЕВЦОВ, Дмитрий Евгеньевич)), Minsk, Belarus; DOB 03 Nov 1973; nationality Belarus; Gender Male; National ID No. 3031173H001PB8 (Belarus); Secretary General (individual) [RUSSIA-EO14024].

SHAWKAT, Assef, Al-Akkad Street, Damascus, Syria; DOB 1950; POB Tartus, Syria; nationality Syria; Director of Syrian Military Intelligence (individual) [SYRIA].

SHAWKAT, Bushra (a.k.a. AL-ASSAD, Bushra (Arabic: بشرى الاسد), Dubai, United Arab Emirates; DOB 24 Oct 1960; POB Egypt; nationality Syria; Gender Female (individual) [SYRIA-EO13894].

SHAYESTEH, Bahram Ali (a.k.a. JADALI, Bahrami Ali; a.k.a. SHAYESTEH, Bahrami Ali), 80331 Muenchen, Bayern, Germany; DOB 06 May 1963; alt. DOB 06 Aug 1963; alt. DOB 13 Jun 1958; POB Tehran, Iran (individual) [SDNTK].

SHAYESTEH, Bahrami Ali (a.k.a. JADALI, Bahrami Ali; a.k.a. SHAYESTEH, Bahram Ali), 80331 Muenchen, Bayern, Germany; DOB 06 May 1963; alt. DOB 06 Aug 1963; alt. DOB 13 Jun 1958; POB Tehran, Iran (individual) [SDNTK].

SHAYHUTDINOV, Rifat Gabdulkhakovich (Cyrillic: ШАЙХУТДИНОВ, Рифат Габдулхакович), Russia; DOB 23 Dec 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"; DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

SHAZAND PETROCHEMICAL COMPANY (a.k.a. AR.P.C.; a.k.a. ARAK PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL CORPORATION), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHAZAND PETROCHEMICAL CORPORATION (a.k.a. AR.P.C.; a.k.a. ARAK PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL COMPANY), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHCHAPOV, Mikhail Viktorovich (Cyrillic: ЩАПОВ, Михаил Викторович), Russia; DOB 20 Sep 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHCHEGLOV, Nikolay Mikhaylovich (Cyrillic: ЩЕГЛОВ, Николай Михайлович), Russia; DOB 16 Mar 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHCHEGOLEV, Igor Olegovich (a.k.a. SHCHYOGOLEV, Igor Olegovich), Russia; DOB 10 Nov 1965; POB Vinnytsia, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SHCHERBAKOV, Alexander Vladimirovich (Cyrillic: ЩЕРБАКОВ, Александр Владимирович), Russia; DOB 12 May 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHCHERBAKOV, Kirill Konstantinovich, Moscow, Russia; DOB 18 May 1968; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 774302261730 (Russia) (individual) [UKRAINE-EO13661] [CYBER2]

[ELECTION-EO13848] (Linked To: OOO YUNIDZHET).

SHCHYOGOLEV, Igor Olegovich (a.k.a. SHCHEGOLEV, Igor Olegovich), Russia; DOB 10 Nov 1965; POB Vinnytsia, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SHEHAB, Sami (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Mansur Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SHEHADEH, Rafik (a.k.a. SHAHADAH, Rafiq; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; Gender Male; Major General (individual) [SYRIA].

SHEHBAZ, Malik Zafar Iqbal (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

SHEIKH BAHAEI CENTER (a.k.a. SHEIKH BAHA'I SCIENCE AND TECHNOLOGY RESEARCH CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHEIKH BAHA'I SCIENCE AND TECHNOLOGY RESEARCH CENTER (a.k.a. SHEIKH BAHAEI CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

SHEIKH MOHAMMED, Amir Azam (a.k.a. AZAM, Amir), c/o A A TRADING FZCO, Dubai, United Arab Emirates; Dubai, United Arab Emirates; DOB 02 Nov 1971; POB Chiswick, England; citizen United Arab Emirates; Passport 039856039 (United Kingdom) (individual) [SDNTK].

SHEIKH YAHYA, Abu Yahya (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

SHEIKH, Mohammad Nayeem (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAEEM, Sheikh"; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SHEIKH, Muhammad Naeem (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. "NAEEM, Sheikh"; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

SHEIKH, Qari Muhammad Yaqoob (a.k.a. SHEIKH, Qari Muhammad Yaqub; a.k.a. YAQOOB, Mohammad; a.k.a. YAQOOB, Qari Shaikh Muhammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

SHEIKH, Qari Muhammad Yaqub (a.k.a. SHEIKH, Qari Muhammad Yaqoob; a.k.a. YAQOOB, Mohammad; a.k.a. YAQOOB, Qari Shaikh Muhammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Passport

BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

SHEIKH, Umair Naeem (a.k.a. NAEEM, Umair), 112 Ahmed Block, New Garden Town, Lahore, Pakistan; DOB 19 Sep 1980; POB Lahore, Pakistan; citizen Pakistan; Passport AQ5192272 (Pakistan) expires 28 Jul 2012; National ID No. 35202-7366227-7 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: ABDUL HAMEED SHAHAB-UD-DIN).

SHEIKIN, Artem Gennadyevich (Cyrillic: ШЕЙКИН, Артём Геннадьевич) (a.k.a. SHEYKIN, Artyom Gennadievich), Russia; DOB 25 Mar 1980; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHEIMAN, Victor Uladzimiravich (a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Victor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEIMAN, Viktor Uladzimiravich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimiravich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEIMAN, Viktar Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a.

SHEIMAN, Viktor Uladzimiravich; a.k.a.
SHEIMAN, Viktor Vladimirovich; a.k.a.
SHEYMAN, Victor Uladzimirovich; a.k.a.
SHEYMAN, Victor Vladimirovich; a.k.a.
SHEYMAN, Viktar Uladzimiravich; a.k.a.
SHEYMAN, Viktar Vladimirovich; a.k.a.
SHEYMAN, Viktor Uladzimiravich; a.k.a.
SHEYMAN, Viktor Vladimirovich); DOB 26 May
1958; POB Soltanishka, Voronovskovo,
Belarus; alt. POB Grodno, Belarus; State
Secretary of the Security Council; former
Prosecutor General (individual) [BELARUS].

SHEIMAN, Viktar Vladimirovich (a.k.a.
SHEIMAN, Victor Uladzimiravich; a.k.a.
SHEIMAN, Viktor Uladzimiravich; a.k.a.
SHEIMAN, Viktar Uladzimiravich; a.k.a.
SHEIMAN, Viktor Vladimirovich; a.k.a.
SHEYMAN, Victor Uladzimirovich; a.k.a.
SHEYMAN, Victor Vladimirovich; a.k.a.
SHEYMAN, Viktar Uladzimiravich; a.k.a.
SHEYMAN, Viktar Vladimirovich; a.k.a.
SHEYMAN, Viktor Uladzimiravich; a.k.a.
SHEYMAN, Viktor Vladimirovich); DOB 26 May
1958; POB Soltanishka, Voronovskovo,
Belarus; alt. POB Grodno, Belarus; State
Secretary of the Security Council; former
Prosecutor General (individual) [BELARUS].

SHEIMAN, Victor Uladzimiravich (a.k.a.
SHEIMAN, Victor Uladzimiravich; a.k.a.
SHEIMAN, Viktor Uladzimiravich; a.k.a.
SHEIMAN, Viktar Uladzimiravich; a.k.a.
SHEIMAN, Viktar Vladimirovich; a.k.a.
SHEYMAN, Victor Uladzimirovich; a.k.a.
SHEYMAN, Victor Vladimirovich; a.k.a.
SHEYMAN, Viktar Uladzimiravich; a.k.a.
SHEYMAN, Viktar Vladimirovich; a.k.a.
SHEYMAN, Viktor Uladzimiravich; a.k.a.
SHEYMAN, Viktor Vladimirovich); DOB 26 May
1958; POB Soltanishka, Voronovskovo,
Belarus; alt. POB Grodno, Belarus; State
Secretary of the Security Council; former
Prosecutor General (individual) [BELARUS].

SHEIMAN, Victor Vladimirovich (a.k.a.
SHEIMAN, Victor Uladzimiravich; a.k.a.
SHEIMAN, Victor Vladimirovich; a.k.a.
SHEIMAN, Viktor Uladzimiravich; a.k.a.
SHEIMAN, Viktar Uladzimiravich; a.k.a.
SHEYMAN, Victor Uladzimirovich; a.k.a.
SHEYMAN, Victor Vladimirovich; a.k.a.
SHEYMAN, Viktar Uladzimiravich; a.k.a.
SHEYMAN, Viktar Vladimirovich; a.k.a.

SHEYMAN, Viktor Vladimirovich); DOB 26 May
1958; POB Soltanishka, Voronovskovo,
Belarus; alt. POB Grodno, Belarus; State
Secretary of the Security Council; former
Prosecutor General (individual) [BELARUS].

SHEIN, Andrey (a.k.a. SHEIN, Andrey
Borisovich); DOB 19 Jun 1971; POB
Ivanovskaya Oblast, Russia; citizen Russia;
Gender Male; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions
Regulations, 31 CFR 589.201 and/or 589.209;
Deputy Head of the Border Directorate - Head
of the Coast Guard Unit of the Federal Security
Service of the Russian Federation (individual)
[UKRAINE-EO13661].

SHEIN, Andrey Borisovich (a.k.a. SHEIN,
Andrey); DOB 19 Jun 1971; POB Ivanovskaya
Oblast, Russia; citizen Russia; Gender Male;
Secondary sanctions risk: Ukraine-/Russia-
Related Sanctions Regulations, 31 CFR
589.201 and/or 589.209; Deputy Head of the
Border Directorate - Head of the Coast Guard
Unit of the Federal Security Service of the
Russian Federation (individual) [UKRAINE-
EO13661].

SHEIN, U Win (a.k.a. SHEIN, Win,
Myanandayanar, Naypyitaw, Burma; DOB 31
Jul 1957; POB Mandalay, Burma; nationality
Burma; citizen Burma; Gender Male; Passport
DM001478 (Burma) issued 10 Sep 2012
expires 09 Sep 2022; National ID No.
12DAGANA011336 (Burma); Minister for
Planning, Finance, and Industry (individual)
[BURMA-EO14014].

SHEIN, Win (a.k.a. SHEIN, U Win),
Myanandayanar, Naypyitaw, Burma; DOB 31
Jul 1957; POB Mandalay, Burma; nationality
Burma; citizen Burma; Gender Male; Passport
DM001478 (Burma) issued 10 Sep 2012
expires 09 Sep 2022; National ID No.
12DAGANA011336 (Burma); Minister for
Planning, Finance, and Industry (individual)
[BURMA-EO14014].

SHEKA, Ntabo Ntaberi; DOB 04 Apr 1976; POB
Walikale Territory, Democratic Republic of the
Congo; nationality Congo, Democratic Republic
of the; Commander in Chief, Nduma Defense of
Congo, Mayi Mayi Sheka group (individual)
[DRCONGO].

SHEKAU, Abubakar (a.k.a. BI MUHAMMED, Abu
Muhammed Abubakar; a.k.a. BIN
MOHAMMED, Abu Mohammed Abubakar;
a.k.a. "SHAYKU"; a.k.a. "SHEHU"; a.k.a.
"SHEKAU"), Nigeria; DOB 1969; POB Shekau
Village, Yobe State, Nigeria (individual) [SDGT].

SHEKUFEI INTERNATIONAL TRADING CO.,
LIMITED, Room 3224 Qinghai Building,
Tiangqing Village, Tin Shui Wai Yuen Long
District, Hong Kong, China; Additional
Sanctions Information - Subject to Secondary
Sanctions; Organization Established Date 03
Jun 2021; Registration Number 3054573 (Hong
Kong) [IRAN-EO13846] [Linked To: PERSIAN
GULF PETROCHEMICAL INDUSTRY
COMMERCIAL CO.).

SHELESTENKO, Gennadiy Aleksandrovich
(Cyrillic: ШЕЛЕСТЕНКО, Геннадий
Александрович) (a.k.a. SHELESTENKO,
Hennadiy Oleksandrovych (Cyrillic:
ШЕЛЕСТЕНКО, Геннадій Олександрович)),
Apartment 360, 75 Stepan Razin Street,
Kherson, Kherson Region, Ukraine; DOB 16
Aug 1966; nationality Ukraine; Gender Male;
Tax ID No. 2433418476 (Ukraine) (individual)
[RUSSIA-EO14024].

SHELESTENKO, Hennadiy Oleksandrovych
(Cyrillic: ШЕЛЕСТЕНКО, Геннадій
Олександрович) (a.k.a. SHELESTENKO,
Gennadiy Aleksandrovich (Cyrillic:
ШЕЛЕСТЕНКО, Геннадий Александрович)),
Apartment 360, 75 Stepan Razin Street,
Kherson, Kherson Region, Ukraine; DOB 16
Aug 1966; nationality Ukraine; Gender Male;
Tax ID No. 2433418476 (Ukraine) (individual)
[RUSSIA-EO14024].

SHEMAZASHVILI, Koba Shalvovich (a.k.a.
SHERMAZASHVILI, Koba; a.k.a. "KOBA
RUSTAVSKIY"; a.k.a. "TSITSILA") DOB 1974;
POB Rustavi, Georgia (individual) [TCO].

SHEN YANG JING CHENG MACHINERY
IMP&EXP. CO., LIMITED (Chinese Traditional:
安置集團有限公司) (a.k.a. SHEN YANG JING
CHENG MACHINERY IMPANDEXP. CO.,
LIMITED), Tsim Sha Tsui, Hong Kong; Surat
Thani 84320, Thailand; Beijing, China; Wan
Chai, Hong Kong; Causeway Bay, Hong Kong;
Central, Hong Kong; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions
Regulations, 31 CFR 589.201 and/or 589.209;
Identification Number 1328682 (Hong Kong)
[UKRAINE-EO13661] [CYBER2] [ELECTION-
EO13848] (Linked To: PRIGOZHIN, Yevgeniy
Viktorovich).

SHEN YANG JING CHENG MACHINERY
IMPANDEXP. CO., LIMITED (a.k.a. SHEN
YANG JING CHENG MACHINERY IMP&EXP.
CO., LIMITED (Chinese Traditional:
安置集團有限公司)), Tsim Sha Tsui, Hong
Kong; Surat Thani 84320, Thailand; Beijing,
China; Wan Chai, Hong Kong; Causeway Bay,

Hong Kong; Central, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number 1328682 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SHEN ZHONG INTERNATIONAL SHPG (Chinese Traditional: 沈忠國際海運有限公司), Unit 503, 5th Floor, Silvercord Tower 2, 30, Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5604962 [DPRK4].

SHEN, Luqian, Room 32.33, No. 18, Dongayicun, Xuhui District, Shanghai, China; DOB 25 Feb 1987; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G54213480 (China) (individual) [IRAN-EO13846].

SHEN, Weisheng, Zhejiang, China; DOB 01 Nov 1957; POB Haimen, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G23381737 (China) issued 13 Jun 2007 expires 12 Jun 2017; National ID No. 330103195711011317 (China) (individual) [NPWMD] [IFSR] (Linked To: ZHEJIANG QINGJI IND. CO., LTD).

SHEN, Xingbiao (Chinese Simplified: 沈兴标) (a.k.a. "SHEN, Mike"), No. 20, Group 5 Junshe Village, Lvliang Township, Jinhu County, Jiangsu Province, China (Chinese Simplified: 军舍村五组20号, 吕良镇, 金湖县, 江苏省, China); DOB 04 May 1985; POB Jiangsu, China; nationality China; Email Address 183322875@qq.com; Gender Male; Digital Currency Address - XBT 3B7S6zrgxQVQUHTU8wstM23tB9afE7ojuX; Digital Currency Address - ETH 0x530a64c0ce595026a4a556b703644228179e2d57; Phone Number 8613337963690; alt. Phone Number 8615189626230; Digital

Currency Address - USDT TEAqwfMhXLaomXhZ8KeMhx3njGmQEDnsUR; National ID No. 320831198505045212 (China) (individual) [ILLICIT-DRUGS-EO14059].

SHEN, Yueyue (Chinese Simplified: 沈跃跃; Chinese Traditional: 沈躍躍), Beijing, China; DOB Jan 1957; POB Ningbo, Zhejiang Province, China; citizen China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

SHENG CORE TECHNOLOGY CO LIMITED (Chinese Simplified: 晟芯科技有限公司), Block, Huaqiang North Street, Huaqiang Plaza, Futian District, Shenzhen 518028, China; Registration Number 2188480 (Hong Kong) [RUSSIA-EO14024].

SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED (Chinese Simplified: 深圳五力高科创新科技有限公司) (a.k.a. SHENZHEN WU LI GAO KE INNOVATION SCIENCE AND TECHNOLOGY CO., LTD; a.k.a. SHENZHEN WU LI GAOKE CHUANGXIN YOUXIAN GONGSI), 502, Block B, Rongchaolong Building, Longfu Road, Shangjing Community, Longcheng Street, Longgang District, Shenzhen, China; 306 No. 66 Huayuan Road, Pingxi Community, Pingdi Street, Longgang District, Shenzhen, Guangdong Province, China; Organization Established Date 13 Dec 2022; Unified Social Credit Code (USCC) 91440300MA5HLP0L6L (China) [BELARUS-EO14038] (Linked To: PELENG JSC).

SHENZHEN BIGUANG TRADING CO., LTD (Chinese Simplified: 深圳比广贸易有限公司), 18E, Block B, World Trade Square, No. 9 Fuhong Road, Funnan Community, Futian Street, Futian District, Shenzhen, Guangdong, China (Chinese Simplified: 福田区福田街道南社区福虹路9号世贸广场B座18E, 深圳市, 广东省, China); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 01 Dec 2020; Unified Social Credit Code (USCC) 91440300MA5GH3DL64 (China) [RUSSIA-EO14024].

SHENZHEN CASPRO TECHNOLOGY CO., LTD (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN CASPRO TECHNOLOGY LTD. (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN DAXIE FREIGHT AGENCY CO LTD (a.k.a. GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司); a.k.a. SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD; a.k.a. SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD (a.k.a. GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司); a.k.a. SHENZHEN DAXIE FREIGHT AGENCY CO LTD; a.k.a. SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Unified Social Credit Code

(USCC) 9144030058405709 3C (China) [RUSSIA-EO14024].

SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD (a.k.a. GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司); a.k.a. SHENZHEN DAXIE FREIGHT AGENCY CO LTD; a.k.a. SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

SHENZHEN GUANGSHENDA ADVANCED EQUIPMENT CO., LTD. (a.k.a. JARVIS HK CO., LIMITED), No. 38-3, Longhua Yingtai Road, Shenzhen, China; 2F, Building 1, Pingliang Road, Shanghai, China; House 13, Street 28, F6/1, Islamabad, Pakistan; Room 1201, 12/F Tai Sang Bank Building 130-132 Des Vouex Road, Central, Hong Kong, China; Organization Established Date 25 Nov 2010; Business Registration Number 1532250 (Hong Kong) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

SHENZHEN JIA SIBO SCIENCE AND TECHNOLOGY CO., LTD. (a.k.a. SHENZHEN JIASIBO TECHNOLOGY CO., LTD.), No. 57, Busha Road, Buji, Longgang, Shenzhen, Guangdong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 May 2012; Registration Number 440307106211599 (China); Unified Social Credit Code (USCC) 91440300595653122J (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN JIASIBO TECHNOLOGY CO., LTD. (a.k.a. SHENZHEN JIA SIBO SCIENCE AND TECHNOLOGY CO., LTD.), No. 57, Busha Road, Buji, Longgang, Shenzhen, Guangdong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 08 May 2012; Registration Number 440307106211599 (China); Unified Social Credit Code (USCC) 91440300595653122J (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

SHENZHEN WU LI GAO KE INNOVATION SCIENCE AND TECHNOLOGY CO., LTD

(a.k.a. SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED (Chinese Simplified: 深圳五力高科创新科技有限公司); a.k.a. SHENZHEN WU LI GAOKE CHUANGXIN YOUXIAN GONGSI), 502, Block B, Rongchaolong Building, Longfu Road, Shangjing Community, Longcheng Street, Longgang District, Shenzhen, China; 306 No. 66 Huayuan Road, Pingxi Community, Pingdi Street, Longgang District, Shenzhen, Guangdong Province, China; Organization Established Date 13 Dec 2022; Unified Social Credit Code (USCC) 91440300MA5HLP0L6L (China) [BELARUS-EO14038] (Linked To: PELENG JSC).

SHENZHEN WU LI GAOKE CHUANGXIN YOUXIAN GONGSI (a.k.a. SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED (Chinese Simplified: 深圳五力高科创新科技有限公司); a.k.a. SHENZHEN WU LI GAO KE INNOVATION SCIENCE AND TECHNOLOGY CO., LTD), 502, Block B, Rongchaolong Building, Longfu Road, Shangjing Community, Longcheng Street, Longgang District, Shenzhen, China; 306 No. 66 Huayuan Road, Pingxi Community, Pingdi Street, Longgang District, Shenzhen, Guangdong Province, China; Organization Established Date 13 Dec 2022; Unified Social Credit Code (USCC) 91440300MA5HLP0L6L (China) [BELARUS-EO14038] (Linked To: PELENG JSC).

SHENZHEN YANTU IMPORT EXPORT CO LTD (Chinese Simplified: 深圳寰图进出口有限公司), Room 311-01, New Times Plaza, No. 1 Taizi Road, Shuiwan Community, Zhaogao Street, Nanshan District, Shenzhen, China; Shennan Avenue, North Century Holiday Plaza, Building A Room 814/815, Nanshan District, Shenzhen City, Guangdong Province 518000, China; Organization Established Date 05 Sep 2011; Registration Number 440301503410476 (China); Unified Social Credit Code (USCC) 91440300580074718C (China) [RUSSIA-EO14024] (Linked To: IPS PACIFIC COMPANY LIMITED).

SHENZHEN YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 深圳市亚新通用机械有限公司) (a.k.a. YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 亚新通用机械有限公司); a.k.a. YASON GENERAL MACHINERY MANUFACTURING CO., LTD.), 301A, Fl. 3, No. 17 III of Xinxiang Industrial Park, Xinhe Street New and Emerging Industrial Area (A),

Fuhai Street, Baoan District, Shenzhen, Guangdong Province 518000, China; Floor 3, Bldg 1, (Zone A) Zone 3, Xinhe Xinxing Ind. Zone, Fuyong Street, Baoan Dist., Shenzhen, Guangdong, China; No 188-23, Xiangming RD, Fengcheng Town, Anxi County, Quanzhou, Fujian, China; Website www.ytkmachine.com; alt. Website www.ytkpack.com; alt. Website www.medpacking.com; Email Address worldyason@live.com; alt. Email Address jelly-yason@outlook.com; Phone Number 8618170079734; alt. Phone Number 8675536528786; Organization Established Date 30 Nov 2011; Unified Social Credit Code (USCC) 9144030005876 42510R (China) [ILLICIT-DRUGS-EO14059].

SHENZHEN YASON GENERAL MACHINERY CO., LTD. NANCHANG BRANCH (Chinese Simplified: 深圳市亚新通口机械有限公司南昌分公司) (a.k.a. SHENZHEN YAXIN GENERAL MACHINERY CO., LTD. NANCHANG BRANCH), Room 901, Building 2, Century Xinchen Building, No. 917, Fenglin West Street, Nanchang Economic and Technological Development Zone, Nanchang, Jiangxi 33000, China; Phone Number 8618720979173; Unified Social Credit Code (USCC) 91360122MA3844AE0Y (China) [ILLICIT-DRUGS-EO14059].

SHENZHEN YAXIN GENERAL MACHINERY CO., LTD. NANCHANG BRANCH (a.k.a. SHENZHEN YASON GENERAL MACHINERY CO., LTD. NANCHANG BRANCH (Chinese Simplified: 深圳市亚新通口机械有限公司南昌分公司)), Room 901, Building 2, Century Xinchen Building, No. 917, Fenglin West Street, Nanchang Economic and Technological Development Zone, Nanchang, Jiangxi 33000, China; Phone Number 8618720979173; Unified Social Credit Code (USCC) 91360122MA3844AE0Y (China) [ILLICIT-DRUGS-EO14059].

SHER MATCH INDUSTRIES (PVT.) LIMITED, Plot Numbers 119-121, Industrial Estate, Jamrud Road, Hayatabad, Peshawar, Pakistan; Shahnawaz Traders Royal Industrial Area, Jamrud Road, Peshawar, Pakistan; C.R. No. P-01876/19981106 (Pakistan) [SDNTK].

SHERAKATE OMRAN VA MASKAN IRAN (Arabic: هلدینگ عمران و مسکن ایران) (a.k.a. BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: عمران و مسکن بنیاد مستضعفان); a.k.a. OMRAN VA MASKAN IRAN

COMPANY (Arabic: ‏(شرکت عمران و مسکن ایران‎; a.k.a. SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHEREMET, Mikhail Sergeevich (a.k.a. SHEREMET, Mikhail Sergeyevich (Cyrillic: ШЕРЕМЕТ, Михаил Сергеевич)), Russia; DOB 23 May 1971; POB Dzhankoy, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

SHEREMET, Mikhail Sergeyevich (Cyrillic: ШЕРЕМЕТ, Михаил Сергеевич) (a.k.a. SHEREMET, Mikhail Sergeevich), Russia; DOB 23 May 1971; POB Dzhankoy, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

SHERKAT BATTERY SAZI NIRU SAHAMI KHASS (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. THE NIRU BATTERY COMPANY), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHERKAT MALI OOSARMAYEH GOZARI PISHROOIRAN (Arabic: ‏شرکت مالی و سرمایه ‏گذاری پیشرو ایران‎ (a.k.a. PISHRO IRAN CO.; a.k.a. PISHRO IRAN COMPANY; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT CO. PJS; a.k.a. PISHRO IRAN FINANCIAL AND INVESTMENT COMPANY), Vanak Square - After Mirdamad Intersection - Ghobadian St. - No. 37 - 6th Floor, Tehran, Iran; Central District, Tehran City, Near Abbas Abad Neighborhood, Modares Highway, Resalat Highway, No. 0, Central Building of Mostazafan

Foundation, 14th Floor, Tehran, Iran 1519613524, Iran; Website www.pishrowiran.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102275819 (Iran); Registration Number 185475 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT NAFT PARS SAHAMI AAM (Arabic: ‏شرکت نفت پارس سهامی عام‎ (a.k.a. PARS OIL (Arabic: ‏نفت پارس‎; a.k.a. PARS OIL CO.), No. 346, Pars Oil Company Building, Modarres Highway, East Mirdamad Boulevard, Tehran 1549944511, Iran; Postal Box 14155-1473, Tehran 159944511, Iran; Iran; Website http://www.parsoilco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100302746 (Iran); Registration Number 6388 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

SHERKAT SAHAMI ALIAF (Arabic: ‏شرکت سهامی الیاف‎) (a.k.a. ALIAF CO.; a.k.a. ALIAF COMPANY; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. ALIYAF CO.), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT SAHAMI KHASS KALA NAFT (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani

Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKAT SAHAMI KHASS KHAYBAR (a.k.a. KHAYBAR COMPANY; a.k.a. KHAYBARCO; a.k.a. KHEYBAR COMPANY), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242,

Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKAT SANAYEH ELECTRONICS IRAN (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS) (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKATE BAZARGANI PETRCHEMIE (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. "IPCC"; a.k.a. "PCC"), No.

1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKATE BEH TAAM (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به نام روانکار "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

SHERKATE CHOOBE SHOMAAL (a.k.a. CHOUBE SHOMAL COMPANY; a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SANATE CHOUBE SHOMAL COMPANY), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E DEY (a.k.a. DAY COMPANY; a.k.a. DEY COMPANY (Arabic: شرکت دی), No 18, Fakhr Razi Street, Enghelab Street, Tehran, Iran; Website http://day-cc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861092038 (Iran); Registration Number 93 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKATE DOODEH FAAM-E SADAF (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E IRAN VA SHARGH (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND EAST COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. IRANOSHARGH COMPANY), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA (a.k.a. TADBIR BROKERAGE COMPANY; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E LIZING-E IRAN VA SHARGH (a.k.a. IRAN & SHARGH LEASING COMPANY; a.k.a. IRAN AND EAST LEASING COMPANY; a.k.a. IRAN AND SHARGH LEASING COMPANY), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN (a.k.a. BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: عمران و مسکن بنیاد مستضعفان); a.k.a. OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران); a.k.a. SHERKATE OMRAN VA MASKAN IRAN (Arabic: (هلدینگ عمران و مسکن ایران)), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شرکت ملی ساختمان) (a.k.a. MELLI SAKHTEMAN CO.; a.k.a. MELLI SAKHTEMAN COMPANY; a.k.a. "NATIONAL BUILDING COMPANY"), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran;

P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

SHERKATE SANATI DARYAI IRAN (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR] [IFSR].

SHERKATE SANATI OMRANI PARS BANAYE SADR (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

SHERKATE SANAYE MADANIYE KAVEH PARS (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street,

Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E SARMAYEGOZARI-E PARDIS (a.k.a. PARDIS INVESTMENT COMPANY), Iran; Unit D4 and C4, 4th Floor, Building 29 Africa, Corner of 25th Street, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERKAT-E SARRAFI SINA (Arabic: شرکت صرافی سینا) (a.k.a. SINA CURRENCY EXCHANGE COMPANY), Shahid Beheshti Street, Number 287, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320810830 (Iran); Registration Number 428695 (Iran) [IRAN-EO13876] (Linked To: SINA BANK).

SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN (a.k.a. BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY; a.k.a. PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان); a.k.a. PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی، مراکز تفریحی و حمل و نقل پارسیان), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHERKAT-E TOLID VA SADERAT-E RISHMAK (a.k.a. RISHMAK COMPANY; a.k.a. RISHMAK EXPORT AND MANUFACTURING P.J.S.; a.k.a. RISHMAK PRODUCTION AND EXPORT COMPANY; a.k.a. RISHMAK PRODUCTIVE & EXPORTS COMPANY; a.k.a. RISHMAK PRODUCTIVE AND EXPORTS COMPANY), Rishmak Cross Rd., 3rd Km. of Amir Kabir Road, Shiraz 71365, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHERMAN, Harry Varney Gboto-Nambi, 17th Street and Chessman Avenue, Sinkor, P.O. Box 10-3218,10, Monrovia, Liberia; 11803 Backus Drive, Bowie, MD 20720-4464, United States; DOB 16 Feb 1953; POB Robertsport, Grand Cape Mount County, Liberia; nationality Liberia; Gender Male; Passport PP0099877 (Liberia) expires 28 May 2025 (individual) [GLOMAG].

SHERMAZASHVILI, Koba (a.k.a. SHEMAZASHVILI, Koba Shalvovich; a.k.a. "KOBA RUSTAVSKIY"; a.k.a. "TSITSILA"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

SHERRI, Amin (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHESHENYA, Alexei Nikolaevich (Cyrillic: ШЕШЕНЯ, Алексей Николаевич) (a.k.a. SHESHENYA, Alexey), Novokosinskaya Street 38, Building 3, Apartment 3, Moscow 111539, Russia; DOB 16 Apr 1971; citizen Russia; Gender Male; Passport 4506550500 (Russia) (individual) [MAGNIT].

SHESHENYA, Alexey (a.k.a. SHESHENYA, Alexei Nikolaevich (Cyrillic: ШЕШЕНЯ, Алексей Николаевич)), Novokosinskaya Street 38, Building 3, Apartment 3, Moscow 111539, Russia; DOB 16 Apr 1971; citizen Russia; Gender Male; Passport 4506550500 (Russia) (individual) [MAGNIT].

SHESTAKOV, Ilya Vasilyevich (Cyrillic: ШЕСТАКОВ, Васильевич Илья) (a.k.a. "SHESTAKOV, Ilya V"), Russia; DOB 15 Jul 1978; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHETAB G (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHETAB GAMAN (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a.

IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHETAB TRADING (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHEVCHENKO, Andrei Anatolyevich (Cyrillic: ШЕВЧЕНКО, Андрей Анатольевич), Russia; DOB 29 May 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHEVCHENKO, Evgeni (a.k.a. SHEVCHENKO, Yevgeny Aleksandrovich (Cyrillic: ШЕВЧЕНКО, Евгений Александрович)), Moscow, Russia; DOB 09 Sep 1972; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHEVCHENKO, Yevgeny Aleksandrovich (Cyrillic: ШЕВЧЕНКО, Евгений Александрович) (a.k.a. SHEVCHENKO, Evgeni), Moscow, Russia; DOB 09 Sep 1972; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHEVCHENKO, Yurij Valerevich (a.k.a. SHEVCHENKO, Yuriy Valeriyovych (Cyrillic: ШЕВЧЕНКО, Юрій Валерійович); a.k.a. SHEVCHENKO, Yuriy Valeryevich (Cyrillic: ШЕВЧЕНКО, Юрий Валерьевич)), Taranrog, Rostov Oblast, Russia; DOB 30 Dec 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SHEVCHENKO, Yuriy Valeriyovych (Cyrillic: ШЕВЧЕНКО, Юрій Валерійович) (a.k.a. SHEVCHENKO, Yurij Valerevich; a.k.a. SHEVCHENKO, Yuriy Valeryevich (Cyrillic:

ШЕВЧЕНКО, Юрий Валерьевич)), Taranrog, Rostov Oblast, Russia; DOB 30 Dec 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SHEVCHENKO, Yuriy Valeryevich (Cyrillic: ШЕВЧЕНКО, Юрий Валерьевич) (a.k.a. SHEVCHENKO, Yurij Valerevich; a.k.a. SHEVCHENKO, Yuriy Valeriyovych (Cyrillic: ШЕВЧЕНКО, Юрій Валерійович)), Taranrog, Rostov Oblast, Russia; DOB 30 Dec 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SHEVCHUK, Stanislav (a.k.a. SHEVCHUK, Stanislav Anatolevich), Ul Asanalieva 8 24, Minsk, Belarus; Spain; DOB 19 Aug 1974; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FB990310 (Ukraine); Identification Number 1974081900757 (Ukraine) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

SHEVCHUK, Stanislav Anatolevich (a.k.a. SHEVCHUK, Stanislav), Ul Asanalieva 8 24, Minsk, Belarus; Spain; DOB 19 Aug 1974; POB Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FB990310 (Ukraine); Identification Number 1974081900757 (Ukraine) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

SHEVCHUK, Tatiana, Moscow, Russia; DOB 08 Jan 1970; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. BB299742 (Ukraine) (individual) [CYBER2] (Linked To: EVIL CORP).

SHEVELIN, Pavel Pavlovich, Nikolay Sokolov Street, Building 40, Apartment 57, St. Petersburg, Russia; DOB 10 Oct 1989; POB Petrozavodsk, Russia; nationality Russia; Gender Male; Passport 8617230995 (Russia) (individual) [RUSSIA-EO14024].

SHEVTSOV, Dmitriy Evgenievich (Cyrillic: ШЕВЦОВ, Дмитрий Евгеньевич) (a.k.a. SHAUTSOU, Dzmitry Yauhenievich (Cyrillic: ШАЎЦОЎ, Дзмітрый Яўгеньевіч)), Minsk, Belarus; DOB 03 Nov 1973; nationality Belarus; Gender Male; National ID No.

3031173H001PB8 (Belarus); Secretary General (individual) [RUSSIA-EO14024].

SHEVTSOV, Vadim (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHEVTSOV, Vadim Gheorghievici (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHEVTSOV, Vladimir (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHEYKIN, Artyom Gennadievich (a.k.a. SHEIKIN, Artem Gennadyevich (Cyrillic: ШЕЙКИН, Артём Геннадьевич)), Russia; DOB 25 Mar 1980; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHEYMAN, Victor Uladzimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo,

Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Victor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktar Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimirovich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktar Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimirovich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktor Uladzimiravich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktor Uladzimiravich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a.

SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimirovich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Vladimirovich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHEYMAN, Viktor Vladimirovich (a.k.a. SHEIMAN, Victor Uladzimiravich; a.k.a. SHEIMAN, Victor Vladimirovich; a.k.a. SHEIMAN, Viktar Uladzimiravich; a.k.a. SHEIMAN, Viktar Vladimirovich; a.k.a. SHEIMAN, Viktor Vladimirovich; a.k.a. SHEYMAN, Victor Uladzimirovich; a.k.a. SHEYMAN, Victor Vladimirovich; a.k.a. SHEYMAN, Viktar Uladzimiravich; a.k.a. SHEYMAN, Viktar Vladimirovich; a.k.a. SHEYMAN, Viktor Uladzimiravich); DOB 26 May 1958; POB Soltanishka, Voronovskovo, Belarus; alt. POB Grodno, Belarus; State Secretary of the Security Council; former Prosecutor General (individual) [BELARUS].

SHI, Min (Chinese Simplified: 石敏), Longhua Town, Xuhui District, Shanghai City, China; DOB 20 May 1979; POB Xuhui District, Shanghai, China; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Residency Number 310104197905203618 (China); Director (individual) [IRAN-EO13846] (Linked To: NEW FAR INTERNATIONAL LOGISTICS LIMITED).

SHI, Yuhua (a.k.a. HUA, Shi Yu; a.k.a. YUHUA, Shi; a.k.a. "SHI, Arlex"), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

SHI'AR, Muhammad 'Azzam, Syria; DOB 02 Sep 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHIBL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: لونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBL, Luna; a.k.a. CHEBEL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

SHIBLI SHIBLI, Ibrahim (a.k.a. CHIBLI, Ibrahim); DOB 10 Oct 1965; POB Sour, Lebanon; nationality Lebanon (individual) [SDNTK].

SHIEB, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

SHIG DEPARTMENT 7500 (a.k.a. SHAHID HAJ ALI MOVAHED RESEARCH CENTER; a.k.a. SHAHID MOVAHED INDUSTRIES; a.k.a. SHAHID MOVAHED INDUSTRY), c/o SHIG, Damavand Tehran Highway, P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

SHIH, Kuo Neng (a.k.a. KUAI NUENG, Sae Chang; a.k.a. "AH SAN"; a.k.a. "SHI KWAN NEINK"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

SHIHAB, Sami Hani (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

SHIHADA, Rafiq (a.k.a. SHAHADAH, Rafiq; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADAH, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; Gender Male; Major General (individual) [SYRIA].

SHIHADAH, Rafiq (a.k.a. SHAHADAH, Rafiq; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Wafiq), Syria; DOB 1954; Gender Male; Major General (individual) [SYRIA].

SHIHADAH, Wafiq (a.k.a. SHAHADAH, Rafiq; a.k.a. SHEHADEH, Rafik; a.k.a. SHIHADA, Rafiq; a.k.a. SHIHADAH, Rafiq), Syria; DOB 1954; Gender Male; Major General (individual) [SYRIA].

SHIHADI, Ali (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0516070 (Lebanon) (individual) [SDGT].

SHIHATA, Thirwat Salah (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 1960; POB Egypt (individual) [SDGT].

SHIJIAZHUANG FA KE TRADING COMPANY (a.k.a. HEBEI GUANLANG BIOTECHNOLOGY CO., LTD. (Chinese Simplified: 河北冠朗生物科技有限公司)), Room 2914, Bldg. B Weekend Max Mara, No. 108 West Zhongshan Road, Qiaoxi District, Shijiazhuang, Hebei Province 050000, China; Website www.guanlang-group.com; Phone Number 8619930505208; alt. Phone Number 8613273412322; Organization Established Date 30 Apr 2015; Unified Social Credit Code (USCC) 91130104336154011D (China) [ILLICIT-DRUGS-EO14059].

SHILKIN, Grigory Vladimirovich (Cyrillic: ШИЛКИН, Григорий Владимирович), Russia; DOB 20 Oct 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHIN, Yong Il (a.k.a. SIN, Yong Il; a.k.a. SIN, Yo'ng II), Korea, North; DOB 28 Feb 1948; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PD654210116 (Korea, North); Deputy Director of the Military Security Command (individual) [DPRK2].

SHINE DRAGON GROUP LIMITED (Chinese Traditional: 尚麟集團有限公司), Central, Hong Kong; Surat Thani 84320, Thailand; Tsim Sha Tsui, Kowloon, Hong Kong; Causeway Bay, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number 1329358 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SHINE. X INVESTMENTS PVT LTD, Malareethige, Galolhu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C-0543/2014 (Maldives); Permit Number IG-0913/T10/2014 (Maldives) issued 03 Jul 2014 [SDGT] (Linked To: SHIYAM, Ali).

SHINI, Abdi Rooble (a.k.a. DHEERE, Suhayb; a.k.a. DHEERE, Suheib; a.k.a. ROOBOW, Cabdi), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SHINING PATH (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

SHINODA, Kenichi (a.k.a. TSUKASA, Shinobu); DOB 25 Jan 1942; POB Oita Kyushu, Japan (individual) [TCO].

SHIP REPAIR CENTER ZVEZDOCHKA (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a.

'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroitelei, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

SHIPBUILDING PLANT LOTOS (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS; a.k.a. JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС); a.k.a. "SHIPYARD LOTOS"), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHIPPING COMPANY SOUTH (a.k.a. SC SOUTH LLC; a.k.a. SC-YUG (Cyrillic: СК-ЮГ); a.k.a. "SK-YUG"), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

SHIPPING COMPUTER SERVICES COMPANY (a.k.a. SCSCO), No. 37, Asseman Shahid Sayyad Shirazeesq, Pasdaran Ave, PO Box 1587553-1351, Tehran, Iran; Website www.scsco.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHIPPING WELFARE SERVICES INSTITUTE (a.k.a. IRISL CLUB; a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES; a.k.a. MARITIME WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SHIPREPAIRING CENTER ZVYOZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR

CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHIPULIN, Anton Vladimirovich (Cyrillic: ШИПУЛИН, Антон Владимирович), Russia; DOB 21 Aug 1987; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHIR AMIN, Javad Bordbar (a.k.a. BORDBARSHERAMIN, Javad; a.k.a. BORDBARSHERAMIN, Javad Ali; a.k.a. "BORDBAR, Javad"), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

SHIRAZ CENTRAL PRISON (a.k.a. ADEL ABAD PRISON; a.k.a. ADELABAD PRISON; a.k.a. "PROSPEROUS PLACE OF JUSTICE"), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

SHIRAZ ELECTRONIC INDUSTRIES (a.k.a. SHIRAZ ELECTRONICS INDUSTRIES; a.k.a. "SEI"), P.O. Box 71365-1589, Shiraz, Iran; Hossain Abad Road, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHIRAZ ELECTRONICS INDUSTRIES (a.k.a. SHIRAZ ELECTRONIC INDUSTRIES; a.k.a. "SEI"), P.O. Box 71365-1589, Shiraz, Iran; Hossain Abad Road, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SHIRAZ PARS FARAYAND OIL REFINERY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SHIRAZ PETROCHEMICAL (a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO

Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZ PETROCHEMICAL CO. (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZ PETROCHEMICAL COMPANY (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZ PETROCHEMICAL COMPLEX (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. "SPC"), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box 415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

SHIRAZI, Ali Marshad (a.k.a. ABD AL RASUL MURSHID SHIRAZI, Ali; a.k.a. SHIRAZI, Ali Morshed (Arabic: على مرشد شيرازى); a.k.a. "JAVAD, Abu"), Lebanon; DOB 07 Feb 1969;

POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHIRAZI, Ali Morshed (Arabic: علي مرشد شیرازی) (a.k.a. ABD AL RASUL MURSHID SHIRAZI, Ali; a.k.a. SHIRAZI, Ali Marshad; a.k.a. "JAVAD, Abu"), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHIRINKAR, Mohammad Bagher (a.k.a. TEHRANI, Mojtaba), Iran; DOB 21 Sep 1979; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0067948431 (Iran) (individual) [SDGT] [IRGC] [IFSR] [HRIT-IR] [ELECTION-EO13848] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH (a.k.a. MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC; a.k.a. SOUTH WEALTH RESOURCES COMPANY; a.k.a. SOUTH WEALTH RESOURCES LTD.), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHIROKOV, Anatoly Ivanovich (Cyrillic: ШИРОКОВ, Анатолий Иванович), Russia; DOB 29 Dec 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHIRRI, 'Adil (a.k.a. CHERRI, Adel Mohamad; a.k.a. CHERRI, Adel Mohammad), Suite 15A, Mingshang GE Shenganghao Yuan Building, Bao An Nan Road, Luohu District, Shenzhen, Guangdong, China; 1/F, Bei Fang Building, Shennan Zhong Road, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Cherri

Building, Main Street, Beer Al Salasel, Kherbet Selem, Nabatieh, Lebanon; DOB 03 Oct 1963; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2566575 (Lebanon) expires 03 Jul 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

SHIRRI, Ameen (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHIRRI, Amin (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHISHANI, Omar (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

SHISHANI, Umar (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia)

expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز; a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич) (a.k.a. SHISHKIN, Andrey Nikolaevich; a.k.a. SHISHKIN, Andrey Nikolayevich; a.k.a. "SHISHKIN, Andrei N"), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHISHKIN, Andrey Nikolaevich (a.k.a. SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич); a.k.a. SHISHKIN, Andrey Nikolayevich; a.k.a. "SHISHKIN, Andrei N"), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHISHKIN, Andrey Nikolayevich (a.k.a. SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич); a.k.a. SHISHKIN, Andrey Nikolaevich; a.k.a. "SHISHKIN, Andrei N"), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SHIVAEI, Ahmed Asghari (a.k.a. SHIVA'I, Ahmad Asghari), Iran; DOB 03 Mar 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 55690718 (Iran) (individual) [NPWMD] [IFSR].

SHIVA'I, Ahmad Asghari (a.k.a. SHIVAEI, Ahmed Asghari), Iran; DOB 03 Mar 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 55690718 (Iran) (individual) [NPWMD] [IFSR].

SHIYAM, Ali (a.k.a. "VB AYYA"), Maldives; DOB 25 Oct 1987; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F0303172 (Maldives) expires 08 Feb 2020; National ID No. A039352 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

SHKADAREVICH, Alexei Petrovich (Cyrillic: ШКАДАРЕВИЧ, Алексей Петрович) (a.k.a. SHKADAREVICH, Alexey; a.k.a. SHKADAREVICH, Aliaksei Piatrovich (Cyrillic: ШКАДАРЭВІЧ, Аляксей Пятровіч)), Parnikovaja vulica, 11, ap. 12, Minsk, Belarus; DOB 27 Oct 1947; nationality Belarus; Gender Male; National ID No. 3271047A006PB4 (Belarus) (individual) [BELARUS-EO14038].

SHKADAREVICH, Alexey (a.k.a. SHKADAREVICH, Alexei Petrovich (Cyrillic: ШКАДАРЕВИЧ, Алексей Петрович); a.k.a. SHKADAREVICH, Aliaksei Piatrovich (Cyrillic: ШКАДАРЭВІЧ, Аляксей Пятровіч)), Parnikovaja vulica, 11, ap. 12, Minsk, Belarus; DOB 27 Oct 1947; nationality Belarus; Gender Male; National ID No. 3271047A006PB4 (Belarus) (individual) [BELARUS-EO14038].

SHKADAREVICH, Aliaksei Piatrovich (Cyrillic: ШКАДАРЭВІЧ, Аляксей Пятровіч) (a.k.a. SHKADAREVICH, Alexei Petrovich (Cyrillic: ШКАДАРЕВИЧ, Алексей Петрович); a.k.a. SHKADAREVICH, Alexey), Parnikovaja vulica, 11, ap. 12, Minsk, Belarus; DOB 27 Oct 1947; nationality Belarus; Gender Male; National ID No. 3271047A006PB4 (Belarus) (individual) [BELARUS-EO14038].

SHKHAGOSHEV, Adalbi Lyulevich (Cyrillic: ШХАГОШЕВ, Адальби Люлевич), Russia; DOB 06 Jun 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHKOLKINA, Nadezhda Vasilyevna (Cyrillic: ШКОЛКИНА, Надежда Васильевна), Russia; DOB 12 May 1970; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHKOLOV, Evgeniy Mikhailovich, Russia; DOB 31 Aug 1955; POB Dresden, Germany; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

SHKUBA DTO (a.k.a. HASSAN DRUG TRAFFICKING ORGANIZATION; a.k.a. HASSAN DTO), Tanzania; South Africa [SDNTK].

SHLOM ASIRAICH (Hebrew: שלם אסירייך) (a.k.a. PEACE OF YOUR CAPTIVES; a.k.a. THE WELL-BEING OF YOUR PRISONERS), Yitzhar, West Bank; Organization Established Date 2020; Target Type Charity or Nonprofit Organization; Registered Charity No. 580706331 (Israel) [WEST-BANK-EO14115] (Linked To: CHASDAI, David Chai).

SHMALACH, Zahir Younes (a.k.a. SHAMLACH, Zuhir Yunes Hammed (Arabic: زهير يونس حامد شملخ); a.k.a. SHAMLAKH, Zuhair (Hebrew: לה זהיר יונס שמ); a.k.a. SHAMLAKH, Zuheir), Gaza; DOB 15 Nov 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 905396560 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SHMANAI, Darya (Cyrillic: ШМАНАЙ, Дарья), Moscow, Russia; Ostroshitskaya, 8-35, Minsk 220129, Belarus; DOB 02 May 1993; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4020593A018PB8 (Belarus) (individual) [BELARUS-EO14038].

SHMELEV, Aleksei Borisovich (a.k.a. SHMELEV, Alexey Borisovich (Cyrillic: ШМЕДЕВ, Алексей Борисович)), 8 Kutuzovskiy Ave, Apt 104, Moscow, Moscow Region 121248, Russia; DOB 22 Feb 1973; POB Moscow, Russia; nationality Russia; Gender Male; Passport 728723089 (Russia); Tax ID No. 773000449370 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

SHMELEV, Alexey Borisovich (Cyrillic: ШМЕДЕВ, Алексей Борисович) (a.k.a. SHMELEV, Aleksei Borisovich), 8 Kutuzovskiy Ave, Apt 104, Moscow, Moscow Region 121248, Russia; DOB 22 Feb 1973; POB Moscow, Russia; nationality Russia; Gender Male; Passport 728723089 (Russia); Tax ID No. 773000449370 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES).

SHMUKKI, Anselm Oskar (a.k.a. SCHMUCKI, Anselm Oskar; a.k.a. SCHMUCKI, Oskar Anselm), RB 3-220, Royal Breeze, Sofia Street, Ras al Khaimah, United Arab Emirates; Switzerland; Moscow, Russia; Singapore; DOB

21 Nov 1969; nationality Switzerland; Gender Male; Passport X7594510 (Switzerland) (individual) [RUSSIA-EO14024].

SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК) (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБ'ЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. "SHOCK TEAM"; a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Беларусь); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Беларусь); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

SHOFESO, Olatude I. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

SHOFESO, Olatunde Irewole (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

SHOFESO, Olatutu Temitope (a.k.a. BABESTAN, Abeni O.; a.k.a. OGUNGBUYI, Abeni O.); DOB 30 Jun 1952; POB Nigeria (individual) [SDNTK].

SHOHADAA AL-YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHUHADA AL

YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

SHOHRAT, Zakir (a.k.a. ZAKIR, Shohrat (Arabic: شوهرەت زاكىر; Chinese Simplified: 雪克来提扎克尔); a.k.a. ZAKIR, Shohret; a.k.a. ZHAKER, Xuekelaiti), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

SHOIGU, Irina Aleksandrovna (Cyrillic: ШОЙГУ, Ирина Александровна) (a.k.a. ANTIPINA, Irina Aleksandrovna; a.k.a. SHOYGU, Irina Aleksandrovna), Russia; DOB 31 May 1955; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Tax ID No. 503201763587 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOIGU, Ksenia (a.k.a. CHOIGU, Xenia; a.k.a. SHOIGU, Kseniya Sergeyevna (Cyrillic: ШОЙГУ, Ксения Сергеевна)), Moscow, Russia; DOB 10 Jan 1991; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOIGU, Kseniya Sergeyevna (Cyrillic: ШОЙГУ, Ксения Сергеевна) (a.k.a. CHOIGU, Xenia; a.k.a. SHOIGU, Ksenia), Moscow, Russia; DOB 10 Jan 1991; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOIGU, Sergei Kuzhugetovich (a.k.a. SHOIGU, Sergey; a.k.a. SHOYGU, Sergey Kuzhugetovich), Russia; DOB 21 May 1955; POB Chadan, Republic of Tyva, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHOIGU, Sergey (a.k.a. SHOIGU, Sergei Kuzhugetovich; a.k.a. SHOYGU, Sergey Kuzhugetovich), Russia; DOB 21 May 1955; POB Chadan, Republic of Tyva, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHOIGU, Yuliya Sergeyevna (Cyrillic: ШОЙГУ, Юлия Сергеевна), Moscow, Russia; DOB 1977; POB Krasnoyarsk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOKOHI, Amin (a.k.a. "Pejvak"); DOB 11 Jul 1990; alt. DOB 11 Jul 1989; alt. DOB 05 Aug 1981; POB Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

SHOLOKHOV, Alexander Mikhailovich (Cyrillic: ШОЛОХОВ, Александр Михайлович), Russia; DOB 25 Jan 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHOMAL CEMENT COMPANY, No. 269, Shahid Beheshti Street, Tehran, Iran; Website www.shomalcement.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CEMENT INDUSTRY INVESTMENT AND DEVELOPMENT COMPANY).

SHOMAN, Khaled Khalil (a.k.a. CHOUMAN, Khaled), 529 Moussaitbeh St., Beirut, Lebanon; DOB 02 Apr 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SHOMAN, Nabil Khaled Khalil (a.k.a. CHOUMAN, Nabil; a.k.a. CHOUMAN, Nabil Khaled Halil; a.k.a. SHUMAN, Nabil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SHONGALE, Fouad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHONGALE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a.

SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHONGOLE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHONGOLE, Fuad Muhammad Khalaf (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SHOON ENERGY PTE. LTD. (f.k.a. ASIA SUN AVIATION PTE. LTD.), Singapore; Organization Established Date 27 Jun 2018; Organization Type: Activities of holding companies; Registration Number 201821798H (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

SHOOTING CENTER ALTAY SHOOTER LTD (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. "LLC CCK EXPERT"; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

SHOR PARTY (a.k.a. PARTIDUL SOR; f.k.a. RAVNOPRAVIE), 36 Vasile Lupu Street, OF

326, Orhei, Moldova; Organization Established Date Jun 1998; Organization Type: Activities of political organizations [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

SHOR, Ilan Mironovich, Israel; DOB 06 Mar 1987; POB Tel Aviv, Israel; nationality Moldova; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024].

SHOR, Sara Lvovna (a.k.a. MANAKHIMOVA, Sara Lvovna; a.k.a. SHORE, Jasmine; a.k.a. "ZHASMIN" (Cyrillic: "ЖАСМИН")), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

SHORE, Jasmine (a.k.a. MANAKHIMOVA, Sara Lvovna; a.k.a. SHOR, Sara Lvovna; a.k.a. "ZHASMIN" (Cyrillic: "ЖАСМИН")), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

SHOUSHTARIPOUSTI, Masoud (Arabic: مسعود شوشتری پوستی) (a.k.a. SHUSHTARI, Masoud; a.k.a. SHUSHTARI, Mas'ud), Iran; Iraq; DOB 08 Dec 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32382248 (Iran); alt. Passport H46090737 (Iran); National ID No. 1754030661 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHOYGU, Irina Aleksandrovna; a.k.a. ANTIPINA, Irina Aleksandrovna; a.k.a. SHOIGU, Irina Aleksandrovna (Cyrillic: ШОЙГУ, Ирина Александровна)), Russia; DOB 31 May 1955; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Tax ID No. 503201763587 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

SHOYGU, Sergey Kuzhugetovich (a.k.a. SHOIGU, Sergei Kuzhugetovich; a.k.a. SHOIGU, Sergey), Russia; DOB 21 May 1955; POB Chadan, Republic of Tyva, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHPEROV, Pavel Valentinovich; DOB 04 Jul 1971; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHRI, Amin (a.k.a. CHERRI, Amin; a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad;

a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

SHTORM TEKHNOLOGII OOO (a.k.a. STORM TECHNOLOGIES LIMITED LIABILITY COMPANY (Cyrillic: ШТОРМ ТЕХНОЛОГИИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 5, etazh 2 pom. 39 Mesto 1, ul. Nobelaya, Moscow 121205, Russia; Organization Established Date 2016; Tax ID No. 9701058069 (Russia); Registration Number 5167764631694 (Russia) [RUSSIA-EO14024] (Linked To: NEXIGN JOINT STOCK COMPANY).

SHUAB, Ayad Hammed Muhal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Muhiammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SHUAYHANAH, Hadil, Syria; DOB 20 May 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHU'BAT AL-MUKHABARAT AL-'ASKARIYYA (a.k.a. SYRIAN MILITARY INTELLIGENCE; a.k.a. SYRIAN MILITARY INTELLIGENCE DIRECTORATE (Arabic: شعبة المخابرات العسكرية سوريا)), Syria; Organization Established Date 1969 [SYRIA].

SHUBIN, Aleksandr (a.k.a. SHUBIN, Alexandr; a.k.a. SHUBIN, Alexandr Vasilievich); DOB 20 May 1972; POB Luhansk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHUBIN, Alexandr (a.k.a. SHUBIN, Aleksandr; a.k.a. SHUBIN, Alexandr Vasilievich); DOB 20 May 1972; POB Luhansk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHUBIN, Alexandr Vasilievich (a.k.a. SHUBIN, Aleksandr; a.k.a. SHUBIN, Alexandr); DOB 20

May 1972; POB Luhansk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

SHUBIN, Igor Nikolayevich (Cyrillic: ШУБИН, Игорь Николаевич), Russia; DOB 20 Dec 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUEN WAI HOLDING LIMITED, Room 3605 36/F Wu Chang House, 213 Queen's Road E, Wan Chai, Hong Kong, Hong Kong; Business Registration Document # 15895496 (Hong Kong); Certificate of Incorporation Number 330330 (Hong Kong) [SDNTK].

SHUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysia; Passport A10472263 (Malaysia) (individual) [SDGT].

SHUGAEV, Dmitry Evgenyevich (a.k.a. SHUGAYEV, Dmitry), Moscow, Russia; DOB 11 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHUGAYEV, Dmitry (a.k.a. SHUGAEV, Dmitry Evgenyevich), Moscow, Russia; DOB 11 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHUHADA AL YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

SHUHDA AL-YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-

YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

SHUI, Zhao Jia (a.k.a. SHWE, Kyauk Kyar; a.k.a. WIN, Khin Phyu; a.k.a. WIN, Kin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

SHUKR, Fu'ad (a.k.a. CHAKAR, Fouad Ali; a.k.a. CHAKAR, Fu'ad; a.k.a. "CHAKAR, Al-Hajj Mohsin"), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2418369 (Lebanon) (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

SHUKRI KURDI, Fuad; DOB 1953; POB Aleppo, Syria; Minister of Industry (individual) [SYRIA].

SHULGINOV, Nikolay Grigorevich (Cyrillic: ШУЛЬГИНОВ, Николай Григорьевич), Moscow, Russia; DOB 18 May 1951; POB Sablinskoe, Stavropol Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 263204964309 (Russia) (individual) [RUSSIA-EO14024].

SHUMAN CURRENCY EXCHANGE (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SUMAN CURRENCY EXCHANGE SARL; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

SHUMAN, Nabil (a.k.a. CHOUMAN, Nabil; a.k.a. CHOUMAN, Nabil Khaled Halil; a.k.a. SHOMAN, Nabil Khaled Khalil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

SHUMILOVA, Elena Borisovna (Cyrillic: ШУМИЛОВА, Елена Борисовна) (a.k.a. SHUMILOVA, Yelena Borisovna), Russia; DOB 01 Apr 1978; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUMILOVA, Yelena Borisovna (a.k.a. SHUMILOVA, Elena Borisovna (Cyrillic: ШУМИЛОВА, Елена Борисовна)), Russia; DOB 01 Apr 1978; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUMKOV, Vadim Mikhailovich (Cyrillic: ШУМКОВ, Вадим Михайлович) (a.k.a. SHUMKOV, Vadim Mikhaylovich), Kurgan Region, Russia; DOB 09 Mar 1971; POB Shastovo, Kurgan Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 860400395106 (Russia) (individual) [RUSSIA-EO14024].

SHUMKOV, Vadim Mikhaylovich (a.k.a. SHUMKOV, Vadim Mikhailovich (Cyrillic: ШУМКОВ, Вадим Михайлович)), Kurgan Region, Russia; DOB 09 Mar 1971; POB Shastovo, Kurgan Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 860400395106 (Russia) (individual) [RUSSIA-EO14024].

SHUNATI, Haytham, Syria; DOB 04 Jun 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHUPRANOV, Vasilii Nikolaevich (a.k.a. SHUPRANOV, Vasily Nikolaevich), Russia; DOB 30 Mar 1957; POB Mezhenin village, Klimovichi district, Mogilev oblast, Belarus; nationality Russia; Gender Male; Tax ID No.

525608742548 (Russia) (individual) [RUSSIA-EO14024].

SHUPRANOV, Vasily Nikolaevich (a.k.a. SHUPRANOV, Vasilii Nikolaevich), Russia; DOB 30 Mar 1957; POB Mezhenin village, Klimovichi district, Mogilev oblast, Belarus; nationality Russia; Gender Male; Tax ID No. 525608742548 (Russia) (individual) [RUSSIA-EO14024].

SHURAYQI, 'Abd-al-Salam, Syria; DOB 14 Apr 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHURUF, 'Abd-al-Hakim, Syria; DOB 25 Apr 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SHUSHANASHVILI, Iasha Pavlovich (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKEY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

SHUSHANASHVILI, Kajaver (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SHUSHANASHVILI, Kakha (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SHUSHANASHVILI, Kakhaber Pavlovich (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street,

OFFICE OF FOREIGN ASSETS CONTROL                                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ) (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

SHUSHTARI, Masoud (a.k.a. SHOUSHTARIPOUSTI, Masoud (Arabic: مسعود شوشتری پوستی); a.k.a. SHUSHTARI, Mas'ud), Iran; Iraq; DOB 08 Dec 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32382248 (Iran); alt. Passport H46090737 (Iran); National ID No. 1754030661 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHUSHTARI, Mas'ud (a.k.a. SHOUSHTARIPOUSTI, Masoud (Arabic: مسعود شوشتری پوستی); a.k.a. SHUSHTARI, Masoud), Iran; Iraq; DOB 08 Dec 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32382248 (Iran); alt. Passport H46090737 (Iran); National ID No. 1754030661 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SHUTOV, Andrey Yurievich (Cyrillic: ШУТОВ, Андрей Юрьевич), Moscow, Russia; DOB 09 Mar 1963; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SHUVALOV, Evgeni Igorevich (a.k.a. SHUVALOV, Evgeny Igorevich (Cyrillic: ШУВАЛОВ, Евгений Игоревич)), Russia; DOB 06 May 1993; POB Moscow, Russia; nationality Russia; Gender Male; Passport 750758221 (Russia); Tax ID No. 773612603893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOV, Evgeny Igorevich (Cyrillic: ШУВАЛОВ, Евгений Игоревич) (a.k.a. SHUVALOV, Evgeni Igorevich), Russia; DOB 06 May 1993; POB Moscow, Russia; nationality Russia; Gender Male; Passport 750758221

(Russia); Tax ID No. 773612603893 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOV, Igor (a.k.a. SHUVALOV, Igor Ivanovich (Cyrillic: ШУВАЛОВ, Игорь Иванович)), Russia; DOB 04 Jan 1967; POB Bilibino, Chukotka Autonomous Region, Russia; nationality Russia; Gender Male; Tax ID No. 772615073145 (Russia) (individual) [RUSSIA-EO14024].

SHUVALOV, Igor Ivanovich (Cyrillic: ШУВАЛОВ, Игорь Иванович) (a.k.a. SHUVALOV, Igor), Russia; DOB 04 Jan 1967; POB Bilibino, Chukotka Autonomous Region, Russia; nationality Russia; Gender Male; Tax ID No. 772615073145 (Russia) (individual) [RUSSIA-EO14024].

SHUVALOV, Vadim Nikolayevich (Cyrillic: ШУВАЛОВ, Вадим Николаевич), Russia; DOB 17 Feb 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHUVALOVA, Maria Igorevna (Cyrillic: ШУВАЛОВА, Мария Игоревна) (a.k.a. SHUVALOVA, Marija Igorevna), Russia; DOB 04 Aug 1998; nationality Russia; Gender Female; Passport 514735868 (Russia); Tax ID No. 773612613436 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOVA, Marija Igorevna (a.k.a. SHUVALOVA, Maria Igorevna (Cyrillic: ШУВАЛОВА, Мария Игоревна)), Russia; DOB 04 Aug 1998; nationality Russia; Gender Female; Passport 514735868 (Russia); Tax ID No. 773612613436 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUVALOVA, Olga Viktorovna (Cyrillic: ШУВАЛОВА, Ольга Викторовна), Russia; DOB 27 Mar 1969; alt. DOB 27 Mar 1966; POB Kaluga, Russia; nationality Russia; Gender Female; Passport 514895091 (Russia); Tax ID No. 773178714204 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SHUWAYKI, Mohamad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer

(Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

SHVABE OPTO-ELECTRONICS CO., LTD (a.k.a. SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司); a.k.a. SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司); a.k.a. UOMZ MEIZHOU CO., LTD), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 91441400686355518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司) (a.k.a. SHVABE OPTO-ELECTRONICS CO., LTD; a.k.a. SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司); a.k.a. UOMZ MEIZHOU CO., LTD), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen,

Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 9144140068635518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司) (a.k.a. SHVABE OPTO-ELECTRONICS CO., LTD; a.k.a. SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司); a.k.a. UOMZ MEIZHOU CO., LTD), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 9144140068635518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

SHVABE PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO SHVABE; a.k.a. AO SHVABE; a.k.a. JOINT STOCK COMPANY SHVABE), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise;

Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрэй Іванавіч) (a.k.a. SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрей Иванович); a.k.a. SHVED, Andrey Ivanovich), Belarus; DOB 21 Apr 1973; POB Glushkovichi, Lelchitsy District, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрей Иванович) (a.k.a. SHVED, Andrei Ivanavich (Cyrillic: ШВЕД, Андрэй Іванавіч); a.k.a. SHVED, Andrey Ivanovich), Belarus; DOB 21 Apr 1973; POB Glushkovichi, Lelchitsy District, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

SHVED, Andrey Ivanovich (a.k.a. SHVED, Andrei Ivanavich (Cyrillic: ШВЕД, Андрэй Іванавіч); a.k.a. SHVED, Andrei Ivanovich (Cyrillic: ШВЕД, Андрей Иванович)), Belarus; DOB 21 Apr 1973; POB Glushkovichi, Lelchitsy District, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

SHVYTKIN, Yuri Nikolayevich (Cyrillic: ШВЫТКИН, Юрий Николаевич), Russia; DOB 24 May 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SHWE BYAIN PHYU GROUP OF COMPANIES (a.k.a. SHWE BYAING PHYU GROUP), No. 16 Shwe Taung Kyar Road, 2 Ward Shwe Taung Kyar, Bahan Township, Yangon 11201, Burma; Organization Established Date 1996; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

SHWE BYAING PHYU GROUP (a.k.a. SHWE BYAIN PHYU GROUP OF COMPANIES), No. 16 Shwe Taung Kyar Road, 2 Ward Shwe Taung Kyar, Bahan Township, Yangon 11201, Burma; Organization Established Date 1996; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

SHWE, Kyauk Kyar (a.k.a. SHUI, Zhao Jia; a.k.a. WIN, Khin Phyu; a.k.a. WIN, Kin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

SHWEIKI, Mohammad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

SIA FALCON INTERNATIONAL GROUP (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

SIAL, Abdul Samad (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan (individual) [SDGT].

SIAL, Samad (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan (individual) [SDGT].

SIAM NICE COMPANY LTD., 273 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

SIARI, Mehdi (a.k.a. SAYYARI, Mehdi; a.k.a. SAYYARI, Mohammad Mehdi), Iran; DOB 12 Jul 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Intelligence Organization Co-Deputy Chief (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

SIAS INVESTMENT PVT LTD (a.k.a. SIAS TRADING), Hulhumale, Lot 10799, Unigas Magu, Hulhumale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Jul 2021; Organization Type: Retail sale via mail order houses or via Internet; Business Number BN26372021 (Maldives); Business Registration Number BP23702021 (Maldives) issued 12 Jul 2021; Registration Number C-0696/2021 (Maldives) [SDGT] (Linked To: AFRAAH, Ahmed).

SIAS TRADING (a.k.a. SIAS INVESTMENT PVT LTD), Hulhumale, Lot 10799, Unigas Magu, Hulhumale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Jul 2021; Organization Type: Retail sale via mail order houses or via Internet; Business Number BN26372021 (Maldives); Business Registration Number BP23702021 (Maldives) issued 12 Jul 2021; Registration Number C-0696/2021 (Maldives) [SDGT] (Linked To: AFRAAH, Ahmed).

SIAVASH, Nader Khoon (Arabic: نادر خون ساواش) (a.k.a. SIAVASHI, Nader Khun (Arabic: نادر خون ساواشی)), Iran; DOB 30 Apr 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0048894753 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

SIAVASHI, Nader Khun (Arabic: نادر خون ساواشی) (a.k.a. SIAVASH, Nader Khoon (Arabic: نادر خون ساواش)), Iran; DOB 30 Apr 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0048894753 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

SIBANTHRACITE JSC (a.k.a. AO SIBANTRATSIT; a.k.a. JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ); a.k.a. JSC SIBERIAN ANTHRACITE), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [RUSSIA-EO14024].

SIBAVTORESURS, Ul. Sadovaya D.200, Novosibirsk 630000, Russia; Ul. Bolshaya ZD. 254/8, Novosibirsk 630032, Russia; Tax ID No.

5405177090 (Russia); Registration Number 1025401934502 (Russia) [RUSSIA-EO14024].

SIBELECTROPRIVOD LLC (a.k.a. SIBELEKTROPRIVOD), Ul. Petukhova D. 69, Novosibirsk 630088, Russia; Tax ID No. 5401232181 (Russia); Registration Number 1045400530922 (Russia) [RUSSIA-EO14024].

SIBELEKTROPRIVOD (a.k.a. SIBELECTROPRIVOD LLC), Ul. Petukhova D. 69, Novosibirsk 630088, Russia; Tax ID No. 5401232181 (Russia); Registration Number 1045400530922 (Russia) [RUSSIA-EO14024].

SIBELKOM-LOGISTIK OOO (a.k.a. "FT-LOGISTIC"), d. 58 ofis 607, ul. Dostoevskogo, Novosibirsk 630005, Russia; ul. Mendeleeva d. 5, kvartira 30, Novosibirsk 630110, Russia; Tax ID No. 5404462899 (Russia); Registration Number 1125476094567 (Russia) [RUSSIA-EO14024].

SIBERIA SERVICE CO CJSC (a.k.a. AO SIBIRSKAYA SERVISNAYA KOMPANIYA; a.k.a. JSC SIBERIAN SERVICE COMPANY (Cyrillic: АО СИБИРСКАЯ СЕРВИСНАЯ КОМПАНИЯ)), Dom 31A, Stroenie 1, Etazh 9, Prospekt Leningradskii, Moscow 125284, Russia; Tax ID No. 0814118403 (Russia); Registration Number 1028601792878 (Russia) [RUSSIA-EO14024].

SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA; a.k.a. SNIIGGIMS AO; a.k.a. SNIIGGIMS JSC), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

SIBERICA OY, Hakintie 7A, Vantaa, Uusimaa 01380, Finland; Organization Established Date 28 Oct 2020; Tax ID No. 3167410-4 (Finland) [RUSSIA-EO14024].

SIBIRSKOE PGO AO (Cyrillic: СИБИРСКОЕ ПГО АО) (a.k.a. SIBIRSKOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: СИБИРСКОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО)), Ulitsa Berezina, 3D, Krasnoyarsk 660020, Russia; Tax ID No.

2465106613 (Russia); Registration Number 1062465078840 (Russia) [RUSSIA-EO14024].

SIBIRSKOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: СИБИРСКОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО) (a.k.a. SIBIRSKOE PGO AO (Cyrillic: СИБИРСКОЕ ПГО АО)), Ulitsa Berezina, 3D, Krasnoyarsk 660020, Russia; Tax ID No. 2465106613 (Russia); Registration Number 1062465078840 (Russia) [RUSSIA-EO14024].

SIBSHUR LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2826353 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SIDAR COMPANY (Arabic: شركة سيدار) (a.k.a. EDDAR INTERNATIONAL COMPANY; a.k.a. SARL SIDAR; a.k.a. SIDAR INTERNATIONAL HOLDING COMPANY WLL), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachinia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

SIDAR INTERNATIONAL HOLDING COMPANY WLL (a.k.a. EDDAR INTERNATIONAL COMPANY; a.k.a. SARL SIDAR; a.k.a. SIDAR COMPANY (Arabic: شركة سيدار)), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachinia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina, Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

SIDIKI, Abbas (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende

prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SIE ISON BALLISTICS SERVICE (a.k.a. SMALL INNOVATION ENTERPRISE ISON BALLISTICS SERVICE), ul. Rodnikovaya, d. 4, k. 6, kv. 14, Moscow 119297, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9710003002 (Russia); Registration Number 1157746952324 (Russia) [RUSSIA-EO14024].

SIERRA ARIAS, Eddy Manuel, Calle 206A, No. 2119B, Entre 21 y 23, Atabey, Playa, Havana, Cuba; DOB 03 Sep 1971; POB Holguin, Cuba; nationality Cuba; Gender Male; Passport A008237 (Cuba) expires 20 Apr 2027; National ID No. 71090325982 (Cuba); Deputy Director, Policia Nacional Revolucionaria (individual) [GLOMAG] (Linked To: POLICIA NACIONAL REVOLUCIONARIA).

SIERRA GAS S.A.L. OFFSHORE (a.k.a. SIRRA GAS S.A.L. OFF SHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1804895 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

SIERRA VISTA TRADING LIMITED, Unit A222, 3F, Hang Fung Industrial Phase 2, No 2G, Hok Yuen St., Hunghom, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 3034154 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SIERRA, Elena Oduliovna (Cyrillic: СИЭРРА, Елена Одулиовна), 9 Universitetsky Pr 9 AP 357, Moscow 117295, Russia; DOB 26 Dec 1960; POB Moscow, Russia; nationality Russia; Gender Female; Passport 511758917 (Russia) (individual) [RUSSIA-EO14024].

SIGMA TECH COMPANY, Fayez Mansour Street, Bldg No/35/-Floor No/2/Baramkeh, P.O. Box 34081, Damascus, Syria [NPWMD].

SIGMA TEKH, Ul. Inzhenernaya D. 28, Novosibirsk 630090, Russia; Tax ID No. 5408264672 (Russia); Registration Number 1085473011678 (Russia) [RUSSIA-EO14024].

SIGNAL TEPLOTEKHNIKA (a.k.a. SIGNAL-TEPLOTEKHNIKA OOO), ul. Dalnyaya d.5 a, Privolzhski 413110, Russia; Tax ID No. 6449073453 (Russia); Registration Number 1146449001687 (Russia) [RUSSIA-EO14024].

SIGNAL-INVEST OOO (a.k.a. LIMITED LIABILITY COMPANY SIGNAL-INVEST; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNAL-INVEST), ul. 5-1 Kvartal, Engels-19 Mkr, Privolzhski 413119, Russia; Tax ID No. 6449013172 (Russia); Registration Number 1026401975973 (Russia) [RUSSIA-EO14024].

SIGNALTEK CLOSED CORPORATION (a.k.a. AO SIGNALTEK; a.k.a. JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК); a.k.a. JSC SIGNALTEK), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

SIGNAL-TEPLOTEKHNIKA OOO (a.k.a. SIGNAL TEPLOTEKHNIKA), ul. Dalnyaya d.5 a, Privolzhski 413110, Russia; Tax ID No. 6449073453 (Russia); Registration Number 1146449001687 (Russia) [RUSSIA-EO14024].

SIGNATORIES IN BLOOD (a.k.a. AL-MULATHAMIN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

SIGNED-IN-BLOOD BATTALION (a.k.a. AL-MULATHAMIN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

SIGURO EOOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; Government Gazette Number 131567042 (Bulgaria) [GLOMAG] (Linked To: EUROGROUP ENGINEERING EAD).

SIGUTA, Andrei Leonidovich (Cyrillic: СИГУТА, Андрей Леонидович) (a.k.a. SIGUTA, Andriy Leonidovich (Cyrillic: СІГУТА, Андрій Леонідович)), 26 30-letia Pobedi Blvd., Apt. 3, Melitopol, Zaporizhzhia region, Ukraine; DOB 05 May 1979; POB Berdyansk, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2897911059 (Ukraine) (individual) [RUSSIA-EO14024].

SIGUTA, Andriy Leonidovich (Cyrillic: СІГУТА, Андрій Леонідович) (a.k.a. SIGUTA, Andrei Leonidovich (Cyrillic: СИГУТА, Андрей Леонидович)), 26 30-letia Pobedi Blvd., Apt. 3, Melitopol, Zaporizhzhia region, Ukraine; DOB 05 May 1979; POB Berdyansk, Zaporizhzhia region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2897911059 (Ukraine) (individual) [RUSSIA-EO14024].

SIHAB, Ahmed Abdulrahman Sihab Ahmed (a.k.a. AL-SHARQI, Abdulrahman); DOB 16 Aug 1983; POB Muharraq, Bahrain; nationality Bahrain; Passport 1732174 (Bahrain) issued 20 Aug 2007 (individual) [SDGT].

SIIB (a.k.a. SYRIA INTERNATIONAL ISLAMIC BANK; a.k.a. SYRIAN INTERNATIONAL ISLAMIC BANK), Syria International Islamic Building, Main Highway Road, Al Mazzeh Area, P.O. Box 35494, Damascus, Syria; PO Box 35494, Mezza'h Vellat Sharqia'h, beside the Saudi Arabia Consulate, Damascus, Syria; SWIFT/BIC SIIBSYDA; all offices worldwide [NPWMD].

SIIDOW, Maxamed (a.k.a. IBRAHIM, Maxamed Siidow Sheikh), Lower Shabelle, Somalia; DOB 1972; alt. DOB 1973; alt. DOB 1974; POB Lower Shabelle, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SIKIRICA, Dusko; DOB 23 Mar 1964; POB Cirkin Pojle, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч) (a.k.a. SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич); a.k.a. SIKORSKY, Artem; a.k.a. SIKORSKY, Artyom), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus;

nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич) (a.k.a. SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч); a.k.a. SIKORSKY, Artem; a.k.a. SIKORSKY, Artyom), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKORSKY, Artem (a.k.a. SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч); a.k.a. SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич); a.k.a. SIKORSKY, Artyom), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKORSKY, Artyom (a.k.a. SIKORSKI, Artsiom Igaravich (Cyrillic: СІКОРСКІ, Арцём Ігаравіч); a.k.a. SIKORSKIY, Artem Igorevich (Cyrillic: СИКОРСКИЙ, Артем Игоревич); a.k.a. SIKORSKY, Artem), Minsk, Belarus; DOB 1983; POB Soligorsk, Minsk Oblast, Belarus; nationality Belarus; Gender Male; Passport MP3785448 (Belarus) (individual) [BELARUS-EO14038].

SIKRET TEKHNOLODZHIS (a.k.a. SECRET TECHNOLOGIES), Ul. Shcherbakovskaya D. 53, K. 3, Et 1 Kom 113, Moscow 105187, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719463723 (Russia); Registration Number 5167746470140 (Russia) [RUSSIA-EO14024].

SILCHENKO, Oleg F.; DOB 25 Jun 1977; POB Samarkand, Uzbekistan (individual) [MAGNIT].

SILKWAY LIMITED LIABILITY COMPANY (a.k.a. OOO SILKVEY; a.k.a. SILKWAY LLC), Pr-d Olminskogo D. 3A, Str. 3, Floor 2, Pom. II, Kom 13, Moscow 129085, Russia; Tax ID No. 9717089129 (Russia); Registration Number 1197746757559 (Russia) [RUSSIA-EO14024].

SILKWAY LLC (a.k.a. OOO SILKVEY; a.k.a. SILKWAY LIMITED LIABILITY COMPANY), Pr-d Olminskogo D. 3A, Str. 3, Floor 2, Pom. II, Kom 13, Moscow 129085, Russia; Tax ID No.

9717089129 (Russia); Registration Number 1197746757559 (Russia) [RUSSIA-EO14024].

SILOVYE MASHINY, PAO (a.k.a. JSC POWER MACHINES; a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; f.k.a. PJSC POWER MACHINES; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

SILSALAT AL DHAB (a.k.a. AL SILSILAH AL DHAHAB; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILSILAH MONEY EXCHANGE COMPANY (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILSILAT MONEY EXCHANGE COMPANY (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILSILET AL THAHAB (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a.

SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SILUANOV, Anton Germanovich (Cyrillic: СИЛУАНОВ, Антон Германович), Russia; DOB 12 Apr 1963; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SILVER BAY PARTNERS FZE, Manara Industrial Zone, Ras Al Khaimah Economic Zone, Ras Al Khaimah, United Arab Emirates; Flexi Office, Business Center, Rakez Business Zone, Ras Al Khaimah, United Arab Emirates [VENEZUELA-EO13850].

SILVER BRIDGE SHIPPING CO., LIMITED (a.k.a. SILVER BRIDGE SHIPPING CO., LTD.; a.k.a. SILVER BRIDGE SHIPPING CO-HKG), Unit B-01, 20th Floor, Full Win Commercial Centre, 573 Nathan Road, Yau Ma Tei, Kowloon, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5931563; Company Number 2400341 (Hong Kong) [DPRK4].

SILVER BRIDGE SHIPPING CO., LTD. (a.k.a. SILVER BRIDGE SHIPPING CO., LIMITED; a.k.a. SILVER BRIDGE SHIPPING CO-HKG), Unit B-01, 20th Floor, Full Win Commercial Centre, 573 Nathan Road, Yau Ma Tei, Kowloon, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5931563; Company Number 2400341 (Hong Kong) [DPRK4].

SILVER BRIDGE SHIPPING CO-HKG (a.k.a. SILVER BRIDGE SHIPPING CO., LIMITED; a.k.a. SILVER BRIDGE SHIPPING CO., LTD.), Unit B-01, 20th Floor, Full Win Commercial Centre, 573 Nathan Road, Yau Ma Tei, Kowloon, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification

Number IMO 5931563; Company Number 2400341 (Hong Kong) [DPRK4].

SILVER STAR CHINA (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

SILVER STAR INTERNET TECHNOLOGY CORPORATION (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

SILVER TECHNOLOGIES LTD (a.k.a. SILVER TECHNOLOGY LIMITED), Room 2708 Asia Trade Centre, 79 Lei Muk Road, Kai Chung,

Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 28 Jun 2016; Registration Number 2396095 (Hong Kong) [RUSSIA-EO14024].

SILVER TECHNOLOGY LIMITED (a.k.a. SILVER TECHNOLOGIES LTD), Room 2708 Asia Trade Centre, 79 Lei Muk Road, Kai Chung, Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 28 Jun 2016; Registration Number 2396095 (Hong Kong) [RUSSIA-EO14024].

SIM, Hyon Sop (a.k.a. SIM, Hyo'n-so'p), Dandong, China; DOB 25 Nov 1983; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - ETH 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270 c; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - ARB 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270 c; Digital Currency Address - BSC 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270 c; Passport 109484100 (Korea, North) expires 24 Dec 2024 (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

SIM, Hyo'n-so'p (a.k.a. SIM, Hyon Sop), Dandong, China; DOB 25 Nov 1983; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - ETH 0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270 c; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - ARB

0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270
c; Digital Currency Address - BSC
0x4f47bc496083c727c5fbe3ce9cdf2b0f6496270
c; Passport 109484100 (Korea, North) expires
24 Dec 2024 (individual) [NPWMD] (Linked To:
KOREA KWANGSON BANKING CORP).

SIM, Kwang Sok (a.k.a. SIM, Kwang-so'k),
Dalian, China; DOB 16 Sep 1971; nationality
Korea, North; Gender Male; Secondary
sanctions risk: North Korea Sanctions
Regulations, sections 510.201 and 510.210;
Transactions Prohibited For Persons Owned or
Controlled By U.S. Financial Institutions: North
Korea Sanctions Regulations section 510.214;
Passport 745120331 (Korea, North) issued 19
Mar 2015 expires 19 Mar 2020 (individual)
[NPWMD] (Linked To: SECOND ACADEMY OF
NATURAL SCIENCES).

SIM, Kwang-so'k (a.k.a. SIM, Kwang Sok),
Dalian, China; DOB 16 Sep 1971; nationality
Korea, North; Gender Male; Secondary
sanctions risk: North Korea Sanctions
Regulations, sections 510.201 and 510.210;
Transactions Prohibited For Persons Owned or
Controlled By U.S. Financial Institutions: North
Korea Sanctions Regulations section 510.214;
Passport 745120331 (Korea, North) issued 19
Mar 2015 expires 19 Mar 2020 (individual)
[NPWMD] (Linked To: SECOND ACADEMY OF
NATURAL SCIENCES).

SIMA GENERAL TRADING & INDUSTRIALS
FOR BUILDING MATERIAL CO FZE (a.k.a.
SIMA GENERAL TRADING CO FZE), Office
No. 703 Office Tower, Twin Tower, Baniyas
Rd., Deira, P.O. Box 49754, Dubai, United Arab
Emirates; Additional Sanctions Information -
Subject to Secondary Sanctions [IRAN].

SIMA GENERAL TRADING CO FZE (a.k.a. SIMA
GENERAL TRADING & INDUSTRIALS FOR
BUILDING MATERIAL CO FZE), Office No. 703
Office Tower, Twin Tower, Baniyas Rd., Deira,
P.O. Box 49754, Dubai, United Arab Emirates;
Additional Sanctions Information - Subject to
Secondary Sanctions [IRAN].

SIMA SHIPPING COMPANY LIMITED, 198 Old
Bakery Street, Valletta VLT 1455, Malta;
Additional Sanctions Information - Subject to
Secondary Sanctions; Telephone
(356)(21241232) [IRAN] (Linked To: NATIONAL
IRANIAN TANKER COMPANY).

SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT),
Iran; Additional Sanctions Information - Subject
to Secondary Sanctions [IRAN] (Linked To:
GHADIR INVESTMENT COMPANY).

SIMAN-E KURDISTAN (a.k.a. KURDISTAN
CEMENT), Iran; Additional Sanctions
Information - Subject to Secondary Sanctions
[IRAN] (Linked To: GHADIR INVESTMENT
COMPANY).

SIMAN'E SEFID SHARGH (a.k.a. SHARQ
WHITE CEMENT), Iran; Additional Sanctions
Information - Subject to Secondary Sanctions
[IRAN] (Linked To: GHADIR INVESTMENT
COMPANY).

SIMAN-E SHARGH (a.k.a. SHARQ CEMENT),
Iran; Additional Sanctions Information - Subject
to Secondary Sanctions [IRAN] (Linked To:
GHADIR INVESTMENT COMPANY).

SIMANOVSKII, Aleksei Iurievich (a.k.a.
SIMANOVSKIY, Aleksei Yurievich; a.k.a.
SIMANOVSKIY, Alexei Iurevich; a.k.a.
SIMANOVSKIY, Alexey Yurevich (Cyrillic:
СИМАНОВСКИЙ, Алексей Юрьевич); a.k.a.
SIMANOVSKIY, Alexey Yuryevich),
Ulmolodogvardeyskaya 66, 4, 1, Moscow,
Russia; DOB 06 Sep 1955; POB Moscow,
Russia; nationality Russia; Gender Male;
Passport 200110994 (Russia) (individual)
[RUSSIA-EO14024] (Linked To: PUBLIC JOINT
STOCK COMPANY BANK FINANCIAL
CORPORATION OTKRITIE).

SIMANOVSKIY, Aleksei Yurievich (a.k.a.
SIMANOVSKII, Aleksei Iurievich; a.k.a.
SIMANOVSKIY, Alexei Iurevich; a.k.a.
SIMANOVSKIY, Alexey Yurevich (Cyrillic:
СИМАНОВСКИЙ, Алексей Юрьевич); a.k.a.
SIMANOVSKIY, Alexey Yuryevich),
Ulmolodogvardeyskaya 66, 4, 1, Moscow,
Russia; DOB 06 Sep 1955; POB Moscow,
Russia; nationality Russia; Gender Male;
Passport 200110994 (Russia) (individual)
[RUSSIA-EO14024] (Linked To: PUBLIC JOINT
STOCK COMPANY BANK FINANCIAL
CORPORATION OTKRITIE).

SIMANOVSKIY, Alexei Iurevich (a.k.a.
SIMANOVSKII, Aleksei Iurievich; a.k.a.
SIMANOVSKIY, Aleksei Yurievich; a.k.a.
SIMANOVSKIY, Alexey Yurevich (Cyrillic:
СИМАНОВСКИЙ, Алексей Юрьевич); a.k.a.
SIMANOVSKIY, Alexey Yuryevich),
Ulmolodogvardeyskaya 66, 4, 1, Moscow,
Russia; DOB 06 Sep 1955; POB Moscow,
Russia; nationality Russia; Gender Male;
Passport 200110994 (Russia) (individual)
[RUSSIA-EO14024] (Linked To: PUBLIC JOINT
STOCK COMPANY BANK FINANCIAL
CORPORATION OTKRITIE).

SIMANOVSKIY, Alexey Yurevich (Cyrillic:
СИМАНОВСКИЙ, Алексей Юрьевич) (a.k.a.

SIMANOVSKII, Aleksei Iurievich; a.k.a.
SIMANOVSKIY, Aleksei Yurievich; a.k.a.
SIMANOVSKIY, Alexei Iurevich; a.k.a.
SIMANOVSKIY, Alexey Yuryevich),
Ulmolodogvardeyskaya 66, 4, 1, Moscow,
Russia, DOB 06 Sep 1955; POB Moscow,
Russia; nationality Russia; Gender Male;
Passport 200110994 (Russia) (individual)
[RUSSIA-EO14024] (Linked To: PUBLIC JOINT
STOCK COMPANY BANK FINANCIAL
CORPORATION OTKRITIE).

SIMANOVSKIY, Leonid Jakovlevitch (Cyrillic:
СИМАНОВСКИЙ, Леонид Яковлевич),
Russia; DOB 19 Jul 1949; nationality Russia;
Gender Male; Member of the State Duma of the
Federal Assembly of the Russian Federation
(individual) [RUSSIA-EO14024].

SIMATIC DEVELOPMENT CO., Tehran, Iran;
Additional Sanctions Information - Subject to
Secondary Sanctions [NPWMD] [IFSR].

SIMATOVIC, Franko (a.k.a. "FRENKI"); DOB 01
Apr 1950; POB Belgrade, Serbia and
Montenegro; ICTY indictee in Serb custody
(individual) [BALKANS].

SIMFEROPOL REMAND PRISON (a.k.a.
DETENTION CENTER NO 1 IN SIMFEROPOL;
a.k.a. FEDERAL GOVERNMENT INSTITUTION
PRETRIAL DETENTION CENTER NO 1 OF
THE DIRECTORATE OF THE FEDERAL
PENITENTIARY SERVICE FOR THE
REPUBLIC OF CRIMEA AND SEVASTOPOL
(Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ
УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ
ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ
ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ
НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г.
СЕВАСТОПОЛЮ); a.k.a. FKU SIZO-1 UFSIN
OF RUSSIA FOR THE REPUBLIC OF CRIMEA
AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1
УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И
Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL
SIZO), Bulvar Lenina, dom 4, Simferopol,

Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

SIMFEROPOL SIZO (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

SIMIC, Blagoje; DOB 01 Jul 1960; POB Kruskovo Polje; ICTY indictee in custody (individual) [BALKANS].

SIMIC, Milan; DOB 09 Aug 1960; POB Sarajevo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

SIMIGIN, Pavel Vladimirovich (Cyrillic: СИМИГИН, Павел Владимирович), Russia; DOB 26 Jul 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SIMMETRON EK (a.k.a. SIMMETRON ELEKTRONNYE KOMPONENTY; a.k.a. "SYMMETRON"), ul. Tallinskaya d. 7, Saint Petersburg 195196, Russia; Leningradskoye shosse, 69, build. 1, Moscow 125445, Russia; Bluchera ul. 71b, Novosibirsk 630073, Russia; Very Khoruzhey ul., 1a, office 403, Minsk 220005, Belarus; Tax ID No. 7806296652 (Russia); Registration Number 1187847001341 (Russia) [RUSSIA-EO14024].

SIMMETRON ELEKTRONNYE KOMPONENTY (a.k.a. SIMMETRON EK; a.k.a. "SYMMETRON"), ul. Tallinskaya d. 7, Saint Petersburg 195196, Russia; Leningradskoye shosse, 69, build. 1, Moscow 125445, Russia; Bluchera ul. 71b, Novosibirsk 630073, Russia; Very Khoruzhey ul., 1a, office 403, Minsk 220005, Belarus; Tax ID No. 7806296652 (Russia); Registration Number 1187847001341 (Russia) [RUSSIA-EO14024].

SIMONENKO, Anton Oleksandrovych (Cyrillic: СИМОНЕНКО, Антон Олександрович), Mishugi 2 App 361, Kiev 02140, Ukraine; DOB 08 Jan 1987; POB Russia; nationality Ukraine; Gender Male; Passport FE229065 (Ukraine) (individual) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

SIMONOV DESIGN BUREAU (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661007166 (Russia); Registration Number 1021603088622 (Russia) [RUSSIA-EO14024].

SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ) (a.k.a. MAHSHAHR SIMORGH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی سیمرغ (ماهشهر))), Lower Level 1, No. 21, 23 Shahid Ahmad Nasifi Street, Sa'adat Abad Street, Neighborhood Dariya, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Mar 2010; National ID No. 10320204241 (Iran); Business Registration Number 369795 (Iran) [IRAN-EO13846] (Linked To: AMIR KABIR PETROCHEMICAL COMPANY).

SIMOWSKI, Aliaksandr Leanidavich (a.k.a. ZIMOUSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Aleksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leonidovich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Alaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Alexander Leonidovich; a.k.a. ZIMOVSKI, Aliasandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKI, Alexander Leonidovich; a.k.a. ZIMOWSKI, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Aleksandr Leonidovich; a.k.a. ZIMOWSKY, Alexander Leonidovich; a.k.a. ZIMOWSKY, Aliaksandr Leonidovich), DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

SIN, Byon-Gyu (a.k.a. KIYOTA, Jiro); DOB 1940; POB Japan (individual) [TCO].

SIN, Yong Il (a.k.a. SHIN, Yong Il; a.k.a. SIN, Yo'ng Il), Korea, North; DOB 28 Feb 1948; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PD654210116 (Korea, North); Deputy Director of the Military Security Command (individual) [DPRK2].

SIN, Yo'ng Il (a.k.a. SHIN, Yong Il; a.k.a. SIN, Yong Il), Korea, North; DOB 28 Feb 1948; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PD654210116 (Korea, North); Deputy Director of the Military Security Command (individual) [DPRK2].

SINA BANK (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Motahari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187,

Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA BANK COMPANY (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA COMPOSITE (a.k.a. SINA COMPOSITE CO.; a.k.a. SINA COMPOSITE DELIJAN COMPANY), 19 Unit, 28 No, Dashtestan 5 Alley, Pasdaran Ave, Tehran, Iran; Website http://sinacomposite.com/; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

SINA COMPOSITE CO. (a.k.a. SINA COMPOSITE; a.k.a. SINA COMPOSITE DELIJAN COMPANY), 19 Unit, 28 No, Dashtestan 5 Alley, Pasdaran Ave, Tehran, Iran; Website http://sinacomposite.com/; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

SINA COMPOSITE DELIJAN COMPANY (a.k.a. SINA COMPOSITE; a.k.a. SINA COMPOSITE CO.), 19 Unit, 28 No, Dashtestan 5 Alley, Pasdaran Ave, Tehran, Iran; Website http://sinacomposite.com/; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

SINA CURRENCY EXCHANGE COMPANY (a.k.a. SHERKAT-E SARRAFI SINA (Arabic: شرکت صرافی سینا)), Shahid Beheshti Street, Number 287, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320810830 (Iran); Registration Number 428695 (Iran) [IRAN-EO13876] (Linked To: SINA BANK).

SINA ENERGY DEVELOPMENT (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. SINA ENERGY DEVELOPMENT COMPANY; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA ENERGY DEVELOPMENT CO. (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT COMPANY; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA ENERGY DEVELOPMENT COMPANY (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا); a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCE AND CREDIT COMPANY (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCE AND CREDIT INSTITUTE (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave,

Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCIAL & INVESTMENT HOLDING CO. (a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. SINA INVESTMENT MANAGEMENT CO.; a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCIAL AND INVESTMENT HOLDING CO. (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. SINA INVESTMENT MANAGEMENT CO.; a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا) (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA INVESTMENT MANAGEMENT HOLDING COMPANY (a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir

Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA INVESTMENT MANAGEMENT CO. (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا); a.k.a. "SFI"), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا) (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PAYA SANAT DEVELOPMENT COMPANY PJS (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا

صنعت سینا); a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PAYA SANAT GOSTARESH CO. (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریانی و بندری سینا) (a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPM CO."; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریانی و بندری سینا); a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPM CO."; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran);

Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA PORT AND MARITIME COMPANY (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریانی و بندری سینا); a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. "SPM CO."; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA RAIL PARS (a.k.a. PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص); a.k.a. SINA RAIL PARS CO; a.k.a. SINA RAIL PARS COMPANY), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA RAIL PARS CO (a.k.a. PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص); a.k.a. SINA RAIL PARS; a.k.a. SINA RAIL PARS COMPANY), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website http://srpt.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA RAIL PARS COMPANY (a.k.a. PARS RAIL SINA TRANSPORTATION COMPANY (Arabic: شرکت حمل و نقل سینا ریل پارس سهامی خاص); a.k.a. SINA RAIL PARS; a.k.a. SINA RAIL PARS CO), No. 20, Thirteen Street, Ahmad Ghasir St., Argentina Square, District 6, Tehran, Tehran, Iran; No. 440, 4 Floor, Sina Building, Southeast Corner of Ferdows Blvd, Shahid Sattari North Highway, Tehran, Iran; Website

http://srpt/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101521358 (Iran); Registration Number 108278 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA SANAT PAYA DEVELOPMENT COMPANY (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SINA SHIPPING COMPANY LIMITED, 198 Old Bakery Street, Valletta VLT 1455, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241232) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SINA TILE AND CERAMIC INDUSTRIES COMPANY (Arabic: شرکت صنایع کاشی و سرامیک سینا) (a.k.a. SINA TILES AND CERAMIC INDUSTRIAL GROUP), Mirdamad Boulevard, No. 21, Tehran 1911934893, Iran; 9th Street, Kaveh Industrial City, Saveh 39143-54375, Iran; Website www.sinatile.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101178687 (Iran); Registration Number 72957 (Iran) [IRAN-EO13876] (Linked To: SINA PAYA SANAT DEVELOPMENT CO.).

SINA TILES AND CERAMIC INDUSTRIAL GROUP (a.k.a. SINA TILE AND CERAMIC INDUSTRIES COMPANY (Arabic: صنایع کاشی و سرامیک سینا)), Mirdamad Boulevard, No. 21, Tehran 1911934893, Iran; 9th Street, Kaveh Industrial City, Saveh 39143-54375, Iran; Website www.sinatile.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101178687 (Iran); Registration Number 72957 (Iran) [IRAN-EO13876] (Linked To: SINA PAYA SANAT DEVELOPMENT CO.).

SINABUL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBAL LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL), Sidon, Lebanon [SDGT].

SINALOA CARTEL (a.k.a. CARTEL DE SINALOA; f.k.a. "GUADALAJARA CARTEL"; f.k.a. "MEXICAN FEDERATION"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

SINBAD (a.k.a. SINBAD.IO); Website https://sinbad.io; alt. Website http://sinbadiovklgdbafpqvwfwjh2tfrisahtxmrskiovt62nirragcnkcad.onion; Email Address support@sinbad.io; alt. Email Address adv@sinbad.io; Digital Currency Address - XBT bc1qq7p0es3dv5hcynjjf40f2xjjr6qp5py47d2f6n847vduuq9gvnyq7y9ecd; alt. Digital Currency Address - XBT 1JHdQHkBZiim1cb4hyUh2PbzEbbg6z2TrF; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Sep 2022 [DPRK3] [CYBER2].

SINBAD.IO (a.k.a. SINBAD); Website https://sinbad.io; alt. Website http://sinbadiovklgdbafpqvwfwjh2tfrisahtxmrskiovt62nirragcnkcad.onion; Email Address support@sinbad.io; alt. Email Address adv@sinbad.io; Digital Currency Address - XBT bc1qq7p0es3dv5hcynjjf40f2xjjr6qp5py47d2f6n847vduuq9gvnyq7y9ecd; alt. Digital Currency Address - XBT 1JHdQHkBZiim1cb4hyUh2PbzEbbg6z2TrF; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Sep 2022 [DPRK3] [CYBER2].

SINDHI, 'Abdallah (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique

Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

SINDHI, Abdul Rehman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

SINDHI, Abdurahman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDI, Abdur Rehman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

SINDI, Abdur Rehman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

SINDID, Sa'id, Syria; DOB 27 Nov 1952; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SINELIN, Mihail Anatol'evich (a.k.a. SINELIN, Mikhail Anatolyevich), Russia, DOB 14 Aug 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100019509 (Russia) (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

SINELIN, Mikhail Anatolyevich (a.k.a. SINELIN, Mihail Anatol'evich), Russia; DOB 14 Aug 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100019509 (Russia) (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

SINELSHCHIKOV, Yury Petrovich (Cyrillic: СИНЕЛЬЩИКОВ, Юрий Петрович), Russia; DOB 26 Sep 1947; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SINEZIS OOO (a.k.a. JSC SYNESIS; a.k.a. LLC SYNESIS (Cyrillic: ООО СИНЕЗИС)), Platonova 20B, Minsk 220005, Belarus; d.20B, pom. 13, komnata 14, ul. Platonova, Minsk, Belarus; Organization Established Date 27 Dec 2007; Registration Number 190950894 (Belarus) [BELARUS-EO14038].

SING, Har Mohan (a.k.a. HAKIMZADA, Harmohan Singh), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 23 Jun 1953; nationality India; Gender Male; Passport 1850327 (India); alt. Passport Z1432933 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

SINGH DAILY CULTURE PRESS LIMITED (a.k.a. DYNAPEX ENERGY LIMITED; f.k.a. SINGH SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LIMITED), Flat/Rm 1105 11/F, Hua Qin International Building, 340 Queen's Road Central, Hong Kong; Business Registration Number 2066820 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SINGH SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LIMITED (a.k.a. DYNAPEX ENERGY LIMITED; f.k.a. SINGH DAILY CULTURE PRESS LIMITED), Flat/Rm 1105 11/F, Hua Qin International Building, 340 Queen's Road Central, Hong Kong; Business Registration Number 2066820 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SINGH, Cheeranjeev Kumar (a.k.a. SINGH, Chiranjeev Kumar (Arabic: شیرانجیف کومار سینج)), Muzaffarpur, India; United Arab Emirates; DOB 01 Mar 1979; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z3727315 (India) expires 22 Jul 2027 [SDGT] (Linked To: AURUM SHIP MANAGEMENT FZC).

SINGH, Chiranjeev Kumar (Arabic: شیرانجیف کومار سینج) (a.k.a. SINGH, Cheeranjeev Kumar), Muzaffarpur, India; United Arab Emirates; DOB 01 Mar 1979; citizen India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z3727315 (India) expires 22 Jul 2027 [SDGT] (Linked To: AURUM SHIP MANAGEMENT FZC).

SINGH, Jasmeet (a.k.a. HAKIMZADA, Jasmeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 26 Jun 1979; nationality India; Gender Male; Passport Z2030393 (India) (individual) [SDNTK].

SINGWANG ECONOMICS AND TRADING GENERAL CORPORATION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

SINIE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

SINISA NEDELJKOVIC B.I., P.T.P. METAL, 90, Kralja Petra I, Zveqan 38227, Kosovo; Organization Established Date 09 Aug 2001; Organization Type: Wholesale of other machinery and equipment; V.A.T. Number 600351845 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

SINISA NEDELJKOVIC I.B., Glavna Bb, Shterpce 73000, Kosovo; Organization Established Date 03 Sep 2015; Organization Type: Restaurants and mobile food service activities; V.A.T. Number 601337753 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

SINITSYN, Aleksei Vladimirovich (a.k.a. SINITSYN, Alexei Vladimirovich (Cyrillic: СИНИЦЫН, Алексей Владимирович)), Russia; DOB 13 Jan 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SINITSYN, Alexei Vladimirovich (Cyrillic: СИНИЦЫН, Алексей Владимирович) (a.k.a. SINITSYN, Aleksei Vladimirovich), Russia; DOB 13 Jan 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SINKAM (a.k.a. SYNCAM ADDITIVE CENTER), Pr-D Khlebozavodskii D. 7, Str. 9, ET 9 Pom.Xvi Kom 3B, Moscow 115230, Russia; Tax ID No. 7724412379 (Russia); Registration Number 1177746569340 (Russia) [RUSSIA-EO14024].

SINKO BANK LTD (a.k.a. COMMERCIAL BANK SINKO BANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMMERCHESKI BANK SINKO BANK), D. 11, Str. 1, Per. Posledni, Moscow 107045, Russia; SWIFT/BIC SNKBRUMM; Website www.sinko-bank.ru; Organization Established Date 18 Nov 2002; Target Type Financial Institution; Tax ID No. 7703004072 (Russia); Identification Number FNLZ43.99999.SL.643 (Russia); Legal Entity Number 2534001TS0M7VRJK2567; Registration Number 1027739563610 (Russia) [RUSSIA-EO14024].

SIN-MEX IMPORTADORA, S.A. DE C.V. (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. IMPORTCLUB), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

SINNO ELECTRONIC CO., LTD (a.k.a. SINNO ELECTRONICS CO., LIMITED (Chinese Traditional: 信諾電子科技有限公司)), Rm. B22, 1/F, Block B, East Sun Industrial Centre, 16 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Rm. 1905, Xingda Garden Building, Kaiyuan Rd, Xingsha Development Area, Changsha 518031, China; Rm. 2408, Dynamic World Building, Zhonghang Rd, Shenzhen, Futian District 518031, China; Room 03, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Organization Established Date 11 Dec 2009; Registration Number 1401029 (Hong Kong) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

SINNO ELECTRONICS CO., LIMITED (Chinese Traditional: 信諾電子科技有限公司) (a.k.a. SINNO ELECTRONIC CO., LTD), Rm. B22, 1/F, Block B, East Sun Industrial Centre, 16 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Rm. 1905, Xingda Garden Building, Kaiyuan Rd, Xingsha Development Area, Changsha 518031, China; Rm. 2408, Dynamic World Building, Zhonghang Rd, Shenzhen, Futian District 518031, China; Room 03, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Organization Established Date 11 Dec 2009; Registration Number 1401029 (Hong Kong) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

SINO ENERGY SHIPPING (HONG KONG) LTD (a.k.a. SINO ENERGY SHIPPING HONG KONG; a.k.a. SINO ENERGY SHIPPING HONGKONG LIMITED (Chinese Traditional: 中能航運 香港 有限公司; Chinese Simplified: 中能航运 香港 有限公司)), Kowloon Bay, Kowloon, Hong Kong; Pudong Xinqu, Shanghai 200121, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 5706291; Business Registration Number 1796668 (Hong Kong) [IRAN-EO13846].

SINO ENERGY SHIPPING HONG KONG (a.k.a. SINO ENERGY SHIPPING (HONG KONG) LTD; a.k.a. SINO ENERGY SHIPPING HONGKONG LIMITED (Chinese Traditional: 中能航運 香港 有限公司; Chinese Simplified: 中能航运 香港 有限公司)), Kowloon Bay, Kowloon, Hong Kong; Pudong Xinqu, Shanghai 200121, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE

OFFICERS. Sec. 5(a)(vii); Identification Number IMO 5706291; Business Registration Number 1796668 (Hong Kong) [IRAN-EO13846].

SINO ENERGY SHIPPING HONGKONG LIMITED (Chinese Traditional: 中能航運 香港 有限公司; Chinese Simplified: 中能航运 香港 有限公司) (a.k.a. SINO ENERGY SHIPPING (HONG KONG) LTD; a.k.a. SINO ENERGY SHIPPING HONG KONG), Kowloon Bay, Kowloon, Hong Kong; Pudong Xinqu, Shanghai 200121, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 5706291; Business Registration Number 1796668 (Hong Kong) [IRAN-EO13846].

SINO MACHINERY CO., LTD. (Chinese Simplified: 安徽新诺精工股份有限公司) (f.k.a. HUANGSHAN WANNAN MACHINERY CO., LTD.), No. 51 West Huancheng Road, Yansi Town, Huizhou District, Huangshan, Anhui 245900, China; Website www.sinocnc.com.cn; Organization Established Date 25 Aug 2017; Unified Social Credit Code (USCC) 91341000MA2NY77U6X (China) [RUSSIA-EO14024].

SINO METALLURGY & MINMETALS INDUSTRY CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

SINO RS ADVISORY PTE LTD (f.k.a. LARK HOLDINGS PTE LTD; a.k.a. MGI PTE LTD), 77 Robinson Road #16-00, Singapore 068896, Singapore; Organization Established Date 26 Feb 2015; Registration Number 201505110K (Singapore) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SINO TRADER COMPANY (a.k.a. FARAZ TEGARAT ERTEBAT COMPANY; a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a. PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucoehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SINOSE MARITIME (a.k.a. HARDSEA AGENCIES; a.k.a. WITSHIPPING MARITIME PTE LTD), Hoe Chiang Road 10, #15-02a, Central Business District 089315, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 201131193Z (Singapore) [IRAN].

SINOTECH DALIAN CARBON AND GRAPHITE MANUFACTURING CORPORATION, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SINOTECH INDUSTRY CO., LTD., No. 190 Changjiang Road, Dalian City, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SINSMS PTE. LTD. (a.k.a. SUN MOON STAR (SINGAPORE) LTD.), 24 Mohamed Sultan Road, Singapore 239012, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 201318227N (Singapore) [DPRK4].

SINWAR, Yahya (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehia; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963 (individual) [SDGT] (Linked To: HAMAS).

SINWAR, Yahya Ibrahim Hassan (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yehia; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963 (individual) [SDGT] (Linked To: HAMAS).

SINWAR, Yehia (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yahya

Ibrahim Hassan; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963 (individual) [SDGT] (Linked To: HAMAS).

SINWAR, Yehiyeh (a.k.a. AL-SINWAR, Yehya; a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehia), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963 (individual) [SDGT] (Linked To: HAMAS).

SIPYAGIN, Vladimir Vladimirovich (Cyrillic: СИПЯГИН, Владимир Владимирович), Russia; DOB 19 Feb 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SIRAJ AL-AQSA TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. AL-AQSA TV; a.k.a. HAMAS TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMI'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

SIREGAR, Parlin (a.k.a. SIREGAR, Parlindungan; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesia (individual) [SDGT].

SIREGAR, Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesia (individual) [SDGT].

SIREGAR, Saleh Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesia (individual) [SDGT].

SIRHAN, Fadi (a.k.a. SARHAN, Fadi Husayn; a.k.a. SERHAN, Fadi Hussein), Own Building,

Kanisat Marmkhael, Saliba Street, Corniche, Al-Mazraa, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Mseytbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Beirut, Lebanon; Jishi Building, Salim Slam Street, Beirut, Lebanon; Own Building, Main Street, Kfar Kila, Lebanon; Mazraa, Salim Slam St., Borj Al Salam Bldg., Beirut, Lebanon; DOB 01 Apr 1961; POB Kafr Kila, Lebanon; alt. POB Kfarkela, Lebanon; nationality Lebanon; Gender Male; Passport RL 0962973 (Lebanon) expires 08 Feb 2012; alt. Passport RL 3203273 expires 20 May 2020; VisaNumberID 87810564 (United States); alt. VisaNumberID F0962973 (individual) [SDGT] [HIFPAA].

SIRHAN, Hala, Syria; DOB 05 Jan 1953; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SIRJAN IRANIAN STEEL (a.k.a. SIRJAN IRANIAN STEEL CO (Arabic: شرکت فولاد سیرجان ایرانیان); a.k.a. "SISCO"), No 39, Sepehr St., Farahzadi Blvd., Shahrak-e-Gharb, Tehran, Iran; Bucharest Avenue, Ninth Street, Tehran 1513733518, Iran; Website www.sisco.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2009; National ID No. 362111 (Iran) [IRAN-EO13871].

SIRJAN IRANIAN STEEL CO (Arabic: شرکت فولاد سیرجان ایرانیان), No 39, SIRJAN IRANIAN STEEL; a.k.a. "SISCO"), No 39, Sepehr St., Farahzadi Blvd., Shahrak-e-Gharb, Tehran, Iran; Bucharest Avenue, Ninth Street, Tehran 1513733518, Iran; Website www.sisco.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2009; National ID No. 362111 (Iran) [IRAN-EO13871].

SIRJAN JAHAN FOOLAD (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. SIRJAN JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان); a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان) (a.k.a. JAHAN

FOOLAD SIRJAN; a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

SIRJANCO TRADING L.L.C., 17th Floor, Office 1701, Al Moosa Tower 1, Sheikh Zayed Road, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IFSR].

SIROKKO TEKHNOLODZHI (a.k.a. LIMITED LIABILITY COMPANY SIROKKO TECHNOLOGY), Ul. Yunosti D. 13, Moscow 111395, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7718286334 (Russia); Registration Number 5157746099176 (Russia) [RUSSIA-EO14024].

SIRRA GAS S.A.L. OFF SHORE (a.k.a. SIERRA GAS S.A.L. OFFSHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1804895 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

SISON, Jose Maria (a.k.a. LIWINAG, Armando), Netherlands; DOB 08 Feb 1938; POB Llocos Sur Northern Luzon, Philippines (individual) [SDGT].

SISTEMA ASIA PTE LTD, 77 Ayer Rajah Crescent #03-32, Singapore 139954, Singapore; Organization Established Date 01 Aug 2012; Registration Number 201218988Z (Singapore) [RUSSIA-EO14024] (Linked To: SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION).

SISTEMA CORESCO, S.A., Panama; RUC # 59784-2-345231 (Panama); alt. RUC # 1776589-1-345231 (Panama) [SDNTK].

SISTEMA DE DISTRIBUCION MUNDIAL, S.A.C. (a.k.a. WORLD DISTRIBUTION SYSTEM), Avenida Jose Pardo No. 601, Piso 11, Lima, Peru; RUC # 20458382779 (Peru) [SDNTK].

SISTEMA DE RADIO DE SINALOA, S.A. DE C.V., Calle Francisco Villa No. 331, Col. Centro, Culiacan, Sinaloa, Mexico; (Clave Catastral CU-37-740-003) Lote 3, Manzana #18, Zona 1, "El Vallado III", Culiacan, Sinaloa, Mexico; Cll Cristobal Colon 275, Culiacan Rosales, Culiacan, Mexico; Cll Cristobal Colon No. 275, Col. Centro, Culiacan, Sinaloa 80000, Mexico; Centro Culiacan Ramon Corona Jesus Andrade, Culiacan Rosales, Culiacan, Mexico; R.F.C. SRS9903153C5 (Mexico) [SDNTK].

SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION (a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AKTSIONERNAYA FINANSOVAYA SISTEMA), 10, Leontievskiy Pereulok, Moscow 125009, Russia; 13/1 Mokhovaya St, Moscow 125009, Russia; Tax ID No. 7703104630 (Russia); Identification Number V65SV5.99999.SL.643 (Russia); Legal Entity Number 213800JSZ2UUK4QQK694; Registration Number 1027700003891 (Russia) [RUSSIA-EO14024].

SISTEMA SMARTTEKH, Per. Bolshoi Balkanskii D. 20, Str. 1, Et 2 Pom.24, Moscow 129090, Russia; Tax ID No. 7708374327 (Russia); Registration Number 1207700073459 (Russia) [RUSSIA-EO14024] (Linked To: SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION).

SISTEMAS ELITE DE SEGURIDAD PRIVADA, S.A. DE C.V., Mexialtzingo 1964, Col. Americana, Guadalajara, Jalisco 44150, Mexico; RFC SES-010905-VE6 (Mexico) [SDNTK].

SISTEMY AVTONOMNOI ENERGII (a.k.a. AUTONOMOUS ENERGY SYSTEMS; a.k.a. "SAE OOO"), Dor. Torfyanaya D. 7, Lit. F, Pomeshch. 17-N, KAB. 13 (1120-1121), Saint Petersburg 197374, Russia; Poligrafmashevsky pr. 3A, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813645488 (Russia); Registration Number 1207800085701 (Russia) [RUSSIA-EO14024].

SISTINA LAJF KEAR SENTAR SKOPJE DOOEL (a.k.a. LIFE CARE CENTER DOOEL; a.k.a. LIVE KER CENTER), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Tax ID No. MK4058012514363 (North Macedonia, The

Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Irina).

SITIBAIK AO (Cyrillic: АО СИТИБАЙК) (a.k.a. AKTSIONERNOE OBSHCHESTVO SITIBAIK; a.k.a. JOINT STOCK COMPANY CITYBIKE), Nab. Berezhkovskaya D. 20, Str. 9, Pomeshch. 1, Moscow 121059, Russia; Organization Established Date 23 Nov 2012; Tax ID No. 7734691058 (Russia); Registration Number 1127747175160 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SITIIMPEKS (a.k.a. CITIIMPEX; a.k.a. LLC CITYIMPEX), Ul. Leninskaya Sloboda D. 26, Pomeshch 32/124, Moscow 115280, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9725112364 (Russia); Registration Number 1237700066900 (Russia) [RUSSIA-EO14024].

SITNIKOV, Alexey Vladimirovich (Cyrillic: СИТНИКОВ, Алексей Владимирович), Russia; DOB 19 Jun 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SITNIKOV, Sergey Konstantinovich (Cyrillic: СИТНИКОВ, Сергей Константинович), Kostroma Region, Russia; DOB 18 Jan 1963; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 440101386036 (Russia) (individual) [RUSSIA-EO14024].

SITTI GENERAL TRADING FZCO (a.k.a. SITTI GENERAL TRADING L.L.C; a.k.a. SITTI GENERAL TRADING LLC (Arabic: ‏سيتي‎ للتجارة العامة ش.ذ.م.م.)), New Dubai, United Arab Emirates; Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; License 533917 (United Arab Emirates); Registration Number 10809045 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

SITTI GENERAL TRADING L.L.C (a.k.a. SITTI GENERAL TRADING FZCO; a.k.a. SITTI GENERAL TRADING LLC (Arabic: ‏سيتي‎ للتجارة العامة ش.ذ.م.م.)), New Dubai, United Arab Emirates; Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United

Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; License 533917 (United Arab Emirates); Registration Number 10809045 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

SITTI GENERAL TRADING LLC (Arabic: ‏سيتي‎ للتجارة العامة ش.ذ.م.م.) (a.k.a. SITTI GENERAL TRADING FZCO; a.k.a. SITTI GENERAL TRADING L.L.C), New Dubai, Dubai, United Arab Emirates; Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; License 533917 (United Arab Emirates); Registration Number 10809045 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

SIU SYSTEM JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY NPO SYSTEM), Ul. Rochdelskaya 15/23, Moscow 123376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703676733 (Russia); Registration Number 5087746210041 (Russia) [RUSSIA-EO14024].

SIVAKOV, Yury; DOB 05 Aug 1946; POB Onory, Kirov district, Belarus; nationality Belarus; citizen Belarus; former Minister of Sport and Tourism; former Minister of the Interior (individual) [BELARUS].

SIVKOVICH, Vladimir Leonidovich (Cyrillic: СИВКОВИЧ, Владимир Леонидович) (a.k.a. SIVKOVYCH, Volodymyr), Ukraine; DOB 17 Sep 1960; POB Ostraya Mogila Village, Stravishchesnkiy Rayon, Kiyevskaya Oblast, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport DP002778 (Ukraine) (individual) [RUSSIA-EO14024].

SIVKOVYCH, Volodymyr (a.k.a. SIVKOVICH, Vladimir Leonidovich (Cyrillic: СИВКОВИЧ, Владимир Леонидович)), Ukraine; DOB 17 Sep 1960; POB Ostraya Mogila Village, Stravishchesnkiy Rayon, Kiyevskaya Oblast, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport DP002778 (Ukraine) (individual) [RUSSIA-EO14024].

SIXTH YAMAGUCHI-GUMI (a.k.a. ROKUDAIME YAMAGUCHI-GUMI; a.k.a. YAMAGUCHI-GUMI), 4-3-1 Shinohara-honmachi, Nada-Ku, Kobe City, Hyogo, Japan [TCO].

SIZIF V OOD, Nadezhda 1 Distr., Sofia, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121136410 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

SJAPETKO, Jevgenij Andrejevitj (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETSKA, Jauhen Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SJAPETSKA, Jauhen Andrejevitj (a.k.a. SHAPETKO, Evgeniy Andreevich (Cyrillic: ШАПЕТЬКО, Евгений Андреевич); a.k.a. SHAPETKO, Evgeny; a.k.a. SHAPETKO, Yevgeniy Andreevich; a.k.a. SHAPETKO, Yevgeny; a.k.a. SHAPETSKA, Yauhen Andreevich (Cyrillic: ШАПЕЦЬКА, Яўген Андрэевіч); a.k.a. SHAPETSKA, Yauheni Andrejevich; a.k.a. SJAPETKO, Jevgenij Andrejevitj), Polevaya, 6-58, Minsk, Belarus (Cyrillic: Полевая, 6-58, Минск, Belarus); DOB 30 Mar 1989; alt. DOB 30 Mar 1988; POB Minsk, Belarus; nationality Belarus; Gender Male; National ID No. 3300389A054PB9 (Belarus); Tax ID No. AC1400707 (Belarus) (individual) [BELARUS-EO14038].

SK GUDZON, OOO (a.k.a. GUDZON SHIPPING CO LLC; a.k.a. LLC GUDZON SHIPPING CO; a.k.a. OOO GUDZON SHIPPING CO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

SK KONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

SK KONSOL-STROI LTD, OOO (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

SK SBERBANK STRAHOVANIE LLC (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St.,

b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SKABEEVA, Olga Vladimirovna (a.k.a. SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABYEVA, Olga Volodymyrivna; a.k.a. SKABYEYEVA, Olha Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABEEVA, Olga Vladimirovna; a.k.a. SKABYEVA, Olga Volodymyrivna; a.k.a. SKABYEYEVA, Olha Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKABYEVA, Olga Volodymyrivna (a.k.a. SKABEEVA, Olga Vladimirovna; a.k.a. SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABYEYEVA, Olha Volodymyrivna), 25

Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKABYEYEVA, Olha Volodymyrivna (a.k.a. SKABEEVA, Olga Vladimirovna; a.k.a. SKABEYEVA, Olga Vladimirovna (Cyrillic: СКАБЕЕВА, Ольга Владимировна); a.k.a. SKABYEVA, Olga Volodymyrivna), 25 Verkhnyaya Maslovka St, Building 1 Apartment 10, Moscow 127083, Russia; 39 Leningradskiy Avenue, Apartment 172, Moscow 125167, Russia; DOB 11 Dec 1984; POB Volzhskiy, Volgograd Region, Russian Federation; nationality Russia; Gender Female; Tax ID No. 343517233018 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POPOV, Yevgeny).

SKACHKOV, Alexander Anatolevich (Cyrillic: СКАЧКОВ, Александр Анатольевич), Russia; DOB 21 Nov 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKAIRU, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 20 Jun 2019; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2019049513 (Mexico) [ILLICIT-DRUGS-EO14059].

SKAKOVSKAYA, Lyudmila Nikolayevna (Cyrillic: СКАКОВСКАЯ, Людмила Николаевна), Russia; DOB 13 Nov 1961; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKANFORM (a.k.a. SCANFORM), Ul. Rokossovskogo, Novoilyinskii District, D. 29, Kv. 160, Novokuznetsk 654044, Russia; Website scanform.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of computers and peripheral equipment; Tax ID No. 4253049068 (Russia); Registration Number 1204200016162 (Russia) [RUSSIA-EO14024].

SKB AO (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО); a.k.a. SKB ZAO; a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

SKB ZAO (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО); a.k.a. SKB AO; a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

SKEPTIK TOV (Cyrillic: СКЕПТIК ТОВ) (a.k.a. BEGEMOT MEDIA), Vul. Harkivske Shose 201/203, Kiev, Darnitskyi R-N 02121, Ukraine; Website sceptic.online; alt. Website begemot.media; Email Address begemot.media@gmail.com; Identification Number 39988031 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

SKLYAR, Gennadiy Ivanovich (Cyrillic: СКЛЯР, Геннадий Иванович), Russia; DOB 17 May 1952; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKOCH, Andrei Vladimirovich (Cyrillic: СКОЧ, Андрей Владимирович) (a.k.a. SKOCH, Andrey), Russia; DOB 30 Jan 1966; POB Nikolsky (Moscow), Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SKOCH, Andrey (a.k.a. SKOCH, Andrei Vladimirovich (Cyrillic: СКОЧ, Андрей Владимирович)), Russia; DOB 30 Jan 1966; POB Nikolsky (Moscow), Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SKOCH, Varvara Andreevna (Cyrillic: СКОЧ, Варвара Андреевна) (a.k.a. SKOCH, Varvara Andreyevna), 34 Woronzow Road, St. John's Wood, London NW8 6AT, United Kingdom; DOB 19 May 2002; POB Moscow, Russia; citizen Russia; alt. citizen Cyprus; Gender Female; National ID No. 1287920 (Cyprus); Tax ID No. 773009211904 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

SKOCH, Varvara Andreyevna (a.k.a. SKOCH, Varvara Andreevna (Cyrillic: СКОЧ, Варвара Андреевна)), 34 Woronzow Road, St. John's Wood, London NW8 6AT, United Kingdom; DOB 19 May 2002; POB Moscow, Russia; citizen Russia; alt. citizen Cyprus; Gender Female; National ID No. 1287920 (Cyprus); Tax ID No. 773009211904 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

SKOCH, Vladimir Nikitovich (Cyrillic: СКОЧ, Владимир Никитович), Russia; DOB 05 Jul 1933; POB Kobylne, Rozovsky District, Zaporozhye Region, Ukraine; citizen Russia; Gender Male; Tax ID No. 500101834750 (Russia) (individual) [RUSSIA-EO14024].

SKOLKOVO FOUNDATION (a.k.a. FOUNDATION FOR DEVELOPMENT OF THE CENTER FOR ELABORATION AND COMMERCIALIZATION OF NEW TECHNOLOGIES), 5 Nobelya str., Skolkovo Innovation Centre, Moscow 121205, Russia; Organization Established Date 2010; Tax ID No. 7701058410 (Russia); Registration Number 1107799016720 (Russia) [RUSSIA-EO14024].

SKOLKOVO INSTITUTE OF SCIENCE AND TECHNOLOGY (a.k.a. SKOLTECH), Bolshoy Boulevard 30, bld. 1, Moscow 121205, Russia; Tax ID No. 5032998454 (Russia); Registration Number 1115000005922 (Russia) [RUSSIA-EO14024].

SKOLTECH (a.k.a. SKOLKOVO INSTITUTE OF SCIENCE AND TECHNOLOGY), Bolshoy Boulevard 30, bld. 1, Moscow 121205, Russia; Tax ID No. 5032998454 (Russia); Registration Number 1115000005922 (Russia) [RUSSIA-EO14024].

SKONTEL AO (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

SKONTEL OOO (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL AO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

SKOROBOGATOVA, Olga Nikolaevna (Cyrillic: СКОРОБОГАТОВА, Ольга Николаевна), Moscow, Russia; DOB 04 Jun 1969; POB Moscow Region, Russia; nationality Russia; Gender Female; First Deputy Governor of the Central Bank of the Russian Federation (individual) [RUSSIA-EO14024].

SKOROKHODOVA, Natalya Petrovna, Russia; DOB 25 Aug 1968; nationality Russia; Gender Female (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

SKRIVANOV, Dmitry Stanislavovich (Cyrillic: СКРИВАНОВ, Дмитрий Станиславович), Russia; DOB 15 Aug 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKRUG, Valeriy Stepanovich (Cyrillic: СКРУГ, Валерий Степанович), Russia; DOB 20 Jun 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SKS STEEL COMPANY (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد جنوب کیش کاوه); a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North

Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SKTB ES, AO (a.k.a. JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM; a.k.a. JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM; a.k.a. SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

SKTB PLASTIK (a.k.a. SPETSIALNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BYURO PLASTIK), Shosse Saratovskoe D.4, Syzran 446025, Russia; Tax ID No. 6325044629 (Russia); Registration Number 1076325002192 (Russia) [RUSSIA-EO14024].

SKUTELIS, Donats, Dubai, United Arab Emirates; DOB 23 Oct 1984; POB Riga, Latvia; nationality Latvia; Gender Male; Passport LV6145783 (Latvia) (individual) [RUSSIA-EO14024].

SKVORTSOV, Sergei Nikolaevich (a.k.a. SKVORTSOV, Sergey), Nacka, Sweden; DOB 28 Jul 1963; POB Perm, Russia; nationality Sweden; alt. nationality Russia; Gender Male; Passport 85338519 (Sweden) expires 30 Oct 2017 (individual) [RUSSIA-EO14024].

SKVORTSOV, Sergey (a.k.a. SKVORTSOV, Sergei Nikolaevich), Nacka, Sweden; DOB 28 Jul 1963; POB Perm, Russia; nationality Sweden; alt. nationality Russia; Gender Male; Passport 85338519 (Sweden) expires 30 Oct 2017 (individual) [RUSSIA-EO14024].

SKY AVIATOR CO. (a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. SKY AVIATOR COMPANY LTD.; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY AVIATOR CO., LTD. (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. SKY AVIATOR COMPANY LTD.; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY AVIATOR COMPANY LIMITED (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LTD.; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY AVIATOR COMPANY LTD. (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. "SKY AVIATOR"), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

SKY BLUE AIRLINES (a.k.a. SKY BLUE BIRD AVIATION; a.k.a. SKY BLUE BIRD FZE), P.O. Box 16111, Ras al Khaimah Trade Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

SKY BLUE BIRD AVIATION (a.k.a. SKY BLUE AIRLINES; a.k.a. SKY BLUE BIRD FZE), P.O. Box 16111, Ras al Khaimah Trade Zone, United Arab Emirates; Additional Sanctions Information

- Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

SKY BLUE BIRD FZE (a.k.a. SKY BLUE AIRLINES; a.k.a. SKY BLUE BIRD AVIATION), P.O. Box 16111, Ras al Khaimah Trade Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

SKY NOVA INVESTMENT (a.k.a. "TAS-TY ADDU"), Vanilla ge, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2022; Business Number BN44802022 (Maldives); Registration Number SP-2913/2022 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

SKY ONE CONSTRUCTION COMPANY LIMITED, Corner of Aung Chan Thar 2nd Street & Pearl Street No. 42, 1st Quarter, Kamaryut TSP, Yangon, Burma; Registration Number 111725152 (Burma) issued 09 Apr 2013 [BURMA-EO14024].

SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY (a.k.a. ASEMAN PISHRANEH CO. LTD; a.k.a. ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY; a.k.a. SKY PROPULSION ENGINEERING SERVICES COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SKY PROPULSION ENGINEERING SERVICES COMPANY (a.k.a. ASEMAN PISHRANEH CO. LTD; a.k.a. ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY; a.k.a. SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number

149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

SKY ROYAL HERO COMPANY LIMITED (a.k.a. SKY ROYAL HERO LTD; a.k.a. "SKY ROYAL HERO"), No. LB-B2-14A, B, Sagawah Street, Malikha Housing, 14/Bawamyint Quarter, Thingangyun Township, Yangon, Burma; Organization Established Date 28 Nov 2019; Organization Type: Non-specialized wholesale trade; Business Registration Number 123614291 (Burma) [BURMA-EO14014].

SKY ROYAL HERO LTD (a.k.a. SKY ROYAL HERO COMPANY LIMITED; a.k.a. "SKY ROYAL HERO"), No. LB-B2-14A, B, Sagawah Street, Malikha Housing, 14/Bawamyint Quarter, Thingangyun Township, Yangon, Burma; Organization Established Date 28 Nov 2019; Organization Type: Non-specialized wholesale trade; Business Registration Number 123614291 (Burma) [BURMA-EO14014].

SKY TRADE COMPANY, Logan Town, Opposite Rice Store, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: QANSU, Ali Muhammad).

SKY ZONE TRADING FZE (Arabic: سكاي زون تريدينغ م م ح) (a.k.a. SKYZONE TRADING FZE), P2-ELOB Office No. E-32G-07, Hamriyah Free Zone Authority, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Sep 2020; Commercial Registry Number 11582940 (United Arab Emirates); License 18840 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SKYLINE ADVANCED TECNOLOGIES SDN BHD, Suite 18.08, 18th Floor, Plaza Permata, 6 Jalan Kampar, Kuala Lumpur 50400, Malaysia; Website https://satech.com.my/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2021; Registration Number 202101041127 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

SKYLINE AVIATION LTD (a.k.a. SKYLINE AVIATION SRL; a.k.a. SRL SKYLINE AVIATION), Via Consiglio dei Sessanta, 99, Dogana, 47891, San Marino; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2016; Organization Type: Passenger air transport; Tax

ID No. 26806 (San Marino) [UKRAINE-EO13685].

SKYLINE AVIATION SRL (a.k.a. SKYLINE AVIATION LTD; a.k.a. SRL SKYLINE AVIATION), Via Consiglio dei Sessanta, 99, Dogana, 47891, San Marino; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2016; Organization Type: Passenger air transport; Tax ID No. 26806 (San Marino) [UKRAINE-EO13685].

SKYPARTS FZCO, Dubai Airport Free Zone Authority 9WA 111, Dubai, United Arab Emirates; License 5218 (United Arab Emirates); Economic Register Number (CBLS) 11915852 (United Arab Emirates) [RUSSIA-EO14024].

SKYZONE TRADING FZE (a.k.a. SKY ZONE TRADING FZE (Arabic: سكاي زون تريدينغ م م ح)), P2-ELOB Office No. E-32G-07, Hamriyah Free Zone Authority, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Sep 2020; Commercial Registry Number 11582940 (United Arab Emirates); License 18840 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SLAIWAH, Rudi (a.k.a. SALIWA, Rudi; a.k.a. SLAY WAH, Rudi Untaywan; a.k.a. SLEWA, Roodi); nationality Iraq (individual) [IRAQ2].

SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); д. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion,

Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAVKALI IOOO (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALIY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAVKALIY (Cyrillic: СЛАВКАЛИЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAVKALI FLLC (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

SLAY WAH, Rudi Untaywan (a.k.a. SALIWA, Rudi; a.k.a. SLAIWAH, Rudi; a.k.a. SLEWA, Roodi); nationality Iraq (individual) [IRAQ2].

SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS (a.k.a. BELARUSIAN INVESTIGATIVE COMMITTEE; a.k.a. INVESTIGATIVE COMMITTEE OF BELARUS; a.k.a. INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ)), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

SLEWA, Roodi (a.k.a. SALIWA, Rudi; a.k.a. SLAIWAH, Rudi; a.k.a. SLAY WAH, Rudi Untaywan); nationality Iraq (individual) [IRAQ2].

SLIVNIK, Uros, Malci Beliceve 36, Ljubljana, Slovenia; DOB 05 May 1979; Passport P01095514 (Slovenia) (individual) [SDNTK]

(Linked To: VELINVESTMENT D.O.O.; Linked To: SAGAX INVESTMENT GROUP LTD.).

SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч) (a.k.a. SLIZHEVSKI, Oleg Leonidovich; a.k.a. SLIZHEVSKIY, Oleg; a.k.a. SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович)), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLIZHEVSKI, Oleg Leonidovich (a.k.a. SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч); a.k.a. SLIZHEVSKIY, Oleg; a.k.a. SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович)), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLIZHEVSKIY, Oleg (a.k.a. SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч); a.k.a. SLIZHEVSKI, Oleg Leonidovich; a.k.a. SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович)), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLIZHEVSKY, Oleg Leonidovich (Cyrillic: СЛИЖЕВСКИЙ, Олег Леонидович) (a.k.a. SLIZHEUSKI, Aleh Leanidavich (Cyrillic: СЛІЖЭЎСКІ, Алег Леанідавіч); a.k.a. SLIZHEVSKI, Oleg Leonidovich; a.k.a. SLIZHEVSKIY, Oleg), Minsk, Belarus; DOB 16 Aug 1972; POB Hrodna, Belarus; nationality Belarus; citizen Belarus; Gender Male; Justice Minister of the Republic of Belarus (individual) [BELARUS].

SLJIVANCANIN, Veselin; DOB 13 Jun 1953; POB Zabljak, Serbia and Montenegro; ICTY indictee at large (individual) [BALKANS].

SLOBODAN, Tezic (a.k.a. TESIC, Slobodan), Serbia; DOB 21 Dec 1958; POB Kiseljak, Bosnia and Herzegovina; nationality Serbia; citizen Serbia; Gender Male; Passport 009511357 (Serbia) expires 27 Oct 2020; alt. Passport 007671811 (Serbia) expires 05 Aug 2019 (individual) [GLOMAG].

SLOBODSKOY, Dmitriy Alekseyevich, Russia; DOB 28 Jul 1988; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201; Passport 721007353 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SLOBODSKOY, Kirill Alekseyevich, Moscow, Russia; DOB 26 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 721025114 (Russia); National ID No. 4508818947 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

SLUTSKI, Leonid Eduardovich (a.k.a. SLUTSKIY, Leonid Eduardovich; a.k.a. SLUTSKY, Leonid Eduardovich (Cyrillic: СЛУЦКИЙ, Леонид Эдуардович)), Russia; DOB 04 Jan 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SLUTSKIY, Leonid Eduardovich (a.k.a. SLUTSKI, Leonid Eduardovich; a.k.a. SLUTSKY, Leonid Eduardovich (Cyrillic: СЛУЦКИЙ, Леонид Эдуардович)), Russia; DOB 04 Jan 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SLUTSKY, Leonid Eduardovich (Cyrillic: СЛУЦКИЙ, Леонид Эдуардович) (a.k.a. SLUTSKI, Leonid Eduardovich; a.k.a. SLUTSKIY, Leonid Eduardovich), Russia; DOB 04 Jan 1968; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

SLUZHBA VNESHNEY RAZVEDKI ROSSISKOI FEDERATSII (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. SVR ROSSII FKU; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [RUSSIA-EO14024].

SLUZHBA VNESHNEY RAZVEDKI SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SVR ROSSII FKU; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [RUSSIA-EO14024].

SLYUSAR, Yuri Borisovich (a.k.a. SLYUSAR, Yurii Borisovich; a.k.a. SLYUSAR, Yury Borisovich (Cyrillic: СЛЮСАРЬ, Юрий Борисович)), Moscow, Russia; DOB 20 Jul 1974; POB Rostov-on-Don, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SLYUSAR, Yurii Borisovich (a.k.a. SLYUSAR, Yuri Borisovich; a.k.a. SLYUSAR, Yury Borisovich (Cyrillic: СЛЮСАРЬ, Юрий Борисович)), Moscow, Russia; DOB 20 Jul 1974; POB Rostov-on-Don, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SLYUSAR, Yury Borisovich (Cyrillic: СЛЮСАРЬ, Юрий Борисович) (a.k.a. SLYUSAR, Yuri Borisovich; a.k.a. SLYUSAR, Yurii Borisovich), Moscow, Russia; DOB 20 Jul 1974; POB Rostov-on-Don, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SMALL INNOVATION ENTERPRISE ISON BALLISTICS SERVICE (a.k.a. SIE ISON BALLISTICS SERVICE), ul. Rodnikovaya, d. 4, k. 6, kv. 14, Moscow 119297, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9710003002 (Russia); Registration Number 1157746952351 (Russia) [RUSSIA-EO14024].

SMART BATTERIES (a.k.a. "OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SMART BETTERIZ"), Proezd Zavoda Serp I Molot D. 3, Korp. 2, Et. 10, Kom. 1, Moscow 111250, Russia; Sh. Khoroshevskoe D. 32A, ET 4, POM.VIA, OF 415/2, Moscow 125284, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 7714450590 (Russia); Registration Number 1197746509234 (Russia) [RUSSIA-EO14024].

SMART DC LIPETSK LIMITED LIABILITY COMPANY, Ter. Oez Ppt Lipetsk Str. 4a, Office 213, Pomeshch. 16, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014291 (Russia); Registration Number 1224800000105 (Russia) [RUSSIA-EO14024].

SMART DEPOT (a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

SMART GREEN POWER (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut,

Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

SMART IMPORT EXPORT FOREIGN TRADE LIMITED COMPANY (a.k.a. SMART ITHALAT IHRACAT DIS TICARET LIMITED SIRKETI), Istanbul, Turkey; Registration Number 85600-5 (Turkey) [SDGT] (Linked To: TASH, Ismael).

SMART ITHALAT IHRACAT DIS TICARET LIMITED SIRKETI (a.k.a. SMART IMPORT EXPORT FOREIGN TRADE LIMITED COMPANY), Istanbul, Turkey; Registration Number 85600-5 (Turkey) [SDGT] (Linked To: TASH, Ismael).

SMART LINES TRADING FZC (a.k.a. OOO SMARTLOGISTER; a.k.a. SMARTLOGISTER), pr-t Vernadskogo, d. 29, Business Center Leto, office 804A, Moscow, Russia; ul. Vvedenskogo, d. 23A, str. 3, et. 6, pom. XX, kom. 62, of. 1I, Moscow 117342, Russia; ul. Krupskoi 19/17, a/ya 108, Moscow 119331, Russia; Venture Zone Business Center, office no. 1703, Dubai, United Arab Emirates; PO Box 1828, Sohar Free Zone, Sohar, North Al Batinah Governate 130, Oman; Tax ID No. 7728356076 (Russia); License L2032319 (Oman); alt. License L2125557 (Oman); Registration Number 5167746459084 (Russia); alt. Registration Number 1466126 (Oman) [RUSSIA-EO14024].

SMART LOGISTICS F.S.S.A.L (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT),

Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART LOGISTICS OFFSHORE (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First

Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

SMART PEGASUS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street,

Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

SMART TECHNO GROUP DIS TICARET VE LOJISTIK LIMITED SIRKETI, Iskender Pasa Mah. Simitci Sakir Sk. Ana Palas, Istanbul, Turkey; Registration Number 370525-5 (Turkey) [RUSSIA-EO14024].

SMART TRADING TRANSPORTATION INDUSTRY AND TRADE LIMITED COMPANY (Latin: SMART TRADING TAŞIMACILIK SANAYI VE TICARET LIMITED ŞIRKETI), Esentepe Mah, 1 Harman St., Duran Business Center, Building 4, Door 8, Sisli, Istanbul, Turkey; Registration Number 369095-5 (Turkey) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

SMART TURBO TECHNOLOGY LTD (a.k.a. OOO SMARTTURBOTEKH; a.k.a. SMART TURBO TEKHNOLODZHI; a.k.a. SMARTTURBOTECH LTD), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

SMART TURBO TEKHNOLODZHI (a.k.a. OOO SMARTTURBOTEKH; a.k.a. SMART TURBO TECHNOLOGY LTD; a.k.a. SMARTTURBOTECH LTD), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

SMARTLOGISTER (a.k.a. OOO SMARTLOGISTER; a.k.a. SMART LINES TRADING FZC), pr-t Vernadskogo, d. 29, Business Center Leto, office 804A, Moscow,

Russia; ul. Vvedenskogo, d. 23A, str. 3, et. 6, pom. XX, kom. 62, of. 1I, Moscow 117342, Russia; ul. Krupskoi 19/17, a/ya 108, Moscow 119331, Russia; Venture Zone Business Center, office no. 1703, Dubai, United Arab Emirates; PO Box 1828, Sohar Free Zone, Sohar, North Al Batinah Governate 130, Oman; Tax ID No. 7728356076 (Russia); License L2032319 (Oman); alt. License L2125557 (Oman); Registration Number 5167746459084 (Russia); alt. Registration Number 1466126 (Oman) [RUSSIA-EO14024].

SMARTTURBOTECH LTD (a.k.a. OOO SMARTTURBOTEKH; a.k.a. SMART TURBO TECHNOLOGY LTD; a.k.a. SMART TURBO TEKHNOLODZHI), ul. Kazanskaya, D. 1/25, lit. A, office 31-33, Saint Petersburg 191186, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722492033 (Russia); Registration Number 1207700352100 (Russia) [RUSSIA-EO14024].

SMC TECHNOLOGICAL CENTRE (a.k.a. FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER; a.k.a. NPK TECHNOLOGICAL CENTER; a.k.a. SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

SME VENTURE LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. VENCHURNY FOND MSB OOO), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

SMILE BITCARD (a.k.a. QUARTIERLATINAPARTMENTS; a.k.a. SMILE PROPERTY & TRAVEL LTD; a.k.a. SMILE PROPERTY AND TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

SMILE PAYMENTS (a.k.a. SMILE TECHNOLOGIES S.A.; a.k.a. SMILE WALLET LIMITED; a.k.a. SMILE WALLET LTD), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website www.smiletechnologies.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILE PROPERTY & TRAVEL LTD (a.k.a. QUARTIERLATINAPARTMENTS; a.k.a. SMILE BITCARD; a.k.a. SMILE PROPERTY AND TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

SMILE PROPERTY & TRAVEL LTD. (a.k.a. SMILE PROPERTY AND TRAVEL LTD.), San Antonio, TX, United States; Tax ID No. 32066912794 (United States) [SDNTK].

SMILE PROPERTY AND TRAVEL LTD (a.k.a. QUARTIERLATINAPARTMENTS; a.k.a. SMILE BITCARD; a.k.a. SMILE PROPERTY & TRAVEL LTD), Flat 1 73a White Lion Street, Islington, London N1 9PF, United Kingdom; 72 High Street Haslemere, Surrey GU27 2LA, United Kingdom; Website quartierlatinapartments.com; alt. Website smilebitcard.com; Company Number 08220547 (United Kingdom) [SDNTK].

SMILE PROPERTY AND TRAVEL LTD. (a.k.a. SMILE PROPERTY & TRAVEL LTD.), San Antonio, TX, United States; Tax ID No. 32066912794 (United States) [SDNTK].

SMILE TECHNOLOGIES CANADA LIMITED (a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website

www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILE TECHNOLOGIES CANADA LTD (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILE TECHNOLOGIES S.A. (a.k.a. SMILE PAYMENTS; a.k.a. SMILE WALLET LIMITED; a.k.a. SMILE WALLET LTD), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website smilepayments.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILE TECHNOLOGIES S.A. LLC, San Antonio, TX, United States; Tax ID No. 32066912711 (United States) [SDNTK].

SMILE WALLET (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILE WALLET LIMITED (a.k.a. SMILE PAYMENTS; a.k.a. SMILE TECHNOLOGIES S.A.; a.k.a. SMILE WALLET LTD), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website smilepayments.com.ar; alt. Website smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILE WALLET LTD (A.k.a. SMILE PAYMENTS; a.k.a. SMILE TECHNOLOGIES S.A.; a.k.a. SMILE WALLET LIMITED), Avenida Chivilcoy 3157, piso 2, departamento D, Buenos Aires, Argentina; Website www.smiletechnologies.com.ar; alt. Website

smilepayments.com; C.U.I.T. 30715339176 (Argentina) [SDNTK].

SMILEPAYMENTS, LLC, Wilmington, DE, United States; File Number 5736292 (United States) [SDNTK].

SMILETRAVELS (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILEWALLET; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILEWALLET (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SWEET APARTMENTS), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SMILEWALLET S.A.S., CR 15 # 146 29 Casa 1, Bogota, D.C., Colombia; NIT # 9011450176 (Colombia) [SDNTK].

SMILEWALLET, LLC, San Antonio, TX, United States; Tax ID No. 32065536529 (United States) [SDNTK].

SMIRNOV, Dmitriy Konstantinovich, Moscow, Russia; DOB 10 Nov 1987; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

SMIRNOV, Maksim Yuryevich (a.k.a. SMIRNOV, Maxim Yuryevich (Cyrillic: СМИРНОВ, Максим Юрьевич)), 19-8 Lomonosovskiy Prospect, Moscow 119311, Russia; DOB 04 Oct 1965; nationality Russia; Gender Male; Passport 761664720 (Russia) expires 01 Oct 2029; Tax ID No. 772804227305 (Russia) (individual) [RUSSIA-EO14024].

SMIRNOV, Maxim Yuryevich (Cyrillic: СМИРНОВ, Максим Юрьевич) (a.k.a. SMIRNOV, Maksim Yuryevich), 19-8 Lomonosovskiy Prospect, Moscow 119311,

Russia; DOB 04 Oct 1965; nationality Russia; Gender Male; Passport 761664720 (Russia) expires 01 Oct 2029; Tax ID No. 772804227305 (Russia) (individual) [RUSSIA-EO14024].

SMIRNOV, Viktor Vladimirovich (Cyrillic: СМИРНОВ, Виктор Владимирович), Russia; DOB 09 Sep 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SMIRNOVA, Evgeniya Sergeevna (a.k.a. DYATKOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Eugenia; a.k.a. TYURIKOVA, Evgenia; a.k.a. TYURIKOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Yevgenia (Cyrillic: ТЮРИКОВА, Евгения)), Bolshaya Serpuhovskaya Street, Moscow 115093, Russia; Hungary; DOB 25 Sep 1975; POB Sevastopol, Ukraine; nationality Russia; Gender Female; Passport 762948132 (Russia) expires 01 Apr 2030; alt. Passport 752900261 (Russia) issued 04 Mar 2016 expires 04 Mar 2026 (individual) [RUSSIA-EO14024].

SMIRNOVA, Natalia (a.k.a. SMIRNOVA, Natalya Ivanova (Cyrillic: СМИРНОВА, Наталия Ивановна)), Russia; DOB 15 Jun 1972; POB Russia; nationality Russia; Gender Female; Diplomatic Passport 211102490 (Russia) (individual) [RUSSIA-EO14024].

SMIRNOVA, Natalya Ivanova (Cyrillic: СМИРНОВА, Наталия Ивановна) (a.k.a. SMIRNOVA, Natalia), Russia; DOB 15 Jun 1972; POB Russia; nationality Russia; Gender Female; Diplomatic Passport 211102490 (Russia) (individual) [RUSSIA-EO14024].

SMOLENSK AIRCRAFT PLANT JSC (a.k.a. JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT; a.k.a. JSC SMOLENSK AVIATION PLANT; a.k.a. "AO SMAZ"), Ul. Frunze D. 74, Smolensk 214006, Russia; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SMOLIN, Anatoli Anatolevich (a.k.a. SMOLIN, Anatoliy Anatolyevich (Cyrillic: СМОЛИН, Анатолий Анатольевич); a.k.a. SMOLIN, Anatoly), DOB 29 Aug 1964; nationality Russia; Gender Male; Tax ID No. 773432805690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES).

SMOLIN, Anatoliy Anatolyevich (Cyrillic: СМОЛИН, Анатолий Анатольевич) (a.k.a.

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

SMOLIN, Anatoli Anatolevich; a.k.a. SMOLIN, Anatoly), Russia; DOB 29 Aug 1964; nationality Russia; Gender Male; Tax ID No. 773432805690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES).

SMOLIN, Anatoly (a.k.a. SMOLIN, Anatoli Anatolevich; a.k.a. SMOLIN, Anatoly Anatolyevich (Cyrillic: СМОЛИН, Анатолий Анатольевич)), Russia; DOB 29 Aug 1964; nationality Russia; Gender Male; Tax ID No. 773432805690 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES).

SMOLIN, Oleg Nikolayevich (Cyrillic: СМОЛИН, Олег Николаевич), Russia; DOB 10 Feb 1952; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SMP BANK (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK OPEN JOINT STOCK COMPANY; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

SMP BANK OPEN JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

SMP BANK, AO (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. AO SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK; a.k.a. SMP BANK OPEN JOINT STOCK COMPANY), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

SMT AILOGIK OOO (a.k.a. LIMITED LIABILITY COMPANY SMT-ILOGIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СМТ-АЙЛОГИК)), Ulitsa Mineralnaya, Dom 13, Litera A, Pomeshtenie 15N, Saint Petersburg 195197, Russia; 17 Nepokorennyh Avenue, Building 4, Letter V, Room 5N, Saint Petersburg 195220, Russia; Organization Established Date 27 Nov 2015; Tax ID No. 7804552300 (Russia); Registration Number 1157847407156 (Russia) [RUSSIA-EO14024].

SMT TECNOLOGIA, C.A., Av. Venezuela, Edificio JWM, piso 7, Ofic. 72 (al lado de Banavih), El Rosal, Caracas, Venezuela; RIF # J-40068226-6 (Venezuela) [SDNTK].

SMT-CRIMEA (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SMT-K (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SNH MEISTERSOFT (a.k.a. LIMITED LIABILITY COMPANY BIMEISTER), Mikroraion Barybino, Bulv 60 let SSSR d. 13, Domodedovo 142060, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5009049994 (Russia); Registration Number 1055001518241 (Russia) [RUSSIA-EO14024].

SNIIGGIMS AO (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA; a.k.a. SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY; a.k.a. SNIIGGIMS JSC), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

SNIIGGIMS JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA; a.k.a. SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY; a.k.a. SNIIGGIMS AO), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

SNIKKARS, Pavel Nikolaevich (Cyrillic: СНИККАРС, Павел Николаевич), Moscow, Russia; DOB 24 Dec 1978; POB Chik, Novosibirsk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SNIPER AFRICA (a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg,

South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

SNIPER OUTDOOR CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

SNIPER OUTDOORS CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOOR CC; a.k.a. TRUE MOTIVES 1236 CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

SNITKO, Artem Alexandrovich (a.k.a. "SNITKO, Artem"), Tatarstan, Russia; DOB 25 Aug 1988; nationality Russia; Gender Male; Passport 530658754 (Russia) expires 17 Jun 2024 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

SO, Myong (Korean: 서명), Vladivostok, Russia; DOB 02 Mar 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927320285 (Korea, North); Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [NPWMD].

SOBIANINA, Anna Sergevna (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeeva (Cyrillic: СОБЯНИНА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeyevna; a.k.a. YERSHOVA, Anna Sergeyevna), Moscow,

Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBIANINA, Olga Sergeevna (a.k.a. SOBYANINA, Olga Sergeevna (Cyrillic: СОБЯНИНА, Ольга Сергеевна)), Moscow, Russia; DOB 03 Jun 1997; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBINBANK (a.k.a. JSB SOBINBANK), 15 Korp. 56 D. 4 Etazh ul. Rochdelskaya, Moscow 123022, Russia; 15/56 Rochdelskaya Street, Moscow 123022, Russia; SWIFT/BIC SBBARUMM; Website http://www.sobinbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739051009; Government Gazette Number 09610355 [UKRAINE-EO13661].

SOBOL, Aleksandr Ivanovich (a.k.a. SOBOL, Alexander Ivanovich), Russia; DOB 22 Jul 1969; alt. DOB 1969; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SOBOL, Alexander Ivanovich (a.k.a. SOBOL, Aleksandr Ivanovich), Russia; DOB 22 Jul 1969; alt. DOB 1969; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SOBOLEV, Nikita Aleksandrovich, Malta; DOB 07 Jun 1986; nationality Russia; Gender Male; Passport 550193782 (Russia); National ID No. 238667A (Malta) (individual) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

SOBOLEV, Viktor Ivanovich (Cyrillic: СОБОЛЕВ, Виктор Иванович), Russia; DOB 23 Feb 1950; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOBYANIN, Sergei (a.k.a. SOBYANIN, Sergey Semyonovich (Cyrillic: СОБЯНИН, Сергей Семенович)), Moscow, Russia; DOB 21 Jun 1958; POB Nyaksimvol, Beryozovo District, Tyumen Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SOBYANIN, Sergey Semyonovich (Cyrillic: СОБЯНИН, Сергей Семенович) (a.k.a. SOBYANIN, Sergei), Moscow, Russia; DOB 21 Jun 1958; POB Nyaksimvol, Beryozovo District, Tyumen Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SOBYANINA, Anna Sergeeva (Cyrillic: СОБЯНИНА, Анна Сергеевна) (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a.

SOBIANINA, Anna Sergevna; f.k.a. SOBYANINA, Anna Sergeyevna; a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBYANINA, Anna Sergeyevna (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBIANINA, Anna Sergevna; f.k.a. SOBYANINA, Anna Sergeeva (Cyrillic: СОБЯНИНА, Анна Сергеевна); a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOBYANINA, Olga Sergeevna (Cyrillic: СОБЯНИНА, Ольга Сергеевна) (a.k.a. SOBIANINA, Olga Sergeevna), Moscow, Russia; DOB 03 Jun 1997; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

SOCIAL DESIGN AGENCY (Cyrillic: АГЕНТСВО СОЦИАЛЬНОГО ПРОЕКТИРОВАНИЯ) (a.k.a. AGENTSTVO SOTSIALNOGO PROEKTIROVANIYA; a.k.a. SOCIAL PLANNING AGENCY), Solviny Pr, 18A, Fl 2, Pom I K 9A O 1, Moscow 117593, Russia; Pr-kt novoyasenevskii, d. 32, k. 1, pomeshch 1/1, Moscow 117463, Russia; Bolshoy Kislovsky, per 1, building 2, Moscow, Russia; Bol'shaya Nikiskaya Ulitsa, 12cl, Moscow 125009, Russia; Website sp-agency.ru; Organization Established Date 05 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7728390408 (Russia); Registration Number 5177746289232 (Russia) [RUSSIA-EO14024].

SOCIAL PLANNING AGENCY (a.k.a. AGENTSTVO SOTSIALNOGO PROEKTIROVANIYA; a.k.a. SOCIAL DESIGN AGENCY (Cyrillic: АГЕНТСВО СОЦИАЛЬНОГО ПРОЕКТИРОВАНИЯ)), Solviny Pr, 18A, Fl 2, Pom I K 9A O 1, Moscow 117593, Russia; Pr-kt novoyasenevskii, d. 32, k. 1, pomeshch 1/1, Moscow 117463, Russia; Bolshoy Kislovsky, per 1, building 2, Moscow, Russia; Bol'shaya Nikiskaya Ulitsa, 12cl, Moscow 125009, Russia; Website sp-agency.ru; Organization Established Date 05 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7728390408 (Russia); Registration

Number 5177746289232 (Russia) [RUSSIA-EO14024].

SOCIALIKA RENTAS Y CATERING, S.A. DE C.V. (a.k.a. TERRAZA 9140), Blvd. Lopez Mateos No. 9140, Col. El Palomar, Zapopan, Jalisco C.P. 45238, Mexico; Cancun, Quintana Roo, Mexico; R.F.C. SRC-080222-274 (Mexico) [SDNTK].

SOCIEDAD ESMERALDIFERA DE MARIPI LTDA. (a.k.a. SOESMA LTDA.), Carrera 41 A No. 162 - 09, Bogota, Colombia; NIT # 830076758-1 (Colombia) [SDNTK].

SOCIEDAD SPA PENINSULA, S. DE R.L. DE C.V., Francisco Medina Ascencio No.2485, Zona Hotelera Norte, Puerto Vallarta, Jalisco 48333, Mexico; Guadalajara, Jalisco, Mexico; Organization Established Date 11 May 2007; Organization Type: Hairdressing and other beauty treatment; Folio Mercantil No. 40733 (Mexico) [ILLICIT-DRUGS-EO14059].

SOCIEDAD SUPERDEPORTES LTDA., Carrera 10 No. 93A-29, Bogota, Colombia; NIT # 8009712337 (Colombia) [SDNT].

SOCIETATEA CU RASPUNDERE LIMITATA PROGLOBAL WORK (a.k.a. OKAF TRADING SOCIETATEA CU RASPUNDERE LIMITATA; a.k.a. SRL OKAF TRADING), str. Mihai Eminescu, 35, Chisinau MD2012, Moldova; Organization Established Date 17 Dec 2015; Registration Number 1015600042010 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

SOCIETATEA CU RASPUNDERE LIMITATA PROJECT INVEST COMPANY, Str. Eminescu Mihai, 35, Chisinau 2000, Moldova; Organization Established Date 01 Jan 2017; Registration Number 1017600005284 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

SOCIETE ELLISSA GROUP CONGO (a.k.a. ELLISSA GROUP CONGO; a.k.a. ELLISSA GROUP SA CONGO; a.k.a. ELLISSA PARC CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

SOCIETE GENERAL DES PAINS SPRL (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERALE DE PAIN; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852 [SDGT] (Linked To: ASSI, Saleh).

SOCIETE GENERALE DE PAIN (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DES PAINS), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852 [SDGT] (Linked To: ASSI, Saleh).

SOCIETE GENERALE DES PAINS (a.k.a. PAIN VICTOIRE; a.k.a. PAINS VICTOIRE; a.k.a. PAN VICTOIRE; a.k.a. SOCIETE GENERAL DES PAINS SPRL; a.k.a. SOCIETE GENERALE DE PAIN), 22 Avenue Konda, Kinshasa, Congo, Democratic Republic of the; D-U-N-S Number 558023852 [SDGT] (Linked To: ASSI, Saleh).

SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE (a.k.a. ADMINISTRATION FOR THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR

PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

SOCIETY OF ISLAMIC COOPERATION (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN TA'AWUN AL-ISLAMIA; a.k.a. JIT), Qandahar City, Afghanistan [SDGT].
SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).
SOCORRO POPULAR DEL PERU (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

SODIAM, Oumar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].
SODRUZHESTVO OFITSEROV ZA MEZHDUNARODNUYU BEZOPASNOST (a.k.a. OFFICER'S UNION FOR INTERNATIONAL SECURITY; a.k.a. "OUIS"), Ul. Cherkizovskaya B, D. 24A, Str. 1, Floor 8, Office #815, Moscow 107553, Russia; Organization Established Date 03 Feb 2021; Organization Type: Private security activities; alt. Organization Type: Real estate activities with own or leased property; Target Type Private Company; Tax ID No. 9718168599 (Russia); Registration Number 1217700038710 (Russia) [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').
SOE, Aung, Naypyitaw, Burma; DOB 03 Dec 1963; POB Pa Thein Town, Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].
SOE, Khin Maung, Burma; DOB 1972; Gender Male (individual) [GLOMAG].
SOE, Maung Maung, Burma; DOB Mar 1964; nationality Burma; Gender Male; National ID No. Tatmadaw Kyee 19571 (Burma) (individual) [GLOMAG].
SOE, Thein (a.k.a. SOE, U Thein), Burma; DOB 23 Jan 1952; POB Kani, Burma; nationality Burma; citizen Burma; Gender Male; Union Election Commission Chairman (individual) [BURMA-EO14014].
SOE, U Thein (a.k.a. SOE, Thein), Burma; DOB 23 Jan 1952; POB Kani, Burma; nationality Burma; citizen Burma; Gender Male; Union Election Commission Chairman (individual) [BURMA-EO14014].
SOE, Win Min, 201, Tetkatho Yeikmon Condo-C, New University Avenue, Bahan Township, Yangon 11201, Burma; 45 Zayathukha Road, 54-Thuwunna Thingangyun Township, Yangon, Burma; DOB 26 Mar 1969; POB Mandalay, Burma; nationality Burma; Gender Female; Passport MD222228 (Burma) issued 15 May 2018 expires 14 May 2023; National ID No. 9/MANAMAN031190 (Burma) (individual)

[BURMA-EO14014] (Linked To: LATT, Tun Min).

SOESMA LTDA. (a.k.a. SOCIEDAD ESMERALDIFERA DE MARIPI LTDA.), Carrera 41 A No. 162 - 09, Bogota, Colombia; NIT # 830076758-1 (Colombia) [SDNTK].

SOHA INFO DOO NOVI BANOVCI, Pionirska 3, Novi Banovci 22304, Serbia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 113105844 (Serbia); Registration Number 21802808 (Serbia) [RUSSIA-EO14024].

SOHO DEVELOPERS, INC., Panama; RUC # 2046910-1-747341 (Panama) [SDNTK].

SOHRA LLC (a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

SOIN, Dmitriy Yurevich (Cyrillic: СОИН, Дмитрий Юрьевич) (a.k.a. SOIN, Dmitry Yuryevich; a.k.a. SOYIN, Dmitriy Yuryevich), Moscow, Russia; DOB 07 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For

Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: EUROPEAN INSTITUTE JUSTO).

SOIN, Dmitry Yuryevich (a.k.a. SOIN, Dmitriy Yurevich (Cyrillic: СОИН, Дмитрий Юрьевич); a.k.a. SOYIN, Dmitriy Yuryevich), Moscow, Russia; DOB 07 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: EUROPEAN INSTITUTE JUSTO).

SOKOK MONEY TRANSFER COMPANY (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SOKOL AIRCRAFT PLANT (a.k.a. NAZ SOKOL; a.k.a. NIZHNIY NOVGOROD AVIATION PLANT SOKOL; a.k.a. NIZHNIY NOVGOROD SOKOL AIRCRAFT MANUFACTURING PLANT; a.k.a. PJSC NAZ SOKOL (Cyrillic: ПАО НАЗ СОКОЛ)), 1 Chaadaev St., Nizhny Novgorod 603035, Russia; Tax ID No. 5259008341 (Russia) [RUSSIA-EO14024].

SOKOL DESIGN BUREAU (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

SOKOL, Sergey Mikhaylovich (Cyrillic: СОКОЛ, Сергей Михайлович), Russia; DOB 17 Dec 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOKOLOV, Aleksandr Valentinovich (Cyrillic: СОКОЛОВ, Александр Валентинович) (a.k.a. SOKOLOV, Alexander Valentinovich), Kirov Region, Russia; DOB 04 Aug 1970; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

SOKOLOV, Alexander Valentinovich (a.k.a. SOKOLOV, Aleksandr Valentinovich (Cyrillic: СОКОЛОВ, Александр Валентинович)), Kirov Region, Russia; DOB 04 Aug 1970; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

SOKOLOV, Konstantin (a.k.a. KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. KUDRYAVTSEV, Konstantin Borisovich; a.k.a. SOKOLOV, Konstantin Yevgenievich), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SOKOLOV, Konstantin Yevgenievich (a.k.a. KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. KUDRYAVTSEV, Konstantin Borisovich; a.k.a. SOKOLOV, Konstantin), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SOKTAR (a.k.a. JARACO S.A.; a.k.a. TRADACO S.A.), 45 Route de Frontenex, Geneva CH-1207, Switzerland [IRAQ2].

SOLAIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SOLANO CHAVES, Julio Rodolfo, Bogota, Colombia; DOB 17 Jan 1959; POB Pauna, Boyaca, Colombia; citizen Colombia; Gender

Male; Cedula No. 19336948 (Colombia) (individual) [SDNTK].

SOLDATOV, Maksim Valerevich (Cyrillic: СОЛДАТОВ, Максим Валерьевич) (a.k.a. SOLDATOV, Maksim Valeriovych (Cyrillic: СОЛДАТОВ, Максим Валерійович)), 2 Moscovskaya St., Apartment 12, Makeevka, Donetsk Region, Ukraine; DOB 26 Jan 1983; nationality Ukraine; Gender Male; Tax ID No. 3034102451 (Ukraine); alt. Tax ID No. 931100211650 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE UNITARY ENTERPRISE OF THE DONETSK PEOPLE'S REPUBLIC REPUBLICAN CENTER TRADING HOUSE VTORMET).

SOLDATOV, Maksim Valeriovych (Cyrillic: СОЛДАТОВ, Максим Валерійович) (a.k.a. SOLDATOV, Maksim Valerevich (Cyrillic: СОЛДАТОВ, Максим Валерьевич)), 2 Moscovskaya St., Apartment 12, Makeevka, Donetsk Region, Ukraine; DOB 26 Jan 1983; nationality Ukraine; Gender Male; Tax ID No. 3034102451 (Ukraine); alt. Tax ID No. 931100211650 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE UNITARY ENTERPRISE OF THE DONETSK PEOPLE'S REPUBLIC REPUBLICAN CENTER TRADING HOUSE VTORMET).

SOLDIERS OF AL-AQSA (a.k.a. JUND AL-AQSA; a.k.a. SARAYAT AL-QUDS; a.k.a. THE SOLDIERS OF AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria [SDGT].

SOLDIERS OF GOD (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDULLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

SOLDIERS OF THE CALIPHATE IN ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

SOLDIERS OF THE CALIPHATE IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

SOLDIERS OF THE CALIPHATE IN TUNISIA (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

SOLDIERS OF THE SHARIA (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

SOLEIMANI, Ayoub, Iran; POB Kamaraj, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5479886967 (Iran) (individual) [IRAN-HR]

(Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SOLEIMANI, Gholam Reza (a.k.a. SOLEIMANI, Gholamreza (Arabic: غلامرضا سليماني) (a.k.a. SOLEIMANY, Gholamreza; a.k.a. SOLEYMANI, Gholam Reza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEIMANI, Gholamreza (Arabic: غلامرضا سليماني) (a.k.a. SOLEIMANI, Gholam Reza; a.k.a. SOLEIMANY, Gholamreza; a.k.a. SOLEYMANI, Gholam Reza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SOLEIMANI, Sohrab (a.k.a. SOLEYMANI, Sohrab (Arabic: سهراب سليماني)), Iran; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Supervisor of the Office of the Deputy for Security and Law Enforcement of the State Prisons Organization; former Director General of the Tehran Prisons Organization (individual) [IRAN-HR].

SOLEIMANI, Vahid, Iran; DOB 06 Sep 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR].

SOLEYMANI, Gholamreza (a.k.a. SOLEIMANI, Gholam Reza; a.k.a. SOLEIMANI, Gholamreza (Arabic: غلامرضا سليماني); a.k.a. SOLEYMANI, Gholam Reza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI,

Qasem; a.k.a. SOLEIMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SOLEYMANI, Ghasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SOLEYMANI, Gholam Reza (a.k.a. SOLEIMANI, Gholam Reza; a.k.a. SOLEIMANI, Gholamreza (Arabic: سليمانى غلامرضا); a.k.a. SOLEYMANY, Gholamreza), Iran; DOB 1964; alt. DOB 1965; POB Farsan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR] [IRAN-EO13876] (Linked To: BASIJ RESISTANCE FORCE).

SOLEYMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SOLEYMANI, Sohrab (Arabic: سليمانى سهراب) (a.k.a. SOLEIMANI, Sohrab), Iran; DOB 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Supervisor of the Office of the Deputy for Security and Law Enforcement of the State Prisons Organization; former Director General of the Tehran Prisons Organization (individual) [IRAN-HR].

SOLID LTD (a.k.a. OOO SOLID), ul Mira 4, Novorossiysk, Krasnodarskiy kray 630024, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

SOLINVEST LTD, Abu Dhabi, United Arab Emirates; Organization Established Date 09 Sep 2022; Target Type Private Company [RUSSIA-EO14024] (Linked To: SOLOZHENTSEVA, Natalia Vladimirovna).

SOLIS AVILES, Angello de Jesus, Calle Camino Los Lagos No. 4070-A, Fraccionamiento Centenario, Culiacan, Sinaloa, Mexico; DOB 23 Oct 1985; POB Escuinapa, Sinaloa, Mexico; alt. POB Culiacan, Sinaloa, Mexico; C.U.R.P. SOAA851023HSLLVN00 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

SOLIS, Rene Carlos (a.k.a. LOPEZ, Antonio Santiago; a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

SOLISE ENERGY FZE (Arabic: انرجى سوليس), SAIF Executive Office P8-08-54, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Oct 2019; alt. Organization Established Date 24 Apr 2019; alt. Organization Established Date 13 Jun 2021; Business Registration Number 20920 (United Arab Emirates); alt. Business Registration Number 22474 (United Arab Emirates); Economic Register Number (CBLS) 11615535 (United Arab Emirates); alt. Economic Register Number (CBLS) 11952021 (United Arab Emirates) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

SOLLERS PUBLIC JOINT STOCK COMPANY (a.k.a. PUBLIC JOINT STOCK COMPANY SOLLERS; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOLLERS), Moscow International Business Centre, Northern Tower, 10, Testovskaya Street, Moscow 123317, Russia; Organization

Established Date 2002; Tax ID No. 3528079131 (Russia); Government Gazette Number 57126933 (Russia); Registration Number 1023501244524 (Russia) [RUSSIA-EO14024].

SOLLERS-FINANCE LIMITED LIABILITY COMPANY (a.k.a. SOLLERS-FINANCE LLC; a.k.a. SOVCOMBANK LEASING LLC), Ul. Vavilova D. 24, Str. 1, Moscow 119334, Russia; Website sovcombank-leasing.ru; Tax ID No. 7709780434 (Russia); Registration Number 1087746253781 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOLLERS-FINANCE LLC (a.k.a. SOLLERS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. SOVCOMBANK LEASING LLC), Ul. Vavilova D. 24, Str. 1, Moscow 119334, Russia; Website sovcombank-leasing.ru; Tax ID No. 7709780434 (Russia); Registration Number 1087746253781 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOLMAR, Atrium Building, Weygand Street, Central District, Beirut, Lebanon [SDNTK].

SOLODOV, Vladimir Viktorovich (Cyrillic: СОЛОДОВ, Владимир Викторович), Kamchatka Territory, Russia; DOB 26 Jul 1982; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

SOLODOVNIKOV, Ivan Alexandrovich (Cyrillic: СОЛОДОВНИКОВ, Иван Александрович), Russia; DOB 09 Apr 1985; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLODUN, Galina Nikolayevna (Cyrillic: СОЛОДУН, Галина Николаевна), Russia; DOB 26 Jan 1968; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLOMATINA, Tatiana Vasilievna (Cyrillic: СОЛОМАТИНА, Татьяна Васильевна), Russia; DOB 21 Apr 1956; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLOVEV, Sergey Anatolevich (Cyrillic: СОЛОВЬЁВ, Сергей Анатольевич), Russia; DOB 01 May 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SOLOVIEV, Yuri (a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYEV, Yury; a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male (individual) [RUSSIA-EO14024].

SOLOVIEV, Yuri Alekseievich (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYEV, Yury; a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male (individual) [RUSSIA-EO14024].

SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич) (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVYEV, Yury; a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male (individual) [RUSSIA-EO14024].

SOLOVIEVA, Galina Olegovna (a.k.a. ULYUTINA, Galina; a.k.a. ULYUTINA, Galina Olegovna), 8-1-60 Philippovskiy, Moscow 119019, Russia; DOB 20 Oct 1977; POB Avdeevka, Ukraine; nationality Russia; alt. nationality Bulgaria; Gender Female; National ID No. 4510519178 (Russia); alt. National ID No. 7710206574 (Bulgaria) (individual) [RUSSIA-EO14024] (Linked To: SOLOVIEV, Yuriy Alekseyevich).

SOLOVYEV, Yury (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYOV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male (individual) [RUSSIA-EO14024].

SOLOVYOV, Yury (a.k.a. SOLOVIEV, Yuri; a.k.a. SOLOVIEV, Yuri Alekseievich; a.k.a. SOLOVIEV, Yuriy Alekseyevich (Cyrillic: СОЛОВЬЕВ, Юрий Алексеевич); a.k.a. SOLOVYEV, Yury), Russia; DOB 13 Apr 1970; POB Ulanbataar, Mongolia; nationality Russia; alt. nationality United Kingdom; Gender Male (individual) [RUSSIA-EO14024].

SOLOZHENTSEVA, Natalia Vladimirovna, United Arab Emirates; DOB 11 Jul 1966; POB Moscow, Russia; nationality Russia; Gender Female; Passport 750670051 (Russia); alt.

Passport K00231120 (Cyprus) (individual) [RUSSIA-EO14024].

SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич) (a.k.a. SOLTAEV, Mansur Mussayevitch; a.k.a. SOLTAJEV, Mansur Mussajevic; a.k.a. SOLTAYEV, Mansur Mussayevich), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTAEV, Mansur Mussayevitch (a.k.a. SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич); a.k.a. SOLTAJEV, Mansur Mussajevic; a.k.a. SOLTAYEV, Mansur Mussayevich), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTAJEV, Mansur Mussajevic (a.k.a. SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич); a.k.a. SOLTAEV, Mansur Mussayevitch; a.k.a. SOLTAYEV, Mansur Mussayevich), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTANI, Mohammad, Mashhad, Iran; DOB 1958; alt. DOB 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Revolutionary Court of Mashhad (individual) [CAATSA - IRAN].

SOLTANMOHAMMADI, Mohammad (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SULTAN MOHMADI, Mohamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport 093104973 (United Kingdom); alt. Passport 093234017 (United Kingdom); alt. Passport 099156908 (United Kingdom); alt. Passport U11283369 (Iran); alt. Passport S2760238Z;

National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: SOLTECH INDUSTRY CO., LTD.).

SOLTAYEV, Mansur Mussayevich (a.k.a. SOLTAEV, Mansur Mussaevich (Cyrillic: СОЛТАЕВ, Мансур Муссаевич); a.k.a. SOLTAEV, Mansur Mussayevitch; a.k.a. SOLTAJEV, Mansur Mussajevic), Chechen Republic, Russia; DOB 13 Jun 1978; POB Saratov, Russia; nationality Russia; Gender Male; Tax ID No. 201480830976 (Russia) (individual) [RUSSIA-EO14024].

SOLTECH INDUSTRIES COMPANY LTD. (a.k.a. SOLTECH INDUSTRY CO., LTD.; a.k.a. SOLTECH INDUSTRY COMPANY, LTD; a.k.a. "SOLTECH"; a.k.a. "SOLTECH INDUSTRIES"; a.k.a. "SOLTECH INDUSTRY CO."; a.k.a. "SOLTECH INDUSTRY COMPANY"), 1A, Fook Ying Building, 379 Kings Road, North Point, Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

SOLTECH INDUSTRY CO., LTD. (a.k.a. SOLTECH INDUSTRIES COMPANY LTD.; a.k.a. SOLTECH INDUSTRY COMPANY, LTD; a.k.a. "SOLTECH"; a.k.a. "SOLTECH INDUSTRIES"; a.k.a. "SOLTECH INDUSTRY CO."; a.k.a. "SOLTECH INDUSTRY COMPANY"), 1A, Fook Ying Building, 379 Kings Road, North Point, Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

SOLTECH INDUSTRY COMPANY, LTD (a.k.a. SOLTECH INDUSTRIES COMPANY LTD.; a.k.a. SOLTECH INDUSTRY CO., LTD.; a.k.a. "SOLTECH"; a.k.a. "SOLTECH INDUSTRIES"; a.k.a. "SOLTECH INDUSTRY CO."; a.k.a. "SOLTECH INDUSTRY COMPANY"), 1A, Fook Ying Building, 379 Kings Road, North Point, Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

SOLUCIONES ELECTRICAS Y MECANICAS HADOM S.R.L. (a.k.a. SEYMEH; a.k.a. SEYMEH S.R.L.), Ave 27 de Febrero #10 entre

Maximo Gomez y, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130819084 (Dominican Republic) [GLOMAG].

SOLUGA SOLUCIONES GASTRONOMICAS SRL (a.k.a. "AL PANINO"), Av. Abraham Lincoln, Plaza Andalucia II, Primera Planta, Local Comercial 49-A y 50-A, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-63920-8 (Dominican Republic) [SDNTK].

SOM OVERSEAS PETROLEUM ENERJI SANAYI VE TICARET ANONIM SIRKETI, N: 12 Istinye Mahallesi, Bostan Sokak, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 807703 (Turkey); Registration Number 806779-0 (Turkey); Central Registration System Number 0773-0337-4440-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SOM PETROL TICARET ANONIM SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul, 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 0130033164 (Turkey); Istanbul Chamber of Comm. No. 429724 (Turkey); Registration Number 429724-0 (Turkey); Central Registration System Number 13003316464809 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SOMAS ENERJI SANAYI VE TICARET ANONIM SIRKETI, Instinye Mah. Bostan Sok. No. 12 Sariyer, Istanbul, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 631434 (Turkey); Registration Number 631434-0 (Turkey); Central Registration System Number 0773-0324-4740-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران ساميک) (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary

Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SOMIC ENGINEERING AND MANAGEMENT COMPANY (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران ساميک); a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران ساميک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

SOMMEN SECRETARIAL SERVICES LIMITED, Louloupis Court, Floor No: 6, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Organization Established Date 24 Sep 2013; Registration Number C325384 (Cyprus) [RUSSIA-EO14024] (Linked To: WINDFEL PROPERTIES LIMITED; Linked To: SAVOLER DEVELOPMENT LIMITED; Linked To: MIRAMONTE INVESTMENTS LIMITED).

SON, Jong Hyok (a.k.a. SON, Min), Egypt; DOB 20 May 1980; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

SON, Min (a.k.a. SON, Jong Hyok), Egypt; DOB 20 May 1980; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

SON, Mun San; DOB 23 Jun 1951; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; External Affairs Bureau Chief, General Bureau of Atomic Energy (individual) [NPWMD].

SONATEC LIMITED LIABILITY COMPANY (a.k.a. SONATEK LLC), Ul. Usievicha D. 20, K. 3, Moscow 125315, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5027153451 (Russia); Registration Number 1095027010242 (Russia) [RUSSIA-EO14024].

SONATEK LLC (a.k.a. SONATEC LIMITED LIABILITY COMPANY), Ul. Usievicha D. 20, K. 3, Moscow 125315, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5027153451 (Russia); Registration Number 1095027010242 (Russia) [RUSSIA-EO14024].

SONE, Aung Pyae (a.k.a. SONE, U Aung Pyae), Burma; DOB 24 Jun 1984; nationality Burma; Gender Male; National ID No. 12/SAKHANA(N)062210 (Burma) (individual) [BURMA-EO14014].

SONE, U Aung Pyae (a.k.a. SONE, Aung Pyae), Burma; DOB 24 Jun 1984; nationality Burma; Gender Male; National ID No. 12/SAKHANA(N)062210 (Burma) (individual) [BURMA-EO14014].

SONEX INVESTMENTS LIMITED (a.k.a. SONEX INVESTMENTS LTD.; a.k.a. SONNEX INVESTMENTS LTD.), P.O. Box 7191, Dubai, United Arab Emirates [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

SONEX INVESTMENTS LTD. (a.k.a. SONEX INVESTMENTS LIMITED; a.k.a. SONNEX INVESTMENTS LTD.), P.O. Box 7191, Dubai, United Arab Emirates [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

SONG, Crystal (a.k.a. SONG, Jing), Guangzhou City, Guangdong Province, China; DOB 03 Aug 1969; POB Mudanjiang, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport E24963042 (China); National ID No. 231004196908031226 (China) (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

SONG, Jing (a.k.a. SONG, Crystal), Guangzhou City, Guangdong Province, China; DOB 03 Aug 1969; POB Mudanjiang, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport E24963042 (China); National ID No. 231004196908031226 (China) (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

SONG, Xueqin (Chinese Simplified: 宋雪琴) (a.k.a. "SONG, Shelly"), No. 35 Group 6, Fengling Village, Yuekou Township, Tianmen City, Hubei Province, China (Chinese Simplified: 丰岭村六组35号, 岳口镇, 天门市, 湖北省, China); DOB 24 Nov 1990; POB Hubei, China; nationality China; citizen China; Gender Female; National ID No. 429006199011245448 (China) (individual) [ILLICIT-DRUGS-EO14059].

SONGALE, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

SONGI TRADING COMPANY, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

SONGWON SHIPPING & MANAGEMENT (a.k.a. SONGWON SHIPPING AND MANAGEMENT), Somun-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990268 [DPRK4].

SONGWON SHIPPING AND MANAGEMENT (a.k.a. SONGWON SHIPPING & MANAGEMENT), Somun-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5990268 [DPRK4].

SONIS CO (a.k.a. LLC SONIS (Cyrillic: ООО СОНИС)), Ul. Polkovnika Militsii Kurochkina D. 19, Pomeshch. 12, 13, Troitsk 108841, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of chemicals and chemical products; Tax ID No. 7705768066 (Russia); Registration Number 1067760630937 (Russia) [RUSSIA-EO14024].

SONNEX INVESTMENTS LTD. (a.k.a. SONEX INVESTMENTS LIMITED; a.k.a. SONEX INVESTMENTS LTD.), P.O. Box 7191, Dubai, United Arab Emirates [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

SOONTHRON, Cheewinprapasri (a.k.a. APHICHART, Cheewinprapasri; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID

Number 5570700010951 (Thailand) (individual) [SDNTK].

SOPHARY, Kim, 135, Street 110, Takhmao, Kandal 0811, Cambodia; DOB 12 Dec 1982; POB Kampong Cham, Cambodia; Gender Female; Passport N00013860 (Cambodia) expires 13 Aug 2024 (individual) [GLOMAG] (Linked To: KIM, Kun).

SOPHYCHEM HK LIMITED, 21F, CMA Building, 64 Connaught Road Central, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 29 Nov 2018; C.R. No. 2771275 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SOPTA, Stanko; DOB 04 Feb 1966; POB Duzice, Bosnia-Herzegovina (individual) [BALKANS].

SORAN COMPANY (a.k.a. SOURAN COMPANY (Arabic: شركة سوران)), Damascus, Syria; Organization Established Date 03 Sep 2018; Organization Type: Other telecommunications activities; alt. Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

SORAQIA FOR MEDIA AND BROADCASTING (a.k.a. SBC TELEVISION; a.k.a. SBC TV; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SORAQIYA FOR MEDIA AND BROADCASTING (a.k.a. SBC TELEVISION; a.k.a. SBC TV; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SURAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SOROKIN, Pavel Yurevich (Cyrillic: СОРОКИН, Павел Юрьевич), Moscow, Russia; DOB 01 Aug 1985; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO. (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SSA; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid

Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

SOROUSH SARZAMIN ASATIR SSA (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SSA SHIP MANAGEMENT CO.), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

SORWAR, Tofayel Mustafa (a.k.a. SAROWAR, Tofael Mostafa; a.k.a. SARWAR, Tofail Mostafa), Bangladesh; DOB 07 Dec 1973; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 19739116242567589 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

SOSA CANISALES, Felipe de Jesus (a.k.a. "EL GIGIO"; a.k.a. "GIO"); DOB 16 Jul 1968; citizen Mexico (individual) [SDNTK].

SOSONNYJ, Aleksej Petrovich (a.k.a. SOSONNYY, Aleksey Petrovich (Cyrillic: СОСОННЫЙ, Алексей Петрович); a.k.a. SOSONNYY, Oleksiy Petrovych (Cyrillic: СОСОННИЙ, Олексій Петрович)), Russia; DOB 05 Nov 1983; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SOSONNYY, Aleksey Petrovich (Cyrillic: СОСОННЫЙ, Алексей Петрович) (a.k.a. SOSONNYJ, Aleksej Petrovich; a.k.a. SOSONNYY, Oleksiy Petrovych (Cyrillic: СОСОННИЙ, Олексій Петрович)), Russia; DOB 05 Nov 1983; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SOSONNYY, Oleksiy Petrovych (Cyrillic: СОСОННИЙ, Олексій Петрович) (a.k.a. SOSONNYJ, Aleksej Petrovich; a.k.a. SOSONNYY, Aleksey Petrovich (Cyrillic: СОСОННЫЙ, Алексей Петрович)), Russia; DOB 05 Nov 1983; Gender Male (individual) [RUSSIA-EO14024] (Linked To:

INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

SOTNIKOV, Oleg Mikhaylovich, Russia; DOB 24 Aug 1972; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 120018866 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

SOTO GASTELUM, Jose Antonio; DOB 24 Mar 1967; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport TJT000291379 (Mexico) (individual) [SDNTK].

SOTO GIL, Yolanda Esthela, Padre Mayorga No. 106, Fraccionamiento Las Californias, Tijuana, Baja California, Mexico; c/o DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V., Av. Rio Nazas 1202, Col. Revolucion, Tijuana, Baja California CP 22400, Mexico; c/o FORPRES, S.C., Tijuana, Baja California, Mexico; DOB 05 Aug 1950; POB Tijuana, Baja California, Mexico; C.U.R.P. SOGY500805MBCTLL15 (Mexico) (individual) [SDNTK].

SOTO PARRA, Miguel Angel (a.k.a. SOTO PARUA, Miguel Angel), Mexico; DOB 13 Sep 1972; POB Puebla, Puebla; nationality Mexico; citizen Mexico; R.F.C. SOPM720913 (Mexico); C.U.R.P. SOPM720913HPLTRG03 (Mexico); Cartilla de Servicio Militar Nacional C26300 (Mexico) (individual) [SDNTK].

SOTO PARUA, Miguel Angel (a.k.a. SOTO PARRA, Miguel Angel), Mexico; DOB 13 Sep 1972; POB Puebla, Puebla; nationality Mexico; citizen Mexico; R.F.C. SOPM720913 (Mexico); C.U.R.P. SOPM720913HPLTRG03 (Mexico); Cartilla de Servicio Militar Nacional C26300 (Mexico) (individual) [SDNTK].

SOTO RODRIGUEZ, Bogar (a.k.a. ESTEVEZ COLMENARES, Ricardo; a.k.a. "LOCO"; a.k.a. "TIO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

SOTOMAYOR GARCIA, Romarico Vidal, Cuba; DOB 04 Nov 1938; POB Bartolome Maso, Granma, Cuba; nationality Cuba; Gender Male (individual) [GLOMAG].

SOTS IRKUT-ZENIT (a.k.a. IRKUT-ZENIT OOO; a.k.a. SPORTIVNO-OZDOROVITELNYI TSENTR IRKUT-ZENIT), ul Aviastroitelei d 4 korp A, Irkutsk 664002, Russia; Tax ID No. 3810034846 (Russia); Registration Number 1043801428065 (Russia) [RUSSIA-EO14024]

(Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

SOULEIMANE, Abou (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

SOULEMAN, Bi Sidi (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOULEMANE, Bi Sidi (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOULEYMANE, Bi Sidi (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOULIMANE, Sidiki Abass (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul

1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

SOURAN COMPANY (Arabic: شرکة سوران) (a.k.a. SORAN COMPANY), Damascus, Syria; Organization Established Date 03 Sep 2018; Organization Type: Other telecommunications activities; alt. Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

SOURCE1HERBS, 3076 Rosegrove Road, Swastika, Ontario P0K 1T0, Canada; 34 Hudson Bay Street, Kirkland Lake, Ontario P2N 2H9, Canada; P.O. Box 3067, Holetown, St. James, Barbados; 14 Satjay Bridgetown Center, Victoria Street, Bridgetown, Barbados; 301 Palm Beach Condominiums, Hastings, Christ Church, Barbados; Website http://www.source1herbs.com; Tax ID No. 180300642 (Canada); alt. Tax ID No. 200363331 (Canada) [SDNTK].

SOURCE1WELLNESS (a.k.a. LEADING EDGE SOURCING CORPORATION), Plaza 2000 Building, 10th Floor, Calle 50, Panama City 0834-1987, Panama; P.O. Box 831, 34 Hudson Bay Avenue, Kirkland Lake, Ontario P2N 1Z3, Canada; Website http://lescpanama.com; alt. Website http://www.sourceonewellness.com; RUC # 22565211782546 (Panama) [SDNTK].

SOUSSOU, Habib (a.k.a. ABIB, Soussou; a.k.a. HABIB, Soussou; a.k.a. SAIDOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

SOUTH ALUMINUM (a.k.a. ALUMINIOM JONUB; a.k.a. SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب); a.k.a. "SALCO"), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب) (a.k.a. ALUMINIOM JONUB; a.k.a. SOUTH ALUMINUM; a.k.a. "SALCO"), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran;

Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

SOUTH ASIAN CHAPTER OF ISIL (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

SOUTH FRONT (a.k.a. SOUTHFRONT; a.k.a. SOUTHFRONT: ANALYSIS & INTELLIGENCE), Russia; Website southfront.org; alt. Website maps.southfront.org; Digital Currency Address - XBT 3Gbs4rjcVUtQd8p3CiFUCxPLZwRqurezRZ; alt. Digital Currency Address - XBT bc1qv7k70u2zynvem59u88ctdlaw7hc735d8xep 9rq; alt. Digital Currency Address - XBT bc1qw4cxpe6sxa5dg6sdwxjph959cw6yztrzl4r54 s; Digital Currency Address - ETH 0x9f4cda013e354b8fc285bf4b9a60460cee7f7e a9; alt. Digital Currency Address - ETH 0x3cbded43efdaf0fc77b9c55f6fc9988fcc9b757d ; Digital Currency Address - XMR 884Bz8UH63aYsjVdkfWfScRYWZGGNbjFL7pzt qvWNSrtYT4reFSwyvkCj9KEGUtheHhhMUj87c iTBFyzoesrMJ4L1FvSoxL; alt. Digital Currency Address - XMR 49HqitRzdnhYjgTEAhgGpCfsjdTeMbUTU6cyR4 JV1R7k2Eej9rGT8JpFiYDa4tZM6RZiFrHmMzg SrhHEqpDYKBe5B2ufNsL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq ; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4l x; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq34 8v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

SOUTH IRAN DARYABAN KISH, Kish, Iran; Additional Sanctions Information - Subject to

Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

SOUTH KAVEH STEEL CO. (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SOUTH KAVEH STEEL COMPANY (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

SOUTH ROUHINA STEEL COMPLEX, South Rouhina Steel Complex, 7th Kilometer of Dezful to Shooshtar, Dezful, Khuzestan, Iran; No. 3 Naader Dead End, East 37th St., Alvand St., Arjantin Sq., Tehran, Iran; Website www.rouhinasteel.com; Additional Sanctions

Information - Subject to Secondary Sanctions [IRAN-EO13871].

SOUTH SHIPPING LINES - IRAN LINE (a.k.a. KASHTIRANI-E JONOUB KHAT-E IRAN), No 119 Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Website www.sslil.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IFCA].

SOUTH WAY SHIPPING AGENCY (a.k.a. HOOPAD DARYA SHIPPING AGENCY COMPANY; a.k.a. HOOPAD DARYA SHIPPING AGENCY SERVICES), No. 101, Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Hoopad Darya Shipping Agency Building, B.I.K. Port Complex, Bandar Imam Khomeini, Iran; Hoopad Darya Shipping Agency Building, Imam Khomeini Blvd, Bandar Abbas, Iran; Flat No. 2, 2nd Floor, SSL Building, Coastal Blvd, Between City Hall and Post Office, Khorramshahr, Iran; Opposite to City Post Office, No. 2 Telecommunications Center, Bandar Assaluyeh, Iran; PO Box 1589673134, Tehran, Iran; Website www.hdsac.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 349706 (Iran) [IRAN].

SOUTH WEALTH RESOURCES COMPANY (a.k.a. MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC; a.k.a. SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH; a.k.a. SOUTH WEALTH RESOURCES LTD.), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SOUTH WEALTH RESOURCES LTD. (a.k.a. MANABEA THARWAT AL-JANOOB GENERAL TRADING COMPANY, LLC; a.k.a. SHIRKAT MANABI' THARAWAT AL-JANUB LILTIJARAH AL-'AMMAH; a.k.a. SOUTH WEALTH RESOURCES COMPANY), Al Jadriya District, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

SOUTHEAST MOVEMENT (a.k.a. SOUTH-EAST MOVEMENT; a.k.a. YUGO-VOSTOK MOVEMENT), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

SOUTH-EAST MOVEMENT (a.k.a. SOUTHEAST MOVEMENT; a.k.a. YUGO-VOSTOK MOVEMENT), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

SOUTHEAST TRADING LTD (a.k.a. SOUTHEAST TRADING OY), Bucharest, Romania; St. Petersburg, Russia; Espoo, Finland; Kannelkatu 8, Lappeenranta 53100, Finland; PL 148, Lappeenranta 53101, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SOUTHEAST TRADING OY (a.k.a. SOUTHEAST TRADING LTD), Bucharest, Romania; St. Petersburg, Russia; Espoo, Finland; Kannelkatu 8, Lappeenranta 53100, Finland; PL 148, Lappeenranta 53101, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SOUTHERN STALLIONS PVT LTD, Gurahaage, Orchid Magu, Feydhoo 19040, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2020; Organization Type: Sports and recreation education; Business Number BN09492020 (Maldives); Registration Number C-0255/2020 (Maldives) [SDGT] (Linked To: AGLEEL, Ahmed).

SOUTHFRONT (a.k.a. SOUTH FRONT; a.k.a. SOUTHFRONT: ANALYSIS & INTELLIGENCE), Russia; Website southfront.org; alt. Website maps.southfront.org; Digital Currency Address - XBT 3Gbs4rjcVUtQd8p3CiFUCxPLZwRqurezRZ; alt. Digital Currency Address - XBT bc1qv7k70u2zynvem59u88ctdlaw7hc735d8xep 9rq; alt. Digital Currency Address - XBT bc1qw4cxpe6sxa5dg6sdwxjph959cw6yztrzl4r54 s; Digital Currency Address - ETH 0x9f4cda013e354b8fc285bf4b9a60460cee7f7e a9; alt. Digital Currency Address - ETH 0x3cbded43efdaf0fc77b9c55f6fc9988fcc9b757d ; Digital Currency Address - XMR 884Bz8UH63aYsjVdkfWfScRYWZGGNbjFL7pzt qvWNSrtYT4reFSwyvkCj9KEGUtheHhhMUj87c iTBFyzoesrMJ4L1FvSoxL; alt. Digital Currency Address - XMR 49HqitRzdnhYjgTEAhgGpCfsjdTeMbUTU6cyR4 JV1R7k2Eej9rGT8JpFiYDa4tZM6RZiFrHmMzg SrhHEqpDYKBe5B2ufNsL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq ; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4l x; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq34 8v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq ; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4l x; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq34 8v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

SOUTHFRONT: ANALYSIS & INTELLIGENCE (a.k.a. SOUTH FRONT; a.k.a. SOUTHFRONT), Russia; Website southfront.org; alt. Website maps.southfront.org; Digital Currency Address - XBT 3Gbs4rjcVUtQd8p3CiFUCxPLZwRqurezRZ; alt. Digital Currency Address - XBT bc1qv7k70u2zynvem59u88ctdlaw7hc735d8xep 9rq; alt. Digital Currency Address - XBT bc1qw4cxpe6sxa5dg6sdwxjph959cw6yztrzl4r54 s; Digital Currency Address - ETH 0x9f4cda013e354b8fc285bf4b9a60460cee7f7e a9; alt. Digital Currency Address - ETH 0x3cbded43efdaf0fc77b9c55f6fc9988fcc9b757d ; Digital Currency Address - XMR 884Bz8UH63aYsjVdkfWfScRYWZGGNbjFL7pzt qvWNSrtYT4reFSwyvkCj9KEGUtheHhhMUj87c iTBFyzoesrMJ4L1FvSoxL; alt. Digital Currency Address - XMR 49HqitRzdnhYjgTEAhgGpCfsjdTeMbUTU6cyR4 JV1R7k2Eej9rGT8JpFiYDa4tZM6RZiFrHmMzg SrhHEqpDYKBe5B2ufNsL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Digital Currency Address - BCH qpf2cphc5dkuclkqur7lhj2yuqq9pk3hmukle77vhq ; alt. Digital Currency Address - BCH qzjv8hrdvz6edu4gkzpnd4w6jc7zf296g5e9kkq4l x; alt. Digital Currency Address - BCH qq3vlashthktqpeppuv7trmw070e3mydgq63zq34 8v [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: FEDERAL SECURITY SERVICE).

SOUTHPORT MANAGEMENT SERVICES LIMITED, De Castro Street 24, Akara Building, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Nicosia, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

SOUTIEN HUMANI'TERRE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE

COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

SOVA NEDVIZHIMOST OOO (Cyrillic: OOO СОВА НЕДВИЖИМОСТЬ) (a.k.a. SOVA REAL ESTATE LLC), Alleya Berezovaya 2, Odintsovo 143085, Russia; Tax ID No. 5032268112 (Russia); Business Registration Number 1135032005734 [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SOVA REAL ESTATE LLC (a.k.a. SOVA NEDVIZHIMOST OOO (Cyrillic: OOO СОВА НЕДВИЖИМОСТЬ)), Alleya Berezovaya 2, Odintsovo 143085, Russia; Tax ID No. 5032268112 (Russia); Business Registration Number 1135032005734 [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

SOVCOM FACTORING (a.k.a. SOVKOM FAKTORING), Ul. Vavilova D. 24, Et/Pom/Kom 6/XIX/13, Moscow 119334, Russia; Website roseurofactoring.ru; Tax ID No. 7736654990 (Russia); Registration Number 1137746071077 (Russia) [RUSSIA-EO14024] (Linked To:

SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK ASSET MANAGEMENT LIMITED LIABILITY COMPANY (a.k.a. SOVCOMBANK ASSET MANAGEMENT LLC; f.k.a. VOSTOCHNY CAPITAL MANAGEMENT COMPANY LLC), Pl. Suvorovskaya D. 1/52, K. 1, Floor 5, Pomeshch. 522-1, Moscow 127473, Russia; Website www.vostochniy-capital.ru; Tax ID No. 7707404272 (Russia); Registration Number 1187746039392 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK ASSET MANAGEMENT LLC (a.k.a. SOVCOMBANK ASSET MANAGEMENT LIMITED LIABILITY COMPANY; f.k.a. VOSTOCHNY CAPITAL MANAGEMENT COMPANY LLC), Pl. Suvorovskaya D. 1/52, K. 1, Floor 5, Pomeshch. 522-1, Moscow 127473, Russia; Website www.vostochniy-capital.ru; Tax ID No. 7707404272 (Russia); Registration Number 1187746039392 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK FACTORING LIMITED LIABILITY COMPANY, Ul. Kozhevnicheskaya D.14, Moscow 115114, Russia; Website factoring.ru; Tax ID No. 7725625041 (Russia); Registration Number 1077764078226 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK INSURANCE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVKOMBANK STRAKHOVANIE; a.k.a. AO SOVKOMBANK STRAKHOVANIE), Pr-Kt Moskovskii D.79a, Lit.A, Saint Petersburg 196084, Russia; Website kfins.ru; Tax ID No. 7812016906 (Russia); Registration Number 1027810229150 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK LEASING LLC (a.k.a. SOLLERS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. SOLLERS-FINANCE LLC), Ul. Vavilova D. 24, Str. 1, Moscow 119334, Russia; Website sovcombank-leasing.ru; Tax ID No. 7709780434 (Russia); Registration Number 1087746253781 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK LIFE JSC (a.k.a. JOINT STOCK COMPANY SOVCOMBANK LIFE; a.k.a. JSC SOVCOMBANK LIFE), Ul. Butyrskaya, D. 76, P. 1, Moscow 127015, Russia; Website

sovcomlife.ru; Tax ID No. 7730058711 (Russia); Registration Number 1027739059754 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK OJSC (a.k.a. SOVCOMBANK OPEN JOINT STOCK COMPANY), 46 Prospect Tekstilshchikov, Kostroma 156000, Russia; SWIFT/BIC SOMRRUM1KST; Website sovcombank.ru; Tax ID No. 4401116480 (Russia) [RUSSIA-EO14024].

SOVCOMBANK OPEN JOINT STOCK COMPANY (a.k.a. SOVCOMBANK OJSC), 46 Prospekt Tekstilshchikov, Kostroma 156000, Russia; SWIFT/BIC SOMRRUM1KST; Website sovcombank.ru; Tax ID No. 4401116480 (Russia) [RUSSIA-EO14024].

SOVCOMBANK SECURITIES LIMITED (f.k.a. KOMANA HOLDINGS LLC), Chapo Central, Flat No: 1, Spyrou Kyprianoy 20, Nicosia 1075, Cyprus; Registration Number C339207 (Cyprus) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMBANK TECHNOLOGIES LIMITED LIABILITY COMPANY, Ul. Vokzalnaya D. 3b, Pomeshch. 49, Kom. 307, Odintsovo 143007, Russia; Tax ID No. 4400001172 (Russia); Registration Number 1214400000760 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMCARD LIMITED LIABILITY COMPANY (a.k.a. SOVCOMCARD LLC; a.k.a. SOVKOMKARD), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 9717049581 (Russia); Registration Number 5167746420265 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVCOMCARD LLC (a.k.a. SOVCOMCARD LIMITED LIABILITY COMPANY; a.k.a. SOVKOMKARD), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 9717049581 (Russia); Registration Number 5167746420265 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVFRACHT JSC (a.k.a. OJSC SOVFRACHT; a.k.a. PJSC 'SOVFRACHT'; a.k.a. SOVFRAKHT), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT MANAGEMENT COMPANY (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY LLC; a.k.a. SOVFRACHT MANAGING COMPANY LLC)), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT MANAGEMENT COMPANY LLC (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGING COMPANY LLC)), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT MANAGING COMPANY LLC (a.k.a. LLC SOVFRACHT MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT-SOVMORTRANS (a.k.a. SOVFRACHT-SOVMORTRANS GROUP; a.k.a. SOVFRAKHT-SOVMORTRANS), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRACHT-SOVMORTRANS GROUP (a.k.a. SOVFRACHT-SOVMORTRANS; a.k.a. SOVFRAKHT-SOVMORTRANS), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRAKHT (a.k.a. OJSC SOVFRACHT; a.k.a. PJSC 'SOVFRACHT'; a.k.a. SOVFRACHT JSC), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVFRAKHT-SOVMORTRANS (a.k.a. SOVFRACHT-SOVMORTRANS; a.k.a. SOVFRACHT-SOVMORTRANS GROUP), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVKOM FAKTORING (a.k.a. SOVCOM FACTORING), Ul. Vavilova D. 24, Et/Pom/Kom 6/XIX/13, Moscow 119334, Russia; Website roseurofactoring.ru; Tax ID No. 7736654990 (Russia); Registration Number 1137746071077 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVKOM LIZING, Ul Vavilova D 24, Moscow 119991, Russia; Tax ID No. 7716228873 (Russia); Registration Number 1037716009011 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVKOMKARD (a.k.a. SOVCOMCARD LIMITED LIABILITY COMPANY; a.k.a. SOVCOMCARD LLC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 9717049581 (Russia); Registration Number 5167746420265 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic:

СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

SOVMORTRANS CJSC (a.k.a. CJSC SOVMORTRANS), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address smt@sovmortrans.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVMORTRANS-CRIMEA (a.k.a. KRYM SMT OOO LLC; a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SOVREMENNYE TEKHNOLOGII (a.k.a. SOVREMENNYE TEKHNOLOGII LIMITED LIABILITY COMPANY; a.k.a. SOVREMENNYE TEKHNOLOGII LLC), 12a Vtoroy Yuzhnoportovy Drive, b. 1/6, Moscow 115432, Russia; Tax ID No. 7708229993 (Russia); Registration Number 1037708040468 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SOVREMENNYE TEKHNOLOGII LIMITED LIABILITY COMPANY (a.k.a. SOVREMENNYE TEKHNOLOGII; a.k.a. SOVREMENNYE TEKHNOLOGII LLC), 12a Vtoroy Yuzhnoportovy Drive, b. 1/6, Moscow 115432, Russia; Tax ID No. 7708229993 (Russia); Registration Number 1037708040468 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SOVREMENNYE TEKHNOLOGII LLC (a.k.a. SOVREMENNYE TEKHNOLOGII; a.k.a. SOVREMENNYE TEKHNOLOGII LIMITED LIABILITY COMPANY), 12a Vtoroy Yuzhnoportovy Drive, b. 1/6, Moscow 115432, Russia; Tax ID No. 7708229993 (Russia); Registration Number 1037708040468 (Russia)

[RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SOVTEST ATE (a.k.a. SOVTEST ATE LTD), Ul. Volodarskogo D. 49 A, Kursk 305000, Russia; Ul. Karla Marksa Zd. 135/6, Kursk 305014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4629047554 (Russia); Registration Number 1024600955521 (Russia) [RUSSIA-EO14024].

SOVTEST ATE LTD (a.k.a. SOVTEST ATE), Ul. Volodarskogo D. 49 A, Kursk 305000, Russia; Ul. Karla Marksa Zd. 135/6, Kursk 305014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4629047554 (Russia); Registration Number 1024600955521 (Russia) [RUSSIA-EO14024].

SOYIN, Dmitriy Yuryevich (a.k.a. SOIN, Dmitriy Yurevich (Cyrillic: СОИН, Дмитрий Юрьевич); a.k.a. SOIN, Dmitry Yuryevich), Moscow, Russia; DOB 07 Aug 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: EUROPEAN INSTITUTE JUSTO).

SOYUZ TURAEVO ENGINEERING DESIGN BUREAU JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO TURAEVSKOE MASHINOSTROITELNOE KONSTRUKTORSKOE BYURO SOYUZ; a.k.a. AO TMKB SOYUZ), Ter. Promzona Turaevo Str 10, Lytkarino 140080, Russia; Organization Established Date 01 Aug 1964; Tax ID No. 5026000759 (Russia); Registration Number 1035004901700 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

SPA ANDROID TECHNICS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АНДРОЙДНАЯ ТЕХНИКА); a.k.a. NPO ANDROIDNAYA TEKHNIKA AO), Ulitsa Graivoronovskaya, Dom 23, Moscow 109518, Russia; Organization Established Date 24 Nov 2009; Tax ID No. 7723738378 (Russia); Registration Number 1097746741894 (Russia) [RUSSIA-EO14024].

SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK; a.k.a. IKI RAN FGBU; a.k.a. "IKI RAS"), UI Profsoyuznaya, D 84/32, Moscow 117997, Russia; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

SPACETY CO. LTD (a.k.a. CHANG SHA TIAN YI KONG JIAN KE JI YAN JIU YUAN YOU XIAN GONG SI (Chinese Simplified: 长沙天仪空间科技研究院有限公司)); a.k.a. CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD), Room 445, 9th Floor, Block B, No. 18 Zhongguancun Street, Beijing, Haidian District, China; Changsha, China; Registration Number 430193000093452 (China); Unified Social Credit Code (USCC) 914301003206989977 (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY TERRA TECH).

SPACETY LUXEMBOURG S.A. (a.k.a. TIAN YI LU SEN BAO GONG SI (Chinese Simplified: 天仪卢森堡公司)), Avenue Des Hauts-Fourneaux 9, Esch-Sur-Alzette 4362, Luxembourg; Organization Established Date 21 Aug 2019; V.A.T. Number LU32227405 (Luxembourg); Registration Number B 236.930 (Luxembourg) [RUSSIA-EO14024] (Linked To: CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD).

SPARROW TRADING FZE (Arabic: سبارو تريدينغ م ح م), P2-Hamriyah Business Centre, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 12 Apr 2020; Business Registration Number 18641 (United Arab Emirates); Economic Register Number (CBLS) 11583211 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

SPARTA BATTALION (Cyrillic: БАТАЛЬОН СПАРТА) (a.k.a. "DPR SPARTA"), Donetsk Region, Ukraine; Organization Established Date 2014 [RUSSIA-EO14024].

SPASOJEVIC, Dragon, Bosnia and Herzegovina; DOB 05 Jul 1965; National ID No. 050 796 318 3954 (individual) [BALKANS].

SPB OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SISTEMY PRAKTICHESKOI BEZOPASNOSTI; a.k.a. "COMPANY PRACTICAL SECURITY SYSTEMS"), Ul. Politekhnicheskaya D. 22, Lit. A, Pomeshch 1-N/298, Saint Petersburg 194021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802869750 (Russia); Registration Number 1147847303867 (Russia) [RUSSIA-EO14024].

SPC KRUG (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA KRUG; a.k.a. NPF KRUG; a.k.a. SCIENTIFIC PRODUCTION COMPANY KRUG), UI Germana Titova 1, Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5837003278 (Russia); Registration Number 1025801216748 (Russia) [RUSSIA-EO14024].

SPC OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

SPE PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC NPP PULSAR; a.k.a. JSC SPC PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Tax ID No. 7719846490 (Russia);

Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

SPECELSERVIS (a.k.a. LLC SPETSELSERVIS), ul Kakhovka, d. 20, str. 2 k. 56, Moscow 117461, Russia; ul. Elektrozavodskaya, d. 24, of. A214, A215, Moscow 107023, Russia; ul. Sushchevskaya d. 21, pod. 2, Moscow 127055, Russia; Tax ID No. 7727191914 (Russia); Registration Number 1037739375024 (Russia) [RUSSIA-EO14024].

SPECIAL DIVISION OF FIRST RESPONDERS, CHECHNYA (SOBR) (a.k.a. TEREK SPECIAL RAPID RESPONSE TEAM), Chechen Republic, Russia [MAGNIT].

SPECIAL SYSTEMS PHOTONICS LIMITED LIABILITY COMPANY, Pr-Kt Bolshoi Sampsonievskii D. 64, Lit. E, Pomeshch 2-N, Office 706, Saint Petersburg 194044, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802570752 (Russia); Registration Number 1167847155068 (Russia) [RUSSIA-EO14024].

SPECIAL TECHNOLOGY CENTER (a.k.a. STC, LTD), Gzhatskaya 21 k2, St. Petersburg, Russia; 21-2 Gzhatskaya Street, St. Petersburg, Russia; Website stc-spb.ru; Email Address stcspb1@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7802170553 (Russia) [CYBER2].

SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. YEGAN-E VIZHE (Arabic: ناجا ویژه یگان; a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM; a.k.a. JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM; a.k.a. SKTB ES,

AO), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

SPECMASH KB (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA; a.k.a. AO SPETSMASH; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING, 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL (a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT GROUP HOLDING (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document #

1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT GROUP HOLDING SAL (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT GROUP SAL HOLDING (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECTRUM INVESTMENT HOLDING (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. "SPECTRUM HOLDING"), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut, Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

SPECVOLT (a.k.a. LIMITED LIABILITY COMPANY SPETSVOLTAZH; a.k.a. OOO

SPETSVOLTAZH), ul. Kantemirovskaya d. 12, lit. A, pomeshch. # 19-N office 18, Saint Petersburg 194100, Russia; Tax ID No. 7802634149 (Russia); Registration Number 1177847317306 (Russia) [RUSSIA-EO14024].

SPEED TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPEKTRUM OOO (a.k.a. LIMITED LIABILITY COMPANY SPECTRUM), Ul. Yalagina D. 3, Pomeshcheniya 10-14, 16, 17, Elektrostal, Russia 144010, Russia; Tax ID No. 5053068643 (Russia); Registration Number 1105053000656 (Russia) [RUSSIA-EO14024].

SPETSIAL ELECTRONIK LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛ ЭЛЕКТРОНИК ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. SPETSIAL ELECTRONIK OOO; a.k.a. SPETSIAL ELEKTRONIK OOO), 8A Aptekarskiy Avenue, Office 1-N, Room 1, St. Petersburg 197022, Russia; Organization Established Date 26 May 2009; Tax ID No. 7813444894 (Russia); Registration Number 1097847150763 (Russia) [RUSSIA-EO14024].

SPETSIAL ELECTRONIK OOO (a.k.a. SPETSIAL ELECTRONIK LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛ ЭЛЕКТРОНИК ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. SPETSIAL ELEKTRONIK OOO), 8A Aptekarskiy Avenue, Office 1-N, Room 1, St. Petersburg 197022, Russia; Organization Established Date 26 May 2009; Tax ID No. 7813444894 (Russia); Registration Number 1097847150763 (Russia) [RUSSIA-EO14024].

SPETSIAL ELEKTRONIK OOO (a.k.a. SPETSIAL ELECTRONIK LIMITED LIABILITY COMPANY (Cyrillic: СПЕЦИАЛ ЭЛЕКТРОНИК ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. SPETSIAL ELECTRONIK OOO), 8A Aptekarskiy Avenue, Office 1-N, Room 1, St. Petersburg 197022, Russia; Organization Established Date 26 May 2009; Tax ID No. 7813444894 (Russia); Registration Number 1097847150763 (Russia) [RUSSIA-EO14024].

SPETSIALIZIROVANNOE OBSHCHESTVO PROEKTNOGO FINANSIROVANIYA FABRIKA PROEKTNOGO FINANSIROVANIYA (a.k.a. LLC SPECIAL ORGANIZATION FOR PROJECT FINANCE FACTORY OF PROJECT FINANCE; a.k.a. "PROJECT FINANCE FACTORY"), pr-kt Akademika Sakharova d. 9, komnata 220, Moscow 107078, Russia; Tax ID No. 7708330489 (Russia); Registration Number 1187746103885 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

SPETSIALNOE KONSTRUKTORSKO TEKHNOLOGICHESKOE BYURO PLASTIK (a.k.a. SKTB PLASTIK), Shosse Saratovskoe D.4, Syzran 446025, Russia; Tax ID No. 6325044629 (Russia); Registration Number 1076325002192 (Russia) [RUSSIA-EO14024].

SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО); a.k.a. SKB AO; a.k.a. SKB ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

SPETSIALNOE KONSTRUKTORSKOE BYURO-14 VOLOGDA (a.k.a. "SKB 14 LLC"), Ul. Zosimovskaya D. 15, Office 29, Vologda 160000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3525409656 (Russia); Registration Number 1173525032537 (Russia) [RUSSIA-EO14024].

SPETSINVESTSERVIS OOO, B-r Novinskii d. 31, e 5 pom. I komn 1A, Moscow 123242, Russia; Organization Established Date 13 Sep 2018; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 7703465348 (Russia); Registration Number 1187746811120 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

SPGU GORNY UNIVERSITET FGBU (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

SPI INTERNATIONAL (Arabic: ‫اس پی آی اینترنشنل‬) (a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: ‫اس پی آی اینترنشنل پروپرتیری‬); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: ‫اس پی آی اینترنشنل پروپرتیری شعبه خارجی‬); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: ‫خیابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول واحد دوازده، تهران‬, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information:

IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری (SPI .a.k.a INTERNATIONAL (Arabic: اس پی آی اینترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No.

14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی) (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی اینترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt.

Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY LIMITED (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی اینترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی اینترنشنل پروپرتیری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی اینترنشنل پروپرتیری شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETARY LTD. (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی

(انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی انترنشنل پروپرایتری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی انترنشنل شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PROPRIETY LIMITED CO. (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی انترنشنل پروپرایتری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی انترنشنل شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PTY LTD; a.k.a. "SPII"), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPI INTERNATIONAL PTY LTD (a.k.a. SPI INTERNATIONAL (Arabic: اس پی آی انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس پی آی انترنشنل پروپرایتری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس پی آی انترنشنل شعبه خارجی); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL

PROPRIETY LIMITED CO.; a.k.a. "SPII"), 56 Grosvenor St, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran; خیابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

SPICHAK, Mikhail Grigoryevich (Cyrillic: СПІЧАК, Михаил Григорьевич), 137 Alekseya Tolstogo Str, Apt 17, Samara 443099, Russia; DOB 27 Sep 1954; nationality Russia; Gender Male; Tax ID No. 246504146970 (Russia) (individual) [RUSSIA-EO14024].

SPIRIDONOV, Alexander Yurevich (Cyrillic: СПИРИДОНОВ, Александр Юрьевич), Russia; DOB 03 Jan 1989; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван) (a.k.a. OSIPOV, Ivan (Cyrillic: ОСИПОВ,

Иван); a.k.a. OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович); a.k.a. SPIRIDONOV, Ivan Vasilyevich), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SPIRIDONOV, Ivan Vasilyevich (a.k.a. OSIPOV, Ivan (Cyrillic: ОСИПОВ, Иван); a.k.a. OSIPOV, Ivan Vladimirovich (Cyrillic: ОСИПОВ, Иван Владимирович); a.k.a. SPIRIDONOV, Ivan (Cyrillic: СПИРИДОНОВ, Иван), Moscow, Russia; DOB 21 Aug 1976; alt. DOB 21 Aug 1975; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

SPORTIVNO-OZDOROVITELNYI TSENTR IRKUT-ZENIT (a.k.a. IRKUT-ZENIT OOO; a.k.a. SOTS IRKUT-ZENIT), ul Aviastroitelei d 4 korp A, Irkutsk 664002, Russia; Tax ID No. 3810034846 (Russia); Registration Number 1043801428065 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

SPP (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

SPRAVA A INKASO POHLADAVOK, S.R.O. (f.k.a. SPRAVA SLUZIEB DONOVALY S.R.O.), Bratislava, Slovakia; Tax ID No. 2022942592 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

SPRAVA A INKASO ZMENIEK, S.R.O., Bratislava, Slovakia; Tax ID No. 2120543876 (Slovakia); Registration Number 50335839 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

SPRAVA SLUZIEB DONOVALY S.R.O. (a.k.a. SPRAVA A INKASO POHLADAVOK, S.R.O.),

Bratislava, Slovakia; Tax ID No. 2022942592 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

SPRING ELECTRONICS (a.k.a. LIMITED LIABILITY COMPANY SPRING ELEKTRONIKS), Prkt Malookhtinskii D. 61, Lit. A, Pomeshch. 2-N, Office 5/2, Saint Petersburg 195112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7806259957 (Russia); Registration Number 1177847007381 (Russia) [RUSSIA-EO14024].

SPRING SHIPPING LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPS ME FZCO (Arabic: ‏اس بي اس ام اي ش م ح‎ (a.k.a. "TMK MIDDLE EAST"), Office 438, Building 4WB, Dubai Airport Free Zone, Dubai, United Arab Emirates; Registration Number 11436620 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

SRABIONOV, Tigran Khristoforovich, Moscow, Russia; DOB 17 Apr 1986; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

SREDNE-NEVSKY SHIPYARD (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SREDNEVOLZHSKII PODSHIPNIKOVYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY SREDNEVOLZHSKY BEARING PLANT), Prkt Kirova D. 10, Samara 443022, Russia; Tax ID No. 6319130781 (Russia); Registration Number 1066319099604 (Russia) [RUSSIA-EO14024].

SRL OKAF TRADING (a.k.a. OKAF TRADING SOCIETATEA CU RASPUNDERE LIMITATA; f.k.a. SOCIETATEA CU RASPUNDERE LIMITATA PROGLOBAL WORK), str. Mihai Eminescu, 35, Chisinau MD2012, Moldova; Organization Established Date 17 Dec 2015; Registration Number 1015600042010 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

SRL SKYLINE AVIATION (a.k.a. SKYLINE AVIATION LTD; a.k.a. SKYLINE AVIATION SRL), Via Consiglio dei Sessanta, 99, Dogana, 47891, San Marino; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2016; Organization Type: Passenger air transport; Tax ID No. 26806 (San Marino) [UKRAINE-EO13685].

SRPSKA DEMOKRATSKA STRANKA (a.k.a. SERB DEMOCRATIC PARTY; a.k.a. "SDS"), Kralja Alfonsa XIII, Number 1, Banja Luka 78000, Bosnia and Herzegovina [BALKANS].

SSA SHIP MANAGEMENT CO. (a.k.a. RAHBARAN OMID DARYA SHIP MANAGEMENT CO.; a.k.a. RAHBARAN-E OMID-E DARYA SHIP MANAGEMENT; a.k.a. ROD SHIP MANAGEMENT CO; a.k.a. RODSM; f.k.a. SOROUSH SARZAMIN ASATIR SHIP MANAGEMENT CO.; f.k.a. SOROUSH SARZAMIN ASATIR SSA), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; No. 5, Shabnam Alley, Ghaem Magham Farahani Street, Shahid Motahari Avenue, Tehran, Iran; Website www.rodsmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 341563 (Iran) [IRAN].

ST ALABUGA, Ul. Sh-2 (Oez Alabuga Ter.), Str. 5/12, Pomeshch. 131, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646044036 (Russia); Registration Number 1171690005816 (Russia) [RUSSIA-EO14024].

STACK TELECOM LTD, Ul. Bolshaya Akademicheskaya D. 5 A, Moscow 127299, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743554611 (Russia); Registration Number 1057746521172 (Russia) [RUSSIA-EO14024].

STAKIC, Milomir; DOB 19 Jun 1962; POB Maricka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

STAN LLC, Ul. Sushchevskii Val D. 18, Moscow 127018, Russia; Organization Established Date 17 Dec 2009; Tax ID No. 7703712332 (Russia); Registration Number 1097746813010 (Russia) [RUSSIA-EO14024].

STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY (a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STANDART TEKNIK PARCA SAN VE TIC A.S. (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STANISIC, Jovica; DOB 30 Jul 1950; POB Ratkovo, Serbia and Montenegro; ICTY indictee in Serb custody (individual) [BALKANS].

STANKEVICH, Sergey (a.k.a. STANKEVICH, Sergey Nikolayevich); DOB 27 Jan 1963; POB Kaliningrad; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Border Directorate of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

STANKEVICH, Sergey Nikolayevich (a.k.a. STANKEVICH, Sergey); DOB 27 Jan 1963; POB Kaliningrad; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Border

Directorate of the Federal Security Service of the Russian Federation (individual) [UKRAINE-EO13661].

STANKEVICH, Yuri Arkadievich (Cyrillic: СТАНКЕВИЧ, Юрий Аркадьевич), Russia; DOB 24 Jul 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STANKI.RU LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNO OTVETSTVENNOSTYU STANKI.RU), Ul. Semenovskaya B D. 40, Moscow 107023, Russia; Organization Established Date 21 Nov 2016; Tax ID No. 7719461839 (Russia); Government Gazette Number 92660626 (Russia); Registration Number 5167746348853 (Russia) [RUSSIA-EO14024].

STANKIM, ul. 10 Let Oktyabrya d. 60, office 308 D, Izhevsk 426065, Russia; ul. Svobody d. 173, kv. 905, Izhevsk 426011, Russia; Tax ID No. 1831097040 (Russia); Registration Number 1041800261559 (Russia) [RUSSIA-EO14024].

STANKOMACHCOMPLEX COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO STANKOMASHKOMPLEKS; a.k.a. JOINT STOCK COMPANY STANKOMASHKOMPLEKS), Ul. Akademika Tupoleva D. 124, Tver 170019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6901093347 (Russia); Registration Number 1056900216350 (Russia) [RUSSIA-EO14024].

STANKOMASHSTROI (a.k.a. STANKOMASHSTROY), Ul. Germana Titova D. 9, Penza 440600, Russia; Tax ID No. 5835103100 (Russia); Registration Number 1135835003370 (Russia) [RUSSIA-EO14024].

STANKOMASHSTROY (a.k.a. STANKOMASHSTROI), Ul. Germana Titova D. 9, Penza 440600, Russia; Tax ID No. 5835103100 (Russia); Registration Number 1135835003370 (Russia) [RUSSIA-EO14024].

STANKOPROM OOO, Pr-kt Leninskii D. 160, Office 133, Voronezh 394033, Russia; Tax ID No. 3661073772 (Russia); Registration Number 1163668096327 (Russia) [RUSSIA-EO14024].

STANKOVIC, Dragan, Bosnia and Herzegovina; DOB 21 Jul 1984; POB Banja Luka, Bosnia and Herzegovina; nationality Bosnia and

Herzegovina; citizen Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

STANKOVIC, Radovan, DOB 10 Mar 1953; POB Trebica, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

STANMIX HOLDING LIMITED, Floor 2, Elenion Building, 5 Themistokli Dervi, Nicosia 1066, Cyprus; Tax ID No. CY10130354Y (Cyprus); Registration Number HE 130354 (Cyprus) [RUSSIA-EO14024] (Linked To: SVIBLOV, Vladislav Vladimirovich).

STAR MARKET MELANYE, 3A. Avenida 2-10 Zona 1, Tecun Uman, Ayutla, San Marcos, Guatemala; NIT # 844191-K (Guatemala) [SDNTK].

STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY (a.k.a. FREEDOM STAR GENERAL TRADING; a.k.a. FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسئولية محدودة); a.k.a. FREEDOM STAR GENERAL TRADING CO. LLC), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

STAR SAPPHIRE CO. LTD. (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LIMITED.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE COMPANY LIMITED (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LIMITED.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo,

Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE GROUP (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE GROUP OF COMPANIES (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE GROUP PTE. LTD., 1 North Bridge Road, #30-00, High Street Centre, Singapore 179094, Singapore; Organization Established Date 20 Aug 2014; Organization Type: Non-specialized wholesale trade; Tax ID No. 201424367R (Singapore) [BURMA-EO14014] (Linked To: LATT, Tun Min; Linked To: SOE, Win Min).

STAR SAPPHIRE TRADING CO., LTD. (a.k.a. STAR SAPPHIRE TRADING COMPANY LIMITED), No. 5556/5558, Sagaing Street, Oattarathiri Township, Naypyitaw, Burma; Organization Established Date 20 Oct 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 114620785 (Burma) [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SAPPHIRE TRADING COMPANY LIMITED (a.k.a. STAR SAPPHIRE TRADING CO., LTD.), No. 5556/5558, Sagaing Street,

Oattarathiri Township, Naypyitaw, Burma; Organization Established Date 20 Oct 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 114620785 (Burma) [BURMA-EO14014] (Linked To: LATT, Tun Min).

STAR SHIP MANAGEMENT LIMITED (a.k.a. STAR SHIP MANAGEMENT LTD-BZE), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STAR SHIP MANAGEMENT LTD-BZE (a.k.a. STAR SHIP MANAGEMENT LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STAR TRADE GHANA LIMITED, Enyado HSE, TemaHarbour,, (0537N 00001W), Tema, Ghana; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: QANSU, Ali Muhammad).

STAROVOIT, Roman Vladimirovich (a.k.a. STAROVOYT, Roman Vladimirovich (Cyrillic: СТАРОВОЙТ, Роман Владимирович)), Kursk, Russia; DOB 20 Jan 1972; POB Kursk, Kursk Region, Russia; nationality Russia; Gender Male; Tax ID No. 782613427204 (Russia) (individual) [RUSSIA-EO14024].

STAROVOYT, Roman Vladimirovich (Cyrillic: СТАРОВОЙТ, Роман Владимирович) (a.k.a. STAROVOIT, Roman Vladimirovich), Kursk, Russia; DOB 20 Jan 1972; POB Kursk, Kursk Region, Russia; nationality Russia; Gender Male; Tax ID No. 782613427204 (Russia) (individual) [RUSSIA-EO14024].

STARS COMMUNICATION SAL OFF-SHORE (a.k.a. STARS COMMUNICATIONS OFFSHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE SAL; a.k.a. STARS OFFSHORE), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS (a.k.a. STARS COMMUNICATIONS LLC; a.k.a. STARS COMMUNICATIONS LTD; a.k.a. STARS COMMUNICATIONS LTD SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS LLC (a.k.a. STARS COMMUNICATIONS; a.k.a. STARS COMMUNICATIONS LTD; a.k.a. STARS COMMUNICATIONS LTD SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS LTD (a.k.a. STARS COMMUNICATIONS; a.k.a. STARS COMMUNICATIONS LLC; a.k.a. STARS COMMUNICATIONS LTD SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut

Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS LTD SARL (a.k.a. STARS COMMUNICATIONS; a.k.a. STARS COMMUNICATIONS LLC; a.k.a. STARS COMMUNICATIONS LTD), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Bir el Abed, Snoubra Street, Haret Hreyk, Beirut, Lebanon; Tayyouneh, Haret Hreyk, Beirut, Lebanon; Port, Nahr, Beirut, Lebanon; Ras El Ain, Baalbeck, Lebanon; Hadeth, Lebanon; Nabatiyeh, Lebanon; Old Saida Road, Beirut Mall, Beirut, Lebanon; Duty-Free Airport, Rafik Hariri International Airport, Beirut, Lebanon; Sharl Helo Street, Beirut Seaport, Lebanon; Kamil Shamoun Street, Dekwaneh, Beirut, Lebanon; Hermel, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 2001929 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad; Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS OFFSHORE (a.k.a. STARS COMMUNICATION SAL OFF-SHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE SAL; a.k.a. STARS OFFSHORE), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARS COMMUNICATIONS OFFSHORE SAL (a.k.a. STARS COMMUNICATION SAL OFF-SHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE; a.k.a. STARS OFFSHORE), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry

Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARS GROUP HOLDING (a.k.a. STARS GROUP HOLDING SAL; a.k.a. STARS GROUP SAL (HOLDING)), Property Number 5208/62, Issam Mohamed Amha, 6th Floor, Dallas Center, Old Saida Road, C, Lebanon; Postal Box 13-5483, Lebanon; Bdeir Building, Snoubra Street, Bir El-Abed Area, Haret Hreik, Baabda, Lebanon; Bir El Abed, Hadi Nasrallah Highway, Middle East & Africa Bank Building, First Floor, Beirut, Lebanon; Old Saida Road, Dallas Center, 6th Floor, Beirut, Lebanon; Website www.starscom.net; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1901453 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad).

STARS GROUP HOLDING SAL (a.k.a. STARS GROUP HOLDING; a.k.a. STARS GROUP SAL (HOLDING)), Property Number 5208/62, Issam Mohamed Amha, 6th Floor, Dallas Center, Old Saida Road, C, Lebanon; Postal Box 13-5483, Lebanon; Bdeir Building, Snoubra Street, Bir El-Abed Area, Haret Hreik, Baabda, Lebanon; Bir El Abed, Hadi Nasrallah Highway, Middle East & Africa Bank Building, First Floor, Beirut, Lebanon; Old Saida Road, Dallas Center, 6th Floor, Beirut, Lebanon; Website www.starscom.net; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1901453 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad).

STARS GROUP SAL (HOLDING) (a.k.a. STARS GROUP HOLDING; a.k.a. STARS GROUP HOLDING SAL), Property Number 5208/62, Issam Mohamed Amha, 6th Floor, Dallas Center, Old Saida Road, C, Lebanon; Postal Box 13-5483, Lebanon; Bdeir Building, Snoubra Street, Bir El-Abed Area, Haret Hreik, Baabda, Lebanon; Bir El Abed, Hadi Nasrallah Highway, Middle East & Africa Bank Building, First Floor, Beirut, Lebanon; Old Saida Road, Dallas Center, 6th Floor, Beirut, Lebanon; Website www.starscom.net; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1901453 (Lebanon) [SDGT] (Linked To: AMHAZ, Kamel Mohamad).

STARS INTERNATIONAL CO. LTD (a.k.a. STARS INTERNATIONAL LTD), Room 2203A,

Grand Tower, No. 228 TianHe Road, TianHe District, Guangzhou, China; F-18, Dubai Airport Free Zone, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali; Linked To: STARS GROUP HOLDING).

STARS INTERNATIONAL LTD (a.k.a. STARS INTERNATIONAL CO. LTD), Room 2203A, Grand Tower, No. 228 TianHe Road, TianHe District, Guangzhou, China; F-18, Dubai Airport Free Zone, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali; Linked To: STARS GROUP HOLDING).

STARS OFFSHORE (a.k.a. STARS COMMUNICATION SAL OFF-SHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE; a.k.a. STARS COMMUNICATIONS OFFSHORE SAL), Hojeij Building, 2nd Floor, Zaghloul Street, Haret Hreik, Baabda, Lebanon; Bdeir Building, Ground Floor, Snoubra Street, Ghobeiry, Baabda, Lebanon; Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1801374 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

STARSHINOV, Mikhail Yevgenyevich (Cyrillic: СТАРШИНОВ, Михаил Евгеньевич), Russia; DOB 12 Dec 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STASHINA, Elena (a.k.a. STASHINA, Helen; a.k.a. STASHINA, Yelena); DOB 05 Nov 1963; POB Tomsk, Russia (individual) [MAGNIT].

STASHINA, Helen (a.k.a. STASHINA, Elena; a.k.a. STASHINA, Yelena); DOB 05 Nov 1963; POB Tomsk, Russia (individual) [MAGNIT].

STASHINA, Yelena (a.k.a. STASHINA, Elena; a.k.a. STASHINA, Helen); DOB 05 Nov 1963; POB Tomsk, Russia (individual) [MAGNIT].

STATANLY LIMITED LIABILITY COMPANY (a.k.a. STATANLY TECHNOLOGIES), Birzhevaya liniya 16, Saint Petersburg, Russia; B-r Aleksandra Grina D. 1, Str. 1, Pomeshch 917, Saint Petersburg 199225, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801724456 (Russia); Registration Number 1237800072982 (Russia) [RUSSIA-EO14024].

STATANLY TECHNOLOGIES (a.k.a. STATANLY LIMITED LIABILITY COMPANY), Birzhevaya liniya 16, Saint Petersburg, Russia; B-r Aleksandra Grina D. 1, Str. 1, Pomeshch 917, Saint Petersburg 199225, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801724456 (Russia); Registration Number 1237800072982 (Russia) [RUSSIA-EO14024].

STATE ADMINISTRATION COUNCIL (a.k.a. STATE ADMINISTRATIVE COUNCIL), Naypyitaw, Burma; Target Type Government Entity [BURMA-EO14014].

STATE ADMINISTRATIVE COUNCIL (a.k.a. STATE ADMINISTRATION COUNCIL), Naypyitaw, Burma; Target Type Government Entity [BURMA-EO14014].

STATE AFFAIRS COMMISSION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY; a.k.a. STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ)), 115 Nezavisimost ave, Minsk 220114, Belarus; 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

STATE BANK LUHANSK PEOPLE'S REPUBLIC, Str. T. G. Shevchenko, d. 1, Luhansk 91000, Ukraine; Website www.gosbank.su; Email Address bank@gosbank.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР) (a.k.a. GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ.); a.k.a. KRYMPATRIOTTSENTR; a.k.a. REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION.), 60 Let Oktyabrya Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION ALMETYEVSK STATE OIL INSTITUTE (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ АЛЬМЕТЬЕВСКИЙ ГОСУДАРСТВЕННЫЙ НЕФТЯНОЙ ИНСТИТУТ) (a.k.a. ALMETYEVSK STATE OIL INSTITUTE; a.k.a. "GBOU VO AGNI"), ul. Lenina, d. 2, Almetyevsk, Republic of Tatarstan 423450, Russia; Tax ID No. 1644005183 (Russia); Government Gazette Number 33861852 (Russia); Registration Number 1021601629642 (Russia) [RUSSIA-EO14024].

STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Yalta, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

STATE CONCERN NATIONAL PRODUCTION AND AGRICULTURAL ASSOCIATION MASSANDRA (a.k.a. MASSANDRA NATIONAL INDUSTRIAL AGRARIAN ASSOCIATON OF WINE INDUSTRY; a.k.a. MASSANDRA STATE CONCERN, NATIONAL PRODUCTION AND AGRARIAN UNION, OJSC; a.k.a. NACIONALNOYE PROIZ-VODSTVENNO AGRARNOYE OBYEDINENYE MASSANDRA; a.k.a. STATE CONCERN NATIONAL ASSOCIATION OF PRODUCERS MASSANDRA), 6, str. Mira, Massandra, Yalta 98600, Ukraine; 6, Mira str., Massandra, Yalta, Crimea 98650, Ukraine; Mira str, h. 6, Massandra, Crimea 98600, Ukraine; 6, Myra st., Massandra, Crimea 98650, Ukraine; Website http://www.massandra.net.ua/; Email Address impex@massandra.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00411890 (Ukraine) [UKRAINE-EO13685].

STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions

risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE CORPORATION FOR THE PROMOTION OF THE DEVELOPMENT, MANUFACTURE, AND EXPORT OF HIGH TECH PRODUCTS ROSTEC (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ ПО СОДЕЙСТВИЮ РАЗРАБОТКЕ, ПРОИЗВОДСТВУ И ЭКСПОРТУ ВЫСОКОТЕХНОЛОГИЧНОЙ ПРОМЫШЛЕННОЙ ПРОДУКЦИИ РОСТЕХ) (a.k.a. STATE CORPORATION ROSTEC), 24 Usacheva Str., Moscow 119048, Russia; 21 Gogolevsky Blvd., Moscow 119991, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Dec 2007; Registration ID 1077799030847 (Russia); Tax ID No. 7704274402 (Russia); Government Gazette Number 94137372 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE CORPORATION ROSTEC (a.k.a. STATE CORPORATION FOR THE PROMOTION OF THE DEVELOPMENT, MANUFACTURE, AND EXPORT OF HIGH TECH PRODUCTS ROSTEC (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ ПО СОДЕЙСТВИЮ РАЗРАБОТКЕ, ПРОИЗВОДСТВУ И ЭКСПОРТУ ВЫСОКОТЕХНОЛОГИЧНОЙ ПРОМЫШЛЕННОЙ ПРОДУКЦИИ РОСТЕХ)), 24 Usacheva Str., Moscow 119048, Russia; 21 Gogolevsky Blvd., Moscow 119991, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Dec 2007; Registration ID 1077799030847 (Russia); Tax

ID No. 7704274402 (Russia); Government Gazette Number 94137372 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ) (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

STATE DUMA OF THE FEDERAL ASSEMBLY OF THE RUSSIAN FEDERATION (Cyrillic: ГОСУДАРСТВЕННАЯ ДУМА ФЕДЕРАЛЬНОГО СОБРАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ), Okhotny Ryad, 1, Moscow 103265, Russia; Website http://www.duma.gov.ru/; Organization Type: General public administration activities; Target Type Government Entity [RUSSIA-EO14024].

STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH

(a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY

SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRYIATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE FEODOSIA SEA TRADING PORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

STATE ENTERPRISE KERCH COMMERCIAL SEA PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

STATE ENTERPRISE KERCH SEA COMMERCIAL PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova

square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE SEVASTOPOL SEA TRADING PORT (a.k.a. PORT OF SEVASTOPOL; a.k.a. SEAPORT OF SEVASTOPOL; a.k.a. SEVASTOPOL COMMERCIAL SEAPORT; a.k.a. SEVASTOPOL MERCHANT SEA PORT; a.k.a. SEVASTOPOL SEA PORT; a.k.a. SEVASTOPOL SEA TRADE PORT; a.k.a. STATE ENTERPRISE SEVASTOPOL COMMERCIAL SEAPORT), 3 Place Nakhimova, Sevastopol 99011, Ukraine; 5, Nakhimova square, Sevastopol, Crimea 99011, Ukraine; Nahimova Square 5, Sevastopol, Crimea 99011, Ukraine; Email Address Sevport@stel.sebastopol.ua; alt. Email Address sevampu@ukr.net; alt. Email Address mail@morport.sebastopol.ua; UN/LOCODE UA SVP; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125548 (Ukraine) [UKRAINE-EO13685].

STATE ENTERPRISE TSENTRKURORT (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency

activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

STATE ENTERPRISE UNIVERSAL-AVIA (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

STATE ENTERPRISE YALTA SEA TRADING PORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5 Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА)), D. 2a, Ul. Garnaeva, Zhukovskii 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский

140180, Russia; Zhukovsky-2, Moscow region 140182, Russia; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

STATE FERRY ENTERPRISE KERCH FERRY (a.k.a. STATE SHIPPING COMPANY KERCH SEA FERRY), Tselimbernaya Street 16, Kerch, Crimea 98307, Ukraine; 16 Tselibernaya Street, Kerch, Crimea 98307, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 14333981 (Ukraine) [UKRAINE-EO13685].

STATE FLIGHT TESTING CENTER NAMED AFTER V.P. CHKALOV (Cyrillic: ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР ИМЕНИ В.П.ЧКАЛОВА) (a.k.a. 929 GLITS; a.k.a. 929 STATE FLIGHT TEST CENTER (Cyrillic: 929-Й ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР)), Akhtubinsk, Astrakhan Region, Russia; Khmeimim Air Base, Syria; Chkalovsky Airfield, Russia; Organization Established Date Oct 1920; Target Type Government Entity [RUSSIA-EO14024].

STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ) (a.k.a. GNIII VM MOD RF; a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ

МЕДИЦИНЫ МО) (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ) (a.k.a. BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY; a.k.a. STATE AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS), 115 Nezavisimost ave, Minsk 220114, Belarus; 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

STATE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE;

a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

STATE OPTICAL PLANT - FEODOSIA (a.k.a. FEODOSIA STATE OPTICAL PLANT; a.k.a. SUE RC 'FEODOSIA OPTICAL PLANT'), Feodosia State Optical Plant, 11 Moskovskaya Street, Feodosia, Crimea 98100, Ukraine; Website http://www.fkoz.feodosia.com.ua/; Email Address optic_plant_sbut@bk.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

STATE OWNED FOREIGN TRADE UNITARY ENTERPRISE BELSPETSVNESHTEKNIKA (Cyrillic: ГОСУДАРСТВЕННОЕ ВНЕШТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛСПЕЦВНЕШТЕХНИКА) (a.k.a. BELSPETSVNESHTECHNIKA GVTUP (Cyrillic: БЕЛСПЕЦВНЕШТЕХНИКА ГВТУП); a.k.a. SFTUE BELSPETSVNESHTEKNIKA (Cyrillic: ГВТУП БЕЛСПЕЦВНЕШТЕХНИКА)), st. Kalinovskogo, 8, Minsk 220103, Belarus (Cyrillic: ул. Калиновского, д. 8, Минск 220103, Belarus); Organization Established Date 18 Dec 1995; Registration Number 101080981 (Belarus) [BELARUS-EO14038].

STATE PLANNING COMMISSION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration

Number 1037739097582 (Russia) [CAATSA - RUSSIA].

STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE GOSNIIAS; a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION), Victorenko st., 7, Moscow 124167, Russia; Organization Established Date 17 Jan 1992; Tax ID No. 7714037739 (Russia); Registration Number 1027700227720 (Russia) [RUSSIA-EO14024].

STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION (a.k.a. FEDERAL STATE UNITARY ENTERPRISE GOSNIIAS; a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS), Victorenko st., 7, Moscow 124167, Russia; Organization Established Date 17 Jan 1992; Tax ID No. 7714037739 (Russia); Registration Number 1027700227720 (Russia) [RUSSIA-EO14024].

STATE SCIENTIFIC RESEARCH INSTITUTE OF MECHANICAL ENGINEERING IMENI V.V. BAKHIREVA (a.k.a. AO GOSNIIMASH; a.k.a. SCIENTIFIC RESEARCH INSTITUTE FOR MECHANICAL ENGINEERING JSC IN THE NAME OF V.V. BAKHIREV), PR-KT Sverdlova D. 11 A, Dzerzhinsk 606002, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 5249093130 (Russia); Registration

Number 1085249000650 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

STATE SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC CHEMISTRY AND TECHNOLOGY (a.k.a. GOSNIIOKHT), Shosse Entuziastov 23, Moscow, Moscow Oblast, Russia [NPWMD].

STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS (a.k.a. BELARUSIAN KGB; a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ)), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

STATE SECURITY DEPARTMENT (a.k.a. MINISTRY OF STATE SECURITY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE SECURITY DEPARTMENT PRISONS BUREAU (a.k.a. MINISTRY OF STATE SECURITY FARM BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARM GUIDANCE BUREAU; a.k.a. MINISTRY OF STATE SECURITY FARMING BUREAU; a.k.a. MINISTRY OF STATE SECURITY PRISONS BUREAU), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

STATE SHIPPING COMPANY KERCH SEA FERRY (a.k.a. STATE FERRY ENTERPRISE KERCH FERRY), Tselimbernaya Street 16, Kerch, Crimea 98307, Ukraine; 16 Tselibernaya Street, Kerch, Crimea 98307, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 14333981 (Ukraine) [UKRAINE-EO13685].

STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

STATE TIMBER BOARD (a.k.a. MYANMA TIMBER ENTERPRISE; a.k.a. MYANMAR TIMBER ENTERPRISE; f.k.a. TIMBER CORPORATION), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

STATE UNITARY ENTERPRISE OF THE DONETSK PEOPLE'S REPUBLIC REPUBLICAN CENTER TRADING HOUSE VTORMET (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ДОНЕЦКОЙ НАРОДНОЙ РЕСПУБЛИКИ РЕСПУБЛИКАНСКИЙ ЦЕНТР ТОРГОВЫЙ ДОМ ВТОРМЕТ), 101 Postysheva St., Donetsk 283086, Ukraine; Tax ID No. 9303012971 (Russia); Registration Number 1229300078370 (Russia) [RUSSIA-EO14024].

STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS' (a.k.a. CRIMEAN PORTS; a.k.a. SUE RK 'CRIMEAN PORTS'; a.k.a. "SUE RC 'KMP'"), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

STATE UNITARY ENTERPRISE STATE GRAIN OPERATOR (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ГОСУДАРСТВЕННЫЙ ЗЕРНОВОЙ ОПЕРАТОР), 4 Victory Square, Melitopol 72300, Ukraine; 51 Getmana Sahaidachnovo St., Melitopol 72312, Ukraine; Organization Established Date 09 Jun 2022; Tax ID No. 9001011019 (Russia); Business Registration Number 4022000124 (Russia) [RUSSIA-EO14024].

STATURA S.A.L. OFFSHORE (a.k.a. IMPULSE INTERNATIONAL S.A.L. OFFSHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1801124

(Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

STATUS ADMINISTRATIVO S. DE R.L. (a.k.a. STATUS ADMINISTRATIVO S. DE R.L. DE C.V.), Sao Paulo 2435, Guadalajara, Jalisco 44630, Mexico; Carretera A Barra De Navidad, Tomatlan, Jalisco 48460, Mexico; Playon de Mismaloya S/N Cruz de Loreto, Tomatlan Costalegre, Jalisco C.P. 48460, Mexico; Folio Mercantil No. 53243 (Mexico) [SDNTK].

STATUS ADMINISTRATIVO S. DE R.L. DE C.V. (a.k.a. STATUS ADMINISTRATIVO S. DE R.L.), Sao Paulo 2435, Guadalajara, Jalisco 44630, Mexico; Carretera A Barra De Navidad, Tomatlan, Jalisco 48460, Mexico; Playon de Mismaloya S/N Cruz de Loreto, Tomatlan Costalegre, Jalisco C.P. 48460, Mexico; Folio Mercantil No. 53243 (Mexico) [SDNTK].

STATUS COMPLIANCE (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

STATUS KOMPLAINS (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

STATUS KOMPLAINS OOO (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. "STATUS-

IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

STAUDINGER LEMOINE, Mariana Andrea, Caracas, Capital District, Venezuela; DOB 23 Apr 1990; citizen Venezuela; Gender Female; Cedula No. 19195336 (Venezuela) (individual) [VENEZUELA-EO13850] (Linked To: GAVIDIA FLORES, Yosser Daniel).

STAUT CO LTD (a.k.a. STAUT COMPANY LIMITED; a.k.a. STAUT DESIGN CENTER), Pr-kt Obukhovskoi Oborony d. 123A, pom. 20, Saint Petersburg 192029, Russia; ul. Moiseenko d. 41, lit. B, pomeshch. #4, floor 2, office 1, Saint Petersburg 191144, Russia; Tax ID No. 7811401214 (Russia); Registration Number 1089847105259 (Russia) [RUSSIA-EO14024].

STAUT COMPANY LIMITED (a.k.a. STAUT CO LTD; a.k.a. STAUT DESIGN CENTER), Pr-kt Obukhovskoi Oborony d. 123A, pom. 20, Saint Petersburg 192029, Russia; ul. Moiseenko d. 41, lit. B, pomeshch. #4, floor 2, office 1, Saint Petersburg 191144, Russia; Tax ID No. 7811401214 (Russia); Registration Number 1089847105259 (Russia) [RUSSIA-EO14024].

STAUT DESIGN CENTER (a.k.a. STAUT CO LTD; a.k.a. STAUT COMPANY LIMITED), Pr-kt Obukhovskoi Oborony d. 123A, pom. 20, Saint Petersburg 192029, Russia; ul. Moiseenko d. 41, lit. B, pomeshch. #4, floor 2, office 1, Saint Petersburg 191144, Russia; Tax ID No. 7811401214 (Russia); Registration Number 1089847105259 (Russia) [RUSSIA-EO14024].

STAVRIDIS, Konstantinos, United Arab Emirates; DOB 18 Mar 1949; POB Elliniko, Greece; nationality Greece; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AT0435443 (Greece) expires 02 Aug 2025 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

STAVYTSKY, Eduard Anatoliyovych (a.k.a. STAVYTSKYI, Eduard; a.k.a. STAVYTSKYY, Eduard); DOB 04 Oct 1972; POB Lebedyn, Ukraine; citizen Ukraine; alt. citizen Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

STAVYTSKYI, Eduard (a.k.a. STAVYTSKY, Eduard Anatoliyovych; a.k.a. STAVYTSKYY, Eduard); DOB 04 Oct 1972; POB Lebedyn, Ukraine; citizen Ukraine; alt. citizen Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

STAVYTSKYY, Eduard (a.k.a. STAVYTSKY, Eduard Anatoliyovych; a.k.a. STAVYTSKYI, Eduard); DOB 04 Oct 1972; POB Lebedyn, Ukraine; citizen Ukraine; alt. citizen Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

STC, LTD (a.k.a. SPECIAL TECHNOLOGY CENTER), Gzhatskaya 21 k2, St. Petersburg, Russia; 21-2 Gzhatskaya Street, St. Petersburg, Russia; Website stc-spb.ru; Email Address stcspb1@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7802170553 (Russia) [CYBER2].

STEEL KAVEH SOUTH KISH (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

STEIGER, Jakob, c/o KOHAS AG, Fribourg, FR, Switzerland; DOB 27 Apr 1941; POB Altstatten, SG, Switzerland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions

Regulations section 510.214 (individual) [NPWMD].

STEKLOVOLOKNO (a.k.a. POLOTSK PRODUCTION ASSOCIATION STEKLOVOLOKNO; a.k.a. POLOTSK STEKLOVOLOKNO OAO; a.k.a. POLOTSKOE STEKLOVOLOKNO OAO; a.k.a. POLOTSK-STEKLOVOLOKNO; a.k.a. POLOTSK-STEKLOVOLOKNO JSC; a.k.a. POLOTSK-STEKLOVOLOKNO JSC SD STEKLOKOMPOZIT; a.k.a. POLOTSK-STEKLOVOLOKNO OPEN JOINT-STOCK COMPANY; a.k.a. POLOTZK STEKLOVOLOKNO OAO), Industrial Zone Ksty, Vitebsk Region, Polotsk 21140, Belarus; Ksty Industrial Zone, 211400 Vitebskaya oblast, Polotsk, Belarus; ul. Stroitelnaya, Polotsk, 211412, Belarus; Promuzel Ksty, Polotsk 211400, Belarus [BELARUS].

STELLA LEONE LIMITED, Bybloserve Business Center, Floor No. 5, Spyrou Kyprianoy 57, Larnaca 6051, Cyprus; Organization Established Date 08 May 2018; Organization Type: Non-specialized wholesale trade; Registration Number C383603 (Cyprus) [BELARUS-EO14038] (Linked To: KURBANOV, Nurmurad).

STENYAKINA, Ekaterina Petrovna (Cyrillic: СТЕНЯКИНА, Екатерина Петровна), Russia; DOB 04 May 1985; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STEP A.S. (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEP ISTANBUL (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP S.A.; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEP LATINAMEDICA S.A. DE C.V., Av. Americas 1501, Piso 20 Punto Sao Paulo, Col. Providencia, Guadalajara, Jalisco C.P. 44630, Mexico; Jose Maria Coss 1522-B, Col. Miraflores, Guadalajara, Jalisco C.P. 44260, Mexico; Website http://www.steplatinamedica.com; alt. Website http://steplamed.com; R.F.C. SLA 111221 6P7 (Mexico) [SDNTK].

STEP S.A. (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEP STANDARD TECHNICAL COMPONENTS INDUSTRY AND TRADING CORPORATION (a.k.a. STANDARD TECHNICAL COMPONENT INDUSTRY AND TRADE COMPANY; a.k.a. STANDART TEKNIK PARCA SAN VE TIC A.S.; a.k.a. STEP A.S.; a.k.a. STEP ISTANBUL; a.k.a. STEP S.A.), DES San. Sitesi, A13 Blok, No. 4 Y. Dudullu, Istanbul 81260, Turkey; Bahariye Cad., No. 44, K6, Kadikoy, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

STEPANOV, Aleksandr Mikhailovich, Moscow, Russia; DOB 1976; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

STEPANOV, Artem Nikolaevich (Cyrillic: СТЕПАНОВ, Артём Николаевич) (a.k.a. STEPANOV, Artem Nikolayevich), Rabochaya Street 10-72, Solnechnogorsk, Moscow Oblast 141503, Russia; Rabochaya Street, House 10, Apartment 72, Solnechnogorsk, Solnechnogorsk District, Moscow Region, Russia; DOB 31 Mar 1980; POB Solnechnogorsk, Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base

pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 4613340436 (Russia); Tax ID No. 504403080602 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: OOO YUNIDZHET).

STEPANOV, Artem Nikolayevich (a.k.a. STEPANOV, Artem Nikolaevich (Cyrillic: СТЕПАНОВ, Артём Николаевич)), Rabochaya Street 10-72, Solnechnogorsk, Moscow Oblast 141503, Russia; Rabochaya Street, House 10, Apartment 72, Solnechnogorsk, Solnechnogorsk District, Moscow Region, Russia; DOB 31 Mar 1980; POB Solnechnogorsk, Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 4613340436 (Russia); Tax ID No. 504403080602 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] [RUSSIA-EO14024] (Linked To: OOO YUNIDZHET).

STEPANOV, Vladlen Yurievich; DOB 17 Jul 1962 (individual) [MAGNIT].

STEPANOVA, Olga G.; DOB 29 Jul 1962; POB Moscow, Russia (individual) [MAGNIT].

STEPANOVIC, Novak; DOB 25 Apr 1966; POB Srebrenica, Bosnia-Herzegovina (individual) [BALKANS].

STEPANYAN, Karen (Cyrillic: СТЕПАНЬЯН, Карен) (a.k.a. STEPANYAN, Karen Albertovich); DOB 22 Oct 1975; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy General Director of Marine Transportation at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

STEPANYAN, Karen Albertovich (a.k.a. STEPANYAN, Karen (Cyrillic: СТЕПАНЬЯН, Карен)); DOB 22 Oct 1975; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy General Director of Marine

Transportation at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

STEREOTECH (a.k.a. STEREOTEK), Ul. Im. Tsiolkovskogo D. 9A, Office 14, Volgograd 400001, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3459068062 (Russia); Registration Number 1163443057800 (Russia) [RUSSIA-EO14024].

STEREOTEK (a.k.a. STEREOTECH), Ul. Im. Tsiolkovskogo D. 9A, Office 14, Volgograd 400001, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3459068062 (Russia); Registration Number 1163443057800 (Russia) [RUSSIA-EO14024].

STERLING SHIPPING INCORPORATED, Unit 27610 - 001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Identification Number IMO 5206051 [RUSSIA-EO14024].

STERLITAMAKSKII ZAVOD KATALIZATOROV (a.k.a. LIMITED LIABILITY COMPANY STERLITAMAK CATALYST PLANT; a.k.a. "SZK OOO"), Ul. Tekhnicheskaya 32, Sterlitamak 453110, Russia; Organization Established Date 11 Feb 2004; Tax ID No. 0268033994 (Russia); Registration Number 1040203421378 (Russia) [RUSSIA-EO14024].

STEVANDIC, Nenad (Cyrillic: СТЕВАНДИЋ, Ненад), Banja Luka, Bosnia and Herzegovina; DOB 12 Oct 1966; POB Drvar, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

STEVIC, Radule (a.k.a. "STEVIC, Rade"), Kral Petar Street, Zvecan, Kosovo; DOB 02 Jun 1970; POB Leposavic, Kosovo; nationality Serbia; Gender Male; Identification Number 1501796081 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

STG HOLDING LIMITED (a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. STROYTRANSGAZ HOLDING LIMITED; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STG HOLDINGS LIMITED (a.k.a. STG HOLDING LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. STROYTRANSGAZ HOLDING LIMITED; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STG STROYTRANSGAZ LOGISTIC (a.k.a. LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК); a.k.a. OOO STG LOGISTIK; a.k.a. "STG LOGISTIC"), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [SYRIA] [SYRIA-CAESAR].

STG.BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeberg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Registration ID 14063277 [SDGT].

'STG-EKO' LLC (a.k.a. OOO 'STG-EKO'), Street Zastavskaya Building 22, Part A, Saint Petersburg 196084, Russia; Website http://www.stg-eco.ru/; Email Address info@stg-eco.ru; alt. Email Address info.rb@stg-eco.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097847009215 (Russia); Tax ID No. 7816458415 (Russia) [UKRAINE-EO13685].

STICHTING AL HARAMAIN HUMANITARIAN AID (a.k.a. AL-HARAMAIN : THE NETHERLANDS BRANCH), Jan Hanzenstraat 114, 1053SV, Amsterdam, Netherlands [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN;

a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA

INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE

SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

STICHTING AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STG.BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Registration ID 14063277 [SDGT].

STICHTING WERELDHULP-BELGIE, V.Z.W. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a.

"FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

STIF JSC (Cyrillic: АО СТИФ) (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. STIF, AO), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsonievskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

STIF, AO (a.k.a. JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД); a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY

TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. STIF JSC (Cyrillic: АО СТИФ)), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

STOP-IMPERIALISM (a.k.a. STOP-IMPERIALISM GLOBAL INFORMATION AGENCY), Moscow, Russia; Website www.stop-imperialism.com; Organization Established Date 29 Oct 2014 [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

STOP-IMPERIALISM GLOBAL INFORMATION AGENCY (a.k.a. STOP-IMPERIALISM), Moscow, Russia; Website www.stop-imperialism.com; Organization Established Date 29 Oct 2014 [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

STORK OOO (a.k.a. LIMITED LIABILITY COMPANY STORK), ul. Festivalnaya, d. 17, k. 1 etazh 1 pom. I kom. 3, Moscow, Russia; Tax ID No. 7706795979 (Russia); Registration Number 1137746501771 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

STORM TECHNOLOGIES LIMITED LIABILITY COMPANY (Cyrillic: ШТОРМ ТЕХНОЛОГИИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. SHTORM TEKHNOLOGII OOO), d. 5, etazh 2 pom. 39 Mesto 1, ul. Nobelaya, Moscow 121205, Russia; Organization Established Date 2016; Tax ID No. 9701058069 (Russia); Registration Number 5167746431694 (Russia) [RUSSIA-EO14024] (Linked To: NEXIGN JOINT STOCK COMPANY).

STRAIT SHIPBROKERS PTE. LTD. (a.k.a. STRAIT SHIPBROKERS SINGAPORE PTE. LTD.), 1 North Bridge Road, #22-06 High Street Centre, 179094, Singapore; Website www.straitship.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING

TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 200512056R (Singapore) [IRAN-EO13846].

STRAIT SHIPBROKERS SINGAPORE PTE. LTD. (a.k.a. STRAIT SHIPBROKERS PTE. LTD.), 1 North Bridge Road, #22-06 High Street Centre, 179094, Singapore; Website www.straitship.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 200512056R (Singapore) [IRAN-EO13846].

STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination

- Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia). For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

STRAMILOV, Igor Mikhailovich (Cyrillic: СТРАМИЛОВ, Игорь Михайлович), Moscow, Russia; DOB 27 Jun 1968; POB Chita, Russia; nationality Russia; Gender Male; Tax ID No. 753700034587 (Russia) (individual) [RUSSIA-EO14024].

STRATEGIC ROCKET FORCE (a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCE"; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCE"; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

STRATEGY PARTNERS GROUP JSC (a.k.a. JOINT STOCK COMPANY STRATEGY PARTNERS GROUP; a.k.a. "SPG JSC"), 52 Kosmodamianskaya Nab. St, Building 2, Moscow 115054, Russia; Tax ID No.

7736612855 (Russia); Registration Number 1107746025980 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

STRATTON INVESTMENT GROUP LTD, The Brewhouse, Mdina Road, CBD Zone 2, CBD, Birkirkara 20210, Malta; Organization Established 26 May 2014; Target Type Private Company; Registration Number C 65319 (Malta) [RUSSIA-EO14024] (Linked To: TAERIO LIMITED).

STREET INVESTMENTS PVT LTD (a.k.a. "BEACH COCOHUT"), Seesan magu, Male 20028, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jun 2022; Organization Type: Restaurants and mobile food service activities; Business Number BN26312022 (Maldives); Business Registration Number BP33152022 (Maldives) issued 23 Aug 2022; Registration Number C-0688/2022 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

STREET MOTOR SERVICES (a.k.a. "AVIAN PARADISE"), Male, Maldives; Website street-motor-services.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2014; Organization Type: Maintenance and repair of motor vehicles; Business Number BN19452021 (Maldives); Business Registration Number BP16972021 (Maldives) issued 06 May 2021; Registration Number SP-0539/2014 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

STREL, Andrey (a.k.a. KOVALSKIY, Andrey Vechislavovich; a.k.a. PLOTNITSKIY, Andrey), Moscow, Russia; DOB 25 Jul 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

STRELA LIMITED LIABILITY COMPANY (Cyrillic: СТРЕЛА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 13 pm. 17, ul. Vodopyanova Pgt., Dikson 647340, Russia; Organization Established Date 27 Jan 2022; Organization Type: Sea and coastal freight water transport; Tax ID No. 2469004605 (Russia); Government Gazette Number 70191987 (Russia); Registration Number 1222400001614 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

STRELA PA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA), 26, Shevchenko str., Orenburg 460005, Russia; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

STRELKOV, Igor Ivanovich (a.k.a. GIRKIN, Igor Vsevolodovich; a.k.a. STRELKOV, Ihor; a.k.a. STRELOK, Igor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

STRELKOV, Ihor (a.k.a. GIRKIN, Igor Vsevolodovich; a.k.a. STRELKOV, Igor Ivanovich; a.k.a. STRELOK, Igor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

STRELOI EKOMMERTS (a.k.a. STRELOY ECOMMERCE), Per. Dmitrovskii D. 13, Lit. A, Pomeshch. 10-N, Saint Petersburg 191025, Russia; Tax ID No. 7840068335 (Russia); Registration Number 1177847239976 (Russia) [RUSSIA-EO14024].

STRELOI OOO (a.k.a. LIMITED LIABILITY COMPANY STRELOI; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI; a.k.a. STRELOY LLC), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

STRELOK, Igor (a.k.a. GIRKIN, Igor Vsevolodovich; a.k.a. STRELKOV, Igor Ivanovich; a.k.a. STRELKOV, Ihor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow, Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

STRELOY ECOMMERCE (a.k.a. STRELOI EKOMMERTS), Per. Dmitrovskii D. 13, Lit. A, Pomeshch. 10-N, Saint Petersburg 191025, Russia; Tax ID No. 7840068335 (Russia); Registration Number 1177847239976 (Russia) [RUSSIA-EO14024].

STRELOY LLC (a.k.a. LIMITED LIABILITY COMPANY STRELOI; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI; a.k.a. STRELOI OOO), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

STRELYUKHIN, Alexander Mikhailovich (Cyrillic: СТРЕЛЮХИН, Александр Михайлович), Russia; DOB 04 Jul 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

STREMOUSOV, Kyrylo Serhiyovych (Cyrillic: СТРЕМОУСОВ, Кирило Сергійович) (a.k.a. STRIMOUSOV, Kirill Sergeevich (Cyrillic: СТРЕМОУСОВ, Кирилл Сергеевич)), Apartment 48, Ilyushin Kulika Street 129, Kherson, Kherson Region 73009, Ukraine; DOB 26 Dec 1976; nationality Ukraine; alt. nationality Russia; Gender Male; Tax ID No. 2811903133 (Ukraine) (individual) [RUSSIA-EO14024].

STRESHINSKAYA, Natalia Alekseyevna (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

STRESHINSKAYA, Natalia Alexeevna (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Passport 721644521 (Russia) issued 22 Oct

2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

STRESHINSKAYA, Natalya (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

STRESHINSKII, Vladimir Yakovlevich (a.k.a. STRESHINSKIY, Ivan Yakovlevich; a.k.a. STRESHINSKIY, Vladimir Yakovlevich; a.k.a. STRESHINSKY, Ivan), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STRESHINSKIY, Ivan Yakovlevich (a.k.a. STRESHINSKII, Vladimir Yakovlevich; a.k.a. STRESHINSKIY, Vladimir Yakovlevich; a.k.a. STRESHINSKY, Ivan), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STRESHINSKIY, Vladimir Yakovlevich (a.k.a. STRESHINSKII, Vladimir Yakovlevich; a.k.a. STRESHINSKIY, Ivan Yakovlevich; a.k.a. STRESHINSKY, Ivan), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Passport

550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STRESHINSKY, Ivan (a.k.a. STRESHINSKII, Vladimir Yakovlevich; a.k.a. STRESHINSKIY, Ivan Yakovlevich; a.k.a. STRESHINSKIY, Vladimir Yakovlevich), Russia; Switzerland; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 02 Oct 1969; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; alt. nationality Cyprus; Gender Male; Passport 550017197 (Russia) expires 21 Dec 2027; alt. Passport 29352365 (Israel); alt. Passport K00112834 (Cyprus) issued 13 Feb 2013 expires 13 Feb 2023; Tax ID No. 773126850502 (Russia) (individual) [RUSSIA-EO14024].

STREYMOY SHIPPING LIMITED, Unit 27610 - 001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Identification Number IMO 5724311 [RUSSIA-EO14024].

STRIMOUSOV, Kirill Sergeevich (Cyrillic: СТРЕМОУСОВ, Кирилл Сергеевич) (a.k.a. STREMOUSOV, Kyrylo Serhiyovych (Cyrillic: СТРЕМОУСОВ, Кирило Сергійович)), Apartment 48, Ilyushin Kulika Street 129, Kherson, Kherson Region 73009, Ukraine; DOB 26 Dec 1976; nationality Ukraine; alt. nationality Russia; Gender Male; Tax ID No. 2811903133 (Ukraine) (individual) [RUSSIA-EO14024].

STRIZHOV, Andrei Alexandrovich; DOB 01 Aug 1983 (individual) [MAGNIT].

STROITEKHNOLOGIYA (a.k.a. LIMITED LIABILITY COMPANY STROYTEKHNOLOGIYA), Ul. Industrialnaya (Klimovsk Mkr.) D. 13, Pomeshch 15/6, Podolsk 142180, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5036121865 (Russia); Registration Number 1125074009840 (Russia) [RUSSIA-EO14024].

STROITELNAYA KOMPANIYA KONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a.

LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

STROYGAZMONTAZH (a.k.a. LIMITED LIABILITY COMPANY STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH CORPORATION; a.k.a. "SGM"), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.ru; alt. Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYGAZMONTAZH CORPORATION (a.k.a. LIMITED LIABILITY COMPANY STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH; a.k.a. "SGM"), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.ru; alt. Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYPROEKT (a.k.a. AKTSIONERNOE OBSHCHESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No.

7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

STROYPROEKT ENGINEERING GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

STROYTRANSGAZ (a.k.a. STROYTRANSGAZ GROUP; a.k.a. "STG GROUP"), 3 Begovaya Street, Building #1, Moscow 125284, Russia; Website www.stroytransgaz.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ GROUP (a.k.a. STROYTRANSGAZ; a.k.a. "STG GROUP"), 3 Begovaya Street, Building #1, Moscow 125284, Russia; Website www.stroytransgaz.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ HOLDING (a.k.a. STG HOLDING LIMITED; a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING LIMITED; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ HOLDING LIMITED (a.k.a. STG HOLDING LIMITED; a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. "STGH"), 33 Stasinou Street, Office 2 2003, Nicosia Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ LLC (a.k.a. OOO STROYTRANSGAZ), House 65,

Novocheremushkinskaya, Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ OJSC (a.k.a. OAO STROYTRANSGAZ), House 58, Novocheremushkinskaya St., Moscow 117418, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STROYTRANSGAZ-M LLC, 26th Meeting of the Communist Party Street, House 2V, Novy Urengoy, Tyumenskaya Oblast, Yamalo-Nenetsky Autonomous Region 629305, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

STRUCTURA NATIONAL TECHNOLOGIES (a.k.a. COMPANY GROUP STRUCTURA LLC; a.k.a. GK STRUKTURA (Cyrillic: ГК СТРУКТУРА); a.k.a. GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА)), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

STRUGGLE FOR RECONSTRUCTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

STRUKOV, Konstantin Ivanovich (Cyrillic: СТРУКОВ, Константин Иванович), Russia; DOB 10 Sep 1958; POB Dimitrovo, Russia; nationality Russia; Gender Male; Tax ID No. 741600653047 (Russia) (individual) [RUSSIA-EO14024].

STUDENTS OF AYYASH (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS;

a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

STUDENTS OF THE ENGINEER (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

STUDHALTER INTERNATIONAL GROUP AG (f.k.a. RUFIN FINANZ AG; a.k.a. STUDHALTER INTERNATIONAL GROUPE AG; f.k.a. STUURMAN HOLDING AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 24 Mar 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 100923804 (Switzerland); Legal Entity Number 529900J9I6AM3N2EI717; Registration Number CH-100.3.021.077-4 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

STUDHALTER INTERNATIONAL GROUPE AG (f.k.a. RUFIN FINANZ AG; a.k.a. STUDHALTER INTERNATIONAL GROUP AG; f.k.a. STUURMAN HOLDING AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 24 Mar 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 100923804 (Switzerland); Legal Entity Number 529900J9I6AM3N2EI717; Registration Number CH-100.3.021.077-4 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

STUDHALTER TREUHAND AG (f.k.a. INTRACONT TREUHAND AG; a.k.a. SWISS INTERNATIONAL ADVISORY GROUP AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 04 Nov 1986; Organization Type: Accounting, bookkeeping and auditing activities; tax consultancy; Tax ID No. 103755348 (Switzerland); Legal Entity Number 5493005XWZ1Q6ED29G15;

Registration Number CH-100.3.006.955-6 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

STUDHALTER, Alexander (a.k.a. STUDHALTER, Alexander-Walter), Oberruti-Allee 14, Horw 6048, Switzerland; United Kingdom; Luxembourg; Spain; Germany; France; DOB 25 Jul 1968; POB Luzern, Switzerland; nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024].

STUDHALTER, Alexander-Walter (a.k.a. STUDHALTER, Alexander), Oberruti-Allee 14, Horw 6048, Switzerland; United Kingdom; Luxembourg; Spain; Germany; France; DOB 25 Jul 1968; POB Luzern, Switzerland; nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024].

STUDHALTER, Hugo (a.k.a. ETOURNEAU, Hugo Ange Christophe; a.k.a. STUDHALTER, Hugo Ange Christophe), Oberruti-Allee 14, Horw 6048, Switzerland; DOB 12 Jan 2000; nationality France; alt. nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SWISS INTERNATIONAL ADVISORY GROUP AG).

STUDHALTER, Hugo Ange Christophe (a.k.a. ETOURNEAU, Hugo Ange Christophe; a.k.a. STUDHALTER, Hugo), Oberruti-Allee 14, Horw 6048, Switzerland; DOB 12 Jan 2000; nationality France; alt. nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SWISS INTERNATIONAL ADVISORY GROUP AG).

STUDHALTER, Jeremy (a.k.a. BAROZZI, Jeremy Eric Camille; a.k.a. STUDHALTER, Jeremy Eric Camille), Oberruti-Allee 14, Horw 6048, Switzerland; DOB 31 Oct 1996; POB Nice, Alpes-Maritimes, France; nationality France; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SWISS INTERNATIONAL ADVISORY GROUP AG).

STUDHALTER, Jeremy Eric Camille (a.k.a. BAROZZI, Jeremy Eric Camille; a.k.a. STUDHALTER, Jeremy), Oberruti-Allee 14, Horw 6048, Switzerland; DOB 31 Oct 1996; POB Nice, Alpes-Maritimes, France; nationality France; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SWISS INTERNATIONAL ADVISORY GROUP AG).

STUPINO ENGINEERING PRODUCTION ENTERPRISE (a.k.a. JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE; a.k.a. STUPINO MACHINE PRODUCTION PLANT; a.k.a. "SMPP AO"), 42 Ulitsa Akademika Belova,

Stupino 142800, Russia; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

STUPINO MACHINE PRODUCTION PLANT (a.k.a. JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE; a.k.a. STUPINO ENGINEERING PRODUCTION ENTERPRISE; a.k.a. "SMPP AO"), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

STUURMAN HOLDING AG (f.k.a. RUFIN FINANZ AG; a.k.a. STUDHALTER INTERNATIONAL GROUP AG; a.k.a. STUDHALTER INTERNATIONAL GROUPE AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 24 Mar 1998; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 100923804 (Switzerland); Legal Entity Number 529900J9I6AM3N2EI717; Registration Number CH-100.3.021.077-4 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

SU, Chunpeng, China; DOB 10 Dec 1980; POB Tai'an, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G57293067 (China) issued 21 Dec 2011 expires 20 Dec 2021; National ID No. 37060219801210215 (China) (individual) [NPWMD] (Linked To: SHENZHEN JIASIBO TECHNOLOGY CO., LTD.).

SU, Gui Qin (a.k.a. SU, Guiqin; a.k.a. SU, Zhao; a.k.a. WEI, Su; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SU, Guiqin (a.k.a. SU, Gui Qin; a.k.a. SU, Zhao; a.k.a. WEI, Su; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China);

alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SU, Lu-Chi (a.k.a. TSAI SU, Lu-Chi), C/O TRANS MERITS CO. LTD., Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 07 Feb 1950; alt. DOB Nov 1950; POB Yun Lin Hsien, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 210215095 (Taiwan); Corporate Officer (individual) [NPWMD].

SU, Zhao (a.k.a. SU, Gui Qin; a.k.a. SU, Guiqin; a.k.a. WEI, Su; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

SUAREZ ANDERSON, Lourdes Benicia (Latin: SUÁREZ ANDERSON, Lourdes Benicia), Caracas, Capital District, Venezuela; DOB 07 Mar 1965; citizen Venezuela; Gender Female; Cedula No. 6726793 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

SUAREZ CHOURIO, Jesus Rafael (Latin: SUÁREZ CHOURIO, Jesús Rafael), Aragua, Venezuela; Caracas, Venezuela; DOB 19 Jul 1962; citizen Venezuela; Gender Male; Cedula No. 9195336 (Venezuela); General Commander of Venezuela's Bolivarian Army; Former Commander of Venezuela's Central Integral Strategic Defense Region of Venezuela's National Armed Forces; Former Commander of Venezuela's Aragua Integrated Defense Zone of Venezuela's National Armed Forces; Former Leader of the Venezuelan President's Protection and Security Unit (individual) [VENEZUELA].

SUAZA BARCO, Carmen (a.k.a. SUAZA BARCO, Maria del Carmen), c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST

S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Calle Hamburgo No. 214 dpto. 22-3, Colonia Juarez, Mexico City, Distrito Federal C.P. 06600, Mexico; DOB 06 May 1921; POB Andes, Antioquia, Colombia; Cedula No. 32446309 (Colombia); VisaNumberID 2024702 (Mexico) (individual) [SDNT].

SUAZA BARCO, Maria del Carmen (a.k.a. SUAZA BARCO, Carmen), c/o AGROESPINAL S.A., Medellin, Colombia; c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Calle Hamburgo No. 214 dpto. 22-3, Colonia Juarez, Mexico City, Distrito Federal C.P. 06600, Mexico; DOB 06 May 1921; POB Andes, Antioquia, Colombia; Cedula No. 32446309 (Colombia); VisaNumberID 2024702 (Mexico) (individual) [SDNT].

SUBAREV, Viktor Vladislavvich (Cyrillic: ЗУБАРЕВ, Виктор Владиславович), Russia; DOB 20 Feb 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SUBAYTI, Wahid Mahmud (Arabic: وحيد محمود سبيتي) (a.k.a. SBAYTI, Wahid; a.k.a. SBEITY, Waheed Mahmoud), Kfar Sir, Nabatieh, Lebanon; DOB 23 Feb 1961; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 473548 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

SUBBOTIN, Aleksey Anatolyevich (a.k.a. SUBBOTIN, Alexey Anatolyevich), Russia; DOB 07 Mar 1975; POB Nyandoma, Russia; nationality Russia; Gender Male; National ID No. 1100109762 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SUBBOTIN, Alexey Anatolyevich (a.k.a. SUBBOTIN, Aleksey Anatolyevich), Russia; DOB 07 Mar 1975; POB Nyandoma, Russia; nationality Russia; Gender Male; National ID No. 1100109762 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

SUBOTIC, Bogdan; DOB 25 Apr 1941; POB Bosanska Gradiska, Bosnia-Herzegovina (individual) [BALKANS].

SUBOTIC, Milan, Serbia; DOB 08 Nov 1981; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

SUBRAMANIAM, Sharda, C 5C/22-B, Janakpuri, Delhi 110058, India; D-248, PH1, Sushant Lok, Gurgaon 122001, India; DOB 23 May 1966; POB New Delhi, India; nationality India; Gender Female; Passport Z3012452 (India) issued 19 Dec 2014 expires 18 Dec 2024 (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

SUBSIDIARY JSC BANK VTB KAZAKHSTAN (a.k.a. BANK VTB KAZAKHSTAN JOINT STOCK COMPANY; a.k.a. BANK VTB KAZAKHSTAN JSC; a.k.a. JOINT STOCK COMPANY VTB BANK KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

SUCCESS AVIATION SERVICES FZC, 608, The Apricot Tower, Dubai Silicon Oasis, Dubai, United Arab Emirates; Building L1, Sharjah International Airport, Sharjah, United Arab Emirates; Organization Established Date 17 Nov 2015; Organization Type: Service activities incidental to air transportation; Registration Number 16039 (United Arab Emirates) [RUSSIA-EO14024].

SUCCESS MOVE LTD., No. 1109 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

SUDAN MASTER TECHNOLOGY (a.k.a. GIAD INDUSTRIAL CITY; a.k.a. GIAD INDUSTRIAL GROUP), SMT Building Madani Road, KM 50 Khartoum, Giad Industrial Complex, Gamhuria Street, Khartoum, Sudan; Giad Industrial Group Building, Street 60, Giad Industrial City, PO Box 444, Khartoum, Sudan; SMT Building, Gamhuria Street, GIAD Industrial Complex, PO Box 10782, Khartoum SU001, Sudan; Website www.sudanmaster.com; Organization Established Date 01 Jan 1993; Organization Type: Activities of holding companies [SUDAN-EO14098].

SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TEHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

SUE RC 'FEODOSIA OPTICAL PLANT' (a.k.a. FEODOSIA STATE OPTICAL PLANT; a.k.a. STATE OPTICAL PLANT - FEODOSIA), Feodosia State Optical Plant, 11 Moskovskaya Street, Feodosia, Crimea 98100, Ukraine; Website http://www.fkoz.feodosia.com.ua/; Email Address optic_plant_sbut@bk.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

SUE RK 'CRIMEAN PORTS' (a.k.a. CRIMEAN PORTS; a.k.a. STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS'; a.k.a. "SUE RC 'KMP'"), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

SUEX OTC, S.R.O. (a.k.a. "SUCCESSFUL EXCHANGE"), Presnenskaya Embankment, 12, Federation East Tower, Floor 31, Suite Q, Moscow 123317, Russia; Skorepka 1058/8 Stare Mesto, Prague 110 00, Czech Republic (Latin: Skořepka 1058/8 Staré Město, Praha 110 00, Czech Republic); Website suex.io; Digital Currency Address - XBT 12HQDsicffSBaYdJ6BhnE22sfjTESmmzKx; alt. Digital Currency Address - XBT 1L4ncif9hh9TnUveqWq77HfWWt6CJWtrnb; alt. Digital Currency Address - XBT

13mnk8SvDGqsQTHbiGiHBXqtaQCUKfcsnP; alt. Digital Currency Address - XBT 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6; alt. Digital Currency Address - XBT 1ECeZBxCVJ8Wm2JSN3Cyc6rge2gnvD3W5K; alt. Digital Currency Address - XBT 1J9oGoAiHeRfeMZeUnJ9W7RpV55CdKtgYE; alt. Digital Currency Address - XBT 1295rkVyNfFpqZpXvKGhDqwhP1jZcNNDMV; alt. Digital Currency Address - XBT 1LiNmTUPSJEd92ZgVJjAV3RT9BzUjvUCkx; alt. Digital Currency Address - XBT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - XBT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - XBT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - XBT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - XBT bc1qdt3gml5z5n50y5hm04u2yjdphefkm0fl2zdj68; alt. Digital Currency Address - XBT 1B64QRxfaa35MVkf7sDjuGUYAP5izQt7Qi; Digital Currency Address - ETH 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - ETH 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - ETH 0xe7aa314c77f4233c18c6cc84384a9247c0cf367b; alt. Digital Currency Address - ETH 0x308ed4b7b49797e1a98d3818bff6fe53854103 70; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 25 Sep 2018; Digital Currency Address - USDT 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - USDT 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - USDT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - USDT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - USDT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - USDT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - USDT 16iWn2J1McqjToYLHSsAyS6En3QA8YQ91H; Company Number 07486049 (Czech Republic); Legal Entity Number 5299007NTWCC3U23WM81 (Czech Republic) [CYBER2].

SUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SHUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysia;

Passport A10472263 (Malaysia) (individual) [SDGT].

SUGAIPOV, Umar; DOB 17 Apr 1966; POB Chechen Republic, Russia (individual) [MAGNIT].

SUGHAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

SUGUJA, Fezza (a.k.a. SEGUJJA, Elias; a.k.a. "Faiza"; a.k.a. "Feeza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

SUHADA'A AL-YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

SUK, Vitalii Oleksandrovych (Cyrillic: СУК, Віталій Олександрович) (a.k.a. SUK, Vitaly Alexandrovich (Cyrillic: СУК, Виталий Александрович)), Oleshky, Ukraine; DOB 12 Mar 1970; POB Chutove, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Tax ID No. 910619125006 (Russia) (individual) [RUSSIA-EO14024].

SUK, Vitaly Alexandrovich (Cyrillic: СУК, Виталий Александрович) (a.k.a. SUK, Vitalij Oleksandrovych (Cyrillic: СУК, Віталій Олександрович)), Oleshky, Ukraine; DOB 12

Mar 1970; POB Chutove, Ukraine; nationality Russia; alt. nationality Ukraine; Gender Male; Tax ID No. 910619125006 (Russia) (individual) [RUSSIA-EO14024].

SUKHARENKA, Stiapan Mikalaevich (a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHARENKA, Stsiapan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHARENKA, Stsiapan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a.

SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHARENKA, Stsiapan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalaevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHAREV, Ivan Konstantinovich (Cyrillic: СУХАРЕВ, Иван Константинович), Russia; DOB 10 Jun 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SUKHAYTAH, Muhammad Khayr, Syria; DOB 18 May 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SUKHODOLOV, Aleksei Borisovich (Cyrillic: СУХОДОЛОВ, Алексей Борисович) (a.k.a. SUKHODOLOV, Alexey Borisovich), Moscow, Russia; DOB 19 Apr 1974; POB Voronezh, Russia; nationality Russia; citizen Russia; Gender Male; Passport 100137518 (Russia) (individual) [RUSSIA-EO14024].

SUKHODOLOV, Alexey Borisovich (a.k.a. SUKHODOLOV, Aleksei Borisovich (Cyrillic: СУХОДОЛОВ, Алексей Борисович)), Moscow, Russia; DOB 19 Apr 1974; POB Voronezh, Russia; nationality Russia; citizen Russia;

Gender Male; Passport 100137518 (Russia) (individual) [RUSSIA-EO14024].

SUKHOI (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. UNITED AIRCRAFT CORPORATION), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia; Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

SUKHORENKA, Stepan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalayevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stepan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a.

SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stepan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Mikalayevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stiapan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Mikalayevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKA, Stiapan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Mikalayevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Mikalaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Mikalayevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Mikalayevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Nikolaevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a. SUKHORENKO, Stsiapan Mikalayevich; a.k.a. SUKHORENKO, Stsiapan Nikolaevich); DOB 27 Jan 1957; POB Zdudichi, Gomel' oblast, Belarus; Chairman of Belarusian KGB (individual) [BELARUS].

SUKHORENKO, Stepan Nikolaevich (a.k.a. SUKHARENKA, Stiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Mikalayevich; a.k.a. SUKHARENKA, Stsiapan Nikolaevich; a.k.a. SUKHARENKA, Stepan Mikalaevich; a.k.a. SUKHARENKA, Stepan Mikalayevich; a.k.a. SUKHORENKA, Stepan Nikolaevich; a.k.a. SUKHARENKA, Stiapan Mikalaevich; a.k.a. SUKHARENKA, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stepan Mikalaevich; a.k.a. SUKHORENKO, Stepan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Mikalayevich; a.k.a. SUKHORENKO, Stiapan Nikolaevich; a.k.a. SUKHORENKO, Stsiapan Mikalaevich; a.k.a.

SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalayevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stepan Nikolaevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.
SUKHORENKO, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalayevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stiapan Mikalaevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.
SUKHORENKO, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalayevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stiapan Mikalayevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.

SUKHORENKA, Stepan Mikalaevich; a.k.a.
SUKHORENKA, Stepan Mikalayevich; a.k.a.
SUKHORENKA, Stepan Nikolaevich; a.k.a.
SUKHORENKA, Stiapan Mikalaevich; a.k.a.
SUKHORENKA, Stiapan Mikalayevich; a.k.a.
SUKHORENKA, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalayevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stiapan Nikolaevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.
SUKHORENKA, Stepan Mikalaevich; a.k.a.
SUKHORENKA, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stsiapan Mikalaevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.
SUKHORENKA, Stepan Mikalaevich; a.k.a.
SUKHORENKA, Stepan Mikalayevich; a.k.a.
SUKHORENKA, Stepan Nikolaevich; a.k.a.
SUKHORENKA, Stiapan Mikalaevich; a.k.a.
SUKHORENKA, Stiapan Mikalayevich; a.k.a.
SUKHORENKA, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalayevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB

27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stsiapan Mikalayevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.
SUKHORENKA, Stepan Mikalaevich; a.k.a.
SUKHORENKA, Stepan Mikalayevich; a.k.a.
SUKHORENKA, Stepan Nikolaevich; a.k.a.
SUKHORENKA, Stiapan Mikalaevich; a.k.a.
SUKHORENKA, Stiapan Mikalayevich; a.k.a.
SUKHORENKA, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Nikolaevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKHORENKO, Stsiapan Nikolaevich (a.k.a.
SUKHARENKA, Stiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Mikalaevich; a.k.a.
SUKHARENKA, Stsiapan Mikalayevich; a.k.a.
SUKHARENKA, Stsiapan Nikolaevich; a.k.a.
SUKHORENKA, Stepan Mikalaevich; a.k.a.
SUKHORENKA, Stepan Mikalayevich; a.k.a.
SUKHORENKA, Stepan Nikolaevich; a.k.a.
SUKHORENKA, Stiapan Mikalaevich; a.k.a.
SUKHORENKA, Stiapan Nikolaevich; a.k.a.
SUKHORENKA, Stepan Mikalaevich; a.k.a.
SUKHORENKO, Stepan Mikalayevich; a.k.a.
SUKHORENKO, Stepan Nikolaevich; a.k.a.
SUKHORENKO, Stiapan Mikalaevich; a.k.a.
SUKHORENKO, Stiapan Mikalayevich; a.k.a.
SUKHORENKO, Stiapan Nikolaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalaevich; a.k.a.
SUKHORENKO, Stsiapan Mikalayevich); DOB
27 Jan 1957; POB Zdudichi, Gomel' oblast,
Belarus; Chairman of Belarusian KGB
(individual) [BELARUS].

SUKIRNO, Bambang (a.k.a. "Abu Zahra"; a.k.a.
"Pak Zahra"); DOB 05 Apr 1975; POB
Indonesia; nationality Indonesia; Passport
A2062513 (Indonesia) (individual) [SDGT].

SULAIMAN, Ahmad Matan Hassan Ali (a.k.a.
MATAAN, Ahmed Hasan Ali Sulaiman; a.k.a.
"MATAAN, Ahmad"; a.k.a. "MATAAN, Ahmed"),
Al Mahrah, Yemen; DOB 1966; POB Qandala,
Somalia; nationality Yemen; Gender Male;
Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

SULAIMAN, Mohammed Ibrahim (a.k.a. SULEIMAN, Mohamed Ibrahim; a.k.a. SULIMAN, Mohammed Ibrahim), House Number 27, Block Number 29, Manishia District, Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan; DOB Aug 1946; nationality Sudan; Gender Male; Secretary General, IARA Headquarters (individual) [SDGT].

SULAIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SULAYMAN, Akram, Syria; DOB 14 Apr 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SULAYMAN, Dayma, Syria; DOB 29 Sep 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SULAYMAN, Ma'alin (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULEIMAN, Ma'alin; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SULAYMAN, Qasim (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SULAYMAN, Salih Muhammad (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. "MUHAMMAD, Abu"; a.k.a.

"SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

SULAYMAN, Taysir, Syria; DOB 22 Aug 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

SULEIMAN HAMAD AL-HABLAIN, Ibrahim (a.k.a. SULIMAN H. AL HBLIAN, Barahim; a.k.a. "ABU JABAL"; a.k.a. "ABU-JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

SULEIMAN SHAH BRIGADE (a.k.a. AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [SYRIA-EO13894].

SULEIMAN, Ma'alim (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SULEIMAN, Mohamed Ibrahim (a.k.a. SULAIMAN, Mohammed Ibrahim; a.k.a. SULIMAN, Mohammed Ibrahim), House Number 27, Block Number 29, Manishia District, Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan; DOB Aug 1946; nationality Sudan; Gender Male; Secretary General, IARA Headquarters (individual) [SDGT].

SULEIMAN, Momad Bachir (a.k.a. SULEMAN, Mohamed Bachir; a.k.a. SULEMANE, Mohamed Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMAN, Mualem (a.k.a. ALI, Maalim Salman; a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

SULEMAN, Mohamed Bachir (a.k.a. SULEIMAN, Momad Bachir; a.k.a. SULEMAN, Momade Bachir; a.k.a. SULEMANE, Mohamed Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMAN, Momade Bachir (a.k.a. SULEIMAN, Momad Bachir; a.k.a. SULEMAN, Mohamed Bachir; a.k.a. SULEMANE, Mohamed Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMANE, Mohamed Bachir (a.k.a. SULEIMAN, Momad Bachir; a.k.a. SULEMAN, Mohamed Bachir; a.k.a. SULEMAN, Momade Bachir), c/o GRUPO MBS LIMITADA, Maputo, Mozambique; c/o GRUPO MBS - KAYUM CENTRE, Maputo, Mozambique; c/o MAPUTO SHOPPING CENTRE, Maputo, Mozambique; DOB 28 Apr 1958; POB Nampula, Mozambique; Passport AC036215 (Mozambique); alt. Passport AB030890 (Mozambique); alt. Passport AA109572 (Mozambique); alt. Passport AA261051 (Mozambique); alt. Passport AA291051 (Mozambique) (individual) [SDNTK].

SULEMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim); DOB 11 Mar 1957; POB

Qom, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] [IFSR].

SULEYMANOV, Renat Ismailovich (Cyrillic: СУЛЕЙМАНОВ, Ренат Исмаилович), Russia; DOB 24 Dec 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SULIMAN H. AL HBLIAN, Barahim (a.k.a. SULEIMAN HAMAD AL-HABLAIN, Ibrahim; a.k.a. "ABU JABAL"; a.k.a. "ABU-JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

SULIMAN, Mohammed Ibrahim (a.k.a. SULAIMAN, Mohammed Ibrahim; a.k.a. SULEIMAN, Mohamed Ibrahim), House Number 27, Block Number 29, Manishia District, Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan; DOB Aug 1946; nationality Sudan; Gender Male; Secretary General, IARA Headquarters (individual) [SDGT].

SULLAJ MINING COMPANY (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

SULTAN GOLD (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SULTAN MOHMADI, Mohhamad (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a.

SOLTANMOHAMMADI, Mohammad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport 093104973 (United Kingdom); alt. Passport 093234017 (United Kingdom); alt. Passport 099156908 (United Kingdom); alt. Passport U11283369 (Iran); alt. Passport S2760238Z; National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: SOLTECH INDUSTRY CO., LTD.).

SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [SYRIA-EO13894].

SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه AL-AMSHAT; f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [SYRIA-EO13894].

SULTAN, Ahmed (a.k.a. ADNAN, Ahmed S. Hasan; a.k.a. AHMED, Adnan S. Hasan), Amman, Jordan (individual) [IRAQ2].

SULTAN, Nawfal Hamadi (a.k.a. AL-AKOUB, Nawfal; a.k.a. AL-SULTAN, Nawfal Hammadi), Iraq; DOB 23 Feb 1964; nationality Iraq; Gender Male; National ID No. 71719043 (Iraq) (individual) [GLOMAG].

SULTANA, Aozma (a.k.a. QURESHI, Aozma), 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; 5 Maryport Road, Luton, Bedfordshire LU4 8EA, United Kingdom; 8 St. Mildreds Avenue, Luton, Bedfordshire LU31QR, United Kingdom; DOB 30 Oct 1982; POB Luton, UK; nationality United Kingdom; Gender Female; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 523632616 (United Kingdom) (individual) [SDGT] (Linked To: AL-QURESHI EXECUTIVES; Linked To: AAKHIRAH LIMITED).

SULTAN'S CONSTRUCTION CC, 115 Russel St, Durban, KwaZulu-Natal 4001, South Africa; 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4000, South Africa; P.O. Box 48155, Qualbert, Durban, KwaZulu-Natal 4078, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Nov 2007; Tax ID No. 9124813164 (South Africa); Trade License No. 2007/241953/23 (South Africa); Enterprise Number B2007241953 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

SUM FIVE PETROCHEMICALS TRADING L.L.C (Arabic: سم فايف لتجارة البتروكيماويات ذ.م.م), Deira Al Riqqa, Dubai, United Arab Emirates; Office 15 G, The Plaza Building, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jan 2021; License 927052 (United Arab Emirates); Economic Register Number (CBLS) 11610921 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

SUMA, Emrush; DOB 27 May 1974; POB Dimce, Serbia and Montenegro (individual) [BALKANS].

SUMAN CURRENCY EXCHANGE SARL (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN CURRENCY EXCHANGE; a.k.a. "SHUMAN GROUP"), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

SUMARSONO, Aris (a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a.

"ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

SUMILAB, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Boulevard Enrique Cabrera 2212, Culiacan, Sinaloa C.P. 80020, Mexico; Organization Established Date 25 May 2001; Organization Type: Manufacture of chemicals and chemical products; R.F.C. SUM010525IF9 (Mexico); Folio Mercantil No. 56745 (Mexico) [ILLICIT-DRUGS-EO14059].

SUMIYOSHI-KAI, 6-4-21 Akasaka, Minato-ku, Tokyo, Japan [TCO].

SUMMIT DEVELOPMENT AND PROJECTS LLC (a.k.a. AL 'QIMA DEVELOPMENT AND PROJECTS LLC; a.k.a. APEX DEVELOPMENT AND PROJECTS LLC (Arabic: شركة القمة للتطوير والمشاريع المحدودة المسؤولية)), Rural Damascus, Syria; Organization Established Date 17 Jan 2018; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

SUN MOON STAR (SINGAPORE) LTD. (a.k.a. SINSMS PTE. LTD.), 24 Mohamed Sultan Road, Singapore 239012, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 201318227N (Singapore) [DPRK4].

SUN PROPERTIES LLC, DE, United States; 801 South Miami Ave, Unit PH5803, Miami, FL, United States; File Number 6096108 (United States) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

SUN SHIP MANAGEMENT D LTD (a.k.a. SCF MANAGEMENT SERVICES DUBAI LTD), PO Box 507065, Unit OT 17-32, Central Park Towers, Office Tower, Dubai, United Arab Emirates; Organization Established Date 02 Aug 2012; UAE Identification 1244 (United Arab Emirates); Registration Number 11440513 (United Arab Emirates) [RUSSIA-EO14024].

SUN TAC INTERNATIONAL TRADING CO., LIMITED (a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUN TEC INTERNATIONAL TRADING CO., LIMITED (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUN, Amber (a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shih-Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Jinlong (Chinese Simplified: 孙金龙), Xinjiang, China; DOB Jan 1962; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PRODUCTION AND CONSTRUCTION CORPS).

SUN, Qingye (Chinese Simplified: 孙青野) (a.k.a. SUN, Wenqing (Chinese Simplified: 孙文清)), Hong Kong; DOB 1965; POB Shijiazhuang City, Hebei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

SUN, Shi Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shih-Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Shih Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih-Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Shih-Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shi-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar 1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Shi-Mei (a.k.a. SUN, Amber; a.k.a. SUN, Shi Mei; a.k.a. SUN, Shih Mei; a.k.a. SUN, Shih-Mei), No. 12, Lane 85, Zhengyi Rd., Zhongli, Taoyuan, 325, Taiwan; DOB 23 Mar

1969; POB Taitung, Taiwan; nationality Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 211104130 (Taiwan); National ID No. V220335470 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

SUN, Sidong, Liaoning, China; DOB 11 May 1976; POB Dandong, China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport G55296890 (China) issued 15 Sep 2011 expires 14 Sep 2021; National ID No. 210623197605112215 (individual) [DPRK4].

SUN, Wei (Chinese Simplified: 孙伟), 224-4 Shifu Da Lu, RM 1305, Heping District, Sheyang City, Liaoning Province, China; 200-69 Yinhe East Road, Tianfu County, Benxi Manchurian Autonomous Region, Liaoning Province, China; DOB 01 Jul 1982; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 210521198207010412 (China) expires 13 Aug 2029 (individual) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

SUN, Wenqing (Chinese Simplified: 孙文清) (a.k.a. SUN, Qingye (Chinese Simplified: 孙青野)), Hong Kong; DOB 1965; POB Shijiazhuang City, Hebei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

SUNARSO, Arif (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

SUNARSO, Aris (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a.

"ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

SUNCAN MEXICO, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 19 Jun 2019; Organization Type: Real estate activities on a fee or contract basis [ILLICIT-DRUGS-EO14059].

SUNGATOV, Artur Ravilevich, Kazan, Tatarstan Republic, Russia; DOB 16 Jan 1990; POB Kazan, Russia; nationality Russia; Email Address tkmegap@gmail.com; alt. Email Address imailo@ya.ru; alt. Email Address asungatov@gmail.com; alt. Email Address morozofkent@gmail.com; Gender Male; Digital Currency Address - XBT 18gaXypKj9M23S2zT9qZfL9iPbLFM372Q5; Secondary sanctions risk: Ukraine-/Russia- Related Sanctions Regulations, 31 CFR 589.201; Passport 751412830 (Russia); alt. Passport 9209857353 (Russia) (individual) [CYBER2].

SUNGKAR, Sahid Ahmad (a.k.a. SUNGKAR, Said; a.k.a. SUNGKAR, Said Ahmad); DOB 25 Oct 1961; nationality Indonesia; Passport U337061 (Indonesia) issued 17 Dec 2009 expires 17 Dec 2014; National ID No. 337502.251061.0002 (Indonesia) (individual) [SDGT].

SUNGKAR, Said (a.k.a. SUNGKAR, Sahid Ahmad; a.k.a. SUNGKAR, Said Ahmad); DOB 25 Oct 1961; nationality Indonesia; Passport U337061 (Indonesia) issued 17 Dec 2009 expires 17 Dec 2014; National ID No. 337502.251061.0002 (Indonesia) (individual) [SDGT].

SUNGKAR, Said Ahmad (a.k.a. SUNGKAR, Sahid Ahmad; a.k.a. SUNGKAR, Said); DOB 25 Oct 1961; nationality Indonesia; Passport U337061 (Indonesia) issued 17 Dec 2009 expires 17 Dec 2014; National ID No. 337502.251061.0002 (Indonesia) (individual) [SDGT].

SUNGINISAN TRADING CORPORATION (Korean: 조선승리산무역회사) (a.k.a. KOREA SUNGRISAN TRADING CORPORATION), Chungsong 2-dong, Nangnang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target

Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

SUNIGA MORFIN, Isel Aneli (Latin: SUÑIGA MORFÍN, Isel Aneli), 4ta Calle, Tecun Uman, Ayutla, San Marcos 12017, Guatemala; DOB 07 Sep 1994; POB Ayutla, San Marcos, Guatemala; nationality Guatemala; Gender Female; NIT # 83524479 (Guatemala); C.U.I. 2517372251217 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: LOS POCHOS DRUG TRAFFICKING ORGANIZATION).

SUNIGA RODRIGUEZ, Jose Juan (Latin: SUÑIGA RODRÍGUEZ, Jose Juan), 1 Avenida 1-51, zona 1, Ayutla, San Marcos, Guatemala; DOB 17 Dec 1972; POB Guatemala City, Guatemala, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1227200 (Guatemala); Passport 164629459 (Guatemala); NIT # 1198063K (Guatemala); C.U.I. 1646294590101 (Guatemala) (individual) [SDNTK] (Linked To: RANCHO LA DORADA).

SUNNI GROUP FOR PREACHING AND JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD), Nigeria [FTO] [SDGT].

SUNRISE GREENLAND SDN. BHD., No. 164-A, Room 1, Jalan Layang 16, Taman Perling, Johor Bahru, Johor 81200, Malaysia; 533 A, Jalan Persiaran Perling 1, Taman Perling, Johor Bahru, Johor 81200, Malaysia; Organization Established Date 16 Dec 2011; Company Number 971882-V (Malaysia); alt. Company Number 201101043762 (Malaysia) [TCO] (Linked To: CHING, Teo Boon).

SUNTAC GROUP (a.k.a. SUNTAC TECHNOLOGIES; a.k.a. SUNTAC TECHNOLOGIES CO., LTD.; a.k.a. SUNTAC TECHNOLOGIES COMPANY LIMITED), Room 5, 7, 8, Building 5, Building 8, MICT Park, Hlaing Township, Yangon Region, Burma; Bldg 5, Room 5/7/8/12 Myanmar ICP Park, Hlaing Po 1052 Township, Yangon, Burma; Organization Established Date 28 Dec 2000; Organization Type: Mining of hard coal; alt. Organization Type: Mining of lignite; Business Registration Number 181472561 (Burma) [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC GROUP (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED;

a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC GROUP OF COMPANIES (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC INTERNATIONAL TRADING CO., LIMITED (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC INTERNATIONAL TRADING COMPANY LIMITED (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a.

SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC TECHNOLOGIES (a.k.a. SUNTAC GROUP; a.k.a. SUNTAC TECHNOLOGIES CO., LTD.; a.k.a. SUNTAC TECHNOLOGIES COMPANY LIMITED), Room 5, 7, 8, Building 5, Building 8, MICT Park, Hlaing Township, Yangon Region, Burma; Bldg 5, Room 5/7/8/12 Myanmar ICP Park, Hlaing Po 1052 Township, Yangon, Burma; Organization Established Date 28 Dec 2000; Organization Type: Mining of hard coal; alt. Organization Type: Mining of lignite; Business Registration Number 181472561 (Burma) [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC TECHNOLOGIES CO., LTD. (a.k.a. SUNTAC GROUP; a.k.a. SUNTAC TECHNOLOGIES; a.k.a. SUNTAC TECHNOLOGIES COMPANY LIMITED), Room 5, 7, 8, Building 5, Building 8, MICT Park, Hlaing Township, Yangon Region, Burma; Bldg 5, Room 5/7/8/12 Myanmar ICP Park, Hlaing Po 1052 Township, Yangon, Burma; Organization Established Date 28 Dec 2000; Organization Type: Mining of hard coal; alt. Organization Type: Mining of lignite; Business Registration Number 181472561 (Burma) [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTAC TECHNOLOGIES COMPANY LIMITED (a.k.a. SUNTAC GROUP; a.k.a. SUNTAC TECHNOLOGIES; a.k.a. SUNTAC TECHNOLOGIES CO., LTD.), Room 5, 7, 8, Building 5, Building 8, MICT Park, Hlaing Township, Yangon Region, Burma; Bldg 5, Room 5/7/8/12 Myanmar ICP Park, Hlaing Po 1052 Township, Yangon, Burma; Organization Established Date 28 Dec 2000; Organization Type: Mining of hard coal; alt. Organization Type: Mining of lignite; Business Registration Number 181472561 (Burma) [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTEC INTERNATIONAL TRADING CO., LIMITED (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC

GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. "SUN TEC"; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

SUNTHORN, Chiwinpraphasi (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

SUNWAY TECH CO., LTD (Chinese Simplified: 北京旭润科技有限公司), No. 1724, Xiao Ying Rd, Si Fang Building, Chao Yang District, Beijing, China; No. 302-71, District 6, Xinggu Economic Development Zone, Pinggu District, Beijing 101200, China; Website www.sunwaytech.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 110117010279470 (China); Unified Social Credit Code (USCC) 91110117663725176G (China) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES; Linked To: LIU, Baoxia).

SUPERLANO, Adolfo Ramon, Barinas, Venezuela; DOB 07 Jun 1954; Gender Male; Cedula No. V-4262374 (Venezuela) (individual) [VENEZUELA].

SUPERTIENDAS & AUTO PARTES HANDAL (a.k.a. APH S. DE R.L. DE C.V.; a.k.a. AUTO PARTES HANDAL S. DE R.L. DE C.V.), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; 14 de Julio, La Ceiba, Atlantida, Honduras; Ave Junior, Entre 7 y 6 Calle Sureste, San Pedero Sula, Cortes, Honduras; Tax ID No. 3ET38QN (Honduras); alt. Tax ID No. 05019001468346 (Honduras) [SDNTK].

SUPERTIENDAS & AUTO PARTES HANDAL (a.k.a. SUPERTIENDAS HANDAL S. DE R.L.), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; Tax ID No. REFXT9I (Honduras) [SDNTK].

SUPERTIENDAS HANDAL S. DE R.L. (a.k.a. SUPERTIENDAS & AUTO PARTES HANDAL), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; Tax ID No. REFXT9I (Honduras) [SDNTK].

SUPLINKA SRL (a.k.a. "VIP ROOM"), Av. Abraham Lincoln Esq. Independencia, Zona Universitaria, Santo Domingo, Dominican Republic; Tax ID No. 131-40246-1 (Dominican Republic) [SDNTK].

SUPPORTERS OF THE PARTY OF GOD (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

SUPREME COUNCIL OF CYBERSPACE, Saadat Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

SUPREME LEADER'S GUARDIAN SPECIAL FORCES (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

SUPREME SHIPPING CO LTD (a.k.a. SUPREME SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563315 (Hong Kong); Identification Number IMO 6003117 [IFCA].

SUPREME SHIPPING COMPANY LIMITED (a.k.a. SUPREME SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563315 (Hong Kong); Identification Number IMO 6003117 [IFCA].

SUPRIM LUBRIKANTS (a.k.a. "SUPREME LUBRICANTS"), Ul. Smolnaya D. 24A, Et./Pomeshch. 14/I, Kom./Office. 22/1416, Moscow 125445, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728381322 (Russia); Registration Number 5177746027949 (Russia) [RUSSIA-EO14024].

SURABAYA HOBBY CV, Jl. Barata Jaya Xix/57-b, Surabaya, East Java, Indonesia; Jl. Raya Kendangsari Industri No. 2, Kendangsari, KEC, Tenggilis, Mejoyo, Surabaya, East Java, Indonesia; Website https://www.surabayahobby.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 4242110 (Indonesia) [NPWMD] [IRGC] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

SURAQIYA FOR MEDIA AND BROADCASTING (a.k.a. SBC TELEVISION; a.k.a. SBC TV; a.k.a. SORAQIA FOR MEDIA AND BROADCASTING; a.k.a. SORAQIYA FOR MEDIA AND BROADCASTING), Al Sufara' Street in the Ya'fur district, Damascus, Syria [IRAQ3].

SURDON, Tatiana Ryabikova (a.k.a. RYABIKOVA, Tatiana), France; DOB 24 Jan 1970; nationality France; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 04KH30561 (France) (individual) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

SURI, Muhammad; DOB 01 Jan 1946 to 31 Dec 1946; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

SURKOV, Vladislav Yurievich; DOB 21 Sep 1964; POB Solntsevo, Lipetsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Presidential Aide (individual) [UKRAINE-EO13661].

SUROVIKINA, Anna Borisovna (Cyrillic: СУРОВИКИНА, Анна Борисовна), Russia; DOB 04 Jul 1973; POB Alma-Ata, Kazakhstan; nationality Russia; citizen Russia; Gender Female; Tax ID No. 667403289248 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

SURUR, Muhammad Ibrahim (a.k.a. SARUR, Muhammad), Baalbek-Hermel Province, Lebanon; DOB 05 Feb 1967; Gender Male (individual) [SDGT] (Linked To: HAMAS).

SUSANTI, Dwi Dahlia, Idlib, Syria; Kel. Sambonjaya, Kec. Mangkubumi, Tasikmalaya, Indonesia; DOB 28 Jul 1976; nationality Indonesia; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 3306967 (Indonesia); Identification Number 19760728199803001 (Indonesia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SUSHKO, Andrey (a.k.a. SUSHKO, Andrey Vladimirovich; a.k.a. SUSHKO, Andrii; a.k.a. SUSHKO, Andriy Volodymyrovych), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSHKO, Andrey Vladimirovich (a.k.a. SUSHKO, Andrey; a.k.a. SUSHKO, Andrii; a.k.a. SUSHKO, Andriy Volodymyrovych), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB

Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSHKO, Andrii (a.k.a. SUSHKO, Andrey; a.k.a. SUSHKO, Andrey Vladimirovich; a.k.a. SUSHKO, Andriy Volodymyrovych), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSHKO, Andriy Volodymyrovych (a.k.a. SUSHKO, Andrey; a.k.a. SUSHKO, Andrey Vladimirovich; a.k.a. SUSHKO, Andrii), Bldg. 78, Apt. 74, ulitsa Generala Petrova, city of Kerch, Crimea, Ukraine; DOB 23 Jan 1976; POB Village of Leninskoe, Leninskiy Region, Autonomous Region of Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES].

SUSTAINABLE ELECTRONIC DEVELOPMENT (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

SUSTAINABLE ELECTRONICS DEVELOPMENT (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No.

225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

SUSU COMPUTER ENGINEERING CENTER (a.k.a. TSENTR KOMPYUTERNOGO INZHINIRINGA), Ordzhonikidze St., 50, Chelyabinsk 454091, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7448199173 (Russia); Registration Number 1167456142424 (Russia) [RUSSIA-EO14024].

SUTHEP, Samsaeng (a.k.a. SAMSAENG, Suthep; a.k.a. WEI, Ta Chou; a.k.a. "AH CHOU"; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

SUTHIT, Samsaeng (a.k.a. AKIRAPHOKIN, Thit; a.k.a. THIT, Akiraphokin; a.k.a. WEI, Ta Han; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821

(Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

SUWAID, Joseph (a.k.a. SWEID, Joseph Jurji); DOB 1958; POB Damascus, Syria; Minister of State (individual) [SYRIA].

SUWAYD AND SONS MONEY EXCHANGE (a.k.a. SWAID AND SONS FOR EXCHANGE CO. (Arabic: شركة سويد و اولاده الصرافة), Al-Zubairi Street, Swaid's Building, Sanaa, Sana'a City, Yemen; Swaid Building, Al Zubeiry Street, in front of IBY, Sanaa 8000600, Yemen; Website https://swaidexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SUZHOU AIWEN SPECIAL ALLOY CO., LTD. (a.k.a. SUZHOU A-ONE SPECIAL ALLOY CO., LTD (Chinese Simplified: 苏州埃文特种合金有限公司)), No.2 Weihua Road, Suzhou Industrial Park, Jiangsu Province, China; No.2, Weihua Road, Suzhou Industrial Park, Jiangsu Province 215121, China; Room 1219, Building 2, Hetai Dushi Living Plaza, No. 2, Weihua Road, Weiting, Suzhou Industrial Park, Suzhou 215000, China; Website www.sz-alloy.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 91320594MA1MAHHR9W (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SUZHOU A-ONE SPECIAL ALLOY CO., LTD (Chinese Simplified: 苏州埃文特种合金有限公司) (a.k.a. SUZHOU AIWEN SPECIAL ALLOY CO., LTD.), No.2 Weihua Road, Suzhou Industrial Park, Jiangsu Province, China; No.2, Weihua Road, Suzhou Industrial Park, Jiangsu Province 215121, China; Room 1219, Building 2, Hetai Dushi Living Plaza, No. 2, Weihua Road, Weiting, Suzhou Industrial Park, Suzhou 215000, China; Website www.sz-alloy.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 91320594MA1MAHHR9W (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SUZHOU XIAOLI PHARMATECH CO., LTD (Chinese Simplified: 苏州小栗医药科技有限公司), Room 508, 5th Floor, Office Building, Joyshang Center, No. 88, Nanxijiang Road, Yuexi, Wuzhong District, Suzhou, Hubei, China (Chinese Simplified: 吴中区越溪南溪江路88号喜悦尚中心写字楼5层5

08室附近企业, 苏州市, 湖北, China); Website www.xiaolipharma.com; Organization Established Date 15 Feb 2017; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; Registration Number 320506000647396 (China); Unified Social Credit Code (USCC) 91320506MA1NDQ9J4N (China) [ILLICIT-DRUGS-EO14059].

SUZHOU ZHONGSHENG MAGNETIC COMPANY LIMITED (a.k.a. SUZHOU ZHONGSHENG MAGNETIC INDUSTRY CO., LTD. (Chinese Simplified: 苏州中盛磁业有限公司)), Room 17002, Zhongxiang Mansion, No. 666, Xiangcheng Blvd., Yuanhe Town, Xiangcheng District, Suzhou, Jiangsu 215133, China; Zhong Xiang building, No. 666, Xiangcheng Avenue, Suzhou, Xiangcheng District 17002, China; Website www.zhongsheng-magnet.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91320507582255256P (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SUZHOU ZHONGSHENG MAGNETIC INDUSTRY CO., LTD. (Chinese Simplified: 苏州中盛磁业有限公司) (a.k.a. SUZHOU ZHONGSHENG MAGNETIC COMPANY LIMITED), Room 17002, Zhongxiang Mansion, No. 666, Xiangcheng Blvd., Yuanhe Town, Xiangcheng District, Suzhou, Jiangsu 215133, China; Zhong Xiang building, No. 666, Xiangcheng Avenue, Suzhou, Xiangcheng District 17002, China; Website www.zhongsheng-magnet.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91320507582255256P (China) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

SVETLANA POLUPROVODNIKI PAO (a.k.a. JSC SVETLANA POLUPROVODNIKI; a.k.a. SVETLANA SEMICONDUCTORS STOCK COMPANY; a.k.a. ZAO SVETLANA POLUPROVODNIKI), 27, Engels Prospect, Saint Petersburg 194156, Russia; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

SVETLANA ROST JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SVETLANA ROST), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Organization Established Date 01 Nov 2004; Tax ID No.

7802309269 (Russia); Registration Number 1047855125592 (Russia) [RUSSIA-EO14024].

SVETLANA SEMICONDUCTORS STOCK COMPANY (a.k.a. JSC SVETLANA POLUPROVODNIKI; a.k.a. SVETLANA POLUPROVODNIKI PAO; a.k.a. ZAO SVETLANA POLUPROVODNIKI), 27, Engels Prospect, Saint Petersburg 194156, Russia; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

SVETLOGORSKKHIMVOLKNO OAO (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. "SOHIM"), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

SVETLOVSKY ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

SVIBLOV, Vladislav Vladimirovich (Cyrillic: СВИБЛОВ, Владислав Владимирович), Russia; DOB 19 Jan 1980; POB Rybinsk, Yaroslavl Region, Russia; nationality Russia; Gender Male; Tax ID No. 761015289955 (Russia) (individual) [RUSSIA-EO14024].

SVIRIDENKO, Oleg Mikhailovich (Cyrillic: СВИРИДЕНКО, Олег Михайлович) (a.k.a. SVIRIDENKO, Oleg Mikhaylovich), Moscow, Russia; DOB 29 Jul 1962; POB Potapivka, Gomel Region, Buda-Koshelevo District, Belarus; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772704610955 (Russia) (individual) [RUSSIA-EO14024].

SVIRIDENKO, Oleg Mikhaylovich (a.k.a. SVIRIDENKO, Oleg Mikhailovich (Cyrillic:

СВИРИДЕНКО, Олег Михайлович)), Moscow, Russia; DOB 29 Jul 1962; POB Potapivka, Gomel Region, Buda-Koshelevo District, Belarus; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772704610955 (Russia) (individual) [RUSSIA-EO14024].

SVISHCHEV, Dmitry Aleksandrovich (Cyrillic: СВИЩЕВ, Дмитрий Александрович), Russia; DOB 22 May 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SVISTUNOV, Arkady Nikolayevich (Cyrillic: СВИСТУНОВ, Аркадий Николаевич), Russia; DOB 28 Apr 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SVORCAN, Marko, Serbia; DOB 07 May 1967; nationality Serbia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

SVR ROSSII FKU (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [RUSSIA-EO14024].

SVYATENKO, Inna Yuryevna (Cyrillic: СВЯТЕНКО, Инна Юрьевна), Russia; DOB 06 Sep 1967; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

SWAID AND SONS FOR EXCHANGE CO. (Arabic: شركة سويد و اولاده الصرافة (a.k.a. SUWAYD AND SONS MONEY EXCHANGE), Al-Zubairi Street, Swaid's Building, Sanaa, Sana'a City, Yemen; Swaid Building, Al Zubeiry Street, in front of IBY, Sanaa 8000600, Yemen; Website https://swaidexchange.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Other monetary

intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

SWANSEAS PORT SERVICES PTE. LTD., 60 Paya Lebar Road, #11-03, Paya Lebar Square, 409051, Singapore; 7, Suntec Tower 1, 07, Temasek Boulevard, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 May 2018; Company Number 201815139D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

SWANSEAS SHIPPING S PTE. LTD. (f.k.a. ANFASAR ENTERPRISES S PTE LTD; a.k.a. ANFASAR TRADING S PTE. LTD.), 60 Paya Lebar Road, #09-36, Paya Lebar Square, 409051, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Sep 1993; Company Number 199306026D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

SWD EMBEDDED SYSTEMS (a.k.a. "LLC SVD VS"; a.k.a. "SWD ES LTD"), Kuznetsovskaya st., 19, Saint Petersburg 196128, Russia; PR-KT Moskovskii D. 212, Lit. A, Et/Vkh/P/Of, 2/84N/22/2077, Saint Petersburg 196066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810267943 (Russia); Registration Number 1027804848741 (Russia) [RUSSIA-EO14024].

SWE, Hla, Burma; DOB 28 Sep 1960; POB Chauk, Magway, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 8/GaGaNa N 085996 (Burma) (individual) [BURMA-EO14014].

SWE, Khin Maung (a.k.a. SWE, Khin Mg; a.k.a. SWE, U Khin Maung), Naypyitaw, Burma; DOB 20 Jul 1942; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SWE, Khin Mg (a.k.a. SWE, Khin Maung; a.k.a. SWE, U Khin Maung), Naypyitaw, Burma; DOB 20 Jul 1942; nationality Burma; citizen Burma;

Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SWE, Myint, Burma; DOB 24 May 1951; Gender Male (individual) [BURMA-EO14014].

SWE, U Khin Maung (a.k.a. SWE, Khin Maung; a.k.a. SWE, Khin Mg), Naypyitaw, Burma; DOB 20 Jul 1942; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA) [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a.

AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 14101, San 'a, Yemen [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA;

a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 2364, Islamabad, Pakistan [SDGT].

SWEDISH MANAGEMENT CO SA, Office Number 82, Floor Number 8, Ajman Chamber of Commerce Building, Ajman, United Arab Emirates; Amro Street, PO Box 25701, Dubai, United Arab Emirates; Website www.swedishmanagement.ae; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 5186278 [IRAN-EO13846].

SWEET APARTMENTS (a.k.a. SMILE TECHNOLOGIES CANADA LIMITED; a.k.a. SMILE TECHNOLOGIES CANADA LTD; a.k.a. SMILE WALLET; a.k.a. SMILETRAVELS; a.k.a. SMILEWALLET), 5825 Tiz Road, Mississauga, Ontario L5N0B6, Canada; 731 States Street, Mississauga, Ontario L5R 0B6, Canada; 2 Robert Speck Parkway, 7th Floor, Mississauga, Ontario L4Z 1H8, Canada; Website www.smiletraveltours.com; alt. Website www.sweetaparts.com; Company Number 2592364 (Canada); MSB Registration Number M18867067 (Canada) [SDNTK].

SWEID, Joseph Jurji (a.k.a. SUWAID, Joseph); DOB 1958; POB Damascus, Syria; Minister of State (individual) [SYRIA].

SWINIARSKI, Jacek Romuald, Poland; DOB 07 Feb 1967; nationality Poland; Gender Male; National ID No. 67020701814 (Poland) (individual) [RUSSIA-EO14024] (Linked To: INTER-TRANS SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA).

SWIRU HOLDING AG (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT LTD; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

SWIRU TRUSTEE LTD (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT LTD; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU HOLDING AG), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Organization Established Date 30 May 1996; Tax ID No.

103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

SWISS INTERNATIONAL ADVISORY GROUP AG (f.k.a. INTRACONT TREUHAND AG; f.k.a. STUDHALTER TREUHAND AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 04 Nov 1986; Organization Type: Accounting, bookkeeping and auditing activities; tax consultancy; Tax ID No. 103755348 (Switzerland); Legal Entity Number 5493005XWZ1Q6ED29G15; Registration Number CH-100.3.006.955-6 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

SWISS INTERNATIONAL REAL ESTATE AG (a.k.a. SWISS INTERNATIONAL REAL ESTATE PORTFOLIO AG; f.k.a. V. MICHEL IMMOBILIEN AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 23 Oct 1996; Organization Type: Real estate activities with own or leased property; Tax ID No. 103524234 (Switzerland); Legal Entity Number 549300GY21AQGXZ45018; Registration Number CH-100.3.019.281-6 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

SWISS INTERNATIONAL REAL ESTATE PORTFOLIO AG (f.k.a. SWISS INTERNATIONAL REAL ESTATE AG; f.k.a. V. MICHEL IMMOBILIEN AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 23 Oct 1996; Organization Type: Real estate activities with own or leased property; Tax ID No. 103524234 (Switzerland); Legal Entity Number 549300GY21AQGXZ45018; Registration Number CH-100.3.019.281-6 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

SWISS MANAGEMENT SERVICES SARL, 28C, Route de Denges, Lonay 1027, Switzerland; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SWISSOL TRADE DMCC (Arabic: سویسول ترایدد.م.م. ), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number DMCC-612148 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

SWISSTEC 3D AKUS AG, Ackerstrasse 45, Uster 8610, Switzerland; Organization

Established Date 27 Jan 2017; Company Number CH-197.109.049 (Switzerland); Registration Number CH-020.3.044.174-6 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

SWORD OF DAVID (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

SYAH, Bahrum (a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

SYAWAL, Muhammad (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul

Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

SYAWAL, Yassin (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

SYCHUGOV, Aleksandr Viacheslavovich (a.k.a. SYCHUGOV, Aleksandr Vyacheslavovich), Russia; DOB 29 Sep 1962; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 330501738533 (Russia) (individual) [RUSSIA-EO14024].

SYCHUGOV, Aleksandr Vyacheslavovich (a.k.a. SYCHUGOV, Aleksandr Viacheslavovich), Russia; DOB 29 Sep 1962; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 330501738533 (Russia) (individual) [RUSSIA-EO14024].

SYDITEK MUNDO DIGITAL S.A. (a.k.a. MUNDO DIGITAL S.A.), Calle Central de Altamira del BDF 100 Mts Norte, Managua, Nicaragua; Website www.syditek.com.ni; Registration ID J0310000131740 (Nicaragua) [NICARAGUA] (Linked To: MOJICA MEJIA, Jose Jorge).

SYEED, Hafiz Mohammad (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"; a.k.a.

"TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

SYLA, Azem; DOB 05 Apr 1951; POB Serbia and Montenegro (individual) [BALKANS].

SYNCAM ADDITIVE CENTER (a.k.a. SINKAM), Pr-D Khlebozavodskii D. 7, Str. 9, ET 9 Pom.Xvi Kom 3B, Moscow 115230, Russia; Tax ID No. 7724412379 (Russia); Registration Number 1177746569340 (Russia) [RUSSIA-EO14024].

SYNERGY CONSULTANTS LIMITED (a.k.a. NORTHSTAR TRADING CORPORATION), Victoria, Seychelles; Certificate of Incorporation Number 006971 (Seychelles) [SDNTK].

SYNERGY GENERAL TRADING FZE, Sharjah - Saif Zone, Sharjah Airport International Free Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

SYNERGY SAL OFFSHORE, Azarieh street - Azarieh building, Beirut, Lebanon [SYRIA].

SYNOMOSIA PYRINON TIS FOTIAS (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece [SDGT].

SYRIA INTERNATIONAL ISLAMIC BANK (a.k.a. SIIB; a.k.a. SYRIAN INTERNATIONAL ISLAMIC BANK), Syria International Islamic Building, Main Highway Road, Al Mazzah Area, P.O. Box 35494, Damascus, Syria; PO Box 35494, Mezza'h Vellat Sharqia'h, beside the Saudi Arabia Consulate, Damascus, Syria; SWIFT/BIC SIIBSYDA; all offices worldwide [NPWMD].

SYRIAMAR (a.k.a. SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT; a.k.a. SYRIAN GENERAL ESTABLISHMENT FOR MARINE TRANSPORT; a.k.a. SYRIAN GENERAL ORGANIZATION FOR MARITIME TRANSPORT), BP 28, Bur Sa'id Street, Latakia, Syria; BP 225, Yarmouk Street, Latakia, Syria; BP 915, al-Mina Street, Tartous, Syria; BP 730, Argentine Street, Damascus, Syria; Port Road, Lattakia, Syria [SYRIA].

SYRIAN AIR (a.k.a. SYRIAN ARAB AIRLINES; a.k.a. SYRIANAIR), Syria; Social Insurance

Building, Youssef Al Azmeh Square, Down Town, PO Box 417, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [SYRIA] [IRGC] [IFSR].

SYRIAN AIR FORCE, Damascus, Syria [SYRIA].

SYRIAN AIR FORCE INTELLIGENCE (a.k.a. AIR FORCE INTELLIGENCE DIRECTORATE; a.k.a. IDARAT AL-MUKHABARAT AL-JAWIYYA) [SYRIA].

SYRIAN ARAB AIR DEFENSE FORCES, Damascus, Syria [SYRIA].

SYRIAN ARAB AIRLINES (a.k.a. SYRIAN AIR; a.k.a. SYRIANAIR), Syria; Social Insurance Building, Youssef Al Azmeh Square, Down Town, PO Box 417, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [SYRIA] [IRGC] [IFSR].

SYRIAN ARAB ARMY, Damascus, Syria [SYRIA].

SYRIAN ARAB CO. FOR ELECTRONIC INDUSTRIES (a.k.a. SYRONICS), Kaboon Street, PO Box 5966, Damascus, Syria [NPWMD].

SYRIAN ARAB NAVY, Damascus, Syria [SYRIA].

SYRIAN ARAB REPUBLICAN GUARD, Damascus, Syria [SYRIA].

SYRIAN CHAMBER OF SHIPPING (a.k.a. "SCOS"), Al Jazaeer Street, Farid Hanna Bldg, 8th Fl., P.O. Box 1731, Lattakia, Syria; Al Mina Street, Tartous, Syria [SYRIA].

SYRIAN COMPANY FOR INFORMATION TECHNOLOGY (a.k.a. "SCIT"), P.O. Box 11037, Damascus, Syria [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

SYRIAN COMPANY FOR METALS AND INVESTMENTS LLC (Arabic: شركة السورية للمعادن والاستثمار), Damascus, Syria; Organization Established Date 22 Oct 2018; Organization Type: Wholesale of metals and metal ores [SYRIA] (Linked To: BIN ALI, Khodr Taher).

SYRIAN COMPANY FOR OIL TRANSPORT (a.k.a. SYRIAN CRUDE OIL TRANSPORTATION COMPANY; a.k.a. "SCOT"; a.k.a. "SCOTRACO"), Banias Industrial Area, Latakia Entrance Way, P.O. Box 13, Banias, Syria; Website www.scot-syria.com; Email scot50@scn-net.org [SYRIA].

SYRIAN CRUDE OIL TRANSPORTATION COMPANY (a.k.a. SYRIAN COMPANY FOR OIL TRANSPORT; a.k.a. "SCOT"; a.k.a. "SCOTRACO"), Banias Industrial Area, Latakia

Entrance Way, P.O. Box 13, Banias, Syria; Website www.scot-syria.com; Email scot50@scn-net.org [SYRIA].

SYRIAN DIRECTORATE GENERAL OF RADIO & TELEVISION EST (a.k.a. GENERAL ORGANIZATION OF RADIO AND TV; a.k.a. GENERAL RADIO AND TELEVISION CORPORATION; a.k.a. RADIO AND TELEVISION CORPORATION; a.k.a. RTV SYRIA; a.k.a. "GORT"), Al Oumaween Square, P.O. Box 250, Damascus, Syria [SYRIA].

SYRIAN GAS COMPANY, P.O. Box 4499, Homs, Syria; Agricultural Engineering Syndicate Building, Baab Hood Area, Al Arbeen District, Homs, Syria; Website www.sgc.gov.sy; Email sgcpdit@mail.sy; Email info@sgc.gov.sy [SYRIA].

SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT (a.k.a. SYRIAMAR; a.k.a. SYRIAN GENERAL ESTABLISHMENT FOR MARINE TRANSPORT; a.k.a. SYRIAN GENERAL ORGANIZATION FOR MARITIME TRANSPORT), BP 28, Bur Sa'id Street, Latakia, Syria; BP 225, Yarmouk Street, Latakia, Syria; BP 915, al-Mina Street, Tartous, Syria; BP 730, Argentine Street, Damascus, Syria; Port Road, Lattakia, Syria [SYRIA].

SYRIAN GENERAL ESTABLISHMENT FOR MARINE TRANSPORT (a.k.a. SYRIAMAR; a.k.a. SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT; a.k.a. SYRIAN GENERAL ORGANIZATION FOR MARITIME TRANSPORT), BP 28, Bur Sa'id Street, Latakia, Syria; BP 225, Yarmouk Street, Latakia, Syria; BP 915, al-Mina Street, Tartous, Syria; BP 730, Argentine Street, Damascus, Syria; Port Road, Lattakia, Syria [SYRIA].

SYRIAN GENERAL INTELLIGENCE BRANCH 251 - AL-KHATIB (a.k.a. "AL-KHATEEB BRANCH" (Arabic: "فرع الخطيب"); a.k.a. "BRANCH 251" (Arabic: "251الفرع"); a.k.a. "BRANCH 251-AL-KHATEEB"; a.k.a. "THE INTERIOR BRANCH" (Arabic: "الفرع الداخلي")), al-Khatib area of Baghdad Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

SYRIAN GENERAL INTELLIGENCE DIRECTORATE (a.k.a. IDERAT AL-AMN AL-'AMM), Syria [SYRIA] [HRIT-SY].

SYRIAN GENERAL ORGANIZATION FOR MARITIME TRANSPORT (a.k.a. SYRIAMAR; a.k.a. SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT; a.k.a. SYRIAN GENERAL ESTABLISHMENT FOR MARINE TRANSPORT), BP 28, Bur Sa'id Street, Latakia,

Syria; BP 225, Yarmouk Street, Latakia, Syria; BP 915, al-Mina Street, Tartous, Syria; BP 730, Argentine Street, Damascus, Syria; Port Road, Lattakia, Syria [SYRIA].

SYRIAN HOTEL MANAGEMENT LLC (Arabic: الشركة السورية للادارة الفندقية), Damascus, Syria; Organization Established Date 02 May 2017; Organization Type: Short term accommodation activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

SYRIAN INTERNATIONAL ISLAMIC BANK (a.k.a. SIIB; a.k.a. SYRIA INTERNATIONAL ISLAMIC BANK), Syria International Islamic Building, Main Highway Road, Al Mazzeh Area, P.O. Box 35494, Damascus, Syria; PO Box 35494, Mezza'h Vellat Sharqia'h, beside the Saudi Arabia Consulate, Damascus, Syria; SWIFT/BIC SIIBSYDA; all offices worldwide [NPWMD].

SYRIAN LEBANESE COMMERCIAL BANK, Hamra, Makdessi Street, SLCB Building, P.O. Box 113-5127/11-8701, Beirut, Lebanon; Hamra Branch, Hamra St., Darwish and Fakhro Building, P.O. Box 113-5127/11-8701, Beirut, Lebanon; Mar Elias Branch, Mar Elias Street, Fakhani Building, P.O. Box 145 796, Beirut, Lebanon; SWIFT/BIC SYLCLBBE [NPWMD].

SYRIAN MILITARY INTELLIGENCE (a.k.a. SHU'BAT AL-MUKHABARAT AL-'ASKARIYYA; a.k.a. SYRIAN MILITARY INTELLIGENCE DIRECTORATE (Arabic: شعبة المخابرات العسكرية سوريا)), Syria; Organization Established Date 1969 [SYRIA].

SYRIAN MILITARY INTELLIGENCE BRANCH 215 - RAIDS (a.k.a. "BRANCH 215" (Arabic: "الفرع 215"); a.k.a. "BRANCH 215: RAIDS COMPANY" (Arabic: "سرية المداهمة والاقتحام"); a.k.a. "KAFRSOUSA BRANCH"; a.k.a. "RAIDS COMPANY" (Arabic: "فرع سرية المداهمة")), Syria; 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

SYRIAN MILITARY INTELLIGENCE BRANCH 216 (Arabic: الفرع 216) (a.k.a. "BRANCH 216: PATROLS BRANCH" (Arabic: "فرع الدوريات")), Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

SYRIAN MILITARY INTELLIGENCE BRANCH 227 - AL MINTAQA BRANCH (Arabic: فرع المنطقة) (a.k.a. "AL-MINTAQA"; a.k.a. "AL-MINTAQA BRANCH 227"; a.k.a. "BRANCH 227" (Arabic: "الفرع 227"); a.k.a. "BRANCH 227: DAMASCUS GOVERNORATE BRANCH"), 6th of May Street, Damascus, Syria [SYRIA]

(Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

SYRIAN MILITARY INTELLIGENCE BRANCH 235 - PALESTINE (a.k.a. "BRANCH 235" (Arabic: "235الفرع"); a.k.a. "BRANCH 235: PALESTINE BRANCH" (Arabic: "فرع فلسطين")), Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

SYRIAN MILITARY INTELLIGENCE BRANCH 248 - INVESTIGATION (Arabic: فرع التحقيق; Arabic: 248 فرع) (a.k.a. BRANCH 248 MILITARY INTELLIGENCE (Arabic: فرع التحقيق العسكري)), Al Tawajoh Street, Alsyasi Street, 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

SYRIAN MILITARY INTELLIGENCE BRANCH 290 - ALEPPO BRANCH (a.k.a. "BRANCH 290"), Aleppo, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

SYRIAN MILITARY INTELLIGENCE DIRECTORATE (Arabic: شعبة المخابرات العسكرية سوريا) (a.k.a. SHU'BAT AL-MUKHABARAT AL-'ASKARIYYA; a.k.a. SYRIAN MILITARY INTELLIGENCE), Syria; Organization Established Date 1969 [SYRIA].

SYRIAN MINISTRY OF PETROLEUM AND MINERAL RESOURCES (Arabic: وزارة النفط و الثروة المعدنية) (a.k.a. MINISTRY OF OIL AND MINERAL RESERVES), Dummar, P.O. Box 31483, Damascus, Syria; Website http://mopmr.gov.sy/ [SYRIA].

SYRIAN MINISTRY OF TOURISM (Arabic: وزارة السياحة السورية), P.O. Box 6642, Victoria Street, Barada Bank, Damascus, Syria; Kwatli Street, Barada Bank, Damascus 96311, Syria; Website http://www.syriatourism.org; Organization Established Date 1972 [SYRIA].

SYRIAN NATIONAL DEFENSE FORCE (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

SYRIAN NATIONAL DEFENSE FORCES (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. "ARMY OF THE

PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

SYRIAN NATIONAL SECURITY BUREAU (a.k.a. BA'ATH PARTY NATIONAL SECURITY BUREAU; a.k.a. MAKTAB AL-AMN AL-QAWMI), Syria [SYRIA].

SYRIAN PETROLEUM COMPANY (a.k.a. "SPC"), Dummar Province Expansion Square, Island 19, Building 32, PO Box 3378, Damascus, Syria; Dummar Province Expansion Square, Island 19, Building 32, PO Box 2849, Damascus, Syria; Todmar Project, Damascus, Syria [SYRIA].

SYRIAN SHIPPING AGENCIES COMPANY (a.k.a. "SHIPCO"; a.k.a. "SHIPPING AGENCIES CO."), Port Said Street, P.O. Box 28, Lattakia, Syria; Port Street, P.O. Box 3, Tartous, Syria; Joul Jammal Street, P.O. Box 28, Banias, Syria; Brazil Street, P.O. Box 12477, Damascus, Syria [SYRIA].

SYRIAN TRANSPORT AND TOURISM COMPANY (Arabic: الشركة السورية للنقل و السياحة) (a.k.a. SYRIAN TRANSPORT AND TOURISM JSC), Al-Bahsa, Damascus, Syria; Organization Established Date 1952; Organization Type: Tour operator activities; alt. Organization Type: Short term accommodation activities [SYRIA] (Linked To: SYRIAN MINISTRY OF TOURISM).

SYRIAN TRANSPORT AND TOURISM JSC (a.k.a. SYRIAN TRANSPORT AND TOURISM COMPANY (Arabic: الشركة السورية للنقل و السياحة)), Al-Bahsa, Damascus, Syria; Organization Established Date 1952; Organization Type: Tour operator activities; alt. Organization Type: Short term accommodation activities [SYRIA] (Linked To: SYRIAN MINISTRY OF TOURISM).

SYRIANAIR (a.k.a. SYRIAN AIR; a.k.a. SYRIAN ARAB AIRLINES), Syria; Social Insurance Building, Youssef Al Azmeh Square, Down Town, PO Box 417, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [SYRIA] [IRGC] [IFSR].

SYRIATEL (a.k.a. SYRIATEL MOBILE; a.k.a. SYRIATEL MOBILE TELECOM; a.k.a. SYRIATEL MOBILE TELECOM SA), Doctors Syndicate Building, Al Jalaa Street, Abu Roumaneh Area, PO Box 2900, Damascus, Syria [SYRIA] [HRIT-SY].

SYRIATEL MOBILE (a.k.a. SYRIATEL; a.k.a. SYRIATEL MOBILE TELECOM; a.k.a. SYRIATEL MOBILE TELECOM SA), Doctors

Syndicate Building, Al Jalaa Street, Abu Roumaneh Area, PO Box 2900, Damascus, Syria [SYRIA] [HRIT-SY].

SYRIATEL MOBILE TELECOM (a.k.a. SYRIATEL; a.k.a. SYRIATEL MOBILE; a.k.a. SYRIATEL MOBILE TELECOM SA), Doctors Syndicate Building, Al Jalaa Street, Abu Roumaneh Area, PO Box 2900, Damascus, Syria [SYRIA] [HRIT-SY].

SYRIATEL MOBILE TELECOM SA (a.k.a. SYRIATEL; a.k.a. SYRIATEL MOBILE; a.k.a. SYRIATEL MOBILE TELECOM), Doctors Syndicate Building, Al Jalaa Street, Abu Roumaneh Area, PO Box 2900, Damascus, Syria [SYRIA] [HRIT-SY].

SYRISS (a.k.a. GUANGZHOU SYRISS LOGISTICS & SERVICES; a.k.a. SYRISS GROUP LIMITED; a.k.a. SYRISS LOGISTICS AND SERVICE COMPANY), Head Office, Suite 707, Oriental Finance Building, 140 Dong Feng Xi Road, Guangzhou 510000, China; Marine Logistics Office, Suite 912, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Air Logistics Office, Suite 419, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Marine Warehouse, Baiyun Area, ShiJing Town, 20 Qingfeng Qinglong Road, Guangzhou, China; Baramkeh Free Zone, Damascus, Syria; Jebel Ali Free Zone, W.H. # WF06, Jebel Ali, United Arab Emirates; Ras Al Khor Industrial 3, Warehouse # 2, Al Aweer, United Arab Emirates; Exit 19 Al Manakh area , W.H. # 364, Riyadh, Saudi Arabia [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

SYRISS GROUP LIMITED (a.k.a. GUANGZHOU SYRISS LOGISTICS & SERVICES; a.k.a. SYRISS; a.k.a. SYRISS LOGISTICS AND SERVICE COMPANY), Head Office, Suite 707, Oriental Finance Building, 140 Dong Feng Xi Road, Guangzhou 510000, China; Marine Logistics Office, Suite 912, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Air Logistics Office, Suite 419, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Marine Warehouse, Baiyun Area, ShiJing Town, 20 Qingfeng Qinglong Road, Guangzhou, China; Baramkeh Free Zone, Damascus, Syria; Jebel Ali Free Zone, W.H. # WF06, Jebel Ali, United Arab Emirates; Ras Al Khor Industrial 3, Warehouse # 2, Al Aweer, United Arab Emirates; Exit 19 Al Manakh area , W.H. # 364, Riyadh, Saudi Arabia [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

SYRISS LOGISTICS AND SERVICE COMPANY (a.k.a. GUANGZHOU SYRISS LOGISTICS &

SERVICES; a.k.a. SYRISS; a.k.a. SYRISS GROUP LIMITED), Head Office, Suite 707, Oriental Finance Building, 140 Dong Feng Xi Road, Guangzhou 510000, China; Marine Logistics Office, Suite 912, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Air Logistics Office, Suite 419, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Marine Warehouse, Baiyun Area, ShiJing Town, 20 Qingfeng Qinglong Road, Guangzhou, China; Baramkeh Free Zone, Damascus, Syria; Jebel Ali Free Zone, W.H. # WF06, Jebel Ali, United Arab Emirates; Ras Al Khor Industrial 3, Warehouse # 2, Al Aweer, United Arab Emirates; Exit 19 Al Manakh area , W.H. # 364, Riyadh, Saudi Arabia [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

SYRONICS (a.k.a. SYRIAN ARAB CO. FOR ELECTRONIC INDUSTRIES), Kaboon Street, PO Box 5966, Damascus, Syria [NPWMD].

SYROVATSKAYA, Olga Vladimirovna (a.k.a. BOKAREVA, Olga), Moscow, Russia; DOB 12 Oct 1980; POB Slovyansk, Ukraine; nationality Russia; Gender Female; Tax ID No. 771065006817 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BOKAREV, Andrei Removich).

SYSKON PVT LTD, Chaandhanee Magu, Maafannu, Male 20189, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 2017; Registration Number C-0901/2017 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

SYSOYEV, Vasiliy Vasilievich (Cyrillic: СЫСОЕВ, Василий Васильевич), Syrokomli St., 48-73, Minsk, Belarus (Cyrillic: ул. Сырокомли, 48-73, г. Минск, Belarus); DOB 01 Aug 1974; nationality Belarus; Gender Male; National ID No. 3010874A112PB7 (Belarus); Tax ID No. AC2366486 (Belarus) (individual) [BELARUS-EO14038].

SYSTEMS OF BIOLOGICAL SYNTHESIS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA; a.k.a. "OOO SBS"; a.k.a. "SBS LLC"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva Ul, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to

section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

SYTII, Dmitry (a.k.a. SYTII, Dmitry Sergeevich (Cyrillic: СЫТЫЙ, Дмитрий Сергеевич); a.k.a. SYTYI, Dmitry), Central African Republic; DOB 23 Mar 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SYTII, Dmitry Sergeevich (Cyrillic: СЫТЫЙ, Дмитрий Сергеевич) (a.k.a. SYTII, Dmitry; a.k.a. SYTYI, Dmitry), Central African Republic; DOB 23 Mar 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SYTROL, Prime Minister Building, 17 Street Nissan, Damascus, Syria [SYRIA] [ISA].

SYTROX (a.k.a. CYTROX AD), October 20, no. 1/1-1, Karpos, Skopje, North Macedonia, The Republic of; Metropolitan Theodosij Gologanov 44, Karpos, Skopje, North Macedonia, The Republic of; Organization Established Date 2017; Organization Type: Other information technology and computer service activities [CYBER2].

SYTYI, Dmitry (a.k.a. SYTII, Dmitry; a.k.a. SYTII, Dmitry Sergeevich (Cyrillic: СЫТЫЙ, Дмитрий Сергеевич)), Central African Republic; DOB 23 Mar 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE

TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОIЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОIЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОIЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОIЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

T N K FABRICS LIMITED, United Kingdom [IRAQ2].

T SERVICE BUSSINES INC, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 09 Sep 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 85498 (Mexico) [ILLICIT-DRUGS-EO14059].

T.D.G. (a.k.a. TECHNOLOGY AND DEVELOPMENT GROUP LTD), Centric House 390/391, Strand, London, United Kingdom [IRAQ2].

T.E.G. LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

T.F.M.C. THE FOOD MANAGEMENT CORPORATION LTD, 3 Ha'avoda Street, Rosh HaAyin 48017, Israel; Commercial Registry Number 513174466 (Israel) [SDNTK].

T.G.A. D.O.O. (a.k.a. T.G.A. D.O.O. ZA TRGOVINU I USLUGE), Trg zrtava fasizma 6, Zagreb 10000, Croatia; Organization Established Date 26 Feb 2010; Tax ID No. 13620997820 (Croatia); Registration Number 02617846 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

T.G.A. D.O.O. ZA TRGOVINU I USLUGE (a.k.a. T.G.A. D.O.O.), Trg zrtava fasizma 6, Zagreb 10000, Croatia; Organization Established Date 26 Feb 2010; Tax ID No. 13620997820 (Croatia); Registration Number 02617846 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

T.M.G. ENGINEERING LIMITED, Castle Row, Horticultural Place, Chiswick, London, United Kingdom [IRAQ2].

T1 HOLDING, Ul. Yunosti D. 13, Office 221, Moscow 111395, Russia; Website t1.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Other information technology and computer service activities; Tax ID No. 7720484492 (Russia); Registration Number 1197746617419 (Russia) [RUSSIA-EO14024].

TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ IНIЦЫЯТЫВЫ) (a.k.a. LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ IНIЦЫЯТЫВЫ); a.k.a. OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ); a.k.a. "DEFENSE INITIATIVES COMPANY"), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС) (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobediteli, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

TAA BREMINA GRUP (Cyrillic: ТАА БРЭМIНА ГРУП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANNICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМIНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ; a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

TAA EMIREITS BLYU SKAI (Cyrillic: TAA ЭМІРЭЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. ООО EMIREITS BLYU SKAI (Cyrillic: ООО ЭМІРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. ООО GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO;

a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. ООО INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. ООО INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

TAA SOKHRA (Cyrillic: ТАА СОХРА) (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. ООО SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская, д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

TA'AME, Abraham Selassie (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1956; alt. DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

TAATTA, AO (a.k.a. BANK TAATTA; a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. JSC TAATTA BANK), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

TABA (a.k.a. IRAN CUTTING TOOLS COMPANY; a.k.a. TABA COMPANY; a.k.a. TOWLID ABZAR BORESHI IRAN), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TABA COMPANY (a.k.a. IRAN CUTTING TOOLS COMPANY; a.k.a. TABA; a.k.a. TOWLID ABZAR BORESHI IRAN), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TABACALERA DEL ESTE S.A. (a.k.a. TABESA), Ybyra Pyta s/n Esquina Mandarinas, Villa Conavi II, Hernandarias 7220, Paraguay; Calle Yvyra Pyta y Mandarinas, Barrio Santa Teresa, Ciudad Hernandarias, Alto Parana, Paraguay; Organization Established Date 1994; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 80008790-9 (Paraguay) [GLOMAG] (Linked To: CARTES JARA, Horacio Manuel).

TABACHNIK, Dmitry (a.k.a. TABACHNYK, Dmytriy; a.k.a. TABACHNYK, Dmytro Volodymyrovych); DOB 28 Nov 1963; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TABACHNYK, Dmytriy (a.k.a. TABACHNIK, Dmitry; a.k.a. TABACHNYK, Dmytro Volodymyrovych); DOB 28 Nov 1963; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TABACHNYK, Dmytro Volodymyrovych (a.k.a. TABACHNIK, Dmitry; a.k.a. TABACHNYK, Dmytriy) DOB 28 Nov 1963; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TABACOS USA INC., 4500 William Penn Highway, Easton, PA 18045, United States; Organization Established Date 08 Jun 2004; Business Registration Number 3811964 (Delaware) (United States); alt. Business Registration Number 0101044929 (New Jersey) (United States); alt. Business Registration Number 0005657373 (North Dakota) (United States); alt. Business Registration Number 3331739 (Pennsylvania) (United States); alt. Business Registration Number 7686966-0143 (Utah) (United States); alt. Business Registration Number 270084 (West Virginia) (United States) [GLOMAG].

TABAJA, Adham Husayn (a.k.a. TABAJA, Adham Hussein; a.k.a. TABAJAH, Adham); DOB 24 Oct 1967; POB Kfartebnit 50, Lebanon; alt. POB Kfar Tibnit, Lebanon; alt. POB Ghobeiry, Lebanon; alt. POB Al Ghubayrah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL1294089 (Lebanon); Identification Number 00986426 (Iraq) (individual) [SDGT] (Linked To: HIZBALLAH).

TABAJA, Adham Hussein (a.k.a. TABAJA, Adham Husayn; a.k.a. TABAJAH, Adham); DOB 24 Oct 1967; POB Kfartebnit 50, Lebanon; alt. POB Kfar Tibnit, Lebanon; alt. POB Ghobeiry, Lebanon; alt. POB Al Ghubayrah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL1294089 (Lebanon); Identification Number 00986426 (Iraq) (individual) [SDGT] (Linked To: HIZBALLAH).

TABAJA, Hasan (a.k.a. TABAJA, Hasan Husayn; a.k.a. TABAJA, Hassan; a.k.a. TABAJA, Hassan Hussain), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJA, Hasan Husayn (a.k.a. TABAJA, Hasan; a.k.a. TABAJA, Hassan; a.k.a. TABAJA, Hassan Hussain), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJA, Hassan (a.k.a. TABAJA, Hasan; a.k.a. TABAJA, Hasan Husayn; a.k.a. TABAJA, Hassan Hussain), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number

62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJA, Hassan Hussain (a.k.a. TABAJA, Hasan; a.k.a. TABAJA, Hasan Husayn; a.k.a. TABAJA, Hassan), Lebanon; DOB 08 Oct 1971; POB Chiah, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 0913767 (Lebanon); Identification Number 371923 (Lebanon); Residency Number 62270869 (United Arab Emirates) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

TABAJAH, Adham (a.k.a. TABAJA, Adham Husayn; a.k.a. TABAJA, Adham Hussein); DOB 24 Oct 1967; POB Kfartebnit 50, Lebanon; alt. POB Kfar Tibnit, Lebanon; alt. POB Ghobeiry, Lebanon; alt. POB Al Ghubayrah, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL1294089 (Lebanon); Identification Number 00986426 (Iraq) (individual) [SDGT] (Linked To: HIZBALLAH).

TABAK INVEST LLC (Cyrillic: ООО ТАБАК ИНВЕСТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TABAK INVEST), D. 22, Nezhiloe pomeshchenie, ul. Gusovskogo, Minsk 220073, Belarus; Organization Established Date 1997; Tax ID No. 101333138 (Belarus) [BELARUS-EO14038].

TABAQ, Qasim, Syria; DOB 01 May 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

TABAREZ MARTINEZ, Franco, Mexico; DOB 29 Jan 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. TAMF740129HGRBRR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

TABATABAEE, Sayyed Ali (a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Ali Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Sayyid Ali

Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Sayyid Ali Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Seyed Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAEI, Seyyed Mohammad Ali Khatibi; DOB 27 Sep 1955; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Director, NIOC International Affairs (London) Ltd.; Director of International Affairs, NIOC (individual) [IRAN].

TABATABAEI, Syed (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAI, Abu Ali (a.k.a. AL-TABATABA'I, Abu 'Ali; a.k.a. TABATABA'I, Haytham 'Ali; a.k.a. TABTABAI, Abu Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional

Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TABATABA'I, Haytham 'Ali (a.k.a. AL-TABATABA'I, Abu 'Ali; a.k.a. TABATABAI, Abu Ali; a.k.a. TABTABAI, Abu Ali), Syria; Yemen; DOB 1968; POB Beirut; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TABATABA'I, Seyed Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATABAI, Seyyed Aminollah Emami (Arabic: سیّدامین اله امامی طباطبایی) (a.k.a. TABATBAYI, Aminallah Imami), Tehran, Iran; DOB 26 Aug 1963; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4489260229 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

TABATABA'IE, Sayyed Ali (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TABATBAYI, Aminallah Imami (a.k.a. TABATABAI, Seyyed Aminollah Emami (Arabic: سیّدامین اله امامی طباطبایی)), Tehran, Iran; DOB 26 Aug 1963; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4489260229 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

TABCHEM CHEMICAL INDUSTRIES CO. (Arabic: شرکت صنایع شیمیایی تابکم) (a.k.a. TABCHEM CHEMICAL INDUSTRIES COMPANY PRIVATE COMPANY), 5th Floor,

No. 97, S. Iranshahr St., Tehran, Iran; Alborz industry city, Qazvin, Iran; Website www.tabchem.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100588400 (Iran); Registration Number 16278 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

TABCHEM CHEMICAL INDUSTRIES COMPANY PRIVATE COMPANY (a.k.a. TABCHEM CHEMICAL INDUSTRIES CO. (Arabic: شرکت صنایع شیمیایی تابکم)), 5th Floor, No. 97, S. Iranshahr St., Tehran, Iran; Alborz industry city, Qazvin, Iran; Website www.tabchem.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100588400 (Iran); Registration Number 16278 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

TABESA (a.k.a. TABACALERA DEL ESTE S.A.), Ybyra Pyta s/n Esquina Mandarinas, Villa Conavi II, Hernandarias 7220, Paraguay; Calle Yvyra Pyta y Mandarinas, Barrio Santa Teresa, Ciudad Hernandarias, Alto Parana, Paraguay; Organization Established Date 1994; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 80008790-9 (Paraguay) [GLOMAG] (Linked To: CARTES JARA, Horacio Manuel).

TABRIZ PETROCHEMICAL COMPANY, Off Km 8, Azarshahr Road, Kojuvar Road, Tabriz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TABTABAI, Abu Ali (a.k.a. AL-TABATABA'I, Abu 'Ali; a.k.a. TABATABAI, Abu Ali; a.k.a. TABATABA'I, Haytham 'Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TACKOM (a.k.a. AKTSIONERNOE OBSHCHESTVO TASKOM; a.k.a. AO TASKOM), Ter. Severnaya Promyshlennaya Zona, Vladenie 6, Str. 1, Vorsino 249020, Russia; Tax ID No. 4025422770 (Russia); Registration Number 1094025002246 (Russia) [RUSSIA-EO14024].

TACO LLC (Armenian: ՏԱԿՈ ՍՊԸ) (a.k.a. TAKO LLC), Garegin Nzhdeh Str., Unit 17, Shengavit, Yerevan 0026, Armenia; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 02298191 (Armenia); Registration Number 269.110.1228684 (Armenia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

TACTICAL MISSILES CORPORATION JSC (Cyrillic: АО КОРПОРАЦИЯ ТАКТИЧЕСКОЕ РАКЕТНОЕ ВООРУЖЕНИЕ) (a.k.a. AKTSIONERNOE OBSCHESTVO KORPORATSIYA TAKTICHESKOE RAKETNOE VOORUZHENIE; a.k.a. "KTRV" (Cyrillic: "КТРВ")), d. 7, ul. Ilicha, Korolev, Moskovskaya Obl. 141080, Russia (Cyrillic: д. 7, ул. Ильича, Королёв, Московская Область 141080, Russia); Organization Established Date 13 Mar 2003; Government Gazette Number 07503313 (Russia); Registration Number 1035003364021 (Russia) [RUSSIA-EO14024].

TADAWUL CAPITAL (a.k.a. TADAWUL FINANCIAL SERVICES SAOC), Muscat, Oman; Organization Established Date 11 Mar 2008; Registration Number 1041405 (Oman) [RUSSIA-EO14024].

TADAWUL FINANCIAL SERVICES SAOC (a.k.a. TADAWUL CAPITAL), Muscat, Oman; Organization Established Date 11 Mar 2008; Registration Number 1041405 (Oman) [RUSSIA-EO14024].

TADBIR BROKERAGE COMPANY (a.k.a. SHERKAT-E KARGOZARI E TADBIRGARAN-E FARDA; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR BUILDING EXPANSION GROUP (a.k.a. GORUH-E TOSE-E SAKHTEMAN-E TADBIR; a.k.a. TADBIR CONSTRUCTION DEVELOPMENT COMPANY; a.k.a. TADBIR HOUSING DEVELOPMENT GROUP), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR CONSTRUCTION DEVELOPMENT COMPANY (a.k.a. GORUH-E TOSE-E SAKHTEMAN-E TADBIR; a.k.a. TADBIR BUILDING EXPANSION GROUP; a.k.a. TADBIR HOUSING DEVELOPMENT GROUP), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR DRILLING DEVELOPMENT COMPANY (Arabic: شرکت توسعه حفاری تدبیر), 2nd & 7th Floors, NO. 346, East. Mirdamad Ave., Modarres Exp., Tehran 1549944919, Iran; 2nd Floor, No. 253, Mirdamad Blvd., Tehran, Iran; Website www.tadbirdrilling.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320816650 (Iran); Registration Number 429205 (Iran) [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

TADBIR ECONOMIC DEVELOPMENT GROUP (Arabic: شرکت گروه توسعه اقتصادی تدبیر) (a.k.a. TADBIR GROUP), 16 Avenue Bucharest, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103871690 (Iran); Registration Number 341189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

TADBIR ENERGY DEVELOPMENT GROUP CO. (Arabic: شرکت گروه توسعه انرژی تدبیر), 6th Floor, Mirdamad Avenue, No. 346, Tehran, Iran; Website http://www.tadbirenergy.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103669614 (Iran); Registration Number 329465 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ECONOMIC DEVELOPMENT GROUP).

TADBIR GROUP (a.k.a. TADBIR ECONOMIC DEVELOPMENT GROUP (Arabic: شرکت گروه توسعه اقتصادی تدبیر)), 16 Avenue Bucharest, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103871690 (Iran); Registration Number 341189 (Iran) [IRAN] [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

TADBIR HOUSING DEVELOPMENT GROUP (a.k.a. GORUH-E TOSE-E SAKHTEMAN-E TADBIR; a.k.a. TADBIR BUILDING EXPANSION GROUP; a.k.a. TADBIR CONSTRUCTION DEVELOPMENT COMPANY), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR INDUSTRIAL HOLDING COMPANY (a.k.a. MODABER; a.k.a. MODABER INVESTMENT COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR INVESTMENT COMPANY, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIR KISH MEDICAL AND PHARMACEUTICAL CO. (a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL COMPANY; a.k.a. TADBIR TED VA DAROYE KISH), Iran; Unit A103, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit A301, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit 301, 3rd Floor, Sadaf Tower, Kish, Iran [SYRIA] (Linked To: GLOBAL VISION GROUP).

TADBIR KISH MEDICAL AND PHARMACEUTICAL COMPANY (a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL CO.; a.k.a. TADBIR TED VA DAROYE KISH), Iran; Unit A103, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit A301, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit 301, 3rd Floor, Sadaf Tower, Kish, Iran [SYRIA] (Linked To: GLOBAL VISION GROUP).

TADBIR TED VA DAROYE KISH (a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL CO.; a.k.a. TADBIR KISH MEDICAL AND PHARMACEUTICAL COMPANY), Iran; Unit A103, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit A301, 1st Floor, Padena Complex, Iran Blvd, Kish, Iran; Unit 301, 3rd Floor, Sadaf Tower, Kish, Iran [SYRIA] (Linked To: GLOBAL VISION GROUP).

TADBIRGARAN ATIYEH IRANIAN INVESTMENT COMPANY, No. 48, 14th Street, Ahmad Ghasir Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102867151 (Iran); Registration Number 246077 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

TADBIRGARAN FARDA BROKERAGE COMPANY (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIR BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIRGARAN-E FARDA BROKERAGE COMPANY (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIR

BROKERAGE COMPANY; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARANE FARDA MERCANTILE EXCHANGE CO.), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADBIRGARANE FARDA MERCANTILE EXCHANGE CO. (a.k.a. SHERKAT-E KARGOZARI-E TADBIRGARAN-E FARDA; a.k.a. TADBIR BROKERAGE COMPANY; a.k.a. TADBIRGARAN FARDA BROKERAGE COMPANY; a.k.a. TADBIRGARAN-E FARDA BROKERAGE COMPANY), Unit C2, 2nd Floor, Building No. 29, Corner of 25th Street, After Jahan Koudak, Cross Road Africa Street, Tehran 15179, Iran; Website http://www.tadbirbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TADIC, Dusan (a.k.a. "DULE"; a.k.a. "DUSKO"); DOB 1956; POB Cajnice, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

TADIC, Gordana, Bosnia and Herzegovina. DOB 27 Jun 1962; POB Zivinice, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Female; National ID No. 2706962189234 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

TADIC, Miroslav; DOB 12 May 1937; POB Novi Grad, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

TAEB, Hassan (a.k.a. TAEB, Hosein; a.k.a. TAEB, Hossein; a.k.a. TAEB, Hussayn); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAEB, Hosein (a.k.a. TAEB, Hassan; a.k.a. TAEB, Hosein; a.k.a. TAEB, Hussayn); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAEB, Hossein (a.k.a. TAEB, Hassan; a.k.a. TAEB, Hosein; a.k.a. TAEB, Hussayn); DOB 1963; POB Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAEB, Hussayn (a.k.a. TAEB, Hassan; a.k.a. TAEB, Hosein; a.k.a. TAEB, Hossein); DOB 1963; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Deputy Commander for Intelligence, Islamic Revolutionary Guard Corps; Hojjatoleslam; Former Commander of the Basij Forces (individual) [SDGT] [IRGC] [IRAN-HR].

TAECHIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAEDONG CREDIT BANK (a.k.a. DAEDONG CREDIT BANK; a.k.a. DAE-DONG CREDIT BANK; a.k.a. "DCB"), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TAEJIN TRADING COMPANY (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a.

KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAEJIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAEJIN TRADING GENERAL COMPANY (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

TAERIO INTERNATIONAL LTD EOOD, 3 Han Krum St., Sredets Distr., Fl. 2, Sofia 1000, Bulgaria; Organization Established Date 05 Sep 2018; Target Type Private Company; Tax ID No. 205265467 (Bulgaria) [RUSSIA-EO14024] (Linked To: MUELLER, Markus Gerhard).

TAERIO LIMITED, Office No. 3, Hamarain Centre, Deira, Al Muraqqabat, PO Box 95426, Dubai, United Arab Emirates; Malta; Registration Number IBC041510470 (Malta) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAESONG BANK (a.k.a. CHOSON TAESONG UNHAENG; a.k.a. KOREA DAESONG BANK), Segori-dong, Gyongheung St., Potonggang District, Pyongyang, Korea, North; SWIFT/BIC KDBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 381 8221; PHONE 850 2 18111 ext. 8221; FAX 850 2 381 4576; TELEX 360230 and 37041 KDP KP; TGMS daesongbank; EMAIL kdb@co.chesin.com [DPRK].

TAEWO'N INDUSTRIES (a.k.a. DAEWON INDUSTRIES; a.k.a. DAEWON INDUSTRY COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

TAGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK

COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

TAGEDDINE, Ali Mohamed (a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAGHANAKE, Soghra Khodadadi (a.k.a. KHODADADI, Soghra (Arabic: صغری خدادی); a.k.a. TAGHANAKI, Soghra Khodadadi), Varamin, Tehran, Iran; DOB 27 Mar 1971; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport B50799950 (Iran) (individual) [CAATSA - IRAN].

TAGHANAKI, Soghra Khodadadi (a.k.a. KHODADADI, Soghra (Arabic: صغری خدادی); a.k.a. TAGHANAKE, Soghra Khodadadi), Varamin, Tehran, Iran; DOB 27 Mar 1971; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport B50799950 (Iran) (individual) [CAATSA - IRAN].

TAGHIPOUR ANVARI, Reza (a.k.a. TAGHIPOUR, Reza); DOB 1957; POB Maragheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Communications and Information Technology; Minister for Information and Communications (individual) [IRAN-TRA].

TAGHIPOUR, Reza (a.k.a. TAGHIPOUR ANVARI, Reza); DOB 1957; POB Maragheh,

Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Minister of Communications and Information Technology; Minister for Information and Communications (individual) [IRAN-TRA].

TAGHTIRAN KASHAN COMPANY (a.k.a. TAGHTIRAN P.J.S.), Flat 2, No. 3, 2nd Street, Azad-Abadi Avenue, Tehran 14316, Iran; KM 44 Kashan-Delijan Road, P.O. Box Kashan 87135/1987, Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TAGHTIRAN P.J.S. (a.k.a. TAGHTIRAN KASHAN COMPANY), Flat 2, No. 3, 2nd Street, Azad-Abadi Avenue, Tehran 14316, Iran; KM 44 Kashan-Delijan Road, P.O. Box Kashan 87135/1987, Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TAGIEV, Fikhret Gabdulla Ogly (a.k.a. TAGIYEV, Fikhret; a.k.a. TAGIYEV, Fikret); DOB 03 Apr 1962 (individual) [MAGNIT].

TAGIYEV, Fikhret (a.k.a. TAGIEV, Fikhret Gabdulla Ogly; a.k.a. TAGIYEV, Fikret); DOB 03 Apr 1962 (individual) [MAGNIT].

TAGIYEV, Fikret (a.k.a. TAGIEV, Fikhret Gabdulla Ogly; a.k.a. TAGIYEV, Fikhret); DOB 03 Apr 1962 (individual) [MAGNIT].

TAGRAS BIZNESSERVICE LIMITED LIABILITY COMPANY (Cyrillic: ТАГРАС БИЗНЕССЕРВИС ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. TAGRAS BIZNESSERVIS OOO (Cyrillic: ТАГРАС БИЗНЕС СЕРВИС ООО)), Almetevskii Raion, Ulitsa Chernyshevskogo, 47A, Almetyevsk, Tartarstan Republic 423465, Russia; Organization Established Date 16 Dec 2005; Registration ID 1051605064224 (Russia); Tax ID No. 1644035685 (Russia); Government Gazette Number 93062407 (Russia) [RUSSIA-EO14024].

TAGRAS BIZNESSERVIS OOO (Cyrillic: ТАГРАС БИЗНЕС СЕРВИС ООО) (a.k.a. TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY (Cyrillic: ТАГРАС БИЗНЕССЕРВИС ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), Almetevskii Raion, Ulitsa Chernyshevskogo, 47A, Almetyevsk, Tartarstan Republic 423465, Russia; Organization Established Date 16 Dec 2005; Registration ID 1051605064224 (Russia); Tax ID No. 1644035685 (Russia); Government Gazette Number 93062407 (Russia) [RUSSIA-EO14024].

TAGWIREI, Kuda (a.k.a. TAGWIREI, Kudakwashe Regimond), 4 Luna Road, Borrowdale, Harare, Zimbabwe; DOB 12 Feb 1969; POB Shurugwi, Midlands, Zimbabwe; nationality Zimbabwe; alt. nationality South Africa; Gender Male; Passport FN920256 (Zimbabwe) issued 02 Jul 2019 expires 01 Jul 2029; National ID No. 29135894Z66 (Zimbabwe) (individual) [GLOMAG].

TAGWIREI, Kudakwashe Regimond (a.k.a. TAGWIREI, Kuda), 4 Luna Road, Borrowdale, Harare, Zimbabwe; DOB 12 Feb 1969; POB Shurugwi, Midlands, Zimbabwe; nationality Zimbabwe; alt. nationality South Africa; Gender Male; Passport FN920256 (Zimbabwe) issued 02 Jul 2019 expires 01 Jul 2029; National ID No. 29135894Z66 (Zimbabwe) (individual) [GLOMAG].

TAHA MUSA, Rifa'i Ahmad (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

TAHA, Abdul Rahman S. (a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

TAHA, Husam a-Sahykh, Syria; DOB 14 Jan 1981; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

TAHA, Jamilah, Syria; DOB 09 Oct 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

TAHA, Khalil Ibrahim Mohamed Achar Foudail (a.k.a. IBRAHIM, Khalil; a.k.a. MOHAMED, Khalil Ibrahim); DOB 15 Jun 1958; POB El Fasher, Sudan; alt. POB Al Fashir, Sudan; nationality Sudan; Registration ID 0179427 (France); National Foreign ID Number 4203016171 (France) issued 20 Feb 2004; Chairman, Justice and Equality Movement; Co-founder, National Redemption Front (individual) [DARFUR].

TAHER, Abdul Rahman S. (a.k.a. TAHA, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

TAHER, Fadlallah Brahim (a.k.a. TAHER, Ibrahim; a.k.a. TAHER, Ibrahim Amin Fadlallah; a.k.a. TAHER, Ibrahim Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Ibrahim (a.k.a. TAHER, Fadlallah Brahim; a.k.a. TAHER, Ibrahim Amin Fadlallah; a.k.a. TAHER, Ibrahim Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Ibrahim Amin Fadlallah (a.k.a. TAHER, Fadlallah Brahim; a.k.a. TAHER, Ibrahim; a.k.a. TAHER, Ibrahim Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Ibrahim Fadlallah (a.k.a. TAHER, Fadlallah Brahim; a.k.a. TAHER, Ibrahim; a.k.a. TAHER, Ibrahim Amin Fadlallah), Guinea; DOB 10 Nov 1963; POB Jwaya, Lebanon; nationality Lebanon; alt. nationality United Kingdom; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 16311109613998 (Guinea) expires 27 Oct 2031; alt. Passport 790205295 (United Kingdom) expires 22 Aug 2018; alt. Passport 137828 (Lebanon) issued 20 Aug 2008 (individual) [SDGT] (Linked To: HIZBALLAH).

TAHER, Khader Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: خضر على أبو); a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TAHER, Kheder Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: خضر على أبو); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TAHER, Khider Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: خضر على أبو); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TAHER, Khodr Ali (Arabic: خضر علي طاهر) (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: خضر على أبو); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TAHERI, Ahmad (Arabic: احمد طاهري), No. 29, Yekom Golsorkh St, Ghods Madar Blv, Zahedan, Sistan and Baluchestan, Iran; DOB 25 Jul 1963; POB Teymor Abad neighborhood, Zabol, Sistan and Baluchestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3672586654

(Iran); Birth Certificate Number 883 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

TAHERI, Jalal (a.k.a. OWHADI, Jalal; a.k.a. OWHADI, Mohammad Ebrahim; a.k.a. VAHEDI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

TAHERISHABAN, Javad, Iran; DOB 09 Dec 1990; POB Razan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAHINI, Abdallah Asad (a.k.a. THAHINI, Abdallah; a.k.a. THINI, Abdalla As'ad; a.k.a. "TAHINI, Ahmad"); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

TAHIR, Musa (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TAHMAESEBI, Seyed Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMASEBI, Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TAHMASEBI, Akbar (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Seyed); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt.

Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TAHMASEBI, Sajjad; DOB 19 Jun 1987; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 428-576368-0; Birth Certificate Number 6686 (individual) [CYBER2].

TAHMASEBI, Seyed (a.k.a. TABATABAEE, Sayyed Ali; a.k.a. TABATABAEI, Ali Akbar; a.k.a. TABATABAEI, Sayyid Ali Akbar; a.k.a. TABATABAEI, Seyed Akbar; a.k.a. TABATABAEI, Syed; a.k.a. TABATABA'I, Seyed Akbar; a.k.a. TABATABA'IE, Sayyed Ali; a.k.a. TAHMAESEBI, Seyed Akbar; a.k.a. TAHMASEBI, Akbar); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 6620505; alt. Passport 9003213 (individual) [SDGT] [IRGC] [IFSR].

TAHRIKE ISLAMI'A TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [SDGT].

TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

TAHRIR AL-SHAM HAY'AT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a.

AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

TAI LONG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

TAI LUNG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

TAIBAH INTERNATIONAL : BOSNIA BRANCH (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina [SDGT].

TAIBAH INTERNATIONAL AID AGENCY (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a.

TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina [SDGT].

TAIBAH INTERNATIONAL AID ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina [SDGT].

TAIBAH INTERNATIONAL AIDE ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina [SDGT].

TAIF MINING SERVICES LLC, PO Box 39, Muttrah, Muscat, Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 6114235 [SDGT] [IFSR] (Linked To: DIANAT, Amir).

TAIMYRNEFTEGAZ-PORT LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT; a.k.a. OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ); a.k.a. TAYMYRNEFTEGAZ-PORT), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

TAIPEN, S.A. DE C.V. (a.k.a. "TAI PEN"), Av. Juan Palomar y Arias # 569, Col. Jardines Universidad, Zapopan, Jalisco 45110, Mexico; Folio Mercantil No. 33288-1 (Mexico) [SDNTK].

TAISAEV, Kazbek Kutsukovich (a.k.a. TAISAYEV, Kazbek; a.k.a. TAYSAEV, Kazbek Kutsukovich), Russia; DOB 12 Feb 1967; POB Chikola, North Ossetia, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAISAYEV, Kazbek (a.k.a. TAISAEV, Kazbek Kutsukovich; a.k.a. TAYSAEV, Kazbek Kutsukovich), Russia; DOB 12 Feb 1967; POB Chikola, North Ossetia, Russia; nationality

Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAIWAN BE CHARM TRADING CO., LIMITED, Taiwan; Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, NT, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2429749 (Hong Kong); Business Registration Number 6669217800009171 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

TAJ AL DIN, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJ AL DIN, Husayn (a.k.a. TAJIDEEN, Husayn; a.k.a. TAJIDEEN, Hussein; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJ DARYAE ASIA COMPANY (a.k.a. ASIA MARINE CROWN AGENCY (Arabic: شرکت تاج دریای آسیا)), First Floor, Khalij Abi Complex, No. 0, Imam Khomeini Street, Shahid Jahan Ara Street, Manazel 38 Ghermez Neighborhood, Bandar Imam Khomeini City, Bandar Imam Khomeini Section, Bandar Mahshahr, Khuzestan 6356174826, Iran; alt. 7, 1st Floor, South Wing, Bldg. No. 21, Kar Va Tejarat St., Vanak Sq., Tehran 1991943845, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 2019; National ID No. 14008069775 (Iran); Business Registration Number 10977 (Iran) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

TAJAMMU' AHRAR AL-SHARQIYA (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a.

AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST), Syria [SYRIA-EO13894].

TAJCO (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO COMPANY (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO COMPANY LLC (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO LTD (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJCO SARL (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TAJEDDIN, Ali Mohammad Abdel Hassan (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJEDDIN, Ali Mohammad Abed Al-Hassan (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDINE, Ali; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJEDDINE, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJIDEEN, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJI AL-DIN, Kasim (a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJIDEEN, Kassim; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJI AL-DIN, Qasim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJIDEEN, Kassim; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJIDDINE, Kassim Mohammad (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDEEN, Kassim; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJIDEEN, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan; a.k.a. TAJEDDINE, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJIDEEN, Husayn (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Hussein; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJIDEEN, Hussein (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Husayn; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJIDEEN, Kassim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAJIDINE, Hajj Hussein (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Husayn; a.k.a. TAJIDEEN, Hussein), The Gambia; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

TAJMUDIN, Kasim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJIDEEN, Kassim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT].

TAK TOLEDO, Jonathan Paul (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt.

C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

TAK TOLEDO, Paul Jonathan (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

TAKAGI, Yasuo (Japanese: 髙木康男), 1-20-7 Yagusu, Yaizu-shi, Shizuoka-ken, Japan (Japanese: 八楠一丁目２０番の７, 焼津市, 静岡県, Japan); 138-9 Ibara-cho Shimizu-ku, Shizuoka-shi 424-0114, Japan; DOB 30 Jan 1948; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

TAKAYAMA, Kiyoshi; DOB 05 Sep 1947; POB Tsushimasi, Aichi Prefecture, Japan (individual) [TCO].

TAKEUCHI, Teruaki (Japanese: 竹内照明), Midori-ku, Nagoya, Aichi, Japan (Japanese: 緑区, 名古屋市, 愛知県, Japan); DOB 01 Feb 1960 to 29 Feb 1960 (individual) [TCO] (Linked To: KODO-KAI; Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi).

TAKFIRI, Abu Umr (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

TAKHTAKHUNOV, Alimzhan Ursulovich (a.k.a. TOCHTACHUNOV, Alizam; a.k.a.

TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TAKHTEH SHAHID BA HONAR, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TAKO LLC (a.k.a. TACO LLC (Armenian: ՏԱԿՈ ՍՊԸ)), Garegin Nzhdeh Str., Unit 17, Shengavit, Yerevan 0026, Armenia; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 02298191 (Armenia); Registration Number 269.110.1228684 (Armenia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

TAKTAR INVESTMENT COMPANY, Number 10, Seventh Fath Highway, 65 Metri Fath Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103804463 (Iran); Registration Number 263015 (Iran) [SDGT] [IFSR] (Linked To: TECHNOTAR ENGINEERING COMPANY).

TALA I JUND AL-KHILAFAH (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-

KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

TALABAYEVA, Lyudmila Zaumovna (Cyrillic: ТАЛАБАЕВА, Людмила Заумовна), Russia; DOB 06 Jun 1957; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TALAI, Alexey Konstantinovich (Cyrillic: ТАЛАЙ, Алексей Константинович) (a.k.a. TALAI, Alyaksei), Belarus; DOB 22 Jan 1983; POB Orsha, Vitebsk Region, Belarus; nationality Belarus; Tax ID No. 773434148305 (Belarus) (individual) [RUSSIA-EO14024].

TALAI, Alyaksei (a.k.a. TALAI, Alexey Konstantinovich (Cyrillic: ТАЛАЙ, Алексей Константинович)), Belarus; DOB 22 Jan 1983; POB Orsha, Vitebsk Region, Belarus; nationality Belarus; Tax ID No. 773434148305 (Belarus) (individual) [RUSSIA-EO14024].

TALALIM QURAN MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

TALAQI GROUP (a.k.a. TALAQI GROUP FOR TRADE LLC; a.k.a. TALAQI GROUP LLC), Sheraton Building, Damascus, Syria; Dummar Project, al-Jazirah 7, real estate property 18/234, Western Dummar, Damascus, Syria; Dummar Project, al Jazirah 11, building 23 section number 1 of real estate property 2259, Damascus, Syria; Dummar Project, al-Jazirah 7, building 2340/33 and 4, Western Dummar, Damascus, Syria; Dummar Project, al-Jazirah 11, building 23, section 2 and 3, building 2259, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions

[SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TALAQI GROUP FOR TRADE LLC (a.k.a. TALAQI GROUP; a.k.a. TALAQI GROUP LLC), Sheraton Building, Damascus, Syria; Dummar Project, al-Jazirah 7, real estate property 18/234, Western Dummar, Damascus, Syria; Dummar Project, al Jazirah 11, building 23 section number 1 of real estate property 2259, Damascus, Syria; Dummar Project, al-Jazirah 7, building 2340/33 and 4, Western Dummar, Damascus, Syria; Dummar Project, al-Jazirah 11, building 23, section 2 and 3, building 2259, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TALAQI GROUP LLC (a.k.a. TALAQI GROUP; a.k.a. TALAQI GROUP FOR TRADE LLC), Sheraton Building, Damascus, Syria; Dummar Project, al-Jazirah 7, real estate property 18/234, Western Dummar, Damascus, Syria; Dummar Project, al Jazirah 11, building 23 section number 1 of real estate property 2259, Damascus, Syria; Dummar Project, al-Jazirah 7, building 2340/33 and 4, Western Dummar, Damascus, Syria; Dummar Project, al-Jazirah 11, building 23, section 2 and 3, building 2259, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TALASSA SHIPPING DMCC, Dubai, United Arab Emirates; Organization Established Date 07 Jul 2022; License DMCC-852505 (United Arab Emirates); Registration Number 193984 (United Arab Emirates); Economic Register Number (CBLS) 11923170 (United Arab Emirates) [RUSSIA-EO14024].

TALEB, Adam Ahmad (a.k.a. TALIB, Ahmed Luqman), Australia; Turkey; Qatar; Brazil; DOB 12 Feb 1990; POB Birmingham, United Kingdom; nationality Australia; Gender Male; Passport N7693460 (Australia) expires 17 Jan 2024; alt. Passport N5230514 (Australia) expires 29 Jul 2021; alt. Passport M6215165 (Australia) expires 24 Jan 2012; alt. Passport 137492291 (Venezuela) expires 17 Jul 2021 (individual) [SDGT] (Linked To: AL QA'IDA).

TALEBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [SDGT].

TALEBI, Sohayl (a.k.a. TALEBI, Soheyl), Vriesenhof 3000 Leuven, Belgium; DOB 28 May 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TALEBI, Soheyl (a.k.a. TALEBI, Sohayl), Vriesenhof 3000 Leuven, Belgium; DOB 28 May 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TALEBZADEH, Zeinab Mehanna (a.k.a. MEHANNA, Zeinab Naiem); DOB 19 Oct 1969; nationality Iran; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

TALEEM UL-QURAN MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

TALENGELANIMIRO (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Ailabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

TALENGELANIMIRO, Musezi (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Ailabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB

Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

TALIB AND SONS PTY LTD, 21 Anthony Dr, Mt Waverly, Victoria 3149, Australia; Company Number 633227488 (Australia) [SDGT] (Linked To: TALIB, Ahmed Luqman).

TALIB, Ahmed Luqman (a.k.a. TALEB, Adam Ahmad), Australia; Turkey; Qatar; Brazil; DOB 12 Feb 1990; POB Birmingham, United Kingdom; nationality Australia; Gender Male; Passport N7693460 (Australia) expires 17 Jan 2024; alt. Passport N5230514 (Australia) expires 29 Jul 2021; alt. Passport M6215165 (Australia) expires 24 Jan 2012; alt. Passport 137492291 (Venezuela) expires 17 Jul 2021 (individual) [SDGT] (Linked To: AL QA'IDA).

TALIB, Mohanad M. (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

TALIB, Muhannad Mushtaq (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Mohanad M.; a.k.a. ZUGHAYAR, Muhanad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [SDGT].

TALIBAN ISLAMIC MOVEMENT (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [SDGT].

TALIBANO ISLAMI TAHRIK (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a.

TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT), Afghanistan [SDGT].

TALL, Aktham, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A. (a.k.a. TRAPSA), Avenida Aviacion 650, Tarapoto, San Martin, Peru; RUC # 20104242244 (Peru) [SDNTK].

TALLON COMPANY (a.k.a. TALOON CO. (Arabic: شرکت تالون); a.k.a. TALOON COMPANY), Third Floor, No. 204, West Payambar Street, South Shain Boulevard, Iran; No. 21, Azarshob Alley, Intersection Hemat, South Janat Abad, Tehran 1473836483, Iran; Website www.taloon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101759649 (Iran); Registration Number 132687 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TALLUJ, Muhammad Ghassan, Syria; DOB 15 Jan 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

TALOON CO. (Arabic: شرکت تالون) (a.k.a. TALLON COMPANY; a.k.a. TALOON COMPANY), Third Floor, No. 204, West Payambar Street, South Shain Boulevard, Iran; No. 21, Azarshob Alley, Intersection Hemat, South Janat Abad, Tehran 1473836483, Iran; Website www.taloon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101759649 (Iran); Registration Number 132687 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TALOON COMPANY (a.k.a. TALLON COMPANY; a.k.a. TALOON CO. (Arabic: شرکت تالون)), Third Floor, No. 204, West Payambar Street, South Shain Boulevard, Iran; No. 21, Azarshob Alley, Intersection Hemat, South Janat Abad, Tehran 1473836483, Iran; Website www.taloon.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101759649 (Iran); Registration Number 132687 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TAM, Yiu-chung (Chinese Simplified: 譚耀宗; Chinese Traditional: 譚耀宗), China; Hong Kong; DOB 15 Dec 1949; POB Hong Kong; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

TAMADDON, Morteza; DOB 1959; POB Shahr Kord-Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN-TRA].

TAMANI, Aegli (a.k.a. TAMANI-PHELLA, Aegli), Cyprus; DOB 21 Jun 1978; POB Limassol, Cyprus; nationality Cyprus; Gender Female; National ID No. 788990 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: SOLINVEST LTD).

TAMANI-PHELLA, Aegli (a.k.a. TAMANI, Aegli), Cyprus; DOB 21 Jun 1978; POB Limassol, Cyprus; nationality Cyprus; Gender Female; National ID No. 788990 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: SOLINVEST LTD).

TAMARZADEH ZAVIEH JAKKI, Shahram Ali Reza (Arabic: شهرام علی رضا تمرزاده زاویه جکی) (a.k.a. TAMARZADEH, Farhad Ali), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1972; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T36369585 (Iran) expires 01 Jan 2021; National ID No. 2850540498 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAMARZADEH, Farhad Ali (a.k.a. TAMARZADEH ZAVIEH JAKKI, Shahram Ali Reza (Arabic: شهرام علی رضا تمرزاده زاویه جکی), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1972; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T36369585 (Iran) expires 01 Jan 2021; National ID No. 2850540498 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAMAS COMPANY (a.k.a. NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "TAMAS"), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

TAMAYO IBARRA, Juan Manuel (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase,

Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

TAMAYO TORRES, Horacio (a.k.a. FELIX TORRES, Javier; a.k.a. TORRES FELIX, Javier; a.k.a. "COMPADRE"; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TAMAYOZ LLC (Arabic: شرکة تمیز المحدودة المسؤولیة) (a.k.a. EXCELLENCE LIMITED LIABILITY COMPANY), Damascus, Syria; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

TAMBOV GUNPOWDER PLANT (a.k.a. TAMBOV POWDER PLANT; a.k.a. TAMBOVSKII POROKHOVOI ZAVOD; a.k.a. "TPZ"), PR-kt Truda D.23, Kotovsk 393190, Russia; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [RUSSIA-EO14024].

TAMBOV POWDER PLANT (a.k.a. TAMBOV GUNPOWDER PLANT; a.k.a. TAMBOVSKII POROKHOVOI ZAVOD; a.k.a. "TPZ"), PR-kt Truda D.23, Kotovsk 393190, Russia; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [RUSSIA-EO14024].

TAMBOVSKII POROKHOVOI ZAVOD (a.k.a. TAMBOV GUNPOWDER PLANT; a.k.a. TAMBOV POWDER PLANT; a.k.a. "TPZ"), PR-kt Truda D.23, Kotovsk 393190, Russia; Registration ID 1026801010994 (Russia); Tax ID No. 6825000757 (Russia) [RUSSIA-EO14024].

TAMIL FOUNDATION, 517 E. Oldtown Road, Cumberland, MD 21502, United States; Tax ID No. 52-1699409 (United States) [SDGT].

TAMIL REHABILITATION ORGANIZATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS

REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMIL REHABILITERINGS ORGANISASJONEN (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMIL TIGERS (a.k.a. ELLALAN FORCE; a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE) [FTO] [SDGT].

TAMILISCHE REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba

OFFICE OF FOREIGN ASSETS CONTROL

147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMILS REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto,

Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMILS REHABILITATION ORGANIZATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9

Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMILSK REHABILITERINGS ORGANISASJON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND --

COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TAMIMED, ul. Novozavodskaya d. 8, k. 4, Floor 1 Pom. VIII K 5 Of 1, Moscow 121087, Russia; Organization Established Date 24 Sep 2020; Target Type Private Company; Tax ID No. 7730259249 (Russia); Registration Number 1207700352420 (Russia) [RUSSIA-EO14024] (Linked To: MORETTI, Svetlana Alekseyevna).

TAMIN KALAYE SABZ (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAMIN KALAYE SABZ ARAS COMPANY (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAMIN KALAYE SABZ COMPANY (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAMOZHENNAYA KARTA (a.k.a. OOO TAMOZHENNAYA KARTA (Cyrillic: ООО ТАМОЖЕННАЯ КАРТА)), proezd Berezovoi Roshchi, dom 12, Moscow 125252, Russia; Per. Plotnikov, d. 19/38, str. 2, Moscow 119002, Russia; Organization Established Date 16 Jun 2000; Tax ID No. 710357343 (Russia); Registration Number 1027739703672 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

TAMTOMO, Anggih (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAMTOMO, Muhammad Bahrun Naim Anggih (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAMYNA AG (a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAMYNA FZE, Ras Al-Khaimah, United Arab Emirates; Organization Established Date 11 Nov 2018; Organization Type: Wholesale of electronic and telecommunications equipment and parts [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAMYNA LTD (a.k.a. TAMYNA AG; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAMYNA SA (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TAN S.A. (a.k.a. TAXI AEREO ANTIOQUENO S.A.), Calle 4 No. 65F-41 Hangar 70A, Medellin, Colombia; NIT # 811041365-0 (Colombia) [SDNT].

TAN, Tieniu (Chinese Traditional: 譚繡牛; Chinese Simplified: 谭锈牛), Hong Kong; DOB Oct 1963; alt. DOB 20 Jan 1964; POB Chaling County, Zhuzhou, Hunan Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

TAN, Wee Beng, 51 Siang Kuang Avenue, Singapore; DOB 14 Feb 1977; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of Wee Tiong (S) Pte Ltd; Managing Director of WT Marine Pte Ltd (individual) [DPRK].

TAN, Yaozong (a.k.a. TAM, Yiu-chung (Chinese Simplified: 譚耀宗; Chinese Traditional: 譚耀宗)), China; Hong Kong; DOB 15 Dec 1949; POB Hong Kong; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

TANAVAR, Hossein (Arabic: حسين تناور), Unit 29, 5th Floor, Talaieh Block- B1, Elahiyeh Complex 1, Number 0, Alley 2-Shahid Sajjad Rushanai, Rabbaninejad Street, Zein Aldin Municipality, Qom 3739144673, Iran; DOB 30 Aug 1981; POB Dashtestan, Bushehr Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6109732461 (Iran); Birth Certificate Number 2833 (Iran); 2nd Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TANCHON COMMERCIAL BANK (f.k.a. CHANGGWANG CREDIT BANK; f.k.a. KOREA CHANGGWANG CREDIT BANK), Saemul 1-Dong Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TANDHIM HURRAS AL-DEEN (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria [SDGT].

TANG, Chris (a.k.a. TANG, Ping-keung (Chinese Traditional: 鄧炳強)), 1 Arsenal Street, Hong Kong; DOB 04 Jul 1965; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0638810 (Hong Kong) issued 14 Oct 2017 expires 14 Oct 2027; National ID No. D4118015 (Hong Kong); Commissioner of Police (individual) [HK-EO13936].

TANG, Ping-keung (Chinese Traditional: 鄧炳強) (a.k.a. TANG, Chris), 1 Arsenal Street, Hong Kong; DOB 04 Jul 1965; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0638810 (Hong Kong) issued 14 Oct 2017 expires 14 Oct 2027; National ID No. D4118015 (Hong Kong); Commissioner of Police (individual) [HK-EO13936].

TANGANDA, Bosco (a.k.a. BAGANDA, Bosco; a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

TANGSIRI, Ali Reza (Arabic: على رضا تنگسیری) (a.k.a. TANGSIRI, Ali Rida; a.k.a. TANGSIRI, Alireza), Tehran, Iran; DOB 1962; alt. DOB 27 Aug 1963; POB Arvandkenar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5859876629 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: PARAVAR PARS COMPANY).

TANGSIRI, Ali Rida (a.k.a. TANGSIRI, Ali Reza (Arabic: على رضا تنگسیری)); a.k.a. TANGSIRI, Alireza), Tehran, Iran; DOB 1962; alt. DOB 27 Aug 1963; POB Arvandkenar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5859876629 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: PARAVAR PARS COMPANY).

TANGSIRI, Alireza (a.k.a. TANGSIRI, Ali Reza (Arabic: على رضا تنگسیری)); a.k.a. TANGSIRI, Ali Rida), Tehran, Iran; DOB 1962; alt. DOB 27 Aug 1963; POB Arvandkenar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5859876629 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: PARAVAR PARS COMPANY).

TANIDEH, Hossein; DOB 09 Jun 1964; Additional Sanctions Information - Subject to Secondary Sanctions; Passport H13781445 (Iran) expires 09 Jun 2013 (individual) [NPWMD] [IFSR].

TANJIL, Einan (Hebrew: עינן נוגד'יל), Kiryat Ekron, Israel; DOB 05 Jul 2002; POB Israel; nationality Israel; Gender Male (individual) [WEST-BANK-EO14115].

TANN, Ahmet (a.k.a. YAKUT, Cumhur), Dubai, United Arab Emirates; Bartin, Turkey; DOB 18 Mar 1955; POB Turkey; nationality Turkey; citizen Turkey (individual) [SDNTK].

TANOUE, Fumio; DOB 01 Jan 1955 to 31 Dec 1956 (individual) [TCO].

TANTK IM.G.M. BERIEVA PAO (a.k.a. BERIEV AIRCRAFT COMPANY; a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G. M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

TANTOUCHE, Ibrahim Abubaker (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD

AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

TANTOUSH, Ibrahim Abubaker (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

TANTOUSH, Ibrahim Ali Abu Bakr (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF

JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT) [FTO] [SDGT].

TANZIM HURRAS AL-DIN (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. "AQ-S"), Syria [SDGT].

TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF

JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

TAPFUMANEYI, Asher Walter, 568 Eagles Place, Harare, Zimbabwe; DOB 19 Nov 1959; POB Wedza, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD007230 (Zimbabwe); National ID No. 63453849Z80 (Zimbabwe) (individual) [GLOMAG].

TAPIA CASTRO, Alejandro (a.k.a. GONZALEZ VALENCIA, Elvis), Mexico; DOB 12 Oct 1980; alt. DOB 18 Mar 1979; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVE801012HMNNLL03 (Mexico); alt. C.U.R.P. TACA790318HJCPSL08 (Mexico); I.F.E. TPCSAL79031814H401 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

TAPIA ORTEGA DE ARRIOLA, Abigail (a.k.a. TAPIA ORTEGA, Abigail), c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; Avenida Novena No. 47, Saucillo, Chihuahua, Mexico; DOB 23 Sep 1974; POB Mexico City, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TAPIA ORTEGA, Abigail (a.k.a. TAPIA ORTEGA DE ARRIOLA, Abigail), c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; Avenida Novena No. 47, Saucillo, Chihuahua, Mexico; DOB 23 Sep 1974; POB Mexico City, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TAPIA QUINTERO, Jose Guadalupe, Sinaloa, Mexico; DOB 19 Feb 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. TAQG710219HSLPND08 (Mexico) (individual) [SDNTK].

TARA LIMITED, Level 8/5B, Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4252; Trade License No. C 76396 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

TARA STEEL TRADING GMBH, Grafenberger Allee 151, Dusseldorf, Nordrhein-Westfalen 40237, Germany; Website www.tarasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 40227B33411 (Germany); V.A.T. Number DE812137575 (Germany) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

TARABAIN CHAMAS, Mohamad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

TARABAR-GOROUS TRUST TRANSPORTATION (a.k.a. HAML VA NAGHL ETEMAAD TARABARGROUS), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TARABARI BEYNOLMELALI TEHRAN (Arabic: شرکت ترابری بین المللی تهران) (a.k.a. TEHRAN INTERNATIONAL TRANSPORT CO; a.k.a. TEHRAN INTERNATIONAL TRANSPORT COMPANY), No. 108 Sepahbod Gharani St., Tehran, Iran; P.O. Box 15989-4554, Iran; 118 Gharani Avenue, Tehran 15981, Iran; Jahad St., Km 9 Special Karaj Road, Tehran, Iran; Kilometer 11, Karaj Special Road, End of South Jihad, Tehran, Iran; Pasdaran Boulevard, Homa Hotel Way 3, 3 Delavaran, Sahel Complex, 3rd

Floor, Unit 5, Bandar Abbas, Iran; Bushehr, Iran; Bazargan, Iran; Isfahan, Iran; Incheh Borun, Iran; Jolfa, Iran; Sarakhs, Iran; Khosravi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10862037537 (Iran); Registration Number 4491 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TARABAY, Muhammad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

TARABAYN SHAMAS, Muhammad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAY, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

TARAH, Musah (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TARAK, Musah (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TARAKANOV, Pavel Vladimirovich (Cyrillic: ТАРАКАНОВ, Павел Владимирович), Russia; DOB 21 Jun 1982; nationality Russia; Gender Male; Member of the Federation Council of the

Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TARASENKO, Michail Vasilevich (Cyrillic: ТАРАСЕНКО, Михаил Васильевич), Russia; DOB 21 Nov 1947; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TARBAEV, Sangadzhi Andreyevich (Cyrillic: ТАРБАЕВ, Сангаджи Андреевич), Russia; DOB 15 Apr 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TARDENCILLA RODRIGUEZ, Nadia Camila, Nicaragua; DOB 16 Jul 1983; POB Nicaragua; nationality Nicaragua; Gender Female; Cedula No. 0011607830002Y (Nicaragua) (individual) [NICARAGUA].

TARDIGRADE LIMITED, Dimitriados 1, Limassol 4004, Cyprus; Registration Number C378737 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

TARGET ELECTRONICS (a.k.a. TARGET ELEKTRONIKS), Proezd Kolomenskii 14, floor 5, kom. 5, Moscow 115446, Russia; Tax ID No. 7714472298 (Russia); Registration Number 1217700243364 (Russia) [RUSSIA-EO14024].

TARGET ELEKTRONIKS (a.k.a. TARGET ELECTRONICS), Proezd Kolomenskii d. 14, floor 5, kom. 5, Moscow 115446, Russia; Tax ID No. 7714472298 (Russia); Registration Number 1217700243364 (Russia) [RUSSIA-EO14024].

TARGET TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TARH O PALAYESH, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TARIF, Abu (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

TARIQ ABU SHANAB EST. (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ ABU SHANAB METALS ESTABLISHMENT (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

TARIQ AFRIDI GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan;

Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TARIQ GEEDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TARIQ GIDAR AFRIDI GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TARIQ GIDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TARJAMAN, Ramez (a.k.a. TORGAMAN, Mohammed Ramez; a.k.a. TOURJMAN, Mohammed Ramez; a.k.a. TOURJUMAN, Mohamed Ramez; a.k.a. TURGEMAN, Mohammed Ramez; a.k.a. TURJUMAN, Muhammad Ramiz); DOB 1966; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

TARK, Musa (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

TARTOUS PORT GENERAL COMPANY, Al Mina Street, Tartous, Syria; Postal Box 86, Tartous, Syria [SYRIA].

TARZALI, Ali, Iran; DOB 10 Oct 1964; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B23527205 (Iran); National ID No. 005-156675-3 (Iran); Birth Certificate Number 2233 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TASCON ROJAS, Servio Tulio, c/o UNIVISA S.A., Cali, Colombia; DOB 02 Nov 1938; alt. DOB 11 Feb 1938; Cedula No. 2729445 (Colombia) (individual) [SDNT].

TASFIYE HALINDE ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. ALAN ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; f.k.a. ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593151 (Turkey); Registration Number 593151-0 (Turkey); Central Registration System Number 0048-0501-8650-0029 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

TASFIYE HALINDE ANKA ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET LTD STI), Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, 34467, Turkey; Instinye Mah, Bostan Sok. No. 12 Sariyer, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593158 (Turkey); Registration Number 593158-0 (Turkey); Central Registration System Number 0069-0405-7030-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

TASH, Ismael (a.k.a. MOSLEH, Ismael Salman; a.k.a. TASH, Isma'il), Istanbul, Turkey; DOB 1978; POB Iraq; nationality Iraq; Email Address ismael.salman@icloud.com; alt. Email Address anasiraga9@gmail.com; alt. Email Address anasraq1000@mail.ru; Gender Male (individual) [SDGT] (Linked To: REDIN EXCHANGE).

TASH, Isma'il (a.k.a. MOSLEH, Ismael Salman; a.k.a. TASH, Ismael), Istanbul, Turkey; DOB 1978; POB Iraq; nationality Iraq; Email Address ismael.salman@icloud.com; alt. Email Address anasiraga9@gmail.com; alt. Email Address anasraq1000@mail.ru; Gender Male (individual) [SDGT] (Linked To: REDIN EXCHANGE).

TASIN AL-QURAN ABU HAMZA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

TASK FORCE RUSICH (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. "DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ")), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemrm; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86510Fc; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

TASNIM CULTURAL INSTITUTION ORGANIZATION (Arabic: موسسه آتی سازان فرهنگ تسنیم) (a.k.a. ATI SAZAN FARHANG TASNIM INSTITUTE; a.k.a. TASNIM NEWS AGENCY (Arabic: خبرگزاری تسنیم), South Side First Floor, 2 Plaque 12 Pourfallah Street-Shahid Doctor Hassan Azdi St, Tehran, Iran; Website www.tasnimnews.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320794964 (Iran); Business Registration Number 29478 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TASNIM NEWS AGENCY (Arabic: خبرگزاری تسنیم) (a.k.a. ATI SAZAN FARHANG TASNIM INSTITUTE; a.k.a. TASNIM CULTURAL INSTITUTION ORGANIZATION (Arabic: موسسه آتی سازان فرهنگ تسنیم), South Side First Floor, 2 Plaque 12 Pourfallah Street-Shahid Doctor Hassan Azdi St, Tehran, Iran; Website www.tasnimnews.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320794964 (Iran); Business Registration Number 29478 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TAT BANK (a.k.a. BANK-E TAT), Shahid Ahmad Ghasir (Bocharest), Shahid Ahmadian (15th) St., No. 1, Tehran, Iran; No. 1 Ahmadian Street, Bokharest Avenue, Tehran, Iran; SWIFT/BIC TATBIRTH [IRAN].

TATARCHENKO, Denis (a.k.a. TATARCHENKO, Denis Sergeyevich), Russia; DOB 01 Feb 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

TATARCHENKO, Denis Sergeyevich (a.k.a. TATARCHENKO, Denis), Russia; DOB 01 Feb 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

TATBURNEFT LIMITED LIABILITY COMPANY (a.k.a. MANAGING COMPANY TATBURNEFT LLC), Ul. Musy Dzhalilya D. 51, Almetevsk 423450, Russia; Organization Established Date 12 Feb 2008; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 1644047828 (Russia); Government Gazette Number 83471332 (Russia); Registration Number 1081644000492 (Russia) [RUSSIA-EO14024].

TATES DESARROLLO, S.A. DE C.V., Mexico City, Mexico; Folio Mercantil No. 345497 (Mexico) [SDNTK].

TATMADAW (a.k.a. MINISTRY OF DEFENCE OF BURMA; a.k.a. MINISTRY OF DEFENSE OF BURMA), Building 24, Nay Pyi Taw, Burma; Organization Established Date 01 Aug 1937; Target Type Government Entity [BURMA-EO14014].

TATRIEV, Muslim Barisovich (Cyrillic: ТАТРИЕВ, Муслим Барисович), Russia; DOB 11 Jan 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ) (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

TATULYAN, Ruben Albertovich (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

TAUBER, Marina, Moldova; DOB 01 May 1986; POB Chisinau, Moldova; nationality Moldova; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

TAUNG, Jonathan Kwang (a.k.a. THAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Kyaw; a.k.a. THAUNG, Jonathan Myo Kyaw; a.k.a. "MYO, Jonathan"), Burma; DOB 29 Dec 1981; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

TAUSA S.A. (f.k.a. TRANSPORTES AEREAS UCHIZA S.A.; a.k.a. TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A.), Calle Soledad 111, Int. 302, Lima, Peru; RUC # 20110372320 (Peru) [SDNTK].

TAVAKKOLI, Hossein, Iran; DOB 21 Mar 1967; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Passport A37848244 (Iran); Director of SPI International (individual) [IRAN-EO13846] (Linked To: SPI INTERNATIONAL).

TAVALLAEI, Mohammad Hasan (a.k.a. TOULAI, Mohammad Hassan (Arabic: محمد حسن تولائي); a.k.a. TOULAI, Mohammadhassan), Iran; DOB 21 Mar 1950 to 20 Mar 1951; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 1062579488 (Iran); Managing Director of Armed Forces Social Security Investment Company (individual) [IRAN-EO13846] (Linked To: ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY).

TAVAN, Reshit (a.k.a. TAVAN, Resit); DOB 01 Jan 1977; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U06314813 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO).

TAVAN, Resit (a.k.a. TAVAN, Reshit); DOB 01 Jan 1977; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U06314813 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: QESHM MADKANDALOO SHIPBUILDING COOPERATIVE CO).

TAVANA, Ali Akbar Rezaei, Iran; DOB 23 Oct 1975; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F19865800 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС) (a.k.a.

BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. ТАА BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП) (a.k.a. BREMINO GROUP LLC; a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. ТАА BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. ТАА DUBAI VOTER FRONT

(Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIRAITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ) (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. ТАА EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. ТАА HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА) (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС) (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС; a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SOKHRA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СОХРА) (a.k.a. OBSCHESTVO S OGRANICHENNOY

OTVETSTVENNOSTYU SOKHRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU SOKHRA GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОХРА ГРУПП); f.k.a. OBSCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU TIM INDASTRIAL SERVIS KAMPANI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИМ ИНДАСТРИАЛ СЕРВИС КАМПАНИ); a.k.a. OOO SOKHRA (Cyrillic: ООО СОХРА); a.k.a. SOHRA LLC; a.k.a. TAA SOKHRA (Cyrillic: ТАА СОХРА)), Zavodskaya st., d. 1k, pom. 18, Bolbasovo, Vitebsk Oblast, Orsha District 211004, Belarus (Cyrillic: ул. Заводская д. 1к, пом. 18, Болбасово, Витебская область, Оршанский район, 211004, Belarus); Revolucyonnaya 17/19, Office no. 22, Minsk 220030, Belarus; Organization Established Date 20 Oct 2014; Registration Number 192363182 (Belarus) [BELARUS-EO14038] (Linked To: ZAITSAU, Aliaksandr Mikalaevich).

TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

TAVRIN, Ivan Vladimirovich (Cyrillic: ТАВРИН, Иван Владимирович), Moscow, Russia; DOB 01 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772738304882 (Russia) (individual) [RUSSIA-EO14024].

TAWAFUK (a.k.a. TAWAFUK LLC; a.k.a. TAWAFUK LTD), Building 507, Public Street, Dufa al-Shawk Yalda, Damascus, Syria;

Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 10821 (Syria) issued 26 Jun 2017 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TAWAFUK LLC (a.k.a. TAWAFUK; a.k.a. TAWAFUK LTD), Building 507, Public Street, Dufa al-Shawk Yalda, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 10821 (Syria) issued 26 Jun 2017 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TAWAFUK LTD (a.k.a. TAWAFUK; a.k.a. TAWAFUK LLC), Building 507, Public Street, Dufa al-Shawk Yalda, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 10821 (Syria) issued 26 Jun 2017 [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

TAWASUL COMPANY (a.k.a. AL-TAWASUL COMPANY; a.k.a. TAWASUL FINANCIAL EXCHANGE; a.k.a. TAWASUL HAWALA COMPANY), Harim, Syria [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAWASUL FINANCIAL EXCHANGE (a.k.a. AL-TAWASUL COMPANY; a.k.a. TAWASUL COMPANY; a.k.a. TAWASUL HAWALA COMPANY), Harim, Syria [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAWASUL HAWALA COMPANY (a.k.a. AL-TAWASUL COMPANY; a.k.a. TAWASUL COMPANY; a.k.a. TAWASUL FINANCIAL EXCHANGE), Harim, Syria [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TAWHID AND JIHAD BRIGADE (a.k.a. JANNAT OSHIKLARI; a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

TAWHID WAL JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

TAWU BVBA (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. TAWU

MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAWU MECHANICAL ENGINEERING AND TRADING COMPANY (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. "TAWU"), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

TAXI AEREO ANTIOQUENO S.A. (a.k.a. TAN S.A.), Calle 4 No. 65F-41 Hangar 70A, Medellin, Colombia; NIT # 811041365-0 (Colombia) [SDNT].

TAY ZA, Htoo Htet (a.k.a. TAYZA, Htoo Htet), Burma; DOB 24 Jan 1993; alt. DOB 24 Jan 1994; citizen Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Htoo Htwe (a.k.a. TAY ZA, Rachel; a.k.a. TAYZA, Htoo Htwe; a.k.a. TAYZA, Rachel), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Pyae Phyo (a.k.a. TAY ZA, Pye Phyo; a.k.a. TAYZA, Pye Phyo), Burma; DOB 29 Jan 1987; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Pye Phyo (a.k.a. TAY ZA, Pyae Phyo; a.k.a. TAYZA, Pye Phyo), Burma; DOB 29 Jan 1987; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAY ZA, Rachel (a.k.a. TAY ZA, Htoo Htwe; a.k.a. TAYZA, Htoo Htwe; a.k.a. TAYZA, Rachel), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYLOR, Mark (a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male (individual) [SDGT].

TAYLOR, Mark John (a.k.a. TAYLOR, Mark; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male (individual) [SDGT].

TAYMAZOV, Artur Borisovich (Cyrillic: ТАЙМАЗОВ, Артур Борисович), Russia; DOB 20 Jul 1979; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAYMYRNEFTEGAZ-PORT (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TAIMYRNEFTEGAZ-PORT; a.k.a. OOO TAIMYRNEFTEGAZ-PORT (Cyrillic: ООО ТАЙМЫРНЕФТЕГАЗ-ПОРТ); a.k.a. TAIMYRNEFTEGAZ-PORT LLC), Office 307, Building 4, Dalnyaya Street, Dudinka, Taimyrski Dolgano-Nenetski District, Krasnoyarsk Territory 647000, Russia; Tax ID No. 2469003922 (Russia); Registration Number 1182468045671 (Russia) [RUSSIA-EO14024].

TAYSAEV, Kazbek Kutsukovich (a.k.a. TAISAEV, Kazbek Kutsukovich; a.k.a. TAISAYEV, Kazbek), Russia; DOB 12 Feb 1967; POB Chikola, North Ossetia, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TAYSIR, Hajji (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. NAYIF, Mutaz Muaman Abed), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

TAYZA, Htoo Htet (a.k.a. TAY ZA, Htoo Htet), Burma; DOB 24 Jan 1993; alt. DOB 24 Jan 1994; citizen Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYZA, Htoo Htwe (a.k.a. TAY ZA, Htoo Htwe; a.k.a. TAY ZA, Rachel; a.k.a. TAYZA, Rachel), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYZA, Pye Phyo (a.k.a. TAY ZA, Pyae Phyo; a.k.a. TAY ZA, Pye Phyo), Burma; DOB 29 Jan 1987; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAYZA, Rachel (a.k.a. TAY ZA, Htoo Htwe; a.k.a. TAY ZA, Rachel; a.k.a. TAYZA, Htoo Htwe), Burma; DOB 14 Sep 1996; nationality Burma; Gender Female (individual) [BURMA-EO14014] (Linked To: ZA, Tay).

TAZAMONI REZA SAKAN DASTGIRI VA SHORAK (a.k.a. JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES; a.k.a. SAKAN EXCHANGE), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14003282053 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

TAZAMONI VAKILI AND PARTNERS (a.k.a. ATLAS CURRENCY EXCHANGE; a.k.a. ATLAS EXCHANGE; a.k.a. VAKILI JOINT PARTNERSHIP), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

TAZINI, Nabil (a.k.a. TIZINI, Nabil); DOB 02 Jun 1968; nationality Syria; Passport N009894266; UAE Identification 784-1968-9720837-5; Position: Financial Manager at Hesco Engineering and Construction Ltd in Moscow (individual) [SYRIA] (Linked To: ARBASH, Yusuf; Linked To: HESCO ENGINEERING & CONSTRUCTION CO).

TAZUTDINOV, Ildar Rashitovich (a.k.a. "TAZUTDINOV, Ildar"), Tatarstan, Russia; DOB 01 Oct 1977; nationality Russia; Gender Male; Passport 757011338 (Russia) expires 21 Feb 2028; National ID No. 9201516121 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

TBS SEMI (a.k.a. LIMITED LIABILITY COMPANY TBS), Ul. Kievskaya D. 7, Et 4, Komnata 8, Moscow 121059, Russia; Nizhny Susalny Lane 5, Building 4, Moscow 105064, Russia; Organization Established Date 22 Feb 2012; Tax ID No. 7730660563 (Russia); Registration Number 1127746120622 (Russia) [RUSSIA-EO14024].

TBSS LIMITED LIABILITY COMPANY (a.k.a. COMPANY LIMITED TBSS), Ul. Smolnaya D. 12, Pom. 4, Moscow 125493, Russia; Tax ID No. 7716030866 (Russia); Registration Number 1027700043832 (Russia) [RUSSIA-EO14024].

TC NORD PROJECT (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

TC SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TCH CONSULTANCY, 119 Al Bateen Street, Al Bateen, Abu Dhabi, United Arab Emirates; License CN-3929524 (United Arab Emirates); Economic Register Number (CBLS) 11632699 (United Arab Emirates) [RUSSIA-EO14024].

TCHAD, Mustapha (a.k.a. CHAD, Mustapha); DOB 01 Jan 1978; nationality Chad (individual) [SDGT] (Linked To: BOKO HARAM).

TCHUI, Mathieu Ngudjolo (a.k.a. CUI NGUDJOLO; a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

TD KYUTEK OOO (a.k.a. LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК); a.k.a. LLC TD KYUTEK; a.k.a. TH QTECH LLC), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Tax

ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

TD SIMMETRON EK OOO (a.k.a. TH SYMMETRON ELECTRONIC COMPONENTS; a.k.a. TORGOVYI DOM SIMMETRON ELEKTRONNYE KOMPONENTY), Sh. Leningradskoe d. 69, korp. 1, Moscow 125445, Russia; Tax ID No. 7743581260 (Russia); Registration Number 1057749709380 (Russia) [RUSSIA-EO14024].

TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСТСЮ БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

TDPMOLDS, China; Website www.tdpmolds.com; Email Address sale@tdpmolds.com; Trademark number 38266997 (China) [ILLICIT-DRUGS-EO14059].

TE, Ho Chun (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED,

Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

TEA, Vinh, Cambodia; DOB 07 Jan 1952; POB Koh Kong, Cambodia; nationality Cambodia; Gender Male (individual) [GLOMAG].

TEACO (a.k.a. TOSEE EGHTESAD AYANDEHSAZAN COMPANY; a.k.a. TOSEE EQTESAD AYANDEHSAZAN COMPANY), 39 Gandhi Avenue, Tehran 1517883115, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TEAMFORD ENTERPRISES LIMITED, 2nd Floor, Eton Tower, 8 Hysan Avenue, Causeway Bay, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Jun 2014; C.R. No. 2113940 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TECHCRIM JOINT STOCK COMPANY (a.k.a. CLOSED JOINT STOCK COMPANY TEKHKRIM (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХКРИМ)), ul. Golyanski Poselok d. 8, Izhevsk 426063, Russia; Organization Established Date 30 Jun 1997; Tax ID No. 1835013146 (Russia); Registration Number 1021801665896 (Russia) [RUSSIA-EO14024].

TECHNICAL CENTER VINDEK LLC (a.k.a. LIMITED LIABILITY COMPANY TECHNICAL CENTER WINDEQ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНИЧЕСКИЙ ЦЕНТР ВИНДЕК)), 1B/3 Pokrovskaya St., Office 69, Selkhoztekhnika Square, Podolsk 142116, Russia; Tax ID No. 7726551240 (Russia); Registration Number 1067757986493 (Russia) [RUSSIA-EO14024].

TECHNICAL RECONNAISSANCE BUREAU (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE

TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

TECHNICAL RECONNAISSANCE TEAM (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

TECHNO ENERGY, S.A., Panama City, Panama; Folio Mercantil No. 843504 (Panama) [VENEZUELA-EO13850].

TECHNO TRANSPORTE ML, C.A., Av. Humboldt, Quinta San Jose, Local 23, Urb. Bello Monte, Caracas, Venezuela; RIF # J-29732032-6 (Venezuela) [SDNTK].

TECHNOLAB (a.k.a. "TECHNO LAB"), Trabolsi Bldg, 2nd Floor, Main Road, Deir El Zahrani, Nabatieh, Lebanon; Registration ID 6000845 Nabatieh (Lebanon) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER; Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY).

TECHNOLOGICAL SYSTEMS AND SERVICE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TEKHNOLOGICHESKIE SISTEMY I SERVIS; a.k.a. "OOO TSS"), 19 Smoliachova Ul, Litera A, Office 611, Saint Petersburg 194044, Russia; 10 Avtomobilny Pr-d, Str. 8, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802876821 (Russia); Registration Number 1147847392791 (Russia) [RUSSIA-EO14024].

TECHNOLOGIES SYSTEMS AND COMPLEXES LIMITED (a.k.a. OOO TEKHNOLOGII SISTEMY I KOMPLEKSY; a.k.a. "TSC LTD"), Per. Perevedenovskii d. 21, str. 13, floor 1, pomeshch. 10, Moscow 105082, Russia; Tax ID No. 7701922888 (Russia); Registration Number 1117746474010 (Russia) [RUSSIA-EO14024].

TECHNOLOGY 5 CO., LIMITED (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5; a.k.a. TEKNOLOGIYA 5, OOO; a.k.a. "LIMITED LIABILITY COMPANY GREEN CITY"), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

TECHNOLOGY AND DEVELOPMENT GROUP LTD (a.k.a. T.D.G.), Centric House 390/391, Strand, London, United Kingdom [IRAQ2].

TECHNOLOGY BRIGHT INTERNATIONAL LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 107346 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

TECHNOLOGY COOPERATION OFFICE (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TECHNOLOGY PLATFORM LIMITED LIABILITY COMPANY, ter. Innovatsionnogo Tsentra Skolkovo, b-r Bolshoi d. 42, str. 1, et/pom/rab.m 3/1160/10, Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9731064013 (Russia); Registration Number 1207700169269 (Russia) [RUSSIA-EO14024].

TECHNOPARK SKOLKOVO LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY SCIENCE AND TECHNOLOGY PARK SKOLKOVO; a.k.a. LLC TEKHNOPARK SKOLKOVO), 42 str 1 Skolkovo Innovatsionnogo Tsentra Territory, Bolshoy Boulevard, Moscow 121205, Russia; Organization Established Date 31 Dec 2010; Tax ID No. 7701902970 (Russia); Registration Number 5107746075949 (Russia) [RUSSIA-EO14024].

TECHNOPARTNER TEKNOLOJI URUNLERI BILISIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. TECHNOPARTNER TEKNOLOJI URUNLERI SAN VE TIC LTD STI), Koksalan Apartmani, Sehit Adem Yavuz Sokak No: 6-28, Kizilay Mahallesi, Cankaya 06420, Turkey; Tax ID No. 8330894846 (Turkey); Registration Number 0833089484600001 (Turkey) [RUSSIA-EO14024].

TECHNOPARTNER TEKNOLOJI URUNLERI SAN VE TIC LTD STI (a.k.a. TECHNOPARTNER TEKNOLOJI URUNLERI BILISIM SANAYI VE TICARET LIMITED SIRKETI), Koksalan Apartmani, Sehit Adem Yavuz Sokak No: 6-28, Kizilay Mahallesi, Cankaya 06420, Turkey; Tax ID No. 8330894846 (Turkey); Registration Number 0833089484600001 (Turkey) [RUSSIA-EO14024].

TECHNOPOLE COMPANY (a.k.a. LLC COMPANY TEKHNOPOL; a.k.a. LLC KOMPANIYA TEKHNOPOL), 5-183 Entuziastov Str., Dubna 141980, Russia; Organization Established Date 1992; Tax ID No. 5010027226 (Russia); Registration Number 1025001414283 (Russia) [RUSSIA-EO14024].

TECHNOTAR ENGINEERING COMPANY, Number 10, Seventh Fath Street, 65 Metri Fath Highway, Tehran, Iran; Website www.tecnotar.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1086165880 (Iran); Registration Number 13807 (Iran) [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

TECNOLOGIA DIGITAL Y SERVICIOS, S.A. DE C.V., Blv. Agua Caliente No. 21, Col. Aviacion, Tijuana, Baja California, Mexico; Blv. Agua Caliente No. 221, Col. Centro Zona Este, Tijuana, Baja California, Mexico; R.F.C. TDS021031UD6 (Mexico) [SDNTK].

TECNOLOGIA OPTIMA CORPORATIVA S. DE R.L. DE C.V., Vereda de la Codorniz, No. 100, Col. Coto Cataluna, Puerta de Hierro, Zapopan, Jalisco 45110, Mexico; Folio Mercantil No. 44444 (Mexico) [SDNTK].

TED TEKNOLOJI (a.k.a. TED TEKNOLOJI GELISTIRME HIZMETLERI SANAYI TICARET ANONIM SIRKETI; a.k.a. TEDTEKNOLOJI), Cobancesme Mah. Sanayi Cad. Nish Residence D Blok, Kapi No. 44, D Daire No. 173, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2019; National ID No. 833094273300001 (Turkey); Trade License No. 205413-5 (Turkey) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

TED TEKNOLOJI GELISTIRME HIZMETLERI SANAYI TICARET ANONIM SIRKETI (a.k.a. TED TEKNOLOJI; a.k.a. TEDTEKNOLOJI), Cobancesme Mah. Sanayi Cad. Nish Residence D Blok, Kapi No. 44, D Daire No. 173, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2019; National ID No. 833094273300001 (Turkey); Trade License No. 205413-5 (Turkey) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

TEDTEKNOLOJI (a.k.a. TED TEKNOLOJI; a.k.a. TED TEKNOLOJI GELISTIRME HIZMETLERI SANAYI TICARET ANONIM SIRKETI), Cobancesme Mah. Sanayi Cad. Nish Residence D Blok, Kapi No. 44, D Daire No. 173, Bahcelievler, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Aug 2019; National ID No. 833094273300001 (Turkey); Trade License No. 205413-5 (Turkey) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

TEGRUS SYSTEMS INTEGRATOR (a.k.a. MP LIMITED LIABILITY COMPANY), Sh Kashirskoe D. 70/3, Moscow 115409, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 17 Oct 2008; Organization Type: Other information technology and computer service activities; Tax ID No. 7718726183 (Russia); Registration Number 5087746253634 (Russia) [RUSSIA-EO14024].

TEHNOGLOBAL SYSTEMS DOO BEOGRAD (a.k.a. CALIDUS TRADE DOO; a.k.a. CALIDUS TRADE DOO BEOGRAD), Maglajska 19 11000, Beograd 6, Beograd, Serbia; Registration ID 20295066 (Serbia); Tax ID No. 105012258 [GLOMAG] (Linked To: TESIC, Slobodan).

TEHRAN CEMENT (Arabic: سیمان تهران) (a.k.a. TEHRAN CEMENT COMPANY; a.k.a. TEHRAN CEMENT PUBLIC JOINT STOCK COMPANY), P.O. Box 11365-657, 5, Shahid Anooshirvan Street, Ferdowsi Street-Shahid Taghavi Street, Tehran 1145687813, Iran; Kooshk Avenue, The End Northern Arbab Jamshid - 11365, P.O. Box, Tehran 11365657, Iran; Tehran Cement Building, Ferdosi Avenue, Shahid Taghavi Street, Martyred, Anoushirvani Alley, Tehran, Iran; Website www.tehrancement.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861081241 (Iran); Registration Number 4503 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TEHRAN CEMENT COMPANY (a.k.a. TEHRAN CEMENT (Arabic: سیمان تهران); a.k.a. TEHRAN CEMENT PUBLIC JOINT STOCK COMPANY), P.O. Box 11365-657, 5, Shahid Anooshirvan Street, Ferdowsi Street-Shahid Taghavi Street, Tehran 1145687813, Iran; Kooshk Avenue, The End Northern Arbab Jamshid - 11365, P.O. Box, Tehran 11365657, Iran; Tehran Cement Building, Ferdosi Avenue, Shahid Taghavi Street, Martyred, Anoushirvani Alley, Tehran, Iran; Website www.tehrancement.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861081241 (Iran); Registration Number 4503 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TEHRAN CEMENT PUBLIC JOINT STOCK COMPANY (a.k.a. TEHRAN CEMENT (Arabic: سیمان تهران); a.k.a. TEHRAN CEMENT COMPANY), P.O. Box 11365-657, 5, Shahid Anooshirvan Street, Ferdowsi Street-Shahid Taghavi Street, Tehran 1145687813, Iran; Kooshk Avenue, The End Northern Arbab Jamshid - 11365, P.O. Box, Tehran 11365657, Iran; Tehran Cement Building, Ferdosi Avenue, Shahid Taghavi Street, Martyred, Anoushirvani Alley, Tehran, Iran; Website www.tehrancement.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861081241 (Iran); Registration Number 4503 (Iran) [IRAN-

EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TEHRAN GOSTARESH COMPANY, P.J.S., No. 24, 5th Alley, Khaled Eslamboli Street, Tehran 1513643811, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

TEHRAN INTERNATIONAL TRANSPORT CO (a.k.a. TARABARI BEYNOLMELALI TEHRAN (Arabic: شرکت ترابری بین المللی تهران); a.k.a. TEHRAN INTERNATIONAL TRANSPORT COMPANY), No. 108 Sepahbod Gharani St., Tehran, Iran; P.O. Box 15989-4554, Iran; 118 Gharani Avenue, Tehran 15981, Iran; Jahad St., Km 9 Special Karaj Road, Tehran, Iran; Kilometer 11, Karaj Special Road, End of South Jihad, Tehran, Iran; Pasdaran Boulevard, Homa Hotel Way 3, 3 Delavaran, Sahel Complex, 3rd Floor, Unit 5, Bandar Abbas, Iran; Bushehr, Iran; Bazargan, Iran; Isfahan, Iran; Incheh Borun, Iran; Jolfa, Iran; Sarakhs, Iran; Khosravi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10862037537 (Iran); Registration Number 4491 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TEHRAN INTERNATIONAL TRANSPORT COMPANY (a.k.a. TARABARI BEYNOLMELALI TEHRAN (Arabic: شرکت ترابری بین المللی تهران); a.k.a. TEHRAN INTERNATIONAL TRANSPORT CO), No. 108 Sepahbod Gharani St., Tehran, Iran; P.O. Box 15989-4554, Iran; 118 Gharani Avenue, Tehran 15981, Iran; Jahad St., Km 9 Special Karaj Road, Tehran, Iran; Kilometer 11, Karaj Special Road, End of South Jihad, Tehran, Iran; Pasdaran Boulevard, Homa Hotel Way 3, 3 Delavaran, Sahel Complex, 3rd Floor, Unit 5, Bandar Abbas, Iran; Bushehr, Iran; Bazargan, Iran; Isfahan, Iran; Incheh Borun, Iran; Jolfa, Iran; Sarakhs, Iran; Khosravi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10862037537 (Iran); Registration Number 4491 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

TEHRAN PRISONS (a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربتی استان تهران); a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران); a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz,

Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران) (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران); a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PRISONS ORGANIZATION (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی); a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران); a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران) (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران); a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRAN PROVINCE PRISONS DEPARTMENT (Arabic: اداره کل زندانهای استان تهران) (a.k.a. TEHRAN PRISONS; a.k.a. TEHRAN PRISONS AND SECURITY CORRECTIVE MEASURES DEPARTMENT (Arabic: اداره کل زندانها و اقدامات تامینی و تربیتی استان تهران); a.k.a. TEHRAN PRISONS ORGANIZATION; a.k.a. TEHRAN PROVINCE PRISONS (Arabic: زندانهای استان تهران)), Region 2, Saadat Abad, Kooye Faraz, Tehran Province Prisons Department, Level 3, Tehran 1982846176, Iran; Website Tehranprisons.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

TEHRANI, Mojtaba (a.k.a. SHIRINKAR, Mohammad Bagher), Iran; DOB 21 Sep 1979; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0067948431 (Iran) (individual) [SDGT] [IRGC] [IFSR] [HRIT-IR] [ELECTION-EO13848] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

TEHRANI, Sayyed Mohammad Ali Haddadnezhad (a.k.a. HADDADNEZHAD, Sayyed Mohammad Ali Jalal), Iran; DOB 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 32371002 (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

TEHREEK AZADI JAMMU AND KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-

HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHREEK-E-AZADI JAMMU AND KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHREEK-E-AZADI-E-JAMMU AND KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF

THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHREEK-E-AZADI-E-KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA;

a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHREEK-E-TALIBAN (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan [FTO] [SDGT].

TEHREEK-I-AZADI-I KASHMIR (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-

JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TEHRIK UL-FURQAAN (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY), Pakistan [FTO] [SDGT].

TEHRIK-E TALIBAN PAKISTAN (TTP) (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan [FTO] [SDGT].

TEHRIK-E-HURMAT-E-RASOOL (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE

FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHRIK-E-TAHAFUZ QIBLA AWWAL (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a.

PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

TEHRIK-E-TALIBAN (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-I-TALIBAN PAKISTAN), Pakistan [FTO] [SDGT].

TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TEHRIK-I-TALIBAN PAKISTAN (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E TALIBAN PAKISTAN (TTP); a.k.a. TEHRIK-E-TALIBAN), Pakistan [FTO] [SDGT].

TEIF TADBIR ARYA (a.k.a. TEYF TADBIR ARIA; a.k.a. TEYF TADBIR ARYA ENGINEERING COMPANY), Unit 10, No. 1, End of Bahar, Kardan Street, Patrice Street, Tehran 1445964433, Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Organization Established Date 26 Jun 2012; National ID No. 10320792753 (Iran); Registration Number 427320 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

TEJARAT ALMAS MOBIN HOLDING (a.k.a. ALMAS MOBIN TRADING), 57 Akhtaran Lane, West Nahid Street, Africa Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

TEJARAT BANK (a.k.a. BANK TEJARAT), 152 Taleghani Avenue, Tehran, Iran; No. 247, Taleghani Avenue, Tehran, Iran; PO Box 11365-3139, 130 Taleghani Avenue, Tehran, Iran; PO Box 1598617818, Tehran, Iran; PO Box 71345, Karim Khan Zand Blv, Nouri Ave, Opposite Eram Hotel, Shiraz, Iran; 124-126 Rue de Provence, (Angle 76 bd Haussmann), Paris 75008, France; PO Box 734001, Rudaki Ave 88, Dushanbe 734001, Tajikistan; Office C208, Beijing Lufthansa Center No 50, Liangmaqiao Rd, Chaoyang District, Beijing 100016, China; PO Box 119871, 4th Floor, c/o Persia International Bank PLC, The Gate Bldg, Dubai, United Arab Emirates; Esfahan Region Management Bldg, Sheikh Bahayee Ave & Abuzar St Junction, Esfahan, Iran; SWIFT/BIC BTEJIRTH; Website www.tejaratbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38027; alt. Registration Number 8828215; All Offices Worldwide [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR; Linked To: BANK SEPAH).

TEJARAT GOSTAR FARDAD, No. 13, First Floor, Unit 1, Shahab (11th) Street, Gandy Street, Tehran, Iran; No. 1/2, 2nd Floor, Yavari Alley, Across from Niyavaran Commercial Complex, Niyaravan, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

TEJARAT PAYDAR OFOGH (a.k.a. SABERIN KISH CO.; a.k.a. SABERIN KISH COMPANY (Arabic: شرکت صابرین کیش)), Kish Island, Iran; Number 9, Bahard First, Resalat Square, Hengam Street, Tehran 1677745783, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2001; National ID No. 10861528470 (Iran); Registration Number 1205 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TEJARAT PAYDAR PAYMAN DEVELOPMENT, Iran; Additional Sanctions Information - Subject

to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TEJARAT TOSE'E EQTESADI IRANIAN (a.k.a. MEHR EGHTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR EQTESAD IRANIAN INVESTMENT COMPANY; a.k.a. MEHR IRANIAN ECONOMY COMPANY; a.k.a. MEHR IRANIAN ECONOMY INVESTMENTS; a.k.a. MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY), No. 18, Iranian Building, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; No. 48, 14th Alley, Ahmad Qassir Street, Argentina Square, Tehran, Iran; Website www.mebank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Phone Number 982188526300; alt. Phone Number 982188526301; alt. Phone Number 982188526302; alt. Phone Number 982188526303; alt. Phone Number 9821227700019; Business Registration Document # 103222 (Iran); National ID No. 10101863528 (Iran); Fax: 982188526337; Alt. Fax: 9221227700019 [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: MEHR EQTESAD BANK).

TEJARAT GOSTAR NIKAN IRANIAN COMPANY (a.k.a. NAM-AVARAN-E POUYA CONTROL; a.k.a. POUYA CONTROL), No. 2, Sharif Alley, Before Yakchal St., After Golhak St., Shariati St., Tehran, Iran; No. 2, Sharif Street, Golhak, Shariati Street, Tehran, Iran; Website www.pouyacontrol.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TEK KOM MANUFACTURING LLC (a.k.a. LIMITED LIABILITY COMPANY TEK KOM MANUFACTURING), Nab. Presnenskaya D. 10, BTS Bashnya Na Naberezhnoi, Blok S, 52 Floor, Moscow 123317, Russia; Str. 1V, Pom.2.11, Promzona Borovlevo 2 179540, Russia; Tax ID No. 7703444041 (Russia); Registration Number 1187746275870 (Russia) [RUSSIA-EO14024].

TEKE, Murat, Turkey; DOB 24 Feb 1975; POB Mengen, Bolu, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24165659 (Turkey); National ID No. 34810083984 (Turkey) (individual) [SDGT] [IFSR] (Linked To: AYAN, Sitki).

TEKHNIKA SVYAZI JSC (a.k.a. AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ); a.k.a. JOINT STOCK COMPANY COMMUNICATION EQUIPMENT; a.k.a. OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА

СВЯЗИ), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

TEKHNOLOGII KREDITOVANIYA LIMITED LIABILITY COMPANY (a.k.a. OOO LENDING TECHNOLOGIES; a.k.a. OOO TEHNOLOGII KREDITOVANYA), Room 1.104, 23/1 Vavilova St., Moscow 117312, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736317458 (Russia); Registration Number 1187746782519 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TEKHNOSOFT OOO (Cyrillic: ООО ТЕХНОСОФТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOSOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОСОФТ)), Ul. Nobelya D. 5, ET 2 POM.29 Ter. Skolkovo Innovatsionnogo Tsentra, 121205, Russia; Organization Established Date 11 Jul 2014; Tax ID No. 7703813813 (Russia); Registration Number 1147746784866 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

TEKNIP RUS AO (Cyrillic: ТЕКНИП РУС АО) (f.k.a. AKTSIONERNOE OBSHCHESTVO TEKNIP ENERDZHIS RUS; a.k.a. JSC ENERGIES (Cyrillic: АО ЭНЕРДЖИС)), d. 266 str. 1 pom. 8.1-N.152, 8 etazh, prospekt Ligovski, St. Petersburg 196006, Russia; Tax ID No. 7810913731 (Russia); Registration Number 1027810258882 (Russia) [RUSSIA-EO14024].

TEKNODINAMIKA JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА)), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia;

Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

TEKNOLOGIYA 5, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5; a.k.a. TECHNOLOGY 5 CO., LIMITED; a.k.a. "LIMITED LIABILITY COMPANY GREEN CITY"), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

TEKSLER, Aleksey Leonidovich (Cyrillic: ТЕКСЛЕР, Алексей Леонидович) (a.k.a. TEXLER, Alexey Leonidovich), Chelyabinsk Region, Russia; DOB 19 Jan 1973; POB Chelyabinsk, Chelyabinsk region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 245707035985 (Russia) (individual) [RUSSIA-EO14024].

TELEFOCUS CONSULTANTS INC (a.k.a. TELEFOCUS CONSULTANTS INC CANADA), 871 Young Ave, Halifax, Nova Scotia B3H 2V8, Canada; Commercial Registry Number 3234614 (Canada) [SYRIA] (Linked To: KALAI, Nader).

TELEFOCUS CONSULTANTS INC CANADA (a.k.a. TELEFOCUS CONSULTANTS INC), 871 Young Ave, Halifax, Nova Scotia B3H 2V8, Canada; Commercial Registry Number 3234614 (Canada) [SYRIA] (Linked To: KALAI, Nader).

TELEFOCUS SAL OFFSHORE (Arabic: تيليفوكوس ش.م.ل.(اوف شور), Mir Bachir St, Riad El Solh, Beirut, Lebanon; 7th Floor-Riad-Solh Lazarieh Tower, Beirut, Lebanon; 1470 Bachoura - Azaria Building - 7th Floor, Beirut, Lebanon; Registration Number 1802940 (Lebanon) [SYRIA] (Linked To: KALAI, Nader).

TELEMSI, Ahmed (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ouid; a.k.a. EL TILEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali (individual) [SDGT].

TELEPORT COMPANY SAL (Arabic: شركة تليبورت (ش.م.ل.), Sami El Solh Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jan 2016; Organization Type: Non-specialized wholesale trade; Commercial Registry Number 1020711 (Lebanon) [SDGT] (Linked To: MUSHANTAF, Andriyah Samir; Linked To: MOUKALLED, Firas Hasan; Linked To: MOUKALLED, Rayyan Hassan).

TELESERVE PLUS SAL (a.k.a. TELESERVEPLUS), 4th Floor, Dalas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Postal Box 13-5483, Lebanon; Old Saida Avenue, Dallas Center, 6th Floor, Beirut, Lebanon; 6th Floor, Dallas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Website www.teleserveplus.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 2004609 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

TELESERVEPLUS (a.k.a. TELESERVE PLUS SAL), 4th Floor, Dalas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Postal Box 13-5483, Lebanon; Old Saida Avenue, Dallas Center, 6th Floor, Beirut, Lebanon; 6th Floor, Dallas Center, Old Saida Road, Chiyah, Baabda, Lebanon; Website www.teleserveplus.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 2004609 (Lebanon) [SDGT] (Linked To: STARS GROUP HOLDING).

TELEVISION STATION RUSSIA-1 (Cyrillic: ТЕЛЕКАНАЛ РОССИЯ-1) (a.k.a. ROSSIJA 1; a.k.a. ROSSIYA-1 (Cyrillic: РОССИЯ-1); a.k.a. RUSSIA-1), 5th Yamskogo Polya street, 19-21, building 1, Begovoy, Moscow, Russia (Cyrillic: Ямского Поля 5-я улица, 19-21, стр. 1, Беговой, Москва, Russia); Organization Established Date 13 May 1991; Target Type Government Entity [RUSSIA-EO14024].

TELIZHENKO, Andrii (Cyrillic: ТЕЛІЖЕНКО, Андрій) (a.k.a. TELIZHENKO, Andrii Grygorovych (Cyrillic: ТЕЛІЖЕНКО, Андрій Григорович); a.k.a. TELIZHENKO, Andriy), 7 Koshytsa Street, Apartment 136, Kiev 02068, Ukraine; Stepana Rudanskogo 3A, Apartment 170, Kiev 04112, Ukraine; DOB 02 Sep 1990; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport DU000524 (Ukraine) issued 10 Nov 2015 expires 10 Nov 2020; alt. Passport ES505702 (Ukraine) issued 13 Nov 2014 expires 13 Nov 2024; National ID No. 3311706819 (Ukraine) (individual) [ELECTION-EO13848].

TELIZHENKO, Andrii Grygorovych (Cyrillic: ТЕЛІЖЕНКО, Андрій Григорович) (a.k.a. TELIZHENKO, Andrii (Cyrillic: ТЕЛІЖЕНКО, Андрій); a.k.a. TELIZHENKO, Andriy), 7 Koshytsa Street, Apartment 136, Kiev 02068, Ukraine; Stepana Rudanskogo 3A, Apartment 170, Kiev 04112, Ukraine; DOB 02 Sep 1990; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport DU000524 (Ukraine) issued 10 Nov 2015 expires 10 Nov 2020; alt. Passport ES505702 (Ukraine) issued 13 Nov 2014 expires 13 Nov 2024; National ID No. 3311706819 (Ukraine) (individual) [ELECTION-EO13848].

TELIZHENKO, Andriy (a.k.a. TELIZHENKO, Andrii (Cyrillic: ТЕЛІЖЕНКО, Андрій); a.k.a. TELIZHENKO, Andrii Grygorovych (Cyrillic: ТЕЛІЖЕНКО, Андрій Григорович)), 7 Koshytsa Street, Apartment 136, Kiev 02068, Ukraine; Stepana Rudanskogo 3A, Apartment 170, Kiev 04112, Ukraine; DOB 02 Sep 1990; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport DU000524 (Ukraine) issued 10 Nov 2015 expires 10 Nov 2020; alt. Passport ES505702 (Ukraine) issued 13 Nov 2014 expires 13 Nov 2024; National ID No. 3311706819 (Ukraine) (individual) [ELECTION-EO13848].

TELLUR ELECTRONICS (a.k.a. LLC TELLUR ELEKTRONIKS), ul. Butlerova d. 17, floor/komn 4/49, Moscow 117342, Russia; Tax ID No. 7720355306 (Russia); Registration Number 1167746991312 (Russia) [RUSSIA-EO14024].

TEMIN, Catherine Esther, Finland; DOB 07 Jul 1985; nationality Estonia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SIBERICA OY).

TEMIN, Gabriel, France; Finland; DOB 09 Feb 1980; POB Tallinn, Estonia; nationality France; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SIBERICA OY).

TEMIRGALIEV, Rustam Ilmirovich; DOB 15 Aug 1976; POB Ulan-Ude, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Chairman of the Council of Ministers of Crimea; Crimean Deputy Prime Minister (individual) [UKRAINE-EO13660].

TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA PAO), 26, Kirova Street, Arzamas 607220, Russia; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TEMP-AVIA PAO (f.k.a. OPEN JOINT STOCK COMPANY ARZAMASSKOYE OPYTNO KONSTRUKTORSKOYE BYURO TEMP; a.k.a. PJSC ARZAMAS RESEARCH AND PRODUCTION ENTERPRISE; a.k.a. PUBLIC JOINT STOCK COMPANY ARZAMASSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE TEMP-AVIA; a.k.a. TEMP-AVIA ARZAMAS RESEARCH & PRODUCTION ASSOCIATION JSC; a.k.a. TEMP-AVIA ARZAMAS RESEARCH AND PRODUCTION ASSOCIATION JSC), 26, Kirova Street, Arzamas 607220, Russia; Organization Established Date 1958; Tax ID No. 5243001887 (Russia); Registration Number 1025201335994 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TEMPBANK (a.k.a. MAB TEMPBANK OAO; a.k.a. MOSCOW JOINT-STOCK BANK

TEMPBANK OPEN JOINT-STOCK COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MOSKOVSKI AKTSIONERNY BANK TEMPBANK), 36/50 Lyusinovskaya ul., Moscow 115093, Russia; SWIFT/BIC TMJSRUMM; Website www.tempbank.ru; Email Address info@tempbank.ru; Registration ID 1027739270294 [SYRIA].

TEMPLE DEL PITIC S.A. DE C.V. (f.k.a. CORPORATIVO GAXIOLA HERMANOS S.A. DE C.V.), Blvd. Francisco Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Avenida Angel Garcia Aburto #62, Colonia Loma Linda, Hermosillo, Sonora, Mexico; Colonizadores No. 83D, Colonia Las Quintas, Esq. Quintas de las Aves, Hermosillo, Sonora 83240, Mexico; Blvd Rodriguez 108, Col Centro, Hermosillo, Sonora, Mexico; R.F.C. CGH960503DL9 (Mexico); d.b.a. "ANARQUIA PAINTBALL" [SDNTK].

TEMREZOV, Rashid Borisovich (a.k.a. TEMREZOV, Rashid Borispievich (Cyrillic: ТЕМРЕЗОВ, Рашид Бориспиевич)), Karachayevo-Cherkessia Republic, Russia; DOB 14 Mar 1976; POB Cherkessk, Karachayevo-Cherkessia Republic, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

TEMREZOV, Rashid Borispievich (Cyrillic: ТЕМРЕЗОВ, Рашид Бориспиевич) (a.k.a. TEMREZOV, Rashid Borisovich), Karachayevo-Cherkessia Republic, Russia; DOB 14 Mar 1976; POB Cherkessk, Karachayevo-Cherkessia Republic, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

TEN, Sergey Yuryevich (Cyrillic: ТЕН, Сергей Юрьевич), Russia; DOB 25 Aug 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TENSIN, Aleksei (a.k.a. TENSIN, Alexey Vasilyevich), Russia; DOB 28 Nov 1971; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 183200864631 (Russia) (individual) [RUSSIA-EO14024].

TENSIN, Alexey Vasilyevich (a.k.a. TENSIN, Aleksei), Russia; DOB 28 Nov 1971; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 183200864631 (Russia) (individual) [RUSSIA-EO14024].

TEO BOON CHING WILDLIFE TRAFFICKING TRANSNATIONAL CRIMINAL ORGANIZATION, Malaysia; Thailand; Laos; Vietnam; China; Hong Kong, China; Target Type Criminal Organization [TCO].

TEQUILA EL VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. CASA VIEJO LUIS; a.k.a. EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

TEQUILA ONZE BLACK (a.k.a. ONZE BLACK), Antioquia # 2123-B, Col. Los Colomos, Guadalajara, Jalisco 44660, Mexico; Website www.tequilaonze.com [SDNTK].

TEQUILA VALENTON (a.k.a. EL VIEJO LUIS; a.k.a. GRUPO COMERCIAL ROOL, S.A. DE C.V.), Alberta No. 2288 4B, Col. Jardines de Providencia, Guadalajara, Jalisco 44630, Mexico; Acueducto No. 2380, Col. Colinas de San Javier, Guadalajara, Jalisco 44660, Mexico; Lazaro Cardenas No. 3430, Desp. 403 and 404, Piso 4, Zapopan, Jalisco 45040, Mexico; Av. Mexico No. 2798, Col. Terranova, Guadalajara, Jalisco 44689, Mexico; RFC GCR990628KR9 (Mexico); Folio Mercantil No. 38347 [SDNTK].

TERAOKA, Osamu (Japanese: 寺岡修); DOB 22 Mar 1949 [TCO] (Linked To: KOBE YAMAGUCHI-GUMI).

TEREAL INDUSTRY AND TRADE LIMITED, No. 9 Hongji Street, Xi Gang District, Dalian City, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TEREK SPECIAL RAPID RESPONSE TEAM (a.k.a. SPECIAL DIVISION OF FIRST RESPONDERS, CHECHNYA (SOBR)), Chechen Republic, Russia [MAGNIT].

TERENTIEV, Vladimir (Cyrillic: ТЕРЕНТЬЕВ, Владимир) (a.k.a. TERENTIEV, Vladimir Nikolaevich (Cyrillic: ТЕРЕНТЬЕВ, Владимир Николаевич)), Crimea, Ukraine; DOB 11 Nov 1977; POB Voronezh, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TERENTIEV, Vladimir Nikolaevich (Cyrillic: ТЕРЕНТЬЕВ, Владимир Николаевич) (a.k.a. TERENTIEV, Vladimir (Cyrillic: ТЕРЕНТЬЕВ, Владимир)), Crimea, Ukraine; DOB 11 Nov 1977; POB Voronezh, Russian Federation; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TERENTYEV, Alexander Vasilyevich (Cyrillic: ТЕРЕНТЬЕВ, Александр Васильевич), Russia; DOB 01 Jan 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TERENTYEV, Mikhail Borisovich (Cyrillic: ТЕРЕНТЬЕВ, Михаил Борисович), Russia; DOB 14 May 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TERESHKOVA, Valentina Vladimirovna (Cyrillic: ТЕРЕШКОВА, Валентина Владимировна), Russia; DOB 06 Mar 1937; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TERLIKOV, Andrei Leonidovich (a.k.a. TERLIKOV, Andrey Leonidovich), Russia; DOB 22 Feb 1962; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 662317683996 (Russia) (individual) [RUSSIA-EO14024].

TERLIKOV, Andrey Leonidovich (a.k.a. TERLIKOV, Andrei Leonidovich), Russia; DOB 22 Feb 1962; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Executive Order 14114.; Tax ID No. 662317683996 (Russia) (individual) [RUSSIA-EO14024].

TERNERA, Josu (a.k.a. BENGOECHEA, Jose Antonio Urruticoechea; a.k.a. BENGOETXEA, Jose Antonio Urrutikoetxea) DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

TERRA MINAS E INVERSIONES DEL PACIFICO, S.A.P.I. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 26 May 2021; Organization Type: Mining and Quarrying; Folio Mercantil No. N-2021047829 (Mexico) [ILLICIT-DRUGS-EO14059].

TERRA-AZ LIMITED, 103, Afsralias 6, Limassol 3017, Cyprus; Organization Established Date 15 Sep 2017; Registration Number C373788 (Cyprus) [RUSSIA-EO14024] (Linked To: PALNYCHENKO, Igor).

TERRAZA 9140 (a.k.a. SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.), Blvd. Lopez Mateos No. 9140, Col. El Palomar, Zapopan, Jalisco C.P. 45238, Mexico; Cancun, Quintana Roo, Mexico; R.F.C. SRC-080222-274 (Mexico) [SDNTK].

TERTEL, Ivan Stanislavavich (Cyrillic: ТЭРТЭЛЬ, Іван Станіслававіч) (a.k.a. TERTEL, Ivan Stanislavovich (Cyrillic: ТЕРТЕЛ, Иван Станиславович); a.k.a. TSERTSEL, Ivan Stanislavavich (Cyrillic: ЦЕРЦЕЛЬ, Іван Станіслававіч)), Minsk, Belarus; DOB 08 Sep 1966; POB Privalka, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

TERTEL, Ivan Stanislavovich (Cyrillic: ТЕРТЕЛ, Иван Станиславович) (a.k.a. TERTEL, Ivan Stanislavavich (Cyrillic: ТЭРТЭЛЬ, Іван Станіслававіч); a.k.a. TSERTSEL, Ivan Stanislavavich (Cyrillic: ЦЕРЦЕЛЬ, Іван Станіслававіч)), Minsk, Belarus; DOB 08 Sep 1966; POB Privalka, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

TERYUSHKOV, Roman Igorevich (Cyrillic: ТЕРЮШКОВ, Роман Игоревич), Russia; DOB 20 Dec 1979; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TESHILOVO OOO, d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 11 Jun 1992; Organization Type: Real estate activities with own or leased property; Tax ID No. 5077017574 (Russia); Registration Number 1055011104895 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

TESIC, Slobodan (a.k.a. SLOBODAN, Tezic, Serbia; DOB 21 Dec 1958; POB Kiseljak, Bosnia and Herzegovina; nationality Serbia; citizen Serbia; Gender Male; Passport 009511357 (Serbia) expires 27 Oct 2020; alt. Passport 007671811 (Serbia) expires 05 Aug 2019 (individual) [GLOMAG].

TET KHAM (S) PTE. LTD., 6 Loyang Way 1, 508704, Singapore; Registration ID 200004646G (Singapore) issued 29 May 2000 [SDNTK].

TET KHAM CONSTRUCTION COMPANY LIMITED, Pyinmana Taung Twin Road, Let Pan Khar Village, Pyinmanar, Mandalay, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Kamayut Township, Yangon, Burma [SDNTK].

TET KHAM GEMS CO., LTD., No. 7 Inya Road & Oo Yin Street, Kamayut Township, Yangon, Burma [SDNTK].

TETERDINKO, Alexander Pavlovich (Cyrillic: ТЕТЕРДИНКО, Александр Павлович), Russia; DOB 20 Nov 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TETHYS PRO JSC (a.k.a. AKTCIONERNOE OBSHHESTVO TETIS PRO; a.k.a. JOINT STOCK COMPANY TETIS PRO), Ul. Polyany D.54, Floor 3, PO Box 73, Moscow 117042, Russia; Polyany St., Building 54, Building 1, Moscow 142791, Russia; 19-21 Novo-Rybinskaya St., Office 330, Saint Petersburg 196084, Russia; Tax ID No. 7724643714 (Russia); Registration Number 1077763809353 (Russia) [RUSSIA-EO14024].

TETIS GLOBAL FZE (Arabic: تتيس جلوبال م م ح), P2-ELOB Office No. E2-112G-05, Hamriyah, Sharjah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Feb 2023; Business Registration Number 25754 (United Arab Emirates); Economic Register Number (CBLS) 12017901 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

TEXEL F.C.G. TECHNOLOGY 2100 LTD, 7 Haeshel, Qesarya 3079504, Israel; Organization Established Date 1994; Registration Number 512036625 (Israel)

[RUSSIA-EO14024] (Linked To: ASIA TRADING & CONSTRUCTION PTE LTD).

TEXLER, Alexey Leonidovich (a.k.a. TEKSLER, Aleksey Leonidovich (Cyrillic: ТЕКСЛЕР, Алексей Леонидович)), Chelyabinsk Region, Russia; DOB 19 Jan 1973; POB Chelyabinsk, Chelyabinsk region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 245707035985 (Russia) (individual) [RUSSIA-EO14024].

TEYF TADBIR ARIA (a.k.a. TEIF TADBIR ARYA; a.k.a. TEYF TADBIR ARYA ENGINEERING COMPANY), Unit 10, No. 1, End of Bahar, Kardan Street, Patrice Street, Tehran 1445964433, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jun 2012; National ID No. 10320792753 (Iran); Registration Number 427320 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

TEYF TADBIR ARYA ENGINEERING COMPANY (a.k.a. TEIF TADBIR ARYA; a.k.a. TEYF TADBIR ARIA), Unit 10, No. 1, End of Bahar, Kardan Street, Patrice Street, Tehran 1445964433, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jun 2012; National ID No. 10320792753 (Iran); Registration Number 427320 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

TEYREBAZEN AZADIYA KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. THE FREEDOM HAWKS OF KURDISTAN; a.k.a. "TAK") [SDGT].

TFK KAMAZ AO (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. JSC TFK KAMAZ; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

TH QTECH LLC (a.k.a. LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК); a.k.a. LLC TD KYUTEK; a.k.a. TD KYUTEK OOO), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

TH SYMMETRON ELECTRONIC COMPONENTS (a.k.a. TD SIMMETRON EK OOO; a.k.a. TORGOVYI DOM SIMMETRON ELEKTRONNYE KOMPONENTY), Sh. Leningradskoe d. 69, korp. 1, Moscow 125445, Russia; Tax ID No. 7743581260 (Russia); Registration Number 1057749709380 (Russia) [RUSSIA-EO14024].

THABIT 'IZ (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

THACI, Menduh; DOB 03 Mar 1965; POB Tetovo, Macedonia (individual) [BALKANS].

THAEPHYONGSAN SHIPPING CO LTD, Room 402, 90, Sochon-dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5878575 [DPRK3].

THAER, Mansour; DOB 21 Mar 1974; POB Baghdad, Iraq (individual) [SDGT].

THAHINI, Abdallah (a.k.a. TAHINI, Abdallah Asad; a.k.a. THINI, Abdalla As'ad; a.k.a. "TAHINI, Ahmad"); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

THAI LONG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS

COMPANY (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

THAILONG HOTEL (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

THAINGUI S.A.L. OFFSHORE (a.k.a. "SHANGHAI S.A.L. OFFSHORE COMPANY"), Unesco Center, 4th Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1804869 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

THAJIL, Hamid (a.k.a. AL-ATTABI, Hameed Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

THALESTRIS LIMITED, 3rd Floor Ulysses House, Foley Street, Dublin 1, Dublin D01 W2T2, Ireland; Organization Established Date 28 Nov 2019; Organization Type: Activities of holding companies; Tax ID No. 661545 (Ireland) [CYBER2].

THAMESTONE SA, Rue Du Marche 28, Geneva 1204, Switzerland; Organization Established Date 22 Dec 2014; Tax ID No. 299161819 (Switzerland); Company Number CHE-299.161.819 (Switzerland); Registration Number CH-660.3.487.014-6 (Switzerland) [RUSSIA-EO14024].

THAN, Charlie, Room No 23, Building No 25, Palm Village Villa, Yankin Yanshin Street, Yangon, Burma; DOB 1950; nationality Burma; Gender Male (individual) [BURMA-EO14014].

THASLEEM, Mohamed, Hulhumale, Male 20041, Maldives; DOB 23 Oct 1987; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A121492 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

THAUNG, Jonathan Kwang (a.k.a. TAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Kyaw; a.k.a. THAUNG, Jonathan Myo Kyaw; a.k.a. "MYO, Jonathan"), Burma; DOB 29 Dec 1981; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

THAUNG, Jonathan Kyaw (a.k.a. TAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Myo Kyaw; a.k.a. "MYO, Jonathan"), Burma; DOB 29 Dec 1981; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

THAUNG, Jonathan Myo Kyaw (a.k.a. TAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Kyaw; a.k.a. "MYO, Jonathan"), Burma; DOB 29 Dec 1981; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

THE AID ORGANIZATION OF THE ULEMA (a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -l Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar

Sharif; Also operations in: Kosovo,Chechnya [SDGT].

THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT].

THE AQSA LAMP (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. AL-AQSA TV; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT]

[NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a.

WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

THE AUDITORS FOR ACCOUNTING AND AUDITING (Arabic: المدققون المحاسبة والتدقيق), Sayed Hadi Nasrallah Street, Al Nakhel Building, 5th floor, Burj Barajne, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 278 (Lebanon) issued 22 Feb 2006 [SDGT] (Linked To: DAHER, Ibrahim Ali).

THE BASE (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

THE BENEVOLENT CHARITABLE ORGANIZATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN

SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

THE BEST LEADER GENERAL TRADING LLC (a.k.a. WILMINGTON GENERAL TRADING LLC), 1805, Al Owais Tower, Binias Road, Deira, Dubai, United Arab Emirates; P.O. 31622, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 668722 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEIFI, Asadollah).

THE BUSINESS CENTRE LIMITED (a.k.a. THE BUSINESS CENTRE LTD.), The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 56-556-9269; V.A.T. Number MT11366525 (Malta); Tax ID No. 11366525 (Malta); Trade License No. C 17918 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

THE BUSINESS CENTRE LTD. (a.k.a. THE BUSINESS CENTRE LIMITED), The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 56-556-9269; V.A.T. Number MT11366525 (Malta); Tax ID No. 11366525 (Malta); Trade License No. C 17918 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA

YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE CRYSTAL GROUP (a.k.a. THE CRYSTAL GROUP SAL), Beirut, Lebanon; Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2003; Organization Type: Restaurants and mobile food service activities; Business Registration Number 1008937 (Lebanon) [SDGT] (Linked To: AL-ZEIN, Mazen Hassan).

THE CRYSTAL GROUP SAL (a.k.a. THE CRYSTAL GROUP), Beirut, Lebanon; Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2003; Organization Type: Restaurants and mobile food service activities; Business Registration Number 1008937 (Lebanon) [SDGT] (Linked To: AL-ZEIN, Mazen Hassan).

THE EAGLES INTERNATIONAL LLC (a.k.a. THE EAGLES L.L.C.), Plot No. 41, Airport Free Trade Zone, Damascus, Syria [SYRIA] (Linked To: ABDULKARIM, Wael; Linked To: ABDULKARIM GROUP).

THE EAGLES L.L.C. (a.k.a. THE EAGLES INTERNATIONAL LLC), Plot No. 41, Airport Free Trade Zone, Damascus, Syria [SYRIA] (Linked To: ABDULKARIM, Wael; Linked To: ABDULKARIM GROUP).

THE ENERGY RESEARCH INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. "INEI RAN"), UI Nagornaya D 31, Korp 2, Moscow 117186, Russia; Organization Established Date 06 Jun 1994; Tax ID No. 7727083080 (Russia); Government Gazette Number 04813131 (Russia); Registration Number 1037739092643 (Russia) [RUSSIA-EO14024].

THE FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION ARTEK

INTERNATIONAL CHILDRENS CENTER (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTE INTERNATIONAL CHILDREN CENTER ARTEK (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ МЕЖДУНАРОДНЫЙ ДЕТСКИЙ ЦЕНТР АРТЕК)), 41 Lenningradskaya St., Gurzuf, Crimea 298645, Ukraine; Target Type Government Entity; Tax ID No. 230304393615 (Russia); Registration Number 1149102030770 (Russia) [RUSSIA-EO14024].

THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM; a.k.a. NII POLYMEROV AO; a.k.a. V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

THE FEDERATION COUNCIL OF THE FEDERAL ASSEMBLY OF THE RUSSIAN FEDERATION (Cyrillic: СОВЕТ ФЕДЕРАЦИИ ФЕДЕРАЛЬНОГО СОБРАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ), 26 Bolshaya Dmitrovka Street, Moscow 103426, Russia; Website council.gov.ru; Target Type Government Entity [RUSSIA-EO14024].

THE FERN LIMITED (Arabic: ذا فرن ليمتد), PO Box 22693, Jebel Ali Free Zone Authority, United Arab Emirates; Company Number 1679455 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

THE FOUNDATION FOR NATIONAL VALUES PROTECTION (Cyrillic: ФОНДА ЗАЩИТЫ НАЦИОНАЛЬНЫХ ЦЕННОСТЕЙ) (a.k.a. "FZNC"), Moscow, Russia; Website fznc.world; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: MALKEVICH, Alexander Aleksandrovich; Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

THE FOUNDATION OF THE OPPRESSED (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

THE FREEDOM HAWKS OF KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a. "TAK") [SDGT].

THE FRONT FOR THE LIBERATION OF AL SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHAT AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE (a.k.a. GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA; a.k.a. MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE

(Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. MINSK GUVD (Cyrillic: ГУВД МИНСК)), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Беларусь); Tax ID No. 100582346 (Belarus) [BELARUS].

THE GENERAL ESTABLISHMENT OF MAIL SAVING FUND (a.k.a. SAVING BANK; f.k.a. THE POST SAVING FUND; a.k.a. "SAVINGS BANK"), Amous Square, Damascus, Syria; P.O. Box: 5467, Al-Furat St., Merjeh, Damascus, Syria [SYRIA].

THE GROUP FOR THE PRESERVATION OF THE HOLY SITES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

THE GROUP OF COMPANIES ELECTRONINVEST JOINT STOCK COMPANY (a.k.a. AO GK ELEKTRONINVEST), Ul. Nizhnaya D. 14, Str. 2, Moscow 125040, Russia; 19A, Ul. Alabushevskaya Zelenograd Moscow, Moscow 124460, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710346180 (Russia); Registration Number 1027739381812 (Russia) [RUSSIA-EO14024].

THE HATIKVA JEWISH IDENTITY CENTER (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH

LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE HORROR SQUADRON (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS), Algeria [SDGT].

THE INTERNATIONAL AL QUDS FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. "IJF"), Hamra Street, Saroulla Building,

11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

THE INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT].

THE INTERNATIONAL INSTITUTE OF INDEPENDENT THINKERS AND ARTISTS (a.k.a. NEW HORIZON ORGANIZATION), 1st Floor, No. 91, East 2nd Aseman St., Aseman St., Ketab Sq., Tehran, Iran; Website newhorizon.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

THE INTERNATIONAL KAHANE MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE IRANIAN REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

THE ISLAMIC INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT].

THE ISLAMIC PEACEKEEPING ARMY (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE;

a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT].

THE ISLAMIC PEACEKEEPING BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY) [SDGT].

THE ISLAMIC SPECIAL PURPOSE REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT].

THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

THE JAMAAT MOJAHEDIN (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a.

ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

THE JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE JIHAD GROUP (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ) (a.k.a. JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY; a.k.a. TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH; a.k.a. TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

THE JUDEAN LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE JUDEAN VOICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE KAZAKH JAMA'AT (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA

UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS

INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr,

Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

THE KUWAITI-CAMBODIAN ORPHANAGE CENTER (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE

CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-'JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba,

P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyan, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

THE LIBYAN SOCIETY (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. "IJG") [FTO] [SDGT].

THE LIMITED LIABILITY COMPANY GROUP OF THE COMPANIES SPECIALMETALLMASTER (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES SPETSMETALLMASTER), Pr-Kt Ryazanskii D. 8A, Str. 24, Et/Pom/Komn 4/I/44-54, Moscow 109428, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722326685 (Russia); Registration Number 1157746420512 (Russia) [RUSSIA-EO14024].

THE LIMITED LIABILITY COMPANY INVESTMENT COMPANY ABROS (a.k.a. LLC IC ABROS), 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 72426791; Telephone: 7812 3358979 [UKRAINE-EO13661].

THE LIMITED LIABILITY COMPANY NETWORKING COMPANY IRKUT (a.k.a. SETEVAYA KOMPANIYA IRKUT OOO), ul. Aviastroitelei d. 28 A, Irkutsk 664020, Russia; Tax ID No. 3810035487 (Russia); Registration Number 1043801429737 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

THE MASTER OF THE MARTYRS BRIGADE (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

THE METALLURGY INDUSTRIES OF KHORASAN (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. SANAYE METOLOGIE IRAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

THE MONOTHEISM AND JIHAD GROUP (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC

STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE MOTHER ARK LTD, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Organization Established Date 13 Apr 2022; Target Type Private Company; Registration Number HE433232 (Cyprus) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

THE MOVEMENT OF THE NOBLE ONES (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH), Iraq; Syria [SDGT].

THE NATIONAL PETROCHEMICAL COMPANY (a.k.a. NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NIPC"; a.k.a. "NPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

THE NIRU BATTERY COMPANY (a.k.a. NIROU BATTERY MANUFACTURING SABA BATTERY COMPANY; a.k.a. NIRU BATTERY MANUFACTURING COMPANY; a.k.a. NIRU CO. LTD.; a.k.a. SHERKAT BATTERY SAZI NIRU SAHAMI KHASS), End of Pasdaran Avenue, Nobonyad Square, P.O. Box 19575-361, Tehran 16489, Iran; Next to Babee Exp. Way, Nobonyad Sq., P.O. Box 19575-361, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

THE NUCLEAR REACTORS FUEL COMPANY (a.k.a. "SOOREH"; a.k.a. "SUREH"), End of North Kargar Street, Shahid Abtahi Street, (20th), #61, Tehran, Iran; Esfahan Complex Khalije Fars Blvd., 20 km southeast of Esfahan, P.O. Box: 81465-1957, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

THE OPINION SATELLITE TELEVISION CHANNEL (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE

THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE

COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE ORGANIZATION FOR TECHNICAL INDUSTRIES (a.k.a. ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES), Sham Algadida OTip Box, Damascus 11037, Syria [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER;

a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK;

a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE

ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH (a.k.a. "SPND"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ;

a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

THE OXYTECH, Karachi, Pakistan; Website theoxytech.com; Email Address support@theoxytech.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mujtaba Ali; Linked To: RAZA, Mohsin).

THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfi77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

THE PEOPLE'S DEFENSE FORCE (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN;

a.k.a. PKK; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР) (a.k.a. LLC PLANAR; a.k.a. OOO PLANAR (Cyrillic: ООО ПЛАНАР); a.k.a. PLANAR ELEMENTS), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

THE POPULAR RESISTANCE MOVEMENT OF IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD), Iran; Pakistan; Afghanistan [FTO] [SDGT].

THE POST SAVING FUND (a.k.a. SAVING BANK; f.k.a. THE GENERAL ESTABLISHMENT OF MAIL SAVING FUND; a.k.a. "SAVINGS BANK"), Amous Square, Damascus, Syria; P.O. Box 5467, Al-Furat St., Merjeh, Damascus, Syria [SYRIA].

THE PUBLIC ESTABLISHMENT FOR OIL REFINING AND THE DISTRIBUTION OF OIL DERIVATIVES (a.k.a. GENERAL ORGANIZATION FOR REFINING AND DISTRIBUTION OF PETROLEUM PRODUCTS; a.k.a. PUBLIC ESTABLISHMENT FOR REFINING AND DISTRIBUTION (Arabic: المؤسسة العامة لتكرير النفط و توزيع المشتقات النفطية)), Tripoli Road, P.O. Box 342, Homs, Syria; Website http://perd.sy/; Organization Established Date 2009; Organization Type: Support activities for petroleum and natural gas extraction [SYRIA].

THE QOMEMIYUT MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH

LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE RABBI MEIR DAVID KAHANE MEMORIAL FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE RAHMANI GROUP (a.k.a. RG GENERAL TRADING FZE; a.k.a. RG GROUP FZE (Arabic: جروب جي ار)), Saif Office Q1-03-044/C, P.O. Box 514280, Sharjah, United Arab Emirates; Organization Established Date 11 Jul 2016; Trade License No. 16816 (United Arab Emirates); Legal Entity Number 894500411FLFDQDDV988; Economic Register Number (CBLS) 11618292 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

THE RAILWAYS OF CRIMEA (a.k.a. CRIMEAN RAILWAY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY'; a.k.a. KRYMZHD), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

THE REVOLUTION BRIGADE (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADH-AS-SALIHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT].

THE RUSSOPHILE NATIONAL MOVEMENT ASSOCIATION (Cyrillic: СДРУЖЕНИЕ НАЦИАОНАЛНО ДВИЖЕНИЕ РУСОФИЛИ) (a.k.a. BULGARIAN NATIONAL MOVEMENT OF RUSSOPHILES; a.k.a. RUSSOPHILES NATIONAL MOVEMENT), Georgi S. Rakovski, 108, 1000, Sofia, Bulgaria; Organization Established Date 2003; Business Registration Number 131049199 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

THE SABIREEN MOVEMENT (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-

SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS) [SDGT].

THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS (a.k.a. AL-SAKSUK COMPANY; a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY), Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

THE SISTER TRUST, Switzerland; Bermuda; Organization Established Date 26 Jul 2016; Identification Number DBF5PV.00765.SF.756 (Switzerland) [RUSSIA-EO14024] (Linked To: SERGHIDES, Demetrios).

THE SOCIETY WITH LIMITED AUTHORITY ALFA DIRECT SERVICE (a.k.a. ALFA-DIRECT; a.k.a. ALFA-DIRECT SERVICE LLC), ul. Kalanchevskaya d. 27, Moscow 107078, Russia; Organization Established Date 13 Jan 2000; Tax ID No. 7728308080 (Russia); Registration Number 1037728063515 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

THE SOLDIERS OF AQSA (a.k.a. JUND AL-AQSA; a.k.a. SARAYAT AL-QUDS; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria [SDGT].

THE SPECIAL PURPOSE ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-

SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT) [SDGT].

THE STRATEGIC CULTURE FOUNDATION (Cyrillic: ФОНД СТРАТЕГИЧЕСКОЙ КУЛЬТУРЫ), Russia; Website strategic-culture.org; Organization Type: News agency activities [ELECTION-EO13848].

THE STRATEGIC ROCKET FORCE COMMAND OF KPA (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. "STRATEGIC FORCE"; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

THE URALS PLANT OF TRANSPORT ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA; a.k.a. JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ); a.k.a. URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ)), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

THE VOICE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a.

THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE WAY OF THE TORAH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THE WELL-BEING OF YOUR PRISONERS (a.k.a. PEACE OF YOUR CAPTIVES; a.k.a. SHLOM ASIRAICH (Hebrew: שלום אסירייך)), Yitzhar, West Bank; Organization Established Date 2020; Target Type Charity or Nonprofit Organization; Registered Charity No. 580706331 (Israel) [WEST-BANK-EO14115] (Linked To: CHASDAI, David Chai).

THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD;

a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

THE YANGON GALLERY (a.k.a. YANGON GALLERY), People's Park Compound, Near Planetarium Museum, Ahlone Road, Dagon Township, Yangon, Burma; People's Park Compound, Near Planetarium Museum, Ahlon Road, Dagon Township, Yangon, Burma; Phone Number 09 738 27777 [BURMA-EO14014].

THE YANGON RESTAURANT, People's Park Compound, Near Planetarium Museum, Ahlone Road, Dagon Township, Yangon, Burma; Email Address reservations@theyangonrestaurant.com; Phone Number 95 013 70177; Organization Type: Restaurants and mobile food service activities [BURMA-EO14014].

THE YESHIVA OF THE JEWISH IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE;

a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

THEODOSIA COMMERCIAL SEAPORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA MERCHANT SEA PORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

THEODOSIA MERCHANT SEA PORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

THEODOSIA SEA PORT (a.k.a. PORT OF FEODOSIA; a.k.a. SEAPORT OF FEODOSIYA; a.k.a. STATE ENTERPRISE FEODOSIA SEA TRADING PORT; a.k.a. THEODOSIA COMMERCIAL SEAPORT; a.k.a. THEODOSIA MERCHANT SEA PORT), 14 Gorky Street, Theodosia 98100, Ukraine; 14, Gorky Str., Feodosiya, Crimea 98100, Ukraine; Gorky Street 11, Feodosia, Crimea 98100, Ukraine; Website www.ukrport.org.ua; Email Address theodosia@port.kafa.crimea.ua; UN/LOCODE UA FEO; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125577 (Russia) [UKRAINE-EO13685].

THEODOSIYA OIL TERMINAL (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS), Greece [SDGT].

THET, Naing Win (a.k.a. "THET NAING WIN"), c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; Passport 944168 (Burma) (individual) [SDNTK].

THICHAIYOT, Winai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. TICHYOS, Vinai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

THIEF-IN-LAW (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THIEVES PROFESSING THE CODE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THIEVES-IN-LAW (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THIEVES-WITHIN-THE-LAW (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

THINH CUONG CO LTD (a.k.a. CONG TY TNHH THINH CUONG (Latin: CÔNG TY TNHH THINH CƯỜNG); a.k.a. THINH CUONG COMPANY LIMITED), 41/8 B Cu Chinh Lan, Hai Phong, Vietnam (Latin: 41/8B Cù Chính Lan, Hải Phòng, Vietnam); Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1867946; Enterprise Number 0200289195 (Vietnam) [DPRK4].

THINH CUONG COMPANY LIMITED (a.k.a. CONG TY TNHH THINH CUONG (Latin: CÔNG TY TNHH THINH CƯỜNG); a.k.a. THINH CUONG CO LTD), 41/8 B Cu Chinh Lan, Hai Phong, Vietnam (Latin: 41/8B Cù Chính Lan, Hải Phòng, Vietnam); Secondary sanctions risk: North Korea Sanctions Regulations, sections

510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1867946; Enterprise Number 0200289195 (Vietnam) [DPRK4].

THINI, Abdalla As'ad (a.k.a. TAHINI, Abdallah Asad; a.k.a. THAHINI, Abdallah; a.k.a. "TAHINI, Ahmad"); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

THIONGKOL, Abud Stephen (a.k.a. KOL, Abud Stephen Thiong), South Sudan; DOB 23 Feb 1962; Gender Male (individual) [GLOMAG].

THIRD KODO-KAI (a.k.a. KODOKAI; a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. KOUDOU-KAI; a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会)), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

THIRRJA PER UTESI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kanesh Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

THIRWAT, Salah Shihata (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Shahata); DOB 29 Jun 1960; POB Egypt (individual) [SDGT].

THIRWAT, Shahata (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata); DOB 29 Jun 1960; POB Egypt (individual) [SDGT].

THIT, Akiraphokin (a.k.a. AKIRAPHOKIN, Thit; a.k.a. SUTHIT, Samsaeng; a.k.a. WEI, Ta Han; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

THITSAR, Myo, Burma; DOB 24 Nov 1972; nationality Burma; Gender Female; Registration Number 12/BAHANA(N)002332 (Burma) (individual) [BURMA-EO14014] (Linked To: DYNASTY INTERNATIONAL COMPANY LIMITED).

THOSE SIGNED IN BLOOD BATTALION (a.k.a. AL-MULATHAMIN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

THOSE WHO SIGN IN BLOOD (a.k.a. AL-MULATHAMIN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

THOYIB, Ibnu (a.k.a. ANSHORI, Abdullah; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

THRACE FOUNDATION, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2004; Government Gazette Number 131258494 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

THU, Daw Yin Min (a.k.a. THU, Yin Min), Burma; DOB 23 Aug 1989; nationality Burma; Gender Female; National ID No. 12AHLANAN042764 (Burma) (individual) [BURMA-EO14014].

THU, Yin Min (a.k.a. THU, Daw Yin Min), Burma; DOB 23 Aug 1989; nationality Burma; Gender Female; National ID No. 12AHLANAN042764 (Burma) (individual) [BURMA-EO14014].

THULA UZWE TRADING, 18 Alexandra Street, Vereniging, Emfuleni, 1830, South Africa; The Paragon II, Office F1W1, 16 Kings Road, Bedfordview 2007, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jun 2010; V.A.T. Number 4650272281 (South Africa); Tax ID No. 9427992160 (South Africa); Commercial Registry Number 2010/096811/23 (South Africa) [SDGT] (Linked To: AHMAD, Firas Nazem).

THULIN, Anton, Sweden; DOB 23 Jan 1997; POB Sweden; nationality Sweden; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

THULSIE, Brandon-Lee (a.k.a. "Salahuddin ibn Hernani"; a.k.a. "THULSIE, Sallahuddin"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

THULSIE, Tony-Lee (a.k.a. "Simba"; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

TIA TRADING 2013 LTD (Cyrillic: ТИА ТРЕЙДИНГ 2013) (a.k.a. TIA TRADING 2013 LTD OOD), Kvartal Studentski Grad, U1. Prof G. Bradistilov, 8, Sofia 1700, Bulgaria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2017; Registration Number 204532789 (Bulgaria) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

TIA TRADING 2013 LTD OOD (a.k.a. TIA TRADING 2013 LTD (Cyrillic: ТИА ТРЕЙДИНГ 2013)), Kvartal Studentski Grad, U1. Prof G. Bradistilov, 8, Sofia 1700, Bulgaria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Apr 2017; Registration Number 204532789 (Bulgaria) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

TIAN FANG HOLDINGS LIMITED (a.k.a. TIAN FANG HONG KONG HOLDING LTD.; a.k.a. TIAN FANG HONG KONG HOLDINGS LIMITED (Chinese Simplified: 天纺香港国际贸易有限公司)), Room 6, 10/F, CC Wu Building, 302-8 Hennessy Road, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 09 Jan 2007; Business Registration Number 1100762 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

TIAN FANG HONG KONG HOLDING LTD. (a.k.a. TIAN FANG HOLDINGS LIMITED; a.k.a. TIAN FANG HONG KONG HOLDINGS LIMITED (Chinese Simplified: 天纺香港国际贸易有限公司)), Room 6, 10/F, CC Wu Building, 302-8 Hennessy Road, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 09 Jan 2007; Business Registration Number 1100762 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

TIAN FANG HONG KONG HOLDINGS LIMITED (Chinese Simplified: 天纺香港国际贸易有限公司) (a.k.a. TIAN FANG HOLDINGS LIMITED; a.k.a. TIAN FANG HONG KONG HOLDING LTD.), Room 6, 10/F, CC Wu Building, 302-8 Hennessy Road, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 09 Jan 2007; Business Registration Number 1100762 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

TIAN YI LU SEN BAO GONG SI (Chinese Simplified: 天仪卢森堡公司) (a.k.a. SPACETY LUXEMBOURG S.A.), Avenue Des Hauts-Fourneaux 9, Esch-Sur-Alzette 4362, Luxembourg; Organization Established Date 21 Aug 2019; V.A.T. Number LU32227405 (Luxembourg); Registration Number B 236.930 (Luxembourg) [RUSSIA-EO14024] (Linked To: CHANGSHA TIANYI SPACE SCIENCE AND

TECHNOLOGY RESEARCH INSTITUTE CO. LTD).

TIAN, Yinyin (Chinese Simplified: 田寅寅) (a.k.a. "snowsjohn"; a.k.a. "tianyinyin0404"), Nanjing, Jiangsu, China (Chinese Simplified: 南京, 江苏, China); DOB 12 Jul 1986; nationality China; Email Address 417136259@qq.com; Gender Male; Digital Currency Address - XBT 134r8iHv69xdT6p5qVKTsHrcUEuBVZAYak; alt. Digital Currency Address - XBT 15YK647qtoZQDzNrvY6HJL6QwXduLHfT28; alt. Digital Currency Address - XBT 1PfwHNxUnkpfkK9MKjMqzR3Xq3KCtq9u17; alt. Digital Currency Address - XBT 14kqryJUxM3a7aEi117KX9hoLUw592WsMR; alt. Digital Currency Address - XBT 1F2Gdug9ib9NQMhKMGGJczzMk5SuENoqrp; alt. Digital Currency Address - XBT 3F2sZ4jbhvDKQdGbHYPC6ZxFXEau2m5Lqj; alt. Digital Currency Address - XBT 1AXUTu9y3H8w4wYx4BjyFWgRhZKDhmcMrn; alt. Digital Currency Address - XBT 1Hn9ErTCPRP6j5UDBeuXPGuq5RtRjFJxJQ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613621583465; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 321284198607120616 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

TIANJIN CHUANGYI YUAN INTERNATIONAL COMMERCIAL TRADE CO LTD. (a.k.a. TIANJIN CREATIVE SOURCE INTERNATIONAL TRADE CO LTD (Chinese Simplified: 天津创益源国际贸易有限公司)), R#1401, No 1 Building, Kuangshi International Building, Tianjin Free Trade Zone, Central Business District, Tianjin 3000450, China; Organization Established Date 19 Oct 2017; Unified Social Credit Code (USCC) 91120118MA05X7CE1K (China) [NPWMD].

TIANJIN CREATIVE SOURCE INTERNATIONAL TRADE CO LTD (Chinese Simplified: 天津创益源国际贸易有限公司) (a.k.a. TIANJIN CHUANGYI YUAN INTERNATIONAL COMMERCIAL TRADE CO LTD.), R#1401, No 1 Building, Kuangshi International Building, Tianjin Free Trade Zone, Central Business District, Tianjin 3000450, China; Organization Established Date 19 Oct 2017; Unified Social Credit Code (USCC) 91120118MA05X7CE1K (China) [NPWMD].

TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司) (a.k.a. DALIAN TIANYI INTERNATIONAL TRADING CO., LTD.; f.k.a. DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司); a.k.a. DALIANTIANYI), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, 杏林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

TIBA PARSIAN KISH PETROCHEMICAL (a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No. 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TIBA PETROCHEM PRIVATE LIMITED (a.k.a. TIBALAJI PETROCHEM PRIVATE LIMITED; a.k.a. TIBALAJI PETROCHEM PVT. LTD.), Unit No. 1518, C - Wing, One BKC, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Unit No. 1406, 14th Floor, C Wing, One BKC, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Website https://www.tibalaji.com/; Additional Sanctions Information - Subject to Secondary Sanctions;

Organization Established Date 09 Aug 2018; Tax ID No. AAGCT8857R (India); Trade License No. U24299MH2018PTC312643 (India); Company Number 335800EW87JAPGXYYV59 (India); Business Registration Number 312643 (India) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TIBA PETROCHEMICAL COMPANY DMCC (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨南南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive

Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TIBALAJI PETROCHEM PRIVATE LIMITED (f.k.a. TIBA PETROCHEM PRIVATE LIMITED; a.k.a. TIBALAJI PETROCHEM PVT. LTD.), Unit No. 1518, C - Wing, One BKC, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Unit No. 1406, 14th Floor, C Wing, One BKC, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Website https://www.tibalaji.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Aug 2018; Tax ID No. AAGCT8857R (India); Trade License No. U24299MH2018PTC312643 (India); Company Number 335800EW87JAPGXYYV59 (India); Business Registration Number 312643 (India) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TIBALAJI PETROCHEM PVT. LTD. (f.k.a. TIBA PETROCHEM PRIVATE LIMITED; a.k.a. TIBALAJI PETROCHEM PRIVATE LIMITED), Unit No. 1518, C - Wing, One BKC, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Unit No. 1406, 14th Floor, C Wing, One BKC, Plot No. C66, G Block, Bandra Kurla Complex, Bandra East, Mumbai 400051, India; Website https://www.tibalaji.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Aug 2018; Tax ID No. AAGCT8857R (India); Trade License No. U24299MH2018PTC312643 (India); Company Number 335800EW87JAPGXYYV59 (India); Business Registration Number 312643 (India) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TICHYOS, Vinai (a.k.a. PHITCHAIYOT, Winai; a.k.a. PHITCHAYOT, Winai; a.k.a. PICHAYOS,

Vinai; a.k.a. PICHAYOS, Winai; a.k.a. PICHAYOT, Vinai; a.k.a. PITCHAYOS, Vinai; a.k.a. THICHAIYOT, Winai), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o GREEN CAR RENT LIMITED PARTNERSHIP, Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; DOB 01 Dec 1957; Passport K203350 (Thailand) (individual) [SDNTK].

TICKET PREMIER (a.k.a. GALLISTICA DIAMANTE; a.k.a. GALLISTICA DIAMANTE S.A. DE C.V.), Aguascalientes, Aguascalientes, Mexico; Quinta Los Pirules Num. Ext. 182, Quinta Los Naranjos, Leon, Guanajuato 37210, Mexico; Website www.ticketpremier.mx [SDNTK].

TIDE WATER COMPANY (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES); a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIDE WATER MIDDLE EAST MARINE SERVICE (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER COMPANY; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES); a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax:

982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIDEWATER CO. (MIDDLE EAST MARINE SERVICES) (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER COMPANY; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIDEWATER MIDDLE EAST CO. (a.k.a. FARAZ ROYAL QESHM LLC; a.k.a. TIDE WATER COMPANY; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES)), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

TIEN, Ho Chun (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO.,

LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

TIGRIS TRADING, INC., 2 Stratford Place, London W1N 9AE, United Kingdom; 5903 Harper Road, Solon [IRAQ2].

TIJUANA CARTEL (a.k.a. AFO; a.k.a. ARELLANO FELIX ORGANIZATION), Mexico [SDNTK].

TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина) (a.k.a. PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина); f.k.a. SHAMALOVA, Ekaterina Vladimirovna; a.k.a. TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

TIKHONOVA, Katerina Vladimirovna (Cyrillic: ТИХОНОВА, Катерина Владимировна) (a.k.a. PUTINA, Yekaterina (Cyrillic: ПУТИНА, Екатерина); f.k.a. SHAMALOVA, Ekaterina Vladimirovna; a.k.a. TIKHONOVA, Katerina (Cyrillic: ТИХОНОВА, Катерина)), Moscow, Russia; DOB 31 Aug 1986; POB Dresden, Germany; nationality Russia; Gender Female; Tax ID No. 503227394158 (Russia) (individual) [RUSSIA-EO14024].

TIKO TIKO LTD. (a.k.a. PETRO PLUS LIMITED; a.k.a. PETROPLUS LTD), Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St. Julians STJ 4011, Malta; D-U-N-S Number 52-024-2307; V.A.T. Number MT20084637 (Malta); Tax ID No. 20084637 (Malta); Trade License No. C 50905 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

TILEMSI, Ahmed (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali (individual) [SDGT].

TILFAH, Sajida Khayrallah; DOB 1937; POB Al-Awja, near Tikrit, Iraq; nationality Iraq; wife of Saddam Hussein al-Tikriti (individual) [IRAQ2].

TIMBER CORPORATION (a.k.a. MYANMA TIMBER ENTERPRISE; a.k.a. MYANMAR TIMBER ENTERPRISE; f.k.a. STATE TIMBER BOARD), Gyogone Forest Compound, Bayint Naung Road, Insein Township, Rangoon, Burma; No. (72/74) Shawe Dagon Pagoda Road, Dagon Township, Rangoon, Burma; P.O. Box 206, Ahlone Street, Ahlone Township, Rangoon, Burma; Target Type State-Owned Enterprise [BURMA-EO14014].

TIMCHENKO, Elena Petrovna (Cyrillic: ТИМЧЕНКО, Елена Петровна) (a.k.a. TIMCHENKO, Yelena Petrovna; a.k.a. TIMTCHENKO, Elena), Russia; 10 Rampe de Cologny, Geneva 1223, Switzerland; DOB 21 Dec 1955; POB Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMCHENKO, Gennadiy Nikolaevich (a.k.a. TIMCHENKO, Gennady Nikolayevich; a.k.a. TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич); a.k.a. TIMTCHENKO, Guennadi), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMCHENKO, Gennadiy Nikolayevich (a.k.a. TIMCHENKO, Gennady Nikolaevich; a.k.a. TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич); a.k.a. TIMTCHENKO, Guennadi), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич) (a.k.a. TIMCHENKO, Gennadiy Nikolaevich; a.k.a. TIMCHENKO, Gennadiy Nikolayevich; a.k.a. TIMTCHENKO, Guennadi), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMCHENKO, Kseniya (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

TIMCHENKO, Natalya (a.k.a. BROWNING, Natalia; a.k.a. BROWNING, Natalya), Russia; South Kensington, United Kingdom; 27 Barkston Gardens, London SW5 0ER, United Kingdom; DOB 11 Nov 1978; POB St. Petersburg, Russia; nationality Russia; alt. nationality United Kingdom; Gender Female (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMCHENKO, Vyacheslav Stepanovich (Cyrillic: ТИМЧЕНКО, Вячеслав Степанович), Russia; DOB 20 Nov 1950; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TIMCHENKO, Xenia (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

TIMCHENKO, Yelena Petrovna (a.k.a. TIMCHENKO, Elena Petrovna (Cyrillic:

TIMCHENKO, Елена Петровна); a.k.a. TIMTCHENKO, Elena), Russia; 10 Rampe de Cologny, Geneva 1223, Switzerland; DOB 21 Dec 1955; POB Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMEET TRADING LLC (Arabic: شركة التيميت للتجارة المحدودة المسؤولية) (a.k.a. ULTIMATE TRADING LLC), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

TIMOFEEV, Aleksandr Yurievich (a.k.a. TIMOFEYEV, Aleksandr Yuryevich; a.k.a. TYMOFEEV, Oleksandr Yuriyovich), 134 Ulitsa Petrovskogo, Apt. 98, Donetsk, Ukraine; DOB 15 May 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

TIMOFEYEV, Aleksandr Yuryevich (a.k.a. TIMOFEEV, Aleksandr Yurievich; a.k.a. TYMOFEEV, Oleksandr Yuriyovich), 134 Ulitsa Petrovskogo, Apt. 98, Donetsk, Ukraine; DOB 15 May 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

TIMOFEYEVA, Olga Victorovna (Cyrillic: ТИМОФЕЕВА, Ольга Викторовна), Russia; DOB 19 Aug 1977; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TIMOSHENKOVA, Darya Dmitriyevna (a.k.a. ASLANOVA, Darya Dmitriyevna (Cyrillic: АСЛАНОВА, Дарья Дмитриевна)), Saint Petersburg, Russia; DOB 08 Sep 1985; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 44N2592883 (Russia) (individual) [CYBER2] [ELECTION-EO13848].

TIMOSHIN, Andrei Vladimirovich (a.k.a. TIMOSHIN, Andrey Vladimirovich), Russia; DOB 03 Dec 1978; POB Moscow, Russia; nationality Russia; Gender Male; Identification Number 771574784272 (Russia) (individual) [RUSSIA-EO14024].

TIMOSHIN, Andrey Vladimirovich (a.k.a. TIMOSHIN, Andrei Vladimirovich), Russia; DOB 03 Dec 1978; POB Moscow, Russia; nationality

Russia; Gender Male; Identification Number 771574784272 (Russia) (individual) [RUSSIA-EO14024].

TIMTCHENKO, Elena (a.k.a. TIMCHENKO, Elena Petrovna (Cyrillic: ТИМЧЕНКО, Елена Петровна); a.k.a. TIMCHENKO, Yelena Petrovna), Russia; 10 Rampe de Cologny, Geneva 1223, Switzerland; DOB 21 Dec 1955; POB Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TIMTCHENKO, Guennadi (a.k.a. TIMCHENKO, Gennadiy Nikolaevich; a.k.a. TIMCHENKO, Gennadiy Nikolayevich; a.k.a. TIMCHENKO, Gennady Nikolayevich (Cyrillic: ТИМЧЕНКО, Геннадий Николаевич)), 10 Rampe de Cologny, Geneva 1223, Switzerland; Shvedskiy tup. 3, 26, Moscow, Russia; DOB 09 Nov 1952; POB Leninakan, Armenia; alt. POB Gyumri, Armenia; nationality Finland; alt. nationality Russia; alt. nationality Armenia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 781012626436 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: OOO VOLGA GROUP).

TIMTCHENKO, Ksenia (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

TINDAYA PROPERTIES HOLDING USA CORP., 675 Third Avenue, 29th Floor, New York, NY 10017, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

TINDAYA PROPERTIES OF NEW YORK CORP., 155 SW 25th Road, Miami, FL 33129, United States; 330 East 57th Street, Unit 12, New York, NY 10022, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

TINDAYA PROPERTIES OF NEW YORK II CORP., 675 Third Avenue, 29th Floor, New York, NY 10017, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

TING SHING TAI JEWELLERY (HK) CO. LIMITED (a.k.a. PO YING JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queens Road East, Wan Chai, Hong Kong; Business Registration Number # 32369313 (Hong Kong); Certificate of Incorporation Number 784702 (Hong Kong) [SDNTK].

TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY (a.k.a. JSC TINKOFF BANK; a.k.a. KHIMMASHBANK), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [RUSSIA-EO14024].

TIORINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIOURINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIPOGRAFIYA IRKUT (a.k.a. TIPOGRAFIYA IRKUT OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035293 (Russia); Registration Number 1043801429099 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

TIPOGRAFIYA IRKUT OOO (a.k.a. TIPOGRAFIYA IRKUT), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035293 (Russia); Registration Number 1043801429099 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

TIRADO ANDRADE, Jesus, Mexico; DOB 01 Dec 1996; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. TIAJ961201HSLRNS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

TIRANDAZ, Payam (Arabic: پیام تیرانداز), Iran; DOB Mar 1980 to Mar 1981; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3255338395 (Iran) (individual) [IRAN-HR] (Linked To: FARS NEWS AGENCY).

TIRZA VALLEY FARM OUTPOST (a.k.a. MOSHES FARM (Hebrew: החווה של משה)), West Bank; Organization Established Date Jan 2021; Organization Type: Mixed farming [WEST-BANK-EO14115] (Linked To: SHARVIT, Moshe).

TISA KISH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

TIT ULUSLARARASI NAKLIYAT DERI TEKSTIL GIDA SANAYI VE TICARET LIMITED SIRKETI, No. 12 Ataturk Mah. Sulun Cad., Istanbul 34750, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jan 2005; Chamber of Commerce Number 490835 (Turkey); Registration Number 543253 (Turkey) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

TITAN DESIGN BUREAU (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY ENTERPRISE (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER

TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY FNPTS AO (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

TITAN-MIKRO (a.k.a. OOO TITAN-MICRO), ul. Svobody d. 103, str. 8, floor 2, kom. 4, Moscow 125481, Russia; 11th Floor, 65 Profsoyuznaya Street, Moscow, Russia; Tax ID No.

6230119259 (Russia); Registration Number 1216200001533 (Russia) [RUSSIA-EO14024].

TITSKIY, Anton Robertovich (Cyrillic: ТИЦКИЙ, Антон Робертович; Cyrillic: ТИЦКИЙ, Антон Робертович), Zaporizhzhia region, Ukraine; DOB 12 Feb 1990; POB Sevastopol, Ukraine; alt. POB Volgograd, Russia; nationality Ukraine; Gender Male; Tax ID No. 920457712830 (Russia) (individual) [RUSSIA-EO14024].

TIUBODA OIL AND GAS SERVICES (a.k.a. TIUBODA OIL AND GAS SERVICES LLC; a.k.a. TIUBODA OIL SERVICES LIMITED), Al Nasr Street, Tarabulus, Tripoli 82874, Libya; Tax ID No. 18571; Trade License No. 41992 (Libya); License 4541992 [LIBYA3].

TIUBODA OIL AND GAS SERVICES LLC (a.k.a. TIUBODA OIL AND GAS SERVICES; a.k.a. TIUBODA OIL SERVICES LIMITED), Al Nasr Street, Tarabulus, Tripoli 82874, Libya; Tax ID No. 18571; Trade License No. 41992 (Libya); License 4541992 [LIBYA3].

TIUBODA OIL SERVICES LIMITED (a.k.a. TIUBODA OIL AND GAS SERVICES; a.k.a. TIUBODA OIL AND GAS SERVICES LLC), Al Nasr Street, Tarabulus, Tripoli 82874, Libya; Tax ID No. 18571; Trade License No. 41992 (Libya); License 4541992 [LIBYA3].

TIURIN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIURINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TIVA DARYA, Number 3, 12 Narenjestan Street, Pasdaran Avenue, Tehran, Iran; Bushehr, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA GROUP (a.k.a. TIVA GROUP INDUSTRIES; a.k.a. TIVA SANAT GROUP; a.k.a. TIVA SANAT SHIPBUILDING COMPANY), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIVA GROUP INDUSTRIES (a.k.a. TIVA GROUP; a.k.a. TIVA SANAT GROUP; a.k.a. TIVA SANAT SHIPBUILDING COMPANY), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIVA KARA CO. LTD. (a.k.a. TIVA KARA GROUP), 3rd Floor, Block No. 3, North Pasdaran Street, 12th Narenjestan Alley, Before

Aghdasie T-Junction Aqdaseya Saraya, Tehran, Iran; Number 3, 12th Narenjestan Alley, Pasdaran Avenue, Tehran, Iran; Miyaneh, Iran; Busheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA KARA GROUP (a.k.a. TIVA KARA CO. LTD.), 3rd Floor, Block No. 3, North Pasdaran Street, 12th Narenjestan Alley, Before Aghdasie T-Junction Aqdaseya Saraya, Tehran, Iran; Number 3, 12th Narenjestan Alley, Pasdaran Avenue, Tehran, Iran; Miyaneh, Iran; Busheh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA POLYMER CO., Number 3, 12th Narenjestan Street, Pasdaran Avenue, Tehran, Iran; Miyaneh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TIVA SANAT GROUP (a.k.a. TIVA GROUP; a.k.a. TIVA GROUP INDUSTRIES; a.k.a. TIVA SANAT SHIPBUILDING COMPANY), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIVA SANAT SHIPBUILDING COMPANY (a.k.a. TIVA GROUP; a.k.a. TIVA GROUP INDUSTRIES; a.k.a. TIVA SANAT GROUP), Alley 10 and 3/10, No. 10, Behrestan Street, Sajad Boulevard, Mashhad, Iran; Number 4, 11th Narenjestan, Pasdaran Avenue, Tehran, Iran; Number 3, 12th Narenjestan, Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 878 [NPWMD] [IFSR].

TIZINI, Nabil (a.k.a. TAZINI, Nabil); DOB 02 Jun 1968; nationality Syria; Passport N009894266; UAE Identification 784-1968-9720837-5; Position: Financial Manager at Hesco Engineering and Construction Ltd in Moscow (individual) [SYRIA] (Linked To: ARBASH, Yusuf; Linked To: HESCO ENGINEERING & CONSTRUCTION CO.).

TJRURIN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE,

Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TJURIN, Wladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TK LOGIMEKS (a.k.a. "LOGIMEX"), Ul. Svobody D. 99, K. 1, Pomeshch. XIII, Floor 2, Kom. 2, Office M-02, Moscow 125481, Russia; Tax ID No. 7733370809 (Russia); Registration Number 1217700318131 (Russia) [RUSSIA-EO14024].

TK NORD PROJECT (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. "LLC NORD PROJECT";

a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

TKACH, Oleg Polikarpovich (Cyrillic: ТКАЧ, Олег Поликарпович), Russia; DOB 23 Sep 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TKACHEV, Aleksandr Gennadievich (Cyrillic: ТКАЧЕВ, Александр Геннадьевич) (a.k.a. TKACHOU, Alyaksandr Henadzievich (Cyrillic: ТКАЧОЎ, Аляксандр Генадзьевіч)), Gomel Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

TKACHEV, Alexey Nikolaevich (Cyrillic: ТКАЧЕВ, Алексей Николаевич), Russia; DOB 01 Mar 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TKACHOU, Alyaksandr Henadzievich (Cyrillic: ТКАЧОЎ, Аляксандр Генадзьевіч) (a.k.a. TKACHEV, Aleksandr Gennadievich (Cyrillic: ТКАЧЕВ, Александр Геннадьевич)), Gomel Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

TKACHUK, Anatoli Nikolaevich (a.k.a. TKACHUK, Anatoliy Nikolaevich (Cyrillic: ТКАЧУК, Анатолий Николаевич)), Russia; DOB 08 Oct 1950; POB Vladivostok, Russia; nationality Russia; Gender Male; Tax ID No. 773117597363 (Russia) (individual) [RUSSIA-EO14024].

TKACHUK, Anatoliy Nikolaevich (Cyrillic: ТКАЧУК, Анатолий Николаевич) (a.k.a. TKACHUK, Anatoli Nikolaevich), Russia; DOB 08 Oct 1950; POB Vladivostok, Russia; nationality Russia; Gender Male; Tax ID No. 773117597363 (Russia) (individual) [RUSSIA-EO14024].

TKACHYOV, Anton Olegovich (Cyrillic: ТКАЧЁВ, Антон Олегович), Russia; DOB 31 Mar 1994; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО) (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. JOINT STOCK

COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSKAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

TLILI, Al-Azhar Ben Ammar Ben Abadallah, Via Carlo Porta n.97, Legnano, Italy; DOB 26 Mar 1969; POB Tunis, Tunisia; Italian Fiscal Code TLLLHR69C26Z352G (individual) [SDGT].

TMCP V.V. VOROVSKY (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [RUSSIA-EO14024].

TMZ IM. V.V. VOROVSKOGO PAO (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia;

Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [RUSSIA-EO14024].

TN ALABUGA, Ul. Sh-2, Oez Alabuga Ter, Zd 15/2A, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646043219 (Russia); Registration Number 1161690137058 (Russia) [RUSSIA-EO14024].

TNK TRADING INTERNATIONAL S.A., place du Lac 2, Geneve 1204, Switzerland; Executive Order 13662 Directive Determination - Subject to Directive 2; alt. Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; V.A.T. Number CHE-267.936.404 (Switzerland); Business Registration Number CH-660.0.559.011-2 (Switzerland); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [VENEZUELA-EO13850] (Linked To: OPEN JOINT-STOCK COMPANY ROSNEFT OIL COMPANY).

TNNTS LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR; a.k.a. TPRC LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

TOCHTACHUNOV, Alizam (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a.

TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alimzhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TODOBOLSAS Y COLSOBRES (f.k.a. RODRIGUEZ CARRENO LTDA. TODO BOLSAS Y COLSOBRES), Carrera 20 No. 66-34, Bogota, Colombia; NIT # 860053774-1 (Colombia) [SDNT].

TODOROVA, Anna Iurievna (Cyrillic: ТОДОРОВА, Анна Юрьевна) (a.k.a. TODOROVA, Anna Yuryevna; a.k.a. TODOROVA, Hanna Yuriyivna (Cyrillic: ТОДОРОВА, Ганна Юріївна)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 20 Feb 1988; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

TODOROVA, Anna Yuryevna (a.k.a. TODOROVA, Anna Iurievna (Cyrillic: ТОДОРОВА, Анна Юрьевна); a.k.a. TODOROVA, Hanna Yuriyivna (Cyrillic: ТОДОРОВА, Ганна Юріївна)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 20 Feb 1988; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

TODOROVA, Hanna Yuriyivna (Cyrillic: ТОДОРОВА, Ганна Юріївна) (a.k.a. TODOROVA, Anna Iurievna (Cyrillic: ТОДОРОВА, Анна Юрьевна); a.k.a. TODOROVA, Anna Yuryevna), Square of the Heroes of the Great Patriotic War, 3, Luhansk,

So-called Luhansk People's Republic, Ukraine; DOB 20 Feb 1988; nationality Ukraine; Gender Female (individual) [RUSSIA-EO14065].

TODOVIC, Savo; DOB 11 Dec 1952; POB Rijeka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

TOGHROLJERDI, Seyyed Mehdi Hashemi (a.k.a. "HASHEMI, Seyyed Mehdi"), Iran; DOB 19 Apr 1973; POB Iran; nationality Iran; Gender Male; National ID No. 3091111628 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD].

TOHTAHUNOV, Olimjon (a.k.a. TAKHTAHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKAREV, Nikolai (a.k.a. TOKAREV, Nikolay; a.k.a. TOKAREV, Nikolay Petrovich (Cyrillic: ТОКАРЕВ, Николай Петрович)), Moscow, Russia; DOB 20 Dec 1950; POB Karaganda, Kazakhstan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TOKAREV, Nikolay (a.k.a. TOKAREV, Nikolai; a.k.a. TOKAREV, Nikolay Petrovich (Cyrillic: ТОКАРЕВ, Николай Петрович)), Moscow,

Russia; DOB 20 Dec 1950; POB Karaganda, Kazakhstan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TOKAREV, Nikolay Petrovich (Cyrillic: ТОКАРЕВ, Николай Петрович) (a.k.a. TOKAREV, Nikolai; a.k.a. TOKAREV, Nikolay), Moscow, Russia; DOB 20 Dec 1950; POB Karaganda, Kazakhstan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TOKAREVA, Galina Alekseyevna (Cyrillic: ТОКАРЕВА, Галина Алексеевна), Russia; DOB 24 Sep 1951; Gender Female (individual) [RUSSIA-EO14024].

TOKAREVA, Maiia Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна) (f.k.a. BOLOTOVA, Maiia Nikolaevna; f.k.a. BOLOTOVA, Mayya; a.k.a. TOKAREVA, Mayya), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

TOKAREVA, Mayya (f.k.a. BOLOTOVA, Maiia Nikolaevna; f.k.a. BOLOTOVA, Mayya; a.k.a. TOKAREVA, Maiia Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна)), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

TOKDEMIR, Mehmet, Istanbul, Turkey; DOB 11 Nov 1978; POB Dogubayazit, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 22054198168 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

TOKENTRUST HOLDINGS LIMITED (Cyrillic: ТОКЕНТРАСТ ХОЛДИНГЗ ЛИМИТЕД), Lara Court, Arch. Makariou Iii 276, Limassol, Cyprus; Organization Established Date 11 Jun 2020; Registration Number HE410067 (Cyprus) [RUSSIA-EO14024].

TOKHTAKHOUNOV, Alimjan (a.k.a. TAKHTAHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a.

TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHOUNOV, Alim-Jean (a.k.a. TAKHTAHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID

No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHOUNOV, Alimzhan Tursunovich (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHOUNOV, Alinkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a.

TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia, DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimajan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimkan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a.

TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino,

Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimzan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ) (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a.

TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alimzhon Tursonovich (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297

(Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alinjan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alinkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK

TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKHUNOV, Alizman (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKHTAKOUNOV, Alinkhan (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a.

TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TOKOLONGA, Salomon (a.k.a. BENDET, Salomon Tokolonga), Congo, Democratic Republic of the; DOB 17 Apr 1972; POB Kishandja, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

TOLCHINSKIY, Dmitri M. (a.k.a. TOLCHINSKY, Dmitry); DOB 11 May 1982; POB Moscow, Russia (individual) [MAGNIT].

TOLCHINSKY, Dmitry (a.k.a. TOLCHINSKIY, Dmitri M.); DOB 11 May 1982; POB Moscow, Russia (individual) [MAGNIT].

TOLEDO CARREJO, Luis Raul, Calle De Los Olivos 10549, Colonia Jardines de Chapultepec, Tijuana, Baja California, Mexico; Ave. Xavier Villaurrutia 9950, Colonia Zona Urbana Rio, Tijuana, Baja California, Mexico; Ave. Queretaro 2984, Colonia Francisco I. Madero, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 30 Jan 1959; POB Guadalajara, Jalisco, Mexico (individual) [SDNTK].

TOLMACHEV, Alexander Romanovich (Cyrillic: ТОЛМАЧЁВ, Александр Романович), Russia; DOB 07 Apr 1993; nationality Russia; Gender Male; Member of the State Duma of the Russian Federation (individual) [RUSSIA-EO14024].

TOLSTOY, Petr Olegovich (Cyrillic: ТОЛСТОЙ, Петр Олегович), Russia; DOB 20 Jun 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TOMAS, Adrian (a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3011 Mala. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TOMENKO, Viktor Petrovich (Cyrillic: TOMEHKO, Виктор Петрович), Altai territory, Russia; DOB 12 May 1971; alt. DOB 12 May 1972; POB Norilsk, Krasnoyarsk region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 245707144705 (Russia) (individual) [RUSSIA-EO14024].

TOMILINA, Tatyana Yurievna (Cyrillic: ТОМИЛИНА, Татьяна Юрьевна) (a.k.a. TUMILINA, Tetyana Yuriivna (Cyrillic: ТОМІЛІНА, Тетяна Юріївна)), Apartment 25, 16 Chernomorskaya Street, Kherson, Kherson region, Ukraine; DOB 18 Apr 1966; nationality Ukraine; Gender Female; Tax ID No. 2421403000 (Ukraine) (individual) [RUSSIA-EO14024].

TONDAR SAHARA CO. (a.k.a. DESERT THUNDER COMPANY; a.k.a. SAHARA THUNDER (Arabic: شركت تندر صحرا); a.k.a. TONDAR SAHRA PRIVATE LIMITED COMPANY), No. 2, Moghadas Alley (4), Ghasir St., Beheshti Ave., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF

DEFENSE AND ARMED FORCES LOGISTICS).

TONDAR SAHRA PRIVATE LIMITED COMPANY (a.k.a. DESERT THUNDER COMPANY; a.k.a. SAHARA THUNDER (Arabic: شرکت تندر صحرا); a.k.a. TONDAR SAHRA CO.), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

TONGBANG BANK (a.k.a. BANK OF EAST LAND; a.k.a. DONGBANG BANK; a.k.a. TONGBANG U'NHAENG), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

TONGBANG U'NHAENG (a.k.a. BANK OF EAST LAND; a.k.a. DONGBANG BANK; a.k.a. TONGBANG BANK), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

TONGHUNG SHIPPING & TRADING CO (a.k.a. TONGHUNG SHIPPING AND TRADING CO), Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 1991835 [DPRK4].

TONGHUNG SHIPPING AND TRADING CO (a.k.a. TONGHUNG SHIPPING & TRADING CO), Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 1991835 [DPRK4].

TOP 3D GROUP (a.k.a. TOP 3D GRUPP), Pr-Kt Ryazanskii D. 2, Str. 49, Office Et. 5, Pom.I, Office 505, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717077003 (Russia); Registration Number 1197746116094 (Russia) [RUSSIA-EO14024].

TOP 3D GRUPP (a.k.a. TOP 3D GROUP), Pr-Kt Ryazanskii D. 2, Str. 49, Office Et. 5, Pom.I, Office 505, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717077003 (Russia); Registration Number 1197746116094 (Russia) [RUSSIA-EO14024].

TOP FASHION GMBH KONFEKTIONSBUGELEI (Latin: TOP FASHION GMBH KONFEKTIONSBÜGELEI), Markische Allee, 15, Grossbeeren, Brandenburg 14979, Germany; Website www.topfashion-online.de; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 1997; Business Registration Number 14467B11081P (Germany) issued 06 Aug 1997 [SDGT] (Linked To: AYAD, Adnan).

TOP SYSTEMS LTD. (a.k.a. CLOSED JOINT STOCK COMPANY TOP SYSTEMS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY; a.k.a. ZAO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

TOP TECHNOLOGIES SARL, Ground Floor, Dedeyan center, Dora highway, Metn, Bauchrieh, Lebanon [NPWMD] (Linked To: AJAKA, Tony).

TOPCHI, Tamara Aleksandrovna, Russia; DOB 04 Mar 1979; POB Voronezh, Russia; nationality Russia; citizen Russia; Gender Female; National ID No. 2003490198 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INVENTION BRIDGE SL).

TOPILIN, Maxim Anatolievich (Cyrillic: ТОПИЛИН, Максим Анатольевич), Russia; DOB 19 Apr 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TOPOLOVEC, Jozef (a.k.a. KARNER, Mihael), Locnikarijeva ulica 7, 1000, Ljubljana, Slovenia; Rozna Dolina, Cesta IV 44, Ljubljana, Slovenia; V Murglah 177, Ljubljana, Slovenia; DOB 13 Mar 1975; POB Ljubljana, Slovenia; nationality Slovenia; Passport PZ2420022110 (Slovenia); alt. Passport PB06005902 (Slovenia); Personal ID Card 0024641249130397550493 (Slovenia) expires 17 Dec 2018; alt. Personal ID Card 002464124 (Slovenia) expires 17 Dec 2018 (individual) [SDNTK] (Linked To: MERIDEIS D.O.O.; Linked To: PANYA AG; Linked To: VELINVESTMENT D.O.O.; Linked To: SAGAX INVESTMENT GROUP LTD.; Linked To: KALLIOPE LIMITED; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: NORTHSTAR TRADING CORPORATION; Linked To: AMMERSHAM COMMERCIAL VENTURES LIMITED; Linked To: NORTH GROUP HOLDING CORP.).

TOPOR-GILKA, Sergey Anatolyevich, Russia; DOB 17 Feb 1970; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director General of Limited Liability Company Foreign Economic Association Technopromexport (individual) [UKRAINE-EO13685] (Linked To: LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT).

TOPUZIDIS, Pavel Georgievich (Cyrillic: ТОПУЗИДИС, Павел Георгиевич) (a.k.a. TOPUZYDYS, Pavlo Heorhiyovych (Cyrillic: ТОПУЗИДИС, Павло Георгійович)), Belarus;

DOB 12 Sep 1956; nationality Belarus; citizen Belarus; Gender Male (individual) [BELARUS-EO14038].

TOPUZYDYS, Pavlo Heorhiyovych (Cyrillic: ТОПУЗИДIС, Павло Георiйович) (a.k.a. TOPUZIDIS, Pavel Georgievich (Cyrillic: ТОПУЗИДИС, Павел Георгиевич)), Belarus; DOB 12 Sep 1956; nationality Belarus; citizen Belarus; Gender Male (individual) [BELARUS-EO14038].

TORAB, Abu Ali (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aboturab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Aboturab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TORAB, Ali Mohammad Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aboturab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Aboturab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TORDAN INDUSTRY LIMITED, Unit 617, 6/F, 131-132 Connaught Road West, Solo Workshops, Hong Kong, China; Registration

Number 2687207 (Hong Kong) [RUSSIA-EO14024].

TORGAMAN, Mohammed Ramez (a.k.a. TARJAMAN, Ramez; a.k.a. TOURJMAN, Mohammed Ramez; a.k.a. TOURJUMAN, Mohamed Ramez; a.k.a. TURGEMAN, Mohammed Ramez; a.k.a. TURJUMAN, Muhammad Ramiz); DOB 1966; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

TORGAN CO., LIMITED (Chinese Traditional: 托爾幹有限公司), Room 09, 27 F, Ho King Commercial Centre, 2 16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Dec 2019; C.R. No. 2905960 [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

TORGOVIY DOM EPK (a.k.a. LIMITED LIABILITY CORPORATION TRADING HOUSE EPK; a.k.a. "OOO TD EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 4, Moscow 115088, Russia; Tax ID No. 7725136315 (Russia); Registration Number 1027700136859 (Russia) [RUSSIA-EO14024].

TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM (a.k.a. LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM; a.k.a. LLC TPK MAXIMUM; a.k.a. TPK MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. JSC TFK KAMAZ; a.k.a. TFK KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250

(Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

TORGOVYI DOM PROMELECTRONIKA OOO (Cyrillic: ТОРГОВЫЙ ДОМ ПРОМЭЛЕКТРОНИКА ООО), Ulitsa Kolmogorova, Stroenie 70, Ofis 209, Ekaterinburg, Sverdlovsk Oblast 620034, Russia; Organization Established Date 25 Nov 2009; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Tax ID No. 6659197470 (Russia); Registration Number 1096659012317 (Russia) [RUSSIA-EO14024].

TORGOVYI DOM SIMMETRON ELEKTRONNYE KOMPONENTY (a.k.a. TD SIMMETRON EK OOO; a.k.a. TH SYMMETRON ELECTRONIC COMPONENTS), Sh. Leningradskoe d. 69, korp. 1, Moscow 125445, Russia; Tax ID No. 7743581260 (Russia); Registration Number 1057749709380 (Russia) [RUSSIA-EO14024].

TORNADO CASH; Website tornado.cash; Digital Currency Address - ETH 0x12D66f87A04A9E220743712cE6d9bB1B5616B8Fc; alt. Digital Currency Address - ETH 0x47CE0C6eD5B0Ce3d3A51fdb1C52DC66a7c3c2936; alt. Digital Currency Address - ETH 0x910Cbd523D972eb0a6f4cAe4618aD62622b9DbF; alt. Digital Currency Address - ETH 0xA160cdAB225685dA1d56aa342Ad8841c3b53f291; alt. Digital Currency Address - ETH 0xD4B88Df4D29F5CedD6857912842cff3b20C8Cfa3; alt. Digital Currency Address - ETH 0xFD8610d20aA15b7B2E3Be39B396a1bC3516c7144; alt. Digital Currency Address - ETH 0x07687e702b410Fa43f4cB4Af7FA097918ffD2730; alt. Digital Currency Address - ETH 0x23773E65ed146A459791799d01336DB287f25334; alt. Digital Currency Address - ETH 0x22aaA7720ddd5388A3c0A3333430953C68f1849b; alt. Digital Currency Address - ETH 0x03893a7c7463AE47D46bc7f091665f1893656003; alt. Digital Currency Address - ETH 0x2717c5e28cf931547B621a5dddb772Ab6A35B701; alt. Digital Currency Address - ETH 0xD21be7248e0197Ee08E0c20D4a96DEBdaC3D20Af; alt. Digital Currency Address - ETH 0x4736dCf1b7A3d580672CcE6E7c65cd5cc9cFBa9D; alt. Digital Currency Address - ETH 0xDD4c48C0B24039969fC16D1cdF626eaB821d3384; alt. Digital Currency Address - ETH 0xd96f2B1c14Db8458374d9Aca76E26c3D18364307; alt. Digital Currency Address - ETH 0x169AD27A470D064DEDE56a2D3ff727986b15D52B; alt. Digital Currency Address - ETH

0x0836222F2B2B24A3F36f98668Ed8F0B38D1a872f; alt. Digital Currency Address - ETH 0x178169B423a011fff22B9e3F3abeA13414dDD0F1; alt. Digital Currency Address - ETH 0x610B717796ad172B316836AC95a2ffad065CeaB4; alt. Digital Currency Address - ETH 0xbB93e510BbCD0B7beb5A853875f9eC60275CF498; alt. Digital Currency Address - ETH 0x84443CFd09A48AF6eF360C6976C5392aC5023a1F; alt. Digital Currency Address - ETH 0xd47438C816c9E7f2E2888E060936a499Af9582b3; alt. Digital Currency Address - ETH 0x330bdFADE01eE9bF63C209Ee33102DD334618e0a; alt. Digital Currency Address - ETH 0x1E34A77868E19A6647b1f2F47B51ed72dEDE95DD; alt. Digital Currency Address - ETH 0xdf231d99Ff8b6c6CBF4E9B9a945CBAcEF9339178; alt. Digital Currency Address - ETH 0xaf4c0B70B2Ea9FB7487C7CbB37aDa259579fe040; alt. Digital Currency Address - ETH 0xa5C2254e4253490C54cef0a4347fddb8f75A4998; alt. Digital Currency Address - ETH 0xaf8d1839c3c67cf571aa74B5c12398d490114 7B3; alt. Digital Currency Address - ETH 0x6Bf694a291DF3FeC1f7e69701E3ab6c59243 5Ae7; alt. Digital Currency Address - ETH 0x3aac1cC67c2ec5Db4eA850957b967Ba153aD6279; alt. Digital Currency Address - ETH 0x723B78e67497E85279CB204544566F4dC5d2acA0; alt. Digital Currency Address - ETH 0x0E3A09dDA6B20aFbB34aC7cD4A6881493f3E7bf7; alt. Digital Currency Address - ETH 0x76D85B4C0c497EeCc38902397aC608000A06607; alt. Digital Currency Address - ETH 0xCC84179FFD19A1627E79F8648d09e095252Bc418; alt. Digital Currency Address - ETH 0xD5d6f8D9e784d0e26222ad3834500801a68D027D; alt. Digital Currency Address - ETH 0x407CcEeaA7c95d2FE2250Bf9F2c105aA7AAFB512; alt. Digital Currency Address - ETH 0x833481186f16Cece3f1Eeea1a694c42034c3a0dB; alt. Digital Currency Address - ETH 0xd8D7DE3349ccaA0Fde6298fe6D7b7d0d34586193; alt. Digital Currency Address - ETH 0x8281Aa6795aDE17C8973e1aedcA380258Bc124F9; alt. Digital Currency Address - ETH 0x57b2B8c82F065de8Ef5573f9730fC1449B403C9f; alt. Digital Currency Address - ETH 0x05E0b5B40B7b66098C2161A5EE11C5740A3A7C45; alt. Digital Currency Address - ETH 0x23173f8b96A4Ad8d2E17fB83EA5dcccdCa1Ae52; alt. Digital Currency Address - ETH 0x538Ab61E8A9fc1b2f93b3dd9011d662d89bE6FE6; alt. Digital Currency Address - ETH 0x94Be88213a387E992Dd87DE56950a9aef34

b9448; alt. Digital Currency Address - ETH 0x242654336ca2205714071898f67E254EB49ACdCe; alt. Digital Currency Address - ETH 0x776198CCF446DFa168347089d7338879273172cF; alt. Digital Currency Address - ETH 0xeDC5d01286f99A066559F60a585406f3878a033e; alt. Digital Currency Address - ETH 0xD692Fd2D0b2Fbd2e52CFa5B5b9424bC981C30696; alt. Digital Currency Address - ETH 0xca0840578f57fe71599d29375e16783424023357; alt. Digital Currency Address - ETH 0xDF3A408c53E5078af6e8fb2A85088D46Ee09A61b; alt. Digital Currency Address - ETH 0x743494b60097A2230018079c02fe21a7B687EAA5; alt. Digital Currency Address - ETH 0x94C92F096437ab9958fC0A37F09348f30389Ae79; alt. Digital Currency Address - ETH 0x5efda50f22d34F262c29268506C5F42cB56A1Ce; alt. Digital Currency Address - ETH 0x2f50508a8a3d323b91336fa3ea6ae50e55f32185; alt. Digital Currency Address - ETH 0xCEe71753C9820f063b38FDbE4cFDAf1d3D928A80; alt. Digital Currency Address - ETH 0xffbac21a641dcfe4552920138d90f3638b3c9fba; alt. Digital Currency Address - ETH 0x179f48c78f57a3a78f0608cc9197b8972921d1d2; alt. Digital Currency Address - ETH 0xb04E030140b30C27bcdfaafFFA98C57d80eDa7B4; alt. Digital Currency Address - ETH 0x77777feddddffc19ff86db637967013e6c6a116c; alt. Digital Currency Address - ETH 0x3efa30704d2b8bbac821307230376556cf8cc39e; alt. Digital Currency Address - ETH 0x746aebc06d2ae31b71ac51429a19d54e797878e9; alt. Digital Currency Address - ETH 0xd90e2f925DA726b50C4Ed8D0Fb90Ad05332 4F31b; alt. Digital Currency Address - ETH 0x5f6c97C6AD7bdd0AE7E0Dd4ca33A4ED3fDabD4D7; alt. Digital Currency Address - ETH 0xf4B067dD14e95Bab89Be928c07Cb22E3c94E0DAA; alt. Digital Currency Address - ETH 0x5E8dCC13BE9780fC42E8723D8EaD4CF46943dF2; alt. Digital Currency Address - ETH 0x01e2919679362dFBC9ee1644Ba9C6da6D6245BB1; alt. Digital Currency Address - ETH 0x2FC93484614a34f26F7970CBB94615bA109BB4bf; alt. Digital Currency Address - ETH 0x26903a5a198D571422b2b4EA08b56a37cbD68c89; alt. Digital Currency Address - ETH 0xB20c66C4DE72433F3cE747b58B86830c459CA911; alt. Digital Currency Address - ETH 0x2573BAc39EBe2901B4389CD468F2872cF7767FAF; alt. Digital Currency Address - ETH 0x527653eA119F3E6a1F5BD18fbF4714081D7B31ce; alt. Digital Currency Address - ETH

0x653477c392c16b0765603074f157314Cc4f40c32; alt. Digital Currency Address - ETH 0x88fd245fEdeC4A936e700f9173454D1931B4C307; alt. Digital Currency Address - ETH 0x09193888b3f38C82dEdfda55259A82C0E7De875E; alt. Digital Currency Address - ETH 0x5cab7692D4E94096462119ab7bF57319726Eed2A; alt. Digital Currency Address - ETH 0x756C4628E57F7e7f8a459EC2752968360Cf4D1AA; alt. Digital Currency Address - ETH 0x722122df12D4e14e13Ac3b6895a86e84145b6967; alt. Digital Currency Address - ETH 0x94A1B5CdB22c43faab4AbEb5c7499989546 4Ddaf; alt. Digital Currency Address - ETH 0xb541fc07bC7619fD4062A54d96268525cBC6FfEF; alt. Digital Currency Address - ETH 0xD82ed8786D7c69DC7e052F7A542AB04797 1E73d2; alt. Digital Currency Address - ETH 0xF67721A2D8F736E75a49FdD7FAd2e31D8676542a; alt. Digital Currency Address - ETH 0x9AD122c22B14202B4490eDAf288FDb3C7cb3ff5E; alt. Digital Currency Address - ETH 0xD691F27f38B395864Ea86CfC7253969B409c362d; alt. Digital Currency Address - ETH 0xaEaaC358560e11f52454D997AAFF2c5731B6f8a6; alt. Digital Currency Address - ETH 0x1356c899D8C9467C7f71C195612F8A395aBf2f0a; alt. Digital Currency Address - ETH 0xA60C772958a3eD56c1F15dD055bA37AC8e523a0D; alt. Digital Currency Address - ETH 0xBA214C1c1928a32Bffe790263E38B4Af9bFCD659; alt. Digital Currency Address - ETH 0x1C8094B234DcE6e03f10a5b673c1d8C69739A00; alt. Digital Currency Address - ETH 0xF60dD140cFf0706bAE9Cd734Ac3ae76AD9eBC32A; alt. Digital Currency Address - ETH 0x8589427373D6D84E98730D7795D8f6f8731FDA16; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 2019 [DPRK3] [CYBER2].

TORO DIAZ, Diana Lorena, c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Calle Horacio No. 1325, Colonia Polanco, Mexico City, Distrito Federal, Mexico; Calle la Martina No. 501, Colonia Polanco, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal, Mexico; Avenida Hacienda de Las Palmas No. 23-2 Norte, Hacienda de Las Palmas Huixquilucan, Huixquilucan de Degollado, Mexico, Mexico; Rio Amazones No. 89-1, Cuauhtemoc, Mexico

City, Distrito Federal, Mexico; Calle Rio Rhin No. 64, Colonia Juarez, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Calle Diaz Ordaz No. 86, Colonia Acapatzingo, Municipio de Cuernavaca, Morelos, Mexico; Privada Ruiz Cortines No. 6, Municipio de Atizapan de Zaragoza, Mexico, Mexico; DOB 27 Mar 1982; POB Cali, Valle del Cauca; nationality Colombia; alt. nationality Mexico; citizen Colombia; alt. citizen Mexico; Cedula No. 38560572 (Colombia); Passport 38560572 (Colombia); R.F.C. TODD-820327 (Mexico); C.U.R.P. TODD820327MNERZN04 (Mexico) (individual) [SDNTK].

TOROPOVA, Ekaterina Vladimirovna (a.k.a. KRIVORUCHKO, Ekaterina Vladimirovna; a.k.a. TOROPOVA, Yekaterina), Russia; DOB 26 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KRIVORUCHKO, Aleksei Yurievich).

TOROPOVA, Yekaterina (a.k.a. KRIVORUCHKO, Ekaterina Vladimirovna; a.k.a. TOROPOVA, Ekaterina Vladimirovna), Russia; DOB 26 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KRIVORUCHKO, Aleksei Yurievich).

TOROSOV, Ilya Eduardovich (Cyrillic: ТОРОСОВ, Илья Эдуардович) (a.k.a. TOROSYAN, Ilya Edikovich), Moscow, Russia; DOB 14 Oct 1982; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 771571859280 (Russia) (individual) [RUSSIA-EO14024].

TOROSYAN, Ilya Edikovich (a.k.a. TOROSOV, Ilya Eduardovich (Cyrillic: ТОРОСОВ, Илья Эдуардович)), Moscow, Russia; DOB 14 Oct 1982; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 771571859280 (Russia) (individual) [RUSSIA-EO14024].

TORRES ESPINOZA, Ramon Antonio, Castillejo Principal del Portico 0301, Guatire, Venezuela; DOB 13 Sep 1968; nationality Venezuela; Gender Male; Cedula No. V-6303894 (Venezuela) (individual) [VENEZUELA].

TORRES FELIX, Javier (a.k.a. FELIX TORRES, Javier; a.k.a. TAMAYO TORRES, Horacio; a.k.a. "COMPADRE"; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES FELIX, Manuel (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES FELIX, Manuel De Jesus (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES GONZALEZ, Fernando, Blvd. Puerta de Hierro # 5210, Piso 8-C, Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; Calle Aldama 548, Interior 3, Tepatitlan de Morelos, Jalisco, Mexico; Calle Guadalupe 676, Fraccionamiento Guadalupe, Tepatitlan de Morelos, Jalisco, Mexico; Guayaquil numero 2600, Colonia Providencia, Guadalajara, Jalisco, Mexico; DOB 04 Jul 1970; POB Tepatitlan de Morelos, Jalisco, Mexico; C.U.R.P. TOGF700704HJCRNR06 (Mexico) (individual) [SDNTK] (Linked To: CIRCULO COMERCIAL TOTAL DE PRODUCTOS, S.A. DE C.V.; Linked To: HD COLLECTION, S.A. DE C.V.; Linked To: HOTELITO DESCONOCIDO; Linked To: W&G ARQUITECTOS, S.A. DE C.V.; Linked To: STATUS ADMINISTRATIVO S. DE R.L.).

TORRES HERNANDEZ, Antonio (a.k.a. DAVILA LOPEZ, Jose Ramon; a.k.a. RUBIO CONDE, David), Mexico; Calle 22, Valle Hermoso, Tamaulipas, Mexico; DOB 31 Aug 1978; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DALR780831HBCVPM06 (Mexico) (individual) [SDNTK].

TORRES HOYOS, Carlos Mario, Calle 48D No. 99-35, Medellin, Colombia; DOB 11 Aug 1976; POB Caucasia, Antioquia, Colombia; Cedula No. 71763915 (Colombia) (individual) [SDNTK].

TORRES MARTINEZ, Camilo, Colombia; DOB 31 Oct 1975; POB Unguia, Choco, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71984381 (Colombia) (individual) [SDNTK].

TORRES MENDEZ, Ramon (a.k.a. ARELLANO FELIX, Ramon Eduardo; a.k.a. COMACHO RODRIGUES, Gilberto); DOB 31 Aug 1964; POB Mexico (individual) [SDNTK].

TORRES SOSA, Benjamin, Avenida Insurgentes Centro No. 60, No. Int. 1, Colonia Tabacalera,

Delegacion Cuauhtemoc, Mexico, Distrito Federal C.P. 06030, Mexico; DOB 31 Mar 1969; POB Guadalupe, Zacatecas; nationality Mexico; citizen Mexico; R.F.C. TOSB690331 (Mexico); C.U.R.P. TOSB690331HZSRSN06 (Mexico); Electoral Registry No. TRSSBN69033132H900 (Mexico); Cartilla de Servicio Militar Nacional B4494067 (Mexico) (individual) [SDNTK].

TORRES ZAMBRANO, Manuel (a.k.a. EL KHANSA, Mohamad Zouheir); DOB 09 Jan 1971; alt. DOB 09 Jan 1970; POB Barranquilla, Colombia; alt. POB Ghobeiri, Lebanon; Cedula No. 84077765 (Colombia); alt. Cedula No. E311790 (Colombia); Passport RL 0736643 (Lebanon) (individual) [SDNTK] (Linked To: GLOBANTY S.A.S.; Linked To: ALMACEN ELECTRO SONY STAR; Linked To: GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI); Linked To: MICRO EMPRESA ASHQUI).

TORRES, Manuel Felix (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORRES, Manuel J (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

TORSHIN, Alexander Porfiryevich, Moscow, Russia; DOB 27 Nov 1953; POB Mitoga village, Ust-Bolsheretsky district, Kamchatka region, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

TOSE SANAT-E NAFT VA GAS PERSIA (a.k.a. PERSIA OIL & GAS INDUSTRY DEVELOPMENT CO. (Arabic: شرکت توسعه صنعت نفت و گاز پرشیا); a.k.a. PERSIA OIL AND GAS INDUSTRY DEVELOPMENT CO.), 7th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Ground Floor, No. 14, Saba Street, Africa Boulevard, Tehran, Iran; Website http://www.pogidc.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102933619 (Iran); Registration Number 252925 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

TOSE-E DIDAR IRANIAN HOLDING COMPANY, No. 1, Moqaddas Alley, Shahid Ahmad Qasir (Bukharest) Street, Tehran, Iran; Website https://tdday.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

TOSE-E DONYA SHAHR KOHAN COMPANY, No. 52, 4th Floor, Mousavivand Street, Shariati Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

TOSEE EGHTESAD AYANDEHSAZAN COMPANY (a.k.a. TEACO; a.k.a. TOSEE EQTESAD AYANDEHSAZAN COMPANY), 39 Gandhi Avenue, Tehran 1517883115, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TOSEE EQTESAD AYANDEHSAZAN COMPANY (a.k.a. TEACO; a.k.a. TOSEE EGHTESAD AYANDEHSAZAN COMPANY), 39 Gandhi Avenue, Tehran 1517883115, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

TOSEE MELLI GROUP INVESTMENT COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

TOSE-E MELLI GROUP INVESTMENT COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING

COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

TOSEE MELLI INVESTMENT COMPANY (a.k.a. NATIONAL DEVELOPMENT INVESTMENT COMPANY; a.k.a. TOSE-E MELLI INVESTMENT COMPANY), No. 1 St.North Didar.Blv Haghani, Tehran, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Tehran, Iran; Website www.tmico.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 208669 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

TOSE-E MELLI INVESTMENT COMPANY (a.k.a. NATIONAL DEVELOPMENT INVESTMENT COMPANY; a.k.a. TOSEE MELLI INVESTMENT COMPANY), No. 1 St.North Didar.Blv Haghani, Tehran, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge,

Vanak Square, Tehran, Iran; Website www.tmico.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 208669 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

TOSEE TAAVON BANK (a.k.a. BANK-E TOSE'E TA'AVON; a.k.a. COOPERATIVE DEVELOPMENT BANK; a.k.a. TOSE'E TA'AVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

TOSE'E TA'AVON BANK (a.k.a. BANK-E TOSE'E TA'AVON; a.k.a. COOPERATIVE DEVELOPMENT BANK; a.k.a. TOSEE TAAVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

TOSONG TECHNOLOGY TRADING CORPORATION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TOTAL LOOK (a.k.a. "OUTLET_TLOOK"; f.k.a. "TOTAL_LOOKCLN"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

TOTAL Z LLC (a.k.a. LIMITED LIABILITY COMPANY TOTALZED), Km Kievskoe Shosse 22-I (P Moskovskii) Vld. 4, Str. 2, Moscow 142784, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7751011471 (Russia); Registration Number 1157746943419 (Russia) [RUSSIA-EO14024].

TOTOONOV, Aleksandr Borisovich (a.k.a. TOTOONOV, Alexander; a.k.a. TOTOONOV,

Alexander B.); DOB 03 Mar 1957; POB Ordzhonikidze, North Ossetia, Russia; alt. POB Vladikavkaz, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

TOTOONOV, Alexander (a.k.a. TOTOONOV, Aleksandr Borisovich; a.k.a. TOTOONOV, Alexander B.); DOB 03 Mar 1957; POB Ordzhonikidze, North Ossetia, Russia; alt. POB Vladikavkaz, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

TOTOONOV, Alexander B. (a.k.a. TOTOONOV, Aleksandr Borisovich; a.k.a. TOTOONOV, Alexander); DOB 03 Mar 1957; POB Ordzhonikidze, North Ossetia, Russia; alt. POB Vladikavkaz, North Ossetia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Committee on Culture, Science, and Information, Federation Council of the Russian Federation (individual) [UKRAINE-EO13661].

TOUDJI, Abderrahmane (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ouid; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed), Gao, Mali; DOB 1977; POB Mali; nationality Mali (individual) [SDGT].

TOULAI, Mohammad Hassan (Arabic: محمد حسن تولائى) (a.k.a. TAVALLAEI, Mohammad Hasan; a.k.a. TOULAI, Mohammadhassan), Iran; DOB 21 Mar 1950 to 20 Mar 1951; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 1062579488 (Iran); Managing Director of Armed Forces Social Security Investment Company (individual) [IRAN-EO13846] (Linked To: ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY).

TOULAI, Mohammadhassan (a.k.a. TAVALLAEI, Mohammad Hasan; a.k.a. TOULAI, Mohammad Hassan (Arabic: محمد حسن تولائى)), Iran; DOB 21 Mar 1950 to 20 Mar 1951; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 1062579488 (Iran); Managing Director of Armed Forces Social Security Investment Company (individual) [IRAN-EO13846] (Linked To: ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY).

TOUMA, Kamal Eddin (a.k.a. TU'MA, Kamal Al-Din; a.k.a. TU'MA, Kamal Eddin); DOB 1959; POB Damascus, Syria; Minister of Industry (individual) [SYRIA].

TOUMEH BIN MOHAMMED, Nabil (Arabic: نبيل) (a.k.a. MOHAMMED TOHMA, Nabil (Arabic: نبيل محمد طعمة); a.k.a. TOUMEH, Nabil; a.k.a. TU'MAH, Nabil; a.k.a. "BIN MOHAMMED TOAMEH, Nabil"; a.k.a. "TOHMA, Nabil" (Arabic: "نبيل طعمة")), Damascus, Syria; DOB 04 Jan 1957; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TOUMEH INTERNATIONAL GROUP (Arabic: مجموعة طعمة الدولية), Damascus, Syria; Organization Established Date 1975; Organization Type: Activities of holding companies [SYRIA] (Linked To: TOUMEH BIN MOHAMMED, Nabil).

TOUMEH, Nabil (Arabic: نبيل) (a.k.a. MOHAMMED TOHMA, Nabil (Arabic: نبيل محمد طعمة); a.k.a. TOUMEH BIN MOHAMMED, Nabil (Arabic: نبيل طعمة بن محمد); a.k.a. TU'MAH, Nabil; a.k.a. "BIN MOHAMMED TOAMEH, Nabil" (Arabic: "نبيل طعمة")), Damascus, Syria; DOB 04 Jan 1957; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TOURISM BANK (a.k.a. BANK-E GARDESHGARI; a.k.a. GARDESHGARI BANK), Vali Asr St., above Vey Park, Shahid Fiazi St., No. 51, first floor, Tehran, Iran; No. 51, Shahid Fayazi St, ValiAsr Ave, Tehran, Iran; Website www.tourismbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

TOURJMAN, Mohammed Ramez (a.k.a. TARJAMAN, Ramez; a.k.a. TORGAMAN, Mohammed Ramez; a.k.a. TOURJUMAN, Mohamed Ramez; a.k.a. TURGEMAN, Mohammed Ramez; a.k.a. TURJUMAN, Muhammad Ramiz); DOB 1966; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

TOURJUMAN, Mohamed Ramez (a.k.a. TARJAMAN, Ramez; a.k.a. TORGAMAN, Mohammed Ramez; a.k.a. TOURJMAN, Mohammed Ramez; a.k.a. TURGEMAN, Mohammed Ramez; a.k.a. TURJUMAN, Muhammad Ramiz); DOB 1966; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU AGROROZKVIT (a.k.a. AGROROZKVIT LLC (Cyrillic: ООО АГРОРОЗКВИТ); a.k.a. AGROROZKVIT TOV), Bud. 44b Inshe Poverkh 2, vul. Evgena Konovaltsya Pechersky R-N, Kyiv 01133, Ukraine; Organization Established Date 07 May 2016; Registration Number 406289726553 (Ukraine) [BELARUS-EO14038].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS' (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIR; a.k.a. KHORS AIRCOMPANY; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA (a.k.a. BELKAZTRANS UKRAINA TOV; a.k.a. BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА); a.k.a. BELKAZTRANS UKRAINE LLC), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2

Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU FIDES SHYP MENEDZHMENT (a.k.a. FIDES SHIP MANAGEMENT LLC), Bud.42,VUL.MARSELSKA Suvorovsky R-N, Odessa 65123, Ukraine; Organization Established Date 01 Jan 2015 to 31 Dec 2015; Organization Type: Activities of holding companies; alt. Organization Type: Sea and coastal freight water transport [VENEZUELA-EO13850].

TOVASE DEVELOPMENT CORP, Panama City, Panama; Identification Number IMO 5447549; Company Number 568507 (Panama) [VENEZUELA-EO13850].

TOWLID ABZAR BORESHI IRAN (a.k.a. IRAN CUTTING TOOLS COMPANY; a.k.a. TABA; a.k.a. TABA COMPANY), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

TOYIB, Ibnu (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

TOYO SHINYO JITSUGYO K.K. (Japanese: 東洋信用実業株式会社), 5-10-11, Shinohara Nakamachi, Nada-ku, Kobe, Hyogo, Japan (Japanese: 灘区篠原中町五丁目１０番１１号灘区篠原中町五丁目１０番１１号, 神戸市神戸市, 兵庫県兵庫県, Japan); Company Number 1400-01-025616 (Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAGI, Yasuo).

TOYS FACTORY, S.A. DE C.V., Blv. Gustavo Diaz Ordaz No. 1, Col. Las Brisas, Tijuana, Baja California, Mexico; Ave. Presidente Carlos Salinas de Gortari No. 5, Col. Infonavit Presidente, Tijuana, Baja California, Mexico; Ave. Poniente Carlos Salinas S/N, Col. Infonavit, Tijuana, Baja California, Mexico; Blv. Gustavo Diaz Ordaz No. 16E-5, Col. Pque Ind. Bajamar Aguila, Tijuana, Baja California,

Mexico; R.F.C. TFA021112AR9 (Mexico) [SDNTK].

TPK MAKSIMUM (a.k.a. LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM; a.k.a. LLC TPK MAXIMUM; a.k.a. TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

TPL SHIPPING (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

TPL SHIPPING JSC (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

T-PLATFORMS (Cyrillic: Т-ПЛАТФОРМЫ) (a.k.a. AO T-PLATFORMS), Ul. Krupskoi D.4, Korp.2, Moscow 119311, Russia; Website t-platforms.ru; Tax ID No. 7736588433 (Russia); Trade License No. 5087746658984 (Russia) [RUSSIA-EO14024].

TPRC LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI

NEFTYANOI NAUCHNY TSENTR; a.k.a. TNNTS LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

TPZ-RONDOL OOO (Cyrillic: ООО ТПЗ-РОНДОЛЬ), D. 47-B kom. 406, ul. Marata, Tula, Tulskaya Oblast 300004, Russia; Ul Marata D 139, Tula 300004, Russia; Organization Established Date 06 Apr 2004; Tax ID No. 7105032482 (Russia); Government Gazette Number 72570950 (Russia); Registration Number 1047100571979 (Russia) [RUSSIA-EO14024].

TRABELSI, Chabaane Ben Mohamed, via Cuasso, n. 2, Porto Ceresio, Varese, Italy; DOB 01 May 1966; POB Rainneen, Tunisia; nationality Tunisia; Passport L 945660 issued 04 Dec 1998 expires 03 Dec 2001; Italian Fiscal Code TRBCBN66E01Z352O (individual) [SDGT].

TRABELSI, Mourad (a.k.a. ABOU DJARRAH; a.k.a. AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Passport G 827238 issued 01 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT].

TRADACO S.A. (a.k.a. JARACO S.A.; a.k.a. SOKTAR), 45 Route de Frontenex, Geneva CH-1207, Switzerland [IRAQ2].

TRADE CAPITAL BANK (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

TRADE INITIATIVE ESTABLISHMENT, C/O IGT Intergestions Trust Reg., Aeulestrasse 30, Vaduz 9490, Liechtenstein; Organization Established Date 27 Nov 1968; Registration Number FL-0001.026.862-1 (Liechtenstein) [RUSSIA-EO14024].

TRADE MED MIDDLE EAST (a.k.a. I JET GLOBAL DMCC; a.k.a. TRADE MID MIDDLE EAST; a.k.a. "IJET"), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes

Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

TRADE MID MIDDLE EAST (a.k.a. I JET GLOBAL DMCC; a.k.a. TRADE MED MIDDLE EAST; a.k.a. "IJET"), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

TRADE POINT INTERNATIONAL S.A.R.L., 3rd Floor, Gulf Building, Block B, Hafez Al Asad Street, Airport Highway, Bir Hassan, Beirut, Lebanon; Gulf Building, 3rd Floor, Hafiz Al Asad Autostrade, Ghobeiri, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Registration ID 2020615 [SDGT] (Linked To: NOUREDDINE, Mohamad).

TRADEX CO (a.k.a. GRAND STORES (THE GAMBIA LOCATION ONLY); a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

TRADING & MARITIME INVESTMENTS (a.k.a. TRADING AND MARITIME INVESTMENTS), San Lorenzo, Honduras [IRAQ2].

TRADING AL-HARM COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TRADING AND MARITIME INVESTMENTS (a.k.a. TRADING & MARITIME INVESTMENTS), San Lorenzo, Honduras [IRAQ2].

TRADING COMPANY SMS LIMITED (a.k.a. LLC TRADING HOUSE STANKOMASHSTROY; a.k.a. "LLC TD SMS"), Ul. Bugrovka M. D. 20, Penza 440011, Russia; 9A Germana Titova St., Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5835109448 (Russia); Registration Number 1145835004545 (Russia) [RUSSIA-EO14024].

TRADING HOUSE PROTON-ELECTROTEX (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVYI DOM PROTON-ELEKTROTEKS; a.k.a. AO TD PROTON-ELEKTROTEKS), ul. Leskova d. 19, pomeshchenie 27, office 14, Orel 302040, Russia; Tax ID No. 5753039510 (Russia); Registration Number 1065753010641 (Russia) [RUSSIA-EO14024].

TRADIVE GENERAL TRADING L.L.C (a.k.a. MOTAH GENERAL TRADING, L.L.C.), P.O. Box 86436, Dubai, United Arab Emirates; Organization Established Date 11 Nov 2018; Organization Type: Non-specialized wholesale trade; Chamber of Commerce Number 1374345 (United Arab Emirates); Business Registration Number 818826 (United Arab Emirates) [SUDAN-EO14098].

TRADOS COMERCIO, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 19 Jun 2019; Organization Type: Construction of buildings; Folio Mercantil No. N-2019051660 (Mexico) [ILLICIT-DRUGS-EO14059].

TRAKIA-PAPIR 96 OOD (a.k.a. "TRAKIA-PAPER 96 OOD"), 9 Iskar, Oborishte Distr, Sofia, Bulgaria; Organization Established Date 1996; Government Gazette Number 121220666 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

TRANS GAZELLE (a.k.a. TRANS GAZELLE SPRL; a.k.a. TRANSGAZELLE), Congo, Democratic Republic of the [SDGT] (Linked To: ASSI, Saleh).

TRANS GAZELLE SPRL (a.k.a. TRANS GAZELLE; a.k.a. TRANSGAZELLE), Congo, Democratic Republic of the [SDGT] (Linked To: ASSI, Saleh).

TRANS GULF AGENCY (a.k.a. TRANS GULF AGENCY LLC (Arabic: ترانس جولف ايجانسي)), P.O Box 7742, Office No 202, Fitco Building 3, Inside Fujairah Seaport, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; Khorfakkan, United Arab Emirates; Website www.transgulfagency.ae; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2014; alt. Organization Established Date 08 Nov 2015; License 1013348 (United Arab Emirates); alt. License 745668 (United Arab Emirates); Economic Register Number (CBLS) 10382731 (United Arab Emirates); alt. Economic Register Number (CBLS) 10932144 (United Arab Emirates) [SDGT] (Linked To: SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED).

TRANS GULF AGENCY LLC (Arabic: ترانس جولف ايجانسي) (a.k.a. TRANS GULF AGENCY), P.O Box 7742, Office No 202, Fitco Building 3, Inside Fujairah Seaport, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; Khorfakkan, United Arab Emirates; Website www.transgulfagency.ae; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Jun 2014; alt. Organization Established Date 08 Nov 2015; License 1013348 (United Arab Emirates); Economic Register Number (CBLS) 10382731 (United Arab Emirates); alt. Economic Register Number

(CBLS) 10932144 (United Arab Emirates) [SDGT] (Linked To: SEA ART SHIP MANAGEMENT OPC PRIVATE LIMITED).

TRANS LOGISTIK, OOO (Cyrillic: ООО ТРАНС ЛОГИСТИК) (a.k.a. "TRANS LOGISTIC"), d. 37 litera A etazh, pom., ofis 2/66/215, prospekt Stachek, St. Petersburg 198097, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7805719070 (Russia); Government Gazette Number 20567335 (Russia); Registration Number 1177847397848 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

TRANS MERITS CO. LTD., 1F, No. 49, Lane 280, Kuang Fu S. Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Document # 16316976 (Taiwan) [NPWMD].

TRANS MULTI MECHANICS CO. LTD. (a.k.a. FENG SHENG CO., LTD.), 19, Chin Ho Lane, Chung Cheng Rd., Taya District, Taichung City, Taiwan; No 19, Jinhe Lane, Zhongzheng Road, Daya District, Taichung City, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

TRANS NOVE OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2007; V.A.T. Number BG 175433597 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

TRANS PACIFIC WORLD LEASING LIMITED, First Floor International Building, Kumul Highway, Port Vila, Vanuatu; P.O. Box 213, Port Vila, Vanuatu [SDNT].

TRANS SCIENTIFIC CORP. (a.k.a. GLOBAL INTERFACE COMPANY INC.), 9F-1, No. 22, Hsin Yi Rd., Sec. 2, Taipei, Taiwan; 1st Floor, No. 49, Lane 280, Kuang Fu S. Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Business Registration Document # 12873346 (Taiwan) [NPWMD].

TRANS SIBERIAN GOLD LIMITED, Monomark House, 27 Old Gloucester Street, London WC1N 3AX, United Kingdom; 85 Great Portland Street, First Floor, London W1W 7LT, United Kingdom; Registration Number 01067991 (United Kingdom) [RUSSIA-EO14024].

TRANSADRIA LTD, Evagora Pallikaridi, 11, Argaka, Paphos 8873, Cyprus (Greek: Ευαγόρα Παλληκαρίδη, 11, Αργάκα, Πάφος 8873, Cyprus); Registration Number HE 418991 (Cyprus) [PEESA-EO14039].

TRANSATLANTIC PARTNERS PTE. LTD., 10 Anson Road, #29-05A, International Plaza, 079903, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

TRANSAVIAEXPORT AIRLINES (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА)), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

TRANSCAPITALBANK PJSC (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

TRANSCIBA (a.k.a. COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S.), Avenida Ciudad de Cali No. 10A-42, Bogota, Colombia; Calle 20 No. 82-52 of. 454, Bogota, Colombia; Transversal 49B No. 3A-25 of. 101-303, Bogota, Colombia; NIT # 830084978-9 (Colombia) [SDNTK].

TRANS-FLOT JSC (a.k.a. JSC TRANS-FLOT), ul Ventseka 1/97, Samara 443099, Russia; Website www.trans-flot.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

TRANSGAZELLE (a.k.a. TRANS GAZELLE; a.k.a. TRANS GAZELLE SPRL), Congo, Democratic Republic of the [SDGT] (Linked To: ASSI, Saleh).

TRANSIT BUSINESS ASSOCIATION OF LATVIA (a.k.a. LATVIAN TRANSIT BUSINESS ASSOCIATION; a.k.a. LATVIJAS TRANZITA BIZNESA ASOCIACIJA), 66 Dzintaru iela, Ventspils LV-3602, Latvia; Tax ID No. 40008008110 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

TRANSKAPITALBANK (a.k.a. JOINT STOCK BANK TRANSKAPITALBANK; f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ

АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

TRANSMART AG (a.k.a. TRANSMART DMCC (Arabic: ترانسمارت م.د.م.س); a.k.a. TRANSMART GLOBAL TRADING PRIVATE LIMITED), Unit Number 1606 to 1610, Floor 16, Tower X3, Jumeirah Bay Tower, Dubai, United Arab Emirates; Jumeirah Lakes Tower, Unit Number 1606 to 1610, Jumeirah, Bay Tower X3 Plot No: JLT-PH2-X3A, 126422, Dubai, United Arab Emirates; PO Box 126422, Dubai, United Arab Emirates; Hirsernweg 11 Hergiswil, NW 6052, Switzerland; Information Technology Park 25/517/14, Ananya Tower, MG Road 680001 Trichur, Kerala, India; Website www.transmartdmcc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2011; alt. Organization Established Date 12 Mar 2019; alt. Organization Established Date 04 May 2022; National ID No. CHE-418.995.816 (Switzerland); Trade License No. CH-150.3.476.957-7 (Switzerland); alt. Trade License No. U52590KL2022FTC075362 (India); Business Registration Number DMCC-31631 (United Arab Emirates); Economic Register Number (CBLS) 11465311 (United Arab Emirates) [SDGT] (Linked To: CGN TRADE FZE; Linked To: VAHAP, Zabi).

TRANSMART DMCC (Arabic: ترانسمارت م.د.م.س) (a.k.a. TRANSMART AG; a.k.a. TRANSMART GLOBAL TRADING PRIVATE LIMITED), Unit Number 1606 to 1610, Floor 16, Tower X3, Jumeirah Bay Tower, Dubai, United Arab Emirates; Jumeirah Lakes Tower, Unit Number 1606 to 1610, Jumeirah, Bay Tower X3 Plot No: JLT-PH2-X3A, 126422, Dubai, United Arab Emirates; PO Box 126422, Dubai, United Arab Emirates; Hirsernweg 11 Hergiswil, NW 6052, Switzerland; Information Technology Park 25/517/14, Ananya Tower, MG Road 680001 Trichur, Kerala, India; Website www.transmartdmcc.com; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2011; alt. Organization Established Date 12 Mar 2019; alt. Organization Established Date 04 May 2022; National ID No. CHE-418.995.816 (Switzerland); Trade License No. CH-150.3.476.957-7 (Switzerland); alt. Trade License No. U52590KL2022FTC075362 (India); Business Registration Number DMCC-31631 (United Arab Emirates); Economic Register Number (CBLS) 11465311 (United Arab Emirates) [SDGT] (Linked To: CGN TRADE FZE; Linked To: VAHAP, Zabi).

TRANSMART GLOBAL TRADING PRIVATE LIMITED (a.k.a. TRANSMART AG; a.k.a. TRANSMART DMCC (Arabic: ترانسمارت م.د.م.س)), Unit Number 1606 to 1610, Floor 16, Tower X3, Jumeirah Bay Tower, Dubai, United Arab Emirates; Jumeirah Lakes Tower, Unit Number 1606 to 1610, Jumeirah, Bay Tower X3 Plot No: JLT-PH2-X3A, 126422, Dubai, United Arab Emirates; PO Box 126422, Dubai, United Arab Emirates; Hirsernweg 11 Hergiswil, NW 6052, Switzerland; Information Technology Park 25/517/14, Ananya Tower, MG Road 680001 Trichur, Kerala, India; Website www.transmartdmcc.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Apr 2011; alt. Organization Established Date 12 Mar 2019; alt. Organization Established Date 04 May 2022; National ID No. CHE-418.995.816 (Switzerland); Trade License No. CH-150.3.476.957-7 (Switzerland); alt. Trade License No. U52590KL2022FTC075362 (India); Business Registration Number DMCC-31631 (United Arab Emirates); Economic Register Number (CBLS) 11465311 (United Arab Emirates) [SDGT] (Linked To: CGN TRADE FZE; Linked To: VAHAP, Zabi).

TRANSMASHHOLDING JSC (a.k.a. AO TRANSMASHHOLDING; a.k.a. "TMH"), ul. Efremova D. 10, Moscow 119048, Russia; Tax ID No. 7723199790 (Russia); Registration Number 1027739893246 (Russia) [RUSSIA-EO14024].

TRANSMORFLOT LLC (a.k.a. TRANSMORFLOT SHIPPING COMPANY), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; Tax ID No. 3017041900 (Russia); Identification Number IMO 6016088 [RUSSIA-EO14024].

TRANSMORFLOT SHIPPING COMPANY (a.k.a. TRANSMORFLOT LLC), House 18 D Premise 1, Lenina Street, Akhtynskiy District, Republic of Dagestan 368730, Russia; Tax ID No. 3017041900 (Russia); Identification Number IMO 6016988 [RUSSIA-EO14024].

TRANSOIL SNG LIMITED COMPANY (a.k.a. OOO TRANSOIL (Cyrillic: ООО ТРАНСОЙЛ)), Petrogradskaya Nab 18 A, Saint Petersburg, Russia; 31/1 Mayakovskogo, Saint Petersburg 191014, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7811139006 (Russia); Registration Number 1037825043200 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

TRANSPETROCHART CO LTD, prospekt Engelsa 30, St Petersburg 194156, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

TRANSPORT AND LOGISTICS CENTER ELEKTROUGLI (a.k.a. OBLTRANSTERMINAL), Ul. Zheleznodorozhnaya, Vld 29, Str. 1, Pomeshch. 88, Elektrougli 142455, Russia; Tax ID No. 5053042571 (Russia); Registration Number 1165053050579 (Russia) [RUSSIA-EO14024].

TRANSPORTADORA PUREPECHA S.A. DE C.V. (a.k.a. PUREPECHA TRUCKING CO.), Avenida de la Revolution 7, Zumpimito, Carr. Apatzingan y Articulo 27, Uruapan, Michoacan 60190, Mexico; Km. 7 Carretera Antigua, Nuevo Laredo, Tamaulipas, Mexico; Zaragoza 1050, Reynosa, Tabasco, Mexico; R.F.C. TPU991105FB4 (Mexico) [SDNTK].

TRANSPORTES AEREAS UCHIZA S.A. (a.k.a. TAUSA S.A.; a.k.a. TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A.), Calle Soledad 111, Int. 302, Lima, Peru; RUC # 20110372320 (Peru) [SDNTK].

TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A. (a.k.a. TAUSA S.A.; f.k.a. TRANSPORTES AEREAS UCHIZA S.A.), Calle Soledad 111, Int. 302, Lima, Peru; RUC # 20110372320 (Peru) [SDNTK].

TRANSPORTES J.L. CORDON (a.k.a. OBRA CIVIL Y CARRETERAS), Guatemala; NIT # 4985931 (Guatemala) [SDNTK].

TRANSPORTES LC (a.k.a. CONSTRUCTORA H.L.P.; a.k.a. GASOLINERA JESUS MARIA), La Reforma, Zacapa, Guatemala; NIT # 557109K (Guatemala) [SDNTK].

TRANSPORTES REFRIGERADOS PANDAS TRUCKING, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. "PANDAS FRIOS"), Culiacan, Sinaloa, Mexico; Organization Established Date 02 Mar 2012; Folio Mercantil No. 81513 (Mexico) [ILLICIT-DRUGS-EO14059].

TRANSSERVICE LLC (a.k.a. LIMITED LIABILITY COMPANY TRANSSERVIS; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС); a.k.a. OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

TRANSSTROI OOO (Cyrillic: ТРАНССТРОЙ ООО) (a.k.a. TRANSSTROY LIMITED LIABILITY COMPANY), Office 204, ul K Marksa 15, Arkhangelsk 163000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2901209499 (Russia); Registration Number 1102901011510 (Russia) [RUSSIA-EO14024].

TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA; a.k.a. TRANSSTROIMEKHANIZATSIYA OOO; a.k.a. TRANSSTROYMEKHANIZATSIYA), Ul. Kievskaya D. 7, Moscow 121059, Russia; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

TRANSSTROIMEKHANIZATSIYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA; a.k.a. TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY; a.k.a. TRANSSTROYMEKHANIZATSIYA), Ul. Kievskaya D. 7, Moscow 121059, Russia; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government

Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

TRANSSTROY LIMITED LIABILITY COMPANY (a.k.a. TRANSSTROI OOO (Cyrillic: ТРАНССТРОЙ ООО)), Office 204, ul K Marksa 15, Arkhangelsk 163000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2901209499 (Russia); Registration Number 1102901011510 (Russia) [RUSSIA-EO14024].

TRANSSTROYMEKHANIZATSIYA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSTROIMEKHANIZATSIYA; a.k.a. TRANSSTROIMEKHANIZATSIYA LIMITED LIABILITY COMPANY; a.k.a. TRANSSTROIMEKHANIZATSIYA OOO), Ul. Kievskaya D. 7, Moscow 121059, Russia; Organization Established Date 08 Jul 2005; Tax ID No. 7715568411 (Russia); Government Gazette Number 7800228 (Russia); Registration Number 1057747413767 (Russia) [RUSSIA-EO14024].

TRANZ-TEL, A.S. (f.k.a. NORAM - AZD, A.S.), Krizna 47, Bratislava 1 - Mestska Cast Ruzinov, Bratislava 81107, Slovakia; Tax ID No. 202141989 (Slovakia); Registration Number 35720514 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

TRAPSA (a.k.a. TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A.), Avenida Aviacion 650, Tarapoto, San Martin, Peru; RUC # 20104242244 (Peru) [SDNTK].

TRAST KONG OOO (a.k.a. LIMITED LIABILITY COMPANY TRAST KONG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАСТ КОНГ)), 27/4 Bolshaya Bronnaya, Building 1, Moscow, Russia; 2 Institutski Lane, Moscow, Russia; Organization Established Date 26 Sep 2002; Tax ID No. 7710438578 (Russia); Registration Number 1027710010151 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

TRAVNIKOV, Andrei Alexandrovich (a.k.a. TRAVNIKOV, Andrey Aleksandrovich (Cyrillic: ТРАВНИКОВ, Андрей Александрович); a.k.a. TRAVNIKOV, Andrey Alexandrovich),

Novosibirsk, Russia; DOB 01 Feb 1971; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352803520184 (Russia) (individual) [RUSSIA-EO14024].

TRAVNIKOV, Andrey Aleksandrovich (Cyrillic: ТРАВНИКОВ, Андрей Александрович) (a.k.a. TRAVNIKOV, Andrei Alexandrovich; a.k.a. TRAVNIKOV, Andrey Alexandrovich), Novosibirsk, Russia; DOB 01 Feb 1971; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352803520184 (Russia) (individual) [RUSSIA-EO14024].

TRAVNIKOV, Andrey Alexandrovich (a.k.a. TRAVNIKOV, Andrei Alexandrovich; a.k.a. TRAVNIKOV, Andrey Aleksandrovich (Cyrillic: ТРАВНИКОВ, Андрей Александрович)), Novosibirsk, Russia; DOB 01 Feb 1971; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352803520184 (Russia) (individual) [RUSSIA-EO14024].

TRAVNIKOVA, Anna (Cyrillic: ТРАВНИКОВА, Анна) (a.k.a. "TAUSENT, Anna"; a.k.a. "TOWSENT, Anna") Kaluga, Russia; DOB 09 Jan 1990; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

TREAL M LIMITED LIABILITY COMPANY, Proezd Boksitovyi Str. 1, Yekaterinburg 620030, Russia; Proletarskaya, 2A, office 26, Aramyl 624003, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6685108807 (Russia); Registration Number 1169658023358 (Russia) [RUSSIA-EO14024].

TREID-INVEST, OOO (Cyrillic: ООО ТРЕЙД-ИНВЕСТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TREID-INVEST), 11/2, ul., Sadovaya-Chernogryazskaya Moscow, Moscow 105064, Russia; D-U-N-S Number 50-722-5114; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7701416320 (Russia); Government Gazette Number 40214946 (Russia); Registration Number 5147746448782 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S. (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND GYO (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND REAL ESTATE INVESTMENT PARTNERSHIP (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul

34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

TREST ROSSPETSENERGOMONTAZH OOO (a.k.a. LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ); a.k.a. OOO TREST ROSSPETSENERGOMONTAZH; a.k.a. TRUST ROSSPETSENERGOMONTAZH), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

TRETIAK, Vladislav Alexandrovich (Cyrillic: ТРЕТЬЯК, Владислав Александрович), Russia; DOB 25 Apr 1952; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TREVINO MORALES, Alejandro (a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. TREVINO MORALES, Oscar Omar; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Miguel (Latin: TREVIÑO MORALES, Miguel) (a.k.a. TREVINO MORALES, Miguel Angel; a.k.a. "40"), Calle Veracruz 825, Nuevo Laredo, Tamaulipas, Mexico; Calle Mina No. 6111, Nuevo Laredo, Tamaulipas, Mexico; Calle Nayarit 3404, en la esquina de Nayarit y Ocampo, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 de Septiembre y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Avenida Tecnologico 17, entre Calle Pedro Perezo Ibarra y Fraccionamiento Tecnologica, Nuevo Laredo, Tamaulipas, Mexico; Amapola 3003, Col. Primavera, Nuevo Laredo, Tamaulipas, Mexico; Rancho Soledad, Anahuac, Nuevo Leon, Mexico; Rancho

Rancherias, Anahuac, Nuevo Leon, Mexico; Reynosa, Tamaulipas, Mexico; DOB 28 Jun 1973; alt. DOB 18 Nov 1970; alt. DOB 25 Jan 1973; alt. DOB 15 Jul 1976; POB Nuevo Laredo, Tamaulipas, Mexico; alt. POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male; R.F.C. TRMM730628 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Miguel Angel (a.k.a. TREVINO MORALES, Miguel (Latin: TREVIÑO MORALES, Miguel); a.k.a. TREVINO MORALES, Miguel); a.k.a. "40"), Calle Veracruz 825, Nuevo Laredo, Tamaulipas, Mexico; Calle Mina No. 6111, Nuevo Laredo, Tamaulipas, Mexico; Calle Nayarit 3404, en la esquina de Nayarit y Ocampo, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 de Septiembre y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Avenida Tecnologico 17, entre Calle Pedro Perezo Ibarra y Fraccionamiento Tecnologica, Nuevo Laredo, Tamaulipas, Mexico; Amapola 3003, Col. Primavera, Nuevo Laredo, Tamaulipas, Mexico; Rancho Soledad, Anahuac, Nuevo Leon, Mexico; Rancho Rancherias, Anahuac, Nuevo Leon, Mexico; Reynosa, Tamaulipas, Mexico; DOB 28 Jun 1973; alt. DOB 18 Nov 1970; alt. DOB 25 Jan 1973; alt. DOB 15 Jul 1976; POB Nuevo Laredo, Tamaulipas, Mexico; alt. POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male; R.F.C. TRMM730628 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar) (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. TREVINO MORALES, Oscar Omar; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Omar Alejandro (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Oscar Omar; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TREVINO MORALES, Oscar Omar (a.k.a. TREVINO MORALES, Alejandro; a.k.a. TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. "42"), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

TRIANA ROMERO, Horacio de Jesus, Maripi, Boyaca, Colombia; DOB 21 Nov 1956; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 4157533 (Colombia) (individual) [SDNTK].

TRIANGULATICA (a.k.a. TRIANGULYATIKA), Sh. Petergofskoe D. 73, K. 10 Lit. Azh, Pom.1-N Et.1 Kom.16, Saint Petersburg 198206, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7807229899 (Russia); Registration Number 1197847140930 (Russia) [RUSSIA-EO14024].

TRIANGULYATIKA (a.k.a. TRIANGULATICA), Sh. Petergofskoe D. 73, K. 10 Lit. Azh, Pom.1-N Et.1 Kom.16, Saint Petersburg 198206, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7807229899 (Russia); Registration Number 1197847140930 (Russia) [RUSSIA-EO14024].

TRIBIT (a.k.a. LIMITED LIABILITY COMPANY TRIBIT; a.k.a. LLC TRIBIT; a.k.a. TRIBIT OOO), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

TRIBIT OOO (a.k.a. LIMITED LIABILITY COMPANY TRIBIT; a.k.a. LLC TRIBIT; a.k.a. TRIBIT), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia;

Website tribit.ru; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

TRIBUN, Aleksandr (a.k.a. TRIBUN, Aleksandr Lvovich (Cyrillic: ТРИБУН, Александр Львович); a.k.a. TRIBUN, Alexandr Lvovich), Russia; DOB 29 Aug 1969; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7195142631 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

TRIBUN, Aleksandr Lvovich (Cyrillic: ТРИБУН, Александр Львович) (a.k.a. TRIBUN, Aleksandr; a.k.a. TRIBUN, Alexandr Lvovich), Russia; DOB 29 Aug 1969; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7195142631 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

TRIBUN, Alexandr Lvovich (a.k.a. TRIBUN, Aleksandr; a.k.a. TRIBUN, Aleksandr Lvovich (Cyrillic: ТРИБУН, Александр Львович)), Russia; DOB 29 Aug 1969; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7195142631 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

TRIBUTARIES DAMASCUS PRIVATE JSC (a.k.a. RAWAFED DAMASCUS INVESTMENTS COMPANY; a.k.a. RAWAFED DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة روافد دمشق المساهمة المغفلة الخاصة); a.k.a. RAWAFED DAMASCUS PRIVATE JSC; a.k.a. RAWAFID DAMASCUS PRIVATE JOINT STOCK COMPANY), Marota City, Damascus, Syria; Organization Established Date 08 Apr 2018; Organization Type: Real estate activities with own or leased property; alt. Organization Type: Construction of buildings [SYRIA].

TRIFONOV, Andrey Fedorovich (Cyrillic: ТРИФОНОВ, Андрей Фёдорович), Russia; DOB 01 May 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TRIGRON CARGO LOGISTICS LTD. (a.k.a. TRIGRON KARGO; a.k.a. TRIGRON KARGO LOJISTIK; a.k.a. TRIGRON LOJISTIK KARGO

LIMITED SIRKETI), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIGRON KARGO (a.k.a. TRIGRON CARGO LOGISTICS LTD.; a.k.a. TRIGRON LOJISTIK; a.k.a. TRIGRON LOJISTIK KARGO LIMITED SIRKETI), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIGRON KARGO LOJISTIK (a.k.a. TRIGRON CARGO LOGISTICS LTD.; a.k.a. TRIGRON KARGO; a.k.a. TRIGRON LOJISTIK KARGO LIMITED SIRKETI), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIGRON LOJISTIK KARGO LIMITED SIRKETI (a.k.a. TRIGRON CARGO LOGISTICS LTD.; a.k.a. TRIGRON KARGO; a.k.a. TRIGRON KARGO LOJISTIK), Airport Hill Sitesi C Blok D. 6, NO: 11-D, Degirmenbahce Caddesi 11-D-C Blok, Bahcelievler, Istanbul 34180, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 846711 (Turkey) [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: YEGANE, Gulnihal).

TRIKULYA, Elena Anatolievna, Russia; DOB 18 Mar 1975; Gender Female (individual) [MAGNIT].

TRILEK, Pelma (a.k.a. CHILIN, Baima; a.k.a. CHOLING, Padma (Chinese Simplified: 白玛赤林; Chinese Traditional: 白瑪赤林)), Beijing, China; DOB Oct 1951; POB Dengqen County, Changdu, Tibet Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

TRILEMA CONSULTING LTD (a.k.a. TRILEMMA CONSULTING LTD; a.k.a. TRILEMMA CONSULTING LTD EOOD (Cyrillic: ТРИЛЕММА КАНСЪЛТИНГ ЕООД)), UL. Odrin, BL. 14, VH. V, ET 10, AP. 100, 1303, Sofia, Bulgaria; Organization Established Date 14 Aug 2020; V.A.T. Number BG206196472 (Bulgaria); Business Registration Number 206196472 (Bulgaria) [GLOMAG] (Linked To: GORANOV, Vladislav Ivanov).

TRILEMMA CONSULTING LTD (a.k.a. TRILEMA CONSULTING LTD; a.k.a. TRILEMMA CONSULTING LTD EOOD (Cyrillic: ТРИЛЕММА КАНСЪЛТИНГ ЕООД)), UL. Odrin, BL. 14, VH. V, ET 10, AP. 100, 1303, Sofia, Bulgaria; Organization Established Date 14 Aug 2020; V.A.T. Number BG206196472 (Bulgaria); Business Registration Number 206196472 (Bulgaria) [GLOMAG] (Linked To: GORANOV, Vladislav Ivanov).

TRILEMMA CONSULTING LTD EOOD (Cyrillic: ТРИЛЕМА КАНСЪЛТИНГ ЕООД) (a.k.a. TRILEMA CONSULTING LTD; a.k.a. TRILEMMA CONSULTING LTD), UL. Odrin, BL. 14, VH. V, ET 10, AP. 100, 1303, Sofia, Bulgaria; Organization Established Date 14 Aug 2020; V.A.T. Number BG206196472 (Bulgaria); Business Registration Number 206196472 (Bulgaria) [GLOMAG] (Linked To: GORANOV, Vladislav Ivanov).

TRILIANCE KISH PETROCHEMICAL COMPANY (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号自由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit

1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL CO LTD (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai

200127, China (Chinese Simplified: 杨高南路428号由自由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司) (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a.

TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846]

(Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL CO., LIMITED (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive

Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL COMPANY (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL GMBH; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-l5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec.

5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROCHEMICAL GMBH (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司)), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran; Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South

Road, Pudong New Area, Shanghai, China (Chinese Simplified:

市浦东新区杨高南路428号2楼10楼C座, 上海, China); Unit No: 15-PF-137, Detached Retail 15, Plot No: JLT-PH1-RET-l5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRILIANCE PETROLEUM SHANGHAI CO., LTD (Chinese Simplified: 众祥石油 上海 有限公司) (a.k.a. TIBA PARSIAN KISH PETROCHEMICAL; a.k.a. TIBA PETROCHEMICAL COMPANY DMCC; f.k.a. TRILIANCE KISH PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL CO LTD; a.k.a. TRILIANCE PETROCHEMICAL CO. LTD. (Chinese Traditional: 眾祥石化有限公司); a.k.a. TRILIANCE PETROCHEMICAL CO., LIMITED; a.k.a. TRILIANCE PETROCHEMICAL COMPANY; a.k.a. TRILIANCE PETROCHEMICAL GMBH), 15/F Radio City, 505 Hennessy Rd, Causeway Bay, Hong Kong, Hong Kong; 3F-A, Tower 3 YouYou Century Plaza, 428 Yang Gao RD(S), Shanghai 200127, China (Chinese Simplified: 杨高南路428号由由世纪广场3号楼3A, 上海 200127, China); Romischer Ring 11, Frankfurt am Main, Hessen 60326, Germany; Friedrich-Ebert-Anlage 36, Frankfurt am Main, Hessen 60325, Germany; No. 4, 5th Alley, Iran Zamin Street, Shahrak Gharb, Tehran, Tehran, Iran;

Unit 301, 3rd Floor, Diplomat Commercial Office Complex, Sahel Street, Kish Island, Iran; Unit 1805, 18th Floor, Jumeirah Bay Tower X3, Cluster X, Plot JLT-PH2-X3A, Jumeirah Lake Towers, Dubai, Dubai, United Arab Emirates; Room 301-37, 3/F., Building 1, No. 38 Debao Road, Pilot Free Zone, Shanghai, China (Chinese Simplified: 德堡路38号1幢三层301-37室, 自由贸易试验区, 上海, China); Unit C, 10/F., Building No. 2, No. 428 Yanggao South Road, Pudong New Area, Shanghai, China (Chinese Simplified: 市浦东新区杨高南路428号2号楼10楼C座, 上海, China); Unit No: 15-PF-137, Detailed Retail 15, Plot No: JLT-PH1-RET-I5, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 60313B106405 (Germany); alt. National ID No. 14004797459 (Iran); Commercial Registry Number 1831791 (Hong Kong); Company Number HRB 106405 (Germany); United Social Credit Code Certificate (USCCC) 91310000MA1K30UQ75 (China); Registration Number 310141000214539 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

TRINIDAD Y RAMIREZ, Angelo (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINIDAD, Abu Khalil (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma.

Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINIDAD, Angelo Ramirez (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINIDAD, Calib (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINIDAD, Kalib (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINIDAD, Khalil (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINIDAD, Khulil (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Angelo Ramirez; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT].

TRINITEX LLC (a.k.a. TRINITEX OOO (Cyrillic: ООО ТРИНИТЕКС)), d. 10 Str. 8 kom. 8, ul. Smirnovskaya, Moscow 109052, Russia; Organization Established Date 19 Apr 2018; Tax ID No. 7751142717 (Russia); Government Gazette Number 28329368 (Russia);

Registration Number 1187746421576 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

TRINITEX OOO (Cyrillic: ООО ТРИНИТЕКС) (a.k.a. TRINITEX LLC), d. 10 Str. 8 kom. 8, ul. Smirnovskaya, Moscow 109052, Russia; Organization Established Date 19 Apr 2018; Tax ID No. 7751142717 (Russia); Government Gazette Number 28329368 (Russia); Registration Number 1187746421576 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

TRIO ENERGY DMCC, Jumeirah Lake Towers Unit 2903, SABA 1 Tower, Plot JLT-PH1-E3A, Dubai, United Arab Emirates; License DMCC564257 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

TRITON NAVIGATION CORP., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 113453 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

TRO DANMARK (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1

Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO ITALIA (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a.

WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO NORGE (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL

REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt.

Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO SCHWEIZ (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122,

Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TRO YA LLC (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKC TRO YA; a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

TRO YA OSOO (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKC TRO YA; a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA LLC), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

TROBER, S.A. (a.k.a. TROVER, S.A.), Edificio Saldivar, Panama City, Panama [CUBA].

TROCANA WORLD INC., Panama City, Panama; Identification Number IMO 5411381; Company Number 582152 (Panama) [VENEZUELA-EO13850].

TROENDLE, Dirk, Germany; DOB 11 Mar 1956; nationality Germany; Gender Male; Passport C93XHRVNT (Germany) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

TROFIMOV, Andrei Yurievich (Cyrillic: ТРОФИМОВ, Андрей Юрьевич) (a.k.a. TROFIMOV, Andriy Yuriovych (Cyrillic: ТРОФИМОВ, Андрій Юрійович)), 86 Kyivska St., Apt. 53, Simferopol, Crimea, Ukraine; DOB 14 Aug 1972; nationality Ukraine; Gender Male; Tax ID No. 2652410875 (Ukraine) (individual) [RUSSIA-EO14024].

TROFIMOV, Andriy Yuriovych (Cyrillic: ТРОФИМОВ, Андрій Юрійович) (a.k.a. TROFIMOV, Andrei Yurievich (Cyrillic: ТРОФИМОВ, Андрей Юрьевич)), 86 Kyivska St., Apt. 53, Simferopol, Crimea, Ukraine; DOB 14 Aug 1972; nationality Ukraine; Gender Male; Tax ID No. 2652410875 (Ukraine) (individual) [RUSSIA-EO14024].

TROFIMOV, Anton Sergeevich (Cyrillic: ТРОФИМОВ, Антон Сергеевич), 87 Lombard Street, Suite 1209, Toronto, Ontario M5C 2V3, Canada; Apt 16, 31F, J Residence, 60 Johnston Road, Wanchai, Hong Kong, China; DOB 30 Jan 1982; POB Novosibirsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ASIA PACIFIC LINKS LIMITED).

TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH (a.k.a. JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY; a.k.a. THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ); a.k.a. TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH (a.k.a. JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I

TERMOYADERNYKH ISSLEDOVANY; a.k.a. THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ); a.k.a. TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

TROLL PROPERTIES, INC., Panama; RUC # 991715-1-534344 (Panama) [SDNTK].

TROPAS DE PREVENCION, Cuba [GLOMAG].

TROPIC TOURS GMBH (a.k.a. TROPICANA TOURS GMBH), Lietzenburger Strasse 51, Berlin, Germany [CUBA].

TROPICAL RAIN FOREST LOGISTICS CO., LIMITED (a.k.a. HK SIHAI YINGTONG INDUSTRY CO., LIMITED), Des Voeux Road Central, Central and Western District, Hong Kong, China; Organization Established Date 17 Oct 2016; C.R. No. 2438373 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

TROPICANA TOURS GMBH (a.k.a. TROPIC TOURS GMBH), Lietzenburger Strasse 51, Berlin, Germany [CUBA].

TROSHEV, Andrei Nikolaevich (a.k.a. TROSHEV, Andrej Nikolaevich; a.k.a. "Gray Hair"; a.k.a. "Sedoi"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

TROSHEV, Andrej Nikolaevich (a.k.a. TROSHEV, Andrei Nikolaevich; a.k.a. "Gray Hair"; a.k.a. "Sedoi"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

TROSHIN, Aleksei Valeryevich (Cyrillic: ТРОШИН, Алексей Валерьевич), Russia; DOB 09 Dec 1980; nationality Russia; citizen Russia; Gender Male; Passport 720397581 (Russia); Tax ID No. 781712817387 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO

NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA).

TROTSENKO, Gleb Romanovich (Cyrillic: ТРОЦЕНКО, Глеб Романович), 32-1 2th Vladimirskaia, APT 34B, Moscow 111401, Russia; DOB 18 Jun 2001; POB Moscow, Russia; nationality Russia; Gender Male; Passport 761134389 (Russia) expires 18 Jul 2029; alt. Passport 650682691 (Russia) expires 16 Jun 2022; Tax ID No. 772035471174 (Russia) (individual) [RUSSIA-EO14024].

TROVER, S.A. (a.k.a. TROBER, S.A.), Edificio Saldivar, Panama City, Panama [CUBA].

T-RUBBER CO., LTD (a.k.a. T-RUBBER COMPANY; a.k.a. T-RUBBER LTD; a.k.a. "T-RUBBER"), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [SYRIA].

T-RUBBER COMPANY (a.k.a. T-RUBBER CO., LTD; a.k.a. T-RUBBER LTD; a.k.a. "T-RUBBER"), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [SYRIA].

T-RUBBER LTD (a.k.a. T-RUBBER CO., LTD; a.k.a. T-RUBBER COMPANY; a.k.a. "T-RUBBER"), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [SYRIA].

TRUE MOTIVES 1236 CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC), 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; P.O. Box 28215, Kensington 2101, South Africa; Website www.sniperafrica.com; Registration ID 200302847123; Tax ID No. 9113562152 [SDGT].

TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao

Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

TRUONG PHAT LOC SHIPPING TRDG (a.k.a. CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC; a.k.a. TPL SHIPPING; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

TRUSCHALOV, Nicholas (a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Mykola Mykolayovych (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Nicholas (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Nikolay (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHCHALOV, Nikolay Nikolayevich (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHHALOV, Nikolaj Nikolaevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUSHHALOV, Nikolaj Nikolaevich (a.k.a. TRUSCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Mykola Mykolayovych; a.k.a. TRUSHCHALOV, Nicholas; a.k.a. TRUSHCHALOV, Nikolay; a.k.a. TRUSHCHALOV, Nikolay Nikolayevich), Saint Petersburg, Russia; DOB 01 Jan 1980; POB Russia; Gender Male (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

TRUST INSURANCE (a.k.a. TRUST INSURANCE S.A.L.), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; PO Box 15750, Jammal Trust Bank Building, Rachid Karameh Street, Verdun, Lebanon; Verdun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST INSURANCE S.A.L. (a.k.a. TRUST INSURANCE), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; PO Box 15750, Jammal Trust Bank Building, Rachid Karameh Street, Verdun, Lebanon; Verdun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST INSURANCE SERVICES S.A.L., JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LIFE (a.k.a. TRUST LIFE INSURANCE CO SAL; a.k.a. TRUST LIFE INSURANCE COMPANY S.A.L.), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Jamal Trust Bank Building, Beirut, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Organization Established Date 16 Aug 2001; Registration Number 77138

(Lebanon) [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LIFE INSURANCE CO SAL (a.k.a. TRUST LIFE; a.k.a. TRUST LIFE INSURANCE COMPANY S.A.L.), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Jamal Trust Bank Building, Beirut, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Organization Established Date 16 Aug 2001; Registration Number 77138 (Lebanon) [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LIFE INSURANCE COMPANY S.A.L. (a.k.a. TRUST LIFE; a.k.a. TRUST LIFE INSURANCE CO SAL), JTB Tower, Tahweeta High Way, Elias Hraoui Avenue, Beirut, Lebanon; Jamal Trust Bank Building, Beirut, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Organization Established Date 16 Aug 2001; Registration Number 77138 (Lebanon) [SDGT] (Linked To: JAMMAL TRUST BANK S.A.L.).

TRUST LOGISTIC (a.k.a. LOGISTIKA DOVERIYA OOO; a.k.a. OOO LOGISTIKA DOVERIIA; a.k.a. TRUST LOGISTICS LLC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

TRUST LOGISTICS GROUP LLC (a.k.a. OOO TRAST LODZHISTIKS GRUPP), u. Yurovskaya D. 92, pom.I komn. 40, Moscow 125466, Russia; ul. Baryshikha, 32 korp. 1, pomeshch. 1/1, Moscow 125368, Russia; Organization Established Date 22 Oct 2014; Tax ID No. 7733899720 (Russia); Registration Number 5147746261823 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

TRUST LOGISTICS LLC (a.k.a. LOGISTIKA DOVERIYA OOO; a.k.a. OOO LOGISTIKA DOVERIIA; a.k.a. TRUST LOGISTIC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Organization Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

TRUST ROSSPETSENERGOMONTAZH (a.k.a. LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦЭНЕРГОМОНТАЖ); a.k.a. OOO TREST ROSSPETSENERGOMONTAZH; a.k.a. TREST ROSSPETSENERGOMONTAZH OOO), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

TRUSTINFO, Sh. Varshavskoe D.125, Str.16, Moscow 117587, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726584574 (Russia); Registration Number 1077764070625 (Russia) [RUSSIA-EO14024].

TRUTNEV, Yuriy Petrovich (Cyrillic: ТРУТНЕВ, Юрий Петрович) (a.k.a. TRUTNEV, Yury), Russia; DOB 01 Mar 1956; POB Perm, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TRUTNEV, Yury (a.k.a. TRUTNEV, Yuriy Petrovich (Cyrillic: ТРУТНЕВ, Юрий Петрович)), Russia; DOB 01 Mar 1956; POB Perm, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TRV AUTO LIMITED LIABILITY COMPANY (a.k.a. TRV AVTO OOO; a.k.a. TRV-ENGINEERING LLC), Ul Ilyicha D 7, Korolev 141080, Russia; Organization Established Date 03 May 2005; Tax ID No. 5018100929 (Russia); Registration Number 1055003010985 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TRV AVTO OOO (a.k.a. TRV AUTO LIMITED LIABILITY COMPANY; a.k.a. TRV-ENGINEERING LLC), Ul Ilyicha D 7, Korolev 141080, Russia; Organization Established Date 03 May 2005; Tax ID No. 5018100929 (Russia); Registration Number 1055003010985 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TRV-ENGINEERING LLC (a.k.a. TRV AUTO LIMITED LIABILITY COMPANY; a.k.a. TRV AVTO OOO), Ul Ilyicha D 7, Korolev 141080, Russia; Organization Established Date 03 May 2005; Tax ID No. 5018100929 (Russia); Registration Number 1055003010985 (Russia)

[RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

TRY PHEAP DRY PORT CO., LTD., 35, 41 110 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-100194060 (Cambodia); Company Number 00019406 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP ENGINEERING & CONSTRUCTION CO., LTD. (a.k.a. TRY PHEAP ENGINEERING AND CONSTRUCTION CO., LTD.), 3-5 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. L0001-901504050 (Cambodia); Company Number 00019414 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP ENGINEERING AND CONSTRUCTION CO., LTD. (a.k.a. TRY PHEAP ENGINEERING & CONSTRUCTION CO., LTD.), 3-5 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. L0001-901504050 (Cambodia); Company Number 00019414 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP GRAND ROYAL CAMBODIA CO., LTD., Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Company Number 00014853 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP GROUP CO., LTD., 3, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Company Number 00019408 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP IMPORT EXPORT CO., LTD., 3 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-100075533 (Cambodia); Company Number 00019401 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP OU YA DAV (a.k.a. TRY PHEAP OYADAV S E Z CO., LTD.), 1 A, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019411 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP OYADAV S E Z CO., LTD. (a.k.a. TRY PHEAP OU YA DAV), 1 A, 271, Tuek L'ak Bei, Tuol Kouk, Phnom Penh, Cambodia; Company Number 00019411 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP PROPERTY CO., LTD., 03 Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-901637752 (Cambodia); Company Number 00013378 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP TRAVEL & TOURS CO., LTD. (a.k.a. TRY PHEAP TRAVEL AND TOURS CO., LTD.), 3, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-104019131 (Cambodia); Company Number 00019403 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TRY PHEAP TRAVEL AND TOURS CO., LTD. (a.k.a. TRY PHEAP TRAVEL & TOURS CO., LTD.), 3, Voat Phnum, Doun Penh, Phnom Penh, Cambodia; Tax ID No. K003-104019131 (Cambodia); Company Number 00019403 (Cambodia) [GLOMAG] (Linked To: PHEAP, Try).

TS BUSINESS CORPORATIVO, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 86141 (Mexico) [ILLICIT-DRUGS-EO14059].

TSAI SU, Lu-Chi (a.k.a. SU, Lu-Chi), C/O TRANS MERITS CO. LTD., Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 07 Feb 1950; alt. DOB Nov 1950; POB Yun Lin Hsien, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 210215095 (Taiwan); Corporate Officer (individual) [NPWMD].

TSAI, ALEX H.T. (a.k.a. TSAI, Hsein Tai), C/O TRANS MERITS CO. LTD., Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 08 Aug 1945; POB Tainan, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 131134049 (Taiwan); General Manager - GLOBAL INTERFACE COMPANY INC. (individual) [NPWMD].

TSAI, Hsein Tai (a.k.a. TSAI, ALEX H.T.), C/O TRANS MERITS CO. LTD., Taipei, Taiwan; C/O GLOBAL INTERFACE COMPANY INC., Taipei, Taiwan; DOB 08 Aug 1945; POB Tainan, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 131134049 (Taiwan); General Manager - GLOBAL INTERFACE COMPANY INC. (individual) [NPWMD].

TSALIKOV, Ruslan, Russia; DOB 31 Jul 1956; POB Ordzhonikidze, North Ossetia, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TSANG, Erick (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick Kwok-wai; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫); a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

TSANG, Erick Kwok-wai (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫); a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫) (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick; a.k.a. TSANG, Erick Kwok-wai; a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

TSANG, Neil (a.k.a. TSANG, Niel; a.k.a. TSANG, Yun Yuan; a.k.a. TSANG, Yung Yuan (Chinese Traditional: 張永源)), 8th Floor, Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSANG, Niel (a.k.a. TSANG, Neil; a.k.a. TSANG, Yun Yuan; a.k.a. TSANG, Yung Yuan (Chinese Traditional: 張永源)), 8th Floor, Number 466,

Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSANG, Yun Yuan (a.k.a. TSANG, Neil; a.k.a. TSANG, Niel; a.k.a. TSANG, Yung Yuan (Chinese Traditional: 張永源)), 8th Floor, Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSANG, Yung Yuan (Chinese Traditional: 張永源) (a.k.a. TSANG, Neil; a.k.a. TSANG, Niel; a.k.a. TSANG, Yun Yuan), 8th Floor, Number 466, Sec. 2, Neihu Road, Taipei, Taiwan; DOB 20 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 302001581 (Taiwan) (individual) [DPRK3].

TSAREV, Kirill Aleksandrovich (Cyrillic: ЦАРЁВ, Кирилл Александрович), Russia; DOB 25 Sep 1978; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSAREV, Mikhail Mikhailovich (a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

TSAREV, Oleg (a.k.a. TSARIOV, Oleh; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSAREVA, Marina Igorevna, Russia; DOB 09 Nov 1973; POB Krasnoyarsk, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 711002398 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES; Linked To: VELA-MARINE LTD.).

TSARGRAD OOO, B-r Novinskiy d. 31, office 5-01, Moscow 123242, Russia; Organization Established Date 17 Mar 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7703226533 (Russia); Registration Number 1157746244017 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

TSARGRAD PARK OOO, d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 30 Nov 2016; Organization Type: Management consultancy activities; Tax ID No. 5043059992 (Russia); Registration Number 1165043053372 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД) (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban

Area Danilovskiy, Moscow 115093, Russia; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

TSARGRAD-CULTURE LLC (a.k.a. TSARGRAD-KULTURA OOO), per. Partiinyi d. 1, k. 57 str. 3, floor 1, pom/komn I/16, Moscow 115093, Russia; Organization Established Date 07 Sep 2021; Organization Type: Other amusement and recreation activities; Tax ID No. 9725058950 (Russia); Registration Number 1217700417550 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD-MEDIA OOO).

TSARGRAD-KULTURA OOO (a.k.a. TSARGRAD-CULTURE LLC), per. Partiinyi d. 1, k. 57 str. 3, floor 1, pom/komn I/16, Moscow 115093, Russia; Organization Established Date 07 Sep 2021; Organization Type: Other amusement and recreation activities; Tax ID No. 9725058950 (Russia); Registration Number 1217700417550 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD-MEDIA OOO).

TSARGRAD-MEDIA OOO, B-r Novinskii d. 31, office 5-01, Moscow 123242, Russia; Organization Established Date 30 Sep 2015; Organization Type: Motion picture, video and television programme production activities; Tax ID No. 7703398765 (Russia); Registration Number 1157746897604 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

TSARIOV, Oleh (a.k.a. TSAREV, Oleg; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSAROV, Oleg (a.k.a. TSAREV, Oleg; a.k.a. TSARIOV, Oleh; a.k.a. TSARYOV, Oleh; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSARYOV, Oleh (a.k.a. TSAREV, Oleg; a.k.a. TSARIOV, Oleh; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh Anatolievich), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660).

TSARYOV, Oleh Anatolievich (a.k.a. TSAREV, Oleg; a.k.a. TSARIOV, Oleh; a.k.a. TSAROV, Oleg; a.k.a. TSARYOV, Oleh), Stari Kodaky, Dnepropetrovsk Oblast, Ukraine; DOB 02 Jun 1970; POB Dnepropetrovsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660).

TSCHATAJEV, Achmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSCHATAJEV, Ahmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSCHATAYEV, Achmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed

Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSCHATAYEV, Ahmed Radschapovitsch (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

TSED, Nikolay Grigorevich (Cyrillic: ЦЕД, Николай Григорьевич), Russia; DOB 06 Jan 1959; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TSEKOV, Sergei (a.k.a. TSEKOV, Sergey Pavlovich; a.k.a. TSEKOV, Serhiy Pavlovich (Cyrillic: ЦЕКОВ, Сергей Павлович)), Russia; DOB 28 Sep 1953; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

TSEKOV, Sergey Pavlovich (a.k.a. TSEKOV, Sergei; a.k.a. TSEKOV, Serhiy Pavlovich (Cyrillic: ЦЕКОВ, Сергей Павлович)), Russia; DOB 28 Sep 1953; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the

Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

TSEKOV, Serhiy Pavlovich (Cyrillic: ЦЕКОВ, Сергей Павлович) (a.k.a. TSEKOV, Sergei; a.k.a. TSEKOV, Sergey Pavlovich), Russia; DOB 28 Sep 1953; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна) (a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKAVETS, Iryna Aliaksandrauna (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKAVIETS, Iryna Aliaksandrawna (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна) (a.k.a. TSELIKAVETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a.

TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 2 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVETS, Irina (a.k.a. TSELIKAVIETS, Irina Aliaksandrauna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina Aleksandrovna; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVETS, Irina Aleksandrovna (a.k.a. TSELIKAVIETS, Irina Aliaksandrawna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Iryna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSELIKOVETS, Iryna (a.k.a. TSELIKAVIETS, Irina Aliaksandrawna (Cyrillic: ЦЭЛІКАВЕЦ, Ірына Аляксандраўна); a.k.a. TSELIKAVETS, Iryna Aliaksandrauna; a.k.a. TSELIKAVIETS, Iryna Aliaksandrawna; a.k.a. TSELIKOVEC, Irina Alexandrovna (Cyrillic: ЦЕЛИКОВЕЦ, Ирина Александровна); a.k.a. TSELIKOVETS, Irina; a.k.a. TSELIKOVETS, Irina Aleksandrovna), Minsk Oblast, Belarus; DOB 02 Nov 1976; POB Zhlobin, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

TSENTR INNOVATSIONNYKH TEKHNOLOGII I INZHINIRINGA (a.k.a. ENGINEERING CENTER OF INNOVATIVE TECHNOLOGIES; a.k.a. "ECITECH"), 2 Zavodskoy proezd, office 632, Fryazino 141190, Russia; Tax ID No. 5050127869 (Russia); Registration Number 1165050054949 (Russia) [RUSSIA-EO14024].

TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZOLYATSII PRAVANARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

TSENTR KHRANENIYA DANNYKH (a.k.a. LIMITED LIABILITY COMPANY SAFEDATA; a.k.a. "LIMITED LIABILITY COMPANY DATA STORAGE CENTER"), Nikitskii Per D.7 Str.1, Moscow 125009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703616170 (Russia); Registration Number 1067759957275 (Russia) [RUSSIA-EO14024].

TSENTR KOMPYUTERNOGO INZHINIRINGA (a.k.a. SUSU COMPUTER ENGINEERING CENTER), Ordzhonikidze St., 50, Chelyabinsk 454091, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7448199173 (Russia); Registration Number 1167456142424 (Russia) [RUSSIA-EO14024].

TSENTR NEDVIZHIMOSTI OT SBERBANKA (a.k.a. LIMITED LIABILITY COMPANY SBERBANK REAL ESTATE CENTER; a.k.a. "SREC LLC"), 32/1 Kutuzovsky Ave, Moscow 121170, Russia; Tax ID No. 7736249247 (Russia); Registration Number 1157746652150 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSENTR RAZVITIYA BAIKALSKOGO REGIONA (a.k.a. BAIKAL.TSENTR; a.k.a. LLC BAIKAL CENTER), Vozdvizhenka d. 7/6, str. 1, pomeshch. 10, Moscow 119019, Russia; Tax ID No. 7704732846 (Russia); Registration Number 1097746515240 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

TSENTR TEKHNOLOGII BANKROTSTVA (a.k.a. BANKRUPTCY TECHNOLOGY CENTER LIMITED LIABILITY COMPANY; a.k.a. "BTC LLC"), 19 Vavilova St., Moscow 117997, Russia; Tax ID No. 7736303529 (Russia); Registration Number 1177746502944 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII (a.k.a. CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ); a.k.a. TSIK ROSSII (Cyrillic: ЦИК РОССИИ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ) (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL

ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ) (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; a.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

TSENTRALNOE PGO PAO (Cyrillic: ЦЕНТРАЛЬНОЕ ПГО АО), D. 5, E/Pom/Kom 1, 2/I, Li/1-40, 1-26, Per. Gamsonovskii, Moscow 115191, Russia; Tax ID No. 7724643070 (Russia); Registration Number 1077763582544 (Russia) [RUSSIA-EO14024].

TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; a.k.a.

TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ); 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ) (a.k.a. CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII; a.k.a. TSIK ROSSII (Cyrillic: ЦИК РОССИИ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

TSENTRKURORT (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a.

RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

TSENTRKVARTS PAO (a.k.a. AO TSENTRKVARTS), D. 40 k. 4, Ul. Narodnogo Opolcheniya, Moscow 123298, Russia; Tax ID No. 7743909617 (Russia); Registration Number 5137746176497 (Russia) [RUSSIA-EO14024].

TSEPKIN, Oleg Vladimirovich (Cyrillic: ЦЕПКИН, Олег Владимирович), Russia; DOB 15 Sep 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TSERTSEL, Ivan Stanislavavich (Cyrillic: ЦЕРЦЕЛЬ, Іван Станіслававіч) (a.k.a. TERTEL, Ivan Stanislavavich (Cyrillic: ТЭРТЭЛЬ, Іван Станіслававіч); a.k.a. TERTEL, Ivan Stanislavovich (Cyrillic: ТЕРТЕЛ, Иван Станиславович)), Minsk, Belarus; DOB 08 Sep 1966; POB Privalka, Grodno Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

TSIFROVYE TEKHNOLOGII (a.k.a. LIMITED LIABILITY COMPANY DIGITAL TECHNOLOGIES; a.k.a. "DIGITAL TECHNOLOGIES LLC"), 19 Vavilova Street, Moscow 117312, Russia; Tax ID No. 7736252313 (Russia); Registration Number 1157746819966 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

TSIFROVYE TEKHNOLOGII BUDUSCHEGO LLC (a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO; a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO LIMITED LIABILITY COMPANY), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 119991, Russia; Website dbosaas.ru; Tax ID No. 7717788370 (Russia); Registration Number 1147746768267 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

TSIFROVYE TEKHNOLOGII BUDUSHCHEGO (a.k.a. TSIFROVYE TEKHNOLOGII

BUDUSCHEGO LLC; a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO LIMITED LIABILITY COMPANY), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 119991, Russia; Website dbosaas.ru; Tax ID No. 7717788370 (Russia); Registration Number 1147746768267 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

TSIFROVYE TEKHNOLOGII BUDUSHCHEGO LIMITED LIABILITY COMPANY (a.k.a. TSIFROVYE TEKHNOLOGII BUDUSCHEGO LLC; a.k.a. TSIFROVYE TEKHNOLOGII BUDUSHCHEGO), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 119991, Russia; Website dbosaas.ru; Tax ID No. 7717788370 (Russia); Registration Number 1147746768267 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

TSIK ROSSII (Cyrillic: ЦИК РОССИИ) (a.k.a. CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII; a.k.a. TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

TSITADEL GROUP (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 1157467895690 (Russia) [RUSSIA-EO14024].

TSIVILEV, Sergey Evgenevich (a.k.a. TSIVILEV, Sergey Evgenyevich (Cyrillic: ЦИВИЛЕВ, Сергей Евгеньевич); a.k.a. TSIVILYOV, Sergei Evgenievich), Kemerovo Region, Russia; DOB 21 Sep 1961; POB Mariupol, Donetsk Region,

Ukraine; nationality Russia; citizen Russia; Gender Male; Tax ID No. 783901472526 (Russia) (individual) [RUSSIA-EO14024].

TSIVILEV, Sergey Evgenyevich (Cyrillic: ЦИВИЛЕВ, Сергей Евгеньевич) (a.k.a. TSIVILEV, Sergey Evgenevich; a.k.a. TSIVILYOV, Sergei Evgenievich), Kemerovo Region, Russia; DOB 21 Sep 1961; POB Mariupol, Donetsk Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Tax ID No. 783901472526 (Russia) (individual) [RUSSIA-EO14024].

TSIVILYOV, Sergei Evgenievich (a.k.a. TSIVILEV, Sergey Evgenevich; a.k.a. TSIVILEV, Sergey Evgenyevich (Cyrillic: ЦИВИЛЕВ, Сергей Евгеньевич)), Kemerovo Region, Russia; DOB 21 Sep 1961; POB Mariupol, Donetsk Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Tax ID No. 783901472526 (Russia) (individual) [RUSSIA-EO14024].

TSK VEKTOR, OOO (Cyrillic: ООО ТСК ВЕКТОР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TSK VEKTOR), d. 235, kv. 70, ul. Sevastopolskaya, Irkutsk, Irkutsk Oblast 664048, Russia (Cyrillic: Д. 235, КВ. 70, УЛ. СЕВАСТОПОЛЬСКАЯ, Город Иркутск, Иркутская Область 664048, Russia); Organization Established Date 06 Oct 2015; Tax ID No. 3849055365 (Russia); Government Gazette Number 16492258 (Russia); Business Registration Number 1153850042246 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

TSMRBANK, OOO (a.k.a. BANK 'CENTER FOR INTERNATIONAL SETTLEMENTS' LLC; a.k.a. BANK 'TSENTR MEZHDUNARODNYKH RASCHETOV' OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. LLC TSMRBANK), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660].

TSNII BUREVESTNIK AO (a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE BUREVESTNIK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО

ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ БУРЕВЕСТНИК); a.k.a. JSC CRI BUREVESTNIK), 1A Shosse Sormovskoe, Nizhny Novgorod, Nizhny Novgorod Oblast 603950, Russia; Organization Established Date 30 Apr 2008; alt. Organization Established Date 1970; Target Type State-Owned Enterprise; Tax ID No. 5259075468 (Russia); Government Gazette Number 07501544 (Russia); Registration Number 1085259003664 (Russia) [RUSSIA-EO14024].

TSNIIAG (Cyrillic: ЦНИИАГ) (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

TSNIIKHM, FGUP (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNYY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

TSOR SECURITY (f.k.a. ESAGE LAB; a.k.a. ZORSECURITY), Luzhnetskaya Embankment 2/4, Building 17, Office 444, Moscow 119270, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1127746601817 (Russia); Tax ID No. 7704813260 (Russia); alt. Tax ID No. 7704010041 (Russia) [CYBER2].

TSSABM (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

TSUDA, Chikara (Japanese: 津田力), 25-1 Motoderamachi Nishinocho, Wakayama-shi, Wakayama-ken 640-8007, Japan (Japanese: 元寺町西ノ丁25-1, 和歌山市, 和歌山県 640-8007, Japan); DOB 23 Dec 1958; Gender Male (individual) [TCO] (Linked To: YAMAGUCHI-GUMI).

TSUKASA, Shinobu (a.k.a. SHINODA, Kenichi); DOB 25 Jan 1942; POB Oita Kyushu, Japan (individual) [TCO].

TSUNAEVA, Elena Moiseevna (Cyrillic: ЦУНАЕВА, Елена Моисеевна), Russia; DOB 13 Jan 1969; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PER LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road,

Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

TSVETNOI MIR (a.k.a. LIMITED LIABILITY COMPANY TSVETNOY MIR; a.k.a. "COLOR WORLD LTD"), Ul. Very Voloshinoi D. 27, Kv. 72, Mytishchi 141014, Russia; Tax ID No. 5029114546 (Russia); Registration Number 1085029004257 (Russia) [RUSSIA-EO14024].

TSYB, Sergei Anatolyevich (a.k.a. TSYB, Sergej Anatol'evich; a.k.a. TSYB, Sergey Anatolyevich (Cyrillic: ЦЫБ, Сергей Анатольевич)), Chapaevsky Per 3-902, Moscow 125057, Russia; DOB 29 Apr 1968; POB Obninsk, Russia; nationality Russia; Gender Male; Passport 120008377 (Russia); Tax ID No. 771479226905 (Russia) (individual) [RUSSIA-EO14024].

TSYB, Sergej Anatol'evich (a.k.a. TSYB, Sergei Anatolyevich; a.k.a. TSYB, Sergey Anatolyevich (Cyrillic: ЦЫБ, Сергей Анатольевич)), Chapaevsky Per 3-902, Moscow 125057, Russia; DOB 29 Apr 1968; POB Obninsk, Russia; nationality Russia; Gender Male; Passport 120008377 (Russia); Tax ID No. 771479226905 (Russia) (individual) [RUSSIA-EO14024].

TSYB, Sergey Anatolyevich (Cyrillic: ЦЫБ, Сергей Анатольевич) (a.k.a. TSYB, Sergei Anatolyevich; a.k.a. TSYB, Sergej Anatol'evich), Chapaevsky Per 3-902, Moscow 125057, Russia; DOB 29 Apr 1968; POB Obninsk, Russia; nationality Russia; Gender Male; Passport 120008377 (Russia); Tax ID No. 771479226905 (Russia) (individual) [RUSSIA-EO14024].

TSYBULSKIY, Aleksandr Vitalevich (Cyrillic: ЦЫБУЛЬСКИЙ, Александр Витальевич) (a.k.a. TSYBULSKY, Alexander Vitalyevich), Arkhangelsk region, Russia; DOB 15 Jul 1979; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773472400523 (Russia) (individual) [RUSSIA-EO14024].

TSYBULSKY, Alexander Vitalyevich (a.k.a. TSYBULSKIY, Aleksandr Vitalevich (Cyrillic: ЦЫБУЛЬСКИЙ, Александр Витальевич)), Arkhangelsk region, Russia; DOB 15 Jul 1979; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773472400523 (Russia) (individual) [RUSSIA-EO14024].

TSYDENOV, Aleksey Sambuyevich (Cyrillic: ЦЫДЕНОВ, Алексей Самбуевич), Buryatia Republic, Russia; DOB 16 Mar 1976; POB Petrovsk-Zabaykalskiy, Zabaykalye Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 272418705747 (Russia) (individual) [RUSSIA-EO14024].

TSYPLAKOV, Gennady (a.k.a. TSYPLAKOV, Sergey Gennadevich); DOB 01 May 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TSYPLAKOV, Sergey Gennadevich (a.k.a. TSYPLAKOV, Gennady); DOB 01 May 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

TTF AIR HEAVY LIFTING (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

TTP GEEDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TTP-TARIQ GIDAR GROUP (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

TUAN, Ming Cheng (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

TUAN, Shao Kuei (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong

Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

TUBAIGY, Salah Muhammed A. (a.k.a. AL-TUBAIQI, Salah); DOB 20 Aug 1971; POB Jazan, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

TUCHKOV, Ivan Dmitriyevich, Russia; DOB 27 Nov 1986; POB Moscow, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 45092006504 (Russia); alt. Passport 753931329 (Russia); VisaNumberID 525867504 (France) (individual) [CYBER2] (Linked To: EVIL CORP).

TUFAIL, Mohammed (a.k.a. TUFAIL, S.M.; a.k.a. TUFAIL, Sheik Mohammed); DOB 05 May 1930; nationality Pakistan (individual) [SDGT].

TUFAIL, S.M. (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, Sheik Mohammed); DOB 05 May 1930; nationality Pakistan (individual) [SDGT].

TUFAIL, Sheik Mohammed (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, S.M.); DOB 05 May 1930; nationality Pakistan (individual) [SDGT].

TUFAYLI, Subhi; DOB 1947; POB Biqa Valley, Lebanon; Former Secretary General and Current Senior Figure of HIZBALLAH (individual) [SDGT].

TUITO, Daniel (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TUITO, David (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TUITO, Oded (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TVITO, Daniel; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TUKA METAL TRADING DMCC, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License DMCC-30419 (United Arab Emirates) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

TULA CARTRIDGE PLANT (a.k.a. JOINT STOCK COMPANY TULA CARTRIDGE WORKS; a.k.a. TULAMMO; a.k.a. "AO TPZ"), ul. Marata D. 47 B, Tula 300004, Russia; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

TULA INDUSTRIAL RUBBER PRODUCTS PLANT (a.k.a. JSC TULSKY FACTORY RTI; a.k.a. SC TULA RUBBER TECHNICAL ARTICLES PLANT), 15 Smidovich Str., Tula, Tula Region 300026, Russia; Organization Established Date 18 Mar 1993; Tax ID No. 7104001869 (Russia); Registration Number 1027100592090 (Russia) [RUSSIA-EO14024].

TULAMASHZAVOD PRODUCTION ASSOCIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

TULAMMO (a.k.a. JOINT STOCK COMPANY TULA CARTRIDGE WORKS; a.k.a. TULA CARTRIDGE PLANT; a.k.a. "AO TPZ"), ul. Marata D. 47 B, Tula 300004, Russia; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

TULSKOE NAUCHNO ISSLEDOVATELSKOE GEOLOGICHESKOE PREDPRIYATIE AO (a.k.a. TULSKOE NIGP AO), Ulitsa Skuratovskaya, 98, Tula Oblast 300026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7107099683 (Russia); Registration Number 1077107000970 (Russia) [RUSSIA-EO14024].

TULSKOE NIGP AO (a.k.a. TULSKOE NAUCHNO ISSLEDOVATELSKOE GEOLOGICHESKOE PREDPRIYATIE AO), Ulitsa Skuratovskaya, 98, Tula Oblast 300026,

Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7107099683 (Russia); Registration Number 1077107000970 (Russia) [RUSSIA-EO14024].

TULTAEV, Peter Nikolayevich (Cyrillic: ТУЛТАЕВ, Пётр Николаевич) (a.k.a. TULTAYEV, Pyotr Nikolaevich), Russia; DOB 01 Jan 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TULTAYEV, Pyotr Nikolaevich (a.k.a. TULTAEV, Peter Nikolayevich (Cyrillic: ТУЛТАЕВ, Пётр Николаевич)), Russia; DOB 01 Jan 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TULUN INTERNATIONAL HOLDING LIMITED (Chinese Traditional: 圖龍國際控股有限公司), Office Unit B, 9/F, Thomson Commercial Building, 8 Thomson Road, Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Organization Established Date 09 Sep 2022; Commercial Registry Number 3189120 (Hong Kong); Business Registration Number 74410043 (Hong Kong) [RUSSIA-EO14024].

TU'MA, Kamal Al-Din (a.k.a. TOUMA, Kamal Eddin; a.k.a. TU'MA, Kamal Eddin); DOB 1959; POB Damascus, Syria; Minister of Industry (individual) [SYRIA].

TU'MA, Kamal Eddin (a.k.a. TOUMA, Kamal Eddin; a.k.a. TU'MA, Kamal Al-Din); DOB 1959; POB Damascus, Syria; Minister of Industry (individual) [SYRIA].

TU'MAH, Nabil (a.k.a. MOHAMMED TOHMA, Nabil (Arabic: نبيل محمد طعمة); a.k.a. TOUMEH BIN MOHAMMED, Nabil (Arabic: نبيل طعمة بن محمد); a.k.a. TOUMEH, Nabil; a.k.a. "BIN MOHAMMED TOAMEH, Nabil"; a.k.a. "TOHMA, Nabil" (Arabic: "نبيل طعمة")), Damascus, Syria; DOB 04 Jan 1957; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

TUMILINA, Tetyana Yuriivna (Cyrillic: ТОМІЛІНА, Тетяна Юріївна) (a.k.a. TOMILINA, Tatyana Yurievna (Cyrillic: ТОМИЛИНА, Татьяна Юрьевна)), Apartment 25, 16 Chernomorskaya Street, Kherson, Kherson region, Ukraine; DOB 18 Apr 1966; nationality Ukraine; Gender Female; Tax ID No. 2421403000 (Ukraine) (individual) [RUSSIA-EO14024].

TUMUSOV, Fedot Semonovich (Cyrillic: ТУМУСОВ, Федот Семёнович), Russia; DOB 30 Jun 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TUN, Daw Moe Htet Htet (a.k.a. TUN, Ma Moe Htet Htet; a.k.a. TUN, Moe Htet Htet), Burma; DOB 16 Aug 1997; nationality Burma; Gender Female; National ID No. 9PAMANAN259747 (Burma) (individual) [BURMA-EO14014].

TUN, Ma Moe Htet Htet (a.k.a. TUN, Daw Moe Htet Htet; a.k.a. TUN, Moe Htet Htet), Burma; DOB 16 Aug 1997; nationality Burma; Gender Female; National ID No. 9PAMANAN259747 (Burma) (individual) [BURMA-EO14014].

TUN, Moe Htet Htet (a.k.a. TUN, Daw Moe Htet Htet; a.k.a. TUN, Ma Moe Htet Htet), Burma; DOB 16 Aug 1997; nationality Burma; Gender Female; National ID No. 9PAMANAN259747 (Burma) (individual) [BURMA-EO14014].

TUN, Moe Myint, Burma; DOB 24 May 1968; nationality Burma; Gender Male; National ID No. 7/KATAKHA(N)007836 (Burma) (individual) [BURMA-EO14014].

TUN, Zaw Min (a.k.a. HTUN, Zaw Min), Burma; DOB 20 Jul 2001; POB Burma; nationality Burma; Gender Male; National ID No. 9/PABATHA(N)010135 (Burma) (individual) [BURMA-EO14014].

TUNIAZ, Aiken (a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Aierken; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNISIAN COMBAT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT") [SDGT].

TUNISIAN COMBATANT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN;

a.k.a. TUNISIAN COMBAT GROUP; a.k.a. "JCT") [SDGT].

TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜) (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Aierken; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNIYAZ, Erkin (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZI, Aierken; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNIYAZI, Aierken (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Arkin), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUNIYAZI, Arkin (a.k.a. TUNIAZ, Alken; a.k.a. TUNIYAZ, Erken (Chinese Simplified: 艾尔肯吐尼亚孜); a.k.a. TUNIYAZ, Erkin; a.k.a. TUNIYAZI, Aierken), Xinjiang, China; DOB Dec 1961; POB Aksu, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

TUPIKIN, Nikolai Aleksandrovich (Cyrillic: ТУПИКИН, Николай Александрович) (a.k.a. TUPIKIN, Nikolay), Raspletina, Dom 17, Korpus 2, Kv. 7, Moscow 123060, Russia; DOB 06 Jun 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Passport 727760853 (Russia); National ID No. 4503851519 (Russia); Registration ID 319774600345330 (Russia); Tax ID No. 773402066160 (Russia) (individual) [RUSSIA-EO14024] (Linked To: COMPANY GROUP STRUCTURA LLC).

TUPIKIN, Nikolay (a.k.a. TUPIKIN, Nikolai Aleksandrovich (Cyrillic: ТУПИКИН, Николай Александрович)), Raspletina, Dom 17, Korpus 2, Kv. 7, Moscow 123060, Russia; DOB 06 Jun 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Passport 727760853 (Russia); National ID No. 4503851519 (Russia); Registration ID 319774600345330 (Russia); Tax ID No.

773402066160 (Russia) (individual) [RUSSIA-EO14024] (Linked To: COMPANY GROUP STRUCTURA LLC).

TUPOLEV JSC (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV PAO; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

TUPOLEV PAO (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PUBLIC JOINT STOCK COMPANY), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

TUPOLEV PUBLIC JOINT STOCK COMPANY (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO TUPOLEV; a.k.a. TUPOLEV JSC; a.k.a. TUPOLEV PAO), 17, Naberezhnaya Akademika Tupoleva, Moscow 105005, Russia; Tax ID No. 7705313252 (Russia); Registration Number 1027739263056 (Russia) [RUSSIA-EO14024].

TURAB, Ali Mohammad Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMAD, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TURAB, Ali Mohammed Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a.

MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMAD, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TURAB, Ali Muhammad Abu (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMAD, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

TURANG TRANSIT TASIMACILIK ANONIM SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul, 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 8690441432 (Turkey); Istanbul Chamber of Comm. No. 685022 (Turkey); Registration Number 685022-0 (Turkey); Central Registration System Number 0869-0441-4320-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

TURANLU, Mohsen Sayyadi (a.k.a. TURANLU, Muhsin Sayyadi), Iran; DOB 23 Aug 1979; POB Shiravan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No.

0827989709 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

TURANLU, Muhsin Sayyadi (a.k.a. TURANLU, Mohsen Sayyadi), Iran; DOB 23 Aug 1979; POB Shiravan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0827989709 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

TURASHEV, Igor Olegovich (a.k.a. "ENKI"; a.k.a. "NINTUTU"), Russia; DOB 15 Jun 1981; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

TURAYSI, Muhammad Wa'il, Syria; DOB 14 Feb 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

TURBINE ENGINE MANUFACTURING CO. (a.k.a DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TURBINE ENGINE MANUFACTURING PLANT (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

TURCHAK, Andrei (a.k.a. TURCHAK, Andrey Anatolyevich (Cyrillic: ТУРЧАК, Андрей

Анатольевич)), Russia; DOB 20 Dec 1975; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 781002279818 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TURCHAK, Andrey Anatolyevich (Cyrillic: ТУРЧАК, Андрей Анатольевич) (a.k.a. TURCHAK, Andrei), Russia; DOB 20 Dec 1975; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 781002279818 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TURCIOS ANGEL, Saul Antonio (a.k.a. "EL TRECE"; a.k.a. "SHAYBOYS"); DOB 17 May 1978; POB Zaragoza, La Libertad, El Salvador; nationality El Salvador (individual) [TCO].

TUREUKOSASUCHULIPTEULAENJIT CO., LTD. (a.k.a. TURKOCA IMPORT EXPORT TRANSIT CO., LTD. (Korean: 투르코사 수출입 트랜짓 주식회사)), Rm 401, 4/F, Rishu Bldg, 25 Hangang-daero 48-gil, Yongan-gu, Seoul 04382, Korea, South; Daekyong building, Ground floor 9-79, 59-1 Duteopbawi-ro, Huamdong, Yongsan-gu, Seoul, Korea, South; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Nov 2019; Business Registration Number 3858701478 (Korea, South); Registration Number 1101117294773 (Korea, South) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TUREYA OOO, proezd Nagatinskii 1-1 d. 4, office 221, Moscow 117105, Russia; Organization Established Date 26 Nov 2004; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7736514110 (Russia); Registration Number 1047796905640 (Russia) [RUSSIA-EO14024] (Linked To: IMPERIYA 19-31 OOO).

TURGEMAN, Mohammed Ramez (a.k.a. TARJAMAN, Ramez; a.k.a. TORGAMAN, Mohammed Ramez; a.k.a. TOURJMAN, Mohammed Ramez; a.k.a. TOURJUMAN, Mohamed Ramez; a.k.a. TURJUMAN, Muhammad Ramiz); DOB 1966; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

TURIN, Anatolievich (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ

ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TURIN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"; a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TURIRA COMPANY (a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURIRA SANAYI VE

TICARET LIMITED SIRKETI ANA SOZLESMESI; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI (a.k.a. TURIRA COMPANY; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY (a.k.a. TURIRA COMPANY; a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI (a.k.a. TURIRA COMPANY; a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURRIRA COMPANY), Maslak Neighborhood, Bilim Alley,

Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcelievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TURISMO HANSA S.A., Avenida 4 Norte No. 19N-34 ofc. 302, Cali, Colombia; Centro Comercial New Point Local 204, San Andres, Colombia; NIT # 860027780-4 (Colombia) [SDNT].

TURIYAN, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TURJUMAN, Muhammad Ramiz (a.k.a. TARJAMAN, Ramez; a.k.a. TORGAMAN, Mohammed Ramez; a.k.a. TOURJMAN, Mohammed Ramez; a.k.a. TOURJUMAN, Mohamed Ramez; a.k.a. TURGEMAN, Mohammed Ramez); DOB 1966; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

TURKANOV, Mikhail Viktorovich (a.k.a. "Pitbull"), Russia; DOB 26 Dec 1987; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TURKEN DIJITAL MATBAA TEKNOLOJILERI BILGISAYAR BILISIM KIRTASIYE FOTOGRAFCILIK SANAYI VE DIS TICARET LIMITED SIRKETI, Konutkent Mahallesi 3028 Cad. B Block Apt. No: 16 B/31, Cankaya, Ankara, Turkey; Organization Established Date 2007; Registration Number 0877025089900016 (Turkey) [RUSSIA-EO14024].

TURKEN, Berk, Turkey; DOB 25 Jul 1980; POB Ankara, Turkey; nationality Turkey; citizen Turkey; Gender Male; National ID No. 13420073134 (Turkey) (individual) [RUSSIA-EO14024].

TURKI, Hassan (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

TURKI, Hassan Abdillahi Hersi (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

TURKI, Sheikh Hassan (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

TURKIK UNION DIG TECH TRANSFORMATION JSC (a.k.a. TURKIK UNION DIGITAL TECHNOLOGY TRANSFORMATION OFFICE INCORPORATED COMPANY (Latin: TURKIK UNION DIJITAL TEKNOLOJI DÖNÜŞÜM OFISI ANONIM ŞIRKETI)), Ic Kapi No: 8, Egs Business Park Blok No: 12, Ataturk Cad. Yesilkoy Mah. Bakirkoy, Istanbul, Turkey; Registration Number 314074-5 (Turkey) [RUSSIA-EO14024].

TURKIK UNION DIGITAL TECHNOLOGY TRANSFORMATION OFFICE INCORPORATED COMPANY (Latin: TURKIK UNION DIJITAL TEKNOLOJI DÖNÜŞÜM OFISI ANONIM ŞIRKETI) (a.k.a. TURKIK UNION DIG TECH TRANSFORMATION JSC), Ic Kapi No: 8, Egs Business Park Blok No: 12, Ataturk Cad. Yesilkoy Mah. Bakirkoy, Istanbul, Turkey; Registration Number 314074-5 (Turkey) [RUSSIA-EO14024].

TURKMAN, Musab (a.k.a. TURKMEN, Musab (Latin: TÜRKMEN, Musab)), Sinanagha Mah. Dersvekil Sokak 55 4, Fatih, Istanbul, Turkey; DOB 11 Jan 1988; POB Eyup, Sanliurfa Merkez, Sanliurfa, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U01884667 (Turkey) expires 07 Apr 2021; Turkish Identification Number 68941120966 (Turkey) (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

TURKMEN, Musab (Latin: TÜRKMEN, Musab) (a.k.a. TURKMAN, Musab), Sinanagha Mah. Dersvekil Sokak 55 4, Fatih, Istanbul, Turkey; DOB 11 Jan 1988; POB Eyup, Sanliurfa Merkez, Sanliurfa, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U01884667 (Turkey) expires 07 Apr 2021; Turkish Identification Number 68941120966 (Turkey) (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

TURKMEN, Selina (a.k.a. DAL, Jackline; a.k.a. KULIYEVA, Adelina), Turkmenistan; United Arab Emirates; DOB 03 Dec 1990; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TRANSMART DMCC).

TURKOCA IMPORT EXPORT TRANSIT CO., LTD. (Korean: 투르코사 수출입 트랜짓 주식회사) (f.k.a. TUREUKOSASUCHULIPTEULAENJIT CO., LTD.), Rm 401, 4/F, Rishu Bldg, 25 Hangang-daero 48-gil, Yongan-gu, Seoul 04382, Korea, South; Daekyong building, Ground floor 9-79, 59-1 Duteopbawi-ro, Huam-dong, Yongsan-gu, Seoul, Korea, South; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Nov 2019; Business Registration Number 3858701478 (Korea, South); Registration Number 1101117294773 (Korea, South) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

TURKUAZ DENIZCILIK VE TICARET ANONIM SIRKETI (a.k.a. BUMERZ DENIZCILIK VE TICARET ANONIM SIRKETI; a.k.a. BUMERZ SHIPPING), Istinye Mah. Bostan Sok., No: 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 10 Apr 2006; Istanbul Chamber of Comm. No. 584894 (Turkey); Registration Number 584894-0 (Turkey); Central Registration System Number 0871-0476-9280-0013 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

TUROV, Artyom Viktorovich (Cyrillic: ТУРОВ, Артём Викторович), Russia; DOB 01 Mar 1984; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TURRIRA COMPANY (a.k.a. TURIRA COMPANY; a.k.a. TURIRA ENDUSTRIYEL URUNLER VE TICARET LIMITED SIRKETI; a.k.a. TURIRA INDUSTRIAL PRODUCTS AND TRADE LIMITED COMPANY; a.k.a. TURIRA SANAYI VE TICARET LIMITED SIRKETI ANA SOZLESMESI), Maslak Neighborhood, Bilim Alley, Sun Plaza, 13th Floor, Sisli-Maslak, Istanbul, Turkey; Nish Ist. Evl D Blok K:14 D:165 No:44, Cobancesme Mahallesi Sanayi Caddesi, Bahcielievler, Istanbul 34197, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 8710518395 (Turkey); Registration Number 27128 (Turkey); alt. Registration Number 783756 (Turkey) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

TUT, John Top Lam (a.k.a. LAM, John Top), Nairobi 248-00100, Kenya; DOB 12 Sep 1979; POB Ayod, South Sudan; nationality South Sudan; Gender Male; Passport R00339720 (South Sudan) issued 21 Mar 2016 expires 21 Mar 2021; National ID No. 000119903 (South Sudan) (individual) [GLOMAG].

TUTAEVSKII MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD; a.k.a. "TMZ PAO"), 1, Builders Street, Tutayev 152 300, Russia; d. 1. ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

TUTOVA, Larisa Nikolayevna (Cyrillic: ТУТОВА, Лариса Николаевна), Russia; DOB 18 Oct 1969; nationality Russia; Gender Female;

Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

TUTU, Mzee (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Ailabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

TVITO, Daniel (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Oded); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TVITO, Oded (a.k.a. MAMO, Eliyahu; a.k.a. REVIVO, Simon; a.k.a. TUITO, Daniel; a.k.a. TUITO, David; a.k.a. TUITO, Oded; a.k.a. TVITO, Daniel); DOB 27 Dec 1959; alt. DOB 29 Nov 1959; alt. DOB 27 Feb 1959; alt. DOB 12 Dec 1959; alt. DOB 25 Jul 1961; POB Israel (individual) [SDNTK].

TVZ ZELENOGRAD (a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW; a.k.a. JSC SEZ TECHNOPOLIS MOSCOW; f.k.a. SEZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

TWEHWAY, Bill (a.k.a. TWEHWAY, Bill Teah), Monrovia, Liberia; DOB 27 Oct 1965; POB River Cess Town, Liberia; nationality Liberia; Gender Male; Passport DP0003004 (Liberia) expires 27 Dec 2022 (individual) [GLOMAG].

TWEHWAY, Bill Teah (a.k.a. TWEHWAY, Bill), Monrovia, Liberia; DOB 27 Oct 1965; POB River Cess Town, Liberia; nationality Liberia; Gender Male; Passport DP0003004 (Liberia) expires 27 Dec 2022 (individual) [GLOMAG].

TWELFTH OCEAN ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB94573 [IRAN].

TWELFTH OCEAN GMBH & CO. KG (a.k.a. TWELFTH OCEAN GMBH AND CO. KG),

Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102506 [IRAN].

TWELFTH OCEAN GMBH AND CO. KG (a.k.a. TWELFTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102506 [IRAN].

TYAZHPRESSMASH OAO (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH OJSC (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH OAO; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; a.k.a. TYAZHPRESSMASH PAO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan,

Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH PAO (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYAZHPRESSMASH PUBLIC JOINT STOCK COMPANY (a.k.a. PUBLIC JOINT STOCK COMPANY TYAZHPRESSMASH CONSULTING; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TYAZHPRESSMASH; a.k.a. TYAZHPRESSMASH OAO; a.k.a. TYAZHPRESSMASH OJSC; f.k.a. TYAZHPRESSMASH OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. TYAZHPRESSMASH PAO), D. 5, ul Promyshlennaya Ryazan, Ryazan Region 390042, Russia; Organization Established Date 04 Dec 1992; Tax ID No. 6229009163 (Russia); Government Gazette Number 6229009163 (Russia); Registration Number 1026201074657 (Russia) [RUSSIA-EO14024].

TYMOFEEV, Oleksandr Yuriyovich (a.k.a. TIMOFEEV, Aleksandr Yurievich; a.k.a. TIMOFEYEV, Aleksandr Yuryevich), 134 Ulitsa Petrovskogo, Apt. 98, Donetsk, Ukraine; DOB 15 May 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

TYUMEN ACCUMULATOR PLANT (a.k.a. JOINT STOCK COMPANY TYUMEN BATTERY FACTORY), 103, Yamskaya Street, Tyumen 625001, Russia; Tax ID No. 7204001630 (Russia); Registration Number 1027200797392 (Russia) [RUSSIA-EO14024].

TYURIKOVA, Eugenia (a.k.a. DYATKOVA, Evgeniya Sergeyevna; a.k.a. SMIRNOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Evgenia; a.k.a. TYURIKOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Yevgenia (Cyrillic: ТЮРИКОВА, Евгения)), Bolshaya Serpuhovskaya Street, Moscow 115093, Russia; Hungary; DOB 25 Sep 1975; POB Sevastopol, Ukraine; nationality Russia; Gender Female; Passport 762948132 (Russia) expires 01 Apr 2030; alt. Passport 752900261 (Russia) issued 04 Mar 2016 expires 04 Mar 2026 (individual) [RUSSIA-EO14024].

TYURIKOVA, Evgenia (a.k.a. DYATKOVA, Evgeniya Sergeyevna; a.k.a. SMIRNOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Eugenia; a.k.a. TYURIKOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Yevgenia (Cyrillic: ТЮРИКОВА, Евгения)), Bolshaya Serpuhovskaya Street, Moscow 115093, Russia; Hungary; DOB 25 Sep 1975; POB Sevastopol, Ukraine; nationality Russia; Gender Female; Passport 762948132 (Russia) expires 01 Apr 2030; alt. Passport 752900261 (Russia) issued 04 Mar 2016 expires 04 Mar 2026 (individual) [RUSSIA-EO14024].

TYURIKOVA, Evgeniya Sergeyevna (a.k.a. DYATKOVA, Evgeniya Sergeyevna; a.k.a. SMIRNOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Eugenia; a.k.a. TYURIKOVA, Evgenia; a.k.a. TYURIKOVA, Yevgenia (Cyrillic: ТЮРИКОВА, Евгения)), Bolshaya Serpuhovskaya Street, Moscow 115093, Russia; Hungary; DOB 25 Sep 1975; POB Sevastopol, Ukraine; nationality Russia; Gender Female; Passport 762948132 (Russia) expires 01 Apr 2030; alt. Passport 752900261 (Russia) issued 04 Mar 2016 expires 04 Mar 2026 (individual) [RUSSIA-EO14024].

TYURIKOVA, Yevgenia (Cyrillic: ТЮРИКОВА, Евгения) (a.k.a. DYATKOVA, Evgeniya Sergeyevna; a.k.a. SMIRNOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Eugenia; a.k.a. TYURIKOVA, Evgenia; a.k.a. TYURIKOVA, Evgeniya Sergeyevna), Bolshaya Serpuhovskaya Street, Moscow 115093, Russia; Hungary; DOB 25 Sep 1975; POB Sevastopol, Ukraine; nationality Russia; Gender Female; Passport 762948132 (Russia) expires 01 Apr 2030; alt. Passport 752900261 (Russia) issued 04 Mar 2016 expires 04 Mar 2026 (individual) [RUSSIA-EO14024].

TYURIN, Anatoly (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei

Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Boretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Denis Valeriyevich (Cyrillic: ТЮРИН, Денис Валерьевич), Moscow, Russia; DOB 01 Apr 1976; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

TYURIN, Vachelav (a.k.a. TYURIN, Vyacheslav Aleksandrovich), Moscow, Russia; DOB 1960; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TYURIN, Vladimir Anatolievich (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Boretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Volodya (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB

Tirlyan, Beloretsky Rayon, Bashkiria, Russia, alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia, citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURIN, Vyacheslav Aleksandrovich (a.k.a. TYURIN, Vachelav), Moscow, Russia; DOB 1960; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

TYURINA, Natalya Aleksandrovna (Cyrillic: ТЮРИНА, Наталья Александровна), Russia; DOB 12 Mar 1971; nationality Russia; Gender Female; Tax ID No. 772908211099 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TSARGRAD-MEDIA OOO; Linked To: TSARGRAD PARK OOO).

TYURINE, Anatoly (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB

Tirlyan, Beloretsky Rayon, Bashkiria, Russia, alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia, citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

TYURINE, Vladimir (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a.

TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

U.I. INTERNATIONAL, United Kingdom [IRAQ2].

UBAIDULLAH, Maulana (a.k.a. MARUF, Muhammad; a.k.a. MUSANNA, Maulana; a.k.a. "HAMZAH, Ali"), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

UBRIR PAO (a.k.a. PJSC KB UBRIR; a.k.a. PJSC UBRD; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT), d. 67, ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

UCHEBNY TSENTR ESHELON, ANO (a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION OF ADDITIONAL PROFESSIONAL EDUCATION ECHELON TRAINING CENTER (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДОПОЛНИТЕЛЬНОГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ УЧЕБНЫЙ ЦЕНТР ЭШЕЛОН); a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA DOPOLNITELNOGO PROFESSIONALNOGO OBRAZOVANIYA UCHEBNYI TSENTR ESHELON), Ul. Elektrozavodskaya d. 24, str. 1, Moscow 107023, Russia; Organization Established Date

23 Oct 2008; Tax ID No. 7718271218 (Russia); Registration Number 1087799033519 (Russia) [RUSSIA-EO14024].

UCHIBORI, Kazuo (a.k.a. UCHIBORI, Kazuya); DOB 1952; POB Kawasaki, Kanagawa Prefecture, Japan (individual) [TCO].

UCHIBORI, Kazuya (a.k.a. UCHIBORI, Kazuo); DOB 1952; POB Kawasaki, Kanagawa Prefecture, Japan (individual) [TCO].

UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

UCK (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. NLA) [BALKANS].

UCON LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UKON; a.k.a. "UCON COMPANY"), Str. Bokonbaeva 204, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Aug 2022; Tax ID No. 02408202210349 (Kyrgyzstan) [RUSSIA-EO14024].

UCPMB (a.k.a. LIBERATION ARMY OF PRESEVO, MEDVEDJA, AND BUJANOVAC) [BALKANS].

UDIH, Ahmad (a.k.a. ODEH, Ahmad; a.k.a. ODEH, Ahmed; a.k.a. ODEH, Ahmed Sharif Abdallah; a.k.a. ODEH, Ahmed Sharif Abdullah; a.k.a. OUDA, Ahmed Charif Abdellah), Jordan; DOB 01 Jan 1951; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

UDIN, Mohamad Rafi (a.k.a. UDIN, Mohd Rafi; a.k.a. UDIN, Rafi; a.k.a. "AL-MALISI, Abu Awn"), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UDIN, Mohd Rafi (a.k.a. UDIN, Mohamad Rafi; a.k.a. UDIN, Rafi; a.k.a. "AL-MALISI, Abu Awn"), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UDIN, Rafi (a.k.a. UDIN, Mohamad Rafi; a.k.a. UDIN, Mohd Rafi; a.k.a. "AL-MALISI, Abu Awn"), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UDODOV, Aleksandr Evgenevich (a.k.a. UDODOV, Aleksandr Yevgenyevich; a.k.a. UDODOV, Alexander), 108 6 Zaporozhskaya Street, Moscow 121596, Russia; DOB 10 Jun 1969; POB Kizilyurt, Republic of Dagestan, Russia; nationality Russia; alt. nationality Czech

Republic; Gender Male; Passport 753657458 (Russia); alt. Passport 752981959 (Russia) issued 29 Mar 2016 expires 29 Mar 2026; National ID No. 4514642127 (Russia); Tax ID No. 771804785139 (Russia) (individual) [RUSSIA-EO14024].

UDODOV, Aleksandr Yevgenyevich (a.k.a. UDODOV, Aleksandr Evgenevich; a.k.a. UDODOV, Alexander), 108 6 Zaporozhskaya Street, Moscow 121596, Russia; DOB 10 Jun 1969; POB Kizilyurt, Republic of Dagestan, Russia; nationality Russia; alt. nationality Czech Republic; Gender Male; Passport 753657458 (Russia); alt. Passport 752981959 (Russia) issued 29 Mar 2016 expires 29 Mar 2026; National ID No. 4514642127 (Russia); Tax ID No. 771804785139 (Russia) (individual) [RUSSIA-EO14024].

UDODOV, Alexander (a.k.a. UDODOV, Aleksandr Evgenevich; a.k.a. UDODOV, Aleksandr Yevgenyevich), 108 6 Zaporozhskaya Street, Moscow 121596, Russia; DOB 10 Jun 1969; POB Kizilyurt, Republic of Dagestan, Russia; nationality Russia; alt. nationality Czech Republic; Gender Male; Passport 753657458 (Russia); alt. Passport 752981959 (Russia) issued 29 Mar 2016 expires 29 Mar 2026; National ID No. 4514642127 (Russia); Tax ID No. 771804785139 (Russia) (individual) [RUSSIA-EO14024].

UDOKAN COPPER LLC (Cyrillic: УДОКАНСКАЯ МЕДЬ ООО), ul. Fabrichnaya d. 1, Pos. Udokan 674159, Russia; Organization Established Date 2008; Tax ID No. 7536097029 (Russia); Registration Number 1087536009857 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

UDOMDECH, Ronnayuth (a.k.a. UDOMDET, Ronnayut), c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 17 Jun 1967 (individual) [SDNTK].

UDOMDET, Ronnayut (a.k.a. UDOMDECH, Ronnayuth), c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 17 Jun 1967 (individual) [SDNTK].

UE BELARUSIAN OIL TRADE HOUSE (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY

SUBSIDIARY; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinsky Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

UE MINOTOR-SERVICE (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

UEC-SATURN (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. "SATURN NGO"), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

UFA ENGINE BUILDING MANUFACTURING COMPANY (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ

ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UFA ENGINE-MANUFACTURING COMPANY (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE

MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UGANDA COMMERCIAL IMPEX, P. O. Box 22709, Kampala, Uganda; Kamaoja Area, Kanjokuu Street, Plot 22, Kampala, Uganda [DRCONGO].

UGLOV, Andrei Aleksandrovich (a.k.a. UGLOV, Andrey Aleksandrovich), Moscow, Russia; DOB 27 Jul 1984; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX).

UGLOV, Andrey Aleksandrovich (a.k.a. UGLOV, Andrei Aleksandrovich), Moscow, Russia; DOB 27 Jul 1984; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX).

UGMK OTSM OOO (a.k.a. LIMITED LIABILITY COMPANY UMMC NFMP; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM; a.k.a. UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

UGOLNYE TEKHNOLOGII, OOO (a.k.a. COAL TECHNOLOGIES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU "UGOLNYE TEKHNOLOGII"), d. 25 ofis 13, 14, per. Avtomobilny, Rostov-on-Don, Rostovskaya Oblast 344038, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1146164002621 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S

REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

UIBA, Valentin Viktorovich (a.k.a. UYBA, Valentin Viktorovich; a.k.a. UYBA, Vladimir Viktorovich (Cyrillic: УЙБА, Владимир Викторович)), Komi Republic, Russia; DOB 04 Oct 1958; POB Omsk, Omsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772858584889 (Russia) (individual) [RUSSIA-EO14024].

UK ABAMET OOO (a.k.a. ABAMET MANAGEMENT LTD; a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ABAMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ АБАМЕТ)), vladenie 1 kab. 229, ul. Sportivnaya, Naro-Fominsk 143322, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5003071129 (Russia); Registration Number 1095003002808 (Russia) [RUSSIA-EO14024].

UK BITRIVER, LLC (a.k.a. MC BITRIVER, LLC; a.k.a. OOO MANAGEMENT COMPANY BITRIVER), Ul. Annenskaya D. 17, Str. 1, Office 1.18, Moscow 127521, Russia; Organization Established Date 22 Sep 2021; Tax ID No. 9715406566 (Russia); Registration Number 1217700448448 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

UK KAPO-ZHBS (a.k.a. LIMITED LIABILITY COMPANY KAPO-ZHILBILTSERVIS; a.k.a. UK KAPO-ZHILBYTSERVIS OOO), ul Akademika Pavlova d 9, Kazan 420127, Russia; Tax ID No. 1661022862 (Russia); Registration Number 1081690080450 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

UK KAPO-ZHILBYTSERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY KAPO-ZHILBILTSERVIS; a.k.a. UK KAPO-ZHBS), ul Akademika Pavlova d 9, Kazan 420127, Russia; Tax ID No. 1661022862 (Russia); Registration Number 1081690080450 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

UK OTKRYTIE (a.k.a. OOO OTKRITIE ASSET MANAGEMENT (Cyrillic: ООО УК ОТКРЫТИЕ); a.k.a. OTKRITIE ASSET MANAGEMENT LTD), Ul. Kozhevnicheskaya, d. 14, str. 5, Moscow 115114, Russia;

Organization Established Date 08 Dec 2000; Tax ID No. 7705394773 (Russia); Registration Number 1027739072613 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

UK PROMSVYAZ OOO (a.k.a. MANAGEMENT COMPANY PROMSVYAZ LLC (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ ПРОМСВЯЗЬ)), d.13 str. 1 etazh 5 kom. 1-31, ul. Nikoloyamskaya, Moscow 109240, Russia; Organization Established Date 10 Jul 2002; Tax ID No. 7718218817 (Russia); Registration Number 1027718000067 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

UK UZTM KARTEX LLC (a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA UZTM KARTEKS), Nab. Ovchinnikovskaya D. 20, Str. 1, Floor 8, Komnata 50, Moscow 115035, Russia; Proezd 1-I Krasnogvardeiskii D. 15, Floor 34, Pomeshch. 28, Moscow 123112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7727298791 (Russia); Registration Number 1167746813453 (Russia) [RUSSIA-EO14024].

UK VELES MANAGEMENT (a.k.a. UK VELES MENEDZHMENT OOO; a.k.a. VELES MANAGEMENT LTD), Nab. Krasnopresnenskaya d. 12, pod. 7, et. 14, Moscow 123610, Russia; Organization Established Date 16 Jul 2004; Tax ID No. 7703523568 (Russia); Identification Number 961WVX.99999.SL.643 (Russia); Legal Entity Number 253400JX3PEQDBPL8052; Registration Number 1047796515470 (Russia) [RUSSIA-EO14024].

UK VELES MENEDZHMENT OOO (a.k.a. UK VELES MANAGEMENT; a.k.a. VELES MANAGEMENT LTD), Nab. Krasnopresnenskaya d. 12, pod. 7, et. 14, Moscow 123610, Russia; Organization Established Date 16 Jul 2004; Tax ID No. 7703523568 (Russia); Identification Number 961WVX.99999.SL.643 (Russia); Legal Entity Number 253400JX3PEQDBPL8052; Registration Number 1047796515470 (Russia) [RUSSIA-EO14024].

UKHNALEV, Svetlana (a.k.a. UKHNALEVA, Svetlana V.; a.k.a. UKHNALYOVA, Svetlana);

DOB 14 Mar 1973; POB Moscow, Russia (individual) [MAGNIT].

UKHNALEVA, Svetlana V. (a.k.a. UKHNALEV, Svetlana; a.k.a. UKHNALYOVA, Svetlana); DOB 14 Mar 1973; POB Moscow, Russia (individual) [MAGNIT].

UKHNALYOVA, Svetlana (a.k.a. UKHNALEV, Svetlana; a.k.a. UKHNALEVA, Svetlana V.); DOB 14 Mar 1973; POB Moscow, Russia (individual) [MAGNIT].

UKRAINE SALVATION COMMITTEE (a.k.a. COMMITTEE FOR THE RESCUE OF UKRAINE; a.k.a. SALVATION COMMITTEE OF UKRAINE; a.k.a. SAVIOR OF UKRAINE COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

UKSHINI, Sami (a.k.a. UKSINI, Sami); DOB 05 Mar 1963; POB Gjakova, Serbia and Montenegro (individual) [BALKANS].

UKSINI, Sami (a.k.a. UKSHINI, Sami); DOB 05 Mar 1963; POB Gjakova, Serbia and Montenegro (individual) [BALKANS].

UL AWLIYA, Hashim Banyan (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

UL-ABIDEEN, Zain (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

'ULA'LAH, 'Ali Salih Husayn (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Saleh Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen;

nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

ULAN-UDE AVIATION PLANT (a.k.a. JOINT STOCK COMPANY ULAN-UDE AVIATION PLANT; a.k.a. "AO U-UAZ"), Ul. Khorinskaya D. 1, Ulan-Ude 670009, Russia; Organization Established Date 28 Feb 1994; Tax ID No. 0323018510 (Russia); Registration Number 1020300887793 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

'ULAYQ, Qasim (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. ALIQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

'ULAYSHAH, Rana, Syria; DOB 25 Oct 1981; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ULBASHEV, Mukharby Magomedovich (Cyrillic: УЛЬБАШЕВ, Мухарбий Магомедович), Russia; DOB 15 May 1960; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UL-HAQ, Dr. Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT].

ULLAH, Haji Khair (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbalah Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

ULLOA ESPITIA, Hubel, c/o MINIMERCADO EL MANANTIAL DEL NEUTA, Soacha, Cundinamarca, Colombia; Carrera 3B E No. 91-28 Sur, Bogota, Colombia; DOB 22 Jun 1965; Cedula No. 5712762 (Colombia) (individual) [SDNTK].

ULNAMMO (a.k.a. AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI

ZAVOD; a.k.a. JSC THE ULYANOVSK CARTRIDGE WORKS; a.k.a. "AO UPZ"), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

ULSTER DEFENCE ASSOCIATION (a.k.a. ULSTER FREEDOM FIGHTERS), United Kingdom [SDGT].

ULSTER FREEDOM FIGHTERS (a.k.a. ULSTER DEFENCE ASSOCIATION), United Kingdom [SDGT].

ULTIMATE TRADING LLC (a.k.a. TIMEET TRADING LLC (Arabic: شركة التميت للتجارة (المحدودة المسؤولية)), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

ULTRAN EK OOO (Cyrillic: ООО УЛЬТРАН ЭК) (a.k.a. LIMITED LIABILITY COMPANY ULTRAN ELECTRONIC COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УЛЬТРАН ЭЛЕКТРОННЫЕ КОМПОНЕНТЫ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ULTRAN ELEKTRONNYE KOMPONENTY), d. 22, litera L, pom. 1-N, kom. 8, ul. Politekhnicheskaya, St. Petersburg 194021, Russia; Website ultran.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Jun 2018; Tax ID No. 7802669110 (Russia); Government Gazette Number 29702993 (Russia); Business Registration Number 1187847176330 (Russia) [RUSSIA-EO14024].

UL-WAFA, Abu (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussain; a.k.a. GILL, Muhammad Hussein; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

ULYUTINA, Galina (a.k.a. SOLOVIEVA, Galina Olegovna; a.k.a. ULYUTINA, Galina Olegovna), 8-1-60 Philippovskiy, Moscow 119019, Russia; DOB 20 Oct 1977; POB Avdeevka, Ukraine; nationality Russia; alt. nationality Bulgaria; Gender Female; National ID No. 4510519178 (Russia); alt. National ID No. 7710206574

(Bulgaria) (individual) [RUSSIA-EO14024] (Linked To: SOLOVIEV, Yuriy Alekseyevich).

ULYUTINA, Galina Olegovna (a.k.a. SOLOVIEVA, Galina Olegovna; a.k.a. ULYUTINA, Galina), 8-1-60 Philippovskiy, Moscow 119019, Russia; DOB 20 Oct 1977; POB Avdeevka, Ukraine; nationality Russia; alt. nationality Bulgaria; Gender Female; National ID No. 4510519178 (Russia); alt. National ID No. 7710206574 (Bulgaria) (individual) [RUSSIA-EO14024] (Linked To: SOLOVIEV, Yuriy Alekseyevich).

UMAC LLC (a.k.a. LIMITED LIABILITY COMPANY YUMAK), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Tax ID No. 7727655443 (Russia); Registration Number 1087746781572 (Russia) [RUSSIA-EO14024].

UMAHANOV, Ilyas Magomed-Salamovich (Cyrillic: УМАХАНОВ, Ильяс Магомед-Саламович) (a.k.a. UMAKHANOV, Iliyas), Russia; DOB 27 Mar 1957; POB Makhachkala, Dagestan, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UMAIRI, Faruq (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

UMAKHANOV, Iliyas (a.k.a. UMAHANOV, Ilyas Magomed-Salamovich (Cyrillic: УМАХАНОВ, Ильяс Магомед-Саламович)), Russia; DOB 27 Mar 1957; POB Makhachkala, Dagestan, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UMAKHANOV, Saygidpasha Darbishevich (Cyrillic: УМАХАНОВ, Сайгидпаша Дарбишевич), Russia; DOB 03 Apr 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UMAR, Abu Umar (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

UMAR, Asim (a.k.a. HAQ, Sanaul; a.k.a. UMER, Asim), Afghanistan; Pakistan; Bangladesh; DOB 1974 to 1976; POB Sambhal, Uttar Pradesh, India; nationality India; Maulana (individual) [SDGT].

UMAR, Farhaad (a.k.a. HOOMER, Farhad; a.k.a. OMAR, Farhad; a.k.a. 'UMAR, Farhad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

'UMAR, Farhad (a.k.a. HOOMER, Farhad; a.k.a. OMAR, Farhad; a.k.a. UMAR, Farhaad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

UMAR, Muhammad (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

UMAR, Sheikh Ahmed (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmad; a.k.a. DIRIYE, Mahad; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

UMAROV, Doku; DOB 13 Apr 1964; nationality Russia (individual) [SDGT].

UMATEX GROUP (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. UMATEX JSC; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

UMATEX GROUP EUROPE S.R.O., Namesti I. P. Pavlova 1789/5, Prague 12000, Czech Republic; Organization Established Date 10 Nov 2016; V.A.T. Number CZ05556121 (Czech Republic); Registration Number 05556121 (Czech Republic) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

UMATEX JOINT-STOCK COMPANY (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX GROUP; a.k.a. UMATEX JSC; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

UMATEX JSC (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX GROUP; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. YUMATEKS AO), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

UMER, Asim (a.k.a. HAQ, Sanaul; a.k.a. UMAR, Asim), Afghanistan; Pakistan; Bangladesh; DOB 1974 to 1976; POB Sambhal, Uttar Pradesh,

India; nationality India; Maulana (individual) [SDGT].

UMMAH TAMEER E-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

UMMAH TAMEER I-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

UMMAH TAMIR E-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

UMMAH TAMIR I-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

UMMAT TAMIR E-NAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

UMMAT TAMIR-I-PAU (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY UMMC NFMP; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM; a.k.a. UGMK OTSM OOO), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

UMQI EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. AL-OMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-'UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almahhra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

UNCHEN TRADING CORP. (a.k.a. UNCHON TRADING CORP.; a.k.a. UNCHON TRADING CORPORATION (Korean: 운천무역회사)), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

UNCHON TRADING CORP. (a.k.a. UNCHEN TRADING CORP.; a.k.a. UNCHON TRADING CORPORATION (Korean: 운천무역회사)), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

UNCHON TRADING CORPORATION (Korean: 운천무역회사) (a.k.a. UNCHEN TRADING CORP.; a.k.a. UNCHON TRADING CORP.), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

UNICA LTDA. (a.k.a. UNIDAD CARDIOVASCULAR LTDA.), Calle 25 No. 5BN-08, Cali, Colombia; NIT # 800232679-8 (Colombia) [SDNT].

UNICIOUS ENERGY PTE (a.k.a. UNICIOUS ENERGY PTE. LTD.; a.k.a. UNICIOUS SA), Suntec Tower Four, 6 Temasek Boulevard #10-05, 38986, Singapore, Singapore; Dubai, United Arab Emirates; Quai des Bergues 29, 1201, Geneve, Switzerland; Website https://unicious.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2019; Company Number 98450014F53C71A88A79 (Singapore); Business Registration Number 201938747K (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

UNICIOUS ENERGY PTE. LTD. (a.k.a. UNICIOUS ENERGY PTE; a.k.a. UNICIOUS SA), Suntec Tower Four, 6 Temasek Boulevard #10-05, 38986, Singapore, Singapore; Dubai, United Arab Emirates; Quai des Bergues 29, 1201, Geneve, Switzerland; Website https://unicious.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2019; Company Number 98450014F53C71A88A79 (Singapore); Business Registration Number 201938747K (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

UNICIOUS SA (a.k.a. UNICIOUS ENERGY PTE; a.k.a. UNICIOUS ENERGY PTE. LTD.), Suntec Tower Four, 6 Temasek Boulevard #10-05, 38986, Singapore, Singapore; Dubai, United Arab Emirates; Quai des Bergues 29, 1201, Geneve, Switzerland; Website https://unicious.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Nov 2019; Company Number 98450014F53C71A88A79 (Singapore); Business Registration Number 201938747K (Singapore) [IRAN-EO13846]

UNICO TEXTILES, S.f. Unit #5, Hub River Road, S.I.T.E., Karachi, Pakistan [TCO] (Linked To: KHANANI, Hozaifa Javed).

UNICUM TRADE OY, Manttaalitie 1, Vantaa, Uusimaa 01530, Finland; Website www.unicumtrade.fi; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration Number 26733472 (Finland) [CYBER2] (Linked To: KOVALEVSKIJ, Nikita Gennadievitch).

UNIDAD CARDIOVASCULAR LTDA. (a.k.a. UNICA LTDA.), Calle 25 No. 5BN-08, Cali, Colombia; NIT # 800232679-8 (Colombia) [SDNT].

UNIDAS S.A., Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-74, Cali, Colombia; NIT # 800080688-0 (Colombia) [SDNT].

UNIFIED METALWORKING CENTER (a.k.a. EDINYI TSENTR METALLOOBRABOTKI; a.k.a. "ETSM"), 11V Mikhailova St., Saint Petersburg 195009, Russia; Pr-Kt Engelsa D. 27, Lit. K, Pomeshch. 1-N, Kom. 52, Saint Petersburg 194156, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802574250 (Russia); Registration Number 1167847190169 (Russia) [RUSSIA-EO14024].

UNIIKM AO (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV; a.k.a. JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS; f.k.a. URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

UNIJET (a.k.a. OOO YUNIDZHET (Cyrillic: ООО ЮНИДЖЕТ); a.k.a. "UNIJET COMPANY LIMITED"), Moscow, Russia; Website unijet.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Dec 2009; Tax ID No.

7703711949 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

UNIMATIK MSK (a.k.a. "UNIMATIC"), B-R Osennii D. 23, Pomeshch. I, Kom. 5, Moscow 121609, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714460133 (Russia); Registration Number 1207700161789 (Russia) [RUSSIA-EO14024].

UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V., Avenida Lazaro Cardenas No. 3446-14, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 17656 (Mexico) [SDNTK].

UNION DEVELOPMENT GROUP (a.k.a. UNION DEVELOPMENT GROUP CO., LTD.), 12AB, Street 348, Sangkat Boeng Keng Kang III Khan Chamkar Mon, Phnom Penh, Cambodia; 11, 592, Phum 13 Boeng Kak Pir Tuol Kouk, Phnom Penh 12152, Cambodia; Tax ID No. L001-100119212 (Cambodia) [GLOMAG].

UNION DEVELOPMENT GROUP CO., LTD. (a.k.a. UNION DEVELOPMENT GROUP), 12AB, Street 348, Sangkat Boeng Keng Kang III Khan Chamkar Mon, Phnom Penh, Cambodia; 11, 592, Phum 13 Boeng Kak Pir Tuol Kouk, Phnom Penh 12152, Cambodia; Tax ID No. L001-100119212 (Cambodia) [GLOMAG].

UNION ELECTION COMMISSION, Office No. 22, Zeyahtani 2 Street, Nay Pyi Taw, Burma; Organization Type: General public administration activities [BURMA-EO14014].

UNION OF DONBAS VOLUNTEERS (Cyrillic: СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА) (a.k.a. INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS (Cyrillic: МЕЖРЕГИОНАЛЬНАЧ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА); a.k.a. MOO SDD (Cyrillic: МОО СДД)), ofis 2, str. 1, d. 7, ul. Fadeyeva, Moscow 125047, Russia; ul. Ulofa Palme, d. 1, podyezd C, Moscow, Russia; Tax ID No. 9710001943 (Russia); Registration Number 1157700015065 (Russia) [RUSSIA-EO14024].

UNION OF GOOD (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

UNIQUE PERFORMANCE GENERAL TRADING L.L.C (Arabic: بوتيك برفورمانس للتجارة العامة (ش.ذ.م.م), PO Box 128617, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 May 2013; Business Registration Number 688618 (United Arab Emirates); Economic Register Number (CBLS) 10893667 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

UNIQUE STARS LLC (a.k.a. UNIQUE STARS MOBILE PHONES LLC), Postal Box 98498, Dubai, United Arab Emirates; Al Maktoum Road, Deira, Al Kabira Building, First Floor, Office #103, PO Box 98498, Dubai, United Arab Emirates; Office 103, 1st Floor, Sheikh Rashed Building, Al Maktoum Road, Deira, DXB Municipality, Dubai, United Arab Emirates; Gargash Center, Nasser Square, Shop No. 41, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Dubai Chamber of Commerce Membership No. 116340; Commercial Registry Number 591610 (United Arab Emirates) [SDGT] (Linked To: IBRAHIM, Ayman; Linked To: STARS GROUP HOLDING).

UNIQUE STARS MOBILE PHONES LLC (a.k.a. UNIQUE STARS LLC), Postal Box 98498, Dubai, United Arab Emirates; Al Maktoum Road, Deira, Al Kabira Building, First Floor, Office #103, PO Box 98498, Dubai, United Arab Emirates; Office 103, 1st Floor, Sheikh Rashed Building, Al Maktoum Road, Deira, DXB Municipality, Dubai, United Arab Emirates; Gargash Center, Nasser Square, Shop No. 41, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Dubai Chamber of Commerce Membership No. 116340; Commercial Registry Number 591610 (United Arab Emirates) [SDGT] (Linked To: IBRAHIM, Ayman; Linked To: STARS GROUP HOLDING).

UNIREFRICLIMA S.A., Panama City, Panama; RUC # 155608664-2-2015 (Panama) [SDNTK].

UNISERVICE LIMITED LIABILITY COMPANY (Cyrillic: ООО ЮНИСЕРВИС) (a.k.a. UNISERVICE LLC), Obruchevykh st. 1, lit. A, ind. 2-H, of. 150, St. Petersburg, Russia; Ul. Obruchevykh D. 1, Lit. A, Chast Pomeshch. 2-N, Office 150, Saint Petersburg 195220, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 14 Mar 2023; Tax ID No. 7804700100 (Russia); Registration Number 1237800029807 (Russia) [RUSSIA-EO14024].

UNISERVICE LLC (a.k.a. UNISERVICE LIMITED LIABILITY COMPANY (Cyrillic: ООО ЮНИСЕРВИС), Obruchevykh st. 1, lit. A, ind. 2-H, of. 150, St. Petersburg, Russia; Ul. Obruchevykh D. 1, Lit. A, Chast Pomeshch. 2-N, Office 150, Saint Petersburg 195220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 14 Mar 2023; Tax ID No. 7804700100 (Russia); Registration Number 1237800029807 (Russia) [RUSSIA-EO14024].

UNISTAR COMPANY (a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

UNISTREAM COMMERCIAL BANK JSC (a.k.a. AO KB YUNISTRIM), Ul. Verkhnyaya Maslovka D. 20, Str. 2, Moscow 127083, Russia; SWIFT/BIC UMTNRUMM; Website www.unistream.ru; Organization Established Date 31 May 2006; Target Type Financial Institution; Tax ID No. 7750004009 (Russia); Identification Number 2S1RNS.99999.SL.643 (Russia); Registration Number 1067711004437 (Russia) [RUSSIA-EO14024].

UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a.

UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy councili, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy councili, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARY ENTERPRISE NEFTEBITUMEN PLANT (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a.

UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНITАРНАЕ ПРАДПРЫЕМСТВА НАФТАБITУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНITАРНАЕ ПРАДПРЫЕМСТВА НАФТАБITУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITARY ENTERPRISE OIL BITUMEN PLANT (a.k.a. INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНITАРНАЕ ПРАДПРЫЕМСТВА НАФТАБITУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНITАРНАЕ ПРАДПРЫЕМСТВА НАФТАБITУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Ляденский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

UNITE RESOURCES CO., LIMITED (a.k.a. UNITE RESOURCES COMMERCIAL LIMITED; a.k.a. "UNITERES"), Lemmi Centre, Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Manglier Street, Victoria, Seychelles; Organization Established Date 19 Jun 2013; C.R. No. 1925133 (Hong Kong) [IRAN-

EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

UNITE RESOURCES COMMERCIAL LIMITED (a.k.a. UNITE RESOURCES CO., LIMITED; a.k.a. "UNITERES"), Lemmi Centre, Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Manglier Street, Victoria, Seychelles; Organization Established Date 19 Jun 2013; C.R. No. 1925133 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

UNITED AGRO COMMODITIES PTE. LTD. (a.k.a. SEALINK OVERSEAS PTE. LTD.; f.k.a. UNITED AGRO FERTILIZER PTE. LTD.), Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; 22, RB Capital Building, 03, Malacca Street, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Dec 2012; Trade License No. 201231437N (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

UNITED AGRO FERTILIZER PTE. LTD. (a.k.a. SEALINK OVERSEAS PTE. LTD.; a.k.a. UNITED AGRO COMMODITIES PTE. LTD.), Paya Lebar Square, 60 Paya Lehar Road #09-43, 409051, Singapore; 22, RB Capital Building, 03, Malacca Street, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Dec 2012; Trade License No. 201231437N (Singapore) [SDGT] (Linked To: PALIKANDY, Mehboob Thachankandy).

UNITED AIRCRAFT CORPORATION (a.k.a. MIG; f.k.a. OJSC UAC (Cyrillic: ОАО ОАК); f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. PJSC UAC (Cyrillic: ПАО ОАК); a.k.a. PUBLIC JOINT STOCK COMPANY UNITED AIRCRAFT CORPORATION (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ АВИАСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO OBEDINENNAYA AVIASTROITELNAYA KORPORATSIYA; a.k.a. SUKHOI)), ul. Bolshaya Pioneerskaya, d. 1, Moscow 115054, Russia (Cyrillic: ул. Большая Пионерская, д. 1, город Москва 115054, Russia); Str.1, 22, Ulanskyi Pereulok, Moscow 101000, Russia;

Organization Established Date 2006; Target Type State-Owned Enterprise; Tax ID No. 7708619320 (Russia); Registration Number 1067759884598 (Russia) [RUSSIA-EO14024].

UNITED ARCTIC COMPANY LLC (Cyrillic: ОБЪЕДИНЕННАЯ АРКТИЧЕСКАЯ КОМПАНИЯ ООО) (a.k.a. ООО OBEDINENNAYA ARKTICHESKAYA KOMPANIYA), d. 3 str. 1 etazh 3 kom. 6, per. Kapranova, Moscow 123242, Russia; Tax ID No. 9703047986 (Russia); Registration Number 1217700432212 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CARBON).

UNITED ELECTRONICS GROUP COMPANY LIMITED, 1105, 11F, Startex Industrial Building No. 14, Tai Yau Str, San Po Kong, Hong Kong, China; Registration Number 2407573 (Hong Kong) [RUSSIA-EO14024].

UNITED ENGINE CORP JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA; a.k.a. JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "AO ODK" (Cyrillic: "АО ОДК")), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [RUSSIA-EO14024].

UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE

PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

UNITED GENERAL CONTRACTING COMPANY SARL (Arabic: يونايتد جنرال كونتراكتينغ, Plot 4864, Section 4, Chiyah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; Registration Number 2012415 (Lebanon) issued 03 Apr 2008 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

UNITED GENERAL HOLDING SAL (Arabic: يونايتد جنرال هولدينغ, Bir Hasan, Section 15, Plot 4429, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Activities of holding companies; Registration Number 1901123 (Lebanon) issued 19 Feb 2008 [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

UNITED GENERAL OFFSHORE SAL (Arabic: يونايتد جنرال اوف شور, Property no. 2888, Burj al-Barajneh, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1802820 (Lebanon) issued 22 Sep 2008 [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

UNITED GENERAL SERVICES SARL (Arabic: يونايتد جنرال سرفيسز, Al-Ghubeirah, Lebanon; Al-Janah, Lebanon; Bir Hassan, Lebanon; Website http://www.unitedservice.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2003067 (Lebanon) issued 11 Mar 2004 [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

UNITED INTERNATIONAL EXHIBITION COMPANY SARL (Arabic: يونايتد للمعارض الدولية ش.م.م., Property no. 4458, Section 7, Chiyah, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2031733 (Lebanon) issued 30 Oct 2012 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

UNITED INVESTMENT GROUP SAL (Arabic: يونايتد انفستمنت غروب ش.م.ل., Mar Elias Malek Mansour, Haret Saida, Beirut, Lebanon; Adnan El Hakim Street, Al Wazir Building, Floor 1,

Jnah, Beirut, Lebanon; Verdun 730, 4th Floor, Rashid Karameh Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Apr 1994; Registration Number 66884 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

UNITED PETROCHEMIAL CO., LIMITED (a.k.a. BLACK DROP INTL CO., LIMITED), Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C2, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, To Tan, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2513558 (Hong Kong); Business Registration Number 6753441400003185 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

UNITED RESCUE TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY UNITED LIFESAVING TECHNOLOGIES), Per Poryadkovyi D. 21, Moscow 127055, Russia; Ul. Eniseiskaya D. 7, K. 3, Floor 2, Komnata 4, Moscow 129344, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7707768262 (Russia); Registration Number 1127746038584 (Russia) [RUSSIA-EO14024].

UNITED SELF-DEFENSE FORCES OF COLOMBIA (a.k.a. AUC; a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA) [SDNTK] [SDGT].

UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ) (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. "JSC USC"; a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING (a.k.a. CENTRAL DESIGN BUREAU USC-

ICEBERG JSC; a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

UNITED WA STATE ARMY (a.k.a. UNITED WA STATE PARTY; a.k.a. UWSA; a.k.a. UWSP) [SDNTK].

UNITED WA STATE PARTY (a.k.a. UNITED WA STATE ARMY; a.k.a. UWSA; a.k.a. UWSP) [SDNTK].

UNITED WORLD INTERNATIONAL, Russia; Website www.unitedworldint.com; alt. Website www.uwidata.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

UNITY MOVEMENT FOR JIHAD IN WEST AFRICA (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

UNIVERSAL SHIPPING & TRANS (a.k.a. UNIVERSAL SHIPPING AND TRANS; a.k.a. UNIVERSAL SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSAL SHIPPING AND TRANS (a.k.a. UNIVERSAL SHIPPING & TRANS; a.k.a. UNIVERSAL SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSAL SHIPPING AND TRANSPORTATION LIMITED (a.k.a. UNIVERSAL SHIPPING & TRANS; a.k.a. UNIVERSAL SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO

Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

UNIVERSAL-AVIA, GUP RK (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

UNIVERSALNY MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: УНИВЕРСАЛЬНЫЙ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU UNIVERSALNY MORSKOI PORT INDIGA; a.k.a. UNIVERSALNYI MORSKOI PORT INDIGA OOO), d. 11, etazh 2, kab. 8, ul. Portovaya, Nenetski a.o., Naryan-Mar 166000, Russia; Organization Established Date 21 Aug 2019; Organization Type: Sea and coastal freight water transport;

water transport; Tax ID No. 2983013198 (Russia); Registration Number 1192901007430 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

UNIVERSALNYI MORSKOI PORT INDIGA OOO (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU UNIVERSALNY MORSKOI PORT INDIGA; a.k.a. UNIVERSALNY MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: УНИВЕРСАЛЬНЫЙ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 11, etazh 2, kab. 8, ul. Portovaya, Nenetski a.o., Naryan-Mar 166000, Russia; Organization Established Date 21 Aug 2019; Organization Type: Sea and coastal freight water transport; Tax ID No. 2983013198 (Russia); Registration Number 1192901007430 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

UNIVERSE SHIPPING LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

UNIVERSITY OF AUTOMATION (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

UNIVERSITY OF IMAM HOSEYN (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY), Near Fourth Square,

Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

UNIVEST LIMITED, Rm A 12F ZJ300, 300 Lockhart Road, Wan Chai, Hong Kong, China; Website http://univestltd.com; Organization Established Date 05 Jul 2021; C.R. No. 3063840 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

UNIVISA S.A., Calle 9 No. 4-50 Of. 301, Cali, Colombia; NIT # 805011494-2 (Colombia) [SDNT].

UNLIMITED DANCE DISCOTECA SRL (a.k.a. "AQUA CLUB"), Av. Ortega y Gasset No. 95, Cristo Rey, Santo Domingo, Dominican Republic; Av. Ortega y Gasset 91 Esq. Felix Evaristo Mejia, Santo Domingo, Dominican Republic; Tax ID No. 131-28035-8 (Dominican Republic) [SDNTK].

UNSI, Parsa (a.k.a. AHMADI, Mansour (Arabic: منصور احمدی); a.k.a. AHMADI, Mansur; a.k.a. AKBARI, Masoud), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

UNSONG INTERNET TECHNOLOGY CORPORATION (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司); Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code

(USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

UOMZ MEIZHOU CO., LTD (a.k.a. SHVABE OPTO-ELECTRONICS CO., LTD; a.k.a. SHVABE OPTO-ELECTRONICS MEIZHOU CO., LTD (Chinese Simplified: 诗瓦贝光电梅州有限公司)); a.k.a. SHVABE OPTO-ELECTRONICS SHENZHEN CO., LTD (Chinese Simplified: 诗瓦贝光电深圳有限公司)), 16A1619, No. 4044 Pingshan Boulevard, Heping Community, Pingshan Street, Pingshan District, Shenzhen, Guangdong Province, China (Chinese Simplified: 坪山大道4044号16A1619, 坪山街道和平社区, 坪山区, 深圳市, 广东省, China); Website https://shvabe-oe.com/; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Mar 2009; Unified Social Credit Code (USCC) 9144140068635518J (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV).

UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

UP MINATOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЭРВІС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

UP NTTS LEMT BELOMO (Cyrillic: УП НТЦ ЛЭМТ БЕЛОМА) (a.k.a. NAUCHNO PROIZVODSTVENNOYE CHASTNOYE UNITARNOE PREDPRIYATIE NAUCHNO TEKHNICHESKI TSENTR LEMT BELOMO; a.k.a. SCIENTIFIC PRODUCTION UNITARY ENTERPRISE STC LEMT; a.k.a. SCIENTIFIC TECHNICAL CENTER LEMT BELOMO (Cyrillic: НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ЛЭМТ БЕЛОМО)), D. 23, korp. 1, Nezhiloe pomeshchenie, ul. Makaenka, Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230590 (Belarus) [BELARUS-EO14038].

UPEL (a.k.a. OOO YUPEL), prospekt Moskovski, d. 189/4, pom. 1/12, Voronezh 394066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662175985 (Russia); Registration Number 1123668023566 (Russia) [RUSSIA-EO14024].

UPRAVLYAYUSHCHAYA KOMPANIYA FORT DIALOG (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY FORT DIALOG), Pr-Kt Moskovskii D. 140, Office 215, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650164664 (Russia); Registration Number 1071650026139 (Russia) [RUSSIA-EO14024].

UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. "LLC UKIP"; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP (a.k.a. BELARUSIAN CEMENT COMPANY HOLDING; a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

UPRAVLYAYUSHCHAYA KOMPANIYA UST-KACHKA ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. KURORT TSARGRAD SPAS-TESHILOVO OOO), D. Spas-Teshilovo, Serpukhov 142260, Russia; Organization

Established Date 11 Apr 2005; Organization Type: Other human health activities; Tax ID No. 5043066510 (Russia); Registration Number 1195074004377 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

UPRAVLYAYUSHCHAYA KOMPANIYA UZTM KARTEKS (a.k.a. UK UZTM KARTEX LLC), Nab. Ovchinnikovskaya D. 20, Str. 1, Floor 8, Komnata 50, Moscow 115035, Russia; Proezd 1-I Krasnogvardeiskii D. 15, Floor 34, Pomeshch. 28, Moscow 123112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 77272298791 (Russia); Registration Number 1167746813453 (Russia) [RUSSIA-EO14024].

UPRAVLYAYUSHTAYA KOMPANIYA METALLOINVEST OOO (Cyrillic: УПРАВЛЯЮЩАЯ КОМПАНИЯ МЕТАЛЛОИНВЕСТ ООО) (a.k.a. MANAGEMENT COMPANY METALLOINVEST LLC), Ulitsa Tsiolkovskogo 14/16, Korolev, Moscow Oblast 141070, Russia; Organization Established Date 06 May 2006; Organization Type: Activities of holding companies; Tax ID No. 5018108484 (Russia); Registration Number 1065018030120 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLINVEST AO).

UR RASHIDI, Yaqoob Mansoor (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (a.k.a. PJSC KB UBRIR; a.k.a. PJSC UBRD; a.k.a. PUBLIC JOINT STOCK COMPANY URAL BANK FOR RECONSTRUCTION AND DEVELOPMENT; a.k.a. UBRIR PAO), d. 67. ul. Sakko i Vantsetti, Yekaterinburg, Sverdlovsk Oblast 620014, Russia; SWIFT/BIC UBRDRU4E; Website www.ubrr.ru; Organization Established Date 01 Sep 1990 to 30 Sep 1990; Tax ID No. 6608008004 (Russia); Registration Number 1026600000350 (Russia) [RUSSIA-EO14024].

URAL HELICOPTER COMPANY (a.k.a. LIMITED LIABILITY COMPANY URALHELICOM; a.k.a. URALSKAYA VERTOLETNAYA KOMPANIYA), Ul. Botanicheskaya D.30, Yekaterinburg 620137, Russia; Tax ID No. 6625029332 (Russia); Registration Number 1036601478980 (Russia) [RUSSIA-EO14024].

URAL OPTICAL AND MECHANICAL PLANT (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. JSC PA UOMP; a.k.a. URALS OPTICAL MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

URALDOMNOREMONT EKATERINBURG, Ul. Kolmogorova D. 3, Yekaterinburg 620034, Russia; Ul. Kultury D.8, Kom. 36, Yekaterinburg 620143, Russia; Tax ID No. 6658206185 (Russia); Registration Number 1056602684830 (Russia) [RUSSIA-EO14024].

URALELEKTROMED AO (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

URALELEKTROMED JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

URALELEKTROMED PUBLIC JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

URALMASH NGO KHOLDING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

URALMASH OIL AND GAS EQUIPMENT HOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE

OBORUDOVANIE KHOLDING; a.k.a. URALMASH NGO KHOLDING OOO; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

URALMASH OIL AND GAS EQUIPMENT HOLDING LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU URALMASH NEFTEGAZOVOE OBORUDOVANIE KHOLDING; a.k.a. URALMASH NGO KHOLDING OOO; a.k.a. URALMASH OIL AND GAS EQUIPMENT HOLDING), Pr. 60-Letiya Oktyabrya Dom 21, Korp. 4, Moscow 117036, Russia; Organization Established Date 16 Jun 2010; Tax ID No. 7707727918 (Russia); Government Gazette Number 66471557 (Russia); Registration Number 1107746487848 (Russia) [RUSSIA-EO14024].

URALO-SIBIRSKIY BANK OAO (f.k.a. BANK URALSIB OAO; f.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; f.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; f.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

URALS OPTICAL MECHANICAL PLANT (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. JSC PA UOMP; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA; a.k.a. JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ); a.k.a. THE URALS PLANT OF TRANSPORT ENGINEERING), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

URAL-SIBERIAN BANK (f.k.a. BANK URALSIB OAO; f.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; f.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; f.k.a. URALO-SIBIRSKIY BANK OAO), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

URALSKAYA VERTOLETNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY URALHELICOM; a.k.a. URAL HELICOPTER COMPANY), Ul. Botanicheskaya D.30, Yekaterinburg 620137, Russia; Tax ID No. 6625029332 (Russia); Registration Number 1036601478980 (Russia) [RUSSIA-EO14024].

URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV; a.k.a. JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS; a.k.a. UNIIKM AO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA

URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

URALVAGONZAVOD CORPORATION (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

URANGA ARTOLA, Kemen; DOB 25 May 1969; POB Ondarroa, Vizcaya Province, Spain; D.N.I. 30.627.290 (Spain); Member ETA (individual) [SDGT].

URANGEO AO (Cyrillic: УРАНГЕО АО) (a.k.a. FEDERAL STATE UNITARY GEOLOGY ENTERPRISE URANGEOLOGORAZVEDKA; a.k.a. URANGEOLOGORAZVEDKA AO), Ulitsa Gogolya, Dom 53, Irkutsk 664039, Russia; Tax ID No. 3812016610 (Russia); Registration Number 1173850005251 (Russia) [RUSSIA-EO14024].

URANGEOLOGORAZVEDKA AO (a.k.a. FEDERAL STATE UNITARY GEOLOGY

ENTERPRISE URANGEOLOGORAZVEDKA; a.k.a. URANGEO AO (Cyrillic: УРАНГЕО АО)), Ulitsa Gogolya, Dom 53, Irkutsk 664039, Russia; Tax ID No. 3812016610 (Russia); Registration Number 1173850005251 (Russia) [RUSSIA-EO14024].

URANIS-RADIOSISTEMY OAO (a.k.a. OAO 'URANIS-RADIOSISTEMY'; a.k.a. OJSC 'URANIS RADIO SYSTEMS'; a.k.a. OJSC URANIS-RADIOSISTEMY), 33 G, Vakulenchuk Street, Sevastopol, Crimea 99053, Ukraine; Website www.uranis.net; Email Address uranis@uranis.net; alt. Email Address info@uranis.net; alt. Email Address vlad_k@uranis.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204003233; Tax ID No. 9201001120 [UKRAINE-EO13685].

URANIUM PROCESSING AND NUCLEAR FUEL COMPANY (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

URANTIA SERVICES S.A., Avenida Jose Pardo 601, Lima, Peru; RUC # 20505575882 (Peru) [SDNTK].

URBANIZACION, INMOBILIARIA Y CONSTRUCCION DE OBRAS, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Blvd. Pedro Maria Anaya 2498 NTE, Col. Villa Universidad, Culiacan, Sinaloa, Mexico; Organization

Established Date 03 Jun 2010; Organization Type: Real estate activities on a fee or contract basis; R.F.C. UIC100603PR2 (Mexico); Folio Mercantil No. 79755 (Mexico) [ILLICIT-DRUGS-EO14059].

URBANIZADORA NUEVA ITALIA, S.A. DE C.V., Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; R.F.C. UNI-031118-2I6 (Mexico) [SDNTK].

URBINA, Justo Pastor, Nicaragua; DOB 29 Jan 1956; POB Nicaragua; nationality Nicaragua; Gender Male; Passport A0006405 (Nicaragua) (individual) [NICARAGUA] [NICARAGUA-NHRAA].

URDINOLA ALVAREZ, Hector Mario (a.k.a. "CHICHO"); DOB 26 Aug 1982; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 16844641 (Colombia) (individual) [SDNTK] (Linked To: JOYERIA MANUELLA H.M.).

URENA MARTINEZ, Jhonan Alexander (Latin: UREÑA MARTINEZ, Jhonan Alexander), Dominican Republic; DOB 14 May 1987; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1871175-3 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION; Linked To: BARBARO RECORDS SRL).

URFALI, Khudr (a.k.a. ORFALI, Khodr; a.k.a. ORPHALI, Khedr; a.k.a. ORPHALY, Khodr; a.k.a. ORPHALY, Khudr); DOB 1956; POB Deir Ezzor, Syria; Minister of Economy and Foreign Trade (individual) [SYRIA].

URIBE URIBE, Miguel Angel, Calle Nevado de Toluca 845, Tijuana, Baja California, Mexico; c/o INMOBILIARIA LA PROVINCIA S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA ESTADO 29 S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 02 Aug 1957; POB Tijuana, Baja California, Mexico; C.U.R.P. # UIUM570802HBCRRG08 (Mexico) (individual) [SDNTK].

URMIA CENTRAL PRISON (a.k.a. ORUMIEH PRISON; a.k.a. URMIA PRISON), Orumiyeh City, West Azerbaijan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

URMIA PETROCHEMICAL COMPANY (a.k.a. "UPC"), Iran; Website www.urpcc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

URMIA PRISON (a.k.a. ORUMIYEH PRISON; a.k.a. URMIA CENTRAL PRISON), Orumiyeh City, West Azerbaijan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

UR-RAHMAN TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT].

UR-RAHMAN, Anayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAHMAN, Anyat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-

RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAHMAN, Enayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual)

UR-RAHMAN, Jamil Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

UR-RAMAT TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT].

URREA LENIS, Jair Fernando, c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Avenida Lomas Anahuac No. 133, Edificio A., Depto. 602, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; Ret. de La Horquilla, Lomas de Vista Hermosa, Delegacion Cuajimalpa, Mexico City, Distrito Federal, Mexico; Valencia, Venezuela; DOB 04 Jun 1976; alt. DOB 04 Jun 1975; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94492728 (Colombia); Passport 94492728 (Colombia) (individual) [SDNTK].

UR-REHMAN, Abd (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

UR-REHMAN, Mati (a.k.a. AL-REHMAN, Matti; a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad); DOB 1977; nationality Pakistan (individual) [SDGT].

UR-REHMAN, Zaki (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

URS, Amanullah (a.k.a. AFRIDI, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "MUFTI ILYAS"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male (individual) [SDGT].

URUSOV, Anton Sergeevich (Cyrillic: УРУСОВ, Антон Сергеевич) (a.k.a. URUSOV, Anton Sergeyevich), Moscow, Russia; DOB 11 Sep 1986; POB Ulyanovsk, Russia; nationality Russia; citizen Russia; Gender Male; Passport

752826108 (Russia) issued 15 Feb 2016 expires 15 Feb 2026; Tax ID No. 732898489410 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES).

URUSOV, Anton Sergeevich (a.k.a. URUSOV, Anton Sergeevich (Cyrillic: УРУСОВ, Антон Сергеевич), Moscow, Russia; DOB 11 Sep 1986; POB Ulyanovsk, Russia; nationality Russia; citizen Russia; Gender Male; Passport 752826108 (Russia) issued 15 Feb 2016 expires 15 Feb 2026; Tax ID No. 732898489410 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES).

URZHUMTSEV, Oleg Vyacheslavovich; DOB 22 Oct 1968; citizen Russia (individual) [MAGNIT].

USA REALLY, St. Petersburg, Russia; Moscow, Russia; Website www.usareally.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL NEWS AGENCY LLC).

USACHEV, Oleg (a.k.a. USACHEV, Oleg Leonidovich); DOB 03 Jul 1970; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

USACHEV, Oleg Leonidovich (a.k.a. USACHEV, Oleg); DOB 03 Jul 1970; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

USAMA BIN LADEN NETWORK (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

USAMA BIN LADEN ORGANIZATION (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD;

a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK) [FTO] [SDGT].

USATYUK, Valery Petrovich (Cyrillic: УСАТЮК, Валерий Петрович), Russia; DOB 14 Jul 1948; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

USC-ICEBERG CENTRAL DESIGN BUREAU (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

USM CEMENT LLC (Cyrillic: ЮЭСЭМ ЦЕМЕНТ ООО), d. 28, etazh 13 pom. 1 Kom. 21, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 05 Jul 2021; Tax ID No. 9731080914 (Russia); Registration Number 1217700315854 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM CITY LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ СИТИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 28 etazh 14 pom. 1 Kom. 29, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 30 Mar 2022; Organization Type: Activities of holding companies; Tax ID No. 9731090711 (Russia); Registration Number 1227700182434 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM GOLD LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ ГОЛД ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 28 etazh 13 pom. 1 Kom. 21, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 30 Nov 2021; Organization Type: Activities of holding companies; Tax ID No. 9731086049 (Russia); Registration Number 1217700580899 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM HOLDINGS LIMITED (a.k.a. LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ); a.k.a. ООО КНК YUESEM (Cyrillic: ООО ХК ЮЭСЭМ)), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

USM LIMITED LIABILITY COMPANY (a.k.a. YUESEM; a.k.a. "USM LLC"), Pr-Kt Tekstilshchikov D. 46, Pom.1, Kom.56, Kostroma 156000, Russia; Tax ID No. 7725327133 (Russia); Registration Number 1167746761302 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

USM METALLOINVEST LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ МЕТАЛЛОИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. YUESEM METALLOINVEST OOO), d. 28 str. 3 pom. 12, ul. Povarksaya, Moscow 121069, Russia; Organization Established Date 17 Jun 2018; Organization Type: Activities of holding companies; Tax ID No. 7704882288 (Russia); Government Gazette Number 86555641 (Russia); Registration Number 5147746438868 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USM URBAN MINING LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ УРБАН МАЙНИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬ), d. 28 pom. 1 kom. 1, shosse Rublevskoe, Moscow 121609, Russia;

Organization Established Date 17 Jan 2022; Organization Type: Activities of holding companies; Tax ID No. 9731087765 (Russia); Registration Number 1227700010526 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

USMAEV, Vakhit (a.k.a. USMAEV, Vakhit Abubakarovich; a.k.a. USMAYEV, Vakhit; a.k.a. USMAYEV, Vakhit Abubakarovich), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMAEV, Vakhit Abubakarovich (a.k.a. USMAEV, Vakhit; a.k.a. USMAYEV, Vakhit; a.k.a. USMAYEV, Vakhit Abubakarovich), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMAN, Bachrumsyah Mennor (a.k.a. SYAH, Bahrum; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

USMAN, Mohammed (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu), Nigeria; DOB 1976; POB Maiduguri, Nigeria (individual) [SDGT].

USMANOV, Alisher Burhanovich (Cyrillic: УСМАНОВ, Алишер Бурханович) (a.k.a. USMANOV, Alisher Burkhanovich; a.k.a. USMONOV, Alisher), Russia; Monaco; DOB 09 Sep 1953; POB Chust, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 1601108019 (Russia) (individual) [RUSSIA-EO14024].

USMANOV, Alisher Burkhanovich (a.k.a. USMANOV, Alisher Burhanovich (Cyrillic: УСМАНОВ, Алишер Бурханович); a.k.a. USMONOV, Alisher), Russia; Monaco; DOB 09 Sep 1953; POB Chust, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 1601108019 (Russia) (individual) [RUSSIA-EO14024].

USMAYEV, Vakhit (a.k.a. USMAEV, Vakhit; a.k.a. USMAEV, Vakhit Abubakarovich; a.k.a. USMAYEV, Vakhit Abubakarovich), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMAYEV, Vakhit Abubakarovich (a.k.a. USMAEV, Vakhit; a.k.a. USMAEV, Vakhit Abubakarovich; a.k.a. USMAYEV, Vakhit), Russia; DOB 20 Nov 1964; POB Shalinsky District, Chechen Republic, Russia; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

USMONOV, Alisher (a.k.a. USMANOV, Alisher Burhanovich (Cyrillic: УСМАНОВ, Алишер Бурханович); a.k.a. USMANOV, Alisher Burkhanovich), Russia; Monaco; DOB 09 Sep 1953; POB Chust, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 1601108019 (Russia) (individual) [RUSSIA-EO14024].

USS, Alexander Viktorovich (a.k.a. USS, Alexander Viktorovich (Cyrillic: УСС, Александр Викторович), Krasnoyarsk Territory, Russia; DOB 03 Nov 1954; POB Novogorodka, Krasnoyarsk Territory, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

USS, Alexander Viktorovich (Cyrillic: УСС, Александр Викторович) (a.k.a. USS, Alexander Viktorovich), Krasnoyarsk Territory, Russia; DOB 03 Nov 1954; POB Novogorodka, Krasnoyarsk Territory, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

USS, Artem Alexandrovich (Cyrillic: УСС, Артем Александрович) (a.k.a. USS, Artyom Aleksandrovich), Moscow, Russia; DOB 22 Apr 1982; nationality Russia; citizen Russia; Gender Male; Tax ID No. 246606011108 (Russia) (individual) [RUSSIA-EO14024] (Linked To: USS, Alexander Viktorovich).

USS, Artyom Aleksandrovich (a.k.a. USS, Artem Alexandrovich (Cyrillic: УСС, Артем Александрович)), Moscow, Russia; DOB 22 Apr 1982; nationality Russia; citizen Russia; Gender Male; Tax ID No. 246606011108 (Russia) (individual) [RUSSIA-EO14024] (Linked To: USS, Alexander Viktorovich).

USSENI, Abdallah (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State,

Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА) (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

USTINOV, Vladimir Vasilyevich, Russia; DOB 25 Feb 1953; POB Nikolayevsk-on-Amur, Russian

Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

USTINOV, Vladimir Vasilyevich (Cyrillic: УСТИНОВ, Владимир Васильевич), Russia; DOB 25 Feb 1953; POB Nikolayevsk-on-Amur, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

U-STONE LIMITED (Cyrillic: Ю-СТОУН ЛИМИТЕД) (a.k.a. U-STONE LIMITED EOOD), Lyuben Karavelov 32, Ap. 4, Sofia 1142, Bulgaria; Organization Established Date 26 Jun 2019; Registration Number 205721650 (Bulgaria) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

U-STONE LIMITED EOOD (a.k.a. U-STONE LIMITED (Cyrillic: Ю-СТОУН ЛИМИТЕД)), Lyuben Karavelov 32, Ap. 4, Sofia 1142, Bulgaria; Organization Established Date 26 Jun 2019; Registration Number 205721650 (Bulgaria) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

USUGA DAVID, Dairo Antonio (a.k.a. "OTONIEL"), Colombia; DOB 15 Sep 1971; POB Necocli, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71980054 (Colombia) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

USUGA TORRES, Arley (a.k.a. "07"; a.k.a. "CERO SIETE"); DOB 14 Aug 1979; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 71255292 (Colombia) (individual) [SDNTK].

UT IT NOVAYA INDUSTRIYA OOO (a.k.a. "NEW INDUSTRY VENTURES"), ul. Leninskie Gory d. 1, str. 77, office 1041B, Moscow 119234, Russia; Organization Established Date 19 Feb 2019; Tax ID No. 7728461088 (Russia); Registration Number 1197746126071 (Russia) [RUSSIA-EO14024].

UTELIZ RESOURCES CO., LIMITED (f.k.a. MILAEE TRADING CO., LIMITED), Unit 9039, 9/F, BLK B Chung Mei Ctr, 15-17 Hing Yip St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Jun 2021; C.R. No. 3056947 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

U-TERRA LLC (Cyrillic: Ю-ТЕРРА ООО) (a.k.a. YU-TERRA LLC), d. 28 pom. 1 kom. 34, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 11 Feb 2022; Tax ID No. 9731088695 (Russia); Registration

Number 12277000667700 (Russia) [RUSSIA-EO14024] (Linked To: USM URBAN MINING LIMITED LIABILITY COMPANY).

UTHMAN, Al-Samman (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

UTHMAN, Omar Mahmoud (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

UTHMAN, Umar (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

UTKIN, Dmitriy Valeryevich, Russia; DOB 1970; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

UTRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري (الاخرس; a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [SYRIA-EO13894].

UTYASHEVA, Rimma Amirovna (Cyrillic: УТЯШЕВА, Римма Амировна), Russia; DOB 03 Jan 1952; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UU INNOVATION TECHNOLOGY CO LTD (Chinese Simplified: 悠悠科创 深圳 有限公司) (a.k.a. YOUYOU KECHUANG SHENZHEN LIMITED COMPANY), Dingcheng International Building 2803, Zhonghang Road #7, Huaqiang

North Subdistrict Huahang Neighborhood, Futian District, Shenzhen, China; Unified Social Credit Code (USCC) 91440300MA5GGWY44T (China) [RUSSIA-EO14024].

UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА) (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

UVICOM LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-PROIZVODSTVENNY TSENTR UGLERODNYE VOLOKNA I KOMPOZITY; a.k.a. UVIKOM OOO), Ul. Kolontsova D. 5, Mytischi, 141009, Russia; D. 38 k. Administrativno-Bytovoi A pom. 601, prospekt Olimpiski Mytishchi, Moskovskaya Obl. 141006, Russia; Tax ID No. 5029017567 (Russia); Government Gazette Number 18070047 (Russia); Registration Number 1025003524655 (Russia) [RUSSIA-EO14024].

UVIKOM OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-PROIZVODSTVENNY TSENTR UGLERODNYE VOLOKNA I KOMPOZITY; a.k.a. UVICOM LTD), Ul. Kolontsova D. 5, Mytischi, 141009, Russia; D. 38 k. Administrativno-Bytovoi A pom. 601, prospekt Olimpiski Mytishchi, Moskovskaya Obl. 141006, Russia; Tax ID No. 5029017567 (Russia); Government Gazette Number 18070047 (Russia); Registration Number 1025003524655 (Russia) [RUSSIA-EO14024].

UWAYS, Hassan Tahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality

Somalia; citizen Somalia (individual) [SOMALIA].

UWIMBABAZI, Sebastien (a.k.a. KIMENYI, Gilbert; a.k.a. KIMENYI, Nyembo; a.k.a. "MANZI"; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

UWSA (a.k.a. UNITED WA STATE ARMY; a.k.a. UNITED WA STATE PARTY; a.k.a. UWSP) [SDNTK].

UWSP (a.k.a. UNITED WA STATE ARMY; a.k.a. UNITED WA STATE PARTY; a.k.a. UWSA) [SDNTK].

UYBA, Valentin Viktorovich (a.k.a. UIBA, Valentin Viktorovich; a.k.a. UYBA, Vladimir Viktorovich (Cyrillic: УЙБА, Владимир Викторович)), Komi Republic, Russia; DOB 04 Oct 1958; POB Omsk, Omsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772858584889 (Russia) (individual) [RUSSIA-EO14024].

UYBA, Vladimir Viktorovich (Cyrillic: УЙБА, Владимир Викторович) (a.k.a. UIBA, Valentin Viktorovich; a.k.a. UYBA, Valentin Viktorovich), Komi Republic, Russia; DOB 04 Oct 1958; POB Omsk, Omsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772858584889 (Russia) (individual) [RUSSIA-EO14024].

UZAY GROUP DIS TICARET LIMITED SIRKETI (a.k.a. UZAY GROUP HAVACILIK VE DIS TICARET LIMITED SIRKETI), Ic Kapi No 314 Akbati Avm No 6 Sk Akbati Avm A Blok Koza Mah 1655, Esenyurt, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 9855920 (Turkey) [RUSSIA-EO14024].

UZAY GROUP HAVACILIK VE DIS TICARET LIMITED SIRKETI (a.k.a. UZAY GROUP DIS TICARET LIMITED SIRKETI), Ic Kapi No 314 Akbati Avm No 6 Sk Akbati Avm A Blok Koza Mah 1655, Esenyurt, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a

sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 9855920 (Turkey) [RUSSIA-EO14024].

UZDENOV, Dzhasharbek Borisovich (Cyrillic: УЗДЕНОВ, Джашарбек Борисович), Russia; DOB 25 Jan 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

UZUH, Richard Izuchukwu, Nigeria; DOB 29 Apr 1986; nationality Nigeria; Gender Male; Passport A05284868 (Nigeria) (individual) [CYBER2].

UZUN, Adem; DOB 07 Sep 1967; POB Kirsehir, Boztepe, Turkey; citizen Turkey; Turkish Identification Number 12203628318 (Turkey) (individual) [SDNTK].

V. MICHEL IMMOBILIEN AG (f.k.a. SWISS INTERNATIONAL REAL ESTATE AG; a.k.a. SWISS INTERNATIONAL REAL ESTATE PORTFOLIO AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 23 Oct 1996; Organization Type: Real estate activities with own or leased property; Tax ID No. 103524234 (Switzerland); Legal Entity Number 549300GY21AQGXZ45018; Registration Number CH-100.3.019.281-6 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM; a.k.a. NII POLYMEROV AO; a.k.a. THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

V.P. PROPERTIES, INC., Panama; RUC # 2088592-1-754706 (Panama) [SDNTK].

V.R. FRUIT COMPANY (a.k.a. BORISAT WI. A. FRUT CHAMKAT), 125 Mu 2, Tambon Mae

Kha, Hang Dong district, Chiang Mai, Thailand [SDNTK].

V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY (a.k.a. JSC TIKHORETSK MACHINE BUILDING PLANT; a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia; Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [RUSSIA-EO14024].

VA BO COMPANY EOOD (a.k.a. VA BO KAMPANI EOOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202066022 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VA BO KAMPANI EOOD (a.k.a. VA BO COMPANY EOOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202066022 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VAALY BROTHERS PVT LTD, Vaaly Villa, Majeedhee Magu, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2007; Organization Type: Non-specialized wholesale trade; Registration Number C-0694/2007 (Maldives); Permit Number IG-0214/T10/2017 (Maldives) issued 16 Feb 2017; alt. Permit Number T10/F/92/0289 (Maldives) issued 01 Jan 1992 [SDGT] (Linked To: SHIYAM, Ali).

VABO 2005 EOOD (a.k.a. VABO-2005 EOOD), 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; V.A.T. Number BG 131502906 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2008 EOOD, 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; Government Gazette

Number 200481087 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2012 (a.k.a. VABO 2012 EOOD), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 201884835 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2012 EOOD (a.k.a. VABO 2012), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; V.A.T. Number BG 201884835 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO 2017 LTD. (a.k.a. VABO 2017 OOD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204811027 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

VABO 2017 OOD (a.k.a. VABO 2017 LTD.), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204811027 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

VABO INTERNAL AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204682034 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 201884908 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VABO SYSTEMS EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2008; V.A.T. Number BG 200431052 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

VABO-2005 EOOD (a.k.a. VABO 2005 EOOD), 43 Moskovska, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2005; V.A.T. Number BG 131502906 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VACIC, Misa (Cyrillic: ВАЦИЋ, Миша) (a.k.a. VACICH, Misha), Serbia; DOB 05 Jun 1985; POB Belgrade, Serbia; nationality Serbia; citizen Serbia; Gender Male (individual) [RUSSIA-EO14024].

VACICH, Misha (a.k.a. VACIC, Misa (Cyrillic: ВАЦИЋ, Миша)), Serbia; DOB 05 Jun 1985;

POB Belgrade, Serbia; nationality Serbia; citizen Serbia; Gender Male (individual) [RUSSIA-EO14024].

VACUUM KARAN (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. PASK; a.k.a. VACUUM KARAN CO.; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VACUUM KARAN CO. (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. PASK; a.k.a. VACUUM KARAN; a.k.a. VACUUMKARAN), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VACUUMKARAN (a.k.a. PARS AMAYESH SANAAT KISH; a.k.a. PASK; a.k.a. VACUUM KARAN; a.k.a. VACUUM KARAN CO.), 3rd Floor, No. 6, East 2nd, North Kheradmand, Karimkhan Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VAD, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

VAHABZADEH MOGHADAM, Seyed Mohsen (Arabic: سید محسن وهاب زاده مقدم) (a.k.a. VAHABZADEH MOGHADDAM, Seyed Mohsen), Tehran, Iran; DOB 22 Nov 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042587662 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

VAHABZADEH MOGHADDAM, Seyed Mohsen (a.k.a. VAHABZADEH MOGHADAM, Seyed Mohsen (Arabic: سید محسن وهاب زاده مقدم)), Tehran, Iran; DOB 22 Nov 1958; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male; National ID No. 0042587662 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

VAHAP, Zabi (a.k.a. VAHAP, Zebih Ullah; a.k.a. WAHAB, Zabihullah Abdul), Dubai, United Arab Emirates; DOB 01 Jan 1986; POB Akce, Afghanistan; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24258057 (Turkey) expires 12 Jul 2031; alt. Passport U13652962 expires 02 Dec 2026; National ID No. 25406705762 (Turkey) (individual) [SDGT] [IFSR] (Linked To: KARIMIAN, Mohammad Sadegh; Linked To: TRANSMART DMCC).

VAHAP, Zebih Ullah (a.k.a. VAHAP, Zabi; a.k.a. WAHAB, Zabihullah Abdul), Dubai, United Arab Emirates; DOB 01 Jan 1986; POB Akce, Afghanistan; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24258057 (Turkey) expires 12 Jul 2031; alt. Passport U13652962 expires 02 Dec 2026; National ID No. 25406705762 (Turkey) (individual) [SDGT] [IFSR] (Linked To: KARIMIAN, Mohammad Sadegh; Linked To: TRANSMART DMCC).

VAHED-E BASIJ MOSTAZA'FEEN (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

VAHED-E BASIJ-E MOSTAZAFEEN (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROUYEH MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

VAHEDI, Jalal (a.k.a. OWHADI, Jalal; a.k.a. OWHADI, Mohammad Ebrahim; a.k.a. TAHERI, Jalal), Iran; DOB 1963; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: TALIBAN).

VAHID, Ahmed Dastjerdi (a.k.a. DASTJERDI, Ahmad Vahid); DOB 15 Jan 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport A0002987 (Iran) (individual) [NPWMD] [IFSR].

VAHIDI, Ahmad (Arabic: احمد وحیدی) (a.k.a. CHERAGHI, Ahmad Shah), c/o MODAFL, Tehran, Iran; DOB 27 Jun 1958; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [NPWMD] [IFSR] [IRAN-HR].

VAHITOV, Aiat Nasimovich (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Airat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

VAIBOS (a.k.a. "VAYBOS"; a.k.a. "VYBOS"), Ul. Programmistov D. 4, Str. 3, Office 115, Dubna 141983, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5017105360 (Russia); Registration Number 1155017000456 (Russia) [RUSSIA-EO14024].

VAINBERG, Alexander Vladelenovich (Cyrillic: ВАЙНБЕРГ, Александр Владеленович) (a.k.a. VAYNBERG, Aleksandr Vladelenovich), Russia; DOB 02 Feb 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VAINO, Anton Eduardovich (Cyrillic: ВАЙНО, Антон Эдуардович), Russia; DOB 17 Feb 1972; POB Tallinn, Estonia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

VAKANAS, Antonis Kyriakou, Cyprus; DOB 20 Jun 1977; nationality United Kingdom; citizen United Kingdom; Gender Male (individual) [RUSSIA-EO14024] (Linked To: WINDFEL PROPERTIES LIMITED; Linked To: SAVOLER DEVELOPMENT LIMITED; Linked To: MIRAMONTE INVESTMENTS LIMITED).

VAKHAYEV, Musa; DOB 1964; POB Urus-Martan, Chechen Republic, Russia (individual) [MAGNIT].

VAKHITOV, Airat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAHITOV, Airat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

VAKHITOV, Aryat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAHITOV, Airat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

VAKHITOV, Ayrat Nasimovich (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

VAKHITOV, Taub Ayrat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAHITOV, Airat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Aryat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

VAKHROMEYEV, Ivan Vasilyevich (a.k.a. VAKROMEEV, Ivan Vasilievich; a.k.a. "Mushroom"), Naro-Fominsk, Russia; DOB 29 Dec 1988; nationality Russia; Email Address ivanalert@mail.ru; Gender Male (individual) [CYBER2].

VAKIL ABAD PRISON (a.k.a. MASHHAD CENTRAL PRISON; a.k.a. MASHHAD PRISON; a.k.a. VAKILABAD PRISON), Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

VAKILABAD PRISON (a.k.a. MASHHAD CENTRAL PRISON; a.k.a. MASHHAD PRISON; a.k.a. VAKIL ABAD PRISON), Mashhad City, Mashhad Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

VAKILI JOINT PARTNERSHIP (a.k.a. ATLAS CURRENCY EXCHANGE; a.k.a. ATLAS EXCHANGE; a.k.a. TAZAMONI VAKILI AND PARTNERS), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

VAKILI, Mohammad, United Arab Emirates; DOB 22 Jun 1974; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 0082676984 (Iran); Birth Certificate Number 9444 (Iran) (individual) [SDGT] [IFSR] (Linked To: ATABAKI, Alireza).

VAKROMEEV, Ivan Vasilievich (a.k.a. VAKHROMEYEV, Ivan Vasilyevich; a.k.a. "Mushroom"), Naro-Fominsk, Russia; DOB 29 Dec 1988; nationality Russia; Email Address ivanalert@mail.ru; Gender Male (individual) [CYBER2].

VALADZAGHARD, Mohammadreza Khedmati; DOB 05 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N35635875; National ID No. 0081798301; Birth Certificate Number 11770 (individual) [SDGT] [IRGC]

[IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

VALAGOHAR, Abolghasem (a.k.a. VALAGOHAR, Abualqassem; a.k.a. VALAGOHAR, Abulghasem (Arabic: ابو القاسم والاگهر)), Iran; DOB 15 Aug 1969; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747957 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

VALAGOHAR, Abualqassem (a.k.a. VALAGOHAR, Abolghasem; a.k.a. VALAGOHAR, Abulghasem (Arabic: ابو القاسم والاگهر)), Iran; DOB 15 Aug 1969; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747957 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

VALAGOHAR, Abulghasem (Arabic: ابو القاسم والاگهر) (a.k.a. VALAGOHAR, Abolghasem; a.k.a. VALAGOHAR, Abualqassem), Iran; DOB 15 Aug 1969; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1860747957 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

VALDEZ BENITES, Joel, Avenida Mar Baltico No. 944, Colonia Lombardo Toledano, Culiacan, Sinaloa C.P. 80010, Mexico; DOB 20 Apr 1972; POB Badiraguato, Sinaloa, Mexico; Passport G04809091 (Mexico); C.U.R.P. VABJ720420HSLLNL00 (Mexico) (individual) [SDNTK].

VALDEZ CAJAMARCA, Miguel Eduardo (a.k.a. VALDEZ RUIZ, Miguel Angel), Priv. Bosques de los Olivos 349, Lomas de San Isidro, Culiacan, Sinaloa, Mexico; DOB 19 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VARM881019HSLLZG05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALDEZ FERNANDEZ, Dora Vanessa, Fray Bernardino de Sahagun 3198, Culiacan, Sinaloa 80240, Mexico; Calle Benito Juarez 820, Culiacan, Sinaloa 80000, Mexico; DOB 08 Nov 1972; POB Durango, Mexico; nationality Mexico; Gender Female; C.U.R.P. VAFD721108MDGLRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALDEZ GARCIA, Bernardo Antonio (a.k.a. "PAPI CRIS"), Dominican Republic; DOB 31 Jan 1975; POB San Cristobal, Dominican

Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1856559-7 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION; Linked To: SOLUGA SOLUCIONES GASTRONOMICAS SRL).

VALDEZ RODRIGUEZ, Manuel Arturo; DOB 15 Dec 1985; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VARM851215HSLLDN09 (Mexico) (individual) [SDNTK]; Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

VALDEZ RUIZ, Miguel Angel (a.k.a. VALDEZ CAJAMARCA, Miguel Eduardo), Priv. Bosques de los Olivos 349, Lomas de San Isidro, Culiacan, Sinaloa, Mexico; DOB 19 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VARM881019HSLLZG05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALEEV, Ernest Abdulovich (Cyrillic: ВАЛЕЕВ, Эрнест Абдулович), Russia; DOB 07 Apr 1950; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALENCHUK, Oleg Dorianovich (Cyrillic: ВАЛЕНЧУК, Олег Дорианович), Russia; DOB 14 Sep 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALENCIA CABALLERO, Elias Armando (a.k.a. CORNELIO VALENCIA, Armando; a.k.a. VALENCIA CORNELIO, Armando; a.k.a. VALENCIA PENA, Armando); DOB 15 Jun 1954; alt. DOB 28 Nov 1959; POB Mexico (individual) [SDNTK].

VALENCIA CORNELIO, Armando (a.k.a. CORNELIO VALENCIA, Armando; a.k.a. VALENCIA CABALLERO, Elias Armando; a.k.a. VALENCIA PENA, Armando); DOB 15 Jun 1954; alt. DOB 28 Nov 1959; POB Mexico (individual) [SDNTK].

VALENCIA PENA, Armando (a.k.a. CORNELIO VALENCIA, Armando; a.k.a. VALENCIA

CABALLERO, Elias Armando; a.k.a. VALENCIA CORNELIO, Armando); DOB 15 Jun 1954; alt. DOB 28 Nov 1959; POB Mexico (individual) [SDNTK].

VALENCIA TRUJILLO, Joaquin Mario, Carrera 122 No. 20-02, Cali, Colombia; Avenida 7 Norte No. 23N-81, Cali, Colombia; DOB 21 Aug 1957; POB Cali, Valle, Colombia; Cedula No. 16626888 (Colombia); Passport 16626888 (Colombia); alt. Passport AC030971 (Colombia); Driver's License No. 76001000150900 (Colombia) (individual) [SDNT].

VALENCIA ZAZUETA, Sandra (a.k.a. LUCERO DE MARTINEZ, Sandra; a.k.a. LUCERO VALENZUELA, Sandra; a.k.a. VALENZUELA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

VALENZUELA BLANDON, Francisco Ramon, Esteli, Nicaragua; DOB 12 Dec 1963; POB Esteli, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 1611212630005S (Nicaragua) (individual) [NICARAGUA].

VALENZUELA DRUG TRAFFICKING ORGANIZATION, Mexico; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

VALENZUELA VALENZUELA, Juan Francisco, Mexico; DOB 03 Dec 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVJ791203HSLLLN08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VALENZUELA VALENZUELA, Sergio (a.k.a. "GIGIO"; a.k.a. "YIYO"), Mexico; DOB 20 Aug 1969; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVS690820HSLLLR00 (Mexico) (individual) [SDNTK].

VALENZUELA VALENZUELA, Vanessa (a.k.a. DE CORTEZ, Vanessa); DOB 16 Nov 1985; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VAVV851116MSLLLN05 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.).

VALENZUELA VERDUGO, Jorge Mario (a.k.a. "CHOCLOS"), Antonio Rosales 280, Centro Culiacan, Culiacan, Sinaloa 80000, Mexico; De Las Toronjas 1999, Culiacan, Sinaloa 80060, Mexico; Boulevard Constitucion 257 PTE, Colonia Jorge Almada, Culiacan, Sinaloa 80200, Mexico; Angel Flores 624, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 23 Oct 1982; POB Distrito Federal, Mexico; citizen Mexico; Gender Male; Cedula No. 09084650 (Mexico); R.F.C. VAVJ821023EL8 (Mexico); National ID No. 23038267151 (Mexico); C.U.R.P. VAVJ821023HDFLRR02 (Mexico) (individual) [SDNTK].

VALENZUELA ZUNIGA, Ruben Alejandro, Privada Garcia Conde No. 107, Int. 06, Col. San Felipe, Chihuahua, Chihuaha, Mexico; DOB 16 Dec 1972; POB Torreon, Coahuila; nationality Mexico; citizen Mexico; R.F.C. VAZR721216 (Mexico); Electoral Registry No. VLZGRB72121605H300 (Mexico); Cartilla de Servicio Militar Nacional B-8193135 (Mexico) (individual) [SDNTK].

VALENZUELA, Sandra (a.k.a. LUCERO DE MARTINEZ, Sandra; a.k.a. LUCERO VALENZUELA, Sandra; a.k.a. VALENCIA ZAZUETA, Sandra), Mexico; DOB 29 Oct 1969; POB Nogales, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAZS691029MSRLZN04 (Mexico); alt. C.U.R.P. VAZS691029HSRLZN04 (Mexico) (individual) [SDNTK].

VALERIAN LABS DISTRIBUTION CORP. (f.k.a. HOLLYWOOD VAPE LABS, INC.), 1130-1971 Broadway St, Port Coquitlam, British Columbia V3C 0C9, Canada; Company Number 800741142 (Canada); Registration Number BC1053173 (Canada) [ILLICIT-DRUGS-EO14059].

VALERIAN LABS, INC., 1130-1971 Broadway St, Port Coquitlam, British Columbia V3C 0C9, Canada; Website www.valerianlabs.com; Digital Currency Address - XBT bc1qardcxz845jw83vgfvcmewhuxa0ag9gchjwmcfd; Digital Currency Address - ETH 0x983a81ca6FB1e441266D2FbcB7D8E530AC2E05A2; Digital Currency Address - USDT 0x983a81ca6FB1e441266D2FbcB7D8E530AC2E05A2; Digital Currency Address - USDC 0x983a81ca6FB1e441266D2FbcB7D8E530AC2E05A2; Company Number 755260288 (Canada) [ILLICIT-DRUGS-EO14059].

VALFAJR 8 SHIPPING CO. (a.k.a. VALFAJR SHIPPING CO.; a.k.a. VALFAJR SHIPPING COMPANY PJS; a.k.a. VALFAJR SHIPPING LINES), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALFAJR SHIPPING CO. (a.k.a. VALFAJR 8 SHIPPING CO.; a.k.a. VALFAJR SHIPPING COMPANY PJS; a.k.a. VALFAJR SHIPPING LINES), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALFAJR SHIPPING COMPANY PJS (a.k.a. VALFAJR 8 SHIPPING CO.; a.k.a. VALFAJR SHIPPING CO.; a.k.a. VALFAJR SHIPPING LINES), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALFAJR SHIPPING LINES (a.k.a. VALFAJR 8 SHIPPING CO.; a.k.a. VALFAJR SHIPPING CO.; a.k.a. VALFAJR SHIPPING COMPANY PJS), Corner of Shabnam Alley 119, Tehran, Iran; No 101, Ghaem Magham Farhani Street, Tehran, Iran; No. 11, Abshar Alley, Corner of Azodi Street, PO Box 15875-4155, Tehran 1581674347, Iran; Valfajr Blvd, Bushehr, Iran; Website www.valfajr.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

VALGO GRUPO DE INVERSION S.A. DE C.V., Avenida Bogota 3007, Colonia Circunvalacion Americas, Guadalajara, Jalisco CP 44630, Mexico; Folio Mercantil No. 22071 (Mexico) [SDNTK].

VALIAKHMETOV, Vadim (a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "MENTOS"; a.k.a. "VASM"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович) (a.k.a. VALIAKHMETOV, Vadim; a.k.a. "MENTOS"; a.k.a. "VASM"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

VALIEV IPT RAS (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES), 34 Nakhimovsky Ave, Moscow 117218, Russia; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

VALIULIN, Timur Samirovich, Russia; DOB 20 Dec 1962; POB Krasnozavodsk, Zagorsk District, Moscow Region, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Chief of the General Administration for Combating Extremism of the Ministry of Internal Affairs of the Russian Federation (individual) [UKRAINE-EO13661].

VALLARTA ESCALANTE, Luis Francisco, Calle Chilam Balam No. 279, Supermanzana 50, Manzana 14, Lote 17, Residencial San Angel, Cancun, Quintana Roo, Mexico; DOB 24 Nov 1979; POB Torreon, Coahuila de Zaragoza, Mexico; R.F.C. VAEL791124NXA (Mexico); C.U.R.P. VAEL791124HCLLSS07 (Mexico)

(individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.).

VALLE VALLE DRUG TRAFFICKING ORGANIZATION (a.k.a. LOS VALLES DRUG TRAFFICKING ORGANIZATION) [SDNTK].

VALLE VALLE, Jose Reynerio; DOB 15 Jan 1974; nationality Honduras (individual) [SDNTK].

VALLE VALLE, Juan Antonio, Villa Progreso 1 Arr, Managua, Nicaragua; DOB 04 May 1962; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Male; Passport D113169 (Nicaragua) issued 05 Jan 2005 expires 04 Jul 2007 (individual) [NICARAGUA] [NICARAGUA-NHRAA].

VALLE VALLE, Luis Alonso; DOB 29 Jun 1969; POB La Encarnacion, Octepeque, Honduras; nationality Honduras (individual) [SDNTK].

VALLE VALLE, Miguel Arnulfo; DOB 02 Jul 1972; POB Florida, Copan, Honduras; nationality Honduras (individual) [SDNTK].

VALLEJO FRANCO, Inigo; DOB 21 May 1976; POB Bilbao (Vizcaya Province), Spain; D.N.I. 29.036.694; member ETA (individual) [SDGT].

VALOR Y PRINCIPIO DE DAR, A.C. (a.k.a. VALOR Y PRINCIPIO DE DAR, ASOCIACION CIVIL), Fraccion de predio denominado Tecolote y Frenton, (Falda del Cerro), clave catastral D-31-A1-2922, Tepic, Nayarit, Mexico [GLOMAG].

VALOR Y PRINCIPIO DE DAR, ASOCIACION CIVIL (a.k.a. VALOR Y PRINCIPIO DE DAR, A.C.), Fraccion de predio denominado Tecolote y Frenton, (Falda del Cerro), clave catastral D-31-A1-2922, Tepic, Nayarit, Mexico [GLOMAG].

VALPARK, S.A. DE C.V., Avenida David Alfaro Siquieiros 2789, Ofc. 201A, Colonia Zona Rio, Tijuana, Baja California, Mexico; Paseo de los Heroes y Sanchez Taboada, Tijuana, Baja California CP 22320, Mexico [SDNTK].

VALTEX SCIENCE AND TECHNOLOGY (a.k.a. LLC VALTEX-ST (Cyrillic: ООО ВАЛТЕКС-НТ)), Pr Staryi Zykovskii D. 5, Pom. IV, Moscow 125167, Russia; Organization Established Date 14 Feb 2008; Tax ID No. 7714973551 (Russia); Registration Number 1177746136600 (Russia) [RUSSIA-EO14024].

VALUE-ADDED SERVICES LABORATORY VASL (a.k.a. MOBILE VALUE-ADDED SERVICES LABORATORY), 8th Floor, Azadi St., Sharif University of Technology, Tehran, Iran; Website www.vaslab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

VALUEV, Nikolay Sergeyevich (Cyrillic: ВАЛУЕВ, Николай Сергеевич), Russia; DOB 21 Aug 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALYAEV, Yuri Konstantinovich (Cyrillic: ВАЛЯЕВ, Юрий Константинович) (a.k.a. VALYAYEV, Yuri Konstantinovich), Russia; DOB 18 Apr 1959; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VALYAYEV, Yuri Konstantinovich (a.k.a. VALYAEV, Yuri Konstantinovich (Cyrillic: ВАЛЯЕВ, Юрий Константинович)), Russia; DOB 18 Apr 1959; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VAN INGEN, Edwin Onno, Netherlands; DOB 17 Aug 1964; nationality Netherlands; Gender Male; Passport NWR0J8669 (Netherlands) (individual) [RUSSIA-EO14024].

VANESSA GROUP LIMITED, 20-22 Wenlock Road, London NI 7GU, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2019; UK Company Number 12310562 (United Kingdom) [SDGT] (Linked To: DENIZ, Fadi).

VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI (a.k.a. DENIZ CAPITAL HOLDING AS; a.k.a. FREIGHTEX LOJISTIK DIS TICARET LTD. STI.; a.k.a. VANESSA IMEX SARL), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/I 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

VANESSA IMEX SARL (a.k.a. DENIZ CAPITAL HOLDING AS; a.k.a. FREIGHTEX LOJISTIK DIS TICARET LTD. STI.; a.k.a. VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/I 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. "JAMBS"), Nigeria [FTO] [SDGT].

VANIYA SHIP MANAGEMENT (a.k.a. VANIYA SHIP MANAGEMENT LTD; a.k.a. VANIYA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. VANIYA SHIP MANAGEMENT PVT LTD), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANIYA SHIP MANAGEMENT LTD (a.k.a. VANIYA SHIP MANAGEMENT; a.k.a. VANIYA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. VANIYA SHIP MANAGEMENT PVT LTD), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat

Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANIYA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. VANIYA SHIP MANAGEMENT; a.k.a. VANIYA SHIP MANAGEMENT LTD; a.k.a. VANIYA SHIP MANAGEMENT PVT LTD), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANIYA SHIP MANAGEMENT PVT LTD (a.k.a. VANIYA SHIP MANAGEMENT; a.k.a. VANIYA SHIP MANAGEMENT LTD; a.k.a. VANIYA SHIP MANAGEMENT PRIVATE LIMITED), 504, Crescent Tower C.S.No., Kismat Nagar Dheeraj Enclave, NL Road, Oshiwara, Andheri (W), Mumbai, Maharashtra 400053, India; No. 504, Crescent Tower C.S.No., Kismat Nagar, Mumbai City 400053, India; 5th Floor, Samarth Aishwarya, 5012, Off KL Walawalker Road, Andheri (W), Mumbai 400053, India; 504, 5th Floor, Crescent Tower, CST NO.500, Oshiwara off Link Road, Opp. Infinity Mall, Andheri (West), Mumbai, Maharashtra 400 053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 244589 (India); alt. Registration Number U63090MH2013PTC244589 (India) [SDGT] (Linked To: MEHDI GROUP).

VANOY MURILLO, Ramiro (a.k.a. VANOY RAMIREZ, Ramiro; a.k.a. "CUCO"), Carrera 86 No. 13B-89, Apt. 302F, Cali, Colombia; DOB 31 Mar 1948; POB Yacopi, Cundinamarca, Colombia; nationality Colombia; citizen

Colombia; Cedula No. 462653 (Colombia) (individual) [SDNT].

VANOY RAMIREZ, Ramiro (a.k.a. VANOY MURILLO, Ramiro; a.k.a. "CUCO"), Carrera 86 No. 13B-89, Apt. 302F, Cali, Colombia; DOB 31 Mar 1948; POB Yacopi, Cundinamarca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 462653 (Colombia) (individual) [SDNT].

VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай) (a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VARABEY, Mikalai (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VARELA BUSTOS, Fernando, B. Centro Not El Dovio Valle DRM, Colombia; DOB 02 Feb 1959; nationality Colombia; citizen Colombia; Cedula No. 0071622765 (Colombia) (individual) [SDNT].

VARELA FAJARDO, Wilber Alirio (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

VARELA RANGEL, Maria Iris (Latin: VARELA RANGEL, María Iris), Caracas, Capital District, Venezuela; DOB 09 Mar 1967; POB San Cristobal, Tachira, Venezuela; citizen Venezuela; Gender Female; Cedula No. 9242760 (Venezuela); Passport 8882000 (Venezuela); Member of Venezuela's Presidential Commission for the Constituent Assembly; Venezuela's Former Minister of the Penitentiary Service (individual) [VENEZUELA].

VARELA, Fredy (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

VARELA, Wilber (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

VARELA, Wilber Alirio (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

VARELA, Wilmer (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

VARELLA LOPEZ, Ton (a.k.a. LOPEZ, Favian Felipe; a.k.a. VERA LOPEZ, Fabian Felipe; a.k.a. VERA LOPEZ, Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

VARFOLOMEEV, Alexander Georgyevich (Cyrillic: ВАРФОЛОМЕЕВ, Александр Георгиевич) (a.k.a. VARFOLOMEYEV, Aleksandr Georgyevich), Russia; DOB 04 Jun 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VARFOLOMEYEV, Aleksandr Georgyevich (a.k.a. VARFOLOMEEV, Alexander Georgyevich (Cyrillic: ВАРФОЛОМЕЕВ, Александр Георгиевич)), Russia; DOB 04 Jun 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VARGAS GARCIA, Nabor, Mexico; DOB 12 Jul 1976; POB Pachuca, Hidalgo, Mexico; alt. POB Pachuca De Soto, Hidalgo, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAGN760712HHGRRB06 (Mexico) (individual) [SDNTK].

VARGAS GIRALDO, Claudia Mercedes, Colombia; DOB 04 Dec 1964; POB Medellin, Antioquia, Colombia; Gender Female; Cedula No. 42885957 (Colombia) (individual) [SDNTK] (Linked To: CLAMASAN S.A.S.; Linked To: GUISANES S.A.S.; Linked To: C.M.V. CARNES S.A.S.; Linked To: AGROPECUARIA MAIS SOCIEDAD POR ACCIONES SIMPLIFICADA).

VARGAS MORALES, Jorge Estuardo (a.k.a. VARGAS, Jorge), Kilometro 19.5 Carretera A Fraijanes, Lote 69A, Guatemala City, Guatemala; DOB 22 Aug 1973; POB

Guatemala; nationality Guatemala; Gender Male; Passport 223273090 (Guatemala) expires 24 Oct 2022; National ID No. 2232730900101 (Guatemala); Guatemalan Congressman (individual) [GLOMAG].

VARGAS, Jorge (a.k.a. BECERRA MIRELES, Martin; a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

VARGAS, Jorge (a.k.a. VARGAS MORALES, Jorge Estuardo), Kilometro 19.5 Carretera A Fraijanes, Lote 69A, Guatemala City, Guatemala; DOB 22 Aug 1973; POB Guatemala; nationality Guatemala; Gender Male; Passport 223273090 (Guatemala) expires 24 Oct 2022; National ID No. 2232730900101 (Guatemala); Guatemalan Congressman (individual) [GLOMAG].

VARIEDADES BRITNEY, Carrera 24A #3-58, Cali, Valle, Colombia; Matricula Mercantil No 606223-2 (Cali) [SDNTK].

VARIEDADES HARB SPORT, Cra. 50A # 83-165, Ofc. 402, Medellin, Colombia; NIT # 6070026706 (Colombia) [SDNT].

VARON CADENA, Greilyn Fernando (a.k.a. "MARTIN BALA"); DOB 02 Mar 1982; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 16943202 (Colombia) (individual) [SDNTK] (Linked To: INMOBILIARIA FER CADENA).

VARON CADENA, Ingrid Edith, Spain; DOB 21 Sep 1976; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 31479317 (Colombia) (individual) [SDNTK] (Linked To: LITOGRAFIA VARON).

VARON CADENA, Maribel, Spain; DOB 27 Dec 1977; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 31480963 (Colombia) (individual) [SDNTK] (Linked To: VARIEDADES BRITNEY).

VASEGHI, Layla (a.k.a. VASEGHI, Leila (Arabic: ليلا واثقى); a.k.a. VASEGHI, Layla; a.k.a. VASEQI, Layla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASEGHI, Leila (Arabic: ليلا واثقى) (a.k.a. VASEGHI, Layla; a.k.a. VASEGHI, Leyla; a.k.a. VASEQI, Layla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASEGHI, Leyla (a.k.a. VASEGHI, Layla; a.k.a. VASEGHI, Leila (Arabic: ليلا واثقى); a.k.a. VASEQI, Layla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASEPARI SEPEHR PARS, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

VASEQI, Layla (a.k.a. VASEGHI, Layla; a.k.a. VASEGHI, Leila (Arabic: ليلا واثقى); a.k.a. VASEGHI, Leyla), Iran; DOB 1973; alt. DOB 1972; POB Sari, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [IRAN-HR].

VASHKEVICH, Vladimir (a.k.a. VASHKEVICH, Vladimir Vladimirovich (Cyrillic: ВАШКЕВИЧ, Владимир Владимирович)), 99-1-39, Mayakovskogo St., Minsk, Belarus (Cyrillic: 99-1-39, ул. Маяковского, г. Минск, Belarus); DOB 29 Nov 1977; nationality Belarus; Gender Male; National ID No. 3291177B038PB2 (Belarus); Tax ID No. AB3145969 (Belarus) (individual) [BELARUS-EO14038].

VASHKEVICH, Vladimir Vladimirovich (Cyrillic: ВАШКЕВИЧ, Владимир Владимирович) (a.k.a. VASHKEVICH, Vladimir), 99-1-39, Mayakovskogo St., Minsk, Belarus (Cyrillic: 99-1-39, ул. Маяковского, г. Минск, Belarus); DOB 29 Nov 1977; nationality Belarus; Gender Male; National ID No. 3291177B038PB2 (Belarus); Tax ID No. AB3145969 (Belarus) (individual) [BELARUS-EO14038].

VASIC, Dragomir, Bosnia and Herzegovina; DOB 1964; POB Brnjica, Bosina-Herzegovina (individual) [BALKANS].

VASILCHENKO, Gleb Igorevich, Russia; DOB 13 Apr 1991; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

VASILIEADI, Anna Maria (a.k.a. VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρια); a.k.a. VASSILIADES, Maria Anna; a.k.a. VASSILIADOU, Anna Maria), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender Female; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASILEIADIS, Giorgos (a.k.a. VASILIADIS, Giorgos; a.k.a. VASSILIADES, Giorgos (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Γιώργος)), Flat 28, Aria House, 5-15 Newton Street, Holborn, London WC2B 5EN, United Kingdom; 35 Grosvenor Street, London W1K 4QX, United Kingdom; DOB 22 Feb 1991; nationality Cyprus; Gender Male; National ID No. 985049 (Cyprus); alt. National ID No. 286953810001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASILEIADIS, Hristodoylos G. (a.k.a. VASILIADIS, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστόδουλος Γεωργίου)), 10 Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASILENKO, Dmitriy Yuryevich (Cyrillic: ВАСИЛЕНКО, Дмитрий Юрьевич) (a.k.a. VASILENKO, Dmitry), Russia; DOB 11 May 1969; POB Kirishi, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILENKO, Dmitry (a.k.a. VASILENKO, Dmitriy Yuryevich (Cyrillic: ВАСИЛЕНКО, Дмитрий Юрьевич)), Russia; DOB 11 May 1969; POB Kirishi, Russia; nationality Russia; Gender Male;

Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILEVA, Evgeniya Nikolaevna (Cyrillic: ВАСИЛЬЕВА, Евгения Николаевна) (a.k.a. VASLEVA, Evgeniia Nikolayevna), 6 Molochnyy Lane Apt. 4, Moscow 119034, Russia; DOB 20 Feb 1979; POB St. Petersburg, Russia; nationality Russia; Gender Female; Passport 759330304 (Russia); National ID No. 4003281235 (Russia); Tax ID No. 781423329246 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

VASILIADIS, Christodoulos G. (a.k.a. VASILEIADIS, Hristodoylos G.; a.k.a. VASSILIADES, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστόδουλος Γεωργίου)), 10 Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASILIADIS, Giorgos (a.k.a. VASILEIADIS, Giorgos; a.k.a. VASSILIADES, Giorgos (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Γιώργος)), Flat 28, Aria House, 5-15 Newton Street, Holborn, London WC2B 5EN, United Kingdom; 35 Grosvenor Street, London W1K 4QX, United Kingdom; DOB 22 Feb 1991; nationality Cyprus; Gender Male; National ID No. 985049 (Cyprus); alt. National ID No. 286953810001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASILIEV, Anatoly Ivanovich (Cyrillic: ВАСИЛЬЕВ, Анатолий Иванович) (a.k.a. VASILYEV, Anatoliy Ivanovich), Minsk, Belarus; DOB 1978; POB Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

VASILIEV, Kirill (a.k.a. VASILIEV, Kirill Yurievich (Cyrillic: ВАСИЛЬЕВ, Кирилл Юрьевич); a.k.a. VASILYEV, Kirill)), Russia; DOB 22 Feb 1973; nationality Russia; Gender Male; Tax ID No. 773721109701 (Russia) (individual) [RUSSIA-EO14024].

VASILIEV, Kirill Yurievich (Cyrillic: ВАСИЛЬЕВ, Кирилл Юрьевич) (a.k.a. VASILIEV, Kirill;

a.k.a. VASILYEV, Kirill), Russia; DOB 22 Feb 1973; nationality Russia; Gender Male; Tax ID No. 773721109701 (Russia) (individual) [RUSSIA-EO14024].

VASILIEV, Vladimir Abdualievich (Cyrillic: ВАСИЛЬЕВ, Владимир Абдуалиевич), Russia; DOB 11 Aug 1949; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILJEVIC, Mitar; DOB 25 Aug 1954; POB Durevici, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

VASILKOVA, Maria Viktorovna (Cyrillic: ВАСИЛЬКОВА, Мария Викторовна), Russia; DOB 13 Feb 1978; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILYEV, Anatoliy Ivanovich (a.k.a. VASILIEV, Anatoly Ivanovich (Cyrillic: ВАСИЛЬЕВ, Анатолий Иванович)), Minsk, Belarus; DOB 1978; POB Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

VASILYEV, Kirill (a.k.a. VASILIEV, Kirill; a.k.a. VASILIEV, Kirill Yurievich (Cyrillic: ВАСИЛЬЕВ, Кирилл Юрьевич)), Russia; DOB 22 Feb 1973; nationality Russia; Gender Male; Tax ID No. 773721109701 (Russia) (individual) [RUSSIA-EO14024].

VASILYEV, Nikolay Ivanovich (Cyrillic: ВАСИЛЬЕВ, Николай Иванович), Russia; DOB 28 Mar 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASILYEV, Valery Nikolayevich (Cyrillic: ВАСИЛЬЕВ, Валерий Николаевич), Russia; DOB 17 Jul 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VASINSKYI, Yaroslav (Cyrillic: ВАСИНСКИЙ, Ярослав), Ukraine; DOB 20 Oct 1999; POB Ukraine; citizen Ukraine; Gender Male; Digital Currency Address - XBT 35QpLWYkvD3ALhjbge5bK2kd7HfHYcDMu3; alt. Digital Currency Address - XBT 3NQ1aa9ceirMJ1JvRq3eXefvXj1L639fzX; alt. Digital Currency Address - XBT 3BsyZ7qRFSi3NsaoV1Ff724qAgrEpjVUHm; alt. Digital Currency Address - XBT 372Wk9NLrMkJzKgqJdatWJy4bYRfxFjgat (individual) [CYBER2].

VASLEVA, Evgeniia Nikolaevna (a.k.a. VASILEVA, Evgeniya Nikolaevna (Cyrillic: ВАСИЛЬЕВА, Евгения Николаевна)), 6 Molochnyy Lane Apt. 4, Moscow 119034, Russia; DOB 20 Feb 1979; POB St. Petersburg, Russia; nationality Russia; Gender Female; Passport 759330304 (Russia); National ID No. 4003281235 (Russia); Tax ID No. 781423329246 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SERDYUKOV, Anatoly Eduardovich).

VASQUES HERNANDEZ, Alfredo (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

VASQUEZ HERNANDEZ, Alfredo (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

VASQUEZ MIRELES, Victor Manuel (a.k.a. VAZQUEZ MIRELES, Victor Manuel), Guadalupe, Nuevo Leon, Mexico; San Nicholas, Nuevo Leon, Mexico; Tampico, Tamaulipas, Mexico; Calle Abelardo Rodriguez, Matamoros, Tamaulipas, Mexico; DOB 03 Jun 1967; alt. DOB 03 Jun 1977; POB Tamaulipas, Mexico; alt. POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAMV670603HTSZRC06 (Mexico) (individual) [SDNTK].

VASQUEZ VALENCIA, Natalia Andrea, c/o AGROGANADERA LOS SANTOS S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin,

Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; DOB 01 Oct 1974; POB Medellin, Colombia; Cedula No. 43587931 (Colombia) (individual) [SDNT].

VASSILIADES & CO UK LIMITED (a.k.a. VASSILIADES AND CO UK LIMITED), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Organization Established Date 02 Jan 2015; Registration Number 09371804 (United Kingdom) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou; Linked To: KAMPERI, Kyriaki Demetriou).

VASSILIADES & CO. MALTA LIMITED (a.k.a. VASSILIADES AND CO. MALTA LIMITED), 17 Macerata Street, Floriana FRN 1080, Malta; Organization Established Date 27 Jun 2013; Registration Number C60982 (Malta) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES AND CO UK LIMITED (a.k.a. VASSILIADES & CO UK LIMITED), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Organization Established Date 02 Jan 2015; Registration Number 09371804 (United Kingdom) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou; Linked To: KAMPERI, Kyriaki Demetriou).

VASSILIADES AND CO. MALTA LIMITED (a.k.a. VASSILIADES & CO. MALTA LIMITED), 17 Macerata Street, Floriana FRN 1080, Malta; Organization Established Date 27 Jun 2013; Registration Number C60982 (Malta) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρία) (a.k.a. VASILEIADI, Anna Maria; a.k.a. VASSILIADES, Maria Anna; a.k.a. VASSILIADOU, Anna Maria), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender Female; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASSILIADES, Christodoulos G. (a.k.a. VASILEIADIS, Hristodoylos G.; a.k.a. VASILIADIS, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστοδουλοσ Γεωργίου)), 10 Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASSILIADES, Christodoulos Georgiou (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Χριστοδουλοσ Γεωργίου) (a.k.a. VASILEIADIS, Hristodoylos G.; a.k.a. VASILIADIS, Christodoulos G.; a.k.a. VASSILIADES, Christodoulos G.), 10 Doiranis Engomi, Nicosia, Cyprus; 20 Vassilissis Freiderikis El Greco House, 1st Floor, Apt. 104, Nicosia, Cyprus; 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; DOB 31 Mar 1957; POB Limassol, Cyprus; nationality Cyprus; Gender Male; Passport K00162155 (Cyprus); alt. Passport K00463863 (Cyprus); National ID No. 00529498S (Cyprus); alt. National ID No. 529498 (Cyprus); alt. National ID No. 150000890001 (United Kingdom) (individual) [RUSSIA-EO14024].

VASSILIADES, Giorgos (Greek: ΒΑΣΙΛΕΙΑΔΗΣ, Γιωργοσ) (a.k.a. VASILEIADIS, Giorgos; a.k.a. VASILIADIS, Giorgos), Flat 28, Aria House, 5-15 Newton Street, Holborn, London WC2B 5EN, United Kingdom; 35 Grosvenor Street, London W1K 4QX, United Kingdom; DOB 22 Feb 1991; nationality Cyprus; Gender Male; National ID No. 985049 (Cyprus); alt. National ID No. 286953810001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

VASSILIADES, Maria Anna (a.k.a. VASILEIADI, Anna Maria; a.k.a. VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρία); a.k.a. VASSILIADOU, Anna Maria), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB

Nicosia, Cyprus; nationality Cyprus; Gender Female; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASSILIADOU, Anna Maria (a.k.a. VASILEIADI, Anna Maria; a.k.a. VASSILIADES, Anna Maria (Greek: ΒΑΣΙΛΕΙΑΔΗ, Άννα Μαρία); a.k.a. VASSILIADES, Maria Anna), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; The Navarino Penthouse, 18 Navarinou, Nicosia 1100, Cyprus; Apartment 501, Marconi House, 335 The Strand, Aldwych, London WC2B 5EN, United Kingdom; 18 Navarino Street, 5th Floor, Ayios Andreas, Nicosia 1100, Cyprus; DOB 26 Apr 1987; POB Nicosia, Cyprus; nationality Cyprus; Gender Female; Passport K00415052 (Cyprus); National ID No. 1090912 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: VASSILIADES & CO UK LIMITED).

VASYUTA, Andrey Gennadievich; DOB 07 Mar 1965; POB Simferopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VATECH LEBANON (a.k.a. VATECH SARL; a.k.a. VATECH VIDEO AND PRO AUDIO; a.k.a. "VATECH"), P.O. Box 14-5728, Jishi Building, Salim Slam Street, Mazraa, Beirut, Lebanon; P.O. Box 14-5728, Borj al Salam Building, Salim Slam Street, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Moseitbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Mazraa, Beirut, Lebanon; Jishi Building, Mazraa Street, Beirut, Lebanon; Website www.vatech.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: SERHAN, Fadi Hussein).

VATECH SARL (a.k.a. VATECH LEBANON; a.k.a. VATECH VIDEO AND PRO AUDIO; a.k.a. "VATECH"), P.O. Box 14-5728, Jishi Building, Salim Slam Street, Mazraa, Beirut, Lebanon; P.O. Box 14-5728, Borj al Salam Building, Salim Slam Street, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Moseitbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Mazraa, Beirut, Lebanon; Jishi Building, Mazraa Street, Beirut, Lebanon; Website www.vatech.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: SERHAN, Fadi Hussein).

VATECH VIDEO AND PRO AUDIO (a.k.a. VATECH LEBANON; a.k.a. VATECH SARL; a.k.a. "VATECH"), P.O. Box 14-5728, Jishi Building, Salim Slam Street, Mazraa, Beirut, Lebanon; P.O. Box 14-5728, Borj al Salam Building, Salim Slam Street, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Moseitbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Mazraa, Beirut, Lebanon; Jishi Building, Mazraa Street, Beirut, Lebanon; Website www.vatech.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: SERHAN, Fadi Hussein).

VATO 2002 EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; Government Gazette Number 130839906 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

VAVILOV STATE OPTICAL INSTITUTE (a.k.a. JSC RESEARCH AND PRODUCTION SI VAVILOV; a.k.a. RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI; a.k.a. RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

VAVULIN, Dmitri Nikolaevich (Cyrillic: ВАВУЛИН, Дмитрий Николаевич), Moscow, Russia; DOB 1969; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

VAWARC (a.k.a. VLADIMIROVKA ADVANCED WEAPONS AND RESEARCH COMPLEX), Astrakhan Oblast, Russia; Organization Type: Defense activities [RUSSIA-EO14024].

VAYNBERG, Aleksandr Vladelenovich (a.k.a. VAINBERG, Alexander Vladelenovich (Cyrillic: ВАЙНБЕРГ, Александр Владеленович)), Russia; DOB 02 Feb 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR),

House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

VAZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

VAZIRI, Ahmad (a.k.a. VAZIRI, Ahmed; a.k.a. VAZIRI, Hossein Nosratollah), 3-C-C Impiana Condo Jalan, Ulu Klang, Kuala Lumpur, Malaysia, DOB 21 Mar 1961; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R19246338 (Iran) (individual) [NPWMD] [IFSR].

VAZIRI, Ahmed (a.k.a. VAZIRI, Ahmad; a.k.a. VAZIRI, Hossein Nosratollah), 3-C-C Impiana Condo Jalan, Ulu Klang, Kuala Lumpur, Malaysia, DOB 21 Mar 1961; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R19246338 (Iran) (individual) [NPWMD] [IFSR].

VAZIRI, Hossein Nosratollah (a.k.a. VAZIRI, Ahmad; a.k.a. VAZIRI, Ahmed), 3-C-C Impiana Condo Jalan, Ulu Klang, Kuala Lumpur, Malaysia; DOB 21 Mar 1961; POB Damghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R19246338 (Iran) (individual) [NPWMD] [IFSR].

VAZIRI, Reza; DOB 05 Mar 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T45534988 (Iran) expires 08 May 2023 (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VAZQUEZ HERNANDEZ, Alfredo (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

VAZQUEZ MIRELES, Victor Manuel (a.k.a. VASQUEZ MIRELES, Victor Manuel), Guadalupe, Nuevo Leon, Mexico; San Nicholas, Nuevo Leon, Mexico; Tampico, Tamaulipas, Mexico; Calle Abelardo Rodriguez, Matamoros, Tamaulipas, Mexico; DOB 03 Jun 1967; alt. DOB 03 Jun 1977; POB Tamaulipas, Mexico; alt. POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VAMV670603HTSZRC06 (Mexico) (individual) [SDNTK].

VAZQUEZ VILLAVICENCIO, Gabriela, Edificio G-11 Interior No. 24, Unidad Habitacional, Lomas de Plateros, Delegacion Alvaro Obregon, Distrito Federal Codigo Postal 01480, Mexico; Calle Campos Eliseos No. 403 Interior 202, Colonia Polanco, Delegacion Miguel Hidalgo, Distrito Federal Codigo Postal 11550, Mexico; Calle Moliere No. 66, Colonia Palmas Polanco, Delegacion Miguel Hidalgo, Distrito Federal Codigo Postal 11560, Mexico; Calle Ferrocarril de Cintura No. 300, Colonia Carranza Emilio, Delegacion Venustiano Carranza, Distrito Federal Codigo Postal 15230, Mexico; Calle Moliere No. 227, Colonia Polanco, Delegacion Miguel Hidalgo, Distrito Federal Codigo Postal 11560, Mexico; Francisco P. Miranda 3, Colonia Lomas de Plateros, Ciudad de Mexico CP 01480, Mexico; DOB 28 Feb 1965; POB Distrito Federal, Mexico; C.U.R.P. VAVG650228MDFZLB05 (Mexico) (individual) [SDNTK].

VB MANAGEMENT EOOD, 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2012; Government Gazette Number 202080417 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VB-SERVICE COMPANY LIMITED (a.k.a. VB-SERVICE LTD (Cyrillic: ООО ВБ-СЕРВИС)), d. 12 kom. A8, naberezhnaya Presnenskaya, Moscow 123112, Russia; Ul. Marksistskaya D. 5, Kor. 1, Moscow 109147, Russia; Organization Established Date 26 Nov 1998; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7709266211 (Russia); Government Gazette Number 18700821 (Russia); Registration Number 1027739150900 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VB-SERVICE LTD (Cyrillic: ООО ВБ-СЕРВИС) (a.k.a. VB-SERVICE COMPANY LIMITED), d. 12 kom. A8, naberezhnaya Presnenskaya, Moscow 123112, Russia; Ul. Marksistskaya D. 5, Kor. 1, Moscow 109147, Russia; Organization Established Date 26 Nov 1998;

Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7709266211 (Russia); Government Gazette Number 18700821 (Russia); Registration Number 1027739150900 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VEB ASIA LIMITED, Suite 5808, 58/F, Two International Finance Center, 8 Finance Street Central, Hong Kong, China; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Apr 2013; Registration Number 1886537 (Hong Kong); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB CAPITAL (a.k.a. LLC VEB CAPITAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA; a.k.a. OOO VEB KAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB ENGINEERING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LLC), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow

101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB ENGINEERING LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB INZHINIRING; a.k.a. OOO VEB ENGINEERING; a.k.a. OOO VEB INZHINIRING; a.k.a. VEB ENGINEERING LIMITED LIABILITY COMPANY), d. 9 prospekt Akademika Sakharova, Moscow 107996, Russia; Per. Lyalin D. 19, Korpus 1, Pom. XXIV, Kom 11, Moscow 101000, Russia; Website vebeng.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 11 Mar 2010; Tax ID No. 7708715560 (Russia); Registration Number 1107746181674 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB INNOVATIONS (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB LEASING OJSC (a.k.a. OAO VEB LIZING; a.k.a. OJSC VEB LEASING; a.k.a. OPEN JOINT STOCK COMPANY VEB LEASING; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VEB LIZING), d. 10 ul. Vozdvizhenka, Moscow 125009, Russia; Str. Dolgorukovskaya, 7, Novoslobodskaya, Moscow 127006, Russia; Website veb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2003; Tax ID No. 7709413138 (Russia); Registration Number 1037709024781 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB SERVICE (a.k.a. LLC VEB SERVICE; a.k.a. VEB SERVIS), PR-KT Akademika Sakharova D. 9, Komnata 205 K, Moscow 107078, Russia; Tax ID No. 7708325680 (Russia); Registration Number 1177746934023 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB SERVIS (a.k.a. LLC VEB SERVICE; a.k.a. VEB SERVICE), PR-KT Akademika Sakharova D. 9, Komnata 205 K, Moscow 107078, Russia; Tax ID No. 7708325680 (Russia); Registration Number 1177746934023 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB VENCHURS (a.k.a. LLC VEB VENTURES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN

ECONOMIC AFFAIRS VNESHECONOMBANK).

VEB.RF (Cyrillic: ВЭБ.РФ) (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VEB.RF UPRAVLENIE AKTIVAMI (a.k.a. LLC VEB.RF ASSET MANAGEMENT), B-R 31 Novinskii D., Floor 7, Pomeshch. I. Kom 16, Moscow 123242, Russia; Tax ID No. 9704032929 (Russia); Registration Number 1207700367930 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

VEBER KOMEKHANIKS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEBER KOMEKHANIKS; a.k.a. WEBER COMECHANICS LTD), d. 4 k. 25 kom. 1, ul. Sharikopodshipnikovskaya, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a

sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 26 Apr 2000; Tax ID No. 7709307370 (Russia); Government Gazette Number 52754033 (Russia); Registration Number 1027700354076 (Russia) [RUSSIA-EO14024].

VECTURA TRANS DOO (a.k.a. VECTURA TRANS DOO NOVI BEOGRAD), Narodnih Heroja 16, Belgrade, Serbia; Tax ID No. 109894091 (Serbia); Registration Number 21262358 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

VECTURA TRANS DOO NOVI BEOGRAD (a.k.a. VECTURA TRANS DOO), Narodnih Heroja 16, Belgrade, Serbia; Tax ID No. 109894091 (Serbia); Registration Number 21262358 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

VEDERNIKOV, Mikhail Yuryevich (Cyrillic: ВЕДЕРНИКОВ, Михаил Юрьевич), Pskov Region, Russia; DOB 07 Mar 1975; POB Vyborg, Leningrad Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 470412500544 (Russia) (individual) [RUSSIA-EO14024].

VEDYAKHIN, Aleksandr (a.k.a. VEDYAKHIN, Alexander; a.k.a. VEDYAKHIN, Alexander Aleksandrovich (Cyrillic: ВЕДЯХИН, Александр Александрович)), Russia; DOB 20 Feb 1977; POB Volgograd, Russia; nationality Russia; Gender Male; Passport 531179415 (Russia); National ID No. 1801541495 (Russia) (individual) [RUSSIA-EO14024].

VEDYAKHIN, Alexander (a.k.a. VEDYAKHIN, Aleksandr; a.k.a. VEDYAKHIN, Alexander Aleksandrovich (Cyrillic: ВЕДЯХИН, Александр Александрович)); DOB 20 Feb 1977; POB Volgograd, Russia; nationality Russia; Gender Male; Passport 531179415 (Russia); National ID No. 1801541495 (Russia) (individual) [RUSSIA-EO14024].

VEDYAKHIN, Alexander Aleksandrovich (Cyrillic: ВЕДЯХИН, Александр Александрович) (a.k.a. VEDYAKHIN, Aleksandr; a.k.a. VEDYAKHIN, Alexander), Russia; DOB 20 Feb 1977; POB Volgograd, Russia; nationality Russia; Gender Male; Passport 531179415 (Russia); National ID No. 1801541495 (Russia) (individual) [RUSSIA-EO14024].

VEGA LUJAN, Diego Rodrigo (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. AGUILAR

VELEZ, Luis Antonio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

VEGA SANCHEZ, Jose Raul, c/o AGRICOLA GAXIOLA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o TEMPLE DEL PITIC S.A. DE C.V., Hermosillo, Sonora, Mexico; DOB 19 Oct 1956; POB Cananea, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VESR561019HSRGNL09 (Mexico); alt. C.U.R.P. VEXR561019HSRGXL05 (Mexico) (individual) [SDNTK].

VEGACY (a.k.a. LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕГА СТРАТЕДЖИК СЕРВИСЕС); a.k.a. "PMC VEGA"), 51 Marshala Tukhachevskovo St., Apt. 229, Moscow 123103, Russia; Tax ID No. 7734727145 (Russia); Registration Number 1147746737423 (Russia) [RUSSIA-EO14024].

VEKSELBERG, Victor (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор) (a.k.a. VEKSELBERG, Viktor Feliksovich (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор Феликсович)), Russia; DOB 14 Apr 1957; POB Drogobych, Lviv region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VEKSELBERG, Viktor Feliksovich (Cyrillic: ВЕКСЕЛЬБЕРГ, Виктор Феликсович) (a.k.a. VEKSELBERG, Victor (Cyrillic:

ВЕКСЕЛЬБЕРГ, Виктор)), Russia; DOB 14 Apr 1957; POB Drogobych, Lviv region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662] [RUSSIA-EO14024].

VEKTOR ETALON (a.k.a. LIMITED LIABILITY COMPANY VECTOR ETALON), Nab. Obvodnogo Kanala D. 138, K. 1, Lit. V, Pomeshch. 5 N 20, Kom. 401 Chast, Saint Petersburg 190020, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805764499 (Russia); Registration Number 1207800042009 (Russia) [RUSSIA-EO14024].

VELA-MARINE LTD. (Cyrillic: ООО ВЕЛА-МАРИН), Saint Petersburg, Russia; Website http://vela-marine.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: DIVETECHNOSERVICES).

VELASQUEZ CABALLERO, Daniel (a.k.a. VELASQUEZ CABALLERO, Juan Daniel; a.k.a. VELAZQUEZ CABALLERO, Juan Daniel), Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Colonia Buena Vista, Nuevo Laredo, Tamaulipas, Mexico; Calle Coahuila No. 5958, Colonia Las Torres, Seccion 864, Nuevo Laredo, Tamaulipas, Mexico; DOB 26 Nov 1976; alt. DOB 1968; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. VLCBJN73112628H700 (Mexico) (individual) [SDNTK].

VELASQUEZ CABALLERO, Ivan (a.k.a. VELAZQUES CABALLERO, Ivan; a.k.a. VELAZQUEZ CABALLERO, Ivan), Calle Nuevo Leon, Colonia Riveras Del Rio, Nuevo Laredo, Tamaulipas CP88000, Mexico; Calle Belden 5936, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial 55, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 Septiember y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Calle Veracruz 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Lucio  Blanco 1324, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Avenida Abasolo No. 620, Colonia Hidalgo, Seccion 770, Nuevo Laredo, Tamaulipas, Mexico; Villa Hidalgo, Coahuila,

Mexico; Paseo Colon St., Nuevo Laredo, Tamaulipas, Mexico; Lago St. and La Chapalla, Nuevo Laredo, Tamaulipas, Mexico; 1418 Yucatan, Nuevo Laredo, Tamaulipas, Mexico; DOB 10 Feb 1970; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VECI700210HTSLBV09 (Mexico) (individual) [SDNTK].

VELASQUEZ CABALLERO, Juan Daniel (a.k.a. VELASQUEZ CABALLERO, Daniel; a.k.a. VELAZQUEZ CABALLERO, Juan Daniel), Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Colonia Buena Vista, Nuevo Laredo, Tamaulipas, Mexico; Calle Coahuila No. 5958, Colonia Las Torres, Seccion 864, Nuevo Laredo, Tamaulipas, Mexico; DOB 26 Nov 1976; alt. DOB 1968; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. VLCBJN73112628H700 (Mexico) (individual) [SDNTK].

VELASQUEZ FIGUEROA, Adrian Jose (a.k.a. VELASQUEZ, Adrian), Cap Cana, Dominican Republic; Spain; DOB 02 Nov 1979; citizen Venezuela; Gender Male; Cedula No. 13813453 (Venezuela); Passport 024421568 (Venezuela) expires 25 Jun 2014 (individual) [VENEZUELA-EO13850].

VELASQUEZ RODRIGUEZ, Ruth Cecilia, c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; c/o FLOREZ HERMANOS LTDA., Medellin, Colombia; c/o INVERSIONES FLOREZ Y FLOREZ Y CIA S.C.A., Medellin, Colombia; nationality Colombia; citizen Colombia; Cedula No. 32335973 (Colombia) (individual) [SDNT].

VELASQUEZ SALDARRIAGA, Hernan Dario (a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

VELASQUEZ, Adrian (a.k.a. VELASQUEZ FIGUEROA, Adrian Jose), Cap Cana, Dominican Republic; Spain; DOB 02 Nov 1979; citizen Venezuela; Gender Male; Cedula No. 13813453 (Venezuela); Passport 024421568 (Venezuela) expires 25 Jun 2014 (individual) [VENEZUELA-EO13850].

VELASQUEZ, Hernan Dario (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a.

"BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

VELAYATI, Ali Akbar, Iran; DOB 25 Jun 1945; POB Shemiran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

VELAZQUES CABALLERO, Ivan (a.k.a. VELASQUEZ CABALLERO, Ivan; a.k.a. VELAZQUEZ CABALLERO, Ivan), Calle Nuevo Leon, Colonia Riveras Del Rio, Nuevo Laredo, Tamaulipas CP88000, Mexico; Calle Belden 5936, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial 55, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 Septiember y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Calle Veracruz 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Lucio  Blanco 1324, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Avenida Abasolo No. 620, Colonia Hidalgo, Seccion 770, Nuevo Laredo, Tamaulipas, Mexico; Villa Hidalgo, Coahuila, Mexico; Paseo Colon St., Nuevo Laredo, Tamaulipas, Mexico; Lago St. and La Chapalla, Nuevo Laredo, Tamaulipas, Mexico; 1418 Yucatan, Nuevo Laredo, Tamaulipas, Mexico; DOB 10 Feb 1970; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VECI700210HTSLBV09 (Mexico) (individual) [SDNTK].

VELAZQUEZ BALTAZAR, Luis Armando (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico);

alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VELAZQUEZ CABALLERO, Ivan (a.k.a. VELASQUEZ CABALLERO, Ivan; a.k.a. VELAZQUES CABALLERO, Ivan), Calle Nuevo Leon, Colonia Riveras Del Rio, Nuevo Laredo, Tamaulipas CP88000, Mexico; Calle Belden 5936, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial 55, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 Septiember y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Calle Veracruz 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Lucio Blanco 1324, Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Avenida Abasolo No. 620, Colonia Hidalgo, Seccion 770, Nuevo Laredo, Tamaulipas, Mexico; Villa Hidalgo, Coahuila, Mexico; Paseo Colon St., Nuevo Laredo, Tamaulipas, Mexico; Lago St. and La Chapalla, Nuevo Laredo, Tamaulipas, Mexico; 1418 Yucatan, Nuevo Laredo, Tamaulipas, Mexico; DOB 10 Feb 1970; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VECI700210HTSLBV09 (Mexico) (individual) [SDNTK].

VELAZQUEZ CABALLERO, Juan Daniel (a.k.a. VELASQUEZ CABALLERO, Daniel; a.k.a. VELASQUEZ CABALLERO, Juan Daniel), Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Colonia Buena Vista, Nuevo Laredo, Tamaulipas, Mexico; Calle Coahuila No. 5958, Colonia Las Torres, Seccion 864, Nuevo Laredo, Tamaulipas, Mexico; DOB 26 Nov 1976; alt. DOB 1968; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. VLCBJN73112628H700 (Mexico) (individual) [SDNTK].

VELAZQUEZ MANJARREZ, Miguel (a.k.a. CABRERA SARABIA, Felipe; a.k.a. "EL INGENIERO"; a.k.a. "EL SENOR DE LA SIERRA"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

VELAZQUEZ MORENO, Hugo Adalberto, Asuncion, Paraguay; DOB 03 Sep 1967; POB Itacurubi del Rosario, Paraguay; nationality Paraguay; Gender Male; Passport D15449 (Paraguay) issued 20 Nov 2018 expires 20 Nov 2023 (individual) [GLOMAG].

VELCOM TRADE DOO BEOGRAD (a.k.a. VELCOM TRADE PREDUZECE ZA PROIZVODNJU PROMET I USLUGE DOO, BEOGRAD STARI GRAD), Tadeusa Koscuskog 56, Belgrade 11000, Serbia; Tax ID No. 102858071 (Serbia); Registration Number 17499858 (Serbia) [GLOMAG] (Linked To: ANDRIC, Goran).

VELCOM TRADE PREDUZECE ZA PROIZVODNJU PROMET I USLUGE DOO, BEOGRAD STARI GRAD (a.k.a. VELCOM TRADE DOO BEOGRAD), Tadeusa Koscuskog 56, Belgrade 11000, Serbia; Tax ID No. 102858071 (Serbia); Registration Number 17499858 (Serbia) [GLOMAG] (Linked To: ANDRIC, Goran).

VELES AKTIV OOO, Sh. Khoroshevskoe d. 32A, et 5 pom XVI kom 24-26, Moscow 123007, Russia; Organization Established Date 04 Jun 2004; Tax ID No. 5015005970 (Russia); Legal Entity Number 253400VTMXV2UE7XNN67; Registration Number 1045002900898 (Russia) [RUSSIA-EO14024].

VELES INTERNATIONAL LIMITED, Globe House, Floor No. 5, 23 Kennedy, Nicosia 1075, Cyprus; Organization Established Date 21 Sep 2005; Tax ID No. 10165706H (Cyprus); Identification Number M9DR4T.99999.SL.196 (Cyprus); Legal Entity Number 213800HFBG8GID98ID84; Registration Number C165706 (Cyprus) [RUSSIA-EO14024] (Linked To: BUGAYENKO, Dmitry Vitalyevich).

VELES MANAGEMENT LTD (a.k.a. UK VELES MANAGEMENT; a.k.a. UK VELES MENEDZHMENT OOO), Nab. Krasnopresnenskaya d. 12, pod. 7, et. 14, Moscow 123610, Russia; Organization Established Date 16 Jul 2004; Tax ID No. 7703523568 (Russia); Identification Number 961WVX.99999.SL.643 (Russia); Legal Entity Number 253400JX3PEQDBPL8052; Registration Number 1047796515470 (Russia) [RUSSIA-EO14024].

VELES TRAST OOO (a.k.a. LIMITED LIABILITY COMPANY VELES TRUST; a.k.a. VELES TRUST LLC), Per. Khokhlovskii d. 16, str. 1, Moscow 109028, Russia; Organization Established Date 14 Aug 2006; Tax ID No. 7703603950 (Russia); Registration Number 5067746107391 (Russia) [RUSSIA-EO14024].

VELES TRUST LLC (a.k.a. LIMITED LIABILITY COMPANY VELES TRUST; a.k.a. VELES TRAST OOO), Per. Khokhlovskii d. 16, str. 1, Moscow 109028, Russia; Organization Established Date 14 Aug 2006; Tax ID No.

7703603950 (Russia); Registration Number 5067746107391 (Russia) [RUSSIA-EO14024].

VELESLAVOV, Dmitrii Aleksandrovich, Russia; DOB 18 Oct 1970; nationality Russia; Gender Male; Tax ID No. 782573356000 (Russia) (individual) [RUSSIA-EO14024].

VELESSTROI LIMITED LIABILITY COMPANY (f.k.a. AMERKO OOO; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [RUSSIA-EO14024].

VELESSTROY LIMITED LIABILITY COMPANY (f.k.a. AMERKO OOO; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [RUSSIA-EO14024].

VELEZ RENGIFO, Piedad, Carrera 15 No. 127A-33 Apt. 605, Bogota, Colombia; Avenida El Logo Calle Chiminangos Casa No. 3, Cali, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o DESARROLLOS AGROINDUSTRIALES S.A., Bogota, Colombia; c/o ACCIRENT S.A., Bogota, Colombia; DOB 22 Oct 1959; POB Cali, Colombia; Cedula No. 31835778 (Colombia); Passport AF314384 (Colombia); alt. Passport AD217712 (Colombia) (individual) [SDNT].

VELEZ TRUJILLO, Jairo de Jesus, c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; nationality Colombia; citizen Colombia; Cedula No. 70410564 (Colombia) (individual) [SDNT].

VELICHKO, Sergey Yevgenyevich, Russia; DOB 22 May 1973; POB Moscow, Russia; nationality Russia; Gender Male; Passport 752332056 (Russia) issued 24 Sep 2015 expires 24 Sep 2025; National ID No. 4502258245 (Russia) (individual) [RUSSIA-EO14024].

VELIKOLUKSKII AKKUMULYATORNYI ZAVOD IMPULS (a.k.a. LIMITED LIABILITY COMPANY VELIKOLUKSKY BATTERY PLANT IMPULS; a.k.a. "VAZ IMPULS"), Ul. Gogolya D. 3, Pomeshch 3, Velikiye Luki 182115, Russia;

Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722384856 (Russia); Registration Number 5167746421431 (Russia) [RUSSIA-EO14024].

VELINVESTMENT D.O.O., Vilharjeva Cesta 27, Ljubljana 1000, Slovenia; Registration ID 2333970 (Slovenia); Tax ID No. SI26557576 (Slovenia) [SDNTK].

VELLER, Alexey Borisovich (Cyrillic: ВЕЛЛЕР, Алексей Борисович), Russia; DOB 09 Jan 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VELMUR MANAGEMENT PTE LTD, 2 Marina Blvd., No. 66-08, The Sail at Marina Bay, 018987, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: TRANSATLANTIC PARTNERS PTE. LTD.).

VENCHURNY FOND MSB OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PSB BIZNES; a.k.a. OOO PSB BIZNES; a.k.a. OOO VENTURE FUND SME; a.k.a. PSB BIZNES OOO (Cyrillic: ООО ПСБ БИЗНЕС); a.k.a. SME VENTURE LLC), d. 23 Str. 3 pom. II kom. 1K, 1L, 1M, 1N, 1O, 1P, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 23 Sep 2013; Tax ID No. 5042129460 (Russia); Government Gazette Number 18098784 (Russia); Registration Number 1135042007539 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

VEND ORE GMBH, Novaragasse 55/4B, Vienna 1020, Austria; Organization Established Date 26 Sep 2019 [RUSSIA-EO14024] (Linked To: RAYKES, Olga Borisovna; Linked To: SAVELOV, Marat Maratovich).

VENDE GROUP LLC (a.k.a. VENDE GRUPP), Sh. Moskovskoe D. 13, Lit. A, Korpus 10, Saint Petersburg 196158, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base

pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7816580944 (Russia); Registration Number 1147847063088 (Russia) [RUSSIA-EO14024].

VENDE GRUPP (a.k.a. VENDE GROUP LLC), Sh. Moskovskoe D. 13, Lit. A, Korpus 10, Saint Petersburg 196158, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7816580944 (Russia); Registration Number 1147847063088 (Russia) [RUSSIA-EO14024].

VENEDIG CAPITAL S.A.S. (a.k.a. SAABF & COMPANIA S.C.A.; a.k.a. SAABF AND COMPANIA S.C.A.; a.k.a. SAABF Y COMPANIA S.C.A.), CR 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9002697181 (Colombia) [VENEZUELA-EO13850].

VENKOV, Vladimir (a.k.a. VENKOV, Vladimir Dmitriyevich), Russia; DOB 28 May 1990; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

VENKOV, Vladimir Dmitriyevich (a.k.a. VENKOV, Vladimir), Russia; DOB 28 May 1990; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

VENTORA DEVELOPMENT SASU, 08eme etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Identification Number 01-9-N36511Y (Congo, Democratic Republic of the); Commercial Registry Number CD/KNG/RCCM/18-B-01273 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: AFRICA HORIZONS INVESTMENT LIMITED).

VENTORA GLOBAL SERVICES, 110 Boulevard Du 30 Juin, Immeuble Onze Treize, 8th Floor, Kinshasa, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00322 (Congo, Democratic Republic of the)

[GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

VENTORA INVESTMENTS S.A.SU (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

VENTORA MINING (a.k.a. VENTORA MINING S.A.S.U.), 8th floor, Immeuble 1113, Boulevard Du 30 Juin No. 110, Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Identification Number 01-83-N36154C (Congo, Democratic Republic of the); Commercial Registry Number CD/KNG/RCCM/18-B-01222 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

VENTORA MINING S.A.S.U. (a.k.a. VENTORA MINING), 8th floor, Immeuble 1113, Boulevard Du 30 Juin No. 110, Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Identification Number 01-83-N36154C (Congo, Democratic Republic of the); Commercial Registry Number CD/KNG/RCCM/18-B-01222 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

VENTSPILS ATTISTIBAS AGENTURA (a.k.a. VENTSPILS DEVELOPMENT AGENCY; a.k.a. VENTSPILS DEVELOPMENT ASSOCIATION), Inzenieru 101A, Ventspils 3601, Latvia; Tax ID No. 40008033300 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

VENTSPILS DEVELOPMENT AGENCY (a.k.a. VENTSPILS ATTISTIBAS AGENTURA; a.k.a. VENTSPILS DEVELOPMENT ASSOCIATION), Inzenieru 101A, Ventspils 3601, Latvia; Tax ID No. 40008033300 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

VENTSPILS DEVELOPMENT ASSOCIATION (a.k.a. VENTSPILS ATTISTIBAS AGENTURA; a.k.a. VENTSPILS DEVELOPMENT AGENCY), Inzenieru 101A, Ventspils 3601, Latvia; Tax ID No. 40008033300 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

VERA CALVA, Carlos, Calle E. Zapata No. 2, Col. Plan de Ayala, Tihuatlan, Veracruz, Mexico; DOB 10 Jul 1970; POB Poza Rica de Hidalgo, Veracruz; alt. POB Tuxpam, Veracruz; nationality Mexico; citizen Mexico; R.F.C. VECC700710 (Mexico); C.U.R.P. VECC700710HVZRLR13 (Mexico); Cartilla de Servicio Militar Nacional B0759939 (Mexico) (individual) [SDNTK].

VERA FERNANDEZ, Nestor Gregorio (a.k.a. "MORDISCO, Ivan"), Guaviare Department, Colombia; DOB 08 Oct 1974; alt. DOB 09 Oct 1974; POB Penon, Cundinamarca Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 80167962 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

VERA LOPEZ, Fabian Felipe (a.k.a. LOPEZ, Favian Felipe; a.k.a. VARELLA LOPEZ, Ton; a.k.a. VERA LOPEZ, Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

VERA LOPEZ, Felipe (a.k.a. LOPEZ, Favian Felipe; a.k.a. VARELLA LOPEZ, Ton; a.k.a. VERA LOPEZ, Fabian Felipe), Mexico; DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VARABEY, Mikalai; a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VERDUGO GARCIA, Monica Janeth, Cipriano Obeso 1520, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; DOB 31 Jul 1992; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. VEGM920731MSLRRN06 (Mexico) (individual) [SDNTK].

VERDUZCO CASTRO, Rolando, Mexico; DOB 17 Mar 1987; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VECR870317HSLRSL01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VEREMEENKO, Sergey Alekseyevich (Cyrillic: ВЕРЕМЕЕНКО, Сергей Алексеевич), Russia; DOB 26 Sep 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VERGARA MEZA, Alexis, Mexico; DOB 18 Jan 1996; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VEMA960118HSLRZL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VERGARA MEZA, Edy, Mexico; DOB 04 May 1992; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VEME920504HSLRZD03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VERKHOVTSEVA, Svetlana Yuryevna (Cyrillic: ВЕРХОВЦЕВА, Светлана Юрьевна), Sjatoozerskaja 28-24, Moscow, Russia; Czech Republic; DOB 02 Dec 1961; nationality Russia; Gender Female; Tax ID No. 110200499266 (Russia) (individual) [RUSSIA-EO14024].

VERSOR S.R.O., Karadzicova 8/A, Bratislava 82108, Slovakia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Apr 2012; Tax ID No. 2023480030 (Slovakia); Identification Number 46622764 (Slovakia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

VERSVET SRO, Belehradska 1111/3, Karlovy Vary 36001, Czech Republic; Organization Established Date 18 Apr 2009; Registration Number 28057953 (Czech Republic) [RUSSIA-EO14024] (Linked To: VERKHOVTSEVA, Svetlana Yuryevna).

VERTEX IMOTI EOOD (a.k.a. VERTEX PROPERTIES EOOD), 126 Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2007; Government Gazette Number 175387373 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VERTEX PROPERTIES EOOD (a.k.a. VERTEX IMOTI EOOD), 126 Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2007; Government Gazette Number 175387373 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

VERTIKAL ALABUGA LLC (a.k.a. LIMITED LIABILITY COMPANY VERTIKAL ALABUGA), Ter. Oez Alabuga, Ul. Sh-2 Str. 15/9, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646034493 (Russia); Registration Number 1131674000963 (Russia) [RUSSIA-EO14024].

VERTIKAL LIMITED, Pr-Kt Moskovskii D. 148, Lit. D, Pomeschch. 8, Saint Petersburg 196084, Russia; Organization Established Date 24 Mar 2009; Tax ID No. 7840410492 (Russia); Registration Number 1097847083839 (Russia) [RUSSIA-EO14024].

VERTOLETY ROSSII AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, UI. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

VERUS CONSULTING GROUP (a.k.a. LIMITED LIABILITY COMPANY VERUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕРУС); a.k.a. "LLC VERUS"), Per. Balakirevskii D. 23, Floor 3, Pomeshch. 309 Komnata 1, Office 45, Moscow 105082, Russia; Office 45, Room 1, Facility 309, Floor 3, Building 23, Balakirevskiy Lane, Basmanny Municipal District Federal Intracity Territory, Moscow 105082, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Feb 2021; Tax ID No. 9701170663 (Russia); Registration Number 1217700053493 (Russia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

VESELINOVIC, Zharko Jovan (a.k.a. "VESELINOVIC, Zarko"), Kralj Peter St., Mitrovica, Kosovo; DOB 23 Feb 1985; POB Dolane Village, Zvecan, Kosovo; nationality Serbia; alt. nationality Kosovo; Gender Male; Driver's License No. 2806 (Serbia); Identification Number 1502145386 (individual) [GLOMAG].

VESELINOVIC, Zvonko, Kralj Peter St., Mitrovica, Kosovo; DOB 30 Dec 1980; POB Dolane Village, Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male (individual) [GLOMAG].

VESNA HOTEL AND SPA (f.k.a. ОАО КОТЕНК VESNA; a.k.a. ZAO SPA-OTEL VESNA (Cyrillic: ЗАО СПА-ОТЕЛЬ ВЕСНА)), Ul. Lenina, D. 219A, Sochi 354364, Russia; Registration ID 1022302715214 (Russia); Tax ID No. 2317011051 (Russia); alt. Tax ID No. 231701001 (Russia); Identification Number 04816460 (Russia) [TCO].

VEST SPECTRUM (S) PTE. LTD., 9 Haig Avenue, 438864, Singapore; 704 Bedok Reservoir Road, 470704, Singapore; Registration ID 199306257C (Singapore) issued 23 Sep 1993 [SDNTK].

VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович) (a.k.a. VETENEVICH, Alexander; a.k.a. VETSIANEVICH, Aliaksandr; a.k.a. VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч)),

Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VETENEVICH, Alexander (a.k.a. VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович); a.k.a. VETSIANEVICH, Aliaksandr; a.k.a. VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч)), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VETSIANEVICH, Aliaksandr (a.k.a. VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович); a.k.a. VETENEVICH, Alexander; a.k.a. VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч)), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VETSIANEVICH, Aliaksandr Piatrovich (Cyrillic: ВЕЦЯНЕВІЧ, Аляксандр Пятровіч) (a.k.a. VETENEVICH, Aleksandr Petrovich (Cyrillic: ВЕТЕНЕВИЧ, Александр Петрович); a.k.a. VETENEVICH, Alexander; a.k.a. VETSIANEVICH, Aliaksandr), Kolesnikova Str. 30, ap. 63, Minsk, Belarus; DOB 20 Jun 1976; nationality Belarus; Gender Male; Passport MC0978411 (Belarus); National ID No. 3200676B070PB8 (Belarus) (individual) [BELARUS-EO14038].

VEZARATE DEFA (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT]

[NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH (a.k.a. GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE; a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR (a.k.a. IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY; a.k.a. "MOIS"; a.k.a. "VEVAK"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [SDGT] [SYRIA] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

VEZIR (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

VFC SOLUTIONS LTD, Danias 1, Limassol 4521, Cyprus; Organization Established Date 19 Jul

2019; Registration Number C400224 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

VH ANTIBES SAS, 200 Impasse Felix, Antibes 06160, France; 19 Boulevard Malesherbes, Paris 75008, France; Organization Established Date 15 May 2008; Organization Type: Real estate activities with own or leased property; Registration Number 504317025 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

VIAJES GUAMA, S.A., Spain [CUBA].

VIAN STEEL COMPLEX (a.k.a. VIAN STEEL MELTING AND CASTING COMPANY; a.k.a. "VISCO"), No. 16, Esfandiar Blvd., Vali-e Asr Ave., Tehran 1968656391, Iran; 42nd Km. of Hamedan- Tehran Road, South Eastern of Mofatteh Power Plant, Hamedan, Iran; Website www.viansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

VIAN STEEL MELTING AND CASTING COMPANY (a.k.a. VIAN STEEL COMPLEX; a.k.a. "VISCO"), No. 16, Esfandiar Blvd., Vali-e Asr Ave., Tehran 1968656391, Iran; 42nd Km. of Hamedan- Tehran Road, South Eastern of Mofatteh Power Plant, Hamedan, Iran; Website www.viansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

VIBANCO GARCIA, Jesus Miguel (a.k.a. VIVANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO JR., Miguel Angel; a.k.a. "JASPER"), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VIC DEL INC. (OFF SHORE), Aquilino de la Guardia, PH Plaza Banco General, Piso 20, Of. 20A, Panama, Panama; RUC # 1794835-1-704338 (Panama); Folio Mercantil No. 704338 (Panama) [SDNTK].

VICTORY SOMO GROUP HK LIMITED, 19/F., No. 3 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2700467 (Hong Kong) [SDGT] (Linked To: SONG, Jing).

VIDA PANAMA (ZONA LIBRE) S.A., Enrique A. Jimenez y Calle 16, Zona Libre de Colon, Colon, Panama; RUC # 238590056210046 (Panama) [SDNTK].

VIDEMATO, Santiago (a.k.a. "JAMES DUGGAN"; a.k.a. "RAMONA IBARRA"),

Buenos Aires, Argentina; DOB 04 Oct 1983; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA920679 (Argentina); D.N.I. 30555776 (Argentina) (individual) [SDNTK].

VIEIRA DIAS JUNIOR, Manuel Helder (a.k.a. VIEIRA DIAS, Manuel Helder; a.k.a. "KOPELIPA"), Rua de Coimbra, No 3, Luanda, Luanda, Angola; DOB 04 Oct 1953; POB Luanda, Angola; nationality Angola; Gender Male; Passport N2360712 (Angola) expires 07 Aug 2028 (individual) [GLOMAG].

VIEIRA DIAS, Manuel Helder (a.k.a. VIEIRA DIAS JUNIOR, Manuel Helder; a.k.a. "KOPELIPA"), Rua de Coimbra, No 3, Luanda, Luanda, Angola; DOB 04 Oct 1953; POB Luanda, Angola; nationality Angola; Gender Male; Passport N2360712 (Angola) expires 07 Aug 2028 (individual) [GLOMAG].

VIELMA MORA, Jose Gregorio, Caracas, Capital District, Venezuela; DOB 26 Oct 1964; Gender Male; Cedula No. 6206038 (Venezuela) (individual) [VENEZUELA].

VIETNAM-RUSSIA JOINT VENTURE BANK (a.k.a. NGAN HANG LIEN DOANH VIET-NGA), No.1 Yet Kieu str., Hoan Kiem District, Hanoi, Vietnam; Floor 1, 2nd Floor, No 1, Yet Kieu Street,, Tran Hung Dao Ward, Hoan Kiem District, Hanoi, Vietnam; SWIFT/BIC VRBAVNVX; Website vrbank.com.vn/en; Target Type Financial Institution; Registration Number 0102100878 (Vietnam) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VIGILAR COLOMBIA LTDA., Cl. 99 # 106-20, Apartado, Antioquia, Colombia; NIT # 8909390136 (Colombia) [SDNTK].

VIHROGONIKA AD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203892599 (Bulgaria) [GLOMAG] (Linked To: VABO MANAGEMENT EOOD).

VIKTORIYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIKTORIYA; a.k.a. OOO VIKTORIIA), Ul. Ordzhonikidze D. 18, KV. 4, Izhevsk, Republic of Udmurtia 426063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 18 Nov 2005;

Tax ID No. 1831107925 (Russia); Registration Number 1051800646920 (Russia) [RUSSIA-EO14024].

VILA MICHELENA, Fermin; DOB 12 Mar 1970; POB Irun, Guipuzcoa Province, Spain; D.N.I. 15.254.214 (Spain); Member ETA (individual) [SDGT].

VILAYAT KAVKAZ (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia [SDGT].

VILLA DIAZ, Oscar Domingo (a.k.a. VILLA DIAZ, Oscar Dominguez), Calle Acapulco No. 35 Interior 804, Colonia Roma, Delegacion Cuauhtemoc, Distrito Federal Codigo Postal 06700, Mexico; DOB 20 Sep 1945; POB Guadalajara, Jalisco, Mexico; Passport 06340040209 (Mexico); R.F.C. VIDO450920SK6 (Mexico) (individual) [SDNTK].

VILLA DIAZ, Oscar Dominguez (a.k.a. VILLA DIAZ, Oscar Domingo), Calle Acapulco No. 35 Interior 804, Colonia Roma, Delegacion Cuauhtemoc, Distrito Federal Codigo Postal 06700, Mexico; DOB 20 Sep 1945; POB Guadalajara, Jalisco, Mexico; Passport 06340040209 (Mexico); R.F.C. VIDO450920SK6 (Mexico) (individual) [SDNTK].

VILLA LEXA ESTATES SAS, 19 Boulevard Malesherbes, Paris 75008, France; Organization Established Date 01 Dec 2010; Organization Type: Real estate activities with own or leased property; Tax ID No. 528873854 (France) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

VILLA SANCHEZ, Arnoldo (a.k.a. CALDERON SANCHEZ, Erick Rene), Calle Paseo San Carlos 3013, Fraccionamiento Valle Real, Zapopan, Jalisco, Mexico; DOB 31 Jan 1974; POB Guerrero, Mexico; nationality Mexico; Tax ID No. 39037400668 (Mexico); C.U.R.P. VISA740131HGRLNR07 (Mexico) (individual) [SDNTK].

VILLA VINASCO, Armando Alonso, Calle Angel Larra, 4, Madrid 28027, Spain; Miranda, Cauca, Colombia; DOB 24 Oct 1960; Cedula No. 16645357 (Colombia) (individual) [SDNT].

VILLA, Frederic Pierre, Malta; DOB 21 Oct 1967; nationality Italy; alt. nationality Switzerland; Gender Male; Passport X6107409

(Switzerland); alt. Passport YA6181234 (Italy) (individual) [RUSSIA-EO14024] (Linked To: STRATTON INVESTMENT GROUP LTD).

VILLARROEL KOTOSKY, Angel (a.k.a. VILLARROEL RAMIREZ, Vassyly Kotosky); DOB 27 Mar 1972; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Cedula No. 11295239 (Venezuela) (individual) [SDNTK].

VILLARROEL RAMIREZ, Vassyly Kotosky (a.k.a. VILLARROEL KOTOSKY, Angel); DOB 27 Mar 1972; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Cedula No. 11295239 (Venezuela) (individual) [SDNTK].

VILLEGAS GOMEZ, Diego (a.k.a. PEREZ HENAO, Diego; a.k.a. "DIEGO RASTROJO"); DOB 07 Apr 1971; POB Bolivar, Valle de Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94369359 (Colombia); Passport Al729787 (Colombia) (individual) [SDNTK] (Linked To: LOS RASTROJOS).

VILLEGAS LOERA, Juan Carlos, Calle Golfo de California No. 1635, Colonia Nuevo Culiacan, Culiacan, Sinaloa, Mexico; DOB 11 Apr 1958; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VILJ580411HSLLRN09 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, SA. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

VILLEGAS POLJAK, Ernesto Emilio, Caracas, Capital District, Venezuela; DOB 29 Apr 1970; citizen Venezuela; Gender Male; Cedula No. 9487963 (Venezuela); Venezuela's Minster of Culture (individual) [VENEZUELA].

VILLOTA SEGURA, Aldemar; DOB 03 Nov 1979; POB Policarpa, Narino, Colombia; Cedula No. 98367490 (Colombia) (individual) [SDNTK].

VILLOTA SEGURA, Segundo Alberto; DOB 22 Apr 1975; POB Policarpa, Narino, Colombia; Cedula No. 97445691 (Colombia) (individual) [SDNTK].

VINALES TOURS, Cancun, Mexico; Guadalajara, Mexico; Mexico City, Mexico; Monterey, Mexico; Roma, Mexico [CUBA].

VINER, Anton Adadyevich (a.k.a. VINER, Natan Adadievic; a.k.a. VINER, Natan Adadievich; a.k.a. VINER, Nathan Anton), Russia; Kapu

iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINER, Natan Adadievic (a.k.a. VINER, Anton Adadyevich; a.k.a. VINER, Natan Adadievich; a.k.a. VINER, Nathan Anton), Russia; Kapu iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINER, Natan Adadievich (a.k.a. VINER, Anton Adadyevich; a.k.a. VINER, Natan Adadievic; a.k.a. VINER, Nathan Anton), Russia; Kapu iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINER, Nathan Anton (a.k.a. VINER, Anton Adadyevich; a.k.a. VINER, Natan Adadievic; a.k.a. VINER, Natan Adadievich), Russia; Kapu iela, Jurmala, Latvia; DOB Oct 1971; alt. DOB 1973; POB Tashkent, Uzbekistan; nationality Germany; citizen Russia; Gender Male; Tax ID No. 772986203232 (Russia) (individual) [RUSSIA-EO14024].

VINOGRADOVA, Natalya V.; DOB 16 Jun 1973; POB Michurinsk, Russia (individual) [MAGNIT].

VINOGRADOVA, Natalya Yuryevna, Russia; DOB 23 Feb 1972; nationality Russia; Gender Female; Tax ID No. 509153587 (Russia) (individual) [RUSSIA-EO14024].

VINOKUROV, Vladimir Nikolaevich, Moscow, Russia; DOB 1959; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

VINOKUROVA, Yekaterina Sergeyevna (Cyrillic: ВИНОКУРОВА, Екатерина Сергеевна) (a.k.a. LAVROVA, Yekaterina Sergeyevna (Cyrillic: ЛАВРОВА, Екатерина Сергеевна)), Russia; DOB 03 Apr 1983; POB New York, United States; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

VINSAVER, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 15, Sys. Mirnovskoe 433405, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7724907766 (Russia); Registration Number 1147746081251 (Russia) [RUSSIA-EO14024].

VIRGO MARINE (Arabic: ‏فيرقو مارين‎), Office 401, The Binary Tower Omniyat, Business Bay, Bur Dubai, Dubai, United Arab Emirates; Website www.virgo-marine.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Sep 2021; Identification Number IMO 6256316; Registration Number 980285 (United Arab Emirates); Economic Register Number (CBLS) 11723718 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

VISCAYA LTDA. (a.k.a. VIZCAYA LTDA.), Carrera 3 No. 11-99, Cartago, Valle, Colombia; Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Colombia; NIT # 800054357-8 (Colombia) [SDNT].

VISHNU INC., Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Navi Mumbai, Maharashtra, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2021; Organization Type: Sea and coastal freight water transport; Identification Number IMO 6213660; Business Registration Number 108158 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

VISION 20-20, S.A., Panama; RUC # 2107640-1-757913 (Panama) [SDNTK].

VISIONS MALDIVES PVT LTD, Ever Glory, Keneree Magu, Machchangolhi, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C-0132/1992 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

VISKOVIC, Radovan (Cyrillic: ВИШКОВИЋ, Радован), Bosnia and Herzegovina; DOB 01 Feb 1964; POB Milici, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

VISMURADOV, Abuzayed, Chechen Republic, Russia; DOB 21 Dec 1975; Gender Male; Commander of the Special Quick-Reaction Detachment (SOBR) Team "Terek" (individual) [MAGNIT].

VISTA CLARA SHIPPING CORPORATION, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b)

of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Apr 2021; Commercial Registry Number 108904 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

VITAL SILUET CENTRO DE ESTETICA, Calle 8B No. 78-22, Bogota, Colombia; Matricula Mercantil No 1419756 (Colombia) [SDNTK].

VITEL'HOMME, Innocent (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitel'homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

VITYAZ MACHINE BUILDING COMPANY JOINT STOCK COMPANY (Cyrillic: МАШИНОСТРОИТЕЛЬНАЯ КОМПАНИЯ ВИТЯЗЬ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. MK VITYAZ AO), Shosse Industrialnoe d.2, Ishimbai 453203, Russia; Tax ID No. 0261013879 (Russia); Registration Number 1050202782277 (Russia) [RUSSIA-EO14024].

VIVANCO GARCIA, Jesus Miguel (a.k.a. VIBANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO JR., Miguel Angel; a.k.a. "JASPER"), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VIVANCO JR., Miguel Angel (a.k.a. VIBANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO GARCIA, Jesus Miguel; a.k.a. "JASPER"), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

VIVAS LANDINO, Miguel Alcides; DOB 08 Jul 1961; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 7.617.778 (Venezuela); Passport B0097656 (Venezuela); Major General, Inspector General of Venezuela's Bolivarian National Armed Forces (FANB); former Commander of the Strategic Region for the Integral Defense (REDI) of the Andes Region, Venezuela's Bolivarian National Armed Forces (FANB) (individual) [VENEZUELA].

VIVAS VELASCO, Ramon Dario, Vargas, Venezuela; DOB 12 Jun 1950; citizen Venezuela; Gender Male; Cedula No. 3569721 (Venezuela); Constituent of Venezuela's

Constituent Assembly for Vargas Municipality in Vargas State (individual) [VENEZUELA].

VIVEROS CARTES, Horacio (a.k.a. CARTES JARA, Horacio Manuel; a.k.a. CARTES, Horacio), Paraguay; DOB 05 Jul 1956; POB Asuncion, Paraguay; nationality Paraguay; Gender Male; Passport P486167 (Paraguay) issued 09 Nov 2018 expires 09 Nov 2023; National ID No. 492599 (Paraguay) (individual) [GLOMAG].

VIZCAINO GIL, Gustavo Adolfo, Caracas, Capital District, Venezuela; DOB 03 May 1966; Gender Male; Cedula No. 6297704 (Venezuela) (individual) [VENEZUELA].

VIZCAYA LTDA. (a.k.a. VISCAYA LTDA.), Carrera 3 No. 11-99, Cartago, Valle, Colombia; Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Colombia; NIT # 800054357-8 (Colombia) [SDNT].

VLADIMIR TOCHMASH (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. JSC VPA TOCHMASH; a.k.a. VPO TOCHMASH AO; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

VLADIMIROV, Nikolai Nikolayevich (a.k.a. VLADIMIROV, Nikolay Nikolayevich (Cyrillic: ВЛАДИМИРОВ, Николай Николаевич)), Russia; DOB 18 Nov 1979; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLADIMIROV, Nikolay Nikolayevich (Cyrillic: ВЛАДИМИРОВ, Николай Николаевич); a.k.a. VLADIMIROV, Nikolai Nikolayevich), Russia; DOB 18 Nov 1979; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLADIMIROV, Vladimir Vladimirovich (Cyrillic: ВЛАДИМИРОВ, Владимир Владимирович), Stavropol, Russia; DOB 14 Oct 1975; POB Georgievsk, Stavropol, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 860802075924 (Russia) (individual) [RUSSIA-EO14024].

VLADIMIROVKA ADVANCED WEAPONS AND RESEARCH COMPLEX (a.k.a. VAWARC), Astrakhan Oblast, Russia; Organization Type: Defense activities [RUSSIA-EO14024].

VLADIVOSTOK ELECTRICAL COMPANY ERA JSC (a.k.a. AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА); a.k.a. ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY; a.k.a. "ERA AO"), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

VLASOV, Vasily Maksimovich (Cyrillic: ВЛАСОВ, Василий Максимович), Russia; DOB 27 Jun 1995; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VLASOVA, Veronika Valerevna (Cyrillic: ВЛАСОВА, Вероника Валерьевна), Russia; DOB 02 Nov 1966; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VMK OOO SAMARA (Cyrillic: ВМК ООО САМАРА) (a.k.a. LIMITED LIABILITY COMPANY VMK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВМК)), 1A Smyshlyayevskoye Highway, Office 258, Zubchaninovka village, Samara, Russia; Tax ID No. 6312121234 (Russia); Registration Number 1126312007800 (Russia) [RUSSIA-EO14024].

VNESHECONOMBANK (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996,

Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHEKONOMBANK GK (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademika Sakharova Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHEKONOMBANK SSSR (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHTORGBANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a.

OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; a.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHTORGBANK OF RSFSR (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY

TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; a.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN

FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the

following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VNIGRI GEOLOGORAZVEDKA AO (Cyrillic: ВНИГРИ ГЕОЛОГОРАЗВЕДКА АО) (a.k.a. GEOLOGORAZVEDKA AO), Ulitsa Fayansovaya, Dom 20, Korpus 2 Lit. A, Pomeshenie 313, Saint Petersburg 192019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811638125 (Russia); Registration Number 1177847061545 (Russia) [RUSSIA-EO14024].

VNIGRI JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT; a.k.a. ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY; a.k.a. VNIGRI PAO), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

VNIGRI PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT; a.k.a. ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY; a.k.a. VNIGRI JSC), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

VNIGRIUGOL AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII GEOLOGORAZVEDOCHNYI INSTITUT UGOLNYKH MESTOROZHDENII), Prospekt Stachki ZD. 200/1, Rostov-on-Don 344090, Russia; Tax ID No. 6194001160 (Russia);

Registration Number 1156196053353 (Russia) [RUSSIA-EO14024].

VNII SIGNAL JSC (a.k.a. AO VNII SIGNAL; a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

VNIIGEOFIZIKA JSC (a.k.a. ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC; a.k.a. ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY; a.k.a. AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ)), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

VNIIR GIDRO (a.k.a. VNIIR GIDROELEKTROAVTOMATIKA JSC (Cyrillic: АО ВНИИР ГИДРОЭЛЕКТРОАВТОМАТИКА)), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2130037140 (Russia); Government Gazette Number 85840397 (Russia); Registration Number 1082130003867 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VNIIR GIDROELEKTROAVTOMATIKA JSC (Cyrillic: АО ВНИИР ГИДРОЭЛЕКТРОАВТОМАТИКА) (a.k.a. VNIIR GIDRO), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2130037140 (Russia); Government Gazette Number 85840397 (Russia); Registration Number 1082130003867 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VNIIR PROMELEKTRO LLC (Cyrillic: ООО ВНИИР ПРОМЭЛЕКТРО), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2128707397 (Russia); Government Gazette Number 94070202 (Russia); Registration Number 1062128152965 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VNIIR TRANSSTROI LLC (Cyrillic: ООО ВНИИР ТРАНССТРОЙ), d. 4 pom. 5 kab. 1409, prospect I.Ya.Yakovleva, Cheboksary 428024, Russia; Tax ID No. 2130203189 (Russia); Government Gazette Number 32306568 (Russia); Registration Number 1182130008280 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION; Linked To: ASSET ELECTRO LLC).

VNIIZARUBEZHGEOLOGIYA AO (a.k.a. AO VNIIZARUBEZHGEOLOGIIA; a.k.a. VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО); a.k.a. VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО) (a.k.a. AO VNIIZARUBEZHGEOLOGIIA; a.k.a. VNIIZARUBEZHGEOLOGIYA AO; a.k.a. VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Tax ID No. 7727048431

(Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

VO ALMAZYUVELIREKSPORT AO (a.k.a. FEDERAL STATE OWNED UNITARY ENTERPRISE FOREIGN TRADE ASSOCIATION ALMAZJUVELIREXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION ALMAZYUVELIREXPORT), BR Zubovskii D. 25, K. 1, Moscow 119021, Russia; Ul. Ostozhenka D. 22/1, Moscow 119034, Russia; Tax ID No. 7704485379 (Russia); Registration Number 1197746226886 (Russia) [RUSSIA-EO14024].

VO PROMSYRIOIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO PROMSYRIIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

VO PROMSYRIIMPORT FGUP (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

VO PROMSYRIOIMPORT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION

PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIIMPORT FGUP), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

VO TEKHNOPROMEKSPORT, OAO (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

VODOLATSKY, Victor Petrovich (Cyrillic: ВОДОЛАЦКИЙ, Виктор Петрович), Russia; DOB 19 Aug 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VODYANOV, Roman Mikhaylovich (Cyrillic: ВОДЯНОВ, Роман Михайлович), Russia; DOB 25 Nov 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOENNO PROMYSHLENNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ; a.k.a. "LLC MIC"; a.k.a. "OOO VPK" (Cyrillic: "ООО ВПК")), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

VOHOM TECHNOLOGY HK CO., LIMITED (Chinese Traditional: 華弘科技香港有限公司), B25, 4/F, Huihuang Commerical Building, Dongcheng Road Middle, Dongcheng, Dongguan, Guangdong 523129, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 May 2012; Company Number 1747585 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688) (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. "RCHBD"; a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

VOLASYS SILVER STAR, 41 Ulitsa Klary Tsetskin, Vladivostok, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK4].

VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр) (a.k.a. VOLFOVICH, Alexander; a.k.a. VOLFOVITS, Alexanter; a.k.a. WOLFOVITZ, Alexander), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

VOLFOVICH, Aleksandr Grigorievich (Cyrillic: ВОЛЬФОВИЧ, Александр Григорьевич), Minsk, Belarus; DOB 28 Jun 1967; POB Kazan, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

VOLFOVICH, Alexander (a.k.a. VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр); a.k.a. VOLFOVITS, Alexanter; a.k.a. WOLFOVITZ, Alexander), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

VOLFOVICH, Ariel (a.k.a. VOLFOVITS, Ariel (Greek: ΒΟΛΦΟΒΙΤΣ, Αριελ)), Cyprus; DOB 17 Nov 1992; nationality Cyprus; citizen Cyprus; Gender Male; Passport L00019196 (Cyprus) expires 19 Apr 2031 (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFOVICH, Stanislav (a.k.a. VOLFOVITS, Stanislav (Greek: ΒΟΛΦΟΒΙΤΣ, Στανισλαβ)), Cyprus; Israel; DOB 04 May 1983; POB Dnepropetrovsk, Ukraine; nationality Cyprus; alt. nationality Israel; citizen Cyprus; Gender Male (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFOVITS, Alexanter (a.k.a. VOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр); a.k.a. VOLFOVICH, Alexander; a.k.a. WOLFOVITZ, Alexander), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

VOLFOVITS, Ariel (Greek: ΒΟΛΦΟΒΙΤΣ, Αριελ) (a.k.a. VOLFOVICH, Ariel), Cyprus; DOB 17 Nov 1992; nationality Cyprus; citizen Cyprus; Gender Male; Passport L00019196 (Cyprus) expires 19 Apr 2031 (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFOVITS, Stanislav (Greek: ΒΟΛΦΟΒΙΤΣ, Στανισλαβ) (a.k.a. VOLFOVICH, Stanislav), Cyprus; Israel; DOB 04 May 1983; POB Dnepropetrovsk, Ukraine; nationality Cyprus; alt. nationality Israel; citizen Cyprus; Gender Male (individual) [RUSSIA-EO14024] (Linked To: VFC SOLUTIONS LTD).

VOLFSON, Ilya Svetoslavovich (Cyrillic: ВОЛЬФСОН, Илья Светославович), Russia; DOB 08 Jun 1981; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOLGA GROUP HOLDING LIMITED LIABILITY COMPANY (a.k.a. OOO VOLGA GROUP (Cyrillic: ООО ВОЛГА ГРУП)), Begovaya St., Dom 3, Str. 1, Moscow 12528, Russia; Timura Frunze, House 11, Building 1, floor 2, unit IV, room 2, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7718989383 (Russia); Registration Number 1147746803049 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. OBSHCHESTVO S

OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD TRACTOR PLANT; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

VOLGOGRAD TRACTOR PLANT (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

VOLITON DMCC (a.k.a. PETROKIM TRADING MIDDLE EAST AND ASIA DMCC), Unit No: R29-33, Reef Tower, Plot No: JLT-PH2-O1A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Organization Established Date 22 May 2018; License DMCC-476388 (United Arab Emirates); Registration Number 124420 (United Arab Emirates) [RUSSIA-EO14024].

VOLOBUEV, Nikolai Anatolevich (Cyrillic: ВОЛОБУЕВ, Николай Анатольевич), Moscow, Russia; DOB 24 Feb 1952; POB Rassvet, Orel Region, Russia; nationality Russia; Gender Male; Tax ID No. 770470065105 (Russia) (individual) [RUSSIA-EO14024].

VOLODIN, Vyacheslav Victorovich (Cyrillic: ВОЛОДИН, Вячеслав Викторович), Russia; DOB 04 Feb 1964; POB Alexeevka, Saratov, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Speaker of the State

Duma of the Federal Assembly of the Russian Federation; Member of Russian Security Council (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

VOLOGDA OPTICAL AND MECHANICAL PLANT JSC (a.k.a. JOINT STOCK COMPANY VOLOGODSKY OPTIKO MEKHANICHESKY FACTORY; a.k.a. JOINT STOCK COMPANY VOMZ), 54 Maltseva Str., Vologda, Vologda Region 160009, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 3525023010 (Russia); Registration Number 1023500882437 (Russia) [RUSSIA-EO14024].

VOLOGDIN, Boris Yakovlevich, Russia; DOB 22 Jul 1955; POB Aliya Village, Chita Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 701700134280 (Russia) (individual) [RUSSIA-EO14024].

VOLOSHYN, Oleg (a.k.a. VOLOSHYN, Oleh), 131 Antonovicha, Kyiv 03150, Ukraine; DOB 07 Apr 1981; POB Ukraine; nationality Ukraine; Gender Male; Passport ET870130 (Ukraine) expires 10 Apr 2022; National ID No. 2968200719 (Ukraine); Personal ID Card 1981040705733 (Ukraine) expires 06 Apr 2028 (individual) [RUSSIA-EO14024].

VOLOSHYN, Oleh (a.k.a. VOLOSHYN, Oleg), 131 Antonovicha, Kyiv 03150, Ukraine; DOB 07 Apr 1981; POB Ukraine; nationality Ukraine; Gender Male; Passport ET870130 (Ukraine) expires 10 Apr 2022; National ID No. 2968200719 (Ukraine); Personal ID Card 1981040705733 (Ukraine) expires 06 Apr 2028 (individual) [RUSSIA-EO14024].

VOLOTSKOV, Alexey Anatolievich (Cyrillic: ВОЛОЦКОВ, Алексей Анатольевич), Russia; DOB 05 Jul 1981; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOLTRA TRANSCOR ENERGY (a.k.a. VOLTRA TRANSCOR ENERGY BVBA; f.k.a. "SOFTLINE"), Frankrijklei 156 (5deV), Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-339-4675; V.A.T. Number BE0443680473 (Belgium);

Branch Unit Number 2052342727 (Belgium); Enterprise Number 0443680473 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

VOLTRA TRANSCOR ENERGY BVBA (a.k.a. VOLTRA TRANSCOR ENERGY; f.k.a. "SOFTLINE"), Frankrijklei 156 (5deV), Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-339-4675; V.A.T. Number BE0443680473 (Belgium); Branch Unit Number 2052342727 (Belgium); Enterprise Number 0443680473 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

VOLZHSKI ELEKTROSHCHIT LLC (a.k.a. ABS ELEKTROTEKHNIKA LLC (Cyrillic: ООО АБС ЭЛЕКТРОТЕХНИКА); a.k.a. LIMITED LIABILITY COMPANY ABS ELECTROTECHNICS), Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Tax ID No. 2127328438 (Russia); Government Gazette Number 71015494 (Russia); Registration Number 1032127016107 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

VOR V ZAKONYE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORAWATVICHAI, Hataiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a.

WORAWATVICHAI, Surawee; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Hathaiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Suravee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS,

Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Surawee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083

(Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VORAWATVICHAI, Varin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

VOROBEI, Mykola Mykolaiovych (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Міканай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBEI, Nikolai (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Міканай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай); a.k.a.

VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBEV, Aleksandr Nikolaevich, Russia; DOB 13 Mar 1970; POB Gavrilov Yam, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 754116204 (Russia) expires 29 Dec 2026 (individual) [UKRAINE-EO13661].

VOROBEV, Andrey Viktorovich (Cyrillic: ВОРОБЬЁВ, Андрей Викторович), Russia; DOB 24 Jul 1985; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VOROBEV, Andrey Yurevich (a.k.a. VOROBYEV, Andrey Yuryevich (Cyrillic: ВОРОБЬЕВ, Андрей Юрьевич); a.k.a. VOROBYOV, Andrei Yurievich), Moscow, Russia; DOB 14 Apr 1970; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBEV, Maksim Yurevich (a.k.a. VOROBYEV, Maxim Yuryevich (Cyrillic: ВОРОБЬЕВ, Максим Юрьевич); a.k.a. VOROBYOV, Maksim Yurievich), Russia; DOB 09 Aug 1976; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773608240710 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBEV, Stanislav (a.k.a. ANATOLYEVICH, Vorobyov Stanislav; a.k.a. VOROBYEV, Stanislav Anatolyevich; a.k.a. VOROBYOV, Stanislav), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич)), Belarus;

DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBEY, Nikolay Nikolaevich (Cyrillic: ВОРОБЕЙ, Николай Николаевич) (a.k.a. VARABEI, Mikalai Mikalaevich (Cyrillic: ВАРАБЕЙ, Мікалаевіч Мікалай); a.k.a. VARABEY, Mikalai; a.k.a. VERABEI, Mikalai Mikalaevich (Cyrillic: ВЕРАБЕЙ, Мікалай Мікалаевіч); a.k.a. VERABEY, Mikalai (Cyrillic: ВЕРАБЕЙ, Мікалай); a.k.a. VOROBEI, Mykola Mykolaiovych; a.k.a. VOROBEI, Nikolai; a.k.a. VOROBEY, Nikolay (Cyrillic: ВОРОБЕЙ, Николай)), Belarus; DOB 04 May 1963; POB Ukraine; Gender Male (individual) [BELARUS].

VOROBYEV, Andrey Yuryevich (Cyrillic: ВОРОБЬЕВ, Андрей Юрьевич) (a.k.a. VOROBEV, Andrey Yurevich; a.k.a. VOROBYOV, Andrei Yurievich), Moscow, Russia; DOB 14 Apr 1970; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYEV, Maxim Yuryevich (Cyrillic: ВОРОБЬЕВ, Максим Юрьевич) (a.k.a. VOROBEV, Maksim Yurevich; a.k.a. VOROBYOV, Maksim Yurievich), Russia; DOB 09 Aug 1976; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773608240710 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYEV, Stanislav Anatolyevich (a.k.a. ANATOLYEVICH, Vorobyov Stanislav; a.k.a. VOROBEV, Stanislav; a.k.a. VOROBYOV, Stanislav), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

VOROBYOV, Andrei Yurievich (a.k.a. VOROBEV, Andrey Yurevich; a.k.a. VOROBYEV, Andrey Yuryevich (Cyrillic: ВОРОБЬЕВ, Андрей Юрьевич)), Moscow, Russia; DOB 14 Apr 1970; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYOV, Maksim Yurievich (a.k.a. VOROBEV, Maksim Yurevich; a.k.a. VOROBYEV, Maxim Yuryevich (Cyrillic: ВОРОБЬЕВ, Максим Юрьевич)), Russia; DOB 09 Aug 1976; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male;

Tax ID No. 773608240710 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VOROBYOV, Yury Leonidovich).

VOROBYOV, Stanislav (a.k.a. ANATOLYEVICH, Vorobyov Stanislav; a.k.a. VOROBEV, Stanislav; a.k.a. VOROBYEV, Stanislav Anatolyevich), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Passport IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

VOROBYOV, Yury Leonidovich (Cyrillic: ВОРОБЬЁВ, Юрий Леонидович), Russia; DOB 02 Feb 1948; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

VORONEZHSKI OOO (a.k.a. AGROPROMYSHLENNY KOMPLEKS VORONEZHSKI OOO; a.k.a. APK VORONEZHSKII), Ul Molodezhnaya D.1A, Kuzminskoye 601769, Russia; Organization Established Date 04 Jul 1994; Organization Type: Mixed farming; Tax ID No. 3306009951 (Russia); Registration Number 1053300906900 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

VORONKOV, Ilya (a.k.a. VORONKOV, Ilya Vladimirovich (Cyrillic: ВОРОНКОВ, ИЛЬЯ ВЛАДИМИРОВИЧ)), Pushkino, Russia; DOB 23 Sep 1993; POB Pushkino, Russia; nationality Russia; Passport 762164380 (Russia) expires 29 Dec 2029; National ID No. 4613211883 (Russia); Tax ID No. 503821710850 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

VORONKOV, Ilya Vladimirovich (Cyrillic: ВОРОНКОВ, ИЛЬЯ ВЛАДИМИРОВИЧ) (a.k.a.

VORONKOV, Ilya, Pushkino, Russia; DOB 23 Sep 1993; POB Pushkino, Russia; nationality Russia; Gender Male; Passport 762164380 (Russia) expires 29 Dec 2029; National ID No. 4613211883 (Russia); Tax ID No. 503821710850 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

VORONOVSKIY, Anatoliy (Cyrillic: ВОРОНОВСКИЙ, Анатолий), Russia; DOB 28 Dec 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VORONTSOV, Boris Gennadiyevich, Moscow, Russia; DOB 16 Feb 1978; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна); a.k.a. FAASSEN, Maria Vladimirovna; a.k.a. PUTINA, Maria (Cyrillic: ПУТИНА, Мария); a.k.a. VORONTSOVA, Mariya Vladimirovna), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

VORONTSOVA, Mariya Vladimirovna (a.k.a. FAASSEN, Maria Vladimirovna; a.k.a. PUTINA, Maria (Cyrillic: ПУТИНА, Мария); a.k.a. VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна)), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ) (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORY V ZAKONI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a.

VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORY V ZAKONYE (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ) (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VOR-ZAKONNIK (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

VOSKRESENSKIY AGGREGATE PLANT (a.k.a. JOINT STOCK COMPANY VOSKRESENSKY AGGREGATION FACTORY; a.k.a. "JSC VAF"), 6 Ul. Tsiolkovskogo, Beloozerskii 140250, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5005073080 (Russia); Registration Number 1235000011058 (Russia) [RUSSIA-EO14024].

VOSKRESENSKIY, Stanislav Sergeevich (Cyrillic: ВОСКРЕСЕНСКИЙ, Станислав Сергеевич) (a.k.a VOSKRESENSKY, Stanislav Sergeevich), Ivanovo region, Russia; DOB 29 Sep 1976; POB Moscow, Russia; alt. POB Samara, Samara region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773605263325 (Russia) (individual) [RUSSIA-EO14024].

VOSKRESENSKY, Stanislav Sergeevich (a.k.a. VOSKRESENSKIY, Stanislav Sergeevich (Cyrillic: ВОСКРЕСЕНСКИЙ, Станислав Сергеевич)), Ivanovo region, Russia; DOB 29 Sep 1976; POB Moscow, Russia; alt. POB Samara, Samara region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773605263325 (Russia) (individual) [RUSSIA-EO14024].

VOSTOCHNAYA STEVEDORING COMPANY LLC (Cyrillic: ВОСТОЧНАЯ СТИВИДОРНАЯ КОМПАНИЯ ООО) (a.k.a. "OOO VSK"; a.k.a. "VSC"), 14a, ul. Vnutriportovaya. Vrangel-1, Nakhodka 692941, Russia; Tax ID No. 2508064833 (Russia); Registration Number 1042501609039 (Russia) [RUSSIA-EO14024].

VOSTOCHNAYA TORGOVO TRANSPORTNAYA KOMPANIYA (a.k.a. LIMITED LIABILITY COMPANY EASTERN TRADING TRANSPORT COMPANY; a.k.a. "TRANSPORT COMPANY LLC VTTK"), Ul. Lva Tolstogo D. 12, Pomeshch.VII 9, Khabarovsk 680000, Russia; Tax ID No. 2722046689 (Russia); Registration Number 1152722003037 (Russia) [RUSSIA-EO14024].

VOSTOCHNAYA VERF JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОСТОЧНАЯ ВЕРФЬ) (a.k.a. AO VOSTOCHNAYA VERF (Cyrillic: AO ВОСТОЧНАЯ ВЕРФЬ); a.k.a. VOSTOCHNAYA VERF PAO), 1 Geroev Tikhookeantsev St., Vladivostok 690017, Russia; Tax ID No. 2537009643 (Russia); Registration Number 1022501797064 (Russia) [RUSSIA-EO14024].

VOSTOCHNAYA VERF PAO (a.k.a. AO VOSTOCHNAYA VERF (Cyrillic: AO ВОСТОЧНАЯ ВЕРФЬ); a.k.a. VOSTOCHNAYA VERF JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОСТОЧНАЯ ВЕРФЬ)), 1 Geroev Tikhookeantsev St., Vladivostok 690017, Russia; Tax ID No.

2537009643 (Russia); Registration Number 1022501797064 (Russia) [RUSSIA-EO14024].

VOSTOCHNY CAPITAL MANAGEMENT COMPANY LLC (a.k.a. SOVCOMBANK ASSET MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. SOVCOMBANK ASSET MANAGEMENT LLC), Pl. Suvorovskaya D. 1/52, K. 1, Floor 5, Pomeshch. 522-1, Moscow 127473, Russia; Website www.vostochniy-capital.ru; Tax ID No. 7707404272 (Russia); Registration Number 1187746039392 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

VOSTOCHNY COMMERCIAL BANK PJSC (a.k.a. PJSC KB VOSTOCHNY; a.k.a. PUBLIC JOINT STOCK COMPANY KB VOSTOCHNY), Blagoveshchensk, St. Innokentiy Lane 1, Amur 675004, Russia; SWIFT/BIC DALVRU8X; Website vostobank.ru; Tax ID No. 2801015394 (Russia); Registration Number 1022800000112 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

VOSTOKINTERPROM LIMITED LIABILITY COMPANY, Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 4, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7329036074 (Russia); Registration Number 1217300010960 (Russia) [RUSSIA-EO14024].

VOSTOKOV, Aleksei Aleksandrovich (Cyrillic: ВОСТОКОВ, Алексей Александрович) (a.k.a. VOSTOKOV, Alexey), Russia; DOB 15 Jun 1984; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 246520630508 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

VOSTOKOV, Alexey (a.k.a. VOSTOKOV, Aleksei Aleksandrovich (Cyrillic: ВОСТОКОВ, Алексей Александрович)), Russia; DOB 15 Jun 1984; POB Krasnoyarsk, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 246520630508 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

VOTKINSKI ZAVOD AO (a.k.a. JOINT STOCK COMPANY VOTKINSKIY PLANT; a.k.a. JOINT STOCK COMPANY VOTKINSKIY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОТКИНСКИЙ ЗАВОД)), Kirova St., Building 2, Votkinsk, Udmurt Republic 427430, Russia; Tax ID No. 1828020110 (Russia); Registration Number 1101828001000 (Russia) [RUSSIA-EO14024].

VPK NPO MASHINOSTROENIYA (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012003795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

VPO TOCHMASH AO (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. JSC VPA TOCHMASH; a.k.a. VLADIMIR TOCHMASH; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО) (a.k.a. AO VNIIZARUBEZHGEOLOGIIA; a.k.a.

VNIIZARUBEZHGEOLOGIYA AO; a.k.a. VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

VSEROSSIISKII INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ) (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. "YUNARMIA"; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM;

a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKY BANK RAZVITIYA REGIONOV (a.k.a. JOINT STOCK COMPANY RUSSIAN REGIONAL DEVELOPMENT BANK; a.k.a. "VBRR"), 65/1 Suschevsky Val, Moscow 129594, Russia; SWIFT/BIC RRDBRUMM; Target Type Financial Institution; Tax ID No. 7736153344 (Russia); Identification Number XC6QLI.00000.LE.643 (Russia); Legal Entity Number 549300FIJ3MYU0VX6Y72; Registration Number 1027739186914 (Russia) [RUSSIA-EO14024].

VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABAKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia;

Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

VTB AFRICA (a.k.a. BANCO VTB AFRICA SA), 22, Rua da Missao, Luanda, Angola; SWIFT/BIC VTBLAOLU; Website www.vtb.ao; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg

191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK ARMENIA CJSC (f.k.a. SAVINGS BANK OF THE REPUBLIC OF ARMENIA; a.k.a. VTB BANK ARMENIA CLOSED JOINT STOCK COMPANY), 46 UI, Nalbandyan, Yerevan 375010, Armenia; SWIFT/BIC ARMJAM22; Website www.vtb.am; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK ARMENIA CLOSED JOINT STOCK COMPANY (f.k.a. SAVINGS BANK OF THE REPUBLIC OF ARMENIA; a.k.a. VTB BANK ARMENIA CJSC), 46 UI, Nalbandyan, Yerevan 375010, Armenia; SWIFT/BIC ARMJAM22; Website www.vtb.am; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-

OFFICE OF FOREIGN ASSETS CONTROL                                                                                  SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY (a.k.a. BANK VTB AZERBAIJAN OJSC; a.k.a. JSC VTB BANK AZERBAIJAN; f.k.a. OJSC AF BANK), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS CJSC (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial

Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS CLOSED JOINT STOCK COMPANY (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK BELARUS CLOSED JOINT STOCK COMPANY (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK GEORGIA JOINT STOCK COMPANY (a.k.a. JSC VTB BANK GEORGIA; a.k.a. VTB BANK GEORGIA JSC; f.k.a. "UNITED GEORGIAN BANK"), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK GEORGIA JSC (a.k.a. JSC VTB BANK GEORGIA; a.k.a. VTB BANK GEORGIA JOINT STOCK COMPANY; f.k.a. "UNITED GEORGIAN BANK"), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB BANK OAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ

ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK OPEN JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEI TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN

VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEI TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB

PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО) (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI

TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО) (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette

Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

VTB CAPITAL HOLDING CJSC (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HOLDING (JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL HOLDING ZAO (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL HOLDING (JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB CAPITAL JSC (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB COMMERCIAL FINANCE LLC (Cyrillic: ООО ВТБ КОММЕРЧЕСКОЕ ФИНАНСИРОВАНИЕ) (a.k.a. LIMITED LIABILITY COMPANY VTB COMMERCIAL FINANCE), Nab. Presnenskaya D. 6, Str. 2,

Floor 6, Pomeshch.1, Moscow 123112, Russia; Organization Established Date 19 Apr 2021; Target Type Financial Institution; Tax ID No. 9703032732 (Russia); Registration Number 1217700186440 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB DC LIMITED (a.k.a. LIMITED LIABILITY COMPANY VTB DC; a.k.a. LLC VTB DC; a.k.a. VTB DC LTD), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB DC LTD (a.k.a. LIMITED LIABILITY COMPANY VTB DC; a.k.a. LLC VTB DC; a.k.a. VTB DC LIMITED), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB DEVELOPMENT AO (a.k.a. AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT; a.k.a. AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ); a.k.a. JOINT STOCK COMPANY VTB DEVELOPMENT), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number

1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FACTORING LIMITED (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING; a.k.a. VTB FACTORING LTD; a.k.a. VTB FAKTORING OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FACTORING LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING; a.k.a. VTB FACTORING LIMITED; a.k.a. VTB FAKTORING OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FAKTORING OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FAKTORING; a.k.a. VTB FACTORING LIMITED; a.k.a. VTB FACTORING LTD), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Website www.vtbf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 5087746611145 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FOREKS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FOREKS; a.k.a. VTB FOREKS OOO), Nab. Presnenskaya D. 10, Blok S, Floor 16, Moscow 123112, Russia; Organization Established Date 15 Mar 2016; Target Type Financial Institution; Tax ID No. 9701034653 (Russia); Registration Number 1167746257755 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB FOREKS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB FOREKS; a.k.a. VTB FOREKS), Nab. Presnenskaya D. 10, Blok S, Floor 16, Moscow 123112, Russia; Organization Established Date 15 Mar 2016; Target Type Financial Institution; Tax ID No. 9701034653 (Russia); Registration Number 1167746257755 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB INFRASTRUKTURNYE INVESTITSII (a.k.a. LIMITED LIABILITY COMPANY VTB INFRASTRUCTURE INVESTMENTS; a.k.a. LLC VTB INFRASTRUCTURE INVESTMENTS (Cyrillic: ООО ВТБ ИНФРАСТРУКТУРНЫЕ ИНВЕСТИЦИИ), Presnenskay Nab D. 10, Floor 15, Pomeshchenie III, Moscow 123112, Russia; d. 12 etazh 20 Mesto 20.41V, naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 28 May 2012; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7703768889 (Russia); Government Gazette Number 09824582 (Russia); Registration Number 1127746409801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB LEASING JOINT STOCK COMPANY (a.k.a. AO VTB LIZING; a.k.a. JSC VTB LEASING; a.k.a. VTB LEASING JSC), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the

following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB LEASING JSC (a.k.a. AO VTB LIZING; a.k.a. JSC VTB LEASING; a.k.a. VTB LEASING JOINT STOCK COMPANY), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB NEDVIZHIMOST, OOO (a.k.a. VTB REAL ESTATE LIMITED LIABILITY COMPANY; a.k.a. VTB REAL ESTATE, LLC), d. 10 etazh 7 (BLOK A), Naberezhnaya Presnenskaya, Moscow 123112, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Apr 2011; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1117746272907 (Russia); Tax ID No. 7729679810 (Russia); Government Gazette Number 91457857 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PENSION ADMINISTRATOR LIMITED (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR; a.k.a. VTB PENSION ADMINISTRATOR LTD; a.k.a. VTB PENSIONNY ADMINISTRATOR OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PENSION ADMINISTRATOR LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR; a.k.a. VTB PENSION ADMINISTRATOR LIMITED; a.k.a. VTB PENSIONNY ADMINISTRATOR OOO), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PENSIONNY ADMINISTRATOR OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PENSIONNY ADMINISTRATOR; a.k.a. VTB PENSION ADMINISTRATOR LIMITED; a.k.a. VTB PENSION ADMINISTRATOR LTD), d. 52 str. 1 nab.Kosmodamianskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Activities of holding companies; Registration ID 1097746178232 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB PROEKT OOO (Cyrillic: ООО ВТБ ПРОЕКТ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB PROEKT), d. 43 str. 1, ul. Vorontsovskaya, Moscow 109147, Russia; Organization

Established Date 22 Feb 2012; Organization Type: Financial leasing; alt. Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7710907460 (Russia); Registration Number 1127746118752 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REAL ESTATE LIMITED LIABILITY COMPANY (a.k.a. VTB NEDVIZHIMOST, OOO; a.k.a. VTB REAL ESTATE, LLC), d. 10 etazh 7 (BLOK A), Naberezhnaya Presnenskaya, Moscow 123112, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Apr 2011; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1117746272907 (Russia); Tax ID No. 7729679810 (Russia); Government Gazette Number 91457857 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REAL ESTATE, LLC (a.k.a. VTB NEDVIZHIMOST, OOO; a.k.a. VTB REAL ESTATE LIMITED LIABILITY COMPANY), d. 10 etazh 7 (BLOK A), Naberezhnaya Presnenskaya, Moscow 123112, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 08 Apr 2011; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1117746272907 (Russia); Tax ID No. 7729679810 (Russia); Government Gazette Number 91457857 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REGISTRAR (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive

Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REGISTRAR CJSC (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB REGISTRAR CLOSED JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SPECIALIZED DEPOSITORY CJSC (a.k.a. CJS VTB SPECIALIZED DEPOSITORY; a.k.a. VTB SPECIALIZED DEPOSITORY CLOSED JOINT STOCK COMPANY), 35 Myasnitskaya Street, Moscow 101000, Russia; Website www.odk.ru; Executive Order 13662 Directive

Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Jul 1996; Target Type Financial Institution; Registration Number 1027739157522 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SPECIALIZED DEPOSITORY CLOSED JOINT STOCK COMPANY (a.k.a. CJS VTB SPECIALIZED DEPOSITORY; a.k.a. VTB SPECIALIZED DEPOSITORY CJSC), 35 Myasnitskaya Street, Moscow 101000, Russia; Website www.odk.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Jul 1996; Target Type Financial Institution; Registration Number 1027739157522 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SYREVYE TOVARY KHOLDING OOO (Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYRYEVYE TOVARY KHOLDING; a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYRYEVYE TOVARY KHOLDING), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTB SYRYEVYE TOVARY KHOLDING (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VTB SYRYEVYE TOVARY KHOLDING; a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU VTB SYREVYE TOVARY KHOLDING; a.k.a. VTB SYREVYE TOVARY KHOLDING OOO

(Cyrillic: ООО ВТБ СЫРЬЕВЫЕ ТОВАРЫ ХОЛДИНГ)), Nab. Presnenskaya D. 12, Floor 31 Mesto 31.147, Moscow 123112, Russia; Organization Established Date 30 Mar 2016; Organization Type: Non-specialized wholesale trade; Tax ID No. 7703408597 (Russia); Registration Number 1167746344248 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

VTORYGINA, Elena Andreyevna (Cyrillic: ВТОРЫГИНА, Елена Андреевна), Russia; DOB 17 Aug 1957; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VUELA PERU S.A.C., Avenida Bolognesi 125, Dpto. 1602, Lima, Peru; RUC # 20508991879 (Peru) [SDNTK].

VUKOVIC, Zoran; DOB 06 Sep 1955; POB Brusna, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

VULIN, Aleksandar, Serbia; DOB 02 Oct 1972; POB Novi Sad, Serbia; nationality Serbia; citizen Serbia; Gender Male (individual) [BALKANS-EO14033].

VULOVIC, Srdjan Milivoje, Kosovo; DOB 03 Dec 1975; POB Ostrace, Leposavic Municipality, Kosovo; nationality Kosovo; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

VVB, PAO (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

VYALOV, Aleksandr Aleksandrovich, Russia; DOB 30 Dec 1977; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN).

VYATKA MACHINERY PLANT AVITEC JSC (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

VYATKIN, Dmitry Fedorovich (Cyrillic: ВЯТКИН, Дмитрий Федорович), Russia; DOB 21 May 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYBORG SHIPYARD PJSC (a.k.a. PJSC VYBORGSKY SUDOSTROITELNY FACTORY (Cyrillic: ПАО ВЫБОРГСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PUBLIC JOINT STOCK COMPANY VYBORG SHIPYARD; a.k.a. PUBLIC JOINT-STOCK COMPANY VYBORGSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO VYBORGSKIY SUDOSTROITELNYI ZAVOD), 2b Primorskoye Highway, Vyborg, Vyborgsky District, Leningrad Region 188800, Russia; Website www.vyborgshipyard.ru; Organization Established Date 23 Jul 1997; Tax ID No. 4704012874 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

VYBORNY, Anatoly Borisovich (Cyrillic: ВЫБОРНЫЙ, Анатолий Борисович), Russia; DOB 08 Jun 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYBORNYKH, Maksim Vladimirovich (Cyrillic: ВЫБОРНЫХ, Максим Владимирович; a.k.a. VYBORNYKH, Maxim Vladimirovich), Russia; DOB 09 May 1979; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

VYBORNYKH, Maxim Vladimirovich (a.k.a. VYBORNYKH, Maksim Vladimirovich (Cyrillic: ВЫБОРНЫХ, Максим Владимирович)), Russia; DOB 09 May 1979; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

VYDAYUSHCHIESYA KREDITY MICROCREDIT COMPANY LIMITED LIABILITY COMPANY (a.k.a. MCC VYDAYUSHIESYA KREDITY LLC; a.k.a. MIKROKREDITNAYA KOMPANIYA VYDAYUSHCHIESYA KREDITY), 32

Kutuzovsky Avenue, building 1, floor 6, room 6.C.01, Moscow 121170, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7725374454 (Russia); Registration Number 1177746493473 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

VYGON CONSULTING (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. LLC VYGON CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

VYGON KONSALTING OOO (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. LLC VYGON CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON CONSULTING), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

VYMPEL INTERSTATE COMMERCIAL CORPORATION (a.k.a. JSC MAC VYMPEL; a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

VYMPEL MAK PAO DEFENSE CORPORATION (a.k.a. JSC MAC VYMPEL; a.k.a. PUBLIC

JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV (a.k.a. AO GOS MKB VYMPEL IM. I.I. TOROPOVA; a.k.a. GOS MKB VYMPEL IM. I.I. TOROPOVA AO; a.k.a. JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

VYSOCHAISHI, PAO (a.k.a. GV GOLD; a.k.a. PAO VYSOCHAISHY; a.k.a. PJSC VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

VYSOKINSKY, Aleksandr Gennadyevich (a.k.a. VYSOKINSKY, Alexander Gennadyevich (Cyrillic: ВЫСОКИНСКИЙ, Александр Геннадьевич)), Russia; DOB 24 Sep 1973; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYSOKINSKY, Alexander Gennadyevich (Cyrillic: ВЫСОКИНСКИЙ, Александр Геннадьевич) (a.k.a. VYSOKINSKY, Aleksandr Gennadyevich), Russia; DOB 24 Sep 1973; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

VYSOTSKIY, Vladimir Yurievich (a.k.a. VYSOTSKY, Vladimir Yurievich (Cyrillic: ВЫСОЦКИЙ, Владимир Юрьевич); a.k.a.

VYSOTSKYI, Volodymyr Yuriyovych (Cyrillic: ВИСОЦЬКИЙ, Володимир Юрійович)); DOB 07 Apr 1985; POB Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VYSOTSKY, Vladimir Yurievich (Cyrillic: ВЫСОЦКИЙ, Владимир Юрьевич) (a.k.a. VYSOTSKIY, Vladimir Yurievich; a.k.a. VYSOTSKYI, Volodymyr Yuriyovych (Cyrillic: ВИСОЦЬКИЙ, Володимир Юрійович)); DOB 07 Apr 1985; POB Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VYSOTSKYI, Volodymyr Yuriyovych (Cyrillic: ВИСОЦЬКИЙ, Володимир Юрійович) (a.k.a. VYSOTSKIY, Vladimir Yurievich; a.k.a. VYSOTSKY, Vladimir Yurievich (Cyrillic: ВЫСОЦКИЙ, Владимир Юрьевич)); DOB 07 Apr 1985; POB Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINATOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ УНІТАРНАЕ ПРАДПРЫЕМСТВА МІНАТОР-СЭРВІС) (a.k.a. INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE; a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД) (a.k.a. INDUSTRIAL UNITARY

ENTERPRISE OIL BITUMEN PLANT; a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Лядянский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

VZPP-S AO (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

W AND G ARQUITECTOS, S.A. DE C.V. (a.k.a. W&G ARQUITECTOS, S.A. DE C.V.), 16 de Septiembre No. 21, Col. Manuel Avila Camacho, Naucalpan, Edo. de Mex., Mexico; C. Sao Paulo No. 2435, Providencia, Guadalajara, Jalisco, Mexico; R.F.C. WAR050401H27 (Mexico) [SDNTK].

W KIDAN, Hagos Ghebrehiwet (a.k.a. WELDEKIDANE, Hagos Ghebrehiwet; a.k.a. WOLDEKIDAN, Hagos Ghebrehiwet), Asmara, Eritrea; DOB 25 Apr 1953; POB Senafe, Eritrea; nationality Eritrea; Gender Male; National ID No. 0882109 (Eritrea) (individual) [ETHIOPIA-EO14046].

W&G ARQUITECTOS, S.A. DE C.V. (a.k.a. W AND G ARQUITECTOS, S.A. DE C.V.), 16 de Septiembre No. 21, Col. Manuel Avila Camacho, Naucalpan, Edo. de Mex., Mexico; C. Sao Paulo No. 2435, Providencia, Guadalajara,

Jalisco, Mexico; R.F.C. WAR050401H27 (Mexico) [SDNTK].

WAAD (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WA'AD AS SADIQ (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD COMPANY (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD FOR REBUILDING THE SOUTHERN SUBURB (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID

COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD PROJECT (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAAD PROJECT FOR RECONSTRUCTION (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAATASEMU CHARITY ASSOCIATION, Omar Almukhtar Street, Tripoli, Libya; Website http://waatasemu.org.ly; Email Address info@waatasemu.org; Telephone No. (218) 21 273343326; Fax No. (218) 21 253343328 [LIBYA2].

WA'D PROJECT (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions

Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WADDANI, Habib, Via unica Borighero n.1, San Donato M.se, MI, Italy; DOB 10 Jun 1970; POB Tunis, Tunisia; nationality Tunisia; Passport L550681 issued 23 Sep 1997 expires 22 Sep 2002; Italian Fiscal Code WDDHBB70H10Z352O (individual) [SDGT].

WADI AL AFRAH TRADING LLC, P.O. Box 40553, Dubai, United Arab Emirates; P.O. Box 39807, Dubai, United Arab Emirates; Flat No. 405 Rahim Al Badri Bldg., Naif Road, Deira, Dubai, United Arab Emirates; Registration ID 620850 (United Arab Emirates) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

WADI ALRRAFIDAYN FOR FOODSTUFFS (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. ALSARAF HAWALA OFFICE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. ALSARAF HAWALA OFFICE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

WADI, Faisal Mohamed M (a.k.a. AL-WADI, Faysal; a.k.a. WADY, Faisl Mohamed), Malta; DOB 15 Dec 1978; alt. DOB 15 Dec 1976; POB Libya; nationality Libya; Gender Male; Passport 530037 (Libya); National ID No. 037956A (Malta) (individual) [LIBYA3].

WADI, Musbah Mohamad M (a.k.a. WADY, Mosbah Mohamed), Malta; Cyprus; Omar Almohar, Tripoli, Libya; DOB 12 Jul 1993; POB Libya; nationality Libya; Gender Male; Passport

524945 (Libya); alt. Passport RL2957C0 (Libya) (individual) [LIBYA3].

WADY, Faisl Mohamed (a.k.a. AL-WADI, Faysal; a.k.a. WADI, Faisal Mohamed M), Malta; DOB 15 Dec 1978; alt. DOB 15 Dec 1976; POB Libya; nationality Libya; Gender Male; Passport 530037 (Libya); National ID No. 037956A (Malta) (individual) [LIBYA3].

WADY, Mosbah Mohamed (a.k.a. WADI, Musbah Mohamad M), Malta; Cyprus; Omar Almohar, Tripoli, Libya; DOB 12 Jul 1993; POB Libya; nationality Libya; Gender Male; Passport 524945 (Libya); alt. Passport RL2957C0 (Libya) (individual) [LIBYA3].

WAED (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WA'ED ORGANIZATION (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAEL ABDULKARIM AND PARTNERS (a.k.a. ABD-AL-KARIM GROUP; a.k.a. ABDULKARIM GROUP; a.k.a. ALKARIM FOR TRADE & INDUSTRY L.L.C.; a.k.a. ALKARIM FOR TRADE AND INDUSTRY; a.k.a. MOHD. WAEL ABDULKARIM & PARTNERS CO.), Abu Rumaneh, Ibn Al Haytham St., Besides Indian Embassy, Building No. 7, 1st Floor, Office No. 5, Damascus, Syria; Jaber Bin Hayan St. No. 162, Akkad & Sufi Bldg No. 1, 1st Floor, Damascus, Syria; P.O. Box 5797, Damascus,

Syria; P.O. Box 30693, Damascus, Syria; Adra-Tal El Kordi Triangle PC, Damascus 30693, Syria; Riyad El Solh Street, Beirut 12347, Lebanon; Website abdulkarimgroup.com [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED).

WAFA AL-IGATHA AL-ISLAMIA (a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA HUMANITARIAN ORGANIZATION) [SDGT].

WAFA HUMANITARIAN ORGANIZATION (a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT].

WAFA, Abdul (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussain; a.k.a. GILL, Muhammad Hussein; a.k.a. UL-WAFA, Abu), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

WAFA'I, Diya', Syria; DOB 07 Jan 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА) (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. CHVK VAGNER; a.k.a. PMC WAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

WAHAB, Wiyam (a.k.a. WAHHAB, Wiam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WAHAB, Zabihullah Abdul (a.k.a. VAHAP, Zabi; a.k.a. VAHAP, Zebih Ullah), Dubai, United Arab Emirates; DOB 01 Jan 1986; POB Akce, Afghanistan; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U24258057 (Turkey) expires 12 Jul 2031; alt. Passport U13652962 expires 02 Dec 2026; National ID No. 25406705762 (Turkey) (individual) [SDGT] [IFSR] (Linked To: KARIMIAN, Mohammad Sadegh; Linked To: TRANSMART DMCC).

WAHBE, Bilal (a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida

Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHBI, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHBI, Bilal Muhsin (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHBI, Muhammad (a.k.a. WAHBE, Mohamad), Bedfordview, Ekurhuleni, South Africa; 25 Sandhurst Vista, 13 Riepen Ave, Riepen Park, Sandton 2196, South Africa; DOB 14 Apr 1992; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2654120 (Lebanon) expires 22 Oct 2018; Identification Number 9204146485189 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

WAHBI, Muhsin Bilal (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah

Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WAHHAB, Wiam (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WAHHAB, Wi'am (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wiam; a.k.a. WIHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WAI, Chio (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WA'ID COMPANY (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

WAJANG, Joseph Mantiel (a.k.a. WEJANG, Nguen Monytuil; a.k.a. WEJJANG, Joseph Monytuil; a.k.a. "WEJANG, Joseph Manytuil"), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

WAKED DARWICH, Hamudi (a.k.a. WAKED DARWICH, Mohamed Abdo); DOB 30 Aug 1977; POB Colombia; citizen Panama; Cedula No. N-19-828 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED DARWICH, Mohamed Abdo (a.k.a. WAKED DARWICH, Hamudi); DOB 30 Aug 1977; POB Colombia; citizen Panama; Cedula No. N-19-828 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED FARES, Abdul Mohamed; DOB 19 Dec 1949; alt. DOB 09 Dec 1949; POB Kamed El Louz, Lebanon; citizen Panama; alt. citizen Lebanon; alt. citizen Colombia; Cedula No. N-19-804 (Panama); Passport 1640816 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATOUM, Jalal (a.k.a. WAKED HATUM, Jalal Ahmed); DOB 18 Oct 1976; POB Colombia; citizen Panama; alt. citizen Colombia; Cedula No. 3-700-2344 (Panama); Passport 0091672 (Panama); alt. Passport 1426177 (Panama); alt. Passport 1706460 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Nidal (a.k.a. WAKED HATUM, Nidal Ahmed); DOB 26 Jul 1971; alt. DOB 16 Jul 1971; alt. DOB 02 Aug 1971; POB Barranquilla, Colombia; citizen Spain; alt. citizen Colombia; alt. citizen Panama; Cedula No. N-19-680 (Panama); Passport 1000272479 (Panama); alt. Passport AAI105713 (Spain); National ID No. 0662764600 (Spain); alt. National ID No. A06627646N (Spain) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Ali; DOB 28 Aug 1972; Cedula No. N-19-612 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Gazy (a.k.a. WAKED HATUM, Ghazi); DOB 17 Sep 1973; POB Colombia; citizen Colombia; Cedula No. N-19624 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Ghazi (a.k.a. WAKED HATUM, Gazy); DOB 17 Sep 1973; POB Colombia; citizen Colombia; Cedula No. N-19624 (Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Jalal Ahmed (a.k.a. WAKED HATOUM, Jalal); DOB 18 Oct 1976; POB Colombia; citizen Panama; alt. citizen Colombia; Cedula No. 3-700-2344 (Panama); Passport 0091672 (Panama); alt. Passport 1426177 (Panama); alt. Passport 1706460

(Panama) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED HATUM, Nidal Ahmed (a.k.a. WAKED HATOUM, Nidal); DOB 26 Jul 1971; alt. DOB 16 Jul 1971; alt. DOB 02 Aug 1971; POB Barranquilla, Colombia; citizen Spain; alt. citizen Colombia; alt. citizen Panama; Cedula No. N-19-680 (Panama); Passport 1000272479 (Panama); alt. Passport AAI105713 (Spain); National ID No. 0662764600 (Spain); alt. National ID No. A06627646N (Spain) (individual) [SDNTK] (Linked To: WAKED MONEY LAUNDERING ORGANIZATION).

WAKED MONEY LAUNDERING ORGANIZATION, Panama [SDNTK].

WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WAKHITOV, Airat (a.k.a. BULGARSKIY, Salman; a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat); DOB 27 Mar 1977; POB Naberezhnye Chelny,

Republic of Tatarstan, Russia (individual) [SDGT].

WAKIL, Haji Sahib Rohullah (a.k.a. WAKIL, Rohullah; a.k.a. "Haji Rohullah"), Afghanistan; DOB 1962; alt. DOB 1963; POB Nangalam, Afghanistan; Gender Male (individual) [SDGT] (Linked To: ISIL KHORASAN).

WAKIL, Rohullah (a.k.a. WAKIL, Haji Sahib Rohullah; a.k.a. "Haji Rohullah"), Afghanistan; DOB 1962; alt. DOB 1963; POB Nangalam, Afghanistan; Gender Male (individual) [SDGT] (Linked To: ISIL KHORASAN).

WAKLED GARCIA, Walid (a.k.a. MAKLED GARCIA, Valed; a.k.a. MAKLED GARCIA, Walid; a.k.a. "EL TURCO WALID"), Calle Rio Orinoco, Ankara Building, Valle de Camoruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

WALAAC, Ina-Waran (a.k.a. AW-MAHAMUD, Abdiweli; a.k.a. YUSUF, Abdiweli Mohamed), Bari, Somalia; DOB 1982; alt. DOB 1981; alt. DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

WALDAU INVESTMENTS LIMITED, Arch. Makariou III, 276 Lara Court, Limassol 3105, Cyprus; Organization Established Date 20 Sep 2018; Organization Type: Activities of holding companies; Registration Number HE 388890 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

WALEED, Khalid (a.k.a. NAIK, Khalid; a.k.a. WALID, Hafiz Khalid); DOB 25 Oct 1974; alt. DOB 1971; POB Lahore, Pakistan; citizen Pakistan; Passport AA9967331 (Pakistan) issued 03 Jun 2006 expires 02 Jun 2011; National ID No. 3410104067339 (Pakistan) (individual) [SDGT].

WALI MEHSUD, Mufti Noor (a.k.a. WALI, Mufti Noor; a.k.a. WALI, Noor; a.k.a. "MANSOOR ASIM, Mufti Abu"), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male (individual) [SDGT].

WALI, Mohammad; DOB 02 Dec 1975; alt. DOB 02 Oct 1975; citizen Afghanistan (individual) [SDNTK] (Linked To: MOHAMMAD WALI MONEY EXCHANGE).

WALI, Mufti Noor (a.k.a. WALI MEHSUD, Mufti Noor; a.k.a. WALI, Noor; a.k.a. "MANSOOR ASIM, Mufti Abu"), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male (individual) [SDGT].

WALI, Noor (a.k.a. WALI MEHSUD, Mufti Noor; a.k.a. WALI, Mufti Noor; a.k.a. "MANSOOR ASIM, Mufti Abu"), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male (individual) [SDGT].

WALID, Hafiz Khalid (a.k.a. NAIK, Khalid; a.k.a. WALEED, Khalid); DOB 25 Oct 1974; alt. DOB 1971; POB Lahore, Pakistan; citizen Pakistan; Passport AA9967331 (Pakistan) issued 03 Jun 2006 expires 02 Jun 2011; National ID No. 3410104067339 (Pakistan) (individual) [SDGT].

WALID, Ibrahim (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

WAN MIN, bin Wan Mat (a.k.a. WAN MIN, Wan Mat); DOB 23 Sep 1960; POB Malaysia; nationality Malaysia (individual) [SDGT].

WAN MIN, Wan Mat (a.k.a. WAN MIN, bin Wan Mat); DOB 23 Sep 1960; POB Malaysia; nationality Malaysia (individual) [SDGT].

WAN, Exiang (Chinese Simplified: 万鄂湘; Chinese Traditional: 萬鄂湘) (a.k.a. WANG, Exiang), Beijing, China; DOB May 1956; POB Gongan County, Hubei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Chen (Chinese Simplified: 王晨; Chinese Traditional: 王晨), Beijing, China; DOB Dec 1950; POB Beijing, China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Chung Lang (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lung; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport 093104973 (United Kingdom); alt. Passport 093234017 (United Kingdom); alt. Passport 099156908 (United Kingdom); alt. Passport U11283369 (Iran); alt. Passport S2760238Z; National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: SOLTECH INDUSTRY CO., LTD.).

WANG, Chung Lung (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Zhong-Lang), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport 093104973 (United Kingdom); alt. Passport 093234017 (United Kingdom); alt. Passport 099156908 (United Kingdom); alt. Passport U11283369 (Iran); alt. Passport S2760238Z; National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: SOLTECH INDUSTRY CO., LTD.).

WANG, Dongming (Chinese Simplified: 王东明; Chinese Traditional: 王東明), Beijing, China; DOB Jul 1956; POB Benxi, Liaoning Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong

Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Exiang (a.k.a. WAN, Exiang (Chinese Simplified: 万鄂湘; Chinese Traditional: 萬鄂湘)), Beijing, China; DOB May 1956; POB Gongan County, Hubei Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WANG, Guo Ying (a.k.a. WANG, Guoying (Chinese Simplified: 王国英)); China; DOB 19 Mar 1950; nationality China; citizen China; Gender Female; Passport G41966371 (China); Chinese Commercial Code 3769 0948 5391 (individual) [SDNTK] (Linked To: CEC LIMITED).

WANG, Guoying (Chinese Simplified: 王国英) (a.k.a. WANG, Guo Ying), China; DOB 19 Mar 1950; nationality China; citizen China; Gender Female; Passport G41966371 (China); Chinese Commercial Code 3769 0948 5391 (individual) [SDNTK] (Linked To: CEC LIMITED).

WANG, Hongfei (Chinese Simplified: 王洪飞), China; DOB 02 Dec 1991; POB Hebei, China; nationality China; Email Address shuokangw@163.com; Gender Male; Digital Currency Address - XBT 3PKiHs4GY4rFg8dpppNVPXGPqMX6K2cBML; Phone Number 8615927270571; alt. Phone Number 8613313017588; alt. Phone Number 8615030111720; National ID No. 13053119911202021X (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: WUHAN SHUOKANG BIOLOGICAL TECHNOLOGY CO., LTD; Linked To: YAO, Huatao).

WANG, Jiantong (Chinese Simplified: 王建通), No. 199 Fengjiazhai Village, Fengjiazhai Township, Guangzong County, Xingtai City, Hebei Province, China (Chinese Simplified: 冯家寨村199号, 冯家寨乡, 广宗县, 邢台市, 河北省, China); DOB 06 Jul 1983; POB Hebei, China; nationality China; citizen China; Email Address wang1126250742@163.com; Gender Male; Digital Currency Address - XBT 3NNcbBcMZokPB2JC2dxYuZrpgcetvyGeJn; Phone Number 8613091279601; Digital Currency Address - TRX TMStbg5fgb4uTV7fK1gEYF9hKAzP3siPsG; National ID No. 130531198307060233 (China) (individual) [ILLICIT-DRUGS-EO14059].

WANG, Junzheng (Chinese Simplified: 王君正), Urumqi, Xinjiang, China; DOB May 1963; POB Linyi City, Shandong Province, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PRODUCTION AND CONSTRUCTION CORPS).

WANG, Mingjing (Chinese Simplified: 王明镜), Shijiazhuang, Hebei, China; DOB 08 Feb 1993; POB Hebei, China; nationality China; citizen China; Gender Male; National ID No. 130531199302080213 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI XIUNA TRADING CO., LTD.).

WANG, Mingming (Chinese Simplified: 王明明), No. 509 Fengjiazhai Village, Fengjiazhai Township, Guangzong County, Xingtai City, Hebei, China (Chinese Simplified: 冯家寨村509号, 冯家寨乡, 广宗县, 邢台市, 河北省, China); DOB 12 Mar 1989; POB Hebei, China; nationality China; citizen China; Gender Male; Digital Currency Address - XBT 1MLPqwaFFUBZePTjpR3nxRoK19Cv9mPCc7; alt. Digital Currency Address - XBT 3HePkztPU6UsdENxnyQHFrdZA6eVKeMtvz; alt. Digital Currency Address - XBT TUCsTq7TofTCJRRoHk6RvhMoS2mJLm5Yzq; Digital Currency Address - USDT 0xfac583c0cf07ea434052c49115a4682172ab6 b4f; National ID No. 130531198903120212 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI GUANLANG BIOTECHNOLOGY CO., LTD.).

WANG, Mingshan (Chinese Simplified: 王明山), Xinjiang, China; DOB Jan 1964; POB Wuwei, Gansu, China; Gender Male (individual) [GLOMAG].

WANG, Shucheng (Chinese Simplified: 王树程), China; DOB 25 May 1978; POB Hebei Province, China; nationality China; citizen China; Gender Male; National ID No. 13223319780525021X (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: SHANGHAI JARRED INDUSTRIAL CO., LTD.).

WANG, Ssu (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

WANG, Tianmin (Chinese Simplified: 王天民), China; DOB 30 Mar 1988; POB Hebei, China; nationality China; citizen China; Gender Male;

National ID No. 130531199803300216 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: QINGDAO CEMO TECHNOLOGY DEVELOP CO., LTD).

WANG, Wen Chou (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

WANG, Zhiqing (Chinese Simplified: 王志清) (a.k.a. ZHIQING, Wang), 2 301 No.129 Yongshi Living Area Huangong Road, Zibo, Shandong, China; DOB 01 Jun 1961 to 30 Jun 1961; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi) (individual) [IRAN-EO13846] (Linked To: SHANDONG QIWANGWA PETROCHEMICAL CO., LTD.).

WANG, Zhong-Lang (a.k.a. SELTAN MOHAMMEDI, Mohammed; a.k.a. SOLTANMOHAMMADI, Mohammad; a.k.a. SULTAN MOHMADI, Mohhamad; a.k.a. WANG, Chung Lang; a.k.a. WANG, Chung Lung), Apartment # 1504, Fairooz Tower, Dubai Marina, Dubai, United Arab Emirates; 216 Ocean Drive, Sentosa Cove, Singapore 098622, Singapore; DOB 04 Nov 1960; POB Hamedan, Iran; nationality Iran; alt. nationality United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 518015439 (United Kingdom) expires 07 Apr 2026; alt. Passport T96397867 (Iran); alt. Passport 038016890 (United Kingdom); alt. Passport 093045489 (United Kingdom); alt. Passport 093104973 (United Kingdom); alt. Passport 093234017 (United Kingdom); alt. Passport 099156908 (United Kingdom); alt. Passport U11283369 (Iran); alt. Passport S2760238Z; National ID No. S27602 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: SOLTECH INDUSTRY CO., LTD.).

WANNDY, Muhamad (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhamad

Wanndy Bin Mohamed; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

WANUS, Ali; DOB 05 Feb 1964; Scientific Studies and Research Center Brigadier General (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

WAQFIA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WARAICH, Choudry Ikram (a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARAICH, Ikram (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARAICH, Iqbal (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARDAH, Bassam, Syria; DOB 20 Jan 1967; nationality Syria; Scientific Studies and

Research Center Employee (individual) [SYRIA].

WARDYAN, Hasan (a.k.a. ALWARDIAN, Hasan Mohamed Ali; a.k.a. AL-WARDIAN, Hassan; a.k.a. AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: ‏حسن محمد علي الوردیان‎)), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

WAREHOUSE OUTLETS, S.A., Panama; RUC # 61872-33-350508 (Panama) [SDNTK].

WARGOS INDUSTRY LIMITED, Unit 617, 6/F, 131-132 Connaught Road West, Solo Workshops, Hong Kong, China; Registration Number 2843587 (Hong Kong) [RUSSIA-EO14024].

WARNIG, Matthias (Cyrillic: ВАРНИГ, Маттиас) (a.k.a. WARNIG, Matthias Arthur (Cyrillic: ВАРНИГ, Маттиас Артур); a.k.a. WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур)), Zug, Switzerland; Moscow, Russia; Saint Petersburg, Russia; Leipzig, Germany; DOB 26 Jul 1955; POB Altdobern, Brandenburg, Germany; nationality Germany; Gender Male (individual) [PEESA-EO14039].

WARNIG, Matthias Arthur (Cyrillic: ВАРНИГ, Маттиас Артур) (a.k.a. WARNIG, Matthias (Cyrillic: ВАРНИГ, Маттиас); a.k.a. WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур)), Zug, Switzerland; Moscow, Russia; Saint Petersburg, Russia; Leipzig, Germany; DOB 26 Jul 1955; POB Altdobern, Brandenburg, Germany; nationality Germany; Gender Male (individual) [PEESA-EO14039].

WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур) (a.k.a. WARNIG, Matthias (Cyrillic: ВАРНИГ, Маттиас); a.k.a. WARNIG, Matthias Artur (Cyrillic: ВАРНИГ, Маттиас Артур)), Zug, Switzerland; Moscow, Russia; Saint Petersburg, Russia; Leipzig, Germany; DOB 26 Jul 1955; POB Altdobern, Brandenburg, Germany; nationality Germany; Gender Male (individual) [PEESA-EO14039].

WARRAICH, Ullah (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRICH, Akram; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN

TRANSNATIONAL CRIMINAL ORGANIZATION).

WARRICH, Akram (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. "AKRAM, Mohammed"), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

WARSAME, Abdirahim Mohamed (a.k.a. KARATE, Mahad; a.k.a. KARATE, Mahad Mohamed Ali; a.k.a. KARATE, Mahad Warsame Qalley); DOB 1957 to 1962; POB Xarardheere, Somalia (individual) [SDGT].

WARSAME, Khalif Mohamed (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13386, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

WASHINGTON TRADING LTD, 71-75 Shelton Street, Covent Garden, London WC2H 9JQ, United Kingdom; Company Number 12447296 (United Kingdom) [VENEZUELA-EO13850].

WASSERMAN, Anatoly Aleksandrovich (Cyrillic: ВАССЕРМАН, Анатолий Александрович), Russia; DOB 09 Dec 1952; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

WASSIM KATTAN LLC (a.k.a. "TWA LLC" (Arabic: شركة تي دبليو ا); a.k.a. "WK LLC" (Arabic: شركة دبليو ك)), Rural Damascus, Syria; Organization Established Date 04 Jul 2019; Organization Type: Sale of motor vehicle parts and accessories [SYRIA] (Linked To: AL-QATTAN, Wassim Anwar).

WAYSIDE CORPORATION, Panama; RUC # 10415-108-106338 (Panama) [SDNTK].

WAYTOP INDUSTRIAL LIMITED (Chinese Traditional: 迅高實業有限公司), Rm E 7/F Genesis, Aberdeen, Hong Kong, China; Unit 7, 17/F., Rightful Centre, Nos. 11-12 Tak Hing Street, Jordan, Kln, Hong Kong, China; Organization Established Date 10 Aug 2007; Commercial Registry Number 1157470 (Hong Kong) [RUSSIA-EO14024].

WAZIR, Ahmed Jan (a.k.a. KUCHI, Ahmed Jan; a.k.a. ZADRAN, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan (individual) [SDGT].

WAZIR, Malang (a.k.a. JAN, Malang; a.k.a. MOHAMMED, Wali), Wana, South Waziristan, Pakistan; DOB 1975 (individual) [SDGT].

WAZNI GEMS DMCC (a.k.a. WHITE STAR DMCC (Arabic: وايت ستار م.د.م.س.)), Unit No. 98, DMCC Business Centre, Level No. 5, Jewellery and Gemplex 2, Dubai, United Arab Emirates; Almas Tower, 41-J Jumeirah Lake Towers, Dubai, United Arab Emirates; P.O. Box 340841, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jun 2008; Tax ID No. 100072307000003 (United Arab Emirates); Registration Number DMCC-31921 (United Arab Emirates); alt. Registration Number DMCC1189 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

WCP MANAGEMENT COMPANY LTD (Arabic: دبليو سي بي مانجمينت كومبانى ال تى دي), 201, 11, Al Sarab Tower, ADGM Square, Al Maryah Island, Abu Dhabi, United Arab Emirates; Organization Established Date 19 Dec 2022; Business Number 000008393 (United Arab Emirates); Registration Number 11983159 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

WEALTHING HOLDING PTE LTD, 1 George Street #10-01, Singapore 049145, Singapore; Organization Established Date 19 Jun 2019; Tax ID No. 201919688W (Singapore) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

WEALTHY OCEAN ENTERPRISES LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN)

INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

WEB KAMERTON (a.k.a. JOURNAL KAMERTON; a.k.a. NETWORK LITERARY AND HISTORICAL MAGAZINE KAMERTON), Moscow, Russia; Website www.webkamerton.ru [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

WEBER COMECHANICS LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VEBER KOMEKHANIKS; a.k.a. VEBER KOMEKHANIKS OOO), d. 4 k. 25 kom. 1, ul. Sharikopodshipnikovskaya, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 26 Apr 2000; Tax ID No. 7709307370 (Russia); Government Gazette Number 52754033 (Russia); Registration Number 1027700354076 (Russia) [RUSSIA-EO14024].

WEE TIONG (S) PTE LTD (a.k.a. WEE TIONG S PTE LTD), 1813 Geylang Bahru, #01-01 Kallang Distripark, 339715, Singapore; 64D Kallang Pudding Road, #02-00, Wee Tiong Building, 349323, Singapore; 02-00 Wee Tiong Building, 64D, Kallang Pudding Road, 349323, Singapore; 1805 Geylang Bahru #01-03, 339711, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 199308567K [DPRK].

WEE TIONG S PTE LTD (a.k.a. WEE TIONG (S) PTE LTD), 1813 Geylang Bahru, #01-01 Kallang Distripark, 339715, Singapore; 64D Kallang Pudding Road, #02-00, Wee Tiong

Building, 349323, Singapore; 02-00 Wee Tiong Building, 64D, Kallang Pudding Road, 349323, Singapore; 1805 Geylang Bahru #01-03, 339711, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 199308567K [DPRK].

WEHBE, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WEHBE, Mohamad (a.k.a. WAHBI, Muhammad), Bedfordview, Ekurhuleni, South Africa; 25 Sandhurst Vista, 13 Riepen Ave, Riepen Park, Sandton 2196, South Africa; DOB 14 Apr 1992; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 2654120 (Lebanon) expires 22 Oct 2018; Identification Number 9204146485189 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Firas Nazem).

WEHBI, Bilal Mohsem (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WEHBI, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967;

Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WEI TA LEE COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

WEI TA LEE COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

WEI, Chao (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410,

24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Hsueh Kang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Hsueh Lung (a.k.a. APHICHART, Cheewinprapasri; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

WEI, Hsueh Ying (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

WEI, Hsueh Yuan (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

WEI, Hsueh Yun (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. "WEI HSUEH YING"; a.k.a. "WEI HSUEH

YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

WEI, Jiao (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Lin Na (a.k.a. WEI, Linna (Chinese Simplified: 魏琳娜)), No. 5, The Lotus Pond, Hecheng District, Huaihua, Hunan Province, China; DOB 28 Nov 1980; POB Yunyan District, Guiyang, Guizhou Province, China; nationality China; Gender Female; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 520103198011285623 (China); Director of Binrin Limited (individual) [IRAN-EO13846] (Linked To: BINRIN LIMITED).

WEI, Linna (Chinese Simplified: 魏琳娜) (a.k.a. WEI, Lin Na), No. 5, The Lotus Pond, Hecheng District, Huaihua, Hunan Province, China; DOB 28 Nov 1980; POB Yunyan District, Guiyang, Guizhou Province, China; nationality China; Gender Female; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 520103198011285623 (China); Director of Binrin Limited (individual) [IRAN-EO13846] (Linked To: BINRIN LIMITED).

WEI, Shao-Kang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Sia-Kang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Su (a.k.a. SU, Gui Qin; a.k.a. SU, Guiqin; a.k.a. SU, Zhao; a.k.a. "SU, Madame"), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport E03807847 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Ta Chou (a.k.a. SAMSAENG, Suthep; a.k.a. SUTHEP, Samsaeng; a.k.a. "AH CHOU"; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathith 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

WEI, Ta Han (a.k.a. AKIRAPHOKIN, Thit; a.k.a. SUTHIT, Samsaeng; a.k.a. THIT, Akiraphokin; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

WEI, Xuekang (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

WEI, Zhang (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI,

Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Zhao (a.k.a. CHIO, Wai; a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

WEI, Zun Yi (a.k.a. WEI, Zunyi; a.k.a. "WEI, David"), Beijing, China; DOB 20 Dec 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE1650028 (China) issued 28 Aug 2018 expires 27 Aug 2028; National ID No. 370922197512201811 (China) (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

WEI, Zunyi (a.k.a. WEI, Zun Yi; a.k.a. "WEI, David"), Beijing, China; DOB 20 Dec 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE1650028 (China) issued 28 Aug 2018 expires 27 Aug 2028; National ID No. 370922197512201811 (China) (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

WEIHAI HUIJIANG TRADE LIMITED (a.k.a. WEIHAI HUIJIANG TRADE LTD), Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Longzhu Garden, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Identification Number IMO 6036742 [DPRK4].

WEIHAI HUIJIANG TRADE LTD (a.k.a. WEIHAI HUIJIANG TRADE LIMITED), Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Longzhu Garden, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6036742 [DPRK4].

WEIHAI WORLD-SHIPPING FREIGHT, 419-201, Tongyi Lu, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5905801 [DPRK4].

WEITMANN HANDELN ALLIANZ LLC (a.k.a. OBSHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VAYTMENN KHANDELN ALYANS), Str. Fatyanova 43, Liter A, Bishkek 720001, Kyrgyzstan; Tax ID No. 02408202210629 (Kyrgyzstan); Registration Number 31562175 (Kyrgyzstan) [RUSSIA-EO14024].

WEJANG, Nguen Monytuil (a.k.a. WAJANG, Joseph Mantiel; a.k.a. WEJJANG, Joseph Monytuil; a.k.a. "WEJANG, Joseph Manytuil"), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

WEJJANG, Joseph Monytuil (a.k.a. WAJANG, Joseph Mantiel; a.k.a. WEJANG, Nguen Monytuil; a.k.a. "WEJANG, Joseph Manytuil"), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

WELDEKIDANE, Hagos Ghebrehiwet (a.k.a. W KIDAN, Hagos Ghebrehiwet; a.k.a. WOLDEKIDAN, Hagos Ghebrehiwet), Asmara, Eritrea; DOB 25 Apr 1953; POB Senafe, Eritrea; nationality Eritrea; Gender Male; National ID No. 0882109 (Eritrea) (individual) [ETHIOPIA-EO14046].

WELDEYOHANES, Philipos (a.k.a. WELDEYOHANNES, Filipos; a.k.a.

WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Philipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELDEYOHANNES, Filipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Philipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELDEYOHANNES, Fillipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Philipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELDEYOHANNES, Philipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Philipos; a.k.a. WOLDEYOHANNES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WELFARE AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF

AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

WELFARE AND DEVELOPMENT FUND OF PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan;

81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND

WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE

GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WELFARE OF HUMANITY (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a.

PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

WELMART GROUP LIMITED, Unit 1405B 14/F, The Belgian Bank Building, Nos. 721-725 Nathan Road, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 06 Mar 2018; Registration Number 2662335 (Hong Kong) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

WELMART GROUP LP, Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; 101 Rose Street South Lane, Edinburgh,

Scotland EH2 3JG, United Kingdom; Organization Established Date 25 May 2016; UK Company Number SL026873 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

WEST ALBORZ STEEL CO. (a.k.a. WEST ALBORZ STEEL COMPLEX (Arabic: مجتمع فولاد غرب البرز)), No.10, Vatani Alley, Kavousifar St., Behesti Ave, Tehran 15778-15713, Iran; Website www.wasteelco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

WEST ALBORZ STEEL COMPLEX (Arabic: مجتمع فولاد غرب البرز) (a.k.a. WEST ALBORZ STEEL CO.), No.10, Vatani Alley, Kavousifar St., Behesti Ave, Tehran 15778-15713, Iran; Website www.wasteelco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

WEST SIBERIAN COMMERCIAL BANK (a.k.a. WEST SIBERIAN COMMERCIAL BANK PJSC; a.k.a. WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY; a.k.a. ZAPSIBCOMBANK), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

WEST SIBERIAN COMMERCIAL BANK PJSC (a.k.a. WEST SIBERIAN COMMERCIAL BANK; a.k.a. WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY; a.k.a. ZAPSIBCOMBANK), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY (a.k.a. WEST SIBERIAN COMMERCIAL BANK; a.k.a. WEST SIBERIAN COMMERCIAL BANK PJSC; a.k.a. ZAPSIBCOMBANK), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

WEST SUN TRADE (a.k.a. WEST SUN TRADE GMBH), Winterhuder Weg 8, Hamburg 22085, Germany; Arak Machine Mfg. Bldg., 2nd Floor,

opp. of College Economy, Northern Kargar Ave., Tehran 14136, Iran; Mundsburger Damm 16, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 45757 (Germany); all offices worldwide [IRAN].

WEST SUN TRADE GMBH (a.k.a. WEST SUN TRADE), Winterhuder Weg 8, Hamburg 22085, Germany; Arak Machine Mfg. Bldg., 2nd Floor, opp. of College Economy, Northern Kargar Ave., Tehran 14136, Iran; Mundsburger Damm 16, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 45757 (Germany); all offices worldwide [IRAN].

WESTLINE ENTERPRISES, INC., Panama; RUC # 1351606-1-617448 (Panama) [SDNTK].

WHALE SHIPPING LTD., c/o Government of Iraq, State Organization of Ports, Maqal, Basrah, Iraq [IRAQ2].

WHITE BEACH WATERSPORTS (a.k.a. WHITE BEACH WATERSPORTS PVT LTD), Male, Maldives; Beach Road, Hulhamale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2020; Organization Type: Other amusement and recreation activities; Registration Number C-0930/2020 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

WHITE BEACH WATERSPORTS PVT LTD (a.k.a. WHITE BEACH WATERSPORTS), Male, Maldives; Beach Road, Hulhamale 23000, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Nov 2020; Organization Type: Other amusement and recreation activities; Registration Number C-0930/2020 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

WHITE PIGEON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS

ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITEPIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

WHITE SEAL HOLDINGS LIMITED, 115 Spyrou Kyprianou Avenue, Limassol 3077, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

WHITE STAR DMCC (Arabic: وايت ستار م.د.م.س; (f.k.a. WAZNI GEMS DMCC), Unit No. 98, DMCC Business Centre, Level No. 5, Jewellery and Gemplex 2, Dubai, United Arab Emirates; Almas Tower, 41-J Jumeirah Lake Towers, Dubai, United Arab Emirates; P.O. Box 340841, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jun 2008; Tax ID No. 100072307000003 (United Arab Emirates); Registration Number DMCC-31921 (United Arab Emirates); alt. Registration Number DMCC1189 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

WHITE TIGER TRADING COMPANY a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

WHITELEAVE HOLDINGS LIMITED, 15 Dimokritou, Panaretos Eliana Complex, Apt. 104, Potamos Germasogeias, Limassol 4041, Cyprus; Organization Established Date 16 Jun 2014; Registration Number HE 333369 (Cyprus) [RUSSIA-EO14024] (Linked To: MK INTERROS INVEST).

WHITEPIGEON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS

ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. "TRO"), Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

WIDIS GRUPP (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VIDIS GRUPP), d. 4k. 1 etazh/pomeshch, 3/XI

kom., 39A, ul. Sadovniki, Moscow 115487, Russia; Tax ID No. 7719019691 (Russia); Registration Number 1107746791910 (Russia) [RUSSIA-EO14024].

WIDOBLO HERNANDEZ, Jose, c/o AERO EXPRESS INTERCONTINENTAL S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Oriente 166 No. 235, Colonia Moctezuma, Mexico City, Distrito Federal, Mexico; DOB 10 Apr 1952; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 99400004049 (Mexico); C.U.R.P. WIHJ520410HDFDRS02 (Mexico) (individual) [SDNTK].

WIHAB, Wi'am (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wiam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wiyam); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WIHAB, Wiyam (a.k.a. WAHAB, Wiyam; a.k.a. WAHHAB, Wiam; a.k.a. WAHHAB, Wi'am; a.k.a. WIHAB, Wi'am); DOB 1964; POB Al-Jahiliya, Shuf Mountains, Lebanon (individual) [LEBANON].

WIHBI, Bilal Muhsin (a.k.a. WAHBE, Bilal; a.k.a. WAHBI, Bilal Mohsen; a.k.a. WAHBI, Bilal Muhsin; a.k.a. WAHBI, Muhsin Bilal; a.k.a. WEHBE, Bilal Mohsen; a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen), Avenida Jose Maria de Brito 929, Centro,, Foz Do Iguacu, Parana State, Brazil; DOB 07 Jan 1967; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Identification Number 77688048 (Brazil); Shaykh (individual) [SDGT].

WILAYAH CENTRAL AFRICA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic

Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

WILAYAH CENTRAL AFRICA (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

WILAYAH CENTRAL AFRICA MEDIA OFFICE (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

WILAYAH QAWKAZ (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAT QAWKAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia [SDGT].

WILAYAT AL-HARAMAYN (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a.

"PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

WILAYAT CENTRAL AFRICA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

WILAYAT QAWQAZ (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia [SDGT].

WILAYAT SAYNA (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

WILAYAT SINAI (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND

ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE- SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

WILAYAT WASAT IFRIQIYAH (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES- ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

WILMINGTON GENERAL TRADING LLC (a.k.a. THE BEST LEADER GENERAL TRADING LLC), 1805, Al Owais Tower, Binias Road, Deira, Dubai, United Arab Emirates; P.O. 31622, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 668722 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SEIFI, Asadollah).

WIN, Aung (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY

LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

WIN, Khin Phyu (a.k.a. SHUI, Zhao Jia; a.k.a. SHWE, Kyauk Kyar; a.k.a. WIN, Kin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

WIN, Kin Phyu (a.k.a. SHUI, Zhao Jia; a.k.a. SHWE, Kyauk Kyar; a.k.a. WIN, Khin Phyu), 1002, Shwe Than Lwin Condo, New University Avenue, Bahan Township, Yangon, Burma; No. 218, Building No. A, Level 16 A, No. 13 Ward, Insein Road, Hlaing Township, Yangon, Burma; DOB 10 Nov 1960; nationality Burma; Gender Female; National ID No. 13/THAPANA(AEI)000103 (Burma) (individual) [BURMA-EO14014].

WIN, Myo Swe (a.k.a. WIN, U Myo Swe), Thandar Hnisi, Rangoon, Burma; DOB 21 Jan 1961; POB Natalin, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM005096 (Burma) issued 05 Feb 2019 expires 04 Feb 2029; National ID No. 7PAKHANAN008087 (Burma); Bago Region Chief Minister (individual) [BURMA-EO14014].

WIN, Sein, Burma; DOB Jul 1956; POB Pyin Oo Lwin, Burma; Gender Male (individual) [BURMA-EO14014].

WIN, Soe, Burma; DOB 01 Mar 1960; Gender Male (individual) [GLOMAG] [BURMA-EO14014].

WIN, Thet Kaing (a.k.a. WIN, Thet Khaing), C 541, 1, Yan Myo Thant Zin Street, Zaya Theikdi Quarter, Naypyitaw, Burma; DOB 14 Nov 1961;

POB Rangoon, Burma; nationality Burma; Gender Male; Passport DM004668 (Burma) issued 17 Oct 2017 expires 16 Oct 2027; National ID No. 12KAMATAN043299 (Burma); Minister of Health and Sports (individual) [BURMA-EO14014].

WIN, Thet Khaing (a.k.a. WIN, Thet Kaing), C 541, 1, Yan Myo Thant Zin Street, Zaya Theikdi Quarter, Naypyitaw, Burma; DOB 14 Nov 1961; POB Rangoon, Burma; nationality Burma; Gender Male; Passport DM004668 (Burma) issued 17 Oct 2017 expires 16 Oct 2027; National ID No. 12KAMATAN043299 (Burma); Minister of Health and Sports (individual) [BURMA-EO14014].

WIN, U Myo Swe (a.k.a. WIN, Myo Swe), Thandar Hnisi, Rangoon, Burma; DOB 21 Jan 1961; POB Natalin, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM005096 (Burma) issued 05 Feb 2019 expires 04 Feb 2029; National ID No. 7PAKHANAN008087 (Burma); Bago Region Chief Minister (individual) [BURMA-EO14014].

WINDFEL PROPERTIES LIMITED (a.k.a. PREDSTAVITELSTVO WINDFEL PROPERTIES LIMITED), Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Mustakillik 59A, Tashkent, Uzbekistan; Organization Established Date 09 Sep 2016; Legal Entity Number 2180068XRFK54K3Z159; Registration Number C359911 (Cyprus); alt. Registration Number 207288668 (Uzbekistan) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

WINDHAM COMMERCIAL GROUP INC., Panama [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

WINGS PRIVATE JOINT STOCK COMPANY (a.k.a. WINGS PRIVATE JSC (Arabic: شركة الاجنحة المساهمة المقفلة الخاصة)), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

WINGS PRIVATE JSC (Arabic: شركة الاجنحة المساهمة المقفلة الخاصة) (a.k.a. WINGS PRIVATE JOINT STOCK COMPANY), Rural Damascus, Syria; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

WINNERS CONSTRUCTION COMPANY LIMITED (a.k.a. "WINNERS CONSTRUCTION"), South Sudan; Organization Established Date 06 Sep 2019; Organization Type: Construction of roads and railways;

Registration Number 32696 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

WISMOTOS FUENTE DE ORO, Carrera 14 No. 9-19, Fuente de Oro, Meta, Colombia; Matricula Mercantil No 00118075 (Colombia) [SDNTK].

WISMOTOS S.A. (a.k.a. CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A.), Calle 14 No. 13-29, Granada, Meta, Colombia; Calle 35 No. 27-63, Villavicencio, Meta, Colombia; Carrera 6 No. 7-17, San Martin, Meta, Colombia; NIT # 900069501-0 (Colombia) [SDNTK].

WISSER, Gerhard; DOB 02 Jul 1939; POB Lohne, Germany; nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 3139001443 (Germany) (individual) [NPWMD] [IFSR].

WITSHIPPING MARITIME PTE LTD (a.k.a. HARDSEA AGENCIES; f.k.a. SINOSE MARITIME), Hoe Chiang Road 10, #15-02a, Central Business District 089315, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 201131193Z (Singapore) [IRAN].

WITTHAYA, Ngamthiralert (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

WIV, SOCIEDAD ANONIMA (a.k.a. "WIV S.A."; a.k.a. "WIVSA"), Aldea Los Angeles, Zona 0 Carretera, Tecun Uman, San Marcos, Guatemala; Organization Established Date 09 Dec 2015; Organization Type: Other business support service activities n.e.c.; NIT # 92345093 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

WOL, Santino Deng (a.k.a. KUOL, Santino Deng; a.k.a. WUOL, Santino Deng); DOB 09 Nov 1962; POB Aweil, South Sudan; alt. POB Aweil, Sudan; Major General; Sudan People's Liberation Army Third Division Commander (individual) [SOUTH SUDAN].

WOLDEKIDAN, Hagos Ghebrehiwet (a.k.a. W KIDAN, Hagos Ghebrehiwet; a.k.a. WELDEKIDANE, Hagos Ghebrehiwet), Asmara, Eritrea; DOB 25 Apr 1953; POB Senafe, Eritrea; nationality Eritrea; Gender Male; National ID No. 0882109 (Eritrea) (individual) [ETHIOPIA-EO14046].

WOLDEYOHANES, Filipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a.

WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANNES, Phillipos; a.k.a. WOLDEYOHANNES, Philipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLDEYOHANES, Phillipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLDEYOHANNES, Filipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Philipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLDEYOHANNES, Philipos (a.k.a. WELDEYOHANES, Philipos; a.k.a. WELDEYOHANNES, Filipos; a.k.a. WELDEYOHANNES, Fillipos; a.k.a. WELDEYOHANNES, Philipos; a.k.a. WOLDEYOHANES, Filipos; a.k.a. WOLDEYOHANES, Phillipos; a.k.a. WOLDEYOHANNES, Filipos), Shire, Tigray, Ethiopia; Eritrea; DOB 1955; POB Ts'elot, Asmara, Eritrea; nationality Eritrea; Gender Male (individual) [GLOMAG].

WOLF HOLDING COMPANY (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

'WOLF' HOLDING OF SECURITY STRUCTURES (a.k.a. DEFENSE HOLDING

STRUCTURE 'WOLF'; a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. WOLF HOLDING COMPANY), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

WOLFOVITZ, Alexander (a.k.a. WOLFOVICH, Aleksandr (Cyrillic: ВОЛФОВИЧ, Александр); a.k.a. VOLFOVICH, Alexander; a.k.a. VOLFOVITS, Alexanter), 1 Danias, Agios Tychonas, Limassol, Cyprus; DOB 26 Oct 1961; nationality Cyprus; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich).

WONDERLAND AMUSEMENT PARK (a.k.a. WONDERLAND AMUSEMENT PARK AND RESORT LTD), B1 Kukbawa, Opposite National Stadium, Abuja, FCT, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

WONDERLAND AMUSEMENT PARK AND RESORT LTD (a.k.a. WONDERLAND AMUSEMENT PARK), B1 Kukbawa, Opposite National Stadium, Abuja, FCT, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

WONG, Kam Kong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong

Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Kamkong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Moon Chi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Moonchi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG,

Moon Chi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Mun Chi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WONG, Munchi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong

Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WOOD INTERNATIONAL GROUP SARLU (a.k.a. BOIS ROUGE SARLU), Rond Point De Kaga Mangoulou, Avenue du 15 Mars, 4eme, Bangui, Central African Republic; Kanagamongoulou, Gobongo 6, 4eme, Bangui, Central African Republic; Organization Established Date Mar 2019; alt. Organization Established Date 2021; Organization Type: Logging; Registration Number CA/BG/2019B520 (Central African Republic); alt. Registration Number CA/BG/2022M1910 (Central African Republic) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

WOODFORD ENTERPRISES LIMITED SASU, 8eme etage, Immeuble 1113, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01274 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: GEMINI S.A.S.U.).

WOODHAVEN DRC SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01347 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: ROSEHILL DRC SASU).

WORAWATVICHAI, Hataiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD.,

Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Hathaiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Suravee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a.

WORAWATWICHAI, Surawee, a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Surawee, a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Hataiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a.

VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Suravee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Hathaiwan (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Surawee (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORAWATWICHAI, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

WORKERS' PARTY OF KOREA CENTRAL MILITARY COMMISSION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

WORKERS' WELFARE BANK - OF IRAN (a.k.a. BANK REFAH; a.k.a. BANK REFAH KARGARAN), No. 40 North Shiraz Street, Mollasadra Ave, Vanak Sq, Tehran 19917, Iran; No. 40, North Shiraz St, Mollasadra Ave, Tehran, Iran; 40, Northern Shirazi St, Molla Sadra Ave, Tehran 19917, Iran; Website www.bankrefah.ir; alt. Website www.refah-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

WORLD DISTRIBUTION SYSTEM (a.k.a. SISTEMA DE DISTRIBUCION MUNDIAL, S.A.C.), Avenida Jose Pardo No. 601, Piso 11, Lima, Peru; RUC # 20458382779 (Peru) [SDNTK].

WORLD HONGMEN HISTORY AND CULTURE ASSOCIATION (Chinese Traditional: 世界洪門歷史文化協會), Cambodia; Organization Established Date 2018 [GLOMAG] (Linked To: KOI, Wan Kuok).

WORLD HUMAN CARE, Jl Witanaharja III blok C/137, Pamulang Bara, Pamulang, Tangerang Selatan, Banten, Indonesia; Komp. Setia Bina Sarana Jl Ciremai Raya Blok AB 3 No. 9 RT 05/RW 07, Kelurahan Harapan Jaya Kecamatan Bekasi Utara, Bekasi 170124, Indonesia; Jln. Siliwangi Raya Blok D3 no. 7, Pamulang Permai 1, Pamulang Barat, Taggerang Selatan 15417, Indonesia; Markaz Syria Today - WHC Iblien Village, Jabalzawiyah, Idlib Province, Syria; Website https://www.whc.or.id; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number AHU-09363.50.10.2014 (Indonesia) issued 20 Nov 2014 [SDGT] (Linked To: MAJELIS MUJAHIDIN INDONESIA).

WORLD LINE SYSTEM S.A., Calle 46 No. 45A-38, Palmira, Valle, Colombia; Avenida 6 Norte No. 23N-85, Cali, Colombia; NIT # 815003764-9 (Colombia) [SDNT].

WORLD MINING INDUSTRY COMPANY LTD, Unit 1504, Full Tower, No. 9, East Third Ring Ro, Chaoyang District, Beijing, China; Level 2, Motahari St., No. 193, Tehran, Iran; Website http://wmi.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871] (Linked To: MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY).

WORLD WATER FISHERIES LIMITED (f.k.a. IL-BRAZZOL), 10 Quarry Garage, Gharghur, Malta; 22 Mensija Road, San Gwann SGN 1432, Malta; 6/13, Ibragg road, Tal-Balal, Swieqi, Malta; D-U-N-S Number 56-558-7594; V.A.T. Number MT15388917 (Malta); Trade License No. C 24129 (Malta); Company Number 4220856 [LIBYA3] (Linked To: DEBONO, Darren).

WORLDFAST INTERNATIONAL LIMITED (a.k.a. WORLDFAST INTERNATIONAL LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDFAST INTERNATIONAL LTD (a.k.a. WORLDFAST INTERNATIONAL LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING & TRANS (a.k.a. WORLDWIDE SHIPPING & TRANSPORTATION LIMITED; a.k.a. WORLDWIDE SHIPPING AND TRANS; a.k.a. WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING & TRANSPORTATION LIMITED (a.k.a. WORLDWIDE SHIPPING & TRANS; a.k.a. WORLDWIDE SHIPPING AND TRANS; a.k.a. WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING AND TRANS (a.k.a. WORLDWIDE SHIPPING & TRANS; a.k.a.

WORLDWIDE SHIPPING & TRANSPORTATION LIMITED; a.k.a. WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WORLDWIDE SHIPPING AND TRANSPORTATION LIMITED (a.k.a. WORLDWIDE SHIPPING & TRANS; a.k.a. WORLDWIDE SHIPPING & TRANSPORTATION LIMITED; a.k.a. WORLDWIDE SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

WRIGHT, Ian Colin (a.k.a. DOGUZHIEV, Alexey; a.k.a. KORINETS, Andrey Stanislavovich (Cyrillic: КОРИНЕЦ, Андрей Станиславович)), Syktyvkar, Komi Republic, Russia; DOB 18 May 1987; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8707233962 (Russia) (individual) [CYBER2].

WS SHIPPING CO. LTD. (Chinese Simplified: 贏华船務有限公司), 9th Floor, Block C, Qingdao Plaza, 381, Dunhua Lu, Shibei Qu, Qingdao, Shandong 266034, China; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong, China; Identification Number IMO 6096873; Registration Number 2818185 (Hong Kong) [IRAN-EO13846].

WT MARINE PTE LTD, #11-09 Parkway Parade, 449269, Singapore; 64D Kallang Pudding Road, #09-00 Wee Tiong Building, 349323, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 201616714Z [DPRK].

WU, Chai Su (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam

Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WU, Chaisu (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

WU, Huihui (a.k.a. "FAST4RELEASE"; a.k.a. "WAKEMEUPUPUP"), China; DOB 15 Dec 1988; POB Shandong, China; nationality China; Gender Male; Digital Currency Address - XBT 1986rYHckYbJpGQJy6ornuMyD2N5MTqwDt; alt. Digital Currency Address - XBT 125W5ek3DT6Zqy5S2iPt4FHQdNMCbZA3FU; alt. Digital Currency Address - XBT 1Kc6egXevyLEaeTxLFA1Zyw7GuhCN8jQtt; alt. Digital Currency Address - XBT 12w6v1qAaBc4W8h8C2Cu5SKFaKDSv3erUW; alt. Digital Currency Address - XBT 1CPJak9ZyddbawMGJPyEhCiJLXXb4sYv8N; alt. Digital Currency Address - XBT 1DJoVLgn1foJHHngduRPJvRbwpaFEKxvxd; alt. Digital Currency Address - XBT 15kZobLkD6HZgEECtz4oS2Vz21XHTnNfSg; alt. Digital Currency Address - XBT

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

15qyVrZvvVGvB7GWiAZ82TNcZ6QWMKu3kx; alt. Digital Currency Address - XBT 12YCfVAEzkEZXBYhUTyJJaRkgMXiFxJgcu; alt. Digital Currency Address - XBT 1MkCnCa9agS5t6V1B15bzusBgYECB4LfWp; alt. Digital Currency Address - XBT 1NuBZQXJPyYQGfoBib8wWBDpZmbtkJa5Ba; alt. Digital Currency Address - XBT 14rjAD8ZP5xaL571cMRE98qgxxbg1S8mAN; alt. Digital Currency Address - XBT 18yWCu6agTxYqAerMxiz9sgHrK3ViezzGa; alt. Digital Currency Address - XBT 12jVCWW1ZhTLA5yVnroEJswqKwsfiZKsax; alt. Digital Currency Address - XBT 1J378PbmTKn2sEw6NBrSWVfjZLBZW3DZem; alt. Digital Currency Address - XBT 18aqbRhHupgvC9K8qEqD78phmTQQWs7B5d; alt. Digital Currency Address - XBT 16ti2EXaae5izfkUZ1Zc59HMcsdnHpP5QJ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E59165201 (China) expires 01 Sep 2025; Identification Number 371326198812157611 (China) (individual) [DPRK3] (Linked To: LAZARUS GROUP).

WU, Nan Hsiung (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

WU, Weihua (Chinese Simplified: 武维华; Chinese Traditional: 武維華), Beijing, China; DOB 06 Sep 1956; POB Linfen, Shanxi Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

WU, Yaqin (Chinese Simplified: 吴雅琴), China; DOB 13 Nov 1992; POB Hubei, China; nationality China; Email Address lilywu921206@gmail.com; alt. Email Address furody@icloud.com; Gender Female; Phone Number 8615623932350; National ID No. 429004199211135144 (China) (individual)

[ILLICIT-DRUGS-EO14059] (Linked To: YAO, Huatao).

WU, Yingjie (Chinese Simplified: 吴英杰), China; DOB Dec 1956; POB Changyi County, Shandong Province, China; nationality China; Gender Male (individual) [GLOMAG].

WU, Yonghao (Chinese Simplified: 吴永昊), China; DOB 28 Jan 1992; POB Hubei, China; nationality China; National ID No. 429004199201280014 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: YAO, Huatao).

WUHAN GLOBAL SENSOR TECHNOLOGY CO., LTD. (Chinese Simplified: 武汉高芯科技有限公司), Building 2, No. 6, Huanglongshan S. Road, Donghu Development Zone, Wuhan, Hubei, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 28 Apr 2013; Unified Social Credit Code (USCC) 91420100066186736 (China) [RUSSIA-EO14024].

WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD (a.k.a. WUHAN SANJIANG IMP. & EXP. CO. LTD.; a.k.a. WUHAN SANJIANG IMPORT AND EXPORT CO. LTD; a.k.a. "WSIEC"), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

WUHAN MAIWE COMMUNICATION CO LTD (Chinese Simplified: 武汉迈威通信股份有限公司), Building 2, Lot E, Phoenix Industrial Park, No. 52 Liufang Avenue, East Lake New Technology Development Zone, Wuhan 430205, China; Unified Social Credit Code (USCC) 9142010030349268X3 (China) [RUSSIA-EO14024].

WUHAN SANJIANG IMP. & EXP. CO. LTD. (a.k.a. WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD; a.k.a. WUHAN SANJIANG IMPORT AND EXPORT CO. LTD; a.k.a. "WSIEC"), Room 519, complex building

Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

WUHAN SANJIANG IMPORT AND EXPORT CO. LTD (a.k.a. WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD; a.k.a. WUHAN SANJIANG IMP. & EXP. CO. LTD.; a.k.a. "WSIEC"), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

WUHAN SHUOKANG BIOLOGICAL TECHNOLOGY CO., LTD (Chinese Simplified: 武汉硕康生物科技有限公司), H05106, Building 1, No. 58, Guangxi Avenue, East Lake New Technology Development Zone, Wuhan, Hubei, China (Chinese Simplified: 东湖新技术开发区光口大道58号1栋H05106, 武汉, 湖北, China); Organization Established Date 25 May 2021; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; Registration Number 420100001731665 (China); Unified Social Credit Code (USCC) 91420100MA49RQRJ87 (China) [ILLICIT-DRUGS-EO14059] (Linked To: YAO, Huatao).

WUHAN TONGSHENG TECHNOLOGY CO., LTD., F038, Floor 5-8, 13, 15, Block B, No. 2 Factory Building, Guangyuan Science Park, No. 6 Huashiyuan North Road, Wuhan, Hubei 430000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 29 Jun 2021; Unified Social Credit Code (USCC) 91420100MA4F0QE59C (China) [RUSSIA-EO14024].

WUHAN XIAORUIZHI SCIENCE AND TECHNOLOGY COMPANY, LIMITED (Chinese Simplified: 武汉晓睿智科技有限责任公司), 2nd Floor, No. 16, Huashiyuan North Road, East Lake New Technology Development Zone, Wuhan, Hubei Province, China; Organization Established Date 08 Mar 2010; Organization Type: Computer programming activities; Unified Social Credit Code (USCC) 91420100551956105K (China) [CYBER2].

WUHAN YUANCHENG GONGCHUANG TECHNOLOGY CO., LTD. (Chinese Simplified: 武汉远成共创科技有限公司), No. 426 Zhongshan Road, Wuchang District, Wuhan, Hubei, China; No. 425 Zhongshan Road, Wuchang District, Wuhan, Hubei, China; Registration Number 420106000105666 (China) [ILLICIT-DRUGS-EO14059].

WUOL, Santino Deng (a.k.a. KUOL, Santino Deng; a.k.a. WOL, Santino Deng); DOB 09 Nov 1962; POB Aweil, South Sudan; alt. POB Aweil, Sudan; Major General; Sudan People's Liberation Army Third Division Commander (individual) [SOUTH SUDAN].

WWG DIAMONDS, Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Target Type Private Company; Enterprise Number 0821135682 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

WWW.AEROCONTINENTE.COM (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

WWW.AEROCONTINENTE.COM.PE (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

WWW.CUBA-SHOP.NET (a.k.a. LA COMPANIA TIENDAS UNIVERSO S.A.) [CUBA].

WWW.NUEVOCONTINENTE.COM.PE (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores,

Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2099, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

WWW.SERCUBA.COM (a.k.a. SERCUBA), Gral. Gomez #105 e/ Maceo e Independencia, Camaguey, Cuba; Calle 29 #5218 e/ 52 y 54 Edif. Cimex, Cienfuegos, Cuba; Libertad s/n, e/ Honorato del Castillo y Maceo, Ciego de Avila, Cuba; Calle 6 #408 esq. 3ra. Ave. Miramar Playa, La Habana, Cuba; Edif. Las Novedades altos Ave. Frank Pais e/ Segunda y Aven. Figueredo. Rpto. Jesus Menendez. Bayamo, Granma, Cuba; Crombet s/n e/ Los Maceos y Moncada, Guantanamo, Cuba; Frexes #216 e/ Maceo y Martires, Holguin, Cuba; Ave. 1ro. De Mayo s/n. Moa, Holguin, Cuba; Vicente Garcia #28 e/ Julian Santana y Francisco Vega, Tienda La Nueva, Las Tunas, Cuba; Calle 40 esq. Playa. Varadero, Matanzas, Cuba; Calle Ayuntamiento e/ Medio y Rio, Matanzas, Cuba; Gerardo Medina #633, Pinar del Rio, Cuba; Independencia #171 Sur, altos, Sancti Spiritus, Cuba; Felix Pena #565 e/ Jose A. Saco y Aguilera, Santiago de Cuba, Cuba; Carretera Central Km. 298 Banda Esperanza, Villa Clara, Cuba; Calle 39 e/ 30 y 32 Altos del Servi Cupet "El parque", Isla de la Juventud, Cuba [CUBA].

XAKI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

XAMAN HA CENTER (a.k.a. PLAZA XAMAN HA), Av. Balam Kanche Mza. 30, Lote 002, Condominio Playa Car Fase II, Playa del Carmen, Quintana Roo 77710, Mexico; Carretera Cancun-Tulum, Playacar, Solidaridad, Playa del Carmen, Quintana Roo 77717, Mexico; Avenida 50, Playa del Carmen, Quintana Roo, Mexico [SDNTK].

XASHANIMEHR, Alireza (a.k.a. KASHANI, Alireza; a.k.a. KASHANIMEHR, Alireza), Iran; DOB 13 Mar 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R40925019 (Iran) expires 14 Mar 2022; alt. Passport X15243089 (Iran) expires 05 Feb 2014 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

XHAFERI, Shefit; DOB 1960 (individual) [BALKANS].

XHEMAJLI, Emrush; DOB 05 May 1959; POB Urosevac, Serbia and Montenegro (individual) [BALKANS].

XHEMAJLI, Muhamet; DOB 08 Feb 1958; POB Muhovac, Serbia and Montenegro (individual) [BALKANS].

XIA, Baolong (Chinese Simplified: 夏宝龙; Chinese Traditional: 夏寶龍), China; DOB 01 Dec 1952 to 31 Dec 1952; POB Tianjin, China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Director, Hong Kong and Macao Affairs Office of the State Council (individual) [HK-EO13936].

XIA, Fengbing (Chinese Simplified: 夏凤兵), No. 320 Fengjiazhai Village, Fengjiazhai Township, Guangzong County, Xingtai City, Hebei Province, China (Chinese Simplified: 冯家寨村320号, 冯家寨乡, 广宗县, 邢台市, 河北省, China); DOB 03 Sep 1986; POB Hebei, China; nationality China; citizen China; Gender Male; Digital Currency Address - XBT 38TftW1heYPqvKbiAhT4ttNBqkUPpooXad; alt. Digital Currency Address - XBT bc1qkfqh5p2qsakseg5gnwen6zh5xf3elmku2xau p29mw3l0wnncy3es880dss; Digital Currency Address - TRX TTKnV2S1295UrPr7N67Tp9ykNL7xX2Z4Uj; National ID No. 130531198609030216 (China) (individual) [ILLICIT-DRUGS-EO14059].

XI'AN LONGDE TECHNOLOGY DEVELOPMENT COMPANY LIMITED, Building 9, Technology Qiye Jiasuqi Area 2, No. West 6, Caotang Keji Chanye Jidi Qinling A Venue, High-Tech Zone, Xi'an, Shaanxi 710075, China; Website http://www.lontek.cn; Organization Established Date 29 Sep 2003; Unified Social Credit Code (USCC) 91610131742838531E (China) [NPWMD].

XIANGHE TRADE CO., LTD. (a.k.a. DANDONG XIANGHE TRADING CO., LTD.; a.k.a. DANDONG XIANGHE TRADING CORPORATION; a.k.a. DANDONG XIANGHE TRADING LTD. CO), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

XIANHUA, Jack (a.k.a. QIN, Jack; a.k.a. XIANHUA, Qin); DOB 08 Jan 1979; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E31457650 expires 21 Oct 2023 (individual) [NPWMD] [IFSR].

XIANHUA, Qin (a.k.a. QIN, Jack; a.k.a. XIANHUA, Jack); DOB 08 Jan 1979; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E31457650 expires 21 Oct 2023 (individual) [NPWMD] [IFSR].

XINGHUA CO. LTD. (a.k.a. BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司); a.k.a. XINGHUATECH CO. LTD.; a.k.a. XINGTAC), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

XINGHUATECH CO. LTD. (a.k.a. BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司); a.k.a. XINGHUA CO. LTD.; a.k.a. XINGTAC), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To:

BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

XINGTAC (a.k.a. BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司); a.k.a. XINGHUA CO. LTD.; a.k.a. XINGHUATECH CO. LTD.), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

XINGTAI DONG CHUANG NEW MATERIAL TECHNOLOGY CO., LTD. (Chinese Simplified: 邢台东创新材料科技有限公司) (a.k.a. XINGTAI DONG INNOVATIVE MATERIAL TECHNOLOGY CO., LTD.), No. 201, Fengjiazhai Industrial Zone, Fengjiazhai Town, Guangzong County, Xingtai City, Hebei Province, China; Website https://dongchuangchem.com; Phone Number 8615803390859; Organization Established Date 15 Jun 2021; Unified Social Credit Code (USCC) 91130531MA0GFM1G0U (China) [ILLICIT-DRUGS-EO14059] (Linked To: JIANGSU BANGDEYA NEW MATERIAL TECHNOLOGY CO., LTD.).

XINGTAI DONG INNOVATIVE MATERIAL TECHNOLOGY CO., LTD. (a.k.a. XINGTAI DONG CHUANG NEW MATERIAL TECHNOLOGY CO., LTD. (Chinese Simplified: 邢台东创新材料科技有限公司)), No. 201, Fengjiazhai Industrial Zone, Fengjiazhai Town, Guangzong County, Xingtai City, Hebei Province, China; Website https://dongchuangchem.com; Phone Number 8615803390859; Organization Established Date 15 Jun 2021; Unified Social Credit Code (USCC) 91130531MA0GFM1G0U (China) [ILLICIT-DRUGS-EO14059] (Linked To: JIANGSU BANGDEYA NEW MATERIAL TECHNOLOGY CO., LTD.).

XINJIANG BUREAU OF PUBLIC SECURITY (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局)), Xinjiang, China [GLOMAG].

XINJIANG PRODUCTION AND CONSTRUCTION CORPS (Chinese Simplified: 新疆生产建设兵团), Xinjiang, China [GLOMAG] (Linked To: CHEN, Quanguo).

XINJIANG PUBLIC SECURITY BUREAU (Chinese Simplified: 新疆公安局) (a.k.a. PUBLIC SECURITY DEPARTMENT OF THE AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XINJIANG UYGAR AUTONOMOUS REGION; a.k.a. PUBLIC SECURITY DEPARTMENT OF XUAR; a.k.a. XINJIANG BUREAU OF PUBLIC SECURITY), Xinjiang, China [GLOMAG].

XINRONG, Zhuo (a.k.a. ZHUO, Longxiong; a.k.a. ZHUO, Xinrong), China; Flat B, 27th Floor, Ko On Mansion, Taikoo Shing, Hong Kong, China; DOB 10 Nov 1964; POB Fuzhou, China; nationality Hong Kong; Gender Male; Passport D00579743 (Hong Kong) issued 28 Apr 2018 expires 28 Apr 2025; National ID No. R4016407 (Hong Kong) (individual) [GLOMAG].

XIROS, Christodoulos; DOB 1958; alt. DOB 1959; POB Ikaria, Greece (individual) [SDGT].

XIRSI, Xasan Cabdilaahi (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

XIRSI, Xasan Cabdulle (a.k.a. AL-TURKI, Hassan; a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

XU, Bin, 10-301 No. 888 Dongdaming Rd, Shanghai 200082, China; Suite 202, No. 10, Lane 888, East Da Ming Road, Shanghai, China; No. 7, Western Section, Dongfanghong Street, Mudan District, Heze, Shandong, China; DOB 21 Apr 1976; POB Heze, China; nationality China; Email Address

1044064266@qq.com; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport E60816568 (China); National ID No. 372901197604210416 (China) (individual) [IRAN-EO13846].

XUUROOW, Hasaan Abshir (a.k.a. XUUROW, Xassan Cabshir), Lower Juba, Somalia; DOB 1982; alt. DOB 1983; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; alt. DOB 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

XUUROW, Xassan Cabshir (a.k.a. XUUROOW, Hasaan Abshir), Lower Juba, Somalia; DOB 1982; alt. DOB 1983; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; alt. DOB 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

XZACT, INC., Panama; RUC # 697297-1-467988 (Panama) [SDNTK].

Y.A.S. CO LTD. (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a.

SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA MAHDI INDUSTRIAL COMPLEX (a.k.a. YA MAHDI INDUSTRIAL RESEARCH COMPLEX; a.k.a. YA MAHDI INDUSTRIES GROUP; a.k.a. "YMA"), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA MAHDI INDUSTRIAL RESEARCH COMPLEX (a.k.a. YA MAHDI INDUSTRIAL COMPLEX; a.k.a. YA MAHDI INDUSTRIES GROUP; a.k.a. "YMA"), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YA MAHDI INDUSTRIES GROUP (a.k.a. YA MAHDI INDUSTRIAL COMPLEX; a.k.a. YA MAHDI INDUSTRIAL RESEARCH COMPLEX; a.k.a. "YMA"), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAAK, Peter Gadet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayan County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAAK, Peter Gatdet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YACINE DI ANNABA (a.k.a. AHMED NACER, Yacine), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 02 Dec 1967; POB Annaba, Algeria (individual) [SDGT].

YACOUB, Adam (a.k.a. SHANT, Adam Yacub; a.k.a. SHARIF, Adam Yacub); DOB circa 1976; Commander for the Sudan Liberation Army (SLA) (individual) [DARFUR].

YACUB, Eric (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI

IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

YADRO FAB DUBNA OOO (a.k.a. LIMITED LIABILITY COMPANY YADRO FAB DUBNA; a.k.a. LLC YADRO FAB DUBNA), 4 Programmistov Str., Dubna, Moscow Region 141983, Russia; Organization Established Date 26 May 2020; Tax ID No. 5010057397 (Russia); Registration Number 1205000041245 (Russia) [RUSSIA-EO14024].

YAFEE, Daoud (a.k.a. DAVID, Yafi (Arabic: يافي ديفيد)), United Arab Emirates; DOB 25 Aug 1969; POB Syria; nationality Ukraine; Gender Male; Passport FE550041 (Ukraine) expires 01 Jun 2026; Identification Number 121619695 (Oman) (individual) [SYRIA] (Linked To: GRAINS MIDDLE EAST TRADING DWC-LLC).

YAFTAR COMPANY (a.k.a. YAFTAR LEADING RESEARCHERS COMPUTING; a.k.a. YAFTAR PAJOOHAN PISHTAZ RAYANESH; a.k.a. YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش)), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAFTAR LEADING RESEARCHERS COMPUTING (a.k.a. YAFTAR COMPANY; a.k.a. YAFTAR PAJOOHAN PISHTAZ RAYANESH; a.k.a. YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش)), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAFTAR PAJOOHAN PISHTAZ RAYANESH (a.k.a. YAFTAR COMPANY; a.k.a. YAFTAR LEADING RESEARCHERS COMPUTING; a.k.a. YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یافتار پژوهان پیشتاز رایانش)), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAFTAR PAZHOHAN PISHTAZ RAYANESH LIMITED COMPANY (Arabic: یاقتار پژوهان پیشتاز رایانش) (a.k.a. YAFTAR COMPANY; a.k.a. YAFTAR LEADING RESEARCHERS COMPUTING; a.k.a. YAFTAR PAJOOHAN PISHTAZ RAYANESH), No 56, 4th and 5th floors, Ghasemi Alley, Shahid Akbari Boulevard, Azadi St, Tehran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320862133 (Iran); Business Registration Number 436501 (Iran) [IRAN-EO13846].

YAGAFAROV, Azat Ferdinandovich (Cyrillic: ЯГАФАРОВ, Азат Фердинандович), Russia; DOB 04 Apr 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAGHMOUR, Jihad (a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Cihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGHMOUR, Jihad Muhammad Shaker (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Cihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGHMUR, Jihat (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGMUR, Cihat; a.k.a. YAGMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGHOOBI MAYAB, Hossein (a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAGHUBI MAYAB, Hosein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGHOOBI, Hossein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAGHUBI MAYAB, Hosein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGHOUBI MIAB, Hossein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHUBI MAYAB, Hosein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGHUBI MAYAB, Hosein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAQUBI, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YAGMUR, Cihat (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGHMUR, Jihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGMUR, Jihat (a.k.a. YAGHMOUR, Jihad; a.k.a. YAGHMOUR, Jihad Muhammad Shaker; a.k.a. YAGHMUR, Jihat; a.k.a. YAGMUR, Cihat), Turkey; Yesil Vadi Caddesi 3F 72, Bashak Mah, Bashakshehir, Istanbul, Turkey; DOB 15 Jul 1967; alt. DOB 1967; alt. DOB 15 Apr 1967; POB Beit Hanina, Jerusalem, Israel; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 12180149578 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YAGMUR, Nora (a.k.a. YAGMUR, Nure), Turkey; DOB 01 Jan 1977; POB Upsala Isvech, Sweden; nationality Sweden; Gender Female; Passport 94954203 (Sweden) expires 29 Jun 2023; National ID No. 22121484408 (Turkey) (individual) [BELARUS-EO14038] (Linked To: RAYYA DANISMANLIK HIZMETLERI LIMITED SIRKETI).

YAGMUR, Nure (a.k.a. YAGMUR, Nora), Turkey; DOB 01 Jan 1977; POB Upsala Isvech, Sweden; nationality Sweden; Gender Female; Passport 94954203 (Sweden) expires 29 Jun 2023; National ID No. 22121484408 (Turkey) (individual) [BELARUS-EO14038] (Linked To: RAYYA DANISMANLIK HIZMETLERI LIMITED SIRKETI).

YAGUBOV, Gennady Vladimirovich (Cyrillic: ЯГУБОВ, Геннадий Владимирович), Russia; DOB 17 Apr 1968; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAHYA AYYASH UNITS (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER) [FTO] [SDGT].

YAHYA RAHIM-SAFAVI, Seyyed (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

YAHYA SAFAVI, Sayed (a.k.a. AL-SIFAWI, Yahya Rahim; a.k.a. RAHIM SAFAVI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

YAHYA ZADEH, Hamidreza (a.k.a. YAHYAZADEH, Hamid Reza; a.k.a. YAHYAZADEH, Hamidreza), Bandar Abbas, Iran; DOB 12 Oct 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4431472851 (Iran) (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAHYAZADEH, Hamid Reza (a.k.a. YAHYA ZADEH, Hamidreza; a.k.a. YAHYAZADEH, Hamidreza), Bandar Abbas, Iran; DOB 12 Oct 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4431472851 (Iran) (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAHYAZADEH, Hamidreza (a.k.a. YAHYA ZADEH, Hamidreza; a.k.a. YAHYAZADEH, Hamid Reza), Bandar Abbas, Iran; DOB 12 Oct 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4431472851 (Iran) (individual) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YAK, Peter Gadet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAKA, Peter Gatdeet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAKA, Peter Gatdet (a.k.a. GADET, Peter; a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

YAKHNYUK, Sergey Vasilyevich (Cyrillic: ЯХНЮК, Сергей Васильевич), Russia; DOB 03 Jul 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAKHT TREID (a.k.a. OOO YAKHT-TREID (Cyrillic: ООО ЯХТ-ТРЕЙД)), Sh. Leningradskoe D. 39, Str. 6, Moscow 125212, Russia; Organization Established Date 01 Oct 2010; Tax ID No. 7743794726 (Russia); Registration Number 1107746800270 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

YAKIMA OIL TRADING, LLP, 7 Welbeck Street, London W1G 9YE, United Kingdom; Commercial Registry Number OC390985 (United Kingdom) [SDNTK].

YAKIMA TRADING CORPORATION, Ph Ocean Business Plaza (Torre Banco) Plaza Marbella, Piso 24, Oficina 24-08, Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama; Barbados; RUC # 3196611412868 (Panama) [SDNTK].

YAKOOB, Mohammad (a.k.a. GHANI, Hamad; a.k.a. YAQUB, Ahmed); DOB 1966; alt. DOB 1967; POB Faisalabad, Pakistan; alt. POB Jeda Walah, Punjab Province, Pakistan (individual) [SDGT].

YAKOVLEV, Pavel Alexandrovich (a.k.a. IAKOVLEV, Pavel Aleksandrovich), Russia; DOB 27 Jan 1968; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 741501315015 (Russia) (individual) [RUSSIA-EO14024].

YAKT SOKOL, (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU IAKT SOKOL), Ul. Petra Alekseeva D. 2, K. 5, Kv. 28, Yakutsk 677000, Russia; Tax ID No. 1435322414 (Russia); Registration Number 1171447008974 (Russia) [RUSSIA-EO14024].

YAKU E.U. (a.k.a. CAMPO LIBRE A LA DIVERSION E.U.; a.k.a. PARQUE YAKU), Calle 15 No. 27-33, Yumbo, Valle, Colombia; NIT # 805026848-1 (Colombia) [SDNT].

YAKUBETS, Artem Viktorovich, Moscow, Russia; DOB 17 Jan 1986; POB Polonnoye, Khmelnitskaya Oblast, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

YAKUBETS, Maksim Viktorovich (a.k.a. "AQUA"), Moscow, Russia; DOB 20 May 1987; POB Polonnoye, Khmelnitskaya Oblast, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4509135586 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP; Linked To: FEDERAL SECURITY SERVICE).

YAKUBOVSKY, Alexander Vladimirovich (Cyrillic: ЯКУБОВСКИЙ, Александр Владимирович), Russia; DOB 07 May 1985; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAKUNIN, Vladimir Ivanovich; DOB 30 Jun 1948; POB Zakharovo Village, Gus-Khrustalnyy Rayon, Vladimir Oblast, Russia; alt. POB Melenki, Vladimir Oblast, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; President of OJSC Russian Railways (individual) [UKRAINE-EO13661].

YAKUSHEV, Mikhail Ilich (Cyrillic: ЯКУШЕВ, Михаил Ильич), Russia; DOB 26 Nov 1959; POB Moscow, Russia; nationality Russia; Gender Male; National ID No. 4507855726 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT; Linked To: ANALITICHESKI TSENTR KATEKHON OOO).

YAKUSHEV, Vladimir Vladimirovich (Cyrillic: ЯКУШЕВ, Владимир Владимирович), Russia; DOB 14 Jun 1968; POB Neftekamsk, Bashkortostan, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

YAKUT, Cumhur (a.k.a. TANN, Ahmet), Dubai, United Arab Emirates; Bartin, Turkey; DOB 18 Mar 1955; POB Turkey; nationality Turkey; citizen Turkey (individual) [SDNTK].

YAKUTUMBA, William Amuri, South Kivu, Congo, Democratic Republic of the; DOB 1970; alt. DOB 1972; POB Lubondja, Fizi Territory, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Military Registration Number

172985458137 (Congo, Democratic Republic of the) (individual) [DRCONGO].

YAKUZA (a.k.a. BORYOKUDAN; a.k.a. GOKUDO), Japan [TCO].

YALALOV, Irek Ishmukhametovich (Cyrillic: ЯЛАЛОВ, Ирек Ишмухаметович), Russia; DOB 27 Jan 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YALBAGHA COMPLEX (Arabic: مجمع بلبغا) (a.k.a. YALBUGHA COMPLEX; a.k.a. YALBUGHA REAL ESTATE COMPOUND), Damascus, Syria; Organization Type: Short term accommodation activities [SYRIA].

YALBUGHA COMPLEX (a.k.a. YALBAGHA COMPLEX (Arabic: مجمع بلبغا); a.k.a. YALBUGHA REAL ESTATE COMPOUND), Damascus, Syria; Organization Type: Short term accommodation activities [SYRIA].

YALBUGHA REAL ESTATE COMPOUND (a.k.a. YALBAGHA COMPLEX (Arabic: بلبغا مجمع); a.k.a. YALBUGHA COMPLEX), Damascus, Syria; Organization Type: Short term accommodation activities [SYRIA].

YALOURIS, Gregory Vasilis Dimitry (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUAC, Gregory Deng; a.k.a. KUACH, Gregory Deng), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

YALTA COMMERCIAL SEAPORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA MERCHANT SEA PORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

YALTA FILM STUDIO (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA

FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

YALTA FILM STUDIOS (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

YALTA MERCHANT SEA PORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

YALTA SEA PORT (a.k.a. PORT OF YALTA; a.k.a. SEAPORT OF YALTA; a.k.a. STATE ENTERPRISE YALTA SEA TRADING PORT; a.k.a. YALTA COMMERCIAL SEAPORT; a.k.a. YALTA MERCHANT SEA PORT), Roosevelt Street 3, Yalta, Crimea 98600, Ukraine; 5, Roosevelt Str., Yalta, Crimea 98600, Ukraine; 5 Roosevelt Street, Yalta, Crimea 98600, Ukraine; Website yaltaport.com.ua; Email Address yasko@ukrpost.ua; alt. Email Address yasco@mail.ylt.crimea.com; UN/LOCODE UA YAL; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125591 (Ukraine) [UKRAINE-EO13685].

YAMAGUCHI-GUMI (a.k.a. ROKUDAIME YAMAGUCHI-GUMI; a.k.a. SIXTH

YAMAGUCHI-GUMI), 4-3-1 Shinohara-honmachi, Nada-Ku, Kobe City, Hyogo, Japan [TCO].

YAMAKEN-GUMI (Japanese: 山健組) (a.k.a. FOURTH GENERATION YAMAKEN-GUMI (Japanese: 四代目山健組); a.k.a. YONDAIME YAMAKEN-GUMI), 26-4 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken 650-0013, Japan (Japanese: 26-4 花隈町中央区, 神戸市, 兵庫県 650-0013, Japan) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI; Linked To: INOUE, Kunio).

YAMAKI, K.K. (Japanese: 株式会社山輝) (a.k.a. KK YAMATERU), 5-10-11, Shinohara Nakamachi, Nada-ku, Kobe, Hyogo 657-0066, Japan (Japanese: 灘区篠原中町五丁目１０番１１号, 神戸市, 兵庫県 657-0066, Japan); Company Number 1400-01-004182 (Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: MORIO, Utao; Linked To: TSUDA, Chikara).

YAMALPROMGEOFIZIKA JOINT STOCK COMPANY (Cyrillic: ЯМАЛПРОМГЕОФИЗИКА АКЦИОНЕРНОЕ ОБЩЕСТВО), Mikroraion 2-1, 12A, Urengoi Poselok, Purovskii Raion, Yamalo-Nenetskii 629860, Russia; Organization Established Date 04 Nov 2002; Organization Type: Support activities for petroleum and natural gas extraction; Tax ID No. 8911019089 (Russia); Registration Number 1028900859074 (Russia) [RUSSIA-EO14024].

YAMEN BENIN SARL, 01 BP 6269, Cotonou, Benin [SDNTK].

YAMIL GEORGES, Fahd (a.k.a. JAMIL GEORGES, Fahd; a.k.a. JAMIL GEORGES, Fuad; a.k.a. "EL PADRINO"; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

YAMIN, Abdur Rehman Muhammad (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

YAMPOLSKAYA, Elena Alexandrovna (Cyrillic: ЯМПОЛЬСКАЯ, Елена Александровна), Russia; DOB 20 Jun 1971; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAN, Su Xuan (Chinese Simplified: 颜素炫) (a.k.a. YAN, Suxuan; a.k.a. YAN, Yen), Room 902, Building 5, 12 Tangjing Road, Tangxia, Baiyun District, Guangzhou City, China; Taiwan; DOB 08 Oct 1983; POB Guangdong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA4917489 (China) expires 20 Jun 2027 (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

YAN, Suxuan (a.k.a. YAN, Su Xuan (Chinese Simplified: 颜素炫); a.k.a. YAN, Yen), Room 902, Building 5, 12 Tangjing Road, Tangxia, Baiyun District, Guangzhou City, China; Taiwan; DOB 08 Oct 1983; POB Guangdong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA4917489 (China) expires 20 Jun 2027 (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

YAN, Xiaobing (Chinese Traditional: 顏曉兵; Chinese Simplified: 颜晓兵) (a.k.a. "YAN, Steven"; a.k.a. "ZHOU, William"), Wuhan, Hubei, China (; Chinese Simplified: 武汉市, 湖北省, ChinaChinese Traditional: 武漢市, 湖北省, China); DOB 25 Mar 1977; POB Wuhan City, Hubei, China; citizen China; Gender Male; Digital Currency Address - XBT 12QtD5BFwRsdNsAZY76UVE1xyCGNTojH9h; alt. Digital Currency Address - XBT 1Kuf2Rd8mDyAViwBozGTNYnvWL8uYFrkVo; alt. Digital Currency Address - XBT 13f59kUM5FU8MfTG7DCEugYarDhSD7XCoC; alt. Digital Currency Address - XBT 1P3ZfGFLezzYGg9k5SVzQmnjyh7nrUmF2y; alt. Digital Currency Address - XBT 1EpMiZkQVekM5ij12nMiEwttFPcDK9XhX6; alt. Digital Currency Address - XBT 1JREJdZupiFhE7ZzQPtASuMCvvpXC7wRsC; Chinese Commercial Code 7346 2556 0365; Citizen's Card Number 421002197703250019 (China) (individual) [SDNTK].

YAN, Yen (a.k.a. YAN, Su Xuan (Chinese Simplified: 颜素炫); a.k.a. YAN, Suxuan), Room 902, Building 5, 12 Tangjing Road, Tangxia, Baiyun District, Guangzhou City, China; Taiwan; DOB 08 Oct 1983; POB Guangdong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Female; Passport EA4917489 (China) expires 20 Jun 2027 (individual) [SDGT] (Linked To: HASHEMI, Seyed Morteza Minaye).

YAN, Zhiyong, Beijing, China; DOB 15 Feb 1980; POB Shandong, China; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. 370827198002151333 (China) (individual) [DPRK3] (Linked To: AIR KORYO).

YANBIAN SILVER STAR (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司); Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANBIAN SILVERSTAR (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司); Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000,

China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司); Korean: 은성인터네트기술회사) (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANCHENG THREE LINE ONE POINT ANIMATION CO., LTD., 1272 Jinan Road, Jinsha Lake, Funing County, Yancheng City, Jiangsu Province, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] (Linked To: SEK STUDIO).

YANEZ GUERRERO, Rigoberto; DOB 1962; nationality Mexico (individual) [SDNTK].

YANG LOPEZ, Jason Antonio, Guatemala; DOB 29 Mar 1981; POB Mazatenango, Guatemala; nationality Guatemala; citizen Guatemala; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

YANG, Jianping (Chinese Simplified: 杨建平; Chinese Traditional: 楊建平), Hong Kong; DOB Dec 1959; POB Jingxing, Hebei Province, China; citizen China; Gender Male (individual) [HK-EO13936].

YANG, Qi (a.k.a. "YANG, Daisy"), China; DOB 28 Oct 1992; nationality China; citizen China; Gender Female; Passport C18165248 (China) (individual) [ILLICIT-DRUGS-EO14059].

YANGON AIRWAYS (a.k.a. YANGON AIRWAYS COMPANY LIMITED), MMB Tower, Level 5, 166 Upper Pansodan Rd., Mingalar Taung Nyunt Township, Rangoon, Burma [SDNTK].

YANGON AIRWAYS COMPANY LIMITED (a.k.a. YANGON AIRWAYS), MMB Tower, Level 5, 166 Upper Pansodan Rd., Mingalar Taung Nyunt Township, Rangoon, Burma [SDNTK].

YANGON GALLERY (a.k.a. THE YANGON GALLERY), People's Park Compound, Near Planetarium Museum, Ahlone Road, Dagon Township, Yangon, Burma; People's Park Compound, Near Planetarium Museum, Ahlon Road, Dagon Township, Yangon, Burma; Phone Number 09 738 27777 [BURMA-EO14014].

YANGOUVONDA, Bozize (a.k.a. BOZIZE, Francois; a.k.a. BOZIZE, Francois Yangouvonda); DOB 14 Oct 1946; POB Gabon; Former President of the Central African Republic (individual) [CAR].

YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD. (a.k.a. CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY; a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사)), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司) (a.k.a. IRAY TECHNOLOGY CO LTD; a.k.a. YANTAI IRAY TECHNOLOGY CO LTD; a.k.a. "IRAY TECHNOLOGIES"), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

YANTAI IRAY TECHNOLOGY CO LTD (a.k.a. IRAY TECHNOLOGY CO LTD; a.k.a. YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司); a.k.a. "IRAY TECHNOLOGIES"), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

YANTAI MEI XUN TRADE CO., LTD. (Chinese Simplified: 烟台美讯商贸有限公司), 10-9, Xingheli, Zhifu District, Yantai, Shandong 264000, China; Unified Social Credit Code (USCC) 91370602MA3PGY400W (China) [ILLICIT-DRUGS-EO14059].

YANTAI YIXUN INTERNATIONAL TRADE AND COMMERCE CO., LTD. (a.k.a. YANTAI YIXUN INTERNATIONAL TRADE CO., LTD. (Chinese Simplified: 烟台易迅国际贸易有限公司)), No. 27-10, Fucheng Road, Zhifu District, Yantai, Shandong Province 264013, China; Phone Number 8613188782935; Unified Social Credit Code (USCC) 91370602MA3EXX8R79 (China) [ILLICIT-DRUGS-EO14059].

YANTAI YIXUN INTERNATIONAL TRADE CO., LTD. (Chinese Simplified: 烟台易迅国际贸易有限公司) (a.k.a. YANTAI YIXUN INTERNATIONAL TRADE AND COMMERCE CO., LTD.), No. 27-10, Fucheng Road, Zhifu District, Yantai, Shandong Province 264013, China; Phone Number 8613188782935; Unified Social Credit Code (USCC) 91370602MA3EXX8R79 (China) [ILLICIT-DRUGS-EO14059].

YANTAR SHIPYARD (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTISYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTISYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

YANUKOVICH, Alexander (a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Oleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVICH, Oleksander (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Oleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Aleksandr Viktorovych (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Oleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Oleksandr Viktorovych (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a. YANUKOVYCH, Olexander); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Olexander (a.k.a. YANUKOVICH, Alexander; a.k.a. YANUKOVICH, Oleksander; a.k.a. YANUKOVYCH, Aleksandr Viktorovych; a.k.a.

YANUKOVYCH, Oleksandr Viktorovych); DOB 01 Jul 1973; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YANUKOVYCH, Viktor Fedorovych; DOB 09 Jul 1950; POB Yenakiyeve, Donetsk Region, Ukraine; alt. POB Makiivka, Donbas, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former President of Ukraine (individual) [UKRAINE-EO13660].

YAO, Huatao (Chinese Simplified: 姚华涛), China; DOB 16 Aug 1990; POB Hebei, China; nationality China; Gender Male; Phone Number 8618233039691; alt. Phone Number 862787366298; National ID No. 130531199008160212 (China) (individual) [ILLICIT-DRUGS-EO14059].

YAODONG, Yue (a.k.a. YUE, Richard); DOB 22 May 1974; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

YAQOOB, Mohammad (a.k.a. SHEIKH, Qari Muhammad Yaqoob; a.k.a. YAQOOB, Qari Shaikh Muhammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

YAQOOB, Qari Shaikh Muhammad (a.k.a. SHEIKH, Qari Muhammad Yaqoob; a.k.a. SHEIKH, Qari Muhammad Yaqub; a.k.a. YAQOOB, Mohammad); DOB 20 Dec 1972; POB Bahawalpur, Punjab, Pakistan; Passport BX5192361 (Pakistan) issued 04 Aug 2007 expires 02 Aug 2012; National ID No. 3120128002365 (Pakistan) (individual) [SDGT].

YAQUB, Ahmed (a.k.a. GHANI, Hamad; a.k.a. YAKOOB, Mohammad); DOB 1966; alt. DOB 1967; POB Faisalabad, Pakistan; alt. POB Jeda Walah, Punjab Province, Pakistan (individual) [SDGT].

YAQUBI, Hosein (a.k.a. YAGHOOBI MAYAB, Hossein; a.k.a. YAGHOOBI, Hossein; a.k.a. YAGHOUBI MIAB, Hossein; a.k.a. YAGHUBI MAYAB, Hosein), Iran; DOB 23 Jul 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9342868 (Iran) issued 16 Mar 2016 expires 16 Mar 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

YARA OFFSHORE SAL (Arabic: ‫م. ش.س‬ ‫ارا‬ ‫يارا‬ ‫اوف شور‬ ‫ل.‬) (a.k.a. YARA S.A.L. OFFSHORE COMPANY), Bechara El Khoury Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Nov 2012; Commercial Registry Number 1806384 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

YARA S.A.L. OFFSHORE COMPANY (a.k.a. YARA OFFSHORE SAL (Arabic: ‫م. ش.س‬ ‫ارا‬ ‫يارا‬ ‫اوف شور‬ ‫ل.‬)), Bechara El Khoury Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Nov 2012; Commercial Registry Number 1806384 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

YARE, Ali (a.k.a. YARE, Cali), Lower Shabelle, Somalia; Jilib, Somalia; DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARE, Bashir (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

YARE, Cali (a.k.a. YARE, Ali), Lower Shabelle, Somalia; Jilib, Somalia; DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARIISOW, Xasan (a.k.a. AADAN, Hassan Yariisow; a.k.a. YARIISOW, Xassan), Tortoroow, Lower Shabelle, Somalia; DOB 1990; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARIISOW, Xassan (a.k.a. AADAN, Hassan Yariisow; a.k.a. YARIISOW, Xasan), Tortoroow, Lower Shabelle, Somalia; DOB 1990; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YARIN, Andrei Veniaminovich (Cyrillic: ЯРИН, Андрей Вениаминович), Moscow, Russia; DOB 13 Feb 1970; POB Nizhny Tagil, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

YARMOSHINA, Lidya Mihaulauna a.k.a. YARMOSHINA, Lidya Mihailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mihailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lidya Mikhailovna (a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lidziya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a.

YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHINA, Lidziya Mikhailovna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHINA, Lidziya Mikhailovna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHYNA, Lydia Mihaulauna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the

Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHINA, Lydia Mikhailovna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHYNA, Lidya Mihaulauna (a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHYNA, Lidya Mikhailovna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].

YARMOSHINA, Lydia Mikhailovna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHYNA, Lidziya Mihaulauna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lydya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHYNA, Lidziya Mikhailovna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.
YARMOSHYNA, Lidziya Mihaulauna; a.k.a.
YARMOSHYNA, Lidziya Mikhailovna; a.k.a.
YARMOSHYNA, Lydia Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lydia Mikhailovna; a.k.a.
YERMOSHINA, Lidya Mihaulauna; a.k.a.
YERMOSHINA, Lidya Mikhailovna; a.k.a.
YERMOSHINA, Lidziya Mihaulauna; a.k.a.
YERMOSHINA, Lidziya Mikhailovna; a.k.a.
YERMOSHINA, Lydia Mihaulauna; a.k.a.
YERMOSHINA, Lydia Mikhailovna); DOB 29
Jan 1953; POB Slutsk, Belarus; Head of the
Central Commission for Elections and National
Referendums (CEC) (individual) [BELARUS].
YARMOSHYNA, Lydia Mihaulauna (a.k.a.
YARMOSHYNA, Lidya Mihaulauna; a.k.a.
YARMOSHYNA, Lidya Mikhailovna; a.k.a.

YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOSHYNA, Lydia Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YARMOUK BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALED BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK

BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

YARMOUK MARTYRS BRIGADE (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

YAROSH, Petro (a.k.a. JAROSH, Petr Grigorievich; a.k.a. YAROSH, Pyotr), Crimea, Ukraine; DOB 30 Jan 1971; POB Skvortsovo village, Simferopol region, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YAROSH, Pyotr (a.k.a. JAROSH, Petr Grigorievich; a.k.a. YAROSH, Petro), Crimea, Ukraine; DOB 30 Jan 1971; POB Skvortsovo village, Simferopol region, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YAROSHUK, Alexander Georgievich (Cyrillic: ЯРОШУК, Александр Георгиевич), Russia; DOB 15 Nov 1965; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVSKY SHIPBUILDING PLANT

(Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. OJSC YAROSLAVSKY SHIPBUILDING PLANT; a.k.a. OJSC YAROSLAVSKY SHIPYARD; a.k.a. PJSC YAROSLAVSKY SHIPBUILDING PLANT (Cyrillic: ПАО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. YAROSLAVL SHIPYARD OPEN JOINT-STOCK COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЯРОСЛАВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД)), 1, Korabelnaya Str., Yaroslavl 150006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

YAROVAYA, Irina Anatolievna (Cyrillic: ЯРОВАЯ, Ирина Анатольевна), Russia; DOB 17 Oct 1966; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YARZA, Aitzol Iriondo (a.k.a. "BALAK"; a.k.a. "BARBAS"; a.k.a. "GURBITA"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

YAS AIR (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ابر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR KISH; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

YAS AIR KISH (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YASAIR CARGO AIRLINE), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

YASA PART (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YASAIR CARGO AIRLINE (a.k.a. PARS AVIATION SERVICES COMPANY; a.k.a. POUYA AIR (Arabic: شرکت هواپیمایی پویا ایر); a.k.a. POUYA AIRLINES; a.k.a. YAS AIR; a.k.a. YAS AIR KISH), Mehrabad International Airport, Next to Terminal No. 6, Tehran, Iran; Number 37, Ahour Alley, Shariati St., Tehran, Iran; Mehrabad International Airport, between Terminals No. 4 and 6, Tehran, Iran; Website www.pouyaair.com; Email Address info@pouyaair.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Passenger air transport; National ID No. 10102315647 (Iran); Registration Number 189556 (Iran) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

YASIN, Abdul Hadi (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

YASIN, Abdul Rahman (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

YASIN, Abdul Rahman Said (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

YASIN, Aboud (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman; a.k.a. YASIN, Abdul Rahman Said); DOB 10 Apr 1960; POB Bloomington, Indiana USA; citizen United States; Passport 27082171 (United States) issued 21 Jun 1992; alt. Passport M0887925 (Iraq); SSN 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 (United States); U.S.A. Passport issued 21 Jun 1992 in Amman, Jordan (individual) [SDGT].

YASIN, Salim (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

YASIN, Syawal (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

YASIR, Abu (a.k.a. KAMBAR, Abu Yasir; a.k.a. KAMBAR, Abubakar; a.k.a. KAMBAR, Abubakar Adam), Nigeria; DOB 1977; POB Maiduguri, Nigeria (individual) [SDGT].

YASMIN FOR CONTRACTING (a.k.a. AL-YASMEEEN CONTRACTING COMPANY; a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين التعهدات)), Damascus, Syria; Organization Established Date 14 Dec 2017 [SYRIA] (Linked To: BIN ALI, Khodr Taher).

YASON ELECTRONICS TECHNOLOGY CO., LIMITED (Chinese Traditional: 亞新電子科技有限公司), Hong Kong, China; Floor 2, Building 2, Laobing Industrial Park, Tiezai Road No. 44, Xixiang, Baoan District, Shenzhen, Guangdong 518100, China; Website www.med-obd.com; Email Address yasonne@hotmail.com; alt. Email Address med-obd@outlook.com; Phone Number 8675523442169; Organization Established Date 04 Mar 2009; Company Number 1311429 (Hong Kong) [ILLICIT-DRUGS-EO14059].

YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 亚新通用机械有限公司) (a.k.a. SHENZHEN YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 深圳市亚新通用机械有限公司); a.k.a. YASON GENERAL MACHINERY MANUFACTURING CO., LTD.), 301A, Fl. 3, No. 17 III of Xinxiang Industrial Park, Xinhe Street New and Emerging Industrial Area (A), Fuhai Street, Baoan District, Shenzhen, Guangdong Province 518000, China; Floor 3, Bldg 1, (Zone A) Zone 3, Xinhe Xinxing Ind. Zone, Fuyong Street, Baoan Dist., Shenzhen, Guangdong, China; No 188-23, Xiangming RD, Fengcheng Town, Anxi County, Quanzhou, Fujian, China; Website www.ytkmachine.com; alt. Website www.ytkpack.com; alt. Website www.medpacking.com; Email Address worldyason@live.com; alt. Email Address jelly-yason@outlook.com; Phone Number 8618170079734; alt. Phone Number 8675536528786; Organization Established Date 30 Nov 2011; Unified Social Credit Code

(USCC) 91440300586742510R (China) [ILLICIT-DRUGS-EO14059].

YASON GENERAL MACHINERY MANUFACTURING CO., LTD. (a.k.a. SHENZHEN YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 深圳市亚新通用机械有限公司); a.k.a. YASON GENERAL MACHINERY CO., LTD. (Chinese Simplified: 亚新通用机械有限公司)), 301A, Fl. 3, No. 17 III of Xinxiang Industrial Park, Xinhe Street New and Emerging Industrial Area (A), Fuhai Street, Baoan District, Shenzhen, Guangdong Province 518000, China; Floor 3, Bldg 1, (Zone A) Zone 3, Xinhe Xinxing Ind. Zone, Fuyong Street, Baoan Dist., Shenzhen, Guangdong, China; No 188-23, Xiangming RD, Fengcheng Town, Anxi County, Quanzhou, Fujian, China; Website www.ytkmachine.com; alt. Website www.ytkpack.com; alt. Website www.medpacking.com; Email Address worldyason@live.com; alt. Email Address jelly-yason@outlook.com; Phone Number 8618170079734; alt. Phone Number 8675536528786; Organization Established Date 30 Nov 2011; Unified Social Credit Code (USCC) 91440300586742510R (China) [ILLICIT-DRUGS-EO14059].

YASSIN, Sheik Ahmed Ismail, Gaza Strip, undetermined; DOB 1938; POB al-Jawrah, al-Majdal District, Gaza (individual) [SDGT].

YATSENKO, Victor V. (a.k.a. YATSENKO, Victor Vyacheslavovich; a.k.a. YATSENKO, Viktor); DOB 22 Apr 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YATSENKO, Victor Vyacheslavovich (a.k.a. YATSENKO, Victor V.; a.k.a. YATSENKO, Viktor); DOB 22 Apr 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YATSENKO, Viktor (a.k.a. YATSENKO, Victor V.; a.k.a. YATSENKO, Victor Vyacheslavovich); DOB 22 Apr 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

YATSKIN, Andrey Vladimirovich (Cyrillic: ЯЦКИН, Андрей Владимирович), Russia; DOB 25 Apr 1969; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YAYASAN AL HARAMAIN (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia [SDGT].

YAYASAN AL HARAMAINI (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia [SDGT].

YAYASAN AL-MANAHIL-INDONESIA (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia [SDGT].

YAYASAN HILAL AHMAR (a.k.a. HILAL AHMAR SOCIETY INDONESIA; a.k.a. HILAL AHMAR SOCIETY OF INDONESIA; a.k.a. INDONESIA HILAL AHMAR SOCIETY FOR SYRIA), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia [SDGT].

YAYLA, Bulut (a.k.a. INCE, Samet); DOB 1981; POB Zonguldak, Turkey (individual) [SDGT].

YAZBAK, Muhammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBEK, Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZBECK, Ahmad Mohamad (Arabic: احمد محمد يزبك), Kared Al Hassan Building, 1st Floor, Haret Hreik, Baabda, Lebanon; Nahala Baalbek, Baalbek and Hermel, Lebanon; DOB 01 Dec 1971; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

YAZBECK, Mohammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBAK, Muhammad; a.k.a. YAZBEK,

Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZBEK, Mohammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBAK, Muhammad; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZBIK, Muhammad (a.k.a. ASSAF, Hosein; a.k.a. YAZBAK, Muhammad; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBEK, Mohammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

YAZD AFKAR SYSTEM PRIVATE JOINT STOCK COMPANY (a.k.a. AFKAR SYSTEM YAZD COMPANY (Arabic: شرکت افکار سیستم یزد)), Building 5, 2nd Floor, Amir al-Momenein Alley, 31st Alley, Central Area, Yazd 8916984626, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jun 2007; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 10860176637 (Iran); Registration ID 8862 (Iran) [IRGC] [IFSR] [CYBER2] (Linked To: KHATIBI AGHADA, Ahmad).

YAZD INDUSTRIAL CONSTRUCTIONAL STEEL ROLLING MILL (a.k.a. FOULAD YAZD), 17th KM, towards Taft Town, Yazd-Kerman New Ring Road, Yazd, Iran; Foulad Building, no. 235 Azadi Avenue, Tehran 1457966191, Iran; Website www.yazdrollingmill.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1996; Registration Number 51556 (Iran) [IRAN-EO13871].

YAZD METALLURGICAL IND'S CO. (a.k.a. YAZD METALLURGICAL INDUSTRIES; a.k.a. YAZD METALLURGY INDUSTRIES), Pasdaran Avenue, Next To Telecommunication Industry, Tehran 16588, Iran; Postal Box 89195/878, Yazd, Iran; P.O. Box 89195-678, Yazd, Iran; Km

5 of Taft Road, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAZD METALLURGICAL INDUSTRIES (a.k.a. YAZD METALLURGICAL IND'S CO.; a.k.a. YAZD METALLURGY INDUSTRIES), Pasdaran Avenue, Next To Telecommunication Industry, Tehran 16588, Iran; Postal Box 89195/878, Yazd, Iran; P.O. Box 89195-678, Yazd, Iran; Km 5 of Taft Road, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAZD METALLURGY INDUSTRIES (a.k.a. YAZD METALLURGICAL IND'S CO.; a.k.a. YAZD METALLURGICAL INDUSTRIES), Pasdaran Avenue, Next To Telecommunication Industry, Tehran 16588, Iran; Postal Box 89195/878, Yazd, Iran; P.O. Box 89195-678, Yazd, Iran; Km 5 of Taft Road, Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

YAZDAN JOO, Mohammad Ali (Arabic: محمد علی یزدان جو) (a.k.a. YAZDAN JOO, Mohammad-Ali (Arabic: محمدعلی یزدان جو)), Iran; DOB 03 Jun 1962; POB Kashan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1262630568 (Iran) (individual) [IRAN] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

YAZDAN JOO, Mohammad-Ali (Arabic: محمدعلی یزدان جو) (a.k.a. YAZDAN JOO, Mohammad Ali (Arabic: محمد علی یزدان جو)), Iran; DOB 03 Jun 1962; POB Kashan, Esfahan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1262630568 (Iran) (individual) [IRAN] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

YAZDANPARAST, Omid, Tehran, Iran; DOB 14 Jul 1984; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0450190986 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

YAZDI, Mohammad, Iran; DOB 02 Jul 1931; alt. DOB 1931; alt. DOB 1932; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

YAZID, Mebrak (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf

Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

YAZID, Mibrak (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

YAZID, Yousif Abu Obayda (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

YBARRA YEPIS, Priciliano (a.k.a. IBARRA YEPIS, Priciliano; a.k.a. IBARRA YEPIS, Prisciliano; a.k.a. IBARRA YEPIZ, Prisciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

YE, Chuan Fa (a.k.a. YIP, Chuen Fat), China; DOB 03 Aug 1953; nationality China; citizen China; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

YE, Daw Theit Thinzar (a.k.a. YE, Theit Thinzar), Burma; DOB 07 May 1997; nationality Burma; Gender Female; National ID No. 12AHLANAN048417 (Burma) (individual) [BURMA-EO14014].

YE, Theit Thinzar (a.k.a. YE, Daw Theit Thinzar), Burma; DOB 07 May 1997; nationality Burma; Gender Female; National ID No. 12AHLANAN048417 (Burma) (individual) [BURMA-EO14014].

YEDINYIFAKTOR OOO (a.k.a. EDINYFAKTOR OOO; a.k.a. ONEFACTOR LIMITED LIABILITY COMPANY (Cyrillic: ЕДИНЫЙФАКТОР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 41 pom. 5.62, per. Oruzheiny, Moscow 127006, Russia; Organization Established Date 29 Jul 2010; Tax

ID No. 7729660992 (Russia); Government Gazette Number 66999175 (Russia); Registration Number 1107746601731 (Russia) [RUSSIA-EO14024] (Linked To: MEGAFON PAO).

YEE, Khin Maung (a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YEE, Khin Mg (a.k.a. YEE, Khin Maung; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YEE, U Khin Maung (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YEFIMOV, Vitaly Borisovich (Cyrillic: ЕФИМОВ, Виталий Борисович), Russia; DOB 04 Apr 1940; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEGANE AKSIT, Gulnihal (a.k.a. YEGANE, Gulnihal; a.k.a. YEGANE, Gulnihal Kulak), Merkez Mah. Hasat Sok. No. 52/6 Sisli, Istanbul 21344, Turkey; Egs Bloklari B-1 Blok K.1 No: 114, Yesilkoy-Bakirkoy, Istanbul, Turkey; DOB

15 Sep 1975; POB Karabuk, Kula, Turkey; alt. POB Manisa, Kula, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 791029 (Turkey); National ID No. 27224237098 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YEGAN-E VIZHE (Arabic: ويژه ويژه ناجا) (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

YEGANE, Gulnihal (a.k.a. YEGANE AKSIT, Gulnihal; a.k.a. YEGANE, Gulnihal Kulak), Merkez Mah. Hasat Sok. No. 52/6 Sisli, Istanbul 21344, Turkey; Egs Bloklari B-1 Blok K.1 No: 114, Yesilkoy-Bakirkoy, Istanbul, Turkey; DOB 15 Sep 1975; POB Karabuk, Kula, Turkey; alt. POB Manisa, Kula, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 791029 (Turkey); National ID No. 27224237098 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YEGANE, Gulnihal Kulak (a.k.a. YEGANE AKSIT, Gulnihal; a.k.a. YEGANE, Gulnihal), Merkez Mah. Hasat Sok. No. 52/6 Sisli, Istanbul 21344, Turkey; Egs Bloklari B-1 Blok K.1 No: 114, Yesilkoy-Bakirkoy, Istanbul, Turkey; DOB 15 Sep 1975; POB Karabuk, Kula, Turkey; alt. POB Manisa, Kula, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 791029 (Turkey); National ID No. 27224237098 (Turkey) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

YEHYA MOALLA, Mohammad; DOB 1951; POB Lattakia, Syria; Minister of Higher Education (individual) [SYRIA].

YEKATOM SARAGBA, Alfred (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

YEKATOM, Alfred (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Rombot"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

YELISEYEV, Ilya Vladimirovich (a.k.a. ELISEEV, Iliya Vladimirovich), Moscow, Russia; DOB 19 Dec 1965; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

YELISEYEV, Sergei (a.k.a. YELISEYEV, Sergey Vladimirovich (Cyrillic: ЕЛИСЕЕВ, Сергей Владимирович)), Kherson Oblast, Ukraine; DOB 05 May 1971; POB Stavropol, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

YELISEYEV, Sergey Vladimirovich (Cyrillic: ЕЛИСЕЕВ, Сергей Владимирович) (a.k.a. YELISEYEV, Sergei), Kherson Oblast, Ukraine; DOB 05 May 1971; POB Stavropol, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

YELIZAREV, Anton Olegovich (a.k.a. ELIZAREV, Anton Olegovich; a.k.a. "Lotus"), 66 Novorossiysk, Apt 48, Novorossiysk, Russia; DOB 01 May 1981; nationality Russia; Gender Male; Passport 6103869621 (Russia); Tax ID No. 23151072563 (Russia) (individual) [RUSSIA-EO14024].

YEMELYANOV, Gennady Egorovich (a.k.a. EMELYANOV, Gennady Egorovich (Cyrillic: ЕМЕЛЬЯНОВ, Геннадий Егорович)); DOB 01 Jan 1957; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEMILIANOVA, Svetlana Petrovna (a.k.a. EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна); a.k.a. EMILIANOVA, Svetlana Petrovna; a.k.a. YEMILYANOVA, Svetlana Petrovna), Russia; DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YEMILYANOVA, Svetlana Petrovna (a.k.a. EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна); a.k.a. EMILIANOVA, Svetlana Petrovna; a.k.a. YEMILIANOVA, Svetlana Petrovna), Russia;

DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YEPISHIN, Andrei Nikolayevich (Cyrillic: ЕПИШИН, Андрей Николаевич) (a.k.a. YEPISHIN, Andrey Nikolayevich), Russia; DOB 29 Oct 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEPISHIN, Andrey Nikolayevich (a.k.a. YEPISHIN, Andrei Nikolayevich (Cyrillic: ЕПИШИН, Андрей Николаевич)), Russia; DOB 29 Oct 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YERMAKOV, Ivan Sergeyevich, Russia; DOB 10 Apr 1986; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

YERMAKOVA, Maria (Cyrillic: ЕРМАКОВА, Мария) (a.k.a. ERMAKOVA, Mariya Gennadevna (Cyrillic: ЕРМАКОВА, Мария Геннадьевна)), Crimea, Ukraine; DOB 1984; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

YERMOSHINA, Lidya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mikhailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lidya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mihailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lidziya Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mihailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lidziya Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mihailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a.

YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lydia Mihaulauna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lydia Mihaulauna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mihailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mikhailovna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERMOSHINA, Lydia Mikhailovna (a.k.a. YARMOSHINA, Lidya Mihaulauna; a.k.a. YARMOSHINA, Lidya Mihailovna; a.k.a. YARMOSHINA, Lidziya Mihaulauna; a.k.a. YARMOSHINA, Lidziya Mikhailovna; a.k.a. YARMOSHINA, Lydia Mihaulauna; a.k.a. YARMOSHINA, Lydia Mikhailovna; a.k.a. YARMOSHYNA, Lidya Mihaulauna; a.k.a. YARMOSHYNA, Lidya Mikhailovna; a.k.a. YARMOSHYNA, Lidziya Mihaulauna; a.k.a. YARMOSHYNA, Lidziya Mikhailovna; a.k.a. YARMOSHYNA, Lydia Mihaulauna; a.k.a. YARMOSHYNA, Lydia Mikhailovna; a.k.a. YERMOSHINA, Lidya Mihaulauna; a.k.a. YERMOSHINA, Lidya Mikhailovna; a.k.a. YERMOSHINA, Lidziya Mihaulauna; a.k.a. YERMOSHINA, Lidziya Mikhailovna; a.k.a. YERMOSHINA, Lydia Mihaulauna); DOB 29 Jan 1953; POB Slutsk, Belarus; Head of the Central Commission for Elections and National Referendums (CEC) (individual) [BELARUS].

YERSHOV, Sergey Aleksandrovich (Cyrillic: ЕРШОВ, Сергей Александрович) (a.k.a. ERSHOV, Sergei Aleksandrovich), Russia; DOB 16 Oct 1952; nationality Russia; Gender Male; Tax ID No. 502601808086 (Russia)

(individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING; Linked To: OOO SERTAL).

YERSHOVA, Anna Sergeyevna (a.k.a. ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна); f.k.a. SOBIANINA, Anna Sergeyevna; f.k.a. SOBYANINA, Anna Sergeevna (Cyrillic: СОБЯНИНА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

YESHIVAT HARAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. "CARD") [SDGT].

YEVKUROV, Yunus-Bek (a.k.a. EVKUROV, Yunus-Bek), Russia; DOB 30 Jul 1963; POB Tarskoye, Prigorodny District, North Ossetia, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

YEVPATORIA COMMERCIAL SEAPORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a.

YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIA MERCHANT SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIA SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. SEAPORT OF YEVPATORIA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIYA COMMERCIAL SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVPATORIYA SEA PORT (a.k.a. PORT OF EVPATORIA; a.k.a. PORT OF YEVPATORIA; a.k.a. SEAPORT OF YEVPATORIYA; a.k.a. STATE ENTERPRISE EVPATORIA SEA COMMERCIAL PORT; a.k.a. YEVPATORIA COMMERCIAL SEAPORT; a.k.a. YEVPATORIA MERCHANT SEA PORT; a.k.a. YEVPATORIA SEA PORT; a.k.a. YEVPATORIYA COMMERCIAL SEA PORT), Mariners Square 1, Evpatoria, Crimea 97416, Ukraine; 1, Moryakov Sq, Yevpatoriya, Crimea 97408, Ukraine; 1 Moryakov Sq., Yevpatoria, Crimea 97416, Ukraine; Ukraine; 1 Moryakov Sq, Yevpatoriya, Crimea 97416, Ukraine; Email Address lada1@seavenue.net; alt. Email Address zamves@emtp.com.ua; UN/LOCODE UA ZKA; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125583 (Ukraine) [UKRAINE-EO13685].

YEVRAYEV, Mikhail Yakovlevich (a.k.a. EVRAEV, Mikhail Yakovlevich (Cyrillic: ЕВРАЕВ, Михаил Яковлевич)), Yaroslavl Region, Russia; DOB 21 Apr 1971; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 780100747702 (Russia) (individual) [RUSSIA-EO14024].

YEVTUSHENKO, Oleg Nikolayevich (a.k.a. EVTUSHENKO, Oleg Nikolaevich (Cyrillic: ЕВТУШЕНКО, Олег Николаевич)), Russia; DOB 09 Nov 1975; POB Stavropol, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

YEVTYUKHOVA, Yelena Aleksandrovna (Cyrillic: ЕВТЮХОВА, Елена Александровна), Russia; DOB 07 Aug 1970; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEZERSKY, Nikolay Nikolayevich (Cyrillic: ЕЗЕРСКИЙ, Николай Николаевич), Russia; DOB 08 May 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YEZHIKOV, Vladimir (a.k.a. EZHIKOV, Vladimir Vladimirovich (Cyrillic: ЕЖИКОВ, Владимир Владимирович)), Donetsk, Russia; DOB 20 Jun 1987; nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

YEZUBOV, Alexey Petrovich (Cyrillic: ЕЗУБОВ, Алексей Петрович), Russia; DOB 10 Feb 1948; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YI, Khin Maung (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Mg; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YI, Khin Mg (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, U Khin Maung), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YI, U Khin Maung (a.k.a. YEE, Khin Maung; a.k.a. YEE, Khin Mg; a.k.a. YEE, U Khin Maung; a.k.a. YI, Khin Maung; a.k.a. YI, Khin Mg), No. 3132, Khatta (18) Street, Ottayathiri Township, Naypyitaw, Burma; DOB 15 Feb 1965; POB Rangoon, Burma; nationality Burma;

citizen Burma; Gender Male; Passport DM000956 (Burma) issued 25 Jan 2012 expires 24 Jan 2022; National ID No. 14HATHATAN059290 (Burma); alt. National ID No. 13MAYATANAING002216; Minister for Natural Resources and Environmental Conservation (individual) [BURMA-EO14014].

YI, Yo'ng-kil (a.k.a. RI, Yong Gi; a.k.a. RI, Yong Gil; a.k.a. RI, Yo'ng-kil), Korea, North; DOB 01 Jan 1955 to 31 Dec 1955; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YIANNAKOU, Costas (a.k.a. GIANNAKOU, Kostas), Cyprus; DOB 24 Jul 1970; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah) (a.k.a. KHALED, Gulsah; a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulsah; a.k.a. OZEL, Gulshah), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

YIGIT, Faruk; DOB 13 Mar 1962; POB Turkey; CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Passport S00499470 (Turkey) expires 15 Sep 2016 (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

YILMAZ, Adem, Sudliche Ringstrasse 133, Langen 63225, Germany; DOB 04 Nov 1978; alt. DOB 11 Apr 1978; POB Bayburt, Turkey; citizen Turkey; Passport TR-P 614166 (Turkey); alt. Passport 0018850 (Turkey); currently incarcerated at Weiterstadt, Germany (individual) [SDGT].

YILUFA ELECTRONICS LIMITED (Chinese Simplified: 深圳市亿路发科技有限公司), 1806, Hanguo Center, No. 3031 Shennan Middle Road, Futian District, Shenzhen, Guangdong, China (Chinese Simplified: 福田区福田街道福南社区深南中路3031号汉国城市商业中心1806, 深圳市, 广东省, China); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 08 Dec 2004; Unified Social Credit Code (USCC) 91440300769188559R (China) [RUSSIA-EO14024].

YIMINGBAHAI, Ailigeng (a.k.a. IMIRBAKI, Arken (Chinese Simplified: 艾力更·依明巴海; Chinese Traditional: 艾力更依明巴海)), China; DOB Sep 1953; POB Yengisar County, Xinjiang Uyghur Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

YIN, Zonghua (Chinese Simplified: 尹宗华; Chinese Traditional: 尹宗華), Hong Kong; DOB Aug 1964; POB Shengzhou, Zhejiang Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

YINKE ELECTRONICS CO., LTD (a.k.a. YINKE HK ELECTRONICS COMPANY LIMITED (Chinese Traditional: 盈科香港電子有限公司)), Area A, 2nd Floor, Xinxin Building B, Zhenxing Road, Futian District, Shenzhen, Guangdong, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2008; Company Number 1227142 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

YINKE HK ELECTRONICS COMPANY LIMITED (Chinese Traditional: 盈科香港電子有限公司) (a.k.a. YINKE ELECTRONICS CO., LTD), Area A, 2nd Floor, Xinxin Building B, Zhenxing Road, Futian District, Shenzhen, Guangdong, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2008; Company Number 1227142 (Hong Kong)

[NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

YIP, Chuen Fat (a.k.a. YE, Chuan Fa), China; DOB 03 Aug 1953; nationality China; citizen China; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

YOBELUO, Corneille Nangaa (a.k.a. NANGAA, Corneille Yobeluo), 36 Q Solongo Blvd, Biangala, Lemba, Kinshasa, Congo, Democratic Republic of the; DOB 09 Jul 1970; POB Bagboya, Congo, Democratic Republic of the; Gender Male; Passport DP0003850 (Congo, Democratic Republic of the) issued 20 Nov 2017 expires 19 Nov 2022; alt. Passport DP0000149 (Congo, Democratic Republic of the) issued 12 Jan 2016 expires 11 Jan 2021 (individual) [DRCONGO].

YOL, Marial Chanoung (a.k.a. CHINOUM, Marial; a.k.a. CHINUONG, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

YO'N, Cho'ng-Nam, Dalian, China; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chief Representative, KOMID (individual) [NPWMD].

YONA HOLDING (a.k.a. UNISTAR COMPANY; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

YONA STAR (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

YONA STAR COMPANY (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR

INTERNATIONAL; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

YONA STAR INTERNATIONAL (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR SHIPPING; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

YONA STAR SHIPPING (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR TRADING INTERNATIONAL CO. LTD.), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

YONA STAR TRADING INTERNATIONAL CO. LTD. (a.k.a. UNISTAR COMPANY; a.k.a. YONA HOLDING; a.k.a. YONA STAR; a.k.a. YONA STAR COMPANY; a.k.a. YONA STAR INTERNATIONAL; a.k.a. YONA STAR SHIPPING), Damascus Airport Free Zone, Damascus, Syria; Al Maktoum Street, Building MM Office # 7, Deira, Dubai, United Arab Emirates; Website http://www.yonastar.com [SYRIA].

YONDAIME YAMAKEN-GUMI (a.k.a. FOURTH GENERATION YAMAKEN-GUMI (Japanese: 四代目山健組); a.k.a. YAMAKEN-GUMI (Japanese: 山健組)), 26-4 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken 650-0013, Japan (Japanese: 26-4 花隈町中央区, 神戸市, 兵庫県 650-0013, Japan) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI; Linked To: INOUE, Kunio).

YONG, Isma'il 'Ali (a.k.a. ALEONG, Eddie; a.k.a. MOHAMMED, Ishmael; a.k.a. MUHAMMAD, Ishmail), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

YONGJIN SHIP MANAGEMENT COMPANY LIMITED, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Tonghung-dong, Central District, Korea, North; Email Address yonmgjinsm@silibank.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5814883; alt. Identification Number IMO 5814906; alt. Identification Number IMO 5820255 [DPRK].

YOO, Jin (a.k.a. YU, Chin; a.k.a. YU, Jin (Korean: 유진)), Korea, North; DOB 1960; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YOOMONEY LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY YOOMONEY; a.k.a. YOOMONEY LLC), 82 bld. 2 Sadovnicheskaya St., Moscow 115035, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736554890 (Russia); Registration Number 1077746365113 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

YOOMONEY LLC (a.k.a. LIMITED LIABILITY COMPANY YOOMONEY; a.k.a. YOOMONEY LIMITED LIABILITY COMPANY), 82 bld. 2 Sadovnicheskaya St., Moscow 115035, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736554890 (Russia); Registration Number 1077746365113 (Russia)

[RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

YORV INMOBILIARIA, Av. Naciones Unidas 6875 LB17-1, Zapopan, Jalisco, Mexico; Website http://yorvinmobiliaria.com [SDNTK].

YOU, Quan (Chinese Simplified: 尤权), Beijing, China; DOB Jan 1954; POB Lulong County, Hebei Province, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

YOUCHEM GENERAL TRADING FZE, B.C. 1303245, Ajman Free Zone, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 27087 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

YOULI TECHNOLOGY DEVELOPMENT CO., LTD. (Chinese Simplified: 尤里科技发展有限公司) (a.k.a. "YOLI GROUP LTD."; a.k.a. "YOLI MACHINE"), Rm No. 13, 16/F, Unit 2 Huatingge, No. 11 Dongpo Rd, Huizhou City, Guangdong Province 516001, China (Chinese Simplified: 华庭阁2单元16层13号房, 东坡路11号, 惠州市, 广东省 516001, China); #22 Huayu, Huizhou, Guangdong 516229, China; Website www.yolimachine.com; Email Address yk@yolimachine.com; Phone Number 8615815351839; Organization Established Date 23 Dec 2013; Unified Social Credit Code (USCC) 9144130008682860C (China) [ILLICIT-DRUGS-EO14059].

YOUNOUS, Omar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

YOUNOUS, Oumar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan;

Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

YOUSEF, Rafik Mohamad (a.k.a. KAIRADIN, Raific Mohamad), Kathe Dorsch Ring 21, Berlin 12353, Germany; Mannheim Prison, Germany; DOB 27 Aug 1974; POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0092301 (Germany) (individual) [SDGT].

YOUSEFPOUR, Ali; DOB 01 Jan 1955 to 31 Dec 1955; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

YOUSSEF, Adnan (a.k.a. YOUSSEF, Adnan Mahmoud; a.k.a. "YUSUF, 'Adnan"), Haret Hreik, Beirut, Lebanon; DOB 06 Jun 1956; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

YOUSSEF, Adnan Mahmoud (a.k.a. YOUSSEF, Adnan; a.k.a. "YUSUF, 'Adnan"), Haret Hreik, Beirut, Lebanon; DOB 06 Jun 1956; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

YOUSSER COMPANY FOR FINANCE AND INVESTMENT, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

YOUYOU KECHUANG SHENZHEN LIMITED COMPANY (a.k.a. UU INNOVATION TECHNOLOGY CO LTD (Chinese Simplified: 悠悠科创 深圳 有限公司)), Dingcheng International Building 2803, Zhonghang Road #7, Huaqiang North Subdistrict Huahang Neighborhood, Futian District, Shenzhen, China; Unified Social Credit Code (USCC) 91440300MA5GGWY44T (China) [RUSSIA-EO14024].

YSMAIYLOV, Raiym (a.k.a. MATRAIMOV, Raimbek; a.k.a. MATRAIMOV, Raimbek Ismailovich; a.k.a. MATRAIMOV, Raiymbek; a.k.a. MATRAIMOV, Rayimbek), Osh, Kyrgyzstan; DOB 03 May 1971; POB Agartuu, Kyrgyzstan; nationality Kyrgyzstan; Gender

Male; National ID No. 1340572 issued 07 Aug 2010 expires 07 Aug 2029; alt. National ID No. 1877213 (Kyrgyzstan) expires 15 Oct 2030; alt. National ID No. 1825229 (Kyrgyzstan) expires 14 Sep 2030 (individual) [GLOMAG].

YU, Bu Ung (a.k.a. YU, Pu Ung (Korean: 유부웅); a.k.a. "Mr. O"), 67 Kap 2-9-1, Sobuk 1 Tonglo, Cho'lso' District, Shenyang, China; DOB 16 Sep 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS927320340 issued 02 Sep 2017 expires 02 Sep 2022 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

YU, Chin (a.k.a. YOO, Jin; a.k.a. YU, Jin (Korean: 유진)), Korea, North; DOB 1960; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YU, Chol U, Korea, North; DOB 08 Aug 1959; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director, National Aerospace Development Administration (individual) [DPRK2] (Linked To: NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION).

YU, Jin (Korean: 유진) (a.k.a. YOO, Jin; a.k.a. YU, Chin), Korea, North; DOB 1960; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YU, Kwang Ho; DOB 18 Oct 1956; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

YU, Pu Ung (Korean: 유부웅) (a.k.a. YU, Bu Ung; a.k.a. "Mr. O"), 67 Kap 2-9-1, Sobuk 1 Tonglo,

Cho'lso' District, Shenyang, China; DOB 16 Sep 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS927320340 issued 02 Sep 2017 expires 02 Sep 2022 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

YUAN, Chilli (a.k.a. YUAN, Yun Xia; a.k.a. YUAN, Yunxia), Longgang District, Shenzhen, China; DOB 08 May 1985; POB Chen Zhou, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Identification Number 165837990002 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: S&C TRADE PTY CO., LTD).

YUAN, Yun Xia (a.k.a. YUAN, Chilli; a.k.a. YUAN, Yunxia), Longgang District, Shenzhen, China; DOB 08 May 1985; POB Chen Zhou, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Identification Number 165837990002 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: S&C TRADE PTY CO., LTD).

YUAN, Yunxia (a.k.a. YUAN, Chilli; a.k.a. YUAN, Yun Xia), Longgang District, Shenzhen, China; DOB 08 May 1985; POB Chen Zhou, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Identification Number 165837990002 (United Kingdom) (individual) [NPWMD] [IFSR] (Linked To: S&C TRADE PTY CO., LTD).

YUDAEVA, Ksenia Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAYEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUDAEVA, Xenia Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна) (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUDAYEVA, Xeniya Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна)), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

YUE, Richard (a.k.a. YAODONG, Yue); DOB 22 May 1974; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

YUESEM (a.k.a. USM LIMITED LIABILITY COMPANY; a.k.a. "USM LLC"), Pr-Kt Tekstilshchikov D. 46, Pom.1, Kom.56, Kostroma 156000, Russia; Tax ID No.

7725327133 (Russia); Registration Number 1167746761302 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

YUESEM MARKIROVKA LIMITED LIABILITY COMPANY (a.k.a. YUESEM MARKIROVKA ООО (Cyrillic: ЮЭСЭМ МАРКИРОВКА ООО)), d. 28 etazh 14 pom. 1 kom. 29, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 11 Sep 2018; Tax ID No. 9731010385 (Russia); Registration Number 1187746805520 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

YUESEM MARKIROVKA ООО (Cyrillic: ЮЭСЭМ МАРКИРОВКА ООО) (a.k.a. YUESEM MARKIROVKA LIMITED LIABILITY COMPANY), d. 28 etazh 14 pom. 1 kom. 29, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 11 Sep 2018; Tax ID No. 9731010385 (Russia); Registration Number 1187746805520 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

YUESEM METALLOINVEST ООО (a.k.a. USM METALLOINVEST LIMITED LIABILITY COMPANY (Cyrillic: ЮЭСЭМ МЕТАЛЛОИНВЕСТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 28 str. 3 pom. 12, ul. Povarskaya, Moscow 121069, Russia; Organization Established Date 17 Jun 2018; Organization Type: Activities of holding companies; Tax ID No. 7704882298 (Russia); Government Gazette Number 86555641 (Russia); Registration Number 5147746438868 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

YUGO-VOSTOK MOVEMENT (a.k.a. SOUTHEAST MOVEMENT; a.k.a. SOUTH-EAST MOVEMENT), Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

YUHUA, Shi (a.k.a. HUA, Shi Yu; a.k.a. SHI, Yuhua; a.k.a. "SHI, Arlex"), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

YUK TUNG ENERGY PTE LTD, 17-22, UOB Plaza 2, Raffles Place, 048624, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5987860 [DPRK4].

YUMATEKS AO (f.k.a. NPK KHIMPROMINZHINIRING AO; a.k.a. UMATEX GROUP; a.k.a. UMATEX JOINT-STOCK COMPANY; a.k.a. UMATEX JSC), PR-KT Volgogradskii D. 43, Korp. 3, BTS Avilon, Moscow 109316, Russia; D. 46 Etazh 6 Pom. 54, Shosse Varshavskoe, Moscow 115230, Russia; Organization Established Date 28 Apr 2008; Tax ID No. 7706688991 (Russia); Government Gazette Number 86396208 (Russia); Registration Number 1087746570383 (Russia) [RUSSIA-EO14024].

YUMMY BE CHARM TRADING HK LIMITED, 19/F., No. 3 Lockhart Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2700472 (Hong Kong) [SDGT] (Linked To: SONG, Jing).

YUN, Cheng (a.k.a. "YIN CHEIN"; a.k.a. "YIN CHIN"; a.k.a. "YUN CHENG"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

YUN, Ho-Chin (a.k.a. YUN, Ho-Jin), c/o Namchongang Trading Corporation, Pyongyang, Korea, North; DOB 13 Oct 1944; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

YUN, Ho-Jin (a.k.a. YUN, Ho-Chin), c/o Namchongang Trading Corporation, Pyongyang, Korea, North; DOB 13 Oct 1944; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

YUNA ENGINEERING LLC (a.k.a. LIMITED LIABILITY COMPANY YUNA ENGINEERING;

a.k.a. YUNA INZHINIRING, 12 Academic Ilyushin Str., Moscow 123290, Russia; d. 16 pom. 628 Fryazino, Moscow, Russia; Organization Established Date 24 Oct 2022; Tax ID No. 7714494904 (Russia); Government Gazette Number 57792038 (Russia) [RUSSIA-EO14024].

YUNA INZHINIRING (a.k.a. LIMITED LIABILITY COMPANY YUNA ENGINEERING; a.k.a. YUNA ENGINEERING LLC), 12 Academic Ilyushin Str., Moscow 123290, Russia; d. 16 pom. 628 Fryazino, Moscow, Russia; Organization Established Date 24 Oct 2022; Tax ID No. 7714494904 (Russia); Government Gazette Number 57792038 (Russia) [RUSSIA-EO14024].

YUNG, Yiu Wa (Chinese Traditional: 容耀華) (a.k.a. "YUNG, Stephen"), Hong Kong, China; DOB 21 Oct 1960; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number C536975 (Hong Kong) (individual) [NPWMD] [IFSR] (Linked To: LI, Yongxin).

YUNIK LEB (a.k.a. LIMITED LIABILITY COMPANY UNIQUE LAB), Ul. Bumazhnaya D. 17, Lit. A, Pomeshch. 268R, Saint Petersburg 190020, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7839071647 (Russia); Registration Number 1167847364233 (Russia) [RUSSIA-EO14024].

YUNOS, Mukhlis (a.k.a. YUNOS, Muklis; a.k.a. YUNOS, Saifullah Mukhlis); DOB circa 07 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT].

YUNOS, Muklis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Saifullah Mukhlis); DOB circa 07 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT].

YUNOS, Saifullah Mukhlis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Muklis); DOB circa 07 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT].

YUNUS, 'Umar (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus,

Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

YURCHIK, Oleg (a.k.a. YURCHIK, Oleg Nikolaevich (Cyrillic: ЮРЧИК, ОЛЕГ НИКОЛАЕВИЧ); a.k.a. YURCHYK, Aleh Mikalaevich (Cyrillic: ЮРЧЫК, АЛЕГ МІКАЛАЕВІЧ)), 4 ap. 99 Repina Street, Minsk, Belarus; DOB 16 Aug 1979; nationality Belarus; Gender Male; National ID No. 3160879B005PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

YURCHIK, Oleg Nikolaevich (Cyrillic: ЮРЧИК, ОЛЕГ НИКОЛАЕВИЧ) (a.k.a. YURCHIK, Oleg; a.k.a. YURCHYK, Aleh Mikalaevich (Cyrillic: ЮРЧЫК, АЛЕГ МІКАЛАЕВІЧ)), 4 ap. 99 Repina Street, Minsk, Belarus; DOB 16 Aug 1979; nationality Belarus; Gender Male; National ID No. 3160879B005PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

YURCHYK, Aleh Mikalaevich (Cyrillic: ЮРЧЫК, АЛЕГ МІКАЛАЕВІЧ) (a.k.a. YURCHIK, Oleg; a.k.a. YURCHIK, Oleg Nikolaevich (Cyrillic: ЮРЧИК, ОЛЕГ НИКОЛАЕВИЧ)), 4 ap. 99 Repina Street, Minsk, Belarus; DOB 16 Aug 1979; nationality Belarus; Gender Male; National ID No. 3160879B005PB4 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

YUSHCHENKO, Alexander Andreyevich (Cyrillic: ЮЩЕНКО, Александр Андреевич), Russia; DOB 19 Nov 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

YUSONG SHIPPING CO, Uiam-dong, Taedonggang-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5146578 [DPRK4].

YUSOV, Yanal (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI";

a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon [FTO] [SDGT].

YUSUF, Abdiweli Mohamed (a.k.a. AW-MAHAMUD, Abdiweli; a.k.a. WALAAC, Ina-Waran), Bari, Somalia; DOB 1982; alt. DOB 1981; alt. DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

YUSUF, Bashir Ali (Arabic: بشير علي يوسف); DOB 07 Aug 1984; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06077522 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

YUSUF, Hani al-Sayid Al-Sibai (a.k.a. AL-SIBA'I, Hani Muhammad Yusuf), United Kingdom; DOB 01 Mar 1961; POB Qaylubiyah, Egypt; nationality Egypt (individual) [SDGT].

YUSUF, Isse Mohamed (a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

YUSUF, Isse Mohamoud (a.k.a. YUSUF, Isse Mohamed; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

YUSUF, Mohamed Mire Ali (a.k.a. ALI, Mohamed Mire; a.k.a. MIRE, Mohamed; a.k.a. MIRE, Mohamed Ali; a.k.a. MIRE, Muhammad), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

YUSUF, Muhammad Hisham Fu'ad, Syria; DOB 29 Jul 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

YUSUF, Muhsin, Syria; DOB 17 May 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

YUSUF, Siyaad Isaaq (a.k.a. AYUTO, Siyaat; a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyaad; a.k.a. AYUUTO, Siyat), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

YU-TERRA LLC (a.k.a. U-TERRA LLC (Cyrillic: Ю-ТЕРРА ООО)), d. 28 pom. 1 kom. 34, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 11 Feb 2022; Tax ID No. 9731088695 (Russia); Registration Number 12277000667700 (Russia) [RUSSIA-EO14024] (Linked To: USM URBAN MINING LIMITED LIABILITY COMPANY).

YUVENTA (a.k.a. JUVENTA), B-r Kronshtadtskii D. 39, K. 1, Pomeshch. I, Kom. 45, Rm. 5-9, Moscow 125499, Russia; Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Office 45/RM5-9, Bldg. 1, 39, Kronshtadtskiy Bulvar, Moscow 125499, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743146073 (Russia); Registration Number 1167746276202 (Russia) [RUSSIA-EO14024].

YUZHIK, Aleksandr (a.k.a. YUZHIK, Aleksandr Vladimirovich (Cyrillic: ЮЖИК, Александр Владимирович); a.k.a. YUZHYK, Alyaksandr Uladzimiravich (Cyrillic: ЮЖЫК, Аляксандр Уладзіміравіч)), Grodno Oblast, Belarus; DOB

1975; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

YUZHIK, Aleksandr Vladimirovich (Cyrillic: ЮЖИК, Александр Владимирович) (a.k.a. YUZHIK, Aleksandr; a.k.a. YUZHYK, Alyaksandr Uladzimiravich (Cyrillic: ЮЖЫК, Аляксандр Уладзіміравіч)), Grodno Oblast, Belarus; DOB 1975; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

YUZHMORGEOLOGIYA AO (Cyrillic: ЮЖМОРГЕОЛОГИЯ АО) (a.k.a. GNTS FGUGP YUZHMORGEOLOGIYA; a.k.a. JOINT STOCK COMPANY YUZHNOYE NAUCHNO PROIZVODSTVENNOYE OBEDINENIE PO MORSKIM GEOLOGORAZVEDOCHNYM RABOTAM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖНОЕ НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПО МОРСКИМ ГЕОЛОГОРАЗВЕДОЧНЫМ РАБОТАМ)), Ulitsa Krymskaya, 20, Gelendzhik 353461, Russia; Tax ID No. 2304070606 (Russia); Registration Number 1162304051370 (Russia) [RUSSIA-EO14024].

YUZHNY PROEKT, OOO (a.k.a. LIMITED LIABILITY COMPANY SOUTHERN PROJECT; a.k.a. LLC SOUTHERN PROJECT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

YUZHYK, Alyaksandr Uladzimiravich (Cyrillic: ЮЖЫК, Аляксандр Уладзіміравіч) (a.k.a. YUZHIK, Aleksandr; a.k.a. YUZHIK, Aleksandr Vladimirovich (Cyrillic: ЮЖИК, Александр Владимирович)), Grodno Oblast, Belarus; DOB 1975; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

Z AXIS LLC (a.k.a. ZET AKSIS; a.k.a. ZET AXIS LLC), Per. Gagarinskii D. 22/8, Str. 1, Floor Tsokolnyi Kom 3, Moscow 119002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type:

Wholesale of other machinery and equipment; Tax ID No. 7704477392 (Russia); Registration Number 1197746112002 (Russia) [RUSSIA-EO14024].

ZA, Tay, Singapore; Burma; DOB 18 Jul 1964; alt. DOB 18 Jul 1967; POB Burma; citizen Burma; Gender Male; Passport 306869 (Burma); National ID No. MYGN 006415 (Burma) (individual) [BURMA-EO14014].

ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABAKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

ZABABAKHIN INSTITUTE (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABAKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

ZABEN, Sultan (a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة

(زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIH POUR, Ameneh Sadat (a.k.a. ZABIHPOUR AHMADI, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور احمدی); a.k.a. ZABIHPOUR, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور)), Tehran, Iran; DOB 07 Aug 1984; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 09324611 (Iran) expires 05 Jul 2017 (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

ZABIHPOUR AHMADI, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور احمدی) (a.k.a. ZABIH POUR, Ameneh Sadat; a.k.a. ZABIHPOUR, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور)), Tehran, Iran; DOB 07 Aug 1984; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 09324611 (Iran) expires 05 Jul 2017 (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

ZABIHPOUR, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور) (a.k.a. ZABIH POUR, Ameneh Sadat; a.k.a. ZABIHPOUR AHMADI, Ameneh Sadat (Arabic: آمنه سادات ذبیح پور احمدی)), Tehran, Iran; DOB 07 Aug 1984; POB Babol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 09324611 (Iran) expires 05 Jul 2017 (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

ZABIN, Abu Saqer (Arabic: أبو صقر زابن) (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عیضة عیضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIN, Sultan (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: أبو صقر زابن); a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عیضة عیضة

(زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIN, Sultan Saleh (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: أبو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عیضة عیضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عیضة عیضة زابن) (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: أبو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABINYE, Sultan (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: أبو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عیضة عیضة زابن); a.k.a. "SAGAR, Abu"; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

ZABRALOVA, Olga Sergeyevna (Cyrillic: ЗАБРАЛОВА, Ольга Сергеевна), Russia; DOB 30 Mar 1980; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZACHAROVA, Maria (a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariia Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

ZADACHIN, Andrei Andreevich (Cyrillic: ЗАДАЧИН, Андрей Андреевич), Moscow, Russia; DOB 22 Aug 1990; nationality Russia; Gender Male; Tax ID No. 771577190559 (Russia); Justice Major (individual) [GLOMAG].

ZADEH, Mohammed Khalil (a.k.a. KHALILZADEH, Mohammad), Iran; DOB 02 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L42320339 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ZADEH, Salar Mahmoud, Iran; DOB 24 Nov 1990; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ZADNA COMPANY (a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (Al), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL CO FOR INVESTMENT LTD (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (Al), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA

INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL FOR INVESTMENT (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL FOR INVESTMENT COMPANY (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL INVESTMENT CO., LTD. (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENTS), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street,

Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADNA INTERNATIONAL INVESTMENTS (a.k.a. ZADNA COMPANY; a.k.a. ZADNA INTERNATIONAL CO FOR INVESTMENT LTD; a.k.a. ZADNA INTERNATIONAL COMPANY FOR INVESTMENT LIMITED; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT; a.k.a. ZADNA INTERNATIONAL FOR INVESTMENT COMPANY; a.k.a. ZADNA INTERNATIONAL INVESTMENT CO., LTD.), P.O. Box 11429, Block 9 Dohaa (AI), House No. 436, Khartoum, Sudan; Doha Street Property 436 Manshia Doha Street, Khartoum 11429, Sudan; Website www.zadna-int.com; Organization Established Date 1997; Organization Type: Activities of holding companies [SUDAN-EO14098].

ZADORNOV, Mikhail Mikhailovich (a.k.a. ZADORNOV, Mikhail Mikhaylovich (Cyrillic: ЗАДОРНОВ, Михаил Михайлович)), Str. Malaya Molchanovka, 8-29, Moscow 121069, Russia; DOB 04 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Passport 760019543 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ZADORNOV, Mikhail Mikhaylovich (Cyrillic: ЗАДОРНОВ, Михаил Михайлович) (a.k.a. ZADORNOV, Mikhail Mikhailovich), Str. Malaya Molchanovka, 8-29, Moscow 121069, Russia; DOB 04 May 1963; POB Moscow, Russia; nationality Russia; Gender Male; Passport 760019543 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ZADRAN, Ahmed Jan (a.k.a. KUCHI, Ahmed Jan; a.k.a. WAZIR, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan (individual) [SDGT].

ZADRAN, Haji Shabaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover,

Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZADRAN, Haji Shabbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Shabbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZADRAN, Muhammad Omar (a.k.a. JADRAN, Mohammad-Omar); DOB 1958; POB Sultan Kheyl Village, Spera District, Khowst Province, Afghanistan; Maulawi; Mullah (individual) [SDGT].

ZADRAN, Shabbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shabbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL

GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZADRAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

ZAFER MIHBEK, Mohammad; DOB 1945; POB Aleppo, Syria; Minister of Economy and Foreign Trade (individual) [SYRIA].

ZAFRANI, Ali (a.k.a. AL SIFRANI, Ali; a.k.a. AL-SAFRANI, Ali Ahmidah; a.k.a. AS-SAFRANI, Ali Samida), Libya; DOB 1982; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZAGAL ANTON, Fernando, Mexico; DOB 14 Oct 1982; POB Puerto Vallarta, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZAAF821014HJCGNR04 (Mexico) (individual) [SDNTK].

ZAGARIA, Antonio; DOB 29 Jun 1962; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGARIA, Carmine; DOB 27 May 1968; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGARIA, Michele (a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958;

POB San Cipriano d'Aversa, Italy (individual) [TCO].

ZAGARIA, Nicola; DOB 10 Oct 1927; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGARIA, Pasquale; DOB 05 Jan 1960; POB San Cipriano D'Aversa, Italy (individual) [TCO].

ZAGORNOV, Maksim Aleksandrovich, United Arab Emirates; DOB 08 Jun 1973; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 744716075030 (Russia) (individual) [RUSSIA-EO14024].

ZAGROS PARDIS KISH, No. 192, Pardis 1 Market, Kish Island 794148338, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10980205334 (Iran); Business Registration Number 8953 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ATABAKI, Alireza).

ZAGROS PETROCHEMICAL (a.k.a. "ZPC"), North Sheikh Bahaie Avenue Sheida Alley, Khoddami Street, Vanak Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 2869 (Iran); Registration Number 148344 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ZAGROS TARABARAN ARIA INTERNATIONAL TRANSPORTATION CO. (Arabic: شرکت زاگرس ترابران شاپور خواست (a.k.a. ZAGROS TARABARAN-E ARYA (Arabic: زاگرس ترابران (آریا), Khorramabad 6814178509, Iran; Km of Kuhdasht Road, Next to Lorestan Petrochemical, Industrial Town No. 2, Service and 15 Technology Building, 6814178509, Iran; National ID No. 10740087913 (Iran); Commercial Registry Number 9568 (Iran) [IRAN-EO13846].

ZAGROS TARABARAN-E ARYA (Arabic: زاگرس ترابران آریا (a.k.a. ZAGROS TARABARAN ARIA INTERNATIONAL TRANSPORTATION CO. (Arabic: شرکت زاگرس ترابران شاپور خواست)), Khorramabad 6814178509, Iran; Km of Kuhdasht Road, Next to Lorestan Petrochemical, Industrial Town No. 2, Service and 15 Technology Building, 6814178509, Iran; National ID No. 10740087913 (Iran); Commercial Registry Number 9568 (Iran) [IRAN-EO13846].

ZAHDI, Mohammad Riza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHEDI, Ali Reza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

ZAHEDAN PRISON (Arabic: زندان زاهدان)), Zahedan - the end of Moallem Boulevard, in front of Moallem 33, Sistan and Baluchistan, Iran; Zahedan, Daneshjoo Blvd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ZAHEDI, Ali Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Mohammed Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

ZAHEDI, Mohammed Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

ZAHEDI, Mostafa (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZAHEDI, Roozbeh (a.k.a. ZAHEDI, Rouzbeh), Iran; DOB 01 Dec 1970; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAHEDI, Rouzbeh (a.k.a. ZAHEDI, Roozbeh), Iran; DOB 01 Dec 1970; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAHER EL DINE, Hamdi (a.k.a. ZAHREDDINE, Hamdi); DOB 20 Jul 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2146270 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZAHHAR, Mahmoud Khaled (a.k.a. AL ZAHAR, Mahmoud Khaled; a.k.a. "AL-ZAHAR, Mahmoud"; a.k.a. "ZAHAR, Mahmoud"), Gaza, DOB 1945; POB Gaza Strip; nationality

Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

ZAHRAN, Yousuf, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

ZAHREDDINE, Hamdi (a.k.a. ZAHER EL DINE, Hamdi); DOB 20 Jul 1984; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2146270 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

ZAIN KHAN, Dilawar Khan (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Qazi; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ZAINAL, Akram, Iraq; Chairman and General Manager of AGRICULTURAL CO-OPERATIVE BANK (individual) [IRAQ2].

ZAITAR, Noah (Arabic: نوح زغير) (a.k.a. ZUAITER, Nuah), Syria; Lebanon; DOB 1971; alt. DOB 1977; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ZAITOUN, Mohammed Dib (a.k.a. ZAYTUN, Muhammad Dib; a.k.a. ZEITOUN, Mohammed Dib); DOB 1952; Major General, Director of Political Security Directorate (individual) [SYRIA].

ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч) (a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Aleksandr; a.k.a. ZAYTSEV, Alexander), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAITSEV, Aleksandr Nikolayevich (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Aleksandr; a.k.a. ZAYTSEV, Alexander); Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич) (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAYTSEV, Aleksandr; a.k.a. ZAYTSEV, Alexander); United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAITSEV, Alexei (a.k.a. ZAYTSEV, Aleksey Alekseyevich; a.k.a. ZAYTSEV, Alexey); DOB 07 Sep 1965; POB Leningrad, Russia; Passport 63-4604880 (Russia); alt. Passport 4103417473 (Russia); alt. Passport H2029462 (Ghana); National ID No. 74914883 (United Arab Emirates) (individual) [TCO].

ZAITSEV, Yuriy Viktorovich (a.k.a. ZAYTSEV, Yuriy Viktorovich (Cyrillic: ЗАЙЦЕВ, Юрий Викторович)), Mariy El Republic, Russia; DOB 16 Dec 1970; POB Monino, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

ZAITSEVA, Lyudmila Nikolaevna (Cyrillic: ЗАЙЦЕВА, Людмила Николаевна), 4 Kuznechnaya Street, Krasnodar 350000, Russia; DOB 25 Jul 1979; POB Timashevsk, Krasnodar Territory, Russia; nationality Russia; Gender Female; Tax ID No. 230910614470 (Russia) (individual) [RUSSIA-EO14024].

ZAKARIA, Zaini, A-1-8 Pangsapuri Sri Tanjung, Jalan Sky BS2, Bukit Sentosa Rawang, Selangor 48300, Malaysia; DOB 16 Jun 1967; alt. DOB 16 May 1967; POB Kelantan, Malaysia; Passport A11457974 (Malaysia) (individual) [SDGT].

ZAKAROVA, Marija (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariia Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

ZAKHARCHENKO, Alexander; DOB 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZAKHARCHENKO, Vitaliy Yuriyovych; DOB 20 Jan 1963; POB Kostiantynivka, Donetsk Region, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: YANUKOVYCH, Viktor Fedorovych).

ZAKHAROV, Aleksandr Vyacheslavovich (Cyrillic: ЗАХАРОВ, Александр Вячеславович) (a.k.a. ZAKHAROV, Alexander Vyacheslavovich), 272 Pushkinskaya Street, Apt 41, Izhevsk 426008, Russia; DOB 21 Sep 1965; POB Izhevsk, Russia; nationality Russia; Gender Male; Tax ID No. 183111242406 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ZALA AERO).

ZAKHAROV, Alexander Vyacheslavovich (a.k.a. ZAKHAROV, Aleksandr Vyacheslavovich (Cyrillic: ЗАХАРОВ, Александр Вячеславович)), 272 Pushkinskaya Street, Apt 41, Izhevsk 426008, Russia; DOB 21 Sep 1965; POB Izhevsk, Russia; nationality Russia; Gender Male; Tax ID No. 183111242406 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ZALA AERO).

ZAKHAROV, Andrey Georgiyevich (Cyrillic: ЗАХАРОВ, Андрей Георгиевич), Russia; DOB 08 Jan 1969; nationality Russia; Gender Male; Tax ID No. 771609756695 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

ZAKHAROV, Konstantin Yuryevich (Cyrillic: ЗАХАРОВ, Константин Юрьевич), Russia; DOB 31 Mar 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAKHAROV, Lavrentii Aleksandrovich (Cyrillic: ЗАХАРОВ, Лаврентий Александрович) (a.k.a. ZAKHAROV, Lavrentiy Aleksandrovich), 272 Pushkinskaya Street, Apt. 41, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 26 Feb 1999; POB Izhevsk, Russia; nationality Russia; Gender Male; Passport 089132114 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROV, Lavrentiy Aleksandrovich (a.k.a. ZAKHAROV, Lavrentii Aleksandrovich (Cyrillic: ЗАХАРОВ, Лаврентий Александрович)), 272 Pushkinskaya Street, Apt. 41, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 26 Feb 1999; POB Izhevsk, Russia; nationality Russia; Gender Male; Passport 089132114 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROV, Nikita Aleksandrovich (Cyrillic: ЗАХАРОВ, Никита Александрович), 272-41 Pushkinskaya St., Izhevsk 426008, Russia; DOB 27 Oct 1986; POB Izhevsk, Russia; nationality Russia; Gender Male; Tax ID No. 184101937739 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROV, Valerii (a.k.a. ZAKHAROV, Valery Nikolayevich), Russia; DOB 12 Jan 1970; nationality Russia; citizen Russia; alt. citizen Central African Republic; Gender Male; Passport D00005931 (Central African Republic) issued 04 Jun 2018 expires 03 Jun 2023 (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZAKHAROV, Valery Nikolayevich (a.k.a. ZAKHAROV, Valerii), Russia; DOB 12 Jan 1970; nationality Russia; citizen Russia; alt. citizen Central African Republic; Gender Male; Passport D00005931 (Central African Republic) issued 04 Jun 2018 expires 03 Jun 2023 (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZAKHAROVA, Maria Aleksandrovna (Cyrillic: ЗАХАРОВА, Мария Александровна) (a.k.a. OSETROVA, Maria Aleksandrovna (Cyrillic: ОСЕТРОВА, Мария Александровна); a.k.a. OSETROVA, Mariya Aleksandrovna), 272 Pushkinskaya St., Apt. 41, Izhevsk 426008, Russia; DOB 07 Jan 1988; POB Russia; nationality Russia; Gender Female; Tax ID No. 183116181362 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKHAROVA, Maria Vladimirovna (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Mariia Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

ZAKHAROVA, Mariia Vladimirovna (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна)), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

ZAKHAROVA, Mariya Vladimirovna (Cyrillic: ЗАХАРОВА, Мария Владимировна) (a.k.a. ZACHAROVA, Maria; a.k.a. ZAKAROVA, Marija; a.k.a. ZAKHAROVA, Maria Vladimirovna; a.k.a. ZAKHAROVA, Mariia Vladimirovna), Russia; DOB 24 Dec 1975; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

ZAKHAROVA, Svetlana Nikolaevna (Cyrillic: ЗАХАРОВА, Светлана Николаевна) (a.k.a. MOSKVINA NIKOLAYEVNA, Svetlana), 272-41 Pushkinskaya, Izhevsk 426008, Russia; Flat 612, Romney House, 47 Marsham Street, London SW1P 3DS, United Kingdom; DOB 18 Mar 1964; POB Izhevsk, Russia; nationality Russia; Gender Female; Tax ID No. 183111242572 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Aleksandr Vyacheslavovich).

ZAKIR, Qari (a.k.a. RAUF, Abdul), Miram Shah, Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; POB Kabul, Afghanistan; citizen Afghanistan (individual) [SDGT].

ZAKIR, Shohrat (Arabic: شۇھرەت زاكىر; Chinese Simplified: 雪克来提扎克尔) (a.k.a. SHOHRAT, Zakir; a.k.a. ZAKIR, Shohret; a.k.a. ZHAKER, Xuekelaiti), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

ZAKIR, Shohret (a.k.a. SHOHRAT, Zakir; a.k.a. ZAKIR, Shohrat (Arabic: شۇھرەت زاكىر; Chinese Simplified: 雪克来提扎克尔); a.k.a. ZHAKER, Xuekelaiti), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

ZAKONNIK (Cyrillic: ЗАКОННИК) (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: ВОР В ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK), United States; Russia; Greece; Ukraine; Spain [TCO].

ZAKRIEV, Ibragim Salmanovich (Cyrillic: ЗАКРИЕВ, Ибрагим Салманович) (a.k.a. ZAKRIEV, Yakub Salmanovich (Cyrillic: ЗАКРИЕВ, Якуб Салманович); a.k.a. ZAKRIYEV, Yakub), Moscow, Russia; DOB 16 Oct 1990; POB Kurchaloy, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZAKRIEV, Salman Soipovich).

ZAKRIEV, Salman Soipovich (Cyrillic: ЗАКРИЕВ, Салман Соипович), Chechen Republic, Russia; DOB 02 Dec 1967; POB Alleroy, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZAKRIEV, Yakub Salmanovich (Cyrillic: ЗАКРИЕВ, Якуб Салманович) (a.k.a. ZAKRIEV, Ibragim Salmanovich (Cyrillic: ЗАКРИЕВ, Ибрагим Салманович); a.k.a. ZAKRIYEV, Yakub), Moscow, Russia; DOB 16 Oct 1990; POB Kurchaloy, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZAKRIEV, Salman Soipovich).

ZAKRIYEV, Yakub (a.k.a. ZAKRIEV, Ibragim Salmanovich (Cyrillic: ЗАКРИЕВ, Ибрагим Салманович); a.k.a. ZAKRIEV, Yakub Salmanovich (Cyrillic: ЗАКРИЕВ, Якуб Салманович)), Moscow, Russia; DOB 16 Oct 1990; POB Kurchaloy, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ZAKRIEV, Salman Soipovich).

ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization

Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAKRYTAYE AKTSYANYERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA (a.k.a. CJSC AKUTA; a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА); a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO ERASIB (a.k.a. CLOSED JOINT STOCK COMPANY ERASIB), Sibiryakov-Gvardeitsev, 51/3 2 Floor, Novosibirsk 630088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5404113697 (Russia); Registration Number 1025401484778 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL' (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INSTRUMENT (a.k.a. "INSTRUMENT AO"), d. 16 pom, 2, ul. Krasnodarskaya, Moscow 109382, Russia; Tax ID No. 5261020674 (Russia); Registration Number 1025202395140 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO KLIMOVSKI SPETSIALIZIROVANNY PATRONNY ZAVOD (a.k.a. CLOSED JOINT STOCK COMPANY KLIMOVSKIY SPECIALIZED AMMUNITION PLANT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИМОВСКИЙ СПЕЦИАЛИЗИРОВАННЫЙ ПАТРОННЫЙ ЗАВОД); a.k.a. KLIMOVSK SPECIALIZED AMMUNITION PLANT JSC KSAP), Ul. R.Lyuksemburg 18A, Tarusa 249100, Russia; Tax ID No. 5021011845 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV (a.k.a. CJSC MAGNITOGORSK MILL ROLLS PLANT; a.k.a. "CJSC MMRP"; a.k.a. "ZAO MZPV"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MNOGOPROFILNAYA PROIZVODSTVENNAYA KOMMERCHESKAYA FIRMA ALKOR (a.k.a. ZAO MPFK ALKOR), Ul. Veteranov Truda D.46, Tyumen 625017, Russia; Tax ID No. 7204015103 (Russia); Registration Number 1027200774040 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NASIM BAKHR KISH (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НАСИМ БАХР КИШ) (a.k.a. NASEEM BAHR KISH CJSC; a.k.a. NASEEM BAHR KISH CLOSED JOINT-STOCK COMPANY; a.k.a. NASIM BAKHR KISH; a.k.a. NASIM BAKHR KISH), Bandargah, Persian Gulf Square, Iran Boulevard, Pars Administrative Complex, Block 16, Second Floor, Unit 12, Kish Island 7941798190, Iran; Khalij Fars Sadaf Building, 3rd Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Apr 2012; Identification Number 14000222370 (Iran); alt. Identification Number 411418981368 (Iran); Registration Number 9979 (Iran) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NGT (a.k.a. JSC NGT; a.k.a. "NGT AO"), Ul. Fominskaya D.54, Perm 614058, Russia; Organization Established Date 02 Oct 2002; Tax ID No. 5902186000 (Russia); Government Gazette Number 52275083 (Russia); Registration Number 1025900513935 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NORSI TRANS (a.k.a. CJSC NORSI-TRANS; a.k.a. CLOSED JOINT STOCK COMPANY NORSI TRANS (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОРСИ ТРАНС)), 12 Bolshaya Novodmitrovskaya Street, Unit 36, Moscow, Moscow Region 127015, Russia; Organization Established Date 22 Sep 1995; Tax ID No. 7705051215 (Russia); Registration Number 1037700030477 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NPF RADIOTEKHKOMPLEKT (a.k.a. NPF-RADIOTEKHKOMPLEKT AO; a.k.a. ZAO NPF RADIOTEKHKOMPLEKT), ul. 1-ya Khutorskaya d. 14, kv. 48, Moscow 127287, Russia; Tax ID No. 7714741462 (Russia); Registration Number 1087746661925 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing

Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TEKHNOLOGICHESKII PARK KOSMONAVTIKI LINKOS (a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL COSMONAUTIKA PARK LINKOS; a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL PARK OF COSMONAUTICS LINKOS), Dorozhnaya Ul D 5, Shcherbinka 142172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733061279 (Russia); Registration Number 1027739037886 (Russia) [RUSSIA-EO14024].

ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY (a.k.a. CLOSED JOINT STOCK COMPANY TOP SYSTEMS; a.k.a. TOP SYSTEMS LTD.; a.k.a. ZAO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT

ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZALA AERO GROUP (a.k.a. LIMITED LIABILITY COMPANY ZALA AERO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗАЛА АЭРО)), 9 Salyama Adilya St., Office 3, Moscow 123154, Russia; Tax ID No. 1841001815 (Russia); Registration Number 1091841000624 (Russia) [RUSSIA-EO14024].

ZALDASTANOV, Aleksandr Sergeevich (a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALDIVAR VEGA, Javier (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May

1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ZALDASTANOV, Aleksandr (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALDOSTANOV, Alexander (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDASTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALDOSTANOV, Alexander Sergeyevich (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. "Khirurg"; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZALEVSKI DENISOVICH, Andrei (a.k.a. ZALEVSKII, Andrei Denisovich); Russia; DOB 02 Nov 1997; nationality Russia; Gender Male; Tax ID No. 771818408885 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY YUNA ENGINEERING).

ZALEVSKII, Andrei Denisovich (a.k.a ZALEVSKI DENISOVICH, Andrei); Russia; DOB 02 Nov 1997; nationality Russia; Gender Male; Tax ID No. 771818408885 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY YUNA ENGINEERING).

ZALIV SHIPYARD LLC (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

ZALOG OOO (a.k.a. LIMITED LIABILITY COMPANY WITH FOREIGN INVESTMENTS ZALOG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ С ИНОСТРАННЫМИ ИНВЕСТИЦИЯМИ ЗАЛОГ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZALOG), d. 22 pom. 305, ul. Martyna Mezhlauka, Kazan, Tatarstan Resp. 420021, Russia; Ul. Kooperativnaya 1, Zelenodolsk 422541, Russia; Organization Established Date 2002; Tax ID No. 1648011501 (Russia); Government Gazette Number 57238810 (Russia); Registration Number 1021606761175 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

ZAMAN, Hayder (a.k.a. KHAN, Abdul Qadeer); DOB 27 Apr 1936; POB Bhopal, India; nationality Pakistan; Passport D000428 (Pakistan) (individual) [NPWMD].

ZAMANOIL - DMCC (Arabic: زمانويل - م.د.م.س) (a.k.a. ZAMANOIL DMCC), Jumeirah Lakes Towers Unit No: Au-06-F, Gold Tower (Au), Plot No, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Nov 2018; Registration Number DMCC-582921 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAMANOIL DMCC (a.k.a. ZAMANOIL - DMCC (Arabic: زمانويل - م.د.م.س)), Jumeirah Lakes Towers Unit No: Au-06-F, Gold Tower (Au), Plot No, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Nov 2018; Registration Number DMCC-582921 (United Arab Emirates) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAMBA, Noel Heath (a.k.a. HEATH, Noel Timothy; a.k.a. ZAMBO, Noel Heath), Cardin Avenue, Saint Kitts and Nevis; DOB 16 Dec 1949; POB St Kitts and Nevis; Passport 03574 (United Kingdom) (individual) [SDNTK].

ZAMBADA GARCIA, Ismael (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

ZAMBADA GARCIA, Ismael Mario (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

ZAMBADA NIEBLA, Maria Teresa, c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTANCIA INFANTIL NINO FELIZ S.C., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Rio Quelite 210, Colonia Guadlupe, Culiacan, Sinaloa 80220, Mexico; Avenida Universidad No. 1900, Colonia Copilco, Coyoacan, Distrito Federal 04350, Mexico; Calle Cerro de la Campana 649, Colonia Colinas de San Miguel, Culiacan, Sinaloa 80060, Mexico; DOB 17 Jun 1969; POB Culiacan, Sinaloa, Mexico; alt. POB Sonora, Mexico; nationality Mexico; citizen Mexico; Passport 97040021870 (Mexico); R.F.C. ZANT-690617-B73 (Mexico); C.U.R.P. ZANT690617MSLMBR01 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Midiam Patricia (a.k.a. LOPEZ LANDEY, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Miriam), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Midian Patricia (a.k.a. LOPEZ LANDEY, Midian Patricia; a.k.a.

ZAMBADA NIEBLA, Midiam Patricia; a.k.a. ZAMBADA NIEBLA, Miriam), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Miriam (a.k.a. LOPEZ LANDEY, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Midiam Patricia; a.k.a. ZAMBADA NIEBLA, Midian Patricia); c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Cuitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Modesta, c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 22 Nov 1982; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 95040018273 (Mexico); R.F.C. ZANM-821122-H87 (Mexico);

C.U.R.P. ZANM821122MSLMBD07 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Monica del Rocio (a.k.a. ZAMBADA NIEBLA, Monica del Rosario), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Ciudad de Puebla 1254, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; DOB 02 Mar 1980; alt. DOB 02 Apr 1980; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040037016 (Mexico); alt. Passport 95040018272 (Mexico); R.F.C. ZANM-800402 (Mexico); C.U.R.P. ZANM800402MSLMBN02 (Mexico) (individual) [SDNTK].

ZAMBADA NIEBLA, Monica del Rosario (a.k.a. ZAMBADA NIEBLA, Monica del Rocio), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Ciudad de Puebla 1254, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; DOB 02 Mar 1980; alt. DOB 02 Apr 1980; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040037016 (Mexico); alt. Passport 95040018272 (Mexico); R.F.C. ZANM-800402 (Mexico); C.U.R.P. ZANM800402MSLMBN02 (Mexico) (individual) [SDNTK].

ZAMBADA, El Mayo (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

ZAMBO, Noel Heath (a.k.a. HEATH, Noel Timothy; a.k.a. ZAMBA, Noel Heath), Cardin Avenue, Saint Kitts and Nevis; DOB 16 Dec 1949; POB St Kitts and Nevis; Passport 03574 (United Kingdom) (individual) [SDNTK].

ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА

ASTRA) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Minskaя область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

ZAMLELOVA, Svetlana Georgiyevna, Russia; DOB 22 Aug 1973; nationality Russia; Gender Female (individual) [ELECTION-EO13848] (Linked To: JOURNAL KAMERTON).

ZAMR, 'Abd-al-Nasir Ibbi, Syria; DOB 01 Jul 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZAMUDIO IBARRA, Ludim, Calle Diego Rivera 374, Interior 3, Colonia Privada Los Cisnes,

Desarrollo Urbano Tres Rios, Culiacan, Sinaloa, Mexico; DOB 03 Sep 1991; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZAIL910903HSLMBD06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Angel Guillermo, Mexico; DOB 17 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALA691117HSLMRN03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Daniel, Mexico; DOB 07 Sep 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALD680907HSLMRN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Jorge Alberto, Mexico; DOB 29 Jan 1967; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALJ670129HSLMRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Ludim, Boulevard Doctor Mora 1776, Colonia La Campina, Culiacan, Sinaloa, Mexico; DOB 19 Apr 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALL720419HSLMRD06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMUDIO LERMA, Luis Alfonso, Calle Frida Kahlo 2464, Fraccionamiento Residencial Los Cisnes, Culiacan, Sinaloa, Mexico; Calle Diego Valadez 1321, Col. Chapultepec, Culiacan, Sinaloa, Mexico; DOB 09 Apr 1965; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. ZALL650409HSLMRS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ZAMULKO, Ruslan, Moscow, Russia; DOB 25 Jun 1970; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. HB698865 (Ukraine) (individual) [CYBER2] (Linked To: EVIL CORP).

ZANBU'AH, Mahmud, Syria; DOB 30 Jul 1974; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZANGA S.A.S., Carrera 49 C #102-57 104, Barranquilla, Colombia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2015; NIT # 9008900295 (Colombia); Identification Number 1700344853100000 (Colombia) [SDGT] (Linked To: HELBAWI, Mahdy Akil).

ZANGAN DISTRIBUTION TRANSFORMER CO, 5th Km of Zanjan-Tehran Road, Zanjan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IFCA].

ZANGANEH, Bijan, Iran; DOB Mar 1952; alt. DOB Mar 1953; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

ZANGANEH, Tooraj Dehghani (a.k.a. ZANGANEH, Touraj; a.k.a. ZANGENE, Touraj Dehgani; a.k.a. ZANGENEH, Touraj Dehghani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANGANEH, Touraj (a.k.a. ZANGANEH, Tooraj Dehghani; a.k.a. ZANGENE, Touraj Dehgani; a.k.a. ZANGENEH, Touraj Dehghani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANGANEH, Vian (a.k.a. ZANGANEH, Viyan); DOB 23 Sep 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport E34651195 (Iran) expires 26 Aug 2020 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZANGANEH, Viyan (a.k.a. ZANGANEH, Vian); DOB 23 Sep 1974; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport E34651195 (Iran) expires 26 Aug 2020 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZANGENE, Touraj Dehgani (a.k.a. ZANGANEH, Tooraj Dehghani; a.k.a. ZANGANEH, Touraj; a.k.a. ZANGENEH, Touraj Dehghani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANGENEH, Touraj Dehghani (a.k.a. ZANGANEH, Tooraj Dehghani; a.k.a. ZANGANEH, Touraj; a.k.a. ZANGENE, Touraj Dehgani), Iran; DOB 05 Aug 1958; POB Kermanshah, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: MERAJ AIR).

ZANIN, Vladislav Yuryevich, St. Petersburg, Russia; DOB 06 Nov 1967; POB Primorsky Krai, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 713295132 (Russia); National ID No. 4012702574 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

ZANJAN ACID MAKERS (a.k.a. ZANJAN ACID MAKERS AND ALVAND ROUINKARAN; a.k.a. ZANJAN ACID PRODUCTION COMPANY; a.k.a. ZANJAN ACID SAZAN), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJAN ACID MAKERS AND ALVAND ROUINKARAN (a.k.a. ZANJAN ACID MAKERS; a.k.a. ZANJAN ACID PRODUCTION COMPANY; a.k.a. ZANJAN ACID SAZAN), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJAN ACID PRODUCTION COMPANY (a.k.a. ZANJAN ACID MAKERS; a.k.a. ZANJAN ACID MAKERS AND ALVAND ROUINKARAN; a.k.a. ZANJAN ACID SAZAN), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CALCIMIN).

ZANJAN ACID SAZAN (a.k.a. ZANJAN ACID MAKERS; a.k.a. ZANJAN ACID MAKERS AND

ALVAND ROUINKARAN; a.k.a. ZANJAN ACID PRODUCTION COMPANY), The end of the Tenth Bahrevari Street, Zinc Industrial Town, 5 km off Bijar Road, Zanjan, Iran; Website www.acidsazan.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: CALCIMIN).

ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAO AKUTA (Cyrillic: ЗАО АКУТА) (a.k.a. CJSC AKUTA; a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

ZAO AO KVORUM (a.k.a. JOINT STOCK COMPANY QUORUM), Per. 2-I Kozhevnicheskii D. 12, Moscow 115114, Russia; Sh. Entuziastov D. 31D, Moscow 111123, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7720123993 (Russia); Registration Number 1027700422628 (Russia) [RUSSIA-EO14024].

ZAO BIOGRAD (a.k.a. BIOGRAD LLC; a.k.a. BIOGRADE LTD; a.k.a. JSC BIOGRAD), Ul.

Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

ZAO GTME TEKHNOLOGII, Str. Fatyanova 43, Bishkek 720001, Kyrgyzstan; Organization Established Date 28 Jun 2022; Tax ID No. 02806202210325 (Kyrgyzstan) [RUSSIA-EO14024].

ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

ZAO MPFK ALKOR (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MNOGOPROFILNAYA PROIZVODSTVENNAYA KOMMERCHESKAYA FIRMA ALKOR), Ul. Veteranov Truda D.46, Tyumen 625017, Russia; Tax ID No. 7204015103 (Russia); Registration Number 1027200774040 (Russia) [RUSSIA-EO14024].

ZAO NNK (Cyrillic: ЗАО ННК) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a.

ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZAO NPF DOLOMANT (a.k.a. NAUCHNO PROIZVODSTVENNAYA FIRMA DOLOMANT; a.k.a. SCIENTIFIC PRODUCTION COMPANY DOLOMANT), Ul. Vvedenskogo D. 3, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728512529 (Russia); Registration Number 1047796326137 (Russia) [RUSSIA-EO14024].

ZAO NPF RADIOTEKHKOMPLEKT (a.k.a. NPF-RADIOTEKHKOMPLEKT AO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NPF RADIOTEKHKOMPLEKT), ul. 1-ya Khutorskaya d. 14, kv. 48, Moscow 127287, Russia; Tax ID No. 7714741462 (Russia); Registration Number 1087746661925 (Russia) [RUSSIA-EO14024].

ZAO NTK AZIMUTH PHOTONICS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL COMPANY AZIMUT PHOTONICS), Ul. Lipetskaya D. 10, K. 2, KV 125, Moscow 115404, Russia; Tax ID No. 7706724914 (Russia); Registration Number 1097746561219 (Russia) [RUSSIA-EO14024].

ZAO NTTS MODUL (Cyrillic: ЗАО НТЦ МОДУЛЬ) (a.k.a. CJSC STC MODUL; a.k.a. CLOSED JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER MODUL (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНО ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МОДУЛЬ)), D.3 Ul.4-ya Vosmogo Marta, Moscow 125167, Russia; Organization Established Date 26 Aug 1992; Tax ID No. 7714009178 (Russia); Registration Number 1037739183802 (Russia) [RUSSIA-EO14024].

ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ) (a.k.a. CJSC NTTS PEREDOVYE SISTEMY; a.k.a. FORWARD SYSTEMS, R AND DC; a.k.a.

FORWARD SYSTEMS, R&DC), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

ZAO OKB SPEKTR (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OKB SPEKTR; a.k.a. OKB SPECTR LLC; a.k.a. OKB SPEKTR OOO), Ul. Chugunnaya D. 20, Korp. 111, Saint Petersburg 194044, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7804585151 (Russia); Government Gazette Number 23109231 (Russia); Registration Number 1167847477291 (Russia) [RUSSIA-EO14024].

ZAO RSK TEKHNOLOGII (a.k.a. CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ); a.k.a. RSC GROUP; a.k.a. RSK GROUP OF COMPANIES), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

ZAO SI PROEKT (a.k.a. JOINT STOCK COMPANY SEA PROJECT), Ul. Marshala Govorova D. 52, Saint Petersburg 198095, Russia; Pl. Konstitutsii D. 7, Lit. A, Pom. 146N, Saint Petersburg 196191, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7825503960 (Russia); Registration Number 1037843083849 (Russia) [RUSSIA-EO14024].

ZAO SPA-OTEL VESNA (Cyrillic: ЗАО СПА-ОТЕЛЬ ВЕСНА) (f.k.a. ОАО КОТЕНК VESNA; a.k.a. VESNA HOTEL AND SPA), Ul. Lenina, D. 219A, Sochi 354364, Russia; Registration ID 1022302715214 (Russia); Tax ID No. 2317011051 (Russia); alt. Tax ID No. 231701001 (Russia); Identification Number 04816460 (Russia) [TCO].

ZAO SVETLANA POLUPROVODNIKI (a.k.a. JSC SVETLANA POLUPROVODNIKI; a.k.a. SVETLANA POLUPROVODNIKI PAO; a.k.a. SVETLANA SEMICONDUCTORS STOCK COMPANY), 27, Engels Prospect, Saint Petersburg 194156, Russia; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

ZAO TOP SISTEMY (a.k.a. CLOSED JOINT STOCK COMPANY TOP SYSTEMS; a.k.a. TOP SYSTEMS LTD.; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

ZAO VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

ZAO VNESHTORGSERVIS, 1 Geroyev Street, Tskhinval, South Ossetia, Georgia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

ZAO ZAVOD YUPITER (a.k.a. JOINT STOCK COMPANY JUPITER PLANT; a.k.a. JSC ZAVOD YUPITER), Ul. Pobedy D. 107, Korp. 1, Valday 175400, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID

No. 7838027959 (Russia); Registration Number 1057806863883 (Russia) [RUSSIA-EO14024].

ZAPATA BERRIO, Jorge Oswaldo (a.k.a. "JONAS"); DOB 15 May 1979; POB Bello, Antioquia, Colombia; Cedula No. 71216000 (Colombia) (individual) [SDNTK] (Linked To: MOTOS Y REPUESTOS JOTA).

ZAPATA GARZON, Jhon Fredy (a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO"; a.k.a. "CANDADO MESSI"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

ZAPATA GARZON, John Fredy (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. "CANDADO"; a.k.a. "CANDADO MESSI"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia;

Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

ZAPATA GARZON, Tatiana Margarid (a.k.a. ZAPATA GARZON, Tatiana Marguerid), Apartado, Antioquia, Colombia; DOB 28 Aug 1983; POB Antioquia, Colombia; nationality Colombia; Gender Female; Cedula No. 39426288 (Colombia) (individual) [SDNTK].

ZAPATA GARZON, Tatiana Marguerid (a.k.a. ZAPATA GARZON, Tatiana Margarid), Apartado, Antioquia, Colombia; DOB 28 Aug 1983; POB Antioquia, Colombia; nationality Colombia; Gender Female; Cedula No. 39426288 (Colombia) (individual) [SDNTK].

ZAPSIBKOMBANK (a.k.a. WEST SIBERIAN COMMERCIAL BANK; a.k.a. WEST SIBERIAN COMMERCIAL BANK PJSC; a.k.a. WEST SIBERIAN COMMERCIAL BANK PUBLIC JOINT STOCK COMPANY), 1, 8 March Street, Tyumen, Tyumenskaya Oblast 625000, Russia; Website http://www.zapsibkombank.ru; alt. Website http://www.wscb.ru; BIK (RU) 047102613; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ZARAND IRANIAN STEEL CO (a.k.a. ZARAND IRANIAN STEEL COMPANY; a.k.a. "ZISCO"), No. 35, flats No. 3 and 4, 2nd Floor, Street No. 27, Tehran, West Kordestan, Iran; No. 113, Between Soleiman Khater & Sohrawardi Street, Motahari Avenue, Tehran 1576918911, Iran; PO Box 1437747334, Tehran, Iran; Website http://zisco.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2011; National ID No. 333265 (Iran) [IRAN-EO13871].

ZARAND IRANIAN STEEL COMPANY (a.k.a. ZARAND IRANIAN STEEL CO; a.k.a. "ZISCO"), No. 35, flats No. 3 and 4, 2nd Floor, Street No. 27, Tehran, West Kordestan, Iran; No. 113, Between Soleiman Khater & Sohrawardi Street, Motahari Avenue, Tehran 1576918911, Iran; PO Box 1437747334, Tehran, Iran; Website http://zisco.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2011; National ID No. 333265 (Iran) [IRAN-EO13871].

ZARE, Majid (a.k.a. RUQAYYAH, Abu; a.k.a. ZAREE, Majid), Iran; DOB 29 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZARECHE-4 OOO (Cyrillic: ООО ЗАРЕЧьЕ-4), Alleya Berezovaya 2, Odintsovo, 143085, Russia; Tax ID No. 5032999641; Business Registration Number 1145000006832 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

ZARECHE-OKA OOO (a.k.a. ZARECHYE-OKA), pl. 178 Aviapolka d. 4, s. Lipitsy, Serpukhov 142261, Russia; Organization Established Date 19 Dec 2001; Organization Type: Growing of vegetables and melons, roots and tubers; Tax ID No. 5077014333 (Russia); Registration Number 1025007774538 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

ZARECHYE-OKA (a.k.a. ZARECHE-OKA OOO), pl. 178 Aviapolka d. 4, s. Lipitsy, Serpukhov 142261, Russia; Organization Established Date 19 Dec 2001; Organization Type: Growing of vegetables and melons, roots and tubers; Tax ID No. 5077014333 (Russia); Registration Number 1025007774538 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

ZAREE, Majid (a.k.a. RUQAYYAH, Abu; a.k.a. ZARE, Majid), Iran; DOB 29 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAREPOUR, Eisa (Arabic: عیسی زارع‌پور) (a.k.a. ZAREPOUR, Isa; a.k.a. ZAREPOUR, Issa), Iran; DOB 21 Apr 1980; POB Eslamabad-e Gharb, Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E96027104 (Iran) expires 29 Sep 2020; alt. Passport U39823438 (Iran) expires 13 Nov 2021; alt. Passport E20082749 (Iran) expires 21 Jan 2016; National ID No. 3341246576 (Iran) (individual) [IRAN-TRA].

ZAREPOUR, Isa (a.k.a. ZAREPOUR, Eisa (Arabic: عیسی زارع‌پور); a.k.a. ZAREPOUR, Issa), Iran; DOB 21 Apr 1980; POB Eslamabad-e Gharb, Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E96027104 (Iran) expires 29 Sep 2020; alt. Passport U39823438 (Iran) expires 13 Nov 2021; alt. Passport E20082749 (Iran) expires 21 Jan 2016; National ID No. 3341246576 (Iran) (individual) [IRAN-TRA].

ZAREPOUR, Issa (a.k.a. ZAREPOUR, Eisa (Arabic: عیسی زارع‌پور); a.k.a. ZAREPOUR, Isa), Iran; DOB 21 Apr 1980; POB Eslamabad-e Gharb, Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E96027104 (Iran) expires 29 Sep 2020; alt. Passport U39823438 (Iran) expires 13 Nov 2021; alt. Passport E20082749 (Iran) expires 21 Jan 2016; National ID No. 3341246576 (Iran) (individual) [IRAN-TRA].

ZARGAR TEHRANI, Mohammad Ebrahim (a.k.a. ZARGAR TEHRANI, Mohammad Mohammad Ebrahim (Arabic: محمد محمد ابراهیم زرگر طهرانی); a.k.a. "JAHANI, Milad"), Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0070235759 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ZARGAR TEHRANI, Mohammad Mohammad Ebrahim (Arabic: محمد محمد ابراهیم زرگر طهرانی) (a.k.a. ZARGAR TEHRANI, Mohammad Ebrahim; a.k.a. "JAHANI, Milad"), Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0070235759 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ZARGARI, Ghodrat (a.k.a. ZARGARI, Ghodratollah); DOB 1944; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZARGARI, Ghodratollah (a.k.a. ZARGARI, Ghodrat); DOB 1944; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZARGHAMI, Ezatollah (a.k.a. ZARGHAMI, Ezzatollah); DOB 1959; POB Dezful, Khuzentan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Title Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-TRA].

ZARGHAMI, Ezzatollah (a.k.a. ZARGHAMI, Ezatollah); DOB 1959; POB Dezful, Khuzentan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Title Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-TRA].

ZARGON, Abdulhadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a.

ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGOON, Al Hadi (a.k.a. AL-WARFALLI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGORSK INSTITUTE (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani (a.k.a. AL-WARFALLI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARGUN, Abd-al-Hadi (a.k.a. AL-WARFALLI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARIC, Simo; DOB 25 Jul 1948; POB Trnjak, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

ZARIF KHONSARI, Mohammad Javad (a.k.a. ZARIF, Mohammad Javad; a.k.a. "ZARIF, Javad"), Iran; DOB 08 Jan 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ZARIF, Mohammad Javad (a.k.a. ZARIF KHONSARI, Mohammad Javad; a.k.a. "ZARIF, Javad"), Iran; DOB 08 Jan 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ZARIFAH, Ahmad, Syria; DOB 09 Nov 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZARIN PERSIA INVESTMENT, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

ZARIN RAFSANJAN CEMENT COMPANY (a.k.a. RAFSANJAN CEMENT COMPANY; a.k.a. ZARRIN RAFSANJAN CEMENT COMPANY), 2nd Floor, No. 67, North Sindokht Street, West Dr. Fatemi Avenue, Tehran 1411953943, Iran; Website http://www.zarrincement.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ZARITSKY, Vladimir Nikolaevich (a.k.a. ZARITSKY, Vladimir Nikolayevich), Russia; DOB 15 Jun 1948; POB Ostany Village, Korosten District, Zhitomir region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

ZARITSKY, Vladimir Nikolayevich (a.k.a. ZARITSKY, Vladimir Nikolaevich), Russia; DOB 15 Jun 1948; POB Ostany Village, Korosten District, Zhitomir region, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

ZARKAOUI, Imed Ben Mekki Ben Al-Akhdar (a.k.a. "NADRA"; a.k.a. "ZARGA"), Via Col. Aprosio 588, Vallecrosia, IM, Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia; Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002 (individual) [SDGT].

ZARKARI, Asad Khan (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

ZARKO VESELINOVIC B.I. (a.k.a. ZARKO VESELINOVIC B.I., S.T.R. KRISTAL), Kralja Petra I, Mitrovice 40000, Kosovo; Organization Established Date 21 Feb 2005; Registration Number 70234903 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zharko Jovan).

ZARKO VESELINOVIC B.I., S.T.R. KRISTAL (a.k.a. ZARKO VESELINOVIC B.I.), Kralja Petra I, Mitrovice 40000, Kosovo; Organization Established Date 21 Feb 2005; Registration Number 70234903 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zharko Jovan).

ZARON BIO-TECH (ASIA) LIMITED, 20A, Kiu Fu Commercial Building, 300 Lockhart Road, Wan Chai, Hong Kong, Hong Kong; Business Registration Document # 52153976 (Hong Kong); Company Number 1448837 (Hong Kong) [SDNTK] (Linked To: ZHANG, Jian).

ZARQAWI AL AUSTR, Abu (a.k.a. SHARROUF, Khaled; a.k.a. ZARQAWI AUSTRALI, Abu; a.k.a. ZARQAWI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQAWI AUSTRALI, Abu (a.k.a. SHARROUF, Khaled; a.k.a. ZARQAWI AL AUSTR, Abu; a.k.a. ZARQAWI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQAWI, Abu (a.k.a. SHARROUF, Khaled; a.k.a. ZARQAWI AL AUSTR, Abu; a.k.a. ZARQAWI AUSTRALI, Abu), Syria; Iraq; DOB 23 Feb 1981; POB Auburn, New South Wales, Australia; nationality Australia; Gender Male; Passport L3135591 (Australia); alt. Passport L5210356 (Australia); alt. Passport N723649 (Australia); Driver's License No. 12789234 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQUN, Abd al Hadi (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-

Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARQUN, Abd-al-Hadi Al Husayn Al Shabani (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZARRIN RAFSANJAN CEMENT COMPANY (a.k.a. RAFSANJAN CEMENT COMPANY; a.k.a. ZARIN RAFSANJAN CEMENT COMPANY), 2nd Floor, No. 67, North Sindokht Street, West Dr. Fatemi Avenue, Tehran 1411953943, Iran; Website http://www.zarrincement.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ZARUBEZHGEOLOGIYA AO (Cyrillic: ЗАРУБЕЖГЕОЛОГИЯ АО) (a.k.a. JSC ZARUBEZHGEOLOGIA), D. 69 kom. 210, Ul. Novocheremushkinskaya, Moscow 117418, Russia; Tax ID No. 7704680468 (Russia); Registration Number 1087746311553 (Russia) [RUSSIA-EO14024].

ZA'RURAH, Fadiyah, Syria; DOB 26 Jan 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZASLON SCIENCE AND TECHNOLOGY CENTER (a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ZASLON), Koli Tomchaka St., 9, Saint Petersburg 196006, Russia; Tax ID No. 7826092350 (Russia); Registration Number 1027810228786 (Russia) [RUSSIA-EO14024].

ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК) (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ZAT NNK (Cyrillic: ЗАТ ННК) (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНIЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14B, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

ZATULIN, Konstantin Fedorovich (Cyrillic: ЗАТУЛИН, Константин Федорович), Russia; DOB 07 Sep 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAUERS, Dmitri Vladimirovich (a.k.a. ZAUERS, Dmitrii Vladimirovich; a.k.a. ZAUERS, Dmitry Vladimirovich), Moscow, Russia; DOB 1979;

nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZAUERS, Dmitrii Vladimirovich (a.k.a. ZAUERS, Dmitri Vladimirovich; a.k.a. ZAUERS, Dmitry Vladimirovich), Moscow, Russia; DOB 1979; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZAUERS, Dmitry Vladimirovich (a.k.a. ZAUERS, Dmitri Vladimirovich; a.k.a. ZAUERS, Dmitrii Vladimirovich), Moscow, Russia; DOB 1979; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZAVALNY, Pavel Nikolaevich (Cyrillic: ЗАВАЛЬНЫЙ, Павел Николаевич), Russia; DOB 11 Aug 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAVARAKI, Hadi Jamshidi (a.k.a. KAMALI, Hadi), Karaj, Iran; DOB 23 Apr 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0082700958 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAVARSE PABON, Fabio Enrique (Latin: ZAVARSE PABÓN, Fabio Enrique), Caracas, Capital District, Venezuela; DOB 04 Oct 1967; citizen Venezuela; Gender Male; Cedula No. 6967914 (Venezuela); Passport 032131710 (Venezuela); Commander of the Capital Integral Defense Operational Zone of the National Armed Forces (individual) [VENEZUELA].

ZAVARZIN, Victor Mikhailovich (Cyrillic: ЗАВАРЗИН, Виктор Михайлович), Russia; DOB 28 Nov 1948; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZAVIYALOV, Igor Nikolaevich (Cyrillic: ЗАВЬЯЛОВ, Игорь Николаевич), Bolshoy Fakelniy Per 9 11 16, Moscow 109047, Russia; DOB 19 Jan 1960; POB Moscow, Russia; nationality Russia; Gender Male; Passport 513699705 (Russia); National ID No. 4508340851 (Russia) (individual) [RUSSIA-EO14024].

ZAVOD 70 LETIYA POBEDY (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

ZAVOD CHUVASHKABEL AO (a.k.a. CHEBOKSARSKU ZAVOD KABELNYKH IZDELI CHUVASHKABEL OAO; a.k.a. JOINT STOCK COMPANY ZAVOD CHUVASHKABEL), Pr-D Kabelnyi D, 7, Cheboksary 428037, Russia; Tax ID No. 2127009135 (Russia); Registration Number 1022100967635 (Russia) [RUSSIA-EO14024].

ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY (a.k.a. FACTORY DAGDIZEL; a.k.a. JOINT STOCK COMPANY DAGDIZEL PLANT; a.k.a. JOINT STOCK COMPANY ZAVOD DAGDIZEL), 1, Lenin Street, Kaspiysk 368300, Russia; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

ZAVOD ELECON (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD ELEKON), Ul. Korolenko D. 58, Kazan 420094, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1657032272 (Russia); Registration Number 1021603145541 (Russia) [RUSSIA-EO14024].

ZAVOD FIOLENT, PAT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ФИОЛЕНТ); a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. JSC FIOLENT PLANT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

ZAVOD KOMPLEKSNYE DOROZHNYE MASHINY (a.k.a. OOO ZAVOD KDM), Ul. Udarnikov D.1, Smolensk 214012, Russia; Tax ID No. 6730053398 (Russia); Registration Number 1046758319090 (Russia) [RUSSIA-EO14024].

ZAVOD LIPETSKTEKHNOLIT, Ter. Oez Ppt Lipetsk Str. 4A, Office 021/50, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014622 (Russia); Registration Number 1234800001930 (Russia) [RUSSIA-EO14024].

ZAVOD PODSHIPNIKOVYKH UZLOV (a.k.a. "OOO ZPU"), ul. Priozernaya, d. 4, Chelyabinsk 454046, Russia; ul. Elkina 112, floor 2, office 218B, Chelyabinsk, Russia; Tax ID No. 7449117247 (Russia); Registration Number 1147449000643 (Russia) [RUSSIA-EO14024].

ZAVOD POLIMERNYKH TRUB (a.k.a. LIMITED LIABILITY COMPANY POLYMER PIPE PLANT; a.k.a. MOSCOW PLANT FDPLAST), Ul. Velozavodskaya D. 11/1, Kv. 137, Moscow 115280, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722370589 (Russia); Registration Number 1167746690638 (Russia) [RUSSIA-EO14024].

ZAVOD PRIBORNYKH PODSHIPNIKOV LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD PRIBORNYKH PODSHIPNIKOV; a.k.a. "ZPP OOO"), Ter. 18 KM Moskovskogo Shosse D. Litera 67, Kom. 5, Samara 443072, Russia; Organization Established Date 25 Dec 2001; Tax ID No. 6367032625 (Russia); Government Gazette Number 11031529 (Russia); Registration Number 1026300769417 (Russia) [RUSSIA-EO14024].

ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit,

Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

ZAVOD TULA PAO (a.k.a. PJSC ZAVOD TULA; a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD TULA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ТУЛА)), 28 F. Smirnov Street, Tula, Tula Region 300041, Russia; Organization Established Date 12 Jan 1993; Tax ID No. 7104002862 (Russia); Registration Number 1027100592210 (Russia) [RUSSIA-EO14024].

ZAVOD ULGERODNYKH I KOMPOZITSIONNYKH MATERIALOV (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD UGLERODNYKH I KOMPOZITSIONNYKH MATERIALOV; a.k.a. ZUKM OOO), Territoriya Chelyabinskogo Elektrodnogo Zavoda, Chelyabinsk 454038, Russia; Tax ID No. 7450045935 (Russia); Government Gazette Number 94812603 (Russia); Registration Number 1067450027248 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

ZAVOROTNYI, Ivan Aleksandrovich (Cyrillic: ЗАВОРОТНЫЙ, Иван Александрович), Russia; DOB 22 Oct 1979; nationality Russia; Gender Male; Tax ID No. 772205260688 (Russia) (individual) [RUSSIA-EO14024].

ZAVYALOV, Igor Nikolayevich (a.k.a. ZAVIYALOV, Igor Nikolaevich (Cyrillic: ЗАВЬЯЛОВ, Игорь Николаевич)), Bolshoy Fakelniy Per 9 11 16, Moscow 109047, Russia; DOB 19 Jan 1960; POB Moscow, Russia; nationality Russia; Gender Male; Passport 513699705 (Russia); National ID No. 4508340851 (Russia) (individual) [RUSSIA-EO14024].

ZAW, Aung Kyaw (a.k.a. ZAWW, Aung Kyaw), Burma; DOB 20 Aug 1961; Gender Male; Passport DM-000826 issued 22 Nov 2011 (individual) [GLOMAG].

ZAW, Kan, Burma; DOB 11 Oct 1954; POB Salin Township, Magwe Region, Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

ZAW, Thein Win, Burma; DOB 02 Feb 1963; POB Twantay, Burma; nationality Burma; Gender Male; Passport MG551721 (Burma)

expires 26 Sep 2027; National ID No. 12/LAMANAN133128 (Burma) (individual) [BURMA-EO14014] (Linked To: SHWE BYAIN PHYU GROUP OF COMPANIES).

ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا) (a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO. (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business

Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة) (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT COMPANY (Arabic: مجموعة الزوايا للتنمية والإستثمار) (a.k.a. ZAWAYA GROUP CO (Arabic: شركة مجموعة زوايا); a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO.; a.k.a. ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT CO., LTD. (Arabic: شركة مجموعة زوايا للتنمية والإستثمار المحدودة)), Africa Road, Takamul, 2nd Business Block, Khartoum, Sudan; Website zawayagroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Jan 2002; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

ZAWRAH TV STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

ZAWW, Aung Kyaw (a.k.a. ZAW, Aung Kyaw), Burma; DOB 20 Aug 1961; Gender Male; Passport DM-000826 issued 22 Nov 2011 (individual) [GLOMAG].

ZAYD, Hasan Muhammad, Syria; DOB 15 Feb 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZAYDAN, Muhammad (a.k.a. ABBAS, Abu); DOB 10 Dec 1948; Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (individual) [SDGT].

ZAYDAN, Mustafa, Syria; DOB 09 Jan 1986; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZAYID HAMZA, Abdel Raouf Abu (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

ZAYN, Haytham (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

ZAYNABIYOUN BRIGADE (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZAYNIYAH, Jamal Husayn (a.k.a. AL-ANSARI, Abu-Malik; a.k.a. AL-SHAMI, Abu-Malik; a.k.a. AL-TALLI, Abu-Malik), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ZAYTSEV, Aleksandr (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAITSEV,

Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Alexander), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAYTSEV, Aleksey Alekseyevich (a.k.a. ZAITSEV, Alexei; a.k.a. ZAYTSEV, Alexey); DOB 07 Sep 1965; POB Leningrad, Russia; Passport 63-4604880 (Russia); alt. Passport 4103417473 (Russia); alt. Passport H2029462 (Ghana); National ID No. 74914883 (United Arab Emirates) (individual) [TCO].

ZAYTSEV, Alexander (a.k.a. ZAITSAU, Aliaksandr Mikalaevich (Cyrillic: ЗАЙЦАЎ, Аляксандр Мікалаевіч); a.k.a. ZAITSEV, Aleksandr Nikolayevich; a.k.a. ZAITSEV, Alexander Nikolaevich (Cyrillic: ЗАЙЦЕВ, Александр Николаевич); a.k.a. ZAYTSEV, Aleksandr), Belarus; United Arab Emirates; DOB 22 Nov 1976; POB Ruzhany, Brest Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ZAYTSEV, Alexey (a.k.a. ZAITSEV, Alexei; a.k.a. ZAYTSEV, Aleksey Alekseyevich); DOB 07 Sep 1965; POB Leningrad, Russia; Passport 63-4604880 (Russia); alt. Passport 4103417473 (Russia); alt. Passport H2029462 (Ghana); National ID No. 74914883 (United Arab Emirates) (individual) [TCO].

ZAYTSEV, Yuriy Viktorovich (Cyrillic: ЗАЙЦЕВ, Юрий Викторович); a.k.a. ZAYTSEV, Yuriy Viktorovich), Mariy El Republic, Russia; DOB 16 Dec 1970; POB Monino, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

ZAYTUN, Muhammad Dib (a.k.a. ZAITOUN, Mohammed Dib; a.k.a. ZEITOUN, Mohammed Dib); DOB 1952; Major General, Director of Political Security Directorate (individual) [SYRIA].

ZAZUETA GODOY, Heriberto (a.k.a. "CAPI BETO"), Jose Aguilar Barraza 328, Al Poniente de la Colonia Jorge Almeda, Culiacan, Sinaloa, Mexico; Av. Naciones Unidas # 5759, Casa 34, Col. Parque Regency, Zapopan, Jalisco 44110, Mexico; DOB 03 Feb 1960; POB Culiacan, Sinaloa, Mexico; C.U.R.P. ZAGH600203HSLZDR07 (Mexico) (individual) [SDNTK] (Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.; Linked To: TAIPEN, S.A. DE C.V.; Linked To: COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.).

ZAZUETA GOMEZ, Leopoldo; DOB 04 Feb 1940; POB San Ignacio, Sinaloa, Mexico; C.U.R.P. ZAGL400204HSLZMP06 (Mexico) (individual) [SDNTK] (Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.).

ZAZUETA URREA, Epifanio, V Guerrero 109 Nte. Centro Colon y Escobedo CP 80000, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo Ote No. 467-4, Col. Centro, Culiacan, Sinaloa, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 01 Aug 1947; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040032826 (Mexico); R.F.C. ZAUE470801DK6 (Mexico); Electoral Registry No. ZZUREP47080125H900 (Mexico) (individual) [SDNTK].

ZD.RU (a.k.a. 3D.RU), Ul. Silikatnaya Vld. 51A, K. 1, Pomeshch. 45, Mytishchi 141013, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of plastics products; Tax ID No. 5029176567 (Russia); Registration Number 1135029006947 (Russia) [RUSSIA-EO14024].

ZDRAVO, 12 Pop Lukina, Belgrade, Serbia; Registration ID 17317105 (Serbia); Tax ID No. 100036386 (Serbia); juice manufacturer [BALKANS].

ZDRILIUK, Serghiei (a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRILYUK, Sergey; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRILIUK, Serhii Anatoliyovych (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRILYUK, Sergey; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRILYUK, Sergei (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergey; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRILYUK, Sergey (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRYLYUK, Serhiy); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDRYLYUK, Serhiy (a.k.a. ZDRILIUK, Serghiei; a.k.a. ZDRILIUK, Serhii Anatoliyovych; a.k.a. ZDRILYUK, Sergei; a.k.a. ZDRILYUK, Sergey); DOB 23 Jun 1972; POB Vinnytsia Region, Ukraine; nationality Ukraine; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ZDUNOV, Artem Alekseyevich (Cyrillic: ЗДУНОВ, Артём Алексеевич); a.k.a. ZDUNOV, Artyom Alekseyevich), Mordovia Republic, Russia; DOB 18 May 1978; POB Kazan, Tatarstan Republic, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

ZDUNOV, Artyom Alekseyevich (a.k.a. ZDUNOV, Artem Alekseyevich (Cyrillic: ЗДУНОВ, Артём Алексеевич)), Mordovia Republic, Russia; DOB 18 May 1978; POB Kazan, Tatarstan Republic, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

ZEAITER, Ali (a.k.a. ZOEITER, Ali; a.k.a. ZU'AYTAR, 'Ali; a.k.a. ZU'AYTIR, Ali Husayn), Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZEEL - M CO., LTD. (a.k.a. ZIL-M LLC; a.k.a. "ZEELM"; a.k.a. "ZIL - M"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

ZEENIT SUPPLY & TRADING DMCC (a.k.a. ZEENIT SUPPLY AND TRADING DMCC), Dubai, United Arab Emirates; Organization Established Date 15 Jul 2022; License DMCC-853123 (United Arab Emirates); Registration Number 194028 (United Arab Emirates); Economic Register Number (CBLS) 11923207 (United Arab Emirates) [RUSSIA-EO14024].

ZEENIT SUPPLY AND TRADING DMCC (a.k.a. ZEENIT SUPPLY & TRADING DMCC), Dubai, United Arab Emirates; Organization Established Date 15 Jul 2022; License DMCC-853123 (United Arab Emirates); Registration Number 194028 (United Arab Emirates); Economic Register Number (CBLS) 11923207 (United Arab Emirates) [RUSSIA-EO14024].

ZEGARRA MARTINEZ, Guillermo Jean Pierre, Pasaje Ismael Pozo 159, Torres de San Borja, Lima, Peru; DOB 06 Jan 1984; POB Lima, Peru; Gender Male; Passport 4085740 (Peru) issued 12 Dec 2012 expires 17 Dec 2017; Driver's License No. Q-412185038 (Peru); RUC # 10421850386 (Peru); National ID No. 42185038-6 (Peru) (individual) [SDNTK].

ZEIN, Waleed Ahmed, Mombasa, Kenya; DOB 14 Mar 1991; Passport A120391 (Kenya); National ID No. 33987482 (Kenya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ZEITOUN, Mohammed Dib (a.k.a. ZAITOUN, Mohammed Dib; a.k.a. ZAYTUN, Muhammad Dib); DOB 1952; Major General, Director of Political Security Directorate (individual) [SYRIA].

ZELEDON ROCHA, Sadrach, Matagalpa, Nicaragua; DOB 08 Feb 1954; POB Nicaragua; nationality Nicaragua; Gender Male; Passport C759398 (Nicaragua); National ID No. 09058016 (Nicaragua) (individual) [NICARAGUA].

ZELEN-KARADZIC, Ljiljana; DOB 27 Nov 1945; POB Sarajevo Bosnia-Herzegovina (individual) [BALKANS].

ZELENODOLSK DESIGN BUREAU JSC (a.k.a. JOINT STOCK COMPANY ZELENODOLSKY PROJECT AND DESIGN BUREAU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. ZELENODOLSKOE PKB AO), 41A Lenina St., Zelenodolsk, Tatarstan Republic 422540, Russia; Organization Established Date 27 May 2008; Tax ID No. 1648024290 (Russia); Registration Number 1081673001541 (Russia) [RUSSIA-EO14024].

ZELENODOLSK SHIPYARD PLANT NAMED AFTER A.M. GORKY (a.k.a. JOINT STOCK COMPANY ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО); a.k.a. JSC ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: АО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО)), 5, Zavodskaya St., Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

ZELENODOLSKOE PKB AO (a.k.a. JOINT STOCK COMPANY ZELENODOLSKY PROJECT AND DESIGN BUREAU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. ZELENODOLSK DESIGN BUREAU JSC), 41A Lenina St., Zelenodolsk, Tatarstan Republic 422540, Russia; Organization Established Date 27 May 2008; Tax ID No. 1648024290 (Russia); Registration Number 1081673001541 (Russia) [RUSSIA-EO14024].

ZEM HOLDINGS LTD, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 01 Feb 2016; Business Registration Number HE 351838 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ZEN SHIPPING & PORT INDIA PRIVATE LIMITED (a.k.a. ZEN SHIPPING & PORTS INDIA PVT LTD; a.k.a. ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING AND PORTS INDIA PVT LTD), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZEN SHIPPING & PORTS INDIA PVT LTD (a.k.a. ZEN SHIPPING & PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING AND PORTS INDIA PVT LTD), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED (a.k.a. ZEN SHIPPING & PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING & PORTS INDIA PVT LTD; a.k.a. ZEN SHIPPING AND PORTS INDIA PVT LTD), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZEN SHIPPING AND PORTS INDIA PVT LTD (a.k.a. ZEN SHIPPING & PORT INDIA PRIVATE LIMITED; a.k.a. ZEN SHIPPING & PORTS INDIA PVT LTD; a.k.a. ZEN SHIPPING AND PORT INDIA PRIVATE LIMITED), Unit 002, B-wing Ground Floor, 215 Atrium, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India; Website www.zenships.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Apr 2011; Business Registration Number 215807 (India) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ZENG, Guowei (a.k.a. CENG, Guowei; a.k.a. TSANG, Erick; a.k.a. TSANG, Erick Kwok-wai; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衛; Chinese Simplified: 曾国卫)), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong

Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

ZENIT 3D (a.k.a. "ZENIT"), Ul. Karla Marksa D. 5/3, Floor 1, Kom. 28, Ramenskoe 140100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040139590 (Russia); Registration Number 1165040051263 (Russia) [RUSSIA-EO14024].

ZEPEDA ESPARZA, Olga Maria, Mexico; DOB 29 Jul 1996; POB Sinaloa, Mexico; citizen Mexico; Gender Female; Passport G16310107 (Mexico); C.U.R.P. ZEEO960729MSLPSL09 (Mexico) (individual) [VENEZUELA-EO13850].

ZERFAOUI, Ahmad (a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

ZERPA DELGADO, Simon Alejandro (Latin: ZERPA DELGADO, Simón Alejandro), Sucre, Miranda, Venezuela; DOB 28 Aug 1983; Gender Male; Cedula No. 16544324 (Venezuela); Vice President of Finance for Petroleos de Venezuela, S.A. (PDVSA) ; President of Venezuela's Economic and Social Development Bank (BANDES); President of Venezuela's National Development Fund (FONDEN); Vice Minister of Investment for Development of Venezuela's Ministry of Economy and Finance; Principal Director of Venezuela's Foreign Trade Bank (BANCOEX); Principal Director of Venezuela's National Telephone Company (CANTV); Current or Former Presidential Commissioner to the Joint Chinese Venezuelan Fund; Current or Former Principal Board Member of Venezuela's National Electric Corporation (CORPOELEC); Former Executive Secretary of Venezuela's National Development Fund (FONDEN) (individual) [VENEZUELA].

ZEST LEASING (a.k.a. CJSC ZEST), pr. Medikov 5, of. 301, St. Petersburg, Russia; 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Website http://www.zest-leasing.ru; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027809190507; Government Gazette Number 44323193 [UKRAINE-EO13661].

ZET AKSIS (a.k.a. Z AXIS LLC; a.k.a. ZET AXIS LLC), Per. Gagarinskii D. 22/8, Str. 1, Floor Tsokolnyi Kom 3, Moscow 119002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7704477392 (Russia); Registration Number 1197746112002 (Russia) [RUSSIA-EO14024].

ZET AXIS LLC (a.k.a. Z AXIS LLC; a.k.a. ZET AKSIS), Per. Gagarinskii D. 22/8, Str. 1, Floor Tsokolnyi Kom 3, Moscow 119002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 7704477392 (Russia); Registration Number 1197746112002 (Russia) [RUSSIA-EO14024].

ZEVALLOS GONZALES, Fernando Melciades (a.k.a. GONZALES, Hernan; a.k.a. ZEVALLOS GONZALEZ, Fernando); DOB 08 Jul 1957; POB Juanjui, San Martin, Peru; LE Number 07552116 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Lupe Maritza, c/o AERO CONTINENTE S.A., Lima, Peru; c/o EMPRESA EDITORA CONTINENTE PRESS S.A., Lima, Peru; c/o CORPORACION DE INVERSIONES EMPRESARIALES S.A., Lima, Peru; c/o REPRESENTACIONES ORIENTE S.R.L., Trujillo, Peru; c/o ORIENTE CONTRATISTAS GENERALES S.A., Trujillo, Peru; c/o URANTIA SERVICES S.A., Lima, Peru; c/o BLISSEY PANAMA INC., Panama City, Panama; c/o BELLOSOM ENTERPRISE, INC., Panama City, Panama; c/o LA CROSSE GROUP INC, Tortola, Virgin Islands, British; c/o AERO COURIER CARGO S.A., Lima, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Calle Nicolas de Rivera 610, Dpto. 702, Lima, Peru; DOB 17 Sep

1961; LE Number 07607833 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Milagros Angelina, c/o AERO CONTINENTE S.A., Lima, Peru; c/o AVIANDINA S.A.C., Lima, Peru; Calle Jose Maria Sert 201, Lima, Peru; DOB 12 Aug 1968; LE Number 07617157 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Ricardo (a.k.a. ZEVALLOS GONZALES, Winston Ricardo), c/o AERO CONTINENTE S.A., Lima, Peru; c/o AVIANDINA S.A.C., Lima, Peru; c/o CORPORACION DE INVERSIONES EMPRESARIALES S.A., Lima, Peru; c/o TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A., Tarapoto, San Martin, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Avenida Rio Grande 367, Lima, Peru; DOB 11 May 1959; SSN 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; LE Number 07942932 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALES, Winston Ricardo (a.k.a. ZEVALLOS GONZALES, Ricardo), c/o AERO CONTINENTE S.A., Lima, Peru; c/o AVIANDINA S.A.C., Lima, Peru; c/o CORPORACION DE INVERSIONES EMPRESARIALES S.A., Lima, Peru; c/o TALLER DE REPARACIONES DE AERODINOS SUS PARTES Y SERVICIOS AEREOS S.A., Tarapoto, San Martin, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Avenida Rio Grande 367, Lima, Peru; DOB 11 May 1959; SSN 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; LE Number 07942932 (Peru) (individual) [SDNTK].

ZEVALLOS GONZALEZ, Fernando (a.k.a. GONZALES, Hernan; a.k.a. ZEVALLOS GONZALES, Fernando Melciades); DOB 08 Jul 1957; POB Juanjui, San Martin, Peru; LE Number 07552116 (Peru) (individual) [SDNTK].

ZEYAR, Faqir Mohammad (a.k.a. MOHAMMAD, Faqir; a.k.a. MUHAMMAD, Faqeer; a.k.a. MUHAMMAD, Faqir), Bannu, Pakistan; Lahore, Pakistan; DOB 1968; POB North Waziristan Agency, Pakistan; alt. POB Federally Administered Tribal Areas, Pakistan; alt. POB Khowst Province, Afghanistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: HAQQANI NETWORK).

ZEYNABIYUN BRIGADE (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to

Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZEYNABIYYUN (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZEYNABIYYUN BRIGADE (a.k.a. LIWA ZAYNABIYOUN; a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ZGHAIR, Waleed Talib Zghair (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

ZGHYR, 'Umr Talib (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

ZGHYR, Walid Talib (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

ZHAKER, Xuekelaiti (a.k.a. SHOHRAT, Zakir; a.k.a. ZAKIR, Shohrat (Arabic: شوهرت زاكر;

Chinese Simplified: 雪克来提扎克尔); a.k.a. ZAKIR, Shohret), Xinjiang, China; DOB Aug 1953; POB Yining City, Xinjiang, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

ZHALALOV, Nazhmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH (a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ZHALOLOV, Nazhmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ZHALOLOV, Nazhmiddin Kamoldinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ZHALOLOV, Nazhmidin Kamoldinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin

Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ZHALOLOV, Nazhmuddin Kamoldinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ZHAMSUYEV, Bair Bayaskhalanovich (Cyrillic: ЖАМСУЕВ, Баир Баясхаланович), Russia; DOB 29 Jan 1959; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHANG, Chunxian (Chinese Simplified: 张春贤; Chinese Traditional: 張春賢), Beijing, China; DOB May 1953; POB Yuzhou City, Henan Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

ZHANG, Hongbo (Chinese Simplified: 张洪波), China; DOB Mar 1965; POB Xuanhan County, Sichuan Province, China; nationality China; Gender Male; Director of the Tibetan Public Security Bureau (individual) [GLOMAG].

ZHANG, Jian (Chinese Simplified: 张建; Chinese Traditional: 張建), No. 100, North Hengfeng Road, Shanghai, China; Dezhou, Shandong, China (Chinese Simplified: 德州市, 山东, China; Chinese Traditional: 德州市, 山東, China); DOB 22 Nov 1978; nationality China; Gender Male; Chinese Commercial Code 1728 1696; Citizen's Card Number 372426197811220350 (China)

(individual) [SDNTK] (Linked To: ZARON BIO-TECH (ASIA) LIMITED).

ZHANG, Jiang Ping (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

ZHANG, Jiangping (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

ZHANG, Jicheng; DOB 12 Nov 1973; POB China; citizen China; Passport G60761595 (China); Chinese Commercial Code 1728 3444 2052 (individual) [SDNTK] (Linked To: CEC LIMITED).

ZHANG, Keping (Chinese Simplified: 张克平; Chinese Traditional: 張克平), Dezhou, Shandong, China (Chinese Simplified: 德州市, 山东, China; Chinese Traditional: 德州市, 山東,

China); DOB 22 Oct 1955; Gender Male; Chinese Commercial Code 1728 0344 1627; Citizen's Card Number 372426195510220331 (China) (individual) [SDNTK].

ZHANG, Lei (a.k.a. CHANG, Eric; a.k.a. LEI, Zhang; a.k.a. ZHANG, Shi); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 32020219760103051 (China); Chinese Commercial Code 1728 4320 (individual) [SDNTK] (Linked To: CEC LIMITED).

ZHANG, Longbao, China; DOB 10 Nov 1954; alt. DOB 11 Oct 1954; nationality China; National ID No. 310230195411106219 (China) (individual) [SDNTK].

ZHANG, Shi (a.k.a. CHANG, Eric; a.k.a. LEI, Zhang; a.k.a. ZHANG, Lei); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 32020219760103051 (China); Chinese Commercial Code 1728 4320 (individual) [SDNTK] (Linked To: CEC LIMITED).

ZHANG, Taotao (Chinese Simplified: 张涛涛), Room 1611B, 16/F, Ho King Commercial Centre, 2-16 FA Yuen Street, MongKok, Kowloon, Hong Kong; Rm. 1705, No. 158, Zhangyang Road, Pudong, Shanghai, China; DOB 14 Feb 1988; POB China; citizen China; Gender Male; National ID No. 3203041988021463X (China) (individual) [SDNTK].

ZHANG, Wei (Chinese Simplified: 张伟), No. 67, Guangming Street 6th Village, Qiaodong District, Xingtai, Hebei, China (Chinese Simplified: 光明街6号村67号, 桥东区, 邢台市, 河北省, China); DOB 16 Jun 1977; POB Hebei, China; nationality China; citizen China; Gender Male; Digital Currency Address - XBT 3NU9zkD8CCVGVmYnNNSN7PbU9sSFQBm5UV; Digital Currency Address - ETH 0x961c5be54a2ffc17cf4cb021d863c42dacd47fc1; Digital Currency Address - TRX TRBACioxdrdsYEZHvJWiUDZcMdBPpEe5Ub; National ID No. 130502197706161537 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI CROVELL BIOTECH CO., LTD.).

ZHANG, Wen-Fu (a.k.a. CHANG, Tony; a.k.a. CHANG, Wen-Fu); DOB 01 Apr 1965; nationality Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions

Regulations section 510.214; Passport 211606395 (Taiwan) (individual) [NPWMD].

ZHANG, Xiaoming (Chinese Simplified: 张晓明; Chinese Traditional: 張曉明), China; DOB 03 Sep 1963; POB Taizhou, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. 1101081963093003X (China); Deputy Director, Hong Kong and Macao Affairs Office of the State Council (individual) [HK-EO13936].

ZHANOV, Najmiddin Kamilidinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ZHAO WEI NARCOTICS TRAFFICKING GROUP (a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. ZHAO WEI TCO), Laos; Thailand; Burma; China [TCO].

ZHAO WEI TCO (a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. ZHAO WEI NARCOTICS TRAFFICKING GROUP), Laos; Thailand; Burma; China [TCO].

ZHAO, Dong Dong (a.k.a. ZHAO, Dongdong (Chinese Simplified: 赵冬冬); a.k.a. "MANX, Logan"), Yantai, Shandong, China; DOB 04 Feb 1990; POB Shandong, China; nationality China; Website www.tdpsell.com; alt. Website www.tdpmolds.com; Email Address loganmanx@hotmail.com; Gender Male; Phone Number 8613188782935; National ID No. 371327199002044616 (China) (individual) [ILLICIT-DRUGS-EO14059].

ZHAO, Dongdong (Chinese Simplified: 赵冬冬) (a.k.a. ZHAO, Dong Dong; a.k.a. "MANX, Logan"), Yantai, Shandong, China; DOB 04 Feb 1990; POB Shandong, China; nationality China; Website www.tdpmolds.com; alt. Website www.tdpsell.com; Email Address loganmanx@hotmail.com; Gender Male; Phone Number 8613188782935; National ID No. 371327199002044616 (China) (individual) [ILLICIT-DRUGS-EO14059].

ZHAO, Guangzong (Chinese Simplified: 赵光宗), Hubei Province, China; DOB 12 Nov 1985; POB Jingzhou Municipality, China; nationality China; citizen China; Gender Male; National ID No. 421003198511121539 (China) (individual) [CYBER2].

ZHARIKOV, Dmitry Ivanovich, Russia; DOB 30 Jun 1970; POB Potsdam, Germany; nationality Russia; Gender Male; Passport 716622064 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUSSKI REGIONALNY BANK).

ZHAROV, Aleksandr (a.k.a. ZHAROV, Alexander Alexandrovich), Russia; DOB 11 Aug 1964; POB Chelyabinsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Federal Service for Supervision of Communications, Information Technology, and Mass Media (individual) [UKRAINE-EO13661].

ZHAROV, Alexander Alexandrovich (a.k.a. ZHAROV, Aleksandr), Russia; DOB 11 Aug 1964; POB Chelyabinsk, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Federal Service for Supervision of Communications, Information Technology, and Mass Media (individual) [UKRAINE-EO13661].

ZHDANOVA, Ekaterina Valeryevna (a.k.a. ZHDANOVA, Yekaterina), Building 4 Andreya Tarkovskogo Boulevard, Apartment 334, Vnukovskoe Settlement, Moscow 108811, Russia; H.18 BLD.2 APP.390 Kantemirovskaya Street, Moscow, Russia; Vernadsky Prospekt 94-4-1235, Moscow 119571, Russia; DOB 18 Mar 1986; POB Omsukchan Village, Magadan Oblast, Russia; nationality Russia; citizen Russia; Email Address 2203390@gmail.com; Gender Female; Digital Currency Address - XBT 1Ljk8RNNabkZ9bfDYQBn98XfFozJhTjqcZ; alt. Digital Currency Address - XBT 3685sEusmTwZBiKJ4cgV73EAhpVD1nbgbe; alt. Digital Currency Address - XBT 39p8qWp1bkBNhi4vPpFTetKPtH7goqNDZf; Passport 751391473 (Russia) issued 13 May 2015; National ID No. 0113962684 (Russia); alt. National ID No. 0104430208 (Russia) (individual) [RUSSIA-EO14024].

ZHDANOVA, Yekaterina (a.k.a. ZHDANOVA, Ekaterina Valeryevna), Building 4 Andreya Tarkovskogo Boulevard, Apartment 334, Vnukovskoe Settlement, Moscow 108811, Russia; H.18 BLD.2 APP.390 Kantemirovskaya Street, Moscow, Russia; Vernadsky Prospekt

94-4-1235, Moscow 119571, Russia; DOB 18 Mar 1986; POB Omsukchan Village, Magadan Oblast, Russia; nationality Russia; citizen Russia; Email Address 2203390@gmail.com; Gender Female; Digital Currency Address - XBT 1Ljk8RNNabkZ9bfDYQBn98XfFozJhTjqcZ; alt. Digital Currency Address - XBT 3685sEusmTwZBiKJ4cgV73EAhpVD1nbgbe; alt. Digital Currency Address - XBT 39p8qWp1bkBNhi4vPpFTetKPtH7goqNDZf; Passport 751391473 (Russia) issued 13 May 2015; alt. National ID No. 0113962684 (Russia); alt. National ID No. 0104430208 (Russia) (individual) [RUSSIA-EO14024].

ZHE JIANG JIAYI SMALL COMMODITIES TRADE COMPANY LIMITED, Mong Kok, Hong Kong; Surat Thani 84320, Thailand; Jiaxing, Zhejiang Province, China; Tsim Sha Tsui, Kowloon, Hong Kong; Central, Hong Kong; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Identification Number 1328910 (Hong Kong) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

ZHEJIANG LIGHT MACHINERY INDUSTRY CO., LTD. (a.k.a. ZHEJIANG QINGJI IND. CO., LTD (Chinese Simplified: 浙江轻机实业有限公司); a.k.a. ZHEJIANG QINGJI INDUSTRIAL CO., LTD.), Room 1401, No. 658, Jianguo North Road, Hangzhou, Zhejiang, China; Room 1404, Haihua Plaza, No. 658, Jianguo Road (N), Xiacheng District, Hangzhou, Zhejiang 310004, China; Website http://www.chinaseparator.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jul 1963; Registration Number 330100000040072 (China); Unified Social Credit Code (USCC) 91330100143036318W (China) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ZHEJIANG OULONG ELECTRIC CO LTD (Chinese Simplified: 浙江欧珑电气有限公司), No. 4226, Binhai 3rd Road, Economic and Technological Development Zone, Wenzhou, Zhejiang 325025, China; Unified Social Credit Code (USCC) 91330301787738024Y (China) [RUSSIA-EO14024].

ZHEJIANG QINGJI IND. CO., LTD (Chinese Simplified: 浙江轻机实业有限公司) (a.k.a. ZHEJIANG LIGHT MACHINERY INDUSTRY CO., LTD.; a.k.a. ZHEJIANG QINGJI INDUSTRIAL CO., LTD.), Room 1401, No. 658, Jianguo North Road, Hangzhou, Zhejiang,

China; Room 1404, Haihua Plaza, No. 658, Jianguo Road (N), Xiacheng District, Hangzhou, Zhejiang 310004, China; Website http://www.chinaseparator.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jul 1963; Registration Number 330100000040072 (China); Unified Social Credit Code (USCC) 91330100143036318W (China) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ZHEJIANG QINGJI INDUSTRIAL CO., LTD. (a.k.a. ZHEJIANG LIGHT MACHINERY INDUSTRY CO., LTD.; a.k.a. ZHEJIANG QINGJI IND. CO., LTD (Chinese Simplified: 浙江轻机实业有限公司)), Room 1401, No. 658, Jianguo North Road, Hangzhou, Zhejiang, China; Room 1404, Haihua Plaza, No. 658, Jianguo Road (N), Xiacheng District, Hangzhou, Zhejiang 310004, China; Website http://www.chinaseparator.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Jul 1963; Registration Number 330100000040072 (China); Unified Social Credit Code (USCC) 91330100143036318W (China) [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

ZHEJIANG TIANLU ENERGY CO., LTD. (a.k.a. CHINA GRAIN STORAGE AND TRANSPORTATION ZHOUSHAN CO., LIMITED; a.k.a. ZHONGGU STORAGE AND TRANSPORTATION CO., LTD. (Chinese Simplified: 中谷储运 舟山 有限公司)), No. 1, Saddle Community, Zenggang Street, Dinghai District, Zhoushan, Zhejiang, China; Website www.cgstc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 330900400000063 (China); Unified Social Credit Code (USCC) 913309006605851637 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ZHEJIANG WENDE IMPORT AND EXPORT CO., LTD. (a.k.a. ZHEJIANG WONDER IMP. AND EXP. CO., LTD. (Chinese Simplified: 浙江文德进出口有限公司); a.k.a. ZHEJIANG WONDER IMPORT AND EXPORT COMPANY LIMITED), Floor 26, Building 1, Shuangcheng International, No. 1785, Jianghan Road, Binjiang District, Hangzhou, Zhejiang 310052, China; Room 9-318A, Xingnong Building, Hangzhou Free Trade Zone, Hangzou 310052, China; Website www.zjwonder.com; Additional Sanctions Information - Subject to Secondary

Sanctions; Organization Established Date 25 Nov 2008; Unified Social Credit Code (USCC) 913302016810757525 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ZHEJIANG WONDER IMP. AND EXP. CO., LTD. (Chinese Simplified: 浙江文德进出口有限公司) (a.k.a. ZHEJIANG WENDE IMPORT AND EXPORT CO., LTD.; a.k.a. ZHEJIANG WONDER IMPORT AND EXPORT COMPANY LIMITED), Floor 26, Building 1, Shuangcheng International, No. 1785, Jianghan Road, Binjiang District, Hangzhou, Zhejiang 310052, China; Room 9-318A, Xingnong Building, Hangzhou Free Trade Zone, Hangzou 310052, China; Website www.zjwonder.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2008; Unified Social Credit Code (USCC) 913302016810757525 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ZHEJIANG WONDER IMPORT AND EXPORT COMPANY LIMITED (a.k.a. ZHEJIANG WENDE IMPORT AND EXPORT CO., LTD.; a.k.a. ZHEJIANG WONDER IMP. AND EXP. CO., LTD. (Chinese Simplified: 浙江文德进出口有限公司)), Floor 26, Building 1, Shuangcheng International, No. 1785, Jianghan Road, Binjiang District, Hangzhou, Zhejiang 310052, China; Room 9-318A, Xingnong Building, Hangzhou Free Trade Zone, Hangzou 310052, China; Website www.zjwonder.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2008; Unified Social Credit Code (USCC) 913302016810757525 (China) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ZHELEZNYAK, Sergei (a.k.a. ZHELEZNYAK, Sergei Vladimirovich; a.k.a. ZHELEZNYAK, Sergey); DOB 30 Jul 1970; POB Saint Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the State Duma of the Russian Federation (individual) [UKRAINE-EO13661].

ZHELEZNYAK, Sergei Vladimirovich (a.k.a. ZHELEZNYAK, Sergei; a.k.a. ZHELEZNYAK, Sergey); DOB 30 Jul 1970; POB Saint Petersburg, Russia; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the State Duma of the Russian Federation (individual) [UKRAINE-EO13661].

ZHELEZNYAK, Sergey (a.k.a. ZHELEZNYAK, Sergei; a.k.a. ZHELEZNYAK, Sergei Vladimirovich); DOB 30 Jul 1970; POB Saint Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the State Duma of the Russian Federation (individual) [UKRAINE-EO13661].

ZHELYAZKOV, Ilko Dimitrov (a.k.a. ZHELYAZKOV, Ilko Dmitrov), Bulgaria; DOB 08 Feb 1958; nationality Bulgaria; Gender Male (individual) [GLOMAG].

ZHELYAZKOV, Ilko Dmitrov (a.k.a. ZHELYAZKOV, Ilko Dimitrov), Bulgaria; DOB 08 Feb 1958; nationality Bulgaria; Gender Male (individual) [GLOMAG].

ZHENG DRUG TRAFFICKING ORGANIZATION, Shanghai, China; Website www.globalrc.net; alt. Website www.goldenrc.com; alt. Website www.toplabrc.com; Email Address MagicChemical@hotmail.com; alt. Email Address goldenchemical@live.com; alt. Email Address 3507656950@qq.com; alt. Email Address sales@globalrc.net [SDNTK].

ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景) (a.k.a. "DENG, Gao"; a.k.a. "JIN, Gordon"; a.k.a. "ZHENG, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

ZHENG, Guangfu, China; DOB 20 Jan 1958; nationality China; National ID No. 310107195801202418 (China) (individual) [SDNTK].

ZHENG, Guanghua (Chinese Traditional: 鄭广華; Chinese Simplified: 郑广华; DOB 04 Nov 1955; POB Shanghai, China; nationality China; citizen China; Email Address zhenguanghua1955@outlook.com; alt. Email Address zhenguanghua1955@gmail.com; Gender Male; Digital Currency Address - XBT 33Kja69SQVc8kozpoP7Qw6HFtGxHkiWzTz; alt. Digital Currency Address - XBT 3MkUNScqf21EcfWq6T4x2MFgBeSTqhB5t6; alt. Digital Currency Address - XBT 18uKfaUjgG52rVeXEi3wxnveww7zZuECtE; Digital Currency Address - LTC LaizKtS5DUhPuP1nTQcc83MS7HwK6vk85z; Passport E51809923 (China) issued 25 May 2015 expires 24 May 2025; Identification Number 310108195511041616 (China); Chinese Commercial Code 6774 1639 5478 (individual) [SDNTK].

ZHENG, Yanxiong (Chinese Simplified: 郑雁雄; Chinese Traditional: 鄭雁雄), Apt 608, 50 Huali Road, Guangzhou, Guangdong 510623, China; DOB 25 Aug 1963; POB Shantou, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport SE0226769 (China) issued 10 Aug 2016 expires 10 Aug 2021; National ID No. 440111196308254212 (China); Director, Office for Safeguarding National Security in Hong Kong (individual) [HK-EO13936].

ZHENYU, Li (a.k.a. LI, Zhenyu (Chinese Simplified: 勐振羽)), Dalian, China; DOB 07 Jun 1965; POB Dandong, China; nationality China; Gender Male; Passport E63646378 (China) issued 27 Nov 2015 expires 26 Nov 2025; National ID No. 210211196506075832 (China) (individual) [GLOMAG].

ZHEREBTSOV, Yuriy Gennadievych (a.k.a. ZHEREBTSOV, Yuriy Gennadyevich; a.k.a. ZHEREBTSOV, Yury), 23 Ulitsa Koltsevaya, Yevpatoria, Crimea, Ukraine; DOB 19 Nov 1969; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Counselor to the Speaker of the Crimean Rada (individual) [UKRAINE-EO13660].

ZHEREBTSOV, Yuriy Gennadyevich (a.k.a. ZHEREBTSOV, Yuriy Gennadievych; a.k.a. ZHEREBTSOV, Yury), 23 Ulitsa Koltsevaya, Yevpatoria, Crimea, Ukraine; DOB 19 Nov 1969; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Counselor to the Speaker of the Crimean Rada (individual) [UKRAINE-EO13660].

ZHEREBTSOV, Yury (a.k.a. ZHEREBTSOV, Yuriy Gennadievych; a.k.a. ZHEREBTSOV, Yuriy Gennadyevich), 23 Ulitsa Koltsevaya, Yevpatoria, Crimea, Ukraine; DOB 19 Nov 1969; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Counselor to the Speaker of the Crimean Rada (individual) [UKRAINE-EO13660].

ZHIDKO, Gennady, Russia; DOB 12 Sep 1965; POB Uzbekistan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZHIDKOV, Andrei Aleksandrovich (a.k.a. ZHIDKOV, Andrey Aleksandrovich (Cyrillic: ЖИДКОВ, Андрей Александрович), Melitopol, Zaporizhzhia region, Ukraine; DOB 15 Sep 1979; POB Inta, Komi Republic, Russia; nationality Russia; Gender Male; Tax ID No. 780719977500 (Russia) (individual) [RUSSIA-EO14024].

ZHIDKOV, Andrey Aleksandrovich (Cyrillic: ЖИДКОВ, Андрей Александрович) (a.k.a. ZHIDKOV, Andrei Aleksandrovich), Melitopol, Zaporizhzhia region, Ukraine; DOB 15 Sep 1979; POB Inta, Komi Republic, Russia; nationality Russia; Gender Male; Tax ID No. 780719977500 (Russia) (individual) [RUSSIA-EO14024].

ZHIDKOV, Viktor Olegovich (Cyrillic: ЖИДКОВ, Виктор Олегович), Russia; DOB 08 Feb 1972; POB Vologda, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZHIHANG SHIP MANAGEMENT (a.k.a. SHANGHAI ZHIHANG SHIP MANAGEMENT CO., LTD.; a.k.a. ZHIHANG SHIP MANAGEMENT SHANGHAI CO LTD (Chinese Simplified: 上海智航船舶管理有限公司)), Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Room 328, 3/F., Unit 2, No. 231 Shibocun Road, China (Shanghai) Pilot Free-Trade Zone, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY

OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6114218; Registration Number 310141000551704 (China); Unified Social Credit Code (USCC) 91310115MA1K4DLAXM (China) [IRAN-EO13846].

ZHIHANG SHIP MANAGEMENT SHANGHAI CO LTD (Chinese Simplified: 上海智航船舶管理有限公司) (a.k.a. SHANGHAI ZHIHANG SHIP MANAGEMENT CO., LTD.; a.k.a. ZHIHANG SHIP MANAGEMENT), Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Room 328, 3/F., Unit 2, No. 231 Shibocun Road, China (Shanghai) Pilot Free-Trade Zone, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6114218; Registration Number 310141000551704 (China); Unified Social Credit Code (USCC) 91310115MA1K4DLAXM (China) [IRAN-EO13846].

ZHIQING, Wang (a.k.a. WANG, Zhiqing (Chinese Simplified: 王志清)), 2 301 No.129 Yongshi Living Area Huangong Road, Zibo, Shandong, China; DOB 01 Jun 1961 to 30 Jun 1961; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi) (individual) [IRAN-EO13846] (Linked To: SHANDONG QIWANGWA PETROCHEMICAL CO., LTD.).

ZHIROV, Artur (a.k.a. ZHIROV, Artur Aleksandrovich (Cyrillic: ЖИРОВ, Артур Александрович)), Moscow, Russia; DOB 06 Jul 1961; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZHIROV, Artur Aleksandrovich (Cyrillic: ЖИРОВ, Артур Александрович) (a.k.a. ZHIROV, Artur), Moscow, Russia; DOB 06 Jul 1961; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ZHIROVA, Elena (a.k.a. ZHIROVA, Elena Borisnova); DOB 1963; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

ZHIROVA, Elena Borisnova (a.k.a. ZHIROVA, Elena); DOB 1963; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

ZHIVLYUK, Aleksandr Pavlovich (Cyrillic: ЖИВЛЮК, Александр Павлович), 62-164 Sukharevskaya St., Minsk, Belarus (Cyrillic: 62-164 ул. Сухаревская, г. Минск, Belarus); DOB 13 Jan 1981; nationality Belarus; Gender Male; National ID No. 3130181C043PB0 (Belarus); Tax ID No. BA9295684 (Belarus) (individual) [BELARUS-EO14038].

ZHOGA, Artem Vladimirovich (Cyrillic: ЖОГА, Артем Владимирович; Cyrillic: ЖОГА, Артем Володимирович) (a.k.a. ZHOGA, Artem Volodymyrovich; a.k.a. ZHOGA, Artyom), 101 40-letiya Oktyabrya St., Slovyansk, Ukraine; 8 Biryuzova St., Apartment 23, Donetsk, Donetsk Region, Ukraine; DOB 18 Jan 1975; nationality Ukraine; Gender Male; Tax ID No. 2741113672 (Ukraine) (individual) [RUSSIA-EO14024].

ZHOGA, Artem Volodymyrovich (a.k.a. ZHOGA, Artem Vladimirovich (Cyrillic: ЖОГА, Артем Владимирович; Cyrillic: ЖОГА, Артем Володимирович); a.k.a. ZHOGA, Artyom), 101 40-letiya Oktyabrya St., Slovyansk, Ukraine; 8 Biryuzova St., Apartment 23, Donetsk, Donetsk Region, Ukraine; DOB 18 Jan 1975; nationality Ukraine; Gender Male; Tax ID No. 2741113672 (Ukraine) (individual) [RUSSIA-EO14024].

ZHOGA, Artyom (a.k.a. ZHOGA, Artem Vladimirovich (Cyrillic: ЖОГА, Артем Владимирович; Cyrillic: ЖОГА, Артем Володимирович); a.k.a. ZHOGA, Artem Volodymyrovich), 101 40-letiya Oktyabrya St., Slovyansk, Ukraine; 8 Biryuzova St., Apartment 23, Donetsk, Donetsk Region, Ukraine; DOB 18 Jan 1975; nationality Ukraine; Gender Male; Tax ID No. 2741113672 (Ukraine) (individual) [RUSSIA-EO14024].

ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团) (a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司) (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO. (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中成重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.; a.k.a. "TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: "天诚一重装山东防务科技有限公司")), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO. (a.k.a. ZHONG CHENG HEAVY EQUIPMENT

ZHONGGU STORAGE AND TRANSPORTATION CO., LTD. (Chinese Simplified: 中谷储运 舟山 有限公司) (a.k.a. CHINA GRAIN STORAGE AND TRANSPORTATION ZHOUSHAN CO., LIMITED; a.k.a. ZHEJIANG TIANLU ENERGY

CO., LTD.), No. 1, Saddle Community, Zenggang Street, Dinghai District, Zhoushan, Zhejiang, China; Website www.cgstc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 330900400000063 (China); Unified Social Credit Code (USCC) 913309006605851637 (China) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

ZHOU, Carol; DOB 30 Oct 1982; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ZHOU, Jianshu (a.k.a. CHOW, Tony), China; DOB 15 Jul 1971; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E09598913 (China) issued 14 Apr 2014 expires 13 Apr 2024; National Foreign ID Number 210602197107153012 (China); General Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

ZHOU, Yishan; DOB 08 Dec 1981; POB Guangdong, China; nationality China; Director, EKT Smart Technology (individual) [NPWMD] (Linked To: EKT SMART TECHNOLOGY).

ZHU HAI ZHEN RONG CO (a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHU HAI ZHEN RONG COMPANY (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI

ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHU HAI ZHEN RONG COMPANY LIMITED (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHU, Hailun (Chinese Simplified: 朱海仑), Xinjiang, China; DOB Jan 1958; POB Lianshui, Jiangsu, China; Gender Male (individual) [GLOMAG].

ZHU, Yuequn; DOB 01 Nov 1979; POB Jiangsu, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G40986974 (China) expires 01 Mar 2020 [NPWMD] [IFSR].

ZHUCHKOVSKIY, Aleksander (a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKIY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexander; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; UI Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKIY, Alexander Grigorevich (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexander; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; UI Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKIY, Alexandr (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKY, Alexander; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; UI Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKY, Alexander (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKIY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexandr), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; UI Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407 (Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUCHKOVSKY, Alexandr (a.k.a. ZHUCHKOVSKIY, Aleksander; a.k.a. ZHUCHKOVSKIY, Alexander Grigorevich; a.k.a. ZHUCHKOVSKIY, Alexandr; a.k.a. ZHUCHKOVSKY, Alexander), Voronezhskaya Dom 62 10, Saint Petersburg 190000, Russia; UI Voronezhskaya D 62 KV 10, Saint Petersburg 658000, Russia; Profinterna 12 3, Rostov Na Donu 344000, Russia; DOB 09 Sep 1986; POB Russia; nationality Russia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4014075407

(Russia); alt. Passport 4009930376 (Russia); Tax ID No. 781697836992 (Russia); Government Gazette Number 2187800076825 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ZHUHAI ZHEN RONG COMPANY (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHENRONG CO; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHUHAI ZHENRONG CO (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG COMPANY LIMITED), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHUHAI ZHENRONG COMPANY LIMITED (a.k.a. ZHU HAI ZHEN RONG CO; a.k.a. ZHU HAI ZHEN RONG COMPANY; a.k.a. ZHU HAI ZHEN RONG COMPANY LIMITED; a.k.a. ZHUHAI ZHEN RONG COMPANY; a.k.a. ZHUHAI ZHENRONG CO), No. 121 Datunli Chaoyang District, Beijing 100108, China; No. 20 Gongbei Oiaoguang Road, Zhuhai, Guangdong 519020, China [IRAN-EO13846].

ZHUKOV, Aleksandr Arkadyevich (Cyrillic: ЖУКОВ, Александр Аркадьевич) (a.k.a. ZHUKOV, Alexander), Russia; DOB 29 Dec 1974; POB Shiryan, Karagaysky District, Perm Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOV, Alexander (a.k.a. ZHUKOV, Aleksandr Arkadyevich (Cyrillic: ЖУКОВ, Александр Аркадьевич)), Russia; DOB 29 Dec 1974; POB Shiryan, Karagaysky District, Perm Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOV, Alexander Dmitrievich (Cyrillic: ЖУКОВ, Александр Дмитриевич), Russia; DOB 01 Jun 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasia Gennadyevna (Cyrillic: ЖУКОВА, Анастасия Геннадьевна), Russia; DOB 08 Nov 1974; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasia Olegovna (a.k.a. ESHSTRUT, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasija Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasija Olegovna (a.k.a. ESHSTRUT, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasia Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ZHUKOVA, Anastasiya Olegovna (a.k.a. ESHSTRUT, Anastasiya Olegovna; a.k.a. ZHUKOVA, Anastasia Olegovna; a.k.a. ZHUKOVA, Anastasija Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ZHUO, Longxiong (a.k.a. XINRONG, Zhuo; a.k.a. ZHUO, Xinrong), China; Flat B, 27th Floor, Ko On Mansion, Taikoo Shing, Hong Kong, China; DOB 10 Nov 1964; POB Fuzhou, China; nationality Hong Kong; Gender Male; Passport D00579743 (Hong Kong) issued 28 Apr 2018 expires 28 Apr 2025; National ID No. R4016407 (Hong Kong) (individual) [GLOMAG].

ZHUO, Xinrong (a.k.a. XINRONG, Zhuo; a.k.a. ZHUO, Longxiong), China; Flat B, 27th Floor, Ko On Mansion, Taikoo Shing, Hong Kong, China; DOB 10 Nov 1964; POB Fuzhou, China; nationality Hong Kong; Gender Male; Passport D00579743 (Hong Kong) issued 28 Apr 2018 expires 28 Apr 2025; National ID No. R4016407 (Hong Kong) (individual) [GLOMAG].

ZHURAVEL, Petro Anatoliyovich (Cyrillic: ЖУРАВЕЛЬ, Петро Анатолійович), Kiev, Ukraine; DOB 04 Nov 1988; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

ZHURAVLEV, Nikolai Andreyevich (Cyrillic: ЖУРАВЛЁВ, Николай Андреевич) (a.k.a.

ZHURAVLYOV, Nikolai Andreyevich), Russia; DOB 01 Sep 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHURAVLYOV, Alexey Aleksandrovich (Cyrillic: ЖУРАВЛЕВ, Алексей Александрович), Russia; DOB 30 Jun 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHURAVLYOV, Nikolai Andreyevich (a.k.a. ZHURAVLEV, Nikolai Andreyevich (Cyrillic: ЖУРАВЛЁВ, Николай Андреевич)), Russia; DOB 01 Sep 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUROVA, Svetlana Sergeevna (Cyrillic: ЖУРОВА, Светлана Сергеевна), Russia; DOB 07 Jan 1972; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZHUYKOV, Andrey (a.k.a. "DEFENDER"; a.k.a. "DIF"), Sochi, Russia; Yekaterinburg, Russia; DOB 18 Feb 1982; nationality Russia; Email Address megaprof@gmail.com; alt. Email Address refflex@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

ZIAEI, Gholamreza, Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

ZIBAEE NEJAD, Mohammad Hossein (Arabic: محمدحسین زیبایی‌نژاد) (a.k.a. NEJAT, Hossein (Arabic: حسین نجات)), Tehran, Iran; DOB Mar 1955 to Mar 1956; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZICHERMAN, Shalom (Hebrew: שלום ציכרמן), Mitzpe Yair, West Bank; DOB 03 Feb 1991; POB Israel; nationality Israel; Gender Male (individual) [WEST-BANK-EO14115].

ZIEST TAJHIEZ POOYESH (a.k.a. POOYESH ENVIRONMENTAL INSTRUMENTS; a.k.a. ZIST TAJHIZ POOYESH COMPANY), 16, Afshar Alley, Fajr Street, Motahari Avenue, Tehran, Iran; Website www.pooyeshenviro.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ZIGIC, Zoran; DOB 20 Sep 1958; POB Balte, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

ZIHAR, Muhammad Nadim Subhi, Syria; DOB 29 Mar 1955; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ZIKARA, Mevlut (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

ZIL-M LLC (a.k.a. ZEEL - M CO., LTD.; a.k.a. "ZEELM"; a.k.a. "ZIL - M"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

ZIMA, Petr Anatoliyevich (a.k.a. ZIMA, Pyotr Anatoliyovych; a.k.a. ZYMA, Petro), 18 Ulitsa D. Ulyanova, Apartment 110, Simferopol, Crimea, Ukraine; DOB 29 Mar 1965; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Crimean SBU (Security Service of Ukraine) (individual) [UKRAINE-EO13660].

ZIMA, Pyotr Anatoliyovych (a.k.a. ZIMA, Petr Anatolyevich; a.k.a. ZYMA, Petro), 18 Ulitsa D. Ulyanova, Apartment 110, Simferopol, Crimea, Ukraine; DOB 29 Mar 1965; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Crimean SBU (Security Service of Ukraine) (individual) [UKRAINE-EO13660].

ZIMENKOV, Igor Vladimirovich (Cyrillic: ЗИМЕНКОВ, Игорь Владимирович), Moscow, Russia; Cyprus; DOB 19 Dec 1968; POB Tashkent, Uzbekistan; nationality Russia; alt. nationality Israel; citizen Russia; alt. citizen Cyprus; Gender Male; Passport 720969676 (Russia); Tax ID No. 770508895203 (Russia) (individual) [RUSSIA-EO14024].

ZIMENKOV, Jonatan (a.k.a. ZIMENKOV, Jonathan; a.k.a. ZIMENKOV, Natan Igorevich (Cyrillic: ЗИМЕНКОВ, Натан Игоревич)), Russia; DOB 11 Sep 1994; POB Haifa, Israel; nationality Russia; alt. nationality Italy; alt. nationality Israel; Gender Male; Digital Currency Address - XBT bc1qfg4gfg0y6t6xjnpmlhuwx5k0wlw6nmfzxn2psc; Digital Currency Address - ETH 0x39D908dac893CBCB53Cc86e0ECc369aA4DeF1A29; Passport YB0612378 (Italy); Tax ID No. 770509857842 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich; Linked To: ROSOBORONEKSPORT OAO).

ZIMENKOV, Jonathan (a.k.a. ZIMENKOV, Jonatan; a.k.a. ZIMENKOV, Natan Igorevich (Cyrillic: ЗИМЕНКОВ, Натан Игоревич)), Russia; DOB 11 Sep 1994; POB Haifa, Israel; nationality Russia; alt. nationality Italy; alt. nationality Israel; Gender Male; Digital Currency Address - XBT bc1qfg4gfg0y6t6xjnpmlhuwx5k0wlw6nmfzxn2psc; Digital Currency Address - ETH 0x39D908dac893CBCB53Cc86e0ECc369aA4DeF1A29; Passport YB0612378 (Italy); Tax ID No. 770509857842 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich; Linked To: ROSOBORONEKSPORT OAO).

ZIMENKOV, Natan Igorevich (Cyrillic: ЗИМЕНКОВ, Натан Игоревич) (a.k.a. ZIMENKOV, Jonatan; a.k.a. ZIMENKOV, Jonathan), Russia; DOB 11 Sep 1994; POB Haifa, Israel; nationality Russia; alt. nationality Italy; alt. nationality Israel; Gender Male; Digital Currency Address - XBT bc1qfg4gfg0y6t6xjnpmlhuwx5k0wlw6nmfzxn2psc; Digital Currency Address - ETH 0x39D908dac893CBCB53Cc86e0ECc369aA4DeF1A29; Passport YB0612378 (Italy); Tax ID No. 770509857842 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZIMENKOV, Igor Vladimirovich; Linked To: ROSOBORONEKSPORT OAO).

ZIMOUSKI, Akiaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a.

ZIMOUSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aleksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOUSKI, Aliaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aleksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOUSKY, Aliaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKY, Aliaksandr Leanidavich; a.k.a. ZIMOSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.

ZIMOVSKY, Aleksandr Leanidovich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidovich; a.k.a.
ZIMOWSKI, Aleksandr Leanidovich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidovich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidovich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOUSKY, Aliaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leanidovich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Leanidovich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidovich; a.k.a.
ZIMOWSKI, Aleksandr Leanidovich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidovich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Aleksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Alexander Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidovich; a.k.a.
ZIMOWSKI, Aleksandr Leanidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio

ZIMOVSKI, Aliaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aleksandr Leanidovich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Alexander Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aleksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio

Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKI, Aliaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKY, Alaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKY, Aleksandr Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.

ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKY, Alexander Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOVSKY, Aliaksandr Lieanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.

ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidovich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOWSKI, Alaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOWSKI, Aleksandr Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.

ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOWSKI, Alexander Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leonidovich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alaksandr Leanidavich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOWSKY, Alaksandr Leanidavich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOUSKI, Akiaksandr Leanidavich; a.k.a.
ZIMOUSKI, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Alaksandr Leanidavich; a.k.a.
ZIMOUSKY, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKI, Alaksandr Leanidavich; a.k.a.
ZIMOVSKI, Aleksandr Leonidovich; a.k.a.
ZIMOVSKI, Alexander Leonidovich; a.k.a.
ZIMOVSKI, Aliaksandr Leanidavich; a.k.a.
ZIMOVSKY, Alaksandr Leanidavich; a.k.a.
ZIMOVSKY, Aleksandr Leonidovich; a.k.a.
ZIMOVSKY, Alexander Leonidovich; a.k.a.
ZIMOVSKY, Aliaksandr Lieanidavich; a.k.a.
ZIMOWSKI, Alaksandr Leanidavich; a.k.a.
ZIMOWSKI, Aleksandr Leonidovich; a.k.a.
ZIMOWSKI, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aleksandr Leonidovich; a.k.a.
ZIMOWSKY, Alexander Leonidovich; a.k.a.
ZIMOWSKY, Aliaksandr Leanidavich); DOB 10
Jan 1961; POB Germany; Head of the
Belarusian State Television and Radio
Company (BSTRC); Member of the Upper
House of Parliament (individual) [BELARUS].
ZIMOWSKY, Aleksandr Leonidovich (a.k.a.
SIMOWSKI, Aliaksandr Leanidavich; a.k.a.

ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aleksander Leanidavich; a.k.a. ZIMOVSKY, Alexander Lieanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alexander Leanidovich; a.k.a. ZIMOVSKY, Aliaksander Leanidavich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKY, Alexander Leonidovich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Akiaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leonidovich; a.k.a. ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aleksander Leanidavich; a.k.a. ZIMOVSKY, Alexander Lieanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alexander Leanidovich; a.k.a. ZIMOVSKY, Aliaksander Leanidovich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMOWSKY, Aliaksandr Leanidavich (a.k.a. SIMOWSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Aliaksandr Leanidavich; a.k.a. ZIMOUSKI, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leanidavich; a.k.a. ZIMOUSKY, Alaksandr Leonidovich; a.k.a.

ZIMOVSKI, Aliaksandr Leanidavich; a.k.a. ZIMOVSKI, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Alexander Leonidovich; a.k.a. ZIMOVSKY, Aleksander Leanidavich; a.k.a. ZIMOVSKY, Alaksandr Leanidavich; a.k.a. ZIMOVSKY, Aleksandr Leonidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidavich; a.k.a. ZIMOVSKY, Alexander Leanidovich; a.k.a. ZIMOVSKY, Aliaksandr Leanidovich); DOB 10 Jan 1961; POB Germany; Head of the Belarusian State Television and Radio Company (BSTRC); Member of the Upper House of Parliament (individual) [BELARUS].

ZIMURINDA, Innocent; DOB 01 Sep 1972; alt. DOB 1975; POB Ngungu, Masisi Territory, North Kivu province, Democratic Republic of the Congo; Lt. Col. (individual) [DRCONGO].

ZINA, Raymond Samir (Arabic: ريمون سمير زنا‎) (a.k.a. RAHME, Raymond Zina (Arabic: ريمون رحمة‎); a.k.a. RAHMEH, Raymond), Lebanon; DOB 01 Oct 1968; POB Mar Saba, Lebanon; nationality Lebanon; Gender Male; Passport LR0555055 (Lebanon) expires 24 Jun 2031 (individual) [LEBANON].

ZINA, Teddy Samir (Arabic: تادي سمير زنا‎) (a.k.a. RAHME, Teddy Zina (Arabic: تيدي زينه رحمة‎); a.k.a. RAHMEH, Teddy Samir Zina), Lebanon; DOB 10 Dec 1963; POB Bsharri, Lebanon; nationality Lebanon; Gender Male; Passport LR0016427 (Lebanon) expires 08 Aug 2021 (individual) [LEBANON].

ZINCUM LLC (Cyrillic: ЦИНКУМ ООО), zd. 1 k. 3, Zheleznogorsk 307170, Russia; Organization Established Date 17 Feb 2022; Tax ID No. 4633041964 (Russia); Registration Number 1224600001438 (Russia) [RUSSIA-EO14024] (Linked To: USM URBAN MINING LIMITED LIABILITY COMPANY).

ZIRACCHIAN ZADEH, Mahmoud; DOB 24 Jul 1959; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Director, Iranian Oil Company (U.K.) Ltd. (individual) [IRAN].

ZIRAHI, Ramezan, Iran; DOB 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ZIST TAJHIZ POOYESH COMPANY (a.k.a. POOYESH ENVIRONMENTAL INSTRUMENTS; a.k.a. ZIEST TAJHIEZ POOYESH), 16, Afshar Alley, Fajr Street, Motahari Avenue, Tehran, Iran; Website

www.pooyeshenviro.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon [FTO] [SDGT].

ZK GRAND TOWN (a.k.a. GRAND TOWN; a.k.a. GRAND TOWN TOURISM PROJECT (Arabic: مشروع غراند تاون السياحي‎; a.k.a. GRAND TOWN TOURIST CITY (Arabic: غراند تاون المدينة السياحة‎)), Airport Road, after the Fourth Bridge, Damascus, Syria; Website www.facebook.com/ZKGrandTown/; Organization Established Date 2017; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

ZLATKIS, Bella Ilinichna (a.k.a. ZLATKIS, Bella Ilyinichna (Cyrillic: ЗЛАТКИС, Белла Ильиничнa)), Russia; DOB 05 Jul 1948; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZLATKIS, Bella Ilyinichna (Cyrillic: ЗЛАТКИС, Белла Ильиничнa) (a.k.a. ZLATKIS, Bella Ilinichna), Russia; DOB 05 Jul 1948; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ZLEINTI, Abdel-Hafez (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLENKO, Yelena Gennadyevna (Cyrillic: ЗЛЕНКО, Елена Геннадьевна), Russia; DOB 20 Jun 1967; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZLITNI, Abdelhafidh (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEINTI, Abdel-Hafez;

a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdul Hafid (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdul Hafiz (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdulhafid (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZLITNI, Abdulhafid Mahmoud (a.k.a. AL-ZULAYTINI, Abd-Al-Hafid Mahmud; a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY (a.k.a. PASARGAD STEEL COMPLEX; a.k.a. PASARGAD STEEL ZOB INDUSTRIAL COMPLEX; a.k.a. "PASCO"), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

ZOBNEV, Viktor Viktorovrich (Cyrillic: ЗОБНЕВ, Виктор Викторович), Russia; DOB 07 Jun 1964; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZOEITER, Ali (a.k.a. ZEAITER, Ali; a.k.a. ZU'AYTAR, 'Ali; a.k.a. ZU'AYTIR, Ali Husayn); Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZOLAL IRAN COMPANY, No. 2 Shariati Avenue, Niyam Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ZOLOTOV, Roman Viktorovich, Rechnoye, Russia; DOB 03 Mar 1980; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 773129701393 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ZOLOTOV, Viktor Vasiliyevich).

ZOLOTOV, Viktor Vasiliyevich (a.k.a. ZOLOTOV, Viktor Vasilyevich), Russia; DOB 27 Jan 1954; POB Sasovo, Ryazan Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ZOLOTOV, Viktor Vasilyevich (a.k.a. ZOLOTOV, Viktor Vasiliyevich), Russia; DOB 27 Jan 1954; POB Sasovo, Ryazan Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

ZOLOTOVA, Janna Viktorovna (a.k.a. ZOLOTOVA, Zhanna Viktorovna), Moscow, Russia; DOB 25 Jan 1976; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ZOLOTOV, Viktor Vasiliyevich).

ZOLOTOVA, Zhanna Viktorovna (a.k.a. ZOLOTOVA, Janna Viktorovna), Moscow, Russia; DOB 25 Jan 1976; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ZOLOTOV, Viktor Vasiliyevich).

ZOO JOYA GRANDE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE; a.k.a. JOYA GRANDE ZOOLOGICO Y ECOPARQUE; a.k.a. ZOOLOGICO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

ZOOLOGICO JOYA GRANDE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE; a.k.a. JOYA GRANDE ZOOLOGICO Y ECOPARQUE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

ZOOLOGICO Y ECO-PARQUE JOYA GRANDE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE; a.k.a. JOYA GRANDE ZOOLOGICO Y ECOPARQUE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

ZORAH CHANNEL (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE TELEVISION STATION; a.k.a. ZAWRAH TV STATION), Syria [IRAQ3].

ZORSECURITY (f.k.a. ESAGE LAB; a.k.a. TSOR SECURITY), Luzhnetskaya Embankment 2/4,

Building 17, Office 444, Moscow 119270, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1127746601817 (Russia); Tax ID No. 7704813260 (Russia); alt. Tax ID No. 7704010041 (Russia) [CYBER2].

ZR ENERGY DMCC (Arabic: زد أر إنرجي د.م.س), Unit No: 1305, Platinum Tower, Plot No: JLT-PH1-I2, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Quai Du Mont-Blanc 4th Floor, 1201, Geneva, Switzerland; Website www.zrenergy.com; Organization Established Date 23 Jul 2013; License DMCC-33225 (United Arab Emirates) issued 23 Jul 2013 expires 22 Jul 2023; Legal Entity Number 213800TWK2R9AGIQXV07; Registration Number DMCC4189 (United Arab Emirates) issued 19 Jun 2013 [LEBANON].

ZR GROUP SAL HOLDING (a.k.a. Z-R GROUP SAL HOLDING (Arabic: زي-ار القابضة ش م ل قولدينغ)), Al Maliya Street, Beirut, Lebanon; Nejmeh Square, Real Estate No. 1084 of the Port Real Estate District, Beirut, Lebanon; Website https://zr-group.net; Organization Established Date 17 Aug 2005; Commercial Registry Number 1900527 (Lebanon) [LEBANON].

Z-R GROUP SAL HOLDING (Arabic: مجموعة زي-ار القابضة ش م ل قولدينغ) (a.k.a. ZR GROUP SAL HOLDING), Al Maliya Street, Beirut, Lebanon; Nejmeh Square, Real Estate No. 1084 of the Port Real Estate District, Beirut, Lebanon; Website https://zr-group.net; Organization Established Date 17 Aug 2005; Commercial Registry Number 1900527 (Lebanon) [LEBANON].

ZR LOGISTICS SAL (Arabic: زي أر لوجستيك ش. م. ل.), Najmeh Square, al-Maliyya Street, Second Floor, Beirut, Lebanon; Organization Established Date 23 Apr 2010; Commercial Registry Number 1011700 (Lebanon) [LEBANON].

ZRAIQ, Ali (a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAIK, Ali Hasan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZREIK, Ali (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAIK, Ali Hasan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZREIK, Ali Hassan (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZURAIK, Ali Hasan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion,

Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

ZUAITER, Nuah (a.k.a. ZAITAR, Noah (Arabic: نوح زعيتر)); Syria; Lebanon; DOB 1971; alt. DOB 1977; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ZU'AYTIR, 'Ali (a.k.a. ZEAITER, Ali; a.k.a. ZOEITER, Ali; a.k.a. ZU'AYTIR, Ali Husayn); Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZU'AYTIR, Ali Husayn (a.k.a. ZEAITER, Ali; a.k.a. ZOEITER, Ali; a.k.a. ZU'AYTIR, 'Ali); Tianhelu 351 Hao, Tianhequ, Guangzhou, China; Room 2203A, Grand Tower, No. 228 Tianhe Road, Tianhe District, Guangzhou, China; Room 2203A, Guangcheng Building, No. 228 Tianhe Road, Guangzhou, China; 204 No. 253 Tianhebei Road, Guangzhou, China; DOB 24 Feb 1977; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL1924321 (Lebanon); alt. Passport RL0877465 (Lebanon); General Manager, Stars International Ltd (individual) [SDGT].

ZUBAIDI AND QALEI LLC (Arabic: شركة زبيدي وقلعي المحدودة المسؤولية) (a.k.a. ZUBEDI & KALAI; a.k.a. ZUBED AND KALAI; a.k.a. "ZK HOLDING"), Airport Road, Damascus, Syria; P.O. Box 6416, Damascus, Syria; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

ZUBAIDI, Mohammed Khaled (a.k.a. AL-ZUBAIDI, Khaled (Arabic: خالد الزبيدي); a.k.a. AL-ZUBAIDI, Khaled Bassam; a.k.a. AL-ZUBAIDI, Mohammed Khaled Bassam; a.k.a. ZUBEDI, Khalid), Syria; Canada; DOB 10 Apr 1976; nationality Syria; alt. nationality Canada; Gender Male; Passport N 006540969 (Syria);

alt. Passport HC246053 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

ZUBAIDI, Muhammad Hamza (a.k.a. AL-ZUBAIDI, Mohammed Hamza; a.k.a. AL-ZUBAYDI, Muhammad Hamsa); DOB 1938; POB Babylon, Babil Governorate, Iraq; nationality Iraq; former prime minister (individual) [IRAQ2].

ZUBAREV, Igor Dmitryevich (Cyrillic: ЗУБАРЕВ, Игорь Дмитриевич), Russia; DOB 20 Jun 1966; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZUBEDI & KALAI (a.k.a. ZUBAIDI AND QALEI LLC (Arabic:  شركة زبيدي وقلعي المحدودة المسؤولية); a.k.a. ZUBEDI AND KALAI; a.k.a. "ZK HOLDING"), Airport Road, Damascus, Syria; P.O. Box 6416, Damascus, Syria; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

ZUBEDI AND KALAI (a.k.a. ZUBAIDI AND QALEI LLC (Arabic:  شركة زبيدي وقلعي المحدودة المسؤولية); a.k.a. ZUBEDI & KALAI; a.k.a. "ZK HOLDING"), Airport Road, Damascus, Syria; P.O. Box 6416, Damascus, Syria; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

ZUBEDI, Khalid (a.k.a. AL-ZUBAIDI, Khaled (Arabic: خالد الزبيدي); a.k.a. AL-ZUBAIDI, Khaled Bassam; a.k.a. AL-ZUBAIDI, Mohammed Khaled Bassam; a.k.a. ZUBAIDI, Mohammed Khaled), Syria; Canada; DOB 10 Apr 1976; nationality Syria; alt. nationality Canada; Gender Male; Passport N 006540969 (Syria); alt. Passport HC246053 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

ZUBIAGA BRAVO, Manex; DOB 14 Aug 1979; POB Getxo Vizcaya Province, Spain; D.N.I. 16.064.664; Member ETA (individual) [SDGT].

ZUBKOU, Siarhei Yaugenavich (Cyrillic: ЗУБКОЎ, Сяргей Яўгенавіч) (a.k.a. ZUBKOV, Sergei Yevgenevich (Cyrillic: ЗУБКОВ, Сергей Евгеньевич)), Minsk, Belarus; DOB 21 Aug 1975; nationality Belarus; Gender Male (individual) [BELARUS].

ZUBKOV, Sergei Yevgenevich (Cyrillic: ЗУБКОВ, Сергей Евгеньевич) (a.k.a. ZUBKOU, Siarhei Yaugenavich (Cyrillic: ЗУБКОЎ, Сяргей Яўгенавіч)), Minsk, Belarus; DOB 21 Aug 1975; nationality Belarus; Gender Male (individual) [BELARUS].

ZUEVA, Mariia Yevgenyevna (a.k.a. ZUEVA, Mariya Evgenevna), Moscow, Russia; DOB 28 May 1983; POB Russia; nationality Russia;

Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 331403452400 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: OOO YUNIDZHET).

ZUEVA, Mariya Evgenevna (a.k.a. ZUEVA, Mariia Yevgenyevna), Moscow, Russia; DOB 28 May 1983; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 331403452400 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: OOO YUNIDZHET).

ZUGHAYAR, Muhanad Mushtaq (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Mohanad M.; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

ZUGHAYAR, Muhanad Mushtaq Talib (a.k.a. AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout; a.k.a. TALIB, Mohanad M.; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

ZUKM OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD UGLERODNYKH I KOMPOZITSIONNYKH MATERIALOV; a.k.a. ZAVOD ULGERODNYKH I KOMPOZITSIONNYKH MATERIALOV), Territoriya Chelyabinskogo Elektrodnogo Zavoda, Chelyabinsk 454038, Russia; Tax ID No. 7450045935 (Russia); Government Gazette Number 94812603 (Russia); Registration Number 1067450027248 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

ZULEIKHA GENERAL TRADING (a.k.a. ZULEKHA GENERAL TRADING LLC; a.k.a. ZULIKHA GENERAL TRADING), P.O. Box 5456, Ajman, United Arab Emirates; C.R. No.

32035 (United Arab Emirates) [SDNTK] (Linked To: GHANI, Mohammad Nadeem).

ZULEKHA GENERAL TRADING LLC (a.k.a. ZULEIKHA GENERAL TRADING; a.k.a. ZULIKHA GENERAL TRADING), P.O. Box 5456, Ajman, United Arab Emirates; C.R. No. 32035 (United Arab Emirates) [SDNTK] (Linked To: GHANI, Mohammad Nadeem).

ZULETA DE MERCHAN, Carmen Auxiliadora (Latin: ZULETA DE MERCHÁN, Carmen Auxiliadora), Sucre, Miranda, Venezuela; DOB 13 Dec 1947; POB Zulia, Venezuela; citizen Venezuela; Gender Female; Cedula No. 3507807 (Venezuela); Passport 045729072 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

ZULETA NOSCUE, Alfonso (a.k.a. ZULETA NOSCUE, Alonso; a.k.a. "Alfonso"), Colombia; DOB 15 Nov 1967; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 76235533 (Colombia) (individual) [SDNTK].

ZULETA NOSCUE, Alonso (a.k.a. ZULETA NOSCUE, Alfonso; a.k.a. "Alfonso"), Colombia; DOB 15 Nov 1967; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 76235533 (Colombia) (individual) [SDNTK].

ZULETA NOSCUE, Pedro Luis (a.k.a. "El Invalido"), Colombia; DOB 22 Sep 1964; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 18110470 (Colombia) (individual) [SDNTK].

ZULETA TROCHEZ, Jose Oscar, Colombia; DOB 31 Aug 1976; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 10633018 (Colombia) (individual) [SDNTK].

ZULIANA DE ESMERALDAS C.I. S.A.S. (f.k.a. ZULIANA DE ESMERALDAS LTDA. C.I.), Carrera 7 No. 12 C - 28, Bogota, Colombia; NIT # 900496677-9 (Colombia) [SDNTK].

ZULIANA DE ESMERALDAS LTDA. C.I. (a.k.a. ZULIANA DE ESMERALDAS C.I. S.A.S.), Carrera 7 No. 12 C - 28, Bogota, Colombia; NIT # 900496677-9 (Colombia) [SDNTK].

ZULIKHA GENERAL TRADING (a.k.a. ZULEIKHA GENERAL TRADING; a.k.a. ZULEKHA GENERAL TRADING LLC), P.O. Box 5456, Ajman, United Arab Emirates; C.R. No. 32035 (United Arab Emirates) [SDNTK] (Linked To: GHANI, Mohammad Nadeem).

ZULKIFLI, Abdul Hir bin (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia (individual) [SDGT].

ZULKIFLI, Bin Abdul Hir (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. "MUSA ABDUL"; DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia (individual) [SDGT].

ZULUAGA LINDO, Francisco Javier (a.k.a. GALINDO, Gabriel; a.k.a. "GORDO LINDO"), c/o SOCIEDAD SUPERDEPORTES LTDA., Bogota, Colombia; Calle 9 No. 28-50, Piso 3, Cali, Colombia; Calle 10 No. 46-45, Cali, Colombia; DOB 15 Jan 1970; POB Cali, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16774828 (Colombia); Passport AF869394 (Colombia); alt. Passport AE047754 (Colombia) (individual) [SDNT].

ZUMAR, Abbud (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMUR, Abood Aboud Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

ZUPLJANIN, Stojan; DOB 1951; POB Maslovare, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

ZUPPA HOLDINGS LIMITED, Virgin Islands, British [GLOMAG] (Linked To: GERTLER, Dan; Linked To: FLEURETTE PROPERTIES LIMITED).

ZURAIK, Ali Hasan (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

ZURAYQ, Ali (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAIK, Ali Hasan); DOB 1952; POB Al Khiyam, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT].

'ZVEZDOCHKA' SHIPYARD (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13

Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

ZVI BAR YOSEF FARM (a.k.a. ZVIS FARM (Hebrew: החווה של צבי); a.k.a. ZVIS FARM OUTPOST), Halamish, West Bank; Organization Type: Mixed farming [WEST-BANK-EO14115] (Linked To: BAR YOSEF, Zvi).

ZVIS FARM (Hebrew: החווה של צבי) (a.k.a. ZVI BAR YOSEF FARM; a.k.a. ZVIS FARM OUTPOST), Halamish, West Bank; Organization Type: Mixed farming [WEST-BANK-EO14115] (Linked To: BAR YOSEF, Zvi).

ZVIS FARM OUTPOST (a.k.a. ZVI BAR YOSEF FARM; a.k.a. ZVIS FARM (Hebrew: החווה של צבי)), Halamish, West Bank; Organization Type: Mixed farming [WEST-BANK-EO14115] (Linked To: BAR YOSEF, Zvi).

ZYMA, Petro (a.k.a. ZIMA, Petr Anatolyevich; a.k.a. ZIMA, Pyotr Anatoliyovych), 18 Ulitsa D. Ulyanova, Apartment 110, Simferopol, Crimea, Ukraine; DOB 29 Mar 1965; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Crimean SBU (Security Service of Ukraine) (individual) [UKRAINE-EO13660].

ZYON, Zin Yon (a.k.a. CHO'N, Chin-yo'ng; a.k.a. JON, Jin Yong (Korean: 전진영)), Moscow, Russia; DOB 05 Mar 1981; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

ZYUGANOV, Gennadiy Andreevich (a.k.a. ZYUGANOV, Gennady Andreyevich), Russia; DOB 26 Jun 1944; POB Mymrino, Oryol, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ZYUGANOV, Gennady Andreyevich (a.k.a. ZYUGANOV, Gennadiy Andreevich), Russia;

DOB 26 Jun 1944; POB Mymrino, Oryol, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

"1-P" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"1ST ARMORED DIVISION" (a.k.a. FIRST DIVISION OF THE SYRIAN ARAB ARMY (Arabic: الفرقة الأولى الجيش العربي السوري); a.k.a. "FIRST ARMORED DIVISION" (Arabic: " الفرقة الأولى المدرعة")), Syria [SYRIA-EO13894].

"3D FORMAT" (a.k.a. APPLIKATA; a.k.a. LLC APPLICATA), Pr-D Stroitelnyi D. 7A, K. 28, Pomeshch. 219, Moscow 125362, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733287011 (Russia); Registration Number 1167746511008 (Russia) [RUSSIA-EO14024].

"3D MOLL" (a.k.a. LIMITED LIABILITY COMPANY 3D MALL; a.k.a. "3DMALL"), Sh. Dmitrovskoe D. 9A, Str. 1, Et./Pomeshch. 2/Iii, Kom. 18, 35, 35A, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731323828 (Russia); Registration Number 1167746742602 (Russia) [RUSSIA-EO14024].

"3DMALL" (a.k.a. LIMITED LIABILITY COMPANY 3D MALL; a.k.a. "3D MOLL"), Sh. Dmitrovskoe D. 9A, Str. 1, Et./Pomeshch. 2/Iii, Kom. 18, 35, 35A, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731323828 (Russia); Registration Number 1167746742602 (Russia) [RUSSIA-EO14024].

"3MG" (a.k.a. MIZAN MACHINE MANUFACTURING GROUP), P.O. Box 16595-365, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"3MX" (a.k.a. LIMITED LIABILITY COMPANY TRIMIX; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU 3MKH), 16, litera A, Ul. Khoshimina, Pomeshch. 2-n of. 3.1.17, St. Petersburg 194358, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802942873 (Russia); Registration Number 1237800084235 (Russia) [RUSSIA-EO14024].

"3ZED" (a.k.a. 3ZED INVESTMENT; a.k.a. MIBAZAARUMV), Ma. Rimlas, Nikagas, Hingun, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Organization Type: Packaging activities; Business Number BN15322023 (Maldives); Registration Number SP-0816/2022 (Maldives) [SDGT] (Linked To: MUBEEN, Ahmed).

"5 ENERGY" (a.k.a. FIVE ENERGY OIL TRADING), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

"07" (a.k.a. USUGA TORRES, Arley; a.k.a. "CERO SIETE"); DOB 14 Aug 1979; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 71255292 (Colombia) (individual) [SDNTK].

"7TH BRIGADE" (a.k.a. KANIYAT MILITIA; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"9TH BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE";

f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"27" (a.k.a. FIGUEROA BENITEZ, Jorge Humberto), Mexico; DOB 02 Sep 1989; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FIBJ890902HSLGNR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"27TH NTS" (a.k.a. 27TH SCIENTIFIC CENTER; a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 27 SCIENTIFIC CENTER OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), Brigadirskiy Pereulok 13, Moscow 105005, Russia [NPWMD] [RUSSIA-EO14024].

"30 SRZ AO" (a.k.a. 30TH SHIP REPAIR FACTORY JOINT STOCK COMPANY; a.k.a. AKTSIONERNOYE OBSHCHESTVO 30 SUDOREMONTNYY ZAVOD), 23 Ulitsa Sudoremontnaya, Fokino 692890, Russia; Organization Established Date 07 Dec 2010; Tax ID No. 2512304968 (Russia); Registration Number 1102503001083 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"33RD TSNIII" (a.k.a. 33RD SCIENTIFIC RESEARCH AND TESTING INSTITUTE; a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 33 CENTRAL SCIENTIFIC RESEARCH TEST INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION), 1 Ulitsa Krasnoznamennaya, Volsk-18/Shikhany, Saratov Oblast, Russia; Krasnoznamennaya Street 1, Volsk-18, Saratov 412918, Russia [NPWMD] [RUSSIA-EO14024].

"40" (a.k.a. TREVINO MORALES, Miguel (Latin: TREVIÑO MORALES, Miguel); a.k.a. TREVINO MORALES, Miguel Angel), Calle Veracruz 825, Nuevo Laredo, Tamaulipas, Mexico; Calle Mina No. 6111, Nuevo Laredo, Tamaulipas, Mexico; Calle Nayarit 3404, en la esquina de Nayarit y Ocampo, Nuevo Laredo, Tamaulipas, Mexico; Calle 15 de Septiembre y Leandro Valle, Nuevo Laredo, Tamaulipas, Mexico; Avenida Tecnologico 17, entre Calle Pedro Perezo Ibarra y Fraccionamiento Tecnologica, Nuevo Laredo, Tamaulipas, Mexico; Amapola 3003, Col. Primavera, Nuevo Laredo, Tamaulipas, Mexico; Rancho Soledad, Anahuac, Nuevo Leon, Mexico; Rancho Rancherias, Anahuac, Nuevo Leon, Mexico; Reynosa, Tamaulipas, Mexico; DOB 28 Jun 1973; alt. DOB 18 Nov 1970; alt. DOB 25 Jan 1973; alt. DOB 15 Jul

1976; POB Nuevo Laredo, Tamaulipas, Mexico; alt. POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male; R.F.C. TRMM730628 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"42" (a.k.a. TREVINO MORALES, Alejandro; a.k.a TREVINO MORALES, Omar (Latin: TREVIÑO MORALES, Omar); a.k.a. TREVINO MORALES, Omar Alejandro; a.k.a. TREVINO MORALES, Oscar Omar), Colonia Militar, Nuevo Laredo, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Coahuila, Mexico; DOB 26 Jan 1974; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"66 LID" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Government Entity [BURMA-EO14014].

"108 INSTITUTE" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

"148SH LTD" (a.k.a. 148SH LIMITED TRADE DEVELOPMENT; a.k.a. OOO 148ESEYCH), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/40, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014171 (Russia); Registration Number 1214800009291 (Russia) [RUSSIA-EO14024].

"150 AIRCRAFT REPAIR PLANT" (a.k.a. JOINT STOCK COMPANY 150 AIRCRAFT REPAIR PLANT; a.k.a. "AO 150 ARZ"), Ul. Garnizonnaya D. 4, Svetlyi, P. Lyublino-Novoe 238347, Russia; Organization Established Date 03 Dec 1996; Tax ID No. 3913501370 (Russia); Registration Number 1093925016767 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"179 SRZ AO" (a.k.a. 179TH SHIP REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 179TH SHIP REPAIR YARD JSC; a.k.a. AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД)), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"195 RZ RAV AO" (Cyrillic: "AO 195 РЗ РАВ") (a.k.a. JOINT STOCK COMPANY 195 REPAIR PLANT OF ROCKET AND ARTILLERY WEAPONS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 195 РЕМОНТНЫЙ РАКЕТНО-АРТИЛЛИЙСКОГО ВООРУЖЕНИЯ)), Raion Rosklyaevo, Murmansk, Murmansk Oblast 184635, Russia; Organization Established Date 24 Apr 2009; Tax ID No. 5110002377 (Russia); Registration Number 1095110000292 (Russia) [RUSSIA-EO14024].

"223RD FLIGHT DETACHMENT" (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНПЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"223RD FLIGHT UNIT" (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНПЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"224 FU JSC" (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, В-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"224TH FLIGHT UNIT" (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024]

(Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"356 AIRCRAFT REPAIR PLANT" (a.k.a. JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT; a.k.a. "356 ARZ PAO"; a.k.a. "AO 356 ARZ"), Ter. Engels 1, Engels 413101, Russia; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"356 ARZ PAO" (a.k.a. JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT; a.k.a. "356 AIRCRAFT REPAIR PLANT"; a.k.a. "AO 356 ARZ"), Ter. Engels 1, Engels 413101, Russia; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"419 ARZ" (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

"558 ARZ OAO" (a.k.a. JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 558TH AIRCRAFT REPAIR PLANT; a.k.a. "JSC 558 ARP"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

"711 ARZ AO" (a.k.a. JOINT STOCK COMPANY 711 AIRCRAFT REPAIR PLANT; a.k.a. JSC 711 AIRCRAFT REPAIR PLANT), Ul. Chkalova D.18, Borisoglebsk 397171, Russia; Organization Established Date 10 Jun 1923; Tax ID No. 3604016369 (Russia); Registration Number 1063604012790 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"810 AIRCRAFT REPAIR PLANT" (a.k.a. JOINT STOCK COMPANY 810 AIRCRAFT REPAIR PLANT; a.k.a. "AO 810 ARZ"), Ul. Vertoletnaya D.1, Chita 672045, Russia; Organization Established Date 10 Aug 1995; Tax ID No. 7536080716 (Russia); Registration Number 1077536006118 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"924 GTSBA" (a.k.a. 924TH STATE CENTER FOR UAV AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 20924; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924), 5 Proezd Artileristov, Kolomna, Moscow Oblast 140415, Russia; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

""AHMED THE TANZANIAN"" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

""FOOPIE"" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

""FUPI"" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

"#66 DIVISION" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"@AL3XL7" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@BASSTERLORD 0170742922" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@BASSTERLORD" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU;

alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@SINNER6546" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"@SINNER911" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"A1 OOO" (a.k.a. LIMITED LIABILITY COMPANY A1; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1; a.k.a. "OOO A1"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

"AAB" (a.k.a. AL-ASHTAR BRIGADES; a.k.a. SARAYA AL-ASHTAR), Bahrain; Iran; Iraq [FTO] [SDGT].

"AAH" (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

"AARI" (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

"ABC LLC" (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"ABD AL HADI" (a.k.a. BENDEBKA, L'Hadi; a.k.a. "HADI"), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT].

"ABD AL-HADI" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY") DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABD AL-MUHSI" (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB

1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

"ABD AL-NASR, Hajji" (a.k.a. 'ABD AL-NASIR, Hajji; a.k.a. "ABDELNASSER, Hajji"; a.k.a. "AL-KHUWAYT, Taha"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq (individual) [SDGT].

"'ABD AL-RAHMAN" (a.k.a. "ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

"ABDALARAK" (a.k.a. AMMARI, Saifi; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"'ABD-AL-'IZ" (a.k.a. "ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

"ABDALLA (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

"ABDALLAH O ABDULLAH" (a.k.a. RARRBO, Ahmed Hosni); DOB 12 Sep 1974; POB Bologhine, Algeria (individual) [SDGT].

"ABDALLAH, Abu" (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

"'ABD-AL-QADIR" (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim;

a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

"ABD-AL-QARIM, Abu" (a.k.a. AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf; a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Passport G2590897 (individual) [SDGT].

"ABDEL' AZIZ BEN NARVAN" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"ABDEL HAK" (a.k.a. EL-AICH, Dhou); DOB 05 Aug 1964; POB Debila, Algeria (individual) [SDGT].

"ABDELALI ABOU DHER" (a.k.a. BELKALEM, Mohamed; a.k.a. "EL HARRACHI"); DOB 19 Dec 1969; nationality Algeria (individual) [SDGT].

"ABDELBAKI" (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

"ABDELHAMID AL KURDI" (a.k.a. HAMMID, Mohammed Tahir), Via della Martinella 132, Parma, Italy; DOB 01 Nov 1975; POB Poshok, Iraq; nationality Iraq; Kurdish; arrested 31 Mar 2003 (individual) [SDGT].

"ABDELLAH" (a.k.a. ABDAOUI, Youssef; a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDULLAH"; a.k.a. "ABU

ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

"ABDELNASSER, Hajji" (a.k.a. 'ABD AL-NASIR, Hajji; a.k.a. "ABD AL-NASR, Hajji"; a.k.a. "AL-KHUWAYT, Taha"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq (individual) [SDGT].

"ABDELRAHMAN" (a.k.a. EL HABHAB, Redouane), Iltisstrasse 58, Kiel 24143, Germany; DOB 20 Dec 1969; POB Casablanca, Morocco; nationality Germany; Passport 1005552350 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; National ID No. 1007850441 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; currently incarcerated in Lubeck, Germany (individual) [SDGT].

"ABDELRAHMMAN" (a.k.a. ESSAADI, Moussa Ben Amor Ben Ali; a.k.a. "BECHIR"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

"ABDELWADOUD, Abou" (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,

Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab); Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

"ABDERAHMANE AL MAGHREBI" (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

"ABDERAHMANE" (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

"ABDERRAHMANE" (a.k.a. RIHANI, Lotfi Ben Abdul Hamid Ben Ali), Via Bolgeri 4, Barni, Como, Italy; DOB 01 Jul 1977; POB Tunisi, Tunisia; nationality Tunisia; Passport L 886177 issued 14 Dec 1998 expires 13 Dec 2003 (individual) [SDGT].

"ABDERRAHMANE" (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

"ABDERREZAK LE PARA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDARA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"ABDERREZAK ZAIMECHE" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDUL

RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"ABDILLAH, Abdul" (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feliciano; a.k.a. DELOS REYES, Feliciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

"ABDIRAHMAN, Mahamoud" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ABDIRAHMAN, Mohamud" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ABD'RABBAH" (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT].

"ABDUL HADI (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABDUL KARIM" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABDUL RASAK AMMANE ABU HAIDRA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"ABDUL-GHANI" (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

"ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BEHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a.

"ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"ABDULLAH MOHAMMED ABDULLAH BAHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"Abdullah Qardash" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABDULLAH SINDHI" (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Aburahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

"ABDULLAH THE TURK" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABDULLAH" (a.k.a. ABDAOUI, Youssef; a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

"ABDULLAH" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

"ABDULLAH, Abu" (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug

1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"ABDULLAHI, Hussein" (a.k.a. IBRAHIM, Aadan Yusuf Saciid), Beled Amin, Lower Shabelle, Somalia; DOB 1987; alt. DOB 1988; alt. DOB 1989; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ABDURAKHMON" (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

"ABDUS SAMAD" (a.k.a. BAASYIR, Abu Bakar; a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABDUS SOMAD" (a.k.a. BAASYIR, Abu Bakar; a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABEDINI, Sa'id" (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. IZADI, Saeed), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

"ABID" (a.k.a. ABID, Thakur; a.k.a. ALI, Abid; a.k.a. KHAN, Abid; a.k.a. KHAN, Abid Ali; Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN

TRANSNATIONAL CRIMINAL ORGANIZATION).

"ABOSSLAH" (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

"Abou Abdallah Al Faransi" (a.k.a. HAUCHARD, Maxime), Syria; DOB 17 Mar 1992; POB Normandy, France; nationality France (individual) [SDGT].

"Abou el Mouqatel" (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

"ABOU ALAM" (a.k.a. ABU AMAR, Yahia; a.k.a. DJOUADI, Yahia; a.k.a. "ABU ALA"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria (individual) [SDGT].

"ABOU ANIS" (a.k.a. SALEH AL-SAADI, Nassim Ben Mohamed Al-Cherif ben Mohamed), Via Monte Grappa 15, Arluno, Milan, Italy; DOB 30 Nov 1974; POB Haidra Al-Qasreen, Tunisia; nationality Tunisia; Passport M 788331 issued 28 Sep 2001 expires 27 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

"ABOU EL LAYTH" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"ABOU HAIDARA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"ABOU HAMZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON") DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"ABOU HANZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON") DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"ABOU MOUHADJI" (a.k.a. NAIL, Taleb; a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria (individual) [SDGT].

"Abou Mouqatel" (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou el Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

"Abou Souleiman al-Firansi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"ABOU YOUCEF" (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda), Algeria;

DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

"ABOU ZEINAB (a.k.a. SAYADI, Nabil Abdul Salam), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat, 29, Putte 2580, Belgium; DOB 01 Jan 1966; POB Tripoli, Lebanon; Passport 1091875; National ID No. 660000 73767 (Belgium); Public Security and Immigration No. 98.805 (individual) [SDGT].

"ABOULAIL" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"ABOUT ABIR" (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah); DOB 1977; nationality Palestinian (individual) [SDGT].

"ABR MANAGEMENT" (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

"ABS CORPORATION" (a.k.a. ADVANCE BANKING SOLUTION TRADING DMCC (Arabic: دأفانس بانكينغ سوليوشن تريدينغ م.د.م.س); a.k.a. ADVANCE BANKING SOLUTIONS DMCC), 804 Jumeirah Bay Tower X3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; License DMCC-402070 (United Arab Emirates); alt. License JLT-66110 (United Arab Emirates); Economic Register Number (CBLS) 11459098 (United Arab Emirates); alt. Economic Register Number (CBLS) 11464855 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

"ABU 'ABD AL-'AZIZ" (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

"ABU 'ABD AL-HAKIM" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"ABU ABD AL-RAHMAN" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

"ABU ABDALLAH" (a.k.a. DEGHDEGH, Ahmed; a.k.a. "AL ILLAH, Abd"); DOB 17 Jan 1967; POB Anser, Jijel, Algeria (individual) [SDGT].

"ABU 'ABDALLAH" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani,

Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

"Abu Abdelhakim al-Kidali" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"ABU ABDELLAH" (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria (individual) [SDGT].

"ABU ABDUL AZIZ" (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

"Abu Abdul Rahman" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male (individual) [SDGT].

"ABU ABDULLAH" (a.k.a. ABDAOUI, Youssef; a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

"ABU ABDULLAH" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN,

Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

"ABU ABDURRAHMAN THE MOROCCAN" (a.k.a. DALE, Anders Cameroon Ostensvig; a.k.a. "ABU ABDURRAHMAN THE NORWEGIAN"; a.k.a. "MUSLIM ABU ABDURRAHMAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway (individual) [SDGT].

"ABU ABDURRAHMAN THE NORWEGIAN" (a.k.a. DALE, Anders Cameroon Ostensvig; a.k.a. "ABU ABDURRAHMAN THE MOROCCAN"; a.k.a. "MUSLIM ABU ABDURRAHMAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway (individual) [SDGT].

"ABU ADAM AUS DEUTSCHLAND" (a.k.a. CHOUKA, Monir; a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU ADAM FROM GERMANY" (a.k.a. CHOUKA, Monir; a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM AUS DEUTSCHLAND"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU ADAM" (a.k.a. CHOUKA, Monir; a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM AUS DEUTSCHLAND"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU AHMAD ISHAB" (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

"ABU AHMAD" (a.k.a. AL-DURI, Izzat Ibrahim; a.k.a. "ABU BRAYS"); DOB circa 1942; POB al-Dur, Iraq; nationality Iraqi; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2].

"ABU AKRAM" (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU FIRAS"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraqi; citizen Syria; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

"ABU AKRAM" (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979 (individual) [SDGT].

"Abu al Banat" (a.k.a. ABDURAKHMANOV, Maghomed Maghomedzakirovich; a.k.a. "Abu Banat"), Turkey; Syria; DOB 24 Nov 1974; POB Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russia; citizen Russia; Passport 515458008 (Russia) expires 30 May 2017; alt. Passport 8200203535 (Russia) (individual) [SDGT].

"ABU AL QASSAM" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a.

"PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

"Abu Al Silmi" (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

"ABU ALA" (a.k.a. ABU AMAR, Yahia; a.k.a. DJOUADI, Yahia; a.k.a. "ABOU ALAM") DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria (individual) [SDGT].

"ABU ALA" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"ABU AL-ABBAS" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"Abu al-Asir" (a.k.a. AL-ABSI, Amru; a.k.a. "Abu al-Athir"); DOB 1979; POB Saudi Arabia (individual) [SDGT].

"Abu al-Athir" (a.k.a. AL-ABSI, Amru; a.k.a. "Abu al-Asir"); DOB 1979; POB Saudi Arabia (individual) [SDGT].

"ABU AL-FOUTOUH" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT].

"ABU AL-HASAN AL MADANI" (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

"Abu Ali al-Kawari" (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

"Abu Ali al-Samarra'i" (a.k.a. AL-FAY, Ibrahim Ali 'Awad), Sakarya, Turkey; DOB 1968; Gender Male (individual) [SDGT].

"ABU ALI HASHIM" (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ABU ALI" (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN, Saddam; a.k.a. HUSSEIN, Saddam); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

"ABU ALI" (a.k.a. ABU DHESS, Mohamed; a.k.a. HASSAN, Yaser), Holdenweg 76, Essen 45143, Germany; DOB 01 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

"Abu al-Qasem" (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq (individual) [SDGT].

"ABU AL-WAFA'" (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

"ABU AL-WALEED" (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

"ABU AL-WALID" (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

"ABU 'AMMAR" (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

"ABU ANAS" (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"), Johannesburg, South Africa; DOB 1966, alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

"ABU ANAS" (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

"ABU AYED" (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIQANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

"ABU AYID" (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-

HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

"ABU 'AZZAM" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki al-Hisan; a.k.a. AL-MAZIDIH, Badran Turki al-Hisan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

"ABU BAKAR, Abdul Patta" (a.k.a. ABUBAKAR, Abdul Patta Escalon; a.k.a. ABUBAKAR, Abdulpatta Escalon; a.k.a. ESCALON, Abdulpatta Abubakar), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province, Philippines; nationality Philippines; Gender Male; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU BAKR AL-BAGHDADI" (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

"ABU BAKR, Saif" (Arabic: "سيف أبو بكر") (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "BALUD, Sayf"; a.k.a. "BEKIR, Seyf Ebu"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894] (Linked To: HAMZA DIVISION).

"Abu Banat" (a.k.a. ABDURAKHMANOV, Maghomed Maghomedzakirovich; a.k.a. "Abu al Banat"), Turkey; Syria; DOB 24 Nov 1974; POB Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russia; citizen Russia; Passport 515458008 (Russia) expires 30 May 2017; alt. Passport 8200203535 (Russia) (individual) [SDGT].

"Abu Bara" (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

"ABU BRAYS" (a.k.a. AL-DURI, Izzat Ibrahim; a.k.a. "ABU AHMAD"); DOB circa 1942; POB al-Dur, Iraq; nationality Iraq; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2].

"ABU CHOLDER" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

"ABU DERGHAM" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzaymaa"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003;

Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU DU'A" (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq; citizen Iraq; Gender Male; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"Abu Faris" (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

"Abu Faris" (a.k.a. AL-RASHIDI, Nawaf Ahmad Alwan; a.k.a. SADA, Qahtan Nawaf Ahmad Alwan; a.k.a. "ALWAN, Nawaf Ahmed"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Fariss" (a.k.a. MUTHANA, Aseel), Syria; DOB 1996 to 1997; nationality United Kingdom (individual) [SDGT].

"ABU FATHI" (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU FATIH" (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU FATIMA" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed

Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

"ABU FAYSAL" (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975 (individual) [SDGT].

"ABU FIRAS" (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU AKRAM"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

"ABU GHADIYAH" (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hisham; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

"ABU GHAYTH" (a.k.a. AL-JAZRAWI, Waqqas; a.k.a. ALOTAIBI, Mubarak Mohammed A), Syria; DOB 08 Jan 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"ABU GHAZALA" (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

"ABU GHAZALEH" (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH,

Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

"ABU GHAZZY" (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975 (individual) [SDGT].

"ABU HAFS THE MAURITANIAN" (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد)), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male (individual) [SDGT].

"ABU HAFS" (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

"ABU HAJIR AL LIBI" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

"ABU HAJIR" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

"Abu Hamza al-Shanqiti" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"Abu Hamza al-Shinqiti (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"Abu Hamza" (a.k.a. FATEH, Abdessamad); DOB 17 Oct 1967; POB Morocco (individual) [SDGT].

"ABU HAMZA" (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Hani" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hanif"; a.k.a. "Abu Khalif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia (individual) [SDGT].

"Abu Hanif (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hani"; a.k.a. "Abu Khalif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia (individual) [SDGT].

"ABU HAQI" (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Attallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataalah Salman; a.k.a. KAFI, Atallah Salman Abd), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU HARAYRAH" (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HURAYRAH AL-

SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

"ABU HASAN" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"ABU HASHIM" (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ABU HAYDAR" (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

"Abu Haza'" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Abu Hazza'" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Abu Hudhayfah" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"ABU HURAYRAH AL-SAN'AI" (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassem; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

"ABU HUSAYN" (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusif; a.k.a. AL-MADANI, Yusuf), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male (individual) [SDGT].

"ABU HUZAIFA" (a.k.a. AL BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

"ABU IBRAHEEM THE GERMAN" (a.k.a. CHOUKA, Yasin; a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHIM"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU IBRAHIM AL ALMANI" (a.k.a. CHOUKA, Yasin; a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11

Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

"Abu Ibrahim al-Hashimi al-Qurashi" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU IBRAHIM" (a.k.a. CHOUKA, Yasin; a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

"ABU IMAN" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"Abu Isa Al Salmi" (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

"ABU ISHMAEL" (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

"ABU ISLAM" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

"ABU ISLAM, Karim" (a.k.a. AL-GHANIMI, Karim Ja'far Muhsin; a.k.a. AL-GHANIMI, Karim Mansur; a.k.a. AL-ZIRJAWI, Karim Jafar Hasan); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq (individual) [SDGT].

"ABU ISMAIL" (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

"ABU ISMAIL" (a.k.a. LAABOUDI, Morad; a.k.a. LAABOUDI, Mourad; a.k.a. "AL-MAGHRIBI, Abu Ismail"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

"Abu Issa Al-Selmy" (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Isa Al Salmi"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

"ABU JABAL" (a.k.a. SULEIMAN HAMAD AL-HABLAIN, Ibrahim; a.k.a. SULIMAN H. AL HBLIAN, Barahim; a.k.a. "ABU-JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

"Abu Jaffar al-Shabaki" (a.k.a. EL KADDU, Waad; a.k.a. QADO, Waad), Iraq; DOB 12 Dec 1971; alt. DOB 01 Jan 1971; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

"ABU JAMIL" (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT].

"ABU JARRAH" (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979 (individual) [SDGT].

"ABU JIBRIL" (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

"ABU JUIRIAH" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Aboufian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"ABU KAIDHA" (a.k.a. MBAGA, Peter Charles; a.k.a. "Issa"), Johannesburg, South Africa; DOB 25 Sep 1976; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB321592 (Tanzania) expires 08 Mar 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Abu Kassem" (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq (individual) [SDGT].

"ABU KATADA" (a.k.a. EL BOUHALI, Ahmed), vicolo S. Rocco, n. 10 - Casalbuttano, Cremona, Italy; DOB 31 May 1963; POB Sidi Kacem, Morocco; nationality Morocco; Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT].

"ABU KHADIIJAH" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

"ABU KHADIJAH" (a.k.a. AL-RAFI'I, 'Abdallah Makki Muslih Mahdi; a.k.a. AL-RUFAY'I, Abdallah Makki Muslih; a.k.a. "ABU MUSAB"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU KHALAF" (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Nineveh, Iraq; alt. POB Tal Afar, Nineveh, Iraq (individual) [SDGT].

"ABU KHALID" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

"Abu Khalif" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hani"; a.k.a. "Abu Hanif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia (individual) [SDGT].

"Abu Khalil" (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

"ABU KHAMZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"Abu Khanif" (a.k.a. IZMAYLOV, Shamil; a.k.a. "Abu Hani"; a.k.a. "Abu Hanif"; a.k.a. "Abu Khalif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia (individual) [SDGT].

"ABU KHAOULA" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "NUHR"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

"ABU KHAWLA" (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT].

"Abu Luqman" (a.k.a. CHOUDARY, Anjem), United Kingdom; DOB 18 Jan 1967; POB Welling, Southeast London, UK; alt. POB North London, UK; citizen United Kingdom; Gender Male (individual) [SDGT].

"ABU MANSOUR" (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857,

Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

"ABU MANSUR" (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

"ABU MARIAM" (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. AL-MASRI, Abo Mohamed; a.k.a. "SALEH"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT].

"Abu Mazen" (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

"Abu Mazin" (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

"Abu Mohammad al-Qadari" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

"ABU MOHAMMED" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "MAHMUD"; a.k.a.

"MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

"ABU MUAMAR" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASWIN, Syawal; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

"ABU MU'AWIYA" (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT].

"Abu Muhammad al-Kadarskii" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

"ABU MUHAMMAD AL-KHAL" (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

"ABU MUHAMMAD" (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

"ABU MUHAMMAD" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad

Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"Abu Mukhammad al-Kadar" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

"Abu Mukhammad Kadarskiy" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

"Abu Mukhammad Kadarsky" (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

"ABU MUKTAR" (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khadafy; a.k.a. JANJALANI, Khaddafy Abubakar); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines (individual) [SDGT].

"ABU MUSAB" (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"ABU MUSAB" (a.k.a. AL-RAFI'I, 'Abdallah Makki Muslih Mahdi; a.k.a. AL-RUFAY'I, Abdallah Makki Muslih; a.k.a. "ABU KHADIJAH"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Muthana Al Yemeni" (a.k.a. MUTHANA, Nasser; a.k.a. "Abu Muthanna al Yemeni"; a.k.a. "Abu Muthanna al-Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom (individual) [SDGT].

"Abu Muthana al Yemeni" (a.k.a. MUTHANA, Nasser; a.k.a. "Abu Muthana Al Yemeni"; a.k.a. "Abu Muthanna al-Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom (individual) [SDGT].

"Abu Muthanna al-Yemeni" (a.k.a. MUTHANA, Nasser; a.k.a. "Abu Muthana Al Yemeni"; a.k.a. "Abu Muthana al Yemeni"), Syria; DOB 1993 to 1995; POB Cardiff, United Kingdom; citizen United Kingdom (individual) [SDGT].

"ABU OBAIDA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU OBAIDAH" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU OBAYDA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU OBEIDA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU OBEIDAH AL TURKI" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABU OBEJD EL-TURKI" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABU OMAR" (a.k.a. FETHI, Alic; a.k.a. MNASRI, Fethi Ben Rebai Ben Absha; a.k.a. "AMOR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

"ABU OMRAN" (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. AL-MUGHASSIL, Ahmed Ibrahim); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

"Abu Osama al-Masri" (a.k.a. AL-ISAWI, Muhammad Ahmad 'Ali; a.k.a. "Abu Usamah al-Masri"), Egypt; DOB 1972 to 1974; POB Sinai Province, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

"Abu Qarwani" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"Abu Qassim" (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq (individual) [SDGT].

"Abu Rawaha the Italian" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"ABU RIDA" (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

"Abu Sa'd at-Trinidadi" (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Asad"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male (individual) [SDGT].

"Abu Sa'd" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Hazza"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani") DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Abu Sa'id" (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a.

MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

"Abu Sajjad" (a.k.a. AL SAADI, Mansoor Ahmed; a.k.a. AL-SA'ADI, Mansur; a.k.a. AL-SA'ADI, Mansur Ahmad), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

"Abu Salah" (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

"ABU SALEH" (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

"ABU SALIM" (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

"ABU SALIMA EL LIBI" (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

"ABU SAMIA" (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI,

Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT].

"Abu Sarhan" (a.k.a. ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida; a.k.a. AL-MATUTI, Arkan Ahmad 'Abbas; a.k.a. AL-MITIWITI, Arkan Ahmad 'Abbas), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Abu Sayf al-Samara'i" (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

"ABU SEIF" (a.k.a. SANTOSO, Wiji Joko; a.k.a. SANTOSO, Wijijoko; a.k.a. "AL-JAWI, Abu Seif"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

"ABU SETA" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

"ABU SHAHAB" (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

"ABU SOLAIMAN" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"ABU SOLAYMAN" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAIMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"Abu Souleymane al-Faransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Souleymane the Frenchman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Souleymane" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane-al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Suad" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "'Umar al-Afghani"); DOB 15 Feb 1972; nationality

Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ABU SUFIAN" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"; DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"Abu Sulaijria al Fransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane-al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Sulaijria" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Sulayfa Muhammad" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Surakha"; a.k.a. "Abu Suraqa Suraqa Filho"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Abu Sulayman al-Faransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane-al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman";

a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Suleiman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Suleyman al-Faransi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Suleyman al-Firansi" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane-al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"Abu Suleyman" (a.k.a. HIMICH, Abdelilah; a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane-al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

"ABU SULTAN" (a.k.a. AL-'ALI, Hamad Hamid; a.k.a. AL-'ALI, Hamid Hamad; a.k.a. AL-'ALI, Hamid Hamad Hamid); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

"Abu Surakha" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Suraqa Suraqa Filho"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Abu Suraqa Suraqa Filho" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Surakha"; a.k.a. "Ibn Omar"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"ABU TAHIR" (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMED, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

"ABU TARIQ" (a.k.a. AL-NAKHALAH, Ziyad, Iran; DOB 03 Jan 1953; alt. DOB 1953; nationality Palestinian (individual) [SDGT].

"ABU THALE" (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

"Abu the Italian" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the

Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"ABU THORIQ" (a.k.a. RUSDAN, Abu; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"Abu Turab al-Canadi" (a.k.a. AHMAD, Muhammad Ali Sayid; a.k.a. SAEED, Mohammad Ali), As Susah, Syria; DOB 07 Oct 1990; POB Faisalabad, Punjab Province, Pakistan; nationality Canada; Gender Male (individual) [SDGT].

"ABU UBAIDAH" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"ABU UDEJF EL-TURKI" (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"ABU UL-HASHIM" (a.k.a. HASHIM, Abdul; a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"Abu Umar" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"ABU USAMA" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

"Abu Usamah al-Masri" (a.k.a. AL-ISAWI, Muhammad Ahmad 'Ali; a.k.a. "Abu Osama al-Masri"), Egypt; DOB 1972 to 1974; POB Sinai Province, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

"ABU UTHMAN" (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

"ABU WALID" (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

"ABU WISSAM" (a.k.a. AL-DULAYMI, Hasan Hashim Khalaf), 30th Street, Al-Yarmuk Area, Jadat Al-Jaysh District, Damascus, Syria; House #43, Lane #17, Subdivision #808, Al-Dawrah, Baghdad, Iraq; DOB 1942; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

"ABU YASIR" (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"); DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

"ABU YASSER" (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. ALSHAER, Salih Misfer), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

"Abu Zahra" (a.k.a. SUKIRNO, Bambang; a.k.a. "Pak Zahra"); DOB 05 Apr 1975; POB Indonesia; nationality Indonesia; Passport A2062513 (Indonesia) (individual) [SDGT].

"Abu Zar" (a.k.a. MAHMUD, Usama; a.k.a. MEHMOOD, Osama; a.k.a. "Atta Ullah"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"ABU ZAYNA" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"ABU ZUBAIDA" (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

"ABU ZUBAYDAH" (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a.

HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

"ABU ZUBEYR" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR") DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

"Abu-'Abdullah Qardash" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU-'ALI" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. "AHMAD, Abu"; a.k.a. "HISHAM"), Iran; DOB 01 Jan 1979; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 04716186 (Yemen) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"ABU-AL-KARKH', 'Yusuf" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"ABU-'AMMAR" (a.k.a. AL HAMEEDAWI, Adnan Younus Jasim; a.k.a. AL-HAMIDAWI, Shaykh 'Adnan), Iraq; DOB 20 Nov 1976; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"ABU-ANAS" (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmad; a.k.a. GHANDOUR, Ahmed), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male (individual) [SDGT].

"ABUDUHAKE" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

"ABU-HABIB, Hasan" (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "AL-LIBI, Abu-Habib"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

"ABU-HAJIR" (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

"ABU-JABAL" (a.k.a. SULEIMAN HAMAD AL-HABLAIN, Ibrahim; a.k.a. SULIMAN H. AL HBLIAN, Barahim; a.k.a. "ABU JABAL"); DOB 17 Dec 1984; POB Buraidah, Saudi Arabia; nationality Saudi Arabia; Passport F800691 (Saudi Arabia); Wanted by the Government of Saudi Arabia (individual) [SDGT].

"ABU-JULAYBIB" (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender

Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ABULAIL" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"ABU-MARYAM" (a.k.a. HASAN YUSUF, Ahmad; a.k.a. HASSAN NASIR AL ZUBAYDI, Sajjad), Iran; DOB 17 Mar 1986; alt. DOB 07 Jan 1986; POB Sitra, Bahrain; alt. POB Baghdad, Iraq; Gender Male (individual) [SDGT].

"ABU-MUHAMMAD" (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

"ABU-RAYHANAH" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "HANDALAH"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"ABU-REZVAN" (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "REZVAN, Seyyed"; a.k.a. "REZWAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"ABU-SALIM" (a.k.a. AL-'ATA, Baha' Abu; a.k.a. AL-'ATA, Baha' Salim Hasan Abu; a.k.a. AL-ATA, Baha'a Abu), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male;

Passport 1806377 (Palestinian) (individual) [SDGT].

"ABU-SHAIMA" (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

"ABU-SHAYMA" (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

"ABU-SHUAYB" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"ABU-SUMAYA" (a.k.a. DURGUTI, Safet); DOB 10 May 1967; POB Orahovac, Kosovo; Passport 1144602 (Bosnia and Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT].

"Abu-'Umar al-Turkmani" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ABU-'UMAR" (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

"Abyrvaig" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Abyrvalg" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"ACB" (a.k.a. AGRICULTURAL COOPERATIVE BANK; a.k.a. AL MASRAF AL ZERAEI AL TAWENI), Al Naanaa Garden, Damascus, Syria; Postal Box 4325, Damascus, Syria; Tall, Damascus, Syria; Doma, Doma, Syria; Zabadani, Damascus, Syria; Katana, Damascus, Syria; Al Qatifa, Damascus, Syria; Nabek, Damascus, Syria; Yabrood, Damascus, Syria; Daria, Damascus, Syria; Alksoaa, Damascus, Syria; Al Qounaitra, Syria; Deraa, Syria; Azraa, Syria; Alsnmin, Syria; Gazallah, Syria; Nawa, Syria; Sweida, Syria; Shahba, Sweida, Syria; Salkhad, Sweida, Syria; Algaria, Sweida, Syria; Homs, Syria; Talkah, Homs, Syria; Tadmer, Homs, Syria; Al Rastan, Homs,

Syria; Al Qasser, Homs, Syria; Shin, Homs, Syria; Agricultural Cooperative Bank Building, Damascus Tajhez, 4325, Damascus, Syria; Website www.agrobank.gov.sy [SYRIA].

"ACHB, PK" (a.k.a. ABSOLUTE CHAMPIONSHIP AKHMAT; a.k.a. PROMOUTERSKAYA KOMPANIYA ABSOLYUTNY CHEMPIONAT BERKUTA OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU), d. 64 etazh 3 ofis 1, ul. Im Gairbekova Muslima Gairbekovicha, Grozny, Chechenskaya Resp. 364903, Russia; Tax ID No. 2013800375 (Russia); Registration Number 1142036002976 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

"ACHILLE" (a.k.a. IBRAHIM, Frere Petrus; a.k.a. MUJYAMBERE, Leopold; a.k.a. "MUSENYERI"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

"ACS LOGISTICS" (a.k.a. AIRCRAFT COMPONENTS LOGISTICS LTD; a.k.a. "LIMITED LIABILITY COMPANY AVIATION COMPONENTS LOGISTICS"), Ul. Vesny, D. 34, Pomeshch. 128, Krasnoyarsk 660077, Russia; 24 Vodopyanova St., Office 2, Krasnoyarsk 660098, Russia; Tax ID No. 2465288353 (Russia); Registration Number 1132468013776 (Russia) [RUSSIA-EO14024].

"ACUTA" (Cyrillic: "АКУТА") (a.k.a. CJSC AKUTA; a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА)), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

"ADAM, Maulawi" (a.k.a. ACHEKZAI, Maulawi Adam Khan; a.k.a. KHAN, Maulawi Adam; a.k.a. "ADAM, Molawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan (individual) [SDGT].

"ADAM, Molawi" (a.k.a. ACHEKZAI, Maulawi Adam Khan; a.k.a. KHAN, Maulawi Adam; a.k.a. "ADAM, Maulawi"), Chaman, Balochistan

Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan (individual) [SDGT].

"ADDE, Dhega" (a.k.a. MOHAMED, Abdullahi Osman; a.k.a. "ISMAIL, Engineer"; a.k.a. "OSMAN, Abdullahi"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male (individual) [SDGT].

"ADDITIVE SOLUTIONS" (Cyrillic: "АДДИТИВНЫЕ РЕШЕНИЯ") (a.k.a. LLC TITAN-AVANGARD (Cyrillic: ООО ТИТАН-АВАНГАРД); a.k.a. "ADDSOL"), Kotlyakovskaya Street, Building 3, Structure 1, Floor 1, Moscow, Moscow Region 115201, Russia; 2nd Kotlyakovsky Lane, 18, Moscow 115201, Russia; Tax ID No. 6685127341 (Russia); Registration Number 1176658015412 (Russia) [RUSSIA-EO14024].

"ADDSOL" (a.k.a. LLC TITAN-AVANGARD (Cyrillic: ООО ТИТАН-АВАНГАРД); a.k.a. "ADDITIVE SOLUTIONS" (Cyrillic: "АДДИТИВНЫЕ РЕШЕНИЯ")), Kotlyakovskaya Street, Building 3, Structure 1, Floor 1, Moscow, Moscow Region 115201, Russia; 2nd Kotlyakovsky Lane, 18, Moscow 115201, Russia; Tax ID No. 6685127341 (Russia); Registration Number 1176658015412 (Russia) [RUSSIA-EO14024].

"ADE, Gees" (a.k.a. NUROW, Yusuf Ahmed Hajji; a.k.a. "FOOTADE, Abdurrahman"), Qunyo Barrow, Middle Juba, Somalia; DOB 1979; alt. DOB 1980; alt. DOB 1981; alt. DOB 1982; POB Kobon, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ADEL ABDUH FAREA'A" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963;

alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADEL" (a.k.a. DJERMANE, Kamel; a.k.a. "BILAL"; a.k.a. "FODHIL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria (individual) [SDGT].

"ADEN, Ahmed" (a.k.a. "ISA, Abd-al-Rahman Fahiye; a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"ADF" (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

"ADF/NALU" (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ISIS-

DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

"ADHERENTS TO THE TRADITIONS AND THE COMMUNITY" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

"ADIL ABD FARI" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDAH FARI" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate,

Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL 'ABDIH FAR'A" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FAAREA" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FAARI'A" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS";

a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FAREA" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADIL ABDU FARIA" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen)

(individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"ADOLFO PAZ" (a.k.a. MURILLO BEJARANO, Diego Fernando; a.k.a. "DON BERNA"); DOB 23 Feb 1961; Cedula No. 16357144 (Colombia) (individual) [SDNTK].

"ADVANCED TECHNOLOGIES COMPANY" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ADVANCED TECHNOLOGIES HOLDING COMPANY" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ADVANCED TECHNOLOGIES" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"AEDON" (a.k.a. ALEXANDER ELECTRIC DON), Druzhninnikov, 5B, / Druzhninnikov 1, Voronezh 394026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Tax ID No. 3662055600 (Russia); Registration Number 1023601580045 (Russia) [RUSSIA-EO14024].

"AEIEP" (a.k.a. ALEXANDER ELECTRIC POWER SUPPLIES), Ul. Shchepkina D. 25/20, Kom. 14, Moscow 129090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7702231308 (Russia); Registration Number 1027700115574 (Russia) [RUSSIA-EO14024].

"AEISA" (a.k.a. AERO EXPRESS INTERCONTINENTAL S.A. DE C.V.; a.k.a. "INTEREXPRESS"), Oriente 158 No. 390-E, Colonia Moctezuma, Segunda Seccion, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Avenida Ruben Dario, Albrook Comercial Park, Deposito No. 20, Bella Vista, Distrito de Panama, Panama; R.F.C. AIN-000713-GR7 (Mexico) [SDNTK].

"AEIT" (a.k.a. ADVANCE ELECTRICAL AND INDUSTRIAL TECHNOLOGIES SL; a.k.a. CLEAR TRADE LINK SL), Passeig Verdaguer, 120, Igualada (Barcelona) 08700, Spain; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"AEOI" (a.k.a. ATOMIC ENERGY ORGANIZATION OF IRAN), North Kargar Street, P.O. Box 14155-1339, Tehran, Iran; Website http://www.aeoi.org.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR].

"AEROKON, OOO" (Cyrillic: "ООО АЭРОКОН") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NPK AEROKON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АЭРОКОН); a.k.a. OOO NPK AEROKON (Cyrillic: ООО НПК АЭРОКОН)), ul. Tsentralnaya, D. 18, Chernyshevka, Republic of Tatarstan 422710, Russia (Cyrillic: УЛ. ЦЕНТРАЛЬНАЯ, Д.18, Чернышевка, Республика Татарстан 422710, Russia); Organization Established Date 11 Dec

2022; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 1657007195 (Russia); Government Gazette Number 27858018 (Russia); Business Registration Number 1021603148830 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

"AFADEY" (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT].

"AFGS" (a.k.a. ARMED FORCES GENERAL STAFF; a.k.a. GENERAL STAFF OF IRANIAN ARMED FORCES), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

"AFRIC" (a.k.a. ASSOCIATION FOR FREE RESEARCH AND INTERNATIONAL COOPERATION), Russia; Email Address Africonline@protonmail.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Digital Currency Address - ZEC t1MMXtBrSp1XG38Lx9cePcNUCJj5vdWfUWL; Digital Currency Address - DASH XyARKoupuArYtToA2S6yMdnoquDCDaBsaT [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"AGRICOLA RUELAS", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA (a.k.a. AGRICOLA RUELAS, S.P.R. DE R.I.), Av. Victor C Miranda Sn, Genaro Estrada Poste 112, Sinaloa, Sinaloa C.P. 81960, Mexico; Poblado Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; R.F.C. ARU010206T27 (Mexico); National ID No. 25RQ00000933 (Mexico); Folio Mercantil No. C 4892138 (Mexico) [SDNTK].

"AGROPERLA" (a.k.a. AGROPECUARIA LA PERLA LTDA.), Calle 18 Norte, No. 3N-24, Oficina 602, Cali, Colombia; NIT # 8002113865 (Colombia) [SDNTK].

"AGUS SALIM" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a.

"MAHMUD"; DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

"AH BANG" (a.k.a. HLA, Aung; a.k.a. "AH PANG"; a.k.a. "HLA AUNG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

"AH CHOU" (a.k.a. SAMSAENG, Suthep; a.k.a. SUTHEP, Samsaeng; a.k.a. WEI, Ta Chou; a.k.a. "AH JOE"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

"AH HAN" (a.k.a. AKIRAPHOKIN, Thit; a.k.a. SUTHIT, Samsaeng; a.k.a. THIT, Akiraphokin; a.k.a. WEI, Ta Han), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

"AH JOE" (a.k.a. SAMSAENG, Suthep; a.k.a. SUTHEP, Samsaeng; a.k.a. WEI, Ta Chou; a.k.a. "AH CHOU"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 409/4 Soi Wachirathamsathih 34, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 12 May 1971; Passport E382464 (Thailand) expires Jan 2007; National ID No. 3100905657113 (Thailand) expires May 2006 (individual) [SDNTK].

"AH LI KO" (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

"AH PANG" (a.k.a. HLA, Aung; a.k.a. "AH BANG"; a.k.a. "HLA AUNG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon,

Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

"AH SAN" (a.k.a. KUAI NUENG, Sae Chang; a.k.a. SHIH, Kuo Neng; a.k.a. "SHI KWAN NEINK"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

"AH SUNG" (a.k.a. CHANG, Chin Sung; a.k.a. KLUAI YUAI, Choi Luang), Shan State, Burma; 57/2 , Mu 4, Tambon Pa Pae, Amphur Mae Taeng, Chiang Mai, Thailand; DOB 20 Dec 1959; National ID No. 3550700628151 (Thailand) (individual) [SDNTK].

"AHMAD, Abu Usama" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"AHMAD, Abu" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "HISHAM"), Iran; DOB 01 Jan 1979; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 04716186 (Yemen) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"AHMAD, Hajji" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd;

a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"AHMED BEHZA" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"AHMED HAMED" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

"AHMED MOHAMMED ABDULLAH" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdullah; a.k.a. "ABDULLA MOHAMAD

ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"AHMED THE EGYPTIAN" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

"AHMED, A." (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

"AHMED, DR." (a.k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

"AHMED, Obaid" (a.k.a. KHANANI, Obaid Altaf), Apt 411 and 412, Juma Al Majid Bldg, Tower B, Al Nadha, Sharjah, United Arab Emirates; 107 Kings Road, Old Trafford, Manchester,

Lancashire M16 9WY, United Kingdom; DOB 20 Jul 1987; POB Karachi, Pakistan; Passport BF4108623 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE GENERAL TRADING LLC; Linked To: LANDTEK DEVELOPERS; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

"AIG - ARMAMENT INDUSTRIES GROUP" (a.k.a. ARMAMENT INDUSTRIES GROUP), Pasdaran Ave., P.O. Box 19585/777, Tehran, Iran; Sepah Islam Road, Karaj Special Road Km 10, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"AIK HAW" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"AINAYATURAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL,

Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"AIO" (a.k.a. AEROSPACE INDUSTRIES ORGANIZATION; a.k.a. SAZMANE SANAYE HAVA FAZA), Langare Street, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

"AIRCRAFT MAINTENANCE CENTER FZC" (a.k.a. AMC SERVICE FZC; a.k.a. AMC SERVICE FZE), Q3 95, Block Q3 Street G Floor, Al Ruqa Al Hamra, Sharjah, United Arab Emirates; License 10646 (United Arab Emirates); alt. License 4898 (United Arab Emirates); Economic Register Number (CBLS) 11613307 (United Arab Emirates); alt. Economic Register Number (CBLS) 11613308 (United Arab Emirates) [RUSSIA-EO14024].

"AISYAH, Abu" (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "RAYAN, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AJA, Chuei (Japanese: "アジャ忠蔵") (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. GOTOU, Chyuei; a.k.a. "CHUEI" (Japanese: "忠蔵"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

"AJNAD" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

"AKB RFA, OAO" (a.k.a. OPEN JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK 'RUSSIAN FINANCIAL ALLIANCE'; a.k.a. RFA BANK; a.k.a. RUSSIAN FINANCIAL ALLIANCE BANK; a.k.a. "OJSC JSCB RFA"), per. Maly Karetny, d. 11-13, str. 1, Moscow 127051, Russia; SWIFT/BIC MNGRRUMM; Website www.rfabank.ru; all offices worldwide [SYRIA] (individual) [SDGT] (Linked To: ILYUMZHINOV, Kirsan Nikolayevich).

"AKBARI, Ali" (a.k.a. AKBARI, Mohammadreza Ali; a.k.a. ALIAKBARI, Mohammad Reza Abbas; a.k.a. ALI-AKBARI, Mohammadreza); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

"AKHK" (a.k.a. ALEKSINSKII KHIMICHESKII KOMBINAT; a.k.a. ALEKSINSKY CHEMICAL COMBINE; a.k.a. ALEKSINSKY CHEMICAL PLANT), pl. Pobedy D. 21, Aleksin 301361, Russia; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [RUSSIA-EO14024].

"AKHLAQ, Abu Ahmad" (a.k.a. AL-HASRI, Bassam Ahmad; a.k.a. HUSARI, Bassam Ahmad; a.k.a. "AL-SHAMI, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Akhmed Odnorukiy" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapowitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEW, Ahmed Radschapowitsch; a.k.a. TSCHATAJEW, Ahmed Radschapovitsch; a.k.a. "Akhmed the One-

Armed"; a.k.a. "AL-SHISHANI, Ahmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Akhmed the One-Armed" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapowitsch; a.k.a. TSCHATAJEV, Ahmed Radschapowitsch; a.k.a. TSCHATAJEV, Achmed Radschapowitsch; a.k.a. TSCHATAYEV, Ahmed Radschapowitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AKRAM, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"AKRAM, Mohammed" (a.k.a. WARAICH, Choudry Ikram; a.k.a. WARAICH, Ikram; a.k.a. WARAICH, Iqbal; a.k.a. WARRAICH, Ullah; a.k.a. WARRICH, Akram), Dubai, United Arab Emirates; DOB 01 Jan 1985; POB Gujrat, Pakistan; nationality Pakistan; citizen Pakistan; Passport CD1328422 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"AKSIOMA" (a.k.a. AKSIOMA LIMITED LIABILITY COMPANY; a.k.a. "LLC AXIOM"), Ul. Entuziastov 1-YA D. 12, Chast Kom #15, Moscow 111024, Russia; Organization Established Date 10 May 2017; Tax ID No.

7720380736 (Russia); Registration Number 1177746461012 (Russia) [RUSSIA-EO14024].

"AKTEKH" (a.k.a. AKKUMULYATORNYE TEKHNOLOGII), Ul. Mozhaiskogo D.4, Office 15, Irkutsk 664009, Russia; Ul. Promuchastok D.1, Svirsk 665420, Russia; Tax ID No. 3811146750 (Russia); Registration Number 1113850010185 (Russia) [RUSSIA-EO14024].

"AKTSIONERNOE OBSHCHESTVO RIF" (a.k.a. JOINT STOCK COMPANY RIF), Ul. 13 Ya Liniya D.93, Rostov Na Donu 344019, Russia; Tax ID No. 6167003345 (Russia); Registration Number 1026104149829 (Russia) [RUSSIA-EO14024].

"AKVA SOLID" (a.k.a. OBSHSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AQUA SOLID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКВА СОЛИД); a.k.a. OOO AQUA SOLID (Cyrillic: ООО АКВА СОЛИД)), d. 12 str. 1 pom. IV, kom. 9, ul. Rochdelskaya, Moscow 123022, Russia; Organization Established Date 07 May 2013; Tax ID No. 7703789367 (Russia); Registration Number 1137746403563 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

"AL ABU SYEKH AL ZACKY" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"AL ALMANI, Abu Talhah" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abu"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

"AL AMANA S.A.R.L." (a.k.a. AMANA FOR HYDROCARBONS; a.k.a. AMANA FUEL CO.), Lebanon; Al Ghubairah, Lebanon; Airport Road, Ayn Diblah Junction, Lebanon; Commercial Registry Number 2005606 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"AL AUSTRALI, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality

Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL BRITANI, Abu Rumaysah" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

"AL DJAZAIRI, Abou Bakr" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

"AL HAK, Al Haj Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

"AL HAQQ, Al Hajj Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

"AL HAYAT" (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN

THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT].

"AL HIJRA" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAAHIDIIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"AL ILLAH, Abd" (a.k.a. DEGHDEGH, Ahmed; a.k.a. "ABU ABDALLAH") DOB 17 Jan 1967; POB Anser, Jijel, Algeria (individual) [SDGT].

"AL JUNAID" (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL GUNADE; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a.

ALGUNADE), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

"Al Khal" (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"AL KOSOVA, Abu Abdullah" (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL-KOSOVI, Abu Abdallah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo (individual) [SDGT].

"AL MOSUSTA FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-

FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"AL MUHAJIR, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL MUHTASIB, Abu" (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

"AL PANINO" (a.k.a. SOLUGA SOLUCIONES GASTRONOMICAS SRL), Av. Abraham Lincoln, Plaza Andalucia II, Primera Planta, Local Comercial 49-A y 50-A, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-63920-8 (Dominican Republic) [SDNTK].

"Al Qasseb" (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

"AL RAHMAN ORGANIZATION" (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE

ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE TRUST; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANISATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

"AL RAHMAN WELFARE FOUNDATION" (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE TRUST; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANISATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

"AL SAHRAWI, Abu Walid" (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male (individual) [SDGT].

"AL SCOTLANDI, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 405265684 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"AL SUDANI, Abu Seif" (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "HAROON"; a.k.a. "HARUN"), DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

"AL SULLAJ" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.;

a.k.a. SULLAJ MINING COMPANY; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"AL TURKI KYOSEV" (a.k.a. AL UBAYDA, Mulfit Kar Ilyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

"AL USTRALI, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL WALAI, Abu Ala" (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. UL AWLIYA, Hashim Banyan), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

"AL-'AFRI, Abu Salah" (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq

OFFICE OF FOREIGN ASSETS CONTROL                                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwaffaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

"ALAGHA, Abu Obaida" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"AL-AGHA, Abu-'Ubaydah" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri

Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"AL-ALMANI, Abu Luqmaan" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ALMANI, Abu Luqman" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ALMANI, Yunus (a.k.a. SAKARYA, Yunus Emre; a.k.a. "AL-HAIEBI, Younes"), Al Mayadin, Syria; Turkey; DOB 22 Apr 1991; POB Bruhl, Germany; citizen Germany; alt. citizen Turkey; Gender Male; Passport C7480TP630 (Germany); National ID No. L749X688M2 (Germany); alt. National ID No. 523884049 (Germany) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-AMER DEVELOPMENT" (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

"AL-AMIN, Ibrahim" (a.k.a. AL-SAYYID, Ibrahim Amin; a.k.a. SAYYED, Ibrahim Amin), Lebanon; DOB 1953; POB Nabi Ayla, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Political Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-AMIR CO." (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"AL-AMIR COMPANY" (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"AL-AMIR PROJECT" (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"ALAMIR" (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

"AL-AMMAR" (a.k.a. AL-AMAR ONE-PERSON LLC (Arabic: شركة العمار ذات الشخص الواحد المحدودة المسؤولية); a.k.a. AL-AMMAR LLC ONE PERSON COMPANY), Rural Damascus, Syria; Organization Established Date 18 Jan 2017; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

"ALAMZEB" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ALANNA LLC" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"ALANNA" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"AL-ANSARI, Isse" (a.k.a. GAGAALE, Abdikarim Hussein; a.k.a. "ISSE, Abdikarin"), Qunyo Barrow, Middle Juba, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد") (a.k.a. ALAQAD, Ahmed; a.k.a. AL-AQAD, Ahmed; a.k.a. ALAQAD, Ahmed M. M.), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

"AL-AREEN 13" (a.k.a. ABU AL-HARETH MILITIA; a.k.a. SARAYA AL-'AREEN; a.k.a. SARAYA AL-AREEN (Arabic: سرايا العرين)), Latakia, Syria [SYRIA-EO13894].

"AL-'ASKARI, Abu Hammam" (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"),

Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ATHARI, Abu Human" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ATHARI, Abu-Bakr" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued

01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-AZAWADI, Abu Talha" (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-'AZIZ, Abd" (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

"AL-BAGHDADI, Sheikh" (a.k.a. AL-BAGHDADI, Hassan (Arabic: حسن بغدادي); a.k.a. AL-BAGHDADI, Sheikh Hassan; a.k.a. BAGHDADI, Sheikh Hassan), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-BAHRAYNI, Abu Hudhayfa" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-BARBOUCI, Abu Talha" (a.k.a. AL-LIBI, Talha; a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-AZAWADI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-BARITANI, Abu-Salih" (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

"AL-BASIT, Abd" (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag); DOB 1979; POB Sudan; nationality Sudan (individual) [SDGT].

"al-Bija" (a.k.a. MILAD, Abd al-Rahman; a.k.a. MILAD, Abdurahman Al), Zawiya, Libya; DOB 27 Jul 1986; nationality Libya; Gender Male (individual) [LIBYA3].

"AL-BRITANI, Abu Sa'eed" (a.k.a. HUSSAIN, Omar), High Wycombe, Buckinghamshire, United Kingdom; DOB 01 Jan 1986 to 31 Dec 1987; nationality United Kingdom (individual) [SDGT].

"AL-BRITANI, Umm Hussain" (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

"AL-DARDA', Abu" (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010

(individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-DARRAJI, Abu-Rida" (a.k.a. DARRAJI, Habeeb Hasan Mghames; a.k.a. DARRAJI, Habib Hasan Mughamis (Arabic: حبيب حسن دراجي (مغامس)), Iran; DOB 18 Sep 1976; nationality Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13886; Passport A14309260 (Iraq) expires 12 Sep 2026; alt. Passport A15392136 (Iraq) expires 12 May 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"ALDEEN, Mohammed Amad Az" (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-DIN, Hessam Badr" (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-ZAIN, Ali Wahib"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ALDOLEMY, Ahmed" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-

ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu;" a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"ALEJANDRO LABASTIDA" (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

"ALEKSEEV, Sergei" (a.k.a. ALEKSEYEV, Sergey Sergeyevich; a.k.a. "ALEKSEEV, Sergey"), Tatarstan, Russia; DOB 26 Mar 1983; nationality Russia; Gender Male; Passport

720371125 (Russia) expires 24 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"ALEKSEEV, Sergey" (a.k.a. ALEKSEYEV, Sergey Sergeyevich; a.k.a. "ALEKSEEV, Sergei"), Tatarstan, Russia; DOB 26 Mar 1983; nationality Russia; Gender Male; Passport 720371125 (Russia) expires 24 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"AL-FADL, Abu" (a.k.a. KARAKI, Ali; a.k.a. KARAKI, Muhammad; a.k.a. KARAKI, Muhammad 'Ali); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

"ALFA-FOREKS" (a.k.a. ALFA-FOREX LLC), Ul. Mashi Poryvaevoi D. 7, Str. 1, Floor 1, Moscow 107078, Russia; Organization Established Date 30 Jun 2016; Tax ID No. 7708294216 (Russia); Registration Number 1167746614947 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

"AL-FATEH, Abu Hamzah" (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-FATIH" (a.k.a. AL-GOLANI, Abu Muhammad; a.k.a. AL-JAWLANI, Abu Muhammad), Damascus, Syria; DOB 1977; alt. DOB 1975; alt. DOB 1976; alt. DOB 1978; alt. DOB 1979; nationality Syria (individual) [SDGT].

"AL-FILIPINI, Abu Abdul Rahman" (a.k.a. KIRAM, Mohammad Reza Lahaman; a.k.a. KIRAM, Mohd Reza), Syria; DOB 03 Mar 1990; POB Zamboanga City, Zamboanga del Sur, Philippines; nationality Philippines; citizen Philippines; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Alfonso" (a.k.a. ZULETA NOSCUE, Alfonso; a.k.a. ZULETA NOSCUE, Alonso), Colombia; DOB 15 Nov 1967; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 76235533 (Colombia) (individual) [SDNTK].

"AL-FORKAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"Alfredillo" (a.k.a. GUZMAN SALAZAR, Jesus Alfredo; a.k.a. "JAGS"), Mexico; DOB 17 May 1986; POB Zapopan, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P.

GUSJ860517HJCZLS06 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"ALFREDO COMPADRE" (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

"AL-FURKAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"AL-GHAYDANI, Abu-Bilal" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. AL-HARBI, Abu Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i'"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

"AL-GHUL, Hassan" (a.k.a. QABALAN, Muhammad; a.k.a. QABLAN, Muhammad), Southern Suburbs, Beirut, Lebanon; DOB 1969; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"AL-HAIEBI, Younes" (a.k.a. SAKARYA, Yunus Emre; a.k.a. "AL-ALMANI, Yunus"), Al Mayadin, Syria; Turkey; DOB 22 Apr 1991; POB Bruhl, Germany; citizen Germany; alt. citizen Turkey; Gender Male; Passport C7480TP630 (Germany); National ID No. L749X688M2 (Germany); alt. National ID No. 523884049 (Germany) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"al-Hajj Abdullah Qardash" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "Hajii Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-HAMID, Abd" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

"AL-HAMUD, 'Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"AL-HAMZI, Muti" (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. AL-HAMZI, Ahmed Ali), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

"AL-HAQ, 'Abd" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

"AL-HAQ, Haj 'Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

"AL-HAQQ, Al-Hajj 'Abd" (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

"AL-HARBI, Abu-Bilal" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

"AL-HASSAN, Abu" (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

"AL-HEBO" (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-HIJAZ PROVINCE" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

"AL-HIJRA" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY

OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"'ALI AL-KHAL" (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

"ALI BARKANI" (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamel; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

"ALI DI ROMA" (a.k.a. EL HEIT, Ali; a.k.a. KAMEL, Mohamed), Via D. Fringuello, 20, Rome, Italy; Milan, Italy; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT].

"'ALI, Abu" (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

"ALI, Ahmed Omar (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"ALI, Ahmed Omer Haji" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"ALI, Ashraf Sayed" (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashraf; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

"ALI, Haj" (a.k.a. FARAHANI, Alireza Shahvaroghi; a.k.a. "SALIMI, Vezarat"; a.k.a. "SALIMI, Vezerat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"ALI, Hassan" (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Hasan; a.k.a. MORTEZAVI, Sayyed Hasan), Iran; DOB 23 Aug 1964; POB Ghazvin, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9019576 (Iran) (individual) [SDGT] [IRGC] [IFSR].

"ALI, Mufti Hazrat" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Hazrat"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"ALIAS LLC" (a.k.a. LIMITED LIABILITY COMPANY ALIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИС"); a.k.a. "ALIS LLC" (Cyrillic: "ООО АЛИС")), Office 222, Building 23, Kirova Street, Vladivostok, Primorsky Krai 690068, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Organization Established Date 30 Sep 2016; Tax ID No. 2543103179 (Russia); Registration Number 1162536087230 (Russia) [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

"AL-IBRAHIMI, Jamal Fa'far 'Ali" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"); Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"ALICANTE" (a.k.a. ALIMENTOS CARNICOS DE TRADICION ESPANOLA LTDA.), Calle 12 No. 12-58, Cali, Colombia; NIT # 900229820-2 (Colombia) [SDNT].

"AL-IFRI, Saleem" (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ALIK TAYVANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich

(Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"AL-IMDAD" (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

"AL-INDONESI, Abu Walid" (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ,

Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; DOB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-INDUNISI, Abu-Walid" (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ALIS LLC" (Cyrillic: "ООО АЛИС") (a.k.a. LIMITED LIABILITY COMPANY ALIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИС"); a.k.a. "ALIAS LLC"), Office 222, Building 23, Kirova Street, Vladivostok, Primorsky Krai 690088, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Sep 2016; Tax ID No. 2543103179 (Russia); Registration Number 1162536087230 (Russia) [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

"AL-ISAWI, Ahmad" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"AL-ITALY, Anas" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI,

Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"ALJASEM, Mohamed" (Arabic: "محمد الجاسم") (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894].

"AL-JASIM, Muhammad Husayn" (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894].

"AL-JASIM, Seif al-Din" (a.k.a. AL-JASIM, Walid Hussein (Arabic: وليد حسين الجاسم); a.k.a. "AL-JASSIM, Saif al-Din"), Syria; DOB 1987; POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: SULEIMAN SHAH BRIGADE).

"AL-JASSIM BIN HUSSEIN, Muhammad" (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AMSHA, Abu" (Arabic: "أبو عمشة")), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894].

"AL-JASSIM, Saif al-Din" (a.k.a. AL-JASIM, Walid Hussein (Arabic: وليد حسين الجاسم); a.k.a. "AL-JASIM, Seif al-Din"), Syria; DOB 1987; POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; Gender Male

(individual) [SYRIA-EO13894] (Linked To: SULEIMAN SHAH BRIGADE).

"AL-JAWI, Abu Seif" (a.k.a. SANTOSO, Wiji Joko; a.k.a. SANTOSO, Wijijoko; a.k.a. "ABU SEIF"); DOB 14 Jul 1975; POB Rembang, Jawa Tengah, Indonesia; nationality Indonesia; Passport A2823222 (Indonesia) issued 28 May 2012 expires 28 May 2017 (individual) [SDGT].

"AL-JAZAIRI, Abu Luqman" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "LOQMAN, Abu"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Germany; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-JAZA'IRI, Abu Usama" (a.k.a. AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid; a.k.a. BELHIRECHE, Messaoud; a.k.a. BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-JAZARI, Yasir" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

"AL-JAZIRI, Abou Yasser" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

"AL-JAZIRI, Abu Bakr" (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

"AL-JAZRAWI, Abu-Sara" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal

Ahmad 'Ali; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-JEDDAWI, Abu-Rayhanah al-'Ansari" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "ABU-RAYHANAH"; a.k.a. "HANDALAH"; a.k.a. "RAYHANAH") DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"AL-KAHTANE, Abdul Rahman" (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

"AL-KANI MILITIA" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"AL-KANIYAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"AL-KARAR, Abu" (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

"AL-KHATEEB BRANCH" (Arabic: "فرع الخطيب") (a.k.a. SYRIAN GENERAL INTELLIGENCE BRANCH 251 - AL-KHATIB; a.k.a. "BRANCH 251" (Arabic: "الفرع 251"); a.k.a. "BRANCH 251-AL-KHATEEB"; a.k.a. "THE INTERIOR BRANCH" (Arabic: "الفرع الداخلي")), al-Khatib area of Baghdad Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

"AL-KHATUNI, Brukan" (a.k.a. ALISMAEEL, Abdulhameed Salim Ibrahim; a.k.a. AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan; a.k.a. AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-KHUDUR, Khudhur Taher" (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

"AL-KHUWAYT, Taha" (a.k.a. "ABD AL-NASIR, Hajji; a.k.a. "ABD AL-NASR, Hajji"; a.k.a. "ABDELNASSER, Hajji"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq (individual) [SDGT].

"AL-KINDI, Abu al-Miqdad" (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"AL-KOSOVI, Abu Abdallah" (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo (individual) [SDGT].

"AL-KOSOVO, Abu Abdallah" (a.k.a. EL ALBANI, Ebu Abdullah; a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVI, Abu Abdallah"); DOB 1987; nationality Kosovo (individual) [SDGT].

"AL-KURDI, Abu Sulayman" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"AL-KURDI, 'Amid" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"AL-KURDI, Hamza" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"AL-KURDI, Salahuddin" (a.k.a. ERDOGAN, Emrah); DOB 1987 to 1989; POB Turkey; nationality Germany (individual) [SDGT].

"AL-KURDI, Umid" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"AL-KUWAITI, Abu Hudhayfa" (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"AL-KUWAITI, Abu Uqlah" (a.k.a. AL-SHAMMARI, Hamad Awad Dahi Sarhan); DOB 31 Jan 1984; citizen Kuwait; Passport 155454275 (Kuwait); Identification Number 284013101406 (Kuwait) (individual) [SDGT].

"AL-KUWAITI, Abu Usamah" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

"AL-KUWAITI, Zubayr" (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES" (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to

Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

"ALLIANCE ENERGY CO." (a.k.a. ALLIANCE ENERGY PVT. LIMITED), Huse No 64-A, St No 1, Gechs Phase-II Model Town Link Road, Lahore, Punjab 54000, Pakistan; Website allianceenergy.pk/; Organization Established Date 19 Dec 2016; Registration Number 0104304 (Pakistan) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

"AL-LIBI, Abu-Habib" (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-SALIHIN, Habib") DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

"AL-LIBI, Shaykh Mahmud" (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal) DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

"AL-MAGHRIBI, Abu Ismail" (a.k.a. LAABOUDI, Morad; a.k.a. LAABOUDI, Mourad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

"AL-MAGRABI, Abu Isma'il" (a.k.a. LAABOUDI, Morad; a.k.a. LAABOUDI, Mourad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGHRIBI, Abu Ismail"); DOB 26 Feb 1993; citizen Morocco; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

"AL-MAKKI, Abu Asim" (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah;

a.k.a. AL-HAMATI, Muhammad), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

"AL-MAKKI, Hashim" (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

"AL-MALISI, Abu Awn" (a.k.a. UDIN, Mohamad Rafi; a.k.a. UDIN, Mohd Rafi; a.k.a. UDIN, Rafi), Syria; DOB 03 Jun 1966; POB Negri Sembilan, Malaysia; nationality Malaysia; citizen Malaysia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-MALIZI, Abu Sayyaf" (a.k.a. JEDI, Muhamad Wannp bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhammad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-MASRI, Abu Sulayman" (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-MAURITANI, Sheikh Yunis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh

Yunis"; DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

"AL-MAURITANI, Younis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

"AL-MAURITANI, Yunis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

"AL-MINTAQA BRANCH 227" (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 227 - AL MINTAQA BRANCH (Arabic: فرع المنطقة); a.k.a. "AL-MINTAQA"; a.k.a. "BRANCH 227" (Arabic: فرع227"); a.k.a. "BRANCH 227: DAMASCUS GOVERNORATE BRANCH"), 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"AL-MINTAQA" (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 227 - AL MINTAQA BRANCH (Arabic: فرع المنطقة); a.k.a. "AL-MINTAQA BRANCH 227"; a.k.a. "BRANCH 227" (Arabic: فرع227"); a.k.a. "BRANCH 227: DAMASCUS GOVERNORATE BRANCH"), 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"AL-MOHAMMEDAWI, Abu Fadak" (a.k.a. AL-MOHAMMEDAWI, Abdul Aziz; a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Passport A6108489 (Iraq) expires

28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

"AL-MOSASATUL FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"AL-MUDARI, Abu Khuzayma" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a.

"AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-MUHAJIR, Abu Usama" (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANNA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

"AL-MUHJA" (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

"AL-MUJAHEED, Abu Maleeq" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

"AL-MULAY, 'Abd" (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT].

"AL-NAJDI, Hammam" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-RAS, Ra'i'"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

"ALOMEX" (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

"ALONDRA PRODUCE", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA (a.k.a. ALONDRA PRODUCE, S.P.R. DE R.I.), Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201404010921001167 (Mexico) [SDNTK].

"ALPHA GROUP" (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALFA; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

"ALPHA UNIT" (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALFA; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA GROUP"), Minsk, Belarus [BELARUS].

"AL-QA'QA" (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"), Manchester, United Kingdom; DOB 04 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT].

"AL-QAYRAWANI, Abd-al-Hakim" (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"AL-QAYYIM, 'Ibn" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman

Massoud Abdul; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

"AL-RAHMAN, Abu Usamah" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF") DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

"AL-RAHMAN, Mark John" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "DANIEL, Mohammad"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male (individual) [SDGT].

"AL-RAS, Ra'i" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

"AL-RAWI, Abu Khalid" (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

"AL-RAWI, Abu Umar" (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

"AL-SAHL, Abu Luqman" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali";

a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"AL-SALAFI, Abu Hazm" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 01 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SALIHIN, Habib" (a.k.a. AL-SHA'ARI, Hasan Al-Salahayn Salih; a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-LIBI, Abu-Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

"AL-SAUDI, Abu Sarah" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SHAKLAR, Hajji Salim" (a.k.a. AL-MANSUR, Salim Mustafa Muhammad; a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SHAMI, Abu Ahmad" (a.k.a. AL-HASRI, Bassam Ahmad; a.k.a. HUSARI, Bassam Ahmad; a.k.a. "AKHLAQ, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01

Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-SHAMI, Abu Anas" (a.k.a. AL-AZAWI, Marwan Ibrahim Hussayn Tah; a.k.a. AL-'ISAWI, Murtada Ibrahim Taha Muhammad), Iraq; DOB 1973 to 1975; nationality Iraq; Gender Male (individual) [SDGT].

"AL-SHAMI, Abu Hammam" (a.k.a. AL-SURI, Faruq, a.k.a. HIJAZI, Samir, a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-SHAMI, Abu Humam" (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-SHAMI, Abu Mahmud" (a.k.a. AL-URAYDI, Sami Mahmud Mohammed; a.k.a. ERIDI, Sami Mahmoud Mohammadd), Syria; DOB 1973; POB Amman, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]; Passport K086725 (Jordan) issued 12 Oct 2008; Identification Number 973103364 (Jordan) (individual) [SDGT] (Linked To: HURRAS AL-DIN).

"AL-SHARQAWI, Shaykh Abu-Mus'ab" (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"AL-SHIMALI, Abu-Muhammad" (a.k.a. ALJARBA, Tarad; a.k.a. ALJARBA, Tarad Mohammad); DOB 20 Nov 1979; POB Iraq; nationality Saudi Arabia; Passport E704088

(Saudi Arabia) issued 26 Aug 2003 expires 02 Jul 2008 (individual) [SDGT].

"AL-SHISHANI, Abu-Jihad" (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SHISHANI, Akhmed" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmed; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ALSHUTTI, Jamal H A A A" (a.k.a. AL-SHATTI, Jamal Husayn 'Abd 'Ali 'Abd-al-Rahim; a.k.a. ALSHATTI, Jamal Hussein Abd Ali), Kuwait; DOB 20 Aug 1964; nationality Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 004465264 (Kuwait) expires 13 Dec 2021; National ID No. 264082000213 (Kuwait) (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-SKOTLANDI, Abu Abdullah" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4,

Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"ALSOLAGE" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"AL-SULAMI, Abu Sufyan" (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-SURI, Abu Luqman" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN,

Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"AL-TAJIKI, Ghassan" (a.k.a. AL-NAJDI, Muhannad; a.k.a. AL-'UTAYBI, 'Ali Manahi 'Ali al-Mahaydali); DOB 19 May 1984; POB al-Duwadmi, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"AL-TALIBI, Abi Ja'far" (a.k.a. AL-TALIBI, Muhammad Ahmad), Yemen; DOB 01 Jan 1983; POB Dhahyan, Sa'dah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01197425 (Yemen) (individual) [SDGT].

"AL-TAMIMI, Jamal al-Madan" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maqaal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"ALTERNATIVE TV" (a.k.a. ALTERNATIVNA TELEVIZIJA D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNA TELEVIZIJA DRUSTVO ZA INFORMISANJE D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNE TELEVIZIJE; a.k.a. "ATV"), Ulica Gunduliceva 33, Banja Luka 78000, Bosnia and Herzegovina; Organization Established Date 1997; Tax ID No. 4400946870008 (Bosnia and Herzegovina); Registration Number 1-9857-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

"AL-TUNISI, Abu Ayyad" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE,

Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou") DOB 08 Nov 1965 (individual) [SDGT].

"AL-TUNISI, Abu Iyyadh" (a.k.a. AAYADH, Abou; a.k.a. HASSANN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou") DOB 08 Nov 1965 (individual) [SDGT].

"AL-TUNISI, Abu Maryam" (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

"AL-TURKI, Ubayd" (a.k.a. HASAR, Fatih; DOB 01 Sep 1989; POB Puturge, Turkey; citizen Turkey; National ID No. 56287253110 (individual) [SDGT].

"AL-URDUNI, Abu-Julaybib" (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-'USAMAH COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia;

Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"Alvaro Arroz Ramos" (a.k.a. RAMOS ACOSTA, Alvaro), Calle Privada Homero Numero 3, Fraccionamiento El Greco, Nogales, Sonora, Mexico; DOB 31 Mar 1976; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. RAAA760331HSRMCL00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"AL-WALID, Abu" (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

"ALWAN, Nawaf Ahmed" (a.k.a. AL-RASHIDI, Nawaf Ahmad Alwan; a.k.a. SADA, Qahtan Nawaf Ahmad Alwan; a.k.a. "Abu Faris"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-WARD, 'Abd" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

"AL-WARD, Abu" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

"AL-WARUD, Abu" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

"AL-ZAHAR, Mahmoud" (a.k.a. AL ZAHAR, Mahmoud Khaled; a.k.a. ZAHHAR, Mahmoud Khaled; a.k.a. "ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

"AL-ZAHRANI, Abu-Sarah" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"AL-ZAIN, Ali Wahib" (a.k.a. SAFA, Wafic; a.k.a. SAFA, Wafiq; a.k.a. SAFA, Wafiq 'Abd-al-Husayn; a.k.a. SAFA, Wafiq Ahmad; a.k.a. "AL-DIN, Hessam Badr"), Lebanon; DOB 01 Sep 1960; alt. DOB 17 Mar 1965; POB Zibdin, Lebanon; alt. POB Zubaydah al-Jonubi, Lebanon; alt. POB Rayhan, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 494606 (Lebanon); alt. National ID No. 000012505210 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"AL-ZAWL" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

"AL-ZAYN, Mazin" (a.k.a. AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين); a.k.a. EL ZEIN, Mazen Hassan; a.k.a. "EL ZEIN, Mazen"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; 51 Route des Vallees, Bis 3, Annemasse 74100, France; 46 Rue des Fontaines, Anthy Sur Leman 74200, France; DOB 21 Jan 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"AL-ZIBIN, Muhsin" (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabin Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"AL-ZUBAYR, Abu" (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"AMB" (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "SAM"), Iran; Bahrain [SDGT].

"AMI IRAQ" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"AMI IRZA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"AMI KUSOMAN" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"AMIN IB" (a.k.a. AMIN INVESTMENT BANK; a.k.a. AMINIB), No. 51 Ghobadiyan Street, Valiasr Street, Tehran 1968917173, Iran; Website http://www.aminib.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

"AMINE DEL BELGIO" (a.k.a. FETTAR, Rachid; a.k.a. "DJAFFAR"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT].

"AMINULLAH, Shaykh" (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI,

Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"AMINULLAH, Sheik" (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"AMIR MUMINEN" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed

OFFICE OF FOREIGN ASSETS CONTROL                                                                 SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"AMIR MUMININ" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"AMIRC" (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

"AMIRI, Ahmad" (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان الله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

"AMJAD, Qari" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "ALI, Mufti Hazrat"; a.k.a. "Mufti Hazrat"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa,

Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"AMMY ERZA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"AMMY IZZA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"AMNO" (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHBANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHBANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.org [FTO] [SDGT] [IRAQ3].

"AMOR" (a.k.a. FETHI, Alic; a.k.a. MNASRI, Fethi Ben Rebai Ben Absha; a.k.a. "ABU OMAR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

"AMR" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL AZIZ BEN NARVAN"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN

NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"AMRO" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"AMROU" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"AMSHA, Abu" (Arabic: "أبو عمشة") (a.k.a. AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم); a.k.a. "ALJASEM, Mohamed" (Arabic: "محمد الجاسم"); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894].

"Amu" (a.k.a. AL DABBASHI, Ahmad Mohammed Omar Al Fituri; a.k.a. AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري); a.k.a. DABBASHI, Ahmed), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport

LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

"AMY ERJA" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH") DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"Amyne Didi" (a.k.a. AMEEN, Mohamad), Maldives; DOB 22 May 1984; nationality Maldives; Gender Male; National ID No. A114103 (Maldives) (individual) [SDGT] (Linked To: ISIL KHORASAN).

"AN NISA" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

"ANA" (a.k.a. AKSH; a.k.a. ALBANIAN NATIONAL ARMY) [BALKANS].

"ANAYATURAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil

Inayat, a.k.a. "AINAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"ANC" (a.k.a. JOINT STOCK COMPANY ASTRONOMICAL SCIENTIFIC CENTER; a.k.a. "AO ANTS"), sh. Entusziastov, d. 56, str. 25, Moscow 111123, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733769696 (Russia); Registration Number 1117746444881 (Russia) [RUSSIA-EO14024].

"ANIS, Abu" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu") DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"Anjan Bhai" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

"ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE" (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD

CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ANSAR INSTITUTE" (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ANSAR JERUSALEM" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

"ANSAR SAVING AND INTEREST FREE-LOANS FUND" (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ANSC" (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "OJSC NSC"),

Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

"Anthony Anthony" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"AO 150 ARZ" (a.k.a. JOINT STOCK COMPANY 150 AIRCRAFT REPAIR PLANT; a.k.a. "150 AIRCRAFT REPAIR PLANT"), Ul. Garnizonnaya D. 4, Svetlyi, P. Lyublino-Novoe 238347, Russia; Organization Established Date 03 Dec 1996; Tax ID No. 3913501370 (Russia); Registration Number 1093925016767 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO 356 ARZ" (a.k.a. JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT; a.k.a. "356 AIRCRAFT REPAIR PLANT"; a.k.a. "356 ARZ PAO"), Ter. Engels 1, Engels 413101, Russia; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO 810 ARZ" (a.k.a. JOINT STOCK COMPANY 810 AIRCRAFT REPAIR PLANT; a.k.a. "810 AIRCRAFT REPAIR PLANT"), Ul. Vertoletnaya D.1, Chita 672045, Russia; Organization Established Date 10 Aug 1995; Tax ID No. 7536080716 (Russia); Registration Number 1077536006118 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO 99 ZATO" (a.k.a. AKTSIONERNOE OBSHCHESTVO 99 ZAVOD AVIATSIONNOGO TEKHNOLOGICHESKOGO OBORUDOVANIIA; a.k.a. JOINT STOCK COMPANY 99 PLANT OF AVIATION TECHNOLOGICAL EQUIPMENT), 5 Dorozhnaya Street, Shcherbinka 142172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7751520180 (Russia); Registration Number 1147746385500 (Russia) [RUSSIA-EO14024].

"AO AKONIT A" (a.k.a. AKTSIONERNOE OBSHCHESTVO AKONIT ALABUGA), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 118, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646048224 (Russia); Registration Number 1201600028387 (Russia) [RUSSIA-EO14024].

"AO AMZ" (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

"AO ANTS" (a.k.a. JOINT STOCK COMPANY ASTRONOMICAL SCIENTIFIC CENTER; a.k.a. "ANC"), sh. Entusziastov, d. 56, str. 25, Moscow 111123, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733769696 (Russia); Registration Number 1117746444881 (Russia) [RUSSIA-EO14024].

"AO AUR" (a.k.a. AKTSIONERNOE OBSHCHESTVO AKONIT URAL; a.k.a. JSC AKONIT URAL), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 213, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6685160839 (Russia); Registration Number 1196658020470 (Russia) [RUSSIA-EO14024].

"AO AVEKS" (a.k.a. AKTSIONERNOE OBSHCHESTVO AVIATSIONNAIA ELEKTRONIKA I KOMMUNIKATSIONNYE SISTEMY; a.k.a. JOINT STOCK COMPANY AVIATION ELECTRONICS AND COMMUNICATION SYSTEMS), 15 Proezd Entuziastov, Suite 8A, Moscow 111024, Russia; Tax ID No. 7714041380 (Russia); Registration Number 1027700419636 (Russia) [RUSSIA-EO14024].

"AO AZ URAL" (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL; a.k.a. AUTOMOBILE PLANT URAL JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

"AO BAZ" (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

"AO BPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO BARNAULSKII PATRONNYI ZAVOD; a.k.a. JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT), 28 P.S. Kulagina St, Barnaul 656002, Russia; Tax ID No. 2224080239 (Russia); Registration Number 1032202168305 (Russia) [RUSSIA-EO14024].

"AO BZPP" (a.k.a. AKTSIONERNOE OBSHCHESTVO BOLKHOVSKII ZAVOD POLUPROVODNIKOVYKH PRIBOROV), Ul. Vasiliya Ermakova D. 17, Bolkhov 303140,

Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5704003487 (Russia); Registration Number 1025702655890 (Russia) [RUSSIA-EO14024].

"AO CX3" (a.k.a. JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД); a.k.a. SALAVAT CHEMICAL PLANT; a.k.a. "JSC SKHZ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

"AO DTSSS" (Cyrillic: "АО ДЦСС") (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"AO EPK" (a.k.a. EUROPEAN BEARING CORPORATION), ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Tax ID No. 7722242530 (Russia); Registration Number 1027700137618 (Russia) [RUSSIA-EO14024].

"AO FZMT" (a.k.a. AKTSIONERNOE OBSHCHESTVO FRYAZINSKII ZAVOD MOSHCHNYKH TRANZISTOROV), Pr-D Zavodskoi D. 3, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

5050113873 (Russia); Registration Number 5147746235456 (Russia) [RUSSIA-EO14024].

"AO IFK" (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

"AO KBM" (a.k.a. JOINT STOCK COMPANY MACHINE BUILDING DESIGN BUREAU), Ul. Sosinskaya D. 43, Moscow 109316, Russia; Organization Established Date 06 Jan 1993; Tax ID No. 7722307636 (Russia); Registration Number 1057709110436 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"AO KEMZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO KOVROVSKII ELEKTROMEKHANICHESKII ZAVOD; a.k.a. JOINT STOCK COMPANY KOVROV ELECTROMECHANICAL PLANT), 55 Krupskoi Street, Kovrov 601919, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305004421 (Russia); Registration Number 1023301951177 (Russia) [RUSSIA-EO14024].

"AO KNIIM" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE OF MECHANIZATION OF KRASNOARMEYSK), Pr-Kt Ispytatelei D. 8, Krasnoarmeysk 141292, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5038087144 (Russia); Registration Number 1115038007534 (Russia) [RUSSIA-EO14024].

"AO KOMPEL" (a.k.a. JOINT STOCK COMPANY COMPEL), ul. Novokhokhlovskaya d. 23, str. 1,

Moscow 109052, Russia; Pr-kt Volgogradskii d. 28A, pom I et 3 kom 6, Moscow 109316, Russia; Bolshoi pr-t V.O., 18, Saint Petersburg, Russia; K. Marksa pr-t, 57, Novosibirsk, Russia; Tax ID No. 7713005406 (Russia); Registration Number 1027700032161 (Russia) [RUSSIA-EO14024].

"AO KREDO" (a.k.a. JOINT STOCK COMPANY KREDO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРЕДО)), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 471, Moscow 105066, Russia; Tax ID No. 7719668640 (Russia); Registration Number 1087746176341 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

"AO KUMAPP" (a.k.a. JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "JSC KUMAPE"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO MPK" (a.k.a. JOINT STOCK COMPANY MORDOV RADIOELECTRONIC COMPANY; a.k.a. MORDOVIA RADIO ELECTRONIC COMPANY), Ul. Bolshaya Akademicheskaya D. 44, Korp. 2, Moscow 127550, Russia; Tax ID No. 1324000130 (Russia); Registration Number 1111324000501 (Russia) [RUSSIA-EO14024].

"AO MUROMSKOE SKB" (a.k.a. AKTSIONERNOE OBSHCHESTVO MUROMSKOE SPETSIALNOE KONSTRUKTORSKOE BYURO; a.k.a. JOINT STOCK COMPANY MUROM SPECIAL DESIGN BUREAU), 5 Karacharovskoe Highway, Murom 602251, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3307000983 (Russia); Registration Number 1086623002190 (Russia) [RUSSIA-EO14024].

"AO NII SVT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT SREDSTV VYCHISLITELNOI TEKHNIKI; a.k.a. "NII SVT PAO"), Ul. Melnichnaya D. 31, Kirov 610025, Russia; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia)

[RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO NII TP" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "JSC RIPI"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

"AO NIIEI" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ELECTRICAL CARBON PRODUCTS), Per. Gorki D.1, Elektrougli 142455, Russia; Organization Established Date 1946; Tax ID No. 5031099373 (Russia); Registration Number 1125031000093 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO NIIMET" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING MATERIALS), Ul. Gagarina, D. 1, Kaluga 248650, Russia; Organization Established Date 22 Nov 1991; Tax ID No. 4026008516 (Russia); Registration Number 1024001177188 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO NIK" (Cyrillic: "АО НИК") (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ); a.k.a. JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION; a.k.a. "JSC NEC"), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

"AO NPK SPP" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

"AO NPO IT" (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

"AO NPO MKM" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE MKM; a.k.a. "MKM LTD"), 24 Ilfata Zakirova St, Izhevsk 426072, Russia; Tax ID No. 1833001787 (Russia); Registration Number 1021801504460 (Russia) [RUSSIA-EO14024].

"AO NPP VNIIGIS" (a.k.a. JOINT STOCK COMPANY NPP VNIIGIS; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RESEARCH AND DESIGN INSTITUTE OF WELL LOGGING), 1, ul. Gorkogo Oktyabrski, Bashkortostan Republic 452614, Russia; Organization Established Date 26 Dec 1995; Tax ID No. 0265013492 (Russia); Government Gazette Number 01423872 (Russia); Registration Number 1020201929439 (Russia) [RUSSIA-EO14024].

"AO NPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK INSTRUMENT MAKING PLANT), Ul. Dusi Kovalchuk D. 179/2, Novosibirsk 630049, Russia; Tax ID No. 5402534261 (Russia); Registration Number 1115476008889 (Russia) [RUSSIA-EO14024].

"AO ODK" (Cyrillic: "АО ОДК") (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA; a.k.a. JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. UNITED ENGINE CORP JSC), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [RUSSIA-EO14024].

"AO OKB KP" (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE CABLE INDUSTRY), Ul. Yadreevskaya D. 4, Mytishchi 141002, Russia; Ul. Kolpakova D. 77, Mytishchi 141008, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5029150262 (Russia); Registration Number 1115029003231 (Russia) [RUSSIA-EO14024].

"AO OKB MEI" (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA; a.k.a. JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE; a.k.a. "JSC OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

"AO OMK" (a.k.a. JOINT STOCK COMPANY UNITED METALLURGICAL COMPANY), Nab. Ozerkovskaya D. 28, Str. 2, Moscow 115184, Russia; Organization Established Date 23 Nov 1992; Tax ID No. 7736030085 (Russia); Registration Number 1027700121173 (Russia) [RUSSIA-EO14024].

"AO PLAZMA" (a.k.a. JOINT STOCK COMPANY PLASMA; a.k.a. JSC PLASMA), Ul. Tsiolkovskogo D. 24, Ryazan 390023, Russia; Organization Established Date 1959; Tax ID No. 6230005886 (Russia); Registration Number

1026201102850 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO RNT" (Cyrillic: "AO PHT") (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: AO РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"AO RUSSTAN" (Cyrillic: "AO РУССТАН") (a.k.a. RUSATOM MACHINE TOOLS JOINT STOCK COMPANY; a.k.a. "RMT JSC"), Ul. 3-ya Yamskogo Polya d. 2, K. 26, Moscow 125124, Russia; Per. Pyzhevskii D. 5, Str. 1, Floor/Pomeshch. 2/I, Kom./Office 39/205, Moscow 119017, Russia; Tax ID No. 9706022877 (Russia); Registration Number 1227700146838 (Russia) [RUSSIA-EO14024].

"AO RUST 95" (a.k.a. AKTSIONERNOE OBSHCHESTVO RUST 95), Ul. Severnaya D. 12, Kolpino 196655, Russia; Tax ID No. 7728120384 (Russia); Registration Number 1027700457443 (Russia) [RUSSIA-EO14024].

"AO RZMKP" (a.k.a. AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV; a.k.a. RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC; a.k.a. RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ)), 51B Novaya St., Ryazan 390027, Russia; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SKB VT" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO VYCHISLITELNOI TEKHNIKI), Ul. Maksima Gorkogo D. 1, Pskov 180007, Russia; Organization Established Date 11 Dec 1991; Tax ID No. 6027075580 (Russia); Registration

Number 1036000308937 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SKTB RT" (a.k.a. JOINT STOCK COMPANY SPECIAL RELAY SYSTEM DESIGN AND ENGINEERING BUREAU, Ul. Nekhinskaya D. 55, Velikiy Novgorod 173025, Russia; Organization Established Date 20 May 1992; Tax ID No. 5321095589 (Russia); Registration Number 1045300260940 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SMAZ" (a.k.a. JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT; a.k.a. JSC SMOLENSK AVIATION PLANT; a.k.a. SMOLENSK AIRCRAFT PLANT JSC), Ul. Frunze D. 74, Smolensk 214006, Russia; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"AO SPKB SU" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE PROEKTNO KONSTRUKTORSKOE BYURO SREDSTV UPRAVLENIYA), Per. Vagzhanovskii D. 9, Tver 170100, Russia; Organization Established Date 26 Feb 1976; Tax ID No. 6950087667 (Russia); Registration Number 1086952019164 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO SRZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. JSC SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "SRZ PAO"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

"AO STP PZMTS" (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

"AO SZ IKS" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS; a.k.a. IKS JOINT STOCK COMPANY; a.k.a. "IKS JSC"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"AO TD ROSEL" (a.k.a. JOINT STOCK COMPANY TRADING HOUSE ROSEL), Ul. Kosmonavta Volkova D. 12, Moscow 127299, Russia; Organization Established Date 26 Oct 2005; Tax ID No. 7718564221 (Russia); Registration Number 1057748776733 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"AO TPZ" (a.k.a. JOINT STOCK COMPANY TULA CARTRIDGE WORKS; a.k.a. TULA CARTRIDGE PLANT; a.k.a. TULAMMO), ul. Marata D. 47 B, Tula 300004, Russia; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

"AO TSENKI" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Tax ID No. 9702013720 (Russia); Registration

Number 1207700033760 (Russia) [RUSSIA-EO14024].

"AO TSKBA" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

"AO TSNII EISU" (Cyrillic: "ЦНИИ ЭИСУ") (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF ECONOMICS INFORMATICS AND MANAGEMENT SYSTEMS; a.k.a. "CNIIEISU"), Ul. Bronnaya M D., STR. 1, Saint Petersburg 123104, Russia; Website cniieisu.ru; Organization Established Date 11 Nov 1991; Organization Type: Other information technology and management service activities; Target Type Government Entity; Tax ID No. 7703824477 (Russia); Registration Number 1147743814343 (Russia) [RUSSIA-EO14024].

"AO UK RFPI" (Cyrillic: "АО УК РФПИ") (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniya 1, Etaj 7, Moscow 123112, Russia

(Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

"AO UKBTM" (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING), Vostochnye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

"AO UNTK" (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKII NAUCHNO TEKHNOLOGICHESKII KOMPLEKS; a.k.a. JOINT STOCK COMPANY URAL SCIENTIFIC AND TECHNOLOGICAL COMPLEX), Vostochnoe sh. 28a, Nizhny Tagil 622007, Russia; Ul. paradnaya d. 8, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6667001522 (Russia); Registration Number 1026601368023 (Russia) [RUSSIA-EO14024].

"AO UPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD; a.k.a. JSC THE ULYANOVSK CARTRIDGE WORKS; a.k.a. ULNAMMO), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

"AO U-UAZ" (a.k.a. JOINT STOCK COMPANY ULAN-UDE AVIATION PLANT; a.k.a. ULAN-UDE AVIATION PLANT), Ul. Khorinskaya D. 1, Ulan-Ude 670009, Russia; Organization Established Date 28 Feb 1994; Tax ID No. 0323018510 (Russia); Registration Number 1020300887793 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO VSK" (a.k.a. JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY; a.k.a. "HELICOPTER SERVICE COMPANY"; a.k.a. "VSK PAO"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"AO VZKHE" (a.k.a. AKTSIONERNOE OBSHCHESTVO VERKHNESALDINSKII ZAVOD KHIMICHESKIKH EMKOSTEI; a.k.a. JOINT STOCK COMPANY VERKHNYAYA SALDA CHEMICAL CONTAINER PLANT), 105 Molodezhny Poselok Street, Verkhnyaya Salda 624761, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6623136353 (Russia); Registration Number 1206600070918 (Russia) [RUSSIA-EO14024].

"AO VZM" (a.k.a. JOINT STOCK COMPANY VLADIMIR PLANT OF METAL HOSES), Kubysheva st., 26E, Vladimir 600035, Russia; Ul. Letnikovskaya D. 10, Str. 1, Pomeshch. IV, Kom. 11, Moscow 115114, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3328441019 (Russia); Registration Number 1063328003584 (Russia) [RUSSIA-EO14024].

"AOMZ AO" (a.k.a. AZOV OPTOMECHANICAL PLANT JSC; a.k.a. JOINT STOCK COMPANY AZOVSKI OPTIKO MECHANICHESKY ZAVOD), Ul. Promyshlennaya D. 5, Azov 346780, Russia; Organization Established Date 04 Mar 1992; Tax ID No. 6140022069 (Russia); Registration Number 1046140009530 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"AORC" (a.k.a. ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان); a.k.a. ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام); a.k.a. PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان)), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

"APCO" (a.k.a. AZAR PAD QESHM; a.k.a. AZARPAD QESHM; a.k.a. AZARPAD QESHM CO), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"APOLLON" (a.k.a. APOLLON LLC; a.k.a. APOLLON OOO), Ul. Semenovskaya D., 8B, Kv. 28, Vladivostok 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Jun 2015; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 2540211930 (Russia); Registration Number 1152540004253 (Russia) [DPRK2] (Linked To: PAK, Kwang Hun).

"APONG SOLAIMAN" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APUNG"); DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"APPARATUS DEVELOPMENT JOINT STOCK COMPANY" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "AO TSKBA"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

"APPLEWORM" (a.k.a. LAZARUS GROUP; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a4890y3C7d96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APSCO (a.k.a. AMANA SANITARY AND PAINTS COMPANY L.T.D.), second floor,

Section 15B, Property 372, Chiyah, Ghobeiri, Lebanon; Commercial Registry Number 2010822 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"APT 38" (a.k.a. BLUENOROFF; a.k.a. "APT38"; a.k.a. "STARDUST CHOLLIMA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APT38" (a.k.a. BLUENOROFF; a.k.a. "APT 38"; a.k.a. "STARDUST CHOLLIMA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APT43" (a.k.a. KIMSUKY; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teripari25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"APT-C-26" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN

COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"APUNG" (a.k.a. SALI JR., Jainal Antel; a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"; DOB 01 Jun 1965; POB Barangay Lanote, Bliss, Isabele, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"AQAP" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

"AQKB" (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a.

KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. KURDISTAN BRIGADES), Iran; Iraq [SDGT].

"AQ-S" (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN), Syria [SDGT].

"AQUA CLUB" (a.k.a. UNLIMITED DANCE DISCOTECA SRL), Av. Ortega y Gasset No. 95, Cristo Rey, Santo Domingo, Dominican Republic; Av. Ortega y Gasset 91 Esq. Felix Evaristo Mejia, Santo Domingo, Dominican Republic; Tax ID No. 131-28035-8 (Dominican Republic) [SDNTK].

"AQUA" (a.k.a. YAKUBETS, Maksim Viktorovich), Moscow, Russia; DOB 20 May 1987; POB Polonnoye, Khmelnitskaya Oblast, Ukraine; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4509135586 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP; Linked To: FEDERAL SECURITY SERVICE).

"AQUARIUS" (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS; a.k.a. LLC GRUPPA AKVARIUS; a.k.a. LLC PRODUCTION COMPANY AQUARIUS), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

"AQUILES" (a.k.a. ARZATE GARCIA, Alfonso), Mexico; DOB 02 Dec 1973; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGA731202HBCRRL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"AQY" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL

HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

"ARAB COMPANY TO STATE TRADING" (a.k.a. ARAB CHINA TRADING COMPANY; a.k.a. "ARAB TRADING COMPANY CHINA"), Gaza; Aksaray MAH. Cerrahpasa CAD. Muratpasa Apt. No 3/12 Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian) [SDGT] (Linked To: SHAMLAKH, Zuhair).

"ARAB TRADING COMPANY CHINA" (a.k.a. ARAB CHINA TRADING COMPANY; a.k.a. "ARAB COMPANY TO STATE TRADING"), Gaza; Aksaray MAH. Cerrahpasa CAD. Muratpasa Apt. No 3/12 Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian) [SDGT] (Linked To: SHAMLAKH, Zuhair).

"ARCH COMPANY" (a.k.a. ARCH CONSULTING (Arabic: أرش للاستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"ARCH CONSTRUCTION" (a.k.a. ARCH CONSULTING (Arabic: أرش للاستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH COMPANY"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

"ARCHIPELAGO" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol;

alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teripar125@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kde@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"AREF, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"ARFEL COOL LOGISTICS" (a.k.a. ARFEL TRANSPORTADORA COOL LOGISTIC, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; Organization Established Date 17 Nov 2015; Folio Mercantil No. 93093 (Mexico) [ILLICIT-DRUGS-EO14059].

"ARGON" (a.k.a. ARGON OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ARGON), Ul. Saratovskoe Shosse D. 2, Balakovo 413841, Russia; Organization Established Date 09 Jun 2005; Tax ID No. 6454074501 (Russia); Government Gazette Number 75969440 (Russia); Registration Number 1056405421192 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

"ARI" (a.k.a. ARMY OF THE REPUBLIC OF ILIRIDA) [BALKANS].

"ARIF UMER" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

"ARIF, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "SALAH, Mahir"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"ARLAS" (a.k.a. LIZASO, Jurdan Martitegui; a.k.a. MARTITEGUI, Jurdan); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; National ID No. 45 626 584 (Spain) (individual) [SDGT].

"ARMACO" (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"ARMY OF THE PEOPLE" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

"ARP 419" (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "419 ARZ"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

"ART, Tito" (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

"Artur" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

"Asad" (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male (individual) [SDGT].

"ASAD, Haji" (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a.

MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

"Asadullah" (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asad"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male (individual) [SDGT].

"ASAMA COMMERCIAL COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"ASAMA COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"ASBL" (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

"ASC" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"ASE CO." (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

"ASIA SUN TRADING" (a.k.a. ASIA SUN TRADING CO. LTD.; a.k.a. ASIA SUN TRADING COMPANY LIMITED), Ubc Tower, Unit 04-01, 4th Floor, Bo Cho Quarter, Bahan, Yangon Region, Burma; Organization Established Date 16 Dec 2015; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 104099424 (Burma) [BURMA-EO14014].

"ASIA, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat,

Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

"ASIYA, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

"ASKAM" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ASP" (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

"ASPC" (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame

Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"ASRA, Abu" (a.k.a. 'AMMAR, Salmi Salama Salim Sulayman; a.k.a. "YUSRI"); DOB 01 Jan 1979 to 31 Dec 1979 (individual) [SDGT] (Linked To: ISIS-SINAI PROVINCE).

"ASSET MANAGEMENT COMPANY NAVIGATOR" (a.k.a. OOO NAVIGATOR ASSET MANAGEMENT (Cyrillic: ООО УК НАВИГАТОР); a.k.a. "UK NAVIGATOR"), ul. Gilyarovskogo, d. 39, str. 3, et. 12, kom. 17, Moscow 129110, Russia; Organization Established Date 30 Sep 2002; Tax ID No. 7725206241 (Russia); Registration Number 1027725006638 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

"ASTU" (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI COMPANY; a.k.a. AFAQ DUBAI HAWALAH), Iraq; Email Address me.iraq17@yahoo.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ATM GROUP" (a.k.a. LIMITED LIABILITY COMPANY ATM GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ГРУПП)), ofis 306 vladenie 5A str. 1,

shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5029111665 (Russia); Registration Number 1085029001309 (Russia) [RUSSIA-EO14024].

"ATM TECHNOLOGY" (a.k.a. LIMITED LIABILITY COMPANY ATM TEKHNOLODZHI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ТЕХНОЛОДЖИ)), ofis 311 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5029079316 (Russia); Registration Number 1045005519866 (Russia) [RUSSIA-EO14024].

"ATO, Abdi Karim" (a.k.a. 'ATO, Mustaf), Qunyo Barrow, Middle Juba, Somalia; DOB 1977; POB Beledweyn, Hiraan, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ATOM" (a.k.a. ATOM, Mohamed Sa'id; a.k.a. ATOM, Mohamed Siad; a.k.a. SA'ID, Mohamed), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

"ATS HEAVY EQUIPMENT" (a.k.a. A T S HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING LLC), Office 02, Span Precast, DIP 2, Dubai, United Arab Emirates; License 770917 (United Arab Emirates); Economic Register Number (CBLS) 10948598 (United Arab Emirates) [RUSSIA-EO14024].

"Atta Ullah" (a.k.a. MAHMUD, Usama; a.k.a. MEHMOOD, Osama; a.k.a. "Abu Zar"; a.k.a. "Zar Wali"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"ATV" (a.k.a. ALTERNATIVNA TELEVIZIJA D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNA TELEVIZIJA DRUSTVO ZA INFORMISANJE D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNE TELEVIZIJE; a.k.a. "ALTERNATIVE TV"), Ulica Gunduliceva 33, Banja Luka 78000, Bosnia and Herzegovina; Organization Established Date 1997; Tax ID No. 4400946870008 (Bosnia and Herzegovina); Registration Number 1-9857-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

"AURANGZEB" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"AVANTAZH INZHINIRING OOO" (a.k.a. LIMITED LIABILITY COMPANY AVANTAGE ENGINEERING), Pl. Malaya Sukharevskaya, D. 12, Moscow 127051, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 10 Nov 2009; Tax ID No. 2317054947 (Russia); Registration Number 1092367003882 (Russia) [RUSSIA-EO14024].

"AVIAN PARADISE" (a.k.a. STREET MOTOR SERVICES), Male, Maldives; Website street-motor-services.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2014; Organization Type: Maintenance and repair of motor vehicles; Business Number BN19452021 (Maldives); Business Registration Number BP16972021 (Maldives) issued 06 May 2021; Registration Number SP-0539/2014 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

"AVIATOR RC" (a.k.a. LIMITED LIABILITY COMPANY ENTEP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНТЕП)), 12 Bianki St., Building 2, Room 112, Moscow 108811, Russia; Tax ID No.

7721809577 (Russia); Registration Number 1137746953695 (Russia) [RUSSIA-EO14024].

"AWAD ALLAH, Nizar" (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar M; a.k.a. AWADALLAH, Nizar Mohammed), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"AWAD, Rida" (a.k.a. AWAD, Hamid Rida Muhammad; a.k.a. AWAD, Mohammed Reda Mohammed Anwar; a.k.a. "REDA, Haj"), United Kingdom; DOB 24 Sep 1954; nationality Egypt (individual) [SDGT] (Linked To: HAMAS).

"AWAS, Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"AWEX" (a.k.a. AWEX CRYPTO EXPLORER DMCC; a.k.a. CRYPTO EXPLORER DMCC (Arabic: كريبتو إكسبلورر م.د.م.س; Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ); a.k.a. "BANKOFF"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

"AYE, Mg Mg" (a.k.a. AYE, Maung Maung), Burma; DOB 1962; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

"AYYUB, Abu" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-

SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"AZAD, K M" (a.k.a. AZAD, Khan Mohammad), Bangladesh; DOB 15 Oct 1974; POB Barisal, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 2650898262191 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

"AZARIAN, Amin" (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان الله پایدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

"AZIZ, Abdul" (a.k.a. GUCHAEV, Zaurbek; a.k.a. GUCHAYEV, Zaurbek); DOB 04 Sep 1975; POB Chegem/Kabardino-Balkaria, Russia (individual) [SDGT] (Linked To: CAUCASUS EMIRATE).

"AZIZ, Abdul" (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

"AZIZ, Abdullah" (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006

expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

"AZSCO" (a.k.a. AZIA SHIPPING COMPANY; a.k.a. OOO SUDOKHODNAIA KOMPANIIA AZIA), 29, Posetskaya Str., Vladivostok 690091, Russia; Tax ID No. 2540195189 (Russia); Identification Number IMO 5766958; Registration Number 1132540008732 (Russia) [RUSSIA-EO14024].

"B.O.T.H." (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

"Ba Idrisa" (a.k.a. AL-BARNAWI, Abu Abdullah ibn Umar); DOB 1989 to 1994; POB Maiduguri, Borno State, Nigeria; Gender Male (individual) [SDGT].

"BABA JI" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "MEMON BABA"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

"BACHRUMSHAH" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"BACHRUMSYAH" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a.

"BACHRUMSHAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"Baget" (a.k.a. MIKHAILOV, Maksim Sergeevich), Sevastopol, Ukraine; DOB 29 Jul 1976; nationality Ukraine; Gender Male (individual) [CYBER2].

"BAGHERI, Mahmoud" (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

"BAGHERI, Mahmud" (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

"BAHA'I, Fayaz" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"BAHRUMSYAH" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD

AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"BAHTIYAR" (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدير أسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"BAKR, Abu" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakry K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. "'AHMED THE TANZANIAN'"; a.k.a. "AHMED, A."; a.k.a. "'FOOPIE'"; a.k.a. "'FUPI'"; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

"BAKR, Abu" (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"BALAK" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BARBAS"; a.k.a. "GURBITA"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San

Sebastina, Guipuzcoa, Spain; nationality Spain; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"BALOCH, Abdul Aziz" (a.k.a. AZIZ, Abdul; a.k.a. "ZAMANI, Aziz Shah"), House #29, 30th St., Karachi, Pakistan; Quetta, Pakistan; DOB 1985; Gender Male; Passport AP1810244 expires 31 Oct 2026 (individual) [SDGT] (Linked To: TALIBAN).

"BALUD, Sayf" (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "ABU BAKR, Saif" (Arabic: "سيف أبو بكر"); a.k.a. "BEKIR, Seyf Ebu"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894] (Linked To: HAMZA DIVISION).

"BAMBAN SEPEHR" (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SHARG"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

"BAMBAN SHARG" (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "SYFLEX"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

"BANCO NACIONAL" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCORP"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"BANCO NATIONAL" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCORP"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"BANCORP" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCO NATIONAL"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"BANK FOR DEVELOPMENT" (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"BANK NFC JSC" (a.k.a. BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY; a.k.a. BANK NATIONAL FACTORING COMPANY JSC; a.k.a. BANK NFC JOINT STOCK COMPANY), 14 Ul

Kozhevnicheskaya, Moscow 115114, Russia; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

"BANKOFF" (a.k.a. AWEX CRYPTO EXPLORER DMCC; a.k.a. CRYPTO EXPLORER DMCC (Arabic: كريبتو إكسبلورر م.د.م.س; Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ); a.k.a. "AWEX"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

"BARBAS" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BALAK"; a.k.a. "GURBITA"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"BARNY" (a.k.a. GONZALEZ VASQUEZ, Julian Andrey); DOB 31 Jan 1979; POB La Merced, Caldas, Colombia; citizen Colombia; Cedula No. 8125194 (Colombia) (individual) [SDNTK].

"BARQAWI, Hamodeh" (a.k.a. AL-BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad Abed Allah; a.k.a. BARQAWI, Ahmad Abedallah; a.k.a. BARQAWI, Ahmed), Dubai, United Arab Emirates; DOB 1985; POB Damascus, Syria; General Manager, Pangates International Corp. Ltd.; General Manager, Maxima Middle East Trading Co. (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: MAXIMA MIDDLE EAST TRADING CO.).

"BARRE, Marian" (a.k.a. BARRE OMAR, Marian; a.k.a. BARREH OMAR, Mariam; a.k.a. BARREH, Mariam), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

"BARRY, Amadou" (a.k.a. KOUFFA, Amadou; a.k.a. KOUFFA, Hamadou; a.k.a. KOUFFA, Hamadoun), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"BASHIQ" (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"Bashir" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"BASSTERLORD" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"BASU" (a.k.a. EBERAHIM, Abbas), 43 Walana Cres, Kooringal, NSW 2650, Australia; Golden Triangle Special Economic Zone, Bokeo, Laos; 292 Moo 1 Wiang, Chiang Saen District, Chiang Rai 57150, Thailand; DOB 11 Sep 1949; POB Malaysia; nationality Australia; Gender Male; Passport N2315963 (Australia) (individual) [TCO] (Linked To: ZHAO WEI TCO).

"BATARFI, Khalid bin Umar" (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"BCCO" (a.k.a. BAKHTAR COMMERCIAL COMPANY (Arabic: شرکت بازرگان کالای باختر)), North Kargar Street, Above Taghateh Fatemi, Plaque 1286, Tehran 73441-14118, Iran; No. 1286, North Karegar Avenue, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; Website www.bcco.co; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320817213 (Iran); Registration Number 429515 (Iran) [IRAN-EO13846].

"BEACH COCOHUT" (a.k.a. STREET INVESTMENTS PVT LTD), Seesan magu, Male 20028, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jun 2022; Organization Type: Restaurants and mobile food service activities; Business Number BN26312022 (Maldives); Business Registration Number BP33152022 (Maldives) issued 23 Aug 2022; Registration Number C-0688/2022 (Maldives) [SDGT] (Linked To: RAUF, Ahmed Alif).

"BECHIR" (a.k.a. ESSAADI, Moussa Ben Amor Ben Ali; a.k.a. "ABDELRAHMMAN"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

"BEENIE" (a.k.a. JOSEPH, Wilson; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"BEER DHAGAH" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BEERDHAGAX" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHEGHAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BEERDHEGHAX" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BERDAGAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BEH TAM" (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR; a.k.a. BEH TAM

RAVANKAR COMPANY (Arabic: شرکت به نام روانکار); a.k.a. SHERKATE BEH TAAM), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

"BEKIR, Seyf Ebu" (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "ABU BAKR, Saif" (Arabic: سيف أبو بكر"); a.k.a. "BALUD, Sayf"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894] (Linked To: HAMZA DIVISION).

"BEN NARVAN ABDEL AZIZ" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"Ben" (a.k.a. KOVALEV, Vitaliy; a.k.a. KOVALEV, Vitaly Nikolayevich; a.k.a. "Bentley"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

"BENAVIDES" (a.k.a. FEO ALVARADO, Alveiro), Colombia; DOB 16 Jun 1967; POB El Paso, Cesar, Colombia; citizen Colombia; Cedula No. 77162067 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"Bentley" (a.k.a. KOVALEV, Vitaliy; a.k.a. KOVALEV, Vitaly Nikolayevich; a.k.a. "Ben"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

"BENTLEY" (a.k.a. GALOCHKIN, Maksim; a.k.a. "CRYPT"; a.k.a. "VOLHVB"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"BENZL" (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

"BERDAGAX" (a.k.a. OMAR, Ahmed Haji Ali Haji; a.k.a. "ALI, Ahmed Omar"; a.k.a. "ALI, Ahmed Omer Haji"; a.k.a. "BEER DHAGAH"; a.k.a. "BEERDHAGAX"; a.k.a. "BEERDHEGHAX"), Bosaso, Bari, Somalia; DOB Jun 1974; POB Alula District, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"BESPOKE GUN" (a.k.a. LIMITED LIABILITY COMPANY MOSCOW ARMS COMPANY; a.k.a. MOSKOVSKAYA ORUZHEINAYA KOMPANIYA), Ul. Novoslobodskaya Vld. 1, Stroenie 1, Mytishchi 141009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5012086643 (Russia); Registration Number 1145012005335 (Russia) [RUSSIA-EO14024].

"BETO" (a.k.a. ISAZA SANCHEZ, Felix Alberto); DOB 24 Apr 1966; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98517169 (Colombia) (individual) [SDNTK].

"BFCC" (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue,

Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"BID" (a.k.a. BANCO INTERNACIONAL DE DESARROLLO, C.A.), Urb. El Rosal, Av. Francisco de Miranda Edificio Dozsa - Piso 8, C.P. 1060, Caracas, Venezuela; SWIFT/BIC IDUNVECA; Website www.bid.com.ve; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

"BIF" (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; US FEIN 36-3823186 [SDGT].

"BIFF TANNEN" (a.k.a. BRUNETTI, Luciano; a.k.a. "LUCHO"), Buenos Aires, Argentina; DOB 30 Aug 1988; POB Argentina; nationality Argentina; Gender Male; Passport AAC206993 (Argentina); D.N.I. 34142353 (Argentina) (individual) [SDNTK].

"BIG BOY" (a.k.a. ROMERO GARCIA, Dany Balmore (Latin: ROMERO GARCÍA, Dany Balmore); a.k.a. "D-BOY"), Pje. 6, Casa 11, Soyapango, San Salvador, El Salvador; DOB 26 Apr 1974; Identification Number 04237453-4 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"BIG CHIEF" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÔ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"BIGARUKA" (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. IZABAYO DEO; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

"BIGARURA" (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. IZABAYO DEO; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARUKA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

"BILAL KUMKAL" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"BILAL" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"BILAL" (a.k.a. DJERMANE, Kamel; a.k.a. "ADEL"; a.k.a. "FODHIL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria (individual) [SDGT].

"BILAL" (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

"BILDING MANAGEMENT" (a.k.a. BLD MANAGEMENT; a.k.a. OOO BILDING MENEDZHMENT (Cyrillic: OOO БИЛДИНГ МЕНЕДЖМЕНТ)), Per. Butikovskii D. 7, Floor 3, Pom. I Komnata 1, Moscow 119034, Russia; Organization Established Date 27 Jul 2016; Tax ID No. 7703413861 (Russia); Registration Number 1167746703464 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

"BIM" (a.k.a. BANK OF INDUSTRY & MINE; a.k.a. BANK OF INDUSTRY AND MINE; a.k.a. BANK SANAD VA MADAN), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

"BIN MOHAMMED TOAMEH, Nabil" (a.k.a. MOHAMMED TOHMA, Nabil (Arabic: نبيل محمد طعمة); a.k.a. TOUMEH BIN MOHAMMED, Nabil (Arabic: نبيل طعمة بن محمد); a.k.a. TOUMEH, Nabil; a.k.a. TU'MAH, Nabil; a.k.a. "TOHMA, Nabil" (Arabic: نبيل طعمة)), Damascus, Syria; DOB 04 Jan 1957; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

"BINP SB RAS" (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOI FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Organization Established Date 19 Jul 1994; Tax ID No.

5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

"BIPC" (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"BISHR, Haji" (a.k.a. NOORZAI, Haji Bashir); DOB 1961; POB Afghanistan (individual) [SDNTK].

"BKE OOO" (Cyrillic: "БКЕ ООО") (a.k.a. BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО); a.k.a. LIMITED LIABILITY COMPANY EVRAZIYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

"BLA" (a.k.a. BALOCH LIBERATION ARMY; a.k.a. BALOCHISTAN LIBERATION ARMY), Balochistan, Pakistan [SDGT].

"BLACK BANSHEE" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt.

Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"blackjack1987" (a.k.a. LI, Jiadong (Chinese Simplified: 李家东); a.k.a. "khaleesi"), Anshan, Liaoning, China (Chinese Simplified: 鞍山, 辽宁, China); DOB 10 Jan 1987; nationality China; Gender Male; Digital Currency Address - XBT 1EfMVkxQQuZfBdocpJu6RUsCJvenQWbQyE; alt. Digital Currency Address - XBT 17UVSMegvrzfobKC82dHXpZLtLcqzW9stF; alt. Digital Currency Address - XBT 39eboeqYNFe2VoLC3mUGx4dh6GNhLB3D2q; alt. Digital Currency Address - XBT 39fhoB2DohisGBbHvvfmkdPdShT75CNHdX; alt. Digital Currency Address - XBT 3E6rY4dSCDW6y2bzJNwrjvTtdmMQjB6yeh; alt. Digital Currency Address - XBT 3EeR8FbcPbkcGj77D6ttneJxmsr3Nu7KGV; alt. Digital Currency Address - XBT 3HQRveQzPifZorZLDXHernc5zjoZax8U9f; alt. Digital Currency Address - XBT 3JXKQ81JzBqVbB8VHdV9Jtd7auWokkdPgY; alt. Digital Currency Address - XBT 3KHfXU24Bt3YD5Ef4J7uNp2buCuhrxfGen; alt. Digital Currency Address - XBT 3LbDu1rUXHNyiz4i8eb3KwkSSBMf7C583D; alt. Digital Currency Address - XBT 3MN8nYo1tt5hLxMwMbxDkXWd7Xu522hb9P; alt. Digital Currency Address - XBT 3N6WeZ6i34taX8Ditser6LKWBcXmt2XXL4; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613314257947; alt. Phone Number 8618004121000; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 210302198701102136 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"blade_runner" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "GistaveDore"; a.k.a. "GustaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"BLMZ" (a.k.a. BALASHIKHA CASTING MECHANICAL PLANT OJSC; a.k.a. OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD), 4, Entuziastov, Balashikha 143912, Russia; Tax ID No. 5001000027 (Russia); Registration Number 1025000510534 (Russia) [RUSSIA-EO14024].

"BLO" (a.k.a. BELTRAN LEYVA ORGANIZATION), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"BMI" (a.k.a. BANK MELLI; a.k.a. BANK MELLI IRAN; a.k.a. MELLI BANK; a.k.a. NATIONAL BANK OF IRAN), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"BNC" (a.k.a. BANCO NACIONAL DE CUBA; a.k.a. NATIONAL BANK OF CUBA), Zweierstrasse 35, Zurich CH-8022, Switzerland; Avenida de Concha Espina 8, Madrid E-28036, Spain; Dai-Ichi Bldg. 6th Floor, 10-2 Nihombashi, 2-chome, Chuo-ku, Tokyo 103, Japan; Federico Boyd Avenue & 51 Street, Panama City, Panama [CUBA].

"BOICA" (a.k.a. SALAZAR FLORES, Freddy Arnoldo; a.k.a. SALAZAR FLORES, Fredy Arnoldo; a.k.a. "BOYCA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"BONT" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BOUTOV"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BOOYAH" (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

"BORDBAR, Javad" (a.k.a. BORDBARSHERAMIN, Javad; a.k.a. BORDBARSHERAMIN, Javad Ali; a.k.a. SHIR AMIN, Javad Bordbar), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"BORISELCIN" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"BOSACO" (a.k.a. BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگیهای کشتیرانی بنیاد); a.k.a. BONYAD SHIPPING AGENCIES COMPANY; a.k.a. BONYAD SHIPPING AGENTS COMPANY), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran

15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"BOULAHIA" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT].

"BOUNOUADHER" (a.k.a. GASMI, Salah; a.k.a. "SALAH ABU MOHAMED"; a.k.a. "SALAH ABU MUHAMAD"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT].

"BOUTOV" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BOYAH" (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

"BOYCA" (a.k.a. SALAZAR FLORES, Freddy Arnoldo; a.k.a. SALAZAR FLORES, Fredy Arnoldo; a.k.a. "BOICA"), Guatemala; DOB 14 Feb 1984; POB Guatemala; nationality Guatemala; Gender Male; NIT # 34746072 (Guatemala); C.U.I. 2639667390611 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"BOYKO, Sveta" (a.k.a. BOYKO, Svetlana Andreyevna (Cyrillic: БОЙКО, Светлана Андреевна)), St. Petersburg, Russia; DOB 14 Apr 1990; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 781102544700 (Russia) (individual) [RUSSIA-EO14024].

"Brahma" (a.k.a. GONCALVES DO CARMO, Diego Macedo (Latin: GONÇALVES DO CARMO, Diego Macedo)), Penitenciaria Federal de Porto Velho, Porto Velho, Brazil; DOB 18 Jun 1984; POB Brazil; nationality Brazil; Gender Male; Tax ID No. 327.953.228-03 (Brazil) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PRIMEIRO COMANDO DA CAPITAL).

"BRANA" (Cyrillic: "ВРАНА") (a.k.a. MICUNOVIC, Branislav (Cyrillic: МИЋУНОВИЋ, Бранислав); a.k.a. "BRANO" (Cyrillic: "БРАНО")), Montenegro; DOB 09 Jan 1953; POB Niksic, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

"BRANCH 215" (Arabic: "215 الفرع") (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 215 - RAIDS; a.k.a. "BRANCH 215: RAIDS COMPANY" (Arabic: "سرية المداهمة والاقتحام"); a.k.a. "KAFRSOUSA BRANCH"; a.k.a. "RAIDS COMPANY" (Arabic: "فرع سرية المداهمة")), Syria; 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 215: RAIDS COMPANY" (Arabic: "سرية المداهمة والاقتحام") (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 215 - RAIDS; a.k.a. "BRANCH 215" (Arabic: "الفرع 215"); a.k.a. "KAFRSOUSA BRANCH"; a.k.a. "RAIDS COMPANY" (Arabic: "فرع سرية المداهمة")), Syria; 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 216: PATROLS BRANCH" (Arabic: "فرع الدوريات") (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 216 (Arabic: الفرع 216)), Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 227" (Arabic: "227 الفرع") (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 227 - AL MINTAQA BRANCH (Arabic: رع المنطقة); a.k.a. "AL-MINTAQA"; a.k.a. "AL-MINTAQA BRANCH 227"; a.k.a. "BRANCH 227: DAMASCUS GOVERNORATE BRANCH"), 6th of May Street, Damascus, Syria

[SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 227: DAMASCUS GOVERNORATE BRANCH" (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 227 - AL MINTAQA BRANCH (Arabic: رع المنطقة); a.k.a. "AL-MINTAQA"; a.k.a. "AL-MINTAQA BRANCH 227"; a.k.a. "BRANCH 227" (Arabic: "الفرع 227")), 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 235" (Arabic: "235 الفرع") (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 235 - PALESTINE; a.k.a. "BRANCH 235: PALESTINE BRANCH" (Arabic: "فرع فلسطين")), Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 235: PALESTINE BRANCH" (Arabic: "فرع فلسطين") (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 235 - PALESTINE; a.k.a. "BRANCH 235" (Arabic: "235 الفرع")), Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANCH 251" (Arabic: "251 الفرع") (a.k.a. SYRIAN GENERAL INTELLIGENCE BRANCH 251 - AL-KHATIB; a.k.a. "AL-KHATEEB BRANCH" (Arabic: "فرع الخطيب"); a.k.a. "BRANCH 251-AL-KHATEEB"; a.k.a. "THE INTERIOR BRANCH" (Arabic: "الفرع الداخلي")), al-Khatib area of Baghdad Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

"BRANCH 251-AL-KHATEEB (a.k.a. SYRIAN GENERAL INTELLIGENCE BRANCH 251 - AL-KHATIB; a.k.a. "AL-KHATEEB BRANCH" (Arabic: "فرع الخطيب"); a.k.a. "BRANCH 251" (Arabic: "251 الفرع"); a.k.a. "THE INTERIOR BRANCH" (Arabic: "الفرع الداخلي")), al-Khatib area of Baghdad Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

"BRANCH 290" (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 290 - ALEPPO BRANCH), Aleppo, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"BRANO" (Cyrillic: "БРАНО") (a.k.a. MICUNOVIC, Branislav (Cyrillic: МИЋУНОВИЋ, Бранислав); a.k.a. "BRANA" (Cyrillic: "ВРАНА")), Montenegro; DOB 09 Jan 1953; POB Niksic, Montenegro; nationality Montenegro; Gender Male (individual) [BALKANS-EO14033].

"Broken Tooth" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Brokentooth"; a.k.a.

"GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"Brokentooth" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"BROKER EKSPERT LLC" (a.k.a. LIMITED LIABILITY COMPANY BROKER EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРОКЕР ЭКСПЕРТ); a.k.a. "LLC BROKER EXPERT" (Cyrillic: "ООО БРОКЕР ЭКСПЕРТ")), Pom. 3N, Liter M, 6, Ul. Tsvetochnaya, St. Petersburg 196084, Russia; Organization Established Date 06 Feb 2015; Organization Type: Non-specialized wholesale trade; Tax ID No. 7810336185 (Russia); Registration Number 1157847037105 (Russia) [RUSSIA-EO14024] (Linked To: BOIS ROUGE SARLU).

"BS OOO" (a.k.a. BATTERY SERVICE LIMITED LIABILITY COMPANY; a.k.a. BETTERI SERVIS), Pr-Kt Leningradskii D. 80/39, Moscow 125190, Russia; UL. Flotskaya D. 7, Floor 3, Pom.11, Moscow 125581, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743738295 (Russia); Registration Number 1097746161810 (Russia) [RUSSIA-EO14024].

"BSO" (a.k.a. BRAND SERVER OPTIONS), ul. Butlerova d. 17B, et/p/kom/of/k 3/XII/86/1/55, Moscow 117342, Russia; Smirnovskaya ultisa, 25s2, Moscow, Russia; Tax ID No. 7724317936 (Russia); Registration Number 1157746419082 (Russia) [RUSSIA-EO14024].

"BTC LLC" (a.k.a. BANKRUPTCY TECHNOLOGY CENTER LIMITED LIABILITY COMPANY; a.k.a. TSENTR TEKHNOLOGII BANKROTSTVA), 19 Vavilova St., Moscow 117997, Russia; Tax ID No. 7736303529 (Russia); Registration Number 1177746502944 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"BTPTRADE" (a.k.a. BASIS TRADE PROSOFT LLC; a.k.a. BAZIS TREID PROSOFT), Per. Savvinski B D. 16, Pom/Et I/1, Moscow

119435, Russia; Tax ID No. 7704345974 (Russia); Registration Number 1167746176883 (Russia) [RUSSIA-EO14024].

"BUFALUBUFF" (a.k.a. BUFALUS; a.k.a. BUFALUSS), Calle Cancun 1555, Culiacan, Sinaloa, Mexico; Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; Culiacan, Sinaloa, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

"BUITRAGO, Hermides" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"BUKHORI" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

"BUKHORY" (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

"BULIT TRADE LTD" (a.k.a. BULLET TRADE OOD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2001; Government Gazette Number 121457476 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

"BULLET" (a.k.a. CHERNOV, Mikhail Vadimovich (Cyrillic: ЧЕРНОВ, Михаил Вадимович)), Russia; DOB 26 Jan 1986; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"BUPC" (a.k.a. BUSHEHR PETROCHEMICAL COMPANY), No. 7, 3rd and 4th Floor, Sattarkhan St., Habib Elah St., Metolian Blvd., Tehran 1455693916, Iran; Pars Energy Special Economic Zone, Petrochemical Complexes Phase II, Asalouye, Bushehr 7511811374, Iran;

Asli Neighborhood, Asli Road Street, Nakhl Taqi's 15 Kilometer Zone, Number 0, Ground Floor, Nakhl Taqi, Bushehr 7511811374, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Company Number 10101920878 (Iran) [IRAN-EO13846].

"BURTON BURGESS" (a.k.a. LOGAN MOREY, Elvis Angus); DOB 28 Jul 1963; POB Toledo District, Belize; Passport P0017003 (Belize); SSN 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 (United States) (individual) [SDNT].

"BUSINESS DEVELOPMENT ASSOCIATION" (a.k.a. BIZNESA ATTISTIBAS ASOCIACIJA), 8 - 1 Uzavas iela, Ventspils LV-3601, Latvia; Tax ID No. 40008055717 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

"BUSINESS-FINANCE LLC" (a.k.a. BUSINESS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. "BUSINESS-FINANCE"), Ul. Myansnitskaya D. 35, Moscow 101000, Russia; Target Type Financial Institution; Tax ID No. 7707572492 (Russia); Registration Number 1057746598169 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

"BUSINESS-FINANCE" (a.k.a. BUSINESS-FINANCE LIMITED LIABILITY COMPANY; a.k.a. "BUSINESS-FINANCE LLC"), Ul. Myansnitskaya D. 35, Moscow 101000, Russia; Target Type Financial Institution; Tax ID No. 7707572492 (Russia); Registration Number 1057746598169 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

"BUTT" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BUTTE" (a.k.a. BOUT, Viktor Anatolijevitch; a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTT"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

"BUY CASH (a.k.a. BUY CASH MONEY AND MONEY TRANSFER COMPANY (Arabic: بای

(كاش للصرافة والحوالات المالية)), Khan Yunis, Gaza; Digital Currency Address - XBT 19D1iGzDr7FyAdiy3ZZdxMd6ttHj1kj6WW; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: HAMAS).

"BVT AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII; a.k.a. BASHVZRYVTECHNOLOGII JSC; a.k.a. "JSC BVT"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

"C.T.R." (a.k.a. COAL TAR REFINING CO. (Arabic: شركت پالایش قطران ذغال سنگ); a.k.a. COAL TAR REFINING COMPANY; a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران (رغالسنک")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Cacayo" (a.k.a. MORGAN HUERTA, Juan Carlos), Campillo 86, Piso 2, Loc. 214, Nogales, Sonora 84030, Mexico; DOB 25 Sep 1974; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHJ740925HSRRRN00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CACHIRO, Javier" (a.k.a. RIVERA MARADIAGA, Javier Eriberto; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Javier"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

"CACHIRO, Lionel" (a.k.a. RIVERA MARADIAGA, Devis Leonel; a.k.a. "EL CACHIRO"; a.k.a. "RIVERA, Leonel"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

"CACHIROS" (a.k.a. RIVERA MARADIAGA, Isidro; a.k.a. RIVERA MARADIAGA, Santos Isidro), Barrio Municipal, Colonia El Country, Bloque 1, Casa N-6, San Pedro Sula, Cortes, Honduras; San Manuel, Cortes, Honduras; DOB 05 Jun 1985; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1985-02347 (Honduras) (individual) [SDNTK].

"Cachuchas" (a.k.a. GARCIA CORRALES, Martin; a.k.a. "Tano"), Mexico; DOB 13 Apr 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACM800413HSLRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Caesar" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABALA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; alt. DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"CAFE SHAZE" (a.k.a. BAUM PVT LTD; a.k.a. "JAM ROLLED ICE CREAM"), Feyrugasdhoshuge, 1st Floor, Ameeru Ahmed Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2017; Organization Type: Non-specialized wholesale trade; Business Number BN-0734/2017 (Maldives); alt. Business Number BN-2097/2017 (Maldives); Registration Number C-0359/2017 (Maldives); Permit Number TS-0112/T10/2017 (Maldives); alt. Permit Number TS0040T102018 (Maldives); alt. Permit Number IG0593T102018 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

"CAMILO CHATA" (a.k.a. BURITICA HINCAPIE, Geova; a.k.a. "MI VIEJO"); DOB 18 Sep 1970; POB San Rafael, Antioquia, Colombia; Cedula No. 71215823 (Colombia) (individual) [SDNTK].

"CAMPBELL, David" (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "DON DAVID"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

"CANDADO MESSI" (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"CANDADO" (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO MESSI"; a.k.a. "TUSO"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"CAPASTORTA" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958;

POB San Cipriano d'Aversa, Italy (individual) [TCO].

"CAPI BETO" (a.k.a. ZAZUETA GODOY, Heriberto), Jose Aguilar Barraza 328, Al Poniente de la Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Av. Naciones Unidas # 5759, Casa 34, Col. Parque Regency, Zapopan, Jalisco 44110, Mexico; DOB 03 Feb 1960; POB Culiacan, Sinaloa, Mexico; C.U.R.P. ZAGH600203HSLZDR07 (Mexico) (individual) [SDNTK] (Linked To: PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.; Linked To: TAIPEN, S.A. DE C.V.; Linked To: COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.).

"CAPOSTORTA" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"CARD" (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDGT].

"CARIBEX" (a.k.a. CARIBBEAN EXPORT ENTERPRISE; a.k.a. EMPRESA CUBANA DE PESCADOS Y MARISCOS), Paris, France; Milan, Italy; Moscow, Russia; Madrid, Spain;

Cologne, Germany; Downsview, Ontario, Canada; Tokyo, Japan [CUBA].

"CARLOS CHATAS" (a.k.a. MESA VALLEJO, Juan Carlos; a.k.a. "TOM"); DOB 08 Dec 1967; POB Bello, Antioquia, Colombia; citizen Colombia; Cedula No. 71698071 (Colombia) (individual) [SDNTK].

"CARLOS PESEBRE" (a.k.a. RAMIREZ GARCIA, Freyner Alfonso); DOB 13 May 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 71737758 (Colombia) (individual) [SDNTK].

"CARLOS, Abdi" (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION" (a.k.a. CARTEL DE JUAREZ; a.k.a. JUAREZ CARTEL; a.k.a. "LA LINEA"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"CASE PLATFORM" (a.k.a. KEIS STUDIO; a.k.a. "CASE STUDIO"), Ul. Nikolaeva D. 12, Office 804, Novosibirsk 630090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408006270 (Russia); Registration Number 1155476112770 (Russia) [RUSSIA-EO14024].

"CASE STUDIO" (a.k.a. KEIS STUDIO; a.k.a. "CASE PLATFORM"), Ul. Nikolaeva D. 12, Office 804, Novosibirsk 630090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 5408006270 (Russia); Registration Number 1155476112770 (Russia) [RUSSIA-EO14024].

"CASO E CASA" (a.k.a. ENTERPRISE COMERCIO DE MOVEIS E INTERMEDIACAO DE NEGOCIOS EIRELI (Latin: ENTERPRISE COMÉRCIO DE MOVEIS E INTERMEDIAÇÃO DE NEGOCIOS EIRELI)), Rua Ernesto Nazareth 18, Jardim Paraventi, Guarulhos, Sao Paulo 07120-230, Brazil; Rua Tapaciquara 54, Sala 01, Parque Renato Maia, Guarulhos, Sao Paulo 07114-220, Brazil; Organization Established Date 08 Oct 2019; Tax ID No. 35.116.112/0001-97 (Brazil) [SDGT] (Linked To: AL-KHATIB, Ahmad).

"CASTLE HOLDING INVESTMENT" (a.k.a. CASTLE HOLDING GMBH; a.k.a. "CASTLE HOLDING"; a.k.a. "CASTLE INVEST"; a.k.a. "CASTLE INVEST HOLDING"), Sieveringerstrasse 164, Vienna 1190, Austria; National ID No. FN292092Y (Austria) [SYRIA] (Linked To: KALAI, Nader).

"CASTLE HOLDING" (a.k.a. CASTLE HOLDING GMBH; a.k.a. "CASTLE HOLDING INVESTMENT"; a.k.a. "CASTLE INVEST"; a.k.a. "CASTLE INVEST HOLDING"), Sieveringerstrasse 164, Vienna 1190, Austria; National ID No. FN292092Y (Austria) [SYRIA] (Linked To: KALAI, Nader).

"CASTLE HOLDINGS" (a.k.a. CASTLE INVEST HOLDING COMPANY SAL; a.k.a. CASTLE INVEST HOLDING SAL; a.k.a. CASTLE INVESTMENT HOLDING (Arabic: شركة كاسل إنفست هولدنغ ش.م.ل.); a.k.a. CASTLE INVESTMENT HOLDING PRIVATE JSC), West Mazzeh, Damascus, Syria; First Floor, Sami Saleh Avenue, Beirut, Lebanon; Registration Number 1900127 (Lebanon) [SYRIA] (Linked To: KALAI, Nader).

"CASTLE INVEST HOLDING" (a.k.a. CASTLE HOLDING GMBH; a.k.a. "CASTLE HOLDING"; a.k.a. "CASTLE HOLDING INVESTMENT"; a.k.a. "CASTLE INVEST"), Sieveringerstrasse 164, Vienna 1190, Austria; National ID No. FN292092Y (Austria) [SYRIA] (Linked To: KALAI, Nader).

"CASTLE INVEST" (a.k.a. CASTLE HOLDING GMBH; a.k.a. "CASTLE HOLDING"; a.k.a. "CASTLE HOLDING INVESTMENT"; a.k.a. "CASTLE INVEST HOLDING"), Sieveringerstrasse 164, Vienna 1190, Austria; National ID No. FN292092Y (Austria) [SYRIA] (Linked To: KALAI, Nader).

"CASTLE SECURITY AND PROTECTION" (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة

(والخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

"CATHY" (a.k.a. FAN, Yang), Zhuhai, China; Hong Kong, China; DOB 23 Oct 1985; POB China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA5661672 (China) issued 02 Jul 2017 expires 02 Jul 2027; National ID No. 421002198510231027 (China) (individual) [NPWMD] [IFSR] (Linked To: HONGKONG HIMARK ELECTRON MODEL LIMITED).

"CAUCASUS PROVINCE" (a.k.a. CAUCASUS WILAYAH; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia [SDGT].

"CBSP" (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

"CCC COMPANY" (a.k.a. CAR CARE CENTER; a.k.a. CAR CARE CENTER CCC; a.k.a. CAR CARE CENTER COMPANY), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: HIZBALLAH).

"CDG" (a.k.a. CARTEL DEL GOLFO; a.k.a. GULF CARTEL; a.k.a. OSIEL CARDENAS-GUILLEN ORGANIZATION), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"CDN" (a.k.a. CARTEL DEL NORESTE; a.k.a. LOS ZETAS; a.k.a. "NORTHEAST CARTEL"), Mexico [SDNTK] [TCO] [ILLICIT-DRUGS-EO14059].

"CELULANDIA_SLRC" (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

"CELULANDIASLRC" (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

"CERESANO ESCRIBANO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "GERESANO ESCRINAO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"CERO SIETE" (a.k.a. USUGA TORRES, Arley; a.k.a. "07"); DOB 14 Aug 1979; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 71255292 (Colombia) (individual) [SDNTK].

"CHA LA BO" (a.k.a. KYA, La Bo; a.k.a. "JA LA BO"; a.k.a. "KYA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

"CHA TA FA" (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "LU TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

"CHACHAJEE" (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

"Chachio" (a.k.a. MORGAN HUERTA, Jose Arnoldo), Nogales, Sonora, Mexico; DOB 19 Mar 1972; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P.

MOHA720319HSRRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHADIAN" (a.k.a. SHAHBANDAR, Samira); DOB 1946; POB Baghdad, Iraq; nationality Iraq; wife of Saddam Hussein al-Tikriti (individual) [IRAQ2].

"CHAFFORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

"CHAIRMAN KEUN" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinpraprasi; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"CHAKAR, Al-Hajj Mohsin" (a.k.a. CHAKAR, Fouad Ali; a.k.a. CHAKAR, Fu'ad; a.k.a. SHUKR, Fu'ad), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2418369 (Lebanon) (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

"CHAM" (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

"CHAMULA" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a.

"CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHAN, Marial" (a.k.a. CHINOUM, Marial; a.k.a. CHINUONG, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. YOL, Marial Chanoung); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

"CHANGITO" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHANGO MENDEZ" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHANGO" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a.

"CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CHANGUITO ANTRAX" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGITO"; a.k.a. "EL CHANGUITO"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHAPARRITO" (a.k.a. JARQUIN JARQUIN, Aldrin Miguel), Manzanillo, Colima, Mexico; DOB 18 Nov 1976; POB Nezahualcoyotl, Mexico, Mexico; nationality Mexico; Gender Male; C.U.R.P. JAJA761118HMCRRL06 (Mexico) (individual) [SDNTK].

"CHAPARRO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"CHAPARRO" (a.k.a. HERNANDEZ GRISALES, Jesus David); DOB 25 Nov 1975; POB Medellin, Colombia; citizen Colombia; Cedula No. 98658284 (Colombia) (individual) [SDNTK].

"Chapito" (a.k.a. GUZMAN SALAZAR, Ivan Archivaldo), Mexico; DOB 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"CHAPORI, Aboubacar" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU,

Djibo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

"CHAPORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

"CHAPPORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "ILLIASSOU, Djibo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

"CHARCO" (a.k.a. FRANCO FIGUEROA, Ulises), Mexico; DOB 17 Jun 1987; POB Oaxaca, Mexico; nationality Mexico; Gender Male; C.U.R.P. FAFU870617HOCRGL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHARMING GLOBE" (a.k.a. CHANG GUANG SATELLITE TECHNOLOGY CO., LTD. (Chinese Simplified: 长光卫星科技有限公司); a.k.a. CHANGGUANG SATELLITE CO., LTD.), No. 1299, Mingxi Road, Beihu Science Technology Development District, Changchun, Jilin, China; Organization Established Date 2014; Unified Social Credit Code (USCC) 91220101310012867G (China) [RUSSIA-EO14024].

"CHATAEV, A.R." (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport

96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"CHATO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"Chava" (a.k.a. CHAVARIN PRECIADO, David Alonso), Nogales, Sonora, Mexico; DOB 29 Dec 1982; POB Mexico; nationality Mexico; Gender Male; R.F.C. CAPD821229IG4 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Chavelo" (a.k.a. HERNANDEZ MAZON, Sergio Isaias), Calle Estribo 3, Colonia El Rodeo, Nogales, Sonora, Mexico; DOB 23 Aug 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. HEMS800823HSRRZR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHAYO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"CHE FONG" (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a.

CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

"Chechen Omar" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"CHECHENSKY, Khamzat" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Achkhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation [SDGT].

"CHECO" (a.k.a. CASTRO VILLA, Luis Fernando; a.k.a. FLORES PACHECO, Cenobio; a.k.a. "CHEKO") DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

"Chef Poncho Corona" (a.k.a. CORONA ROMERO, Alfonso), Jalisco, Mexico; DOB 28 Feb 1965; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORA-650228-4Q0 (Mexico); C.U.R.P. CORA650228HJCRML06 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

"CHEFONG" (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi,

Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

"CHEKO" (a.k.a. CASTRO VILLA, Luis Fernando; a.k.a. FLORES PACHECO, Cenobio; a.k.a. "CHECO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

"CHEMA" (a.k.a. MONCADA LAU, Nestor); DOB 02 Mar 1954; POB Managua, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA].

"CHEN, Bella" (a.k.a. GAN, Xuebi (Chinese Simplified: 甘雪碧)), No. 21 Ganwang Village, Dongshan Village, Jinkou Street, Jiangxia District, Wuhan City, Hubei Province, China (Chinese Simplified: 甘王村21号, 金口街洞山村, 江夏区, 武汉市, 湖北省, China); DOB 15 Nov 1992; POB Hubei, China; nationality China; Gender Female; Passport C38528840 (China); National ID No. 420115199211153621 (China) (individual) [ILLICIT-DRUGS-EO14059].

"CHEPE HANDAL" (a.k.a. HANDAL PEREZ, Jose Miguel; a.k.a. "CHEPITO HANDAL"), Col Bella Vista, Casa No. 09, Camino a Rotulo de Coca Cola, San Pedro Sula, Cortes, Honduras; DOB 14 May 1974; POB Honduras; nationality Honduras; citizen Honduras; National ID No. 0501-1974-03523 (Honduras); Tax ID No. ERQ1IZE (Honduras) (individual) [SDNTK] (Linked To: CORPORACION HANDAL S. DE R.L.; Linked To: EASY CASH S. DE R.L.; Linked To: AUTO PARTES HANDAL S. DE R.L. DE C.V.; Linked To: SUPERTIENDAS HANDAL S. DE R.L.; Linked To: JM TROYA).

"CHEPE" (a.k.a. ALVAREZ PINEDA, Rafael); DOB 27 Mar 1975; POB Yacopi, Cundinamarca, Colombia; citizen Colombia; Cedula No. 98649747 (Colombia) (individual) [SDNTK].

"CHEPITO HANDAL" (a.k.a. HANDAL PEREZ, Jose Miguel; a.k.a. "CHEPE HANDAL"), Col Bella Vista, Casa No. 09, Camino a Rotulo de Coca Cola, San Pedro Sula, Cortes, Honduras; DOB 14 May 1974; POB Honduras; nationality Honduras; citizen Honduras; National ID No. 0501-1974-03523 (Honduras); Tax ID No. ERQ1IZE (Honduras) (individual) [SDNTK] (Linked To: CORPORACION HANDAL S. DE R.L.; Linked To: EASY CASH S. DE R.L.; Linked To: AUTO PARTES HANDAL S. DE R.L. DE C.V.; Linked To: SUPERTIENDAS HANDAL S. DE R.L.; Linked To: JM TROYA).

"CHERAF, Abu Hamza" (a.k.a. CHERAF, Peter; a.k.a. CHERIF, Peter), Yemen; DOB 01 Jan 1982 to 31 Dec 1982; nationality France (individual) [SDGT].

"Cherepa" (a.k.a. BOJKOV, Vassil Kroumov; a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

"CHERGEIKO, S.V." (a.k.a. CHARHEIKA, Siarhei; a.k.a. CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ); a.k.a. CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ)), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

"CHEROKEE" (a.k.a. DE GARIKOITZ ASPIAZU RUBINA, Miguel; a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "TXEROKI"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

"CHEYO ANTRAX" (a.k.a. IMPERIAL CASTRO, Eliseo), Mexico; DOB 17 Jan 1984; POB Culiacan, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. IECE840117RCA (Mexico); C.U.R.P. IECE840117HSLMSL04 (Mexico) (individual) [SDNTK].

"CHI BANG" (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

"CHIBOLA" (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "GORDO MAX"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"); a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"CHICHO" (a.k.a. URDINOLA ALVAREZ, Hector Mario); DOB 26 Aug 1982; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 16844641 (Colombia) (individual) [SDNTK] (Linked To: JOYERIA MANUELLA H.M.).

"Chicken Little" (a.k.a. PEREZ SALAS, Nestor Isidro; a.k.a. "GARCIA, Nestor Isidro"; a.k.a. "Nini"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHICO BARROS" (a.k.a. BARROS FREDERICO, Lucio Francisco de Fatima; a.k.a. BARROS, Francisco de Fatima Frederico); DOB 13 May 1967; alt. DOB 06 Jun 1970; POB Praia, Cabo Verde; nationality Cabo Verde; citizen Cabo Verde; alt. citizen Guinea-Bissau; Passport I066302 (Cabo Verde); alt. Passport CA0120780 (Guinea-Bissau) issued 08 Apr 2006 expires 07 Apr 2009; National ID No. 16128971 (Cabo Verde) (individual) [SDNTK].

"Chico" (a.k.a. LOPEZ CENTENO, Jose Francisco; a.k.a. LOPEZ, Jose Francisco); DOB 17 Sep 1950; nationality Nicaragua; Gender Male; Passport C0915261 (Nicaragua) (individual) [GLOMAG].

"CHINGHEITY" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

"CHINO ANTRAX" (a.k.a. ARECHIGA GAMBOA, Jose Rodrigo), Calle Clavel 1487, Colonia Margarita, Culiacan, Sinaloa, Mexico; DOB 15 Jun 1980; POB Culiacan, Sinaloa, Mexico; Passport 040061677 (Mexico); Driver's License No. ARGARD80061 (Mexico); C.U.R.P. AEGR800615HSLRMD01 (Mexico) (individual) [SDNTK].

"Chino" (a.k.a. MURILLO MORGAN, Oscar), Cerrada Lorenzo de Zavala 147, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; DOB 01 Apr 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MUMO680401HSLRRS05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHIQUITO MALO" (a.k.a. AVILA VILLADIEGO, Jobanis de Jesus), Turbo, Antioquia, Colombia; DOB 10 Apr 1977; POB San Pedro de Uraba, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71987498 (Colombia) (individual) [ILLICIT-DRUGS-EO14059].

"CHISTYE GAZY PLYUS" (a.k.a. LIMITED LIABILITY COMPANY CHISTIE GAZY PLYUS; a.k.a. LIMITED LIABILITY COMPANY CLEAN GASES PLUS), Ul. Tvardovskogo D. 3, Str. 2, Office 1, Novosibirsk 630068, Russia; Tax ID No. 5409002937 (Russia); Registration Number 1165476068504 (Russia) [RUSSIA-EO14024].

"CHOCHO" (a.k.a. OROZCO RODRIGUEZ, Sergio Armando), Puerto Vallarta, Jalisco, Mexico; DOB 16 Feb 1967; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. OORS670216HJCRDR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHOCLOS" (a.k.a. VALENZUELA VERDUGO, Jorge Mario), Antonio Rosales 280, Centro Culiacan, Culiacan, Sinaloa 80000, Mexico; De Las Toronjas 1999, Culiacan, Sinaloa 80060, Mexico; Boulevard Constitucion 257 PTE, Colonia Jorge Almada, Culiacan, Sinaloa 80200, Mexico; Angel Flores 624, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 23 Oct 1982; POB Distrito Federal, Mexico; citizen Mexico; Gender Male; Cedula No. 09084650 (Mexico); R.F.C. VAVJ821023EL8 (Mexico); National ID No. 23038267151 (Mexico); C.U.R.P. VAVJ821023HDFLRR02 (Mexico) (individual) [SDNTK].

"Chote Maula" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria;

DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

"CHRISTY JNR." (a.k.a. KINAHAN JUNIOR, Christopher Vincent), 1404 Iris Blue Building, Dubai Marina, P.O. Box 11850, Dubai, United Arab Emirates; Calle Edificio El Noray, 2 Piso 1 B, Marbella, Spain; Urbanizacion Acosta Los Flamingos Golf, Bloque 82 D, Benahavis, Marbella, Spain; DOB 24 Sep 1980; alt. DOB 30 May 1981; POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PW2418905 (Ireland); alt. Passport PT0298836 (Ireland); alt. Passport PN8384153 (Ireland); alt. Passport 512964060 (United Kingdom); Identification Number 784198027625874 (United Arab Emirates); alt. Identification Number 166622091 (United Arab Emirates); alt. Identification Number 077449510 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"CHUCHI" (a.k.a. LORENZANA CORDON, Haroldo Geremias; a.k.a. LORENZANA CORDON, Haroldo Jeremias; a.k.a. "CHUCHY"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

"Chucho Perez" (a.k.a. PEREZ ALVEAR, Jesus), Guerrero, Mexico; DOB 12 Nov 1984; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; R.F.C. PEAJ-841112-UD1 (Mexico); C.U.R.P. PEAJ841112HDFRLS06 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS; Linked To: GALLISTICA DIAMANTE).

"CHUCHY" (a.k.a. LORENZANA CORDON, Haroldo Geremias; a.k.a. LORENZANA CORDON, Haroldo Jeremias; a.k.a. "CHUCHI"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

"CHUEI" (Japanese: "忠叡") (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. GOTOU, Chyuei; a.k.a. "AJA, Chuei" (Japanese: "アジャ忠叡"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

"CHUY LABRA" (a.k.a. AVILES, Jesus Labra; a.k.a. LABRA AVILES, Jesus Abraham); DOB 1945; nationality Mexico (individual) [SDNTK].

"CHUY MENDEZ" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de

Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"Chuy" (a.k.a. LARRANAGA HERRERA, Jesus Norberto; a.k.a. "El 30"; a.k.a. "Treinta"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"CHUY" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY MENDEZ"; a.k.a. "EL CHANGO"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"CIAM" (Cyrillic: "ЦИАМ") (a.k.a. CENTRAL INSTITUTE OF AVIATION MOTORS), ul. Aviamotornaya, D. 2, Moscow 111116, Russia; Tax ID No. 7722497881 (Russia); Registration Number 1217700087285 (Russia) [RUSSIA-EO14024].

"CICCIOTTO E MEZZANOTTE" (a.k.a. BIDOGNETTI, Francesco); DOB 29 Jan 1951; POB Casal di Principe, Italy (individual) [TCO].

"CICKO" (a.k.a. BJELICA, Milovan), Starine Novaka Street BB, Sokolac, Republika Srpska, Bosnia and Herzegovina; DOB 19 Oct 1958; POB Rogatica, Bosnia-Herzegovina; National ID No. 1910958130007 (individual) [BALKANS].

"CICKO" (a.k.a. BRALO, Miroslav); DOB 13 Oct 1967; POB Kratine, Vitez (individual) [BALKANS].

"CIRA" (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN), United Kingdom [FTO] [SDGT].

"CITADEL HOLDING" (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

"CITADEL LLC" (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

"CITC" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"CITY PUBLIC JOINT STOCK COMPANY" (f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

"CIVIL COUNCIL OF HADRAMAWT" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

"CJSC MMRP" (a.k.a. CJSC MAGNITOGORSK MILL ROLLS PLANT; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV; a.k.a. "ZAO MZPV"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

"CJSC RNT" (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: AO РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "AO РНТ"); a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities;

Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"CLEANPOWER" (a.k.a. KLINPAUER), Ul. Smirnovskaya D. 25, Str. 8, Floor 1, Pomeshch. 16V, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743346040 (Russia); Registration Number 1207700314381 (Russia) [RUSSIA-EO14024].

"CMCT LLC" (a.k.a. INTERNATIONAL DIGITAL TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY (Cyrillic: ЦЕНТРМЕЖДУНАРОДНЫХ ЦИФРОВЫХ ТЕХНОЛОГИЙ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 28 etazh 13 kom. 40, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 02 Nov 2020; Organization Type: Activities of holding companies; Tax ID No. 9731072060 (Russia); Government Gazette Number 46260686 (Russia); Registration Number 1207700411137 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

"CNIIEISU" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF ECONOMICS INFORMATICS AND MANAGEMENT SYSTEMS; a.k.a. "AO TSNII EISU" (Cyrillic: "ЦНИИ ЭИСУ")), Ul. Bronnaya M D., STR. 1, Saint Petersburg 123104, Russia; Website cniieisu.ru; Organization Established Date 11 Nov 1991; Organization Type: Other information technology and computer service activities; Target Type Government Entity; Tax ID No. 7703824477 (Russia); Registration Number 1147748143344 (Russia) [RUSSIA-EO14024].

"CNRG" (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb

2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"COAL TAR COMPANY" (Arabic: " قطران پالایش" (شرکت پالایش قطران ذغال سنگ :Arabic) .a.k.a (رژکالسنگ COAL TAR REFINING COMPANY; a.k.a. "C.T.R."), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"COCHAN" (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN GROUP; a.k.a. COCHAN S.A.; a.k.a. GRUPO COCHAN), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

"COCO S.A." (a.k.a. COLLECTION CONCEPT S.A.; a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico, Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

"COLETA" (a.k.a. SANCHEZ REY, German Gonzalo), Calle 41A No. 55-49, Bogota, Colombia; DOB 22 Feb 1973; POB Barrancabermeja, Santander, Colombia; Cedula No. 79625841 (Colombia) (individual) [SDNTK].

"COLOCHO DE WESTER" (a.k.a. ERAZO NOLASCO, Eduardo); DOB 09 Jul 1972; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"COLONEL OMEGA" (a.k.a. NTAWUNGUKA, Pacifique; a.k.a. NTAWUNGULA, Pacifique; a.k.a. "NZERI"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

"Colonel Rock" (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka, a.k.a. MOKOM, Maxim;

a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

"COLOR WORLD LTD" (a.k.a. LIMITED LIABILITY COMPANY TSVETNOY MIR; a.k.a. TSVETNOI MIR), Ul. Very Voloshinoi D. 27, Kv. 72, Mytishchi 141014, Russia; Tax ID No. 5029114546 (Russia); Registration Number 1085029004257 (Russia) [RUSSIA-EO14024].

"Comandante Tarjetas" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"COMBA" (a.k.a. LOPEZ PENA, Julio Cesar; a.k.a. "JULITO"), Carrera 71 No. 10 Bis 103, Cali, Colombia; Avenida 4O No. 6-140, Apt. 1301, Cali, Colombia; Calle 62 No. 4C-18, Cali, Colombia; Carrera 72 No. 10 bis 21, Apt. 303, Cali, Colombia; Carrera 16 No. 21N-02, Armenia, Colombia; DOB 25 Jun 1961; POB Chaparral, Tolima, Colombia; citizen Colombia; Cedula No. 16655942 (Colombia) (individual) [SDNT].

"COMBA (a.k.a. CALLE SERNA, Luis Enrique; a.k.a. CALLE SERNA, Manuel; a.k.a. "COMBATIENTE"), Carrera 24C No. 33B-108, Santa Monica, Casanare, Colombia; Calle 1 No. 56-109, Seminario B, Caro 31, Cali, Colombia; Avenida 8N No. 9N-57, Cali, Colombia; DOB 16 Aug 1976; POB Cali, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 94487319 (Colombia) issued 31 Oct

1994; Passport AI811078 (Colombia) issued 09 May 2003; alt. Passport AH454934 (Colombia); alt. Passport 94487319 (Colombia) issued 09 May 2003 expires 09 May 2013 (individual) [SDNT].

"COMBA" (a.k.a. CALLE SERNA, Javier Antonio; a.k.a. "COMBATIENTE"); DOB 02 Feb 1969; POB Puerto Asis, Putumayo, Colombia; citizen Colombia; Cedula No. 16760066 (Colombia) (individual) [SDNTK].

"COMBATIENTE" (a.k.a. CALLE SERNA, Luis Enrique; a.k.a. CALLE SERNA, Manuel; a.k.a. "COMBA"), Carrera 24C No. 33B-108, Santa Monica, Casanare, Colombia; Calle 1 No. 56-109, Seminario B, Caro 31, Cali, Colombia; Avenida 8N No. 9N-57, Cali, Colombia; DOB 16 Aug 1976; POB Cali, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 94487319 (Colombia) issued 31 Oct 1994; Passport AI811078 (Colombia) issued 09 May 2003; alt. Passport AH454934 (Colombia); alt. Passport 94487319 (Colombia) issued 09 May 2003 expires 09 May 2013 (individual) [SDNT].

"COMBATIENTE" (a.k.a. CALLE SERNA, Javier Antonio; a.k.a. "COMBA"); DOB 02 Feb 1969; POB Puerto Asis, Putumayo, Colombia; citizen Colombia; Cedula No. 16760066 (Colombia) (individual) [SDNTK].

"COMEXCAFE" (a.k.a. COMPRADORES Y EXPORTADORES DE CAFE CAPTZIN, SOCIEDAD ANONIMA), Canton La Candelaria Z.0, La Democracia, Huehuetenango, Guatemala; NIT # 68897952 (Guatemala) [ILLICIT-DRUGS-EO14059].

"COMMANDANT PHARAON" (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "MUKANDA"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

"COMMANDER PUTOL" (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRON, Radullan; a.k.a. SAHIRUN, Radulan; a.k.a. "SAJIRUN, Radulan"); DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines (individual) [SDGT].

"COMMUNICATION INDUSTRY TECHNOLOGISTS" (a.k.a. FANAVARAN COMMUNICATION INDUSTRY COMPANY; a.k.a. FANAVARAN SANAT ERTEBATAT

COMPANY (Arabic: شرکت فن آوران صنعت ارتباطات)), Yousef Abad Neighborhood, Kordestan Express Way, Seyyed Sohrab Akhlaqi 37 Street, Number 38, First Floor, Tehran, Iran 1436613193, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2005; Registration Number 247799 (Iran); alt. Registration Number 10102884046 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

"COMPADRE" (a.k.a. FELIX TORRES, Javier; a.k.a. TAMAYO TORRES, Horacio; a.k.a. TORRES FELIX, Javier; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"COMPANY PRACTICAL SECURITY SYSTEMS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SISTEMY PRAKTICHESKOI BEZOPASNOSTI; a.k.a. SPB OOO), Ul. Politekhnicheskaya D. 22, Lit. A, Pomeshch 1-N/298, Saint Petersburg 194021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802869750 (Russia); Registration Number 1147847303867 (Russia) [RUSSIA-EO14024].

"COMRADE ARTEMIO" (a.k.a. FLORES HALA, Florindo Eleuterio); DOB 08 Sep 1961; POB San Juan de Siguas, Arequipa, Peru; citizen Peru (individual) [SDNTK].

"COMRADE JOSE" (a.k.a. QUISPE PALOMINO, Victor); DOB 01 Aug 1960; POB Ayacucho, Peru; citizen Peru (individual) [SDNTK] [SDGT].

"Comrade Olga" (a.k.a. LOYA VILCHEZ, Tarcela); DOB 1967 to 1969; POB Tambobamba community, Ayacucho district, Province of Huanta, Ayacucho Region, Peru (individual) [SDGT].

"COMRADE RAUL" (a.k.a. QUISPE PALOMINO, Jorge); DOB 02 Nov 1958; POB Ayacucho, Peru; citizen Peru (individual) [SDNTK] [SDGT].

"CONSTANTA" (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA, OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [PEESA-EO14039].

"CORTEZ" (a.k.a. CORTEZ COCINA AUTENTICA; a.k.a. NOCTURN INC, S. DE R.L. DE C.V.; a.k.a. NOCTURNUM INC, S. DE R.L. DE C.V.; a.k.a. "EL CORTEZ"; a.k.a. "RESTAURANT CORTEZ"; a.k.a. "RESTAURANTE CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

"COTTO" (a.k.a. FERNANDEZ FLAQUER, Kelvin Enrique), Dominican Republic; DOB 06 Dec 1977; POB Higuey, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0088747-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

"CPP" (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "NPP/CPP") [FTO] [SDGT].

"CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ") (a.k.a. CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВИАЯ ДИПЛОМАТИЯ); a.k.a. "PICREADI"; a.k.a. "PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ")), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

"CROCODILE" (a.k.a. MNANGAGWA, Emmerson; a.k.a. MNANGAGWA, Emmerson Dambudzo), Munhumutapa Building, Corner of Second and Samora Machel Avenue, Harare, Zimbabwe; 1 Chancellor Avenue, Harare, Zimbabwe; DOB 15 Sep 1946; alt. DOB 15 Sep 1942; POB Zvishavane, Zimbabwe; nationality Zimbabwe; Gender Male; Passport AD005831 (Zimbabwe) issued 11 Jan 2018 expires 10 Jan 2028; alt. Passport AD006846 (Zimbabwe) issued 04 Feb 2020 expires 03 Feb 2025; National ID No. 63450183P67 (Zimbabwe); President of Zimbabwe (individual) [GLOMAG].

"cronuswar" (a.k.a. POTEKHIN, Danil (Cyrillic: ПОТЕХИН, Данил); a.k.a. "SERGEY, Kireev Valerievich"), Voronezh, Russia; DOB 14 Sep 1995; alt. DOB 14 Sep 1990; alt. DOB 08 Aug 1990; Email Address potekhinl4@bk.ru; Gender Male; Digital Currency Address - XBT 1Q9UAQbcDezmyouFrzt94t4dSMxgsUfW1X; alt. Digital Currency Address - XBT 1Kys8fqDen8NGFUJ6AFcXfFW5qquuTH4eh; Digital Currency Address - ETH 0x7F367cC41522cE07553e823bf3be79A889D Ebe1B; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"CROOCK" (a.k.a. CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer); a.k.a. "CROOK"; a.k.a. "CRUCK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"CROOK" (a.k.a. CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer); a.k.a. "CROOCK"; a.k.a. "CRUCK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"CRUCK" (a.k.a. CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer); a.k.a. "CROOCK"; a.k.a. "CROOK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

"CRUZITA" (a.k.a. SANCHEZ MEDRANO, Cruz (Latin: SÁNCHEZ MEDRANO, Cruz)); Genaro Estrada, Sinaloa, Sinaloa 81960, Mexico; DOB 01 Nov 1980; POB Sinaloa, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. SAMC790809JD5 (Mexico); C.U.R.P. SAMC801101MSLNDR06 (Mexico) (individual) [SDNTK] (Linked To: CRUZITA NOVEDADES; Linked To: DISPERSORA GAEL, S.A. DE C.V.; Linked To: COMERCIALIZADORA GAEL 4, S.A. DE C.V.; Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

"CRYPT" (a.k.a. GALOCHKIN, Maksim; a.k.a. "BENTLEY"; a.k.a. "VOLHVB"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"CTS SLRC" (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

"CUC" (a.k.a. CHANGZHOU UTEK COMPOSITE COMPANY LTD), Fuhanyuan 1-812, New North District, Changzhou, Jiangsu 213022, China; Website utekcomposite.com; Organization Established Date 04 Jun 2012 [NPWMD].

"CUCHILLO" (a.k.a. GUERRERO CASTILLO, Pedro Oliveiro), Colombia; DOB 28 Feb 1970; POB San Martin, Meta, Colombia; Cedula No. 17355451 (Colombia) (individual) [SDNTK].

"CUCO" (a.k.a. VANOY MURILLO, Ramiro; a.k.a. VANOY RAMIREZ, Ramiro), Carrera 86 No. 13B-89, Apt. 302F, Cali, Colombia; DOB 31 Mar 1948; POB Yacopi, Cundinamarca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 462653 (Colombia) (individual) [SDNT].

"CURRENCY TRANSFER EXCHANGE" (a.k.a. CTEX COMPANY FOR EXCHANGE S.A.L.; a.k.a. CTEX EXCHANGE), Ahmad Chawki Street, Beirut, Lebanon; Website www.ctexlb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2061281 (Lebanon) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"D COMPANY" (a.k.a. DAWOOD IBRAHIM ORGANIZATION), India; Pakistan; United Arab Emirates [SDNTK].

"D.U.A.S.A." (a.k.a. DESARROLLO URBANISTICO DEL ATLANTICO, S.A.), Panama; RUC # 30564-13-239335 (Panama) [SDNTK].

"DA'AME" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"DADR, Behnam" (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Behnam; a.k.a. NAJAFPUR, Sa'id; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"DAGLO, Abdelraheem" (a.k.a. DAGALO, Abdelrahim Hamdan; a.k.a. DAGLO MOUSA, Abdul Rahman Hamdan; a.k.a. DAGLO MUSA, Abdelrahim Hamdan), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

"DAGO, Hassan Mohamed" (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin

Muhammad; a.k.a. DAQOU, Hassan Muhammad; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"DAH DAH" (a.k.a. ESSAADI, Moussa Ben Amor Ben Ali; a.k.a. "ABDELRAHMMAN"; a.k.a. "BECHIR"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

"DAHHAK, Abu" (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husayn; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

"DAJANAH, Abu" (a.k.a. AL-SHIHABI, Usama Amin; a.k.a. AL-SHIHABI, Usamah Amin; a.k.a. AL-SHOUHABI, Ossama Amin), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian (individual) [SDGT].

"DAKA" (Cyrillic: "ДАКА") (a.k.a. DAVIDOVIC, Miodrag (Cyrillic: ДАВИДОВИЋ, Миодраг)), Montenegro; DOB 01 Mar 1957; POB Niksic, Montenegro; nationality Montenegro; Gender Male; Passport B38HP2825 (Montenegro) expires 26 Mar 2028 (individual) [BALKANS-EO14033].

"DAL ENERJI A.S." (a.k.a. DAL ENERJI MADENCILIK TURIZM SANAYI VE TICARET ANONIM SIRKETI), Saadet Ishani Blok, No: 28/102 Hobyar Mahallesi, Istanbul, Turkey; Website www.daltrd.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jul 2022; Tax ID No. 2670668338 (Turkey); Chamber of Commerce Number 1387299 (Turkey); Business Registration Number 394431 (Turkey); Central Registration System Number 0267-0668-3380-0010 (Turkey) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

"DAMA" (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE

COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"DANIEL, Mohammad" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Muhammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male (individual) [SDGT].

"DANIEL, Muhammad" (a.k.a. TAYLOR, Mark; a.k.a. TAYLOR, Mark John; a.k.a. "Abu Abdul Rahman"; a.k.a. "AL-RAHMAN, Mark John"; a.k.a. "DANIEL, Mohammad"), Raqqa, Syria; DOB 1972 to 1974; POB New Zealand; nationality New Zealand; Gender Male (individual) [SDGT].

"DAQU, Hassan" (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"DAR'A, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Isma'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"DART, LLC" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"DART, TOV" (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

"DARWESH, Arkan Mohammed Hussein" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"DATA EAST" (a.k.a. DADEH AFZAR ARMAN; a.k.a. DATA PROCESSING OF EAST LLC), Tehran, Iran; Website https://daa.computer/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2015 to 19 Mar 2016; Organization Type: Other information technology and computer service activities [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

"Dato Sri" (a.k.a. CHING, Teo Boon), No. 65 Jalan Ledang, Taman Johor Tampoi, Johor Bahru, Johor 81200, Malaysia; DOB 24 Nov 1964; nationality Malaysia; Gender Male; National ID No. 641124015977 (Malaysia) (individual) [TCO] (Linked To: TEO BOON CHING WILDLIFE TRAFFICKING TRANSNATIONAL CRIMINAL ORGANIZATION).

"DAUD, Mamahud" (a.k.a. GABAANE, Maxamed Dauud; a.k.a. QAAWANE, Maxamed Daud; a.k.a. "DAUD, Maxamed"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"DAUD, Maxamed" (a.k.a. GABAANE, Maxamed Dauud; a.k.a. QAAWANE, Maxamed Daud; a.k.a. "DAUD, Mamahud"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"DAYAN GLOBAL" (a.k.a. DAYAN GLOBAL TRADE DIS TICARET ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI), Barbaros MH. Alzambak Sk. Varyap Meridian A Blk. Grand Tow. 2/354 Atasehir, Istanbul, Turkey; Gostep MAH, Istoc 3, CAD, SIT E Block Apt NO: 7 /51 Bagcilar, Istanbul, Turkey; Organization Established Date 20 Apr 2018; Commercial Registry Number 271136147400001 (Turkey) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

"D-BOY" (a.k.a. ROMERO GARCIA, Dany Balmore (Latin: ROMERO GARCÍA, Dany Balmore); a.k.a. "BIG BOY"), Pje. 6, Casa 11, Soyapango, San Salvador, El Salvador; DOB 26 Apr 1974; Identification Number 04237453-4 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"DCB" (a.k.a. DAEDONG CREDIT BANK; a.k.a. DAE-DONG CREDIT BANK; a.k.a. TAEDONG CREDIT BANK), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"DDM.LAB" (a.k.a. LIMITED LIABILITY COMPANY SOVREMENNOE OBORUDOVANIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

СОВРЕМЕННОЕ ОБОРУДОВАНИЕ); a.k.a. "LIMITED LIABILITY COMPANY MODERN EQUIPMENT"), d. 1, ofis 804.4, ul. Vasiliy Kozhinoy, Moscow 121096, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729391644 (Russia); Registration Number 1037739782057 (Russia) [RUSSIA-EO14024].

"DE GEETERE, Hmch" (a.k.a. DE GEETERE, Hans; a.k.a. DE GEETERE, Hans Maria Christiane Herve; a.k.a. "Dick Boss"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

"DE KONING, Martijns" (a.k.a. DE KONING, Martinus Pterus Henri; a.k.a. DE KONING, Martinus Pterus Henrikus; a.k.a. "DE KONING, Mph"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

"DE KONING, Mph" (a.k.a. DE KONING, Martinus Pterus Henri; a.k.a. DE KONING, Martinus Pterus Henrikus; a.k.a. "DE KONING, Martijns"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

"DEDO" (a.k.a. NEMBHARD, Norris; a.k.a. NEMHARD, Norris; a.k.a. "DIDO"); DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

"DEFENDER" (a.k.a. ZHUYKOV, Andrey; a.k.a. "DIF"), Sochi, Russia; Yekaterinburg, Russia; DOB 18 Feb 1982; nationality Russia; Email Address megaprof@gmail.com; alt. Email Address refflex@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"DEFENSE ENGINEERING, TOO" (a.k.a. DEFENS INZHINIRING; a.k.a. DEFENSE ENGINEERING LIMITED LIABILITY PARTNERSHIP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЭФЭНС ИНЖИНИРИНГ)), Ul. Dinmukhamed Konaev 12/1, Sultan, Kazakhstan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 27 Nov 2018; Company Number 181140030924 (Kazakhstan) [DPRK] (Linked To: MKRTYCHEV, Ashot).

"DEFENSE INDUSTRIES CORPORATION" (a.k.a. DEFENSE INDUSTRIES SYSTEM; a.k.a. MILITARY INDUSTRY CORPORATION; a.k.a. "DEFENSE INDUSTRY SYSTEM"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

"DEFENSE INDUSTRY SYSTEM" (a.k.a. DEFENSE INDUSTRIES SYSTEM; a.k.a. MILITARY INDUSTRY CORPORATION; a.k.a. "DEFENSE INDUSTRIES CORPORATION"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

"DEFENSE INITIATIVES COMPANY" (a.k.a. LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ); a.k.a. ТАА АBARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ)), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

"DEFENSE PRODUCTS INDUSTRIES" (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

"DENG, Gao" (a.k.a. ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景); a.k.a. "JIN, Gordon"; a.k.a. "ZHENG, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

"Denise Lee" (a.k.a. ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh; a.k.a. ARDAKANI, Gholam Reza Ebrahimzadeh; a.k.a. ARDAKANI, Gholamreza Ebrahimzadeh), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

"DEPARTMENT 30" (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"DEPARTMENT OF FINANCIAL INVESTIGATIONS" (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАНННЯЎ КАМІТЭТА

ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

"DERWISH, 'Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu") DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"DESIGN OFFICE VYMPEL" (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"DESTA" (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic

Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

"DEVOTEES OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"DFR" (Cyrillic: "ДФР") (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

"DGC" (a.k.a. DYNASTY GROUP OF COMPANIES; a.k.a. DYNASTY INTERNATIONAL COMPANY LIMITED; a.k.a. "DYNASTY INTERNATIONAL"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

"DHA'AME" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME";

a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"DHAR, Abu" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

"DHEERE, Ali" (a.k.a. RAGE, Ali Mohamed; a.k.a. RAGE, Ali Mohammed; a.k.a. "DHERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: AL-SHABAAB).

"DHEERE, Liban" (a.k.a. MOHAMED, Liban Yusuf; a.k.a. MOHAMED, Liibaan Yousuf), Puntland, Somalia; Yaqshid District, Mogadishu, Somalia; DOB 1978; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"DHERE, Ali" (a.k.a. RAGE, Ali Mohamed; a.k.a. RAGE, Ali Mohammed; a.k.a. "DHEERE, Ali"), Somalia; DOB 1966; POB Hawlwadag District, Mogadishu, Somalia; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: AL-SHABAAB).

"DHOFAYE" (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"DHOOFAYE" (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"Dhual" (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

"Dick Boss" (a.k.a. DE GEETERE, Hans; a.k.a. DE GEETERE, Hans Maria Christiane Herve; a.k.a. "DE GEETERE, Hmch"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

"DIDO" (a.k.a. NEMBHARD, Norris; a.k.a. NEMHARD, Norris; a.k.a. "DEDO"); DOB 05 Jan 1952; alt. DOB 05 Jan 1951; alt. DOB 12 May 1954; POB Jamaica (individual) [SDNTK].

"DIEGO CHAMIZO" (a.k.a. MUNOZ AGUDELO, Diego Alberto); DOB 16 May 1969; POB Medellin, Colombia; citizen Colombia; Cedula No. 98547065 (Colombia) (individual) [SDNTK].

"DIEGO RASTROJO" (a.k.a. PEREZ HENAO, Diego; a.k.a. VILLEGAS GOMEZ, Diego); DOB 07 Apr 1971; POB Bolivar, Valle de Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94369359 (Colombia); Passport AI729787 (Colombia) (individual) [SDNTK] (Linked To: LOS RASTROJOS).

"DIF" (a.k.a. ZHUYKOV, Andrey; a.k.a. "DEFENDER"), Sochi, Russia; Yekaterinburg, Russia; DOB 18 Feb 1982; nationality Russia; Email Address megaprof@gmail.com; alt. Email Address refflex@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"DIGITAL TECHNOLOGIES LLC" (a.k.a. LIMITED LIABILITY COMPANY DIGITAL TECHNOLOGIES; a.k.a. TSIFROVYE TEKHNOLOGII), 19 Vavilova Street, Moscow 117312, Russia; Tax ID No. 7736252313 (Russia); Registration Number 1157746819966 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"DINO" (a.k.a. FRAGOSO DO NASCIMENTO, Leopoldino), Luanda, Angola; DOB 05 Jun 1963; POB Luanda, Angola; nationality Angola; Gender Male; Passport N1999980 (Angola) expires 08 Apr 2036 (individual) [GLOMAG].

"DIOS Y CIEGO" (a.k.a. AGUINO ARBOLEDA, Onofre Junior (Latin: AGUIÑO ARBOLEDA, Onofre Junior)), Colombia; DOB 16 Sep 1989; POB Tumaco, Narino, Colombia; Gender Male; Cedula No. 1087132209 (Colombia) (individual) [SDNTK].

"DIRECTORATE OF DEFENSE PROCUREMENT" (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

"DIRECTORATE OF PROCUREMENT" (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

"DIRI, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Isma'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"DIRIYE, Abu" (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

"DISTRIBUTED REGISTRY SYSTEMS" (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

"DIV. 66" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"DIWM" (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

"DJAAFAR ABOU MOHAMED" (a.k.a. NAIL, Taleb; a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"); DOB circa 1972; nationality Algeria (individual) [SDGT].

"DJAFFAR" (a.k.a. FETTAR, Rachid; a.k.a. "AMINE DEL BELGIO"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT].

"DJALLAL" (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

"DJANET, el Hadj Hama" (a.k.a. BANA, Hama; a.k.a. HAMANI, Hamma; a.k.a. HAMANI, Mohammed); DOB 1967; POB Illizi, Algeria; nationality Algeria (individual) [SDGT] [LIBYA3]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"DJOLAIBA THE SUDANESE" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"DM, LLC" (a.k.a. LIMITED LIABILITY COMPANY DM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ДМ")), 4-N-3/413, CH.P./Ofis, Liter A, 6B, Ul. Tallinskaya, St. Petersburg 195196, Russia; House 6, Litera A, Office 302, Tallinskaya Street, St. Petersburg City 195196, Russia; Organization Established Date 01 Nov 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 7806293796 (Russia); Registration Number 781434142955 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"DMC" (a.k.a. DAMAVAND MINING (Arabic: دماوند معدنی); a.k.a. DAMAVAND MINING PUBLIC JOINT STOCK COMPANY), No 2 Dr Beheshti Avenue, Pakistan Street, Tehran 1531635511, Iran; 1, 2nd Alley, Pakistan Street, Dr Beheshti Avenue, Tehran, Iran; Website www.damavandmining.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100924838 (Iran); Registration Number 47269 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"DMNG AO" (Cyrillic: "ДМНГ АО") (a.k.a. DALMORNEFTEGEOFIZIKA AO (Cyrillic: ДАЛЬМОРНЕФТЕГЕОФИЗИКА АО)), Prospekt Mira, 426, Iuzhno Sakhalinsk 693004, Russia; Tax ID No. 6501146467 (Russia); Registration Number 1036500625677 (Russia) [RUSSIA-EO14024].

"DNP S.A." (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"), Ofiplaza El

Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

"DNP" (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

"DOCKRAT, F." (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCRATE, Farhad), Maulana Farhad; a.k.a. DOCRATE (Farhad), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

"DOCKRAT, J. I." (a.k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

"DOCTOR M.R.O." (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"DOCTOR PUERTA" (a.k.a. PUERTA PARRA, Gabriel), Carrera 30 No. 90-82, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION, S.A.; c/o COMERCIALIZADORA ANDINA BRASILERA S.A., Bogota, Colombia; c/o INDUSTRIAL MINERA Y PECUARIA S.A., Bogota, Colombia; c/o LA FRONTERA UNION GALVEZ Y CIA S EN C, Bogota, Colombia; DOB 01 Oct 1942; POB San Carlos, Antioquia,

Colombia; Cedula No. 8238830 (Colombia); Passport P020046 (Colombia) (individual) [SDNT].

"DOCTOR" (a.k.a. HADI, Abdul; DOB 01 Oct 1979; POB Nawzad District of Helmand Province; citizen Afghanistan (individual) [SDNT].

"DOLLY BELL" (a.k.a. DOLLY BELL DOO BEOGRAD-NOVI BEOGRAD), Partizanske Avijacije 4/III, Belgrade 11000, Serbia; Organization Established Date 12 May 2015; V.A.T. Number 108981819 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

"DON ALFREDO" (a.k.a. BAZAN OROZCO, Alberto; a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

"DON BERNA" (a.k.a. MURILLO BEJARANO, Diego Fernando; a.k.a. "ADOLFO PAZ"); DOB 23 Feb 1961; Cedula No. 16357144 (Colombia) (individual) [SDNTK].

"DON DAVID" (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "CAMPBELL, David"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

"DON EVARISTO" (a.k.a. LINARES CASTILLO, Jose Evaristo); DOB 27 Jul 1965; POB Restrepo, Meta, Colombia; Cedula No. 3273595 (Colombia) (individual) [SDNTK].

"DON GABRIEL" (a.k.a. CARTAGENA BENITEZ, Octavio; a.k.a. "GABRIEL PARACO"); DOB 18 Oct 1956; POB Urrao, Antioquia, Colombia; Cedula No. 15481237 (Colombia) (individual) [SDNTK].

"DON JAIRO" (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer;

a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

"DON JULIO" (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

"DON MARIO" (a.k.a. RENDON HERRERA, Daniel), Amalfi, Antioquia, Colombia; DOB 12 Nov 1964; alt. DOB 01 Dec 1964; POB Amalfi, Antioquia; nationality Colombia; citizen Colombia; Cedula No. 8011256 (Colombia) (individual) [SDNTK].

"DON PACHO" (a.k.a. FLOREZ UPEGUI, Francisco Antonio), c/o FLOREZ HERMANOS LTDA., Medellin, Colombia; c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; Calle 4 Sur No. 43B-60, Medellin, Colombia; DOB 10 May 1950; nationality Colombia; citizen Colombia; Cedula No. 8308988 (Colombia); Passport AG708213 (Colombia) (individual) [SDNT].

"DON PILO" (a.k.a. REYES GARZA, Agustin), c/o ESTETIC CARR DE OCCIDENTE, S.A. DE C.V., Guadalajara, Mexico; c/o ESTETICA CAR WASH S.A. DE C.V., Zapopan, Jalisco, Mexico; Calle Violetas No. 371, Colonia Las Bodegas, Zapopan, Jalisco, Mexico; Calle Comercio No. 50, Colonia Escandon, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal C.P. 11800, Mexico; Calle Milpa No. 87, Colonia El Vigia, Zapopan, Jalisco C.P. 45100, Mexico; Calle Persianas No. 204, Colonia Pensador Mexicano, Delegacion Venustiano Carranza, Mexico City, Distrito Federal C.P. 15510, Mexico; DOB 21 Aug 1957; POB Guadalajara, Jalisco, Mexico; alt. POB Tamaulipas, Mexico; R.F.C. REGA570821RCA (Mexico) (individual) [SDNTK].

"DON T" (a.k.a. RUANO YANDUN, Tito Aldemar; a.k.a. "DON TI"; a.k.a. "DON TITO"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality

Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

"DON TI" (a.k.a. RUANO YANDUN, Tito Aldemar; a.k.a. "DON T"; a.k.a. "DON TITO"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

"DON TITO" (a.k.a. RUANO YANDUN, Tito Aldemar; a.k.a. "DON T"; a.k.a. "DON TI"), Colombia; DOB 18 Oct 1975; POB Ipiales, Narino, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 98337819 (Colombia) (individual) [SDNTK].

"DON TOMAS" (a.k.a. QUINTERO SANCLEMENTE, Ramon Alberto; a.k.a. "EL INGENIERO"; a.k.a. "LUCAS"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

"DONA LUPE" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "GUADALUPE"; a.k.a. "LA GUERA"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"DPR SPARTA" (a.k.a. SPARTA BATTALION (Cyrillic: БАТАЛЬОН СПАРТА)), Donetsk Region, Ukraine; Organization Established Date 2014 [RUSSIA-EO14024].

"DR. ABBASI" (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"DR. IBRAHIM" (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad

Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

"DR. KHAMIS" (a.k.a. AL-MUHAMMAD, Khamis Sirhan); nationality Iraq; Ba'th party regional command chairman, Karbala (individual) [IRAQ2].

"DRUGS AND MEDICAL SUPPLIES" (a.k.a. MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION; a.k.a. MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION; a.k.a. "MEDIC"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"DSEC" (a.k.a. DIGITAL SECURITY; a.k.a. DIGITAL SECURITY RESEARCH GROUP; a.k.a. OOO DIGITAL SECURITY), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

"DSHRG RUSICH" (Cyrillic: "ДШРГ РУСИЧ") (a.k.a. MILITARY-PATRIOTIC CLUB RUSICH; a.k.a. RUSICH SABOTAGE AND ASSAULT RECONNAISSANCE GROUP; a.k.a. RUSICH TASK FORCE; a.k.a. SABOTAGE AND ASSAULT RECONNAISSANCE GROUP RUSICH; a.k.a. TASK FORCE RUSICH), St. Petersburg, Russia; Ukraine; Digital Currency Address - XBT bc1ql7dlyh8xz6tpqk92vztrhqh88dmjvcwrmsemr m; alt. Digital Currency Address - XBT bc1q2lpgjntr348pfvxhfy33ehmdzy3gmx8w4052z 6; Digital Currency Address - ETH 0xc2a3829F459B3Edd87791c74cD45402BA0a 20Be3; alt. Digital Currency Address - ETH 0x3AD9dB589d201A710Ed237c829c7860Ba86 510Fc; Digital Currency Address - USDT TX5GV4DyfxNB3rPkzZJhmqZ1efVmL4rEqG [RUSSIA-EO14024].

"DTSRC" (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government

Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

"DUARTE, Gentil" (a.k.a. SANTANILLA BOTACHE, Miguel; a.k.a. SANTILLANA, Miguel Botache), Caqueta Department, Colombia; Guaviare Department, Colombia; Venezuela; DOB 15 Oct 1964; alt. DOB 15 Oct 1963; POB Florencia, Caqueta Department, Colombia; nationality Colombia; citizen Colombia; Gender Male (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"DUGA PUSKA" (a.k.a. BAJAGIC, Zvonko); DOB 06 Sep 1953; POB Vlasenica, Bosnia-Herzegovina (individual) [BALKANS].

"DUKKO, Hassan" (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

"DULCEVOLCANCLN" (a.k.a. DULCE VOLCAN), Culiacan, Sinaloa, Mexico; Calle Cancun 156, Col. Isla Musala, Tachintle, Culiacan, Sinaloa 80065, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

"DULE" (a.k.a. TADIC, Dusan; a.k.a. "DUSKO"); DOB 1956; POB Cajnice, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

"DURA, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"DUSKO" (a.k.a. TADIC, Dusan; a.k.a. "DULE"); DOB 1956; POB Cajnice, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

"DVZ ZVEZDA AO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД

ЗВЕЗДА); a.k.a. FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY; a.k.a. "FEP ZVEZA JSC"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"DYNASTY INTERNATIONAL" (a.k.a. DYNASTY GROUP OF COMPANIES; a.k.a. DYNASTY INTERNATIONAL COMPANY LIMITED; a.k.a. "DGC"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

"Dzhordzhik" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia") DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

"Dzhorzhik" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia") DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

"DZTAS, Kasim" (a.k.a. OZTAS, Kasim; a.k.a. OZTASH, Kasim), Turkey; DOB 15 May 1982; POB Aydin, Soke, Turkey; alt. POB Ankara, Soke, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U02506696

(Turkey) expires 22 Jun 2016; alt. Passport 27466202076 (Turkey) expires 22 Jun 2021; National ID No. 27466202076 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"E.K.T." (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"EAST ASIA TRADING" (a.k.a. EAST ASIA GENERAL TRADING CO. LTD.; a.k.a. EAST ASIA TRADING IMPORT AND EXPORT TRADE CO., LTD.), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; No. 815, Duhui Plaza, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Website https://www.eastasiatrading.net/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Jun 2019; Business Registration Number 101444 (Marshall Islands) [IRAN-EO13846]

(Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

"EBRAHIM, Sayed Omar Haji" (a.k.a. KASKAR, Anees Ibrahim; a.k.a. KASKAR, Shaikh Anis Ibrahim; a.k.a. "IBRAHIM, Haji Anees"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

"EBUBEKIR, Seyf" (a.k.a. ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر); a.k.a. "ABU BAKR, Saif" (Arabic: "سيف أبو بكر"); a.k.a. "BALUD, Sayf"; a.k.a. "BEKIR, Seyf Ebu"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894] (Linked To: HAMZA DIVISION).

"ECI" (a.k.a. ELECTRONIC COMPONENTS INDUSTRIES CO), Mirzaye Shirazi Boulevard, Sanaye Square, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"ECITECH" (a.k.a. ENGINEERING CENTER OF INNOVATIVE TECHNOLOGIES; a.k.a. TSENTR INNOVATSIONNYKH TEKHNOLOGII I INZHINIRINGA), 2 Zavodskoy proezd, office 632, Fryazino 141190, Russia; Tax ID No. 5050127869 (Russia); Registration Number 1165050054949 (Russia) [RUSSIA-EO14024].

"ECSO" (a.k.a. ESFAHAN STEEL COMPANY), End of Zob Ahan Highway- Esfahan Steel Company, 8593111111, Iran; Townhid building, end of Zob Ahan Highway No. 178, Saadi Boulevard, The Steel Highway, Esfahan 81756-14461, Iran; PO Box 81756-14461, No. 178 Saadi Boulevard, Esfahan, Iran; Website http://www.esfahansteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 25230 (Iran) [IRAN-EO13871].

"EDBI" (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

"EDITOR" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic:

КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8hWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"EEPC" (a.k.a. ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION; a.k.a. GLOBAL TRADING GROUP; a.k.a. GLOBAL TRADING GROUP NV), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

"EGYPT'S SOLDIERS" (a.k.a. AJNAD MASR; a.k.a. AJNAD MISR; a.k.a. "SOLDIERS OF EGYPT"), Egypt [SDGT].

"EICO" (a.k.a. ESFARAYEN INDUSTRIAL COMPLEX), No. 7 Alvand Alley Street, Ghaem

Magham Farahani Avenue, Tehran 1589673711, Iran; Number 20, Alvand St., Ghaem Magham-e-Farahani Ave, Tehran, Iran; 12th km of Bojnurd-Esfarayen Road, North Khorasan, Iran; PO Box 15745-513, Tehran, Iran; Website www.esfst.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1990; National ID No. 89046 (Iran) issued 1990 [IRAN-EO13871].

"EIKO" (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

"EKSPERT" (a.k.a. RSV-EKSPERT OOO; a.k.a. "NPK EXPERT"), ul. Voskhod d. 26/1, kabinet 101, Novosibirsk 630102, Russia; Festivalnaya d. 41, k. 2, 1 etazh, Moscow, Russia; Tax ID No. 5405979190 (Russia); Registration Number 1165476124395 (Russia) [RUSSIA-EO14024].

"EKT" (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-

france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"El 20" (a.k.a. LIZARRAGA MARTINEZ, Victor; a.k.a. "El Veinte"), Tacuichamona, Culiacan, Sinaloa, Mexico; Pueblos Unidos, Culiacan, Sinaloa, Mexico; DOB 23 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIMV720323HSLZRC07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL 20" (a.k.a. PINEDA ARMENTA, Leonardo; a.k.a. "EL TWENTY"; a.k.a. "EL VEINTE"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

"El 30" (a.k.a. LARRANAGA HERRERA, Jesus Norberto; a.k.a. "Chuy"; a.k.a. "Treinta"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL 50" (a.k.a. MARTINEZ RENTERIA, Gilberto; a.k.a. "EL CINCUENTA"; a.k.a. "EL GILIO"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

"EL 63" (a.k.a. ROCHIN HURTADO, Meliton; a.k.a. "EL SIXTY THREE"), Mexico; DOB 28 Oct 1975; POB Hermosillo, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROHM751028HSRCRL00 (Mexico) (individual) [SDNTK].

"EL ABUSADOR" (a.k.a. PERALTA, Cesar Emilio), Dominican Republic; DOB 30 Jan 1975; POB Distrito Nacional, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-0972783-4 (Dominican Republic) (individual) [SDNTK] (Linked To: INKUORTYN FIVE SRL; Linked To: SUPLINKA SRL; Linked To: FLOW GALLERY LOUNGE SRL; Linked To: UNLIMITED DANCE DISCOTECA SRL).

"EL AGUILA" (a.k.a. CIFUENTES GALINDO, Luis Eduardo); DOB 16 Mar 1960; Cedula No. 3254362 (Colombia) (individual) [SDNTK].

"EL ALEMAN" (a.k.a. RENDON HERRERA, Freddy Enrique), Colombia; DOB 21 Sep 1973; POB Colombia; nationality Colombia; citizen

Colombia; Cedula No. 15349556 (Colombia) (individual) [SDNTK].

"El Arabe" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Escorpion"; a.k.a. "El Hermano"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"EL ARQUITECTO" (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

"EL ATLANTE" (a.k.a. BAHENA MARTINEZ, Rogelio; a.k.a. LIRA SOTELO, Alfonso), Mexico; DOB 24 May 1970; alt. DOB 02 Dec 1970; POB Mexico City, D.F., Mexico; alt. POB Ixtlahuatenco Pedro Ascencio Alquisiras, Guerrero, Mexico; citizen Mexico; Gender Male; Passport G02447186 (Mexico) issued 01 Apr 2010 expires 01 Apr 2016; R.F.C. LISA7005242Y8 (Mexico); National ID No. 25887069638 (Mexico); C.U.R.P. LISA700524HDFRTL03 (Mexico) (individual) [SDNTK].

"EL BARBAS" (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan,

Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL BARBON" (a.k.a. FLORES APODACA, Agustin; a.k.a. "EL INGENIERO"; a.k.a. "EL NINO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

"EL BARNEY" (a.k.a. BERCIAN MANCHON, Moris Alexander); DOB 30 Oct 1984; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL BLANCO" (a.k.a. OLIVAS CHAIDEZ, Jose; a.k.a. "INGENIERO"), CRT Club Campestre Campestre 788 Teran, Tuxtla Gutierrez, Chiapas 29050, Mexico; DOB 29 Jul 1982; POB Tamazula, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. OICJ820729HDGLHS08 (Mexico) (individual) [SDNTK].

"EL CACHIRO" (a.k.a. RIVERA MARADIAGA, Javier Eriberto; a.k.a. "CACHIRO, Javier"; a.k.a. "RIVERA, Javier"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

"EL CACHIRO" (a.k.a. RIVERA MARADIAGA, Devis Leonel; a.k.a. "CACHIRO, Lionel"; a.k.a. "RIVERA, Leonel"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

"EL CAPITAN" (a.k.a. HERNANDEZ ZEA, Luis Antonio), Carrera 53 No. 35-35, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o AEROVIAS ATLANTICO LTDA. AEROATLANTICO LTDA., Baranquilla, Colombia; c/o ASOCIACION TURISTICA INTERNACIONAL S.C.S., Bogota, Colombia; c/o CIA CONSTRUCTORA Y

COMERCIALIZADORA DEL SUR LTDA., Bogota, Colombia; c/o GREEN ISLAND S.A., Bogota, Colombia; c/o INTERCONTINENTAL DE FINANCIACION AEREA  S.A., Bogota, Colombia; c/o INVERSIONES Y COMERCIALIZADORA INCOM LTDA., Cali, Colombia; c/o LARGO LEASING LTD., George Town, Cayman Islands; c/o TRANS PACIFIC WORLD LEASING LIMITED, Port Vila, Vanuatu; DOB 07 May 1960; POB Bogota, Colombia; Cedula No. 79252957 (Colombia); Passport P006320 (Colombia); alt. Passport PE022166 (Colombia) (individual) [SDNT].

"EL CARNICERO" (a.k.a. LIRA SOTELO, Javier; a.k.a. "EL HANNIBAL"), Mexico; DOB 16 Jul 1965; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Male; C.U.R.P. LISJ650716HDFRTV04 (Mexico); RFC LISJ650716SD0 (Mexico) (individual) [SDNTK].

"EL CHANGO" (a.k.a. MENDEZ VARGAS, Jesus; a.k.a. MENDEZ VARGAS, Jose de Jesus; a.k.a. MENDEZ, Jesus; a.k.a. "CHAMULA"; a.k.a. "CHANGO"; a.k.a. "CHANGO MENDEZ"; a.k.a. "CHUY"; a.k.a. "CHUY MENDEZ"), Tazumbos, Jalisco, Mexico; Calle Dr. Lose Luis Mora Col Morelos, Apatzingan, Michoacan, Mexico; Calle Carlos Salazar Col Buenos Aires, Apatzingan, Michoacan, Mexico; Toluca, Mexico, Mexico; Calle Acatitla 122, Col. Ferrocarril, Apatzingan, Mexico; Potrero Grande de C de Paracuaro, Apatzingan, Mexico; c/o Club Abaro, Ave Vicente Villada, Mexico City, Municipio de Mexico City, D.F., Mexico; DOB 28 Feb 1974; alt. DOB 06 Aug 1973; alt. DOB 18 Sep 1989; POB El Coloma, Michoacan; alt. POB Eduardo Neri, Guerrero; alt. POB Acapulco de Juarez, Guerrero; nationality Mexico; C.U.R.P. MEVJ890918HGRNRS09 (Mexico) (individual) [SDNTK].

"EL CHANGUITO ANTRAX" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGITO"; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CHANGUITO" (a.k.a. FELIX NUNEZ, Rafael Guadalupe; a.k.a. "CHANGITO"; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P.

FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CHATO" (a.k.a. QUINTERO ARCE, Juan Francisco), Mexico; DOB 26 Aug 1959; POB Mocorito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. QUAJ590826P41 (Mexico); C.U.R.P. QUAJ590826HSLNRN02 (Mexico) (individual) [SDNTK].

"EL CHAYO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); alt. R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"El Chess" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CHICHARRA" (a.k.a. SAMAYOA RECINOS, Aler Baldomero), Aldea Cuatro Caminos, Santa Ana Huista, Huehuetenango, Guatemala; Aldea Yuxen, Santa Ana Huista, Huehuetenango, Guatemala; DOB 27 Feb 1967; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-1300003118 (Guatemala); Passport 111331000031186 (Guatemala) issued 12 Feb 2001 expires 03 Jul 2012; NIT # 5566568 (Guatemala); Driver's License No. 30791794 (Guatemala); C.U.I. 1892644891331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"El Chino" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Nov 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL CHUTE" (a.k.a. CIFUENTES VARGAS, Orlando), c/o RESTAURANTE BAR PUNTA DEL ESTE, Cali, Colombia; c/o SERVIAGRICOLA CIFUENTES E.U., Cali, Colombia; DOB 10 Jun 1965; Cedula No. 14890941 (Colombia) (individual) [SDNT].

"EL CHUY GONZALEZ" (a.k.a. GONZALEZ PENUELAS, Jesus (Latin: GONZÁLEZ PEÑUELAS, Jesús)), Sinaloa, Mexico; DOB 10 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPJ691110HSLNXS09 (Mexico) (individual) [SDNTK].

"EL CINCUENTA" (a.k.a. MARTINEZ RENTERIA, Gilberto; a.k.a. "EL 50"; a.k.a. "EL GILIO"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

"EL CORTEZ" (a.k.a. CORTEZ COCINA AUTENTICA; a.k.a. NOCTURN INC, S. DE R.L. DE C.V.; a.k.a. NOCTURNUM INC, S. DE R.L. DE C.V.; a.k.a. "CORTEZ"; a.k.a. "RESTAURANT CORTEZ"; a.k.a. "RESTAURANTE CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

"EL DIABLITO DE HOLLYWOOD" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"; a.k.a. "EL DIABLO PEQUENO") DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DIABLITO" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DIABLO PEQUENO" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO") DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DIABLO" (a.k.a. HENRIQUEZ SOLORZANO, Borromeo Enrique; a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"EL DJAZAIRI, Abou Yasser (a.k.a. BOULGHIT, Boubakeur; a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

"EL DULCE" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL

MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"El Escorpion" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Arabe"; a.k.a. "El Hermano"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"EL FANTASMA" (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL BARBAS"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL FISH" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"; a.k.a. "PECADO PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL FLACO" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"EL FLACO" (a.k.a. SALGUEIRO NEVAREZ, Noel), Mexico; DOB 06 Jun 1969; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL FRESA" (a.k.a. HURTADO OLASCOAGA, Jose Alfredo), Mexico; DOB 02 Sep 1984; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOA840902HGRRLL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL GERA" (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL GIGIO" (a.k.a. SOSA CANISALES, Felipe de Jesus; a.k.a. "GIO") DOB 16 Jul 1968; citizen Mexico (individual) [SDNTK].

"EL GILILLO" (a.k.a. HIGUERA GUERRERO, Gilberto); DOB 14 Apr 1968; nationality Mexico (individual) [SDNTK].

"EL GILIO" (a.k.a. MARTINEZ RENTERIA, Gilberto; a.k.a. "EL 50"; a.k.a. "EL CINCUENTA"), Mexico; DOB 14 May 1987; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MARG870514HSRRNL00 (Mexico) (individual) [SDNTK].

"EL GOLIAT" (a.k.a. SERVICIO DE PROTECCION Y VIGILANCIA S.A.), De Los Semaforos De Seminole, 3 Cuadras al Sur, 2 Cuadras Arriba, 1 Cuadra al Sur, Casa #326, Managua, Nicaragua; Website www.elgoliat.com.ni/; Email Address ventas1@elgoliat.com.ni; alt. Email Address

facturacion@elgoliat.com.ni; RUC #
J0310000119627 (Nicaragua) [NICARAGUA].

"EL GORDO BAEZ" (a.k.a. GONZALEZ
APUSHANA, Armando; a.k.a. GONZALEZ
POLANCO, Amaury; a.k.a. GONZALEZ
POLANCO, Hermagoras; a.k.a. "GORDITO
POLANCO"; a.k.a. "MILCIADES"; a.k.a.
"UNCLE TOLI"), Avenida El Milagro, Edificio
Villa Virginia, Maracaibo, Zulia, Venezuela;
Karla Karolin Penthouse, Avenida 3 Entre 76 y
77, Maracaibo, Zulia, Venezuela; Maracaibo,
Zulia, Venezuela; Caja Seca, Zulia, Venezuela;
Merida, Merida, Venezuela; Maicao, Guajira,
Colombia; Aruba; DOB 19 Oct 1962; alt. DOB
19 Oct 1959; POB Maicao, Guajira, Colombia;
nationality Venezuela; alt. nationality Colombia;
citizen Venezuela; alt. citizen Colombia; Cedula
No. 7789819 (Venezuela); alt. Cedula No.
84041400 (Colombia) (individual) [SDNTK].

"EL GORDO DUFFAY" (a.k.a. GUTIERREZ
AGUIRRE, Duffay), Bogota, Colombia; DOB 16
Sep 1968; POB Buga, Valle, Colombia; Cedula
No. 14892384 (Colombia); Matricula Mercantil
No 01302280 (Colombia) (individual) [SDNT].

"EL GORDO" (a.k.a. ARRAIZA BETANCUR,
Mario Jorge; a.k.a. CORDON, Mario; a.k.a.
PAREDES CORDOVA, Jorge Mario; a.k.a.
PAREDEZ CORDOVA, Jorge Mario; a.k.a.
"HIPER"), Morazan El Progreso, Guatemala;
DOB 09 Jan 1966; POB Morazan, El Progreso,
Guatemala; nationality Guatemala; citizen
Guatemala; Passport 1102020001107JK
(Guatemala) (individual) [SDNTK].

"El Guero de Las Trancas" (a.k.a. LEON
VALDEZ, Jesus Manuel; a.k.a. "El Guero
Trancas"; a.k.a. "Guero de Las Trancas"; a.k.a.
"Guero Trancas"), Las Trancas, Tamazula,
Durango, Mexico; DOB 08 May 1977; POB
Durango, Mexico; nationality Mexico; Gender
Male; C.U.R.P. LEVJ770508HDGNLS02
(Mexico) (individual) [ILLICIT-DRUGS-
EO14059].

"El Guero Trancas" (a.k.a. LEON VALDEZ, Jesus
Manuel; a.k.a. "El Guero de Las Trancas";
a.k.a. "Guero de Las Trancas"; a.k.a. "Guero
Trancas"), Las Trancas, Tamazula, Durango,
Mexico; DOB 08 May 1977; POB Durango,
Mexico; nationality Mexico; Gender Male;
C.U.R.P. LEVJ770508HDGNLS02 (Mexico)
(individual) [ILLICIT-DRUGS-EO14059].

"El Guero" (a.k.a. GUZMAN LOPEZ, Joaquin;
a.k.a. "Guero Moreno"; a.k.a. "Moreno"),
Sinaloa, Mexico; DOB 16 Jul 1986; POB
Sonora, Mexico; nationality Mexico; Gender
Male; C.U.R.P. GULJ860716HSRZPQ01

(Mexico) (individual) [ILLICIT-DRUGS-
EO14059].

"EL HANNIBAL" (a.k.a. LIRA SOTELO, Javier;
a.k.a. "EL CARNICERO"), Mexico; DOB 16 Jul
1965; POB Mexico City, D.F., Mexico; citizen
Mexico; Gender Male; C.U.R.P.
LISJ650716HDFRTV04 (Mexico); RFC
LISJ650716SD0 (Mexico) [SDNTK].

"EL HARRACHI" (a.k.a. BELKALEM, Mohamed;
a.k.a. "ABDELALI ABOU DHER"); DOB 19 Dec
1969; nationality Algeria (individual) [SDGT].

"El Hermano" (a.k.a. ABOUZAID EL BAYEH,
Juan Manuel; a.k.a. "El Arabe"; a.k.a. "El
Escorpion"; a.k.a. "Nene"), Mexico; DOB 24 Oct
1972; POB Guadalajara, Jalisco, Mexico;
nationality Mexico; Gender Male; R.F.C.
AOEJ721024NM2 (Mexico); C.U.R.P.
AOBJ721024HJCBYN07 (Mexico) (individual)
[SDNTK].

"EL HIELERO" (a.k.a. CRUZ OVALLE, Juan
Carlos), 5 Calle, 1-35, Zona 1, Tecun Uman,
Ayutla, San Marcos, Guatemala; DOB 11 Sep
1975; alt. DOB 06 Nov 1975; POB Puerto
Barrios, Izabal, Guatemala; nationality
Guatemala; Gender Male; Cedula No. L-
1225277 (Guatemala); NIT # 844191K
(Guatemala); C.U.I. 1678215981801
(Guatemala) (individual) [SDNTK] (Linked To:
JC CAR AUDIO; Linked To: STAR MARKET
MELANYE).

"EL HUEVO" (a.k.a. LOPEZ LOPEZ, Servando),
Mexico; DOB 17 Sep 1974; POB Sinaloa,
Mexico; nationality Mexico; Gender Male;
C.U.R.P. LOLS740917HSLPPR01 (Mexico)
(individual) [ILLICIT-DRUGS-EO14059].

"EL ILUSTRE" (a.k.a. GUARIN LOAIZA, Jose
Berley (Latin: GUARÍN LOAIZA, José Berley));
DOB 13 Jun 1968; POB Tulua, Valle, Colombia;
Cedula No. 16365933 (Colombia) (individual)
[SDNTK].

"EL INDIO" (a.k.a. ALVAREZ ALVAREZ,
Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel;
a.k.a. ALVAREZ VASQUEZ, Jose Gerardo;
a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo;
a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo;
a.k.a. SANCHEZ SALAMANCA, Salvador;
a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL
GERA"), c/o AMERICAN TUNE UP, S.A. DE
C.V., Guadalajara, Jalisco, Mexico; Avenida
Gonzalez Gallo #2537, Sector Reforma,
Guadalajara, Jalisco, Mexico; DOB 03 Nov
1963; alt. DOB 24 Sep 1965; alt. DOB 10 May
1966; POB Las Avilas, Guerrero, Mexico;
nationality Mexico; citizen Mexico (individual)
[SDNTK].

"EL INDIO" (a.k.a. MESA PAEZ, Aristides
Manuel; DOB 25 Apr 1970; POB San Pedro de
Uraba, Antioquia, Colombia; citizen Colombia;
Cedula No. 71978727 (Colombia) (individual)
[SDNTK].

"EL INGENIERO" (a.k.a. QUINTERO
SANCLEMENTE, Ramon Alberto; a.k.a. "DON
TOMAS"; a.k.a. "LUCAS"), Carrera 16 No. 3-15,
Buga, Valle, Colombia; Calle 115 No. 9-50,
Bogota, Colombia; DOB 30 Nov 1960; alt. DOB
28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali,
Colombia; alt. POB Buga, Valle, Colombia;
citizen Colombia; Cedula No. 14881147
(Colombia); Passport AE048871 (Colombia)
(individual) [SDNT].

"EL INGENIERO" (a.k.a. FLORES APODACA,
Agustin; a.k.a. "EL BARBON"; a.k.a. "EL
NINO"), Calle Sierra Madre Occidental No.
1280, Colonia Canadas, Culiacan, Sinaloa
8000, Mexico; DOB 09 Jun 1964; POB Sinaloa,
Mexico; nationality Mexico; Gender Male;
Passport 040070827 (Mexico); R.F.C.
FOAA640609DX9 (Mexico); C.U.R.P.
FOAA640609HSLLPG00 (Mexico) (individual)
[SDNTK].

"EL INGENIERO" (a.k.a. CABRERA SARABIA,
Felipe; a.k.a. VELAZQUEZ MANJARREZ,
Miguel; a.k.a. "EL SENOR DE LA SIERRA");
DOB 23 Aug 1971; POB Santiago Papasquiaro,
Durango, Mexico; nationality Mexico; Gender
Male; C.U.R.P. CASF710823HDGBRL06
(Mexico) (individual) [SDNTK].

"El Invalido" (a.k.a. ZULETA NOSCUE, Pedro
Luis), Colombia; DOB 22 Sep 1964; POB
Corinto, Cauca, Colombia; Gender Male;
Cedula No. 18110470 (Colombia) (individual)
[SDNTK].

"El Jardinero" (a.k.a. FLORES SILVA, Audias),
Mexico; DOB 19 Nov 1980; POB Michoacan de
Ocampo, Mexico; nationality Mexico; Gender
Male; C.U.R.P. FOSA801119HMNLLD09
(Mexico) (individual) [SDNTK].

"EL JT" (a.k.a. FELIX TORRES, Javier; a.k.a.
TAMAYO TORRES, Horacio; a.k.a. TORRES
FELIX, Javier; a.k.a. "COMPADRE"), Calle
Paseo La Cuesta # 1550, Apt 6, Colonia Lomas
De Guadalupe, Culiacan Rosales, Sinaloa,
Mexico; DOB 19 Oct 1960; POB Mexico;
nationality Mexico; citizen Mexico (individual)
[SDNTK].

"EL KHADAFI" (a.k.a. RASCON RAMIREZ, Jose
Javier); DOB 24 Jul 1966; citizen Mexico
(individual) [SDNTK].

"EL LICENCIADO" (a.k.a. CAZARES
GASTELLUM, Victor Emilio; a.k.a. CAZARES

GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

"EL LICENCIADO" (a.k.a. LOPEZ NUNEZ, Damaso), Avenida Nicolas Bravo No. 1607, Colonia Guadalupe, Culiacan, Sinaloa 80220, Mexico; Calle Escobedo No. 24, Localidad El Dorado, Culiacan, Sinaloa 80450, Mexico; DOB 22 Feb 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. LOND660222IY5 (Mexico); alt. R.F.C. LOND660222SE7 (Mexico); C.U.R.P. LOND660222HSLPXM05 (Mexico) (individual) [SDNTK].

"EL LOCO BARRERA" (a.k.a. BARRERA BARRERA, Daniel), Colombia; DOB 06 Nov 1968; alt. DOB 15 Sep 1967; Cedula No. 18221599 (Colombia) (individual) [SDNTK].

"EL M" (a.k.a. NIEBLA GONZALEZ, Adelmo; a.k.a. NIEBLAS NAVA, Guillermo; a.k.a. "EL MEMO") DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

"EL MAGICO" (a.k.a. EL BALLOUTI, Younes (Arabic: ‎يونس البلوطي), Dubai, United Arab Emirates; DOB 04 Jan 1995; POB Antwerp, Belgium; nationality Belgium; National ID No. 95.01.04-133.03 (Belgium) (individual) [ILLICIT-DRUGS-EO14059].

"EL MAS LOCO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0

(Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"El Mayo" (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"EL MELLADO" (a.k.a. GALINDO MELLADO, Cruz; a.k.a. MELLADO CRUZ, Galdino; a.k.a. MELLADO CRUZ, Galindo), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

"EL MEMO" (a.k.a. NIEBLA GONZALEZ, Adelmo; a.k.a. NIEBLAS NAVA, Guillermo; a.k.a. "EL M") DOB 21 Dec 1958; citizen Mexico (individual) [SDNTK].

"EL MOJARRO" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL FISH"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"; a.k.a. "PECADO PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL MORENO" (a.k.a. PAEZ SOTO, Ramon Ignacio; a.k.a. "PAEZ Nachillo"; a.k.a. "PAEZ, Nacho"); DOB 31 Jul 1973; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

"EL MUHADO" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL FISH"; a.k.a. "EL MOJARRO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"; a.k.a. "PECADO PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL MUSICO" (a.k.a. GASTELUM IRIBE, Oscar Manuel; a.k.a. "SALGADO"), Monte Rosa #657, Colonia Montebello, Culiacan, Sinaloa 80227, Mexico; Rio de la Plata #3041, Colonia Lomas del Boulevard, Culiacan, Sinaloa 80110, Mexico; Antonio Palafox #1856 Int 42, Colonia Paseos del Sol, Zapopan, Jalisco, Mexico; DOB 05 Oct 1974; POB Jalisco, Mexico; nationality

Mexico; Gender Male; RFC GAI074100STQ3 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL NEGRO LOBO" (a.k.a. LOBO, Carlos Arnoldo; a.k.a. "NEGRO"), Col Toronjal, 2da Etapa, Casa 2, La Ceiba, Atlantida, Honduras; Col Toronjal, 2da Etapa, Casa 2, Numero 67, La Ceiba, Atlantida, Honduras; Colonia El Toronjal, Cuarta Etapa, Bloque, La Ceiba, Atlantida, Honduras; Hacienda La Rosita, La Ceiba, Atlantida, Honduras; French Harbour, Roatan, Islas de La Bahia, Honduras; Los Tangos, Copan, Honduras; Casa 67, Blq 02, San Pedro Sula, Cortes, Honduras; Hacienda Aldea La Rosita, Esparta, Atlantida, Honduras; Hacienda Satuye, Col. Satuye, La Ceiba, Atlantida, Honduras; DOB 28 May 1974; POB Esparta, La Ceiba, Honduras; Numero de Identidad 0103-1975-00009 (Honduras) (individual) [SDNTK].

"EL NEGRO" (a.k.a. SABORI CISNEROS, Raul; DOB 07 Jul 1963; POB Baja California Norte, Mexico; citizen Mexico (individual) [SDNTK].

"EL NICA" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"EL NICE" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"EL NICO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico;

DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"EL NINO" (a.k.a. FLORES APODACA, Agustin; a.k.a. "EL BARBON"; a.k.a. "EL INGENIERO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

"EL NINON" (a.k.a. BELTRAN ARAUJO, Mario German), Mexico; DOB 14 May 1992; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEAM920514HSRLRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL OCHO" (a.k.a. GUERRERO COVARRUBIAS, Adrian Alonso; a.k.a. GUERRERO COVARRUBIAS, Alonso), Mexico; DOB 10 Dec 1990; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCA901210HMNRVL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL OJON" (a.k.a. COLOSIO, Vincente; a.k.a. CONTRERAS, Miguel Angel; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

"EL ONDEADO" (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"EL OURASSI" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"EL PADRINO" (a.k.a. JAMIL GEORGES, Fahd; a.k.a. JAMIL GEORGES, Fuad; a.k.a. YAMIL

GEORGES, Fahd; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

"EL PAISA" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"El Panu" (a.k.a. MEDINA GONZALEZ, Oscar Noe; a.k.a. "Pan"; a.k.a. "Panu"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL PARA" (a.k.a. AMMARI, Saifi; a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

"EL PELON" (a.k.a. ORELLANA MORALES, Jairo Estuardo), Aldea Dona Maria, Zacapa, Guatemala; DOB 28 Sep 1973; POB Zacapa, Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 42080 (Guatemala); Passport 111904000420805 (Guatemala) issued 28 Aug 2008 expires 28 Aug 2013 (individual) [SDNTK].

"EL PESCADO" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL FISH"; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PEZ"; a.k.a. "PECADO PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL PEZ" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL FISH"; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "PECADO PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL PIOLO" (a.k.a. JACOME DEL VALLE, Omar Alfredo), c/o CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Huixquilucan, Estado de Mexico, Mexico; DOB 24 Oct 1958; POB Mexico; C.U.R.P. JAVO581024HDFCLM02 (Mexico) (individual) [SDNT].

"EL PROFE" (a.k.a. GOMEZ MARTINEZ, Servando; a.k.a. "EL PROFESOR"; a.k.a. "LA TUTA"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

"EL PROFESOR" (a.k.a. GOMEZ MARTINEZ, Servando; a.k.a. "EL PROFE"; a.k.a. "LA TUTA"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

"El Raton" (a.k.a. GUZMAN LOPEZ, Ovidio; a.k.a. "Raton Nuevo"), Mexico; DOB 29 Mar 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULO900329HSLZPV09 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"EL RATON" (a.k.a. MARCELO BARRAGAN, Antonio), Mexico; DOB 17 Jan 1983; citizen Mexico; Gender Male; R.F.C. MABA830117NJ0 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

"El Sapo" (a.k.a. MENDOZA GAYTAN, Gonzalo; a.k.a. MENDOZA GAYTAN, Hugo Gonzalo), Puerto Vallarta, Jalisco, Mexico; DOB 02 Oct 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGG881002HMNNYN02 (Mexico) (individual) [SDNTK].

"EL SENOR DE LA SIERRA" (a.k.a. CABRERA SARABIA, Felipe; a.k.a. VELAZQUEZ MANJARREZ, Miguel; a.k.a. "EL INGENIERO"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

"EL SENOR (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No.

19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"EL SIXTY THREE" (a.k.a. ROCHIN HURTADO, Meliton; a.k.a. "EL 63"), Mexico; DOB 28 Oct 1975; POB Hermosillo, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROHM751028HSRCRL00 (Mexico) (individual) [SDNTK].

"EL SOCIO" (a.k.a. RESTREPO VICTORIA, Eduardo), c/o AGROPECUARIA PALMA DEL RIO S.A., Ibague, Colombia; c/o RR TOUR, S.A. DE C.V., Guadalajara, Mexico; Calle 6 No. 3-73, Ibague, Tolima, Colombia; DOB 28 Sep 1958; POB Pital, Huila, Colombia; nationality Colombia; citizen Colombia; Cedula No. 12187343 (Colombia); Passport AG989562 (Colombia); alt. Passport AE678681 (Colombia) (individual) [SDNT].

"EL SOLDADO" (a.k.a. ROMAN FIGUEROA, Jorge Damian), Mexico; DOB 21 Aug 1978; POB Guaymas, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. ROFJ780821HSRMGR10 (Mexico) (individual) [SDNTK].

"El Tarjetas" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL TIO" (a.k.a. LOYA PLANCARTE, Dionicio; a.k.a. LOYA PLANCARTE, Dionisio), Calle Sin Nombre 100, Cenobio Moreno, Apatzingan, Michoacan 60710, Mexico; Joan Sebastian Bach 87, 2-B, Col Bosque de la Loma, Morelia, Michoacan, Mexico; La Calle Prolongacion Finlandia, Fracc Arboledas, Morelia, Michoacan, Mexico; DOB 21 Oct 1955; POB

Michoacan, Mexico; R.F.C. LOPD5510214S1 (Mexico) (individual) [SDNTK].

"EL TRECE" (a.k.a. TURCIOS ANGEL, Saul Antonio; a.k.a. "SHAYBOYS"); DOB 17 May 1978; POB Zaragoza, La Libertad, El Salvador; nationality El Salvador (individual) [TCO].

"EL TUNCO" (a.k.a. GONZALEZ HIGUERA, Jaime; a.k.a. "TUNCO"), Mexico; DOB 07 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOHJ720307HSLNGM00 (Mexico) (individual) [SDNTK].

"EL TURCO WALID" (a.k.a. MAKLED GARCIA, Valed; a.k.a. MAKLED GARCIA, Walid; a.k.a. WAKLED GARCIA, Walid), Calle Rio Orinoco, Ankara Building, Valle de Camoruco, Valencia, Carabobo, Venezuela; Guacara, Carabobo, Venezuela; Valencia, Carabobo, Venezuela; Puerto Cabello, Carabobo, Venezuela; Maracaibo, Zulia, Venezuela; Curacao, Netherlands Antilles; DOB 06 Jun 1969; nationality Venezuela; citizen Venezuela; Cedula No. 18489167 (Venezuela); Passport 18489167 (Venezuela) (individual) [SDNTK].

"EL TWENTY" (a.k.a. PINEDA ARMENTA, Leonardo; a.k.a. "EL 20"; a.k.a. "EL VEINTE"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

"El Veinte" (a.k.a. LIZARRAGA MARTINEZ, Victor; a.k.a. "El 20"), Tacuichamona, Culiacan, Sinaloa, Mexico; Pueblos Unidos, Culiacan, Sinaloa, Mexico; DOB 23 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIMV720323HSLZRC07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"EL VEINTE" (a.k.a. PINEDA ARMENTA, Leonardo; a.k.a. "EL 20"; a.k.a. "EL TWENTY"), Mexico; DOB 31 Mar 1970; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. PIAL700331HSLNRN00 (Mexico) (individual) [SDNTK].

"EL VIEJO" (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor; a.k.a. CAZAREZ GASTELLUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

"EL ZEIN, Mazen" (a.k.a. AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين); a.k.a. EL ZEIN, Mazen Hassan; a.k.a. "AL-ZAYN, Mazin"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; 51 Route des Vallees, Bis 3, Annemasse 74100, France; 46 Rue des Fontaines, Anthy Sur Leman 74200, France; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"el_nitr0jen" (a.k.a. AHMADZADEGAN, Sadegh; a.k.a. "Nitr0jen"; a.k.a. "Nitr0jen26"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"ELA" (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "JUNE 78") [SDGT].

"ELAR" (a.k.a. ELEKTRONNYI ARKHIV), Bumazhnyi Proezd D. 14, Str. 2, Moscow 127015, Russia; Sh. Leningradskoe Str. 25A, Office 9/3, Khimki 141402, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705001507 (Russia); Registration Number 5147746108868 (Russia) [RUSSIA-EO14024].

"ELECTROCOM SPB" (a.k.a. LIMITED LIABILITY COMPANY ELECTROCOM VPK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELEKTROKOM VPK), Pr-Kt Prosveshcheniya D. 99, Lit. A,

Pomeshch., 180N Office 1, Saint Petersburg 195299, Russia; Tax ID No. 7840062534 (Russia); Registration Number 1177847049049 (Russia) [RUSSIA-EO14024].

"ELECTRONIC SYSTEM GROUP" (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ESG"), 1st Floor, Hujji Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"ELESSA GROUP" (a.k.a. ELLISSA GROUP SA), 01 BP 6269, Cotonou, Atlantique, Benin; C.R. No. 03-B-1620 [SDNTK].

"ELIAS" (a.k.a. AKLI, Mohamed Amine; a.k.a. "KALI SAMI"; a.k.a. "KILLECH SHAMIR"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT].

"ELIX M" (a.k.a. LIMITED LIABILITY COMPANY ELIKS M (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛИКС М)), 17A Novolesnaya Street, Suite 1N, Room 14, Moscow 127055, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base

pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7720166348 (Russia); Registration Number 1027700337906 (Russia) [RUSSIA-EO14024].

"EL-QAIM, Ibn" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

"EL-TOUNSI, Abou Iyadh" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar ben; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

"EMAD, Abu" (a.k.a. AL MARRANI, Mutlaq Ali Aamer; a.k.a. AL-MARRANI, Motlaq Amer), Al-Jawf, Yemen; DOB 01 Jan 1984; Gender Male (individual) [GLOMAG].

"EMAD, Mohammad" (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Emad Az"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"EMATEL" (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ‏إيماتل‎); a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: ‏شركة ايماتل للاتصالات‎)), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira,

Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

"EMERALD SLEET" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"EMKA" (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY; a.k.a. EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY; a.k.a. NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY), Iran; Additional Sanctions Information - Subject

to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

"EMT OOO" (a.k.a. EUROMICROTECH; a.k.a. LLC EVROMIKROTEKH), ul. Vaneeva d. 205, office 506, Nizhniy Novgorod 603122, Russia; Tax ID No. 5262367076 (Russia); Registration Number 1195275054523 (Russia) [RUSSIA-EO14024].

"ENANO" (a.k.a. MONTERROSA-LARIOS, Marvin Geovanny; a.k.a. MONTERROSA-LARIOS, Marvin Jeovanny); DOB 21 May 1974; POB San Miguel, San Miguel, El Salvador; nationality El Salvador (individual) [TCO].

"EnExchanger" (a.k.a. GHORBANIAN, Mohammad; a.k.a. GHORBANIYAN, Mohammad; a.k.a. "Ensaniyat"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

"Engineer Morteza" (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "MURTADA, Muhandis"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"Engineer Saboor" (a.k.a. NASRATYAR, Abdul Saboor; a.k.a. SABOOR, Abdul); DOB 1986; POB Afghanistan (individual) [SDGT].

"ENID" (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. MATSA COMPANY; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ENKI" (a.k.a. TURASHEV, Igor Olegovich; a.k.a. "NINTUTU"), Russia; DOB 15 Jun 1981; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

"Ensaniyat" (a.k.a. GHORBANIAN, Mohammad; a.k.a. GHORBANIYAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

"Ensaniyat_Exchanger" (a.k.a. GHORBANIAN, Mohammad; a.k.a. GHORBANIYAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

"EPIT" (a.k.a. LIMITED LIABILITY COMPANY VOPLOSHCHENIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОПЛОЩЕНИЕ)), Apartment 54, 76/39 Shamilya Usmanova Street, Naberezhniye Chelny 423823, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650350558 (Russia); Registration Number 1171690064215 (Russia) [RUSSIA-EO14024].

"EPL" (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO

LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

"EPO SIGNAL" (a.k.a. ENGELSSKOE PRIBOROSTROITELNOE OBYEDINENIE SIGNAL), KV-L 1-l, Privolzhskii 413119, Russia; Tax ID No. 6449042991 (Russia); Registration Number 1026401974972 (Russia) [RUSSIA-EO14024].

"EQUIPOSPA" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"ERA AO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА); a.k.a. ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY; a.k.a. VLADIVOSTOK ELECTRICAL COMPANY ERA JSC), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"ERJM LTD" (a.k.a. ERJM LIMITED), 18 Regent Street Kingswood, Bristol, Avon BS15 8JS, United Kingdom; Website www.erjmltd.com; Organization Established Date 08 Jul 2016;

V.A.T. Number GB264205718 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: GRIMM, Matthew Simon).

"ERNESTO BAEZ" (a.k.a. DUQUE GAVIRIA, Ivan Roberto); DOB 09 May 1955; POB Aguadas, Caldas, Colombia; Cedula No. 10241940 (Colombia) (individual) [SDNTK].

"ESG GROUP" (a.k.a. ENTEBAGH GOSTAR COMPANY; a.k.a. ENTEBAGH GOSTAR SEPEHR; a.k.a. ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.com; alt. Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"ESG" (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD]

(Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

"ESKAM" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"ESO" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"ETA" (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "K.A.S.") [SDGT].

"ETSM" (a.k.a. EDINYI TSENTR METALLOOBRABOTKI; a.k.a. UNIFIED METALWORKING CENTER), 11V Mikhailova St., Saint Petersburg 195009, Russia; Pr-Kt Engelsa D. 27, Lit. K, Pomeshch. 1-N, Kom. 52, Saint Petersburg 194156, Russia; Secondary sanctions risk: this person is designated for

operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802574250 (Russia); Registration Number 1167847190169 (Russia) [RUSSIA-EO14024].

"ETT" (a.k.a. ETT DISTRIBUTION BV; a.k.a. EUROPEAN TECHNICAL TRADING; a.k.a. EUROPEAN TT DISTRIBUTION), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

"EUROCOMPANY LTD." (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSADRUZHIE OOD; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

"EX-CLE" (a.k.a. EX-CLE C.A.; a.k.a. EX-CLE SOLUCIONES BIOMETRICAS C.A.), Municipio Libertador, Parroquia Catedral, Urbanizacion Catedral, Avenida Sur, Esquina Sociedad a Gradillas, Edificio Bompland, Caracas, Venezuela; 2da Transversal entre 2da y 3er Avenida de Santa Eduvigis, Municipio Sucre, Caracas, Estado Miranda, Venezuela; RIF # J407882333 (Venezuela) [VENEZUELA] (Linked To: MADURO MOROS, Nicolas).

"EXTERNAL SECURITY ORGANIZATION" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL

OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"EXTERNAL SERVICES ORGANIZATION" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"EYNAKI" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"EZALDEEN, Mohammed Emad" (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number

24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"FADI" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"FAHIYE, Abdirahman" (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"Fahmi Slim" (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

"FAIZ, Shaikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"Faiza" (a.k.a. SEGUJJA, Elias; a.k.a. SUGUJA, Fezza; a.k.a. "Feeza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"FAKHRIZADEH" (a.k.a. FAKHRIZADEH, Mohsen; a.k.a. FAKHRIZADEH-MAHABADI, Mohsen); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0009228; alt. Passport 4229533 (individual) [NPWMD] [IFSR].

"FAM GROUP LIMITED LIABILITY COMPANY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM GRUPP), Malyi

Prospekt V. O D.57, K. 3, Saint Petersburg 199178, Russia; Tax ID No. 7801494474 (Russia); Registration Number 1097847123065 (Russia) [RUSSIA-EO14024].

"FAM HOLDING LIMITED LIABILITY COMPANY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM KHOLDING), Malyi Prospekt V.O., 57 K3 - 12N Pomeshchenie 1 Floor, Saint Petersburg 199178, Russia; Tax ID No. 7801454070 (Russia); Registration Number 1079847091411 (Russia) [RUSSIA-EO14024].

"FAM ROBOTICS LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM ROBOTIKS; a.k.a. "LIMITED LIABILITY COMPANY FAMROBOTIKS"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pom.12N, Saint Petersburg 199178, Russia; Tax ID No. 7801431788 (Russia); Registration Number 1077847102695 (Russia) [RUSSIA-EO14024].

"FARAZ" (a.k.a. SABAHI, Mohammad Reza; a.k.a. SABAHI, Mohammed Reza); DOB 02 Dec 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 041-023144-4 (Iran) (individual) [CYBER2].

"FARC DISSIDENTS FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

"FARC DISSIDENTS SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"FARC-D FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

"FARC-D SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"FARI, Abu-al-Abbas Adil Abdu" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"FARI, Abu-al-Abbas Adil Abduh" (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS";

a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

"FAROUK" (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

"FAROUQ" (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

"FAST4RELEASE" (a.k.a. WU, Huihui; a.k.a. "WAKEMEUPUPUP", China; DOB 15 Dec 1988; POB Shandong, China; nationality China; Gender Male; Digital Currency Address - XBT 1986rYHckYbJpGQJy6ornuMyD2N5MTqwDt; alt. Digital Currency Address - XBT 125W5ek3DT6Zqy5S2iPt4FHQdNMCbZA3FU; alt. Digital Currency Address - XBT 1Kc6egXevyLEaeTxLFA1Zyw7GuhCN8jQtt; alt. Digital Currency Address - XBT 12w6v1qAaBc4W8h8C2Cu5SKFaKDSv3erUW; alt. Digital Currency Address - XBT 1CPJak9ZyddbawMGJPyEhCiJLXXb4sYv8N; alt. Digital Currency Address - XBT 1DJoVLgn1foJHHngduRPJvRbwpaFEKxvxd; alt. Digital Currency Address - XBT 15kZobLkD6HZgEECtz4oS2Vz21XHTnNfSg; alt. Digital Currency Address - XBT 15qyVrZvvVGvB7GWiAZ82TNcZ6QWMKu3kx; alt. Digital Currency Address - XBT 12YCfVAEzkEZXBYhUTyJJaRkgMXiFxJgcu; alt. Digital Currency Address - XBT 1MkCnCa9agS5t6V1B15bzusBgYECB4LfWp; alt. Digital Currency Address - XBT

1NuBZQXJPyYQGfoBib8wWBDpZmbtkJa5Ba; alt. Digital Currency Address - XBT 14rjAD8ZP5xaL571cMRE98qgxxbg1S8mAN; alt. Digital Currency Address - XBT 18yWCu6agTxYqAerMxiz9sgHrK3ViezzGa; alt. Digital Currency Address - XBT 12jVCWW1ZhTLA5yVnroEJswqKwsfiZKsax; alt. Digital Currency Address - XBT 1J378PbmTKn2sEw6NBrSWVfjZLBZW3DZem; alt. Digital Currency Address - XBT 18aqbRhHupgvC9K8qEqD78phmTQQWs7B5d; alt. Digital Currency Address - XBT 16ti2EXaae5izfkUZ1Zc59HMcsdnHpP5QJ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E59165201 (China) expires 01 Sep 2025; Identification Number 371326198812157611 (China) (individual) [DPRK3] (Linked To: LAZARUS GROUP).

"FATSA" (a.k.a. FATSA COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"FAWAKEH" (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

"FAYAZ, Sheikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"FAYO" (a.k.a. COLOSIO, Vicente; a.k.a. CONTRERAS, Miguel Angel; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "EL OJON"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen

Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

"Fedyunya" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Feeza" (a.k.a. SEGUJJA, Elias; a.k.a. SUGUJA, Fezza; a.k.a. "Faiza"; a.k.a. "Mulalo"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"FEP ZVEZA JSC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА); a.k.a. FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY; a.k.a. "DVZ ZVEZDA AO"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"FESRC JSC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329

(Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"FESRC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"FGUP NIIPA" (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

"FGUP-NIISK" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

"FIAN" (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES; a.k.a. LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "LPI RAS"), 53 Leninsky Ave, Moscow 119991, Russia; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

"FIIB" (a.k.a. FIRST ISLAMIC INVESTMENT BANK LIMITED), 19A-3A-3A, Level 31, Business Suite, UOA Centre, No. 19 Jalan, Pinang, Kuala Lumpur 50450, Malaysia; Financial Park Labuan Complex Unit 13 (C), Main Office Tower Jalan Merdeka, Labuan 87000, Malaysia; Website www.fiib.com.my; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"FINANCIAL INFORMATION SYSTEMS" (a.k.a. FINANSOVYE INFORMATSIONNYE SISTEMY), Ul. Dusi Kovalchuk D. 179/5, Novosibirsk 630049, Russia; Ul. Musy Dzhalilya D. 3/1, Of. 823, Novosibirsk 630055, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5445255281 (Russia); Registration Number 1085445000064 (Russia) [RUSSIA-EO14024].

"FINO" (a.k.a. FLORES APODACA, Salome; a.k.a. "PELON"); DOB 23 Oct 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 07040059504 (Mexico); R.F.C. FOAS621023Q97 (Mexico); C.U.R.P. FOAS621023HSLLPL04 (Mexico) (individual) [SDNTK].

"FIRMA KHORST" (a.k.a. RESEARCH AND PRODUCTION COMPANY HORST), Ul. Akademika Yangelya D 14, Korp 2, KV 257, Moscow 117534, Russia; Tax ID No. 7726038952 (Russia); Registration Number 1037739344004 (Russia) [RUSSIA-EO14024].

"FIRST ARMORED DIVISION" (Arabic: " الفرقة المدرعة الأولى") (a.k.a. FIRST DIVISION OF THE SYRIAN ARAB ARMY (Arabic: الفرقة الأولى الجيش العربي السوري); a.k.a. "1ST ARMORED DIVISION"), Syria [SYRIA-EO13894].

"FIRST CAPITAL COMMAND" (a.k.a. PRIMEIRO COMANDO DA CAPITAL; a.k.a. "PCC"), Brazil [ILLICIT-DRUGS-EO14059].

"FISHEYE" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxagun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"Fito" (a.k.a. MACIAS VILLAMAR, Jose Adolfo), Ecuador; DOB 30 Sep 1979; POB Santa Ana, Manabi, Ecuador; nationality Ecuador; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"FIVE STAR SHIPPING COMPANY" (a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING LINE"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"FIVE STAR SHIPPING LINE" (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR

LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "MFSL"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"FIYAZ, Sheikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"FIYYAZ, Sheikh" (a.k.a. AHMAD, Fayyaz; a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"FLACO USUGA" (a.k.a. MONTOYA USUGA, Alexander); DOB 14 Jun 1979; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71216560 (Colombia) (individual) [SDNTK].

"FLACO" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "LA MINA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"FLECHAS" (a.k.a. CANO CORREA, Jhon Eidelber; a.k.a. CANO, Jhonny; a.k.a. CARDONA RIBILLAS, Alejandro), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

"FLOROV, Aleksei" (a.k.a. FLOROV, Aleksei Vadimovich (Cyrillic: ФЛОРОВ, АЛЕКСЕЙ ВАДИМОВИЧ)), Russia; DOB 10 Sep 1983; nationality Russia; Gender Male; Passport 644804652 (Russia) expires 28 Oct 2016; Tax ID No. 501814379947 (Russia) (individual)

[RUSSIA-EO14024] (Linked To: ALBATROS OOO).

"FNBT LLC" (Cyrillic: "ООО ФНБТ") (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS LLC; a.k.a. PSB-FOREKS OOO), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"FOCA" (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

"FOCUS COMPANY" (a.k.a. FOCUS COMPANY SARL (Arabic: شركة فوكوس ميديا ش.م.ل.); a.k.a. FOCUS MEDIA S.A.R.L.), Plot 6864, Section 5, Block A, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration Number 2002046 (Lebanon) issued 21 Oct 2003 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

"FODHIL" (a.k.a. DJERMANE, Kamel; a.k.a. "ADEL"; a.k.a. "BILAL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria (individual) [SDGT].

"FOLLOWERS OF ISLAM IN KURDISTAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"FOOTADE, Abdurrahman" (a.k.a. NUROW, Yusuf Ahmed Hajji; a.k.a. "ADE, Gees"), Qunyo Barrow, Middle Juba, Somalia; DOB 1979; alt. DOB 1980; alt. DOB 1981; alt. DOB 1982; POB

Kobon, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"FOREIGN ACTION UNIT" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"FOREIGN RELATIONS DEPARTMENT" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"FORT DIALOGUE" (a.k.a. LIMITED LIABILITY COMPANY FORT DIALOG), Ul. Pushkina D. 33, Korpus 2, Office 209, Ufa 450093, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0275908848 (Russia); Registration Number 1160280122573 (Russia) [RUSSIA-EO14024].

"FOURTEEN STARS" (a.k.a. 14 STAR SHIPPING MANAGEMENT; a.k.a. FOURTEEN STAR SHIPPING MANAGEMENT), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

"Fox" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Prude"; a.k.a. "Royal Nuevo"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"FPI" (a.k.a. ADVANCED RESEARCH FOUNDATION; a.k.a. FOND PERSPEKTIVNYKH ISSLEDOVANIY (Cyrillic: ФОНД ПЕРСПЕКТИВНЫХ ИССЛЕДОВАНИЙ)), Nab. Berezhkovskaya, D. 22, Str. 3, Moscow 121059, Russia; Website fpi.gov.ru; Tax ID No. 7710480347 (Russia); Registration Number 1127799026596 (Russia) [RUSSIA-EO14024].

"FRD" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"FREDY COLAS" (a.k.a. MIRA PEREZ, Fredy Alonso); DOB 02 Jul 1966; POB Bogota, Colombia; citizen Colombia; Cedula No. 71683988 (Colombia) (individual) [SDNTK].

"FRENKI" (a.k.a. SIMATOVIC, Franko); DOB 01 Apr 1950; POB Belgrade, Serbia and Montenegro; ICTY indictee in Serb custody (individual) [BALKANS].

"Fritz" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Gimler"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"FRUIT PLUS" (a.k.a. FRUIT PLUS MALDIVES PVT LTD), Double Eight, Buruzu Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jan 2018; Organization Type: Wholesale of food, beverages and tobacco; Registration Number C-0115/2018 (Maldives); Permit Number IG0218T102018 (Maldives) issued 11 Feb 2018 [SDGT] (Linked To: AFRAAH, Ahmed).

"FSB" (a.k.a. FEDERAL SECURITY SERVICE; a.k.a. FEDERALNAYA SLUZHBA BEZOPASNOSTI), Ulitsa Kuznetskiy Most, Dom 22, Moscow 107031, Russia; Lubyanskaya Ploschad, Dom 2, Moscow 107031, Russia; 1/3 Bolshaya Lubyanka St, Moscow 107031, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 1994; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] [HOSTAGES-EO14078].

"FSM" (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels,

Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

"FSMTC" (a.k.a. FEDERAL SERVICE FOR MILITARY-TECHNICAL COOPERATION; a.k.a. "FSVTS"), Ovchinnikovskaya Nab., 18/1, Moscow 115035, Russia; Organization Established Date 23 Aug 2004; Target Type Government Entity; Tax ID No. 7705513237 (Russia); Registration Number 1047705052427 (Russia) [RUSSIA-EO14024].

"FSUE ISR" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

"FSUE RISR" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

"FSUE TSENKI" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "AO TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

"FSVTS" (a.k.a. FEDERAL SERVICE FOR MILITARY-TECHNICAL COOPERATION; a.k.a. "FSMTC"), Ovchinnikovskaya Nab., 18/1, Moscow 115035, Russia; Organization Established Date 23 Aug 2004; Target Type Government Entity; Tax ID No. 7705513237 (Russia); Registration Number 1047705052427 (Russia) [RUSSIA-EO14024].

"FT-LOGISTIC" (a.k.a. SIBELKOM-LOGISTIK OOO), d. 58 ofis 607, ul. Dostoevskogo, Novosibirsk 630005, Russia; ul. Mendeleeva d. 5, kvartira 30, Novosibirsk 630110, Russia; Tax ID No. 5404462899 (Russia); Registration Number 1125476094567 (Russia) [RUSSIA-EO14024].

"FUJIE PETROCHEM" (a.k.a. FUJIE PETROCHEMICAL ZHOUSHAN CO., LTD.), 304-15, Ganghang Building, Shengsixian Maji Shangang District, Zhoushan, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 330935000003013 (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"FUND ENERGY" (a.k.a. FOND ENERGIA; a.k.a. FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY; a.k.a. FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

"FZNC" (a.k.a. THE FOUNDATION FOR NATIONAL VALUES PROTECTION (Cyrillic: ФОНДА ЗАЩИТЫ НАЦИОНАЛЬНЫХ ЦЕННОСТЕЙ)), Moscow, Russia; Website fznc.world; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: MALKEVICH, Alexander Aleksandrovich; Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"GAAMEI" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"GABRIEL PARACO" (a.k.a. CARTAGENA BENITEZ, Octavio; a.k.a. "DON GABRIEL"); DOB 18 Oct 1956; POB Urrao, Antioquia, Colombia; Cedula No. 15481237 (Colombia) (individual) [SDNTK].

"GALJE'EL, Abdisamad" (a.k.a. SAMAD, Abdi; a.k.a. "HAWIYE, Abdisamad"), Kurtunwaarey, Lower Shabelle, Somalia; DOB 1988; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"GALLO" (a.k.a. LEON RODRIGUEZ, Juvenal), Mexico; DOB 01 Sep 1976; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. LERJ760901HGTNDV06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GAN" (a.k.a. GANADEROS AGRICULTORES DEL NORTE, S. DE R.L. DE C.V.), Bo Las Flores, Frente al Salon Latino, No. 15, Tocoa, Colon, Honduras; 6 St 11 Ave, Morazan Boulevard, San Pedro Sula, Cortes, Honduras; Montanuela, Choloma, Cortes, Honduras; 6 Calle, El Barrio Morazan, San Pedro Sula, Cortes, Honduras; RTN 05019005483678 (Honduras) [SDNTK].

"GAO, Shan" (a.k.a. HAGHIGHAT, Ghasem), China; Iran; DOB 19 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9302650 (Iran) expires 04 Dec 2012; alt. Passport A0026483 (Iran) expires 25 Nov 2004 (individual) [NPWMD] [IFSR] (Linked To:

BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

"GAO-R FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

"GAO-R SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"GARANTI GOLD AND EXCHANGE" (a.k.a. GARANTI IHRACAT ITHALAT KUYUMCULUK DIS TICARET LIMITED SIRKETI), Ali Gulacti Center Apt, No: 6-302 Mimar Kemalettin Mahallesi, Koca Ragippasa Caddesi, Fatih, Istanbul 34130, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13886, as amended by Executive Order 13886; Organization Established Date 31 Oct 2017; Chamber of Commerce Number 1095528 (Turkey); Registration Number 105602-5 (Turkey); Central Registration System Number 389094978900001 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

"GARBAYA, AHMED" (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. SALWWAN, Samir; a.k.a. "SA-ID"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"GARCIA, Carlos Alberto" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA";

a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"GARCIA, Nestor Isidro" (a.k.a. PEREZ SALAS, Nestor Isidro; a.k.a. "Chicken Little"; a.k.a. "Nini"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GAS AND GLASS COMPANY" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: كروه صنايع شيشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"GAS AND GLASS" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: كروه صنايع شيشه و گاز)); a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"GATEWICK" (a.k.a. GATEWICK AVIATION SERVICES; a.k.a. GATEWICK FREIGHT AND CARGO; a.k.a. GATEWICK LLC), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

"GATO" (a.k.a. SANCHEZ FARFAN, Wilder Emilio), Estancias Del Rio No. 16, MZ Sur, Tarqui, Guayaquil, Guayas, Ecuador; DOB 27 Sep 1980; POB Chacras, Arenillas, El Oro, Ecuador; nationality Ecuador; citizen Ecuador; Gender Male; Cedula No. 2100326350 (Ecuador) (individual) [ILLICIT-DRUGS-EO14059].

"GAZAALAN" (a.k.a. GAZA NOW (Arabic: غزة الآن); a.k.a. "GAZAALANNET"; a.k.a. "GNNANOW"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4eEFb8308bf32Bf7C72a1 358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F55 34feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197AD b92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

"GAZAALANNET" (a.k.a. GAZA NOW (Arabic: غزة الآن); a.k.a. "GAZAALAN"; a.k.a. "GNNANOW"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4eEFb8308bf32Bf7C72a1 358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F55 34feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT

0x175d44451403Edf28469dF03A9280c1197AD b92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

"GBOU VO AGNI" (a.k.a. ALMETYEVSK STATE OIL INSTITUTE; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION ALMETYEVSK STATE OIL INSTITUTE (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ АЛЬМЕТЬЕВСКИЙ ГОСУДАРСТВЕННЫЙ НЕФТЯНОЙ ИНСТИТУТ)), ul. Lenina, d. 2, Almetyevsk, Republic of Tatarstan 423450, Russia; Tax ID No. 1644005183 (Russia); Government Gazette Number 33861852 (Russia); Registration Number 1021601629642 (Russia) [RUSSIA-EO14024].

"GENCO" (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

"GENERAL DIRECTORATE OF PORTS" (a.k.a. GENERAL DIRECTORATE OF SYRIAN PORTS), Algazaer Street, Lattakia, Syria [SYRIA].

"General Gaduel" (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

"GENERAL LUBRICANTS" (a.k.a. DZHENERAL LUBRIKANTS), Ul. 2-Ya Mashinostroeniya D. 17, Str. 1, Et 2 Pom. I Kom 75 Of 1, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's

military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722487971 (Russia); Registration Number 1207700173317 (Russia) [RUSSIA-EO14024].

"GENESIS MARKETPLACE" (a.k.a. GENESIS MARKET; a.k.a. "GENESIS STORE"), Russia; Website genesis.market; alt. Website G3n3sis.org; alt. Website genesis7zoveavupiiwnrycmaq6uro3kn5h2be3el 7wdnbjti2ln2wid.onion; alt. Website g3n3sis.pro; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Mar 2018 [CYBER2].

"GENESIS STORE" (a.k.a. GENESIS MARKET; a.k.a. "GENESIS MARKETPLACE"), Russia; Website genesis.market; alt. Website G3n3sis.org; alt. Website genesis7zoveavupiiwnrycmaq6uro3kn5h2be3el 7wdnbjti2ln2wid.onion; alt. Website g3n3sis.pro; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Mar 2018 [CYBER2].

"GENI" (a.k.a. GENI GROUP; a.k.a. GENI S.A.; a.k.a. GENI SARL), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

"GENIT" (a.k.a. GENAITI), b-r Bolshoi (Innovatsionnogo Tsentra Skolkovo ter) d. 42, str. 1, et/pom.1/335, Moscow 121250, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701102208 (Russia); Registration Number 1187746256642 (Russia) [RUSSIA-EO14024].

"GEO KHIT" (a.k.a. GEO HIT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEO KHIT), Pl. Sovetsko-Chekhoslovatskoi Druzhby, Saratov 410059, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

Executive Order 14114.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 6451422711 (Russia); Registration Number 1086451002890 (Russia) [RUSSIA-EO14024].

"GERESANO ESCRIBAJO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRINAO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"GERESANO ESCRINAO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"GHARIB, Abbass" (a.k.a. GHARIB, Abbas Hassan (Arabic: عباس حسن غريب)), Tayir Harfa, Tyre, South Lebanon, Lebanon; DOB 25 Sep 1969; POB Tayir Harfa, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

"GHAURI, Atif" (a.k.a. GHAURI, Yahya Shoaib; a.k.a. GHOURI, Atif Yahya; a.k.a. "Qari Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"GHOLI, Hossein" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"GHOSH, Salah" (a.k.a. SALAH, Salah Abdallah Mohamed; a.k.a. SALEH, Salah Abdallah Mohamed; a.k.a. "GOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

"Ghowya" (a.k.a. ENAYATULLAH, Maulawi; a.k.a. FATEHULLAH, Mullah; a.k.a.

INAYATULLAH, Maulawi), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"GI" (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "IG") [SDGT].

"GIA" (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. ARMED ISLAMIC GROUP; a.k.a. GROUPEMENT ISLAMIQUE ARME) [SDGT].

"GIES GROUP" (a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LIMITED; a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LTD.), Unit 04, Bright Way Tower, No. 33, Mong Kok Road Kowloon, Hong Kong; 603-3-3, Miyun Road, Nankai District, Tianjin, China; Unit 902, 9/F, Technology Park, 18 On Lai Street, Shatin, N.T., Hong Kong; Website giesgroup.com [IFCA].

"GIF SA" (a.k.a. GROUPE D'INVESTISSEMENT FINANCIER SA), Avenue De La Ferme Rose 7 B. 15, Brussels 1180, Belgium; Roze Hoevelaan 7 B. 15, Brussels 1180, Belgium; 243 Avenue Dolez, Uccle 1180, Belgium; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Oct 2000; Identification Number 1298404-16 (Belgium); Registration Number 0473.155.607 (Belgium) [RUSSIA-EO14024].

"GIGIO" (a.k.a. VALENZUELA VALENZUELA, Sergio; a.k.a. "YIYO"), Mexico; DOB 20 Aug 1969; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVS690820HSLLLR00 (Mexico) (individual) [SDNTK].

"GILBERTO BARRAGAN" (a.k.a. BARRAGAN BALDERAS, Gilberto), Miguel Aleman, Tamaulipas, Mexico; DOB 19 May 1970; POB Miguel Aleman, Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"Gimler" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Serb"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"GIO" (a.k.a. SOSA CANISALES, Felipe de Jesus; a.k.a. "EL GIGIO") DOB 16 Jul 1968; citizen Mexico (individual) [SDNTK].

"GistaveDore" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "blade_runner"; a.k.a. "GustaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GIUSEPPE" (a.k.a. ABBES, Youcef), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 05 Jan 1965; POB Bab El Aoued, Algeria (individual) [SDGT].

"GKS" (a.k.a. GIGANT KOMPLEKSNYE SISTEMY; a.k.a. "JSC LTD GCS"), Proezd Zavodskoi 2, Pomeshch. 560, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050129707 (Russia); Registration Number 1165050057556 (Russia) [RUSSIA-EO14024].

"GLASS AND GAS CO." (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: كروه صناىع شىشة و كاز); a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "SHOGA"; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"GLE LLC" (a.k.a. LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЗПРОМ ЛИНДЕ ИНЖИНИРИНГ); a.k.a. "LLC GL ENGINEERING" (Cyrillic: "ООО ГЛ ИНЖИНИРИНГ")), d. 12 k. str. 1 pom. 1N chast pomeshch. 409, ul. Shkiperski Protok, St. Petersburg 199106, Russia; Tax ID No. 0266023912 (Russia); Registration Number 1040203382845 (Russia) [RUSSIA-EO14024].

"GLOBAL KEI" (a.k.a. GLOBAL KEY LIMITED LIABILITY COMPANY; a.k.a. "NOYFOX AS

LTD."), Ul. Ivana Fomina D. 6, Lit. B, Pomeshch. 402A, 402B, Saint Petersburg 194295, Russia; Website global-key.ru; Organization Established Date 18 Aug 2015; Tax ID No. 7802536470 (Russia); Registration Number 1157847282119 (Russia) [RUSSIA-EO14024].

"Globus" (a.k.a. KARYAGIN, Valentin Olegovich), Volgograd, Russia; DOB 19 Apr 1992; nationality Russia; Email Address valentin.karyagin@gmail.com; alt. Email Address globus290382@yandex.ru; alt. Email Address valentinka.ne@mail.ru; alt. Email Address v.karyagin@neovox.ru; Gender Male (individual) [CYBER2].

"GNII VM" (Cyrillic: "ГНИИ ВМ") (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

"GNIM" (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GSIM") [FTO] [SDGT].

"GNNANOW" (a.k.a. GAZA NOW (Arabic: غزة الآن); a.k.a. "GAZAALAN"; a.k.a. "GAZAALANNET"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4EeFb8308bf32Bf7C72a1 358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F55

34feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197ADb92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

"GODANE" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "SHAYKH MUKHTAR"; DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

"GODANE" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu") DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"GODANI" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "SHAYKH MUKHTAR"; DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

"GODANI" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu") DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"GOMELO" (a.k.a. MAYA RIOS, Edison); DOB 01 Apr 1974; POB Medellin, Antioquia, Colombia; Cedula No. 98568816 (Colombia) (individual) [SDNTK].

"GOOBE, Saleban" (a.k.a. DAOUD, Suleiman Cabdi; a.k.a. GOOBE, Suleiman Daoud; a.k.a. "GOOBE, Saleeban"), Lower Shabelle,

Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"GOOBE, Saleeban" (a.k.a. DAOUD, Suleiman Cabdi; a.k.a. GOOBE, Suleiman Daoud; a.k.a. "GOOBE, Saleban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"Googoosha" (a.k.a. KARIMOVA, Goulnara; a.k.a. KARIMOVA, Goulnora Islamovna; a.k.a. KARIMOVA, Gulnara), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

"GORDITO POLANCO" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"GORDO LINDO" (a.k.a. GALINDO, Gabriel; a.k.a. ZULUAGA LINDO, Francisco Javier), c/o SOCIEDAD SUPERDEPORTES LTDA., Bogota, Colombia; Calle 9 No. 28-50, Piso 3, Cali, Colombia; Calle 10 No. 46-45, Cali, Colombia; DOB 15 Jan 1970; POB Cali, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16774828 (Colombia); Passport AF869394 (Colombia); alt. Passport AE047754 (Colombia) (individual) [SDNT].

"GORDO MAX" (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "CHIBOLA"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"); a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #6, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El

Salvador) (individual) [TCO] (Linked To: MS-13).

"Gordo" (a.k.a. MORGAN HUERTA, Jose Luis), Nogales, Sonora, Mexico; DOB 17 Feb 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOHL690217HSLRRS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GORDO" (a.k.a. GOMEZ OCAMPO, Davinson), c/o GOMEZ MARIN LTDA., Ansermanuevo, Valle, Colombia; Calle 16 No. 1-58, Cartago, Valle, Colombia; DOB 10 Jul 1960; Cedula No. 2470433 (Colombia) (individual) [SDNT].

"GORDO" (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO DONJUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. RODRIGUEZ, Antonio), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

"GORT" (a.k.a. GENERAL ORGANIZATION OF RADIO AND TV; a.k.a. GENERAL RADIO AND TELEVISION CORPORATION; a.k.a. RADIO AND TELEVISION CORPORATION; a.k.a. RTV SYRIA; a.k.a. SYRIAN DIRECTORATE GENERAL OF RADIO & TELEVISION EST), Al Oumaween Square, P.O. Box 250, Damascus, Syria [SYRIA].

"GOSH, Salah" (a.k.a. SALAH, Salah Abdallah Mohamed; a.k.a. SALEH, Salah Abdallah Mohamed; a.k.a. "GHOSH, Salah"), Cairo, Egypt; DOB 1957; POB Nuri, Sudan; nationality Sudan; Gender Male (individual) [SUDAN-EO14098].

"GP AMMO" (a.k.a. GRAZHDANSKIE PRIPASY), Ter. Oez Ppt Lipetsk Str. 71, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802011685 (Russia); Registration Number 1084802000832 (Russia) [RUSSIA-EO14024].

"GPC" (a.k.a. GENERAL PETROLEUM CORPORATION), New Sham- Building of Syrian Oil Company, PO Box 60694, Damascus, Syria [SYRIA].

"GPI RAS" (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY

OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

"GRACHEV, Alexander" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GRAD" (a.k.a. PUTILIN, Dmitry Sergeyevich (Cyrillic: ПУТИЛИН, Дмитрий Сергеевич); a.k.a. "STAFF"), Chelyabinsk 454119, Russia; DOB 24 Apr 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС") (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

"GRAND SEA LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU GREND SI; a.k.a. "OOO GREND SI" (Cyrillic: "ООО ГРЭНД СИ")), Ul. Portovskoe Shosse D.5, Makhachkala 367000, Russia; Organization Established Date 29 Oct 2014; Tax ID No. 0573004615 (Russia); Registration Number 1140573001117 (Russia) [RUSSIA-EO14024].

"GRAPO" (a.k.a. FIRST OF OCTOBER ANTIFASCIST RESISTANCE GROUP), Spain [SDGT].

"Gray Hair" (a.k.a. TROSHEV, Andrei Nikolaevich; a.k.a. TROSHEV, Andrej Nikolaevich; a.k.a. "Sedoi"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 781417567443 (Russia) (individual) [RUSSIA-EO14024].

"GREEN WAVE COMPANY" (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

"GREEN WAVE" (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

"GREEN" (a.k.a. MOZHAEV, Alexander Vyacheslavovich (Cyrillic: МОЖАЕВ, Александр Вячеславович); a.k.a. "ROCCO"), Russia; DOB 02 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GROUP 77" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a.

"GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"GRTC" (a.k.a. GOLDEN RESOURCES TRADING COMPANY L.L.C.), 9th Floor, Office No. 905, Khalid Al Attar Tower 1, Sheikh Zayed Road, After Crown Plaza Hotel, Al Wasl Area, Dubai, United Arab Emirates; Postal Box 34489, Dubai, United Arab Emirates; Postal Box 14358, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

"GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

"GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA

MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"GRUPO GAE" (a.k.a. GAESA; a.k.a. GRUPO DE ADMINISTRACION EMPRESARIAL S.A.), Edificio de la Marina, Avenida Del Puerto Y Brapia, Havana, Cuba; Organization Established Date 28 Feb 1999; Organization Type: Activities of holding companies [CUBA].

"GRUPPA 99" (a.k.a. LLC GROUP 99 (Cyrillic: ООО ГРУППА 99)), 57 Dubinskaya St., Bldg 3, Moscow 115054, Russia; Organization Established Date 2012; Tax ID No. 7731141263 (Russia); Registration Number 1117746608462 (Russia) [RUSSIA-EO14024].

"GSIM" (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. "GNIM") [FTO] [SDGT].

"GSK ADVANCE" (a.k.a. GSK ADVANCE COMPANY LTD; a.k.a. GSK FOR ADVANCED BUSINESS CO. LTD), Ahmed Khair Street, Khartoum 11111, Sudan; Website http://www.gsk-sd.com; Organization Type: Other information technology and computer service activities [SUDAN-EO14098].

"GSKB" (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO

PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"GT LTD" (a.k.a. GLOBALTRANS LIMITED), Ul. Respublikanskaya D. 24, K. 1 Str. 1, Pomeshch. 22-N, Office 2, Saint Petersburg 195112, Russia; Tax ID No. 7806582269 (Russia); Registration Number 1217800018204 (Russia) [RUSSIA-EO14024].

"GTLKE" (a.k.a. GTLK EUROPE DAC; a.k.a. GTLK EUROPE DESIGNATED ACTIVITY COMPANY), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; 9 Pembroke Street Upper, Dublin 2, Ireland; Registration Number 512927 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

"GUACAMAYO" (a.k.a. ROBAYO ESCOBAR, Carlos Jose); DOB 01 Jan 1969; POB Palmira, Valle, Colombia; citizen Colombia; Cedula No. 16367106 (Colombia) (individual) [SDNTK].

"GUADALAJARA CARTEL" (a.k.a. CARTEL DE SINALOA; a.k.a. SINALOA CARTEL; f.k.a. "MEXICAN FEDERATION), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"GUADALUPE" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "DONA LUPE"; a.k.a. "LA GUERA"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"GUAGUA" (a.k.a. DURANGO RESTREPO, Jairo de Jesus); DOB 30 Jun 1972; POB Frontino, Antioquia, Colombia; citizen Colombia; Cedula No. 3484676 (Colombia) (individual) [SDNTK] (Linked To: COMERCIALIZADORA J DURANGO).

"GUARDIANS OF PEACE" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a.

"WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B3119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"Guero de Las Trancas" (a.k.a. LEON VALDEZ, Jesus Manuel; a.k.a. "El Guero de Las Trancas"; a.k.a. "El Guero Trancas"; a.k.a. "Guero Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Guero Moreno" (a.k.a. GUZMAN LOPEZ, Joaquin; a.k.a. "El Guero"; a.k.a. "Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Guero Trancas" (a.k.a. LEON VALDEZ, Jesus Manuel; a.k.a. "El Guero de Las Trancas"; a.k.a. "El Guero Trancas"; a.k.a. "Guero de Las Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"GUGI" (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 40056; a.k.a. GLAVNOYE UPRAVLENIE GLUBOKOVODSK ISSLEDOVANII; a.k.a. MAIN DIRECTORATE OF DEEP SEA RESEARCH), 26A Onezhskaya Str., Moscow 125413, Russia; Organization

Established Date 08 Dec 2009; Tax ID No. 7443763446 (Russia) [RUSSIA-EO14024].

"GUILLERMO LABASTIDA" (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLLC05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

"GUL, Muhammad Aman" (a.k.a. AFRIDI, Amanullah; a.k.a. URS, Amanullah; a.k.a. "MUFTI ILYAS"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male (individual) [SDGT].

"GUL, Redi" (a.k.a. GUL, Redi Hussein Khal; a.k.a. "GULL, Rida"), Nowshera, Pakistan; DOB 25 Dec 1981; POB Afghanistan; nationality Afghanistan; citizen Afghanistan; Gender Male (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"GULL, Rida" (a.k.a. GUL, Redi Hussein Khal; a.k.a. "GUL, Redi"), Nowshera, Pakistan; DOB 25 Dec 1981; POB Afghanistan; nationality Afghanistan; citizen Afghanistan; Gender Male (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"GUOJU, Yin" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"GUPTA, Tony" (a.k.a. GUPTA, Rajesh; a.k.a. GUPTA, Rajesh Kumar), Dubai, United Arab Emirates; DOB 05 Aug 1972; POB Saharanpur, India; nationality South Africa; Gender Male; National ID No. 7208056345087 (South Africa) (individual) [GLOMAG].

"GURBITA" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BALAK"; a.k.a. "BARBAS"; a.k.a. "GURBITZ"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"GURBITZ" (a.k.a. YARZA, Aitzol Iriondo; a.k.a. "BALAK"; a.k.a. "BARBAS"; a.k.a. "GURBITA"); DOB 08 Mar 1977; POB San Sebastina, Guipuzcoa, Spain; nationality Spain; Personal ID Card 72.467.565 (Spain); Organization: Basque Fatherland and Liberty (ETA); In custody in France (individual) [SDGT].

"GustaveDore" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "blade_runner"; a.k.a. "GistaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"GVC" (Cyrillic: "ГВЦ") (a.k.a. MAIN COMPUTATION CENTER OF THE GENERAL STAFF OF THE ARMED FORCES OF THE RUSSIAN FEDERATION (Cyrillic: ГЛАВНЫЙ ВЫЧИСЛИТЕЛЬНЫЙ ЦЕНТР ГЕНЕРАЛЬНОГО ШТАБА ВООРУЖЕННЫХ СИЛ РОССИЙСКОЙ ФЕДЕРАЦИИ)), 19 Znamenka St., Moscow 119019, Russia; 1 Admiralteyskiy Drive, St. Petersburg 190195, Russia [RUSSIA-EO14024].

"GW INVESTMENT" (a.k.a. GOLDEN WARRIORS INVESTMENT PVT LTD), Vaaly Villa, Majeedhee Magu, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Dec 2014; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Registration Number C-1063/2014 (Maldives); Permit Number IG-0069/T10/2015 (Maldives) issued 15 Jan 2015 [SDGT] (Linked To: SHIYAM, Ali).

"GWT" (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [IFSR].

"H4mid@Tm3l" (a.k.a. FIROOZI, Hamid); DOB 06 Aug 1981; alt. DOB 23 Jun 1981; alt. DOB 01 Jan 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

"HABIB, Aras" (a.k.a. KAREEM, Aras Habib; a.k.a. KAREEM, Aras Habib Mohamed; a.k.a. KARIM, Aras Habib), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"HABIB, Sayed" (a.k.a. KHAN, Sayed Habib Ahmad; a.k.a. KHAN, Syed Habib Ahmad), Kuwait; Arzan Qemat Area, PD 12, Kabul City, Afghanistan; DOB 1970; POB Kunar Province, Afghanistan; nationality Afghanistan; Gender Male; Residency Number 270010174266 (Kuwait) issued 25 Apr 2016 expires 24 Jun 2018 (individual) [SDGT] (Linked To: NEJAAT SOCIAL WELFARE ORGANIZATION).

"HADI" (a.k.a. BENDEKBA, L'Hadi; a.k.a. "ABD AL HADI"), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT].

"HAFETH, Abu Ubaydah" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida

Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFEZ, Abo Obeida" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFEZ, Abu-Obaidah K." (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a.

ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFITH, Abu Ubaydah" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor,

Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFIZ SAHIB" (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "TATA JI"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

"HAFIZ, Abu Obidah K" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque,

Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAFIZ, Abu Ubayda" (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

"HAJI ABDULLAH" (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan;

Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

"HAJI AMINULLAH" (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI MALUK"), DOB 1957; alt. DOB 1960; nationality Afghanistan; Tribe: Noorzai (individual) [SDGT].

"HAJI FIAZULLAH" (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

"HAJI GUL MOHAMMAD" (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"HAJI HIDAYATULLAH" (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan (individual) [SDGT].

"HAJI MALUK" (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. NOORZAI, Hajji Malik; a.k.a. "HAJI AMINULLAH"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Tribe: Noorzai (individual) [SDGT].

"HAJI MULLAH FAIZULLAH" (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

"Haji Nika Ishaqzai" (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"Haji Nika" (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika Ishaqzai"; a.k.a. "Haji Salani"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"Haji Rohullah" (a.k.a. WAKIL, Haji Sahib Rohullah; a.k.a. WAKIL, Rohullah), Afghanistan; DOB 1962; alt. DOB 1963; POB Nangalam, Afghanistan; Gender Male (individual) [SDGT] (Linked To: ISIL KHORASAN).

"Haji Salani" (a.k.a. SANI, Abdul Samad; a.k.a. SANI, Mullah Samad; a.k.a. SANI, Samad; a.k.a. "Haji Nika"; a.k.a. "Haji Nika Ishaqzai"), Quetta, Pakistan; DOB 1960 to 1962; POB Band-e-Temor, Maiwand District, Kandahar Province, Afghanistan; nationality Afghanistan; alt. nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"HAJI SHABBAZ" (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY,

Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

"HAJI SHAHBAZ KOOCHI" (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

"HAJI SHAHBAZ" (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER

MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

"Hajii Abdallah" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"HAJJ AS'AD AHMAD" (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"Hajji Abdullah al-Afari" (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajii Abdallah"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"HAJJI IMAN" (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad;

a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

"Hajji Lu'ay" (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi; a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi Mahdi; a.k.a. HAMMADI, Lu'ay Jasim), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"HALEEL GROUP" (a.k.a. HALEEL COMMODITIES L.L.C.), Office 601-A, P.O. Box 172532, Deira Twin Tower, Baniyas Road, Dubai, United Arab Emirates; Makkah Almukarramah Ave. 3, Mogadishu, Somalia; Website http://haleelcommodities.com; alt. Website www.haleel.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1052074 (United Arab Emirates); Certificate of Incorporation Number SCCI/1260/19 (Somalia); License 632562 (United Arab Emirates); Chamber of Commerce Number 178704 (United Arab Emirates) [SDGT] (Linked To: AL-SHABAAB).

"HALF MILLION" (a.k.a. CISNEROS RODRIGUEZ, Jose Misael; a.k.a. CISNEROS, Jose Misal; a.k.a. "MEDIO MLON"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

"HAMAD, Hajji" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"HAMID, Abdul" (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

"HAMID, Hajji" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

"HAMID, Ustadh" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

"HAMMEDI, Ben" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

"HAMMS" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

"HAMMUD, Ali" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-

SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"Hamza-al-Mauritani" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"HAMZA" (a.k.a. AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali; a.k.a. BAAZAOUI, Mondher), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Passport K602878 issued 05 Nov 1993 expires 09 Jun 2001 (individual) [SDGT].

"HAMZA" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"HAMZA, Abdelbasit" (a.k.a. HAMZA, Abd al-Basit; a.k.a. KHAIR, Abdelbasit Hamza Elhassan Mohamed), Africa Street, Khartoum 12290, Sudan; DOB 28 Aug 1955; POB Marawi, Sudan; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 101 0015 9792 (Sudan) (individual) [SDGT] (Linked To: HAMAS).

"HAMZAH, Ali" (a.k.a. MARUF, Muhammad; a.k.a. MUSANNA, Maulana; a.k.a. UBAIDULLAH, Maulana), Afghanistan; DOB 31 Jan 1988; alt. DOB 31 Jan 1985; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"Hamzat" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a.

BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Achkoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation (individual) [SDGT].

"HANDALAH" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "ABU-RAYHANAH"; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"HANI" (a.k.a. ABU HAMZAH; a.k.a. AL-KHAYAT, Samir Ahmed; a.k.a. KHATTAB, Anas Hasan); DOB 07 Apr 1986; POB Damascus, Syria; National ID No. 00351762055 (individual) [SDGT].

"HAOKUN ENERGY" (a.k.a. HAOKUN ENERGY GROUP CO., LTD. (Chinese Simplified: 昊坤能源集团有限公司); a.k.a. HAOKUN ENERGY GROUP COMPANY LIMITED), Building 6, Central District, Haidian District, Beijing 100191, China; Website www.haokunny.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Unified Social Credit Code (USCC) 911101053063517353 (China) [SDGT] (Linked To: CHINA HAOKUN ENERGY LIMITED).

"HAROON" (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

"HAROON" (a.k.a. HAQQANI, Yahya; a.k.a. HAQQANI, Yahyah; a.k.a. HAQQANI, Yaya), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan (individual) [SDGT].

"HARUN" (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

"HASAM" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

"HASAN, 'Ali bin" (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

"HASHEMI, Seyyed Mehdi" (a.k.a. TOGHROLJERDI, Seyyed Mehdi Hashemi), Iran; DOB 19 Apr 1973; POB Iran; nationality Iran; Gender Male; National ID No. 3091111628 (Iran) (individual) [ELECTION-EO13848] (Linked To: EMENNET PASARGAD).

"HASSAM" (a.k.a ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

"HASSAN THE OLD" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT].

"HASSAN" (a.k.a. AL-TIKRITI, Ali Saddam Hussein); DOB 1980; alt. DOB 1983; POB Iraq; nationality Iraq; son of Saddam Hussein al-Tikriti (individual) [IRAQ2].

"HASSAN, Mohamed" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"HASSAN, Sheikh" (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

"HASSAN, Yaseer" (a.k.a. HASSAN, Abu Yasir; a.k.a. "QASIM, Abu"), Cabo Delgado Province, Mozambique; DOB 1981 to 1983; POB Pwani Region, Tanzania; nationality Tanzania; Gender Male (individual) [SDGT].

"HASSM" (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

"HAVA PEYMA SAZI-E IRAN" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA";

a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HAVAPEYMA SAZHRAN" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HAVAPEYMA SAZI IRAN" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a.

"HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HAWIYE, Abdisamad" (a.k.a. SAMAD, Abdi; a.k.a. "GALJE'EL, Abdisamad"), Kurtunwaarey, Lower Shabelle, Somalia; DOB 1988; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"HAWRA, Abu" (a.k.a. AL-MAKSUSI, Sayyid Salah Mahdi Hantush; a.k.a. AL-MUSAWI, Sayyid Salah; a.k.a. "SALAH, Sayyid"); DOB 1973; alt. DOB 1971; nationality Iraq (individual) [SDGT].

"HAYADATULLAH" (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan (individual) [SDGT].

"HAYDAR, Abu Ali" (a.k.a. HAIDAR, Mohamad Ali; a.k.a. HAYDAR, Muhammad; a.k.a. HAYDAR, Muhammad Ali); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Passport 469/2005 (Lebanon) (individual) [SDGT].

"HAYDAR, Abu" (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

"Hazab Allah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5,

Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hazab Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hazeb Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hazib Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT]

(Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"HBATUN" (a.k.a. HEBEI ATUN TRADING CO., LTD. (Chinese Simplified: 河北艾豚商贸有限公司)), Haiyuetiandi B906, Qiaoxi Street, Shijazhuang, Hebei, China; Room 1102, Bldg. D Haiyuetiandi No. 66 Yuhua West Road Qiaoxi District, Shijiazhuang, Hebei, China (Chinese Simplified: 裕华西路66号海悦天地D座1102室, 石家庄市, 河北省, China); Website www.atunchemical.com; Digital Currency Address - XBT 1JPfVv5cWRLx1js9NWxg46dG2CGbeRz4th; Unified Social Credit Code (USCC) 91130104MA09YL9T2W (China) [ILLICIT-DRUGS-EO14059].

"HCF BANK" (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LLC), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

"HCG" (a.k.a. HTOO GROUP; a.k.a. HTOO GROUP OF COMPANIES), No. 5, Pyay Road, Hlaing Township, Yangon, Burma; Organization Type: Activities of holding companies; Target Type Private Company [BURMA-EO14014] (Linked To: ZA, Tay).

"HDAS CO." (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDAS LINES" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDASCO" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions

Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDS LINES" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDSL" (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES";

f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HDSLINES CO." (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

"HELICOPTER SERVICE COMPANY" (a.k.a. JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY; a.k.a. "AO VSK"; a.k.a.

"VSK PAO"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"HELIOS" (a.k.a. LIMITED LIABILITY CORPORATION GELIOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕЛИОС)), Liniya 11-ya v.o. d. 38, Lit. A, Pom. 80, Saint Petersburg 199178, Russia; Organization Established Date 23 May 2013; Tax ID No. 7801602842 (Russia) [RUSSIA-EO14024] (Linked To: NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS).

"HELPERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"HELPERS OF TRADITION" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

"HENRY, John" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029

(individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"HERNANDEZ JIMENEZ, Francisco" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"HERNANDEZ SALAS TCO" (a.k.a. HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION), Mexicali, Mexico; Tijuana, Mexico; Organization Established Date 2018; Target Type Criminal Organization [TCO].

"HESA" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EQ] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HESN" (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

"HEVAPEIMASAZI" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HICHEM ABU HCHEM" (a.k.a. AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar; a.k.a. AYARI, Chiheb Ben Mohamed), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Passport L246084 issued 10 Jun 1996 expires 09 Jun 2001 (individual) [SDGT].

"HIDAYATULLAH" (a.k.a. ISHAKZAI, Gul Agha; a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"); DOB 1972; POB Band-e-Timor, Kandahar, Afghanistan (individual) [SDGT].

"HIDDEN COBRA" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE";

a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"HIGH-QUALITY HIGHWAYS" (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

"HILLAWI, Jamal Hani" (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "SAMI, Salem Bassem"; a.k.a. "SHIHAB, Muhammad Yusuf Mansur Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information -

Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"HIPER" (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

"HISHAM" (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"), Iran; DOB 01 Jan 1979; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 04716186 (Yemen) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"HITEM" (a.k.a. SALEH, Nedal), Via Milano n.105, Casal di Principe, Caserta, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 01 Mar 1970; POB Taiz, Yemen (individual) [SDGT].

"HITRAS" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF

ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"Hiz Bullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hizb Allah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hizb Ullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town,

Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"Hizbulah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Hizbullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"HJK ORGANIZATION" (a.k.a. HAJI JUMA KHAN ORGANIZATION; a.k.a. "KHAN ORGANIZATION"), Afghanistan; Pakistan [SDNTK].

"HLA AUNG" (a.k.a. HLA, Aung; a.k.a. "AH BANG"; a.k.a. "AH PANG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

"HM" (a.k.a. HIZBUL MUJAHIDEEN; a.k.a. HIZB-UL-MUJAHIDEEN), Pakistan [FTO] [SDGT].

"HO CHUN TING" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"HO, Aik" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HSIO HO"), c/o HONG PANG

ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"HOMA" (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

"HOME ELEGANCE" (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES; a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

"HOMETEK" (a.k.a. GRUPO W S.A.), Pueblo Nuevo Calle 22 Edificio La Galera Local 8, Panama, Panama; RUC # 4067941425327 (Panama) [SDNTK].

"HORIZONT GROUP" (a.k.a. OJSC HORIZONT HOLDING MANAGEMENT COMPANY (Cyrillic: ОАО УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГОРИЗОНТ); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GORIZONT), 35-1 Kuibysheva St., Minsk 220029, Belarus; Target Type State-Owned Enterprise; Tax ID No. 101050240 (Belarus) [BELARUS-EO14038].

"HORS AIRLINES LTD." (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIR; a.k.a. KHORS AIRCOMPANY; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

"HOSCO" (a.k.a. HORMOZGAN STEEL COMPANY), Shahid Rejaei Port Road KM 13, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

"HOSEINI, Mohammadali" (a.k.a. HOSEINI, Mohammad Ali; a.k.a. HOSSEINI, Mohammad Ali; a.k.a. "HOSSENI, M. Ali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

"HOSSENI, M. Ali" (a.k.a. HOSEINI, Mohammad Ali; a.k.a. HOSSEINI, Mohammad Ali; a.k.a. "HOSEINI, Mohammadali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

"HOTEL SIN PK2" (a.k.a. GAVIOTAS LTDA.; a.k.a. HOTEL SIN PECADOS; a.k.a. MOTEL CAMPO AMOR), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

"HOUDOUD, Abu Omar" (a.k.a. AL-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

"HOUTHI GROUP" (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"HQN" (a.k.a. HAQQANI NETWORK), Afghanistan; Pakistan [FTO] [SDGT].

"HSIO HO" (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma);

National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

"HSK" (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

"HTC" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shamamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"HTS" (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE

LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

"HUA" (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUM") [FTO] [SDGT].

"HUDAYTH, Abu" (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"HUDHAYFAH, Abu" (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a.

"HUDAYTH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

"HUJI" (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR), Afghanistan; India; Pakistan [SDGT].

"HUM" (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA") [FTO] [SDGT].

"HUSAYN, Abu" (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male (individual) [SDGT].

"HUSSEIN ALI, Ashraf" (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

"HUSSEIN" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"HUSSEIN" (a.k.a. FARAH, Meliad; a.k.a. "HUSSEIN, Hussein"); DOB 05 Nov 1980; citizen Australia; alt. citizen Lebanon; Additional

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"HUSSEIN, Hussein" (a.k.a. FARAH, Meliad; a.k.a. "HUSSEIN"); DOB 05 Nov 1980; citizen Australia; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"HUZAIFA" (a.k.a. CHAUDARY, Aamir Ali; a.k.a. CHAUDHRY, Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a. CHOUDRY, Aamir Ali); DOB 03 Aug 1986; nationality Pakistan; Passport BN4196361 (Pakistan) issued 28 Oct 2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

"HYDRA" (a.k.a. HYDRA MARKET; a.k.a. HYDRA MARKETPLACE), Russia; Commonwealth of Independent States; Website http://hydram6esdjf6otepmr5c3vjyndsoddz22afp hbbjznwb5ln2c6op7ad.onion/; alt. Website http://hydraclubbioknikokex7njhwuahc2l67lfiz7z 36md2jvopda7nchid.onion/; Digital Currency Address - XBT 3K4rjdh8A5yi6LWvft2rbmyZvqEbPSSSX4; alt. Digital Currency Address - XBT 17mhyeBX617ABZ1ffThhUTJkHUcMvCkfd5; alt. Digital Currency Address - XBT 35qwVtMEohWDdBWRiCSR7azoP5cbY8SG1Q; alt. Digital Currency Address - XBT 35KAdTa2vqnJzitF2xiUzZn1Gmcas2Y465; alt. Digital Currency Address - XBT 35LScRJ8hzDvvWh9t9UA8bHGnGNVz3YEfa; alt. Digital Currency Address - XBT 1PJp8diNa89cVHpiT1VPu7EQ8LxYM5HX6v; alt. Digital Currency Address - XBT 17V7THwHMiDJmDwZK4unhE5HgKFJKx7VCe; alt. Digital Currency Address - XBT 3PiCnZrBvGfWAKQ9hr4cCpfaDjy64yNSpE; alt. Digital Currency Address - XBT 14gM1HuLVDELNHaFU22qpabjtiWek4HhV1; alt. Digital Currency Address - XBT 1GYuu9d5HPikafbys3k5Q3DRJq6debGsoB; alt. Digital Currency Address - XBT 3GXdtA6kbb4M5aqzZm5qqxcFDFRMW8LqdJ; alt. Digital Currency Address - XBT 1B11Ezqg3AXjFhMdRq5UpPDpNyriYNVtkn; alt. Digital Currency Address - XBT 16SPDQFFzgsoNSPiFFTfS8Dw8LLXqia4oc; alt. Digital Currency Address - XBT 19pPbUDvoSBZafkUCYkD2Z9AkuqqV6sWm7; alt. Digital Currency Address - XBT 3BQACtiMXYB9JpUMpkEWt9m8BzswpGHq4X; alt. Digital Currency Address - XBT 1DGsY4ww3BJnWXTsnmTgWa6UWdoRXgA1p

X; alt. Digital Currency Address - XBT 1GcKLUUXodTQcLcPD7VLMgvCc4hs5Q775; alt. Digital Currency Address - XBT 1EvhBad5wCZYhBoAsGaciV6AvmZ1osLpeJ; alt. Digital Currency Address - XBT bc1qsmv6lkrw65l30yazdqpdijtwzpvk9f8gfh0cy7; alt. Digital Currency Address - XBT bc1qs9u6j78e3utj08mwvqkkmqm9de5xk3g4yh8 qtq; alt. Digital Currency Address - XBT 12VrYZgS1nmf9KHHped24xBb1aLLRpV2cT; alt. Digital Currency Address - XBT bc1q202ajnhxgg9d9jjczmg0g4usp6haqldyy2eak l; alt. Digital Currency Address - XBT 1NbGwQwt4uEhg2srAKppLf8QaF6fbp3PZG; alt. Digital Currency Address - XBT 13LQJQ1oJ9K7PsqsGfjNhoVv6UeU6hgzQz; alt. Digital Currency Address - XBT 1CG1aSCxUnbmv9G34ofxTQoHtuVnMLJtQV; alt. Digital Currency Address - XBT 3Kp8Qc5z7yevDeoQxhS5RSSKnEi5x7AQ43; alt. Digital Currency Address - XBT 331TS6DyASY7iU5CRA8UryBnkPS78fP2B1; alt. Digital Currency Address - XBT 1NvJm3jfZxENNyqws5BKQvhkLxg9chLJdo; alt. Digital Currency Address - XBT 1Licqjca74n8pmNaoARXLLqcTUTHFpxbXH; alt. Digital Currency Address - XBT 175BUqf8JCU1uoG1iTRKTacDa4uvJDUCw2; alt. Digital Currency Address - XBT 1ANpca7g93BwptUJg1zV116v49zn9gjDi3; alt. Digital Currency Address - XBT 1BCWMwpR4M1nYUuuYe2bmzrNuwGoF9ZAb A; alt. Digital Currency Address - XBT 18cFGAdYcvNHkuhXLBE7izQKCyUW8TzCJE; alt. Digital Currency Address - XBT 1QHxyuLGRMHfbNPJikV4Dwhfx45HWfUMWB; alt. Digital Currency Address - XBT 1GnFTy5F9qi5MfaRZfgdg2jkyT5xtAHvd8; alt. Digital Currency Address - XBT bc1quyc6j8ca84q9gjej5jjd2n8hra0vfu0j60fefs57 p6e5rerkq07q0l5u3w; alt. Digital Currency Address - XBT 16p2UWTZwXRyK5bTHNVjdDyy1D3EQGsZf2; alt. Digital Currency Address - XBT 1CddRqw7oSPrT4tt5oXKyx2LiHJDPszy7y; alt. Digital Currency Address - XBT 1Hhe61Bwxs8Hd2WxzWY9FQyZicBiZGeSNW; alt. Digital Currency Address - XBT 1D3GuaS9eqKw8dWj9JFQtNufdRtysjSLxZ; alt. Digital Currency Address - XBT 1PWRKxkR5AU7Tc9zPqjdhtu1eGW1QZzs4y; alt. Digital Currency Address - XBT 1D1ej7zQzywWBDNXKNYpmH7Hso2U9koDG4 ; alt. Digital Currency Address - XBT 3KGQ3hX6eFYtBjTBFSdvdkzHmwZyYWLRQh;

alt. Digital Currency Address - XBT 1LKE3XA9bf5JFqtGtCHzWj5QGxKGwMfXZw; alt. Digital Currency Address - XBT 1MtsQsw6n2jvJCWhpCw7jifTfD9Q3rBBVg; alt. Digital Currency Address - XBT 1KkaKujnqwJf7Cbm7JKAZGF3X9d4685m8n; alt. Digital Currency Address - XBT 1Ge8JodC2HiBiEuT7D3MoH6Fak6XrcT9Kf; alt. Digital Currency Address - XBT bc1qsmqpalp3gtgkltag4x3ygevmhh9y2hzk73t2u q6; alt. Digital Currency Address - XBT 1E9uUnLbyfToazo95vmM3ysYnzgkrL7GeC; alt. Digital Currency Address - XBT 1HH8eiuaTMucTNyvGCUmAvmCZCtdMi8SqK; alt. Digital Currency Address - XBT 19FQzHibWDhSP8pKmJS3uagFYoisXtehzw; alt. Digital Currency Address - XBT 3DLGfN7hgsWXXSp9euXcnmWXLpFQuswW2t ; alt. Digital Currency Address - XBT 1PXxwPVtYxZiCRp9LKq7aKMDFrhAQztvUE; alt. Digital Currency Address - XBT 1Q4tJjH2aBr3AJrzxqa4Z3jPpf5SDgF4jK; alt. Digital Currency Address - XBT 1PYtgFS2t6i57WdDvbRa7kPcsagGMBxzfg; alt. Digital Currency Address - XBT 16ZSAEfYpPCj3D94fsNt2okYj9Ue8mxy6T; alt. Digital Currency Address - XBT bc1qvlzfn6kmezv44d8kw0p5jsmxe6wchv3zc7g sxs; alt. Digital Currency Address - XBT 3QVyoH4u3qT88uChAeJVhfB3r6maZt431y; alt. Digital Currency Address - XBT 1FFS6pX1TCKTNy668Mbk2Lyoem1qB48kYX; alt. Digital Currency Address - XBT 1Dpddb1TMjvmNQeYDqgyd1ww6cmwPJRdSk; alt. Digital Currency Address - XBT 3AjiWiUdKB5mcGUSS9mBeoHCeYJw3Zo8r6; alt. Digital Currency Address - XBT 1EtMuBPQnPCa3cecerdSH1SzydxnhbTmw; alt. Digital Currency Address - XBT 3CCmt5LjQ5yKkaFY1DWC2SbERVEtWRnSRD ; alt. Digital Currency Address - XBT 1MQBDeRWsiJBf7K1VGjJ7PWEL6GJXMfmLg; alt. Digital Currency Address - XBT 1MbtT2ZsTtLp7EKZUV9r74cTyqvsMtTP2M; alt. Digital Currency Address - XBT 36yS87PLuW7sErLg1TY26WzaVarTim7AcC; alt. Digital Currency Address - XBT 3AYU365Tcjef7j9pdKF9Xe8rWpEpsH196t; alt. Digital Currency Address - XBT 148LKmyZT3FGE4x1GjsFN6RsAwcjzk5iuE; alt. Digital Currency Address - XBT 16EKTes8ahD8xvwisqjc2xSNLiG3fDHatW; alt. Digital Currency Address - XBT 3GuQjr7kkrR5EjpanMgyAuxuLgrjEUwe21; alt. Digital Currency Address - XBT

35eanEz5iYg2eYaxCtMrR4SCoypFqrBWUH; alt. Digital Currency Address - XBT 3QWUdP5taP4GrRuueVDud1eWetb7hc3wDH; alt. Digital Currency Address - XBT 3Czhm6xqn8odwz6jgTcjRrUjog28v6aVS8; alt. Digital Currency Address - XBT 1F7UL41qYm6TvnExZzPHBCyeENvX3XDEMS; alt. Digital Currency Address - XBT 123WBUDmSJv4GctdVEz6Qq6z8nXSKrJ4KX; alt. Digital Currency Address - XBT 3BCN3WgMRJwULTz1vsEQ7NZrBjwaUBf5Ca; alt. Digital Currency Address - XBT 35SwVFxosV3AsvnrBfzdXarqavRbvDyyxv; alt. Digital Currency Address - XBT 32pCmCWEjwhkLwh5BgLNAeBQFp5Gi1hv81; alt. Digital Currency Address - XBT 1G64TFMFVJTjhJXra6x74BBhsfSyiWaFtT; alt. Digital Currency Address - XBT 1A3iYY4c3dkgNYGewzYzr7EsqfBuWXibGo; alt. Digital Currency Address - XBT 3GAUBtrTtWp1D9yeXgr3wMg8B599QHa5m5; alt. Digital Currency Address - XBT 3HJN4jRa4mdfkey9JR9jUhr86yPwL86A3C; alt. Digital Currency Address - XBT 1EuUMPBCZtSd5pVVFEqmRqUSfU1qy6ASuL; alt. Digital Currency Address - XBT 1Pu1nAW7kCoSMThMs8QcpM8JxuByQDZgH; alt. Digital Currency Address - XBT 3QnWE5GVfQu3wVav91RuFkqip4Ti4NWqAY; alt. Digital Currency Address - XBT 1CNbhgxGRZvsWnEHotfXge7k2E1UPzBDC7; alt. Digital Currency Address - XBT 3HSZc4BLnQBznjSq7JvXgqNCZUUs3M9fZz; alt. Digital Currency Address - XBT 37dDBCexFPraKW4jGSqkE3NyG52YeZQbJx; alt. Digital Currency Address - XBT 1H8sDTTgJPBKw83EBZDLhXvetCbxZUMMZM; alt. Digital Currency Address - XBT 1BvJRBRp9ZZ6zLyuZaZsV7g3xP6JokdZQW; alt. Digital Currency Address - XBT bc1q237mvl0heyw0r38wd3xz8h5mar96rrwpam s8pp; alt. Digital Currency Address - XBT 34dxZvijpBM1YkPybczbQ7DuGuKAnULdfS; alt. Digital Currency Address - XBT 1GkLN7DbA9mAtHNzQWNPANcdWbefaz4Gz m; alt. Digital Currency Address - XBT 13hfsQm6oCaDZehfYBSMFiJVAi1jsL6sQd; alt. Digital Currency Address - XBT 1Sf6e4xQv8muMZqYPTdRFf3e5o5eWcg9F; alt. Digital Currency Address - XBT bc1qj6j6p0jdefl6pvdzx3kx8245yy5mz6q4luhzes; alt. Digital Currency Address - XBT 1B3u21itzjgKtm7QsNQNCBpSkwzzeDHqrW; alt. Digital Currency Address - XBT 3JhPsVV3KnL9dBYGSZALS9EbrLr97R865a;

alt. Digital Currency Address - XBT bc1qqf8kcc9m57xjqcvsvuf989nnl48ve6d2s24cx 3; alt. Digital Currency Address - XBT 1HuYfoEwsfHgZiRhbhJrCd5ST3iksa8KEx; alt. Digital Currency Address - XBT 1J9wJH2bamZVxscXAvoDH4jvtGKb7sYFDm; alt. Digital Currency Address - XBT 34WWXwFKasXL9zYxbeNPaPV6vDamkjQLUo ; alt. Digital Currency Address - XBT 3PDmRwotTkRAFRLGTUrucCERp2JdM1q4ar; alt. Digital Currency Address - XBT 3AFcE2mbSSndcpYFgHoExSmjUc26ef2gQh; alt. Digital Currency Address - XBT 3P6PzdfETr4275Gn3veLkCyDxA1jV8fHKm; alt. Digital Currency Address - XBT 3HRExd8GKFskZC5inmVcpiyy9UWG7FVa6o; alt. Digital Currency Address - XBT 3MP7yBGSW2gkXVRE8S84T2j4KVgPh3rEzv; alt. Digital Currency Address - XBT 1K2fmE9hfhbRNSZoBvCBWZAvsS5idTUxBG; alt. Digital Currency Address - XBT 3ES6pqCueDPCnC4hCqhhYuey6gyiRJZw6E; alt. Digital Currency Address - XBT 3KvBX3jo69Qn8jHy44M33RYoeYcf8DdRBD; alt. Digital Currency Address - XBT 3K26aMKmnrv97Pj6YiFcqiXk2LxeHfhnG3; alt. Digital Currency Address - XBT 3BWP6ZQAhc4j5wR1b95zJAthJEFvhdees7; alt. Digital Currency Address - XBT 3JuSgFrwnrNfuhvR4GpWAPmeJVot4xrEae; alt. Digital Currency Address - XBT 1DKGRGJXGNLAtTeFb9SNPNHtrkZ87q7qKi; alt. Digital Currency Address - XBT 361AkMKNNWYwZRsCE8pPNmoh5aQf4V7g4 p; alt. Digital Currency Address - XBT 33fWcMdmsB2Ey4CEbVWbjGFkuevBSyP9nG; alt. Digital Currency Address - XBT 35aTjkBh4yeTypJsi9nuTdoMKHTsawKVgX; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2015 [CYBER2].

"IACI" (a.k.a. IRAN AIRCRAFT INDUSTRIES; a.k.a. IRAN AIRCRAFT INDUSTRIES CO.; a.k.a. "SAHA"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"IAMCO" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: ‫شرکت صنایع هواپیماسازی ایران‬); a.k.a. IRAN AIRCRAFT MANUFACTURING

INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"IAMI" (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: ‫شرکت صنایع هواپیماسازی ایران‬); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"IAP RAS" (a.k.a. FEDERAL RESEARCH CENTER INSTITUTE OF APPLIED PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES), 46 Ulyanov Str., Nizhny Novgorod 603950, Russia; Tax ID No. 5260003387 (Russia); Registration Number 1025203020193 (Russia) [RUSSIA-EO14024].

"IASCO" (a.k.a. IRAN ALLOY STEEL COMPANY), No. 51 Mashahir Ave., Ghaem Magham Farhani St., Karimkhan St., Tehran, Iran; Azadegan Blvd., Martyr Dehghan Manshadi Blvd., Km 24, IASCO Road, Yazd, Iran; Website www.iasco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 2220 (Iran) [IRAN-EO13871].

"IATC" (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"IBB" (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

"Ibn al-Khattab" (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

"Ibn Omar" (a.k.a. OMAR, Bonomade Machude; a.k.a. "Abu Sulayfa Muhammad"; a.k.a. "Abu Surakha"; a.k.a. "Abu Suraqa Suraqa Filho"), Cabo Delgado Province, Mozambique; DOB 15 Jun 1988; POB Palma District, Cabo Delgado Province, Mozambique; nationality Mozambique; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"Ibrahim Afghan" (a.k.a. ADAN, Abukar Ali; a.k.a. ADEN, Abukar Ali; a.k.a. "Sheikh Abukar");

DOB 1972; alt. DOB 1971; alt. DOB 1973 (individual) [SDGT].

"IBRAHIM, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"IBRAHIM, Basim" (a.k.a. MOHAMMAD, Yahia ElSayed Ibrahim; a.k.a. MOUSSA, Yahya Alsayed Ibrahim Mohamed; a.k.a. MUSA, Yahya al-Sayyid Ibrahim), Istanbul, Turkey; DOB 05 May 1984; alt. DOB 1989; POB Sharkia, Egypt; alt. POB Idlib, Syria; nationality Egypt; Gender Male; Passport A08864491 (Egypt) expires 06 Feb 2020; alt. Passport 397192 (Turkey) expires 31 May 2019; National Foreign ID Number 07010032477 (Syria) (individual) [SDGT].

"IBRAHIM, Haji Anees" (a.k.a. KASKAR, Anees Ibrahim; a.k.a. KASKAR, Shaikh Anis Ibrahim; a.k.a. "EBRAHIM, Sayed Omar Haji"), Pakistan; DOB 14 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

"IBRAHIM, Moalim" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"IBRAHIM, Mohammad" (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"IBRAHIM, Mohammed" (a.k.a. KHAZE, Karim; a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"IBRAHIM, Munir Bin Du Bin" (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

"ICIIC" (a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری صنایع شیمیایی ایران); a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY PUBLIC JOINT STOCK), KM 15 of Isfahan-Teheran Road, Isfahan 8235144114, Iran; No. 16 Shahid Saidi St. Hafez Shirazi, Nelson Mandela St. Africa, Tehran 1967963735, Iran; Website www.iciiclab.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1984; National ID No. 10100970248 (Iran); Business Registration Number 8027 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"ICIOC" (a.k.a. IRAN CENTRAL IRON ORE COMPANY (Arabic: شرکت سنگ آهن مرکزی ایران)), Bafq Old Rd, Yazd 8975136748, Iran; Mohammad Dehestani Bagfhi Boulevard, Yazd 8975136748, Iran; P.O. Box 1111, Tehran, Iran; Website www.icioc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 49 (Iran) [IRAN-EO13871].

"IDI" (a.k.a. INTERNATIONAL DIAMOND INDUSTRIES), Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

"IEDC" (a.k.a. IRAN ELECTRONIC DEVELOPMENT; a.k.a. IRAN ELECTRONIC DEVELOPMENT CO.; a.k.a. IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران)), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"IEI" (a.k.a. IRAN ELECTRONICS INDUSTRIES; a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan

Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365/1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

"IEOS" (a.k.a. LIMITED LIABILITY COMPANY INTEGRATED ELECTRON OPTICAL SYSTEMS), Ul. Volnaya D. 35, Et. 2 Pom. 1, Moscow 105187, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7701687725 (Russia); Registration Number 1107746151314 (Russia) [RUSSIA-EO14024].

"IFC BANK" (a.k.a. JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK INTERNATIONAL FINANCIAL CLUB; a.k.a. MFK BANK), Presnenskaya Embankment, 10, Moscow 123112, Russia; SWIFT/BIC ICFIRUMM; Website www.mfk-bank.ru; Target Type Financial Institution; Tax ID No. 7744000038 (Russia); Registration Number 1027700056977 (Russia) [RUSSIA-EO14024].

"IFC LEASING" (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

"IFP RAN FGBU" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY

OF SCIENCES; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

"IFTT RAN" (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

"IFYAU9" (Cyrillic: "ЙФЯАУ9") (a.k.a. CHAIKA, Igor Yuryevich; a.k.a. CHAYKA, Igor Yuryevich (Cyrillic: ЧАЙКА, Игорь Юрьевич)), Russia; DOB 13 Dec 1988; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770302172306 (Russia) (individual) [RUSSIA-EO14024].

"IG" (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI") [SDGT].

"IGISCO" (a.k.a. IRANIAN GHADIR IRON & STEEL CO.; a.k.a. IRANIAN GHADIR IRON AND STEEL CO.), 25th Km. Aradakan, Naein Road, Yazd, Iran; No. 1 34th Alley, Valiasr St., After Saei Park, Tehran, Iran; Website www.igisco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

"IGO3D RUSSIA" (a.k.a. LIMITED LIABILITY COMPANY AY GOU 3DE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙ ГОУ 3ДЭ)), 84 Stavropolskaya Street,

Building 1, Floor 1, Office 101, Moscow 109380, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7701384189 (Russia); Registration Number 1147746032059 (Russia) [RUSSIA-EO14024].

"IIB" (a.k.a. INTERNATIONAL INVESTMENT BANK; a.k.a. MEZHDUNARODNY INVESTITSIONNY BANK), Vaci ut, 188, Budapest H-1138, Hungary; Fo utca 1, Budapest H-1011, Hungary; 7 Mashi Poryvaevoy Street, Moscow 107078, Russia; SWIFT/BIC IIBMHU22; Website www.iib.int; Organization Established Date 10 Jul 1970; Target Type Financial Institution; Tax ID No. 30479900-1-51 (Hungary); alt. Tax ID No. 9909152110 (Russia); Legal Entity Number 2534000PHLD27VN98Y03 [RUSSIA-EO14024].

"IJAZ, Muhammad" (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"IJET" (a.k.a. I JET GLOBAL DMCC; a.k.a. TRADE MED MIDDLE EAST; a.k.a. TRADE MID MIDDLE EAST), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental to air transportation; Registration Number

DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

"IJF" (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

"IJG" (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [FTO] [SDGT].

"IKI RAS" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK; a.k.a. IKI RAN FGBU; a.k.a. SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES; Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

"IKRIMA" (a.k.a. ABDIKADIR, Abdikadir Mohamed; a.k.a. ABDUKADIR, Abdukadir Mohamed; a.k.a. ABDULKADIR, Abdulkadir Mohamed), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male (individual) [SDGT] (Linked To: AL-SHABAAB).

"IKS HOLDING" (Cyrillic: "ИКС ХОЛДИНГ") (a.k.a. LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ИНТЕЛЛЕКТУАЛЬНЫЕ КОМПЬЮТЕРНЫЕ СИСТЕМЫ); a.k.a. "X-HOLDING"), Michurinskiy avenue, house 27, apartment 5, floor 4, room 9, Moscow, Ramenki District 119607, Russia (Chinese Traditional: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 4, Помещ. 9, Москва, Муниципальный Округ Раменки 119607, Russia); Tax ID No. 9701124836 (Russia); Registration Number 1187746987317 (Russia) [RUSSIA-EO14024] (Linked To: CHEREPENNIKOV, Anton Andreyevich).

"IKS JSC" (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS; a.k.a. IKS JOINT STOCK COMPANY; a.k.a. "AO SZ IKS"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"ILLIASSOU, Djibbo" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illiasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

"ILONGGO, Abu" (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

"ILP SB RAS" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

"IMEL" (a.k.a. IRON MOUNTAIN ENTERPRISES LIMITED; a.k.a. IRON MOUNTAIN ENTREPRISES), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

"IMET RAS" (a.k.a. BAIKOV INSTITUTE OF METALLURGY AND MATERIALS SCIENCE, RUSSIAN ACADEMY OF SCIENCES), Leninskii Pr-T D. 49, Moscow 119991, Russia; Organization Established Date 24 May 1994; Tax ID No. 7736045483 (Russia); Registration Number 1027700298702 (Russia) [RUSSIA-EO14024].

"IMPERIAL LEGION" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "RID"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

"IMSC AG" (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC GMBH"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

"IMSC GMBH" (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "INTERNATIONAL MARITIME CORPORATION"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren,

Zurich 8952, Switzerland; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

"IMU" (a.k.a. ISLAMIC MOVEMENT OF UZBEKISTAN) [FTO] [SDGT].

"INAYATURAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"INAYATURRAHMAN" (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat;

a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"INDIO" (a.k.a. SALAZAR RAMIREZ, Jesus Alfredo; a.k.a. "MUNE"); DOB 24 Mar 1974; POB Chihuahua, Mexico; citizen Mexico (individual) [SDNTK].

"INDONESIA (MMI)" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

"INEA" (a.k.a. INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES), Av. Orinoco, Edificio I.N.E.A., Caracas, Venezuela; Identification Number IMO 4166811 [VENEZUELA-EO13850].

"INEI RAN" (a.k.a. THE ENERGY RESEARCH INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES), Ul Nagornaya D 31, Korp 2, Moscow 117186, Russia; Organization Established Date 06 Jun 1994; Tax ID No. 7727083080 (Russia); Government Gazette Number 04813131 (Russia); Registration Number 1037739092643 (Russia) [RUSSIA-EO14024].

"INEOS TRADING PTY LTD" (a.k.a. K2016212771 SOUTH AFRICA PTY LTD), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2016; Tax ID No. 9954121167 (South Africa); Trade License No. 2016/212771/07 (South Africa);

Enterprise Number K2016212771 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

"INGENIERO" (a.k.a. OLIVAS CHAIDEZ, Jose; a.k.a. "EL BLANCO"), CRT Club Campestre Campestre 788 Taran, Tuxtla Gutierrez, Chiapas 29050, Mexico; DOB 29 Jul 1982; POB Tamazula, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. OICJ820729HDGLHS08 (Mexico) (individual) [SDNTK].

"INGLATERRA" (a.k.a. PADIERNA PENA, Luis Orlando); DOB 26 Jan 1979; POB Carepa, Antioquia, Colombia; citizen Colombia; Cedula No. 15441176 (Colombia) (individual) [SDNTK].

"INGUSHI, Saifuddin" (a.k.a. BARKHANOEV, Malik Ruslanovish; a.k.a. "INGUSHI, Sayfuddin"), Iraq; Syria; DOB 14 Mar 1992; POB Ordzhonikidzevskaya, Ingushetia, Russia; nationality Russia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"INGUSHI, Sayfuddin" (a.k.a. BARKHANOEV, Malik Ruslanovish; a.k.a. "INGUSHI, Saifuddin"), Iraq; Syria; DOB 14 Mar 1992; POB Ordzhonikidzevskaya, Ingushetia, Russia; nationality Russia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"INKOP" (a.k.a. GRADJEVINSKO PREDUZECE INKOP DOO CUPRIJA; a.k.a. INKOP DOO CUPRIJA), Karadordeva 6, Cuprija 35230, Serbia; Organization Established Date 12 May 1992; Organization Type: Construction of roads and railways; V.A.T. Number 100245351 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"INNOHUB LLC" (a.k.a. INNOVATION HUB LIMITED LIABILITY COMPANY; a.k.a. ROSATOM INNOHUB), Per. Bolshoi Tolmachevskii D. 4, Str. 1, Pomeshch. 4/1, Moscow 119017, Russia; Tax ID No. 9724042820 (Russia); Registration Number 1217700144738 (Russia) [RUSSIA-EO14024].

"INRA" (a.k.a. IRAN NUCLEAR REGULATORY AUTHORITY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"INSTITUTE OF APPLIED PHYSICS IAP" (a.k.a. AO IPF; a.k.a. INSTITUTE OF APPLIED PHYSICS JSC), Ul. Arbuzova D. 1/1, Novosibirsk 630117, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to

support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408106299 (Russia); Registration Number 1025403638831 (Russia) [RUSSIA-EO14024].

"INSTRUMENT AO" (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INSTRUMENT), d. 16 pom, 2, ul. Krasnodarskaya, Moscow 109382, Russia; Tax ID No. 5261020674 (Russia); Registration Number 1025202395140 (Russia) [RUSSIA-EO14024].

"INTEGRATED SYSTEMS DESIGN BUREAU" (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION BUREAU OF INTEGRATED SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ИНТЕГРИРОВАННЫХ СИСТЕМ)), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Tax ID No. 7703371192 (Russia); Registration Number 1037703022158 (Russia) [RUSSIA-EO14024].

"INTELTECH JSC" (a.k.a. INFORMATION TELECOMMUNICATION TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. "INTELTEKH"), Ul. Kantemirovskaya D. 8, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802030605 (Russia); Registration Number 1027801525608 (Russia) [RUSSIA-EO14024].

"INTELTEKH" (a.k.a. INFORMATION TELECOMMUNICATION TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. "INTELTECH JSC"), Ul. Kantemirovskaya D. 8, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7802030605 (Russia); Registration Number 1027801525608 (Russia) [RUSSIA-EO14024].

"INTER" (a.k.a. INTERCONTINENTAL; a.k.a. INTERCONTINENTAL DE AVIACION S.A.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 860009526-3 (Colombia) [SDNT].

"INTEREXPRESS" (a.k.a. AERO EXPRESS INTERCONTINENTAL S.A. DE C.V.; a.k.a. "AEISA"), Oriente 158 No. 390-E, Colonia Moctezuma, Segunda Seccion, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Avenida Ruben Dario, Albrook Comercial Park, Deposito No. 20, Bella Vista, Distrito de Panama, Panama; R.F.C. AIN-000713-GR7 (Mexico) [SDNTK].

"INTERNATIONAL MARITIME CORPORATION" (a.k.a. TAMYNA AG; a.k.a. TAMYNA LTD; a.k.a. TAMYNA SA; f.k.a. "IMSC AG"; f.k.a. "IMSC GMBH"), Baarerstrasse 55, Zug 6302, Switzerland; 11 Bahnhofstrasse, Schlieren, Zurich 8952, Switzerland; Organization Established Date 06 Apr 2011; alt. Organization Established Date 04 Apr 2012; Company Number CH-316.162.555 (Switzerland); Registration Number CH-170-4.010.398-7 (Switzerland) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

"INTERNATIONAL TANKER LTD" (a.k.a. INTERNATIONAL TANKER LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"INTERSERVICE" (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. ООО INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440,

Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

"INVENT LTD" (a.k.a. LIMITED LIABILITY COMPANY INVENT), Ul. Marata D. 15, Nizhny Novgorod 603002, Russia; Tax ID No. 5257114908 (Russia); Registration Number 1105257000970 (Russia) [RUSSIA-EO14024].

"INVESTORLIFE1" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e4120d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"IO RAS" (a.k.a. FEDERALNOYE GOSUDARSTVENNOYE BYUDZHETNOYE UCHREZHDENIYE NAUKI INSTITUT OKEANOLOGII IM. P.P. SHIRSHOVA ROSSIYSKOY AKADEMII NAUK; a.k.a. P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES), 36 Nakhimovsky Avenue, Moscow 117997, Russia; Tax ID No. 7727083115 (Russia); Registration Number 1037739013388 (Russia) issued 1946 [RUSSIA-EO14024].

"IOF RAN FGBU" (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

"IOF RAN" (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

"IPCC" (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy,

Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"IRAKI, Commander" (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"IRALCO" (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

"IRAN TIRE" (a.k.a. IRAN TIRE CO. (Arabic: شرکت ایران تایر); a.k.a. IRAN TIRE MANUFACTURING CO; a.k.a. IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر)), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Iranvisacart" (a.k.a. KHORASHADIZADEH, Ali; a.k.a. "Mastercartaria"), Iran; DOB 21 Sep 1979; POB Tehran, Iran; nationality Iran; Email Address iranvisacart@yahoo.com; alt. Email Address mastercartaria@yahoo.com; alt. Email Address alikhorashadi@yahoo.com; alt. Email Address toppglasses@gmail.com; alt. Email Address iranian_boy5@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 149w62rY42aZBox8fGcmqNsXUzSStKeq8C; Passport T14553558 (Iran) issued 28 Oct 2008 expires 29 Oct 2013 (individual) [CYBER2].

"IRAY TECHNOLOGIES" (a.k.a. IRAY TECHNOLOGY CO LTD; a.k.a. YANTAI AIRUI

OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司); a.k.a. YANTAI IRAY TECHNOLOGY CO LTD), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 9137060055789724 9A (China) [RUSSIA-EO14024].

"IRIAF" (a.k.a. ISLAMIC REPUBLIC OF IRAN AIR FORCE; a.k.a. "NAHAJA"), Doshan Tappeh Air Base, Tehran, Tehran Province, Iran; Website https://nahaja.aja.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-CON-ARMS-EO].

"IRIB" (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING; a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG.; a.k.a. NATIONAL IRANIAN RADIO AND TELEVISION), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

"IRMF" (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

"IRS LASER TECH" (a.k.a. IRS LASER TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. IRS LAZER TEKHNOLODZHI), Ul. Komsomolskaya D. 19, Berezovskiy 623704, Russia; Organization Established Date 22 Jun 2017; Tax ID No. 6678083936 (Russia); Registration Number 1176658062129 (Russia) [RUSSIA-EO14024].

"IRSAD" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

"ISAN" (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE HIGHER EDUCATION INSTITUTION SPECTROSCOPY OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF SPECTROSCOPY OF THE RUSSIAN ACADEMY OF SCIENCES), Fizicheskaya Str., 5, Troitsk, Moscow 108840, Russia; Organization Established Date 07 Jul 1992; Tax ID No. 5046005427 (Russia); Registration Number 1035009350100 (Russia) [RUSSIA-EO14024].

"ISB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

"ISCPC LLC" (a.k.a. LIMITED LIABILITY COMPANY ISHIMBAY SPECIALIZED CHEMICAL PLANT OF CATALYST), Ul. Levyi Bereg D. 6, Ishimbay 453203, Russia; Organization Established Date 26 Apr 2006; Tax ID No. 0261014551 (Russia); Registration Number 1060261010996 (Russia) [RUSSIA-EO14024].

"ISEEMA" (a.k.a. GHADIR REAL-TIME SYSTEMS DEVELOPMENT; a.k.a. GHADIR TOSE-E SAAMANEHAYE BEHENGAAM), Iran; Additional Sanctions Information - Subject to

Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

"Iseldor" (a.k.a. PLESHEVSKIY, Dmitry), Zelenograd, Russia; DOB 30 Jul 1992; nationality Russia; Email Address pleshevskiy@gmail.com; alt. Email Address dmitriy@ideascup.me; alt. Email Address support@ideascup.me; alt. Email Address pleshevskie@gmail.com; Gender Male (individual) [CYBER2].

"ISFAHAN OPTICS" (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

"ISGS" (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL), Mali; Niger; Burkina Faso [SDGT].

"ISIDRO, Chapito" (a.k.a. MEZA FLORES, Fausto Isidro; a.k.a. "ISIDRO, Chapo"), Sinaloa, Mexico; DOB 19 Jun 1982; POB Navojoa, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEFF820619HSRZLS08 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"ISIDRO, Chapo" (a.k.a. MEZA FLORES, Fausto Isidro; a.k.a. "ISIDRO, Chapito"), Sinaloa, Mexico; DOB 19 Jun 1982; POB Navojoa, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEFF820619HSRZLS08 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"ISIL-WA" (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a.

ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

"ISISB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

"ISIS-DRC" (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

"ISIS-L" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"ISIS-MOZAMBIQUE" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a.

ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

"ISIS-SP" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

"ISIS-WA" (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

"ISISWAP" (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"), Nigeria [FTO] [SDGT].

"ISLAM, Saiful" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

"ISLAMIC NATIONAL BANK" (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a.

"NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

"ISLAMIC RESISTANCE IN IRAQ" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"ISM TECH" (a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY; a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY SDN BHD), 1-11 1st Floor, Jalan Padan Perdana 2 Dataran Pandan Prima, Kuala Lumpur 55100, Malaysia; Rm. 1014, Favor Industrial Centre 2-6 Kin Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 May 2019; Registration Number 201901016612 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

"ISMAIL, Engineer" (a.k.a. MOHAMED, Abdullahi Osman; a.k.a. "ADDE, Dhega"; a.k.a. "OSMAN, Abdullahi"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male (individual) [SDGT].

"ISP" (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

"ISRA" (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

"ISS" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "MANERA"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"ISS" (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS IN EAST AFRICA; a.k.a. ISIS-SOMALIA; a.k.a. ISLAMIC STATE IN SOMALIA), Puntland Region, Somalia [SDGT].

"Issa" (a.k.a. MBAGA, Peter Charles; a.k.a. "ABU KAIDHA"), Johannesburg, South Africa; DOB 25 Sep 1976; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB321592 (Tanzania) expires 08 Mar 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE).

"ISSE, Abdikarin" (a.k.a. GAGAALE, Abdikarim Hussein; a.k.a. "AL-ANSARI, Isse"), Qunyo Barrow, Middle Juba, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"ISSP RAS" (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No.

5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

"ISYF" (a.k.a. INTERNATIONAL SIKH YOUTH FEDERATION) [SDGT].

"IT SECURITY & PENETRATION TESTING TEAM" (a.k.a. AMN PARDAZESH KHARAZMI; a.k.a. ITSEC TEAM; a.k.a. "POOYA DIGITAL SECURITY GROUP"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

"ITC ELECTRONICS" (a.k.a. AI TI SI CO), Ul. Zyryanovskaya D. 53, Novosibirsk 630102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259290 (Russia); Registration Number 1035402500825 (Russia) [RUSSIA-EO14024].

"ITECMA" (a.k.a. ITEKMA OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INNOVATSIONNYE TEKHNOLOGII I MATERIALY), D. 2 K. 121, Ul. Zavodskaya (Klimovsk Mkr.), Podolsk 142181, Russia; Tax ID No. 5074050189 (Russia); Registration Number 1145074004723 (Russia) [RUSSIA-EO14024].

"ITRITEC COMPANY" (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"ITRITEC" (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL

TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"ITS LLC" (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ); a.k.a. "OOO MTU" (Cyrillic: "ООО МТУ")), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

"ITSBT LLC" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Stromnnya d. 18 str. 27, kom., Moscow 107076, Russia; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"ITSBT OOO" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Stromnnya d. 18 str. 27, kom., Moscow 107076, Russia; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-

EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"IVANOV MIXAIL" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"IVBB" (a.k.a. IRAN-VENEZUELA BI-NATIONAL BANK), IVBB Headquarters, 30th Alley, No. 96, Khaled Eslamboli Street, (Vozara), PO Box 15175-598, Tehran 15119-57111, Iran; Website http://en.ivbb.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

"IYADH, Abou" (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh") DOB 08 Nov 1965 (individual) [SDGT].

"IZO 5 SECONDS" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO"; a.k.a. "IZO 5 SEGONN"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZO 5 SEGONN" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO"; a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZO VILAJ DE DYE" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO"; a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO 5 SEGONN"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

"IZO" (a.k.a. ANDRE, Johnson (Latin: ANDRÉ, Johnson); a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO 5 SEGONN"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti;

citizen Haiti; Gender Male (individual) [GLOMAG].

"IZZA KUSOMAN" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA;" a.k.a. "ABU OBAIDAH;" a.k.a. "ABU OBAYDA;" a.k.a. "ABU OBEIDA;" a.k.a. "ABU UBAIDAH;" a.k.a. "AMI IRAQ;" a.k.a. "AMI IRZA;" a.k.a. "AMI KUSOMAN;" a.k.a. "AMMY ERZA;" a.k.a. "AMMY IZZA;" a.k.a. "AMY ERJA;" a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"JA LA BO" (a.k.a. KYA, La Bo; a.k.a. "CHA LA BO"; a.k.a. "KYA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

"JAA" (a.k.a. JUND AL-AQSA; a.k.a. SARAYAT AL-QUDS; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. THE SOLDIERS OF AQSA), Idlib governorate, Syria; Hama governorate, Syria [SDGT].

"JAAFAR, Jaafar Jamal" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"JABON" (a.k.a. GARCIA GARCIA, Jairo; a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia;

Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

"JACKROCK#3337" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45hexr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h60n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6ng6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e41200d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"JAD" (a.k.a. JAMAAH ANSHARUT DAULAH; a.k.a. JAMAAH ANSHARUT DAULAT; a.k.a. JEMAAH ANSHORUT DAULAH), Indonesia [SDGT].

"JADALLAH, Walid" (a.k.a. JAD ALLAH, Waleed Mohammad Mustafa; a.k.a. JADALLAH, Walid Mohammed Mustafa), Turkey; DOB 01 Jan 1958; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T199962 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"JAFARI" (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

"JA'FARI, Aziz" (a.k.a. JAFARI, Ali; a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

"JA'FARI, Hasan" (a.k.a. PELARAK, Hassan (Arabic: حسن پلارک‎); a.k.a. POLARAK, Hassan), Iran; Iraq; DOB 03 Sep 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10001869 (Iran); alt. Passport V43936121 (Iran); National ID No. 3051910163 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"JA'FARI, Mohammad" (a.k.a. JA'FARI, Mohammad Agha), Iran; DOB 1966; alt. DOB 1967; POB Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

"JAGS" (a.k.a. GUZMAN SALAZAR, Jesus Alfredo; a.k.a. "Alfredillo"), Mexico; DOB 17 May 1986; POB Zapopan, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSJ860517HJCZLS06 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"JAHANI, Milad" (a.k.a. ZARGAR TEHRANI, Mohammad Ebrahim; a.k.a. ZARGAR

TEHRANI, Mohammad Mohammad Ebrahim (Arabic: (محمد محمد ابراهیم زرگر طهرانی)), Iran; DOB 16 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0070235759 (Iran) (individual) [SDGT] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

"JAK-A" (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA), Kabylie region, Algeria [SDGT].

"JAKE MATE" (a.k.a. JAQUEZ ARAUJO, Yadher Rafael; a.k.a. "JAQUE MATE"), Dominican Republic; DOB 15 Oct 1985; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1733889-7 (Dominican Republic) (individual) [SDNTK].

"JAM ROLLED ICE CREAM" (a.k.a. BAUM PVT LTD; a.k.a. "CAFE SHAZE"), Feyrugasdhoshuge, 1st Floor, Ameeru Ahmed Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established 28 Mar 2017; Organization Type: Non-specialized wholesale trade; Business Number BN-0734/2017 (Maldives); alt. Business Number BN-2097/2017 (Maldives); Registration Number C-0359/2017 (Maldives); Permit Number TS-0112/T10/2017 (Maldives); alt. Permit Number TS0040T102018 (Maldives); alt. Permit Number IG0593T102018 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

"JAMBS" (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA), Nigeria [FTO] [SDGT].

"JAMES DUGGAN" (a.k.a. VIDEMATO, Santiago; a.k.a. "RAMONA IBARRA"), Buenos Aires, Argentina; DOB 04 Oct 1983; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA920679

(Argentina); D.N.I. 30555776 (Argentina) (individual) [SDNTK].

"JAMIAT AL-FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"JAQUE MATE" (a.k.a. JAQUEZ ARAUJO, Yadher Rafael; a.k.a. "JAKE MATE"), Dominican Republic; DOB 15 Oct 1985; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1733889-7 (Dominican Republic) (individual) [SDNTK].

"JASPER" (a.k.a. VIBANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO GARCIA, Jesus Miguel; a.k.a. VIVANCO JR., Miguel Angel), Mexico; DOB 06 Oct 1995; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. VIGJ951006HSLBRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"JAT" (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99), Indonesia [FTO] [SDGT].

"JAVAD, Abu" (a.k.a. ABD AL RASUL MURSHID SHIRAZI, Ali; a.k.a. SHIRAZI, Ali Marshad; a.k.a. SHIRAZI, Ali Morshed (Arabic: علی مرشد الشرازی)), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"JCT" (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT].

"JDQ" (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

"JDQS" (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA

AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

"JEH FONG" (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

"JEREZANO ESCRIBANO" (a.k.a. GERESANO ESCRIBANO, Gonzalo; a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "GERESANO ESCRINAO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

"JERUSALEM MOVEMENT FOUNDATION FOR THE MARTYRS, PRISONERS, AND WOUNDED" (a.k.a. MUHJAT ALQUDS FOUNDATION (Arabic: مؤسسة مهجة القدس); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR MARTYRS, PRISONERS, AND WOUNDED (Arabic: مؤسسة مهجة القدس للشهداء والأسرى والجرحى); a.k.a. MUHJAT AL-QUDS FOUNDATION FOR PRISONERS; a.k.a. MUHJAT AL-QUDS INSTITUTION; a.k.a. "AL-MUHJA"), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Registration Number 8040 (Palestinian) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

"JHL" (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"JHONIER" (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB

Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"JI" (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO] [SDGT].

"JIJEH, Abu Ali" (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

"JimJones" (a.k.a. ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр); a.k.a. "blade_runner"; a.k.a. "GistaveDore"; a.k.a. "GustaveDore"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"JIN, Gordon" (a.k.a. ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景); a.k.a. "DENG, Gao"; a.k.a. "ZHENG, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 17ezuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

"JOHN, Damien" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN,

Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"JOHN, Damion" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"JOLAIBA" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albauoga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"JONAS" (a.k.a. ZAPATA BERRIO, Jorge Oswaldo); DOB 15 May 1979; POB Bello, Antioquia, Colombia; Cedula No. 71216000 (Colombia) (individual) [SDNTK] (Linked To: MOTOS Y REPUESTOS JOTA).

"JONIER" (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JHONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To:

REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"JONNIER" (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JHONIER"; a.k.a. "JONIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"JOUMAA MLO/DTO" (a.k.a. JOUMAA MONEY LAUNDERING ORGANIZATION / DRUG TRAFFICKING ORGANIZATION), Beirut, Lebanon; Maicao, Colombia [SDNTK].

"JRN" (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

"JRTN" (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

"JSC 558 ARP" (a.k.a. JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 558TH AIRCRAFT REPAIR PLANT; a.k.a. "558 ARZ OAO"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Jun 1992;

Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

"JSC AIRBURG" (a.k.a. AKTSIONERNOE OBSHCHESTVO EIRBURG; a.k.a. AO EIRBURG; a.k.a. "OKB UZGA, OOO"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

"JSC ATC" (a.k.a. JSC ADDITIVE TECHNOLOGIES CENTER; a.k.a. JSC CENTER ADDITIVNYKH TEKHNOLOGY), 7, Vishnevaya Str, Moscow 125362, Russia; Organization Established Date 2018; Tax ID No. 7733325690 (Russia); Registration Number 1187746120407 (Russia) [RUSSIA-EO14024].

"JSC BAF" (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "AO BAZ"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

"JSC BVT" (a.k.a. AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII; a.k.a. BASHVZRYVTECHNOLOGII JSC; a.k.a. "BVT AO"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

"JSC CDBAE" (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "AO TSKBA"; a.k.a.

"APPARATUS DEVELOPMENT JOINT STOCK COMPANY"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

"JSC COMPANY SCAN" (a.k.a. CLOSED JOINT STOCK COMPANY COMPANY SCAN; a.k.a. JOINT STOCK COMPANY COMPANY SCAN), Ul. Druzhby D.10B, Moscow 119330, Russia; Organization Established Date 01 Apr 2010; Tax ID No. 7729652960 (Russia); Government Gazette Number 65369101 (Russia); Registration Number 1107746244330 (Russia) [RUSSIA-EO14024].

"JSC DCSS" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"JSC DTSSS" (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "JSC DCSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

"JSC FEDC" (a.k.a. CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC; a.k.a. JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ); a.k.a. "JSC KRDV" (Cyrillic: "АО КРДВ")), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

"JSC GMZ AGAT" (a.k.a. JOINT STOCK COMPANY GAVRILOV YAM MACHINE BUILDING PLANT AGAT), 1, Pr. Mashinostroiteley, Gavrilov Yam 152240, Russia; Tax ID No. 7616002417 (Russia); Registration Number 1027601067944 (Russia) [RUSSIA-EO14024].

"JSC GSE" (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС")), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

"JSC IFC" (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

"JSC INEUM" (a.k.a. JOINT STOCK COMPANY INSTITUTE OF ELECTRONIC CONTROL COMPUTERS NAMED AFTER I.S. BRUK), 24, Vavilova st., Moscow 119334, Russia; Tax ID No. 7736005096 (Russia) [RUSSIA-EO14024].

"JSC KMZ" (a.k.a. OAO KRASNOARMEYSKIY MEKHANICHESKIY ZAVOD; UI. Zavodskaya D.10, Krasnoarmeysk 412801, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6442005951 (Russia); Registration Number 1026401731531 (Russia) [RUSSIA-EO14024].

"JSC KRDV" (Cyrillic: "АО КРДВ") (a.k.a. CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC; a.k.a. JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ); a.k.a. "JSC FEDC"), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

"JSC KUMAPE" (a.k.a. JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "AO KUMAPP"), UI. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"JSC KZSK" (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "OAO KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

"JSC LTD GCS" (a.k.a. GIGANT KOMPLEKSNYE SISTEMY; a.k.a. "GKS"), Proezd Zavodskoi D. 2, Pomeshch. 560, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or

having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050129707 (Russia); Registration Number 1165050057556 (Russia) [RUSSIA-EO14024].

"JSC MAGE" (a.k.a. JOINT STOCK COMPANY MARINE ARCTIC GEOLOGICAL EXPEDITION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОРСКАЯ АРКТИЧЕСКАЯ ГЕОЛОГОРАЗВЕДОЧНАЯ ЭКСПЕДИЦИЯ)), Building 26, Sofi Perovskoy Street, Murmansk 183038, Russia; Tax ID No. 5190100088 (Russia); Registration Number 1025100841039 (Russia) [RUSSIA-EO14024].

"JSC MC RDIF" (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ")), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

"JSC MCST" (a.k.a. JSC MOSCOW CENTER OF SPARC TECHNOLOGIES; a.k.a. JSC MTSST), 1, Bld. 23, Nagatinskaya Street, Moscow 117105, Russia; 51, Leninsky Ave, Moscow

119049, Russia; Tax ID No. 7736053886 (Russia); Registration Number 1027739148469 (Russia) [RUSSIA-EO14024].

"JSC NASC" (a.k.a. JOINT STOCK COMPANY NATIONAL AVIATION SERVICE COMPANY; a.k.a. NATIONAL AVIATION SERVICE COMPANY (Cyrillic: НАЦИОНАЛЬНАЯ АВИАЦИОННО-СЕРВИСНАЯ КОМПАНИЯ)), Proezd Yablochkova D. 5, Korpus 18, Ryazan 390023, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 4, Floor 2, Pomeshch. IX/Kom. 5, Moscow 115184, Russia; Organization Established Date 04 Apr 1994; Target Type State-Owned Enterprise; Tax ID No. 6230116089 (Russia); Registration Number 1206200002249 (Russia) [RUSSIA-EO14024].

"JSC NEC" (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ); a.k.a. JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION; a.k.a. "AO NIK" (Cyrillic: "АО НИК")), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

"JSC NIIEMP" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

"JSC NPO KIS" (a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION CRITICAL INFORMATION SYSTEMS), Kitaigorodsky passage, 7, building 1, floor 1, Office 1035, ext. ter. Tagansky municipal district, Moscow 109012, Russia; Tax ID No. 9705178310 (Russia); Registration Number 1227700585353 (Russia) [RUSSIA-EO14024].

"JSC NPZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PATRONNYI ZAVOD; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK CARTRIDGE PLANT), Station Building St, Bldg. 30A, Office

307, Novosibirsk 630108, Russia; Tax ID No. 5445115799 (Russia); Registration Number 1035404726246 (Russia) [RUSSIA-EO14024].

"JSC OE ZNPP" (a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION OF ZAPORIZHZHYA NPP; a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION ZAPORIZHZHYA NUCLEAR POWER PLANT), Ferganskaya Street 25, Moscow, Russia; Organization Established Date Oct 2022 [RUSSIA-EO14024].

"JSC OKB MEI" (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA; a.k.a. JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE; a.k.a. "AO OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

"JSC OZGA" (a.k.a. JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION; a.k.a. JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII; a.k.a. JSC OMSK CIVIL AVIATION PLANT), 112 Surovtseva Str, Omsk 644015, Russia; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

"JSC PNTZ" (Cyrillic: "АО ПНТЗ") (a.k.a. JOINT STOCK COMPANY PERVOURALSKY NEW PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРВОУРАЛЬСКИЙ НОВОТРУБНЫЙ ЗАВОД)), 1 Torgovaya Street, Pervouralsk 623100, Russia; Tax ID No. 6625004271 (Russia); Registration Number 1026601503840 (Russia) [RUSSIA-EO14024].

"JSC PO FORT" (Cyrillic: "АО ПО ФОРТ") (a.k.a. JOINT STOCK COMPANY PROIZVODSTVENNOE OBEDINENIE FORT), d. 3 litera E pom. 46N, proezd 3 I Rybatski, St. Petersburg 192177, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811671725 (Russia); Registration Number 1177847371085 (Russia) [RUSSIA-EO14024].

"JSC RDC" (a.k.a. JSC RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKOYE DESIGN COMPANY JOINT STOCK COMPANY), Gurieva St., 2, Ramenskoye, Moscow Region 140103, Russia; Tax ID No. 5040007594 (Russia); Registration Number 1025005118830 (Russia) [RUSSIA-EO14024].

"JSC RIPI" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "AO NII TP"), ul. Dekabristov, Vl 51, Moscow 127490, Russia; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

"JSC RIRT" (a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN INSTITUTE OF RADIONAVIGATION AND TIME), Pl. Rastrelli D. 2, Saint Petersburg 191124, Russia; Pr-kt Obukhovskoi Oborony D. 120, Lit. ets, Saint Petersburg 192012, Russia; 19 Staraya Basmannaya str., building 12, Moscow 105066, Russia; Organization Established Date 07 Sep 1956; Tax ID No. 7825507108 (Russia); Registration Number 1037843100052 (Russia) [RUSSIA-EO14024].

"JSC RPC KBM" (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. KOLOMNA MACHINE BUILDING DESIGN BUREAU; a.k.a. RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

"JSC RPC PSI" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND

PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

"JSC SCAN" (a.k.a. CLOSED JOINT STOCK COMPANY SCAN; a.k.a. JOINT STOCK COMPANY SCAN), Ul. Druzhby D.10 B, Moscow 119330, Russia; Organization Established Date 04 Apr 2007; Tax ID No. 7729571904 (Russia); Government Gazette Number 80712625 (Russia); Registration Number 5077746460380 (Russia) [RUSSIA-EO14024].

"JSC SETTLEMENT SOLUTIONS" (a.k.a. JOINT STOCK COMPANY RASCHETNIYE RESHENIYA; a.k.a. JSC RASCHETNIYE RESHENIYA; a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"JSC SINTZ" (Cyrillic: "АО СИНТЗ") (a.k.a. JOINT STOCK COMPANY SINARSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИНАРСКИЙ ТРУБНЫЙ ЗАВОД)), 1 Zavodskiy Passage Street, Kamensk-Uralskiy 623401, Russia; Tax ID No. 6612000551 (Russia); Registration Number 1026600931686 (Russia) [RUSSIA-EO14024].

"JSC SKHZ" (a.k.a. JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД); a.k.a. SALAVAT CHEMICAL PLANT; a.k.a. "AO CXЗ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia;

Website www.salavathz.ru; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

"JSC SMZ" (Cyrillic: "АО СМЗ") (a.k.a. JOINT STOCK COMPANY SAMARA METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД)), 29 Alma-Atinskaya Street, Building 33/34, Samara 443051, Russia; 10 Presnenskaya Embankment, Block B, Moscow 123112, Russia; Tax ID No. 6310000160 (Russia); Registration Number 1026300763389 (Russia) [RUSSIA-EO14024].

"JSC SNSZ" (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"JSC SRIEMI" (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC NIIEMP"), 44, Karakozova Street, Penza 440600, Russia; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

"JSC STZ" (Cyrillic: "АО СТЗ") (a.k.a. JOINT STOCK COMPANY SEVERSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСКИЙ ТРУБНЫЙ ЗАВОД)), 7 Vershinina Street, Polevskoy 623388, Russia; Tax ID No. 6626002291 (Russia); Registration Number 1026601606118 (Russia) [RUSSIA-EO14024].

"JSC TPE" (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC

TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

"JSC USC" (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"JSC VAF" (a.k.a. JOINT STOCK COMPANY VOSKRESENSKY AGGREGATION FACTORY; a.k.a. VOSKRESENSKY AGGREGATE PLANT), 6 Ul. Tsiolkovskogo, Beloozerskii 140250, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5005073080 (Russia); Registration Number 1235000011058 (Russia) [RUSSIA-EO14024].

"JSC VNIIR" (Cyrillic: "АО ВНИИР") (a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ПРОЕКТНО-КОНСТРУКТОРСКИЙ И ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ РЕЛЕСТРОЕНИЯ С ОПЫТНЫМ ПРОИЗВОДСТВОМ); f.k.a. "OAO VNIIIR"),

Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2128001516 (Russia); Government Gazette Number 00216823 (Russia); Registration Number 1022101131580 (Russia) [RUSSIA-EO14024] (Linked To: ASSET ELECTRO LLC).

"JSC VTZ" (Cyrillic: "АО ВТЗ") (a.k.a. JOINT STOCK COMPANY VOLZHSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛЖСКИЙ ТРУБНЫЙ ЗАВОД)), 6 Metallurgov Avenue, Volzhskiy 404119, Russia; Tax ID No. 3435900186 (Russia); Registration Number 1023401997101 (Russia) [RUSSIA-EO14024].

"JTB" (a.k.a. JAMMAL TRUST BANK; a.k.a. JAMMAL TRUST BANK S.A.L.), JTB Tower, Elias Hraoui Avenue, Beirut, Lebanon; Jammal Trust Bank SAL Building, Rashid Karame Ave, Beirut, Lebanon; PO Box 11-5640 & 13-5750, Bank's Bldg, Rashid Karameh Ave, Beirut, Lebanon; SCI La Balance, Boulevard Giscard D'estaing, Abidjan, Cote d Ivoire; 15A Burma Road, Apapa, Lagos State, Nigeria; 3rd Floor, Berkeley Court, 6/7 Pollen St, London W1S 1ND, United Kingdom; Al-Buss, Lebanon; Al Furzol, Lebanon; Baalbeck, Lebanon; Beirut, Lebanon; Bint Jbeil, Lebanon; Bourj El Barajneh, Lebanon; Dora, Lebanon; Ghazieh, Lebanon; Jbeil, Lebanon; Jwaya, Lebanon; Kana, Lebanon; Labwe, Lebanon; Marjeyoun, Lebanon; Nabatieh, Lebanon; Saida, Lebanon; Tibnin, Lebanon; Tripoli, Lebanon; Tyre, Lebanon; Verdun, Lebanon; Abidjan, Cote d Ivoire; Apapa, Nigeria; London, United Kingdom; SWIFT/BIC JTBKLBBE; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; All Branches Worldwide [SDGT] (Linked To: HIZBALLAH).

"JUA" (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

"JUANKI" (a.k.a. REALES BRITTO, Juan Carlos; a.k.a. "JUANQUI"), Colombia; DOB 09 Dec

1987; POB Santa Marta, Colombia; citizen Colombia; Gender Male; Cedula No. 1082884409 (Colombia); Passport AS340363 (Colombia) (individual) [SDNTK].

"JUANQUI" (a.k.a. REALES BRITTO, Juan Carlos; a.k.a. "JUANKI"), Colombia; DOB 09 Dec 1987; POB Santa Marta, Colombia; citizen Colombia; Gender Male; Cedula No. 1082884409 (Colombia); Passport AS340363 (Colombia) (individual) [SDNTK].

"JUD" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

"JULIA" (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "DON JULIO"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico;

Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

"JULITO" (a.k.a. LOPEZ PENA, Julio Cesar; a.k.a. "COMBA"), Carrera 71 No. 10 Bis 103, Cali, Colombia; Avenida 4O No. 6-140, Apt. 1301, Cali, Colombia; Calle 62 No. 4C-18, Cali, Colombia; Carrera 72 No. 10 bis 21, Apt. 303, Cali, Colombia; Carrera 16 No. 21N-02, Armenia, Colombia; DOB 25 Jun 1961; POB Chaparral, Tolima, Colombia; citizen Colombia; Cedula No. 16655942 (Colombia) (individual) [SDNT].

"JUND AL KHILAFAH" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL-KHILAFAH"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

"JUND AL-KHILAFA" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

"JUNE 78" (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA") [SDGT].

"K.A.S." (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR

REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA") [SDGT].

"KA PA SA" (a.k.a. DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

"KABO, Ayman" (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male (individual) [SDGT].

"KAFRSOUSA BRANCH" (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 215 - RAIDS; a.k.a. "BRANCH 215" (Arabic: " الفرع 215"); a.k.a. "BRANCH 215: RAIDS COMPANY" (Arabic: "سرية المداهمة والاقتحام"); a.k.a. "RAIDS COMPANY" (Arabic: "فرع سرية المداهمة")), Syria; 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"KAGAS" (a.k.a. KHALIULLIN, Maksim Marselevich (Cyrillic: ХАЛИУЛЛИН, Максим Марселевич)), Chelyabinsk, Russia; DOB 28 Feb 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"Kaida" (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KAKHA RUSTAVSKIY" (a.k.a. KOSTOV, Nikolay Lyudmilo; a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

"KALCO" (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM

KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"KALI SAMI" (a.k.a. AKLI, Mohamed Amine; a.k.a. "ELIAS"; a.k.a. "KILLECH SHAMIR"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT].

"KALUGA, Perko" (a.k.a. LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович); a.k.a. LOSEV, Alexey Vyacheslavovich; a.k.a. PERKO, Alexey), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

"Kalume" (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRBAKI, Muzamir; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ") (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality

Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

"KAMEL" (a.k.a. HAMRAOUI, Kamel Ben Mouldi Ben Hassan; a.k.a. "KIMO"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisia; Passport P229856 issued 01 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT].

"KANI BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KANIAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KANIYAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KANYAT" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"KARAR, Abu" (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

"Karateca" (a.k.a. NUNEZ AGUIRRE, Liborio), Mexico; DOB 22 Aug 1957; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUAL570822HSLXGB05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"KAREEM, Shakeel" (a.k.a. FAZAL, Shakeel Karim; a.k.a. KARIM, Shakeel), Mohallah Gharib Abad Post Office Hathian, Dist. Mardan, Mardan, KPK, Pakistan; DOB 01 Jan 1975;

POB Mardan, Pakistan; nationality Pakistan; citizen Pakistan; Email Address shksma@gmail.com; Gender Male; Passport AF5164852 (Pakistan) issued 01 Oct 2011 expires 29 Sep 2016 (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

"KARGAR, Mohsen" (a.k.a. HODJAT ABADI, Mohsen Kargar; a.k.a. HODJATABADI, Mohsen Kargar; a.k.a. PARSAJAM, Mohsen); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

"Karida" (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KARIM, Mam" (a.k.a. AL-CHAMCHAMALI, Bilal; a.k.a. AL-SHAKHAN, Fuad Ahmad Nuri Ali; a.k.a. "KIRKUKI, Bilal"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender Male; National ID No. 00060543 (Iraq) (individual) [SDGT].

"KARIMI, Ali" (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

"KARITEKS LAKI AD" (a.k.a. CARITEX LUCKY AD), 14, Iskar str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121633825 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

"KARST LTD." (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. KARST, OOO; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

"Karume" (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KARUMI" (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

"KASTOR" (a.k.a. JIMENEZ CASTRO, Mario Alberto), Mexico; DOB 20 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; Digital Currency Address - ETH 0x9c2bc757b66f24d60f016b6237f8cdd414a879fa; C.U.R.P. JICM881020HSLMSR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"KATA'IB HIZBALLAH FI AL-IRAQ" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATIBAT ABU FATHEL AL A'ABAS" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATIBAT ZAYD EBIN ALI" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATIBUT KARBALAH" (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

"KATO, L." (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "LUMINSA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"KAVEH PARS" (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway,

Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"KBP OAO" (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

"KBSM AO" (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

"KEUN DONG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID

Number 5570700010951 (Thailand) (individual) [SDNTK].

"KEUN SEU CHANG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"KFCC" (a.k.a. KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP; a.k.a. KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD.; a.k.a. KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD.), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

"KGKPZ" (a.k.a. FEDERAL STATE ENTERPRISE KAZAN FEDERAL STATE GUNPOWDER PLANT; a.k.a. KAZANSKII GOSUDARSTVENNYI KAZENNYI POROKHOVOI ZAVOD), ul. Pervogo Maya D. 14, Kazan 420032, Russia; Tax ID No.

1656025681 (Russia); Registration Number 1031624002937 (Russia) [RUSSIA-EO14024].

"KHABAR, Abu" (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""), DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

"Khadim" (a.k.a. BOURAS, Sami Bashur; a.k.a. "Wakrici"); DOB 1974 to 1976; citizen Sweden; Gender Male; Passport M323879 (Tunisia) (individual) [SDGT].

"khaleesi" (a.k.a. LI, Jiadong (Chinese Simplified: 李泰东); a.k.a. "blackjack1987"), Anshan, Liaoning, China (Chinese Simplified: 鞍山, 辽宁, China); DOB 10 Jan 1987; nationality China; Gender Male; Digital Currency Address - XBT 1EfMVkxQQuZfBdocpJu6RUsCJvenQWbQyE; alt. Digital Currency Address - XBT 17UVSMegvrzfobKC82dHXpZLtLcqzW9stF; alt. Digital Currency Address - XBT 39eboeqYNFe2VoLC3mUGx4dh6GNhLB3D2q; alt. Digital Currency Address - XBT 39fhoB2DohisGBbHvvfmkdPdShT75CNHdX; alt. Digital Currency Address - XBT 3E6rY4dSCDW6y2bzJNwrjvTtdmMQjB6yeh; alt. Digital Currency Address - XBT 3EeR8FbcPbkcGj77D6ttneJxmsr3Nu7KGV; alt. Digital Currency Address - XBT 3HQRveQzPifZorZLDXHernc5zjoZax8U9f; alt. Digital Currency Address - XBT 3JJXKQ81JzBqVbB8VHdV9Jtd7auWokkdPgY; alt. Digital Currency Address - XBT 3KHfXU24Bt3YD5Ef4J7uNp2buCuhrxfGen; alt. Digital Currency Address - XBT 3LbDu1rUXHNyiz4i8eb3KwkSSBMf7C583D; alt. Digital Currency Address - XBT 3MN8nYo1tt5hLxMwMbxDkXWd7Xu522hb9P; alt. Digital Currency Address - XBT 3N6WeZ6i34taX8Ditser6LKWBcXmt2XXL4; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613314257947; alt. Phone Number 8618004121000; Transactions

Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 210302198701102136 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"KHALID" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"KHALID, Mohamad" (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

"KHALIL YARRAYA" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Narvan"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"KHAMZAT, Amir" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitsky Region, Stavropol Territory, the Russian Federation (individual) [SDGT].

"KHAMZAT, Emir" (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB

Kitaevka, Novoselitsky Region, Stavropol Territory, the Russian Federation (individual) [SDGT].

"KHAN ORGANIZATION" (a.k.a. HAJI JUMA KHAN ORGANIZATION; a.k.a. "HJK ORGANIZATION"), Afghanistan; Pakistan [SDNTK].

"KHAN, Rahman Ieb" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"Khattab" (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

"KHEL, Sher Omar" (a.k.a. KHALOUZAI, Asmatullah; a.k.a. KHALOZAI, Ismatullah), Kabul City, Kabul District, Kabul Province, Afghanistan; DOB 01 Jan 1995; POB Baba Zangi Village, Fabri Qand City, Baghlan-e Jadid District, Baghlan Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: ISIL KHORASAN).

"Khirurg" (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "The Surgeon"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

"KHK" (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS'

PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK") [SDNTK] [FTO] [SDGT].

"KHOOTWAL, Haji" (a.k.a. NOORZAI, Haji Kotwal; a.k.a. "KHOTWAL, Haji"; a.k.a. "KOOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"KHOTWAL, Haji" (a.k.a. NOORZAI, Haji Kotwal; a.k.a. "KHOOTWAL, Haji"; a.k.a. "KOOTWAL, Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"KIA, Matin" (a.k.a. MATINKIA, Alireza), Tehran, Iran; DOB 06 Sep 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 145691535 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SABERIN KISH COMPANY).

"KIAM" (a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS; a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS OF THE RUSSIAN ACADEMY OF SCIENCES), pl. Miusskaya, d. 4, Moscow 125047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710063939 (Russia); Registration Number 1037739115787 (Russia) [RUSSIA-EO14024].

"KIB" (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"), Aleppo, Syria; Afghanistan [SDGT].

"KIKE" (a.k.a. PLANCARTE SOLIS, Enrique; a.k.a. "LA CHIVA"), Michoacan, Mexico; c/o Colonia Centro, Ave Lazaro Cardenas Sur 134, Nueva Italia, Michoacan, Mexico; DOB 14 Sep

1970; POB Michoacan, Mexico; nationality Mexico; C.U.R.P. PASE700914HMNLLN09 (Mexico) (individual) [SDNTK].

"KIKIL" (a.k.a. CARO MONGE, Jesus Jose Gil), Mexico; DOB 20 Jun 1991; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ910620HJCRNS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"KILLECH SHAMIR" (a.k.a. AKLI, Mohamed Amine; a.k.a. "ELIAS"; a.k.a. "KALI SAMI"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT].

"KIM, JIN SOK" (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, HYOK CHOL; a.k.a. KIM, TONG MYONG; a.k.a. KIM, Tong-Myo'ng); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

"KIMIA CO., LTD." (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIA PAKHSH SHARGH CO. LTD; a.k.a. "KIMIA"), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

"KIMIA PARTS SIBON" (a.k.a. KIMIA PART SIVAN; a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARS SEBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC

REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIMIA" (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

"KIMIYA PARS SEBON" (a.k.a. KIMIA PART SIVAN; a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIMO" (a.k.a. HAMRAOUI, Kamel Ben Mouldi Ben Hassan; a.k.a. "KAMEL"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisia; Passport P229856 issued 01 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT].

"KINAHAN SENIOR, Christy" (a.k.a. KINAHAN, Christopher Vincent; a.k.a. "O'BRIEN, Christopher"; a.k.a. "THE DAPPER DON"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt.

Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"King of Zawarah" (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

"KIO" (a.k.a. GASTELUM SERRANO, Jaime); DOB 28 Nov 1972; POB Culiacan, Sinaloa, Mexico; nationality Mexico; C.U.R.P. GASJ721128HSLSRM06 (Mexico) (individual) [SDNTK].

"KIPAS" (a.k.a. KIMIA PART SIVAN; a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIMIYA PARS SEBON"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"KIPP" (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFP RAN FGBU"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

"KIRKUKI, Bilal" (a.k.a. AL-CHAMCHAMALI, Bilal; a.k.a. AL-SHAKHAN, Fuad Ahmad Nuri Ali; a.k.a. "KARIM, Mam"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender

Male; National ID No. 00060543 (Iraq) (individual) [SDGT].

"KITOKO" (a.k.a. KITOKO FOOD FARM; a.k.a. KITOKOFOOD, SPRL; a.k.a. LA FERME KITOKO FOOD), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

"KLIMT, Gustav" (a.k.a. CAMBIS, Dimitris; a.k.a. KAMPIS, Dimitrios Alexandros); DOB 14 Oct 1963; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN].

"KMID" (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"KNT GROUP" (a.k.a. LIMITED LIABILITY COMPANY KNT KAT), Ul. Kommunisticheskaya D. 116, Kv. 48, Sterlitamak 453100, Russia; Organization Established Date 26 Jul 2018; Tax ID No. 0268084396 (Russia); Registration Number 1180280043580 (Russia) [RUSSIA-EO14024].

"KOBA RUSTAVSKIY" (a.k.a. SHEMAZASHVILI, Koba Shalvovich; a.k.a. SHERMAZASHVILI, Koba; a.k.a. "TSITSILA"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

"KOCG" (a.k.a. KINAHAN ORGANISED CRIME GROUP; a.k.a. KINAHAN ORGANIZED CRIME GROUP), Ireland; United Kingdom; Spain; Netherlands; Dubai, United Arab Emirates; Target Type Criminal Organization [TCO].

"KOEC" (a.k.a. CHOSUN OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION

CORPORATION), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"KOGEN" (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

"KOLYA-KYRGYZ" (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ")), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

"KOMBINAT KAMENSKII" (a.k.a. FEDERAL STATE ENTERPRISE KAMENSKY COMBINE; a.k.a. FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI; a.k.a. KOMBINAT KAMENSKI FKP), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

"KOMID" (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING

DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

"KONSTANTA" (Cyrillic: "КОНСТАНТА") (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA, OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер. г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [PEESA-EO14039].

"KONTORA, Egor" (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Igor; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "ZHUKOV, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

"KOOTWAL, Haji" (a.k.a. NOORZAI, Haji Kotwal; a.k.a. "KHOOTWAL, Haji"; a.k.a. "KHOTWAL,

Haji"), Quetta City, Balochistan Province, Pakistan; Girdi Jangle, Balochistan Province, Pakistan; DOB 1961; alt. DOB 1960; alt. DOB 1962; alt. DOB 1958; alt. DOB 1957; alt. DOB 1959; POB Nahr-e Saraj Village, Nahr-e Saraj District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"KOPELIPA" (a.k.a. VIEIRA DIAS JUNIOR, Manuel Helder; a.k.a. VIEIRA DIAS, Manuel Helder), Rua de Coimbra, No 3, Luanda, Luanda, Angola; DOB 04 Oct 1953; POB Luanda, Angola; nationality Angola; Gender Male; Passport N2360712 (Angola) expires 07 Aug 2028 (individual) [GLOMAG].

"KOSMICHESKIE KOMMUNIKATSII" (a.k.a. LIMITED LIABILITY COMPANY SPACE COMMUNICATIONS; a.k.a. OOO KOSKOM), ul. Aviamotornaya, d. 53, k. 1, et. 6, kom. 91, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704313605 (Russia); Registration Number 1157746350046 (Russia) [RUSSIA-EO14024].

"KOUMAL" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"KPC" (a.k.a. KHARG PETROCHEMICAL; a.k.a. KHARG PETROCHEMICAL COMPANY LIMITED (Arabic: شركت پتروشیمی خارک سهامی (عام, No. 40 Dodjamjou St., North Dibaji St., P.O. Box No. 19615-317, Tehran 1951994511, Iran; Website http://www.khargpetrochemical.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100455748 (Iran); Registration Number 11569 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"KPI" (a.k.a. KISH P AND I CLUB; a.k.a. KISH PROTECTION AND INDEMNITY CLUB), Suite 6, 96 Maalek Ashtar Street Andisheh Blvd. Kish Island, 7941777844, Iran; No-82, 2nd Floor, Soltani St., Nelson Mandela Blvd, Tehran 19677-13855, Iran; Website http://www.kishpandi.com; Additional Sanctions

Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

"KPTC" (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"KRET" (Cyrillic: "КРЭТ") (a.k.a. CONCERN RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ)), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"KSO COMPANY" (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"KSS" (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA; a.k.a. THE MASTER OF THE MARTYRS BRIGADE), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"KTJ" (a.k.a. JANNAT OSHIKLARI; a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"KTRV" (Cyrillic: "КТРВ") (a.k.a. AKTSIONERNOE OBSCHESTVO KORPORATSIYA TAKTICHESKOE RAKETNOE VOORUZHENIE; a.k.a. TACTICAL MISSILES CORPORATION JSC (Cyrillic: АО КОРПОРАЦИЯ ТАКТИЧЕСКОЕ РАКЕТНОЕ ВООРУЖЕНИЕ)), d. 7, ul. Ilicha, Korolev, Moskovskaya Obl. 141080, Russia (Cyrillic: д. 7, ул. Ильича, Королёв, Московская Область 141080, Russia); Organization Established Date 13 Mar 2003; Government Gazette Number 07503313 (Russia); Registration Number 1035003364021 (Russia) [RUSSIA-EO14024].

"KUI, Bung Nga" (a.k.a. KOI, Wan Kuok; a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

"KURDI, Abdallah" (a.k.a. AHMED, Isma'il Fu'ad Rasul), Iran; DOB 1976; POB Kirkuk, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

"KURDISH TALIBAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"KURDISTAN SUPPORTERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS

OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"Kus" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

"KUWAITI, Abu Shaima'" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

"KYA LA BO" (a.k.a. KYA, La Bo; a.k.a. "CHA LA BO"; a.k.a. "JA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

"KYAW, Kyaw" (a.k.a. OO, Aung Naing; a.k.a. OO, U Aung Naing), L 103 Kanyeikthar Lane 6 FMI City, Rangoon, Burma; DOB 13 Oct 1962; alt. DOB 09 Jun 1969; POB Kyaukse, Burma; alt. POB Hkamti, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM002656 (Burma) issued 25 Aug 2014 expires 24 Aug 2024; National ID No. 7PAKHANAN013345 (Burma); alt. National ID No. 5SAKANAN017289 (Burma); Minister for Investment and Foreign Economic Relations (individual) [BURMA-EO14014].

"KYONGYONG CREDIT BANK" (a.k.a. CHEIL CREDIT BANK; a.k.a. FIRST CREDIT BANK), 3-18 Pyongyang Information Center, Potonggang District, Pyongyang, Korea, North; Beijing, China; Shenyang, China; Shanghai, China; SWIFT/BIC KYCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

"La Arana" (Latin: "La Araña") (a.k.a. CALDERON RIJO, Jose), Dominican Republic; DOB 04 Dec 1969; POB La Romana, Dominican Republic; nationality Dominican

Republic; citizen Dominican Republic; Gender Male; Cedula No. 02601165380 (Dominican Republic) (individual) [ILLICIT-DRUGS-EO14059].

"LA CAMELIA" (a.k.a. CAMELIAS BAR; a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. RESTAURANTE BAR LA CAMELIA), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) [SDNTK].

"LA CHIVA" (a.k.a. PLANCARTE SOLIS, Enrique; a.k.a. "KIKE"), Michoacan, Mexico; c/o Colonia Centro, Ave Lazaro Cardenas Sur 134, Nueva Italia, Michoacan, Mexico; DOB 14 Sep 1970; POB Michoacan, Mexico; nationality Mexico; C.U.R.P. PASE700914HMNLLN09 (Mexico) (individual) [SDNTK].

"LA COMADRE" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"La Firma" (a.k.a. RIVERA VARELA, Carlos Andres), Puerto Vallarta, Jalisco, Mexico; DOB 19 Jun 1986; POB Cali, Valle, Colombia; nationality Mexico; alt. nationality Colombia; Gender Male; Cedula No. 1130648070 (Colombia); C.U.R.P. RIVC860619HNEVRR04 (Mexico) (individual) [SDNTK].

"La Gallina" (a.k.a. GUDINO HARO, Francisco Javier (Latin: GUDIÑO HARO, Francisco Javier)), Puerto Vallarta, Jalisco, Mexico; Guadalajara, Jalisco, Mexico; DOB 29 Feb 1988; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUHF880229HJCDRR07 (Mexico) (individual) [SDNTK].

"LA GUERA" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "DONA LUPE"; a.k.a. "GUADALUPE"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"LA KUORA" (a.k.a. INKUORTYN FIVE SRL; a.k.a. LA KUORA TERRAZA; a.k.a. LA TERRAZA DE LA KUORA), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

"LA LINEA" (a.k.a. CARTEL DE JUAREZ; a.k.a. JUAREZ CARTEL; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"LA LUPE" (a.k.a. HERNANDEZ SALAS, Ofelia; a.k.a. "DONA LUPE"; a.k.a. "GUADALUPE"; a.k.a. "LA GUERA"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"LA MECHE" (a.k.a. BARRIOS HERNANDEZ, Mercedes), Xochitepec, Morelos, Mexico; DOB 05 May 1971; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Female; R.F.C. BAHM710505Q91 (Mexico); C.U.R.P. BAHM710505MGRRRR07 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

"LA MINSA" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "MODELO");

DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"LA NEGRA" (a.k.a. GOMEZ ALVAREZ, Sor Teresa); DOB 27 Jun 1956; POB Amalfi, Antioquia, Colombia; Cedula No. 21446537 (Colombia); Passport 21446537 (Colombia) (individual) [SDNTK] (Linked To: FUNDACION PARA LA PAZ DE CORDOBA).

"LA PATRONA" (a.k.a. MUSO, Sulma; a.k.a. MUSSO TORRES, Zulma Maria; a.k.a. "LA SENORA" (Latin: "LA SEÑORA")), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

"LA PECOSA" (a.k.a. CIFUENTES VARGAS, Yanet), Carrera 2 Oeste No. 51-51, Cali, Colombia; DOB 01 Aug 1963; POB Buga, Valle, Colombia; Cedula No. 38864607 (Colombia); Passport AI988963 (Colombia) (individual) [SDNT].

"LA RANA" (a.k.a. ARZATE GARCIA, Rene), Mexico; DOB 11 Jun 1983; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGR830611HBCRRN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LA SENORA" (a.k.a. GASTELUM SERRANO, Cesar), Culiacan, Sinaloa, Mexico; DOB 30 Apr 1968; POB Sinaloa, Culiacan, Mexico; nationality Mexico; C.U.R.P. GASC680430HSLSRS07 (Mexico) (individual) [SDNTK].

"LA SENORA" (Latin: "LA SEÑORA") (a.k.a. MUSO, Sulma; a.k.a. MUSSO TORRES, Zulma Maria; a.k.a. "LA PATRONA"), Colombia; DOB 27 May 1963; POB Santa Marta, Colombia; citizen Colombia; Gender Female; Cedula No. 36141965 (Colombia); Passport AP517448 (Colombia); alt. Passport AB2574362 (Colombia) (individual) [SDNTK].

"LA TUTA" (a.k.a. GOMEZ MARTINEZ, Servando; a.k.a. "EL PROFE"; a.k.a. "EL PROFESOR"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Michoacan, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNMRR08 (Mexico) (individual) [SDNTK].

"LAB 110" (a.k.a. 110TH RESEARCH CENTER; a.k.a. "UNIT 110"), Pyongyang, Korea, North; Shenyang, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"LABOBALLE" (a.k.a. AADAN, Mahad Ciise; a.k.a. ADAN, Mahad Isse; a.k.a. ADEN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"LAJONEL DIMON" (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

"LAKAY, Abu" (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. SANTOS, Ahmad (Ahmed)), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; RSM leader (individual) [SDGT].

"LAM, Gary" (a.k.a. JING HE, Lin; a.k.a. LIN, Jinghe (Chinese Simplified: 林敬鹤); a.k.a. "NG, Ken"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

"LAMO SANJOU" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"LANMO SAN JOU" (Latin: "LANMÒ SAN JOU") (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB

Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"LANMOU100JOU" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"LAO SSU" (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

"LARRY" (a.k.a. PAURA, Jorge Alejandro), Buenos Aires, Argentina; DOB 31 Oct 1967; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAB376848 (Argentina); D.N.I. 18580686 (Argentina); C.U.I.T. 20185806864 (Argentina) (individual) [SDNTK] (Linked To: BAJER S.R.L.; Linked To: HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA).

"LASER SYSTEMS LTD." (a.k.a. LIMITED COMPANY LASER SYSTEMS), Ul. Svyazi D.34 Liter A, Strelna 198515, Russia; Tax ID No. 7819039902 (Russia); Registration Number 1187847309913 (Russia) [RUSSIA-EO14024].

"LASHA RUSTAVSKI" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ") (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport

5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA RUSTAVSKY" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA TOLSTIY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA TOLSTIY" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"; a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LASHA TOLSTY" (a.k.a. MALGASOV, Ymar; a.k.a. SHUSHANASHVILI, Iasha Pavlovich; a.k.a. SHUSHANASHVILI, Lasha Pavlovich (Cyrillic: ШУШАНАШВИЛИ, ЛАША ПАВЛОВИЧ); a.k.a. "LASHA RUSTAVSKI"; a.k.a. "LASHA RUSTAVSKIY" (Cyrillic: "ЛАША РУСТАВСКИЙ"); a.k.a. "LASHA RUSTAVSKY"; a.k.a. "LASHA TOLSTIY"), Greece; DOB 25 Jul 1961; POB Rustavi, Georgia; nationality Georgia; Gender Male; Passport 5752452 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"Lastik" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"LAU, Emily" (a.k.a. LIU, Baoxia (Chinese Simplified: 刘保霞); a.k.a. "LIU, Emily"), Beijing, China; DOB 10 Sep 1981; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport G28882492 (China) expires 04 May 2018; National ID No. 370724198109101905 (China) (individual)

[NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

"LAVRISHEV, Andrei V" (a.k.a. LAVRISHCHEV, Andrei Vasilyevich; a.k.a. LAVRISHCHEV, Andrey Vasilyevich (Cyrillic: ЛАВРИЩЕВ, Андрей Васильевич)), Russia; DOB 12 Oct 1959; POB Blagoveshchensk, Amur Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION" (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"LAZHAR" (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

"LCIS" (a.k.a. LEBANESE COMPANY FOR INFORMATION AND STUDIES SARL (Arabic: الشركة اللبنانية للاعلام والدراسات); a.k.a. LEBANESE COMPANY FOR MEDIA AND STUDIES LLC), Taysir Shararah Building, Floor 3, Jinah, Lebanon; Sheikh Building, 5th floor, Nazlat al Sarola, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th Floor, Sami el Solh Street, Badaro, Beirut, Lebanon; Website http://lcis.media; alt. Website www.imarwaiktissad.com; alt. Website www.greenarea.me; alt. Website www.russia-now.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1004003 (Lebanon) issued 03 Aug 2005

[SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"LEADING INNOVATOR LINK" (a.k.a. PISHRA MOBTAKER PEYVAND COMPANY; a.k.a. PISHRO MOBTAKER PEIVAND; a.k.a. PISHRO MOBTAKER PEYVAND (Arabic: پیشرو مبتکر پیوند)), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Aug 2002; National ID No. 10102328283 (Iran); Commercial Registry Number 190858 (Iran); Chamber of Commerce Number 132255 (Iran) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"LEAH COMPANY" (a.k.a. LIA CO L.L.C.; a.k.a. LIA COMPANY (Arabic: شركة ليا)), Damascus, Syria; Organization Established Date 30 Jan 2011 [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

"LEE, DJ" (a.k.a. DONGJIN, Lee; a.k.a. LEE, Dongjin), Korea, South; DOB 10 Jul 1962; POB Busan, South Korea; nationality Korea, South; Gender Male; Passport M27673454 (Korea, South); alt. Passport M10069085 (Korea, South) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

"LEE, Emma" (a.k.a. LI, Yongxin), China; DOB 24 Feb 1987; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

"LEE, Meddie" (a.k.a. NKALUBO, Meddie; a.k.a. NKALUBO, Mohamed Ali), Congo, Democratic Republic of the; DOB 1987; alt. DOB 1988; POB Kampala, Uganda; nationality Uganda; citizen Uganda; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

"LEGIJA" (a.k.a. LUKOVIC, Milorad Ulemek); DOB 15 Mar 1968; POB Belgrade, Serbia and Montenegro (individual) [BALKANS].

"Leo" (a.k.a. GARCIA CORRALES, Leobardo), Mexico; DOB 15 Mar 1970; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACL700310HSLRRB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LESAGE, Carol Jacques Ghislain" (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-ZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad;

a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

"LESAGE, Jacques Ghislain" (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

"LGOK" (a.k.a. LEBEDINSKI GOK AO; a.k.a. LEBEDINSKIY GOK JSC; a.k.a. LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО)), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

"LH" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHEMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"LI CHENG YU" (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

"LI KAI SHOU" (a.k.a. LI, Kai Shou), Huay Aw, Shan, Burma; DOB 1949 (individual) [SDNTK].

"LI, Jiachao" (a.k.a. LEE, John; a.k.a. LEE, John Ka-chiu; a.k.a. LEE, Ka Chiu (Chinese Traditional: 李家超)), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

"LID 66" (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

"LIDER 3D" (a.k.a. DVIGATEL PROGRESSA; a.k.a. LLC ENGINE OF PROGRESS), Sh. Varshavskoe D. 17, Str. 6, Kom. 18, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6230114074 (Russia); Registration Number 1196234010719 (Russia) [RUSSIA-EO14024].

"LIGHT INNOVATIONS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INOVATSII SVETA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИИ СВЕТА); a.k.a. OOO INNOVATSII SVETA (Cyrillic: ООО ИННОВАЦИИ СВЕТА)), Ul. Rochdelskaya D. 12, Str. 1, Moscow 123022, Russia; Organization Established Date 27 May 2010;

Tax ID No. 9709058222 (Russia); Government Gazette Number 66823252 (Russia); Registration Number 1107746435290 (Russia) [RUSSIA-EO14024] (Linked To: CHAYKA, Igor Yuryevich).

"LIGHTHOUSE" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LAITKHAUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙТХАУС)), Pr-Kt Vernadskogo D. 53, Floor/Pomeshch. 3/I, Kom. 37, Moscow 119415, Russia; Organization Established Date 05 Jul 2017; Tax ID No. 9723031631 (Russia) [RUSSIA-EO14024].

"Likkrit" (a.k.a. MALOFEEV, Kirill Konstantinovich; a.k.a. MALOFYEV, Kirill Konstantinovich (Cyrillic: МАЛОФЕЕВ, Кирилл Константинович)), Tvardovskogo Str 18 2 142, Moscow 123458, Russia; DOB 04 Oct 1995; POB Moscow, Russia; nationality Russia; Gender Male; National ID No. 4515477394 (Russia); Tax ID No. 772078537711 (Russia) (individual) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY ALKON" (a.k.a. OOO ALKON), Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 07 Jul 2006; Tax ID No. 7703599373 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: SHCHERBAKOV, Kirill Konstantinovich).

"LIMITED LIABILITY COMPANY AVIATION COMPONENTS LOGISTICS" (a.k.a. AIRCRAFT COMPONENTS LOGISTICS LTD; a.k.a. "ACS LOGISTICS"), Ul. Vesny, D. 34, Pomeshch. 128, Krasnoyarsk 660077, Russia; 24 Vodopyanova St., Office 2, Krasnoyarsk 660098, Russia; Tax ID No. 2465288353 (Russia); Registration Number 1132468013776 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS" (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "NETEXCHANGE"; a.k.a.

"OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY CST" (a.k.a. A LEVEL AEROSYSTEMS CST LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦСТ); a.k.a. "OOO TSST"), 130 Vorovskogo St., Izhevsk 436063, Russia; 3/2 Perunovsky Lane, Floor 3, Room 21, Moscow 127055, Russia; D. 2 etazh 5 kom. 7, per. Institutski, Moscow 127030, Russia; Tax ID No. 1841015504 (Russia); Registration Number 1101841007938 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY DATA STORAGE CENTER" (a.k.a. LIMITED LIABILITY COMPANY SAFEDATA; a.k.a. TSENTR KHRANENIYA DANNYKH), Nikitskii Per D.7 Str.1, Moscow 125009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703616170 (Russia); Registration Number 1067759957275 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY FAMROBOTIKS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FAM ROBOTIKS; a.k.a. "FAM ROBOTICS LLC"), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pom.12N, Saint Petersburg 199178, Russia; Tax ID No. 7801431788 (Russia); Registration Number 1077847102695 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY GREEN CITY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TEKHNOLOGIYA 5; a.k.a. TECHNOLOGY 5 CO., LIMITED; a.k.a. TEKNOLOGIYA 5, OOO), 12/1 str. 1 pom. 38, ul. Krasnoprudnaya, Moscow 107140, Russia; Organization Established Date 19 Mar 2008; Tax ID No. 7708666513 (Russia); Government Gazette Number 85670297 (Russia) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

"LIMITED LIABILITY COMPANY KBT" (a.k.a. LIMITED LIABILITY COMPANY KALININGRAD BALTTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАЛИНИНГРАД БАЛТТРАНС)), 16 Zavodskaya Street, Apartment 3, Ozerki Village, Gvardeyskiy District, Kaliningrad Region, Russia; Tax ID No. 3916016237 (Russia); Registration Number 1173926026130 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY MODERN EQUIPMENT" (a.k.a. LIMITED LIABILITY COMPANY SOVREMENNOE OBORUDOVANIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННОЕ ОБОРУДОВАНИЕ); a.k.a. "DDM.LAB"), d. 1, ofis 804.4, ul. Vasilisy Kozhinoy, Moscow 121096, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729391644 (Russia); Registration Number 1037739782057 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY NKT" (Cyrillic: "ООО НКТ") (a.k.a. LIMITED LIABILITY COMPANY NEW COMMUNAL TECHNOLOGIES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE KOMMUNALNYE TEKHNOLOGII), D. 2 Pom. 11, Kvartal Lenryba Pos., Ust-Luga 188472, Russia; Tax ID No. 7813283206 (Russia); Registration Number 1177847238942 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY RUSAVTOMATIKA" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSAVTOMATIKA), Pr-Kt Malyi V.O. D. 57, K. 3 Lit. A, Pomeshch. 12N, Saint Petersburg 199178, Russia; Tax ID No. 7801325780 (Russia); Registration Number 1167847501161 (Russia) [RUSSIA-EO14024].

"LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES" (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO; a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

"LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: "ООО ВЕЙВ3") (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ); a.k.a. "WEB3 TECH"; a.k.a. "WEB3 TECHNOLOGY LLC"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

"LITTLE TAIWANESE" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a.

TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"LIU, Emily" (a.k.a. LIU, Baoxia (Chinese Simplified: 刘保霞); a.k.a. "LAU, Emily), Beijing, China; DOB 10 Sep 1981; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport G28882492 (China) expires 04 May 2018; National ID No. 370724198109101905 (China) (individual) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

"LIZARRAGA, Gaby" (a.k.a. LIZARRAGA SANCHEZ, Karla Gabriela), Mexico; DOB 14 Jun 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. LISK930614MSLZNR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LJ" (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI) [FTO] [SDGT].

"LLC 2050 AT" (Cyrillic: "ООО 2050 АТ") (a.k.a. LIMITED LIABILITY COMPANY 2050 ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 2050 АДДИТИВЫЕ ТЕХНОЛОГИИ), 4 Samokatnaya Street, Building 45, Moscow 111033, Russia; 1 Bolshoy Gnezdnikovskiy Lane, Building 2, Moscow 125009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Tax ID No. 7703465267 (Russia); Registration Number 1187746803881 (Russia) [RUSSIA-EO14024].

"LLC AKM" (a.k.a. AK MIKROTEKH; a.k.a. LIMITED LIABILITY COMPANY AK MICROTECH), Sh. Varshavskoe d. 118, k. 1, floor 19 kom 3, Moscow 117587, Russia; Tax ID No. 7731339867 (Russia); Registration Number 5167746451648 (Russia) [RUSSIA-EO14024].

"LLC ALFA" (a.k.a. ALFA LIMITED LIABILITY COMPANY), Ul. 2-YA Alekseevskaya D. 7, Lit. A, Pomeshch. 25N, Office 2, Saint Petersburg 197375, Russia; Organization Established Date 15 Feb 2022; Tax ID No. 7802921915 (Russia); Registration Number 1227800017818 (Russia) [RUSSIA-EO14024].

"LLC ANGAR" (a.k.a. LIMITED LIABILITY COMPANY ANGAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНГАР)), domovladenie 71A, ul. Knyshevskogo, Mineralnye Vody 357202, Russia; Tax ID No. 1112651014475 (Russia); Registration Number 2630800190 (Russia) [RUSSIA-EO14024] (Linked To: S 7 ENGINEERING LLC).

"LLC AXIOM" (a.k.a. AKSIOMA LIMITED LIABILITY COMPANY; a.k.a. "AKSIOMA"), Ul. Entuziastov 1-YA D. 12, Chast Kom #15, Moscow 111024, Russia; Organization Established Date 10 May 2017; Tax ID No. 7720380736 (Russia); Registration Number 1177746461012 (Russia) [RUSSIA-EO14024].

"LLC BROKER EXPERT" (Cyrillic: "ООО БРОКЕР ЭКСПЕРТ") (a.k.a. LIMITED LIABILITY COMPANY BROKER EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРОКЕР ЭКСПЕРТ); a.k.a. "BROKER EKSPERT LLC"), Pom. 3N, Liter M, 6, Ul. Tsvetochnaya, St. Petersburg 196084, Organization Established Date 06 Feb 2015; Organization Type: Non-specialized wholesale trade; Tax ID No. 7810336185 (Russia); Registration Number 1157847037105 (Russia) [RUSSIA-EO14024] (Linked To: BOIS ROUGE SARLU).

"LLC CCK EXPERT" (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

"LLC DRAKE" (Cyrillic: "ООО ДРЕЙК") (a.k.a. LIMITED LIABILITY COMPANY DRAKE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДРЕЙК); a.k.a. LIMITED LIABILITY COMPANY DREYK), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 126, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ОЭЗ ЕЛАБУГА ТЕР.), СТР. 5/12, ПОМЕЩ. 126, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 08 May 2019; Tax ID No. 1646047020 (Russia); Government Gazette Number 39455544 (Russia); Registration Number 1191690040519 (Russia) [RUSSIA-EO14024].

"LLC EC AT" (Cyrillic: "ООО ИЦ АТ") (a.k.a. LIMITED LIABILITY COMPANY ENGINEERING CENTER OF ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГОВЫЙ ЦЕНТР АДДИТИВНЫХ ТЕХНОЛОГИЙ)), 2 Gorbunova Street, Building 2, Room 719, Moscow 121596, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731395300 (Russia); Registration Number 1187746029756 (Russia) [RUSSIA-EO14024].

"LLC EDS" (a.k.a. LIMITED LIABILITY COMPANY EMERGENCY DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМЕРДЖЕНСИ ДИДЖИТАЛ СОЛЮШЕНС)), 3 Perunovsky Lane, Building 2, Office 2, Moscow 127055, Russia; Tax ID No. 9715315319 (Russia); Registration Number 1187746421664 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

"LLC GKG" (Cyrillic: "ООО ГКГ") (a.k.a. GLOBAL VISION GROUP; a.k.a. LIMITED LIABILITY COMPANY GLOBAL CONCEPTS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛЬНЫЕ КОНЦЕПЦИИ ГРУПП)), Office I Room 7, Building 3, House 22, Staromonetny Lane, Moscow 119180, Russia; Russia; Staromonetne STR 22/3, Moscow, Russia; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: BANIAS REFINERY COMPANY; Linked To: ALCHWIKI, Mhd Amer).

"LLC GL ENGINEERING" (Cyrillic: "ООО ГЛ ИНЖИНИРИНГ") (a.k.a. LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЗПРОМ ЛИНДЕ ИНЖИНИРИНГ); a.k.a. "GLE LLC"), d. 12 k. str. 1 pom. 1N chast pomeshch. 409, ul. Shkiperski Protok, St. Petersburg 199106, Russia; Tax ID No. 0266023912 (Russia); Registration Number 1040203382845 (Russia) [RUSSIA-EO14024].

"LLC GORA" (Cyrillic: "ООО ГОРА") (a.k.a. LIMITED LIABILITY COMPANY GORA GOLDEN RATIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОРА ГОЛДЕН РАТИО)), 40 Bolshoy Boulevard, Floor 5, Room 118, Moscow 121205, Russia; Tax ID No. 9731087042 (Russia); Registration Number 1217700632632 (Russia) [RUSSIA-EO14024].

"LLC IBC" (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL BUSINESS CORPORATION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЙ БИЗНЕС КОРПОРАЦИЯ)), 27 Yartsevskaya St., Apt. 172, Room 1, Moscow 121552, Russia; Tax ID No. 9731013375 (Russia); Registration Number 1227700743940 (Russia) [RUSSIA-EO14024].

"LLC INTERSERVICE" (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHNCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. ООО INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: TAA ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком.

110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

"LLC KARST" (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. KARST, ООО; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "KARST LTD."), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

"LLC LEDA" (a.k.a. LEDA LIMITED LIABILITY COMPANY), Ul. Gorbunova D. 2, Str. 3, Pomeshch. 31/2, Moscow 121596, Russia; Organization Established Date 21 Feb 2014; Tax ID No. 7731466061 (Russia); Registration Number 1147746159549 (Russia) [RUSSIA-EO14024].

"LLC MBB" (a.k.a. LIMITED LIABILITY COMPANY MOSCOW BUSINESS BROKERAGE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОСКОВСКИЙ БИЗНЕС БРОКЕРИДЖ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOSKOVSKI BIZNES BROKERIDZH), 29 Kalmykova St., Apt. 37, Chelyabinsk 454052, Russia; 26 Malaya Bronnaya St., Building 2, Moscow, Russia; Tax ID No. 7460055442 (Russia); Registration Number 1227400005546 (Russia) [RUSSIA-EO14024].

"LLC MC RVC" (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC UK RVK"; a.k.a. "ООО UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru;

Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

"LLC MIC" (a.k.a. LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ); a.k.a. VOENNO PROMYSHLENNAYA KOMPANIYA; a.k.a. "ООО VPK" (Cyrillic: "ООО ВПК")), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

"LLC NGF" (a.k.a. LIMITED LIABILITY COMPANY NOVELCO GLOBAL FORWARDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО ГЛОБАЛ ФОРВАРДИНГ)), 2 Gorbunova St., Building 3, Room 300, Moscow 121596, Russia; Tax ID No. 7733777418 (Russia); Registration Number 1117746710190 (Russia) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigory Igorevich).

"LLC NK" (a.k.a. LIMITED LIABILITY COMPANY NERUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕРУДНАЯ КОМПАНИЯ)), d. 38 ofis 214, ul. Nikolaya Chumichova, Belgorod 308009, Russia; Tax ID No. 3123445260 (Russia); Registration Number 1183123029440 (Russia) [RUSSIA-EO14024].

"LLC NORD PROJECT" (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskiy 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus

1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

"LLC NORTHERN STAR" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "NORTH STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

"LLC NPC EOMS" (Cyrillic: "ООО НПК ЭОМС") (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ELECTRONIC OPTICAL AND MECHANICAL SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС ЭЛЕКТРОННЫЕ ОПТИЧЕСКИЕ И МЕХАНИЧЕСКИЕ СИСТЕМЫ); a.k.a. "NPK EOMS"), d. 1, str. 17, etazh/komnata 2/1, shosse Varshavskoe, Moscow 117105, Russia; Tax ID No. 7726401559 (Russia); Registration Number 1177746419960 (Russia) [RUSSIA-EO14024].

"LLC RESOURCE" (a.k.a. LIMITED LIABILITY COMPANY RESURS), Ul. Aerodromnaya D. 6, Lit. B, Pomeshch. 7.2, Saint Petersburg 197348, Russia; PR-KT Lenina D. 1, Lit. A, Izhorskie Zavody Vkhod s Pr. Lenina D. 1, Cherez Glavnuyu Prokhodnuyu, Kolpino 196651, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813543768 (Russia); Registration Number 1127847473533 (Russia) [RUSSIA-EO14024].

"LLC ROCKET LUBRICANTS" (a.k.a. RAKETA LUBRIKANTS), Ul. Rozy Lyuksemburg Str. 22, Office 406, Yekaterinburg 620000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a

sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6658521204 (Russia); Registration Number 1186658083556 (Russia) [RUSSIA-EO14024].

"LLC RPP" (a.k.a. RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП); a.k.a. "ООО RPP" (Cyrillic: "ООО РПП"); a.k.a. "RPP LLC"), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"LLC SGTT" (a.k.a. LIMITED LIABILITY COMPANY SOVREMENNYE GORNO TRANSPORTNYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ ГОРНО ТРАНСПОРТНЫЕ ТЕХНОЛОГИИ)), d. 93 pom. 201, prospekt Kosta, Vladikavkaz 362008, Russia; Tax ID No. 1513075148 (Russia); Registration Number 1191513002020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

"LLC SLZ" (Cyrillic: "ООО СЛЗ") (a.k.a. LIMITED LIABILITY COMPANY SASOVSKI LITEINY ZAVOD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САСОВСКИЙ ЛИТЕЙНЫЙ ЗАВОД); a.k.a. LLC SASOVSKII LITEINYI ZAVOD), Ul. Pushkina 21, Sasovo 391430, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6232004750 (Russia); Registration Number 1026201399729 (Russia) [RUSSIA-EO14024].

"LLC SMT 2" (a.k.a. LIMITED LIABILITY COMPANY SEVEROMUYSKY TONNEL 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРОМУЙСКИЙ ТОННЕЛЬ 2)), ul. Lenina 6A Pgt., Severomuisk 671564, Russia; Tax ID No. 0326567740 (Russia); Registration Number 1190327005615

(Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

"LLC SPEL" (a.k.a. LIMITED LIABILITY COMPANY SPUTNIK ELECTRONICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК ЭЛЕКТРОНИКС)), 12 Gavanskaya St., Building 2B, Room 1-N, Office 1, St. Petersburg 199106, Russia; Tax ID No. 7801636859 (Russia); Registration Number 1147847296960 (Russia) [RUSSIA-EO14024].

"LLC STA" (Cyrillic: "ООО СТА") (a.k.a. LIMITED LIABILITY COMPANY SINARATRANSAUTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИНАРАТРАНСАВТО)), 86 Belinskovo Street, Floor 16, Suite 10, Ekaterinburg 620026, Russia; Tax ID No. 6612015639 (Russia); Registration Number 1056600622451 (Russia) [RUSSIA-EO14024].

"LLC SVD VS" (a.k.a. SWD EMBEDDED SYSTEMS; a.k.a. "SWD ES LTD"), Kuznetsovskaya st., 19, Saint Petersburg 196128, Russia; PR-KT Moskovskii D. 212, Lit. A, Et/Vkh/P/Of, 2/84N/22/2077, Saint Petersburg 196066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810267943 (Russia); Registration Number 1027804848741 (Russia) [RUSSIA-EO14024].

"LLC TD SMS" (a.k.a. LLC TRADING HOUSE STANKOMASHSTROY; a.k.a. TRADING COMPANY SMS LIMITED), Ul. Bugrovka M. D. 20, Penza 440011, Russia; 9A Germana Titova St., Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5835109448 (Russia); Registration Number 1145835004545 (Russia) [RUSSIA-EO14024].

"LLC TMK NGS" (Cyrillic: "ООО ТМК НГС") (a.k.a. LIMITED LIABILITY COMPANY TMK OIL FIELD SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК НЕФТЕГАЗСЕРВИС), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026,

Russia; Tax ID No. 6672257248 (Russia); Registration Number 1086672000030 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

"LLC TMK TR" (Cyrillic: "ООО ТМК ТР") (a.k.a. LIMITED LIABILITY COMPANY TMK PIPELINE SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТРУБОПРОВОДНЫЕ РЕШЕНИЯ)), 21 Mashinostroiteley Street, Suite 1, Chelyabinsk 454129, Russia; Tax ID No. 7449145822 (Russia); Registration Number 1217400044256 (Russia) [RUSSIA-EO14024].

"LLC TMK TSBU" (Cyrillic: "ООО ТМК ЦБУ") (a.k.a. LIMITED LIABILITY COMPANY TMK BUSINESS SERVICES CENTER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЦЕНТР БИЗНЕС УСЛУГ)), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Tax ID No. 6658256450 (Russia); Registration Number 1076658001640 (Russia) [RUSSIA-EO14024].

"LLC UK RVK" (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "ООО УК РVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

"LLC UKIP" (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a.

UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

"LLC VERUS" (a.k.a. LIMITED LIABILITY COMPANY VERUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕРУС); a.k.a. VERUS CONSULTING GROUP), Per. Balakirevskii D. 23, Floor 3, Pomeshch. 309 Komnata 1, Office 45, Moscow 105082, Russia; Office 45, Room 1, Facility 309, Floor 3, Building 23, Balakirevskiy Lane, Basmanny Municipal District Federal Intracity Territory, Moscow 105082, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Feb 2021; Tax ID No. 9701170663 (Russia); Registration Number 1217700053493 (Russia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

"LLONGGO, Abu" (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

"LM3" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS

DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

"LMI" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "MMI"), Indonesia [SDGT].

"LNFM" (a.k.a. LA NUEVA FAMILIA MICHOACANA), Guerrero, Mexico; Michoacan, Mexico; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

"LOBITO" (a.k.a. DIAZ DE LEON SAUCEDA, Cesar Enrique), Manzanillo, Colima, Mexico; DOB 12 Apr 1987; POB Monterrey, Nuevo Leon, Mexico; nationality Mexico; Gender Male; C.U.R.P. DISC870412HNLZCS03 (Mexico) (individual) [SDNTK].

"LOCO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"LOCO" (a.k.a. ESTEVEZ COLMENARES, Ricardo; a.k.a. SOTO RODRIGUEZ, Bogar;

a.k.a. "TIO", Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"LOGIMEX" (a.k.a. TK LOGIMEKS), Ul. Svobody D. 99, K. 1, Pomeshch. XIII, Floor 2, Kom. 2, Office M-02, Moscow 125481, Russia; Tax ID No. 7733370809 (Russia); Registration Number 1217700318131 (Russia) [RUSSIA-EO14024].

"LOQMAN, Abu" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LUQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"LOS ASQUELINES" (a.k.a. LOS GUEROS; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS CALABAZOS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERITOS DE TECATITLAN" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco,

Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERITOS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERRITOS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS GUERROS" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"LOS HUISTAS DTO" (a.k.a. LOS HUISTAS DRUG TRAFFICKING ORGANIZATION), Santa

Ana Huista, Huehuetenango, Guatemala; San Antonio Huista, Huehuetenango, Guatemala; La Democracia, Huehuetenango, Guatemala; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

"LOS POCHOS DTO" (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "MORALES CIFUENTES DTO"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"Lotus" (a.k.a. ELIZAREV, Anton Olegovich; a.k.a. YELIZAREV, Anton Olegovich), 66 Novorossiysk, Apt 48, Novorossiysk, Russia; DOB 01 May 1981; nationality Russia; Gender Male; Passport 6103869621 (Russia); Tax ID No. 23151072563 (Russia) (individual) [RUSSIA-EO14024].

"LPI RAS" (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES; a.k.a. LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "FIAN"), 53 Leninsky Ave, Moscow 119991, Russia; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

"LRA" (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

"LRM" (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-

Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

"LRM/A" (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

"LSY" (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

"LTD 0DT" (a.k.a. 0DAY TECHNOLOGIES; a.k.a. LIMITED 0DAY TECHNOLOGIES; a.k.a. LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС)), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

"LTK" (a.k.a. LINER TRANSPORT KISH), Central Office: Office No. 141, Ground Floor, Kish City Services Building, Kish Island, Iran; Tehran Office: Add: No. 10, 3 Floor, Unit 6, Ebrahimi Junction 8th Bostan St., Tehran, Iran; Tehran Terminal Office: No. 537, Polygam Street, Mahmoud Abad Road, Khavar Shahr, Tehran, Iran; Bandar Abbas Office: No. 7, 1st Floor, Dehghan Building, Shohada (Yadbood) Square, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

"LU TA FA" (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

"LUCAS" (a.k.a. RODRIGUEZ OREJUELA, Gilberto Jose; a.k.a. "THE CHESS PLAYER"), Cali, Colombia; DOB 31 Jan 1939; Cedula No. 6068015 (Colombia); alt. Cedula No. 6067015 (Colombia); Passport T321642 (Colombia); alt. Passport 6067015 (Comoros); alt. Passport 77588 (Argentina); alt. Passport 10545599 (Venezuela) (individual) [SDNT].

"LUCAS" (a.k.a. QUINTERO SANCLEMENTE, Ramon Alberto; a.k.a. "DON TOMAS"; a.k.a. "EL INGENIERO"), Carrera 16 No. 3-15, Buga, Valle, Colombia; Calle 115 No. 9-50, Bogota, Colombia; DOB 30 Nov 1960; alt. DOB 28 Nov 1958; alt. DOB 30 Nov 1961; POB Cali, Colombia; alt. POB Buga, Valle, Colombia; citizen Colombia; Cedula No. 14881147 (Colombia); Passport AE048871 (Colombia) (individual) [SDNT].

"LUCHANO OOO" (a.k.a. LUCIANO HOTEL AND SPA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LUCHANO), ul. Ostrovskogo d. 26, office 43/3, Kazan 420111, Russia; Tax ID No. 1655148063 (Russia); Registration Number 1071690070100 (Russia) [RUSSIA-EO14024] (Linked To: MINNIKHANOVA, Gulsina Akhatovna).

"LUCHO" (a.k.a. BRUNETTI, Luciano; a.k.a. "BIFF TANNEN"), Buenos Aires, Argentina; DOB 30 Aug 1988; POB Argentina; nationality Argentina; Gender Male; Passport AAC206993 (Argentina); D.N.I. 34142353 (Argentina) (individual) [SDNT].

"lucky12345" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"Luis 2525" (a.k.a. BARRAZA ACEVES, Jose Carlos (Latin: BARRAZA ACEVES, José Carlos)), Mexico; DOB 06 Dec 1982; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. BAAC821206RV9 (Mexico); C.U.R.P. BAAC821206HSLRCR09 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

"LUMINSA" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMWISA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"LUMONDE" (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male (individual) [SDGT] [GLOMAG].

"LUMU" (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"LUMWISA" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "Mukade"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"LUQMAN, Abu" (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

"LUQMAN, Abu" (a.k.a. SAAL, Fared; a.k.a. SAAL, Farid; a.k.a. SAAL, Fehad; a.k.a. "AL-ALMANI, Abu Luqmaan"; a.k.a. "AL-ALMANI, Abu Luqman"; a.k.a. "AL-JAZAIRI, Abu Luqman"; a.k.a. "LOQMAN, Abu"); DOB 18 Feb 1989; alt. DOB 08 Feb 1989; POB Bonn, Germany; citizen Germany; alt. citizen Algeria; Gender Male; National ID No. 5802098444 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"LVF" (a.k.a. LOYALIST VOLUNTEER FORCE), United Kingdom [SDGT].

"M.M.E." (a.k.a. MINES AND METALS ENGINEERING GMBH), Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 34095 (Germany); all offices worldwide [IRAN].

"M.S.D." (a.k.a. MURAD EN SONS DIAMONDS), 30 Hoveniersstraat, Antwerp 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Sep 1997; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Tax ID No. 0461522238 (Belgium); Registration Number 1759006-72 (Belgium) [SDGT] (Linked To: MURAD, Bassem).

"M1" (a.k.a. FELIX FELIX, Manuel; a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"M1X" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"M3HRAN" (a.k.a. FATHI, Ahmad; a.k.a. "M3S3C3"; a.k.a. "MOHAMMADI, Farhad"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep

1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

"M3S3C3" (a.k.a. FATHI, Ahmad; a.k.a. "M3HRAN"; a.k.a. "MOHAMMADI, Farhad"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

"M4G" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MACHINEGROUP" (a.k.a. LIMITED TRADE DEVELOPMENT MACHINE GROUP; a.k.a. MACHINE GROUP LTD), Ul. Troitskaya D. 9, K. 1, Pomeshch. 1/1, Moscow 129090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722854163 (Russia); Registration Number 5147746023640 (Russia) [RUSSIA-EO14024].

"MACHO COCA" (a.k.a. BELL FERNANDEZ, Gilbert Hernan de Los Angeles), Moin, Limon, Costa Rica; DOB 02 May 1963; POB Turrialba, Cartago, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 302600933 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

"MACHO PRIETO" (a.k.a. ARAUJO INZUNZA, Gonzalo; a.k.a. INZUNZA INZUNZA, Gonzalo; a.k.a. LEON ANDRADE, Bernabe), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733

(Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

"MACUMBA" (a.k.a. AURELIANO FELIX, Jorge); DOB 15 Apr 1952; nationality Mexico (individual) [SDNTK].

"Mag" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Mage" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"Magg" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MAHADI, Moalim" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM,

Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB].

"MAHER COMPANY" (a.k.a. MAHER TRADING AND CONSTRUCTION COMPANY; a.k.a. MAHER TRADING AND ENGINEERING), Concord building, 7th floor, Verdan, Beirut, Lebanon; Harik Harik, on the street near al-Husnayn Mosque, Malik bin Qazzam, 5th floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

"MAHMUD" (a.k.a. IDA, Laode; a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM") DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

"MAHMUD" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

"MAIN STREET 1095" (a.k.a. MAIN STREET 1095 PROPRIETARY LIMITED; a.k.a. MAIN STREET 1095 PTY LTD), 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY

OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number K2012219285 (South Africa) [IRAN-EO13846].

"MAINBOX LLC" (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

"MAJID" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"MAJID, Hafiz" (a.k.a. MAJID, Hafiz Abdul), Pakistan; DOB 1972; alt. DOB 1973; alt. DOB 1971; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"MAK INTERNATIONAL" (a.k.a. MAK INTERNATIONAL SERVICE CO LTD; a.k.a. MAK INTERNATIONAL SERVICES CO LTD), Juba, South Sudan [SOUTH SUDAN].

"Makanika" (a.k.a. RUKUNDA, Michel), Hauts Plateaux, South Kivu, Congo, Democratic Republic of the; DOB 12 Sep 1974; POB Minembwe, Fizi Territory, South Kivu, Congo, Democratic Republic of the; nationality Congo, Democratic Republic of the; Gender Male; Military Registration Number 174935527545 (Congo, Democratic Republic of the) (individual) [DRCONGO].

"MAKPA" (a.k.a. MACPAR MAKINA; a.k.a. MACPAR MAKINA SAN VE TIC A.S.), Sehidler Caddesi No: 79/2 Tuzla, Istanbul 34940, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Istanbul Chamber of Comm. No. 537070 (Turkey) [NPWMD] [IFSR].

"MAKUBA" (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee;

a.k.a. "LUMONDE"; a.k.a. "LUMU"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male (individual) [SDGT] [GLOMAG].

"MALEEQ, Abou" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

"MALIK, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

"MALIQ, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

"MALVINE SYSTEMS" (a.k.a. LIMITED LIABILITY COMPANY MALVIN SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАЛВИН СИСТЕМС)), Michurinskiy avenue, house 27, floor 3, Room 22, building 5, Moscow 119706, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Эт 3, Пом 22, Корпус 5, Москва 119706, Russia); Tax ID No. 7729557963 (Russia); Registration Number 5067746886532 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

"MAMA LELA" (a.k.a. NYAKINIYWA, Naima Mohamed; a.k.a. "MAMA NAIMA"); DOB 02 Sep 1962; POB Kenya; citizen Kenya; Passport A735832 (Kenya) (individual) [SDNTK].

"MAMA NAIMA" (a.k.a. NYAKINIYWA, Naima Mohamed; a.k.a. "MAMA LELA"); DOB 02 Sep 1962; POB Kenya; citizen Kenya; Passport A735832 (Kenya) (individual) [SDNTK].

"MAMADOU, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a.

"AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

"MANAGEMENT COMPANY MOSCOW CITY" (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "SITI PAO"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

"MANAN, Haji" (a.k.a. MANAN, Abdul Rahim; a.k.a. "RAHIM, Abdul"), Helmand Province, Afghanistan; DOB 1962; alt. DOB 1961; alt. DOB 1963; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"MANERA" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "ZIO"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"MANEX" (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

"MANGO" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MANOLO" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad

Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MANSOOR ASIM, Mufti Abu" (a.k.a. WALI MEHSUD, Mufti Noor; a.k.a. WALI, Mufti Noor; a.k.a. WALI, Noor), Afghanistan; DOB 26 Jun 1978; POB Gurguray, Pakistan; Gender Male (individual) [SDGT].

"MANSOOR, Yaqub" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"MANSURI, Mehdi" (a.k.a. AZARPISHEH, Mehdi), Iran; DOB 31 Jul 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 26338775 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"MANUEL" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MANX, Logan" (a.k.a. ZHAO, Dong Dong; a.k.a. ZHAO, Dongdong (Chinese Simplified: 赵冬冬)), Yantai, Shandong, China; DOB 04 Feb 1990; POB Shandong, China; nationality China; Website www.tdpmolds.com; alt. Website www.tdpsell.com; Email Address loganmanx@hotmail.com; Gender Male; Phone Number 8613188782935; National ID No. 371327199002044616 (China) (individual) [ILLICIT-DRUGS-EO14059].

"MANZI" (a.k.a. KIMENYI, Gilbert; a.k.a. KIMENYI, Nyembo; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

"MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА") (a.k.a. FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE; a.k.a. MORSPAS; a.k.a. MORSPASSLUZHBA), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia [PEESA-EO14039].

"MARIVANI, Shahin" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"MARKELOV, Vitaly A" (a.k.a. MARKELOV, Anatolyevich Vitalii; a.k.a. MARKELOV, Vitaliy Anatolyevich (Cyrillic: МАРКЕЛОВ, Виталий Анатольевич)), Russia; DOB 05 Aug 1963; POB Mordovia, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"MARKET FA LLC" (a.k.a. LIMITED LIABILITY COMPANY MARKET FUND ADMINISTRATION; a.k.a. SBERBANK FUND ADMINISTRATION LIMITED LIABILITY

COMPANY), 79 V. Lenina St, room 8, Derbent, Dagestan 368602, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736618039 (Russia); Registration Number 1107746400827 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"MARQUES, Ivan" (a.k.a. MARIN ARANGO, Luciano; a.k.a. "MARQUEZ, Ivan"), Apure, Venezuela; DOB 06 Jun 1955; alt. DOB 16 Jun 1955; POB Florencia, Caqueta, Colombia; nationality Colombia; Gender Male; Cedula No. 19304877 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"MARQUEZ, Andree" (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Raof), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

"MARQUEZ, Ivan" (a.k.a. MARIN ARANGO, Luciano; a.k.a. "MARQUES, Ivan"), Apure, Venezuela; DOB 06 Jun 1955; alt. DOB 16 Jun 1955; POB Florencia, Caqueta, Colombia; nationality Colombia; Gender Male; Cedula No. 19304877 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"MARTIN BALA" (a.k.a. VARON CADENA, Greilyn Fernando); DOB 02 Mar 1982; POB Cali, Valle, Colombia; citizen Colombia; Cedula No. 16943202 (Colombia) (individual) [SDNTK] (Linked To: INMOBILIARIA FER CADENA).

"MARTIN LLANOS" (a.k.a. BUITRAGO PARADA, Hector German); DOB 21 Jan 1968; POB Monterrey, Casanare, Colombia; Cedula No. 79436816 (Colombia) (individual) [SDNTK].

"MARTIN" (a.k.a. KHAKI, Parviz); DOB 26 Aug 1968; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

"MARTINEZ, Miguel Miguelito" (a.k.a. MARTINEZ MORALES, Luis Miguel; a.k.a. "MARTINEZ, Miguel"; a.k.a. "Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

"MARTINEZ, Miguel" (a.k.a. MARTINEZ MORALES, Luis Miguel; a.k.a. "MARTINEZ, Miguel Miguelito"; a.k.a. "Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

"MARUHA REFRIGERADOS" (a.k.a. SERVICIOS DE TRANSPORTE MARUHA, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Culiacan, Sinaloa, Mexico; Organization Established Date 15 Mar 2012; Folio Mercantil No. 81512 (Mexico) [ILLICIT-DRUGS-EO14059].

"MASHRIQ" (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND), Damascus, Syria [SYRIA].

"MASKED MEN BRIGADE" (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

"MASLOV, Ivan Oleksandrovich" (a.k.a. MASLOV, Ivan Aleksandrovich (Cyrillic: МАСЛОВ, ИВАН АЛЕКСАНДРОВИЧ)), Mali; Uchitelskaya St., Apt 2, Shatki, Nizhny Novgorod Region, Russia; DOB 11 Jul 1982; alt. DOB 03 Jan 1980; POB Arkhangelsk, Russia; alt. POB Chuguevka, Chuguevsky District, Primorsky territory, Russia; nationality Russia; Gender Male; Passport 731849424 (Russia) (individual) [RUSSIA-EO14024]

(Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"MASNA" (a.k.a. IRANIAN NOVIN SYSTEMS MANAGEMENT; a.k.a. MATIN SANAT NIK ANDISHAN; a.k.a. "MSNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"MASNA" (a.k.a. IRAN'S NUCLEAR POWER PLANT CONSTRUCTION MANAGEMENT COMPANY); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"Mastercartaria" (a.k.a. KHORASHADIZADEH, Ali; a.k.a. "Iranvisacart"), Iran; DOB 21 Sep 1979; POB Tehran, Iran; nationality Iran; Email Address iranvisacart@yahoo.com; alt. Email Address mastercartaria@yahoo.com; alt. Email Address alikhorashadi@yahoo.com; alt. Email Address toppglasses@gmail.com; alt. Email Address iranian_boy5@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 149w62rY42aZBox8fGcmqNsXUzSStKeq8C; Passport T14553558 (Iran) issued 28 Oct 2008 expires 29 Oct 2013 (individual) [CYBER2].

"MASTERCHAIN" (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

"MATAA" (Arabic: "متاع") (a.k.a. MILITARY CONSTRUCTION ESTABLISHMENT (Arabic: مؤسسة تنفيذ الإنشاءات العسكرية); a.k.a. MILITARY CONSTRUCTION IMPLEMENTATION CORPORATION; a.k.a. "MCIC"), Kafarsouseh Circle, next to Al-Rafai Mosque, Damascus, Syria; Hama, Syria; Lattakia, Syria; Tartous, Syria; Jableh, Syria; Organization Established Date 1972; Organization Type: Construction of buildings; alt. Organization Type: Construction of roads and railways; alt. Organization Type:

Construction of other civil engineering projects [SYRIA].

"MATAAN, Ahmad" (a.k.a. MATAAN, Ahmed Hasan Ali Sulaiman; a.k.a. SULAIMAN, Ahmad Matan Hassan Ali; a.k.a. "MATAAN, Ahmed"), Al Mahrah, Yemen; DOB 1966; POB Qandala, Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"MATAAN, Ahmed" (a.k.a. MATAAN, Ahmed Hasan Ali Sulaiman; a.k.a. SULAIMAN, Ahmad Matan Hassan Ali; a.k.a. "MATAAN, Ahmad"), Al Mahrah, Yemen; DOB 1966; POB Qandala, Somalia; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"MATE" (a.k.a. LALOVIC, Dragan); DOB 14 Jun 1953; POB Vlaholje, nr Kalinovik, Bosnia-Herzegovina (individual) [BALKANS].

"MATEO" (a.k.a. ARREDONDO ORTIZ, Carlos Arturo); DOB 22 Nov 1966; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98520515 (Colombia) (individual) [SDNTK].

"MATSA" (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. MATSA COMPANY; a.k.a. "ENID"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix") (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил") (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a.

"UHODIRANSOMWAR"; a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"MAURO" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MAVT CO." (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "DTSRC"), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

"MAX AI" (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAXAI"), ul. Ilimskaya 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

"MAXAI" (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

"Mayo" (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA

GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"MAZAI" (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAY"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

"MAZAY" (a.k.a. MAZAEV, Konstantin; a.k.a. PIKALOV, Konstantin Aleksandrovich; a.k.a. PIKALOV, Konstantin Alexandrovich; a.k.a. "MAZAI"), Russia; DOB 23 Jul 1968; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 781491227404 (Russia) (individual) [RUSSIA-EO14024].

"Mc Khalifh" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Abu the Italian"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"Mc Khaliph" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"MCIC" (a.k.a. MILITARY CONSTRUCTION ESTABLISHMENT (Arabic: مؤسسة تنفيذ الإنشاءات العسكرية)); a.k.a. MILITARY CONSTRUCTION IMPLEMENTATION CORPORATION; a.k.a. "MATAA" (Arabic: "متاع")), Kafarsouseh Circle, next to Al-Rafai Mosque, Damascus, Syria;

Hama, Syria; Lattakia, Syria; Tartous, Syria; Jableh, Syria; Organization Established Date 1972; Organization Type: Construction of buildings; alt. Organization Type: Construction of roads and railways; alt. Organization Type: Construction of other civil engineering projects [SYRIA].

"McKhalif" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"MEC" (a.k.a. MYANMAR ECONOMIC CORPORATION; a.k.a. MYANMAR ECONOMIC CORPORATION LIMITED), Corner of Ahlone Road & Kannar Road, Ahlone Township, Rangoon, Burma; Registration Number 105444192 (Burma) [BURMA-EO14014].

"MECHAS" (a.k.a. RENDON RAMIREZ, Jose Aldemar), Carrera 9 No. 10-07, Cartago, Valle, Colombia; Carrera 26 No. 80-40, MZ 1, Casa 13, Pereira, Risaralda, Colombia; Carrera 13 No. 18-50, Cartago, Valle, Colombia; DOB 24 Jul 1950; POB Pereira, Risaralda, Colombia; Cedula No. 16202349 (Colombia); Passport AF956905 (Colombia); alt. Passport AE182792 (Colombia) (individual) [SDNT].

"MEDIC" (a.k.a. MEDICAL EQUIPMENT & DRUGS INTERNATIONAL CORPORATION; a.k.a. MEDICAL EQUIPMENT AND DRUGS INTERNATIONAL CORPORATION; a.k.a. "DRUGS AND MEDICAL SUPPLIES"), Safco Center B1-B2, Airport Road, Beirut, Lebanon; Property 2933, Section 35, Safco Center, Basement, Airport Road, Borj al Barajneh, Lebanon; Lebanon; Commercial Registry Number 2034502 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

"MEDIO MLON" (a.k.a. CISNEROS RODRIGUEZ, Jose Misael; a.k.a. CISNEROS, Jose Misal; a.k.a. "HALF MILLION"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

"MEGATEO" (a.k.a. NAVARRO CERRANO, Victor Ramon); DOB 25 Jan 1976; POB San Calixto, Norte de Santander, Colombia; citizen Colombia; Cedula No. 0088282754 (Colombia) (individual) [SDNTK].

"MEHL" (a.k.a. MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED; a.k.a. MYANMAR ECONOMIC HOLDING LIMITED), 51*Mahabandoola Road 189/191, Botataung, Rangoon 11161, Burma; Registration Number 156387282 (Burma) [BURMA-EO14014].

"MEHRI, Hamama" (a.k.a. KHOUIER, Hamama Ould; a.k.a. KOIYA, Hamza Ould; a.k.a. "TABANKORT, Hamza"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

"MEKELE" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"MEKELLE" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"MEKPCO" (a.k.a. KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای پارس خاورمیانه); a.k.a. MIDDLE EAST KIMIAYE PARS CO.; a.k.a. MIDDLE EAST KIMIYA PARS CO.), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran

1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"MELITEK" (a.k.a. LLC MELYTEC), Ul. Obrucheva D. 34/63, Str. 2, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728644821 (Russia); Registration Number 1077764798979 (Russia) [RUSSIA-EO14024].

"MEMON BABA" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "QASMANI BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

"Mencho" (a.k.a. OSEGUERA CERVANTES, Nemesio; a.k.a. OSEGUERA CERVANTES, Ruben), Mexico; DOB 17 Jul 1966; alt. DOB 17 Jul 1964; POB Naranjo de Chila, Aguililla, Michoacan, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"MENDOZA, Alexander" (a.k.a. ARCHAGA CARIAS, Yulan Adonay; a.k.a. "PORKY"), Honduras; DOB 13 Feb 1982; alt. DOB 21 Jan 1982; POB San Pedro Sula, Cortes, Honduras; nationality Honduras; Gender Male (individual) [TCO] (Linked To: MS-13).

"MENTOS" (a.k.a. VALIAKHMETOV, Vadim; a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "VASM"; a.k.a. "WELDON"); DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MEQELE" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt.

DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"MERA'I" (a.k.a. EL AYASHI, Radi Abd El Samie Abou El Yazid), Via Cilea 40, Milan, Italy; DOB 02 Jan 1972; POB El Gharbia, Egypt; nationality Egypt; arrested 31 Mar 2003 (individual) [SDGT].

"METAL, Senisa" (a.k.a. NEDELJKOVIC, Sinisa; a.k.a. "NEDELJKOVIC, Sinis"; a.k.a. "NEDELJKOVIC, Sinisa Stevan"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"MEXICAN FEDERATION" (a.k.a. CARTEL DE SINALOA; a.k.a. SINALOA CARTEL; f.k.a. "GUADALAJARA CARTEL"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"MEXPACKING" (a.k.a. MEXPACKING SOLUTIONS), Calle 2DA, Numero Exterior 5211, Colonia Santa Rosa, Chihuahua 31050, Mexico; Calle Circuito Loreto, Numero Exterior 3165, Hacienda Loreto, Chihuahua 31220, Mexico; Website https://mexpackingsolutions.com; alt. Website www.mexpacking.com; Organization Type: Wholesale of other machinery and equipment [ILLICIT-DRUGS-EO14059].

"MFSL" (a.k.a. MYANMA FIVE STAR LINE; a.k.a. MYANMA FIVE STAR LINE COMPANY LIMITED; a.k.a. MYANMA FIVE STAR SHIPPING COMPANY; a.k.a. MYANMAR FIVE STAR LINE; a.k.a. "FIVE STAR SHIPPING COMPANY"; a.k.a. "FIVE STAR SHIPPING LINE"), Burma; Organization Established Date 25 Jun 2010; Organization Type: Sea and coastal freight water transport; Registration Number 107184368 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"MFTB" (a.k.a. MYANMA FOREIGN TRADE BANK; a.k.a. MYANMAR FOREIGN TRADE BANK), 80-86 Maha Bandoola Garden Street, Yangon, Burma; SWIFT/BIC MFTBMMMY; Organization Established Date 1976; Target Type Financial Institution [BURMA-EO14014].

"MFTI" (a.k.a. FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY; a.k.a. MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT; a.k.a. "MIPT"), 9

Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [RUSSIA-EO14024].

"MGB" (a.k.a. MINISTRY OF STATE SECURITY), Luhansk People's Republic, Luhansk City, Ukraine [CAATSA - RUSSIA].

"MGRI-RSGPU" (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY), Miklouho-Maclay St. 23., Moscow 117997, Russia; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

"MI CHUNG" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"MI SANGRE" (a.k.a. LOPEZ LONDONO, Henry de Jesus); DOB 15 Feb 1971; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71721132 (Colombia) (individual) [SDNTK] (Linked To: H Y J COMERCIALIZADORA INTERNACIONAL LTDA).

"MI VIEJO" (a.k.a. BURITICA HINCAPIE, Geova; a.k.a. "CAMILO CHATA"); DOB 18 Sep 1970; POB San Rafael, Antioquia, Colombia; Cedula No. 71215823 (Colombia) (individual) [SDNTK].

"MIB" (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a.

MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIT"), Indonesia [SDGT].

"MICB" (a.k.a. MYANMA INVESTMENT AND COMMERICAL BANK; a.k.a. MYANMAR INVESTMENT AND COMMERCIAL BANK), 170/176 Bo Aung Kyaw Street, Botataung Township, Yangon, Burma; 170/176 Bo Aung Gyaw Street, Yangong, Burma; SWIFT/BIC MICBMMMY; Organization Established Date 1990; Target Type Financial Institution [BURMA-EO14014].

"MICROEMPRESA KHANSA" (a.k.a. ALMACEN ELECTRO SONY STAR), Calle 13, No. 10-45, Maicao, La Guajira, Colombia; NIT # 639000271-8 (Colombia) [SDNTK].

"MICROSUN" (a.k.a. MIKROSAN OOO), Pr-kt Krasnyi d. 54, pom. 433, Novosibirsk 630000, Russia; Tax ID No. 5407216683 (Russia); Registration Number 1025403209182 (Russia) [RUSSIA-EO14024].

"MIDAS RESOURCES" (a.k.a. MIDAS RESSOURCES; a.k.a. MIDAS RESSOURCES LIMITED LIABILITY; a.k.a. MIDAS RESSOURCES MINING COMPANY; a.k.a. MIDAS RESSOURCES SARLU; a.k.a. MIDAS RESSOURCES SURL; a.k.a. MIDAS SURL), Bangui, Central African Republic; Ndassima, Central African Republic; Website www.midasrs.com; Organization Established Date 12 Nov 2019; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"MIDHCO" (a.k.a. MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY), No. 8, Ma'aref Street, Farhang Boulevards, Sa'adatabad, Tehran 1465953349, Iran; No. 8, Rashidi St, Farhang Blvd, Sa'adatabad, Tehran, Iran; Website www.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2007; Registration Number 310643 (Iran) [IRAN-EO13871] (Linked To: SIRJAN IRANIAN STEEL; Linked To: ZARAND IRANIAN STEEL COMPANY).

"MIEA JSC" (a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS JSC; a.k.a. MOSCOW INSTITUTE OF ELECTROMECHANICS AND AUTOMATICS PJSC), Aviatsionny Lane, 5, Moscow, 125167, Russia; Organization Established Date 16 Jun 1994; Tax ID No. 7714025469 (Russia); Registration Number 1027739201951 (Russia) [RUSSIA-EO14024].

"MIEP LLC" (a.k.a. LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT; a.k.a. MYTISHCHI INSTRUMENT ENGINEERING PLANT; a.k.a. MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

"Miguelito" (a.k.a. MARTINEZ MORALES, Luis Miguel; a.k.a. "MARTINEZ, Miguel"; a.k.a. "MARTINEZ, Miguel Miguelito"), Colonia Las Hojarascas, Km 19.5 Carretera Interamericana, Mixco, Guatemala; DOB 12 Sep 1989; POB Santa Lucia Cotzumalguapa, Guatemala; nationality Guatemala; Gender Male; Passport 245907203 (Guatemala) expires 15 Nov 2022; National ID No. 2459072030502 (Guatemala) (individual) [GLOMAG].

"MIKE" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"MILCIADES" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"MILITARY TRANSPORT AVIATION" (Cyrillic: ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ") (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "VTA" (Cyrillic: "BTA"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"MINERAL MINING EXTRACTION COMPANY" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "SKAM"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"MINEUR" (a.k.a. KOJIC, Radomir); DOB 23 Nov 1950; POB Bijela Voda, Sokolac Canton, Bosnia-Herzegovina; Passport 3943074 (Bosnia and Herzegovina) issued 27 Sep 2002; Passport issued in Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

"MING CHUNG" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"MINGSHENG PM" (a.k.a. JINHU MINSHENG PHARMACEUTICAL MACHINERY CO. LTD (Chinese Simplified: 金湖明生制药机械有限公司)), No. 2 Plant, Bldg. 1, Zone A Industrial Concentration Area, Taji Town, Jinhu County, Jiangsu Province 211600, China; 238-1 Shenhua Road, Jinhu County, Huaian City, Jiangsu Province, China; Website www.jhminshengpm.com; Email Address mike@jhminshengpm.com; Phone Number 8651786800153; Organization Established Date 26 Apr 2013; Unified Social Credit Code (USCC) 913208310676114392 (China) [ILLICIT-DRUGS-EO14059].

"MININT" (a.k.a. MINISTERIO DEL INTERIOR; a.k.a. MINISTRY OF INTERIOR), Aranguren and Carlos Manuel de Cespedes, Havana, Cuba; Organization Established Date Jun 1961 [GLOMAG].

"MIPT" (a.k.a. FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY; a.k.a. MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT; a.k.a. "MFTI"), 9 Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [RUSSIA-EO14024].

"MIQDAD, Abu" (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"MIRA" (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT].

"MIRAGE FOR ENGINEERING" (a.k.a. MIRAGE FOR ENGINEERING AND TRADING), Kalim Bechara Building, 2nd floor, Trabulsi Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

"MIRP IS LTD" (a.k.a. LIMITED LIABILITY COMPANY MIRP INTELLECTUAL SYSTEMS; a.k.a. MIRP INTELLECTUAL SYSTEMS INC), Dimitrovskoe SH D. 100, Str. 2, Moscow 127591, Russia; Lenina st., 13-11, Dubna 141983, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010036848 (Russia); Registration Number 1085010000822 (Russia) [RUSSIA-EO14024].

"MISHA KRUTYSHA" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "SUPER MISHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MIT AG" (a.k.a. METALLOINVEST TRADING AG), Alte Steinhauserstrasse 19 Cham, Zug 6330, Switzerland; Organization Established Date 18 Jul 2008; Organization Type: Wholesale of metals and metal ores; Identification Number CHE-114.426.044

(Switzerland); Registration Number CH-17030324476 (Switzerland) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

"MIT" (a.k.a. MUJAHIDEEN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA BARAT; a.k.a. MUJAHIDIN INDONESIA TIMOR; a.k.a. MUJAHIDIN INDONESIA TIMUR; a.k.a. MUJAHIDIN OF EASTERN INDONESIA; a.k.a. MUJAHIDIN OF WESTERN INDONESIA; a.k.a. "MIB"), Indonesia [SDGT].

"MITD" (a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT COMPANY; a.k.a. MARINE INFORMATION TECHNOLOGY DEVELOPMENT CORPORATION; a.k.a. MARINE TECHNOLOGY AND INFORMATION TECHNOLOGY DEVELOPMENT; a.k.a. MITDCO), 5th Floor, No. 523, Aseman Tower, Pasdaran St., Tehran, Iran; Website www.mitdco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

"MJF" (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

"MKM LTD" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE MKM; a.k.a. "AO NPO MKM"), 24 Ilfata Zakirova St, Izhevsk 426072, Russia; Tax ID No. 1833001787 (Russia); Registration Number 1021801504460 (Russia) [RUSSIA-EO14024].

"MKOI" (a.k.a. MEZHDUNARODNYI KLUB OPTICHESKIKH INNOVATSII), Ul. Novodmitrovskaya D. 2, K. 2, Et/Pom.4/XXIIIB, Moscow 127015, Russia; Ul. Nizhnyaya D. 14., Str. 5, Moscow, 125040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.;

Tax ID No. 7715778105 (Russia); Registration Number 1097746622775 (Russia) [RUSSIA-EO14024].

"MMI" (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"), Indonesia [SDGT].

"MMK TURKEY" (a.k.a. MMK METALURJI PORT; a.k.a. MMK METALURJI SANAYI TICARET VE LIMAN ISLETMECILIGI ANONIM SIRKETI (Latin: MMK METALÜRJİ SANAYİ TİCARET VE LİMAN İŞLETMECİLİĞİ ANONİM ŞİRKETİ)), Alparslan Turkes Bulvari, No: 342-91, Ozerli Mahallesi, Dortyol 31600, Turkey; Kocaeli, Dilovasi, Turkey; Istanbul, Turkey; Website https://mmkturkey.com.tr/; Organization Established Date 12 Mar 1998; alt. Organization Established Date 2010; Tax ID No. 0950055541 (Turkey); Legal Entity Number 789000EY8H7UFLRVA902 (Turkey); Registration Number 4292 (Turkey) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

"MML" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM

MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

"MMZ JSC" (a.k.a. JSC MYTISHCHINSKI MACHINE-BUILDING PLANT; a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"MOASSESA AL-FURQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a.

HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"MOBILIZATION OF THE OPPRESSED UNIT" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD

CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"MOBILIZATION OF THE OPPRESSED" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"MOBIN INTERNATIONAL LTD." (a.k.a. MOBIN INTERNATIONAL LIMITED), Office 2403, Ahmad-Abberrhaim al-Attar, Dubai, United Arab Emirates; Website www.mobinogp.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL PRODUCTS DISTRIBUTION COMPANY).

"MODELO" (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

"Mohamed Rouggy" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"Mohamed Rougie" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"Mohamed Rouji" (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"MOHAMMADI, Farhad" (a.k.a. FATHI, Ahmad; a.k.a. "M3HRAN"; a.k.a. "M3S3C3"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

"MOHAMMED ABDULLAH MOHAMMED BAHZAD" (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

"Mohammed Rougi (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben

Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

"MOHAMMED, Ali" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"MOHAMMED, Ali" (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"MOHAMMED, Jamal Jaafar" (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far al-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. ELHAJJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR,

Jaafar Jamal"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

"MOHAMMED, Yaqub" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"MOIS" (a.k.a. IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY; a.k.a. VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR; a.k.a. "VEVAK"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [SDGT] [SYRIA] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

"MOMO" (a.k.a. MANDIC, Momcilo); DOB 01 May 1954; POB Kalinovik, Bosnia-Herzegovina; National ID No. JMB 0105954171511 (individual) [BALKANS].

"MONO AMALFI" (a.k.a. MEDINA CARDONA, Rubiel); DOB 17 Oct 1979; POB Marquetalia, Caldas, Colombia; citizen Colombia; Cedula No. 75004020 (Colombia) (individual) [SDNTK].

"Monstr" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"MONTERO, Oscar" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "OSCAR"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"MOOSA, Bashir" (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bachir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MUSSE, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

"MOOTASEM" (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

"MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION" (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DTO"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING

ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"MORALES CIFUENTES DTO" (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"MORALES, Wendy" (a.k.a. MORALES URBINA, Wendy Carolina; a.k.a. MORALES, Wendy Carolina; a.k.a. "URBINA, Wendy Carolina"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

"MORDISCO, Ivan" (a.k.a. VERA FERNANDEZ, Nestor Gregorio), Guaviare Department, Colombia; DOB 08 Oct 1974; alt. DOB 09 Oct 1974; POB Penon, Cundinamarca Department, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 80167962 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

"MORE SHIPYARD" (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. FSUE SZ 'MORYE'; a.k.a. MORYE SHIPYARD), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

"Moreno" (a.k.a. HERNANDEZ JIMENEZ, Cesar; a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a.

"HERNANDEZ JIMENEZ, Francisco"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"Moreno" (a.k.a. GUZMAN LOPEZ, Joaquin; a.k.a. "El Guero"; a.k.a. "Guero Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"MORRISSEY, Johnny" (a.k.a. MORRISSEY, John Francis), Dinamarca 46 B, Malaga, Spain; Marbella, Spain; DOB 20 Dec 1959; nationality Ireland; citizen Ireland; Gender Male; Passport W089513 (Ireland); alt. Passport PU8060632 (Ireland) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"MORUMBI (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

"MOSASA-TUL-FORQAN" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a.

HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"MOSCO" (a.k.a. ECHEVERRI PAREJA, Oscar Alonso); DOB 07 May 1971; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98564040 (Colombia) (individual) [SDNTK] (Linked To: ACUAMATERIALES Y CIA. LIMITADA).

"MOSH" (a.k.a. MONTEJO SAENZ, Axel Bladimir), Guatemala; DOB 26 Oct 1986; POB Santa Ana Huista, Huehuetenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. M-138057 (Guatemala); NIT # 35348208 (Guatemala); C.U.I. 1613087591331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"Mourtada" (a.k.a. HAZIME, Hussein Ali; a.k.a. HAZZIMA, Husain Ali), Harat Hreiq, Beirut, Lebanon; DOB 07 Dec 1967; POB Beirut, Lebanon; Gender Male (individual) [SDGT].

"MOUSTAFA" (a.k.a. KALAD, Belkasam; a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB

22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

"Moy.Yawik" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MOZHAEV, Egor Igorevich" (a.k.a. MOZHAYEV, Yegor Igoryevich; a.k.a. "MOZHAYEV, Yegor"), Moscow, Russia; DOB 31 May 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

"MOZHAYEV, Yegor" (a.k.a. MOZHAYEV, Yegor Igoryevich; a.k.a. "MOZHAEV, Egor Igorevich"), Moscow, Russia; DOB 31 May 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

"MPC" (a.k.a. MOBIN PETROCHEMICAL; a.k.a. MOBIN PETROCHEMICAL COMPANY), Southern Pars Special Economic Energy Zone, Assaluyeh, Bushehr, Iran; No. 50, DamanAfshar Alley, Vanak Square, ValiAsr Street, Tehran 19697-53111, Iran; P.O. Box 75391-418, Bushehr 1969753111, Iran; PO Box, Mashhad, Iran; Website www.mobinpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 837 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"MPS" (a.k.a. MINISTRY OF PEOPLE'S SECURITY; a.k.a. MINISTRY OF PUBLIC SECURITY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"Mr. O" (a.k.a. YU, Bu Ung; a.k.a. YU, Pu Ung (Korean: 유부웅)), 67 Kap 2-9-1, Sobuk 1 Tonglo, Cho'lso' District, Shenyang, China; DOB 16 Sep 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201

and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS927320340 issued 02 Sep 2017 expires 02 Sep 2022 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

"Mrmagister" (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

"MSA" (a.k.a. MACHINE SAZI ARAK CO. LTD.; a.k.a. MACHINE SAZI ARAK COMPANY P J S C; a.k.a. MACHINE SAZI ARAK SSA; a.k.a. MASHIN SAZI ARAK), P.O. Box 148, Arak 351138, Iran; Arak, Km 4 Tehran Road, Arak, Markazi Province, Iran; No. 1, Northern Kargar Street, Tehran 14136, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"MSC" (a.k.a. MAGLES SHOURA AL-MUJAHDDIN; a.k.a. MAJLIS SHURA AL-MUJAHEDIN FI AKNAF BAYT AL-MAQDIS; a.k.a. MAJLIS SHURA AL-MUJAHIDEEN; a.k.a. MAJLIS SHURA AL-MUJAHIDIN; a.k.a. MUJAHIDEEN SHURA COUNCIL; a.k.a. MUJAHIDEEN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM; a.k.a. MUJAHIDIN SHURA COUNCIL IN THE ENVIRONS OF JERUSALEM) [SDGT].

"MSC" (a.k.a. MIDDLE EAST SAMAN CHEMICAL COMPANY (Arabic: شرکت سامان شیمی خاور میانه); a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADE COMPANY; a.k.a. MIDDLE EAST SAMAN CHEMICAL TRADING; a.k.a. MIDDLE EAST SAMAN SHIMI TRADING COMPANY; a.k.a. SAMAN CHEMICAL COMPANY; a.k.a. SAMAN MIDDLE EASTERN CHEMICAL COMPANY; a.k.a. SAMAN SHIMI KHAVARMIANEH LTD.; a.k.a. SAMAN SHIMI MIDDLE EAST), Aghadasieh-Shahid Movahed Danesh st.-Nilufar St.-Placard, 2-4th Floor, Unit 401, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

National ID No. 10340455609 (Iran) [SDGT] [IFSR] (Linked To: MUSAVIFAR, Sayyed Reza).

"MSNA" (a.k.a. IRANIAN NOVIN SYSTEMS MANAGEMENT; a.k.a. MATIN SANAT NIK ANDISHAN; a.k.a. "MASNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"Mty" (a.k.a. ISKRITSKY, Mikhail; a.k.a. "Tropa"), Moscow, Russia; DOB 05 Nov 1981; nationality Russia; Email Address wet-dhg@rambler.ru; Gender Male (individual) [CYBER2].

"MUADZ, Abu" (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

"MUAZ" (a.k.a. SELEK, Atilla); DOB 28 Feb 1985; POB Ulm, Germany; nationality Germany; Passport 702142921 (Germany) expires 03 Dec 2011; National ID No. 702092811 (Germany) expires 06 Apr 2010; Passport and National ID were issued in Ulm, Germany.  Currently incarcerated at JVA Bruchsal prison. (individual) [SDGT].

"Mufti Hazrat" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "ALI, Mufti Hazrat"; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"MUFTI ILYAS" (a.k.a. AFRIDI, Amanullah; a.k.a. URS, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male (individual) [SDGT].

"Mufti Muzahim" (a.k.a. DEROJI, Mufti Hazrat; a.k.a. "ALI, Mufti Hazrat"; a.k.a. "AMJAD, Qari";

a.k.a. "Mufti Hazrat"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

"MUHAJIR, Musa" (a.k.a. ABDI, Abdifatah Abubakar), Somalia; Mombasa, Kenya; DOB 15 Apr 1982; POB Somalia; nationality Somalia; Gender Male (individual) [SDGT].

"MUHAMMAD AL-ANDUNISIY, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"MUHAMMAD AL-INDONESI, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"MUHAMMAD AL-INDUNISI, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "SHABRINA, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"MUHAMMAD, Abu" (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad

Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"MUHAMMAD, Muhammad" (a.k.a. NUR, Mammam; a.k.a. NUR, Mohammad; a.k.a. NUR, Mohammed; a.k.a. NURA, Mohammed; a.k.a. NURU, Mallam Ahmed); DOB 01 Jan 1972; POB Maiduguri, Nigeria; nationality Nigeria (individual) [SDGT] (Linked To: BOKO HARAM).

"MUHARIB" (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. MUHARIB, Abu Ali); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

"MUHELISI" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

"MU'IN" (a.k.a. AL-BAZZAL, Muhammad Qasim; a.k.a. BAZZAL, Mohamad); DOB 26 Aug 1984; POB Ba'albakk, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport LR0510789; Identification Number 18349929 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"MUJAO" (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a.

"MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

"MUJIB, Abdul" (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

"MUJWA" (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

"Mukade" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukake"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"Mukake" (a.k.a. LUMISA, Muhamad; a.k.a. LUMISA, Muhammed; a.k.a. "KATO, L."; a.k.a. "LUMINSA"; a.k.a. "LUMWISA"; a.k.a. "Mukade"), Congo, Democratic Republic of the; DOB 1959; alt. DOB 1959 to 1965; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"MUKANDA" (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "RADJA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

"MUKHTAR, Shaykh" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa,

Somalia; nationality Somalia (individual) [SOMALIA].

"Mulalo" (a.k.a. SEGUJJA, Elias; a.k.a. SUGUJA, Fezza; a.k.a. "Faiza"; a.k.a. "Feeza"), Congo, Democratic Republic of the; DOB 1969 to 1971; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"Mullah Fazlullah" (a.k.a. FAZLULLAH, Maulana; a.k.a. HAYAT, Fazal; a.k.a. "Mullah Radio"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan (individual) [SDGT].

"Mullah Idris" (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Abu Sayf al-Samara'i"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

"MULLAH NAIMULLAH" (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

"Mullah Radio" (a.k.a. FAZLULLAH, Maulana; a.k.a. HAYAT, Fazal; a.k.a. "Mullah Fazlullah"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan (individual) [SDGT].

"MUNE" (a.k.a. SALAZAR RAMIREZ, Jesus Alfredo; a.k.a. "INDIO"); DOB 24 Mar 1974; POB Chihuahua, Mexico; citizen Mexico (individual) [SDNTK].

"MURAT, Rajib" (a.k.a. AMANOLLAH, Paydar Mohammad; a.k.a. PAIDAR, Amanallah (Arabic: امان الله پايدار); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690075257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

"MURAT, Recep" (a.k.a. BUKEY, Murat (Latin: BÜKEY, Murat)), Turkey; DOB 02 Jan 1971; POB Izmir, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U21720683 (Turkey) expires 12 Apr 2029; alt. Passport U01789726 (Turkey) expires 30 Mar 2021; National ID No. 38119667258 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

"MURSHID" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"MURTADA, Muhandis" (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: نژاد سبری حسن); a.k.a. "Engineer Morteza"; a.k.a. "SABURI, Hasan"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"MUSA ABDUL" (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia (individual) [SDGT].

"MUSCAB, Abu" (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

"MUSENYERI" (a.k.a. IBRAHIM, Frere Petrus; a.k.a. MUJYAMBERE, Leopold; a.k.a. "ACHILLE"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17

Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

"Mushroom" (a.k.a. VAKHROMEYEV, Ivan Vasilyevich; a.k.a. VAKROMEEV, Ivan Vasilievich), Naro-Fominsk, Russia; DOB 29 Dec 1988; nationality Russia; Email Address ivanalert@mail.ru; Gender Male (individual) [CYBER2].

"MUSHTAQ" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"MUSLIM ABU ABDURRAHMAN" (a.k.a. DALE, Anders Cameroon Ostensvig; a.k.a. "ABU ABDURRAHMAN THE MOROCCAN"; a.k.a. "ABU ABDURRAHMAN THE NORWEGIAN"); DOB 1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway (individual) [SDGT].

"Muslim Georgia" (a.k.a. AL-SHISHANI, Muslim Abu al-Walid; a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus") DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

"MUSLIM YOUTH CENTER" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB;

a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"MUSSE" (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "SUDANI, Abdala") DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT].

"MUSSE, Bashir" (a.k.a. MOOSA, Basheer Khalid; a.k.a. MOOSA, Basheer Khalif; a.k.a. MOSSA, Bashir Khalif; a.k.a. MOUSSA, Bachir Kalif; a.k.a. MUSA, Bashir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. MUSSE, Bashir Khalif; a.k.a. "MOOSA, Bashir"), Dubai, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1967; POB Garowe, Puntland, Somalia; nationality Djibouti; Gender Male; Passport 16RE41878 (Djibouti) issued 26 May 2016 expires 25 May 2021; alt. Passport 16RF20973 (Djibouti) expires 11 Oct 2023; Identification Number 784-1967-5350265-5 (United Arab Emirates); Residency Number 083698992 (United Arab Emirates) expires 15 May 2020 (individual) [SOMALIA].

"MUSTAFA" (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

"MUSTAQ" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "SIKANDER"; a.k.a. "TIGER MEMON"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"MYC" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL

SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"MYM" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"MYO, Jonathan" (a.k.a. TAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Kwang; a.k.a. THAUNG, Jonathan Myo Kyaw; a.k.a. THAUNG, Jonathan Myo Kyaw), Burma; DOB 29 Dec 1981; nationality Burma; Gender Male (individual) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

"NABAVI, Kiarash" (a.k.a. KASHIAN, Sajjad), Iran; DOB 17 Sep 1994; nationality Iran; Gender Male; National ID No. 4560134669 (Iran) (individual) [ELECTION-EO13848].

"NABCO COMPANY" (a.k.a. NABAKO MONEY EXCHANGE AND TRANSFERS; a.k.a. NABCO MONEY EXCHANGE & REMITTANCE CO.; a.k.a. NABCO MONEY EXCHANGE AND REMITTANCE CO. (Arabic: شركة نابكو للصرافة والتحويلات المالية); a.k.a. NABICO EXCHANGE; a.k.a. NABIL AL-HAZA' COMPANY), Al-Khamis Street, Lebanese University Neighborhood, Sana'a, Yemen; Website https://nabco-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

"NACHO BEDOYA" (a.k.a. BEDOYA VELEZ, Jose Ignacio), Calle 16 No. 71A-07/09, Cali, Colombia; Carrera 1G No. 71-07, Cali, Colombia; DOB 06 Jan 1959; POB Tulua, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16351225 (Colombia) issued 20 Jun 1977; Passport AJ126708 (Colombia) issued 26 Mar 2004; alt. Passport 16351225 (Colombia) issued 26 Mar 2004 expires 26 Mar 2014 (individual) [SDNT].

"NACHO CORONEL" (a.k.a. CORONEL VILLARREAL, Ignacio), Manzanillo, Colima, Mexico; DOB 01 Feb 1954; POB Veracruz, Mexico; alt. POB Canelas, Durango, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

"NACHO GONZALEZ" (a.k.a. GONZALEZ PENUELAS, Ignacio (Latin: GONZÁLEZ PEÑUELAS, Ignacio); a.k.a. GONZALEZ PENUELAS, Jose Ignacio), Sinaloa, Mexico; DOB 31 Jul 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPI720731HSLNXG07 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

"NADA" (a.k.a. NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"NADRA" (a.k.a. ZARKAOUI, Imed Ben Mekki Ben Al-Akhdar; a.k.a. "ZARGA"), Via Col. Aprosio 588, Vallecrosia, IM, Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia; Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002 (individual) [SDGT].

"NAEEM, Sheikh" (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAIM, Shaikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan);

Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"NAHAJA" (a.k.a. ISLAMIC REPUBLIC OF IRAN AIR FORCE; a.k.a. "IRIAF"), Doshan Tappeh Air Base, Tehran, Tehran Province, Iran; Website https://nahaja.aja.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-CON-ARMS-EO].

"NAIDA" (a.k.a. GALAVIZ MARTIN, Mayra, Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 19 Jan 1973; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 06140255887 (Mexico); C.U.R.P. GAMM730119MJCLRY08 (Mexico) (individual) [SDNTK].

"NAIM, Abu" (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

"NAIM, Shaikh" (a.k.a. NAEEM, Muhammad; a.k.a. SHEIKH, Mohammad Nayeem; a.k.a. SHEIKH, Muhammad Naeem; a.k.a. "NAEEM, Sheikh"), 122 Ahmed Block, New Garden Town, Lahore, Pakistan; 111-C Multan Road, Lahore, Pakistan; 2-Chamberlain Road, Lahore, Pakistan; DOB 04 Sep 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BP5191731 (Pakistan) expires 12 May 2012; National ID No. 35202-1963173-9 (Pakistan); Engineer (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"NAJD PROVINCE" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

"NAJI, Ali" (a.k.a. HAJI, Ali Ahmed; a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. NAJI,

Cali Axmed), Kismayo, Somalia; DOB 01 Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

"NANED" (a.k.a. KUROV, Artem (Cyrillic: КУРОВ, Артем)), Kaluga, Obninsk, Russia; DOB 30 Mar 1993; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2912565616 (Russia) (individual) [CYBER2].

"NANGIALI" (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

"NAPA" (a.k.a. NAJI PARS AMIN INSTITUTE (Arabic: مؤسسه ناجى پارس امین); a.k.a. NAJI PARS AMIN NON-COMMERCIAL INSTITUTE; a.k.a. NAJI PARS INSTITUTE), Unit 17, Third Floor, Noor Building, Second Golestan, Western corner of Water Organization Street, Second square of Sadeghiyeh, Tehran, Tehran Province, Iran; Unit 7, Fifth Floor, No. 2, Shahid Ayatollah Dastgheib St, End of Safa, Dastgheib neighborhood, Central Sector, Tehran, Tehran Province 1349985884, Iran; Unit 8, Fourth Floor Pars Building, End of the Sixth Alley, Mashouf Street, 20 meters from East Golestan, after Hammet Bridge, North Satari, Tehran, Tehran Province, Iran; Website najipars.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320725224 (Iran); Registration Number 28723 (Iran); alt. Registration Number 411399395956 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"NAPO" (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: AO НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC

NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

"NASERIAN" (Arabic: "ناصریان") (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASSERIAN"), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

"NASERUDDIN" (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir); DOB 1972; POB Afghanistan (individual) [SDGT].

"Nasibullah" (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

"NASR, Muhammad" (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammad Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"NASR, Samir M." (a.k.a. RUPRAH, Sanjivan Singh); DOB 09 Aug 1966; POB Kisumu, Kenya; nationality Kenya; Passport D-001829-00 (Liberia); alt. Passport 790015037 (United Kingdom) issued 10 Jul 1998 expires 10 Jul 2008; Businessman; Former Deputy Commissioner, Bureau of Maritime Affairs of Liberia (individual) [DRCONGO].

"NASSERIAN" (a.k.a. MOGHISEH, Mohammad; a.k.a. MOGHISSEH, Mohammad (Arabic: محمد مقیسه); a.k.a. MOGHISSEH, Mohammad Nasser (Arabic: محمد ناصر مقیسه); a.k.a. MOQISEH, Mohammad; a.k.a. "NASERIAN" (Arabic: "ناصریان")), Tehran, Iran; DOB 1956 to 1957; POB Moqiseh, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Judge, Head of Tehran Revolutionary Court, Branch 28 (individual) [IRAN] [IRAN-TRA].

"NATIONAL AND ISLAMIC BANK" (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

"NATIONAL BANK" (a.k.a. BANCO CORPORATIVO SA; a.k.a. "BANCO NACIONAL"; a.k.a. "BANCO NATIONAL"; a.k.a. "BANCORP"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

"NATIONAL BUILDING COMPANY" (a.k.a. MELLI SAKHTEMAN CO.; a.k.a. MELLI SAKHTEMAN COMPANY; a.k.a. SHERKAT-E MELLI-YE SAKHTEMAN (Arabic: شرکت ملی ساختمان), No. 7, South Golestan St, Iranzamin Ave, Shahrak-eGharb, Tehran, Iran; Dubai, United Arab Emirates; Website www.mellisakhteman.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100305734 (Iran); Registration Number 6489 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"NATIONAL HADRAMAWT COUNCIL" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

"NATIONAL ISLAMIC BANK" (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

"NATIONAL MINERAL RESOURCES UNIVERSITY" (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

"NATIONAL MOBILIZATION ORGANIZATION" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E

BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"NATIONAL RESISTANCE MOBILIZATION" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"NAVIS INC." (a.k.a. AO KB NAVIS), ul. Kulneva, d. 3, str. 1, pom/kom III/5,6, Moscow 121170, Russia; sh. Dmitrovskoe, d. 157, k. 5, Moscow 127411, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7725075060 (Russia); Registration Number 1027700456024 (Russia) [RUSSIA-EO14024].

"NAYIF, 'Abd al-Muhsin Zayn Mun'ib" (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"NAZ" (a.k.a. N.A.Z. TECHNOLOGY; a.k.a. NAZ TECHNOLOGY; a.k.a. NAZ TECHNOLOGY CO.; a.k.a. NAZ TECHNOLOGY CO., LTD.; a.k.a. NAZ TECHNOLOGY CORPORATION LTD), Taiwan World Trade Center (TWTC) Room 6C-21(6F) Number 5 Section 5, Xinyi Road, Xinyi District, Taipei City, Taiwan; 605, Floor 6, Building 204, Tairan Technology Park, Tairan 6th Road, Tianan Community, Sha, Tou Sub-District, Futian District, Shenzhen, Guangdong, China; Building 10, Shiguan Industrial Park, Shenzhen 518106, China; C-608, Floor 6, Lan Optical Technology Building, No.7, Xinxi Road, Hi-and-New Tech Part (North Zone), Nanshan District, Shenzhen, China; Rm 804, Sino Centre, 582-592 Nathan Rd., KLN, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 440301503328703 (China) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

"NAZ" (a.k.a AO NOVOSIBIRSKIY AVIAREMONTNYI ZAVOD (Cyrillic: AO НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P.

CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

"NCG" (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"NDCO" (a.k.a. NORTH DRILLING CO (Arabic: شرکت حفاری شمال); a.k.a. NORTH DRILLING COMPANY; a.k.a. NORTH DRILLING PUBLIC JOINT STOCK COMPANY), 2127, Valiasr Street, Corner of Del Afrooz Street, Tehran 1511714315, Iran; Arjantin Argentina Square - Alvand St. - 35th St. - No. 8, Tehran, Iran; Sanaat Square - Farhazadi St. - Taavon St. - No. 19, Tehran, Iran; Vozara St. - Baheshti St. - No. 20, Tehran, Iran; Esfandiar St. - Valiasr St. - No. 90, Tehran, Iran; Website www.ndco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101920830 (Iran); Registration Number 149235 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"NEDELJKOVIC, Sinis" (a.k.a. NEDELJKOVIC, Sinisa; a.k.a. "METAL, Senisa"; a.k.a. "NEDELJKOVIC, Sinisa Stevan"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"NEDELJKOVIC, Sinisa Stevan" (a.k.a. NEDELJKOVIC, Sinisa; a.k.a. "METAL, Senisa"; a.k.a. "NEDELJKOVIC, Sinis"), Kral Petar Street, Zvecan, Kosovo; DOB 26 Mar 1970; POB Zvecan, Kosovo; nationality Kosovo; alt. nationality Serbia; Gender Male; Identification Number 1501722452 (individual)

[GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"NEGRO ORLANDO" (a.k.a. GUTIERREZ RENDON, Orlando); DOB 12 Jan 1966; POB Buenaventura, Valle, Colombia; citizen Colombia; Cedula No. 16486550 (Colombia) (individual) [SDNTK].

"NEGRO" (a.k.a. LOBO, Carlos Arnoldo; a.k.a. "EL NEGRO LOBO"), Col Toronjal, 2da Etapa, Casa 2, La Ceiba, Atlantida, Honduras; Col Toronjal, 2da Etapa, Casa 2, Numero 67, La Ceiba, Atlantida, Honduras; Colonia El Toronjal, Cuarta Etapa, Bloque, La Ceiba, Atlantida, Honduras; Hacienda La Rosita, La Ceiba, Atlantida, Honduras; French Harbour, Roatan, Islas de La Bahia, Honduras; Los Tangos, Copan, Honduras; Casa 67, Blq 02, San Pedro Sula, Cortes, Honduras; Hacienda Aldea La Rosita, Esparta, Atlantida, Honduras; Hacienda Satuye, Col. Satuye, La Ceiba, Atlantida, Honduras; DOB 28 May 1974; POB Esparta, La Ceiba, Honduras; Numero de Identidad 0103-1975-00009 (Honduras) (individual) [SDNTK].

"NEKSAIN AO" (a.k.a. NEXIGN JOINT STOCK COMPANY (Cyrillic: НЭКСАЙН АКЦИОНЕРНОЕ ОБЩЕСТВО)), d. 4 litera B pom. 22N, ul. Uralskaya, St. Petersburg 199155, Russia; Organization Established Date 03 Mar 1992; Organization Type: Other information technology and computer service activities; Tax ID No. 7801019126 (Russia); Government Gazette Number 11150642 (Russia); Registration Number 1027809251744 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

"Nene" (a.k.a. ABOUZAID EL BAYEH, Juan Manuel; a.k.a. "El Arabe"; a.k.a. "El Escorpion"; a.k.a. "El Hermano"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

"NENE" (a.k.a. ISAZA SANCHEZ, Nelson Dario); DOB 11 Aug 1967; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98521489 (Colombia) (individual) [SDNTK].

"NEO-JMB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-

UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

"NETEXCHANGE" (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. "LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "OOO TSOEP" (Cyrillic: "ООО ЦОЭП")), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

"NEW FAR INTERNATIONAL" (a.k.a. NEW FAR INTERNATIONAL LOGISTICS LIMITED (Chinese Traditional: 新遠國際物流有限公司); a.k.a. NEW FAR INTERNATIONAL LOGISTICS LTD), Wan Chai, Hong Kong; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Identification Number IMO 6075135; Business Registration Number 2758016 (Hong Kong) [IRAN-EO13846].

"NEW INDUSTRY VENTURES" (a.k.a. UT IT NOVAYA INDUSTRIYA OOO), ul. Leninskie Gory d. 1, str. 77, office 1041B, Moscow 119234, Russia; Organization Established Date 19 Feb 2019; Tax ID No. 7728461088 (Russia); Registration Number 1197746126071 (Russia) [RUSSIA-EO14024].

"NEW IRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"NEW OIL COMPANY" (a.k.a. CJSC NNK; a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК)), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

"NEW-JMB" (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

"NG, Ken" (a.k.a. JING HE, Lin; a.k.a. LIN, Jinghe (Chinese Simplified: 林敬鹤); a.k.a. "LAM, Gary"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

"NGS" (a.k.a. NEFTEGAZSTROY, Ul. Lenina D. 21/1, Neftekamsk 452680, Russia; Ul. Industrialnaya D. 15, K.A., Neftekamsk 452680, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0253013650 (Russia); Registration Number 1020201432261 (Russia) [RUSSIA-EO14024].

"NGT AO" (a.k.a. JSC NGT; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NGT), Ul. Fominskaya D.54, Perm 614058, Russia; Organization Established Date 02 Oct 2002; Tax ID No. 5902186000 (Russia); Government Gazette Number 52275083 (Russia); Registration Number 1025900513935 (Russia) [RUSSIA-EO14024].

"NICA" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"NICICO" (a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES COMPANY; a.k.a. NATIONAL IRANIAN COPPER INDUSTRIES PUBLIC JOINT STOCK), Next to Saei Park, Block No. 2161, Vali Asr Avenue, Tehran, Iran; PO Box 15115-416, Tehran, Iran; Website www.nicico.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 15957 (Iran) [IRAN-EO13871].

"NICKEL KIMBALL" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website

onearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teripar125@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdslsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"NICO" (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

"NICOLAS" (a.k.a. MORENO TUBERQUIA, Carlos Antonio); DOB 30 Apr 1977; POB Monteria, Cordoba, Colombia; citizen Colombia; Cedula No. 11002975 (Colombia) (individual) [SDNTK].

"NICOLINO" (a.k.a. PANARO, Nicola); DOB 12 Sep 1968; POB Casal di Principe, Italy (individual) [TCO].

"NII ELPA AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT ELPA S OPYTNYM PROIZVODSTVOM; a.k.a. ELPA RESEARCH INSTITUTE AND PILOT LINE JOINT STOCK COMPANY), Pr-Kt Panfilovskii D. 10, Zelenograd 124460, Russia; Tax ID No. 7735064772 (Russia); Registration Number 1027739098760 (Russia) [RUSSIA-EO14024].

"NII SVT PAO" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT SREDSTV VYCHISLITELNOI TEKHNIKI; a.k.a. "AO NII SVT"), Ul. Melnichnaya D. 31, Kirov 610025, Russia; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"NII-2" (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

"NIIHIT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NIIKHIT; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO; a.k.a. NIIHIT 2 JOINT STOCK COMPANY), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

"NIIIT" (a.k.a. RIIT LTD), ul. Kulakova d. 20, str. 1G, pom. XIV et 3, kom 10, 11, 52-57, Moscow 123592, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481013 (Russia); Registration Number 5147746189014 (Russia) [RUSSIA-EO14024].

"NIITM" (a.k.a. OJSC SCIENTIFIC RESEARCH INSTITUTE OF PRECISION MECHANICAL ENGINEERING; a.k.a. RESEARCH INSTITUTE OF PRECISION MACHINE MANUFACTURING; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE OF PRECISION ENGINEERING), 10 Panfilovsky avenue, Zelenograd, Moscow 124460, Russia; Tax ID No. 7735043966 (Russia) [RUSSIA-EO14024].

"NIMR IRAQ BRANCH" (a.k.a. NIMR INTERNATIONAL L.L.C.), Office No. 1, 5th Floor, Al Nadha Towers 2, Ghala Industrial Area, Muscat, Oman; 501 Al Nadha Towers 2, Building 220 Way No 5007, Muscat, Oman; PO

Box 254, Muscat, Oman; Hayy al Fayha' -al Amin al Dakhili Dur al Dubat. Building number 44/234, Locality No. 445, Ally No. 46, Section House No. 44/3, Third floor, Office, Basrah Province, Iraq; Dubai, United Arab Emirates; Port Um Qasr, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 1037675 (Oman); alt. Business Registration Number 5670 (Iraq) [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

"Nini" (a.k.a. PEREZ SALAS, Nestor Isidro; a.k.a. "Chicken Little"; a.k.a. "GARCIA, Nestor Isidro"), Mexico; DOB 09 Mar 1992; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. PESN920309HBCRLS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"NINTUTU" (a.k.a. TURASHEV, Igor Olegovich; a.k.a. "ENKI"), Russia; DOB 15 Jun 1981; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

"NIPC" (a.k.a. NATIONAL PETROCHEMICAL COMPANY; a.k.a. THE NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

"NIRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"Nitr0jen" (a.k.a. AHMADZADEGAN, Sadegh; a.k.a. "el_nitr0jen"; a.k.a. "Nitr0jen26"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"Nitr0jen26" (a.k.a. AHMADZADEGAN, Sadegh; a.k.a. "el_nitr0jen"; a.k.a. "Nitr0jen"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"NITRIK, Hamza" (a.k.a. BREIHMATT, Salem ould; a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

"NMZ" (a.k.a. LLC NIZHNEKAMSK MECHANICAL PLANT), Ter. Promzona ZD. 32, Office 1, Nizhnekamsk 423570, Russia; Tax ID No. 1651091698 (Russia); Registration Number 1221600057150 (Russia) [RUSSIA-EO14024].

"NNP" (a.k.a. NICARAGUAN NATIONAL POLICE; a.k.a. POLICIA NACIONAL DE NICARAGUA), Centro Comercial Metrocentro, 2 Cuadras al Este, Edificio Faustino Ruiz (Plaza el Sol), Managua, Nicaragua [NICARAGUA] [NICARAGUA-NHRAA].

"NOOR" (a.k.a. AL-DAGMA, Aschraf), Clemens-August Strasse 10, Kolpinghaus, Beckum 59269, Germany; Leipziger Strasse 64, Altenburg 04600, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

"NOPO" (Arabic: "نوپو") (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

"NORD PROJECT" (a.k.a. LLC TC NORD PROJECT; a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninsky 153, St. Petersburg 196247, Russia; Office 308,

House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

"NORTH STAR" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SEVERNAYA ZVEZDA; a.k.a. OOO SEVERNAIA ZVEZDA; a.k.a. SEVERNAYA ZVEZDA LIMITED LIABILITY COMPANY (Cyrillic: СЕВЕРНАЯ ЗВЕЗДА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. "LLC NORTHERN STAR"), zd. 31 etzah 2 kom. 44, 45, ul. Sovetskaya, Dudinka 647000, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 2457062730 (Russia); Government Gazette Number 97616736 (Russia); Registration Number 1062457033022 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

"NORTHEAST CARTEL" (a.k.a. CARTEL DEL NORESTE; a.k.a. LOS ZETAS; a.k.a. "CDN"), Mexico [SDNTK] [TCO] [ILLICIT-DRUGS-EO14059].

"NOVAK OOO" (a.k.a. NOVGORODSKAYA AKKUMULYATORNAYA KOMPANIYA), Ul. Severnaya 15, Velikiy Novgorod 173008, Russia; Ul. Rabochaya D. 55, K.1, Velikiy Novgorod 173008, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5321073271 (Russia); Registration Number 1025300786060 (Russia) [RUSSIA-EO14024].

"NOYFOX AS LTD." (a.k.a. GLOBAL KEY LIMITED LIABILITY COMPANY; a.k.a. "GLOBAL KEI"), Ul. Ivana Fomina D. 6, Lit. B, Pomeshch. 402A, 402B, Saint Petersburg 194295, Russia; Website global-key.ru; Organization Established Date 18 Aug 2015; Tax ID No. 7802536470 (Russia); Registration Number 1157847282119 (Russia) [RUSSIA-EO14024].

"NPC" (a.k.a. NATIONAL PETROCHEMICAL COMPANY; a.k.a. THE NATIONAL PETROCHEMICAL COMPANY; a.k.a. "NIPC"), No. 104, North Sheikh Bahaei Blvd., Molla Sadra Ave., Tehran, Iran; No 144, North Sheikh Bahayi Avenue, Mulla Sadra Street, Vanak Square, Tehran, Iran; P.O. Box 19395-6896, Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; National ID No. 9614 (Iran); all offices worldwide [IRAN] [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

"NPK EOMS" (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ELECTRONIC OPTICAL AND MECHANICAL SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС ЭЛЕКТРОННЫЕ ОПТИЧЕСКИЕ И МЕХАНИЧЕСКИЕ СИСТЕМЫ); a.k.a. "LLC NPC EOMS" (Cyrillic: "ООО НПК ЭОМС")), d. 1, str. 17, etazh/komnata 2/1, shosse Varshavskoe, Moscow 117105, Russia; Tax ID No. 7726401559 (Russia); Registration Number 1177746419960 (Russia) [RUSSIA-EO14024].

"NPK EXPERT" (a.k.a. RSV-EKSPERT OOO; a.k.a. "EKSPERT"), ul. Voskhod d. 26/1, kabinet 101, Novosibirsk 630102, Russia; Festivalnaya d. 41, k. 2, 1 etazh, Moscow, Russia; Tax ID No. 5405979190 (Russia); Registration Number 1165476124395 (Russia) [RUSSIA-EO14024].

"NPO IZHBS" (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

"NPP CONTACT" (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. AO NPP KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. JSC SPE KONTAKT), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia)

[RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

"NPP KLASS" (a.k.a. JOINT STOCK COMPANY CLASS), Sh. Entuziastov, D 56, Str. 21, Moscow 111123, Russia; Ul. Sovetskaya D. 3, Floor 2, Kom. 2, Lukhovitsy 140501, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724032017 (Russia); Registration Number 1027700450975 (Russia) [RUSSIA-EO14024].

"NPP/CPP" (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "CPP") [FTO] [SDGT].

"NPPD" (a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT COMPANY OF IRAN; a.k.a. NUCLEAR POWER PRODUCTION AND DEVELOPMENT HOLDING COMPANY), No. 8, Tandis St., Africa Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"NRCAM" (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

"NSG OOO" (a.k.a. INDEPENDENT INSURANCE GROUP LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA NEZAVISIMAYA STRAKHOVAYA GRUPPA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ НЕЗАВИСИМАЯ СТРАХОВАЯ ГРУППА)), Vspolnyi Pereulok 18, bldg. 2, Moscow 123001, Russia; Website www.nsg-ins.ru; Organization Established Date 03 Mar 2003; Tax ID No. 7716227728 (Russia); Government Gazette Number 14139641

(Russia); Registration Number 1037716006360 (Russia) [RUSSIA-EO14024].

"NSTRI" (a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH CENTER; a.k.a. NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE; a.k.a. NUCLEAR SCIENCES AND TECHNOLOGIES RESEARCH INSTITUTE; a.k.a. RESEARCH INSTITUTE OF NUCLEAR SCIENCE AND TECHNOLOGY), North Kargar Street, Tehran, Iran; North Kargar Ave., Tehran, Iran; Website https://nstri.aeoi.org.ir/; alt. Website https://nstri.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"NUHR" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "SMAIL"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

"NURIN COMPANY" (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

"NURJAMAN" (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "HAMBALI"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"NYALUALGO, Koang" (a.k.a. BIEL, Gordon Koang; a.k.a. BIEL, Gordon Koang Char; a.k.a. CHAR, Koang Biel), Koch County, Unity, South

Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

"NYANGA, Hoth Gatluak" (a.k.a. HOTH, Gatluak Nyang), Mayendit County, Unity, South Sudan; DOB 1982; POB Dabluai Village, Mayendit County, Unity, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

"NYEMBO" (a.k.a. KIMENYI, Gilbert; a.k.a. KIMENYI, Nyembo; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "MANZI"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

"NZERI" (a.k.a. NTAWUNGUKA, Pacifique; a.k.a. NTAWUNGULA, Pacifique; a.k.a. "COLONEL OMEGA"), Peti, Walikale, Masisi Border, Congo, Democratic Republic of the; DOB 01 Jan 1964; alt. DOB 1964; POB Gaseke, Gisenyi Province, Rwanda; Colonel; Commander of FDLR 1st Division (individual) [DRCONGO].

"NZSLP" (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. ZAVOD 70 LETIYA POBEDY), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

"O.I.I.C." (a.k.a. OIL INDUSTRY INVESTMENT COMPANY), No. 83, Sepahbod Gharani Street, Tehran, Iran; Website http://www.oiic-ir.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

"OAO 224 LO" (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"), 10, Matrosskaya Tishina, B-14,

POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"OAO KZSK" (a.k.a. KAZAN SYNTHETIC RUBBER PLANT JSC; a.k.a. OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "JSC KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

"OAO MMZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

"OAO SKB PA" (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION; a.k.a. OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

"OAO UK EPK" (a.k.a. OAO UPRAVLYAUSHAYA KOMPANIYA EPK; a.k.a. OPEN JOINT STOCK COMPANY EBC MANAGEMENT COMPANY), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 2, Moscow 115088, Russia; ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Tax ID No. 7723557068 (Russia); Registration Number 1057749391028 (Russia) [RUSSIA-EO14024].

"OAO VNIIIR" (a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ПРОЕКТНО-КОНСТРУКТОРСКИЙ И ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ РЕЛЕСТРОЕНИЯ С ОПЫТНЫМ ПРОИЗВОДСТВОМ); a.k.a. "JSC VNIIR" (Cyrillic: "АО ВНИИР")), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2128001516 (Russia); Government Gazette Number 00216823 (Russia); Registration Number 1022101131580 (Russia) [RUSSIA-EO14024] (Linked To: ASSET ELECTRO LLC).

"OAO VNIIKP" (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII PROEKTNO KONSTRUKTORSKII I TEKHNOLOGICHESKII INSTITUT KABELNOI PROMYSHLENNOSTI), Sh. Entuziastov D. 5, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722002521 (Russia); Registration Number 1027700273985 (Russia) [RUSSIA-EO14024].

"OAO ZID" (a.k.a. OJSC PLANT IM VA DEGTYAREVA; a.k.a. OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZAVOD IM VA DEGTIAREVA), 4 Truda St., Kovrov 601900, Russia; Tax ID No. 3305004083 (Russia); Registration Number 1023301951397 (Russia) [RUSSIA-EO14024].

"OBAID, Maher" (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. OBEID, Maher Rebhi Namr; a.k.a. "OBEID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

"OBAIDAH" (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 09 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"OBEID, Maher" (a.k.a. OBAID, Maher Ribhi Nimr; a.k.a. OBAID, Maher; a.k.a. OBEID, Maher bin Rebhi; a.k.a. OBEID, Maher bin Rebhi bin Namr; a.k.a. OBEID, Maher Rebhi; a.k.a. "OBAID, Maher"), Beirut, Lebanon; Amman, Jordan; DOB 10 Mar 1958; POB Amman, Jordan; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

"O'BRIEN, Christopher" (a.k.a. KINAHAN, Christopher Vincent; a.k.a. "KINAHAN SENIOR, Christy"; a.k.a. "THE DAPPER DON"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizenship Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SMART BETTERIZ" (a.k.a. SMART BATTERIES), Proezd Zavoda Serp I Molot D. 3, Korp. 2, Et. 10, Kom. 1, Moscow 111250, Russia; Sh. Khoroshevskoe D. 32A, ET 4, POM.VIA, OF 415/2, Moscow 125284, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 7714450590 (Russia); Registration Number 1197746509234 (Russia) [RUSSIA-EO14024].

"OCK" (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"ODK-UMPO PAO" (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax

ID No. 0273008320 (Russia) [RUSSIA-EO14024].

"ODK-UMPO" (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO PAO"; a.k.a. "PJSC ODK-UMPO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

"Odnorukiy" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapowitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"OFFICE 91" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383

E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5be6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"Ogundipe" (a.k.a. KAYIRA, Muhammad Mzee; a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

"OIL ENERGY" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OIL ENERDZHI; a.k.a. OIL ENERDZHI LIMITED LIABILITY COMPANY; a.k.a. OIL ENERDZHI OOO), Ul. Butlerova D. 17, Blok A, Moscow 117342, Russia; d. 1 str. 8 kom. 40, 41, proezd 1-I Veshnyakovski Moscow, Moscow 109456, Russia; Organization Established Date 07 Oct 2010; Tax ID No. 7721704983 (Russia); Government Gazette Number 68836796 (Russia); Registration Number 1107746819366 (Russia) [RUSSIA-EO14024].

"OJSC IL" (a.k.a. JSC ILYUSHIN AVIATION COMPLEX; a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA), 45G Leningradsky Avenue, Moscow 125190, Russia; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

"OJSC JSCB RFA" (a.k.a. OPEN JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK 'RUSSIAN FINANCIAL ALLIANCE';

a.k.a. RFA BANK; a.k.a. RUSSIAN FINANCIAL ALLIANCE BANK; a.k.a. "AKB RFA, OAO"), per. Maly Karetny, d. 11-13, str. 1, Moscow 127051, Russia; SWIFT/BIC MNGRRUMM; Website www.rfabank.ru; all offices worldwide [SYRIA] (Linked To: KHURI, Mudalal; Linked To: ILYUMZHINOV, Kirsan Nikolayevich).

"OJSC MAZ" (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: AAT МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

"OJSC MWPT" (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ"); a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

"OJSC MZKT" (Cyrillic: "ОАО МЗКТ") (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC;

a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "VOLAT"), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

"OJSC NSC" (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

"OKB UZGA, OOO" (a.k.a. AKTSIONERNOE OBSHCHESTVO EIRBURG; a.k.a. AO EIRBURG; a.k.a. "JSC AIRBURG"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

"OKNHA, Chuei" (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. GOTOU, Chyuei; a.k.a. "AJA, Chuei" (Japanese: "アジャ忠畝"); a.k.a. "CHUEI" (Japanese: "忠畝")), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

"Omar the Chechen" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun

2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"OMAR" (a.k.a. JARRAYA, Khalil; a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

"OMAR, Abdi Mohamed" (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"OMARI" (a.k.a. OZIA MAZIO, Dieudonne); DOB 06 Jun 1949; POB Ariwara, DRC; citizen Congo, Democratic Republic of the (individual) [DRCONGO].

"OMAROW, Mohamed" (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"Omer the Chechen" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"OMZ AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO OMUTNINSKI METALLURGICHESKI ZAVOD; a.k.a. JOINT STOCK COMPANY OMUTNINSK METALLURGICAL PLANT), 2 Rus Kokovikhina, Omutninsk 612740, Russia; Organization Established Date 04 Sep 2002; Tax ID No. 4322000130 (Russia); Government Gazette Number 00186329 (Russia); Registration Number 1024300962971 (Russia) [RUSSIA-EO14024].

"One-P" (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"), Kafia Kingi; DOB 1985; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

"O'NINNO" (a.k.a. IOVINE, Antonio); DOB 20 Sep 1964; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"ONLY NEWS" (a.k.a. INFORMATSIYNE AGENSTVO ONLI N'YUZ TOV (Cyrillic: ІНФОРМАЦІЙНЕ АГЕНСТВО ОНЛІ Н'ЮЗ ТОВ)), Vul. Hotkevicha Gnata 12, Of. 177, Kiev, Dniprovskyi R-N 02094, Ukraine; Website onmedia.io; Identification Number 42283491 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

"OO OO KHINE" (a.k.a. KHINE, Oo Oo; a.k.a. "U OO OO KHINE"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; 15 Bongyi Street, Lanmadaw Township, Rangoon, Burma; Passport A056782 (Burma); National ID No. 009016 (Burma) (individual) [SDNTK].

"OOO A1" (a.k.a. LIMITED LIABILITY COMPANY A1; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1; a.k.a. "A1 OOO"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

"OOO ADM SISTEMY" (a.k.a. LIMITED LIABILITY COMPANY ADM SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДМ СИСТЕМЫ)), Uralskaya street, house 4, letter B, floor 5, room 29N, Saint Petersburg 199155, Russia; Tax ID No. 7804514697 (Russia); Registration Number 1137847334745 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

"OOO CFT" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SFT), d. 10 str. 1, ul. Kozhevnicheskaya, Moscow, Moscow 115114, Russia; Tax ID No. 7725842590 (Russia); Registration Number 5147746114786 (Russia) [RUSSIA-EO14024].

"OOO DGRK" (a.k.a. LIMITED LIABILITY COMPANY DALNEVOSTOCHNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНАЯ ГОРНО РУДНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 7, Ofis 12-6, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032208240 (Russia); Registration Number 1155032006810 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO FORUM" (a.k.a. LIMITED LIABILITY COMPANY FORUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРУМ)), 15 Olimpiyskaya Street, Suite 8, Novogorsk Micro District, Khimki, Moscow Oblast 141435, Russia; Organization Established Date 19 Jul 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703600646 (Russia); Registration Number 1067746829292 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

"OOO FTG" (a.k.a. FLYTECHGROUP LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FLAYTEKGRUPP), Mkr. Skhodnya, Tup. 1-I Oktyabrskii D. 1, Khimki 141420, Russia; Ul. Leningradskaya, D. 11, Pomeshch. 006, Khimki 141402, Russia; Tax ID No. 5047135637 (Russia); Registration Number 1125047015532 (Russia) [RUSSIA-EO14024].

"OOO GAS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAS), PR-KT Novocherkasskii D.37, Korp.1, Saint Petersburg 195112, Russia; Tax ID No. 7806049300 (Russia); Registration Number 1027804186673 (Russia) [RUSSIA-EO14024].

"OOO GP MFS" (a.k.a. LIMITED LIABILITY COMPANY GENERAL CONTRACTOR MFS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕНЕРАЛЬНЫЙ

ПОДРЯЧИК МФС)), 22a Ryabinovaya Street, Building 2, Moscow 121471, Russia; Tax ID No. 7704539433 (Russia); Registration Number 1047796934195 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PIK GENPODRYAD).

"OOO GREND SI" (Cyrillic: "ООО ГРЭНД СИ") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU GREND SI; a.k.a. "GRAND SEA LLC"), Ul. Portovskoe Shosse D.5, Makhachkala 367000, Russia; Organization Established Date 29 Oct 2014; Tax ID No. 0573004615 (Russia); Registration Number 1140573001117 (Russia) [RUSSIA-EO14024].

"OOO IST" (Cyrillic: "ООО ИСТ") (a.k.a. LIMITED LIABILITY COMPANY IRBIS SKY TECH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИРБИС СКАЙ ТЕХ)), 2 Shukinskaya St., Ground Floor, Rooms 32 & 33, Moscow 123182, Russia; Tax ID No. 7722754271 (Russia); Registration Number 1117746657280 (Russia) [RUSSIA-EO14024].

"OOO IUP 2" (a.k.a. LIMITED LIABILITY COMPANY YUP 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮП 2)), d. 10 str. 12 etazh 4 Sluzhebn. kom. 14, proezd 2-I Yuzhnoportovy, Moscow 115432, Russia; Tax ID No. 9723103371 (Russia); Registration Number 1207700303788 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

"OOO KSK" (a.k.a. KSK GROUP), Ul. Zemlyanoi Val D. 68/18, Str. 3, Moscow 109004, Russia; Tax ID No. 7725685410 (Russia); Registration Number 1107746010052 (Russia) [RUSSIA-EO14024].

"OOO LMZ" (a.k.a. LIPETSKII MEKHANICHESKII ZAVOD), ul. Krasnozavodskaya, d. 1, office 201, Lipetsk 398006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4824096058 (Russia); Registration Number 1184827011302 (Russia) [RUSSIA-EO14024].

"OOO MTU" (Cyrillic: "ООО МТУ") (a.k.a. LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE

USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ); a.k.a. "ITS LLC"), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

"OOO NPO IZHBS" (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

"OOO NSK" (a.k.a. LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНАЯ СУРЬМЯНАЯ КОМПАНИЯ)), str. 23 etazh 10/ pom. 17, ul. Posadskaya, Ekaterinburg 620102, Russia; Tax ID No. 6684002660 (Russia); Registration Number 1126684003104 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

"OOO OEK" (a.k.a. LIMITED LIABILITY COMPANY OZERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОЗЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Tax ID No. 5032216322 (Russia); Registration Number 1155032010110 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO PEK" (a.k.a. LIMITED LIABILITY COMPANY POLYARNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ)), Usovo Village, Building 100, Block B, Floor 2, Suite 5, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 5032216273 (Russia); Registration Number 1155032010100 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO PGK" (a.k.a. LIMITED LIABILITY COMPANY PUTORANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПУТОРАНСКАЯ ГОРНАЯ КОМПАНИЯ)), str. 100 blok B etazh 2, pom. 5, Odintsovo 143084, Russia; Tax ID No. 5032216227 (Russia); Registration Number 1155032010088 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO PGRK" (a.k.a. LIMITED LIABILITY COMPANY POLYARNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ГОРНО РУДНАЯ КОМПАНИЯ)), Usovo Village, Building 100, Block B, Floor 2, Suite 10, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 7707332797 (Russia); Registration Number 1157746092745 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO RADIO REKLAMA VOLOGDA" (a.k.a. LIMITED LIABILITY COMPANY RADIO REKLAMA VOLOGDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РРВ); a.k.a. LIMITED LIABILITY COMPANY RRV), 7 Lesnaya Street, Tverskoy Municipal District, Moscow, Russia; Tax ID No. 3525419372 (Russia); Registration Number 1183525002968 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2).

"OOO RPP" (Cyrillic: "ООО РПП") (a.k.a. RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП); a.k.a. "LLC RPP"; a.k.a. "RPP LLC"), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"OOO SBS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA; a.k.a. SYSTEMS OF BIOLOGICAL SYNTHESIS LLC; a.k.a. "SBS LLC"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva Ul, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

"OOO SEK" (a.k.a. LIMITED LIABILITY COMPANY SEVERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ), d. 4A etazh 1 pom. I, KOM. 4, OFIS 11-8, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032216379 (Russia); Registration Number 1155032010176 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO SPUTNIKS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SPUTNIKOVYE INNOVATSIONNYE KOSMICHESKIE SISTEMY; a.k.a. "SPUTNIX"), bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), d. 42, str. 1, pom. 3A0109 757, 1653, 1707, Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5003096726 (Russia); Registration Number 1115003008306 (Russia) [RUSSIA-EO14024].

"OOO SSK AS" (a.k.a. LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "LLC CCK EXPERT"), Shadrino village, Barnaul 656000, Russia; 28

Ulitsa Kulagina, Barnaul 656012, Russia; Tax ID No. 2224083790 (Russia); Registration Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

"OOO TD EPK" (a.k.a. LIMITED LIABILITY CORPORATION TRADING HOUSE EPK; a.k.a. TORGOVIY DOM EPK), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 4, Moscow 115088, Russia; Tax ID No. 7725136315 (Russia); Registration Number 1027700136859 (Russia) [RUSSIA-EO14024].

"OOO TGK" (a.k.a. LIMITED LIABILITY COMPANY TAYMYRSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЫРСКАЯ ГОРНАЯ КОМПАНИЯ)), d. 4A etazh 1 pom. I, Kom. 9, Ofis 13, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032216210 (Russia); Registration Number 1155032010077 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO TSKB" (a.k.a. CYBERSECURITY CENTER LLC), Generala Martynova St., 3, Room 1, Chelyabinsk 454076, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7448223757 (Russia); Registration Number 1207400010905 (Russia) [RUSSIA-EO14024].

"OOO TSOEP" (Cyrillic: "ООО ЦОЭП") (a.k.a. NETEX TRADE; a.k.a. NETEX24; a.k.a. OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU CENTR OBRABOTKI ELEKTRONNYKH PLATEZHEJ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEI; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU TSENTR OBRABOTKI ELEKTRONNYKH PLATEZHEY (Cyrillic: ООО ЦЕНТР ОБРАБОТКИ ЭЛЕКТРОННЫХ ПЛАТЕЖЕЙ); a.k.a. LIMITED LIABILITY COMPANY CENTER FOR PROCESSING ELECTRONIC PAYMENTS"; a.k.a. "NETEXCHANGE"), Ul. Vilisa Latsisa D. 41, KV. 103, Moscow 125480, Russia; Business Center Iskra-Park, 35, Leningradsky Prospect, Moscow, Russia; Website https://www.netex24.net; alt. Website

https://www.netex24.com; alt. Website https://www.netex.trade; alt. Website https://www.netexchange.ru; Organization Established Date 28 Feb 2014; Tax ID No. 7733872485 (Russia) [RUSSIA-EO14024].

"OOO TSS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TEKHNOLOGICHESKIE SISTEMY I SERVIS; a.k.a. TECHNOLOGICAL SYSTEMS AND SERVICE), 19 Smoliachkova Ul, Litera A, Office 611, Saint Petersburg 194044, Russia; 10 Avtomobilny Pr-d, Str. 8, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802876821 (Russia); Registration Number 1147847392791 (Russia) [RUSSIA-EO14024].

"OOO TSST" (a.k.a. A LEVEL AEROSYSTEMS CST LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦСТ); a.k.a. "LIMITED LIABILITY COMPANY CST"), 130 Vorovskogo St., Izhevsk 436063, Russia; 3/2 Perunovsky Lane, Floor 3, Room 21, Moscow 127055, Russia; D. 2 etazh 5 kom. 7, per. Institutski, Moscow 127030, Russia; Tax ID No. 1841015504 (Russia); Registration Number 1101841007938 (Russia) [RUSSIA-EO14024].

"OOO UK RVK" (Cyrillic: "ООО УК РВК") (a.k.a. LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Organization Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration

Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

"OOO VALMA" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VALMA), Ul. Dorozhnaya D. 39, Office 314, Naberezhnyye Chelny, Republic of Tatarstan 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 May 2021; Tax ID No. 1650402421 (Russia); Registration Number 1211600038396 (Russia) [RUSSIA-EO14024].

"OOO VMK VGTZ" (a.k.a. LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. VOLGOGRAD TRACTOR PLANT), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

"OOO VPK" (Cyrillic: "ООО ВПК") (a.k.a. LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ); a.k.a. VOENNO PROMYSHLENNAYA KOMPANIYA; a.k.a. "LLC MIC"), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

"OOO VSK" (a.k.a. VOSTOCHNAYA STEVEDORING COMPANY LLC (Cyrillic: ВОСТОЧНАЯ СТИВИДОРНАЯ КОМПАНИЯ ООО); a.k.a. "VSC"), 14a, ul. Vnutriportovaya. Vrangel-1, Nakhodka 692941, Russia; Tax ID No. 2508064833 (Russia); Registration Number 1042501609039 (Russia) [RUSSIA-EO14024].

"OOO WEB3 INTEGRATOR" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 INTEGRATOR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ИНТЕГРАТОР)), Nab. Bersenevskaya D. 6,, Str. 3, Pomeshch. I, Kom 9 Ach, Et 4, Moscow 119072, Russia; Organization Established Date 15 Jan 2019; Tax ID No. 7706464945 (Russia) [RUSSIA-EO14024].

"OOO YAGK" (a.k.a. LIMITED LIABILITY COMPANY YANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯНСКАЯ ГОРНАЯ КОМПАНИЯ)), Usovo Village, Building 100, Block B, Floor 1, Suite 6, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 7736244961 (Russia); Registration Number 1157746396191 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

"OOO ZPU" (a.k.a. ZAVOD PODSHIPNIKOVYKH UZLOV), ul. Priozernaya, d. 4, Chelyabinsk 454046, Russia; ul. Elkina 112, floor 2, office 218B, Chelyabinsk, Russia; Tax ID No. 7449117247 (Russia); Registration Number 1147449000643 (Russia) [RUSSIA-EO14024].

"ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"ORICO" (a.k.a. ORIENTAL IRON COMPANY SPRL), 18 Avenue de la paix, Ngaliema, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

"ORION" (a.k.a. GARCIA ARBOLEDA, Edward); DOB 04 Jun 1975; POB Urrao, Antioquia, Colombia; citizen Colombia; Cedula No. 98624193 (Colombia) (individual) [SDNTK] (Linked To: LA TIENDA DE MINGO; Linked To: INVERSIONES C.P.C.L. Y CIA. S. EN C.S.).

"OROFINO" (a.k.a. OROFINO NV), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Activities of holding companies; Target Type Public Company; Enterprise Number 0892529761 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

"ORSIS" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

"ORTEGA, Payo" (a.k.a. ORTEGA MURILLO, Rafael Antonio), KM 13 Carretera Masaya, Managua, Nicaragua; DOB 09 Dec 1968; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A00000204 (Nicaragua) issued 06 Aug 2012 expires 06 Aug 2022; National ID No. 0010912680053D (Nicaragua) (individual) [NICARAGUA].

"OSCAR" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL

PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "PAISA"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"OSIS" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"OSK AO" (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OCK"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"OSMAN, Abdullahi" (a.k.a. MOHAMED, Abdullahi Osman; a.k.a. "ADDE, Dhega"; a.k.a. "ISMAIL, Engineer"), Baraawe, Somalia; Jilib, Middle Juba Region, Somalia; DOB 1984; POB Mogadishu, Somalia; Gender Male (individual) [SDGT].

"OSMAN, Mohamed" (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Ali Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

"OSMICA" (a.k.a. MEHMEDAGIC, Osman), Mis Irbina No. 18, Sarajevo 71000, Bosnia and Herzegovina; DOB 01 Nov 1962; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male; National ID No. 0111962172659 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

"OTONIEL" (a.k.a. USUGA DAVID, Dairo Antonio), Colombia; DOB 15 Sep 1971; POB Necocli, Antioquia, Colombia; nationality Colombia; citizen Colombia; Gender Male; Cedula No. 71980054 (Colombia) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"OTTO" (a.k.a. FRENZEL, Conrado Adolfo), Buenos Aires, Argentina; DOB 07 Nov 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA435057 (Argentina); D.N.I. 20608046 (Argentina); C.U.I.T. 23206080469 (Argentina) (individual) [SDNTK] (Linked To: HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA; Linked To: B-WORK S.A.S.).

"OUIS" (a.k.a. OFFICER'S UNION FOR INTERNATIONAL SECURITY; a.k.a. SODRUZHESTVO OFITSEROV ZA MEZHDUNARODNUYU BEZOPASNOST), Ul. Cherkizovskaya B, D. 24A, Str. 1, Floor 8, Office #815, Moscow 107553, Russia; Organization Established Date 03 Feb 2021; Organization Type: Private security activities; alt. Organization Type: Real estate activities with own or leased property; Target Type Private Company; Tax ID No. 9718168599 (Russia); Registration Number 1217700038710 (Russia) [CAR] [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"OULD EL SAYEIGH" (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

"OUTLET_TLOOK" (a.k.a. TOTAL LOOK; f.k.a. "TOTAL_LOOKCLN"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"OZONE HOBBY" (a.k.a. OZONE AIRCRAFT AND DEFENSE INDUSTRY LLC; a.k.a. OZONE AVIATION AND DEFENSE INDUSTRY

INC.; a.k.a. OZONE HAVACILIK VE SAVUNMA SAN. TIC. AS; a.k.a. OZONE HAVACILIK VE SAVUNMA SANAYI TICARET ANONIM SIRKETI), Umurbey Mah. Sehitler Cad. No Key Plaza: 18/42, Izmir, Turkey; Inonu Mah 4137 sok. No 12/12, Menemen, Izmir, Turkey; Website www.ozonehobby.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Jul 2018; Tax ID No. 6500100199 (Turkey) [NPWMD] [IFSR] (Linked To: BUKEY, Murat).

"P.G.S.O.C." (a.k.a. NAFT SETAREH KHALIJ FARS (Arabic: شرکت سهامی فارس خلیج ستره نفت); a.k.a. PERSIAN GULF STAR OIL (Arabic: فارس خالیج ستاره نفت); a.k.a. PERSIAN GULF STAR OIL COMPANY (Arabic: نفت شرکت فارس خالیج ستاره); a.k.a. PERSIAN GULF STAR REFINERY), Davoodieh, Vaziripour Street, Kavoosi Street, Number 14, Grand Building, 1st Floor, Unit 3, Tehran 15469-14411, Iran; No. 30 Western Roodsar Alley, Hafez Street, Taleghani Avenue, Tehran, Iran; 13 km from Bandar Abbas to Bandar Khumir, Sardar Shahid Ghasem Soleimani Boulevard, Oil Field, Self-Sufficiency Boulevard, Persian Gulf Oil Star Company, Bandar Abbas 7931181183, Iran; Website https://www.pgsoc.ir; National ID No. 10103244425 (Iran); Identification Number 11010103244425 (Iran); Registration Number 287889 (Iran) [IRAN-EO13846].

"P.P.C." (a.k.a. ASALOUYEH PETROCHEMICAL COMPANY; a.k.a. PARS PETROCHEMICAL CO.; a.k.a. PARS PETROCHEMICAL COMPANY), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Bushehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Bushehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"PA SEVER" (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER; a.k.a. PROIZVODSTVENNOYE OBYEDINENIYE SEVER; a.k.a. "PO SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

"PAEZ Nachillo" (a.k.a. PAEZ SOTO, Ramon Ignacio; a.k.a. "EL MORENO"; a.k.a. "PAEZ, Nacho"); DOB 31 Jul 1973; POB Culiacan,

Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

"PAEZ, Nacho" (a.k.a. PAEZ SOTO, Ramon Ignacio; a.k.a. "EL MORENO"; a.k.a. "PAEZ Nachillo"); DOB 31 Jul 1973; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

"PAISA" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a. "BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "SUNCE, Antonio Rodriguez"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"PAK TAEK" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"Pak Zahra" (a.k.a. SUKIRNO, Bambang; a.k.a. "Abu Zahra"); DOB 05 Apr 1975; POB Indonesia; nationality Indonesia; Passport A2062513 (Indonesia) (individual) [SDGT].

"PALM SERVICE LTD" (a.k.a. PALM SERVICE LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"PALMEROS DEL BAJO AGUAN" (a.k.a. PALBASA; a.k.a. PALMA DEL BAJO AGUAN, S.A.; a.k.a. PALMAS DEL BAJO AGUAN), Tocoa, Colon, Honduras; El Centro Principal, 1 Ave 2 Cll, No. 13, Tocoa, Colon, Honduras; Chacalpa, Bajo Aguan, Colon, Honduras; RTN 05019007109210 (Honduras) [SDNTK].

"Pan" (a.k.a. MEDINA GONZALEZ, Oscar Noe; a.k.a. "El Panu"; a.k.a. "Panu"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PANCHITO" (a.k.a. FLORES ORTIZ, Francisco Abraham), Mexico; DOB 13 Aug 1977; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOOF770813HSLLRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PANCHO" (a.k.a. MORALES CIFUENTES, Juan Jose), Colonia 3 de mayo, Tecun Uman, San Marcos, Guatemala; DOB 09 Apr 1990; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1238436 (Guatemala); NIT # 59536969 (Guatemala); C.U.I. 2755498951217 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"PANDAS FRIOS" (a.k.a. TRANSPORTES REFRIGERADOS PANDAS TRUCKING, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Culiacan, Sinaloa, Mexico; Organization Established Date 02 Mar 2012; Folio Mercantil No. 81513 (Mexico) [ILLICIT-DRUGS-EO14059].

"PANHAMMEDI" (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

"Panu (a.k.a. MEDINA GONZALEZ, Oscar Noe; a.k.a. "El Panu"; a.k.a. "Pan"), Mexico; DOB 11 May 1983; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. MEGO830511HSLDNS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PAO HUA CHIANG" (a.k.a. PAO, Hua Chiang; a.k.a. "TA KAT"), Panghsang, Shan, Burma (individual) [SDNTK].

"PAO TMK" (Cyrillic: "ПАО ТМК") (a.k.a. PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA; a.k.a. "PJSC TMK"), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [RUSSIA-EO14024].

"PAO YU HSIANG" (a.k.a. PAO, Yu Hsiang; a.k.a. "TA PANG"), Kwe Ma, Burma; DOB 19 Sep 1940 (individual) [SDNTK].

"PAO YU LIANG" (a.k.a. PAO, Yu Liang; a.k.a. "TA KYET"), Mong Mao, Shan, Burma (individual) [SDNTK].

"PAO YU YI" (a.k.a. PAO, Yu Yi; a.k.a. "TA RANG"), Panghsang, Shan, Burma (individual) [SDNTK].

"Pap" (a.k.a. NGOMA, Willy; a.k.a. "RUTIKANGA, Ngarurira Ingoma"), Bunagana, North Kivu,

Congo, Democratic Republic of the; DOB 1974; POB Kinigi, Rwanda; nationality Rwanda; alt. nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

"PAPI CRIS" (a.k.a. VALDEZ GARCIA, Bernardo Antonio), Dominican Republic; DOB 31 Jan 1975; POB San Cristobal, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1856559-7 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION; Linked To: SOLUGA SOLUCIONES GASTRONOMICAS SRL).

"PAPO" (a.k.a. ANTUNEZ MUSSO, Washington), Colombia; DOB 20 Aug 1987; POB Salto, Uruguay; citizen Colombia; Gender Male; Cedula No. 1015413405 (Colombia); Passport AU199512 (Colombia) (individual) [SDNTK].

"PARS BANA SADR" (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PBS CONSTRUCTION CO"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

"PARTISANS OF GOD" (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"PARTISANS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS

OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"PASCO" (a.k.a. PASARGAD STEEL COMPLEX; a.k.a. PASARGAD STEEL ZOB INDUSTRIAL COMPLEX; a.k.a. ZOBE AHAN PASARGAD INDUSTRY COMPLEX COMPANY), No. 3, Nasim Alley, Movahed Danesh St., Aghdasieh, Tehran, Iran; West Atefi Street 33, Africa Avenue, Tehran, Iran; Website www.pascosteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218641 (Iran) [IRAN-EO13871].

"PAT" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 15 Jul 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PATE MURO" (a.k.a. PATINO RESTREPO, Carlos Arturo; a.k.a. "PATEMURO"), c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Calle 20 No. 6-30, Ofc. 1304, Pereira, Risaralda, Colombia; Carrera 8-21, Viterbo, Caldas, Colombia; DOB 27 Apr 1964; POB La Virginia, Risaralda, Colombia; nationality Colombia; citizen Colombia; Cedula No. 9991679 (Colombia); Passport 9991679 (Colombia); alt. Passport AF186124 (Colombia); alt. Passport AC455469 (Colombia); alt. Passport PO69381 (Colombia) (individual) [SDNT].

"PA'TEK" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"PATEMURO" (a.k.a. PATINO RESTREPO, Carlos Arturo; a.k.a. "PATE MURO"), c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Calle 20 No. 6-30, Ofc. 1304, Pereira, Risaralda, Colombia; Carrera 8-21, Viterbo, Caldas, Colombia; DOB 27 Apr

1964; POB La Virginia, Risaralda, Colombia; nationality Colombia; citizen Colombia; Cedula No. 9991679 (Colombia); Passport 9991679 (Colombia); alt. Passport AF186124 (Colombia); alt. Passport AC455469 (Colombia); alt. Passport PO69381 (Colombia) (individual) [SDNT].

"PATRICIA" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIO"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PATRICIO" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATTY"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PATRICK, Damion" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "RYAN, Damien"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"PATRIOT PMC" (Cyrillic: "ЧВК ПАТРИОТ") (a.k.a. PATRIOT PRIVATE MILITARY COMPANY), Russia; Organization Established Date 2018; Organization Type: Defense activities; Target Type Private Company [RUSSIA-EO14024].

"PATTY" (a.k.a. RODRIGUEZ OREJUELA, Miguel Angel; a.k.a. "DOCTOR M.R.O."; a.k.a. "EL SENOR"; a.k.a. "MANOLO"; a.k.a. "MANUEL"; a.k.a. "MAURO"; a.k.a. "MIKE"; a.k.a. "PAT"; a.k.a. "PATRICIA"; a.k.a. "PATRICIO"), Casa No. 19, Avenida Lago, Ciudad Jardin, Cali, Colombia; DOB 23 Nov 1943; alt. DOB 15 Jul 1943; Cedula No. 6095803 (Colombia) (individual) [SDNT].

"PAYO" (a.k.a. BASTIDAS ERENAS, Juan Pablo), Mexico; DOB 11 Mar 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BAEJ800311HSLSRN16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PBS CONSTRUCTION CO" (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION COMPANY"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

"PBS CONSTRUCTION COMPANY" (a.k.a. P.B. SADR CO.; a.k.a. PARS BANAYE SADR CONSTRUCTION COMPANY; a.k.a. PARS BANAYE SADR INDUSTRIAL CONSTRUCTION COMPANY PJS; a.k.a. PARS BANAYE SADR INDUSTRIES COMPANY; a.k.a. PB SADR CONSTRUCTION COMPANY; a.k.a. SHERKATE SANATI OMRANI PARS BANAYE SADR; a.k.a. "PARS BANA SADR"; a.k.a. "PBS CONSTRUCTION CO"), No. 13, 1st Koohestan Ave., Pasdaran Street, Tehran, Iran; No. 17 Koohestan 1, Pasdaran Street, Tehran 1958833951, Iran; Website www.pars-bana.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2003 [NPWMD] [IFSR] (Linked To: PARCHIN CHEMICAL INDUSTRIES).

"PCB" (a.k.a. POPULAR CREDIT BANK), Dar El-Mohandeseen- Mysaloun St., P.O. Box: 2841, Damascus, Syria; P.O. Box 2841, Maysaloun Street, Damascus, Syria; Dar Al Mouhandseen Building, 6th Floor, Maysaloun Street, Dar Al Mohandessin Area, Damascus 2841, Syria [SYRIA].

"PCC" (a.k.a. IRAN PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a.

SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"PCC" (a.k.a. PRIMEIRO COMANDO DA CAPITAL; a.k.a. "FIRST CAPITAL COMMAND"), Brazil [ILLICIT-DRUGS-EO14059].

"PCCI" (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LIMITED; a.k.a. PETROCHEMICAL COMMERCIAL COMPANY INTERNATIONAL LTD; a.k.a. PETROCHEMICAL TRADING COMPANY LIMITED), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; Ave. 54, Yimpash Business Center, No. 506, 507, Ashkhabad 744036, Turkmenistan; P.O. Box 261539, Jebel Ali, Dubai, United Arab Emirates; No. 21 End of 9th St, Gandi Ave, Tehran, Iran; 21, Africa Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 77283 (Jersey); all offices worldwide [IRAN].

"PCI" (a.k.a. PARA CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL FACTORIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES; a.k.a. PARCHIN CHEMICAL INDUSTRIES GROUP; a.k.a. PCF), Khavaran Road Km 35, Tehran, Iran; 2nd Floor, Sanam Bldg., 3rd Floor, Sanam Bldg., P.O. Box 16765-358, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"PCI" (a.k.a. PENTANE CHEMISTRY; a.k.a. PENTANE CHEMISTRY INDUSTRIES; a.k.a. PENTANE CHEMISTRY INDUSTRIES COMPANY; a.k.a. PENTANE CHEMISTRY INDUSTRY COMPANY), 5th Floor, No. 192, Darya and Paknejad Blv. Cross Section, Shahrak Gharb, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"PCP" (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

"PECADO PEZ" (a.k.a. HURTADO OLASCOAGA, Johnny; a.k.a. "EL FISH"; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PEDCO" (a.k.a. PETRO IRAN DEVELOPMENT COMPANY; a.k.a. PETROIRAN DEVELOPMENT COMPANY (PEDCO) LIMITED), 41, 1st Floor, International House, The Parade, St. Helier JE2 3QQ, Jersey; National Iranian Oil Company - PEDCO, P.O. Box 2965, Al Bathaa Tower, 9th Floor, Apt. 905, Al Buhaira Corniche, Sharjah, United Arab Emirates; P.O. Box 15875-6731, Tehran, Iran; No. 22, 7th Lane, Khalid Eslamboli Street, Shahid Beheshti Avenue, Tehran, Iran; No. 102, Next to Shahid Amir Soheil Tabrizian Alley, Shahid Dastgerdi (Ex Zafar) Street, Shariati Street, Tehran 19199/45111, Iran; Kish Harbour, Bazargan Ferdos Warehouses, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 67493 (Jersey); all offices worldwide [IRAN].

"PEDEX" (a.k.a. PARS ENERGY DEVELOPMENT; a.k.a. PARS ENERGY GOSTAR CO.; a.k.a. PARS ENERGY GOSTAR DRILLING AND EXPLORATION (Arabic: شرکت حفاری و اکتشاف انرژی گستر پارس); a.k.a. PARS ENERGY-GOSTAR DRILLING AND EXPLORATION), Karim Khan Zand St. - Shahid Hosseini St. - Corner of West 4th - No. 34, Tehran, Iran; Pars Gostar Energy Exploration and Drilling Company Support Site, Side of the

Judiciary, Entrance to Hamidiya City, Hamidiya District, Khuzestan 6344153669, Iran; Website http://pedex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100862988 (Iran); Registration Number 40918 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION].

"Pedro Orejas" (a.k.a. RINCON CASTILLO, Pedro Nel), Ibague, Colombia; DOB 12 Feb 1967; POB Maripi, Boyaca, Colombia; citizen Colombia; Gender Male; Cedula No. 79416383 (Colombia); Passport 79416383 (Colombia) (individual) [SDNTK] (Linked To: ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I.).

"Peer Sahib" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

"PEIJNENBURG, Aam" (a.k.a. PEIJNENBURG, Alex Adrianus Martin; a.k.a. PEIJNENBURG, Alex Adrianus Martinus), Boxtel, Netherlands; DOB 06 Jan 1987; POB Boxtel, Netherlands; citizen Netherlands; Website therealrc.com; Gender Male; Digital Currency Address - XBT 1DbvK8P6imBuLcwh2Vruis4xsUb8YAwJQF; alt. Digital Currency Address - XBT 1G6DuwDKNHiUWqks2Lgu44cesu7ffFbLK7; alt. Digital Currency Address - XBT 3AQSmMk5n3c6TKEg9B2WyzYAPm33gJJAA4; alt. Digital Currency Address - XBT 129zKFLoVad9JtxSmDKeJoLCsjhGR7b3vr; alt. Digital Currency Address - XBT 12YyR9EpvHxBjjKjTWqfKqeyoWnvcraxpW; alt. Digital Currency Address - XBT 1KctQENEX5QkQMpnMC3Zh9yRAzkMBLpPcr; alt. Digital Currency Address - XBT 3HqA7i3ttECLvgqvq69HNxxUP5BL7Z5YgA; alt. Digital Currency Address - XBT 1G9A8WRjGXdnYY4TNEVRrcaHsMtana4ncF; alt. Digital Currency Address - XBT 1Js6goCey2NaqPQptiLANLQGuk4d6mowjP; alt. Digital Currency Address - XBT 13RH4JaFhaCxDGPyYE9emjp2aDxdX18uBA;

alt. Digital Currency Address - XBT 1FE2cuvkq8n5VGwj5hi8YYQxskwJpovPyV; alt. Digital Currency Address - XBT 1DJoEMvp95yJYWyxAZy8DDBzuvjnrTVrsN; alt. Digital Currency Address - XBT 1N6XqSf3ULpNjko9LrJmHudRoLitjwkETN; alt. Digital Currency Address - XBT bc1qwa6zu6qhl6wqnlxp642vcf89nptsassle25ulf; alt. Digital Currency Address - XBT 386wa1UM6nA798AWNh64jdrejZyedeXgUN; alt. Digital Currency Address - XBT 15UdZbmGPa2LatD3abtGpphgkHLFWftV4R; alt. Digital Currency Address - XBT 16tByCYzxuWiN8kF9FrK9jJy6eQYLVkQ1i; alt. Digital Currency Address - XBT 1NpHuti9NSM9fVTXLkvSDU4AnhqGQ5N53d; Digital Currency Address - ETH 0x83E5bC4Ffa856BB84Bb88581f5Dd62A433A25e0D; alt. Digital Currency Address - ETH 0x08b2eFdcdB8822EfE5ad0Eae55517cf5DC544251; alt. Digital Currency Address - ETH 0x04DBA1194ee10112fE6C3207C0687DEf0e78baCf; alt. Digital Currency Address - ETH 0x0Ee5067b06776A89CcC7dC8Ee369984AD7Db5e06; alt. Digital Currency Address - ETH 0x50237169949d7d08D5339c870851898D6D72521Dd; alt. Digital Currency Address - ETH 0x5A14E72060c11313E38738009254a90968F58f51; alt. Digital Currency Address - ETH 0xEFE301d259F525cA1ba74A7977b80D5b060B3ccA; Digital Currency Address - BCH qpusmp64rajses77x95g9ah825mtyyv74smwwkxhx3; Passport NK6788642 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

"Pejvak" (a.k.a. SHOKOHI, Amin); DOB 11 Jul 1990; alt. DOB 11 Jul 1989; alt. DOB 05 Aug 1981; POB Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

"PELO DE COBRE" (a.k.a. SATIZABAL RENGIFO, Mario German); DOB 04 Mar 1970; POB Buga, Valle, Colombia; Cedula No. 14892890 (Colombia) (individual) [SDNT].

"PELON" (a.k.a. FLORES APODACA, Salome; a.k.a. "FINO"); DOB 23 Oct 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 07040059504 (Mexico); R.F.C. FOAS621023Q97 (Mexico); C.U.R.P. FOAS621023HSLLPL04 (Mexico) (individual) [SDNTK].

"PENG, Kevin" (a.k.a. PENG, Bo); DOB 06 Dec 1983; POB Jiangsu, China; citizen China; Email Address kevinpengtech@gmail.com; alt. Email Address kevin.pengchem@gmail.com; alt.

Email Address kevin.polymer@gmail.com; alt. Email Address pengbochem@hotmail.com; Gender Male; Passport G34331983 (China) issued 13 Mar 2009 expires 12 Mar 2019; National ID No. 320106198312060411 (China); alt. National ID No. 32010619312060000 (China) (individual) [SDNTK] (Linked To: KAIKAI TECHNOLOGY CO., LTD.).

"PEOPLE'S ARMY" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

"PEPPE 'O CIUCCIO" (a.k.a. DELL'AQUILA, Giuseppe); DOB 20 Mar 1962; POB Giugliano, Campania, Italy (individual) [TCO].

"PERALTA DTO" (a.k.a. CESAR PERALTA DRUG TRAFFICKING ORGANIZATION), Dominican Republic [SDNTK].

"PERFECT SILHOUETTE" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"PERICA" (a.k.a. OCHOA VILLAGRAN, Erick Manuel), Guatemala; DOB 01 Jun 1985; POB San Marcos, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1247674 (Guatemala); C.U.I. 1680324221213 (Guatemala) (individual) [ILLICIT-DRUGS-EO14024].

"PERKO_JULLEUCHTER" (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Organization Type: Manufacture of other

porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

"PERKOWORKSHOP" (a.k.a. JULLEUCHTER BY PERKO; a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"), Kaluga, Russia; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

"PERM GUNPOWDER MILL" (a.k.a. FEDERAL STATE ENTERPRISE PERM POWDER PLANT (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЁННОЕ ПРЕДПРИЯТИЕ ПЕРМСКИЙ ПОРОХОВОЙ ЗАВОД)), Ul. Galperina 11, Perm 614101, Russia; Tax ID No. 5908006119 (Russia); Registration Number 1025901604156 (Russia) [RUSSIA-EO14024].

"PERSPECTIVE INVESTMENTS LIMITED LIABILITY COMPANY" (a.k.a. LIMITED LIABILITY COMPANY PROMISING INVESTMENTS; a.k.a. "PROMISING INVESTMENTS LLC"), 46 Molodezhnaya St., Office 335, Odintsovo, Moscow Region 143007, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5032218680 (Russia); Registration Number 1105032001458 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"PETROV, Arthur" (a.k.a. PETROV, Artur Aleksandrovich), 36 Leoforos Aigyptou, Larnaca, Cyprus; Umm Haram 66 Flat 1, Larnaca, Cyprus; DOB 04 Sep 1989; POB Tselinograd, Kazakhstan; nationality Russia; Gender Male; Passport 757582978 (Russia) expires 19 Apr 2028; National ID No. 2209415706 (Russia) (individual) [RUSSIA-EO14024].

"PGSL" (a.k.a. KHALIJ-E FARS (PERSIAN GULF) SHIPPING LINES; a.k.a. PERSIAN GULF SHIPPING LINES LTD), Strovolos Center, Flat No. 204, Floor No. 2, Strovolou 77, Nicosia 2018, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C334268 (Cyprus) [IRAN].

"PHAUF" (a.k.a. LLC SPC MICROSYSTEMS; a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA; a.k.a. NPP MIKROSISTEMA), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

"PHILAX COMMUNICATIONS" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FILAKSKOM; a.k.a. "PHILAXCOM"), Ul. Okskaya D. 8, K. 2, Et/P/K/Of 1/III/1/28, Moscow 109117, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724786430 (Russia); Registration Number 1117746288384 (Russia) [RUSSIA-EO14024].

"PHILAXCOM" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FILAKSKOM; a.k.a. "PHILAX COMMUNICATIONS"), Ul. Okskaya D. 8, K. 2, Et/P/K/Of 1/III/1/28, Moscow 109117, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724786430 (Russia); Registration Number 1117746288384 (Russia) [RUSSIA-EO14024].

"PHOENIX" (a.k.a. FENIKS, a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FENIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕНИКС)), Ter. Oez Ppt Lipetsk Str. 4A, Office 201/25, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type:

Manufacture of articles of concrete, cement and plaster; Tax ID No. 4802013587 (Russia); Registration Number 1194827003128 (Russia) [RUSSIA-EO14024].

"PICHI" (a.k.a. ROJAS, Edinson Rodolfo); DOB 26 Sep 1973; POB Medellin, Colombia; citizen Colombia; Cedula No. 98593559 (Colombia) (individual) [SDNTK].

"PICHUGA" (Cyrillic: "ПИЧУГА") (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "VLADIMIR BILIY"; a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"PICREADI" (a.k.a. CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ); a.k.a. "CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ"); a.k.a. "PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ")), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

"Pilo" (a.k.a. CAMACHO PORCHAS, Jesus Francisco), Hermosillo, Sonora, Mexico; DOB 11 May 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAPJ800511HSRMRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PISHGAMAN COMPANY" (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS

TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان)), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Pitbull" (a.k.a. TURKANOV, Mikhail Viktorovich), Russia; DOB 26 Dec 1987; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

"PJSC ASZ" (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"PJSC KMZ" (a.k.a. KOVROV MECHANICAL PLANT; a.k.a. KOVROV MECHANICAL PLANT PJSC (Cyrillic: ПАО КОВРОВСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД)), 26, Sotsialisticheskaya Street, Kovrov, Vladimirskaya oblast 601909, Russia; Tax ID No. 3305004397 (Russia) [RUSSIA-EO14024].

"PJSC MMK" (Cyrillic: "ПАО ММК") (a.k.a. MAGNITOGORSK IRON & STEEL WORKS; a.k.a. MAGNITOGORSK IRON AND STEEL WORKS PJSC; a.k.a. MMK PAO; f.k.a. OPEN JOINT STOCK COMPANY MAGNITOGORSK IRON & STEEL WORKS; a.k.a. PUBLIC JOINT STOCK COMPANY MAGNITOGORSK METALLURGICAL COMBINE; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МАГНИТОГОРСКИЙ МЕТАЛЛУРГИЧЕСКИЙ КОМБИНАТ)), 93 Kirov Street, Magnitogorsk

455000, Russia; Organization Established Date 1932; Tax ID No. 7414003633 (Russia); Government Gazette Number 00186424 (Russia); Legal Entity Number 253400XSJ4C01YMCXG44 (Russia); Registration Number 1027402166835 (Russia) [RUSSIA-EO14024].

"PJSC ODK-UMPO" (a.k.a. ODK-UMPO ENGINE BUILDING ASSOCIATION; a.k.a. ODK-UMPO ENGINE BUILDING ENTERPRISE; a.k.a. PAO ODK-UFIMSKOE MOTOROSTROITELNOE PROIZVODSTVENNOE OBEDINENIE (Cyrillic: ПАО ОДК-УФИМСКОЕ МОТОРОСТРОИТЕЛЬНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ); a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-UFIMSKOYE MOTOROSTROITELNOYE PRODUCTION ASSOCIATION; a.k.a. UFA ENGINE BUILDING MANUFACTURING COMPANY; a.k.a. UFA ENGINE-MANUFACTURING COMPANY; a.k.a. UFIMSKOYE MOTOROSTROITELNOYE PROIZVODSTVENNOYE OBYEDINENIYE; a.k.a. UNITED ENGINE MANUFACTURING CORPORATION-UFA ENGINE BUILDING PRODUCTION ASSOCIATION PUBLIC JOINT STOCK CORPORATION; a.k.a. "ODK-UMPO"; a.k.a. "ODK-UMPO PAO"), 2 Ferina St., UFA, Republic of Bashkortostan 450039, Russia; Tax ID No. 0273008320 (Russia) [RUSSIA-EO14024].

"PJSC PIK SHB" (a.k.a. PUBLIC JOINT STOCK COMPANY PIK SPECIALIZED HOMEBUILDER (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ПИК СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК), 19 Barrikadnaya Street, Building 1, Moscow 123242, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713011336 (Russia); Registration Number 1027739137084 (Russia) [RUSSIA-EO14024].

"PJSC SPB EXCHANGE" (a.k.a. PUBLIC JOINT STOCK COMPANY SAINT PETERSBURG EXCHANGE; a.k.a. PUBLIC JOINT STOCK COMPANY SPB EXCHANGE), Ul. Dolgorukovskaya D. 38, Korp. 1, Moscow 127006, Russia; SWIFT/BIC XPETRU21; Website spbexchange.ru; Organization Established Date 21 Jan 2009; Target Type Financial Institution; Tax ID No. 7801268965 (Russia); Government Gazette Number 45573578 (Russia); Legal Entity Number 253400T8G8SXRUHTL526; Registration Number 1097800000440 (Russia) [RUSSIA-EO14024].

"PJSC TMK" (a.k.a. PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРУБНАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ; a.k.a. PUBLIC JOINT STOCK COMPANY TRUBNAYA METALLURGICHESKAYA KOMPANIYA; a.k.a. "PAO TMK" (Cyrillic: "ПАО ТМК")), 40 Pokrovka Street, Building 2A, Moscow 101000, Russia; Tax ID No. 7710373095 (Russia); Registration Number 1027739217758 (Russia) [RUSSIA-EO14024].

"PJSC UGC" (Cyrillic: "ПАО ЮГК") (a.k.a. PUBLIC JOINT STOCK COMPANY UZHURALZOLOTO GROUP OF COMPANIES (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖУРАЛЗОЛОТО ГРУППА КОМПАНИЙ)), ter. Shakhta Tsentralnaya, Plast 457020, Russia; Tax ID No. 7424024375 (Russia); Registration Number 1077424000686 (Russia) [RUSSIA-EO14024].

"PKGB" (a.k.a. KAVOSH GOSTAR BOSHRA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC (Arabic: پیشتازان کاوش رگستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY, LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC), One Khanjari Alley, Second Floor, Unit 4, postal code 1685914195, Iran; Room 04, F2, No. 1 (Bank Shahr Building), Khanjari alley, Farjam Street, Tehran, Iran; Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran, Iran; Number 1, Unit 4, Farjam Street, between Saraj Intersection and Shaheed Bahjeri Highway and Khanjari Alley, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 428840 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

"PLAZ, OOO" (Cyrillic: "ООО ПЛАЗ") (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PLAZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЛАЗ)), ul. Politekhnicheskaya, D. 22, Lit. V, Pomeshch. 1-N, Saint Petersburg, Northwest Federal Region 194021, Russia (Cyrillic: УЛ.

ПОЛИТЕХНИЧЕСКАЯ, Д. 22, ЛИТЕР В, ПОМЕЩ. 1-Н, Санкт-петербург, Санкт-петербург 194021, Russia); Organization Established Date 06 May 2006; Tax ID No. 7816388172 (Russia); Government Gazette Number 94599428 (Russia); Business Registration Number 5067847004341 (Russia) [RUSSIA-EO14024].

"PMC VEGA" (a.k.a. LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕГА СТРАТЕДЖИК СЕРВИСЕС); a.k.a. VEGACY), 51 Marshala Tukhachevskovo St., Apt. 229, Moscow 123103, Russia; Tax ID No. 7734727145 (Russia); Registration Number 1147746737423 (Russia) [RUSSIA-EO14024].

"PMGE AO" (a.k.a. AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA; a.k.a. JSC POLAR MARINE GEOSURVEY EXPEDITION; a.k.a. "PMGRE AO" (Cyrillic: "ПМГРЭ АО")), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

"PMGRE AO" (Cyrillic: "ПМГРЭ АО") (a.k.a. AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA; a.k.a. JSC POLAR MARINE GEOSURVEY EXPEDITION; a.k.a. "PMGE AO"), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

"PML CO LTD" (a.k.a. PRIMORYE MARITIME LOGISTICS CO LTD), 01 ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5993381 [DPRK4].

"PNIEI JSC" (a.k.a. JOINT STOCK COMPANY PENZENSKY NAUCHNO ISSLEDOVATELSKY ELEKTROTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. JSC PENZA ELECTROTECHNICAL RESEARCH INSTITUTE), 9 Sovetskaya Str., Penza, Penza Region 440026, Russia; Organization Established Date 30 Dec 2011; Tax ID No.

5836649358 (Russia); Registration Number 1115836009255 (Russia) [RUSSIA-EO14024].

"PO KONG" (a.k.a. PO, Kong; a.k.a. PU, Chiang; a.k.a. "P'U LI"), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Mandalay, Yunnan, Hong Kong; c/o TING SHING TAI JEWELLERY (HK) CO. LIMITED, Hong Kong, Hong Kong; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, Hong Kong; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID No. K357514(4) (Hong Kong) (individual) [SDNTK].

"PO SEVER" (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER; a.k.a. PROIZVODSTVENNOYE OBYEDINENIYE SEVER; a.k.a. "PA SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

"PODTRADE" (a.k.a. OOO TD PODSHIPNIK TRADE), ul. Marshala Rybalko, d. 2, bldg. 6, floor 3, pom. 1, kom. 20, office 19, Moscow 123060, Russia; Ostapovsky proezd, d. 3, bldg. 6/7, office 211, Moscow 109316, Russia; Tax ID No. 7724850252 (Russia); Registration Number 1127747042830 (Russia) [RUSSIA-EO14024].

"POETE" (a.k.a. HAKIZIMANA, Apollinaire; a.k.a. LEPIC, Amikwe), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1964; POB Rugogwe Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Rubavu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

"POLICE COOPERATIVE FOUNDATION" (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW

ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"Pollingsoon" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"POLYMEDICS COMPANY" (a.k.a. POLYMEDICS LLC (Arabic: شركة الطبيات المتعددة)), Damascus, Syria; Organization Established Date 19 Oct 2011; Organization Type: Wholesale of other machinery and equipment [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

"POMA" (a.k.a. SEMENOV, Roman; a.k.a. "ROMA"), Dubai, United Arab Emirates; DOB 08 Nov 1987; nationality Russia; Email Address semenov.roma@gmail.com; alt. Email Address semenovroma@gmail.com; alt. Email Address semenov.roman@gmail.ru; alt. Email Address poma@tornado.cash; Gender Male; Digital Currency Address - ETH 0xdcbEfFBECcE100cCE9E4b153C4e15cB8856 43193; alt. Digital Currency Address - ETH 0x5f48c2a71b2cc96e3f0ccae4e39318ff0dc375b 2; alt. Digital Currency Address - ETH 0x5a7a51bfb49f190e5a6060a5bc6052ac14a3b 59f; alt. Digital Currency Address - ETH 0xed6e0a7e4ac94d976eebfb82ccf777a3c6bad 921; alt. Digital Currency Address - ETH 0x797d7ae72ebddcdea2a346c1834e04d1f8df1 02b; alt. Digital Currency Address - ETH 0x931546D9e66836AbF687d2bc64B30407bAc 8C568; alt. Digital Currency Address - ETH 0x43fa21d92141BA9db43052492E0DeEE5aa5f 0A93; alt. Digital Currency Address - ETH 0x6be0ae71e6c41f2f9d0d1a3b8d0f75e6f6a0b4 6e; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 731969851 (Russia) (individual) [DPRK3] [CYBER2].

"Ponchito Corona" (a.k.a. CORONA ROBLES, Edgar Alfonso), C. Rejoneador 6811, Col. Hacienda del Tepeyac, Zapopan, Jalisco 45050, Mexico; Ottawa Num. Ext. 1568 Int. 4 y 5, Providencia, Seccion 1A, 2A y 3A, Guadalajara, Jalisco 44630, Mexico; DOB 25 May 1987; POB Magdalena, Jalisco, Mexico;

Gender Male; R.F.C. CORE-870525-AHA (Mexico); C.U.R.P. CORE870525HJCRBD04 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked to: LOS CUINIS).

"POOYA DIGITAL SECURITY GROUP" (a.k.a. AMN PARDAZESH KHARAZMI; a.k.a. ITSEC TEAM; a.k.a. "IT SECURITY & PENETRATION TESTING TEAM"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

"POPULAR COMMITTEES" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

"POPULAR FORCES" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

"PORKY" (a.k.a. ARCHAGA CARIAS, Yulan Adonay; a.k.a. "MENDOZA, Alexander"), Honduras; DOB 13 Feb 1982; alt. DOB 21 Jan 1982; POB San Pedro Sula, Cortes, Honduras; nationality Honduras; Gender Male (individual) [TCO] (Linked To: MS-13).

"POSIS" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"POSPELOV, Vladimir Y" (a.k.a. POSPELOV, Vladimir Yakovlevich (Cyrillic: ПОСПЕЛОВ, Владимир Яковлевич)), Russia; DOB 21 Jul 1954; POB Sverdovinsk, Arkhangelsk Region, Russia; nationality Russia; Gender Male

(individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"POWERPLANT EQUIPMENT MANUFACTURING COMPANY" (a.k.a. POWER PLANT EQUIPMENT MANUFACTURING COMPANY; a.k.a. SATNA COMPANY; a.k.a. "SATNA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"PPL" (a.k.a. PETROPARS LIMITED; a.k.a. PETROPARS LTD.), No. 35, Farhang Blvd., Saadat Abad, Tehran, Iran; Calle La Guairita, Centro Profesional Eurobuilding, Piso 8, Oficina 8E, Chuao, Caracas 1060, Venezuela; P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

"PREDO" (a.k.a. KUJUNDZIC, Predrag); DOB 30 Jan 1961; POB Suho Polje, Doboj, Bosnia-Herzegovina (individual) [BALKANS].

"PRESIDENTIAL SPORTS CLUB" (a.k.a. PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. PREZIDENTSKI SPORTIVNIY KLUB (Cyrillic: ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ); a.k.a. REPUBLICAN STATE PUBLIC ASSOCIATION PRESIDENTIAL SPORTS CLUB; a.k.a. RESPUBLIKANSKAYE DZYARZHAUNA-HRAMADSKAYE ABYADNANNYE PREZIDENTSKI SPARTYUNY KLUB (Cyrillic: РЭСПУБЛІКАНСКАЕ ДЗЯРЖАЎНА-ГРАМАДСКАЕ АБ'ЯДНАННЕ ПРЭЗІДЭНЦКІ СПАРТЫЎНЫ КЛУБ); a.k.a. RESPUBLIKANSKOYE GOSUDARSTVENNO-OBSHCHESTVENNOYE OBYEDINENIE PREZIDENTSKIY SPORTIVNIY KLUB (Cyrillic: РЕСПУБЛИКАНСКОЕ ГОСУДАРСТВЕННО-ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРЕЗИДЕНТСКИЙ СПОРТИВНЫЙ КЛУБ)), ul. Starovilenskaya, d. 3, Minsk 220029, Belarus (Cyrillic: ул. Старовиленская, д. 4, г. Минск 220029, Belarus); Organization Established Date 07 Jul 2005; Registration Number 805000023 (Belarus) [BELARUS].

"Primo" (a.k.a. ALVAREZ ESCOBAR, Jonathan), Colombia; DOB 10 Sep 1986; POB Tulua, Valle, Colombia; Gender Male; Cedula No. 1017136706 (Colombia) (individual) [SDNTK].

"PRINT COLOR" (a.k.a. PRINT KOLOR), Ul. Zheleznodorozhnaya D. 24, Shcherbinka 142171, Russia; Ul. Krasnodarskaya (Severnyi

Mkr./) Str. 4, Domodedovo 142000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5074112170 (Russia); Registration Number 1095074005234 (Russia) [RUSSIA-EO14024].

"PROFESYONELLER ELEKTRONIK TIC ITH VE IHR LTD. STI" (a.k.a. PROFESSIONALS ELECTRONIC TRADE IMPORT AND EXPORT LIMITED COMPANY; a.k.a. PROFESYONELLER ELEKTRONIK; a.k.a. PROFESYONELLER ELEKTRONIK TICARET), Kecioren, Ankara, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT; Linked To: SAKARYA, Yunus Emre).

"PROGRESS AO" (a.k.a. JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. JSC AAC PROGRESS; a.k.a. PROGRESS ARSENYEV AVIATION COMPANY), Pl. Lenina D. 5, Arsenyev 692335, Russia; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"PROJECT FINANCE FACTORY" (a.k.a. LLC SPECIAL ORGANIZATION FOR PROJECT FINANCE FACTORY OF PROJECT FINANCE; a.k.a. SPETSIALIZIROVANNOE OBSHCHESTVO PROEKTNOGO FINANSIROVANIYA FABRIKA PROEKTNOGO FINANSIROVANIYA), pr-kt Akademika Sakharova d. 9, komnata 220, Moscow 107078, Russia; Tax ID No. 7708330489 (Russia); Registration Number 1187746103885 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

"PROMA INDUSTRY" (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong)

[NPWMD] [IFSR] (Linked To: HODA TRADING).

"PROMA" (a.k.a. PROMA INDUSTRY CO.; a.k.a. PROMA INDUSTRY CO., LTD; a.k.a. PROMA INDUSTRY CO., LTD.; a.k.a. PROMA INDUSTRY COMPANY; a.k.a. PROMA INDUSTRY COMPANY, LIMITED; a.k.a. PROMA INDUSTRY COMPANY, LTD.; a.k.a. "PROMA INDUSTRY"), 1A, Fook Ying Building, 379 King's Road, North Point, Hong Kong, China; 3A, Fook Ying Building, 420 Kins Road, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 4116 (Hong Kong) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"PROMETHEUS LTD" (a.k.a. PROMETHEUS ENERGY; a.k.a. PROMETHEUS LIMITED TRADE DEVELOPMENT), Per. Baskov D. 36, Lit. A, Pomeshch. 1N, Office 2, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4223712739 (Russia); Registration Number 1104223001057 (Russia) [RUSSIA-EO14024].

"PROMISING INVESTMENTS LLC" (a.k.a. LIMITED LIABILITY COMPANY PROMISING INVESTMENTS; a.k.a. "PERSPECTIVE INVESTMENTS LIMITED LIABILITY COMPANY"), 46 Molodezhnaya St., Office 335, Odintsovo, Moscow Region 143007, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives ; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5032218680 (Russia); Registration Number 1105032001458 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"PROMTECHNOLOGIES" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO

S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

"PROMTEHNOLOGYA" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ); a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

"PROSPEROUS PLACE OF JUSTICE" (a.k.a. ADEL ABAD PRISON; a.k.a. ADELABAD PRISON; a.k.a. SHIRAZ CENTRAL PRISON), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

"PROVINCE OF THE TWO HOLY PLACES" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

"PROVINCE OF YEMEN" (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "WILAYAT AL-YEMEN"), Yemen [SDGT].

"PROVINCIAL SPECIAL FORCES" (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

"Prude" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Fox"; a.k.a. "Royal Nuevo"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"PSB I AND I LLC" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I&I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"PSB I&I LLC" (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB II OOO" (Cyrillic: "ООО ПСБ ИИ")), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"PSB II OOO" (Cyrillic: "ООО ПСБ ИИ") (a.k.a. PSB INNOVATIONS AND INVESTMENTS LIMITED LIABILITY COMPANY; a.k.a. "ITSBT LLC"; a.k.a. "ITSBT OOO"; a.k.a. "PSB I AND I LLC"; a.k.a. "PSB I&I LLC"), vn.ter.g. munitsipalny okrug Sokolniki, ul Strommnyka d. 18 str. 27, kom., Moscow 107076, Russia; Organization Established Date 19 Aug 2015; Tax ID No. 7731290146 (Russia); Registration Number 115774762381 (Russia) [RUSSIA-

EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

"PSC" (a.k.a. PROTON PETROCHEMICALS SHIPPING LIMITED; a.k.a. PROTON SHIPPING CO), Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22688608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"PSK SNM" (a.k.a. PROIZVODSTVENNO-STROITELNAYA KOMPANIYA SNM; a.k.a. "SNM OOO"), d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 24 Apr 2002; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077014693 (Russia); Registration Number 1035011800328 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

"PSV-TECH" (a.k.a. PSV TECHNOLOGIES LLC; a.k.a. PSV TEKHNOLOGII OOO), ul. Malaya Semenovskaya d. 3A, str. 2, Moscow 107023, Russia; Organization Established Date 27 Mar 2013; Tax ID No. 7718927027 (Russia); Registration Number 1137746264940 (Russia) [RUSSIA-EO14024].

"PTE OOO" (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHEKSPERT), ul. Novgorodskaya d. 1, floor 2 pom. A 212, Moscow 127576, Russia; Organization Established Date 17 Dec 2003; Tax ID No. 7743515789 (Russia); Registration Number 1037789060165 (Russia) [RUSSIA-EO14024].

"PTK" (a.k.a. POUYA TAMIN KISH; a.k.a. POUYA TAMIN KISH CO.; a.k.a. POUYA TAMIN KISH OIL & GAS CO; a.k.a. POUYA TAMIN KISH OIL AND GAS CO), Block EX6, In front of IRAN Blvd., Kish Island, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"P'U LI" (a.k.a. PO, Kong; a.k.a. PU, Chiang; a.k.a. "PO KONG"), c/o HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED, Mandalay, Yunnan, Hong Kong; c/o TING SHING TAI JEWELLERY (HK) CO. LIMITED, Hong Kong, Hong Kong; c/o SHUEN WAI HOLDING LIMITED, Hong Kong, Hong Kong; Flat B, 16/F, Dragon View, No. 5 Dragon Terrace, Hong Kong; Flat 6, 2/F, Block 49, Heng Fa Chuen, Chai Wan, Hong Kong; DOB 01 Sep 1944; Passport H90011666 (Hong Kong); National ID

No. K357514(4) (Hong Kong) (individual) [SDNTK].

"PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ") (a.k.a. CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ); a.k.a. "CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ"); a.k.a. "PICREADI"), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

"PUBLISHUNG HOUSE SPORT OOD" (a.k.a. PUBLISHING HOUSE SPORT LTD), sektor V Natsionalen Stadion V. Levski, Distr. Sredets Distr, Sofia, Bulgaria; Organization Established Date 1993; Government Gazette Number 831134806 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

"PZMC" (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "AO STP PZMTS"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

"Qari Atif" (a.k.a. GHAURI, Yahya Shoaib; a.k.a. GHOURI, Atif Yahya; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"Qari Hizbullah" (a.k.a. KHAN, Hizb Ullah Astam; a.k.a. MOAZZAM, Hizbullah Qari; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah"; a.k.a. "Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"Qari Ibrahim" (a.k.a. GHAURI, Yahya Shoaib; a.k.a. GHOURI, Atif Yahya; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Atif"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"QASIM, Abu" (a.k.a. HASSAN, Abu Yasir; a.k.a. "HASSAN, Yaseer"), Cabo Delgado Province, Mozambique; DOB 1981 to 1983; POB Pwani Region, Tanzania; nationality Tanzania; Gender Male (individual) [SDGT].

"QASMANI BABA" (a.k.a. QASMANI, Arif; a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif; a.k.a. "ARIF UMER"; a.k.a. "BABA JI"; a.k.a. "MEMON BABA"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh, Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT].

"QERMAN" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No.

653225197110100533 (China) (individual) [SDGT].

"QORGAB" (a.k.a. GAP, Gure; a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

"QUARTA" (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

"QUMQUM, Abou" (a.k.a. EL KHAIRY, Hamad; a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Amada Ould; a.k.a. KHEIROU, Hamada Ould Mohamed); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

"R.E.N.T.A.L A.S." (a.k.a. INTERNATIONAL INVESTMENT DEVELOPMENT HOLDING A.S.), Bratislava, Slovakia; Tax ID No. 2022037809 (Slovakia); Registration Number 35875551 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

"R32" (a.k.a. JARQUIN JARQUIN, Jose Jesus), Manzanillo, Colima, Mexico; DOB 26 Jul 1984; POB Ixtlahuacan de los Membrillos, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. JAJJ840726HJCRRS04 (Mexico) (individual) [SDNTK].

"RAD" (a.k.a. RADIATION APPLICATIONS DEVELOPMENT COMPANY; a.k.a. RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY; a.k.a. "RADIATION APPLICATIONS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"RADIATION APPLICATIONS" (a.k.a. RADIATION APPLICATIONS DEVELOPMENT COMPANY; a.k.a. RADIATION APPLICATIONS DEVELOPMENT HOLDING COMPANY; a.k.a. "RAD"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"RADIOAUTOMATIC" (a.k.a. RADIOAVTOMATIKA LLC (Cyrillic: ООО РАДИОАВТОМАТИКА)), Zolotorogsky Val St., 11/22, Flat VII, Floor 2, Room 4, Moscow, Moscow Region, Russia; Website www.radioavtomatic.ru; Target Type Private Company; Tax ID No. 7725824287 (Russia) [RUSSIA-EO14024].

"RADISAVLJEVIC, Milojko" (a.k.a. RADISAVLJEVIC, Miljojko; Donji Jasenovik, Zubin Potok, Kosovo; DOB 23 Apr 1978; POB Village Babudovici, Zubin Potok, Kosovo; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"RADJA" (a.k.a. MUDACUMURA, Sylvestre; a.k.a. MUPENZI, Bernard; a.k.a. MUPENZI, General Pierre Bernard; a.k.a. "COMMANDANT PHARAON"; a.k.a. "MUKANDA"), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1955; POB Karago, Western Province, Rwanda; citizen Rwanda; Major General; Commander FDLR/FOCA (individual) [DRCONGO].

"RADOICIC, Milan" (a.k.a. RADOJCIC, Milan Rajko; a.k.a. "RADOJICIC, Milan"), Serbia; Lola Ribar Street, number 58/7, Mitrovica, Kosovo; DOB 21 Feb 1978; POB Djakovica, Kosovo; nationality Kosovo; Gender Male; Driver's License No. 20177871 (Kosovo); Identification Number 1174669941 (individual) [GLOMAG].

"RADOJICIC, Milan" (a.k.a. RADOJCIC, Milan Rajko; a.k.a. "RADOICIC, Milan"), Serbia; Lola Ribar Street, number 58/7, Mitrovica, Kosovo; DOB 21 Feb 1978; POB Djakovica, Kosovo; nationality Kosovo; Gender Male; Driver's License No. 20177871 (Kosovo); Identification Number 1174669941 (individual) [GLOMAG].

"RAHIM, Abdul" (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a.

JUNAYD, Shuwayb), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

"RAHIM, Abdul" (a.k.a. MANAN, Abdul Rahim; a.k.a. "MANAN, Haji"), Helmand Province, Afghanistan; DOB 1962; alt. DOB 1961; alt. DOB 1963; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"RAHMAH, Abu" (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Amir Bin Du Bin"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

"RAHMAN, Abdur Abu" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"RAHMAN, Abu Abdur" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"RAIDS COMPANY" (Arabic: "فرع سرية المداهمة" (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 215 - RAIDS; a.k.a. "BRANCH 215" (Arabic: "215 الفرع"); a.k.a. "BRANCH 215: RAIDS COMPANY" (Arabic: " سرية المداهمة

"والاقتحام"); a.k.a. "KAFRSOUSA BRANCH"), Syria; 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

"RAIL TRAIN SERVICE" (a.k.a. LIMITED LIABILITY COMPANY REIL TREIN SERVICE; a.k.a. "RAILTRAINSERVICE"), Ul. Kakhovka D. 10, K. 3, Moscow 117461, Russia; Tax ID No. 7727769031 (Russia); Registration Number 5117746041100 (Russia) [RUSSIA-EO14024].

"RAILTRAINSERVICE" (a.k.a. LIMITED LIABILITY COMPANY REIL TREIN SERVICE; a.k.a. "RAIL TRAIN SERVICE"), Ul. Kakhovka D. 10, K. 3, Moscow 117461, Russia; Tax ID No. 7727769031 (Russia); Registration Number 5117746041100 (Russia) [RUSSIA-EO14024].

"RAKHMANOV, Alexei L" (a.k.a. RAKHMANOV, Aleksei Lvovich; a.k.a. RAKHMANOV, Aleksey Lvovich (Cyrillic: РАХМАНОВ, Алексей Львович)), Russia; DOB 18 Jul 1964; POB Nizhniy Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"Rambo" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Rambot" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"RAMONA IBARRA" (a.k.a. VIDEMATO, Santiago; a.k.a. "JAMES DUGGAN"), Buenos Aires, Argentina; DOB 04 Oct 1983; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA920679 (Argentina); D.N.I. 30555776 (Argentina) (individual) [SDNTK].

"RAOS JSC" (a.k.a. JSC RUSATOM OVERSIZ; a.k.a. RUSATOM OVERSEAS JOINT STOCK COMPANY; a.k.a. RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ)), Simonov

Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

"Raouf" (a.k.a. AMINIAN, Ali; a.k.a. HEMMATIAN, Ali (Arabic: علی همتیان); Iran; DOB 1982; alt. DOB 1983; POB Damghan, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

"Rashid" (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

"Raton Nuevo" (a.k.a. GUZMAN LOPEZ, Ovidio; a.k.a. "El Raton"), Mexico; DOB 29 Mar 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULO900329HSLZPV09 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

"Rawaha al Itali" (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

"RAWANSARI, Shahin" (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, Umid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; ethnicity Kurdish (individual) [SDGT].

"RAYAN ROSHD" (a.k.a. RAYAN ROSHD AFZAR COMPANY; a.k.a. RAYAN ROSHD COMPANY), No. 16, Barazandeh St., North Sohrevardi St., Seyed Khandan, Tehran, Iran; Number 24 Barzandeh St., North Sohrevardi Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"RAYAN, Abu" (a.k.a. NAIM, Bahrun; a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO,

Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"RAYHANAH" (a.k.a. AL-RUMAYSH, Mu'tassim Yahya 'Ali; a.k.a. "ABU-RAYHANAH"; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "HANDALAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

"RAYYAN, Abu" (a.k.a. NAIM, Bahrun, a.k.a. TAMTOMO, Anggih; a.k.a. TAMTOMO, Muhammad Bahrun Naim Anggih; a.k.a. "AISYAH, Abu"; a.k.a. "RAYAN, Abu"), Aleppo, Syria; Raqqa, Syria; DOB 06 Sep 1983; POB Surakarta, Indonesia; alt. POB Pekalongan, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"RCC GROUP" (a.k.a. AO RUSSKAYA MEDNAYA COMPANY; a.k.a. JOINT STOCK COMPANY RUSSIAN COPPER COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКАЯ МЕДНАЯ КОМПАНИЯ)), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620026, Russia; Tax ID No. 6670061296 (Russia); Registration Number 1046603513450 (Russia) [RUSSIA-EO14024].

"RCHBD" (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RKHBZ"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

"RDIF" (Cyrillic: "РФПИ") (a.k.a. RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: РОССИЙСКИЙ ФОНД ПРЯМЫХ ИНВЕСТИЦИЙ)), Presnenskaya nab., D. 8, Structure 1, MFK Capital City, South Tower, 7, 8th Floor, Moscow 123112, Russia (Cyrillic: Пресненская наб., д. 8, стр. 1 МФК Город Столиц, Южная башня, 7, 8 этаж, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 01 Jun 2011; Target Type Government Entity [RUSSIA-EO14024].

"REACH GROUP" (a.k.a. REACH HOLDING GROUP; a.k.a. REACH HOLDING GROUP SHANGHAI CO., LTD.; a.k.a. RENDA INVESTMENT HOLDING GROUP SHANGHAI CO LTD), Suite F-G, 24/F., World Plaza, No. 855, South Pu Dong Road, Shanghai 200120, China; Suite F-G, 24th Floor, World Plaza, 855, Pudong Nanlu, Pudong Xinqu, Shanghai 200120, China; Part 30, Floor 4, Building 1, No. 39, Jiatai Road, Pilot Tree Tra, Shanghai 200120, China; Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) [IFCA].

"REACH SHIPPING" (a.k.a. REACH SHIPPING LINES; a.k.a. REACH SHIPPING LINES HONG KONG CO., LIMITED), Unit 2508A 25/F Bank of America Tower 12 Harcourt Rd, Central Hong Kong, Hong Kong, China; RM3403, Qingdao International Finance Center Hongkong MD Road, Qingdao, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2720944 (Hong Kong) [IFCA].

"REAL IRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"RED DOT" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"REDA, Haj" (a.k.a. AWAD, Hamid Rida Muhammad; a.k.a. AWAD, Mohammed Reda Mohammed Anwar; a.k.a. "AWAD, Rida"), United Kingdom; DOB 24 Sep 1954; nationality Egypt (individual) [SDGT] (Linked To: HAMAS).

"REDFAB" (a.k.a. LIMITED LIABILITY COMPANY NPC ANTEY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НПК АНТЕЙ)), 4 Gelsingforsskaya Street, Building 1, Floor 3A, Saint Petersburg 194044, Russia; 39 Khersonskaya Street, Letter A, Suite Part 4-N No. 143, Saint Petersburg 191167, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7814642289 (Russia); Registration Number 1167847114016 (Russia) [RUSSIA-EO14024].

"RENATO" (a.k.a. DIODATO DEL GALLO, Marco Marino), Bolivia; DOB 28 Jan 1957; POB Italy; nationality Italy; citizen Italy; alt. citizen Bolivia; Passport 072130-A (Italy) (individual) [SDNTK].

"RESIDUAL ORGANIZED ARMED GROUP FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

"RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"RESISTANCE MOBILIZATION FORCE" (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"RESTAURANT CORTEZ" (a.k.a. CORTEZ COCINA AUTENTICA; a.k.a. NOCTURN INC, S. DE R.L. DE C.V.; a.k.a. NOCTURNUM INC, S. DE R.L. DE C.V.; a.k.a. "CORTEZ"; a.k.a. "EL CORTEZ"; a.k.a. "RESTAURANTE CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

"RESTAURANTE CORTEZ" (a.k.a. CORTEZ COCINA AUTENTICA; a.k.a. NOCTURN INC, S. DE R.L. DE C.V.; a.k.a. NOCTURNUM INC, S. DE R.L. DE C.V.; a.k.a. "CORTEZ"; a.k.a. "EL CORTEZ"; a.k.a. "RESTAURANT CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

"REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP" (a.k.a. FARC-EP; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

"REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA" (a.k.a. LA NUEVA MARQUETALIA; a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

"REY MAGO" (a.k.a. FLORES MENDOZA, Severo), Ameca, Jalisco, Mexico; DOB 09 Nov 1976; POB Tequila, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOMS761109HJCLNV04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"REY MIDAS" (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

"REZVAN, Seyyed" (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"REZWAN, Seyyed" (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"RFNC-VNIIEF" (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD

ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

"RFNC-VNIITF" (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

"RFPC" (a.k.a. RAHAVARAN FONOON PETROCHEMICAL COMPANY), Site 3, Economic Special Zone, Bandar-e Emam Khomeyni, Bandar Mahshar, Khuzestan Province 6356178755, Iran; Floor 7, Bldg No. 46, First of Karim Khan Zand St., & Tir Square, Tehran, Iran; Petrochemical Complex, Pars Special Economic Zone, Assaluye, Bushehr Province, Iran; Website www.rfpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"RGB" (a.k.a. CHONGCH'AL CH'ONGGUK; a.k.a. KPA UNIT 586; a.k.a. RECONNAISSANCE GENERAL BUREAU), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

"RHD" (a.k.a. RED HAND DEFENDERS), United Kingdom [SDGT].

"RIAA" (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

"RICARDO" (a.k.a. SAUCEDO HUIPIO, Raul), Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; Priv. de Ruben Mora 27, Col. Los Naranjos 39480, Acapulco de Juarez, Guerrero, Mexico; DOB 03 Sep 1974; POB Guerrero, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. SAHR740903HGRCPL07 (Mexico); I.F.E. SCHPRL74090312H802 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

"RID" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RIL"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

"RIHS" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN

FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"RIL" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIM"), Saint Petersburg, Russia; PO Box 128, Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

"RIM" (a.k.a. RUSSIAN IMPERIAL LEGION; a.k.a. RUSSIAN IMPERIAL MOVEMENT; a.k.a. RUSSKOE IMPERSKOYE DVIZHENIYE; a.k.a. RUSSKOIE IMPERSKOE DVIZHENIE; a.k.a. SAINT PETERSBURG IMPERIAL LEGION; a.k.a. "IMPERIAL LEGION"; a.k.a. "RID"; a.k.a. "RIL"), Saint Petersburg, Russia; PO Box 128,

Saint Petersburg 197022, Russia; Website rusimperia.info [SDGT].

"RIRA" (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"RIVERA, Javier" (a.k.a. RIVERA MARADIAGA, Javier Eriberto; a.k.a. "CACHIRO, Javier"; a.k.a. "EL CACHIRO"), Barrio La Ceiba, Calle Principal, Casa 234, Tocoa, Colon, Honduras; DOB 20 Apr 1972; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1972-00282 (Honduras) (individual) [SDNTK].

"RIVERA, Leonel" (a.k.a. RIVERA MARADIAGA, Devis Leonel; a.k.a. "CACHIRO, Lionel"; a.k.a. "EL CACHIRO"), Barrio La Ceiba, Calle Principal, Tocoa, Colon, Honduras; DOB 28 Mar 1977; POB Tocoa, Colon, Honduras; Numero de Identidad 0209-1977-00375 (Honduras) (individual) [SDNTK].

"RKHBZ" (a.k.a. MILITARY UNIT NUMBER 52688; a.k.a. RADIATION CHEMICAL AND BIOLOGICAL DEFENSE TROOPS; a.k.a. RADIOLOGICAL CHEMICAL AND BIOLOGICAL DEFENSE TROOPS OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (Cyrillic: ВОЙСКА РАДИАЦИОННОЙ ХИМИЧЕСКОЙ И БИОЛОГИЧЕСКОЙ ЗАЩИТЫ МИНИСТЕРСТВА ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ); a.k.a. RCB DEFENSE TROOPS; a.k.a. VOISKOVAYA CHAST 52688 (Cyrillic: ВОЙСКОВАЯ ЧАСТЬ 52688); a.k.a. "RCHBD"), Corpus 2, Building 22, Frunze Embankment, Moscow 119160, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704195013 (Russia); Registration Number 1037739635890 (Russia) [RUSSIA-EO14024].

"RKS NR LLC" (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY NOVOROSSIYA

(Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ НОВОРОССИЯ)), 1 Altufevskoye Highway, Moscow 127106, Russia; 45 Milchakova St., Office 4A, Rostov-on-Don, Russia; per. Nakhimova, d. 6, Mariupol, Donetsk Region 87500, Ukraine; Tax ID No. 6168116983 (Russia); Registration Number 1226100012115 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

"RKS" (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [RUSSIA-EO14024].

"RMT JSC" (a.k.a. RUSATOM MACHINE TOOLS JOINT STOCK COMPANY; a.k.a. "AO RUSSTAN" (Cyrillic: "АО РУССТАН")), Ul. 3-ya Yamskogo Polya d. 2, K. 26, Moscow 125124, Russia; Per. Pyzhevskii D. 5, Str. 1, Floor/Pomeshch. 2/I, Kom./Office 39/205, Moscow 119017, Russia; Tax ID No. 9706022877 (Russia); Registration Number 1227700146838 (Russia) [RUSSIA-EO14024].

"RNCB" (a.k.a. RNKB OAO; a.k.a. ROSSISKI NATSIONALNY KOMMERCHESKI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN NATIONAL COMMERCIAL BANK), d. 9 korp. 5 ul. Krasnoproletarskaya, Moscow 127030, Russia; SWIFT/BIC RNCORUMM; Website http://www.rncb.ru; Email Address rncb@rncb.ru; BIK (RU) 044525607; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700381290 (Russia); Tax ID No. 7701105460 (Russia); Government Gazette Number 09610705 (Russia) [UKRAINE-EO13685].

"RNIIRS" (a.k.a. FEDERAL STATE ENTITY UNITARY ENTERPRISE ROSTOV ON DON RESEARCH INSTITUTE OF RADIO COMMUNICATIONS), ul. Nansena d. 130, Rostov-na-Donu 344038, Russia; Tax ID No. 6152001024 (Russia); Registration Number 1026103711204 (Russia) [RUSSIA-EO14024].

"RNT COMPANY" (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: AO

РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "AO PHT"); a.k.a. "CJSC RNT"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"ROBIK" (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

"ROBSON" (Cyrillic: "РОБСОН") (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

"ROCCO" (a.k.a. MOZHAEV, Alexander Vyacheslavovich (Cyrillic: МОЖАЕВ, Александр Вячеславович); a.k.a. "GREEN"), Russia; DOB 02 Oct 1978; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 (individual) [CYBER2].

"RODRIGUEZ OLIVERA DTO" (a.k.a. LOS GUEROS; a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

"ROMA" (a.k.a. SEMENOV, Roman; a.k.a. "POMA"), Dubai, United Arab Emirates; DOB 08 Nov 1987; nationality Russia; Email Address semenov.roma@gmail.com; alt. Email Address semenovroma@gmail.com; alt. Email Address semenov.roman@mail.ru; alt. Email Address poma@tornado.cash; Gender Male; Digital Currency Address - ETH 0xdcbEfFBECcE100cCE9E4b153C4e15cB885643193; alt. Digital Currency Address - ETH 0x5f48c2a71b2cc96e3f0ccae4e39318ff0dc375b2; alt. Digital Currency Address - ETH 0x5a7a51bfb49f190e5a6060a5bc6052ac14a3b59f; alt. Digital Currency Address - ETH 0xed6e0a7e4ac94d976eebfb82ccf777a3c6bad921; alt. Digital Currency Address - ETH 0x797d7ae72ebddcdea2a346c1834e04d1f8df102b; alt. Digital Currency Address - ETH 0x931546D9e66836AbF687d2bc64B30407bAc8C568; alt. Digital Currency Address - ETH 0x43fa21d92141BA9db43052492E0DeEE5aa5f0A93; alt. Digital Currency Address - ETH 0x6be0ae71e6c41f2f9d0d1a3b8d075e6f6a0b46e; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 731969851 (Russia) (individual) [DPRK3] [CYBER2].

"ROMANA" (a.k.a. CASTELLANOS GARZON, Henry; a.k.a. "ROMANA, Edison"), Venezuela; DOB 20 Mar 1965; POB El Castillo, Meta, Colombia; nationality Colombia; Gender Male; Cedula No. 17353695 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"ROMANA, Edison" (a.k.a. CASTELLANOS GARZON, Henry; a.k.a. "ROMANA"),

Venezuela; DOB 20 Mar 1965; POB El Castillo, Meta, Colombia; nationality Colombia; Gender Male; Cedula No. 17353695 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"Rombhot" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Romboh" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"Rombot" (a.k.a. EKATOM, Alfred; a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

"ROTENBERG JUNIOR, Boris" (a.k.a. ROTENBERG, Boris Borisovich (Cyrillic: РОТЕНБЕРГ, Борис Борисович)), Russia; 46 Cadogan Lane, London SW1X9DX, United Kingdom; DOB 19 May 1986; POB St. Petersburg, Russia; nationality Finland; alt. nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

"ROUTER" (a.k.a. FREZERNYE STANKI; a.k.a. LIMITED LIABILITY COMPANY MILLING MACHINES), Alleya Berezovaya D. 8, Kv. 10, Zelenograd 124498, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5044115015 (Russia); Registration

Number 1195007003212 (Russia) [RUSSIA-EO14024].

"Royal Nuevo" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Fox"; a.k.a. "Prude"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"ROYALROOMDRESS" (a.k.a. ROYAL ROOM DRESS), Culiacan, Sinaloa, Mexico; Calle Justo Sierra 2976 (esquina con Boulevard Sabinos), Col. La Campina, Culiacan, Sinaloa, Mexico; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"RPKB" (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

"RPP LLC" (a.k.a. RPP LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РПП); a.k.a. "LLC RPP"; a.k.a. "OOO RPP" (Cyrillic: "ООО РПП")), 6/26 Floor/Rm, Bldg. 10-2, Nab. Presnenskaya, Moscow 125039, Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2015; Tax ID No. 7704335359 (Russia); Registration Number 5157746040645 (Russia) [SDGT] [IFSR]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"RQC" (a.k.a. INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. OOO MTSKT; a.k.a. RUSSIAN QUANTUM CENTER), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

"RSPP" (a.k.a. RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS), Nab. Kotelnicheskaya D.17, Moscow 109240, Russia; Organization Established Date 06 Mar 2006; Tax ID No. 7710619969 (Russia); Government Gazette Number 94430936 (Russia); Registration Number 1067746348427 (Russia) [RUSSIA-EO14024].

"RSS" (a.k.a. JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RKS"), 53, Aviamotornaya Str., Moscow, Russia; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia); Registration Number 1097746649681 (Russia) [RUSSIA-EO14024].

"RT SOLAR" (a.k.a. OOO SOLAR SEKYURITI; a.k.a. ROSTELEKOM SOLAR), Ul. Vyatskaya, 35/4 Bts Vyatka, Moscow 127015, Russia; Per. Nikitskiy, 7c1, Moscow 125009, Russia; Tax ID No. 7718099790 (Russia); Registration Number 1157746204230 (Russia) [RUSSIA-EO14024].

"RTI, PAO" (a.k.a. K TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. K TECHNOLOGY JOINT STOCK COMPANY), Elektrozavodskaya St., 27, Bldg. 9, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713723559 (Russia); Registration Number 1117746115233 (Russia) [RUSSIA-EO14024].

"RTS LLC" (a.k.a. REPUTABLE TRADING SOURCE LLC; a.k.a. REPUTABLE TRADING SOURCE LLC COMPANY), CR Number 1137785, PO Box: 888, Muscat 111, Oman; PO Box 1295: 111 CPO, Azaiba, Muscat, Oman;

Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1137785 (Oman) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

"RUANO YANDUN DTO" (a.k.a. RUANO YANDUN DRUG TRAFFICKING ORGANIZATION), Narino, Colombia; Ecuador [SDNTK].

"RUDNY LLC" (a.k.a. LIMITED LIABILITY COMPANY RUDNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУДНЫЙ); a.k.a. OOO RUDNIY (Cyrillic: ООО РУДНЫЙ)), Narodnoy Voli St., Building 24, Office 5, Ekaterinburg, Sverdlovsk Region 620063, Russia; Organization Established Date 30 May 2019; Tax ID No. 6671096252 (Russia); Registration Number 1196658038774 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

"RUMAYSAH, Abu" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

"RUSAT" (Cyrillic: "РУСАТ") (a.k.a. RUSATOM ADDITIVE TECHNOLOGIES), Kashirskoe Sh. 49, P. 61, Floor 8, Room 3, Moscow 115409, Russia; Tax ID No. 7724424381 (Russia); Registration Number 5177746230547 (Russia) [RUSSIA-EO14024].

"RUSDJAN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDEN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"RUSJAN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDEN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"RUSS-BANK" (a.k.a. OPEN JOINT-STOCK COMPANY ROSGOSSTRAKH BANK; a.k.a. PAO ROSGOSSTRAKH BANK (Cyrillic: ПАО РОСГОССТРАХ БАНК)), Stroenie 2, 43 Myasnickaya ul., Moscow 107078, Russia; SWIFT/BIC RUIDRUMM; Website www.rgsbank.ru; Tax ID No. 7718105676

(Russia); Registration Number 1027739004809 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

"RUSSIAN SECURITY SYSTEMS" (a.k.a. LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП); a.k.a. LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

"RUSYDAN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"), DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"RUTIKANGA, Ngarurira Ingoma" (a.k.a. NGOMA, Willy; a.k.a. "Pap"), Bunagana, North Kivu, Congo, Democratic Republic of the; DOB 1974; POB Kinigi, Rwanda; nationality Rwanda; alt. nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

"RWO" (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad,

Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

"RYAN, Damien" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"RYAN, John" (a.k.a. JOHN, Damion Patrick; a.k.a. RYAN, Damien Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damien"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

"RYAZANCEV, Oleg N" (a.k.a. RYAZANTSEV, Oleg Nikolaevich; a.k.a. RYAZANTSEV, Oleg Nikolayevich (Cyrillic: РЯЗАНЦЕВ, Онег Николаевич)), Russia; DOB 16 Apr 1982; POB Zhukovsky, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"Rzr" (a.k.a. LIMON ELENES, Jeuri; a.k.a. "Fox"; a.k.a. "Prude"; a.k.a. "Royal Nuevo"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"S.C. SABA ENG CO." (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "SABA

CRANE"), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"S.M.G." (a.k.a. SHAHID MEISAMI GROUP (Arabic: گروه شهید میثمی); a.k.a. SHAHID MEISAMI RESEARCH COMPLEX; a.k.a. SHAHID MOYASAMI COMPLEX), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

"S7 TECHNICS" (a.k.a. S 7 ENGINEERING LLC (Cyrillic: ООО С 7 ИНЖИНИРИНГ); a.k.a. S 7 INZHINIRING OOO), Territoriya Aeroport Domodedovo, 6/1 Domodedovo, Moscow Oblast 142015, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5009049835 (Russia); Registration Number 1055001517405 (Russia) [RUSSIA-EO14024].

"SAAD OWAIED OBAID" (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "ABU KHALAF"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq (individual) [SDGT].

"SABA CRANE" (a.k.a. SADID CARAN SABA COMPANY; a.k.a. SADID CARAN SABA ENG. CO.; a.k.a. SADID CARAN SABA ENGINEERING COMPANY; a.k.a. "S.C. SABA ENG CO."), Unit 501, No. 17, Beside Samen Drugstore, Hakim West Highway, Tehran, Iran; No. 1401, Cross 5th Golazin and 2nd Golara, Eshtehard Industrial Zone, Eshtehard, Alborz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SABA" (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SANA"; a.k.a. "SUNDUS") DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

"SABURI, Hasan" (a.k.a. NAZHAD, Hasan Saburi; a.k.a. SABURINEJAD, Ali; a.k.a. SABURINEZHAD, Ali; a.k.a. SABURINEZHAD, Hasan (Arabic: حسن سبری نژاد); a.k.a. "Engineer Morteza"; a.k.a. "MURTADA, Muhandis"), Iran; Iraq; Syria; DOB 09 Jan 1965; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0383595282 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"SADAF CO." (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADAF COMPANY" (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADAF" (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADAFCO" (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SADIQ, Hajji" (a.k.a. HASHIM, Yusef; a.k.a. HASHIM, Yusuf; a.k.a. "SADIQ, Sayyid"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"SADIQ, Sayyid" (a.k.a. HASHIM, Yusef; a.k.a. HASHIM, Yusuf; a.k.a. "SADIQ, Hajji"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"SADR, Behnam" (a.k.a. CHEKOSARI, Sa'id Najafpur; a.k.a. NAJAFPUR, Behnam; a.k.a. NAJAFPUR, Sa'id; a.k.a. "DADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

"SAE OOO" (a.k.a. AUTONOMOUS ENERGY SYSTEMS; a.k.a. SISTEMY AVTONOMNOI ENERGII, Dor. Torfyanaya D. 7, Lit. F, Pomeshch. 17-N, KAB. 13 (1120-1121), Saint Petersburg 197374, Russia; Poligrafmashevsky pr. 3A, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813645488 (Russia); Registration Number 1207800085701 (Russia) [RUSSIA-EO14024].

"SAEED, Mohammed" (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلي); a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. ALBEHADILI, Mohammed Saeed Othafa), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

"SAFARI BEACH" (a.k.a. CENTRE DE LOISIR SAFARI CLUB; a.k.a. SAFARI CLUB), Nsele, Kinshasa, Congo, Democratic Republic of the; Gombe, Kinshasa, Congo, Democratic Republic of the; Registration ID 1322 (Congo, Democratic Republic of the) [DRCONGO] (Linked To: OLENGA, Francois).

"SAGAR, Abu" (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: أبو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAQAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

"SAHA" (a.k.a. IRAN AIRCRAFT INDUSTRIES; a.k.a. IRAN AIRCRAFT INDUSTRIES CO.; a.k.a. "IACI"), Km 3 Karaj Special Road,

Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SAHIB, Hashmi" (a.k.a. HASHIMI, Muzammil Iqbal; a.k.a. HASHMI, Muzammil Iqbal), Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"SAI" (a.k.a. SHAHID ALAMOLHODA; a.k.a. SHAHID ALAMOLHODA INDUSTRIES; a.k.a. SHAHID ALAMOLHODA INDUSTRY), 142, Shahid Reza Farshadi and Shahid Hasan-e streets, Lavizan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SAIC" (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايي شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIRC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

"SAID" (a.k.a. JENDOUBI, Faouzi Ben Mohamed Ben Ahmed; a.k.a. "SAMIR"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia; nationality Tunisia; Passport K459698 issued 06 Mar 1999 expires 05 Mar 2004 (individual) [SDGT].

"SA-ID" (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. SALWWAN, Samir, a.k.a. "GARBAYA, AHMED"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"SAIFUDING" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area,

Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

"SAIMAITI, Abdul" (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. SAIFUDING; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

"SAIRC" (a.k.a. SHAHED AVIATION; a.k.a. SHAHED AVIATION INDUSTRIES; a.k.a. SHAHED AVIATION INDUSTRIES COMPLEX; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH (Arabic: تحقيقات صنايع هوايي شاهد); a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTER; a.k.a. SHAHED AVIATION INDUSTRIES RESEARCH CENTRE; a.k.a. "SAIC"), Shahid Lavi Street, Sajad Street, Isfahan, Iran; Website http://www.shahedaviation.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

"SAJIRUN, Radulan" (a.k.a. SAHIRON, Radulan; a.k.a. SAHIRON, Radulan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL") DOB 1955; alt. DOB circa 1952; POB Kaunayan, Patikul, Jolo Island, the Philippines; nationality Philippines (individual) [SDGT].

"SALAFI GROUP" (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"), Afghanistan [SDGT].

"SALAH ABU MOHAMED" (a.k.a. GASMI, Salah; a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MUHAMAD"; DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT].

"SALAH ABU MUHAMAD" (a.k.a. GASMI, Salah; a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MOHAMED"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT].

"SALAH, Mahir" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SHACKER, Abu"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"SALAH, Sayyid" (a.k.a. AL-MAKSUSI, Sayyid Salah Mahdi Hantush; a.k.a. AL-MUSAWI, Sayyid Salah; a.k.a. "HAWRA, Abu") DOB 1973; alt. DOB 1971; nationality Iraq (individual) [SDGT].

"SALAH, Shaykh" (a.k.a. KASSIR, Mohammed Jaafar; a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

"Salahuddin ibn Hernani" (a.k.a. THULSIE, Brandon-Lee; a.k.a. "THULSIE, Sallahuddin"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

"SALAHUDDIN, Syed" (a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

"SALAHUDEEN, Sayeed" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDIN, Syed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

"SALAHUDIN" (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "TUAN ISNILON") DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"SALAHUDIN, Syed" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "Salauddin"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

"Salauddin" (a.k.a. SHAH, Mohammad Yousuf; a.k.a. SHAH, Mohammad Yusuf; a.k.a. SHAH, Mohammed Yusaf; a.k.a. SHAH, Mohd Yosuf; a.k.a. SHAH, Mohd Yousuf; a.k.a. SHAH, Mohd Yusuf; a.k.a. SHAH, Syed Mohammed Yusuf; a.k.a. "Peer Sahib"; a.k.a. "SALAHUDDIN, Syed"; a.k.a. "SALAHUDEEN, Sayeed"; a.k.a. "SALAHUDIN, Syed"), Muzaffarabad, Pakistan-administered Kashmir, Pakistan; Rawalpindi, Pakistan; Pakistan; Islamabad, Pakistan; DOB 1952; POB Soibug, Budgam, Kashmir, Jammu and Kashmir, India; nationality India; alt. nationality Pakistan; citizen India; Gender Male (individual) [SDGT].

"SALCO" (a.k.a. ALUMINIOM JONUB; a.k.a. SOUTH ALUMINUM; a.k.a. SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع ((صنایع الومینیوم جنوب)), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

"SALEH MOHAMMAD" (a.k.a. KAKAR, Saleh Mohammad); DOB 1962; POB Nulgham Village, Panjwai District, Kandahar, Afghanistan; nationality Afghanistan (individual) [SDGT].

"SALEH" (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. "ABU MARIAM") Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT].

"SALEH, Mahamat" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALGADO" (a.k.a. GASTELUM IRIBE, Oscar Manuel; a.k.a. "EL MUSICO"), Monte Rosa #657, Colonia Montebello, Culiacan, Sinaloa 80227, Mexico; Rio de la Plata #3041, Colonia Lomas del Boulevard, Culiacan, Sinaloa 80110, Mexico; Antonio Palafox #1856 Int 42, Colonia Paseos del Sol, Zapopan, Jalisco, Mexico; DOB 05 Oct 1974; POB Jalisco, Mexico; nationality Mexico; Gender Male; RFC GAI0741005TQ3 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"SALIH, Abu" (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

"SALIMI, Vezarat" (a.k.a. FARAHANI, Alireza Shahvaroghi; a.k.a. "ALI, Haj"; a.k.a. "SALIMI, Vezerat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"SALIMI, Vezerat" (a.k.a. FARAHANI, Alireza Shahvaroghi; a.k.a. "ALI, Haj"; a.k.a. "SALIMI, Vezarat"); Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"SALLE, Mahamat" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALLEH, Mahamat" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mama"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALLEH, Mama" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLET, Mahamar"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALLET, Mahamar" (a.k.a. SALLEH ADOUM KETTE, Mahamat; a.k.a. "SALEH, Mahamat"; a.k.a. "SALLE, Mahamat"; a.k.a. "SALLEH, Mahamat"; a.k.a. "SALLEH, Mama"), Central African Republic; DOB 1988; POB Bria, Haute-Kotto Prefecture, Central African Republic; nationality Central African Republic; Gender Male (individual) [CAR].

"SALMANE" (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT].

"SAM" (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"), Iran; Bahrain [SDGT].

"SAMAD, Abdul" (a.k.a. FAROQUI, Abdullah Samad), Herat Province, Afghanistan; DOB 1972; alt. DOB 1971; alt. DOB 1973; POB Nahr-

e Saraj District, Helmand Province, Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

"SAMI, Salem Bassem" (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SHIHAB, Muhammad Yusuf Mansir Sami"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"SAMIR" (a.k.a. JENDOUBI, Faouzi Ben Mohamed Ben Ahmed; a.k.a. "SAID"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia; nationality Tunisia; Passport K459698 issued 06 Mar 1999 expires 05 Mar 2004 (individual) [SDGT].

"SAMIYAH, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

"SAMT" (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"SAMUEL FLORES FLORES" (a.k.a. FLORES BORREGO, Samuel), Miguel Aleman, Tamaulipas, Mexico; Reynosa, Tamaulipas,

Mexico; Michoacan, Mexico; DOB 06 Aug 1972; alt. DOB 22 Aug 1977; POB Tamaulipas, Mexico; alt. POB Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FOBS720806HTSLRM05 (Mexico); C.U.I.P. FOFS770822H09576414 (Mexico) (individual) [SDNTK].

"SANA" (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SUINDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

"SANAI" (a.k.a. BASERI, Mohammad), Iran; DOB 19 Sep 1972; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

"SANAULLAH" (a.k.a. AKHUND, Mohammad Aman; a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan (individual) [SDGT].

"SANDOKAN" (a.k.a. SCHIAVONE, Francesco); DOB 03 Mar 1954; POB Casal di Principe, Italy (individual) [TCO].

"SANTOS" (a.k.a. RIVERA-LUNA, Moises Humberto; a.k.a. "VIEJO SANTOS"); DOB 23 May 1969; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"SAPA" (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran);

Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

"SAPICO" (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SAPID" (a.k.a. SAFIRAN PAYAM DARYA SHIPPING COMPANY), Asseman Tower, Pasdaran Street, Tehran, Iran; Website www.sapidshpg.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IRAN] [IFCA].

"SAQAR, Abu" (a.k.a. ZABEN, Sultan; a.k.a. ZABIN, Abu Saqer (Arabic: ابو صقر زابن); a.k.a. ZABIN, Sultan; a.k.a. ZABIN, Sultan Saleh; a.k.a. ZABIN, Sultan Saleh Aida Aida (Arabic: سلطان صالح عيضة عيضة زابن); a.k.a. ZABINYE, Sultan; a.k.a. "SAGAR, Abu"), Sana'a, Yemen; DOB 1986; POB Razih District, Sana'a, Yemen; nationality Yemen; Gender Male; National ID No. 10010095104 (Yemen); Identification Number 20322 (Yemen) (individual) [YEMEN] [GLOMAG].

"SARA" (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United

Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

"SASADJA" (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

"SATNA" (a.k.a. POWER PLANT EQUIPMENT MANUFACTURING COMPANY; a.k.a. SATNA COMPANY; a.k.a. "POWERPLANT EQUIPMENT MANUFACTURING COMPANY"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"Sattar" (a.k.a. SAFDARI, Masoud (Arabic: مسعود صفدری); a.k.a. SAFDARI, Massoud), Shahrak Shahid Mahallati District, Tehran, Iran; DOB 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

"SATURN NGO" (a.k.a. NPO SATURN JSC; a.k.a. ODK-SATURN PAO; a.k.a. ODK-SATURN PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC UEC-SATURN (Cyrillic: ПАО ОДК-САТУРН); a.k.a. UEC-SATURN), 163 Lenin Ave., Rybinsk, Yaroslavl Region 152903, Russia; 13 Kasatkin St., Moscow 129301, Russia; 4 A Novoroshchinskaya St., St. Petersburg 196084, Russia; 140 Kuybyshev St., 3rd Floor, Perm, Russia; 3 Okruzhnaya Doroga St., Omsk 644076, Russia; Website www.uec-saturn.ru; Tax ID No. 7610052644 (Russia); Registration Number 1027601106169 (Russia) [RUSSIA-EO14024].

"SAVINGS BANK" (a.k.a. SAVING BANK; f.k.a. THE GENERAL ESTABLISHMENT OF MAIL SAVING FUND; f.k.a. THE POST SAVING FUND), Amous Square, Damascus, Syria; P.O. Box: 5467, Al-Furat St., Merjeh, Damascus, Syria [SYRIA].

"SAYID, Mahdi" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya;

nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"Sayyid Hashim" (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. GHOMMARI, Muhammad), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

"SAZMAN-E TANZIM MOGHARARAT" (a.k.a. IRANIAN COMMUNICATIONS REGULATORY AUTHORITY), Ministry of Information and Communications Technology, P.O. Box 15598-4415, 1631713761, Tehran, Iran; Website http://www.cra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

"SBIG" (a.k.a. SHAHID BAKERI INDUSTRIAL GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SBS LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SISTEMY BIOLOGICHESKOGO SINTEZA; a.k.a. SYSTEMS OF BIOLOGICAL SYNTHESIS LLC; a.k.a. "OOO SBS"), Akademika Koroleva Street, Building 13/1, Office 35-39, Moscow 129515, Russia; Akademika Koroleva Ul, Building 13, str. 1, floor 2, Rooms 60-61, Moscow 129515, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7736314136 (Russia); Registration Number 5177746097392 (Russia) [RUSSIA-EO14024].

"SCF GROUP" (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com;

Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

"SCF" (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL

RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE

OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"SCIT" (a.k.a. SYRIAN COMPANY FOR INFORMATION TECHNOLOGY), P.O. Box 11037, Damascus, Syria [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

"SCOS" (a.k.a. SYRIAN CHAMBER OF SHIPPING), Al Jazaeer Street, Farid Hanna Bldg, 8th Fl., P.O. Box 1731, Lattakia, Syria; Al Mina Street, Tartous, Syria [SYRIA].

"SCOT" (a.k.a. SYRIAN COMPANY FOR OIL TRANSPORT; a.k.a. SYRIAN CRUDE OIL TRANSPORTATION COMPANY; a.k.a. "SCOTRACO"), Banias Industrial Area, Latakia Entrance Way, P.O. Box 13, Banias, Syria; Website www.scot-syria.com; Email scot50@scn-net.org [SYRIA].

"SCOTRACO" (a.k.a. SYRIAN COMPANY FOR OIL TRANSPORT; a.k.a. SYRIAN CRUDE OIL TRANSPORTATION COMPANY; a.k.a. "SCOT"), Banias Industrial Area, Latakia Entrance Way, P.O. Box 13, Banias, Syria; Website www.scot-syria.com; Email scot50@scn-net.org [SYRIA].

"SDS OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ESDIES; a.k.a. S AND D SOLUTIONS LIMITED LIABILITY COMPANY; a.k.a. S&D SOLUTIONS LIMITED LIABILITY COMPANY), Ul. 6-Ya Krasnoarmeiskaya D. 5-7, Lit. A, Pom. 2-N, Saint Petersburg 190005, Russia; Tax ID No. 7820331010 (Russia); Registration Number 1129847007290 (Russia) [RUSSIA-EO14024].

"SDS" (a.k.a. SERB DEMOCRATIC PARTY; a.k.a. SRPSKA DEMOKRATSKA STRANKA), Kralja Alfonsa XIII, Number 1, Banja Luka 78000, Bosnia and Herzegovina [BALKANS].

"SE" (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON), Greece [SDGT].

"Seatha Murugiah" (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

"SEDCO" (a.k.a. ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا; a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. SINA ENERGY DEVELOPMENT COMPANY), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"Sedoi" (a.k.a. TROSHEV, Andrei Nikolaevich; a.k.a. TROSHEV, Andrej Nikolaevich; a.k.a. "Gray Hair"), Russia; DOB 05 Apr 1962; alt. DOB 05 Apr 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No.

781417567443 (Russia) (individual) [RUSSIA-EO14024].

"SEI" (a.k.a. SHIRAZ ELECTRONIC INDUSTRIES; a.k.a. SHIRAZ ELECTRONICS INDUSTRIES), P.O. Box 71365-1589, Shiraz, Iran; Hossain Abad Road, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SELLZ TREID" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SELLZ TREID), Ul. Skulptora Golovnitskogo D. 26, Kv. 81, Chelyabinsk 454030, Russia; Tax ID No. 7448217344 (Russia); Registration Number 1197456017882 (Russia) [RUSSIA-EO14024].

"Senry" (a.k.a. MORENO OROZCO, Oscar Enrique), Nogales, Sonora, Mexico; DOB 23 Sep 1984; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. MOOO840923HSRRRS08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"SEP CO." (a.k.a. SAFETY EQUIPMENT PROCUREMENT COMPANY), P.O. Box 16785-195, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SER INC." (a.k.a. SERVICIO DE EQUIPO RODANTE INCORPORADO), Calle 16 y Ave. Roosevelt Edif. Vida Panama, Zona Libre, Colon, Panama; P.O. Box No. 1578, Zona Libre, Colon, Panama; RUC # 16143-166-154062 (Panama) [SDNTK].

"Serb" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serbian"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"Serbian" (a.k.a. MILCHAKOV, Aleksey Yuryevich; a.k.a. MILCHAKOV, Alexei; a.k.a. MILCHAKOV, Alexey Yurevich; a.k.a. "Fritz"; a.k.a. "Gimler"; a.k.a. "Serb"), Russia; Ukraine; DOB 30 Apr 1991; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"SERGEY, Kireev Valerievich" (a.k.a. POTEKHIN, Danil (Cyrillic: ПОТЕХИН, Данил); a.k.a. "cronuswar"), Voronezh, Russia; DOB 14 Sep 1995; alt. DOB 14 Sep 1990; alt. DOB 08 Aug 1990; Email Address potekhinl4@bk.ru; Gender Male; Digital Currency Address - XBT 1Q9UAQbcDezmyouFrzt94t4dSMxgsUfW1X; alt. Digital Currency Address - XBT 1Kys8fqDen8NGFUJ6AFcXfFW5qquuTH4eh;

Digital Currency Address - ETH 0x7F367cC41522cE07553e823bf3be79A889D Ebe1B; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"SETAD" (Arabic: "ستاد") (a.k.a. EXECUTION OF IMAM KHOMEINI'S ORDER; a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام; a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام; a.k.a. "EIKO"), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

"SFCC" (a.k.a. BANK SINA; a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SFI" (a.k.a. SINA FINANCIAL & INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING CO.; a.k.a. SINA FINANCIAL AND INVESTMENT HOLDING COMPANY (Arabic: شرکت مادر تخصصی مالی و سرمایه گذاری سینا; a.k.a. SINA INVESTMENT MANAGEMENT CO.), 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6, Tehran, Tehran Province 1514757111, Iran; 13th Floor, Building No. 1, Mostazafan Foundation Premises, Argentina Sq, Africa Blvd, Tehran, Iran; Resalat Highway prior to Africa Boulevard, Bonyad Mostazafan Building Number 1, 13th Floor, Iran; Website http://www.sfi.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340058917 (Iran) [IRAN-

EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SGM" (a.k.a. LIMITED LIABILITY COMPANY STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH CORPORATION), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.com; alt. Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"SHA'BI" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "THE POPULAR ARMY") [SYRIA].

"SHABIR, Ustad" (a.k.a. ABDULLAH, Mian; a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ad; a.k.a. SHABIR, Abu Saad); DOB 1973; alt. DOB 1972; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

"SHABRINA, Abu" (a.k.a. SYAH, Bahrum; a.k.a. USMAN, Bachrumsyah Mennor; a.k.a. "BACHRUMSHAH"; a.k.a. "BACHRUMSYAH"; a.k.a. "BAHRUMSYAH"; a.k.a. "IBRAHIM, Abu"; a.k.a. "MUHAMMAD AL-ANDUNISIY, Abu"; a.k.a. "MUHAMMAD AL-INDONESI, Abu"; a.k.a. "MUHAMMAD AL-INDUNISI, Abu"), Raqqa, Syria; Al-Shadadi, Hasaka Province, Syria; DOB 23 Jul 1984; POB Bogor, Indonesia; nationality Indonesia; Gender Male; Passport A8329173 (Indonesia); Ustad (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"SHABSHAR, Abu" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-

Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"SHACKER, Abu" (a.k.a. SALAH, Maher Jawad Younes; a.k.a. SALAH, Maher Jawad Yunes; a.k.a. SALAH, Maher Jawad Yunis; a.k.a. SALAH, Mahir Jawad Yunis; a.k.a. SALAH, Mahir Jawwad Yunis; a.k.a. SALAH, Mahir Yunus; a.k.a. "AKRAM, Abu"; a.k.a. "AREF, Abu"; a.k.a. "ARIF, Abu"; a.k.a. "SALAH, Mahir"), Saudi Arabia; DOB 22 Oct 1957; nationality United Kingdom; alt. nationality Jordan; Passport 012855897 (United Kingdom); alt. Passport D126889 (Jordan); National ID No. 9571015241 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

"Shaf" (a.k.a. ELSHEIKH, El Shafee; a.k.a. "Shafee"), Aleppo, Syria; DOB 16 Jul 1988; POB Sudan; citizen United Kingdom; Gender Male (individual) [SDGT].

"Shafee" (a.k.a. ELSHEIKH, El Shafee; a.k.a. "Shaf"), Aleppo, Syria; DOB 16 Jul 1988; POB Sudan; citizen United Kingdom; Gender Male (individual) [SDGT].

"SHAHIN CO." (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"SHAKRO JR." (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich;

a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO KURD" (Cyrillic: "ШАКРО КУРД") (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO KURTI" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV,

Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; alt. nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO MALADOI" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MOLODY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO MOLODY" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a.

"SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAKRO YOUNG" (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODY"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"SHAM AL-ISLAM" (a.k.a. HARAKAT SHAM AL-ISLAM; a.k.a. HARAKET SHAM AL-ISLAM; a.k.a. SHAM AL-ISLAM MOVEMENT), Syria [SDGT].

"SHAM HOLDING" (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

"SHANGHAI S.A.L. OFFSHORE COMPANY" (a.k.a. THAINGUI S.A.L. OFFSHORE), Unesco Center, 4th Floor, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1804869 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

"SHASTAN" (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲، تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

"SHAYBOYS" (a.k.a. TURCIOS ANGEL, Saul Antonio; a.k.a. "EL TRECE"); DOB 17 May 1978; POB Zaragoza, La Libertad, El Salvador; nationality El Salvador (individual) [TCO].

"SHAYKH ABU-SULTAN" (a.k.a. AL-AJMI, Doctor Shafi; a.k.a. AL-AJMI, Shafi Sultan Mohammed; a.k.a. AL-AJMI, Sheikh Shafi), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Passport 0216155930 (individual) [SDGT].

"SHAYKH AMEEN" (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-

PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

"SHAYKH MUKHTAR" (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

"SHAYKH SAHIB" (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

"SHAYKU" (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria (individual) [SDGT].

"SHEHU" (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria (individual) [SDGT].

"Sheikh Abukar" (a.k.a. ADAN, Abukar Ali; a.k.a. ADEN, Abukar Ali; a.k.a. "Ibrahim Afghan"); DOB 1972; alt. DOB 1971; alt. DOB 1973 (individual) [SDGT].

"SHEKAU" (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria (individual) [SDGT].

"SHEKRY HARB" (a.k.a. HARB, Chekri Mahmoud), c/o VARIEDADES HARB SPORT, Medellin, Colombia; c/o COMERCIAL JINAN S.A., Guatemala, Guatemala; c/o ALMACEN FUTURO NO. 1, Medellin, Colombia; Carerra 50 A, No 76-s-169, Torre 3, Apto. 319, Medellin, Colombia; DOB 25 Aug 1961; POB Lebanon; nationality Lebanon; citizen Colombia; Cedula No. 256820 (Colombia) (individual) [SDNT].

"SHEN, Mike" (a.k.a SHEN, Xingbiao (Chinese Simplified: 沈兴标)), No. 20, Group 5 Junshe Village, Lvliang Township, Jinhu County, Jiangsu Province, China (Chinese Simplified: 军舍村五组20号, 吕良镇, 金湖县, 江苏省, China); DOB 04 May 1985; POB Jiangsu, China; nationality China; Email Address 183322875@qq.com; Gender Male; Digital Currency Address - XBT 3B7S6zrgxQVQUHTU8wstM23tB9afE7ojuX; Digital Currency Address - ETH 0x530a64c0ce595026a4a556b703644228179e2d57; Phone Number 8613337963690; alt. Phone Number 8615189626230; Digital Currency Address - USDT TEAqwfMhXLaomXhZ8KeMhx3njGmQEDnsUR; National ID No. 320831198505045212 (China) (individual) [ILLICIT-DRUGS-EO14059].

"SHESTAKOV, Ilya V" (a.k.a. SHESTAKOV, Ilya Vasilyevich (Cyrillic: ШЕСТАКОВ, Васильевич Илья)), Russia; DOB 15 Jul 1978; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SHESTAN" (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه تامین اجتماعی نیروهای مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY

(Arabic: سرمایه گذاری سانا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان "SHASTAN"), No. 132, Khorramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

"SHI KWAN NEINK" (a.k.a. KUAI NUENG, Sae Chang; a.k.a. SHIH, Kuo Neng; a.k.a. "AH SAN"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

"SHI, Arlex" (a.k.a. HUA, Shi Yu; a.k.a. SHI, Yuhua; a.k.a. YUHUA, Shi), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

"SHIBL, Hajji" (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZAIDI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY

GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

"SHIG" (a.k.a. ARDALAN MACHINERIES COMPANY; a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SAPICO"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SHIH KUO NENG" (a.k.a. KUAI NUENG, Sae Chang; a.k.a. SHIH, Kuo Neng; a.k.a. "AH SAN"; a.k.a. "SHI KWAN NEINK"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

"SHIHAB, Muhammad Yusuf Mansur Sami" (a.k.a. HALAWI, Hani; a.k.a. MANSOUR, Mohammad Yousef; a.k.a. MANSOUR, Mohammad Youssef; a.k.a. MANSUR, Mohammad Yusuf Ahmad; a.k.a. MANSUR, Muhammad Yusif Ahmad; a.k.a. MANSUR, Muhammad Yusuf Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB, Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a. "SAMI, Salem Bassem"), Beirut, Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan 1974; alt. DOB 1980; POB Bint Jubayl, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

"SHIKUBA" (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

"SHIPCO" (a.k.a. SYRIAN SHIPPING AGENCIES COMPANY; a.k.a. "SHIPPING AGENCIES CO."), Port Said Street, P.O. Box 28, Lattakia, Syria; Port Street, P.O. Box 3, Tartous, Syria; Joul Jammal Street, P.O. Box 28, Banias, Syria; Brazil Street, P.O. Box 12477, Damascus, Syria [SYRIA].

"SHIPPING AGENCIES CO." (a.k.a. SYRIAN SHIPPING AGENCIES COMPANY; a.k.a. "SHIPCO"), Port Said Street, P.O. Box 28, Lattakia, Syria; Port Street, P.O. Box 3, Tartous,

Syria; Joul Jammal Street, P.O. Box 28, Banias, Syria; Brazil Street, P.O. Box 12477, Damascus, Syria [SYRIA].

"SHIPYARD LOTOS" (a.k.a. JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS; a.k.a. JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС); a.k.a. SHIPBUILDING PLANT LOTOS), Narimanov, Beregovaya T., 3, Astrakhan Oblast 416111, Russia; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SHISHANI, Akhmad" (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Raschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAYEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"SHISHKIN, Andrei N" (a.k.a. SHISHKIN, Andrei Nikolaevich (Cyrillic: ШИШКИН, Андрей Николаевич); a.k.a. SHISHKIN, Andrey Nikolaevich; a.k.a. SHISHKIN, Andrey Nikolayevich), Russia; DOB 13 Mar 1959; POB Krasnoyarsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SHKUBA" (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

"SHLASH, Mushari Abd Aziz Saleh" (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"), Zabadani, Syria; DOB 1974; alt. DOB 1975 (individual) [SDGT].

"SHOCK TEAM" (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SPORTS CLUB SHOCK"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

"SHOGA" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "THE GLASS AND GAS FACTORY"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SHUAIB" (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

"SHUMAN GROUP" (a.k.a. NABIL CHOUMAN & CO; a.k.a. NABIL CHOUMAN AND CO; a.k.a. NABIL SHOMAN AND PARTNERS EXCHANGE COMPANY; a.k.a. SHUMAN

CURRENCY EXCHANGE; a.k.a. SUMAN CURRENCY EXCHANGE SARL), Property Number 351, Al-Hamra Street Strand building ground floor, Ras Beirut, Beirut, Lebanon; Safi Village, Beirut, Lebanon; Nabatieh, Beirut, Lebanon; Tyre, Beirut, Lebanon; Website shuman-exchange.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 1989; alt. Organization Established Date 1980; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; C.R. No. 55789 (Lebanon) [SDGT] (Linked To: HAMAS).

"SHUQIB" (a.k.a. BAHAR, Bakht Gul; a.k.a. GUL, Bakht; a.k.a. GUL, Bakhta), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan (individual) [SDGT].

"SID, Jihadi" (a.k.a. DHAR, Siddartha; a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu") Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

"Sidiki" (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

"SIKANDER" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "TIGER MEMON"], Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"Simba" (a.k.a. THULSIE, Tony-Lee; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

"SIN998A" (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

"sina_molove" (a.k.a. KEISSAR, Sina); DOB 20 May 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"SINAI PROVINCE" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

"SINAPAD" (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SISCO" (a.k.a. SIRJAN IRANIAN STEEL; a.k.a. SIRJAN IRANIAN STEEL CO (Arabic: شرکت فولاد سیرجان ایرانیان)), No 39, Sepehr St., Farahzadi Blvd., Shahrak-e-Gharb, Tehran, Iran; Bucharest Avenue, Ninth Street, Tehran 1513733518, Iran; Website www.sisco.midhco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Nov 2009; National ID No. 362111 (Iran) [IRAN-EO13871].

"SITI PAO" (f.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CITY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SITI; a.k.a. "CITY PUBLIC JOINT STOCK COMPANY"; a.k.a. "MANAGEMENT COMPANY MOSCOW CITY"), 9 Nab Frunzenskaya, Moscow 119146, Russia; d. 6 str. 2 etazh 2 Pomesch.I kom. 33, 34, Naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 22 May 1992; Tax ID No. 7704026946 (Russia); Government Gazette Number 17434671 (Russia); Registration Number 1027700068440 (Russia) [RUSSIA-EO14024].

"SJSCO" (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سیرجان)), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions;

Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

"SKAM" (a.k.a. NOVIN KHARA; a.k.a. NOVIN KHARA MINERAL MINING EXTRACTION COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING COMPANY; a.k.a. NOVIN PARS MINERAL EXPLORATION AND MINING ENGINEERING COMPANY; a.k.a. NOVIN PARS MINERAL MINING COMPANY; a.k.a. "ASKAM"; a.k.a. "ESKAM"; a.k.a. "MINERAL MINING EXTRACTION COMPANY"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SKB 14 LLC" (a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO-14 VOLOGDA), Ul. Zosimovskaya D. 15, Office 29, Vologda 160000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3525409656 (Russia); Registration Number 1173525032537 (Russia) [RUSSIA-EO14024].

"Skote Vahshat" (a.k.a. MESRI, Behzad), Iran; DOB 26 Aug 1988; alt. DOB 27 Aug 1988; POB Naghadeh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] [CYBER2] (Linked To: NET PEYGARD SAMAVAT COMPANY).

"SKS CO." (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

"SKY AVIATOR" (a.k.a. SKY AVIATOR CO.; a.k.a. SKY AVIATOR CO., LTD.; a.k.a. SKY AVIATOR COMPANY LIMITED; a.k.a. SKY AVIATOR COMPANY LTD.), No. 286, Bogyoke Street, Ward No. 2, Waibargi, North Okkalarpa Township, Yangon Region, Burma; No. 204/2, Myinthar 11th Street, Ward 14/1, South Okkalarpa Township, Yangon, Burma; Target Type Private Company; Business Registration Number 100789450 (Burma) [BURMA-EO14014].

"SKY ROYAL HERO" (a.k.a. SKY ROYAL HERO COMPANY LIMITED; a.k.a. SKY ROYAL HERO LTD), No. LB-B2-14A, B, Sagawah Street, Malikha Housing, 14/Bawamyint Quarter, Thingangyun Township, Yangon, Burma; Organization Established Date 28 Nov 2019; Organization Type: Non-specialized wholesale trade; Business Registration Number 123614291 (Burma) [BURMA-EO14014].

"Sky17" (a.k.a. LIMITED LIABILITY COMPANY SKAY17 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКАЙ17); a.k.a. OOO Skai17), d. 19 k. 4 kv. 368, ul. Eletskaya, Moscow 115583, Russia; Tax ID No. 9729098657 (Russia); Registration Number 1177746619137 (Russia) [RUSSIA-EO14024].

"SK-YUG" (a.k.a. SC SOUTH LLC; a.k.a. SC-YUG (Cyrillic: СК-ЮГ); a.k.a. SHIPPING COMPANY SOUTH), ul. Lenina, d. 6B, Novorossiysk, Krasnodarskiy kray 353960, Russia; Organization Established Date 30 Jun 2016; Tax ID No. 9705070317 (Russia); Identification Number IMO 5937219 [RUSSIA-EO14024].

"SL" (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a.

SPP; a.k.a. "EPL"; a.k.a. "PCP") [SDNTK] [FTO] [SDGT].

"Slavik" (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"SMAIL" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "ABDALLA"; a.k.a. "ABDULLAH"; a.k.a. "ABU CHOLDER"; a.k.a. "ABU KHAOULA"; a.k.a. "NUHR"); DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT].

"SMART DEPOT MAZATLAN" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMART DEPOT PUERTO CANCUN" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMART DEPOTMX TU CELLULAR AL INSTANTE" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMARTDEPOT"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500,

Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMARTDEPOT" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOTMX"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMARTDEPOTMX" (a.k.a. SMART DEPOT; a.k.a. "SMART DEPOT MAZATLAN"; a.k.a. "SMART DEPOT PUERTO CANCUN"; a.k.a. "SMART DEPOTMX TU CELLULAR AL INSTANTE"; a.k.a. "SMARTDEPOT"), Boulevard Sinaloa 1061, Las Quintas, Culiacan, Sinaloa 80020, Mexico; Avenida Reforma S/N, Gran Plaza Mazatlan, Local I29, Alameda, Mazatlan, Sinaloa 82123, Mexico; Boulevard Kukulcan KM 1.5, Local B32, Puerto Juarez, Marina Puerto, Cancun, Quintana Roo 77500, Mexico; Organization Type: Retail sale of information and communications equipment in specialized stores [ILLICIT-DRUGS-EO14059].

"SMNG AO" (a.k.a. SEVMORNEFTEGEOFIZIKA AO (Cyrillic: СЕВМОРНЕФТЕГЕОФИЗИКА AO); a.k.a. SEVMORNEFTEGEOFIZIKA JSC), Ulitsa Karla Marksa, Dom 17, Murmansk 183025, Russia; Tax ID No. 5190123078 (Russia); Registration Number 1045100152294 (Russia) [RUSSIA-EO14024].

"SMPP AO" (a.k.a. JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE; a.k.a. STUPINO ENGINEERING PRODUCTION ENTERPRISE; a.k.a. STUPINO MACHINE PRODUCTION PLANT), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"SNITKO, Artem" (a.k.a. SNITKO, Artem Alexandrovich), Tatarstan, Russia; DOB 25 Aug 1988; nationality Russia; Gender Male; Passport 530658754 (Russia) expires 17 Jun 2024 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL

ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"SNM OOO" (a.k.a. PROIZVODSTVENNO-STROITELNAYA KOMPANIYA SNM; a.k.a. "PSK SNM"), d. 3, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 24 Apr 2002; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077014693 (Russia); Registration Number 1035011800328 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

"snowsjohn" (a.k.a. TIAN, Yinyin (Chinese Simplified: 田寅寅); a.k.a. "tianyinyin0404"), Nanjing, Jiangsu, China (Chinese Simplified: 南京, 江苏, China); DOB 12 Jul 1986; nationality China; Email Address 417136259@qq.com; Gender Male; Digital Currency Address - XBT 134r8iHv69xdT6p5qVKTsHrcUEuBVZAYak; alt. Digital Currency Address - XBT 15YK647qtoZQDzNrvY6HJL6QwXduLHfT28; alt. Digital Currency Address - XBT 1PfwHNxUnkpfkK9MKjMqzR3Xq3KCtq9u17; alt. Digital Currency Address - XBT 14kqryJUxM3a7aEi117KX9hoLUw592WsMR; alt. Digital Currency Address - XBT 1F2Gdug9ib9NQMhKMGGJczzMk5SuENoqrp; alt. Digital Currency Address - XBT 3F2sZ4jbhvDKQdGbHYPC6ZxFXEau2m5Lqj; alt. Digital Currency Address - XBT 1AXUTu9y3H8w4wYx4BjyFWgRhZKDhmcMrn; alt. Digital Currency Address - XBT 1Hn9ErTCPRP6j5UDBeuXPGuq5RtRjFJxJQ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613621583465; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 321284198607120616 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"SOCIAL DEVELOPMENT FOUNDATION" (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST;

a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

"SOFTLINE" (a.k.a. VOLTRA TRANSCOR ENERGY; a.k.a. VOLTRA TRANSCOR ENERGY BVBA), Frankrijklei 156 (5deV), Antwerpen 2000, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-339-4675; V.A.T. Number BE0443680473 (Belgium); Branch Unit Number 2052342727 (Belgium); Enterprise Number 0443680473 (Belgium) [SDGT] (Linked To: BAZZI, Wael).

"SOHIM" (a.k.a. OJSC SVETLOGORSK KHIMVOLOKNO; a.k.a. OPEN JOINT STOCK COMPANY SVETLOGORSKKHIMVOLOKNO (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СВЕТЛОГОРСКХИМВОЛОКНО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SVETLOGORSKKHIMVOLOKNO; a.k.a. SVETLOGORSKKHIMVOLKNO OAO), d. 5, Nezhiloe Pomeshchenie, Ul. Zavodskaya, Svetlogorsk 247439, Belarus; Organization

Established Date 1964; Target Type State-Owned Enterprise; Tax ID No. 400031289 (Belarus) [BELARUS-EO14038].

"SOLANGE" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"SOLDIERS OF EGYPT" (a.k.a. AJNAD MASR; a.k.a. AJNAD MISR; a.k.a. "EGYPT'S SOLDIERS"), Egypt [SDGT].

"SOLDIERS OF GOD" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"SOLDIERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

"SOLDIERS OF THE CALIPHATE" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

"SOLMATE" (a.k.a. ARTIN SANA'AT TABAAN COMPANY; a.k.a. ARTIN SANAT TABAN; a.k.a. ARTIN SANAT TABAN CO), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

"SOLTECH INDUSTRIES" (a.k.a. SOLTECH INDUSTRIES COMPANY LTD.; a.k.a. SOLTECH INDUSTRY CO., LTD.; a.k.a. SOLTECH INDUSTRY COMPANY, LTD; a.k.a. "SOLTECH"; a.k.a. "SOLTECH INDUSTRY CO."; a.k.a. "SOLTECH INDUSTRY COMPANY"), 1A, Fook Ying Building, 379 Kings Road, North Point, Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"SOLTECH INDUSTRY CO." (a.k.a. SOLTECH INDUSTRIES COMPANY LTD.; a.k.a. SOLTECH INDUSTRY CO., LTD.; a.k.a. SOLTECH INDUSTRY COMPANY, LTD; a.k.a. "SOLTECH"; a.k.a. "SOLTECH INDUSTRIES"; a.k.a. "SOLTECH INDUSTRY COMPANY"), 1A, Fook Ying Building, 379 Kings Road, North Point, Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"SOLTECH INDUSTRY COMPANY" (a.k.a. SOLTECH INDUSTRIES COMPANY LTD.; a.k.a. SOLTECH INDUSTRY CO., LTD.; a.k.a. SOLTECH INDUSTRY COMPANY, LTD; a.k.a. "SOLTECH"; a.k.a. "SOLTECH INDUSTRIES"; a.k.a. "SOLTECH INDUSTRY CO."), 1A, Fook Ying Building, 379 Kings Road, North Point,

Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"SOLTECH" (a.k.a. SOLTECH INDUSTRIES COMPANY LTD.; a.k.a. SOLTECH INDUSTRY CO., LTD.; a.k.a. SOLTECH INDUSTRY COMPANY, LTD; a.k.a. "SOLTECH INDUSTRIES"; a.k.a. "SOLTECH INDUSTRY CO."; a.k.a. "SOLTECH INDUSTRY COMPANY"), 1A, Fook Ying Building, 379 Kings Road, North Point, Hong Kong, China; Rm 51, 5th Floor, Britannia House, Jalan Cator, Bandar Seri Begawan BS 8811, Brunei; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number NBD/4116 (Brunei) [NPWMD] [IFSR] (Linked To: HODA TRADING).

"SOMIC COMPANY" (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SOMIC" (a.k.a. FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO; a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: و شرکت مهندسی مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SONG, Shelly" (a.k.a. SONG, Xueqin (Chinese Simplified: 宋雪琴)), No. 35 Group 6, Fengling Village, Yuekou Township, Tianmen City, Hubei Province, China (Chinese Simplified: 手岭村六组35号, 岳口镇, 天门市, 湖北省, China); DOB 24 Nov 1990; POB Hubei, China; nationality China; citizen China; Gender Female; National ID No. 429006199011245448 (China) (individual) [ILLICIT-DRUGS-EO14059].

"SONS OF ABYAN" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

"SONS OF HADRAMAWT COMMITTEE" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"), Yemen; Saudi Arabia [FTO] [SDGT].

"SONS OF HADRAMAWT" (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a.

PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

"SOOREH" (a.k.a. THE NUCLEAR REACTORS FUEL COMPANY; a.k.a. "SUREH"), End of North Kargar Street, Shahid Abtahi Street, (20th), #61, Tehran, Iran; Esfahan Complex Khalije Fars Blvd., 20 km southeast of Esfahan, P.O. Box: 81465-1957, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SOULEIMAN" (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

"SP QUANT" (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. LLC JV KVANT), 46 Varshavskoye Highway, Moscow 115230, Russia; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

"Spaniard" (a.k.a. ORLOV, Stanislav Alexandrovich), 4 Fomichevoi Street, Apartment 3, Moscow 125481, Russia; DOB 21 Feb 1981; POB Moscow, Russia; nationality Russia; Gender Male; Passport 4507686257 (Russia); National ID No. 11308319818 (Russia); Tax ID No. 773370193596 (Russia) (individual) [RUSSIA-EO14024].

"SPC" (a.k.a. SYRIAN PETROLEUM COMPANY), Dummar Province Expansion Square, Island 19, Building 32, PO Box 3378, Damascus, Syria; Dummar Province Expansion Square, Island 19, Building 32, PO Box 2849, Damascus, Syria; Todmar Project, Damascus, Syria [SYRIA].

"SPC" (a.k.a. SHIRAZ PETROCHEMICAL; a.k.a. SHIRAZ PETROCHEMICAL CO.; a.k.a. SHIRAZ PETROCHEMICAL COMPANY; a.k.a. SHIRAZ PETROCHEMICAL COMPLEX), 6 Km Of Pol-E-Khan Road-Dorodzan Dam, PO Box

415, Shiraz, Fars 73491-31736, Iran; No. 5 Farivar Alley, Ghaem Magham Street, Tehran, Iran; Website www.spc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Tax ID No. 411168731673 (Iran); Company Number 10530010025 (Iran) [IRAN-EO13846].

"SPECIAL COUNTER-TERRORISM FORCE" (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

"SPECIAL OPERATIONS BRANCH" (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

"SPECTRUM HOLDING" (a.k.a. SPECTRUM INTERNATIONAL INVESTMENT HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING; a.k.a. SPECTRUM INVESTMENT GROUP HOLDING SAL; a.k.a. SPECTRUM INVESTMENT GROUP SAL HOLDING; a.k.a. SPECTRUM INVESTMENT HOLDING), Floor 17, Verdun 732 Building, Rachid Karameh Street, Verdun, Beirut,

Lebanon; Verdun 732 Center, Rachid Karame Street, Beirut, Lebanon; P.O. Box 113-5333, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 1990106 (Lebanon) [SDGT] (Linked To: CHARARA, Ali Youssef).

"SPG JSC" (a.k.a. JOINT STOCK COMPANY STRATEGY PARTNERS GROUP; a.k.a. STRATEGY PARTNERS GROUP JSC), 52 Kosmodamianskaya Nab. St, Building 2, Moscow 115054, Russia; Tax ID No. 7736612855 (Russia); Registration Number 1107746025980 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"SPII" (a.k.a. SPI INTERNATIONAL (Arabic: اس اي اي انترنشنل); a.k.a. SPI INTERNATIONAL PROPRIETARY (Arabic: اس بي آي انترنشنل پروپرایتری); a.k.a. SPI INTERNATIONAL PROPRIETARY BRANCH OF A FOREIGN COMPANY (Arabic: اس بي آي انترنشنل پروپرایتری شعبه خارجي); a.k.a. SPI INTERNATIONAL PROPRIETARY LIMITED; a.k.a. SPI INTERNATIONAL PROPRIETARY LTD.; a.k.a. SPI INTERNATIONAL PROPRIETY LIMITED CO.; a.k.a. SPI INTERNATIONAL PTY LTD), 56 Grosvenor Rd, Johannesburg, Gauteng 2021, South Africa; 306 Isie Smuts Street, Garsfontein Ext 3, Pretoria, Gauteng 0060, South Africa; No. 306, Issie Smuts Street, Garsfontein, Ext.3, Pretoria, Gauteng, South Africa; PO Box 1707, Garsfontein-East, Pretoria, Gauteng 0060, South Africa; No. 12, Negin Gholhak Tower, Shariati Ave, Tehran, Iran; 705, Ho King Commercial Center, 2-16, Fa Yuen Street, Mongkok Kowloon, Hong Kong, Hong Kong; No. 306, Isie Smuts Street, Garsfontein, Ext. 3, Pretoria, South Africa; 6th Floor, No. 7, Motavelian Blvd, Habibollah St. Sattarkhan, Tehran, Iran; Shariati Street, Top of Government Street, Negin Gholahk Building, First Floor, Twelfth Unit, Tehran, Iran (Arabic: خیابان شریعتی ابتدای خیابان دولت، برج نگین قلهک، طبقه اول و احد دوازده، تهران, Iran); Website http://spiint.co.za; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14005406035 (Iran); Enterprise Number M1966001245 (South Africa); Registration Number 1966/001245/07 (South Africa); alt. Registration Number 3046 (Iran) [IRAN-EO13846].

"SPITS" (a.k.a. SARATOV PRODUCTION AND ENGINEERING CENTER LLC; a.k.a. SARATOVSKII PROIZVODSTVENNO INZHINIRINGOVYI TSENTR), Mkr Engels-19, Ul. 5i Kvartal Zd. 1Zh, Privolzhskiy 413119, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6454142335 (Russia); Registration Number 1146454003332 (Russia) [RUSSIA-EO14024].

"SPM CO." (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا); a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPMCO"), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SPMCO" (a.k.a. SINA PORT AND MARINE COMPANY (Arabic: شرکت توسعه خدمات دریائی و بندری سینا); a.k.a. SINA PORT AND MARINE SERVICES DEVELOPMENT COMPANY; a.k.a. SINA PORT AND MARITIME COMPANY; a.k.a. "SPM CO."), No. 18, 13th Alley, Gandhi Street, District 6, Tehran, Tehran 1517753513, Iran; Website http://www.spmco.co/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101143640 (Iran); Registration Number 69425 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"SPMI" (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER

EDUCATION SAINT PETERSBURG MINING UNIVERSITY; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

"SPND" (a.k.a. THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"SPORTS CLUB SHOCK" (a.k.a. MALADZEZHNAE SPARTYUNAE HRAMADSKAE ABYADNANNE SPARTYUNY KLUB SHOK (Cyrillic: МАЛАДЗЕЖНАЕ СПАРТЫЎНАЕ ГРАМАДСКАЕ АБ'ЯДНАННЕ СПАРТЫЎНЫ КЛУБ ШОК); a.k.a. MOLODEZHNOYE SPORTIVNOYE OBSCHESTVENNOYE OBEDINENIYE SHOK (Cyrillic: МОЛОДЕЖНОЕ СПОРТИВНОЕ ОБЩЕСТВЕННОЕ ОБЪЕДИНЕНИЕ СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. MSOO SK SHOCK (Cyrillic: МСОО СК ШОК); a.k.a. SHOCK SPORTS CLUB (Cyrillic: СПОРТИВНЫЙ КЛУБ ШОК); a.k.a. "SHOCK TEAM"), ul. Boleslava Beruta, 12, Minsk, Belarus (Cyrillic: улица Болеслава Берута, 12, Минск, Belarus); ul. Filimonova, 55/3, Pom. 3H (cab.2), Minsk, Belarus (Cyrillic: ул. Филимонова, д. 55 корпус 3, пом. 3н (каб.2), Минск, Belarus); Organization Established Date 12 Oct 2010; Registration Number 194901875 (Belarus) [BELARUS].

"SPUTNIX" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SPUTNIKOVYE INNOVATSIONNYE KOSMICHESKIE SISTEMY; a.k.a. "OOO SPUTNIKS"), bulvar Bolshoi (Innovatsionnogo Tsentra Skolkovo Ter), d. 42, str. 1, pom. 3A0109 757, 1653, 1707, Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5003096726 (Russia); Registration Number 1115003008306 (Russia) [RUSSIA-EO14024].

"SRA" (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

"SREC LLC" (a.k.a. LIMITED LIABILITY COMPANY SBERBANK REAL ESTATE CENTER; a.k.a. TSENTR NEDVIZHIMOSTI OT SBERBANKA), 32/1 Kutuzovsky Ave, Moscow 121170, Russia; Tax ID No. 7736249247 (Russia); Registration Number 1157746652150 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"SRZ PAO" (a.k.a. AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. JSC SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "AO SRZ"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

"SSRC" (a.k.a. CENTRE D'ETUDES ET RECHERCHES; a.k.a. SCIENTIFIC STUDIES AND RESEARCH CENTER), P.O. Box 4470, Damascus, Syria [NPWMD].

"STAFF" (a.k.a. PUTILIN, Dmitry Sergeyevich (Cyrillic: ПУТИЛИН, Дмитрий Сергеевич); a.k.a. "GRAD"), Chelyabinsk 454119, Russia; DOB 24 Apr 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"STARDUST CHOLLIMA" (a.k.a. BLUENOROFF; a.k.a. "APT 38"; a.k.a. "APT38"), Korea, North; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"STATUS-IT" (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС); a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

"STEERER" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STIRER), Ul Samokatnaya D 4 A, Str 5, Moscow 111033, Russia; Tax ID No. 7722647713 (Russia); Registration Number 1087746607772 (Russia) [RUSSIA-EO14024].

"STEVIC, Rade" (a.k.a. STEVIC, Radule), Kral Petar Street, Zvecan, Kosovo; DOB 02 Jun 1970; POB Leposavic, Kosovo; nationality Serbia; Gender Male; Identification Number 1501796081 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

"STG GROUP" (a.k.a. STROYTRANSGAZ; a.k.a. STROYTRANSGAZ GROUP), 3 Begovaya Street, Building #1, Moscow 125284, Russia; Website www.stroytransgaz.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"STG LOGISTIC" (a.k.a. LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК); a.k.a. OOO STG LOGISTIK; a.k.a. STG STROYTRANSGAZ LOGISTIC), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [SYRIA] [SYRIA-CAESAR].

"STGH" (a.k.a. STG HOLDING LIMITED; a.k.a. STG HOLDINGS LIMITED; a.k.a. STROYTRANSGAZ HOLDING; a.k.a. STROYTRANSGAZ HOLDING LIMITED), 33 Stasinou Street, Office 2 2003, Nicosia

Strovolos, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

"STK OOO" (a.k.a. LIMITED LIABILITY COMPANY STK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТК)), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Tax ID No. 7703425458 (Russia); Registration Number 1177746349153 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

"STPC" (a.k.a. SHAHID TANDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOOYAN PETROCHEMICAL CO.; a.k.a. SHAHID TONDGOYAN PETROCHEMICAL COMPANY; a.k.a. SHAHID TONDGUYAN PETROCHEMICAL COMPANY), Petrochemical Special Economic Zone (PETZONE), Iran; Valiasr Street, Above Vanak Square, Shahid Daman Afshar, Plain No. 50, Tehran 1969753111, Iran; Khuzestan Imam Khomeini Port Special Economic Zone, 4th Shahid Tondgoyan Petrochemical Company, 6356174196, Iran; P.O. Box 333, Iran; Website www.stpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"STRATEGIC FORCE" (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCES"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"STRATEGIC FORCES" (a.k.a. STRATEGIC ROCKET FORCE; a.k.a. STRATEGIC ROCKET FORCE OF THE KOREAN PEOPLE'S ARMY; a.k.a. THE STRATEGIC ROCKET FORCE COMMAND OF KPA; a.k.a. "STRATEGIC FORCE"), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

"Strix" (a.k.a. SEDLETSKI, Valery; a.k.a. SEDLETSKI, Valery Veniaminovich), Rostov, Russia; DOB 29 Jul 1974; nationality Russia; Gender Male (individual) [CYBER2].

"STS COMPANY" (a.k.a. CLOSED JOINT STOCK COMPANY SPECIAL TRANSPORTATION SERVICES), Ul. Gilyarovskogo D. 40, Moscow 129110, Russia; Tax ID No. 7706129200 (Russia); Registration Number 1027739002873 (Russia) [RUSSIA-EO14024].

"SU HSING" (a.k.a. HSING, Su; a.k.a. MYINT, Li; a.k.a. "U LI MYINT"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

"SU, Madame" (a.k.a. SU, Gui Qin; a.k.a. SU, Guiqin; a.k.a. SU, Zhao; a.k.a. WEI, Su), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; DOB 03 Dec 1959; POB Liaoning Province, China; nationality China; Gender Female; Passport G55408772 (China); alt. Passport G42695702 (China); alt. Passport E03807847 (China); National ID No. R9733840 (China) (individual) [TCO] (Linked To: ZHAO WEI TCO).

"SUCCESSFUL EXCHANGE" (a.k.a. SUEX OTC, S.R.O.), Presnenskaya Embankment, 12, Federation East Tower, Floor 31, Suite Q, Moscow 123317, Russia; Skorepka 1058/8 Stare Mesto, Prague 110 00, Czech Republic (Latin: Skořepka 1058/8 Staré Město, Praha 110 00, Czech Republic); Website suex.io; Digital Currency Address - XBT 12HQDsicffSBaYdJ6BhnE22sfjTESmmzKx; alt. Digital Currency Address - XBT 1L4ncif9hh9TnUveqWq77HfWWt6CJWtrnb; alt. Digital Currency Address - XBT 13mnk8SvDGqsQTHbiGiHBXqtaQCUKfcsnP; alt. Digital Currency Address - XBT 1Edue8XZCWNoDBNZgnQkCCivDyr9GEo4x6; alt. Digital Currency Address - XBT 1ECeZBxCVJ8Wm2JSN3Cyc6rge2gnvD3W5K; alt. Digital Currency Address - XBT 1J9oGoAiHeRfeMZeUnJ9W7RpV55CdKtgYE;

alt. Digital Currency Address - XBT 1295rkVyNfFpqZpXvKGhDqwhP1jZcNNDMV; alt. Digital Currency Address - XBT 1LiNmTUPSJEd92ZgVJjAV3RT9BzUjvUCkx; alt. Digital Currency Address - XBT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - XBT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - XBT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - XBT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - XBT bc1qdt3gml5z5n50y5hm04u2yjdphefkm0fl2zdj68; alt. Digital Currency Address - XBT 1B64QRxfaa35MVkf7sDjuGUYAP5izQt7Qi; Digital Currency Address - ETH 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - ETH 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - ETH 0xe7aa314c77f4233c18c6cc84384a9247c0cf367b; alt. Digital Currency Address - ETH 0x308ed4b7b49797e1a98d3818bff6fe5385410370; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 25 Sep 2018; Digital Currency Address - USDT 0x2f389ce8bd8ff92de3402ffce4691d17fc4f6535; alt. Digital Currency Address - USDT 0x19aa5fe80d33a56d56c78e82ea5e50e5d80b4dff; alt. Digital Currency Address - USDT 1KUUJPkyDhamZXgpsyXqNGc3x1QPXtdhgz; alt. Digital Currency Address - USDT 1CF46Rfbp97absrs7zb7dFfZS6qBXUm9EP; alt. Digital Currency Address - USDT 1LrxsRd7zNuxPJcL5rttnoeJFy1y4AffYY; alt. Digital Currency Address - USDT 1Df883c96LVauVsx9FEgnsourD8DELwCUQ; alt. Digital Currency Address - USDT 16iWn2J1McqjToYLHSsAyS6En3QA8YQ91H; Company Number 07486049 (Czech Republic); Legal Entity Number 5299007NTWCC3U23WM81 (Czech Republic) [CYBER2].

"SUDANI, Abdala" (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "MUSSE"); DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT].

"SUDOEXPORT" (a.k.a. JOINT STOCK COMPANY SUDOEXPORT; a.k.a. JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT; a.k.a. JSC VNESHNEEKONOMICHESKOYE

ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ)), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia; Website www.sudoexport.ru; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

"SUE RC 'KMP'" (a.k.a. CRIMEAN PORTS; a.k.a. STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS'; a.k.a. SUE RK 'CRIMEAN PORTS'), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

"SULAIMAN, Salih Dar" (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"SULAYMAN, Abu" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"SULEIMAN, Salih (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI,

Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar") DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

"SULLAG" (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

"SUMAYYAH, Abu" (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

"SUN TEC" (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUNTAC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

"SUNCE, Antonio Rodriguez" (a.k.a. VELASQUEZ SALDARRIAGA, Hernan Dario; a.k.a. VELASQUEZ, Hernan Dario; a.k.a.

"BUITRAGO, Hermides"; a.k.a. "EL PAISA"; a.k.a. "GARCIA, Carlos Alberto"; a.k.a. "MONTERO, Oscar"; a.k.a. "OSCAR"; a.k.a. "PAISA"), Apure, Venezuela; Colombia; DOB 10 Jan 1963; POB Remedios, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71391335 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

"SUNDUS" (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA") DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

"SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION") (a.k.a. LOS POCHOS DRUG TRAFFICKING ORGANIZATION; a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "MORALES CIFUENTES DTO"), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

"SUNTAC" (a.k.a. SUN TAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUN TEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC GROUP; a.k.a. SUNTAC GROUP OF COMPANIES; a.k.a. SUNTAC INTERNATIONAL TRADING CO., LIMITED; a.k.a. SUNTAC INTERNATIONAL TRADING COMPANY LIMITED; a.k.a. SUNTEC INTERNATIONAL TRADING CO., LIMITED; a.k.a. "SUN TEC"), Thiriyadanar Shopping Complex, No. 177, Zabu Thiri Township, Nay Pyi Taw, Burma; 151 B Thiri Mingalar Lane, Mayangon Township, Yangon, Burma; Organization Established Date 03 Jul 1996; Organization Type: Management consultancy activities [BURMA-EO14014] (Linked To: AUNG, Sit Taing).

"SUPER MISHA" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "TSAREV, Nikita Andreevich"), Serpukhov, Russia; DOB

20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT" (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

"SUPPORTERS OF GOD" (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

"SUPPORTERS OF ISLAM IN KURDISTAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"), Iraq [FTO] [SDGT].

"SUPPORTERS OF ISLAMIC LAW" (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA

PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA), Benghazi, Libya [FTO] [SDGT].

"SUPPORTERS OF ISLAMIC LAW" (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA), Darnah, Libya [FTO] [SDGT].

"SUPPORTERS OF ISLAMIC LAW" (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA), Tunisia [FTO] [SDGT].

"SUPPORTERS OF JERUSALEM" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

"SUPPORTERS OF THE HOLY PLACE" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

"SUPPORTERS OF THE WORD OF ALLAH" (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

"SUPREME LUBRICANTS" (a.k.a. SUPRIM LUBRIKANTS), Ul. Smolnaya D. 24A, Et./Pomeshch. 14/I, Kom./Office. 22/1416, Moscow 125445, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728381322 (Russia); Registration Number 5177746027949 (Russia) [RUSSIA-EO14024].

"SUREH" (a.k.a. THE NUCLEAR REACTORS FUEL COMPANY; a.k.a. "SOOREH"), End of North Kargar Street, Shahid Abtahi Street, (20th), #61, Tehran, Iran; Esfahan Complex Khalije Fars Blvd., 20 km southeast of Esfahan, P.O. Box: 81465-1957, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"SVR" (a.k.a. FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION; a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. SVR ROSSII FKU), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [RUSSIA-EO14024].

"SVRTS PAO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO SEVERO-VOSTOCHNYY REMONTNYY TSENTR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРО-ВОСТОЧНЫЙ РЕМОНТНЫЙ ЦЕНТР); a.k.a. NORTH-EASTERN SHIP REPAIR CENTER JOINT STOCK COMPANY), 1 Ulitsa Vladivostokskaya, Vilyuchinsk 684090, Russia; Organization Established Date 27 Feb 2008; Tax ID No. 4102009338 (Russia); Registration Number 1084141000492 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"SVSZ" (a.k.a. LIMITED LIABILITY COMPANY SREDNEVOLZHSKY STANKOZAVOD), Ul. Naberezhnaya Reki Samary 1, Samara 443036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6311144662 (Russia); Registration Number 1136311005258 (Russia) [RUSSIA-EO14024].

"SWD ES LTD" (a.k.a. SWD EMBEDDED SYSTEMS; a.k.a. "LLC SVD VS"), Kuznetsovskaya st., 19, Saint Petersburg 196128, Russia; PR-KT Moskovskii D. 212, Lit. A, Et/Vkh/P/Of, 2/84N/22/2077, Saint Petersburg 196066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810267943 (Russia); Registration Number 1027804848741 (Russia) [RUSSIA-EO14024].

"SYAH, Heris" (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

"SYFLEX" (a.k.a. SAYEH BAN SEPEHR DELIJAN CO.; a.k.a. SAYEH BAN SEPEHR DELIJAN WATERPROOFING; a.k.a. SAYEH BAN SEPEHR INDUSTRIAL GROUP; a.k.a. SAYEHBAN SEPEHR CO.; a.k.a. SAYEHBAN SEPEHR DELIJAN; a.k.a. SAYEHBAN SEPEHRE DELIJAN COMPANY; a.k.a. "BAMBAN SEPEHR"; a.k.a. "BAMBAN SHARG"), Ravanji Industrial Zone, 15km of Tehran Road, Delijan, Iran; No. 9 Shenasa Street, Vali Asr Street, Tehran, Iran; Website www.sayehbansepehr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2008; National ID No. 10861613180 (Iran); Business Registration Number 1051 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

"SYMMETRON" (a.k.a. SIMMETRON EK; a.k.a. SIMMETRON ELEKTRONNYE KOMPONENTY), ul. Tallinskaya d. 7, Saint Petersburg 195196, Russia; Leningradskoye shosse, 69, build. 1, Moscow 125445, Russia; Bluchera ul. 71b, Novosibirsk 630073, Russia; Very Khoruzhey ul., 1a, office 403, Minsk 220005, Belarus; Tax ID No. 7806296652 (Russia); Registration Number 1187847001341 (Russia) [RUSSIA-EO14024].

"SZK OOO" (a.k.a. LIMITED LIABILITY COMPANY STERLITAMAK CATALYST PLANT; a.k.a. STERLITAMAKSKII ZAVOD KATALIZATOROV), Ul. Tekhnicheskaya 32, Sterlitamak 453110, Russia; Organization Established Date 11 Feb 2004; Tax ID No. 0268033994 (Russia); Registration Number 1040203421378 (Russia) [RUSSIA-EO14024].

"TA FA" (a.k.a. CHA, Ta Fa; a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

"TA KAT" (a.k.a. PAO, Hua Chiang; a.k.a. "PAO HUA CHIANG"), Panghsang, Shan, Burma (individual) [SDNTK].

"TA KUEI" (a.k.a. KRIANGSKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"TA KYET" (a.k.a. PAO, Yu Liang; a.k.a. "PAO YU LIANG"), Mong Mao, Shan, Burma (individual) [SDNTK].

"TA PANG" (a.k.a. PAO, Yu Hsiang; a.k.a. "PAO YU HSIANG"), Kwe Ma, Burma; DOB 19 Sep 1940 (individual) [SDNTK].

"TA RANG" (a.k.a. PAO, Yu Yi; a.k.a. "PAO YU YI"), Panghsang, Shan, Burma (individual) [SDNTK].

"TABANKORT, Hamza" (a.k.a. KHOUIER, Hamama Ould; a.k.a. KOIYA, Hamza Ould; a.k.a. "MEHRI, Hamama"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

"TABANKORT, Zakaria" (a.k.a. HAMADA, Alhoussein Ould; a.k.a. HAMMADA, Hussein Ould), Mali; DOB 1976; alt. DOB 1985; alt. DOB 1986; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

"TABISH, Abdul Rahman Salar" (a.k.a. QAYYUM, Muhammad Tabish Abdul; a.k.a. QAYYUUM, Tabish), Karachi, Pakistan; DOB 09 Apr 1983; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"TAHA, Abu" (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdul Rahab; a.k.a. JARFAN, Abdulrabb Saleh Ahmed), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

"tahersaedi" (a.k.a. SAEDI, Nader; a.k.a. "turk_server"; a.k.a. "turkserver"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"TAHINI, Ahmad" (a.k.a. TAHINI, Abdallah Asad; a.k.a. THAHINI, Abdallah; a.k.a. THINI, Abdalla As'ad); DOB 20 Jun 1965; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

"TAHSIN" (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "ABD-AL-QADIR"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

"TAI PEN" (a.k.a. TAIPEN, S.A. DE C.V.), Av. Juan Palomar y Arias # 569, Col. Jardines Universidad, Zapopan, Jalisco 45110, Mexico; Folio Mercantil No. 33288-1 (Mexico) [SDNTK].

"TAIVANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAIWANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a.

TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAJK" (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-

AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"), Pakistan [FTO] [SDGT].

"TAK" (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a. THE FREEDOM HAWKS OF KURDISTAN) [SDGT].

"TALHA THE GERMAN, Abu" (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"), Syria (individual) [SDGT].

"TAMAS" (a.k.a. NUCLEAR FUEL AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. RAW MATERIALS AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. TAMAS COMPANY), Shahid Chamran Building, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

"Tango Fort" (a.k.a. AMISI, Nkumba; a.k.a. KUMBA, Gabriel Amisi; a.k.a. "Tango Four"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

"Tango Four" (a.k.a. AMISI, Nkumba; a.k.a. KUMBA, Gabriel Amisi; a.k.a. "Tango Fort"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

"Tano" (a.k.a. GARCIA CORRALES, Martin; a.k.a. "Cachuchas"), Mexico; DOB 13 Apr 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACM800413HSLRRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TAQI, Abu" (a.k.a. AL-HAMIDAWI, Riyad Yunis Jasim; a.k.a. "TUQA, Abu"); DOB 16 Jan 1974; POB Baghdad, Iraq; Passport G1751672 expires 08 Feb 2016 (individual) [SDGT].

"TARHUNA 7TH BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

"TARHUNA BRIGADE" (a.k.a. KANIYAT MILITIA; f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"), Libya [GLOMAG].

"TAS-TY ADDU" (a.k.a. SKY NOVA INVESTMENT), Vanilla ge, Hithadhoo, Addu City 19020, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Oct 2022; Business Number BN44802022 (Maldives); Registration Number SP-2913/2022 (Maldives) [SDGT] (Linked To: NAUSHAD SHAREEF, Mohamed).

"TATA JI" (a.k.a. SAEED HAFIZ, Muhammad; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAEED, Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad; a.k.a. "HAFIZ SAHIB"), House No. 116 E, Mohalla Johar, Town: Lahore, Tehsil:, Lahore City, Lahore District, Pakistan; DOB 05 Jun 1950; POB Sargodha, Punjab, Pakistan; nationality Pakistan; Passport BE5978421 (Pakistan) issued 14 Nov 2007 expires 12 Nov 2012; alt. Passport Booklet A5250088 (Pakistan); National ID No. 3520025509842-7 (Pakistan); alt. National ID No. 23250460642 (Pakistan) (individual) [SDGT].

"TATA" (a.k.a. BERMUDEZ MEJIA, Luis Antonio; a.k.a. "TONO" (Latin: "TOÑO")), Colombia; DOB 11 Apr 1969; POB Barrancas, La Guajira, Colombia; citizen Colombia; Gender Male; Cedula No. 84006210 (Colombia); Passport AM019495 (Colombia) (individual) [SDNTK].

"TAUSENT, Anna" (a.k.a. TRAVNIKOVA, Anna (Cyrillic: ТРАВНИКОВА, Анна); a.k.a. "TOWSENT, Anna"), Kaluga, Russia; DOB 09 Jan 1990; POB Moscow, Russia; nationality

Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

"TAWEALY, Saed" (a.k.a. SHARIF, Niamat Hama Rahim Hama; a.k.a. "TAWELA, Sa'ad"), Iran; DOB 1972; alt. DOB 1974; POB Tawilh, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

"TAWELA, Sa'ad" (a.k.a. SHARIF, Niamat Hama Rahim Hama; a.k.a. "TAWEALY, Saed"), Iran; DOB 1972; alt. DOB 1974; POB Tawilh, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

"TAWU" (f.k.a. METAALKUNDE BV; a.k.a. TAWU BVBA; a.k.a. TAWU BVBA MECHANICAL ENGINEERING AND TRADING COMPANY; a.k.a. TAWU MECHANICAL ENGINEERING AND TRADING COMPANY), Bleidenhoek 34, 2230 Herselt, Belgium; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number BE0686.896.689 (Belgium); Business Registration Number 686896689 (Belgium); alt. Business Registration Number BE0686896689 (Belgium) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"TAYSIR" (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

"TAYVANCHIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANIK"; a.k.a. "TONTARHOVNOV,

A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAYVANIK" (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV, Alimzhon Tursunovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TONTARHOVNOV, A."), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TAZUTDINOV, Ildar" (a.k.a. TAZUTDINOV, Ildar Rashitovich), Tatarstan, Russia; DOB 01 Oct 1977; nationality Russia; Gender Male; Passport 757011338 (Russia) expires 21 Feb 2028; National ID No. 9201516121 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

"TC BANK" (a.k.a. BANK TORGOVY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a.

BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

"TCHAPORI, Petit" (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illiasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

"TCO" (a.k.a. CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION; f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"T-COMPONENT" (a.k.a. LLC T-KOMPONENT SP), Pr-kt Leninskii d. 153, floor 2 pom. 60N office 215, Saint Petersburg 196247, Russia; Tax ID No. 7810656900 (Russia); Registration Number 1177847066990 (Russia) [RUSSIA-EO14024].

"TECHNO LAB" (a.k.a. TECHNOLAB), Trabolsi Bldg, 2nd Floor, Main Road, Deir El Zahrani, Nabatieh, Lebanon; Registration ID 6000845 Nabatieh (Lebanon) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER; Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY).

"TEM" (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"), Shishesh Mina Street, Karaj Special Road,

Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

"TEMP.HERMIT" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"TESA" (a.k.a. IRAN CENTRIFUGE TECHNOLOGY COMPANY), Yousef Abad District, No. 1, 37th Street, Tehran, Iran; Khalij-e Fars Boulevard, Kilometre 10 of Atomic Energy Road, Rowshan Shahr, Third Moshtaq Street, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"TESFALEN" (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TSEGAI") DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154;

Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"Tetya Motya" (a.k.a. DAVYDOVA, Natalya; a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

"TETZ" (a.k.a. JOINT STOCK COMPANY TOMSK ELECTROTECHNICAL PLANT), 51a Kirov Ave., Tomsk 634041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7017298902 (Russia); Registration Number 1127017001605 (Russia) [RUSSIA-EO14024].

"TGG" (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

"THABET, Shaykh" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al'-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur";

a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"THABIT, Abu" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al'-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"THABIT, Shaykh Abu" (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al'-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

"THALLIUM" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email

Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"THE ART GALLERY" (Arabic: "معرض الفني") (a.k.a. ARTUAL GALLERY), Eden Garden Building, Ground Floor, Fawzi Al Daouk Street, Beirut, Lebanon; Wazir Building, 1st Floor, Ahmad Soloh Street, Jnah, Beirut, Lebanon; Property No. 3673, 1st Floor, Ahmed Saleh Street, Msaytbeh, Beirut, Lebanon; Website http://artual.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2018; Registration Number 3427220 (Lebanon); alt. Registration Number 1024026 (Lebanon) [SDGT] (Linked To: AHMAD, Hind Nazem).

"THE ASIAN TIGERS" (a.k.a. COMMANDER TARIQ AFRIDI GROUP; a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP; a.k.a. "TGG"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

"The Butcher of Paoua" (a.k.a. NGAIKOISSET, Eugene; a.k.a. NGAIKOSSE, Eugene Barret; a.k.a. NGAIKOSSET, Eugene Barret; a.k.a. NGAIKOUESSET, Eugene; a.k.a. NGAKOSSET, Eugene), Bangui, Central African Republic; DOB 08 Oct 1967; alt. DOB 10 Aug 1967; POB Bossangoa, Central African Republic; nationality Central African Republic; Identification Number 911-10-77 (Central African Republic) (individual) [CAR].

"THE CHECHEN, Abu Jihad" (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a.

ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"THE CHESS PLAYER" (a.k.a. RODRIGUEZ OREJUELA, Gilberto Jose; a.k.a. "LUCAS"), Cali, Colombia; DOB 31 Jan 1939; Cedula No. 6068015 (Colombia); alt. Cedula No. 6067015 (Colombia); Passport T321642 (Colombia); alt. Passport 6067015 (Comoros); alt. Passport 77588 (Argentina); alt. Passport 10545599 (Venezuela) (individual) [SDNT].

"THE DAPPER DON" (a.k.a. KINAHAN, Christopher Vincent; a.k.a. "KINAHAN SENIOR, Christy"; a.k.a. "O'BRIEN, Christopher"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

"THE GLASS AND GAS FACTORY" (a.k.a. SHISHEH VA GAS INDUSTRIES GROUP (Arabic: گروه صنایع شیشه و گاز); a.k.a. "GAS AND GLASS"; a.k.a. "GAS AND GLASS COMPANY"; a.k.a. "GLASS AND GAS CO."; a.k.a. "SHOGA"), 12 Gol Sorkh, Sarvestan St, Shams Abad Industrial Zone, Tehran, Iran; Website https://shoga.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100889278 (Iran); Registration Number 7296 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

"THE INTERIOR BRANCH" (Arabic: " الفرع الداخلي") (a.k.a. SYRIAN GENERAL INTELLIGENCE BRANCH 251 - AL-KHATIB; a.k.a. "AL-KHATEEB BRANCH" (Arabic: " فرع الخطيب"); a.k.a. "BRANCH 251" (Arabic: " الفرع 251"); a.k.a. "BRANCH 251-AL-KHATEEB"), al-

Khatib area of Baghdad Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

"THE MAURITANIAN, Salih" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

"THE MAURITANIAN, Shaykh Yunis" (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

"THE MISSIONARY CURRENT" (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

"THE NEW ROMANTIC CYBER ARMY TEAM" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc360E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3

Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c17243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"THE PEOPLE OF THE CAVE" (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"), Iraq [SDGT].

"THE POPULAR ARMY" (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI") [SYRIA].

"THE SENTINELS" (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

"The Skull" (a.k.a. BOJKOV, Vassil Kroumov; a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "Cherepa"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

"THE STATE OF SINAI" (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"), Egypt [FTO] [SDGT].

"The Surgeon" (a.k.a. ZALDASTANOV, Aleksandr Sergeevich; a.k.a. ZALDOSTANOV, Aleksandr; a.k.a. ZALDOSTANOV, Alexander; a.k.a. ZALDOSTANOV, Alexander Sergeyevich; a.k.a. "Khirurg"); DOB 19 Jan 1963; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

"THE UNITY OF ISLAMIC YOUTH" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"THE VICTORY FRONT" (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT") [FTO] [SDGT].

"THE VIROLOGY CENTER" (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast

610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

"THE YOUTH" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

"THERAB, Abu" (a.k.a. AZIZ, Sa'id Yusuf Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

"THET NAING WIN" (a.k.a. THET, Naing Win), c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; Passport 944168 (Burma) (individual) [SDNTK].

"THIRD BUREAU" (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"THIRD FLOOR" (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

"THORIQUDDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"THORIQUIDDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"THORIQUIDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "TORIQUDDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"THULSIE, Sallahuddin" (a.k.a. THULSIE, Brandon-Lee; a.k.a. "Salahuddin ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

"THULSIE, Yakeen" (a.k.a. THULSIE, Tony-Lee; a.k.a. "Simba"; a.k.a. "Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

"THURAB, Abu" (a.k.a. AZIZ, Sa'id Yusuf Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali

Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

"TI JUNG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasi; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"TI LAPLI" (a.k.a. DESTINA, Renel; a.k.a. "TILAPLI"), Haiti; DOB 11 Jun 1982; POB Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"TIANCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO., LTD" (Chinese Simplified: 天诚一重装山东防务科技有限公司") (a.k.a. ZHONG CHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY CO., LTD (Chinese Simplified: 中成重装防务科技集团); a.k.a. ZHONGCHENG HEAVY EQUIPMENT DEFENSE TECHNOLOGY SHANDONG GROUP CO., LTD. (Chinese Simplified: 中应重装防务科技山东集团有限公司); a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENCE TECHNOLOGY CO.; a.k.a. ZHONGCHENG HEAVY EQUIPMENT SHANDONG DEFENSE TECHNOLOGY CO.), Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian District, Mashang Street Office, Zibo City, Shandong Province, China; Room 1212, Building B, Youth Venture Park, No. 185 Xincun West Road, Zhangdian Street Office, Zibo City, Shandong, China; Organization Established Date 06 Jan 2020; Unified Social Credit Code (USCC) 91370303MA3RC3YM7X (China) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

"tianyinyin0404" (a.k.a. TIAN, Yinyin (Chinese Simplified: 田寅寅); a.k.a. "snowsjohn"), Nanjing, Jiangsu, China (Chinese Simplified: 南京, 江苏, China); DOB 12 Jul 1986; nationality

China; Email Address 417136259@qq.com; Gender Male; Digital Currency Address - XBT 134r8iHv69xdT6p5qVKTsHrcUEuBVZAYak; alt. Digital Currency Address - XBT 15YK647qtoZQDzNrvY6HJL6QwXduLHfT28; alt. Digital Currency Address - XBT 1PfwHNxUnkpfkK9MKjMqzR3Xq3KCtq9u17; alt. Digital Currency Address - XBT 14kqryJUxM3a7aEi117KX9hoLUw592WsMR; alt. Digital Currency Address - XBT 1F2Gdug9ib9NQMhKMGGJczzMk5SuENoqrp; alt. Digital Currency Address - XBT 3F2sZ4jbhvDKQdGbHYPC6ZxFXEau2m5Lqj; alt. Digital Currency Address - XBT 1AXUTu9y3H8w4wYx4BjyFWgRhZKDhmcMrn; alt. Digital Currency Address - XBT 1Hn9ErTCPRP6j5UDBeuXPGuq5RtRjFJxJQ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613621583465; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 321284198607120616 (China) (individual) [DPRK3] [CYBER2] (Linked To: LAZARUS GROUP).

"TIERRA" (a.k.a. ANAYA MARTINEZ, Cesar Daniel); DOB 30 Apr 1981; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 78768807 (Colombia) (individual) [SDNTK].

"TIGAR" (a.k.a. CVIJETINOVIC, Savo; a.k.a. "TIGER"), Bijeljina, Bosnia and Herzegovina; DOB 27 Dec 1959; POB Lopare, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Passport B0252296 (Bosnia and Herzegovina) expires 08 May 2025; National ID No. 87120231E (Bosnia and Herzegovina) expires 15 May 2028 (individual) [RUSSIA-EO14024] (Linked To: INZINJERING-BN BIJELJINA D.O.O.).

"TIGER MEMON" (a.k.a. MEMON, Ibrahim Abdul Razaaq; a.k.a. MEMON, Ibrahim Abdul Razak; a.k.a. "MUSHTAQ"; a.k.a. "MUSTAQ"; a.k.a. "SIKANDER"), Bldg. No. 21 Room No. 1069, Fisherman Colony Mahim, Mumbai, India; House No. C-201, Extension-A, Karachi Development Scheme, Karachi, Pakistan; DOB 24 Nov 1960; POB Mumbai (Bombay), India; nationality India; Passport AA762402 (Pakistan); alt. Passport L152818 (India) (individual) [SDNTK].

"TIGER SQUAD" (a.k.a. FIRQAT EL-NEMR; a.k.a. RAPID INTERVENTION FORCE; a.k.a. SAUDI RAPID INTERVENTION GROUP),

Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

"TIGER" (a.k.a. CVIJETINOVIC, Savo; a.k.a. "TIGAR"), Bijeljina, Bosnia and Herzegovina; DOB 27 Dec 1959; POB Lopare, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Passport B0252296 (Bosnia and Herzegovina) expires 08 May 2025; National ID No. 87120231E (Bosnia and Herzegovina) expires 15 May 2028 (individual) [RUSSIA-EO14024] (Linked To: INZINJERING-BN BIJELJINA D.O.O.).

"TIGRE" (a.k.a. OVERDICK MEJIA, Horst Walter; a.k.a. OVERDICK MEJIA, Walther), KM 208, Ruta Hacia, Coban, Guatemala; DOB 31 Jul 1967; alt. DOB 31 Jul 1968; nationality Guatemala; citizen Guatemala; NIT # 702787-7; Identification Number 0-16 Reg 53089 (Guatemala); alt. Identification Number 0-16 89159 (Guatemala) (individual) [SDNTK].

"TILAPLI" (a.k.a. DESTINA, Renel; a.k.a. "TI LAPLI"), Haiti; DOB 11 Jun 1982; POB Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"TINO" (a.k.a. CASTREJON PENA, Victor Nazario; a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptzaingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

"TINO" (a.k.a. FIGUEROA SALAZAR, Amilcar Jesus), Venezuela; DOB 10 Jul 1954; nationality Venezuela; Gender Male; Cedula

No. 3946770 (Venezuela); Passport 31-2006 (Venezuela) (individual) [VENEZUELA].

"TIO SAM" (Latin: "TÍO SAM") (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "CHIBOLA"; a.k.a. "GORDO MAX"; a.k.a. "TOLOLO"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"TIO" (a.k.a. ESTEVEZ COLMENARES, Ricardo, a.k.a. SOTO RODRIGUEZ, Bogar; a.k.a. "LOCO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TITAN-BARRIKADY" (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

"Tito" (a.k.a. GACANIN, Edin), Bosnia and Herzegovina; Dubai, United Arab Emirates; Netherlands; DOB 12 Oct 1982; POB Bosnia and Herzegovina; nationality Bosnia and Herzegovina; alt. nationality Netherlands; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"TIURIK" (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a.

TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TK BANK" (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

"TKB PJSC" (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1. 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

"TMGIC" (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

"TMH" (a.k.a. AO TRANSMASHHOLDING; a.k.a. TRANSMASHHOLDING JSC), ul. Efremova D. 10, Moscow 119048, Russia; Tax ID No. 7723199790 (Russia); Registration Number 1027739893246 (Russia) [RUSSIA-EO14024].

"TMK MIDDLE EAST" (a.k.a. SPS ME FZCO (Arabic: اس بی اس ام ای ش م ح)), Office 438, Building 4WB, Dubai Airport Free Zone, Dubai, United Arab Emirates; Registration Number 11436620 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

"TMZ PAO" (a.k.a. PUBLIC JOINT STOCK COMPANY TUTAEV MOTOR PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TUTAEVSKI MOTORNY ZAVOD; a.k.a. TUTAEVSKI MOTORNY ZAVOD OTKRYTOE AKTSIONERNOE OBSHCHESTVO), 1, Builders Street, Tutayev 152 300, Russia; d. 1, ul. Stroitelei Tutaev, Tutaevski Raion, Yaroslavskaya Obl. 152303, Russia; Organization Established Date 04 Nov 2002; Tax ID No. 7611000399 (Russia); Government Gazette Number 00233218 (Russia); Registration Number 1027601272082 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

"TOCHMASH (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. JSC VPA TOCHMASH; a.k.a. VLADIMIR TOCHMASH; a.k.a. VPO TOCHMASH AO), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

"TOHMA, Nabil (Arabic: نبيل طعمة) (a.k.a. MOHAMMED TOHMA, Nabil (Arabic: نبيل محمد طعمة); a.k.a. TOUMEH BIN MOHAMMED, Nabil (Arabic: نبيل طعمة بن محمد); a.k.a. TOUMEH, Nabil; a.k.a. TU'MAH, Nabil; a.k.a. "BIN MOHAMMED TOAMEH, Nabil"), Damascus, Syria; DOB 04 Jan 1957; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

"TOLOLO" (a.k.a. ROBERTO ORELLANA, Jose (Latin: ROBERTO ORELLANA, José); a.k.a. "CHIBOLA"; a.k.a. "GORDO MAX"; a.k.a. "TIO SAM" (Latin: "TÍO SAM"), Canton Cambio Chanmico, Calle Vieja, Casa #66, San Juan Opico, La Libertad, El Salvador; DOB 29 Jun 1973; Identification Number 011319137-3 (El Salvador) (individual) [TCO] (Linked To: MS-13).

"TOM" (a.k.a. MESA VALLEJO, Juan Carlos; a.k.a. "CARLOS CHATAS"); DOB 08 Dec 1967; POB Bello, Antioquia, Colombia; citizen Colombia; Cedula No. 71698071 (Colombia) (individual) [SDNTK].

"TOMO" (a.k.a. KOVAC, Tomislav); DOB 04 Dec 1959; POB Sarajevo, Bosnia-Herzegovina; Passport 412959171315 (Bosnia and Herzegovina) (individual) [BALKANS].

"TONO LENA" (Latin: "TOÑO LEÑA") (a.k.a. DEL ROSARIO PUENTE, Ramon Antonio), Dominican Republic; DOB 13 Sep 1968; POB Guaymate, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0027057-9 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

"TONO" (Latin: "TOÑO") (a.k.a. BERMUDEZ MEJIA, Luis Antonio; a.k.a. "TATA"), Colombia; DOB 11 Apr 1969; POB Barrancas, La Guajira, Colombia; citizen Colombia; Gender Male; Cedula No. 84006210 (Colombia); Passport AM019495 (Colombia) (individual) [SDNTK].

"TONTARHOVNOV, A." (a.k.a. TAKHTAKHUNOV, Alimzhan Ursulovich; a.k.a. TOCHTACHUNOV, Alizam; a.k.a. TOHTAHUNOV, Olimjon; a.k.a. TOKHTAKHOUNOV, Alimjan; a.k.a. TOKHTAKHOUNOV, Alim-Jean; a.k.a. TOKHTAKHOUNOV, Alimzhan Tursunovich; a.k.a. TOKHTAKHOUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alimajan; a.k.a. TOKHTAKHUNOV, Alimkan; a.k.a. TOKHTAKHUNOV, Alimkhan; a.k.a. TOKHTAKHUNOV, Alimzan; a.k.a. TOKHTAKHUNOV, Alimzhan Tursunovich (Cyrillic: ТОХТАХУНОВ, АЛИМЖАН ТУРСУНОВИЧ); a.k.a. TOKHTAKHUNOV,

Alimzhon Tursonovich; a.k.a. TOKHTAKHUNOV, Alinjan; a.k.a. TOKHTAKHUNOV, Alinkhan; a.k.a. TOKHTAKHUNOV, Alizman; a.k.a. TOKHTAKOUNOV, Alinkhan; a.k.a. "ALIK TAYVANCHIK"; a.k.a. "LITTLE TAIWANESE"; a.k.a. "TAIVANCHIK"; a.k.a. "TAIWANCHIK"; a.k.a. "TAYVANCHIK"; a.k.a. "TAYVANIK"), Peredelkino, Moscow, Russia; DOB 01 Jan 1949; alt. DOB 31 Dec 1949; POB Tashkent, Uzbekistan; alt. POB Israel; Gender Male; Passport 4507000833 (Russia); alt. Passport 50465506 (Russia); alt. Passport 5981915 (Israel); Tax ID No. 770465002364 (Russia); Identification Number 313617722 (Israel); alt. Identification Number TKHLZH49T31Z154A (Italy); alt. Identification Number 304770000196297 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"Tony Montana" (a.k.a. MORA GARIBAY, Joel; a.k.a. OSEGUERA CERVANTES, Antonio), Priv Linda Vista 3986, Fracc El Soler, Tijuana, B.C. 22110, Mexico; DOB 20 Aug 1958; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. OECA580820HMNSRN04 (Mexico); I.F.E. OSCRAN58082016H800 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION).

"TORIQUDDIN" (a.k.a. RUSDAN, Abu; a.k.a. "ABU THORIQ"; a.k.a. "RUSDJAN"; a.k.a. "RUSJAN"; a.k.a. "RUSYDAN"; a.k.a. "THORIQUDDIN"; a.k.a. "THORIQUIDDIN"; a.k.a. "THORIQUIDIN"); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia; citizen Indonesia; National ID No. 1608600001 (Indonesia) (individual) [SDGT].

"TOTAL_LOOKCLN" (a.k.a. TOTAL LOOK; a.k.a. "OUTLET_TLOOK"), Culiacan, Sinaloa, Mexico; Website www.totallook.mx; Organization Type: Retail sale of clothing, footwear and leather articles in specialized stores [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre).

"TOWSENT, Anna" (a.k.a. TRAVNIKOVA, Anna (Cyrillic: ТРАВНИКОВА, Анна); a.k.a. "TAUSENT, Anna"), Kaluga, Russia; DOB 09 Jan 1990; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

"TPZ" (a.k.a. TAMBOV GUNPOWDER PLANT; a.k.a. TAMBOV POWDER PLANT; a.k.a. TAMBOVSKII POROKHOVOI ZAVOD), PR-kt Truda D.23, Kotovsk 393190, Russia; Registration ID 1026801010994 (Russia); Tax

ID No. 6825000757 (Russia) [RUSSIA-EO14024].

"TRAKIA-PAPER 96 OOD" (a.k.a. TRAKIA-PAPIR 96 OOD), 9 Iskar, Oborishte Distr, Sofia, Bulgaria; Organization Established Date 1996; Government Gazette Number 121220666 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

"TRANS LOGISTIC" (a.k.a. TRANS LOGISTIK, OOO (Cyrillic: ООО ТРАНС ЛОГИСТИК)), d. 37 litera A etazh, pom., ofis 2/66/215, prospekt Stachek, St. Petersburg 198097, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7805719070 (Russia); Government Gazette Number 20567335 (Russia); Registration Number 1177847397848 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"TRANSPORT COMPANY LLC VTTK" (a.k.a. LIMITED LIABILITY COMPANY EASTERN TRADING TRANSPORT COMPANY; a.k.a. VOSTOCHNAYA TORGOVO TRANSPORTNAYA KOMPANIYA), Ul. Lva Tolstogo D. 12, Pomeshch.VII 9, Khabarovsk 680000, Russia; Tax ID No. 2722046689 (Russia); Registration Number 1152722003037 (Russia) [RUSSIA-EO14024].

"Treinta" (a.k.a. LARRANAGA HERRERA, Jesus Norberto; a.k.a. "Chuy"; a.k.a. "El 30"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

"TRO" (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), Kandasamy Koviladi, Kandy Road (A9 Road),

Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Voelklinger Str. 8, Wuppertal 42285, Germany; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502, United States; 1079 Garratt Lane, London SW17 0LN, United Kingdom; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT].

"Tropa" (a.k.a. ISKRITSKY, Mikhail; a.k.a. "Mty"), Moscow, Russia; DOB 05 Nov 1981; nationality Russia; Email Address wet-dhg@rambler.ru; Gender Male (individual) [CYBER2].

"T-RUBBER" (a.k.a. T-RUBBER CO., LTD; a.k.a. T-RUBBER COMPANY; a.k.a. T-RUBBER LTD), Rubber Industrial Zone, Shaling Town, Yuhong District, Shenyang 110144, China; No. 5-1, Shenxi Sandong Road, Economic

Technology Development Area, Shenyang, Liaoning 110002, China; Website http://www.t-rubber.com/ [SYRIA].

"TS CO." (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"TS COMPANY" (a.k.a. KALAYE SABZ ORZ COMPANY; a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

"TSAREV, Nikita Andreevich" (a.k.a. TSAREV, Mikhail Mikhailovich; a.k.a. "GRACHEV, Alexander"; a.k.a. "IVANOV MIXAIL"; a.k.a. "MANGO"; a.k.a. "MISHA KRUTYSHA"; a.k.a. "SUPER MISHA"), Serpukhov, Russia; DOB 20 Apr 1989; nationality Russia; Email Address tsarev89@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"TSC LTD" (a.k.a. OOO TEKHNOLOGII SISTEMY I KOMPLEKSY; a.k.a. TECHNOLOGIES SYSTEMS AND COMPLEXES LIMITED), Per. Perevedenovskii d. 21, str. 13, floor 1, pomeshch. 10, Moscow 105082, Russia; Tax ID No. 7701922888 (Russia); Registration Number 1117746474010 (Russia) [RUSSIA-EO14024].

"TSEGAI (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport

Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

"TSITSILA" (a.k.a. SHEMAZASHVILI, Koba Shalvovich; a.k.a. SHERMAZASHVILI, Koba, a.k.a. "KOBA RUSTAVSKIY"); DOB 1974; POB Rustavi, Georgia (individual) [TCO].

"TSKBA AO" (a.k.a. CENTRAL DESIGN BUREAU FOR AUTOMATICS ENGINEERING JSC; a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU OF AUTOMATICS), PR-KT Kosmicheskii D. 24 A, Omsk 644027, Russia; Organization Established Date 10 Sep 1949; Tax ID No. 5506202219 (Russia); Registration Number 1085543005976 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

"TSNII SM" (a.k.a. CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

"TSNII VVKO" (a.k.a. CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII; a.k.a. FGBU TSNII VVKO MINOBORONY ROSSII), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

"TSNK" (a.k.a. DIAGNOSTIKA M LLC), Pr-kt Volgogradskii D. 42, Et. 13, Kom. 12, Moscow 109316, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7720081285 (Russia); Registration Number 1037739045552 (Russia) [RUSSIA-EO14024].

"TSOFT LLC" (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

"TSOFT OOO" (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

"TSSD AO" (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД); a.k.a. DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY; a.k.a. "TSSD JSC"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"TSSD JSC" (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД); a.k.a. DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY; a.k.a. "TSSD AO"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

"TSVK" (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ)), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

"TSZL VI OOO" (a.k.a. LIMITED LIABILITY COMPANY CENTER OF PURCHASES AND LOGISTICS OF THE HELICOPTER INDUSTRY), Per. 3-I Kotelnicheskii D. 6, Str. 1, Moscow 115172, Russia; Organization Established Date 20 Oct 2009; Tax ID No. 7731636010 (Russia); Registration Number 1097746637779 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"TTP-JA" (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

"TTP-JUA" (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

"TUAN ISNILON" (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

"TUAN SHAO KUEI" (a.k.a. KRIANGKRAI, Tuangwitthayakun; a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

"TUKESA" (a.k.a. PERIC, Jozo); DOB 31 Jan 1959; POB Pjesevac Kula, Bosnia-Herzegovina (individual) [BALKANS].

"TULI" (a.k.a. SAMAYOA MONTEJO, Roger Antulio), Guatemala; DOB 07 Oct 1989; POB Guatemala; nationality Guatemala; Gender Male; NIT # 72405902 (Guatemala); C.U.I. 2344272801331 (Guatemala) (individual) [ILLICIT-DRUGS-EO14059].

"TUNCO" (a.k.a. GONZALEZ HIGUERA, Jaime; a.k.a. "EL TUNCO"), Mexico; DOB 07 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOHJ720307HSLNGM00 (Mexico) (individual) [SDNTK].

"TUQA, Abu" (a.k.a. AL-HAMIDAWI, Riyad Yunis Jasim; a.k.a. "TAQI, Abu"); DOB 16 Jan 1974; POB Baghdad, Iraq; Passport G1751672 expires 08 Feb 2016 (individual) [SDGT].

"TURAB, Abu" (a.k.a. AZIZ, Sa'id Yusuf Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

"TURAB, Abu" (a.k.a. ABUTURAB, Ali Muhammad; a.k.a. MOHAMMAD, Ali Mohammad Aburtorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Aburtorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

"TURCO" (a.k.a. JAMIL GEORGES, Fahd; a.k.a. JAMIL GEORGES, Fuad; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "EL PADRINO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

"turk_server" (a.k.a. SAEDI, Nader; a.k.a. "tahersaedi"; a.k.a. "turkserver"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"turkserver" (a.k.a. SAEDI, Nader; a.k.a. "tahersaedi"; a.k.a. "turk_server"); DOB 22 Feb 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

"TUSO" (a.k.a. ZAPATA GARZON, Jhon Fredy; a.k.a. ZAPATA GARZON, John Fredy; a.k.a. "CANDADO"; a.k.a. "CANDADO MESSI"), Vereda El Silencio, Carepa, Antioquia 05147, Colombia; Av. Cra. 7, No. 130-00, Bogota, Colombia; Carrera 78, Barrio Pueblo Nuevo, Verada Carepa, Apartado, Antioquia 00829455, Colombia; Finca El Reposo, Vereda Aguas Claras, Necocli, Antioquia 034937, Colombia; Finca Mariancel N-1, Vereda Aguas Claras, Necocli, Antioquia 034938, Colombia; Finca La Diana, Finca Mariancel N-5, Vereda Aguas Claras, Necocli, Antioquia 03414390, Colombia; Finca Aguas Claritas, Finca Mariancel N-3, Vereda Aguas Claras, Necocli, Antioquia 03417, Colombia; El Billar, Vereda Cacique, La Tebaida, Quindio 28040222, Colombia; Transversal 21 No. 18-180 Unid. Residencial

Senderos De La Pradera P.H. Apto. 202 Torre 3, Dosquebradas, Risaralda 29474418, Colombia; DOB 11 Apr 1978; POB Chigorodo, Antioquia, Colombia; nationality Colombia; Gender Male; Cedula No. 71253351 (Colombia); Passport AS700605 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

"TUTO" (a.k.a. RIOS LOPEZ, Didier de Jesus); DOB 18 Jun 1974; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98622424 (Colombia) (individual) [SDNTK].

"TWA LLC" (Arabic: "شركة تي دبليو أيه") (a.k.a. WASSIM KATTAN LLC; a.k.a. "WK LLC" (Arabic: "دبليو كيه")), Rural Damascus, Syria; Organization Established Date 04 Jul 2019; Organization Type: Sale of motor vehicle parts and accessories [SYRIA] (Linked To: AL-QATTAN, Wassim Anwar).

"TWJWA" (a.k.a. JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA; a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"), Gao, Mali; Bourem, Mali [SDGT].

"TXEROKI" (a.k.a. DE GARIKOITZ ASPIAZU RUBINA, Miguel; a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "CHEROKEE"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

"TYURIK" (Cyrillic: "ТЮРИК") (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB

20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"TYURYA" (a.k.a. GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ); a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Wladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК")), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"U LI MYINT" (a.k.a. HSING, Su; a.k.a. MYINT, Li; a.k.a. "SU HSING"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Ta Na (Naing)019077 (Burma) (individual) [SDNTK].

"U OO OO KHINE" (a.k.a. KHINE, Oo Oo; a.k.a. "OO OO KHINE"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM

GEMS CO., LTD., Yangon, Burma; 15 Bongyi Street, Lanmadaw Township, Rangoon, Burma; Passport A056782 (Burma); National ID No. 009016 (Burma) (individual) [SDNTK].

"UBAIDAH, Abu" (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

"UBAYDI, Abu-Amr" (a.k.a. AL-UBAYDI, Khalid Sa'id Ghabish; a.k.a. AL-UBAYDI, Khalid Sa'id Ghubaysh), Hadramawt Governorate, Yemen; DOB 1984 to 1986; POB United Arab Emirates; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

"UCB JSC" (a.k.a. JOINT STOCK COMPANY UNITED CREDIT BUREAU), 9 B. Tatarskaya Street, floor 4, office 51, Moscow 115184, Russia; Tax ID No. 7710561081 (Russia); Registration Number 1047796788819 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

"UCON COMPANY" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UKON; a.k.a. UCON LLC), Str. Bokonbaeva 204, Bishkek 720001, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Aug 2022; Tax ID No. 02408202210349 (Kyrgyzstan) [RUSSIA-EO14024].

"UHODIRANSOMWAR" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "МАТВЕЕВ, Михаил Mix"); a.k.a. "MATYEEV, Mikhail" (Cyrillic: "МАТВЕЕВ, Михаил"); a.k.a. "WAZAWAKA"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"UK NAVIGATOR" (a.k.a. OOO NAVIGATOR ASSET MANAGEMENT (Cyrillic: ООО УК НАВИГАТОР); a.k.a. "ASSET MANAGEMENT COMPANY NAVIGATOR"), ul. Gilyarovskogo, d. 39, str. 3, et. 12, kom. 17, Moscow 129110, Russia; Organization Established Date 30 Sep 2002; Tax ID No. 7725206241 (Russia); Registration Number 1027725006638 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

"UKIP" (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

"UKIP, OOO" (a.k.a. LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY; a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

"ULLAH, Aman" (a.k.a. AFRIDI, Amanullah; a.k.a. URS, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "MUFTI ILYAS"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male (individual) [SDGT].

"ULLAH, Ehsan" (a.k.a. AHSAN, Muhammad; a.k.a. EHSAN, Muhammad; a.k.a. IHSAN, Muhammad), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ULTRAPHARMA" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"ULTRAVITAL" (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

"UMANGIS MIKE" (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

"'Umar al-Afghani" (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"); DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"'Umar al-Qatari" (a.k.a. 'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif; a.k.a. "'Umar al-Tayyar"); DOB 13 Jul 1989; nationality Jordan; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

"'Umar al-Tayyar" (a.k.a. 'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif; a.k.a. "'Umar al-Qatari"); DOB 13 Jul 1989; nationality Jordan; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

"Umar the Chechen" (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

"UMAR, Ahmad" (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

"UMBRELLA INDUSTRIAL" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AMBRELLA INDASTRIAL), Pr-D Zavodskoi D. 2, Office 636, Fryazino 141190, Russia; Tax ID No. 5050136084 (Russia); Registration Number 1185050000300 (Russia) [RUSSIA-EO14024].

"UMMC" (a.k.a. JOINT STOCK COMPANY URAL MINING AND METALLURGICAL COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO URALSKAYA GORNO METALLURGICHESKAYA KOMPANIYA), 1, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia;

Organization Established Date 20 Oct 1999; Tax ID No. 6606013640 (Russia); Government Gazette Number 52306330 (Russia); Registration Number 1026600727713 (Russia) [RUSSIA-EO14024].

"UMUROW, Ma'd" (a.k.a. HAJI, Mohamed Omar; a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; DOB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"UNCLE TOLI" (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

"UNIJET COMPANY LIMITED" (a.k.a. OOO YUNIDZHET (Cyrillic: ООО ЮНИДЖЕТ); a.k.a. UNIJET), Moscow, Russia; Website unijet.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 10 Dec 2009; Tax ID No. 7703711949 (Russia) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

"UNIMATIC" (a.k.a. UNIMATIK MSK), B-R Osennii D. 23, Pomeshch. I, Kom. 5, Moscow 121609, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714460133 (Russia); Registration Number 1207700161789 (Russia) [RUSSIA-EO14024].

"UNIT 110" (a.k.a. 110TH RESEARCH CENTER; a.k.a. "LAB 110"), Pyongyang, Korea, North; Shenyang, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

"UNITED GEORGIAN BANK" (a.k.a. JSC VTB BANK GEORGIA; a.k.a. VTB BANK GEORGIA JOINT STOCK COMPANY; a.k.a. VTB BANK GEORGIA JSC), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

"UNITED TRADING SITE" (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

"UNITERES" (a.k.a. UNITE RESOURCES CO., LIMITED; a.k.a. UNITE RESOURCES COMMERCIAL LIMITED), Lemmi Centre, Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong, China; Manglier Street, Victoria, Seychelles; Organization Established Date 19 Jun 2013; C.R. No. 1925133 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

"UOMZ" (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER

E.S. YALAMOV; a.k.a. JSC PA UOMP; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. URALS OPTICAL MECHANICAL PLANT), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

"UPC" (a.k.a. URMIA PETROCHEMICAL COMPANY), Iran; Website www.urpcc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

"URBINA, Wendy Carolina" (a.k.a. MORALES URBINA, Wendy Carolina; a.k.a. MORALES, Wendy Carolina; a.k.a. "MORALES, Wendy"), Managua, Nicaragua; DOB 28 May 1980; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Female; National ID No. 001-280580-0021Y (Nicaragua) (individual) [NICARAGUA].

"USC LTD" (a.k.a. COMPLEX UNMANNED SOLUTIONS CENTER LTD), Spasateley St., 7, Zhukovsky 140184, Russia; Ul. Luch, D. 24/1a, floor 2, Pomeshch. 112, Zhukovsky 140184, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040176793 (Russia); Registration Number 1225000003458 (Russia) [RUSSIA-EO14024].

"USM LLC" (a.k.a. USM LIMITED LIABILITY COMPANY; a.k.a. YUESEM), Pr-Kt Tekstilshchikov D. 46, Pom.1, Kom.56, Kostroma 156000, Russia; Tax ID No. 7725327133 (Russia); Registration Number 1167746761302 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

"USTAAD SHEHEB" (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

"USTAD DAUD ZULKARNAEN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAN"; a.k.a. "ZULKARNIN"),

Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"UTHMAN, Hassan" (a.k.a. OTHMAN, Hasan Chehadeh (Arabic: حسن شحاده عثمان); a.k.a. OTHMAN, Hassan Shehadeh), Baalbak, Lebanon; DOB 29 Jun 1979; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 3571577 (Lebanon) (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

"UTN" (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

"UVZ" (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

"UZGA AO" (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII; a.k.a. AO URAL CIVIL AVIATION FACTORY; a.k.a. JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

"VAHID" (a.k.a. KARIMA, Abdollah); DOB 21 Mar 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 093-343402-2; Birth Certificate Number 4043 (individual) [CYBER2].

"VALENCIA, Esteban" (a.k.a. MORFIN RODRIGUEZ, Esteban; a.k.a. RODRIGUEZ JIMENEZ, Esteban; a.k.a. RODRIGUEZ LARIOS, Esteban; a.k.a. RODRIGUEZ MORFIN, Esteban; a.k.a. RODRIGUEZ OLIVERA, Esteban), Ricardo Giradles 5107, Colonia Jardines de Universidad, Guadalajara, Mexico; Vereda del Canario 1, Guadalajara, Jalisco, Mexico; Sendera las Acacias 92, Guadalajara, Jalisco, Mexico; Ciudad Victoria, Allende Hwy, Allende, Guanajuato, Mexico; Ocampo 49, Tecalitlan, Jalisco, Mexico; Puerto de Hierro, Zapopan, Jalisco, Mexico; Mexico City, Distrito Federal, Mexico; Universidad, Guadalajara, Jalisco, Mexico; DOB 19 Dec 1964; POB Tecalitlan, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 0801009041 (Mexico) issued 02 Nov 2008 expires 02 Nov 2018 (individual) [SDNTK].

"VANGUARDS OF THE SOLDIERS OF THE CALIPHATE" (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

"VASM" (a.k.a. VALIAKHMETOV, Vadim; a.k.a. VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "MENTOS"; a.k.a. "WELDON"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"VASYA VOSKRES" (a.k.a. KHRISTOFOROV, Vasili; a.k.a. KHRISTOFOROV, Vasiliy Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ); a.k.a. "VOSKRES" (Cyrillic: "ВОСКРЕС")), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VATECH" (a.k.a. VATECH LEBANON; a.k.a. VATECH SARL; a.k.a. VATECH VIDEO AND PRO AUDIO), P.O. Box 14-5728, Jishi Building, Salim Slam Street, Mazraa, Beirut, Lebanon; P.O. Box 14-5728, Borj al Salam Building, Salim Slam Street, Beirut, Lebanon; Jaafar Building, Mazraa Street, Beirut, Lebanon; Jaafar Building, Moseitbi Street, Beirut, Lebanon; Jaafar Building, Salim Slam Street, Mazraa, Beirut, Lebanon; Jishi Building, Mazraa Street, Beirut, Lebanon; Website www.vatech.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: SERHAN, Fadi Hussein).

"VAYBOS" (a.k.a. VAIBOS; a.k.a. "VYBOS"), Ul. Programmistov D. 4, Str. 3, Office 115, Dubna 141983, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5017105360 (Russia); Registration Number 1155017000456 (Russia) [RUSSIA-EO14024].

"VAZ IMPULS" (a.k.a. LIMITED LIABILITY COMPANY VELIKOLUKSY BATTERY PLANT IMPULS; a.k.a. VELIKOLUKSKII AKKUMULYATORNYI ZAVOD IMPULS), Ul. Gogolya D. 3, Pomeshch 3, Velikiye Luki 182115, Russia; Secondary sanctions risk: this person is designated for operating or having

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722384856 (Russia); Registration Number 5167746421431 (Russia) [RUSSIA-EO14024].

"VB AYYA" (a.k.a. SHIYAM, Ali), Maldives; DOB 25 Oct 1987; POB Male, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport F0303172 (Maldives) expires 08 Feb 2020; National ID No. A039352 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

"VBRR" (a.k.a. JOINT STOCK COMPANY RUSSIAN REGIONAL DEVELOPMENT BANK; a.k.a. VSEROSSIYSKY BANK RAZVITIYA REGIONOV), 65/1 Suschevsky Val, Moscow 129594, Russia; SWIFT/BIC RRDBRUMM; Target Type Financial Institution; Tax ID No. 7736153344 (Russia); Identification Number XC6QLI.00000.LE.643 (Russia); Legal Entity Number 549300FIJ3MYU0VX6Y72; Registration Number 1027739186914 (Russia) [RUSSIA-EO14024].

"VCFO" (a.k.a. CARTEL DE JUAREZ; a.k.a. JUAREZ CARTEL; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "LA LINEA"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

"VEB" (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization

Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

"VELESSTROY" (f.k.a. AMERKO OOO; a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [RUSSIA-EO14024].

"Veliki Slavian" (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Jan; a.k.a. PETROVSKY, Yan; a.k.a. "Velikyi Slavyan"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"Velikyi Slavyan" (a.k.a. PETROVSKIY, Yan Igorevich; a.k.a. PETROVSKY, Jan; a.k.a. PETROVSKY, Yan; a.k.a. "Veliki Slavian"), Russia; Ukraine; Norway; DOB 02 Jan 1987; POB Irkutsk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TASK FORCE RUSICH).

"VELVET CHOLLIMA" (a.k.a. KIMSUKY; a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teripari25@gmail.com; alt. Email Address seanchung.hannvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email

Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kdie@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.214; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

"VESELINOVIC, Zarko" (a.k.a. VESELINOVIC, Zharko Jovan; Kralj Peter St., Mitrovica, Kosovo; DOB 23 Feb 1985; POB Dolane Village, Zvecan, Kosovo; nationality Serbia; alt. nationality Kosovo; Gender Male; Driver's License No. 2806 (Serbia); Identification Number 1502145386 (individual) [GLOMAG].

"VEVAK" (a.k.a. IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY; a.k.a. VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR; a.k.a. "MOIS"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [SDGT] [SYRIA] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

"VIAM" (Cyrillic: "ВИАМ") (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSIKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

"VIEJO DAN" (a.k.a. CAMPBELL LICONA, David Elias; a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a.

"CAMPBELL, David"; a.k.a "DON DAVID"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

"VIEJO PAVAS" (a.k.a. MENDOZA FIGUEROA, Jose Luis (Latin: MENDOZA FIGUEROA, José Luís)); DOB 12 Nov 1964; POB El Salvador; citizen El Salvador (individual) [TCO].

"VIEJO SANTOS" (a.k.a. RIVERA-LUNA, Moises Humberto; a.k.a. "SANTOS"; DOB 23 May 1969; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

"VIMPEL" (a.k.a. JSC MAC VYMPEL; a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

"VIP ROOM" (a.k.a. SUPLINKA SRL), Av. Abraham Lincoln Esq. Independencia, Zona Universitaria, Santo Domingo, Dominican Republic; Tax ID No. 131-40246-1 (Dominican Republic) [SDNTK].

"VISAJE" (a.k.a. PALENCIA GONZALEZ, Cipriam Manuel); DOB 18 Apr 1979; POB Valencia, Cordoba, Colombia; citizen Colombia; Cedula No. 10903608 (Colombia) (individual) [SDNTK].

"VISCO" (a.k.a. VIAN STEEL COMPLEX; a.k.a. VIAN STEEL MELTING AND CASTING COMPANY), No. 16, Esfandiar Blvd., Vali-e Asr Ave., Tehran 1968656391, Iran; 42nd Km. of Hamedan- Tehran Road, South Eastern of Mofatteh Power Plant, Hamedan, Iran; Website www.viansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

"VITEL HOMME" (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitel'homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. VITEL'HOMME, Innocent), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

"VKS" (a.k.a. RUSSIAN AEROSPACE FORCES), Kolymazhnyy Pereulok 14, Moscow, Russia; Organization Established Date 01 Aug 2015; Target Type Government Entity [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"VLADEX" (a.k.a. LIMITED LIABILITY COMPANY VLADEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС); a.k.a. LLC VLADEKS (Cyrillic: ООО ВЛАДЕКС)), ul. Volkhovskaya, d. 29, office 505, Vladivostok 690018, Russia; Organization Established Date 22 Mar 2018; Tax ID No. 2543123270 (Russia); Registration Number 1182536008710 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

"VLADIMIR BILIY" (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VOLODYMYR BILYY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct 1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VMC LLC" (a.k.a. LIMITED LIABILITY COMPANY VOSKHOD MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ВОСХОД)), 17 Okeanskiy Avenue, Office T9, Vladivostok, Primorskiy Krai 690091, Russia; 3 Dolgoprudnenskoye Highway, Complex XI, Floor 4, Room 32, Northern Municipal District, Moscow 127495, Russia; Organization Established Date 21 Oct 2021; Tax ID No. 9715408154 (Russia); Registration Number 1217700508563 (Russia) [RUSSIA-EO14024].

"VNIGAZ" (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl.

142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

"VNIIA" (a.k.a. ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV; a.k.a. FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE), 22 Sushchevskaya st., Moscow 127055, Russia; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [RUSSIA-EO14024].

"VNIIEF" (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

"VNIIRT" (a.k.a. JOINT STOCK COMPANY VSEROSSIYSKY INSTITUTE FOR SCIENTIFIC RESEARCH RADIOTEKHNIKI; a.k.a. JSC ALL RUSSIAN RESEARCH INSTITUTE OF RADIO ENGINEERING), 22 Bolshaya Pochtovaya st., Moscow 105082, Russia; Organization Established Date 06 Nov 2020; Tax ID No. 7701315700 (Russia);

Registration Number 1027701015352 (Russia) [RUSSIA-EO14024].

"VNIITF" (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABAKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

"VOLAT" (a.k.a. MINSK WHEEL TRACTOR PLANT (Cyrillic: МИНСКИЙ ЗАВОД КОЛЕСНЫХ ТЯГАЧЕЙ); a.k.a. MINSK WHEEL TRACTOR PLANT JSC; a.k.a. MINSK WHEEL TRACTOR PLANT OPEN JOINT STOCK COMPANY; a.k.a. MINSK WHEELED TRACTOR PLANT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII ZAVOD KOLESNYKH TYAGACHEI; a.k.a. "OJSC MWPT"; a.k.a. "OJSC MZKT" (Cyrillic: "ОАО МЗКТ")), Partizanski Ave 150, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Registration Number 100534485 (Belarus) [NPWMD] [BELARUS-EO14038].

"VOLHVB" (a.k.a. GALOCHKIN, Maksim; a.k.a. "BENTLEY"; a.k.a. "CRYPT"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"VOLODYMYR BILYY" (a.k.a. PICHUGIN, Yuri Viktorovich (Cyrillic: ПИЧУГИН, ЮРИЙ ВИКТОРОВИЧ); a.k.a. PICHUGIN, Yuriy; a.k.a. PICHUGIN, Yury; a.k.a. "PICHUGA" (Cyrillic: "ПИЧУГА"); a.k.a. "VLADIMIR BILIY"), 2/1 Geroyev Panfilovtsev Street, Moscow, Russia; Barviha Hills, Moscow, Russia; DOB 18 Oct

1965; POB Azanka, Tavdinsky District, Sverdlovsk Oblast, Russia; nationality Russia; Gender Male; Passport 618684 (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VOSKRES" (Cyrillic: "ВОСКРЕС") (a.k.a. KHRISTOFOROV, Vasili; a.k.a. KHRISTOFOROV, Vasiliy Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ); a.k.a. "VASYA VOSKRES"), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

"VR - RESURS OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSVENNOSTYU VR-RESURS), Ter. Letno-Ispytatelnyi Kompleks, VL 1, Shchelkovo 141103, Russia; Ul. Lenina D. 11, Shchelkovo 141103, Russia; Organization Established Date 01 Aug 2008; Tax ID No. 5027138478 (Russia); Registration Number 1085027009572 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"VSC" (a.k.a. VOSTOCHNAYA STEVEDORING COMPANY LLC (Cyrillic: ВОСТОЧНАЯ СТИВИДОРНАЯ КОМПАНИЯ ООО); a.k.a. "OOO VSK"), 14a, ul. Vnutriportovaya. Vrangel-1, Nakhodka 692941, Russia; Tax ID No. 2508064833 (Russia); Registration Number 1042501609039 (Russia) [RUSSIA-EO14024].

"VSK PAO" (a.k.a. JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY; a.k.a. "AO VSK"; a.k.a. "HELICOPTER SERVICE COMPANY"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

"VTA COMMAND" (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION"

(Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА")), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"VTA" (Cyrillic: "ВТА") (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

"VYBOS" (a.k.a. VAIBOS; a.k.a. "VAYBOS"), Ul. Programmistov D. 4, Str. 3, Office 115, Dubna 141983, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5017105360 (Russia); Registration Number 1155017000456 (Russia) [RUSSIA-EO14024].

"WAFRA" (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE

ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

"WA'IL, Hajji" (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

"WAKEMEUPUPUP" (a.k.a. WU, Huihui; a.k.a. "FAST4RELEASE"), China; DOB 15 Dec 1988; POB Shandong, China; nationality China; Gender Male; Digital Currency Address - XBT 1986rYHckYbJpGQJy6ornuMyD2N5MTqwDt; alt. Digital Currency Address - XBT 125W5ek3DT6Zqy5S2iPt4FHQdNMCbZA3FU; alt. Digital Currency Address - XBT 1Kc6egXevyLEaeTxLFA1Zyw7GuhCN8jQtt; alt. Digital Currency Address - XBT 12w6v1qAaBc4W8h8C2Cu5SKFaKDSv3erUW; alt. Digital Currency Address - XBT 1CPJak9ZyddbawMGJPyEhCiJLXXb4sYv8N; alt. Digital Currency Address - XBT 1DJoVLgn1foJHHnguduRPJvRbwpaFEKxvxd; alt. Digital Currency Address - XBT 15kZobLkD6HZgEECtz4oS2Vz21XHTnNfSg; alt. Digital Currency Address - XBT 15qyVrZvvVGvB7GWiAZ82TNcZ6QWMKu3kx; alt. Digital Currency Address - XBT 12YCfVAEzkEZXBYhUTyJJaRkgMXiFxJgcu; alt. Digital Currency Address - XBT 1MkCnCa9agS5t6V1B15bzusBgYECB4LfWp; alt. Digital Currency Address - XBT 1NuBZQXJPyYQGfoBib8wWBDpZmbtkJa5Ba;

alt. Digital Currency Address - XBT 14rjAD8ZP5xaL571cMRE98qgxxbg1S8mAN; alt. Digital Currency Address - XBT 18yWCu6agTxYqAerMxiz9sgHrK3ViezzGa; alt. Digital Currency Address - XBT 12jVCWW1ZhTLA5yVnroEJswqKwsfiZKsax; alt. Digital Currency Address - XBT 1J378PbmTKn2sEw6NBrSWVfjZLBZW3DZem; alt. Digital Currency Address - XBT 18aqbRhHupgvC9K8qEqD78phmTQQWs7B5d; alt. Digital Currency Address - XBT 16ti2EXaae5izfkUZ1Zc59HMcsdnHpP5QJ; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E59165201 (China) expires 01 Sep 2025; Identification Number 371326198812157611 (China) (individual) [DPRK3] (Linked To: LAZARUS GROUP).

"Wakrici" (a.k.a. BOURAS, Sami Bashur; a.k.a. "Khadim"); DOB 1974 to 1976; citizen Sweden; Gender Male; Passport M323879 (Tunisia) (individual) [SDGT].

"WALTER, Muhammad" (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "ABU HAYDAR"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

"WARNEL" (a.k.a. SANCHEZ NOLASCO, Boarnerges), Dominican Republic; DOB 02 Jul 1976; POB Hato Mayor, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1595659-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

"WAZAWAKA" (a.k.a. MATVEEV, Mihail Pavlovich; a.k.a. MATVEEV, Mikhail Pavlovich; a.k.a. MATVEYEV, Mikhail P; a.k.a. "BORISELCIN"; a.k.a. "M1X"; a.k.a. "MATVEYEV, Mikhail Mix" (Cyrillic: "MATBEEB, Михаил Mix"); a.k.a. "MATYAEV, Mikhail" (Cyrillic: "MATBEEB, Михаил"); a.k.a. "UHODIRANSOMWAR"), 8 Serzhana Koloskova Street, Apartment 6, Kaliningrad, Russia; DOB 17 Aug 1992; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201; Passport 733584513 (Russia) (individual) [CYBER2].

"WAZIRI, Saidullah" (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

"WDO" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WEB3 TECH" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU

VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ); a.k.a. "LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: "ООО ВЕЙБ3"); a.k.a. "WEB3 TECHNOLOGY LLC"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

"WEB3 TECHNOLOGY LLC" (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU VEB3 TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕБ3 ТЕХНОЛОГИИ); a.k.a. "LIMITED LIABILITY COMPANY WEB3 TECHNOLOGIES" (Cyrillic: "ООО ВЕЙБ3"); a.k.a. "WEB3 TECH"), Nab. Bersenevskaya D. 6, Str 3, Et 4 Pom.I Kom 9, Moscow 119072, Russia; Website https://www.web3tech.ru; Organization Established Date 11 Aug 2017; Tax ID No. 7724417440 (Russia) [RUSSIA-EO14024].

"WEDI" (a.k.a. KIDANE, Amanuel; a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

"WEI HSUEH LUNG" (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

"WEI HSUEH YING" (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YUAN"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

"WEI HSUEH YUAN" (a.k.a. PHAIROJ, Samoechainuek; a.k.a. PHAIROT, Mopokoo; a.k.a. PHITAK, Samoechainuek; a.k.a. WEI, Hsueh Ying; a.k.a. WEI, Hsueh Yuan; a.k.a. WEI, Hsueh Yun; a.k.a. "WEI HSUEH YING"), Huay Aw, Shan, Burma; DOB 1952; alt. DOB 1956; National ID No. 3570900338725 (Thailand) (individual) [SDNTK].

"WEI, David" (a.k.a. WEI, Zun Yi; a.k.a. WEI, Zunyi), Beijing, China; DOB 20 Dec 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE1650028 (China) issued 28 Aug 2018 expires 27 Aug 2028; National ID No. 370922197512201811 (China) (individual) [NPWMD] [IFSR] (Linked To: HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED).

"WEJANG, Joseph Manytuil" (a.k.a. WAJANG, Joseph Mantiel; a.k.a. WEJANG, Nguen Monytuil; a.k.a. WEJJANG, Joseph Monytuil), Bentiu, Unity, Sudan; DOB 1962; POB Sudan; nationality South Sudan; Gender Male; Passport 1561 (Sudan) expires 15 May 2006 (individual) [SOUTH SUDAN].

"WELDON" (a.k.a. VALIAKHMETOV, Vadim; a.k.a VALIAKHMETOV, Vadym Firdavysovych (Cyrillic: ВАЛИАХМЕТОВ, Вадим Фирдависович); a.k.a. "MENTOS"; a.k.a. "VASM"), Russia; DOB 07 May 1981; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

"WELFARE & DEVELOPMENT ORGANIZATION" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT

ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WELFARE AND DEVELOPMENT ORG" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE

GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WELFARE AND DEVELOPMENT ORGANIZATION" (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan;

Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

"WEST-OST" (a.k.a. LLC VEST-OST), Gotvalda ul d. 21/2, Yekaterinburg 620107, Russia; Tax ID No. 6670249749 (Russia); Registration Number 1096670008434 (Russia) [RUSSIA-EO14024].

"WHOIS HACKING TEAM" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x5fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"WILAYAT AL-TARABLUS" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT AL-YEMEN" (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE

IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"), Yemen [SDGT].

"WILAYAT BARQA" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT FEZZAN" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT NAJD" (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

"WILAYAT TARABLUS" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILAYAT TRIPOLITANIA" (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF

IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

"WILSON, Joseph" (a.k.a. JOSEPH, Wilson; a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

"WINNERS CONSTRUCTION" (a.k.a. WINNERS CONSTRUCTION COMPANY LIMITED), South Sudan; Organization Established Date 06 Sep 2019; Organization Type: Construction of roads and railways; Registration Number 32696 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

"WITNESSES IN BLOOD" (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"), Algeria; Mali [FTO] [SDGT].

"WIV S.A." (a.k.a. WIV, SOCIEDAD ANONIMA; a.k.a. "WIVSA"), Aldea Los Angeles, Zona 0 Carretera, Tecun Uman, San Marcos, Guatemala; Organization Established Date 09 Dec 2015; Organization Type: Other business support service activities n.e.c.; NIT # 92345093 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

"WIVSA" (a.k.a. WIV, SOCIEDAD ANONIMA; a.k.a. "WIV S.A."), Aldea Los Angeles, Zona 0 Carretera, Tecun Uman, San Marcos, Guatemala; Organization Established Date 09 Dec 2015; Organization Type: Other business support service activities n.e.c.; NIT # 92345093 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

"WK LLC" (Arabic: "شركة دبلو ك") (a.k.a. WASSIM KATTAN LLC; a.k.a. "TWA LLC" (Arabic: شركة دبلو اى")), Rural Damascus, Syria; Organization Established Date 04 Jul 2019; Organization Type: Sale of motor vehicle parts and accessories [SYRIA] (Linked To: AL-QATTAN, Wassim Anwar).

"WOMEN'S KAHRIZAK" (a.k.a. GHARCHAK PRISON; a.k.a. QARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. SHAHR-E REY PRISON), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

"WSIEC" (a.k.a. WUHAN LONGHUA WEIYE INDUSTRY AND TRADE CO., LTD; a.k.a. WUHAN SANJIANG IMP. & EXP. CO. LTD.; a.k.a. WUHAN SANJIANG IMPORT AND EXPORT CO. LTD), Room 519, complex building Hubei Modern Five Metals and electromechanical Market, Wuhan, China; No. 5647, Dongxihu Ave, Dongxihu District, Wuhan, Hubei, China; Qiao mouth district space, building no. 101, Wuhan, Hubei 430040, China; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 91420112711981060J (China) [NPWMD] [IFSR].

"X-HOLDING" (a.k.a. LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ИНТЕЛЛЕКТУАЛЬНЫЕ КОМПЬЮТЕРНЫЕ СИСТЕМЫ); a.k.a. "IKS HOLDING" (Cyrillic: "ИКС ХОЛДИНГ")), Michurinskiy avenue, house 27, apartment 5, floor 4, room 9, Moscow, Ramenki District 119607, Russia (Chinese Traditional: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 4, Помещ. 9, Москва, Муниципальный Округ Раменки 119607, Russia); Tax ID No. 9701124836 (Russia); Registration Number 1187746987317 (Russia) [RUSSIA-EO14024] (Linked To: CHEREPENNIKOV, Anton Andreyevich).

"XXX DIAMONDS PTY LTD" (a.k.a. MEGA GEMS PTY LTD), The Paragon II F1W1, 1 Krammer Road, Bedfordview, Gauteng 2007, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Jul 2015; V.A.T. Number 4180271522 (South Africa); Tax ID No. 9825071161 (South Africa); Commercial Registry Number 2015/252356/07 (South

Africa) [SDGT] (Linked To: AHMAD, Firas Nazem).

"YACOUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YACUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt.

Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YADRO" (Cyrillic: "ЯДРО") (a.k.a. KNS GROUP LLC; a.k.a. KNS GROUP OOO (Cyrillic: КНС ГРУПП ООО); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП)), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

"Yagy" (a.k.a. FERRARI, Sergio David), Chivilcoy 3157 Piso 2 Depto D, Buenos Aires 1417, Argentina; Buenos Aires, Argentina; DOB 10 Feb 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA760416 (Argentina); D.N.I. 20010866 (Argentina); C.U.I.T. 20200108664 (Argentina) (individual) [SDNTK] (Linked To: SMILE TECHNOLOGIES S.A.; Linked To: SMILE PROPERTY & TRAVEL LTD; Linked To: SMILEWALLET S.A.S.; Linked To: SMILE TECHNOLOGIES CANADA LTD).

"YAHYA, Abu" (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"YAHYA, Sayyid" (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. ALABDULMOHSSEN, Yahya Mohammed Y; a.k.a. AL-ABU HAYDAR, Yahya Muhammad), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

"YAHYO" (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

"Yakeen" (a.k.a. THULSIE, Tony-Lee; a.k.a. "Simba"; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yaqeen ibn Hernani"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

"YAKH'YO" (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

"YAKUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584

(United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAMZ" (a.k.a. PUBLIC JOINT STOCK COMPANY AVTODIZEL YAROSLAVL MOTOR PLANT), Prospekt Oktyabrya ZD. 75, Yaroslavl 150040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7601000640 (Russia); Registration Number 1027600510761 (Russia) [RUSSIA-EO14024].

"YAN, Steven" (a.k.a. YAN, Xiaobing (Chinese Traditional: 顏曉兵; Chinese Simplified: 颜晓兵); a.k.a. "ZHOU, William"), Wuhan, Hubei, China (; Chinese Simplified: 武汉市, 湖北省, ChinaChinese Traditional: 武漢市, 湖北省, China); DOB 25 Mar 1977; POB Wuhan City, Hubei, China; citizen China; Gender Male; Digital Currency Address - XBT 12Qt D5BFwRsdNsAZY76UVE1xyCGNTojH9h; alt. Digital Currency Address - XBT 1Kuf2Rd8mDyAViwBozGTNYnvWL8uYFrkVo; alt. Digital Currency Address - XBT 13f59kUM5FU8MfTG7DCEugYarDhSD7XCoC; alt. Digital Currency Address - XBT 1P3ZfGFLezzYGg9k5SVzQmnjyh7nrUmF2y; alt. Digital Currency Address - XBT 1EpMiZkQVekM5ij12nMiEwttFPcDK9XhX6; alt. Digital Currency Address - XBT 1JREJdZupiFhE7ZzQPtASuMCvvpXC7wRsC; Chinese Commercial Code 7346 2556 0365; Citizen's Card Number 421002197703250019 (China) (individual) [SDNTK].

"YANG, Daisy" (a.k.a. YANG, Qi), China; DOB 28 Oct 1992; nationality China; citizen China; Gender Female; Passport C18165248 (China) (individual) [ILLICIT-DRUGS-EO14059].

"Yaqeen ibn Hernani" (a.k.a. THULSIE, Tony-Lee; a.k.a. "Simba"; a.k.a. "THULSIE, Yakeen"; a.k.a. "Yakeen"), Newclare, Johannesburg, South Africa; DOB 1992 to 1994; Gender Male (individual) [SDGT].

"YAQOOB, Muhammad" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob;

a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAQOOB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAQUB, Muhammad Qari Maulana" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQOOB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YAQUB, Qari" (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQUB, Muhammad Qari Maulana"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt.

Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

"YARE, Mohamed" (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

"YARRAYA" (a.k.a. JARRAYA, Mounir Ben Habib; a.k.a. JARRAYA, Mounir Ben Habib Ben Al-Taher), Via Mirasole n.11, Bologna, Italy; Via Ariosto n.8, Casalecchio di Reno, Bologna, Italy; DOB 25 Oct 1963; POB Sfax, Tunisia; nationality Tunisia; Passport L 065947 issued 28 Oct 1995 expires 27 Oct 2000 (individual) [SDGT].

"YASIR, Hajji" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YEGOP" (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

"YIN CHEIN" (a.k.a. YUN, Cheng; a.k.a. "YIN CHIN"; a.k.a. "YUN CHENG"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

"YIN CHIN" (a.k.a. YUN, Cheng; a.k.a. "YIN CHEIN"; a.k.a. "YUN CHENG"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

"YIYO" (a.k.a. VALENZUELA VALENZUELA, Sergio; a.k.a. "GIGIO"), Mexico; DOB 20 Aug 1969; POB Los Mochis, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. VAVS690820HSLLLR00 (Mexico) (individual) [SDNTK].

"YMA" (a.k.a. YA MAHDI INDUSTRIAL COMPLEX; a.k.a. YA MAHDI INDUSTRIAL RESEARCH COMPLEX; a.k.a. YA MAHDI INDUSTRIES GROUP), PO Box 19395-4731, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

"YMB" (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHDA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"), Yarmouk Valley, Daraa Province, Syria [SDGT].

"YOLI GROUP LTD." (a.k.a. YOULI TECHNOLOGY DEVELOPMENT CO., LTD. (Chinese Simplified: 尤里科技发展有限公司); a.k.a. "YOLI MACHINE"), Rm No. 13, 16/F, Unit 2 Huatingge, No. 11 Dongpo Rd, Huizhou City, Guangdong Province 516001, China (Chinese Simplified: 华庭阁2单元16层13号房, 东坡路11号, 惠州市, 广东省 516001, China); #22 Huayu, Huizhou, Guangdong 516229, China; Website www.yolimachine.com; Email Address yk@yolimachine.com; Phone Number 8615815351839; Organization Established Date 23 Dec 2013; Unified Social Credit Code (USCC) 91441300086828609C (China) [ILLICIT-DRUGS-EO14059].

"YOLI MACHINE" (a.k.a. YOULI TECHNOLOGY DEVELOPMENT CO., LTD. (Chinese

Simplified: 尤里科技发展有限公司); a.k.a. "YOLI GROUP LTD."), Rm No. 13, 16/F, Unit 2 Huatingge, No. 11 Dongpo Rd, Huizhou City, Guangdong Province 516001, China (Chinese Simplified: 华庭阁2单元16层13号房, 东坡路11号, 惠州市, 广东省 516001, China); #22 Huayu, Huizhou, Guangdong 516229, China; Website www.yolimachine.com; Email Address yk@yolimachine.com; Phone Number 8615815351839; Organization Established Date 23 Dec 2013; Unified Social Credit Code (USCC) 91441300086828609C (China) [ILLICIT-DRUGS-EO14059].

"Yoro" (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAHA, Yoro Ould; a.k.a. DAYA, Yoro Ould), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

"YOUCEF" (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

"Yousouf al-Hindi" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

"YOUSSEF BENZ" (a.k.a. BEN AZZA, Youssef (Arabic: ﻳﻮﺳﻒ ﺑﻦ ﻋﺰﺓ)), Apt 2806, Sadaf 6, Marsa, 34JP+9XJ, Jumeirah Beach Residence, Dubai, United Arab Emirates; DOB 24 Jan 1987; POB Antwerp, Belgium; nationality Belgium; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

"YOUSSEF, Abou" (a.k.a. DERAMCHI, Othman), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 07 Jun 1954; POB Tighennif, Algeria; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT].

"Yousuf-Al Hindi" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal,

Karnataka, India; Gender Male (individual) [SDGT].

"YOUTH WING" (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"), Somalia [FTO] [SDGT] [SOMALIA].

"YULLUS" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULUH, Issa"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YULUH, Issa" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Isse"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YULUH, Isse" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a. "YULUX, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YULUX, Isse" (a.k.a. YUSUF, Isse Mohamed; a.k.a. YUSUF, Isse Mohamoud; a.k.a. "YULLUX"; a.k.a. "YULUH, Issa"; a.k.a.

"YULUH, Isse"), Timirshe, Bari, Puntland, Somalia; Qandala, Somalia; DOB 1966; POB Timirshe, Bari, Puntland, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

"YUN CHENG" (a.k.a. YUN, Cheng; a.k.a. "YIN CHEIN"; a.k.a. "YIN CHIN"), 11, Ngu Shwe Wah Road, Between 64th and 54th Street, Chan mya Si Township, Mandalay, Burma; National ID No. (HWI)040182 (Burma) (individual) [SDNTK].

"YUNARMIA" (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

"YUNARMIYA" (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

"YUNG, Stephen" (a.k.a. YUNG, Yiu Wa (Chinese Traditional: 容耀華)), Hong Kong, China; DOB 21 Oct 1960; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male;

Identification Number C536975 (Hong Kong) (individual) [NPWMD] [IFSR] (Linked To: LI, Yongxin).

"YUNUS, Muhammad" (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhammad Ricky; a.k.a. "SYAH, Heris"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

"YUSEF, Hajj" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf''; a.k.a. "YASIR, Hajji"; a.k.a. "YUSIF, Hajj"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YUSIF, Haji" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf''; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Hajji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YUSIF, Hajji" (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHAHLAI, Abdul Reza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH', 'Yusuf''; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajj"; a.k.a. "YUSIF, Haji"), Kermanshah, Iran; Mehran Military Base, Ilam Province, Iran; DOB circa 1957; Additional

Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRAQ3] [IRGC] [IFSR].

"YUSRI" (a.k.a. 'AMMAR, Salmi Salama Salim Sulayman; a.k.a. '"ASRA, Abu") ; DOB 01 Jan 1979 to 31 Dec 1979 (individual) [SDGT] (Linked To: ISIS-SINAI PROVINCE).

"YUSSRR, Abu" (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID") ; DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

"Yusuf al-Hindi" (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

"YUSUF" (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'") ; DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

"YUSUF, 'Adnan" (a.k.a. YOUSSEF, Adnan; a.k.a. YOUSSEF, Adnan Mahmoud), Haret Hreik, Beirut, Lebanon; DOB 06 Jun 1956; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

"YUSUF, Habib" (a.k.a. AL-BARNAWI, Abu Musab), Nigeria; DOB 1991; alt. DOB 1990; alt. DOB 1992; alt. DOB 1993; alt. DOB 1994; alt. DOB 1995 (individual) [SDGT].

"ZAHAR, Mahmoud" (a.k.a. AL ZAHAR, Mahmoud Khaled; a.k.a. ZAHHAR, Mahmoud Khaled; a.k.a. "AL-ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

"ZAHRANI, Abu Sara" (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

"ZAIB, Alam" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Rehman"; a.k.a. "ZEB, Rahman R") Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ZAIB, Rehman" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZEB, Rahman R"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan; nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ZAKKUR, Abu-Ahmad" (a.k.a. ALSHEAK, Omar; a.k.a. AL-SHEIKH, Jihad Issa; a.k.a. "ZAKOUR, Abu Ahmed"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ZAKOUR, Abu Ahmed" (a.k.a. ALSHEAK, Omar; a.k.a. AL-SHEIKH, Jihad Issa; a.k.a. "ZAKKUR, Abu-Ahmad"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412

(Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

"ZAMANI, Aziz Shah" (a.k.a. AZIZ, Abdul; a.k.a. "BALOCH, Abdul Aziz"), House #29, 30th St., Karachi, Pakistan; Quetta, Pakistan; DOB 1985; Gender Male; Passport AP1810244 expires 31 Oct 2026 (individual) [SDGT] (Linked To: TALIBAN).

"ZAMANI, Hosein" (a.k.a. KAZEMI, Seyyed Mohammad Hosein Musa), Iran; DOB 18 Jun 1997; nationality Iran; Gender Male; National ID No. 0020372604 (Iran) (individual) [ELECTION-EO13848].

"ZAO MZPV" (a.k.a. CJSC MAGNITOGORSK MILL ROLLS PLANT; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV; a.k.a. "CJSC MMRP"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

"ZAO RNT" (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

"Zar Wali" (a.k.a. MAHMUD, Usama; a.k.a. MEHMOOD, Osama; a.k.a. "Abu Zar"; a.k.a. "Atta Ullah"), Afghanistan; DOB 02 Sep 1980; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

"ZARGA (a.k.a. ZARKAOUI, Imed Ben Mekki Ben Al-Akhdar; a.k.a. "NADRA"), Via Col. Aprosio 588, Vallecrosia, IM, Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia;

Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002 (individual) [SDGT].

"ZARIF, Javad" (a.k.a. ZARIF KHONSARI, Mohammad Javad; a.k.a. ZARIF, Mohammad Javad), Iran; DOB 08 Jan 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

"ZAWIYA, Osama" (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

"ZAWIYAH, Osama" (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

"ZAYN, Hajj Mustafa" (a.k.a. HADWAN, Hasib; a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ZAYN, Hajj" (a.k.a. HADWAN, Hasib; a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj Mustafa"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ZEB, Rahman R" (a.k.a. MUHAMMAD, Rahman Zayb Faqir; a.k.a. MUHAMMAD, Rahman Zeb Faqir; a.k.a. "ALAMZEB"; a.k.a. "AURANGZEB"; a.k.a. "KHAN, Rahman Ieb"; a.k.a. "ZAIB, Alam"; a.k.a. "ZAIB, Rehman"), Bashgram Laal Qila Wersakay, Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; Lalqillah, Lower Dir District, Khyber Pakhtunkhwa Province, Pakistan; DOB 01 Jan 1970; alt. DOB 01 Jan 1974; POB Dir, Pakistan;

nationality Pakistan; National ID No. 1530562382221 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

"ZEELM" (a.k.a. ZEEL - M CO., LTD.; a.k.a. ZIL-M LLC; a.k.a. "ZIL - M"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

"ZEIN, Hajj" (a.k.a. HADWAN, Hasib; a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj"; a.k.a. "ZAYN, Hajj Mustafa"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

"ZENIT" (a.k.a. ZENIT 3D), Ul. Karla Marksa D. 5/3, Floor 1, Kom. 28, Ramenskoe 140100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040139590 (Russia); Registration Number 1165040051263 (Russia) [RUSSIA-EO14024].

"ZENKO" (Cyrillic: "ЗЕНКО") (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

"ZETA 33" (a.k.a. MENDOZA ROBLES, Eduardo); DOB 05 Dec 1966; POB Nuevo

Laredo, Tamaulipas, Mexico; citizen Mexico; R.F.C. MERE661205MQ3 (Mexico); C.U.R.P. MERE661205HTSNDB09 (Mexico) (individual) [SDNTK].

"Zevsgod2000" (a.k.a. GROMOVIKOV, Vasiliy Viktorovich (Cyrillic: ГРОМОВИКОВ, Василий Викторович)), St. Petersburg, Russia; DOB 31 Mar 1993; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 5528037522335 (Russia) (individual) [RUSSIA-EO14024].

"ZHASMIN" (Cyrillic: "ЖАСМИН") (a.k.a. MANAKHIMOVA, Sara Lvovna; a.k.a. SHOR, Sara Lvovna; a.k.a. SHORE, Jasmine), Russia; DOB 12 Oct 1977; POB Russia; nationality Russia; Gender Female; Passport 752329813 (Russia); National ID No. 4611519895 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOR, Ilan Mironovich).

"ZHENG, Gordon" (a.k.a. ZHENG, Fujing (Chinese Simplified: 郑福景; Chinese Traditional: 鄭福景); a.k.a. "DENG, Gao"; a.k.a. "JIN, Gordon"); DOB 11 Jun 1983; POB China; nationality China; citizen China; Email Address goldenchemical@live.com; alt. Email Address gordonzheng@qinvictory.com; alt. Email Address magicchemical@hotmail.com; alt. Email Address sales@globalrc.net; alt. Email Address 3507656950@qq.com; alt. Email Address zhengfujing@live.cn; Gender Male; Digital Currency Address - XBT 1ezuuJoT3XBbdcwFZbkTnrXbup11F4uhiy; alt. Digital Currency Address - XBT 1DH2xDH7TngrDU6LXciprKCBKNcPA1xX8A; Passport G31920875 (China) issued 24 Oct 2008 expires 23 Oct 2018; Identification Number 310107198306111336 (China); Chinese Commercial Code 6774 4395 2529 (individual) [SDNTK].

"ZHOU, William" (a.k.a. YAN, Xiaobing (Chinese Traditional: 顏曉兵; Chinese Simplified: 颜晓兵); a.k.a. "YAN, Steven"), Wuhan, Hubei, China (; Chinese Simplified: 武汉市, 湖北省, ChinaChinese Traditional: 武漢市, 湖北省, China); DOB 25 Mar 1977; POB Wuhan City, Hubei, China; citizen China; Gender Male; Digital Currency Address - XBT 12QtD5BFwRsdNsAZY76UVE1xyCGNTojH9h; alt. Digital Currency Address - XBT 1Kuf2Rd8mDyAViwBozGTNYnvWL8uYFrkVo; alt. Digital Currency Address - XBT 13f59kUM5FU8MfTG7DCEugYarDhSD7XCoC; alt. Digital Currency Address - XBT 1P3ZfGFLezzYGg9k5SVzQmnjyh7nrUmF2y; alt. Digital Currency Address - XBT

1EpMiZkQVekM5ij12nMiEwttFPcDK9XhX6; alt. Digital Currency Address - XBT 1JREJdZupiFhE7ZzQPtASuMCvvpXC7wRsC; Chinese Commercial Code 7346 2556 0365; Citizen's Card Number 421002197703250019 (China) (individual) [SDNTK].

"ZHUKOV, Egor" (a.k.a. POPOV, Egor Sergeevich; a.k.a. POPOV, Igor; a.k.a. POPOV, Yegor Sergeyevich (Cyrillic: ПОПОВ, Егор Сергеевич); a.k.a. "KONTORA, Egor"), Moscow, Russia; DOB 25 Jan 1992; POB Volgograd, Russia; nationality Russia; citizen Russia; Gender Male; National ID No. 1811675248 (Russia) (individual) [RUSSIA-EO14024].

"ZIL - M" (a.k.a. ZEEL - M CO., LTD.; a.k.a. ZIL-M LLC; a.k.a. "ZEELM"), Ul. Russkaya D. 19, V, Vladivostok 690039, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 08 Dec 1998; Organization Type: Sale of motor vehicles; Tax ID No. 2539039058 (Russia); Government Gazette Number 49852298 (Russia); Registration Number 1022502123995 (Russia) [DPRK2] (Linked To: CHASOVNIKOV, Aleksandr Aleksandrovich).

"ZINC" (a.k.a. LAZARUS GROUP; a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"), Potonggang District, Pyongyang, Korea, North; Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383 E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c 20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

"ZINIRA, Abu" (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. ALI, Sheikh Ahmed Iman), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male (individual) [SDGT].

"ZIO" (a.k.a. ZAGARIA, Michele; a.k.a. "CAPASTORTA"; a.k.a. "CAPOSTORTA"; a.k.a. "ISS"; a.k.a. "MANERA"); DOB 21 May 1958; POB San Cipriano d'Aversa, Italy (individual) [TCO].

"ZISCO" (a.k.a. ZARAND IRANIAN STEEL CO; a.k.a. ZARAND IRANIAN STEEL COMPANY), No. 35, flats No. 3 and 4, 2nd Floor, Street No. 27, Tehran, West Kordestan, Iran; No. 113, Between Soleiman Khater & Sohrawardi Street, Motahari Avenue, Tehran 1576918911, Iran; PO Box 1437747334, Tehran, Iran; Website http://zisco.midhco.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2011; National ID No. 333265 (Iran) [IRAN-EO13871].

"ZK HOLDING" (a.k.a. ZUBAIDI AND QALEI LLC (Arabic: ‏شركة زبيدي وقلعي المحدودة المسؤولية‎); a.k.a. ZUBEDI & KALAI; a.k.a. ZUBEDI AND KALAI), Airport Road, Damascus, Syria; P.O. Box 6416, Damascus, Syria; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

"ZOMEX" (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМИРЭЙТС БЛЮ СКАЙ)), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-

44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

"ZPC" (a.k.a. ZAGROS PETROCHEMICAL), North Sheikh Bahaie Avenue Sheida Alley, Khoddami Street, Vanak Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 2869 (Iran); Registration Number 148344 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

"ZPP OOO" (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZAVOD PRIBORNYKH PODSHIPNIKOV; a.k.a. ZAVOD PRIBORNYKH PODSHIPNIKOV LIMITED LIABILITY COMPANY), Ter. 18 KM Moskovskogo Shosse D. Litera 67, Kom. 5, Samara 443072, Russia; Organization Established Date 25 Dec 2001; Tax ID No. 6367032625 (Russia); Government Gazette Number 11031529 (Russia); Registration Number 1026300769417 (Russia) [RUSSIA-EO14024].

"ZUBEYR, Abu" (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

"ZUKIPLI" (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZULKIFLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia (individual) [SDGT].

"ZULKARNAEN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"ZULKARNAIN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"ZULKARNAN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"; a.k.a. "ZULKARNAIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"ZULKARNIN" (a.k.a. SUMARSONO, Aris; a.k.a. SUNARSO, Arif; a.k.a. SUNARSO, Aris; a.k.a. "MURSHID"; a.k.a. "USTAD DAUD ZULKARNAEN"; a.k.a. "ZULKARNAEN"; a.k.a. "ZULKARNAIN"), Jakarta, Indonesia; DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

"ZULKIFLI" (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"); DOB 03 Jul 1968; POB Malaysia; nationality Malaysia (individual) [SDGT].

---

# (vessels):

Blocked vessels have been segregated into a separate section of the SDN List, below.  Except in limited circumstances, financial institutions are instructed to reject any funds transfer referencing a blocked vessel and must notify OFAC, preferably via facsimile with a copy of the payment instructions, that funds have been returned to the remitter due to the possible involvement of a blocked vessel in the underlying transaction.  See 31 C.F.R. § 501.604(b)(1). Financial institutions should contact OFAC's Compliance Outreach and Implementation Division for further instructions should the name of a blocked vessel appear in shipping documents presented under a letter of credit or if noticed in a documentary collection.  Blocked vessels must themselves be physically blocked should they enter U.S. jurisdiction.  Freight forwarders and shippers may not charter, book cargo on, or otherwise deal with blocked vessels.

7-28 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration

Identification IMO 8898831 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

AAJ Crew/Supply Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8984484 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABADAN (a.k.a. ARTAVIL; f.k.a. SHONA; f.k.a. "ALPHA") (T2EU4) Crude/Oil Products Tanker 99,104DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ABBA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9051624 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABELIA (a.k.a. APAMA; f.k.a. ASTARA; f.k.a. JUPITER) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ABTIN 1 Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9379636 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABYAN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349667 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ABYSS (T8A4595) Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9157765; MMSI 511101287 (vessel) [SDGT] (Linked To: QUOC VIET MARINE TRANSPORT JSC).

ADISA Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Vessel Registration Identification IMO 9304667; MMSI 353024000 (vessel) [SDGT] (Linked To: TRITON NAVIGATION CORP.).

ADLER Roll-on Roll-off 8,811GRT Russia flag; Vessel Registration Identification IMO 9179854 (vessel) [RUSSIA-EO14024] (Linked To: M LEASING LLC).

ADRIAN DARYA 1 (f.k.a. GRACE 1) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Vessel Registration Identification IMO 9116412 (vessel) [SDGT].

AK. A. KARPINSKIY (a.k.a. AKADEMIC ALEXANDER KARPINSKY; a.k.a. AKADEMIK ALEKSANDR KARPINSKIY) (UIZO) Research Vessel Russia flag; Vessel Year of Build 1984; Vessel Registration Identification IMO 8227238 (vessel) [RUSSIA-EO14024] (Linked To: JSC POLAR MARINE GEOSURVEY EXPEDITION).

AKADEMIC ALEXANDER KARPINSKY (a.k.a. AK. A. KARPINSKIY; a.k.a. AKADEMIK ALEKSANDR KARPINSKIY) (UIZO) Research Vessel Russia flag; Vessel Year of Build 1984; Vessel Registration Identification IMO 8227238 (vessel) [RUSSIA-EO14024] (Linked To: JSC POLAR MARINE GEOSURVEY EXPEDITION).

AKADEMIK ALEKSANDR KARPINSKIY (a.k.a. AK. A. KARPINSKIY; a.k.a. AKADEMIC ALEXANDER KARPINSKY) (UIZO) Research Vessel Russia flag; Vessel Year of Build 1984; Vessel Registration Identification IMO 8227238 (vessel) [RUSSIA-EO14024] (Linked To: JSC POLAR MARINE GEOSURVEY EXPEDITION).

AKADEMIK CHERSKIY (a.k.a. AKADEMIK CHERSKIY; a.k.a. AKADEMIK CZERSKY) (UDQB) Pipe-laying Vessel Russia flag; Vessel Registration Identification IMO 8770261 (vessel) [PEESA-EO14039] (Linked To: SAMARA HEAT AND ENERGY PROPERTY FUND).

AKADEMIK CHERSKY (a.k.a. AKADEMIK CHERSKIY; a.k.a. AKADEMIK CZERSKY) (UDQB) Pipe-laying Vessel Russia flag; Vessel Registration Identification IMO 8770261 (vessel) [PEESA-EO14039] (Linked To: SAMARA HEAT AND ENERGY PROPERTY FUND).

AKADEMIK CZERSKY (a.k.a. AKADEMIK CHERSKIY; a.k.a. AKADEMIK CHERSKY) (UDQB) Pipe-laying Vessel Russia flag; Vessel Registration Identification IMO 8770261 (vessel) [PEESA-EO14039] (Linked To: SAMARA HEAT AND ENERGY PROPERTY FUND).

AKADEMIK LAZEREV (UAJS) Research Vessel Russia flag; Vessel Year of Build 1987; Vessel Registration Identification IMO 8408985 (vessel)

[RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

AKADEMIK NEMCHINOV (UETM) Research Vessel Russia flag; Vessel Year of Build 1988; Vessel Registration Identification IMO 8409032 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

AKADEMIK PRIMAKOV (UBCQ4) Research Vessel Russia flag; Vessel Year of Build 1999; Vessel Registration Identification IMO 9187514 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

AKIN I (a.k.a. DAWN II; a.k.a. SPAR) (3FHW2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9185530; MMSI 374100000 (vessel) [SDGT] (Linked To: HASSALEH INTERNATIONAL COMPANY).

ALARA (TCA7253) Bulk Carrier Turkey flag; Vessel Registration Identification IMO 9741724 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ALEKSANDR SOKOLOV (UBKK) General Cargo; Vessel Registration Identification IMO 9889198 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ALEKSEY MARYSHEV (UCRD) Research Vessel Russia flag; Vessel Registration Identification IMO 8909329 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

ALERT (a.k.a. ARNICA; f.k.a. ASTANEH; f.k.a. NEPTUNE; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ALEXANDR DEEV (UBSX6) Passenger Russia flag; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9940186 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

ALIREZA 1 (UAYK) General Cargo 1,972GRT Russia flag; Vessel Year of Build 1965; Vessel Registration Identification IMO 6703769 (vessel) [RUSSIA-EO14024] (Linked To: DALIR LTD).

ALPHA HELIOS (UBSV3) General Cargo Russia flag; Vessel Registration Identification IMO

9924340 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

ALPHA HERMES (UBDW5) General Cargo Russia flag; Vessel Registration Identification IMO 9924352 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

ALVAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165798 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AM NOK GANG (a.k.a. AP ROK GANG) General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8132835 (vessel) [DPRK].

AMAPOLA 1 Tug Venezuela flag; Vessel Registration Identification IMO 9717357 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AMBAL Roll-on Roll-off 20,729GRT Russia flag; Vessel Registration Identification IMO 8807416 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

AMBER (f.k.a. FREEDOM; f.k.a. HARAZ) (5IM 597) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357406; MMSI 677049700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AMIAS Chemical/Products Tanker Vietnam flag; Vessel Registration Identification IMO 9342786; MMSI 574004850 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

AMINA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305192 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AMOL (a.k.a. ARGO 1; a.k.a. ARGO I; f.k.a. CASTOR; f.k.a. CHRISTINA; f.k.a. SILVER CLOUD) (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former

Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667; MMSI 256843000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AMUAY Tug Venezuela flag; Vessel Registration Identification IMO 9432658 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AN SAN 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7303803 (vessel) [DPRK4] (Linked To: KOREA ANSAN SHIPPING COMPANY).

ANASTASIIA (f.k.a. VIKTORIA SHAIN) General Cargo 9,611GRT Russia flag; Vessel Registration Identification IMO 9349291 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

ANATOLY KOLODKIN (3E7525) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9610808; MMSI 352003372 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

ANATTA (ZGB15) Yacht Cayman Islands flag; Vessel Year of Build 2011; Vessel Registration Identification IMO 1011159; MMSI 319025900 (vessel) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

ANDIA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193197 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ANDREY OSIPOV (UBTN6) General Cargo Russia flag; Vessel Registration Identification IMO 8711306 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

ANGARA Roll-on Roll-off 8,811GRT Russia flag; Vessel Registration Identification IMO 9179842 (vessel) [RUSSIA-EO14024] (Linked To: M LEASING LLC).

ANGLIA (a.k.a. BALITA) Crude/Oil Products Tanker Cameroon flag; Vessel Registration Identification IMO 9176773 (vessel)

[VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

ANTHEA (D6A3314) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9281683; MMSI 620999315 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

AP ROK GANG (a.k.a. AM NOK GANG) General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8132835 (vessel) [DPRK].

APAMA (f.k.a. ABELIA; f.k.a. ASTARA; f.k.a. JUPITER) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AQUA Sierra Leone flag; Vessel Registration Identification IMO 7529641 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.; Linked To: AQUA SHIPPING LTD.).

ARCTICA 1 (UBDO8) General Cargo Russia flag; Vessel Registration Identification IMO 9228980 (Russia) (vessel) [RUSSIA-EO14024] (Linked To: TRANSSTROY LIMITED LIABILITY COMPANY).

ARCTICA 2 (UBTN7) General Cargo Russia flag; Vessel Registration Identification IMO 9243801 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

ARDAVAN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465863 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AREZOO General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165786 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARGO 1 (f.k.a. AMOL; a.k.a. ARGO I; f.k.a. CASTOR; f.k.a. CHRISTINA; f.k.a. SILVER CLOUD) (T2EM4) Crude/Oil Products Tanker

99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667; MMSI 256843000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARGO I (f.k.a. AMOL; a.k.a. ARGO 1; f.k.a. CASTOR; f.k.a. CHRISTINA; f.k.a. SILVER CLOUD) (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667; MMSI 256843000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARIES Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9369722 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARISTO (5LJI7) Chemical/Products Tanker Liberia flag; Vessel Registration Identification IMO 9327413; MMSI 636022549 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

ARK III (f.k.a. "ABADEH"; f.k.a. "ARK"; f.k.a. "CRYSTAL"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARKADIY CHERNYSHEV (UBSH5) General Cargo Russia flag; Vessel Year of Build 1988; Vessel Registration Identification IMO 8714695 (vessel) [RUSSIA-EO14024] (Linked To: IBEX SHIPPING INC).

ARNICA (f.k.a. ALERT; f.k.a. ASTANEH; f.k.a. NEPTUNE; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARSHAM Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary

Sanctions; Vessel Registration Identification IMO 9386500 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTABAZ Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283007 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTAM Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9284154 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTARIA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9226944 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTAVAND Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193214 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTAVIL (f.k.a. ABADAN; f.k.a. SHONA; f.k.a. "ALPHA") (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARTEMIS OFFSHORE (UBRS8) Offshore Support Vessel Russia flag; Vessel Registration Identification IMO 9747194 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

ARTENOS Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283021 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTIN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305221 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTMAN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405930 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARTURA (3E3496) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9150365; MMSI 352002279 (vessel) [SDGT] (Linked To: CAP TEES SHIPPING CO., LIMITED).

ARVIN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193202 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ARZIN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9284142 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ASCALON Roll-on Roll-off 8,821GRT Russia flag; Vessel Registration Identification IMO 9198226 (vessel) [RUSSIA-EO14024] (Linked To: M LEASING LLC).

ASIA BRIDGE (f.k.a. ASIA BRIDGE 2) General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9010022 (vessel) [DPRK4] (Linked To: GOOD SIBLINGS LTD; Linked To: WEIHAI HUIJIANG TRADE LIMITED).

ASIA BRIDGE 1 8,015DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8916580 (vessel) [DPRK4] (Linked To: HUAXIN SHIPPING HONGKONG LTD).

ASIA BRIDGE 2 (a.k.a. ASIA BRIDGE) General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration

Identification IMO 9010022 (vessel) [DPRK4] (Linked To: GOOD SIBLINGS LTD; Linked To: WEIHAI HUIJIANG TRADE LIMITED).

ASKAR-SARYDZHA General Cargo 4,991GRT Russia flag; Vessel Registration Identification IMO 9082142 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

ASTANEH (f.k.a. ALERT; a.k.a. ARNICA; f.k.a. NEPTUNE; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ASTARA (f.k.a. ABELIA; a.k.a. APAMA; f.k.a. JUPITER) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ASTROL-1 (UBXU4) General Cargo; Vessel Registration Identification IMO 9906544 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

AUDAX (9V9100) Heavy Lift Vessel Singapore flag; Vessel Registration Identification IMO 9763837 (vessel) [RUSSIA-EO14024] (Linked To: RED BOX ENERGY SERVICES PTE LTD).

AVANG Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465746 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AVRORA ALTAIR (UBYS) Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9300348 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

AVRORA REGUL (UGGU) Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9300350 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

AVRORA SIRIUS (UHSW) Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9313589 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

AYNAZ Tug Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9683570 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AYSAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165803 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

AZARGOUN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283019 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

B LUMINOSA Oil Products Tanker Djibouti flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9256016; MMSI 621819076 (vessel) [SDGT] (Linked To: HARBOUR SHIP MANAGEMENT LIMITED).

BADR (EQJU) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8407345 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BAEK MA KANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7944683 (vessel) [DPRK].

BAHJAT Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405954 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BAKHTEMIR (UBYQ7) Salvage Ship Russia flag; Vessel Registration Identification IMO 9797577 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

BALIAR Crude/Oil Products Tanker Liberia flag; Vessel Registration Identification IMO 9192258 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

BALITA (f.k.a. ANGLIA) Crude/Oil Products Tanker Cameroon flag; Vessel Registration Identification IMO 9176773 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

BALTIC EXPLORER (a.k.a. BALTISKIY ISSLEDOVATEL; a.k.a. "BALT. ISSLEDOVATEL") (UBAQ4) Supply Vessel Russia flag; Vessel Registration Identification IMO 9572020 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

BALTIC LEADER (Cyrillic: БАЛТИК ЛИДЕР) Roll-on Roll-off 8,831GRT Russia flag; Vessel Registration Identification IMO 9220639 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

BALTIYSK (UHMA) Roll-on Roll-off Russia flag; Vessel Registration Identification IMO 8318130 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

BALTIYSKIY ISSLEDOVATEL (a.k.a. BALTIC EXPLORER; a.k.a. "BALT. ISSLEDOVATEL") (UBAQ4) Supply Vessel Russia flag; Vessel Registration Identification IMO 9572020 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

BALTIYSKIY-111 (UDCC) General Cargo 1,926GRT Russia flag; Vessel Year of Build 1980; Vessel Registration Identification IMO 7612448 (vessel) [RUSSIA-EO14024] (Linked To: DALIR LTD).

BANEH (EQKF) Landing Craft 640DWT 478GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8508462; MMSI 422141000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BARENTS (UBIP2) General Cargo Russia flag; Vessel Registration Identification IMO 9278600 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

BARZIN (a.k.a. FANREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820269 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BASHT Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9346536 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BASKAR Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405942 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BATIS Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465760 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BAVAND Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387798 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BAVENIT (UAIO) Drilling Ship Russia flag; Vessel Year of Build 1986; Vessel Registration Identification IMO 8406573 (vessel) [RUSSIA-EO14024] (Linked To: AMIGE AO).

BAXTER (V3TF5) Oil Products Tanker Belize flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9282522; MMSI 312513000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

BEHDAD General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9051636 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHDOKHT Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405978 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHNAVAZ Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9346548 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHSHAD General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167289 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BEHTA Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349590 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BELLA Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8808264 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

BELOMORSKIY Dredger 2,628GRT Russia flag; Vessel Registration Identification IMO 8305781 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

BERING (UBHR6) General Cargo Russia flag; Vessel Registration Identification IMO 9267297 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

BICENTENARIO I Tug Venezuela flag; Vessel Registration Identification IMO 9584762 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO II Tug Venezuela flag; Vessel Registration Identification IMO 9513323 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO III Tug Venezuela flag; Vessel Registration Identification IMO 9585819 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO IV Tug Venezuela flag; Vessel Registration Identification IMO 9556947 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO IX Tug Venezuela flag; Vessel Registration Identification IMO 9557915 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO V Tug Venezuela flag; Vessel Registration Identification IMO 9542518 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO VI Tug Venezuela flag; Vessel Registration Identification IMO 9557549 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO VII Tug Venezuela flag; Vessel Registration Identification IMO 9588990 (vessel)

[VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO VIII Tug Venezuela flag; Vessel Registration Identification IMO 9564695 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO X Tug Venezuela flag; Vessel Registration Identification IMO 9564126 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XI Tug Venezuela flag; Vessel Registration Identification IMO 9513311 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XII Tug Venezuela flag; Vessel Registration Identification IMO 9513282 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XIII Tug Venezuela flag; Vessel Registration Identification IMO 9513294 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XIV Tug Venezuela flag; Vessel Registration Identification IMO 9513270 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XV Tug Venezuela flag; Vessel Registration Identification IMO 9513268 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BICENTENARIO XVI Tug Venezuela flag; Vessel Registration Identification IMO 9513309 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

BLACKSTONE (a.k.a. SALINA; f.k.a. SARV; f.k.a. SPLENDOUR) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BLUE DREAM Saint Kitts and Nevis flag; Vessel Registration Identification IMO 8002664 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

BLUE WAY Panama flag; Vessel Registration Identification IMO 8800298 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

BLUEFINS Oil Products Tanker Djibouti flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration

Identification IMO 9221657; MMSI 621819069 (vessel) [SDGT] (Linked To: HARBOUR SHIP MANAGEMENT LIMITED).

BLUEGAS Sierra Leone flag; Vessel Registration Identification IMO 7909839 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

BOCEANICA Oil Products Tanker Djibouti flag; Former Vessel Flag Palau; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9267132; MMSI 621819060 (vessel) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

BOGATYR Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9085730 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

BONITA QUEEN (f.k.a. KAMILA) Crude Oil Tanker St. Kitts & Nevis flag; Vessel Registration Identification IMO 9105906 (vessel) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

BONU 5 Malta flag; Vessel Registration Identification 15411 (Malta) (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

BOREAS (D6A3315) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9248497; MMSI 620999316 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

BOSCO GILAN (EPAE3) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9188752 (vessel) [IRAN-EO13876] (Linked To: BONYAD SHIPPING AGENCIES COMPANY).

BRELYAN Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9138056 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

BS BRAVO (TRA065) Chemical/Oil Tanker Gabon flag (Truong Phat Loc Shipping Trading); Vessel Registration Identification IMO 9294795; MMSI 626061000 (vessel) [IRAN-EO13846]

(Linked To: TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY).

BUENO Oil Products Tanker Djibouti flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9282443; MMSI 621819070 (vessel) [SDGT] (Linked To: HARBOUR SHIP MANAGEMENT LIMITED).

CALM BRIDGE General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8318867 (vessel) [DPRK4] (Linked To: SILVER BRIDGE SHIPPING CO-HKG).

CALYPSO GAS (V2YC2) LPG Tanker Antigua and Barbuda flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9131101; MMSI 304563000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

CANREACH (f.k.a. HAMOUN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820271 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

CAPE GAS (D6A2739) LPG Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9002491; MMSI 620739000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

CAPTAIN BEKLEMISHEV (a.k.a. KAPITAN BEKLEMISHEV) (UBSJ) Tug Russia flag; Vessel Registration Identification IMO 8724080 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

CAPTAIN YAKUBOVICH (UBCG2) General Cargo Russia flag; Vessel Year of Build 1984; Vessel Registration Identification IMO 8318740 (vessel) [RUSSIA-EO14024] (Linked To: IBEX SHIPPING INC).

CARIBE Tug Venezuela flag; Vessel Registration Identification IMO 9540895 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

CARLOTA C Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9502453 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD).

CASPIA Chemical/Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9125126 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

CASTOR (f.k.a. AMOL; a.k.a. ARGO 1; a.k.a. ARGO I; f.k.a. CHRISTINA; f.k.a. SILVER CLOUD) (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667; MMSI 256843000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CATTLE FORCE Livestock Carrier Togo flag; Vessel Registration Identification IMO 9175901; MMSI 671028100 (vessel) [IRAN-EO13846] (Linked To: SWEDISH MANAGEMENT CO SA).

CAYAURIMA Tug Venezuela flag; Vessel Registration Identification IMO 9688805 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

CHEM (E5U4368) Chemical/Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9240914; MMSI 518998388 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

CHIZHOVKA Hopper Barge 745GRT Russia flag; Vessel Registration Identification IMO 8730455 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

CHON MA SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8660313 (vessel) [DPRK4] (Linked To: KOREA ACHIM SHIPPING CO).

CHON MYONG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201

and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8712362 (vessel) [DPRK4] (Linked To: CHONMYONG SHIPPING CO).

CHONG BONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8909575 (vessel) [DPRK3] (Linked To: CHONGBONG SHIPPING CO LTD).

CHONG CHON GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7937317 (vessel) [DPRK].

CHONG RIM 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8916293 (vessel) [DPRK3] (Linked To: OCEAN BUNKERING JV CO).

CHRISTINA (f.k.a. AMOL; a.k.a. ARGO 1; a.k.a. ARGO I; f.k.a. CASTOR; f.k.a. SILVER CLOUD) (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667; MMSI 256843000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

COMPANION (f.k.a. DAL LAKE; f.k.a. DAVAR; a.k.a. DORE) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CONRAD (E5U4542) Oil Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9546722; MMSI 518998562 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

COURAGE (a.k.a. HILDA I; f.k.a. HOMA) (5IM 596) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357389; MMSI 677049600 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CUMANAGOTO Tug Venezuela flag; Vessel Registration Identification IMO 9540883 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

DAI HONG DAN General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7944695 (vessel) [DPRK].

DAISY (a.k.a. SINOPA; f.k.a. SUPERIOR; f.k.a. SUSANGIRD) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

DAL LAKE (f.k.a. COMPANION; f.k.a. DAVAR; a.k.a. DORE) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAMAVAND (a.k.a. DIAMOND II) (9HEG9) Crude Oil Tanker 297,013DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218478; MMSI 256865000 (vessel)

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAN (f.k.a. JUSTICE) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357729 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANCY DYNAMIC (T8A3476) Oil Products Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9158161; MMSI 511100350 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

DANESH (f.k.a. DECISIVE; a.k.a. DREAM II; f.k.a. LEADERSHIP) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANIEL (f.k.a. "DEMOS") Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569683 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARAB (a.k.a. DEEP SEA) (9HEE9) Crude Oil Tanker 296,803DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218492; MMSI 256862000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYABAR Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9369710 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DAVAR (f.k.a. COMPANION; f.k.a. DAL LAKE; a.k.a. DORE) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAWN II (a.k.a. AKIN I; a.k.a. SPAR) (3FHW2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9185530; MMSI 374100000 (vessel) [SDGT] (Linked To: HASSALEH INTERNATIONAL COMPANY).

DAWNLIGHT General Cargo Mongolia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9110236 (vessel) [DPRK].

DAYLAM (a.k.a. DOVER) (9HEU9) Crude Oil Tanker 299,500DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218466; MMSI 256872000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DECESIVE (f.k.a. DANESH; a.k.a. DREAM II; f.k.a. LEADERSHIP) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DEEP SEA (a.k.a. DARAB) (9HEE9) Crude Oil Tanker 296,803DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218492; MMSI 256862000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DELICE Chemical/Products Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9125138 (vessel) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES; Linked To: HOKOUL SAL OFFSHORE).

DELNAVAZ Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387803 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DELRUBA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305207 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DELVAR (a.k.a. DEVON) (9HEF9) Crude Oil Tanker 299,500DWT 160,576GRT None Identified flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218454; MMSI 256864000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DEMETER (HPGV) Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9258674; MMSI 370921000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

DENA (a.k.a. DOWNY) (9HED9) Crude Oil Tanker 296,894DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218480; MMSI 256861000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DERYA Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DESPINA ANDRIANNA Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9182667 (vessel) [VENEZUELA-EO13850] (Linked To: BALLITO BAY SHIPPING INCORPORATED).

DESTINY (f.k.a. ULYSSES 1) Crude Oil Tanker Iran flag; Former Vessel Flag Liberia; alt. Former Vessel Flag Mongolia; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9177155 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

DEVON (a.k.a. DELVAR) (9HEF9) Crude Oil Tanker 299,500DWT 160,576GRT None Identified flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218454; MMSI 256864000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DEVREZ Chemical/Products Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9120994 (vessel) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: ISLAMIC

REPUBLIC OF IRAN SHIPPING LINES; Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

DIAMOND II (f.k.a. DAMAVAND) (9HEG9) Crude Oil Tanker 297,013DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218478; MMSI 256865000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DILBAR (ZGFO) Yacht 15,917GRT Cayman Islands flag; Vessel Registration Identification IMO 9661792 (vessel) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

DINO I (f.k.a. INFINITY) (5IM411) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569671 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIONA Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569695 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DOJRAN (f.k.a. RAINBOW; a.k.a. SNOW; f.k.a. SOUVENIR; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DOK CHON General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7411260 (vessel) [DPRK].

DOLPHIN LPG Tanker Sao Tome and Principe flag; Vessel Registration Identification IMO 9052331; MMSI 668116145 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

DOMANI (f.k.a. GERD KNUTSEN) Shuttle Tanker Cameroon flag; Vessel Registration Identification IMO 9041057 (vessel)

[VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

DONG FENG 6 5,515DWT Tanzania flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9008201 (vessel) [DPRK4] (Linked To: SHANGHAI DONGFENG SHPG CO LTD).

DORE (f.k.a. COMPANION; f.k.a. DAL LAKE; f.k.a. DAVAR) (5IM 593) Crude Oil Tanker 317,850DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357717; MMSI 677049300 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DORENA (f.k.a. SKYLINE) (5IM632) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569669 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DORITA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8605234 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DOVER (f.k.a. DAYLAM) (9HEU9) Crude Oil Tanker 299,500DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218466; MMSI 256872000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DOWNY (f.k.a. DENA) (9HED9) Crude Oil Tanker 296,894DWT 160,576GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9218480; MMSI 256861000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DREAM II (f.k.a. DANESH; f.k.a. DECESIVE; f.k.a. LEADERSHIP) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI

677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DUNE Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569712 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DVINSKIY ZALIV Dredger 2,081GRT Russia flag; Vessel Registration Identification IMO 8922486 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

EBANO (f.k.a. "ANA I"; f.k.a. "SAND SWAN") General Cargo 2,595DWT 1,865GRT Panama flag; Vessel Registration Identification IMO 7406784 (vessel) [CUBA].

ELITE (f.k.a. NAPOLI; a.k.a. NAVARZ; f.k.a. NOAH; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ELITE (a.k.a. LA PEARL) (5IM808) Crude Oil Tanker Tanzania flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9174660; MMSI 677070800 (vessel) [SDGT] (Linked To: SAONE SHIPPING CORPORATION).

ELSA (V3RZ8) Crude Oil Tanker Belize flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9256468; MMSI 312038000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

ELYANA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165827 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

EMMA (a.k.a. JASMINE) Chemical/Products Tanker Iran flag; Vessel Registration Identification IMO 9105085 (vessel) [SDGT] (Linked To: AFRICO 1 OFF-SHORE SAL).

ENISEY Bulk Carrier 27,078GRT Russia flag; Vessel Registration Identification IMO 9079169 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

ESPERANZA (f.k.a. NEDAS) Crude Oil Tanker Cuba flag; Former Vessel Flag Greece; Vessel Registration Identification IMO 9289166 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD).

ETERNAL FORTUNE (3E5962) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9230907; MMSI 352003073 (vessel) [SDGT] (Linked To: HONGKONG UNITOP GROUP LTD).

ETIM EMIN General Cargo 1,853GRT Russia flag; Vessel Registration Identification IMO 8700010 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

EVER BRIGHT 88 Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8914934 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

EVER GLORY Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8909915 (vessel) [DPRK4] (Linked To: KOREA MARINE & INDUSTRIAL TRDG).

EVERRICH 5 (a.k.a. SUMMER 5) (3FLY5) Chemical/Oil Tanker Panama flag; Vessel Registration Identification IMO 9204805; MMSI 356746000 (vessel) [IRAN-EO13846] (Linked To: TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY).

EXPLORER (a.k.a. HERBY; f.k.a. HODA; f.k.a. HYDRA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FAEZ (f.k.a. FIANGA; a.k.a. FOREST; f.k.a. MAESTRO; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT

25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FANREACH (f.k.a. BARZIN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820269 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

FAXON Chemical/Products Tanker Panama flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283758 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FELICITY (f.k.a. LEYCOTHEA; f.k.a. ORIENTAL) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9183934 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FESCO MAGADAN (Cyrillic: ФЕСКО МАГАДАН) Container Ship 7,519GRT Russia flag; Vessel Registration Identification IMO 9287699 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

FESCO MONERON (Cyrillic: ФЕСКО МОНЕРОН) Container Ship 7,519GRT Russia flag; Vessel Registration Identification IMO 9277412 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

FIANGA (f.k.a. FAEZ; a.k.a. FOREST; f.k.a. MAESTRO; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FINIKIA; Vessel Registration Identification IMO 9385233 (vessel) [SYRIA] (Linked To: SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT).

FINVAL (UBSU4) Offshore Tug/Supply Ship Russia flag; PEESA Information: Property and Interests in Property Blocked, Except Importation of Goods; Vessel Registration

Identification IMO 9272412 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

FIROUZEH Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9103099 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

FLYING FOX (ZGHN) Yacht 9,022GRT Cayman Islands flag; Vessel Registration Identification IMO 9829394; MMSI 319133800 (vessel) [RUSSIA-EO14024] (Linked To: IMPERIAL YACHTS SARL).

FOREST (f.k.a. FAEZ; f.k.a. FIANGA; f.k.a. MAESTRO; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FOREVER RICH Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9203928; MMSI 477232400 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

FORTUN (f.k.a. SONATA; a.k.a. STREAM; a.k.a. YARD NO. 1222 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FORTUNA (UBDP8) Russia flag; Vessel Registration Identification IMO 8674156 (vessel) [CAATSA - RUSSIA] [PEESA-EO14039] (Linked To: KVT-RUS).

FORTUNE (f.k.a. IRAN FAZEL) (9BAC) Chemical/Products Tanker 35,155DWT 25,214GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283746; MMSI 422303000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FORTUNE GALAXY (3E2520) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9257010; MMSI 352001505

(vessel) [SDGT] (Linked To: GLOBAL TECH MARINE SERVICES INC).

FREEDOM (f.k.a. MAGUS) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9018464 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

FREEDOM (a.k.a. AMBER; f.k.a. HARAZ) (5IM597) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357406; MMSI 677049700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FU YUAN YU 005 Fishing Vessel China flag; Vessel Registration Identification IMO 7815246 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 008 Fishing Vessel China flag; Vessel Registration Identification IMO 8403698 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 557 Fishing Vessel China flag; Vessel Registration Identification IMO 8820509 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 558 Fishing Vessel China flag; Vessel Registration Identification IMO 9031947 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 559 Fishing Vessel China flag; Vessel Registration Identification IMO 9016571 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7601 Fishing Vessel China flag; Vessel Registration Identification IMO 9891476 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7602 Fishing Vessel China flag; Vessel Registration Identification IMO 9891488 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7603 Fishing Vessel China flag; Vessel Registration Identification IMO 9891490 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7604 Fishing Vessel China flag; Vessel Registration Identification IMO 9891505 (vessel) [GLOMAG] (Linked To: FUJIAN

PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7605 Fishing Vessel China flag; Vessel Registration Identification IMO 9891608 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7606 Fishing Vessel China flag; Vessel Registration Identification IMO 9891610 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7611 Fishing Vessel China flag; Vessel Registration Identification IMO 9896294 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7612 Fishing Vessel China flag; Vessel Registration Identification IMO 9896309 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7613 Fishing Vessel China flag; Vessel Registration Identification IMO 9896323 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7614 Fishing Vessel China flag; Vessel Registration Identification IMO 9896335 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7615 Fishing Vessel China flag; Vessel Registration Identification IMO 9896347 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7616 Fishing Vessel China flag; Vessel Registration Identification IMO 9896361 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7617 Fishing Vessel China flag; Vessel Registration Identification IMO 9896373 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7618 Fishing Vessel China flag; Vessel Registration Identification IMO 9896397 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7619 Fishing Vessel China flag; Vessel Registration Identification IMO 9896402 (vessel) [GLOMAG] (Linked To: FUJIAN

PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7620 Fishing Vessel China flag; Vessel Registration Identification IMO 9914577 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7621 Fishing Vessel China flag; Vessel Registration Identification IMO 9914589 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7622 Fishing Vessel China flag; Vessel Registration Identification IMO 9914591 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7624 Fishing Vessel China flag; Vessel Registration Identification IMO 9914606 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7625 Fishing Vessel China flag; Vessel Registration Identification IMO 9914723 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7626 Fishing Vessel China flag; Vessel Registration Identification IMO 9914735 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7627 Fishing Vessel China flag; Vessel Registration Identification IMO 9914747 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7628 Fishing Vessel China flag; Vessel Registration Identification IMO 9914759 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7629 Fishing Vessel China flag; Vessel Registration Identification IMO 9914761 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7630 Fishing Vessel China flag; Vessel Registration Identification IMO 9914785 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7861 Fishing Vessel China flag; Vessel Registration Identification IMO 9828663 (vessel) [GLOMAG] (Linked To: FUJIAN

PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7862 Fishing Vessel China flag; Vessel Registration Identification IMO 9828675 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7863 Fishing Vessel China flag; Vessel Registration Identification IMO 9828699 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7864 Fishing Vessel China flag; Vessel Registration Identification IMO 9828687 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7865 Fishing Vessel China flag; Vessel Registration Identification IMO 9828704 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7866 Fishing Vessel China flag; Vessel Registration Identification IMO 9828716 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7868 Fishing Vessel China flag; Vessel Registration Identification IMO 9872585 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7869 Fishing Vessel China flag; Vessel Registration Identification IMO 9872602 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7870 Fishing Vessel China flag; Vessel Registration Identification IMO 9874131 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7871 Fishing Vessel China flag; Vessel Registration Identification IMO 9874155 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7872 Fishing Vessel China flag; Vessel Registration Identification IMO 9874064 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7873 Fishing Vessel China flag; Vessel Registration Identification IMO 9874167 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7874 Fishing Vessel China flag; Vessel Registration Identification IMO 9879715 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7875 Fishing Vessel China flag; Vessel Registration Identification IMO 9879727 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7876 Fishing Vessel China flag; Vessel Registration Identification IMO 8537097 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7877 Fishing Vessel China flag; Vessel Registration Identification IMO 8537102 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7882 Fishing Vessel China flag; Vessel Registration Identification IMO 9828754 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7883 Fishing Vessel China flag; Vessel Registration Identification IMO 9828766 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7884 Fishing Vessel China flag; Vessel Registration Identification IMO 9842279 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7885 Fishing Vessel China flag; Vessel Registration Identification IMO 9842281 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7886 Fishing Vessel China flag; Vessel Registration Identification IMO 9842293 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7887 Fishing Vessel China flag; Vessel Registration Identification IMO 9842308 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7888 Fishing Vessel China flag; Vessel Registration Identification IMO 9872561 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7889 Fishing Vessel China flag; Vessel Registration Identification IMO 9872573

(vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7890 Fishing Vessel China flag; Vessel Registration Identification IMO 9878761 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7891 Fishing Vessel China flag; Vessel Registration Identification IMO 9878773 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7892 Fishing Vessel China flag; Vessel Registration Identification IMO 9879686 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7893 Fishing Vessel China flag; Vessel Registration Identification IMO 9878785 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7894 Fishing Vessel China flag; Vessel Registration Identification IMO 9871232 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7895 Fishing Vessel China flag; Vessel Registration Identification IMO 9871244 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7896 Fishing Vessel China flag; Vessel Registration Identification IMO 9872224 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7897 Fishing Vessel China flag; Vessel Registration Identification IMO 9872262 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7898 Fishing Vessel China flag; Vessel Registration Identification IMO 9872274 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7899 Fishing Vessel China flag; Vessel Registration Identification IMO 9872286 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 7900 Fishing Vessel China flag; Vessel Registration Identification IMO 9888273

(vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7901 Fishing Vessel China flag; Vessel Registration Identification IMO 9888285 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 7902 Fishing Vessel China flag; Vessel Registration Identification IMO 9888297 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8635 Fishing Vessel China flag; Vessel Registration Identification IMO 9934503 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8636 Fishing Vessel China flag; Vessel Registration Identification IMO 9933717 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8637 Fishing Vessel China flag; Vessel Registration Identification IMO 9933729 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8638 Fishing Vessel China flag; Vessel Registration Identification IMO 9933731 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8639 Fishing Vessel China flag; Vessel Registration Identification IMO 9934515 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8640 Fishing Vessel China flag; Vessel Registration Identification IMO 9934527 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8641 Fishing Vessel China flag; Vessel Registration Identification IMO 9934539 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8642 Fishing Vessel China flag; Vessel Registration Identification IMO 9934541 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8643 Fishing Vessel China flag; Vessel Registration Identification IMO 9934553 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8644 Fishing Vessel China flag; Vessel Registration Identification IMO 9934565 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8645 Fishing Vessel China flag; Vessel Registration Identification IMO 9934577 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8646 Fishing Vessel China flag; Vessel Registration Identification IMO 9934589 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8647 Fishing Vessel China flag; Vessel Registration Identification IMO 9940497 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8648 Fishing Vessel China flag; Vessel Registration Identification IMO 9940538 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8649 Fishing Vessel China flag; Vessel Registration Identification IMO 9940540 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8650 Fishing Vessel China flag; Vessel Registration Identification IMO 9940552 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8651 Fishing Vessel China flag; Vessel Registration Identification IMO 9940576 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8652 Fishing Vessel China flag; Vessel Registration Identification IMO 9940590 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8653 Fishing Vessel China flag; Vessel Registration Identification IMO 9940617 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8654 Fishing Vessel China flag; Vessel Registration Identification IMO 9940629 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8660 Fishing Vessel China flag; Vessel Registration Identification IMO 9870111 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8661 Fishing Vessel China flag; Vessel Registration Identification IMO 9870587 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8662 Fishing Vessel China flag; Vessel Registration Identification IMO 9870599 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8672 Fishing Vessel China flag; Vessel Registration Identification IMO 9869291 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8673 Fishing Vessel China flag; Vessel Registration Identification IMO 9869473

FU YUAN YU 8674 Fishing Vessel China flag; Vessel Registration Identification IMO 9869485 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8675 Fishing Vessel China flag; Vessel Registration Identification IMO 9869497 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8676 Fishing Vessel China flag; Vessel Registration Identification IMO 9870123 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8677 Fishing Vessel China flag; Vessel Registration Identification IMO 9870238 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8678 Fishing Vessel China flag; Vessel Registration Identification IMO 9870240 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8679 Fishing Vessel China flag; Vessel Registration Identification IMO 9892365 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8680 Fishing Vessel China flag; Vessel Registration Identification IMO 9892377 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8681 Fishing Vessel China flag; Vessel Registration Identification IMO 9893137 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8682 Fishing Vessel China flag; Vessel Registration Identification IMO 9893149 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8683 Fishing Vessel China flag; Vessel Registration Identification 9894387 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8684 Fishing Vessel China flag; Vessel Registration Identification IMO 9894492

(vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8685 Fishing Vessel China flag; Vessel Registration Identification IMO 9894507 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8686 Fishing Vessel China flag; Vessel Registration Identification IMO 9894399 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8687 Fishing Vessel China flag; Vessel Registration Identification IMO 9894519 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8688 Fishing Vessel China flag; Vessel Registration Identification IMO 9899052 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8689 Fishing Vessel China flag; Vessel Registration Identification IMO 9899064 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8690 Fishing Vessel China flag; Vessel Registration Identification IMO 9899076 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8691 Fishing Vessel China flag; Vessel Registration Identification IMO 9899088 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8692 Fishing Vessel China flag; Vessel Registration Identification IMO 9899105 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8693 Fishing Vessel China flag; Vessel Registration Identification IMO 9899117 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU 8695 Fishing Vessel China flag; Vessel Registration Identification IMO 9916692 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8696 Fishing Vessel China flag; Vessel Registration Identification IMO 9916654

(vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8697 Fishing Vessel China flag; Vessel Registration Identification IMO 9916707 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU 8698 Fishing Vessel China flag; Vessel Registration Identification IMO 9916721 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU F30 Refrigerated Cargo Ship China flag; Vessel Registration Identification IMO 9096507 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU F91 Refrigerated Cargo Ship China flag; Vessel Registration Identification IMO 8414295 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU YUN 991 Fish Carrier China flag; Vessel Registration Identification IMO 9920954 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU YUN 992 Fish Carrier China flag; Vessel Registration Identification IMO 9910909 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU YUN 993 Fish Carrier China flag; Vessel Registration Identification IMO 9897066 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

FU YUAN YU YUN 995 Fish Carrier China flag; Vessel Registration Identification IMO 9887152 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FU YUAN YU YUN 997 Fish Carrier China flag; Vessel Registration Identification IMO 9887853 (vessel) [GLOMAG] (Linked To: FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD.).

FULL STAR Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9773301; MMSI 477948300 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

GANJ Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9305219 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GARDENIA Tug Panama flag; Vessel Registration Identification IMO 9739898 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

GAS ALLURE (3E2066) Chemical/Oil Tanker Panama flag; Vessel Registration Identification IMO 9142150; MMSI 352898800 (vessel) [IRAN-EO13846] (Linked To: VIRGO MARINE).

GAS CATHAR LPG Tanker Panama flag; Vessel Registration Identification IMO 9250505; MMSI 352448000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GASRET ALIEV General Cargo 4,991GRT Russia flag; Vessel Registration Identification IMO 9083330 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

GELENDZHIK (UFII) Research Vessel Russia flag; Vessel Year of Build 1989; Vessel Registration Identification IMO 8826230 (vessel) [RUSSIA-EO14024] (Linked To: YUZHMORGEOLOGIYA AO).

GENAVA 11 (f.k.a. GOSTARESH SW 8301) (EPDE7) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9804617 (vessel) [SDGT] [IFSR] (Linked To: KHEDRI JAHAN DARYA CO.).

GENAVA 12 (EPDA4) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9776523 (vessel) [SDGT] [IFSR] (Linked To: KHEDRI JAHAN DARYA CO.).

GENNADY EGOROV (UBGX4) General Cargo Russia flag; Vessel Registration Identification IMO 9945124 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GENRIKH GASANOV General Cargo 4,991GRT Russia flag; Vessel Registration Identification IMO 9083196 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

GEORGY MASLOV (TRBD9) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9610793; MMSI 626362000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

GERD KNUTSEN (a.k.a. DOMANI) Shuttle Tanker Cameroon flag; Vessel Registration Identification IMO 9041057 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

GILDA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9367982 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GIRALT Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9259692 (vessel) [VENEZUELA-EO13850] (Linked To: BLUELANE OVERSEAS SA).

GLADIATOR Tug Togo flag; Vessel Registration Identification IMO 7621011; MMSI 671744000 (vessel) [IRAN-EO13846] (Linked To: SWEDISH MANAGEMENT CO SA).

GLAUCUS (D6A3421) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9337389; MMSI 620999422 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

GLORY HARVEST (3FYH7) LPG Tanker Panama flag; Vessel Registration Identification IMO 9143506; MMSI 356978000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN WARRIOR SHIPPING CO. LIMITED).

GOLAFRUZ Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9323833 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOLBON Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283033 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOLD STAR 3 Cambodia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8405402 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

GOLDEN BRIDGE Bulk Carrier Panama flag; Vessel Registration Identification IMO 9218301; MMSI 357648000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GOLDEN LIGHT 09 Bulk Carrier Vietnam flag; Vessel Registration Identification IMO 9445057; MMSI 574004770 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GOLDEN PHOENIX Bulk Carrier Panama flag; Vessel Registration Identification IMO 9224790; MMSI 374811000 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

GOLSAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165815 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOLSAR Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9193185 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOO RYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8201870 (vessel) [DPRK4] (Linked To: GOORYONG SHIPPING CO LTD).

GOODREACH (f.k.a. RADIN) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820257 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOSTARESH SW 8301 (a.k.a. GENAVA 11) (EPDE7) Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9804617 (vessel) [SDGT] [IFSR] (Linked To: KHEDRI JAHAN DARYA CO).

GP-21 Drilling Ship Venezuela flag; Vessel Registration Identification IMO 8767953 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

GP-23 Drilling Ship Venezuela flag; Vessel Registration Identification IMO 8767977 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

GRACE 1 (a.k.a. ADRIAN DARYA 1) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Vessel Registration Identification IMO 9116412 (vessel) [SDGT].

GRACEFUL (UBGV8) Yacht 2,685GRT Russia flag; Vessel Registration Identification IMO 1011551 (vessel) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

GRAND KARO Cambodia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8511823 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

GREEN LIGHT Panama flag; Vessel Registration Identification IMO 8810700 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.; Linked To: GREEN SHIPPING LTD.).

GRIGORIY MIKHEYEV (UCRE) Passenger Russia flag; Vessel Registration Identification IMO 8909331 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

GULF FALCON (f.k.a. GULF GLORY; a.k.a. LONGBOW LAKE; f.k.a. NICHINORI) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

GULF GLORY (f.k.a. GULF FALCON; a.k.a. LONGBOW LAKE; f.k.a. NICHINORI) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

HADI (a.k.a. HERO II; f.k.a. PIONEER; f.k.a. ZEUS) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAI II (D5HH9) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9259599; MMSI 636016693 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HALISTIC (f.k.a. HAMOON; a.k.a. HENNA; f.k.a. LENA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210

(vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HALTI (f.k.a. HORIZON; f.k.a. HORMOZ; f.k.a. SCORPIAN) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAMD Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9036052 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HAMGAM Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9226956 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HAMOON (f.k.a. HALISTIC; a.k.a. HENNA; f.k.a. LENA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAMOUN (a.k.a. CANREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820271 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HAO FAN 2 11,658DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8747604 (vessel) [DPRK4] (Linked To: SHEN ZHONG INTERNATIONAL SHPG).

HAO FAN 6 13,500DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel

Registration Identification IMO 8628597 (vessel) [DPRK4] (Linked To: SHEN ZHONG INTERNATIONAL SHPG).

HAP JANG GANG 6 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9066540 (vessel) [DPRK4] (Linked To: HAPJANGGANG SHIPPING CORP).

HAPPINESS (a.k.a. HAPPINESS I; f.k.a. HENGAM; f.k.a. LOYAL; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

HAPPINESS I (f.k.a. HAPPINESS; f.k.a. HENGAM; a.k.a. LOYAL; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

HARAZ (a.k.a. AMBER; f.k.a. FREEDOM) (5IM 597) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357406; MMSI 677049700 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HARSIN (a.k.a. HASNA; f.k.a. VALOR; f.k.a. "MARINA") (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HASNA (f.k.a. HARSIN; f.k.a. VALOR; f.k.a. "MARINA") (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HATEF (a.k.a. HUGE; f.k.a. MAJESTIC; f.k.a. "GLORY") (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAWK (f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HAYAN (a.k.a. IRAN HORMUZ 25) Roll-on Roll-off Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type General Cargo; Vessel Registration Identification IMO 8422072 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HEBE (D6A3378) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9259185; MMSI 620999378 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

HECATE (D6A3379) Crude Oil Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9233753; MMSI 620999379 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

HEDY (f.k.a. HUWAYZEH) (9HEJ9) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212888; MMSI 256869000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HELM (f.k.a. HIRMAND; f.k.a. HONESTY; f.k.a. MILLIONAIRE) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HENGAM (a.k.a. HAPPINESS; a.k.a. HAPPINESS I; f.k.a. LOYAL; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

HENNA (f.k.a. HALISTIC; f.k.a. HAMOON; f.k.a. LENA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HERBY (f.k.a. EXPLORER; f.k.a. HODA; f.k.a. HYDRA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HERCULES Offshore Tug/Supply Ship Togo flag; Vessel Registration Identification IMO 9558517; MMSI 671187100 (vessel) [IRAN-EO13846] (Linked To: SWEDISH MANAGEMENT CO SA).

HERO II (f.k.a. HADI; f.k.a. PIONEER; f.k.a. ZEUS) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210

(vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HILDA I (f.k.a. COURAGE; f.k.a. HOMA) (5IM 596) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357389; MMSI 677049600 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HIRMAND (a.k.a. HELM; f.k.a. HONESTY; f.k.a. MILLIONAIRE) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HODA (f.k.a. EXPLORER; a.k.a. HERBY; f.k.a. HYDRA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HOE RYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9041552 (vessel) [DPRK3] (Linked To: HOERYONG SHIPPING CO LTD).

HOMA (f.k.a. COURAGE; a.k.a. HILDA I) (5IM 596) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357389; MMSI 677049600 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HONESTY (a.k.a. HELM; f.k.a. HIRMAND; f.k.a. MILLIONAIRE) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to

Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HONG FENG 1 HAO Fish Carrier China flag; Vessel Registration Identification IMO 9756573 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

HONG XUN (D5GG9) Liberia flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9588885; MMSI 636016459 (vessel) [IRAN-EO13871] (Linked To: HONGYUAN MARINE CO LTD).

HORIZON (a.k.a. HALTI; f.k.a. HORMOZ; f.k.a. SCORPIAN) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HORMOZ (a.k.a. HALTI; f.k.a. HORIZON; f.k.a. SCORPIAN) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HORMUZ 2 Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 7904580 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HS ARGE (5LIK5) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9299745; MMSI 636022360 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS ATLANTICA (5LIP5) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9322839; MMSI 636022401 (vessel) [RUSSIA-EO14024] (Linked To: HS ATLANTICA LIMITED; Linked To: HENNESEA HOLDINGS LIMITED).

HS BURAQ (5LIK9) Products Tanker Liberia flag; Vessel Registration Identification IMO 9381732; MMSI 636022364 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS ESBERG (5LIN6) Products Tanker Liberia flag; Vessel Registration Identification IMO 9410894; MMSI 636022386 (vessel) [RUSSIA-

EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS EVERETT (5LIP7) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9410870; MMSI 636022403 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS GLORY (D5OH4) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9249087; MMSI 636018127 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS LEGEND (5LIK7) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9381744; MMSI 636022362 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HS STAR (D5RV6) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9274446; MMSI 636018885 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

HUA FU 10,030DWT Panama flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020003 (vessel) [DPRK4] (Linked To: CHANG AN SHIPPING & TECHNOLOGY).

HUGE (f.k.a. HATEF; f.k.a. MAJESTIC; f.k.a. "GLORY") (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HUMANITY (f.k.a. OCEAN NYMPH) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; alt. Former Vessel Flag Mongolia; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9180281 (vessel) [IRAN].

HUNTER STAR (3E7518) Heavy Lift Vessel Panama flag; Vessel Registration Identification IMO 9830769 (vessel) [RUSSIA-EO14024] (Linked To: CFU SHIPPING CO LIMITED).

HUWAYZEH (a.k.a. HEDY) (9HEJ9) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212888;

MMSI 256869000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HWA SONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8217685 (vessel) [DPRK4] (Linked To: HWASONG SHIPPING CO LTD).

HWANG GUM SAN 2 General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8405270 (vessel) [DPRK].

HYDRA (f.k.a. EXPLORER; a.k.a. HERBY; f.k.a. HODA; f.k.a. PRECIOUS) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HYOK SIN 2 Bulk Carrier Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8018900 (vessel) [DPRK].

HYUNDAI MIPO 2655 (a.k.a. YARD NO.2655 HYUNDAI M.D.) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820312 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HYUNDAI MIPO 2656 (a.k.a. YARD NO.2656 HYUNDAI M.D.) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820324 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

HYUNDAI MIPO 2657 (a.k.a. YARD NO.2657 HYUNDAI M.D.) Tanker Iran flag; Additional

Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820336 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ICARO Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9038842 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

IMICO NEKA 455 (a.k.a. YARD NO. 455 IRAN MARINE) Shuttle Tanker 63,000DWT 40,800GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9404546 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INFINITY (a.k.a. DINO I) (5IM411) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569671 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INZHENER TRUBIN General Cargo 6,418GRT Russia flag; Vessel Registration Identification IMO 8502080 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

INZHENER VESHNYAKOV General Cargo 6,418GRT Russia flag; Vessel Registration Identification IMO 8502107 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

IOHANN MAHMASTAL General Cargo 6,395GRT Russia flag; Vessel Registration Identification IMO 8603406 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

IPSALA (TCA7254) Bulk Carrier Turkey flag; Vessel Registration Identification IMO 9759666 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

IR.SHALAMCHE (a.k.a. IRAN SHALAMCHEH; a.k.a. SEPEHR SAM) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8820925 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN CHARAK Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8322076 (vessel) [IRAN]

[NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN FAZEL (a.k.a. FORTUNE) (9BAC) Chemical/Products Tanker 35,155DWT 25,214GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283746; MMSI 422303000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

IRAN HORMOZ 12 (a.k.a. IRAN HORMOZ 12) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9005596 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMOZ 14 (a.k.a. IRAN HORMOZ 14) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9020778 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMOZ 12 (a.k.a. IRAN HORMOZ 12) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9005596 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMOZ 14 (a.k.a. IRAN HORMOZ 14) Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9020778 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMOZ 22 Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Landing Craft; Vessel Registration Identification IMO 8314275 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN HORMOZ 25 (a.k.a. HAYAN) Roll-on Roll-off Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type General Cargo; Vessel Registration Identification IMO 8422072 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN PARAK Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8322064 (vessel) [IRAN]

[NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN SHAHED General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9184691 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN SHALAK Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8319940 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN SHALAMCHEH (a.k.a. IR.SHALAMCHE; a.k.a. SEPEHR SAM) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8820925 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRAN YOUSHAT Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8319952 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

IRINS MAKRAN (a.k.a. IRIS MAKRAN; a.k.a. "MAKRAN") Naval Auxiliary Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9486910 (vessel) [IRAN].

IRIS DENA (a.k.a. "DENA") Frigate Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 4743313 (vessel) [IRAN].

IRIS MAKRAN (a.k.a. IRINS MAKRAN; a.k.a. "MAKRAN") Naval Auxiliary Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9486910 (vessel) [IRAN].

IVAN KIREEV (UCYO) Research Vessel Russia flag; Vessel Registration Identification IMO 7423275 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

IVAN SIDORENKO (UHLC) Service Vessel Russia flag; Vessel Registration Identification IMO 9624213 (vessel) [PEESA-EO14039] (Linked To: JOINT STOCK COMPANY NOBILITY).

JAIRAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167291 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

JAMAICA Crude Oil Tanker Vietnam flag; Vessel Registration Identification IMO 9230098; MMSI 574004860 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

JANG GYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8203933 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

JANG JA SAN CHONG NYON HO Bulk Carrier Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8133530 (vessel) [DPRK].

JASMINE (f.k.a. EMMA) Chemical/Products Tanker Iran flag; Vessel Registration Identification IMO 9105085 (vessel) [SDGT] (Linked To: AFRICO 1 OFF-SHORE SAL).

JAZMIN Tug Venezuela flag; Vessel Registration Identification IMO 9662643 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

JH 86 Cambodia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8602531 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

JI SONG 6 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8898740 (vessel) [DPRK4] (Linked To: PHYONGCHON SHIPPING & MARINE).

JI SONG 8 Democratic People's Republic of Korea flag; Secondary sanctions risk: North

Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8503228 (vessel) [DPRK4] (Linked To: PHYONGCHON SHIPPING & MARINE).

JIN TAI Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9163154 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

JIN TENG Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9163166 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

JON JIN 2 Bulk Carrier Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8018912 (vessel) [DPRK].

JUPITER (f.k.a. ABELIA; a.k.a. APAMA; f.k.a. ASTARA) (9HDS9) Crude/Oil Products Tanker 99,087DWT 56,068GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187631; MMSI 256845000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

JUSTICE (a.k.a. DAN) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357729 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

K M A (E5U4542) Chemical/Products Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel

Registration Identification IMO 9234616; MMSI 518998425 (vessel) [SDGT] (Linked To: SAFE SEAS SHIP MANAGEMENT FZE).

KADOS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9137258 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KAMILA (a.k.a. BONITA QUEEN) Crude Oil Tanker St. Kitts & Nevis flag; Vessel Registration Identification IMO 9105906 (vessel) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

KANG SONG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 6908096 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

KAPITAN BEKLEMISHEV (a.k.a. CAPTAIN BEKLEMISHEV) (UBSJ) Tug Russia flag; Vessel Registration Identification IMO 8724080 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

KAPITAN KOKOVIN General Cargo 2,474GRT Russia flag; Vessel Registration Identification IMO 9279422 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KAPITAN RYNTSYN General Cargo 2,601GRT Russia flag; Vessel Registration Identification IMO 8618073 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KAPITAN SAKHAROV General Cargo 2,474GRT Russia flag; Vessel Registration Identification IMO 9279434 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KASHAN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270696 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KASMA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8721351 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KAZAN (A8CE6) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9258002; MMSI 636011916 (vessel) [RUSSIA-EO14024] (Linked To: KAZAN SHIPPING INCORPORATED).

KHOLMOGORY General Cargo 2,986GRT Russia flag; Vessel Registration Identification IMO 9109081 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

KHURAN Products Tanker Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9032666 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KIAZAND Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465758 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KOHANA (3E4115) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9254082; MMSI 352002176 (vessel) [SDGT] (Linked To: KOHANA COMPANY LIMITED).

KOMPOZITOR GASANOV Roll-on Roll-off 6,894GRT Russia flag; Vessel Registration Identification IMO 8606628 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

KORYAK FSU (3E2333) Floating Storage Tanker Panama flag; Vessel Registration Identification IMO 9915105 (vessel) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

KOTI Panama flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9417115 (vessel) [DPRK4] (Linked To: KOTI CORP).

KRYMSK (TRBE3) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9270529; MMSI 626364000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

KU BONG RYONG Democratic People's Republic of Korea flag; Secondary sanctions

risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8983404 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

KUM GANG 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8966535 (vessel) [DPRK4] (Linked To: KOREA UNPHA SHIPPING & TRADING).

KUM SONG 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8661850 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUM SONG 5 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8661719 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUM SONG 7 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8739396 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUM UN SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration

Identification IMO 8720436 (vessel) [DPRK4] (Linked To: KOREA KUMUNSAN SHIPPING CO).

KUM UN SAN 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8705539 (vessel) [DPRK4] (Linked To: DAWN MARINE MANAGEMENT CO LTD).

KUNASHIR (UBSI9) General Cargo Russia flag; Vessel Registration Identification IMO 9142588 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

L-409 Drilling Ship Venezuela flag; Vessel Registration Identification IMO 8772049 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

LA PEARL (a.k.a. ELITE) (5IM808) Crude Oil Tanker Tanzania flag; Secondary sanctions risk: section 1(b) of Executive Order 13886; Vessel Registration Identification IMO 9174660; MMSI 677007800 (vessel) [SDGT] (Linked To: SAONE SHIPPING CORPORATION).

LA PRIDE (5LHW6) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9274616; MMSI 636022251 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

LADY D (f.k.a. MALIY B.S.) General Cargo 9,611GRT Russia flag; Vessel Registration Identification IMO 9349289 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

LADY LEILA (UCGL) Products Tanker 5,075GRT Russia flag; Vessel Registration Identification IMO 9683740; MMSI 273340060 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

LADY MARIIA (f.k.a. STELLA-MARIA) Roll-on Roll-off 8,831GRT Russia flag; Vessel Registration Identification IMO 9220641 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

LADY R Roll-on Roll-off 7,260GRT Russia flag; Vessel Registration Identification IMO 9161003 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

LADY RANIA (UBBO9) Chemical/Oil Tanker 5,077GRT Russia flag; Vessel Registration Identification IMO 9784893; MMSI 273382620

(vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

LADY SEVDA (UBWL7) Products Tanker 5,075GRT Russia flag; Vessel Registration Identification IMO 9683738; MMSI 273342180 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

LADY SOFIA (3ESB9) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9212759; MMSI 371698000 (vessel) [SDGT] (Linked To: VISHNU INC.).

LANTANA (a.k.a. SABITI; f.k.a. SANANDAJ; f.k.a. SPOTLESS) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LAODICEA; Vessel Registration Identification IMO 9274343 (vessel) [SYRIA] (Linked To: SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT).

LAPOMINKA Hopper Barge 643GRT Russia flag; Vessel Registration Identification IMO 8928143 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

LAUREN LPG Tanker Tuvalu flag; Vessel Registration Identification IMO 9249685; MMSI 572330220 (vessel) [IRAN-EO13846] (Linked To: GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY).

LEADERSHIP (f.k.a. DANESH; f.k.a. DECESIVE; a.k.a. DREAM II) (5IM 592) Crude Oil Tanker 319,988DWT 164,241GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9356593; MMSI 677049200 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LENA (ZJL8309) Yacht British Virgin Islands flag; Vessel Registration Identification IMO 9594339 (vessel) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

LENA (f.k.a. HALISTIC; f.k.a. HAMOON; a.k.a. HENNA; f.k.a. TAMAR) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to

Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LEONID PESTRIKOV (UBJV2) General Cargo Russia flag; Vessel Registration Identification IMO 9922122 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

LEYCOTHEA (a.k.a. FELICITY; f.k.a. ORIENTAL) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9183934 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

LIANG SHENG Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9526693; MMSI 477978800 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

LIGHT MOON (V4EO4) Bulk Carrier St. Kitts and Nevis flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9109550 (vessel) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

LIGOVSKY PROSPECT (A8AP5) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9256066; MMSI 636011641 (vessel) [RUSSIA-EO14024] (Linked To: PROGRESS SHIPPING COMPANY LIMITED).

LINDA (Cyrillic: ЛИНДА) (f.k.a. "LADY D" (Cyrillic: "ЛЕДИ D")) Crude Oil Tanker 61,991GRT Russia flag; Vessel Registration Identification IMO 9256858 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

LITEYNY PROSPECT (TRBE6) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9256078; MMSI 626367000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

LONG XING 601 Fishing Vessel China flag; Vessel Registration Identification IMO 8828329 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 602 Fishing Vessel China flag; Vessel Registration Identification IMO 8011055 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 603 Fishing Vessel China flag; Vessel Registration Identification IMO 7416349 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 605 Fishing Vessel China flag; Vessel Registration Identification IMO 8682490 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 606 Fishing Vessel China flag; Vessel Registration Identification IMO 8682505 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 607 Fishing Vessel China flag; Vessel Registration Identification IMO 8682517 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 608 Fishing Vessel China flag; Vessel Registration Identification IMO 8682529 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 609 Fishing Vessel China flag; Vessel Registration Identification IMO 9004449 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 610 Fishing Vessel China flag; Vessel Registration Identification IMO 8713421 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 611 Fishing Vessel China flag; Vessel Registration Identification IMO 9037678 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 612 Fishing Vessel China flag; Vessel Registration Identification IMO 9038294 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 621 Fishing Vessel China flag; Vessel Registration Identification IMO 8909769 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 622 Fishing Vessel China flag; Vessel Registration Identification IMO 8915158 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 623 Fishing Vessel China flag; Vessel Registration Identification IMO 8910976 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 625 Fishing Vessel China flag; Vessel Registration Identification IMO 9036777 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 626 Fishing Vessel China flag; Vessel Registration Identification IMO 9031935 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 627 Fishing Vessel China flag; Vessel Registration Identification IMO 9016258 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 628 Fishing Vessel China flag; Vessel Registration Identification IMO 9016246 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 629 Fishing Vessel China flag; Vessel Registration Identification IMO 8687268 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 630 Fishing Vessel China flag; Vessel Registration Identification IMO 8687270 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 635 Fishing Vessel China flag; Vessel Registration Identification IMO 8648145 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 636 Fishing Vessel China flag; Vessel Registration Identification IMO 8648157 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 637 Fishing Vessel China flag; Vessel Registration Identification IMO 8648169 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 638 Fishing Vessel China flag; Vessel Registration Identification IMO 8648171 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 801 Fishing Vessel China flag; Vessel Registration Identification IMO 8529442 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONG XING 802 Fishing Vessel China flag; Vessel Registration Identification IMO 8529428 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

LONGBOW LAKE (f.k.a. GULF FALCON; f.k.a. GULF GLORY; f.k.a. NICHINORI) Crude Oil Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

LOYAL (f.k.a. HAPPINESS; a.k.a. HAPPINESS I; f.k.a. HENGAM; f.k.a. TULAR) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL

IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

LUCKY STAR General Cargo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9015278 (vessel) [DPRK4] (Linked To: ALWAYS SMOOTH LTD; Linked To: WEIHAI HUIJIANG TRADE LIMITED).

LUISA CACERES DE ARISMENDI Products Tanker Venezuela flag; Vessel Registration Identification IMO 9117478 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MADAME GU (ZGCW7) Yacht 2,991GRT Cayman Islands flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 1011331 (vessel) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

MAESTRO (f.k.a. FAEZ; f.k.a. FIANGA; a.k.a. FOREST; f.k.a. SATEEN) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MAGUS (a.k.a. FREEDOM) Crude Oil Tanker Cameroon flag; Vessel Registration Identification IMO 9018464 (vessel) [VENEZUELA-EO13850] (Linked To: FIDES SHIP MANAGEMENT LLC).

MAHNAM Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9213387 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

MAIA-1 (f.k.a. NEPTUN) General Cargo 9,611GRT Russia flag; Vessel Registration Identification IMO 9358010 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

MAJESTIC (f.k.a. HATEF; a.k.a. HUGE; f.k.a. "GLORY") (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania;

Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MAKSIM GORKY (f.k.a. MAXIMO GORKI) Crude Oil Tanker Russia flag; Vessel Registration Identification IMO 9590008 (vessel) [VENEZUELA-EO13850] (Linked To: INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES).

MALIY B.S. (a.k.a. LADY D) General Cargo 9,611GRT Russia flag; Vessel Registration Identification IMO 9349289 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

MANAURE Tug Venezuela flag; Vessel Registration Identification IMO 9670987 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MANGAZEYA (UFRI) Fish Carrier Russia flag; Vessel Registration Identification IMO 7741108 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MANUELA SAENZ Products Tanker Venezuela flag; Vessel Registration Identification IMO 9117492 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MAR AZUL (CL2192) Tug 212GRT Cuba flag (Samir de Navegacion S.A.) (vessel) [CUBA].

MARA Tug Venezuela flag; Vessel Registration Identification IMO 9670999 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MARAYA (f.k.a. MED PATRON) Palletized Cargo Ship Samoa flag; Vessel Registration Identification IMO 7514517 (vessel) [LIBYA3] (Linked To: ALWEFAQ LTD).

MARGARITA 1 Tug Venezuela flag; Vessel Registration Identification IMO 9671668 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

MARIA (UBRH7) General Cargo Russia flag; Vessel Year of Build 1986; Vessel Registration Identification IMO 8517839 (vessel) [RUSSIA-EO14024] (Linked To: IBEX SHIPPING INC).

MARIA E (a.k.a. "MARIA") Roll-on Roll-off 3,069GRT Togo flag; Other Vessel Type Passenger; Vessel Registration Identification IMO 9617923 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

MARIA III (f.k.a. SUNRISE) LPG Tanker Panama flag (NITC); Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9615092 (vessel)

[IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MARIANA Sierra Leone flag; Vessel Registration Identification IMO 8016835 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

MARIE DE LOURDES (9HB3103) Malta flag; Vessel Registration Identification IMO 8688171; MMSI 249000882 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MARIE DE LOURDES I (9HB3737) Malta flag; Vessel Registration Identification IMO 8688183; MMSI 248000368 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MARIE DE LOURDES V (a.k.a. MDL 5) (9HB5604) Malta flag; Vessel Registration Identification IMO 9809277; MMSI 215000818 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MARIVAN (EQKH) Bunkering Tanker 640DWT 478GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8517243; MMSI 422143000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MARLIN (UBNV2) Offshore Support Vessel Russia flag; Vessel Registration Identification IMO 9396854 (vessel) [PEESA-EO14039] (Linked To: TRANSADRIA LTD).

MARSHAL ZHUKOV Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9690224 (vessel) [UKRAINE-EO13685] (Linked To: TRANS-FLOT JSC).

MAXIMO GORKI (a.k.a. MAKSIM GORKY) Crude Oil Tanker Russia flag; Vessel Registration Identification IMO 9590008 (vessel) [VENEZUELA-EO13850] (Linked To: INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES).

MDL 5 (a.k.a. MARIE DE LOURDES V) (9HB5604) Malta flag; Vessel Registration Identification IMO 9809277; MMSI 215000818 (vessel) [LIBYA3] (Linked To: WORLD WATER FISHERIES LIMITED).

MED PATRON (a.k.a. MARAYA) Palletized Cargo Ship Samoa flag; Vessel Registration Identification IMO 7514517 (vessel) [LIBYA3] (Linked To: ALWEFAQ LTD).

MEHLE (3E3893) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9191711; MMSI 352002537

(vessel) [SDGT] (Linked To: CIELO MARITIME LTD).

MEKHANIK BRILIN General Cargo 2,489GRT Russia flag; Vessel Registration Identification IMO 8904408 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK KOTTSOV General Cargo 2,489GRT Russia flag; Vessel Registration Identification IMO 8904410 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK KRASKOVSKIY General Cargo 2,489GRT Russia flag; Vessel Registration Identification IMO 8904458 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK MAKARIN General Cargo 3,178GRT Russia flag; Vessel Registration Identification IMO 8904379 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK PUSTOSHNYY General Cargo 2,489GRT Russia flag; Vessel Registration Identification IMO 8904422 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK PYATLIN General Cargo 2,489GRT Russia flag; Vessel Registration Identification IMO 8904434 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MEKHANIK YARTSEV General Cargo 2,489GRT Russia flag; Vessel Registration Identification IMO 8904367 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MENA Crude/Oil Products Tanker Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8909472 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

MERAKI (V2YB7) Crude Oil Tanker Antigua and Barbuda flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194139; MMSI 304552000 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

MI RIM Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8713471 (vessel) [DPRK3] (Linked To: MIRIM SHIPPING CO LTD).

MI RIM 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9361407 (vessel) [DPRK3] (Linked To: MIRIM SHIPPING CO LTD).

MIAMI PRIDE Bulk Carrier Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9274941 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

MIKHAIL BRITNEV (UBCW9) General Cargo Russia flag; Vessel Registration Identification IMO 9081370 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MIKHAIL LOMONOSOV General Cargo 2,990GRT Russia flag; Vessel Registration Identification IMO 9216482 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

MILLIONAIRE (a.k.a. HELM; f.k.a. HIRMAND; f.k.a. HONESTY) (T2DZ4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357391; MMSI 572450210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

MIN FUZHOU YU F009 Fish Carrier China flag; Vessel Registration Identification IMO 8994013 (vessel) [GLOMAG] (Linked To: FUZHOU HONGLONG OCEAN FISHING CO., LTD.).

MOLECULE (TJMC241) Crude Oil Tanker Cameroon flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9209300; MMSI 613003214 (vessel) [SDGT] (Linked To: GLOBAL TECH MARINE SERVICES INC).

MONA (5LIS6) Chemical/Oil Tanker Liberia flag; Vessel Registration Identification IMO 9314818;

MMSI 636022424 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

MU DU BONG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8328197 (vessel) [DPRK].

MURMAN (UBAN4) Salvage Ship Russia flag; Vessel Registration Identification IMO 9682423 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

MYS DEZHNEVA (UBFV9) General Cargo Russia flag; Vessel Registration Identification IMO 9368340 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MYS FLORA (UBHW2) Bulk Carrier Russia flag; Vessel Registration Identification IMO 9433286 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MYS SHMIDTA (UBIZ9) General Cargo Russia flag; Vessel Registration Identification IMO 9243825 (vessel) [RUSSIA-EO14024] (Linked To: EKO SHIPPING LIMITED LIABILITY COMPANY).

MYS ZHELANIYA (UBQT4) General Cargo Russia flag; Vessel Registration Identification IMO 9366110 (vessel) [RUSSIA-EO14024] (Linked To: TRANSSTROY LIMITED LIABILITY COMPANY).

NAM SAN 8 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8122347 (vessel) [DPRK4] (Linked To: HAPJANGGANG SHIPPING CORP).

NAN FENG ZHI XING (3E2357) Heavy Lift Vessel Panama flag; Vessel Registration Identification IMO 9934498 (vessel) [RUSSIA-EO14024] (Linked To: CFU SHIPPING CO LIMITED).

NAPOLI (f.k.a. ELITE; a.k.a. NAVARZ; f.k.a. NOAH; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania;

Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NARDIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9137246 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NAROON (f.k.a. "BELEMA LIGHT CRUDE"; f.k.a. "MAHARLIKA"; f.k.a. "NOOR") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NARVAL (UBVQ9) Offshore Tug Russia flag; Other Vessel Call Sign UBMQ9; Vessel Registration Identification IMO 9171876 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

NASHA (f.k.a. "NATIVE LAND"; f.k.a. "NESA"; f.k.a. "OCEANIC"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NAVARZ (f.k.a. ELITE; f.k.a. NAPOLI; f.k.a. NOAH; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NAVIS 6 (UAQK) General Cargo Russia flag; Vessel Registration Identification IMO 9868807 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

NEDAS (a.k.a. ESPERANZA) Crude Oil Tanker Cuba flag; Former Vessel Flag Greece; Vessel Registration Identification IMO 9289166 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD).

NEGA (Cyrillic: НЕГА) (J8Y4483) Yacht Russia flag; Vessel Registration Identification RS

130280 (Russia); MMSI 273337970 (vessel) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY CORPORATION GELIOS).

NEGAR General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9165839 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NEGEEN Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9071519 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NELLIS (5LJI8) Chemical/Oil Tanker Liberia flag; Vessel Registration Identification IMO 9322267; MMSI 636022550 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

NEPTUN Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8404991 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

NEPTUN (a.k.a. MAIA-1) General Cargo 9,611GRT Russia flag; Vessel Registration Identification IMO 9358010 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

NEPTUNE (f.k.a. ALERT; a.k.a. ARNICA; f.k.a. ASTANEH; f.k.a. SEAPRIDE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NESHAT General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167277 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NEVSKIY PROSPECT (TRBE8) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9256054; MMSI 626369000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NICHINORI (f.k.a. GULF FALCON; f.k.a. GULF GLORY; a.k.a. LONGBOW LAKE) Crude Oil

Tanker Honduras flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9237539 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

NIKOLAI LEONOV (UBLV9) General Cargo Russia flag; Vessel Registration Identification IMO 9922134 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

NIKOLAY ANISHCHENKOV General Cargo Russia flag; Vessel Registration Identification IMO 9942392 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

NIRVANA (ZGBM) Yacht Cayman Islands flag; Vessel Year of Build 2012; Vessel Registration Identification IMO 1011202 (vessel) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

NOAH (f.k.a. ELITE; f.k.a. NAPOLI; a.k.a. NAVARZ; f.k.a. VOYAGER) (T2DQ4) Crude Oil Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

NOLAN (f.k.a. "OSLO") Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9179701; MMSI 354798000 (vessel) [SDGT] (Linked To: PONTUS NAVIGATION CORP.).

NOOR 1 Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9506320 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

NP DIKSON Chemical/Oil Tanker 15,980GRT Russia flag; Vessel Registration Identification IMO 9255270 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

NP DUDINKA Chemical/Oil Tanker 14,400GRT Russia flag; Vessel Registration Identification IMO 9183831 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

NS ANTARCTIC (TRBF3) Crude Oil Tanker Gabon flag; Vessel Registration Identification

IMO 9413559; MMSI 626372000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS BRAVO (TRBF8) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9412359; MMSI 626377000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS BURGAS (TRBF9) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9411020; MMSI 626378000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CAPTAIN (TRBG2) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9341067; MMSI 626379000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CENTURY (A8IJ8) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9306782; MMSI 636012853 (vessel) [RUSSIA-EO14024] (Linked To: GALLION NAVIGATION INCORPORATED).

NS CHAMPION (A8FD9) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9299719; MMSI 636012384 (vessel) [RUSSIA-EO14024] (Linked To: STERLING SHIPPING INCORPORATED).

NS COLUMBUS (TRBG5) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9312884; MMSI 626382000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CONSUL (TRBH3) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9341093; MMSI 626388000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS CREATION (TRBH5) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9312896; MMSI 626390000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NS LEADER (A8LU7) Crude Oil Tanker Gabon flag; Identification Number IMO 9339301; MMSI 636013272 (vessel) [RUSSIA-EO14024] (Linked To: NS LEADER SHIPPING INCORPORATED).

NS LION (TRBH8) Crude Oil Tanker Gabon flag; Vessel Registration Identification IMO 9339313; MMSI 626393000 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

NYMEX STAR Singapore flag; Secondary sanctions risk: North Korea Sanctions

Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9078191 (vessel) [DPRK] (Linked To: WT MARINE PTE LTD).

O UN CHONG NYON HO General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8330815 (vessel) [DPRK].

OCEAN NYMPH (a.k.a. HUMANITY) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; alt. Former Vessel Flag Mongolia; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9180281 (vessel) [IRAN].

OCEANUS GAS (D6A3372) LPG Tanker Comoros flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9397080; MMSI 620999373 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

OLGA General Cargo 1,853GRT Russia flag; Vessel Registration Identification IMO 8700046 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

OLYMPIA (ZCGR) Yacht 776GRT Cayman Islands flag; Vessel Registration Identification IMO 1006960; MMSI 319766000 (vessel) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

ORIENTAL (a.k.a. FELICITY; f.k.a. LEYCOTHEA) Crude Oil Tanker Iran flag; Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9183934 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ORIENTAL TREASURE 9,038DWT Comoros flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9115028 (vessel) [DPRK4] (Linked To: HONGXIANG MARINE HONG KONG LTD).

ORION STAR; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9333589 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

OSPEROUS (5LHE4) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9412995; MMSI 636022098 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

OSTAP SHEREMETA (UBCS9) Service Vessel Russia flag; Vessel Registration Identification IMO 9624225 (vessel) [PEESA-EO14039] (Linked To: JOINT STOCK COMPANY NOBILITY).

OT-2077 Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9025778 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

OURA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387815 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

OUREA (E5U5002) LPG Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9350422; MMSI 518999021 (vessel) [SDGT] (Linked To: OCEANLINK MARITIME DMCC).

OZEL 2 (a.k.a. PROGRES) (9HB4398) Malta flag; Other Vessel Flag Tanzania; alt. Other Vessel Flag Trinidad and Tobago; Other Vessel Call Sign 5IM713; Vessel Registration Identification IMO 8023670 (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

PAEK MA Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9066978 (vessel) [DPRK4] (Linked To: PAEKMA SHIPPING CO; Linked To: FIRST OIL JV CO LTD).

PARAMACONI Crude Oil Tanker Venezuela flag; Vessel Registration Identification IMO 9543512 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

PARAMUSHIR (UGZM) General Cargo Russia flag; Vessel Registration Identification IMO 9190286 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

PARAND General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9118551 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARIN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9076478 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARISAN Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465851 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARMIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9245316 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARNIA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Year of Build 1999; Vessel Registration Identification IMO 9167265 (vessel) [IRAN] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

PARSHAD Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9387786 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARSHAN General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9051648 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PARTIZAN Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9113020 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

PASSAT Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 8523242 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

PATRIA (UBVP6) Roll-on Roll-off Russia flag; Vessel Registration Identification IMO 9159921 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

PATRIOT Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9003550 (vessel) [DPRK4] (Linked To: PRIMORYE MARITIME LOGISTICS CO LTD; Linked To: GUDZON SHIPPING CO LLC).

PATRIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9137210 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PAWELL General Cargo Syria flag; Vessel Registration Identification IMO 8315499 (vessel) [RUSSIA-EO14024] (Linked To: PAWELL SHIPPING CO LLP).

PDVSA CARDON Tug Venezuela flag; Vessel Registration Identification IMO 9432660 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

PEGAS (Cyrillic: ПЕГАС) (f.k.a. "PERUN" (Cyrillic: "ПЕРУН")) Crude Oil Tanker 61,991GRT Russia flag; Vessel Registration Identification IMO 9256860 (Russia) (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

PERARIN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9209350 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

PERIA (5LIZ6) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9322827; MMSI 636022479 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

PETION Products Tanker Panama flag; Vessel Registration Identification IMO 9295098 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD; Linked To: TROCANA WORLD INC.).

PETROTRANS 5902 (UBXT9) General Cargo Russia flag; Vessel Registration Identification IMO 9900514 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

PHO THAE General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7632955 (vessel) [DPRK].

PI RUY GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8829593 (vessel) [DPRK].

PIONEER (f.k.a. HADI; a.k.a. HERO II; f.k.a. ZEUS) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PIZHMA General Cargo 3,466GRT Russia flag; Vessel Registration Identification IMO 8814354 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

PO CHON Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8848276 (vessel) [DPRK4]

(Linked To: POCHON SHIPPING & MANAGEMENT).

PO THONG GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8829555 (vessel) [DPRK].

POLA AGATA (UBJU8) General Cargo; Vessel Registration Identification IMO 9903841 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ALEXIA (UBUU3) General Cargo; Vessel Registration Identification IMO 9903853 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ANASTASIA (UFON) General Cargo; Vessel Registration Identification IMO 9897690 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ANATOLIA (UCQV) General Cargo; Vessel Registration Identification IMO 9851103 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA ANFISA (UBXR7) General Cargo; Vessel Registration Identification IMO 9851115 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA DUDINKA (UBNW5) General Cargo; Vessel Registration Identification IMO 9190107 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA FEODOSIA (UHNY) General Cargo; Vessel Registration Identification IMO 9849461 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA FILOFEIA (UBAV) General Cargo; Vessel Registration Identification IMO 9849435 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA FIVA (UBRR) General Cargo; Vessel Registration Identification IMO 9849473 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA GALI (UBVC2) General Cargo; Vessel Registration Identification IMO 9851127 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA HARITA (UBLL) General Cargo; Vessel Registration Identification IMO 9888792 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MAKARIA (UBZX) General Cargo; Vessel Registration Identification IMO 9849423 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MARIA (UDHN) General Cargo; Vessel Registration Identification IMO 9897705 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MARINA (UBVU5) General Cargo; Vessel Registration Identification IMO 9903865 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA MIROPIA (UBYU3) General Cargo; Vessel Registration Identification IMO 9903877 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA PELAGIA (UDRW) General Cargo; Vessel Registration Identification IMO 9888807 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA SEVASTIANA (UBDG) General Cargo; Vessel Registration Identification IMO 9691785 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA SOFIA (UBFI) General Cargo; Vessel Registration Identification IMO 9849459 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA VARVARA (UBFU2) General Cargo; Vessel Registration Identification IMO 9903839 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLA YAROSLAVA (UDJO) General Cargo; Vessel Registration Identification IMO 9903827 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

POLAR ROCK Crude Oil Tanker 56,924GRT Russia flag; Vessel Registration Identification IMO 9116632 (vessel) [RUSSIA-EO14024] (Linked To: MARINE TRANS SHIPPING LLC).

PORT OLYA-1 General Cargo 4,878GRT Russia flag; Vessel Registration Identification IMO 9481922 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

PORT OLYA-2 General Cargo 4,878GRT Russia flag; Vessel Registration Identification IMO 9481881 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

PRECIOUS (f.k.a. EXPLORER; a.k.a. HERBY; f.k.a. HODA; f.k.a. HYDRA) (T2EH4) Crude Oil Tanker 317,356DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration

Identification IMO 9362059; MMSI 572458210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

PROFESSOR LOGACHEV (UADZ) Research Vessel Russia flag; Vessel Year of Build 1970; Vessel Registration Identification IMO 8834691 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

PROFESSOR RJABINKIN (a.k.a. PROFESSOR RYABINKIN) (UAJU) Research Vessel Russia flag; Vessel Year of Build 1989; Vessel Registration Identification IMO 8504923 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

PROFESSOR RYABINKIN (a.k.a. PROFESSOR RJABINKIN) (UAJU) Research Vessel Russia flag; Vessel Year of Build 1989; Vessel Registration Identification IMO 8504923 (vessel) [RUSSIA-EO14024] (Linked To: SEVMORNEFTEGEOFIZIKA AO).

PROGRES (a.k.a. OZEL 2) (9HB4398) Malta flag; Other Vessel Flag Tanzania; alt. Other Vessel Flag Trinidad and Tobago; Other Vessel Call Sign 5IM713; Vessel Registration Identification IMO 8023670 (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

PU HUNG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8703933 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO SHIPPING CO).

PUGNAX (9V9102) Heavy Lift Vessel Singapore flag; Vessel Registration Identification IMO 9763849 (vessel) [RUSSIA-EO14024] (Linked To: RED BOX ENERGY SERVICES PTE LTD).

QUEEN LUCA LPG Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9102198 (vessel) [SDGT] (Linked To: ELVEGARD SHIPPING LTD).

RA NAM 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8625545 (vessel) [DPRK3] (Linked To: KOREA SAMILPO SHIPPING CO).

RA NAM 3 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9314650 (vessel) [DPRK3] (Linked To: KOREA SAMILPO SHIPPING CO).

RADIN (a.k.a. GOODREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820257 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

RAIN DROP Crude Oil Tanker Cook Islands flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9233208; MMSI 518998461 (vessel) [SDGT] (Linked To: BLUE BERRI SHIPPING INC.).

RAINBOW (f.k.a. DOJRAN; a.k.a. SNOW; f.k.a. SOUVENIR; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

RAK RANG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7506118 (vessel) [DPRK4] (Linked To: KOREA DAEBONG SHIPPING CO).

RAK WON 2 General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8819017 (vessel) [DPRK].

RASUL GAMZATOV General Cargo 4,991GRT Russia flag; Vessel Registration Identification

IMO 8861058 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

RAYEN (a.k.a. TENREACH) Container Ship Hong Kong flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820245 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

RENEEZ (T8A3663) Crude Oil Tanker Palau flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9232450; MMSI 511100508 (vessel) [SDGT] (Linked To: RENEEZ SHIPPING LIMITED).

RISE DESTINY (a.k.a. SARAK) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9226968 (vessel) [SDGT] (Linked To: MEHDI GROUP).

RISE DIGNITY (a.k.a. SOBAR) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9221970 (vessel) [SDGT] (Linked To: MEHDI GROUP).

RISE GLORY (a.k.a. SOLAN) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9155808 (vessel) [SDGT] (Linked To: MEHDI GROUP).

RISING EAGLE Bulk Carrier St. Vincent and the Grenadines flag; Vessel Registration Identification IMO 9073672; MMSI 376369000 (vessel) [IRAN-EO13846] (Linked To: SWEDISH MANAGEMENT CO SA).

RISING FALCON Bulk Carrier St. Vincent and the Grenadines flag; Vessel Registration Identification IMO 9105396; MMSI 375821000 (vessel) [IRAN-EO13846] (Linked To: SWEDISH MANAGEMENT CO SA).

RISING HARRIER Bulk Carrier St. Vincent and the Grenadines flag; Vessel Registration Identification IMO 9122291; MMSI 375726000 (vessel) [IRAN-EO13846] (Linked To: SWEDISH MANAGEMENT CO SA).

ROSHAK Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9405966 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

RUNG RA 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Vessel Registration Identification IMO 8713457 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO RYONGAK TRADING CO).

RUNG RA 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020534 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO RYONGAK TRADING CO).

RUNG RA DO Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8989795 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO SHIPPING CO).

RYE SONG GANG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7389704 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

RYO MYONG Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8987333 (vessel) [DPRK3] (Linked To: KOREAN POLISH SHPG CO LTD).

RYONG GANG 2 General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7640378 (vessel) [DPRK].

RYONG GUN BONG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions

Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification 8606173 (vessel) [DPRK].

RZK CONSTANTA General Cargo 7,095GRT Russia flag; Vessel Registration Identification IMO 8711289 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

S. KUZNETSOV General Cargo 6,204GRT Russia flag; Vessel Registration Identification IMO 9210359 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SAAM FSU (3E2557) Floating Storage Tanker Panama flag; Vessel Registration Identification IMO 9915090 (vessel) [RUSSIA-EO14024] (Linked To: ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY).

SABANETA Tug Venezuela flag; Vessel Registration Identification IMO 9667813 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

SABETTA General Cargo 12,936GRT Russia flag; Vessel Registration Identification IMO 9347061 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

SABITI (f.k.a. LANTANA; f.k.a. SANANDAJ; f.k.a. SPOTLESS) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SABRINA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8215742 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SAINT LIGHT (a.k.a. STELLAR ORACLE; a.k.a. YOUNG YONG) (8RAR1) Oil Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194127; MMSI 750514000 (vessel) [SDGT] (Linked To: TECHNOLOGY BRIGHT INTERNATIONAL LIMITED).

SAKHALIN 10 (UCDL) Passenger Russia flag; Other Vessel Type Roll-on Roll-off; Vessel

Registration Identification IMO 8857667 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SAKHALIN 8 (UERK) Passenger Russia flag; Vessel Registration Identification IMO 8330516 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SAKHALIN 9 (UCEE) Passenger Russia flag; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 8728543 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SAKHALIN ISLAND (3E4139) Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9249128; MMSI 352002202 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SOVCOMFLOT).

SALINA (f.k.a. BLACKSTONE; f.k.a. SARV; f.k.a. SPLENDOUR) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SAM JONG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8405311 (vessel) [DPRK4] (Linked To: KOREA SAMJONG SHIPPING CO).

SAM JONG 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7408873 (vessel) [DPRK4] (Linked To: KOREA SAMJONG SHIPPING CO).

SAM MA 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8106496 (vessel) [DPRK4] (Linked To: KOREA SAMMA SHPG CO).

SANAN (f.k.a. "CAMELLIA"; f.k.a. "SAVEH"; f.k.a. "SOL"; f.k.a. "SWALLOW) Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SANANDAJ (f.k.a. LANTANA; a.k.a. SABITI; f.k.a. SPOTLESS) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SANAR 15 (UALW) Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9777670; MMSI 273375360 (vessel) [RUSSIA-EO14024] (Linked To: COVART ENERGY LIMITED).

SANDINO Chemical/Products Tanker Panama flag; Vessel Registration Identification IMO 9441178 (vessel) [VENEZUELA-EO13850] (Linked To: CAROIL TRANSPORT MARINE LTD; Linked To: TOVASE DEVELOPMENT CORP).

SANIA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9367994 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SARA II (5LJI4) Chemical/Oil Tanker Liberia flag; Vessel Registration Identification IMO 9301615; MMSI 636022546 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

SARAK (f.k.a. RISE DESTINY) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9226968 (vessel) [SDGT] (Linked To: MEHDI GROUP).

SARDASHT (EQKG) Landing Craft 640DWT 478GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8517231; MMSI 422142000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARINA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8203608 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SARIR General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9368003 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SARV (f.k.a. BLACKSTONE; a.k.a. SALINA; f.k.a. SPLENDOUR) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SARVIN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9209348 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SASCO ALDAN (UBOV4) General Cargo Russia flag; Vessel Registration Identification IMO 9358034 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SASCO ANGARA (UBUO6) Container Ship Russia flag; Vessel Registration Identification IMO 9242986 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SASCO ANIVA (UBBO5) Container Ship Russia flag; Vessel Registration Identification IMO 9255402 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SASCO AVACHA (UBMO9) Container Ship Russia flag; Vessel Registration Identification IMO 9246140 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SATEEN (f.k.a. FAEZ; f.k.a. FIANGA; a.k.a. FOREST; f.k.a. MAESTRO) (T2DM4) Chemical/Products Tanker 35,124DWT 25,214GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9283760; MMSI 572438210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SAVIZ General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167253 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SCF PRIMORYE (A8SW6) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9421960; MMSI 636014308 (vessel) [RUSSIA-EO14024] (Linked To: LUMBER MARINE SA).

SCORPIAN (a.k.a. HALTI; f.k.a. HORIZON; f.k.a. HORMOZ) (9HEK9) Crude Oil Tanker 299,261DWT 160,930GRT Iran flag; Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212890; MMSI 256870000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEA CLIFF (f.k.a. "SMOOTH"; a.k.a. "YARD NO. 1225 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569657 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEA RHAPSODY (V7VR9) Yacht 1,503GRT Marshall Islands flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 1010648; MMSI 538071180 (vessel) [UKRAINE-EO13661] (Linked To: KOSTIN, Andrey Leonidovich).

SEA STAR III (f.k.a. "CARNATION"; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEAPRIDE (f.k.a. ALERT; a.k.a. ARNICA; f.k.a. ASTANEH; f.k.a. NEPTUNE) (T2ES4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187643; MMSI 572467210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SELENGA (UBSH8) General Cargo Russia flag; Vessel Registration Identification IMO 8714657 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SENSUS (5LHJ7) Products Tanker Liberia flag; Vessel Registration Identification IMO 9296585; MMSI 636022146 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

SEPEHR SAM (a.k.a. IR.SHALAMCHE; a.k.a. IRAN SHALAMCHEH) General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8820925 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SERENA (f.k.a. "SALALEH"; f.k.a. "SONGBIRD"; a.k.a. "YARD NO. 1224 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SEVASTOPOL Russia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9235127 (vessel) [DPRK4] (Linked To: GUDZON SHIPPING CO LLC).

SEVERNIY PROECT General Cargo 13,066GRT Russia flag; Vessel Registration Identification IMO 9202053 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

SEVIN (f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SHABDIS Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349588 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHABGOUN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9346524 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHAHR E KORD Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270684 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHAHRAZ Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349576 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHAMIM Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270658 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHANG YUAN BAO Panama flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8126070 (vessel) [DPRK4] (Linked To: HUANG, Wang Ken; Linked To: CHEN, Mei Hsiang; Linked To: JUI CHENG SHIPPING COMPANY LIMITED; Linked To: JUI PANG SHIPPING CO LTD; Linked To: JUI ZONG SHIP MANAGEMENT CO LTD).

SHANTAR (UBNJ7) General Cargo Russia flag; Vessel Registration Identification IMO 9190274 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SHAYAN 1 Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9420356 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHELLEST (Cyrillic: ШЕЛЛЕСТ) (UBAO8) Yacht Russia flag; Vessel Registration Identification RS 150443 (Russia); MMSI 273385420 (vessel) [RUSSIA-EO14024] (Linked To: NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS).

SHIBA Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9270646 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SHONA (f.k.a. ABADAN; a.k.a. ARTAVIL; f.k.a. "ALPHA") (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SIBERIA Bulk Carrier 17,665GRT Russia flag; Vessel Registration Identification IMO 9239458 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

SIENNA (a.k.a. SIERRA) Crude/Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9147447 (vessel) [VENEZUELA-EO13850] (Linked To: RUSTANKER LLC).

SIERRA (f.k.a. SIENNA) Crude/Oil Products Tanker Russia flag; Vessel Registration Identification IMO 9147447 (vessel) [VENEZUELA-EO13850] (Linked To: RUSTANKER LLC).

SIG Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9735335 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

SILVER CLOUD (f.k.a. AMOL; a.k.a. ARGO 1; a.k.a. ARGO I; f.k.a. CASTOR; f.k.a. CHRISTINA) (T2EM4) Crude/Oil Products Tanker 99,094DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187667; MMSI 256843000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SILVIA I (f.k.a. "MAGNOLIA"; f.k.a. "SABRINA"; f.k.a. "SARVESTAN") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SIMUSHIR (UBRI5) General Cargo Russia flag; Vessel Registration Identification IMO 9179385 (vessel) [RUSSIA-EO14024] (Linked To:

PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

SINCERE 02 (3E4733) Oil Products Tanker Kiribati flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9226011; MMSI 352002984 (vessel) [SDGT] (Linked To: GLOBAL TECH MARINE SERVICES INC).

SINOPA (f.k.a. DAISY; f.k.a. SUPERIOR; f.k.a. SUSANGIRD) (5IM584) Crude Oil Tanker 159,681DWT 81,499GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

SIVUCH (UBWQ2) Offshore Tug/Supply Ship Russia flag; Vessel Registration Identification IMO 9157820 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

SIYANIE SEVERA General Cargo 6,577GRT Russia flag; Vessel Registration Identification IMO 9250385 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SKIF-V (UBRK6) General Cargo 2,463GRT Russia flag; Vessel Year of Build 1984; Vessel Registration Identification IMO 8858087 (vessel) [RUSSIA-EO14024] (Linked To: LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY).

SKYLINE (a.k.a. DORENA) (5IM632) Crude Oil Tanker Iran flag (NITC); Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569669 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SMP ARKHANGELSK General Cargo 7,752GRT Russia flag; Vessel Registration Identification IMO 9240550 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SMP NOVODVINSK General Cargo 4,106GRT Russia flag; Vessel Registration Identification IMO 9398046 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SMP SEVERODVINSK General Cargo 4,106GRT Russia flag; Vessel Registration

Identification IMO 9376440 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

SNOW (f.k.a. DOJRAN; f.k.a. RAINBOW; f.k.a. SOUVENIR; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SO BAEK SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8658267 (vessel) [DPRK4] (Linked To: KOREA KUMBYOL TRADING COMPANY).

SOBAR (f.k.a. RISE DIGNITY) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9221970 (vessel) [SDGT] (Linked To: MEHDI GROUP).

SOBHAN Bunkering Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9036935 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SOLAN (f.k.a. RISE GLORY) Crude Oil Tanker Iran flag; Vessel Registration Identification IMO 9155808 (vessel) [SDGT] (Linked To: MEHDI GROUP).

SOMIA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9368015 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

SONA General Cargo 1,853GRT Russia flag; Vessel Registration Identification IMO 8700060 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

SONATA (f.k.a. FORTUN; a.k.a. STREAM; a.k.a. YARD NO. 1222 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification

IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SONG WON Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8613360 (vessel) [DPRK4] (Linked To: SONGWON SHIPPING & MANAGEMENT).

SONIA I (f.k.a. "AZALEA"; f.k.a. "SINA"; f.k.a. "SUNEAST") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SOURIA; Vessel Registration Identification IMO 9274331 (vessel) [SYRIA] (Linked To: SYRIAN GENERAL AUTHORITY FOR MARITIME TRANSPORT).

SOUTH HILL 2 Sierra Leone flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8412467 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

SOUTH HILL 5 Palau flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9138680 (vessel) [DPRK] (Linked To: OCEAN MARITIME MANAGEMENT COMPANY LIMITED).

SOUVENIR (f.k.a. DOJRAN; f.k.a. RAINBOW; a.k.a. SNOW; a.k.a. YARD NO. 1221 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPAR (a.k.a. AKIN I; a.k.a. DAWN II) (3FHW2) Crude Oil Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9185530; MMSI 374100000 (vessel) [SDGT] (Linked To: HASSALEH INTERNATIONAL COMPANY).

SPARTA Roll-on Roll-off 8,831GRT Russia flag; Vessel Registration Identification IMO 9268710 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

SPARTA II Roll-on Roll-off 7,260GRT Russia flag; Vessel Registration Identification IMO 9160994 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

SPARTA III (a.k.a. URSA MAJOR) General Cargo 12,679GRT Russia flag; Vessel Registration Identification IMO 9538892 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

SPARTA IV General Cargo 7,522GRT Russia flag; Vessel Registration Identification IMO 9743033 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

SPASATEL KAREV (UBKI6) Salvage Ship Russia flag; Vessel Registration Identification IMO 9497531 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

SPLENDOUR (f.k.a. BLACKSTONE; a.k.a. SALINA; f.k.a. SARV) (9HNZ9) Crude Oil Tanker 163,870DWT 85,462GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Seychelles; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357377; MMSI 249257000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SPOTLESS (f.k.a. LANTANA; a.k.a. SABITI; f.k.a. SANANDAJ) (5IM591) Crude Oil Tanker 159,681DWT 81,479GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172040; MMSI 677049100 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ST. VITAMIN Pleasure Craft St. Vincent and the Grenadines flag (Beratex Group Limited); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; MMSI 375311000 (vessel) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

STALINGRAD Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9690212 (vessel) [UKRAINE-EO13685] (Linked To: TRANS-FLOT JSC).

STAR 18 (f.k.a. "SAM 5"; f.k.a. "THINH CUONG") General Cargo Vietnam flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020015 (vessel) [DPRK4] (Linked To: THINH CUONG COMPANY LIMITED).

STARK I (f.k.a. "CLOVE"; f.k.a. "SEMNAN"; f.k.a. "SPARROW") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STARLA (f.k.a. "ATLANTIS") Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569621 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

STELLA-MARIA (a.k.a. LADY MARIIA) Roll-on Roll-off 8,831GRT Russia flag; Vessel Registration Identification IMO 9220641 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

STELLAR ORACLE (a.k.a. SAINT LIGHT; a.k.a. YOUNG YONG) (8RAR1) Oil Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9194127; MMSI 750514000 (vessel) [SDGT] (Linked To: TECHNOLOGY BRIGHT INTERNATIONAL LIMITED).

STREAM (f.k.a. FORTUN; f.k.a. SONATA; a.k.a. YARD NO. 1222 SHANGHAI WAIGAOQIAO) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

S-TROTTER Oil Products Tanker Panama flag; Vessel Registration Identification IMO 9216547 (vessel) [VENEZUELA-EO13850] (Linked To: LARGE RANGE LIMITED).

SUDAK Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 8943155 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

SUMMER 5 (f.k.a. EVERRICH 5) (3FLY5) Chemical/Oil Tanker Panama flag; Vessel Registration Identification IMO 9204805; MMSI 356746000 (vessel) [IRAN-EO13846] (Linked To: TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY).

SUNRISE (a.k.a. MARIA III) LPG Tanker Panama flag (NITC); Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9615092 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

SUPERIOR (f.k.a. DAISY; a.k.a. SINOPA; f.k.a. SUSANGIRD) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

SUSANGIRD (f.k.a. DAISY; a.k.a. SINOPA; f.k.a. SUPERIOR) (5IM584) Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172038; MMSI 677048400 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

SV KONSTANTIN (UBUS4) General Cargo 4,860GRT Russia flag; Vessel Registration Identification IMO 9203710; MMSI 273450880 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

SV NIKOLAY (UBTU6) General Cargo 5,897GRT Russia flag; Vessel Registration Identification IMO 9482926; MMSI 273215770 (vessel) [RUSSIA-EO14024] (Linked To: ALFA-LIZING OOO).

TABAN 1 Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9420368 (vessel) [IRAN] [NPWMD] [IFSR]

(Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TABUK Crude/Oil Products Tanker Togo flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8917467 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TAE DONG GANG General Cargo Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 7738656 (vessel) [DPRK].

TAIBOLA General Cargo 8,448GRT Russia flag; Vessel Registration Identification IMO 9086253 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TAIMYR General Cargo 7,949GRT Russia flag; Vessel Registration Identification IMO 8821797 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TALA Panama flag; Vessel Registration Identification IMO 8012114 (vessel) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

TAMAR (f.k.a. HALISTIC; f.k.a. HAMOON; a.k.a. HENNA; f.k.a. LENA) (T2EQ4) Crude Oil Tanker 299,242DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212929; MMSI 572465210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TAMBEY General Cargo 7,949GRT Russia flag; Vessel Registration Identification IMO 9014872 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TANGO (E5U3540) Yacht 2,083GRT Cook Islands flag; Vessel Registration Identification IMO 1010703; MMSI 518100626 (vessel) [RUSSIA-EO14024] (Linked To: VEKSELBERG, Viktor Feliksovich).

TARADIS General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9245304 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TENREACH (f.k.a. RAYEN) Container Ship Hong Kong flag; Additional Sanctions Information -

Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820245 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TEREPAIMA Crude Oil Tanker Venezuela flag; Vessel Registration Identification IMO 9552496 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

TERIBERKA Hopper Barge 643GRT Russia flag; Vessel Registration Identification IMO 8931748; MMSI 273913200 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

TERIBERKA General Cargo 8,448GRT Russia flag; Vessel Registration Identification IMO 9081291; MMSI 273211090 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TERMEH Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9213399 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TERSKIY BEREG General Cargo 8,448GRT Russia flag; Vessel Registration Identification IMO 9081368 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

THAE PYONG SAN Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9009085 (vessel) [DPRK3] (Linked To: THAEPHYONGSAN SHIPPING CO LTD).

THEODOROS; Vessel Registration Identification IMO 6421660 (vessel) [LIBYA3] (Linked To: ADJ TRADING LIMITED).

TIAN XIANG 16 Fishing Vessel China flag; Vessel Registration Identification IMO 8947553 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN XIANG 18 Fishing Vessel China flag; Vessel Registration Identification IMO 8603690 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN XIANG 7 Fishing Vessel China flag; Vessel Registration Identification IMO 8407802 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN XIANG 8 Fishing Vessel China flag; Vessel Registration Identification IMO 8430562 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN YU 7 Fishing Vessel China flag; Vessel Registration Identification IMO 8651283 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIAN YU 8 Fishing Vessel China flag; Vessel Registration Identification IMO 8651295 (vessel) [GLOMAG] (Linked To: DALIAN OCEAN FISHING COMPANY LIMITED).

TIFON (CL2059) Tug 189GRT Cuba flag; Vessel Registration Identification IMO 7206512 (vessel) [CUBA].

TIKSY General Cargo 7,949GRT Russia flag; Vessel Registration Identification IMO 8821802 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

TOLOU (EQOD) Crew/Supply Vessel 250DWT 178GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8318178 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

TONG HUNG 1 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8661575 (vessel) [DPRK3] (Linked To: KOREA ZUZABGONG MARITIME LTD).

TONG HUNG 5 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8151415 (vessel) [DPRK4] (Linked To: TONGHUNG SHIPPING & TRADING CO).

TOUR 2 Crude Oil Tanker Panama flag; Vessel Registration Identification IMO 9364112 (vessel) [SDGT] (Linked To: KHADIJA SHIP MANAGEMENT PRIVATE LIMITED).

TOUSKA Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9328900 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

TRIBILIN Tug Venezuela flag; Vessel Registration Identification IMO 9693240 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

TRIPLE SUCCESS (TRA025) Products Tanker Gabon flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9167148 (vessel) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

TRITON Tug 161GRT Russia flag; Vessel Registration Identification IMO 7236141 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

TULAR (f.k.a. HAPPINESS; a.k.a. HAPPINESS I; f.k.a. HENGAM; f.k.a. LOYAL) (T2ER4) Crude Oil Tanker 299,214DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212905; MMSI 256875000 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

TURUKHAN General Cargo 8,448GRT Russia flag; Vessel Registration Identification IMO 9081332 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

UL JI BONG 6 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9114555 (vessel) [DPRK4] (Linked To: CK INTERNATIONAL LTD).

ULA (TCA7252) Bulk Carrier Turkey flag; Vessel Registration Identification IMO 9780940 (vessel) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ULYSSES 1 (a.k.a. DESTINY) Crude Oil Tanker Iran flag; Former Vessel Flag Liberia; alt. Former Vessel Flag Mongolia; alt. Former Vessel Flag Panama; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9177155 (vessel) [IRAN] [SDGT] (Linked To: NATIONAL IRANIAN TANKER COMPANY; Linked To: HOKOUL SAL OFFSHORE).

UMKA (UBXP5) Offshore Tug Russia flag; Vessel Registration Identification IMO 9171620 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

UN RYUL Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8514409 (vessel) [DPRK4] (Linked To: KOREA MARINE & INDUSTRIAL TRDG).

URDANETA Tug Venezuela flag; Vessel Registration Identification IMO 7912111 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

URSA MAJOR (a.k.a. SPARTA III) General Cargo 12,679GRT Russia flag; Vessel Registration Identification IMO 9538892 (vessel) [RUSSIA-EO14024] (Linked To: SC SOUTH LLC).

UTRENNIY General Cargo 12,936GRT Russia flag; Vessel Registration Identification IMO 9347059 (vessel) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

UZE (5LHB3) Chemical/Oil Tanker Liberia flag; Vessel Registration Identification IMO 9323338; MMSI 636022072 (vessel) [RUSSIA-EO14024] (Linked To: HENNESEA HOLDINGS LIMITED).

VALENTIN EMIROV General Cargo 4,110GRT Russia flag; Vessel Registration Identification IMO 8866591 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

VALFAJR2 (EQOX) Tug 650DWT 419GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8400103 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VALOR (f.k.a. HARSIN; a.k.a. HASNA; f.k.a. "MARINA") (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VASILY LANOVOY (UBOZ8) Chemical/Products Tanker Russia flag; Vessel Registration Identification IMO 9621601 (vessel) [RUSSIA-

EO14024] (Linked To: TRANSSTROY LIMITED LIABILITY COMPANY).

VIANA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9010723 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

VICTOR ANDRYUKHIN (UBIV4) General Cargo Russia flag; Vessel Registration Identification IMO 9922110 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

VICTORY 2 Mongolia flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8312227 (vessel) [DPRK3] (Linked To: KOREAN BUYON SHIPPING CO. LTD.).

VIKTOR BAKAEV (D5BN6) Crude Oil Tanker Liberia flag; Vessel Registration Identification IMO 9610810; MMSI 636015565 (vessel) [RUSSIA-EO14024] (Linked To: STREYMOY SHIPPING LIMITED).

VIKTOR ZABELIN General Cargo 6,204GRT Russia flag; Vessel Registration Identification IMO 9210256 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

VIKTORIA SHAIN (a.k.a. ANASTASIIA) General Cargo 9,611GRT Russia flag; Vessel Registration Identification IMO 9349291 (vessel) [RUSSIA-EO14024] (Linked To: TRANSMORFLOT LLC).

VISTA General Cargo Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9010711 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

VLADIMIR LATYSHEV (UBEV8) General Cargo Russia flag; Vessel Registration Identification IMO 9921996 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

VLADISLAV STRIZHOV (UEKQ) Anchor Handling Vessel Russia flag; Vessel Registration Identification IMO 9310018 (vessel) [PEESA-EO14039] (Linked To: LLC KOKSOKHIMTRANS).

VOYAGER (f.k.a. ELITE; f.k.a. NAPOLI; a.k.a. NAVARZ; f.k.a. NOAH) (T2DQ4) Crude Oil

Tanker 298,731DWT 156,809GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079078; MMSI 572441210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

VYACHESLAV ARSHINOV (UBGX2) General Cargo Russia flag; Vessel Registration Identification IMO 9945136 (vessel) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

WARTA Bulk Carrier Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9465849 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

WON SAN 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9159787 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

WOORY STAR Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8408595 (vessel) [DPRK4] (Linked To: PHYONGCHON SHIPPING & MARINE).

WU XIAN Crude Oil Tanker Panama flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9102239 (vessel) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

XIN GUANG HAI 7,067DWT; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9004700 (vessel) [DPRK4] (Linked To: WEIHAI WORLD-SHIPPING FREIGHT).

XUAN NING Chemical/Products Tanker China flag; Vessel Registration Identification IMO 9349095; MMSI 413376120 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

YAGHOUB (EQOE) Platform Supply Ship 950DWT 1,019GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8316168; MMSI 422150000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YANG GAK DO Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 6401828 (vessel) [DPRK4] (Linked To: KOREA RUNGRADO SHIPPING CO).

YARAN Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9420370 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARD NO. 1221 SHANGHAI WAIGAOQIAO (f.k.a. DOJRAN; f.k.a. RAINBOW; a.k.a. SNOW; f.k.a. SOUVENIR) Crude Oil Tanker 318,000DWT 165,000GRT Panama flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569619 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YARD NO. 1222 SHANGHAI WAIGAOQIAO (f.k.a. FORTUN; f.k.a. SONATA; a.k.a. STREAM) Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Former Vessel Flag Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569633 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YARD NO. 455 IRAN MARINE (a.k.a. IMICO NEKA 455) Shuttle Tanker 63,000DWT 40,800GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9404546 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YARD NO.2655 HYUNDAI M.D. (a.k.a. HYUNDAI MIPO 2655) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820312 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARD NO.2656 HYUNDAI M.D. (a.k.a. HYUNDAI MIPO 2656) Products Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820324 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARD NO.2657 HYUNDAI M.D. (a.k.a. HYUNDAI MIPO 2657) Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9820336 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

YARE Crude Oil Tanker Venezuela flag; Vessel Registration Identification IMO 9543500 (vessel) [VENEZUELA-EO13884] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

YAZ Russia flag; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Vessel Registration Identification IMO 9735323 (vessel) [UKRAINE-EO13685] (Linked To: TRANSPETROCHART CO LTD).

YONG XIANG 29 Chemical/Products Tanker China flag; Vessel Registration Identification IMO 8744107; MMSI 412437840 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

YONG XIN Chemical/Products Tanker Hong Kong flag; Vessel Registration Identification IMO 9203930; MMSI 477237100 (vessel) [IRAN-EO13846] (Linked To: SHANGHAI XUANRUN SHIPPING COMPANY LIMITED).

YORACO Tug Venezuela flag; Vessel Registration Identification IMO 9688790 (vessel) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

YOUNES (EQYY) Platform Supply Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8212465 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YOUNG YONG (a.k.a. SAINT LIGHT; a.k.a. STELLAR ORACLE) (8RAR1) Oil Products Tanker Guyana flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Vessel Registration Identification IMO 9194127; MMSI 750514000 (vessel) [SDGT] (Linked To: TECHNOLOGY BRIGHT INTERNATIONAL LIMITED).

YOUSEF (EQOG) Offshore Tug/Supply Ship 1,050DWT 584GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 8316106; MMSI 422144000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

YU JONG 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8604917 (vessel) [DPRK4] (Linked To: KOREA YUJONG SHIPPING CO LTD).

YU PHYONG 5 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8605026 (vessel) [DPRK4] (Linked To: KOREA MYONGDOK SHIPPING CO).

YU SON Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8691702 (vessel) [DPRK4] (Linked To: MYOHYANG SHIPPING CO).

YU SONG 12 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9096791 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

YU SONG 7 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8400854 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

YUK TUNG; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9030591 (vessel) [DPRK4] (Linked To: YUK TUNG ENERGY PTE LTD).

YURI BABAEV (UBPW4) Research Vessel Russia flag; Vessel Registration Identification IMO 9912696 (vessel) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY).

YURY TOPCHEV (UFYE) Anchor Handling Vessel Russia flag; Vessel Registration Identification IMO 9338230 (vessel) [PEESA-EO14039] (Linked To: LLC KOKSOKHIMTRANS).

YUZHMORGEOLOGIYA (UBSZ) Research Vessel Russia flag; Vessel Year of Build 1985; Vessel Registration Identification IMO 8724482 (vessel) [RUSSIA-EO14024] (Linked To: YUZHMORGEOLOGIYA AO).

ZA RYOK 2 Democratic People's Republic of Korea flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 8898738 (vessel) [DPRK4] (Linked To: YUSONG SHIPPING CO).

ZARDIS Container Ship Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9349679 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

ZEPHYR I (f.k.a. ZHEN I) Crude Oil Tanker Panama flag; Former Vessel Flag Palau; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9255880; MMSI 511100663 (vessel) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

ZEUS (9H5319) Fishing Vessel Malta flag; Vessel Registration Identification IMO 8799619 (vessel) [LIBYA3] (Linked To: ANDREA MARTINA LIMITED).

ZEUS (f.k.a. HADI; a.k.a. HERO II; f.k.a. PIONEER) (T2EJ4) Crude Oil Tanker 317,355DWT 163,650GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362073; MMSI 572459210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ZEYA (UHMI) Container Ship Russia flag; Vessel Registration Identification IMO 9118355 (vessel) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

ZHEN I (a.k.a. ZEPHYR I) Crude Oil Tanker Panama flag; Former Vessel Flag Palau; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9255880; MMSI 511100663 (vessel) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

ZOMOROUD Passenger Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Other Vessel Type Roll-on Roll-off; Vessel Registration Identification IMO 9138044 (vessel) [IRAN] [NPWMD] [IFSR] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

"ABADEH" (a.k.a. ARK III; f.k.a. "ARK"; f.k.a. "CRYSTAL"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"ALPHA" (f.k.a. ABADAN; a.k.a. ARTAVIL; f.k.a. SHONA) (T2EU4) Crude/Oil Products Tanker 99,144DWT 56,068GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag None Identified; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187629; MMSI 572469210 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"ANA I" (a.k.a. EBANO; f.k.a. "SAND SWAN") General Cargo 2,595DWT 1,865GRT Panama flag; Vessel Registration Identification IMO 7406784 (vessel) [CUBA].

"ARK" (a.k.a. ARK III; f.k.a. "ABADEH"; f.k.a. "CRYSTAL"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"ATLANTIS" (a.k.a. STARLA) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569621 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"AZALEA" (a.k.a. SONIA I; f.k.a. "SINA"; f.k.a. "SUNEAST") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"BAIKAL" (a.k.a. SEVIN; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"BALT. ISSLEDOVATEL" (a.k.a. BALTIC EXPLORER; a.k.a. BALTIYSKIY ISSLEDOVATEL) (UBAQ4) Supply Vessel Russia flag; Vessel Registration Identification IMO 9572020 (vessel) [PEESA-EO14039] (Linked To: FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE).

"BELEMA LIGHT CRUDE" (a.k.a. NAROON; f.k.a. "MAHARLIKA"; f.k.a. "NOOR") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"BLOSSOM" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "SANA"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CAMELLIA" (a.k.a. SANAN; f.k.a. "SAVEH"; f.k.a. "SOL"; f.k.a. "SWALLOW") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CARNATION" (a.k.a. SEA STAR III; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CLOVE" (a.k.a. STARK I; f.k.a. "SEMNAN"; f.k.a. "SPARROW") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"CRYSTAL" (a.k.a. ARK III; f.k.a. "ABADEH"; f.k.a. "ARK"; f.k.a. "SUNDIAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"DEMOS" (a.k.a. DANIEL) Crude Oil Tanker Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569683 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"DENA" (a.k.a. IRIS DENA) Frigate Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 4743313 (vessel) [IRAN].

"DOVE" (a.k.a. HAWK; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"GLORY" (f.k.a. HATEF; a.k.a. HUGE; f.k.a. MAJESTIC) (T2EG4) Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Former Vessel Flag Cyprus; alt. Former Vessel Flag Tuvalu; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357183; MMSI 212256000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"HONAR" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HORSE"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"HORSE" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "JANUS"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"JANUS" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "VICTORY") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"LADY D" (Cyrillic: "ЛЕДИ Д") (a.k.a. LINDA (Cyrillic: ЛИНДА) Crude Oil Tanker 61,991GRT Russia flag; Vessel Registration Identification IMO 9256858 (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

"MAGNOLIA" (a.k.a. SILVIA I; f.k.a. "SABRINA"; f.k.a. "SARVESTAN") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"MAHARLIKA" (a.k.a. NAROON; f.k.a. "BELEMA LIGHT CRUDE"; f.k.a. "NOOR") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"MAKRAN" (a.k.a. IRINS MAKRAN; a.k.a. IRIS MAKRAN) Naval Auxiliary Vessel Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9486910 (vessel) [IRAN].

"MARIA" (a.k.a. MARIA E) Roll-on Roll-off 3,069GRT Togo flag; Other Vessel Type Passenger; Vessel Registration Identification IMO 9617923 (vessel) [RUSSIA-EO14024] (Linked To: OBORONLOGISTIKA OOO).

"MARINA" (f.k.a. HARSIN; a.k.a. HASNA; f.k.a. VALOR) (5IM600) Crude Oil Tanker 299,229DWT 160,930GRT Iran flag; Former Vessel Flag Malta; alt. Former Vessel Flag Tanzania; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9212917; MMSI 677050000 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"NATIVE LAND" (a.k.a. NASHA; f.k.a. "NESA"; f.k.a. "OCEANIC"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"NESA" (a.k.a. NASHA; f.k.a. "NATIVE LAND"; f.k.a. "OCEANIC"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"NOOR" (a.k.a. NAROON; f.k.a. "BELEMA LIGHT CRUDE"; f.k.a. "MAHARLIKA") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079066 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"OCEANIC" (a.k.a. NASHA; f.k.a. "NATIVE LAND"; f.k.a. "NESA"; f.k.a. "TRUTH") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"OSLO" (a.k.a. NOLAN) Oil Products Tanker Panama flag; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Vessel Registration Identification IMO 9179701; MMSI 354798000 (vessel) [SDGT] (Linked To: PONTUS NAVIGATION CORP.).

"PERUN" (Cyrillic: "ПЕРУН") (a.k.a. PEGAS (Cyrillic: ПЕГАС)) Crude Oil Tanker 61,991GRT Russia flag; Vessel Registration Identification IMO 9256860 (Russia) (vessel) [RUSSIA-EO14024] (Linked To: PSB LIZING OOO).

"SABRINA" (a.k.a. SILVIA I; f.k.a. "MAGNOLIA"; f.k.a. "SARVESTAN") Crude Oil Tanker

159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAFE" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SALALEH" (a.k.a. SERENA; f.k.a. "SONGBIRD"; a.k.a. "YARD NO. 1224 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAM 5" (a.k.a. STAR 18; f.k.a. "THINH CUONG") General Cargo Vietnam flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020015 (vessel) [DPRK4] (Linked To: THINH CUONG COMPANY LIMITED).

"SANA" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SIMA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAND SWAN" (a.k.a. EBANO; f.k.a. "ANA I") General Cargo 2,595DWT 1,865GRT Panama flag; Vessel Registration Identification IMO 7406784 (vessel) [CUBA].

"SARVESTAN" (a.k.a. SILVIA I; f.k.a. "MAGNOLIA"; f.k.a. "SABRINA") Crude Oil Tanker 159,711DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9172052 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SAVEH" (a.k.a. SANAN; f.k.a. "CAMELLIA"; f.k.a. "SOL"; f.k.a. "SWALLOW") Crude Oil

Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SEASTAR III" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; f.k.a. "SAFE"; f.k.a. "SUNSHINE"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SEMNAN" (a.k.a. STARK I; f.k.a. "CLOVE"; f.k.a. "SPARROW") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SIMA" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SUCCESS") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SINA" (a.k.a. SONIA I; f.k.a. "AZALEA"; f.k.a. "SUNEAST") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SMOOTH" (a.k.a. SEA CLIFF; a.k.a. "YARD NO. 1225 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569657 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SOL" (a.k.a. SANAN; f.k.a. "CAMELLIA"; f.k.a. "SAVEH"; f.k.a. "SWALLOW") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SONGBIRD" (a.k.a. SERENA; f.k.a. "SALALEH"; a.k.a. "YARD NO. 1224 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT

165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SPARROW" (a.k.a. STARK I; f.k.a. "CLOVE"; f.k.a. "SEMNAN") Crude Oil Tanker 159,681DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171450 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUCCESS" (a.k.a. SEVIN; f.k.a. "BAIKAL"; f.k.a. "BLOSSOM"; f.k.a. "SANA"; f.k.a. "SIMA") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357353 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUNDIAL" (a.k.a. ARK III; f.k.a. "ABADEH"; f.k.a. "ARK"; f.k.a. "CRYSTAL") Crude/Oil Products Tanker 99,030DWT 56,068GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9187655 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUNEAST" (a.k.a. SONIA I; f.k.a. "AZALEA"; f.k.a. "SINA") Crude Oil Tanker 164,154DWT 85,462GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9357365 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SUNSHINE" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; a.k.a. "YARD NO. 1220 SHANGHAI WAIGAOQIAO") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"SWALLOW" (a.k.a. SANAN; f.k.a. "CAMELLIA"; f.k.a. "SAVEH"; f.k.a. "SOL") Crude Oil Tanker 159,758DWT 81,479GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9171462 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"THINH CUONG" (a.k.a. STAR 18; f.k.a. "SAM 5") General Cargo Vietnam flag; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210;

Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 9020015 (vessel) [DPRK4] (Linked To: THINH CUONG COMPANY LIMITED).

"TRUTH" (a.k.a. NASHA; f.k.a. "NATIVE LAND"; f.k.a. "NESA"; f.k.a. "OCEANIC") Crude Oil Tanker 298,732DWT 156,809GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9079107 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"VICTORY" (a.k.a. HAWK; f.k.a. "DOVE"; f.k.a. "HONAR"; f.k.a. "HORSE"; f.k.a. "JANUS") Crude Oil Tanker 317,367DWT 163,660GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9362061 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"YARD NO. 1220 SHANGHAI WAIGAOQIAO" (a.k.a. SEA STAR III; f.k.a. "CARNATION"; f.k.a. "SAFE"; a.k.a. "SEASTAR III"; f.k.a. "SUNSHINE") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569205 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"YARD NO. 1224 SHANGHAI WAIGAOQIAO" (a.k.a. SERENA; f.k.a. "SALALEH"; f.k.a. "SONGBIRD") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569645 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

"YARD NO. 1225 SHANGHAI WAIGAOQIAO" (a.k.a. SEA CLIFF; f.k.a. "SMOOTH") Crude Oil Tanker 318,000DWT 165,000GRT Iran flag; Additional Sanctions Information - Subject to Secondary Sanctions; Vessel Registration Identification IMO 9569657 (vessel) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

# (aircraft):

Blocked aircraft have been segregated into a separate section of the SDN List, below.

3A-MGU; Aircraft Model AS365 Dauphin; Aircraft Manufacturer's Serial Number (MSN) 6959; Aircraft Tail Number 3A-MGU; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (aircraft) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

BOURKHAN (a.k.a. M-IABU); Aircraft Manufacture Date 17 Sep 2008; Aircraft Model Airbus A340-300; Aircraft Manufacturer's Serial Number (MSN) 955; Aircraft Tail Number M-IABU (aircraft) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

EK-30064; Aircraft Construction Number (also called L/N or S/N or F/N) 464; Aircraft Manufacture Date 17 May 1988; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-AJC; Aircraft Manufacture Date 28 Feb 1995; Aircraft Model A320; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 530; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-AJH; Aircraft Manufacture Date 27 Oct 2000; Aircraft Model A320; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 1353; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-AJI; Aircraft Manufacture Date 11 Aug 2000; Aircraft Model A320; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 1300; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-CAP; Aircraft Manufacture Date 18 Sep 1992; Aircraft Model B737; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 26466; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CAQ; Aircraft Manufacture Date 01 Oct 1992; Aircraft Model B737; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 26467; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CAR; Aircraft Manufacture Date 21 Jun 1993; Aircraft Model B737; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 26451; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft)

[SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CAS; Aircraft Manufacture Date 31 Aug 1999; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53623; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CFD; Aircraft Manufacture Date 19 Feb 1993; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11442; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFE; Aircraft Manufacture Date 06 Oct 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11422; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFH; Aircraft Manufacture Date 24 Feb 1993; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11443; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFI; Aircraft Manufacture Date 22 Jan 1996; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11511; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFJ; Aircraft Manufacture Date 09 Jan 1996; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11516; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFK; Aircraft Manufacture Date 18 Feb 1996; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11518; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFL; Aircraft Manufacture Date 28 Jun 1991; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11343; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFM; Aircraft Manufacture Date 27 Apr 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11394; Additional Sanctions Information -

Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFO; Aircraft Manufacture Date 03 Apr 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11389; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFP; Aircraft Manufacture Date 24 Jul 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11409; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFQ; Aircraft Manufacture Date 02 Dec 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11429; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CFR; Aircraft Manufacture Date 31 Mar 1992; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11383; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-CPD; Aircraft Manufacture Date Aug 1995; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53188; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPU; Aircraft Manufacture Date Apr 1994; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53223; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPV; Aircraft Manufacture Date 20 Oct 1990; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 49938; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPX; Aircraft Manufacture Date Jul 1994; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53463; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-CPZ; Aircraft Manufacture Date Aug 1994; Aircraft Model DC-9; Aircraft Operator Caspian Air; Aircraft Manufacturer's Serial Number (MSN) 53464; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

EP-FAA; Aircraft Manufacture Date 16 Oct 1990; Aircraft Model Boeing B747; Aircraft Manufacturer's Serial Number (MSN) 24576; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: QESHM FARS AIR).

EP-FAB; Aircraft Manufacture Date 04 Nov 1991; Aircraft Model Boeing B747; Aircraft Manufacturer's Serial Number (MSN) 25171; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: QESHM FARS AIR).

EP-GOL; Aircraft Construction Number (also called L/N or S/N or F/N) 8305; Aircraft Manufacture Date 1991; Aircraft Model IL-76TD; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 1013409297 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOM; Aircraft Construction Number (also called L/N or S/N or F/N) 8401; Aircraft Manufacture Date 1992; Aircraft Model IL76-TD; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 1023409321 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOQ; Aircraft Construction Number (also called L/N or S/N or F/N) 2006; Aircraft Manufacture Date 1998; Aircraft Model An-74T-200; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 365470991032 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOX; Aircraft Construction Number (also called L/N or S/N or F/N) 2101; Aircraft Manufacture Date 1998; Aircraft Model An-74T-200; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 3654701211048 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-GOY; Aircraft Construction Number (also called L/N or S/N or F/N) 2105; Aircraft Manufacture Date 2002; Aircraft Model An-74TK-200; Aircraft Operator YAS AIR; Aircraft Manufacturer's Serial Number (MSN) 3654701211058 (aircraft) [SDGT] (Linked To: POUYA AIR).

EP-IAB; Aircraft Manufacture Date 22 Apr 1976; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 20999; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAC; Aircraft Manufacture Date 16 May 1977; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21093; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAD; Aircraft Manufacture Date 26 Apr 1979; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21758; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAG; Aircraft Manufacture Date 21 Jul 1976; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21217; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAH; Aircraft Manufacture Date 22 Dec 1976; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21218; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IAI; Aircraft Manufacture Date 01 Dec 1981; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 22670; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBA; Aircraft Manufacture Date 21 Dec 1993; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 723; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBB; Aircraft Manufacture Date 18 Jan 1994; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 727; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBC; Aircraft Manufacture Date 11 Mar 1992; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 632; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBD; Aircraft Manufacture Date Apr 1993; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 696; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBG; Aircraft Manufacture Date 09 Aug 1984; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 299; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBI; Aircraft Manufacture Date 09 Jun 1981; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 151; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBJ; Aircraft Manufacture Date 18 May 1983; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 256; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBK; Aircraft Manufacture Date 19 Feb 1993; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 671; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBL; Aircraft Manufacture Date 02 May 1987; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 436; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBN; Aircraft Manufacture Date 16 Apr 1985; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 375; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBP; Aircraft Manufacture Date 06 Jan 1986; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 370; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBQ; Aircraft Manufacture Date 20 Jan 1986; Aircraft Model A310; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 389; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBS; Aircraft Manufacture Date 13 Feb 1980; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 80; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBT; Aircraft Manufacture Date 09 Mar 1982; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 185; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IBZ; Aircraft Manufacture Date 13 Dec 1982; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 226; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ICD; Aircraft Manufacture Date 15 Sep 1988; Aircraft Model B747; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 24134; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ICE; Aircraft Manufacture Date 11 Mar 1981; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 139; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ICF; Aircraft Manufacture Date 14 Dec 1981; Aircraft Model A300; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 173; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDA; Aircraft Manufacture Date 12 Jun 1990; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11292; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDD; Aircraft Manufacture Date 31 Oct 1990; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11294; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDF; Aircraft Manufacture Date 07 Nov 1990; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11298; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IDG; Aircraft Manufacture Date 30 Jan 1991; Aircraft Model F28; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 11302; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEB; Aircraft Manufacture Date 26 Jan 1996; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 575; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEC; Aircraft Manufacture Date 18 Jun 1998; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 857; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IED; Aircraft Manufacture Date 18 Jun 1992; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 345; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEE; Aircraft Manufacture Date 14 Feb 1992; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 303; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEF; Aircraft Manufacture Date 05 Mar 1992; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 312; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IEG; Aircraft Manufacture Date 06 Jun 2003; Aircraft Model A320; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 2054; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IFA; Aircraft Manufacture Date 16 Nov 2016; Aircraft Model A321; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 7418; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IJA; Aircraft Manufacture Date 02 Jun 2014; Aircraft Model A330; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1540; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IJB; Aircraft Manufacture Date 05 Nov 2014; Aircraft Model A330; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1586; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IRR; Aircraft Manufacture Date 24 Jun 1974; Aircraft Model B727; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 20946; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IRS; Aircraft Manufacture Date 12 Sep 1974; Aircraft Model B727; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 20947; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-IRT; Aircraft Manufacture Date 03 Mar 1975; Aircraft Model B727; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 21078; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITA; Aircraft Manufacture Date 05 Jan 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1386; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITB; Aircraft Manufacture Date 17 Jan 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1389; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITC; Aircraft Manufacture Date 11 Jan 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1390; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITD; Aircraft Manufacture Date 28 Dec 2016; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1391; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITE; Aircraft Manufacture Date 27 Jul 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1424; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITF; Aircraft Manufacture Date 04 Sep 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1431; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITG; Aircraft Manufacture Date 20 Dec 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1477; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITH; Aircraft Manufacture Date 11 Dec 2017; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1478; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITI; Aircraft Manufacture Date 22 Mar 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1489; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITJ; Aircraft Manufacture Date 06 Apr 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1494; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITK; Aircraft Manufacture Date 19 Jun 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1503; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITL; Aircraft Manufacture Date 24 May 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1504; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-ITM; Aircraft Manufacture Date 03 Jul 2018; Aircraft Model ATR-72; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 1510; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

EP-LDA; Aircraft Manufacture Date 17 Sep 1997; Aircraft Model ERJ-145; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 145025; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-LDC; Aircraft Manufacture Date 26 Sep 1997; Aircraft Model ERJ-145; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 145026; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-MHA; Aircraft Construction Number (also called L/N or S/N or F/N) 160; Aircraft Manufacture Date 17 Sep 1981; Aircraft Model A300B2K-3C; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHF; Aircraft Construction Number (also called L/N or S/N or F/N) 55; Aircraft Manufacture Date 01 Mar 1978; Aircraft Model A300B4-103; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHG; Aircraft Construction Number (also called L/N or S/N or F/N) 204; Aircraft Manufacture Date 29 Jul 1982; Aircraft Model A300B4-203; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHJ; Aircraft Construction Number (also called L/N or S/N or F/N) 857; Aircraft Manufacture Date 18 Jun 1998; Aircraft Model A320-232; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHL; Aircraft Construction Number (also called L/N or S/N or F/N) 175; Aircraft Manufacture Date 02 Feb 1982; Aircraft Model A300B4-203; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHM; Aircraft Construction Number (also called L/N or S/N or F/N) 90; Aircraft Manufacture Date 05 Nov 1980; Aircraft Model A300B2K-3C; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MHO; Aircraft Construction Number (also called L/N or S/N or F/N) 488; Aircraft Manufacture Date 13 Jan 1989; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to

Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR].

EP-MHP; Aircraft Construction Number (also called L/N or S/N or F/N) 244; Aircraft Manufacture Date 09 Mar 1983; Aircraft Model A300B2K-3C; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMA; Aircraft Manufacture Date 08 Sep 1993; Aircraft Model A340-311; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 20; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMB; Aircraft Manufacture Date 07 Dec 1994; Aircraft Model A340-311; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 56; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMC; Aircraft Manufacture Date 18 Jun 1999; Aircraft Model A340-313X; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 282; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMJ; Aircraft Manufacture Date 05 Oct 1989; Aircraft Model A310-304; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 526; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MMV; Aircraft Manufacture Date 12 Aug 1987; Aircraft Model BAe 146-200; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2079; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNA; Aircraft Construction Number (also called L/N or S/N or F/N) 811; Aircraft Manufacture Date 18 Feb 1993; Aircraft Model B.747-422; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 24383; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNB; Aircraft Construction Number (also called L/N or S/N or F/N) 740; Aircraft

Manufacture Date 20 Jul 1989; Aircraft Model B.747-422; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 24363; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNC; Aircraft Construction Number (also called L/N or S/N or F/N) 973; Aircraft Manufacture Date 12 Apr 1993; Aircraft Model B.747-422; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 26879; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MND; Aircraft Construction Number (also called L/N or S/N or F/N) 632; Aircraft Manufacture Date 23 Jan 1986; Aircraft Model B737-3B3; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 23413 (aircraft) [SDGT] (Linked To: MAHAN AIR).

EP-MNE; Aircraft Construction Number (also called L/N or S/N or F/N) 641; Aircraft Manufacture Date 14 Apr 1986; Aircraft Model B747-3B3; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 23480; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNF; Aircraft Manufacture Date 07 Aug 1990; Aircraft Model A310-304; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 547; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNG; Aircraft Construction Number (also called L/N or S/N or F/N) 401; Aircraft Manufacture Date 02 Feb 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNH; Aircraft Construction Number (also called L/N or S/N or F/N) 405; Aircraft Manufacture Date 03 Feb 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNI; Aircraft Construction Number (also called L/N or S/N or F/N) 408; Aircraft

Manufacture Date 23 Feb 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNJ; Aircraft Construction Number (also called L/N or S/N or F/N) 380; Aircraft Manufacture Date 31 Dec 1986; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNK; Aircraft Construction Number (also called L/N or S/N or F/N) 618; Aircraft Manufacture Date 04 Sep 1991; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNL; Aircraft Construction Number (also called L/N or S/N or F/N) 623; Aircraft Manufacture Date 23 Oct 1991; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNM; Aircraft Construction Number (also called L/N or S/N or F/N) 773; Aircraft Manufacture Date 13 Nov 1986; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNN; Aircraft Construction Number (also called L/N or S/N or F/N) 701; Aircraft Manufacture Date 17 May 1993; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNO; Aircraft Construction Number (also called L/N or S/N or F/N) 595; Aircraft Manufacture Date 30 Aug 1991; Aircraft Model A310-308; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNP; Aircraft Construction Number (also called L/N or S/N or F/N) 620; Aircraft Manufacture Date 08 Nov 1991; Aircraft Model A310-308; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNQ; Aircraft Construction Number (also called L/N or S/N or F/N) 553; Aircraft Manufacture Date 08 Dec 1989; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNR; Aircraft Construction Number (also called L/N or S/N or F/N) 411; Aircraft Manufacture Date 27 Mar 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNS; Aircraft Construction Number (also called L/N or S/N or F/N) 414; Aircraft Manufacture Date 17 Apr 1987; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNT; Aircraft Construction Number (also called L/N or S/N or F/N) 546; Aircraft Manufacture Date 06 Nov 1989; Aircraft Model A300B4-603; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNU; Aircraft Construction Number (also called L/N or S/N or F/N) 608; Aircraft Manufacture Date 10 Apr 1991; Aircraft Model A300B4-605R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNV; Aircraft Construction Number (also called L/N or S/N or F/N) 567; Aircraft Manufacture Date 03 Jan 1991; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MNX; Aircraft Construction Number (also called L/N or S/N or F/N) 564; Aircraft Manufacture Date 22 Nov 1990; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOA; Aircraft Construction Number (also called L/N or S/N or F/N) 216; Aircraft Manufacture Date 18 Feb 1993; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3216; Additional Sanctions Information - Subject

to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOB; Aircraft Construction Number (also called L/N or S/N or F/N) 212; Aircraft Manufacture Date 31 Jul 1992; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3212; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOC; Aircraft Construction Number (also called L/N or S/N or F/N) 158; Aircraft Manufacture Date 18 May 1990; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3158; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOD; Aircraft Manufacture Date 12 Nov 1990; Aircraft Model BAe 146-300; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3162; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOE; Aircraft Construction Number (also called L/N or S/N or F/N) 129; Aircraft Manufacture Date 24 May 1989; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3129; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOF; Aircraft Construction Number (also called L/N or S/N or F/N) 149; Aircraft Manufacture Date 19 Dec 1989; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3149; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOG; Aircraft Construction Number (also called L/N or S/N or F/N) 165; Aircraft Manufacture Date 12 May 1990; Aircraft Model B.146-300; Aircraft Operator MAHAN AIR; Aircraft Manufacturer's Serial Number (MSN) 3165; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOM; Aircraft Manufacture Date 12 May 1990; Aircraft Model BAe 146-300; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3165; Additional Sanctions Information - Subject to Secondary

Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOP; Aircraft Manufacture Date 14 Mar 1995; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2257; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOQ; Aircraft Manufacture Date 24 Mar 1995; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2261; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOR; Aircraft Manufacture Date 20 Nov 2001; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2392; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-MOS; Aircraft Manufacture Date 15 Mar 1999; Aircraft Model BAe RJ85; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 2347; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EP-PUA; Aircraft Manufacture Date 1998; Aircraft Model An-74; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 3654701211055; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-PUL; Aircraft Manufacture Date 1983; Aircraft Model IL-76; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 33448393; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-PUM; Aircraft Manufacture Date 2002; Aircraft Model An-74; Aircraft Operator Pouya Air; Aircraft Manufacturer's Serial Number (MSN) 3654701211059; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-PUS; Aircraft Manufacture Date 1992; Aircraft Mode S Transponder Code 7342B3; Aircraft Model Ilyushin IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1023409321; Additional

Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: POUYA AIR).

EP-SIF; Aircraft Manufacture Date 19 Oct 1995; Aircraft Model A300; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 762; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-SIG; Aircraft Manufacture Date 15 Feb 1995; Aircraft Model A300; Aircraft Operator Meraj Air; Aircraft Manufacturer's Serial Number (MSN) 750; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [IFSR] (Linked To: MERAJ AIR).

EP-VIP; Aircraft Construction Number (also called L/N or S/N or F/N) 499; Aircraft Manufacture Date 20 Apr 1989; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EW-001PA; Aircraft Manufacture Date 29 Jan 2002; Aircraft Model B.737-8EV BBJ2; Aircraft Manufacturer's Serial Number (MSN) 33079; Aircraft Tail Number EW-001PA (aircraft) [BELARUS-EO14038].

EW-001PH; Aircraft Manufacture Date 2018; Aircraft Model Agusta-Westland AW-139; Aircraft Manufacturer's Serial Number (MSN) 31835 (aircraft) [BELARUS-EO14038] (Linked To: FOREIGN LIMITED LIABILITY COMPANY SLAVKALI).

EW-301PJ; Aircraft Model CRJ-200ER; Aircraft Manufacturer's Serial Number (MSN) 8057; Aircraft Tail Number EW-301PJ (aircraft) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BELAVIA BELARUSIAN AIRLINES).

EW-78779; Aircraft Manufacture Date 1988; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 83489662 (aircraft) [BELARUS-EO14038] (Linked To: OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA).

EW-78843; Aircraft Manufacture Date 1990; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1003403082 (aircraft) [BELARUS-EO14038] (Linked To: OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA).

EX-301; Aircraft Construction Number (also called L/N or S/N or F/N) 524; Aircraft Manufacture Date 27 Sep 1989; Aircraft Model A310-304; Aircraft Operator MAHAN AIR;

Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

EX-35011; Aircraft Construction Number (also called L/N or S/N or F/N) 838; Aircraft Manufacture Date 28 Aug 2002; Aircraft Model A300B4-622R; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

F-OJHH; Aircraft Construction Number (also called L/N or S/N or F/N) 586; Aircraft Manufacture Date 29 Mar 1991; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

F-OJHI; Aircraft Construction Number (also called L/N or S/N or F/N) 537; Aircraft Manufacture Date 19 Jan 1990; Aircraft Model A310-304; Aircraft Operator MAHAN AIR; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

LX-MOW; Aircraft Manufacture Date 2016; Aircraft Model GVI G650; Aircraft Manufacturer's Serial Number (MSN) 6207 (aircraft) [RUSSIA-EO14024] (Linked To: ALTITUDE X3 LTD).

M-IABU (a.k.a. BOURKHAN); Aircraft Manufacture Date 17 Sep 2008; Aircraft Model Airbus A340-300; Aircraft Manufacturer's Serial Number (MSN) 955; Aircraft Tail Number M-IABU (aircraft) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

M-SAAN; Aircraft Manufacture Date Sep 2007; Aircraft Mode S Transponder Code 424B32; Aircraft Model EMB135; Aircraft Operator Autolex Transport LTD.; Nationality of Registration Man, Isle of; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 14501008 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: AUTOLEX TRANSPORT LTD.).

MSN 164; Aircraft Manufacture Date 1997; Aircraft Model Airbus A340-313X; Previous Aircraft Tail Number G-VAIR; Aircraft Manufacturer's Serial Number (MSN) 164; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 371; Aircraft Manufacture Date 2001; Aircraft Model Airbus A340-642; Previous

Aircraft Tail Number YI-NAC; Aircraft Manufacturer's Serial Number (MSN) 371; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 376; Aircraft Manufacture Date 2001; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAB; Aircraft Manufacturer's Serial Number (MSN) 376; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 383; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAA; Aircraft Manufacturer's Serial Number (MSN) 383; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 391; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Aircraft Manufacturer's Serial Number (MSN) 391; Aircraft Tail Number EP-MMH; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 416; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAD; Aircraft Manufacturer's Serial Number (MSN) 416; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 449; Aircraft Manufacture Date 2002; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number YI-NAE; Aircraft Manufacturer's Serial Number (MSN) 449; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 550; Aircraft Manufacture Date 1995; Aircraft Model Airbus A321-131; Previous Aircraft Tail Number 2-WGLP; Aircraft Manufacturer's Serial Number (MSN) 550; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

MSN 615; Aircraft Manufacture Date 2004; Aircraft Model Airbus A340-642; Previous Aircraft Tail Number G-VSSH; Aircraft Manufacturer's Serial Number (MSN) 615; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR).

M-VITO (a.k.a. RA-02791); Aircraft Manufacture Date 01 Dec 2000; Aircraft Mode S Transponder Code 140AE7; Aircraft Model Hawker 800XP; Aircraft Operator Beratex Group Limited; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 258512 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

N200VR, 80 SW 8th Street, Suite 2000, Miami, FL 33130, United States; Aircraft Model Gulfstream 200; Aircraft Manufacturer's Serial Number (MSN) 133; Aircraft Tail Number N200VR (aircraft) [SDNTK] (Linked To: 200G PSA HOLDINGS LLC).

P4-MGU; Aircraft Manufacture Date 18 Feb 2013; Aircraft Model A319; Aircraft Manufacturer's Serial Number (MSN) 5445; Aircraft Tail Number P4-MGU; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (aircraft) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: SKOCH, Andrei Vladimirovich).

P4-MIS; Aircraft Manufacture Date 31 May 2007; Aircraft Model Airbus A319-115; Aircraft Manufacturer's Serial Number (MSN) 3133; Aircraft Tail Number P4-MIS (aircraft) [RUSSIA-EO14024] (Linked To: VEKSELBERG, Viktor Feliksovich).

P-532; Aircraft Manufacture Date 1974; Aircraft Model AN24-RV; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-533; Aircraft Manufacture Date 1974; Aircraft Model AN24-RV; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-537; Aircraft Manufacture Date 1966; Aircraft Model AN24-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-552; Aircraft Manufacture Date 1976; Aircraft Model T154-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-561; Aircraft Manufacture Date 1983; Aircraft Model T154-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-632; Aircraft Manufacture Date 1994; Aircraft Model T204-300; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-633; Aircraft Manufacture Date 2009; Aircraft Model T204-100; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-671; Aircraft Manufacture Date 2012; Aircraft Model A148-100; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-672; Aircraft Manufacture Date 2015; Aircraft Model A148-100; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-813; Aircraft Manufacture Date 1983; Aircraft Model T134-B; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-835; Aircraft Manufacture Date 1969; Aircraft Model IL18-D; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-881; Aircraft Manufacture Date 1986; Aircraft Model IL62-M; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-885; Aircraft Manufacture Date 1979; Aircraft Model IL62-M; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-912; Aircraft Manufacture Date 1990; Aircraft Model IL76-TD; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-913; Aircraft Manufacture Date 1990; Aircraft Model IL76-TD; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

P-914; Aircraft Manufacture Date 1990; Aircraft Model IL76-TD; Aircraft Operator Air Koryo; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (aircraft) [DPRK3].

RA-02791 (f.k.a. M-VITO); Aircraft Manufacture Date 01 Dec 2000; Aircraft Mode S Transponder Code 140AE7; Aircraft Model Hawker 800XP; Aircraft Operator Beratex

Group Limited; Nationality of Registration Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 258512 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

RA-65690; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 62805; Aircraft Tail Number RA-65690 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-65986; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63475; Aircraft Tail Number RA-65986 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-65989; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63605; Aircraft Tail Number RA-65989 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-65996; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63825; Aircraft Tail Number RA-65996 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-72963; Aircraft Model AN-72; Aircraft Manufacturer's Serial Number (MSN) 36572092845; Aircraft Tail Number RA-72963 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75478; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 189011302; Aircraft Tail Number RA-75478 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75496; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 188011303; Aircraft Tail Number RA-75496 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75499; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 188011004; Aircraft Tail Number RA-75499 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-75676; Aircraft Model IL-18; Aircraft Manufacturer's Serial Number (MSN) 185008605; Aircraft Tail Number RA-75676 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-76502; Aircraft Manufacture Date 1990; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1003401004; Aircraft Tail Number RA-76502 (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-76592; Aircraft Manufacture Date 31 May 1984; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 43452555; Aircraft Tail Number RA-76592 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76638; Aircraft Manufacture Date 31 May 1985; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 53460802; Aircraft Tail Number RA-76638 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76669; Aircraft Manufacture Date 30 Jan 1986; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 63465949; Aircraft Tail Number RA-76669 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76686; Aircraft Manufacture Date 20 May 1986; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 63468045; Aircraft Tail Number RA-76686

(aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76713; Aircraft Manufacture Date 29 Nov 1986; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 63474193; Aircraft Tail Number RA-76713 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76719; Aircraft Manufacture Date 30 Jan 1987; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 73474226; Aircraft Tail Number RA-76719 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76738; Aircraft Manufacture Date 30 Jun 1987; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 73477326; Aircraft Tail Number RA-76738 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-76842; Aircraft Manufacture Date 1993; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 1033418616; Aircraft Tail Number RA-76842 (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-76846; Aircraft Manufacture Date 28 Dec 1989; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 93497936; Aircraft Tail Number RA-76846 (aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-78750; Aircraft Manufacture Date 29 Feb 1988; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83483510; Aircraft Tail Number RA-78750 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78762; Aircraft Manufacture Date 30 Jun 1988; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83486574; Aircraft Tail Number RA-78762 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78765; Aircraft Manufacture Date 30 Jun 1988; Aircraft Model IL-76TD; Aircraft Manufacturer's Serial Number (MSN) 83486590; Aircraft Tail Number RA-78765

(aircraft) [RUSSIA-EO14024] (Linked To: JSC AVIACON ZITOTRANS).

RA-78776; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83489652; Aircraft Tail Number RA-78776 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78789; Aircraft Manufacture Date 30 Dec 1988; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83490706; Aircraft Tail Number RA-78789 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78794; Aircraft Manufacture Date 31 Jan 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93490726; Aircraft Tail Number RA-78794 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78796; Aircraft Manufacture Date 28 Feb 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93491735; Aircraft Tail Number RA-78796 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78816; Aircraft Manufacture Date 31 Jul 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93495846; Aircraft Tail Number RA-78816 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78817; Aircraft Manufacture Date 31 Jul 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93495851; Aircraft Tail Number RA-78817 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78818; Aircraft Manufacture Date 31 Aug 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93495858; Aircraft Tail Number RA-78818 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78830; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003401010; Aircraft Tail Number RA-78830 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL

INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-78831; Aircraft Manufacture Date 31 Aug 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003401017; Aircraft Tail Number RA-78831 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78835; Aircraft Manufacture Date 25 May 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003402033; Aircraft Tail Number RA-78835 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78840; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403056; Aircraft Tail Number RA-78840 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-78842; Aircraft Manufacture Date 30 Jun 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403069; Aircraft Tail Number RA-78842 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78844; Aircraft Manufacture Date 31 Jul 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403092; Aircraft Tail Number RA-78844 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78845; Aircraft Manufacture Date 28 Aug 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003403095; Aircraft Tail Number RA-78845 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78846; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 1003403113; Aircraft Tail Number RA-78846 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-78847; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003404132; Aircraft Tail Number RA-78847

(aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-78850; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1013405196; Aircraft Tail Number RA-78850 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-82010; Aircraft Manufacture Date 30 Dec 1986; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773053616017; Aircraft Tail Number RA-82010 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82012; Aircraft Manufacture Date 30 Jun 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773052732028; Aircraft Tail Number RA-82012 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82013; Aircraft Manufacture Date 29 Sep 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773053732033; Aircraft Tail Number RA-82013 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82014; Aircraft Manufacture Date 30 Nov 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054732039; Aircraft Tail Number RA-82014 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82021; Aircraft Manufacture Date 29 Dec 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 19530502002; Aircraft Tail Number RA-82021 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82023; Aircraft Manufacture Date 30 Dec 1988; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 19530502012; Aircraft Tail Number RA-82023 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82028; Aircraft Manufacture Date 22 Feb 1991; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 19530502599; Aircraft Tail Number RA-82028 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82030; Aircraft Manufacture Date 30 Dec 1987; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054732045; Aircraft Tail Number RA-82030 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82036; Aircraft Manufacture Date 03 Mar 1989; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054832068; Aircraft Tail Number RA-82036 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82038; Aircraft Manufacture Date 29 Dec 1989; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054955077; Aircraft Tail Number RA-82038 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82039; Aircraft Manufacture Date 29 Jun 1990; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773052055082; Aircraft Tail Number RA-82039 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-82040; Aircraft Manufacture Date 31 Oct 1990; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773053055086; Aircraft Tail Number RA-82040 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RA-85041; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 12A997; Aircraft Tail Number RA-85041 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85042; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 12A998; Aircraft Tail Number RA-85042 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223

FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85155; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 1000; Aircraft Tail Number RA-85155 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85360; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 79A360; Aircraft Tail Number RA-85360 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85426; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 81A426; Aircraft Tail Number RA-85426 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85446; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 80A446; Aircraft Tail Number RA-85446 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85534; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A534; Aircraft Tail Number RA-85534 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85554; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A554; Aircraft Tail Number RA-85554 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85555; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A555; Aircraft Tail Number RA-85555 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL

STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85559; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A559; Aircraft Tail Number RA-85559 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85563; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 82A563; Aircraft Tail Number RA-85563 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85571; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 83A571; Aircraft Tail Number RA-85571 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85586; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 84A586; Aircraft Tail Number RA-85586 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85594; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 84A594; Aircraft Tail Number RA-85594 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85605; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 85A605; Aircraft Tail Number RA-85605 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-85686; Aircraft Model TU-154; Aircraft Manufacturer's Serial Number (MSN) 90A854; Aircraft Tail Number RA-85686 (aircraft)

[RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86495; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 2726628.1; Aircraft Tail Number RA-86495 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86496; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 3829859.1; Aircraft Tail Number RA-86496 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86539; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 2344615; Aircraft Tail Number RA-86539 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86555; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 4547315; Aircraft Tail Number RA-86555 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86561; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 4154842; Aircraft Tail Number RA-86561 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86572; Aircraft Model IL-62; Aircraft Manufacturer's Serial Number (MSN) 3154624; Aircraft Tail Number RA-86572 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-86906; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN)

23436064; Aircraft Tail Number RA-86906 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RA-95951; Aircraft Model TU-134; Aircraft Manufacturer's Serial Number (MSN) 63845; Aircraft Tail Number RA-95951 (aircraft) [RUSSIA-EO14024] (Linked To: FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION).

RF-78757; Aircraft Manufacture Date 27 Apr 1988; Aircraft Mode S Transponder Code 1533A5; Aircraft Model IL-76MD; Aircraft Manufacturer's Serial Number (MSN) 83484547; Aircraft Tail Number RF-78757 (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

RF-78764; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 83486585; Aircraft Tail Number RF-78764 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78797; Aircraft Manufacture Date 28 Feb 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93491742; Aircraft Tail Number RF-78797 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78815; Aircraft Manufacture Date 31 Jul 1989; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 93494842; Aircraft Tail Number RF-78815 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78834; Aircraft Manufacture Date 29 Apr 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003401032; Aircraft Tail Number RF-78834 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-78838; Aircraft Manufacture Date 31 May 1990; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 1003402044; Aircraft Tail Number RF-78838 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT

STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-82011; Aircraft Manufacture Date 31 Dec 1986; Aircraft Mode S Transponder Code 15405B; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054616023; Aircraft Tail Number RF-82011 (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

RF-82032; Aircraft Manufacture Date 30 Jun 1988; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773052832051; Aircraft Tail Number RF-82032 (aircraft) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES).

RF-82041; Aircraft Manufacture Date 08 Feb 1991; Aircraft Mode S Transponder Code 154079; Aircraft Model AN-124; Aircraft Manufacturer's Serial Number (MSN) 9773054055089; Aircraft Tail Number RF-82041 (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

RF-86898; Aircraft Manufacture Date 28 Jan 1982; Aircraft Mode S Transponder Code 155372; Aircraft Model IL-76; Aircraft Manufacturer's Serial Number (MSN) 23435028; Aircraft Tail Number RF-86898 (aircraft) [RUSSIA-EO14024] (Linked To: COMMAND OF THE MILITARY TRANSPORT AVIATION).

S5-SAD; Aircraft Manufacture Date 2013; Aircraft Model Bombardier Global 6000; Aircraft Manufacturer's Serial Number (MSN) 9553 (aircraft) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

T7-OKY; Aircraft Manufacture Date 2014; Aircraft Model BD700-1A10 Global 6000; Aircraft Manufacturer's Serial Number (MSN) 9576; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number T7-OKY (San Marino) (aircraft) [UKRAINE-EO13685] (Linked To: SRL SKYLINE AVIATION).

UR-BXI; Aircraft Manufacture Date Jun 1993; Aircraft Model DC-9; Aircraft Operator Iran Air; Aircraft Manufacturer's Serial Number (MSN) 53170; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

UR-CBD; Aircraft Manufacture Date Mar 1989; Aircraft Model DC-9; Aircraft Operator Iran Air;

Aircraft Manufacturer's Serial Number (MSN) 49510; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [IRAN] (Linked To: IRAN AIR).

UR-CJW; Aircraft Construction Number (also called L/N or S/N or F/N) 358; Aircraft Manufacture Date 12 Sep 1999; Aircraft Model BAe-146 Avro RJ100; Aircraft Manufacturer's Serial Number (MSN) 3358; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKF; Aircraft Construction Number (also called L/N or S/N or F/N) 341; Aircraft Manufacture Date 20 Dec 1998; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3341; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKG; Aircraft Construction Number (also called L/N or S/N or F/N) 362; Aircraft Manufacture Date 16 Nov 1999; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3362; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKJ; Aircraft Construction Number (also called L/N or S/N or F/N) 343; Aircraft Manufacture Date 04 Sep 1999; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3343; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKX; Aircraft Construction Number (also called L/N or S/N or F/N) 131; Aircraft Manufacture Date 25 May 1989; Aircraft Model BAe-146 Avro RJ300; Aircraft Operator Ukrainian-Mediterranean Airlines; alt. Aircraft Operator Ukrainian-Mediterranean Airlines; Aircraft Manufacturer's Serial Number (MSN) 3131 (aircraft) [SDGT] [IFSR].

UR-CKY; Aircraft Construction Number (also called L/N or S/N or F/N) 146; Aircraft Manufacture Date 08 Jan 1990; Aircraft Model BAe-146 Avro RJ100; Aircraft Operator Mahan Air; Aircraft Manufacturer's Serial Number (MSN) 3146; Additional Sanctions Information - Subject to Secondary Sanctions (aircraft) [SDGT] [NPWMD] [IFSR].

UR-CKZ; Aircraft Construction Number (also called L/N or S/N or F/N) 159; Aircraft Manufacture Date 01 Jan 1990; Aircraft Model BAe-146 Avro RJ300; Aircraft Operator

Ukrainian-Mediterranean Airlines; Aircraft Manufacturer's Serial Number (MSN) 3159 (aircraft) [SDGT] [IFSR].

VP-CSP; Aircraft Manufacture Date Sep 1991; Aircraft Mode S Transponder Code 400065; Aircraft Model BAE 125 Series 800B; Aircraft Operator Linburg Industries LTD.; Nationality of Registration Cayman Islands; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aircraft Serial Identification 258210 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: LINBURG INDUSTRIES LTD.).

YI-BAF; Aircraft Manufacture Date 24 May 2002; Aircraft Model B 737; Aircraft Operator Fly Baghdad; Aircraft Manufacturer's Serial Number (MSN) 32412; Aircraft Tail Number YI-BAF; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

YI-BAN; Aircraft Manufacture Date 08 Jan 2008; Aircraft Model B 737; Aircraft Operator Fly Baghdad; Aircraft Manufacturer's Serial Number (MSN) 35064; Aircraft Tail Number YI-BAN; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (aircraft) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

YK-AGA; Aircraft Construction Number (also called L/N or S/N or F/N) 1188; Aircraft Manufacture Date 20 Feb 1976; Aircraft Model B.727-294; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 21203 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AGB; Aircraft Construction Number (also called L/N or S/N or F/N) 1194; Aircraft Manufacture Date 18 Mar 1976; Aircraft Model B.727-294; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 21204 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AGC; Aircraft Construction Number (also called L/N or S/N or F/N) 1198; Aircraft Manufacture Date 09 Apr 1976; Aircraft Model B.727-294; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 21205 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AGD; Aircraft Construction Number (also called L/N or S/N or F/N) 1670; Aircraft

Manufacture Date 26 Sep 1980; Aircraft Model B.727-269; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 22360 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AGE; Aircraft Construction Number (also called L/N or S/N or F/N) 1716; Aircraft Manufacture Date 06 Feb 1981; Aircraft Model B.727-269; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 22361 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AGF; Aircraft Construction Number (also called L/N or S/N or F/N) 1788; Aircraft Manufacture Date 12 Nov 1981; Aircraft Model B.727-269; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 22763 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AIA; Aircraft Manufacture Date Jan 1985; Aircraft Model Tu-154M; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 708 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AIC; Aircraft Manufacture Date Mar 1985; Aircraft Model Tu-154M; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 710 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AKA; Aircraft Manufacture Date 02 Sep 1998; Aircraft Model A320-232; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 886 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AKB; Aircraft Manufacture Date 26 Oct 1998; Aircraft Model A320-232; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 918 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AKC; Aircraft Manufacture Date 26 May 1999; Aircraft Model A320-232; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 1032 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AKD; Aircraft Manufacture Date 17 Aug 1999; Aircraft Model A320-232; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 1076 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AKE; Aircraft Manufacture Date 06 Sep 1999; Aircraft Model A320-232; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 1085 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AKF; Aircraft Manufacture Date 11 Oct 1999; Aircraft Model A320-232; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 1117 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ANC; Aircraft Construction Number (also called L/N or S/N or F/N) 3007; Aircraft Manufacture Date 1975; Aircraft Model An-26; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 57303007 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AND; Aircraft Construction Number (also called L/N or S/N or F/N) 3008; Aircraft Manufacture Date 1975; Aircraft Model An-26; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 57303008 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ANE; Aircraft Construction Number (also called L/N or S/N or F/N) 3103; Aircraft Manufacture Date 1975; Aircraft Model An-26; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 57303103 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ANF; Aircraft Construction Number (also called L/N or S/N or F/N) 3104; Aircraft Manufacture Date 1975; Aircraft Model An-26; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 57303104 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ANG; Aircraft Construction Number (also called L/N or S/N or F/N) 10907; Aircraft Manufacture Date 1981; Aircraft Model An-26B; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 17310907 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ANH; Aircraft Construction Number (also called L/N or S/N or F/N) 11406; Aircraft Manufacture Date 1981; Aircraft Model An-26B; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 17311406 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AQA; Aircraft Construction Number (also called L/N or S/N or F/N) 3219; Aircraft Model Yak-40; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 9341932 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AQB; Aircraft Construction Number (also called L/N or S/N or F/N) 4304; Aircraft Model

Yak-40; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 9530443 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AQD; Aircraft Construction Number (also called L/N or S/N or F/N) 5801; Aircraft Model Yak-40; Aircraft Manufacturer's Serial Number (MSN) 9830158 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AQE; Aircraft Construction Number (also called L/N or S/N or F/N) 5802; Aircraft Model Yak-40; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 9830258 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AQF; Aircraft Construction Number (also called L/N or S/N or F/N) 5918; Aircraft Model Yak-40; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 9931859 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AQG; Aircraft Construction Number (also called L/N or S/N or F/N) 5919; Aircraft Model Yak-40K(F); Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 9941959 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ATA; Aircraft Construction Number (also called L/N or S/N or F/N) 1604; Aircraft Manufacture Date 1979; Aircraft Model Il-76T; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 93421613 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ATB; Aircraft Construction Number (also called L/N or S/N or F/N) 1605; Aircraft Manufacture Date 1979; Aircraft Model Il-76T; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 93421619 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ATC; Aircraft Construction Number (also called L/N or S/N or F/N) 2308; Aircraft Manufacture Date 1981; Aircraft Model Il-76T; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 13431911 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-ATD; Aircraft Construction Number (also called L/N or S/N or F/N) 2309; Aircraft Manufacture Date 1981; Aircraft Model Il-76T; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 13431915

(aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AVA; Aircraft Manufacture Date 07 Oct 2008; Aircraft Model ATR-72-212A; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 836 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AVB; Aircraft Manufacture Date 24 Dec 2008; Aircraft Model ATR-72-212A; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 845 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AYA; Aircraft Construction Number (also called L/N or S/N or F/N) 6330; Aircraft Manufacture Date 1982; Aircraft Model Tu-134BK-3; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 63992 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AYB; Aircraft Construction Number (also called L/N or S/N or F/N) 6331; Aircraft Manufacture Date 1982; Aircraft Model Tu-134BK-3; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 63994 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AYC; Aircraft Construction Number (also called L/N or S/N or F/N) 6327; Aircraft Manufacture Date 1982; Aircraft Model Tu-134B-3; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 63989 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AYD; Aircraft Construction Number (also called L/N or S/N or F/N) 6328; Aircraft Manufacture Date 1982; Aircraft Model Tu-134B-3; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 63990 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AYE; Aircraft Construction Number (also called L/N or S/N or F/N) 6348; Aircraft Manufacture Date Sep 1984; Aircraft Model Tu-134B-3; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 66187 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YK-AYF; Aircraft Construction Number (also called L/N or S/N or F/N) 6349; Aircraft Manufacture Date 10 Oct 1984; Aircraft Model Tu-134B-3; Aircraft Operator Syrianair; Aircraft Manufacturer's Serial Number (MSN) 66190 (aircraft) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: SYRIAN ARAB AIRLINES).

YV1000; Aircraft Model DHC7; Aircraft Manufacturer's Serial Number (MSN) 068; Aircraft Tail Number YV1000 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1003; Aircraft Model DHC7; Aircraft Manufacturer's Serial Number (MSN) 103; Aircraft Tail Number YV1003 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1004; Aircraft Model A340; Aircraft Manufacturer's Serial Number (MSN) 031; Aircraft Tail Number YV1004 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1005; Aircraft Model ATR42; Aircraft Manufacturer's Serial Number (MSN) 491; Aircraft Tail Number YV1005 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1007; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23949; Aircraft Tail Number YV1007 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1008; Aircraft Model ATR42; Aircraft Manufacturer's Serial Number (MSN) 346; Aircraft Tail Number YV1008 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1009; Aircraft Model ATR42; Aircraft Manufacturer's Serial Number (MSN) 487; Aircraft Tail Number YV1009 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV1118; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-396; Aircraft Tail Number YV1118 (aircraft) [VENEZUELA-EO13884].

YV1850; Aircraft Model ATR72; Aircraft Manufacturer's Serial Number (MSN) 276;

Aircraft Tail Number YV1850 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2040; Aircraft Model Falcon 900B; Aircraft Manufacturer's Serial Number (MSN) 133; Aircraft Tail Number YV2040 (aircraft) [VENEZUELA-EO13884].

YV2421; Aircraft Model ATR72; Aircraft Manufacturer's Serial Number (MSN) 482; Aircraft Tail Number YV2421 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2422; Aircraft Model ATR72; Aircraft Manufacturer's Serial Number (MSN) 486; Aircraft Tail Number YV2422 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2485; Aircraft Model Falcon 900EX; Aircraft Manufacturer's Serial Number (MSN) 196; Aircraft Tail Number YV2485 (aircraft) [VENEZUELA-EO13884].

YV2486; Aircraft Model Falcon 900EX; Aircraft Manufacturer's Serial Number (MSN) 197; Aircraft Tail Number YV2486 (aircraft) [VENEZUELA-EO13884].

YV2556; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 24712; Aircraft Tail Number YV2556 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2557; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 24633; Aircraft Tail Number YV2557 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2558; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23096; Aircraft Tail Number YV2558 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2559; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23097; Aircraft Tail Number YV2559 (aircraft)

[VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2565; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-389; Aircraft Tail Number YV2565 (aircraft) [VENEZUELA-EO13884].

YV2567; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-390; Aircraft Tail Number YV2567 (aircraft) [VENEZUELA-EO13884].

YV2716; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-415; Aircraft Tail Number YV2716 (aircraft) [VENEZUELA-EO13884].

YV2726; Aircraft Model Falcon 900; Aircraft Manufacturer's Serial Number (MSN) 136; Aircraft Tail Number YV2726 (aircraft) [VENEZUELA-EO13884].

YV2734; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-407; Aircraft Tail Number YV2734 (aircraft) [VENEZUELA-EO13884].

YV2738; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-424; Aircraft Tail Number YV2738 (aircraft) [VENEZUELA-EO13884].

YV2739; Aircraft Model Learjet 45; Aircraft Manufacturer's Serial Number (MSN) 45-425; Aircraft Tail Number YV2739 (aircraft) [VENEZUELA-EO13884].

YV2762; Aircraft Model 1900D; Aircraft Manufacturer's Serial Number (MSN) UE-275; Aircraft Tail Number YV2762 (aircraft) [VENEZUELA-EO13884].

YV2763; Aircraft Model 1900D; Aircraft Manufacturer's Serial Number (MSN) UE-236; Aircraft Tail Number YV2763 (aircraft) [VENEZUELA-EO13884].

YV2849; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000509; Aircraft Tail Number YV2849 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2850; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000505; Aircraft Tail Number YV2850 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2851; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000515; Aircraft Tail Number YV2851 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2869; Aircraft Model 1900D; Aircraft Manufacturer's Serial Number (MSN) UE-352; Aircraft Tail Number YV2869 (aircraft) [VENEZUELA-EO13884].

YV2911; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000610; Aircraft Tail Number YV2911 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2912; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000612; Aircraft Tail Number YV2912 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2913; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000622; Aircraft Tail Number YV2913 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2943; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000634; Aircraft Tail Number YV2943 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2944; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000635; Aircraft Tail Number YV2944 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2953; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000643; Aircraft Tail Number YV2953 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2954; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN)

19000644; Aircraft Tail Number YV2954 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2964; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000646; Aircraft Tail Number YV2964 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2965; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000645; Aircraft Tail Number YV2965 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2966; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000485; Aircraft Tail Number YV2966 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2969; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5062; Aircraft Tail Number YV2969 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2970; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5071; Aircraft Tail Number YV2970 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2984; Aircraft Model A319; Aircraft Manufacturer's Serial Number (MSN) 1468; Aircraft Tail Number YV2984 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2993; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5082; Aircraft Tail Number YV2993 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV2994; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5083; Aircraft Tail Number YV2994 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3016; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000177; Aircraft Tail Number YV3016 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3032; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5136; Aircraft Tail Number YV3032 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3033; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5140; Aircraft Tail Number YV3033 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3034; Aircraft Model 208; Aircraft Manufacturer's Serial Number (MSN) 208B5142; Aircraft Tail Number YV3034 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3052; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000675; Aircraft Tail Number YV3052 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3071; Aircraft Model ERJ190; Aircraft Manufacturer's Serial Number (MSN) 19000676; Aircraft Tail Number YV3071 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV3360; Aircraft Model Falcon 200EX; Aircraft Manufacturer's Serial Number (MSN) 17; Aircraft Tail Number YV3360 (aircraft) [VENEZUELA-EO13884].

YV3434; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 21167;

Aircraft Tail Number YV3434 (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

YV378T; Aircraft Model B737; Aircraft Manufacturer's Serial Number (MSN) 23789; Aircraft Tail Number YV378T (aircraft) [VENEZUELA-EO13884] (Linked To: CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.).

---

**References following each SDN indicate the sanctions program pursuant to which the person has been designated or identified:**

**[BALKANS]:** Western Balkans Stabilization Regulations, 31 C.F.R. part 588; Executive Order 13304, 68 FR 32315;

**[BELARUS]:** Executive Order 13405, 71 FR 35485;

**[BELARUS-EO14038]:** Blocking Property of Additional Persons Contributing to the Situation in Belarus

**[BPI-PA]:** Blocked Pending Investigation, Patriot Act;

**[BPI-SDNTK]:** Blocked Pending Investigation, Foreign Narcotics Kingpin Sanctions Regulations, 31 C.F.R. part 598;

**[BURMA-EO14014]:** Blocking Property With Respect to the Situation in Burma;

**[CAATSA - IRAN]:** Countering America's Adversaries Through Sanctions Act of 2017 (CAATSA) - Title I;

**[CAATSA - RUSSIA]:** Countering America's Adversaries Through Sanctions Act of 2017 (CAATSA) - Title II;

**[CAR]:** Central African Republic Sanctions;

**[CUBA]:** Cuban Assets Control Regulations, 31 C.F.R. part 515;

**[CYBER2]:** Executive Order 13757;

**[DARFUR]:** Darfur Sanctions Regulations, 31 C.F.R. part 546;

**[DPRK]:** Executive Order 13551;

**[DPRK2]:** Executive Order 13687;

**[DPRK3]:** Executive Order 13722;

**[DPRK4]:** Executive Order 13810;

**[DPRK-NKSPEA]:** North Korea Sanctions and Policy Enhancement Act of 2016, Public Law 114-122;

**[DRCONGO]:** Democratic Republic of the Congo Sanctions Regulations, 31 C.F.R. part 547;

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

[ELECTION-EO13848]: Executive Order 13848 - Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election;

[FSE-IR]: Foreign Sanctions Evaders - Iran, Executive Order 13608;

[FSE-SY]: Foreign Sanctions Evaders - Syria, Executive Order 13608;

[FTO]: Foreign Terrorist Organizations Sanctions Regulations, 31 C.F.R. part 597;

[GLOMAG]: Executive Order 13818 - Global Magnitsky;

[HIFPAA]: Hizballah International Financing Prevention Amendments Act of 2018, Public Law No: 115-272;

[HRIT-SY]: Executive Order 13606 - Syria;

[HRIT-IR]: Executive Order 13606 - Iran;

[IFSR]: Iranian Financial Sanctions Regulations, 31 CFR part 561;

[IRAN]: Iranian Transactions Regulations, 31 CFR part 560;

[IRAN-EO13846]: Executive Order 13846;

[IRAN-EO13876]: Executive Order 13876;

[IRAN-HR]: Executive Order 13553;

[IRAN-TRA]: Executive Order 13628;

[IRAQ2]: Executive Order 13315, 68 FR 52315; Executive Order 13350, 69 FR 46055;

[IRAQ3]: Executive Order 13438, 72 FR 39719;

[IRGC]: Iranian Financial Sanctions Regulations, 31 CFR Part 561

[ISA]: Iran Sanctions Act, Executive Order 13574;

[LEBANON]: Executive Order 13441, 72 FR 43499;

[LIBYA2]: Libyan Sanctions, 31 C.F.R. part 570;

[LIBYA3]: Executive Order Blocking Property and Suspending Entry into the United States of Persons Contributing to the Situation in Libya;

[MAGNIT]: Sergei Magnitsky Rule of Law Accountability Act of 2012;

[NDAA]: National Defense Authorization Act For Fiscal Year 2012 H (PL 112-158);

[NICARAGUA]: Blocking Property of Certain Persons Contributing to the Situation in Nicaragua;

[NICARAGUA-NHRAA]: Nicaragua Human Rights and Anticorruption Act of 2018;

[NPWMD]: Weapons of Mass Destruction Proliferators Sanctions Regulations, 31 C.F.R. part 544;

[NS-PLC]: Non-SDN Palestinian Legislative Council List, General License 4 issued pursuant to the Global Terrorism Sanctions Regulations, 31 C.F.R. Part 594;

[PEESA]: Protecting Europe's Energy Security Act (PEESA);

[PEESA-EO14039]: Blocking Property With Respect to Certain Russian Energy Export Pipelines;

[RUSSIA-EO14024]: Blocking Property With Respect To Specified Harmful Foreign Activities of the Government of the Russian Federation;

[SDGT]: Global Terrorism Sanctions Regulations, 31 C.F.R. part 594;

[SDNT]: Narcotics Trafficking Sanctions Regulations, 31 C.F.R. part 536;

[SDNTK]: Foreign Narcotics Kingpin Sanctions Regulations, 31 C.F.R. part 598;

[SDT]: Terrorism Sanctions Regulations, 31 C.F.R. part 595;

[SOMALIA]: Somalia Sanctions Regulations, 31 C.F.R. part 551;

[SUDAN]: Sudanese Sanctions Regulations, 31 C.F.R. part 538;

[SOUTH SUDAN]: Executive Order 13664;

[SYRIA]: Syrian Sanctions Regulations, 31 C.F.R. part 542; Executive Order 13399, 71 FR 25059; Executive Order 13460, 73 FR 8991;

[SYRIA-CAESAR]: Sections 7404-7438 of the National Defense Authorization Act for Fiscal Year 2020, Title LXXIV—Caesar Syria Civilian Protection Act of 2019;

[TCO]: Transnational Criminal Organizations Executive Order 13581;

[UKRAINE-EO13660]: Executive Order 13660;

[UKRAINE-EO13661]: Executive Order 13661;

[UKRAINE-EO13662]: Executive Order 13662;

[UKRAINE-EO13685]: Executive Order 13685;

[VENEZUELA]: Executive Order 13692;

[VENEZUELA-EO13850]: Executive Order 13850;

[YEMEN]: Yemen Sanctions Regulations, 31 C.F.R. part 552;

[ZIMBABWE]: Zimbabwe Sanctions Regulations, 31 C.F.R. part 541;

Executive Order 13391, 70 FR 71201; Executive Order 13469, 73 FR 43841.

For further information contact the:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220
https://www.treasury.gov/ofac

202/622-2490