# Al Rajhi Bank
# Ex. 62



Nemeh Sabbagh
Managing Director
Chief Executive Officer

نعمه صباغ
عضو مجلس الإدارة المنتدب
رئيس اللجنة التنفيذية

## FAX MESSAGE

Date : October 24, 2001

To : Mr. Saud Al Saleh                 (SAIB # 478 1557)
    Mr. Henk Mulder                    (SHB # 401 0968)
    Mr. Mike de Graffenried            (SAMBA # 478 0823)
    Mr. David Hodgkinson               (SABB # 405 0069)
    Mr. Bertrand Viriot                (SFB # 404 2155)
    Mr. Abdulhadi A. Shayif            (NCB # 02/ 644 9360)
    Mr. Alan R. Thompson               (Riyad Bank # 403 0010)
    Mr. Mishari E. Al-Mishari          (Jazira Bank # 02/ 653 0923)
    Mr. Abdullah Suleiman Al Rajhi     ( Al-Rajhi # 460 2040 )

CC : Mr. Ali Ghaith                    (SAMA # 466 2865)

From : Nemeh Sabbagh                   (ANB # 403 0052)
       Chairman, MD's Committee

No. of pages (incl. Cover page) : 17

Subject : Blocking & Status of certain accounts and individuals/ entities, as per SAMA's Instructions.

## URGENT & CONFIDENTIAL

Please find herewith 6 lists (16 pages) received from SAMA, for compiling a status update on the freezing of accounts by the banks. Please complete the attachment and provide it directly in a sealed envelope marked "confidential" to Mr. Khalid Alluhaidan representing SAMA at the Banks' Self-Supervisory Committee on or before the committee's next meeting on 30 October 2001. As for SAIB & Jazira bank, please send it directly to SAMA.

Thank you

Nemeh Sabbagh
Managing Director

Saudi Stock Co. Paid up Capital : S.R 1200 Million, Statutory Reserve : S.R. 1200 Million
General Management - P.O. Box 56921, Riyadh 11564, Saudi Arabia - Tel: 402 9000 - Fax 402 7747 - 403660 ARNA SJ - Cable: ARABI WATANI

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014300

أولى المهام المنفذة من قبل المؤسسة

| الرقم | الإسم أو (رقم البطاقة) | وجود حساب في المملكة نعم | وجود حساب في المملكة لا | كشف عن الحساب نعم | كشف عن الحساب لا | الرصيد الحالي | نوع الحساب |
|---|---|---|---|---|---|---|---|
| ١ | سطام محمد عبدالله السقامي | | ✓ | | | | |
| ٢ | خالد محمد عبدالله المحضار | | ✓ | | | | |
| ٣ | نواف محمد سالم الحازمي | | ✓ | | | | |
| ٤ | ماجد موقد مشعان بن غانم | ✓ | | ✓ | | ١- ريال | جاري |
| ٥ | وائل محمد عبدالله الشهري | ✓ | | ✓ | | ١٠,٠١٧,١- | جاري |
| ٦ | وليد محمد عبدالله الشهري | | ✓ | | | | |
| ٧ | أحمد إبراهيم علي الحزنوي | | ✓ | | | | |
| ٨ | سالم بن محمد بن سالم الحازمي | | ✓ | | | | |
| ٩ | عبدالعزيز عبدالرحمن محمد العمري | ✓ | | ✓ | | ٧٩٦,٩٧ | جاري |
| ١٠ | أحمد عبد الله أحمد النعمي | | ✓ | | | | |
| ١١ | بدر محمد حمود الحازمي | | ✓ | | | | |



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014301

أولى المهام المنفذة من قبل المؤسسة

| نوع الحساب | الرصيد الحالي | كشف عن الحساب لا / نعم | وجود حساب في المملكة لا / نعم | الإسم أو (رقم البطاقة) | الرقم |
|---|---|---|---|---|---|
| | | | ✓ | مهند محمد فائز الشهري | ١٢ |
| جاري | حفظ | ✓ | ✓ | هاني صالح حسن حنجور | ١٣ |
| جاري / جاري | ٢٧١٦,٢٤ ٢-١- | ✓ | ✓ | محمد منصور حزب الله الزهراني | ١٤ |
| | | | ✓ | مدني الغازي مصطفى الطيب | ١٥ |
| جاري | ٠٩٤,١٤ ٢٢٦٠٠,٠٨ ٧٥,٥٨ | ✓ | ✓ | إبراهيم سعيد يسلم باداود | ١٦ |
| | | | ✓ | وجدي حسن محمد صالح باعشن | ١٧ |
| | رصيد اسهم متشابهة | | | أحمد علي عبدالله الغامدي | ١٨ |
| | | | ✓ | حمزة صالح أحمد الغامدي | ١٩ |
| | | | ✓ | سعيد عبدالله علي السلمان الغامدي | ٢٠ |
| | | | ✓ | علي سعيد عبدالله المنصور الغامدي | ٢١ |

٢



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00014302

أولى المهام المنفذة من قبل المؤسسة

| نوع الحساب | الرصيد الحالي | كَشْف عن الحساب | | وجود حساب في المملكة | | الإسم أو (رقم البطاقة) | الرقم |
|---|---|---|---|---|---|---|---|
| | | لا | نعم | لا | نعم | | |
| | | | | | ✓ | فيزا ٦٥٣٢ | ٢٢ |
| | | | | | ✓ | فيزا ٧٤٨٣ | ٢٣ |
| | | | | | ✓ | فيزا ٨٠٣٤ | ٢٤ |
| | | | | | ✓ | فيزا ٢٨١٤ | ٢٥ |
| | | | | | ✓ | فيزا ٢٨٣٢ | ٢٦ |
| | | | | | ✓ | فيزا ٥١٧٦ | ٢٧ |



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00014303

## أولى المهام المنفذة من قبل المؤسسة

| نوع الحساب | الرصيد الحالي | كُشِف عن الحساب | | وجود حساب في المملكة | | الإسم أو (رقم البطاقة) | الرقم |
|---|---|---|---|---|---|---|---|
| | | لا | نعم | لا | نعم | | |
| | | | | | ✓ | ماستر كارد ▮▮▮▮ ٩٩٦٠ | ٢٨ |
| | | | | | ✓ | فيزا ▮▮▮▮ ٨٢٥١ | ٢٩ |
| | | | | | ✓ | فيزا ▮▮▮▮ ٠٨٨٠ | ٣٠ |
| | | | | | ✓ | فيزا ▮▮▮▮ ٦١٦٣ | ٣١ |



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00014304

[Bilingual page]

## FAX MESSAGE

Date: October 24, 2001

To:
- Mr. Saud Al Saleh (SAIB # 478 1557)
- Mr. Henk Mulder (SHB # 401 0968)
- Mr. Mike de Graffenried (SAMBA # 478 0823)
- Mr. David Hodgkinson (SABB # 405 0069)
- Mr. Bertrand Viriot (SFB # 404 2155)
- Mr. Abdulhadi A. Shayif (NCB # 02/ 644 9360)
- Mr. Alan R. Thompson (Riyad Bank # 403 0010)
- Mr. Madam E. Al-Mishari (Jazira Bank # 02/ 653 0923)
- Mr. Abdullah Suleiman Al Rajhi (Al-Rajhi # 460 2040)

CC: Mr. Ali Ghaith (SAMA # 466 2865)

From: Nemeh Sabbagh (ANB # 403 0052)
Chairman, MD's Committee

No. of pages (incl. Cover page): 17

Subject: Blocking & Status of certain accounts and individuals/ entities, as per SAMA's Instructions.

### URGENT & CONFIDENTIAL

Please find herewith 6 lists (16 pages) received from SAMA, for compiling a status update on the freezing of accounts by the banks. Please complete the attachment and provide it directly in a sealed envelope marked "confidential" to Mr. Khalid Alhubaidan representing SAMA at the Banks' Self-Supervisory Committee on or before the committee's next meeting on 30 October 2001. As for SAIB & Jazira bank, please send it directly to SAMA.

Thank you

Nemeh Sabbagh
Managing Director

4662865

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014300

```
24.OCT.2001  14:29      ANE 966 1 4030052                          NO.220   P.2
```

First Task Executed by the Institution

| Number | Name Or (Card Number) | Is there an account in the Kingdom? | | Was the account disclosed? | | Current Balance | Account Type |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | | |
| 1 | Satam Mohamed Abdullah Al Siqami | | ✔ | | | | |
| 2 | Khaled Mohamed Abdullah Al Mihdar | | ✔ | | | | |
| 3 | Nawaf Mohamed Salem Al Hazimi | | ✔ | | | | |
| 4 | Majed Muqed Mishaan bin Ghanem | ✔ | | ✔ | | 10 riyals | Current |
| 5 | Wael Mohamed Abdullah Al Shehri | ✔ | | ✔ | | 10,017.01 | Current |
| 6 | Waleed Mohamed Abdullah Al Shehri | | ✔ | | | | |
| 7 | Ahmed Ibrahim Ali Al Hazouni | | ✔ | | | | |
| 8 | Salem bin Mohamed bin Salem Al Hazimi | | ✔ | | | | |
| 9 | Abdul Aziz Abdul Rahman Mohamed Al Omari | ✔ | | ✔ | | 796.97 | Current |
| 10 | Ahmed Abdullah Ahmed Al Na'ami | | ✔ | | | | |
| 11 | Badr Mohamed Hamoud Al Hazimi | | ✔ | | | | |

1

[stamp: Al Rajhi Banking
& Investment Corporation
Internal Audit Department
English: Al-Rajhi Banking
& Investment Corp.]



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014301

Case 1:03-md-01570-GBD-SN    Document 10598-62    Filed 12/09/24    Page 9 of 12

```
24.OCT.2001  14:09    ANE 966 1 4030052                           NO.220  P.3
```

## First Task Executed by the Institution

| Number | Name Or (Card Number) | Is there an account in the Kingdom? Yes | Is there an account in the Kingdom? No | Was the account disclosed? Yes | Was the account disclosed? No | Current Balance | Account Type |
|---|---|---|---|---|---|---|---|
| 12 | Muhannad Mohamed Fayez Al Shehri | | ✔ | | | | |
| 13 | Hani Saleh Hasan Hanjour | ✔ | | ✔ | | Zero | Current |
| 14 | Mohamed Mansour Hizbullah Al Zahrani | ✔ | | ✔ | | 2716.32<br>30.00 | Current<br>Current |
| 15 | Madani Al Ghazi Mostafa Al Tayyib | | ✔ | | | | |
| 16 | Ibrahim Saad Yaslam Badawood | ✔ | | ✔ | | 594.14<br>22600.08<br>75.58 | Current |
| 17 | Wajdi Hasan Mohamed Ba'ashan | | ✔ | | | | |
| 18 | Ahmed Ali Abdullah Al Ghamidi | | | | | Similar names found | |
| 19 | Hamza Saleh Ahmed Al Ghamidi | | ✔ | | | | |
| 20 | Saeed Abdullah Al Salman Al Ghamidi | | ✔ | | | | |
| 21 | Ali Saeed Abdullah Al Mansour Al Ghamidi | | ✔ | | | | |

2

[stamp: Al Rajhi Banking
& Investment Corporation
Internal Audit Department
English: Al-Rajhi Banking
& Investment Corp.]



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014302

24.OCT.2021  14:09        ANE 966 1 4030052                                    NO.220   P.4

## First Task Executed by the Institution

| Number | Name Or (Card Number) | Is there an account in the Kingdom? | | Was the account disclosed? | | Current Balance | Account Type |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | | |
| 22 | Visa ▇▇▇6532 | | ✔ | | | | |
| 23 | Visa ▇▇▇7483 | | ✔ | | | | |
| 24 | Visa ▇▇▇8034 | | ✔ | | | | |
| 25 | Visa ▇▇▇2814 | | ✔ | | | | |
| 26 | Visa ▇▇▇2832 | | ✔ | | | | |
| 27 | Visa ▇▇▇5176 | | ✔ | | | | |

3

[stamp: Al Rajhi Banking
& Investment Corporation
Internal Audit Department
English: Al-Rajhi Banking
 & Investment Corp.]



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014303

Case 1:03-md-01570-GBD-SN   Document 10598-62   Filed 12/09/24   Page 11 of 12

24.OCT.2021 14:10      AM 966 1 4030052                           NO.220    P.5

## First Task Executed by the Institution

| Number | Name Or (Card Number) | Is there an account in the Kingdom? | | Was the account disclosed? | | Current Balance | Account Type |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | | |
| 28 | Mastercard ████9960 | | ✔ | | | | |
| 29 | Visa ████8251 | | ✔ | | | | |
| 30 | Visa ████0880 | | ✔ | | | | |
| 31 | Visa ████6163 | | ✔ | | | | |



4

[stamp: Al Rajhi Banking
& Investment Corporation
Internal Audit Department
English: Al-Rajhi Banking
& Investment Corp.]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014304



## Declaration

I, *Fahim Hoosen,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37419.

File names:

    ARB-00014300 Excerpted pages: ARB-00014300-ARB-00014304

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: *[signature]*

Signature: *[signature]*
Email: fahim.hoosen@gmail.com
Title: Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926