# Al Rajhi Bank
# Ex. 64



Saudi Stock Co. Paid up Capital : S.R. 1500 Million

| To | : | Mr. Saud Al Saleh | (SAIB # 478 1557) |
|---|---|---|---|
|  | : | Mr. Henk Mulder | (SHB # 401 0968) |
|  | : | Mr. Mike de Graffenried | (SAMBA # 478 0823) |
|  | : | Mr. David Hodgkinson | (SABB # 405 0069) |
|  | : | Mr. Bertrand Viriot | (SFB # 404 2155) |
|  | : | Mr. Abdulhadi A Shayif | (NCB # 02-6449360) |
|  | : | Mr. Alan R Thompson | (Riyad Bank # 4030010) |
|  | : | Mr. Mishari E. Al-Mishari | (Jazira Bank # 02-6530923) |
|  | : | Mr. Abdullah Suleiman Al Rajhi | (Al Rajhi # 460 2040) |

From : Nemeh Sabbagh
Managing Director
Arab National Bank

CC : Mr. Ali Al Ghaith
Director, Banking Inspection, Financial Leasing and Insurance
Saudi Arabian Monetary Agency

Date : 26 September 2001

Subject : **EXECUTIVE ORDER OF THE OFFICE OF FOREIGN ASSETS CONTROL OF THE US TREASURY**

We refer to the Executive Order of the Office of Foreign Assets Control of the US Treasury concerning the blocking of accounts and assets relating to the names/parties listed in the Order. SAMA, of course, expects Saudi banks to fully cooperate in this matter. We visited SAMA today to get guidance on what initiatives banks should take. Based on our discussions, please note the following:

1. Each bank is required to submit directly to SAMA on or before 3 October 2001 a confirmation whether it has accounts involving the list of 27 names mentioned in the Executive Order. (copy attached herewith). Attached you will also find a second list of 13 additional names provided by SAMA which should also be investigated together with the first list.

2. All inquiries which may be received by Saudi banks directly from foreign government agencies must be communicated to and responses routed through SAMA.

3. Foreign branches/ subsidiaries of Saudi banks need to comply with the regulations of the concerned country concerning these matters. All related inquiries received by such overseas offices from their respective government authorities will be dealt with as per regulations in those countries and they must also be reported to the bank's Head Office for onward transmission to SAMA.

General Management · P.O.Box 56921 , Riyadh 11564 , Saudi Arabia - Tel : 402 9000 · Fax: 402 7747 - Tlx.: 402660 ARNA SJ - Cable: ARASI WATANI

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039373

4. Each bank must submit to SAMA the name of a coordinator for this task on or before 3 October 2001. Each bank will need to create a team or task force responsible for facilitating the fulfillment of this task. Due to the discrete nature of this task, the information provided to units or individuals within each bank should be on a "need" basis.

5. The focal contact point within SAMA is Mr. Ali AlGaith, Director of Banking Inspection, and Mr. Khalid Alluhaidan, Banking Inspection.

6. All previous transactions and closed accounts going back to the beginning of 1996 involving the listed names must be reported to SAMA. These transactions may include but are not limited to the following:

    -all transfers, bank drafts, or cheques that may have been made by or in favor of anyone on the said lists

    -previous accounts and balances of any type

    -local or international share trading transactions

    -investment accounts i.e., mutual funds

    -bank's donations to anyone on the list

    While information relating to account balances needs to be reported to SAMA by 3rd October, other information will require additional time and will need to be submitted to SAMA within a deadline to be agreed with SAMA.

7. All possible future transactions involving the listed names should not be rejected. Rather they should be accepted and blocked, and immediately reported to SAMA.

8. In general, banks need to review their money laundering procedures as per SAMA guidelines.

9. It was agreed with SAMA that the banks form a self-supervisory committee which will be responsible for overseeing the implementation of this task and other issues relating to this subject. This committee will consist of eight senior level officers from Operations, Legal, Risk Control/Audit and Business. SAMA will attend the meetings.

|  | Representatives |
|---|---|
| SAMA | Mr. Khalid Alluhaidan |
|  | Mr. Abdullah Al-Eisa |
| Operations |  |
| Riyad Bank | to be advised |
| Saudi French Bank | to be advised |
| Legal |  |
| SAMBA | to be advised |
| Al Rajhi Bank | to be advised |
| Audit/Risk/Internal Control |  |
| ANB | Mr. Fawzi Hobayb |
| Hollandi Bank | to be advised |
| Business Area |  |
| NCB | to be advised |
| SABB | to be advised |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039374

Mr. Fawzi Hobayb, Head of Internal Audit of Arab National Bank will head this committee. Please send the name of your representative to Mr. Hobayb, tel. no. 4029000 ext. 3400, fax ext. 3401, email: falhobayb@anb.com.sa. The first meeting of the committee will be held on 7 October 2001 at 10:00 am at Arab National Bank, Head Office 7th Floor.

Thank you

Nemeh Sabbagh

Attachments :  - list of 27 names in English
               - list of 13 names in Arabic
               - Executive Order (to be hand delivered)

Total Number of Pages Transmitted: 5

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039375



Saudi Stock Co. Paid up Capital S.R. 150 (illegible) million

| | | |
|---|---|---|
| To | Mr. Saud Al Saleh | SAIB # 4781557 |
| | Mr. Henk Mulder | SHB # 401 0968 |
| | Mr. Mike de Graffenried | SAMBA # 478 0823 |
| | Mr. David Hodgkinson | SABB # 405 0069 |
| | Mr. Bertrand Viriot | SFB # 404 2155 |
| | Mr. Abdulhadi A Shayif | NCB # 02 6649360 |
| | Mr. Alan R Thompson | Riyad Bank # 4030010 |
| | Mr. Mishari E. Al-Mashari | Jazira Bank # 02-6530923 |
| | Mr. Abdullah Suleiman Al Rajhi | Al Rajhi # 460 2040 |

[Handwritten Text: Mr. Ali [illegible], to do what is required. Urgent and Important 28/9]

From: Nemeh Sabbagh
Managing Director
Arab National Bank

[Handwritten Text]: To: Mr. Saleh Al-Jarbou [Illegible]

[Handwritten Text: Return with greetings. It was [illegible] with H.E. the General Manager to nominate [illegible] Handwritten signature 30/9]

CC: Mr. Ali Al Ghaith
Director, Banking Inspection, Financial Leasing and Insurance
Saudi Arabian Monetary Agency

Date: 26 September 2001
Subject: EXECUTIVE ORDER OF THE OFFICE OF FOREIGN ASSETS CONTROL OF THE US TREASURY

We refer to the Executive Order of the Office of Foreign Assets Control of US Treasury concerning the blocking of accounts and assets relating to the names/ parties listed in the Order SAMA, of course, expects Saudi banks to fully cooperate in this matter. We visited SAMA today to get guidance on what initiatives banks should take. Based on our discussions, please not the following:

1. Each bank is required to submit directly to SAMA on or before 3 October 2001 a confirmation whether it has accounts involving the list of 27 names mentioned in the Executive Order (copy attached herewith). Attached you will find a second list of 13 additional names provided by SAMA which should also be investigated together with the first list.

2. All inquiries which may be received by Saudi banks directly from foreign government agencies must be communicated to and responses routed through SAMA.

3. Foreign branches/ subsidiaries of Saudi banks need to comply with the regulations of the concerned country concerning these matters. All related inquiries received by such overseas offices from their respective government authorities will be dealt a per regulations in those countries and they must also be reported to the bank's Head Office for onward transmission to SAMA.

Head Office P.O. Box 40 Riyadh 11311 Kingdom of Saudi Arabia Tel 402 9000 Fax 460 1154 Tx 402660 ARNA SJ Cable ARABI WATANI

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039373

4. Each bank must submit to SAMA the name of a coordinator for this task on or before 3 October 2001. Each bank will need to create a team or task force responsible for facilitating the fulfillment of this task. Due to the discrete nature of this task, the information provided to units or individuals within each bank should be on "need" basis.

5. The focal contact point within SAMA is Mr. Ali AlGaith, Director of Banking Inspection and Mr. Khalid Alluhaidan, Banking Inspection.

6. All previous transactions and closed accounts going back to the beginning of 1996 involving the listed names must be reported to SAMA. These transactions may include bur are not limited to the following:
   - All transfers, bank drafts, or cheques that may have been made by or in favor of anyone on the said lists.
   - Previous accounts and balances of any type.
   - Local or international share trading transactions
   - Investment accounts, i.e. mutual funds.
   - Bank's donations to anyone on the list.

   While information relating to account balances need to be reported to SMA by 3rd October, other information will require additional time and will need to be submitted to SAMA within a deadline agreed with SAMA.

7. All possible future transactions involving the listed names should not be rejected. Rather they should be accepted and blocked, and immediately reported to SAMA.

8. In general, banks need to review their money laundering procedures as per SAMA guidelines.

9. It was agreed with SAMA that the banks from a self-supervisory committee which will be responsible for overseeing the implementation of this task and other issues relating to this subject. This committee will consist of eight senior level officers for Operations, Legal, Risk Control/ Audit and Business. SAMA will attend the meetings.

|  | Representatives |
|---|---|
| SAMA | Mr. Khalid Alluhaidan |
|  | Mr. Abdullah Al-Eisa |
| Operations | |
| Riyad Bank | To be advised |
| Saudi French Bank | To be advised |
| Legal | |
| SAMBA | To be advised |
| Al Rajhi Bank | To be advised |
| Audit/ Risk/ Internal Control | |
| ANB | Mr. Fawzi Hobayb |
| Hollandi Bank | To be advised |
| Business Area | |
| NCB | To be advised |
| SABB | To be advised |

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00039374

Mr. Fawzi Hobayb, Head of Internal Audit of Arab National Bank will head this committee. Please send the name of your representative to Mr. Hobayb, tel. no. 4029000 ext. 3400, fax ext. 3401, email: falhobayb@anb.com.sa. The first meeting of the committee will be held on 7 October 2001, at 10.00 am at Arab National Bank Head Office 7th floor.

Thank you,

[Handwritten Signature]

<u>Nameh Sabbagh</u>

Attachments: - List of 27 names in English
              - List of 13 names in Arabic
              - Executive Order (to be hand delivered)

Total number of pages transmitted 5

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00039375



**Declaration**

I, *Halah Al-janabi*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have proofread this document from *Arabic* into *English* for PO*37434*.

File names:

ARB-00039373

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: *Halah Aljanabi*
Halah Aljanabi (Apr 26, 2024 20:59 GMT+1)

aljanabihalah@gmail.com
Proofreader

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926