# Al Rajhi Bank
# Ex. 66

مؤسسة النقد العربي السعودي

المركز الرئيسي - الرياض

إدارة التفتيش البنكي

التاريخ : ١٢ رجب ١٤٢٢
الموافق : ..........
المرفقات : ..........

المشفر : ١٢٨٧٢/م أ ش ت/١٢٠

## تعميم لجميع البنوك العاملة بالمملكة

سري وهام

سعادة /          المحترم

بالإشارة إلى قرارات مجلس الأمن التابع للأمم المتحدة التالية : رقم ١٢١٤ وتاريخ ٨/١٢/١٩٩٨م ورقم ١٢٦٧ وتاريخ ١٥/١٠/١٩٩٩م ، ورقم ١٣٣٣ وتاريخ ١٩/١٢/٢٠٠٠م ، ورقم ١٣٦٣ وتاريخ ٣٠/٧/٢٠٠١م المتعلقة بمكافحة الإرهاب .

وحرصاً من المؤسسة في إلتزام القطاع المالي العامل في المملكة بما يخصه من هذه القرارات ، ومساهمة في الجهود الدولية المبذولة لمكافحة الإرهاب ، وإلحاقاً لتعليمات المؤسسة السابقة المتعلقة بهذا الموضوع .

لذا فقد تقرر أن يتم الكشف والحجز على كافة حسابات وأرصدة الشركات والمؤسسات والأفراد المبينة أسماؤهم ادناه ، إن وجدت ، وإشعارنا بذلك ، ومنع التعامل معهم من قبل جميع البنوك العاملة بالمملكة مستقبلاً ، وإبلاغنا بأي محاولة للتعامل المالي والمصرفي مع تلك الجهات ، وهذه الجهات هي :

1- AlQaida / Islamic Army
2- Abu Sayyaf Group
3- Armed Islamic Group (GIA)
4- Harakat ul-Mujahidin (HUM)
5- Al-Jihad (Egyptian Islamic Jihad)
6- Islamic Movement of Uzbekistan (IMU)
7- Asbat al-Ansar
8- Salafist Group for Call and Combat (GSPC)
9- Libyan Islamic Fighting Group
10- Al-Itihaad al-Islamiya (AIAI)
11- Islamic Army of Aden



العنوان البريدي : الرياض ١١١٦٩ المملكة العربية السعودية ، فاكس ٤٦٦٢٨٦٥ - تلفون ٤٦٦٢٤٤٠

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014391

إدارة التفتيش البنكي

للمركز الرئيسي : الرياض

الــرقــم : ....................                          التاريخ : ....................
                                                         الموافـق : ....................
                                                         المرفقات : ....................

12- Usama bin Laden
13- Muhammad Atif ( aka, Subhi Abu Sitta , Abu Hafs Al Masri )
14- Sayf al-Adl
15- Shaykh Sai'id (aka, Mustafa Muhammad Ahmad )
16- Abu Hafs the Mauritanian ( aka, Mahfouz Ould al- Walib, Khalid Al-Shanqiti )
17- Ibn Al- Shaaykh al- Libi
18- Abu Zubaydah ( aka, Zayn Al-Abidin Muhammad Husayn, Tariq )
19- Abd Al- Hadi Al- Iraqi ( aka, Abu Abdallah )
20- Ayman al-Zawahiri
21- Thirwat Salah Shihata
22- Tsriq Anwar al- Sayyid Ahmad ( Aka, Fathi, Amr al- Fatih )
23- Muhammad Salah ( aka, Nasr Fahmi Nasr Hasanayn
24- Makhtab Al-Khidamat / Al Kifah
25- Wafa Humanitarian Organization
26- Al Rashid Trust
27- Mamoun Darkazanli Import- Export Company

نأمل إعتماد ذلك والعمل بموجبه ، وتكليف أحد الموظفين المختصين للتنسيق مع المؤسسة بهذا الشأن وتزويدنا باسمه على الفاكس رقم 4662865 ، كما نأمل إفادتنا بالإستلام عاجلاً .

وتقبلوا تحياتي ، ، ،

المـحـافـظ

حمد بن سعود السياري

خالد/تعاميم 53/54

العنوان البريدي : الرياض 11169 المملكة العربية السعودية ، فاكس 4662865 - تلفون 4662440

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014392

# Saudi Arabian Monetary Authority

## Head Office: Riyadh

**Banking Inspection Department**

Date: 12 Rajab 1422 [Corresponding to Sep 29, 2001]

Corresponding to:………………

No.: 12872/M.A.T./120

Attachments:.._____………

## Circular to All Banks Operating in the Kingdom

Confidential and Important

**Excellency/**

With reference to the United Nations Security Council Resolutions No. 1214 of 8/12/1998 AD, No. 1267 of 15/10/1999 AD, No. 1333 of 19/12/2000 AD, and No. 1363 of 30/7/2001 AD on anti-terrorism.

Given the Authority's determination to ensure that the financial sector operating in the Kingdom adheres to these resolutions, and to contribute to international efforts to combat terrorism, and in compliance with the Authority's prior instructions related to this subject.

A decision has been made to disclose and seize all accounts and balances of the companies, establishments, and individuals named below, if any, and notify us thereof, while prohibiting all banks operating in the Kingdom from doing business with them in the future and to report to us any attempt to make financial and banking transactions with the following entities:

1. AlQaida /Islamic Army
2. Abu Sayyaf Group
3. Armed Islamic Group (GIA)
4. Harakat ul-Mujahidin (HUM)
5. Al-Jihad. (Egyptian Islamic Jihad)
6. Islamic Movement of Uzbekistan (IMU )
7. Asbat al-Ansar
8. Salafist Group for Call and Combat (GSPC)
9. Libyan Islamic Fighting Group
10. Al-Itihaad al-Islamiya (AIAI)
11. Islamic Army of Aden

[illegible stamp]

Address: Riyadh 11169, Kingdom of Saudi Arabia, Fax 4662865 — Tel.: 4663440

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014391

# Saudi Arabian Monetary Authority

## Head Office: Riyadh

**Banking Inspection Department**

No.:

Date:
Corresponding to:
Attachments:

12. Usama bin Laden
13. Muhammad Atif (aka Subhi Abu Sitta, Abu Hafs Al Masri)
14. Sayf al-Adl
15. Shaykh Sai'id (aka, Mustafa. Muhammad Ahmad)
16. Abu Hafs the Mauritanian ( aka, Mahfouz Ould al- Walib, Khalid Al- Shanqiti )
17. Ibn Al-Shahykh al-Libi
18. Abu Zubaydah ( aka, Zayn Al-Abidin Muhammad Husayn, Tariq )
19. Abd Al- Hadi Al- Iraqi ( aka, Abu Abdallah )
20. Ayman al-Zawahiri
21. Thirwat Salah Shihata
22. Tsriq Anwar al- Sayyid Ahmad (Aka, Fathi, Amr al- Fatih)
23. Muhammad Salah (aka, Nasr Fahmi Nasr Hasanayn
24. Makhtab Al-Khidamat / Al kafah
25. Wafa Humanitarian Organization
26. Al Rashid Trust
27. Mamoun Darkazanli Import- Export Company

We hope for its adoption and implementation accordingly, together with the appointment of a competent staff member to coordinate with the Authority regarding this matter and to provide us with their name at Fax No.: 4662865.
Please promptly confirm receipt.

Regards,

The Governor
[Signature]
Hamad bin Saud Al-Siyari

[Signature] Khaled/Circulars 54/53

Address: Riyadh 11169, Kingdom of Saudi Arabia, Fax: 4662865 — Tel.: 4663440

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014392



**Declaration**

I, *Maha Husaini,* hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO37481.

Document name:  ARB-00014391

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

*[signature: Maha]*

Date: May 07, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926