# Al Rajhi Bank Ex. 74

1

٤٣

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
وائل حمزه عبدالفتاح جليدان

جده
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

SA ٦٢٩٤

حي السلامه

٢١٤٠٠-

| | MasterCard deduction for ٠٢/٠٤ | |
|---|---|---|
| ٥٣٣.٣٨ | ١٥٠.٠٠  ١٤٢٢٠٤١٨  ٢٠٠٢٠٦٢٩  مدفوعات نقاط البيع DR.SOLIMAN FAKEH HOS | |
| ١٣٣.٣٨ | ٤٠٠.٠٠  ١٤٢٢٠٦٠٦  ٢٠٠٢٠٨١٥  خصم مستحقات البطاقات الائتمانية VISA / MasterCard deduction for ٠٢/٠٧ | |

| العملة | الإجمالي الكلي | | | |
|---|---|---|---|---|
| ر.س | | ٢,١٣٤,٢٥٠.٥٥ | ٢,٠٤٠,٢٨٢.٧٩ | ١٣٣.٣٨ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001016

1

٤٤

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
وائل حمزه عبدالفتاح جليدان

جده
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

حي السلامه                SA█████████ ٦٢٩٤

-٣١٤٠٠

| الحركات | ملخص الحساب | المبالغ |
|---|---|---|
| | الرصيد الافتتاحي | ٩٤,١٠١.١٤ |
| ١ | الحوالات الواردة | ٩٠,٠٩٦.٧٩ |
| ٢٠ | الايداعات النقدية | ١,١١٢,٠٠٠.٠٠ |
| ١ | الايداعات بشيكات | ١٢٨,٠٠٠.٠٠ |
| ١٦ | الايداعات الاخرى | ٧١٠,١٨٦.٠٠ |
| ٣٨ | اجمالي الايداعات | ٢,٠٤٠,٢٨٢.٧٩ |
| ٢٤٤ | السحوبات النقدية | ١,٥٨٨,٣٩٤.٧٩ |
| ١٨ | عمليات نقاط البيع | ٢١,٤٥٨.٧٢ |
| ٢٠٣ | السحوبات الاخرى | ٥٢٤,٣٩٧.٠٤ |
| ٤٦٥ | اجمالي السحوبات | ٢,١٣٤,٢٥٠.٥٥ |
| | رصيد الاقفال | ١٣٣.٣٨ |

| | | |
|---|---|---|
| | الرصيد المتاح اليوم | ١٣٣.٣٨ |
| | اجمالي قيود محجوزة دائنة | ٠.٠٠ |
| | اجمالي قيود محجوزة مدينة | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001017

1

01/01/1998 - 31/12/2002                                                                                                              43

Mr.  
Wa'el Hamza Abdul Fattah Juleidan

Jeddah  
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect,  
please contact one of the auditors directly.  
Ernst & Young: PO Box 2732 Riyadh 1146 or  
PricewaterhouseCoopers: PO Box 8282 Riyadh 11482

| | | 6294SA | Al-Salama District | | 31400- |
|---|---|---|---|---|---|
| | | MasterCard deduction for 02/04 | | | |
| 14230418 | 20020629 | Points of Sale Payment | 150.00 | | 533.38 |
| | | DR. SOLIMAN FAKEH HOS | | | |
| 14230606 | 20020815 | Credit Card Debit | 400.00 | | 133.38 |
| | | VISA/ | | | |
| | | MasterCard deduction for 02/07 | | | |
| Currency SAR | | Grand Total | 2,134 250.55 | 2,040 282.79 | 133.38 |

**CONFIDENTIAL:** This document is subject to a Protective Order  
regarding confidential information in 03 MDL 1570 (GBD) (SN),  
United States District Court for the Southern District of New York                    ARB-00001016

1

01/01/1998 - 31/12/2002                                                                                              44

Mr.  
Wa'el Hamza Abdul Fattah Juleidan

Jeddah  
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect,  
please contact one of the auditors directly.  
Ernst & Young: PO Box 2732 Riyadh 1146 or  
PricewaterhouseCoopers: PO Box 8282 Riyadh 11482

6294SA                                         Al-Salama District                          31400-

| Movements | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening Balance | | | 94,101.14 |
| 1 | Incoming Transfers | | 90,096.79 | |
| 20 | Cash Deposits | | 1,112 000.00 | |
| 1 | Cheque Deposits | | 128,000.00 | |
| 16 | Other Deposits | | 710,186.00 | |
| 38 | Total Deposits | | 2,040,282.79 | |
| 244 | Cash Withdrawals | 1,588 394.79 | | |
| 18 | Points of Sale Operations | 21,458.72 | | |
| 203 | Other Withdrawals | 524,397.04 | | |
| 465 | Total Withdrawals | 2,134,250.55 | | |
| | Closing Balance | | | 133.38 |
| | Balance available today | | | 133.38 |
| | Total retained credit notes | | | 0.00 |
| | Total retained debit notes | | | 0.00 |

**CONFIDENTIAL:** This document is subject to a Protective Order  
regarding confidential information in 03 MDL 1570 (GBD) (SN),  
United States District Court for the Southern District of New York                     ARB-00001017



## Declaration

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37419.

File names:

    ARB-00000974.  Excerpted pages ARB-00001016-ARB-00001017

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Maha Husaini (Apr 24, 2024 17:47 GMT+3)

Signature: *Maha Husaini*
Maha Husaini (Apr 24, 2024 17:47 GMT+3)

Email: hussema2014@gmail.com
Title: Translator

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926