# Al Rajhi Bank
# Ex. 75



٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

وائل حمزة عبد الفتاح جليدان

الرياض

١٥٠٤   SA

الرصيد الافتتاحي

١

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢  الرياض ١١٤٦  أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢  الرياض ١١٤٨٢

المنزل         ١٢٦٠٠-

٥٤٥.١٠

٥٤٥.١٠                 ٠.٠٠            ٠.٠٠         الأجمالي الكلي         العملة
                                                                          ر. س

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001018

1

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

وائل حمزة عبدالفتاح جليدان

الرياض

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص. ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس ولترهاوس كوبرز ص. ب ٨٢٨٢ الرياض ١١٤٨٢

SA‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎ ١٠٠٤

السلز ١٤٦٠٠-
٠٠٦٢٤

| المبلغ | ملخص الحساب | الحركات |
|---|---|---|
| ٥٤٥.١٠ | الرصيد الافتتاحي | |
| ٠.٠٠ | الإيداعات الأخرى | ٠ |
| ٠.٠٠ | اجمالي الإيداعات | ٠ |
| ٠.٠٠ | السحوبات الأخرى | ٠ |
| ٠.٠٠ | اجمالي السحوبات | ٠ |
| ٥٤٥.١٠ | رصيد الاقفال | |

| | | |
|---|---|---|
| ٥٤٥.١٠ | الرصيد المتاح اليوم | |
| ٠.٠٠ | اجمالي قيود محجوزة دائنة | |
| ٠.٠٠ | اجمالي قيود محجوزة مدينة | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001019

1

01/01/1998 – 31/12/2002

Wael Hamza Abdul Fattah Jelaidan



Riyadh

Dear Customer: In the event that the balance is incorrect, please contact one of our auditors directly:
Ernst & Young P. O. Box 2732 Riyadh 1146 or
PricewaterhouseCoopers P. O. Box 8282 Riyadh 11482

1504　　　　　　　　　　　Al Malaz　　　　　　　　　　12600-

Opening Balance　　　　　　　　　　　　　　　　　　　545.10

Currency　　Grand Total　　　　　　　　0.00　　　0.00　　　545.10
SAR

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001018

1

01/01/1998 – 31/12/2002                                                                          2

Wael Hamza Abdul Fattah Jelaidan

Dear Customer: In the event that the balance is incorrect, please contact one of our auditors directly:
Ernst & Young P. O. Box 2732 Riyadh 1146 or
PricewaterhouseCoopers P. O. Box 8282 Riyadh 11482

Riyadh

1504                    Al Malaz                                                12600-

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening Balance | | 545.10 |
| 0 | Other Deposits | 0.00 | |
| 0 | Total Deposits | 0.00 | |
| 0 | Other Withdrawals | 0.00 | |
| 0 | Total Withdrawals | 0.00 | |
| | Closing Balance | | 545.10 |
| | Balance Available Today | | 545.10 |
| | Total Credits Reserved | | 0.00 |
| | Total Debits Reserved | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001019

# RWS

**Declaration**

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated this document from *Arabic* into *English* for *PO37434*.

File names:

*ARB-00001018*

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: 

fahim.hoosen@gmail.com
Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926