# Al Rajhi Bank Ex. 76

966-1-4031589   SABB NSC-SCO                                234 P03   OCT 19 '02 16:25

إدارة التثبت الكتبي

للمركز الرئيسي : الرياض

التاريخ : .................
الموافق : .................
المرفقات : .................

الـرقم : .................

المهمة السابعة والعشرون المطلوب تنفيذها من قبل المؤسسة

| م | الاسم (رقم بطاقة الأحوال) | الجنسية | الإجراء المطلوب اتخاذه | حجب الحساب نعم / لا | نوع الحساب | الرصيد الحالي للحساب |
|---|---|---|---|---|---|---|
| ٢٦ | وائل حمزة عبدالفتاح جليدان ▇▇▇ | سعودي | الكشف والحجز | ✓ | ▇ ١٠-٤ ▇ ٢/٩/١٥ | ١٠,٥٤٥ ١٢٢×٦ |
| ٢٧ | الحركة الإسلامية لشرق تركستان The Eastern Turkistan Islamic Movement | | الكشف والحجز | ✓ | | |

العنوان البريدي : الرياض ١١١٦٩ المملكة العربية السعودية ، فاكس ٤٦٩٢٨٦٥ - تلفون ٤٦٦٢٤٤٠

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014524

966-1-4031509            SABB NSC-SCO              234  OCT 19 '02 16:25

# Saudi Arabian Monetary Agency
## Head Office - Riyadh

**Banking Inspection Department**                    **Date:**
**Ref.:**                                            **Corresponding to:**
                                                     **Annexes:**

Action  *27*   to be carried out by the Institution

| No. | Name (Identity Card No.'s) | Nationality | Action to be Taken | Has an Account | | Account Type | Account's Current Balance |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | |
| 1. | Wael Hamza Abdel Fattah Jelaidan ▇▇▇▇▇ | Saudi | Disclosure and Seizure | ✓ | | ▇*150/4* ▇*626/4* | *545.10* *133.38* |
| 2. | The Eastern Turkistan Islamic Movement | | Disclosure and Seizure | | ✓ | | |

*Has previously sent*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014524

Postal Address: Riyadh 11169 Kingdom of Saudi Arabia, Fax 4662865 – Telephone 4662440



**Declaration**

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated this document from *Arabic* into *English* for *PO37434*.

File names:

*ARB-00014524*

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: Fahim Hoosen (Apr 26, 2024 19:34 GMT+2)

fahim.hoosen@gmail.com
Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926