# Al Rajhi Bank
# Ex. 78

966-1-4031509  SABB NSC-SCO                           685 P02    JAN 25 '03 15:51

إدارة التفتيش البنكي

الرقم: /رم/ت/١٠٦٢٩
التاريخ: ٢٢ شوال ١٤٢٢
الموافق:
المرفقات: ١

سري/عاجل

سعادة العضو المنتدب
البنك السعودي البريطاني
الإدارة العامة - الرياض                   المحترم
عناية الأستاذ: نبيل شعيب

بعد التحية:

مرفق لكم القائمة رقم (٣٧) من المهام المنفذة من قبل مؤسسة النقد على أن يتم الكشف دون إيقاع الحجز على الحسابات العائدة للأسماء الموضحة في البيان المرفق.

نأمل توزيعها على البنوك وتعبئتها من قبلهم وإفادتنا بالنتائج من خلال اللجنة المشكلة لهذا الخصوص.

للإعتماد وتقديم كشوف الحسابات وصور مستندات فتحها وكافة البيانات الأخرى المتوفرة عن المذكورين لإدارة التفتيش البنكي في المؤسسة عناية المفتش/ خالد بن صالح الدبيل.

وتقبلوا تحياتي،،،

مدير إدارة التفتيش البنكي
علي بن محمد الغيث

**PRIVILEGED**
**PRIVILEGED**
**PRIVILEGED**
**PRIVILEGED**
**PRIVILEGED**

والله يحفظكم ويرعاكم

العنوان البريدي: الرياض ١١١٦٩ المملكة العربية السعودية، فاكس ٤٦٦٢٨٦٥ - تلفون ٤٦٦٢٤٤٠

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039724

**The Saudi British Bank**

Our Ref. BSD OPS 030038
Date : 25/01/2003
: 22/11/1423H

| Attn: | Saad Al Hader | SHB | 406 7888 | Ext. 168 |
| --- | --- | --- | --- | --- |
| | Saleh M. Al Jarbou | RAJ | 460 1646 | |
| | Saad Albalood | Riyad Bank | 401 3030 | Ext. 2738 |
| | Farraj Al Shammari | ANB | 402 9000 | Ext. 3401 |
| | Yahya I. Al Sulaiman | SAIB | 478 1557 | |
| | Saleh Baazeem | NCB | 473 0356 | |
| | Fahad M. Abulhashem | BSF | 404 1465 | |
| | Salman Haider | SAMBA | 211 7246 | |
| | Ziad Abal Khail | BAJ | 651 8986 | |

Dear Sirs,

Subject: **Bank's Self Supervisory Committee**

Please find attached herewith the Circular Ref. No. /MAT/10629 (action # 37) dated 22/11/1423H, received from SAMA, which is self-explanatory.

Please send your response to the Attention of **Mr. Khalid Saleh Al Subail**, SAMA Inspection Department.

Regards,

Nabeel A. Shoaib
Chairman Bank's Self-Supervisory Committee

| CC: | Peter Baltussen | SHB | 401 0968 |
| --- | --- | --- | --- |
| | Abdullah Suleiman Al Rajhi | RAJ | 460 2040 |
| | Talal Al Qudaibi | Riyad Bank | 403 0010 |
| | Nemeh Sabbagh | ANB | 403 0052 |
| | Saud Al Saleh | SAIB | 478 1557 |
| | Abdulhadi A Shayif | NCB | 644 9360 |
| | Bertrand Viriot | BSF | 404 2155 |
| | Mike de Graffenried | SAMBA | 478 0823 |
| | Mishari Al Mishari | BAJ | 653 0923 |
| | David Hodgkinson | SABB | 405 0069 |
| | Ali Al Ghaith | SAMA | 466 2865 |

Head Office: P.O. Box 9084, Riyadh 11413, Saudi Arabia. www.sabb.com الإدارة العــامـة: ص. ب ٩٠٨٤، الرياض ١١٤١٣، المملكة العربيـة الســعـودية.
A Saudi Joint Stock Company, Tel. 405 0677. Telex 402349 SABB SJ. Fax 405 0660. C.R. 1010025779. Capital SR2,000 Million (Fully Paid) شركة مساهمة سعودية، هاتف ٠٦٧٧ ٤٠٥، تلكس ٤٠٢٣٤٩ ساب إس جي، فاكس ٠٦٦٠ ٤٠٥، س.ت ١٠١٠٠٢٥٧٧٩، رأس المال ٢،٠٠٠ مليون ريال سعودي (مدفوع بالكامل)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039725

IBACRI ٢٠٢١/١٤٢٢-١١-٢٤ ٢٠٠٣/٠١/٢٦ SCC

ملف العملاء المركزي - استعلام عن عميل

| | |
|---|---|
| عميل | . |
| تاريخ السجل | ت. تعديل |
| الأسم | سليمان *ناصر *عبد الله |
| اسم العائلة | العلوان |
| مكان الميلاد | |
| تاريخ الميلاد | ١٣٨٩   نوع ١ ر. الهوية |
| الجنسية | ٦٠٨ السعودية |
| شارع | |
| ص. بريد | |
| مدينة | الدولة |
| مقيم (١/٠) ٠ قطاع | اختصاص   رمز فرعي |
| قاطعة | |
| حالة مدنية | اللقب   مؤهل علمي |
| نوع الهوية ١ طاقة احوال شخصي / آخر ١ | رقم الهوية |
| مصدر بواسطة | ت. أصدار ١٣٨٩ |
| مكان الأصدار | الدولة |
| فرع رئيسي ١٩٢٠٠ | رقابة |
| رمز المخاطرة | آ.ت.ط.   ضمان   غ.مسدد |
| مهنة | |
| حدود الراتب | |
| وظف مختص | |

بيانات غير كاملة
تحذير : عميل له أدلة - ٦٢٠
استعلام عن روابط=PF10 استعلام عن علاقات=PF9 بيانات اخرى=PF5 البريد P

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039726



**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039727

[Handwritten text is indicated in italics]

966-1-4031509 SABB NSC-SCO                    685 PO2              JAN 25 '03 15:51

## Saudi Arabian Monetary Agency
Head Office: Riyadh

Banking Inspection Department
No.: **10629/T.** A. M.

Date: 22 [illegible] 1432......

Corresponding to: ........................

Attachments: ............................

## Confidential/Urgent

The Honorable Managing Director
The Saudi British Bank
Head Office - Riyadh
ATTN: Nabeel Shoaib

Greetings:

Attached please find List No. 37 of the missions carried out by the Monetary Agency in order to disclose without seizure the accounts belonging to the listed names in the annexed notice.
Please distribute it to the banks to be filled out by them and advise us of the results through the committee established for this purpose.
For approval and submission the account statements, photocopies of the documents used to open them, and all other available information about the aforementioned individuals, kindly forward to the Banking Inspection Department in the corporation, to the attention of the Inspector Khaled Bin Saleh Al Subail.

| | | |
|---|---|---|
| PRIVILEGED<br>PRIVILEGED<br>*198783* | Best regards,<br>*The Honorable Manager of the*<br>*Internal Review Department*<br>*May God Protect Him* | **Manager, Banking Inspection Department**<br>[signature]<br>**Ali Bin Muhammad Al Gheith** |
| | PRIVILEGED<br>**PRIVILEGED** | |
| PRIVILEGED<br>PRIVILEGED | *May God protect and take care of you* | *Manager, Legal Affairs Department*<br>[signature]<br>*Saleh Bin Mansoor Al Jarboo'*<br>*1/25/2003 AD* |

---

Postal address: Riyadh 11169, Kingdom of Saudi Arabia, Fax 4662865 - Telephone 4662440

*1/25/2003*
*4.30 p.m.*

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039724

966-1-4031509  SABB NSC-SCO                                685 P01    JAN 25 '03 15:51

## The Saudi British Bank [seal: The Saudi British Bank]

Our Ref. BSD OPS 030038  
Date: 25/01/2003  
   : 22/11/1423H

| Attn: | Saad Al Hader | SHB | 406 7888 | Ext. 168 |
|---|---|---|---|---|
| | Saleh M. Al Jarbou | RAJ | 4601646 | |
| | Saad Albalood | Riyad Bank | 4013030 | Ext. 2738 |
| | Farraj Al Shammari | ANB | 402 9000 | Ext. 3401 |
| | Yahya I. Al Sulaiman | SAIB | 4781557 | |
| | Saleh Baazeem | NCB | 473 0356 | |
| | Fahad M. Abulhashem | BSF | 4041465 | |
| | Salman Haider | SAMBA | 211 7246 | |
| | Ziad Abal Khail | BAJ | 6518986 | |

Dear Sirs,

Subject: **Bank's Self Supervisory Committee**

Please find attached herewith the Circular Ref. No. /MAT/10629 (action# 37) dated 22/11/1423H, received from SAMA, which is self-explanatory.

Please send your response to the Attention of **Mr. Khalid Saleh Al Subail,** SAMA Inspection Department.

Regards,  
[signature]  
**Nabeel A. Shoaib**  
**Chairman Bank's Self-Supervisory Committee**

| CC: | Peter Baltussen | SHB | 401 0968 |
|---|---|---|---|
| | Abdullah Suleiman Al Rajhi | RAJ | 460 2040 |
| | Talal Al Qudaibi | Riyad Bank | 403 0010 |
| | Nemeh Sabbagh | ANB | 403 0052 |
| | Saud Al Saleh | SAIB | 478 1557 |
| | Abdulhadi A Shayif | NCB | 644 9360 |
| | Bertrand Viriot | BSF | 404 2155 |
| | Mike de Graffenried | SAMBA | 478 0823 |
| | Mishari Al Mishari | BAJ | 653 0923 |
| | David Hodgkinson | SABB | 405 0069 |
| | Ali Al Ghaith | SAMA | 466 2865 |

Head Office: P.O. Box 9084, Riyadh 11413, Kingdom of Saudi Arabia. www.sabb.com,  
A Saudi Joint Stock Company, Tel. 405 0677, Telex 402349 SABB SJ, Fax 405 0660, Commercial Registry 1010025779, Capital SR 2,000 million (Fully Paid).

[Illegible]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039725

SCC  Al Rajhi Bank       04033        01/26/2003 07021 1423 – 11 -23   2003/01/26      IPACRI

Central Clients' File  -  Inquiry about a client
Client: ▮
Date of Registration:    10/08/2000  Modification Date
Name:       Suleiman *Nasser *Abdullah
Family name:   Al Alawan
Place of birth:                                       Nationality 608 Saudi Arabian
Date of birth: ▮1389 [Corresponding to ▮ 1969]   ID type ▮
                                                      Street No.
City: ▮          Country: ▮
Residing (0/1).   Precinct:     Specialty:      Branch Symbol:
Province:
Civil status:        Nickname:           Educational certification
Type of ID:      Personal Status Card/Other:   1ID No. ▮
Issued by the Ministry of Interior, Bureidah       Date of issue: ▮1389[Corresponding to ▮1969]
Place of issue: ▮
                                     Oversight
Notification Symbol:     A. T. T.     Collateral       Outstanding
Occupation:
Salary limits
Staff:                                 Incomplete information
                            Warning: client with evidence  -  620
         Inquiry about links= PF10; Inquiry on relationships=PF9; Other information=PFS; Mail=P[truncated]

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00039726

SCC  Al Rajhi Bank      04033      01/26/2003 07020 1423 – 11 -23   2003/01/26      IPACRI

Central Clients' File  -  Inquiry about all relationships

Client No.:  -  █████████          Legal Status          0022
Name:  Suleiman  Nasser *Abdullah, Al Alawan

Page 001 of 001

| R.T. | Branch | No. | Part | Amt. | Current | Date opened | Date closed | Branch mail link Regular link | Rel. | Rel. | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | ███ | 3704 | 0001 |  | 608 | 09/10/2000 |  | N | N | N | y |
| 00 | ███ | 3803 | 0001 |  | 608 | 09/10/2000 |  | N | N | N | y |
| 00 | ███ | 3902 | 0001 |  | 608 | 09/10/2000 |  | N | N | N | y |
| 49 | ███ | 1101 | 0001 |  | 608 | 09/12/2000 |  | N | N | N | N |
| 49 | ███ | 1119 | 0001 |  | 608 | 09/12/2000 |  | N | N | N | N |
| 49 | ███ | 1127 | 0001 |  | 608 | 09/12/2000 |  | N | N | N | N |

Return to search [truncated]P

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039727



**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO37000.

Document name: ARB-00039724-27

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 10, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926