# Al Rajhi Bank Ex. 79



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000001

٢

٢٠٠١/٠٩/١٢ ~ ١٩٩٩/١٠/٠٨

السيد
عبدالعزيز عبدالرحمن محمد

القبعة العمري
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

بريدة

الجردة / بريده        SA█████████ ٦٠٨٠          ١٦٢٠٠٠~

| ١,٧٠٠.٠٠ | | ١,٠٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ٩٣٥٠٠٨٦٠L١¬IHJAR ٦٠٠ ٢١٥٨ | ٠٠٠٦٠٣ | ١٤٢١٠٣٠١ |
|---|---|---|---|---|---|
| ٩,٥٠٠.٠٠ | ٧,٨٠٠.٠٠ | | إيداع نقدي ٥٠٠٠٠٠٠٠٠٠مقدمة | ٠٠٠٦٠٥ | ١٤٢١٠٣٠٣ |
| ٩,٢٤٠.٠٠ | | ٢٦٠.٠٠ | سحب الصراف الآلي / SOP سحب ٣٠٠٠٠٨٦٠٢١٦٦٠٠٦٤ | ٠٠٠٦٠٧ | ١٤٢١٠٣٠٥ |
| ٩,١٤٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ٢٤٥٠٠٨٦٠L١¬IHJAR ٢٥٢ ٠١٢٩ | ٠٠٠٦٠٨ | ١٤٢١٠٣٠٦ |
| ٩,٠٤٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ٨٠٥٠٠٨٦٠L١¬IHJAR ٢٦٢ ٥٧٤ | ٠٠٠٦١٠ | ١٤٢١٠٣٠٨ |
| ٨,٧٤٠.٠٠ | | ٣٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ٢٣٥٠٠٨٦٠L١¬IHJAR ٦٠٠ ٣٨٦٢ | ٠٠٠٦١٣ | ١٤٢١٠٣١١ |
| ٨,٢٤٠.٠٠ | | ٥٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ٩٠٥٠٠١١٠٠٣٦٠٢TKK ٠٠١ QAAS * | ٠٠٠٦١٤ | ١٤٢١٠٣١٢ |
| ٧,٩٤٠.٠٠ | | ٣٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ١٥٢٢٠٣٢٠WoRREHB ٠٠١ QAAS * | ٠٠٠٦٢١ | ١٤٢١٠٣١٩ |
| ٧,٤٤٠.٠٠ | | ٥٠٠.٠٠ | سحب الصراف الآلي / MTA سحب ١٤٠٢٠٤٢٠L٥-١IAAK ٠٠١ QAAS * | ٠٠٠٦٢٧ | ١٤٢١٠٣٢٥ |

| ٧,٤٤٠.٠٠ | ١٤,٧٠٠.٠٠ | ٧,٢٦٠.٠٠ | | | المعلة ر.س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000002

٣

٢٠٠١/٠٩/١٢ ~ ١٩٩٩/١٠/٠٨

السيد
عبدالعزيز عبدالرحمن محمد

القبعه  العمري
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض١١٤٨٢

بريدة ___
___
___

الجردة / بريده

SA█████████  ٦٠٨٠

~١٦٢٠٠٠

| | | | | | |
|---|---|---|---|---|---|
| ٦,٤٤٠.٠٠ | | ١,٠٠٠.٠٠ | سحب الصراف الآلي MTA/ سحب ١٠٧٣٠٥١٠LٯRTOPID ٠٠١ QAAS * | ٠٠٠٦٢٧ | ١٤٢١٠٣٢٥ |
| ٨,٧٤٠.٠٠ | ٢,٣٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠محمد الزهراني | ٠٠٠٦٢٩ | ١٤٢١٠٣٢٧ |
| ٧,٢٤٠.٠٠ | | ١,٥٠٠.٠٠ | سحب الصراف الآلي MTA/ سحب ٦٤٦٠٠٨٢٠L١¬IHJAR ٧٠٢ ٠٨٤٧ | ٠٠٠٧٠١ | ١٤٢١٠٣٢٩ |
| ٤,٢٤٠.٠٠ | | ٣,٠٠٠.٠٠ | سحب الصراف الآلي MTA/ سحب ٤٦٦٠٠٨٢٠L١¬IHJAR ٩٠٠ ٠٤٢١ | ٠٠٠٧٠١ | ١٤٢١٠٣٢٩ |
| ٥,٢٤٠.٠٠ | ١,٠٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠محمد الزهر اني | ٠٠٠٧٠١ | ١٤٢١٠٣٢٩ |
| ٦,٩٤٠.٠٠ | ١,٧٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠من محمد منصور الزهراني | ٠٠٠٧٠٦ | ١٤٢١٠٤٠٤ |
| ٩,٦٤٠.٠٠ | ٢,٧٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠من محمد منصور الزهراني | ٠٠٠٧٠٦ | ١٤٢١٠٤٠٤ |
| ٨,٨٩٨.٣١ | | ٧٤١.٦٩ | سحب الصراف الآلي | ٠٠٠٧١٣ | ١٤٢١٠٤١١ |
| ٨,١٥٦.٦٢ | | ٧٤١.٦٩ | سحب الصراف الآلي | ٠٠٠٧١٣ | ١٤٢١٠٤١١ |
| ٧,٥١٤.٩٣ | | ٧٤١.٦٩ | سحب الصراف الآلي | ٠٠٠٧١٣ | ١٤٢١٠٤١١ |
| ٦,٦٧٣.٢٤ | | ٧٤١.٦٩ | سحب الصراف الآلي | ٠٠٠٧١٣ | ١٤٢١٠٤١١ |
| ٥,٩٣١.٥٥ | | ٧٤١.٦٩ | سحب الصراف الآلي | ٠٠٠٧١٣ | ١٤٢١٠٤١١ |
| ٥,١٨٩.٨٦ | | ٧٤١.٦٩ | سحب الصراف الآلي | ٠٠٠٧١٣ | ١٤٢١٠٤١١ |
| ٨,٠٨٩.٨٦ | ٢,٩٠٠.٠٠ | | ايداع نقدي عبد العزيز | ٠١٠٦١٤ | ١٤٢٢٠٣٢٢ |
| ٧,٩٨٩.٨٦ | | ١٠٠.٠٠ | سحب الصراف الآلي JEDKAZٯW٠٢٥٥٠٢٠١٠٠٠ ٠٧٤٢٢٣٤٥٤٢٢ ٥٨١٠٠٨ | ٠١٠٦١٦ | ١٤٢٢٠٣٢٤ |

| ٧,٩٨٩.٨٦ | ٢٥,٣٠٠.٠٠ | ١٧,٣١٠.١٤ | العملة ر.س |
|---|---|---|---|

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York



٤

٢٠٠١/٠٩/١٢ - ١٩٩٩/١٠/٠٨

السيد
عبدالعزيز عبدالرحمن محمد

عميزي العميل: في حالة عدم صحة الرصيد نرجو          القبعه  العمري
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢  الرياض ١١٤٦ أو          ▮▮▮▮▮▮▮▮
برايس وترهاوس كوبرز ص.ب ٨٢٨٢  الرياض ١١٤٨٢          بريدة

—١٦٢٠٠٠          الجردة / بريده          SA▮▮▮▮▮▮          ٦٠٨٠

| | | | | |
|---|---|---|---|---|
| ٢٨,٨٨٩.٢٧ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>WESTRG٢٠٠٢١٠٠٨٥٣٠٠٩<br>٩١٢٢٢٧٨٤٥٢٢٧  ٧٧٦٧٨٤٤ | ٠١٠٦٦٦  ٦١٦٧٠٠  ١٤٢٢٠٣٢٤ |
| ٢٨,٧٨٩.٨٦ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>JDDAHهW٢٣٠٢٠٢٢٠٠٣٢<br>٢٥٢٢٠٣٠٣٢٢  ٢٩٢٣٩٢ | ٠١٠٦٦٧  ٧١٦٧٠٠  ١٤٢٢٠٣٢٥ |
| ٢٨,٤٨٩.٨٦ | | ٣٠٠.٠٠ | سحب الصراف الآلي<br>JDDAHهW٢٣٠٢٠٢٢٠٠٣٥<br>٨٦٢٦٠١٥١٧٢٢  ٩٢١٨٨٨ | ٠١٠٦٦٧  ٧١٧٠٠٠  ١٤٢٢٠٣٢٥ |
| ٢٨,٣٨٩.٨٦ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>JEDAMOهD٠٢٥٥٠٥٢٦٠٠٠<br>١٠٤١٠٠٦٢٦٢٢  ٢١٢٢٧٢ | ٠١٠٦٦٨  ٨١٦٧٠٠  ١٤٢٢٠٣٢٦ |
| ٢٨,٣٨٧.٨٦ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>JEDAMOهD٠٢٥٥٠٥٢١٠٠٠<br>١٦٨١٨٣١٢٦٢٢  ٨٢٢٢٤٠ | ٠١٠٦٦٩  ٩١٦٧٠٠  ١٤٢٢٠٣٢٧ |
| ٢٨,٩٨٩.٨٦ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>WESTRG٢٠٠٢١٠٠٢٥٢٠٠٩<br>٢٣٦١١٥٥٢١٢٢٢  ٢٢٩١١٤ | ٠١٠٦٦٩  ٦١٦٧٠٠  ١٤٢٢٠٣٢٧ |
| ٦,٤٨٩.٨٦ | | ٥٠٠.٠٠ | سحب الصراف الآلي<br>WESTRG٢٠٠٢١٠٠٨٥٣٠٠١<br>٢٦٠٠٧٠٠١٦٢٢  ٨٢٥٠٤٠ | ٠١٠٦٧٠  ٦١٦٧٠٠  ١٤٢٢٠٣٢٨ |
| ٦,٢٨٩.٨٦ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>CENTRG٢٠٠١١٠٠١٢١٠٠٧<br>٥٦٧٢٢١٦٠١٢٢  ٢٩٣٧٩٢ | ٠١٠٦٧١  ٦١٦٧٠٠  ١٤٢٢٠٣٢٩ |
| ٦,٢٥٨.٨٧ | | ٣٠.٩٩ | سحوبات الكترون<br>EPPCO ١٠٢ AL<br>SALAMA, SHARJAH, AE | ٠١٠٦٢٦  ٦١٦٧٢٠  ١٤٢٢٠٤٠٥ |
| ٦,٩٦٥.٧٣ | ٧٠٦.٨٦ | | حوالات سريع الوارده<br>MARWAN ALSHEHHI<br>٠٢٤٤٣١٤٢٥٠FF | ٠١٠٩٠٨  ٨١٦٧٢٠  ١٤٢٢٠٦٢٠ |
| ٦,٧٩٦.٩٧ | | ١٦٨.٧٦ | سحوبات الكترون<br>REEN/UNO'S FAST<br>٢٥٠ MAIN, S<br>PORTLAND, US | ٠١٠٩١٢  ٦١٦٧٢٠  ١٤٢٢٠٦٢٤ |
| ٦,٧٩٦.٩٧ | ٢٦,٠٠٦.٨٦ | ١٩,٢٠٩.٨٩ | الأجمالي الكلي<br>ر.٠ س | المعلة |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York          ARB-00000004

٥

٢٠٠١/٠٩/١٢ - ١٩٩٩/١٠/٠٨

السيد
عبد العزيز عبد الرحمن محمد                القبعه العمري

عزيزي العميل: في حالة عدم صحة الرصيد نرجو                        ـــــ
الاتصال مباشرة بأحد مراجعي الحسابات                          ـــــ
أرنست و يونغ ص .ب ٢٧٣٢  الرياض ١١٤٦ أو      بـريدة            ـــــ
برايس وترهاوس كوبرز ص .ب ٨٢٨٢  الرياض ١١٤٨٢

-١٦٢٠٠          الجردة / بـريده          SA▮▮▮▮▮▮▮▮▮▮▮▮ ٦٠٨٠

| الحركات | ملخص الحساب | | المبلغ |
|---|---|---|---|
| | الرصيد الافتتاحي | | ٠.٠٠ |
| ١ | الحوالات الواردة | | ٧٠٦.٨٦ |
| ١١ | الايداعات النقدية | | ٢٣,٦٠٠.٠٠ |
| ١ | الايداعات الاخرى | | ١,٧٠٠.٠٠ |
| ١٣ | اجمالي الايداعات | | ٢٦,٠٠٦.٨٦ |
| ٣٢ | السحوبات النقدية | ١٩,٠١٠.١٤ | |
| ٢ | السحوبات الاخرى | ١٩٩.٧٥ | |
| ٣٤ | اجمالي السحوبات | ١٩,٢٠٩.٨٩ | |
| | رصيد الاقفال | | ٦,٧٩٦.٩٧ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000005

1

08/10/1999 - 12/09/2001

Mr. Abdulaziz Abdulrahman Muhammad          Al-Quba Al-Amari

█████████████

Burayda ███████████

Dear client: If the balance is incorrect, please contact one of the auditors directly.

Ernst & Young: PO Box 2732 Riyadh 1146 or PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA██████████████ 6080          Al Jardah, Burayda          16200-

| Date | Ref | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | Opening balance | | | 0.00 |
| 14200703 | 991012 | Cash deposit 50000000000 from Juman Qadi | | 2,000.00 | 2,000.00 |
| 14200710 | 991019 | Payment order 9987522000 Payment to your order | 2,000.00 | | 0.00 |
| 14201123 | 000229 | Cash deposit 5000000000 From Abdulrahman Muhammad | | 500.00 | 500.00 |
| 14201124 | 000301 | Payment order 9343104200 to your order Payment order | 500.00 | | 0.00 |
| 14201229 | 000404 | Cash deposit 5000000000Abdulrahman | | 700.00 | 700.00 |
| 14210110 | 000415 | Payment order 5716454200 to your order | 700.00 | | 0.00 |
| 14210127 | 000502 | Cash deposit 5000000000 Abdulrahman | | 1,000.00 | 1,000.00 |
| 14210206 | 000510 | Payment order 1279454200 Payment order | 400.00 | | 600.00 |
| 14210212 | 000516 | ATM withdrawal MTA/withdrawal IHJAR 93500860LI 6005588 | 500.00 | | 100.00 |
| 14210219 | 000523 | Collection check 8707320000 check Al-Imam University | | 1,700.00 | 1,800.00 |
| 14210221 | 000525 | ATM withdrawal MTA/withdrawal IHJAR 93500860LI 6003443 | 100.00 | | 1,700.00 |
| 14210228 | 000601 | Cash deposit 5000000000 Abdulrahman Al-Quba | | 1,000.00 | 2,700.00 |
| | | | 4,200.00 | 6,900.00 | 2,700.00 |

Currency  SAR

CONFIDENTI.AL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

1

08/10/1999 - 12/09/2001

Mr. Abdulaziz Abdulrahman Muhammad          Al-Quba Al-Amari

█████████                                    Dear client: If the balance is incorrect, please contact
Burayda███                                    one of the auditors directly.
                                             Ernst & Young: PO Box 2732 Riyadh 1146 or
                                             PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA█████████6080          Al Jardah, Burayda          16200-

| | | | | | |
|---|---|---|---|---|---|
| 14210301 | 000603 | ATM withdrawal MTA/withdrawal IHJAR 93500860LI 6002158 | 1,000.00 | | 1,700.00 |
| 14210303 | 000605 | Cash deposit 5000000000 Deposited by himself | | 7,800.00 | 9,500.00 |
| 14210305 | 000607 | ATM withdrawal SOP/withdrawal 300008602110064 | 260.00 | | 9,240.00 |
| 14210306 | 000608 | ATM withdrawal MTA/withdrawal IHJAR 93500860LI 2520129 | 100.00 | | 9,140.00 |
| 14210308 | 000610 | ATM withdrawal MTA/withdrawal IHJAR 93500860L1 212 474 | 100.00 | | 9,040.00 |
| 14210311 | 000613 | ATM withdrawal MTA/withdrawal IHJAR 73500860LI 6003862 | 300.00 | | 8,740.00 |
| 14210312 | 000614 | ATM withdrawal MTA/withdrawal 905001103602 TKK 001 QAAS      * | 500.00 | | 8,240.00 |
| 14210319 | 00621 | ATM /withdrawal MTA/  withdrawal 10522032W5RRRHB 001 QAAS      * | 300.00 | | 7,940.00 |
| 14210325 | 000627 | ATM /withdrawal MTA/  withdrawal 14020420L5-1IAAK 001 QAAS      * | 500.00 | | 7,440.00 |
| Currency SAR | | | 7260.00 | 14 700.00 | 7 440.00 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District court for the Southern District of New York

ARB-00000002

1

08/10/1999 - 12/09/2001

Mr. Abdulaziz Abdulrahman Muhammad ██████████ Burayda ████

Al-Quba Al-Amari

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA██████████ 6080     Al Jardah, Burayda     16200-

| Date | Number | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| 14210325 | 000627 | ATM withdrawal MTA/withdrawal 10730510L5RTOPID 001 QAAS * | 1,000.00 | | 6,440.00 |
| 14210327 | 000629 | Cash deposit 5000000000 Muhammad al-Zahrani | | 2,300.00 | 8,740.00 |
| 14210329 | 000701 | ATM withdrawal MTA/withdrawal 64600830LI IHJAR 7030847 | 1,500.00 | | 7,240.00 |
| 14210329 | 000701 | ATM withdrawal MTA/withdrawal 46600830LI IHJAR 900 0421 | 3,000.00 | | 4,240.00 |
| 14210329 | 000701 | Cash deposit 5000000000 Muhammad al-Zahrani | | 1,000.00 | 5,240.00 |
| 14210404 | 000706 | Cash deposit 5000000000 from Muhammad Mansour al- Zahrani | | 1,700.00 | 6,940.00 |
| 14210404 | 000706 | Cash deposit 5000000000 from Muhammad Mansour al- Zahrani | | 2,700.00 | 9,640.00 |
| 14210411 | 000713 | ATM withdrawal | 741.69 | | 8,898.31 |
| 14210411 | 000713 | ATM withdrawal | 741.69 | | 8,156.62 |
| 14210411 | 000713 | ATM withdrawal | 741.69 | | 7,414.93 |
| 14210411 | 000713 | ATM withdrawal | 741.69 | | 6,673.24 |
| 14210411 | 000713 | ATM withdrawal | 741.69 | | 5,931.55 |
| 14210411 | 000713 | ATM withdrawal | 741.69 | | 5,189.86 |
| 1422022 | 010314 | Cash deposit Abdulaziz | | 2,900.00 | 8,089.86 |
| 14220324 | 010616 | ATM withdrawal JEDKAZ5W02550201000 06422345422 581008 | 100.00 | | 7,989.86 |
| | | | 17,310.14 | 25,300.00 | 7,989.86 |

Currency SAR

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000003

1

08/10/1999 - 12/09/2001

Mr. Abdulaziz Abdulrahman Muhammad          Al-Quba Al-Amari

█████████████                                Dear client: If the balance is incorrect, please contact
Burayda ████████████                         one of the auditors directly.
                                             Ernst & Young: PO Box 2732 Riyadh 1146 or
                                             PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA███████████████6080        Al Jardah, Burayda        16200-

| | | | | | |
|---|---|---|---|---|---|
| 14220324 | 010616 | ATM withdrawal WESTRG3002100853009 91222384422 776784 | 100.00 | | 7,889.86 |
| 14220325 | 010617 | ATM withdrawal JDDAH5W033020220032 2522030322 397392 | 100.00 | | 7,789.86 |
| 14220325 | 010617 | ATM withdrawal JDDAH5W0330202200035 8620151722 931888 | 300.00 | | 7,489.86 |
| 14220326 | 010618 | ATM withdrawal JEDAMO5D02550526000 10410063122 312272 | 100.00 | | 7,389.86 |
| 14220327 | 010619 | ATM withdrawal JEDAMO5D02550526000 1681813622 862240 | 200.00 | | 7,189.86 |
| 14220327 | 010619 | ATM withdrawal WESTRG3002100253009 33619521222 229664 | 200.00 | | 6,989.86 |
| 14220328 | 010620 | ATM withdrawal WESTRG3002100853001 36007001622 825040 | 500.00 | | 6,489.86 |
| 14220329 | 010621 | ATM withdrawal CENTRG3001100121007 56722160122 293792 | 200.00 | | 6,289.86 |
| 14220405 | 010626 | Electronic withdrawals EPPCO102AL SALAMA, SHARJAH, AE | 30.99 | | 6,258.87 |
| 14220620 | 010908 | Outgoing rapid transfers MARWAN ALSHEHHI 0344314250FF | | 706.86 | 6,965.73 |
| 14220624 | 010912 | Electronic withdrawals REEN/UNO'S FAST 250 MAIN, S PORTLAND, US | 168.76 | | 6,796.97 |
| | | | 19,209.89 | 26,006.86 | 6,796.97 |

Currency SAR

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000004

1

08/10/1999 - 12/09/2001

Mr. Abdulaziz Abdulrahman Muhammad          Al-Quba Al-Amari

███████████████                            Dear client: If the balance is incorrect, please contact
Burayda                                     an auditor directly.
                                            Ernst & Young: PO Box 2732 Riyadh 1146 or
                                            PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA██████████████ 6080          Al Jardah, Burayda        16200-

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening balance | | 0.00 |
| 1 | Incoming transfers | | 706.86 |
| 11 | Cash deposits | | 23,600.00 |
| 1 | Other deposits | | 1,700.00 |
| 13 | Total deposits | | 26,006.86 |
| 32 | Cash withdrawals | 19,010.14 | |
| 2 | Other withdrawals | 199.75 | |
| 34 | Total withdrawals | 19,209.89 | |
| | Closing balance | | 6,796.97 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District court for the southern District of New York

ARB-00000005



**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00000001

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926