# Al Rajhi Bank Ex. 81

١٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

سعيد عبدالله علي السليمان

الرياض

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

المحامدي

SA_____  ٢٦٦٠              بلنجرشي          -١٥٦٠٠

| | | | | |
|---|---|---|---|---|
| | | | الرصيد الافتتاحي | ٠٫٠٠ |
| ١٥١٩٠١١٧ | ١٩٩٨٠٥١٣ | ايداع نقدي | | ١٠٫٠٠٠٫٠٠ | ١٠٫٠٠٠٫٠٠ |
| | | ٠٠٠٠٠٠٠٠٠نفسه | | |
| ١٥١٩٠١٢١ | ١٩٩٨٠٥١٧ | أمر صرف | ٥٫٥٠٠٫٠٠ | | ٤٫٥٠٠٫٠٠ |
| | | ١٥١٠٠٢٢٥٤١٦٣امركم | | |
| ١٥١٩٠١٢٧ | ١٩٩٨٠٥٢٣ | أمر صرف | ٤٫٠٠٠٫٠٠ | | ٥٠٠٫٠٠ |
| | | ١٥١٠١٥٤١١٩س لامركم | | |
| ١٥١٩٠٢٠٧ | ١٩٩٨٠٦٠١ | ايداع نقدي | | ٦٫٩٠٠٫٠٠ | ٧٫٤٠٠٫٠٠ |
| | | ٠٠٠٠٠٠٠٠٠سعيد عبدالله ال | | |
| | | سليمان | | |
| ١٥١٩٠٢٠٧ | ١٩٩٨٠٦٠١ | سحب الصراف الآلي | ١٠٠٫٠٠ | | ٧٫٣٠٠٫٠٠ |
| | | MTA/ سحب | | |
| | | B٠٢٠٠٨٧٠D١¬IHJAR    ٥٩٨٧ | | |
| ١٥١٩٠٢٠٨ | ١٩٩٨٠٦٠٢ | سحب الصراف الآلي | ١٠٠٫٠٠ | | ٧٫٢٠٠٫٠٠ |
| | | MTA/ سحب | | |
| | | ٢٢٢٠٠٨٧٠L١¬IHJAR    ٨٧٩٢ | | |
| ١٥١٩٠٢٢٦ | ١٩٩٨٠٦٢٠ | سحب الصراف الآلي | ٥٫٠٠٠٫٠٠ | | ٢٫٢٠٠٫٠٠ |
| | | MTA/ سحب | | |
| | | ٢٢٢٠٠٨٧٠L١¬IHJAR    ٨٧٨٤ | | |
| ١٥١٩٠٣١٥ | ١٩٩٨٠٧٠٩ | سحب الصراف الآلي | ٢٫٠٠٠٫٠٠ | | ٢٠٠٫٠٠ |
| | | MTA/ سحب | | |
| | | B٠٢٠٠٨٧٠D١¬IHJAR    ٤٠٣٥ | | |
| ١٥١٩٠٦٠١ | ١٩٩٨٠٩٢١ | ايداع نقدي | | ٥٠٠٫٠٠ | ٧٠٠٫٠٠ |
| | | ٠٠٠٠٠٠٠٠٠سعيد سودان | | |
| ١٥١٩٠٦٠٤ | ١٩٩٨٠٩٢٤ | سحب الصراف الآلي | ٥٠٠٫٠٠ | | ٢٠٠٫٠٠ |
| | | MTA/ سحب | | |
| | | ٢٢٢٠٠٨٧٠L١¬IHJAR    ٠٤٢٢ | | |
| ١٥١٩٠٧٢٨ | ١٩٩٨١١١٧ | ايداع نقدي | | ١٫٠٠٠٫٠٠ | ١٫٢٠٠٫٠٠ |
| | | ٠٠٠٠٠٠٠٠٠سعيد سودان | | |
| ١٥١٩٠٨٠٦ | ١٩٩٨١١٢٥ | ايداع نقدي | | ١٫٠٠٠٫٠٠ | ٢٫٢٠٠٫٠٠ |
| | | ٠٠٠٠٠٠٠٠٠ن | | |
| ١٥١٩٠٨٠٩ | ١٩٩٨١١٢٨ | سحب الصراف الآلي | ٥٠٠٫٠٠ | | ١٫٧٠٠٫٠٠ |

| | | | |
|---|---|---|---|
| العملة | ١٧٫٧٠٠٫٠٠ | ١٩٫٤٠٠٫٠٠ | ١٫٧٠٠٫٠٠ |
| ر.س | | | |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000850

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

سعيد عبدالله عتي السلمان

عزيزي العميل: في حالة عدم صحة الرصيد نرجو          المقاصدي
الاتصال مباشرة بأحد مراجعي الحسابات
ارنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض

١٥٤٠٠-                    بلجرشي                SA▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ٢٦٦٠
١٥٦--

| | | | |
|---|---|---|---|
| | | | MTA/ سحب |
| | | | QAAS ٠٠١ ٠٢٧٠D٠٠٥٠٠٠ ٩٦١٠٠٢٧ * |
| ٣,٠٠٠.٠٠ | ١,٣٠٠.٠٠ | | ابداع نقدي    ١٩٩٨١٢١٧  ١٥١٩٠٨٢٨ |
| | | | نفسه*********٠ |
| ٢,٥٠٠.٠٠ | | ٥٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٨١٢١٩  ١٥١٩٠٩٠١ |
| | | | MTA/ سحب |
| | | | ٠٢٢٠٠٨٧٠L١¬IHJAR  ٠٤٩٩ |
| ٣,٥٠٠.٠٠ | ١,٠٠٠.٠٠ | | ابداع نقدي    ١٩٩٨١٢٢٠  ١٥١٩٠٩٠٢ |
| | | | سعيد سودان********* |
| ٣,٤٠٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٨١٢٢٤  ١٥١٩٠٩٠٦ |
| | | | MTA/ سحب |
| | | | B٠٢٠٠٨٧٠D١¬IHJAR  ٤٧٨٩ |
| ٣,٣٠٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٨١٢٢٩  ١٥١٩٠٩١١ |
| | | | MTA/ سحب |
| | | | B٠٢٠٠٨٧٠D١¬IHJAR  ٠٧٦ |
| ٢,٨٠٠.٠٠ | | ٥٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٨١٢٢٩  ١٥١٩٠٩١١ |
| | | | MTA/ سحب |
| | | | B٠٢٠٠٨٧٠D١¬IHJAR  ٩١١ |
| ٢,٦٠٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٩٠١٠٤  ١٥١٩٠٩١٧ |
| | | | MTA/ سحب |
| | | | ٠١٢٠٥٠٤٠L٠FASDEM ٠٠١ QAAS * |
| ٢,٣٠٠.٠٠ | | ٣٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٩٠١٠٦  ١٥١٩٠٩١٩ |
| | | | MTA/ سحب |
| | | | ٢٥٢٠٠٨٢٠L١¬IHJAR  ٤٧٨٢ |
| ١,٧٠٠.٠٠ | | ٦٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٩٠٢٠٣  ١٥١٩١٠١٧ |
| | | | MTA/ سحب |
| | | | ٢١٢٠٠٨٧٠L١¬IHJAR  ٧٤٨٢ |
| ٢,٨٠٠.٠٠ | ١,١٠٠.٠٠ | | ابداع نقدي    ١٩٩٩٠٢٢١  ١٥١٩١١٠٥ |
| | | | نفسه********* |
| ٢,٠٠٠.٠٠ | | ٨٠٠.٠٠ | سحب الصراف الآلي  ١٩٩٩٠٢٢٤  ١٥١٩١١٠٨ |
| | | | MTA/ سحب |

| ٢,٠٠٠.٠٠ | ٢٢,٨٠٠.٠٠ | ٢٠,٨٠٠.٠٠ | | العملة |
| | | | | ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000851

٣

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

عزيزي العميل: في حالة عدم صحة الرصيد نرجو    المقامدي    سعيد عبدالله عنى السلمان
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست ويونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو    الرياض
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

—١٥٦,٠٠    بلنجرشي    SA███████████ ٢٦٦٠

| | | | | |
|---|---|---|---|---|
| | | | ٢٣١٨   ٢٢٢٠٠٨٧٠L١¬IHJAR | |
| ١,٥٠٠.٠٠ | | ٥٠٠.٠٠ | أمر صرف   ٠٢-٠٣-١٩٩٩   ١٤١٩١١١٤ | |
| | | | ٨٠٩٩٤٧٩١٠٠صحيكم | |
| ٣,٥٠٠.٠٠ | ٢,٠٠٠.٠٠ | | ابداع نقدي   ٢١-٠٣-١٩٩٩   ١٤١٩١٢٠٤ | |
| | | | ٠٠٠٠٠٠٠٠صالح سائم | |
| ١,٥٠٠.٠٠ | | ٢,٠٠٠.٠٠ | أمر صرف   ٢٢-٠٣-١٩٩٩   ١٤١٩١٢٠٦ | |
| | | | ١١٤٢٥٠٩١٠٠امركم | |
| ٤,٦٥٠.٠٠ | ٣,١٥٠.٠٠ | | ابداع نقدي   ٢٧-٠٤-١٩٩٩   ١٤٢٠٠١١١ | |
| | | | ٠٠٠٠٠٠٠٠نفسه | |
| ٢,٦٥٠.٠٠ | | ١,٠٠٠.٠٠ | سحب الصراف الآلي   ٠٨-٠٦-١٩٩٩   ١٤٢٠٠٢٢٤ | |
| | | | MTA/ سحب | |
| | | | ٣٢٨٩   B٠٢٠٠٨٧٠D١¬IHJAR | |
| ٦,٢٠٠.٠٠ | ٢,٥٥٠.٠٠ | | ابداع نقدي   ١٥-٠٦-١٩٩٩   ١٤٢٠٠٣٠١ | |
| | | | ٠٠٠٠٠٠٠٠منكم | |
| ٦,٩٠٠.٠٠ | ٧٠٠.٠٠ | | ابداع نقدي   ١٦-٠٦-١٩٩٩   ١٤٢٠٠٣٠٢ | |
| | | | ٠٠٠٠٠٠٠٠نفسه | |
| ٤,٧٠٠.٠٠ | | ٢,٢٠٠.٠٠ | أمر صرف   ١٦-٠٦-١٩٩٩   ١٤٢٠٠٣٠٢ | |
| | | | ٢٢٩٢٩٠٢١٢٠٠امركم | |
| ٥,٨٠٠.٠٠ | ١,١٠٠.٠٠ | | ابداع نقدي   ٢٣-٠٦-١٩٩٩   ١٤٢٠٠٣٠٩ | |
| | | | ٠٠٠٠٠٠٠٠منكم | |
| ٣,٨٠٠.٠٠ | | ٢,٠٠٠.٠٠ | سحب الصراف الآلي   ٠٦-٠٧-١٩٩٩   ١٤٢٠٠٣٢٢ | |
| | | | MTA/ سحب | |
| | | | ٢٠٦٩   B٠٢٠٠٨٧٠D١¬IHJAR | |
| ٢,٨٠٠.٠٠ | | ١,٠٠٠.٠٠ | سحب الصراف الآلي   ٠٨-٠٧-١٩٩٩   ١٤٢٠٠٣٢٤ | |
| | | | MTA/ سحب | |
| | | | ١٩٨   B٠٢٠٠٨٧٠D١¬IHJAR | |
| ٢,٦٠٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي   ١٤-٠٨-١٩٩٩   ١٤٢٠٠٥٠٣ | |
| | | | MTA/ سحب | |
| | | | ٦٠٤٧   ٢٢٢٠٠٨٧٠L١¬IHJAR | |
| ٢٩,٥٤٠.٠٠ | ٢٦,٩٤٠.٠٠ | | ابداع نقدي   ٢١-٠٨-١٩٩٩   ١٤٢٠٠٥١٠ | |
| | | | ٠٠٠٠٠٠٠٠نفسه | |
| ٢٤,٥٤٠.٠٠ | | ٥,٠٠٠.٠٠ | سحب الصراف الآلي   ٢٨-٠٨-١٩٩٩   ١٤٢٠٠٥١٧ | |
| | | | MTA/ سحب | |
| ٢٤,٥٤٠.٠٠ | ٥٩,٢٤٠.٠٠ | ٢٤,٧٠٠.٠٠ | | العملة   ر.س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000852

١ ٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

سعيد عبدالله علي السلمان

الرياض

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

| | | | | |
|---|---|---|---|---|
| ١٣,٥٤٠.٠٠ | | ١١,٠٠٠.٠٠ | B٠٢٠٠٨٧٠D١¬IHJAR  ٢٠٩٣  أمر صرف | ١٤٢٠٠٥١٧  ١٩٩٩٠٨٢٨ |
| | | | ٢٢٠٠٧٨٥٨٧٢٢٠٠لامركم | |
| ١٦,٢٤٠.٠٠ | ٢,٧٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠أحمد سلمان | ١٤٢٠٠٦٠٨  ١٩٩٩٠٩١٨ |
| ١٥,٩٤٠.٠٠ | | ٣٠٠.٠٠ | سحب الصراف الآلي  /MTA سحب | ١٤٢٠٠٦١١  ١٩٩٩٠٩٢١ |
| | | | ٢٢٥٠٠٨٦٠L١¬IHJAR  ٨٢٤٨ | |
| ١٥,٧٤٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي  /MTA سحب | ١٤٢٠٠٦٢٧  ١٩٩٩١٠٠٧ |
| | | | ٢٢٥٠٠٨٦٠L١¬IHJAR  ٩١٦٩ | |
| ١٥,٣٤٠.٠٠ | | ٤٠٠.٠٠ | سحب الصراف الآلي  /MTA سحب | ١٤٢٠٠٦٢٧  ١٩٩٩١٠٠٧ |
| | | | ٩١١٠٠٨١٠L١¬IHJAR  ١٠٨ | |
| ١٥,٨٤٠.٠٠ | ٥٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠عادل علي صالح | ١٤٢٠٠٧١٠  ١٩٩٩١٠١٩ |
| ١٨,٤٤٠.٠٠ | ٢,٦٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠أحمد سلمان | ١٤٢٠٠٧١٠  ١٩٩٩١٠١٩ |
| ١٣,٤٤٠.٠٠ | | ٥,٠٠٠.٠٠ | سحب الصراف الآلي  /MTA سحب | ١٤٢٠٠٧١١  ١٩٩٩١٠٢٠ |
| | | | F٢١٠٠٨١٠L١¬IHJAR  ٢٠٤٨ | |
| ٠.٠٠ | | ١٣,٤٤٠.٠٠ | أمر صرف ٠٢٣٥٠٤٣٢٢٠٠لامركم | ١٤٢٠٠٧١١  ١٩٩٩١٠٢٠ |
| ٥٠٠.٠٠ | ٥٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠عادل علي صالح | ١٤٢٠٠٧٢٣  ١٩٩٩١١٠١ |
| ٧٨٠.٠٠ | ٢٨٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠عادل علي صالح | ١٤٢٠٠٧٢٥  ١٩٩٩١١٠٣ |
| ٦٨.٣٩ | | ٧١١.٦١ | سحب الصراف الآلي | ١٤٢٠٠٨٠٤  ١٩٩٩١١١٢ |
| ١٩.٣٨ | | ٤٩.٠١ | سحب الصراف الآلي | ١٤٢٠٠٨٠٤  ١٩٩٩١١١٢ |
| ٢١٩.٣٨ | ٢٠٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠سعيد عبدالله | ١٤٢٠٠٨٠٥  ١٩٩٩١١١٣ |
| ٣,٩٦٩.٣٨ | ٣,٧٥٠.٠٠ | | ايداع نقدي ٠٠٠٠٠٠٠٥٠عثمان صالح سعيد | ١٤٢٠٠٨١٩  ١٩٩٩١١٢٧ |

العملة
ر . س

٣,٩٦٩.٣٨    ٦٩,٧٧٠.٠٠    ٦٥,٨٠٠.٦٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000853

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

سعيد عبد الله عنى السلمان

الرياض

عزيزي العميل: في حالة عدم صحة الرصيد نرجو    الشاهدي
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

| | | | | | |
|---|---|---|---|---|---|
| | ١٥٦,٠٠- | | بلجرشي | SA | ٢٢٦٠ |
| | | | | | |
| ٥,٩٦٩.٣٨ | | ٢,٠٠٠.٠٠ | | ايداع نقدي | ١٩٩٩١١٢٧ | ١٤٢٠٠٨١٩ |
| | | | | نقده ٥٠٠٠٠٠٠٠ | | |
| ٤,٤٧٤.٩٩ | | | ١,٤٩٤.٣٩ | سحب الصراف الآلي | ١٩٩٩١٢٠٥ | ١٤٢٠٠٨٢٧ |
| ٤,٠٩٣.٩١ | | | ٣٨١.٠٨ | سحب الصراف الآلي | ١٩٩٩١٢٠٤ | ١٤٢٠٠٨٢٧ |
| ٢,٥٩٩.٥٢ | | | ١,٤٩٤.٣٩ | سحب الصراف الآلي | ١٩٩٩١٢٠٥ | ١٤٢٠٠٨٢٧ |
| ١,١٠٥.١٣ | | | ١,٤٩٤.٣٩ | سحب الصراف الآلي | ١٩٩٩١٢٠٥ | ١٤٢٠٠٨٢٧ |
| ١,٠٢٠.٩٢ | | | ٨٤.٢١ | سحب الصراف الآلي | ١٩٩٩١٢٠٥ | ١٤٢٠٠٨٢٧ |
| ٧٨٨.٧١ | | | ٢٣٢.٢١ | سحب الصراف الآلي | ١٩٩٩١٢٠٦ | ١٤٢٠٠٨٢٨ |
| ٣٩.٩٤ | | | ٧٤٨.٧٧ | سحب الصراف الآلي | ١٩٩٩١٢٠٧ | ١٤٢٠٠٨٢٩ |
| ٣٣٧.٩٤- | | | ٣٧٧.٨٨ | سحب الصراف الآلي | ١٩٩٩١٢٠٨ | ١٤٢٠٠٨٣٠ |
| ١,٨١٩.٤١- | | | ١,٤٨١.٤٧ | سحب الصراف الآلي | ١٩٩٩١٢٠٨ | ١٤٢٠٠٨٣٠ |
| ٣,٣٠٠.٨٨- | | | ١,٤٨١.٤٧ | سحب الصراف الآلي | ١٩٩٩١٢٠٨ | ١٤٢٠٠٨٣٠ |
| ٤,٧٨٢.٣٥- | | | ١,٤٨١.٤٧ | سحب الصراف الآلي | ١٩٩٩١٢٠٨ | ١٤٢٠٠٨٣٠ |
| ٤,٨٦٥.٩٢- | | | ٨٣.٥٧ | سحب الصراف الآلي | ١٩٩٩١٢٠٨ | ١٤٢٠٠٨٣٠ |
| ٤,٩٤٩.٤٩- | | | ٨٣.٥٧ | سحب الصراف الآلي | ١٩٩٩١٢٠٨ | ١٤٢٠٠٨٣٠ |
| ٠.٥١ | | ٤,٩٥٠.٠٠ | | ايداع نقدي | ٢٠٠٢١١٠٨ | ١٤٢٣٠٨٠٢ |
| | | | | خالد | | |
| | | | | عبد الله السليمان | | |

| العملة | الأجمالي الكلي | | | |
|---|---|---|---|---|
| | ٧٦,٧١٩.٤٩ | ٧٦,٧٢٠.٠٠ | ٠.٥١ | |
| ر.م.س | | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000854

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

سعيد عبدالله علي السلمان

الغامدي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض

| المبلغ | ملخص الحساب | الحركات |
|---|---|---|
| ٠٫٠٠ | الرصيد الافتتاحي | |
| ٧٦,٧٢٠٫٠٠ | الايداعات النقدية | ٢٣ |
| ٠٫٠٠ | الايداعات الاخرى | ٠ |
| ٧٦,٧٢٠٫٠٠ | اجمالي الايداعات | ٢٣ |
| ٧٦,٧١٩٫٤٩ | السحوبات النقدية | ٤٥ |
| ٠٫٠٠ | السحوبات الاخرى | ٠ |
| ٧٦,٧١٩٫٤٩ | اجمالي السحوبات | ٤٥ |
| ٠٫٥١ | رصيد الاقفال | |

بلجرشي    ١٥٦٠٠   SA████   ٢٦٦٠

| ٠٫٠٠ | الرصيد المتاح اليوم |
| ٠٫٠٠ | اجمالي قيود محجوزة دائنة |
| ٠٫٠٠ | اجمالي قيود محجوزة مدينة |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000855

1
1

01/01/1998 - 31/12/2002

Said Abdullah Ali al-Salman          al-Ghamdi


Riyadh

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst and Young: PO Box 2732 Riyadh 11461 or
KPMG P.O. Box 92876 Riyadh 11663 11482

| SA | 2660 | Baljurashi | 15600- | | |
|---|---|---|---|---|---|
| | | Opening Balance | | | 0.00 |
| 14190117 | 19980513 | Cash deposit 5000000000 Self | | 10,000.00 | 10,000.00 |
| 14190121 | 19980517 | Payment order 6225415100 to your order | 5,500.00 | | 4,500.00 |
| 14190127 | 19980523 | Payment order 9115415100S to your order | 4,000.00 | | 500.00 |
| 14190207 | 19980601 | Cash deposit 5000000000 Said Abdullah Al Sulaiman | | 6,900.00 | 7,400.00 |
| 14190207 | 19980601 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 4987 | 100.00 | | 7,300.00 |
| 14190208 | 19980602 | ATM withdrawal MTA/withdrawal 22200870L1 IHJAR 8792 | 100.00 | | 7,200.00 |
| 14190226 | 19980620 | ATM withdrawal MTA/withdrawal 22200870L1 IHJAR 8284 | 5,000.00 | | 2,200.00 |
| 14190315 | 19980709 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 4035 | 2,000.00 | | 200.00 |
| 14190601 | 19980921 | Cash deposit 5000000000 Said Mudan | | 500.00 | 700.00 |
| 14190604 | 19980924 | ATM withdrawal MTA/withdrawal 22200870L1 IHJAR 0423 | 500.00 | | 200.00 |
| 14190728 | 19981117 | Cash deposit 5000000000 Said Mudan | | 1,000.00 | 1,200.00 |
| 14190806 | 19981125 | Cash deposit 5000000000N | | 1,000.00 | 2,200.00 |
| 14190809 | 19981128 | ATM withdrawal MTA/withdrawal 9100270D5005000 001 QAAS | 500.00 | | 1,700.00 |
| Currency SAR | | | 17,700.00 | 19,400.00 | 1,700.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SW), United States District Court for the Southern District of New York

ARB-00000850

1
2

01/01/1998 - 31/12/2002

Said Abdullah Ali al-Salman       al-Ghamdi

Riyadh

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst and Young: PO Box 2732 Riyadh 11461 or
KPMG P.O. Box 92876 Riyadh 11663

| SA | 2660 | Baljurashi | 15600- | | |
|---|---|---|---|---|---|
| 14190828 | 19981217 | Cash deposit 5000000000 Self | | 1,300.00 | 3,000.00 |
| 14190901 | 19981219 | ATM withdrawal MTA/withdrawal 02200870K1 IHJAR 0499 | 500.00 | | 2,500.00 |
| 14190902 | 199811220 | Cash deposit 5000000000 Said Mudan | | 1,000.00 | 3,500.00 |
| 14190906 | 19981224 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 9789 | 100.00 | | 3,400.00 |
| 14190911 | 19981229 | ATM withdrawal MTA/ withdrawal B0200870D1 IHJAR 076 | 100.00 | | 3,300.00 |
| 14190911 | 19981229 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 916 | 500.00 | | 2,800.00 |
| 14190917 | 19990104 | ATM withdrawal MTA/withdrawal 01205540L5FASDEM 001 QAAS * | 200.00 | | 2,600.00 |
| 14190919 | 19990106 | ATM withdrawal MTA/withdrawal 35300820L1 IHJAR 4782 | 300.00 | | 2,300.00 |
| 14191017 | 19990203 | ATM withdrawal MTA/withdrawal 21200870L1 IHJAR 7483 | 600.00 | | 1,700.00 |
| 14191105 | 19990221 | Cash deposit 5000000000 Self | | 1,100.00 | 2,800.00 |
| 14191108 | 19990224 | ATM withdrawal MTA/withdrawal 21200870L1 IHJAR 2318 | 800.00 | | 2,000.00 |
| Currency SAR | | | 20,800.00 | 22,800.00 | 2,000.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) United States District Court for the Southern District of New York

ARB-00000851

1
3

01/01/1998 - 31/12/2002

Said Abdullah Ali al-Salman        al-Ghamdi



Riyadh

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst and Young: PO Box 2732 Riyadh 1146 or KPMG P.O. Box 92876 Riyadh 11663

| SA | 2660 | Baljurashi | 15600- | | |
|---|---|---|---|---|---|
| 14191114 | 19990302 | Payment order 809947910 your withdrawal | 500.00 | | 1,500.00 |
| 14191204 | 19990321 | Cash deposit 5000000000 Saleh Salem | | 2,000.00 | 3,500.00 |
| 14191206 | 19990323 | Payment order 1147509100 your order | 2,000.00 | | 1,500.00 |
| 14200111 | 19990427 | Cash deposit 5000000000 Self | | 2,150.00 | 4,650.00 |
| 14200224 | 19990608 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 3389 | 1,000.00 | | 3,650.00 |
| 14200301 | 19990615 | Cash deposit 5000000000 from you | | 2,550.00 | 6,200.00 |
| 14200302 | 19990616 | Cash deposit 5000000000 Self | | 700.00 | 6,900.00 |
| 14200302 | 19990616 | Payment order 2929021200 to your order | 2,200.00 | | 4,700.00 |
| 14200309 | 19990623 | Cash deposit 5000000000 from you | | 1,100.00 | 5,800.00 |
| 14200322 | 19990706 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 2079 | 2,000.00 | | 3,800.00 |
| 14200324 | 19990708 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 698 | 1,000.00 | | 2,800.00 |
| 14200503 | 19990814 | ATM withdrawal MTA/withdrawal 22200870L1 IHJAR 6047 | 200.00 | | 2,600.00 |
| 14200510 | 19990821 | Cash deposit 5000000000 Self | | 26,940.00 | 29,540.00 |
| 14200517 | 19990828 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 7093 | | 5,000.00 | 24,540.00 |
| Currency SAR | | | 34,700.00 | 59,240.00 | 24,540.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in D3 MDL 1570 (GBD)(SN), United States District Court for the Southern District of New York

ARB-00000852

1
4

01/01/1998 - 31/12/2002

Said Abdullah Ali al-Salman               al-Ghamdi

Riyadh

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst and Young: PO Box 2732 Riyadh 11461 or KPMG P.O. Box 92876 Riyadh 11663

| | | | | |
|---|---|---|---|---|
| SA▮▮▮▮2660 | Baljurashi | 15600- | | |
| | Payment order 858722200 to 19990828 | | | |
| 14200517 | your order | 11,000.00 | | 13,540.00 |
| | Cash deposit 5000000000 | | | |
| 14200608 | 19990918 Ahmad Salman | | 2,700.00 | 16,240.00 |
| | ATM withdrawal MTA/withdrawal 73500860L1 | | | |
| 14200611 | 19990921 IHJAR 8148 | 300.00 | | 15,940.00 |
| | ATM withdrawal MTA/ withdrawal 73500860L1 IHJAR | | | |
| 14200627 | 19991007 9669 | 200.00 | | 15,740.00 |
| | ATM withdrawal MTA/withdrawal 91100810L1 | | | |
| 14200627 | 19991007 IHJAR 108 | 400.00 | | 15,340.00 |
| | Cash deposit 5000000000 Adel | | | |
| 14200710 | 19991019 Ali Saleh | | 500.00 | 15,840.00 |
| 14200710 | Cash deposit 5000000000 19991019 Ahmad Salman | | 2,600.00 | 18,440.00 |
| | ATM withdrawal MTA/withdrawal F2100810L1 19991020 IHJAR 2048 | | | |
| 14200711 | Payment order 5350432200 to 19991020 your order | 5,000.00 | | 13,440.00 |
| 14200711 | Cash deposit 5000000000 Adel 19991101 Ali Saleh | 13,440.00 | | 0.00 |
| 14200723 | Cash deposit 5000000000 Adel | | 500.00 | 500.00 |
| | 14200725   19991103 Ali Saleh | | | |
| | 14200804   19991112 ATM withdrawal | | 280.00 | 780.00 |
| 14200804 | 19991112 ATM withdrawal | 711.61 | | 68.39 |
| | Cash deposit 5000000000 Said | 49.01 | | 19.38 |
| 14200805 19991113 Abdullah | | | | |
| | Cash deposit 5000000000 | | 200.00 | 219.38 |
| 14200819 | 19991127 Othman Saleh Said | | | |
| Currency SAR | | | 3,750.00 | 3,969.38 |
| | | 65,800.62 | 69,770.00 | 3,969.38 |

CONFIDENTIAL: This document Is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GE1O) (SN), United States District Court for the Southern District of New York

ARB-00000853

1
5

01/01/1998 - 31/12/2002

Said Abdullah Ali al-Salman     al-Ghamdi


Riyadh

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst and Young: PO Box 2732 Riyadh 11461 or
KPMG P.O. Box 92876 Riyadh 11663

| | | | | | |
|---|---|---|---|---|---|
| SA | 2660 | Baljurashi | 15600- | | |
| | | Cash deposit 5000000000 | | | |
| 14200819 | 19991127 | Self | | 2,000.00 | 5,969.38 |
| 14200827 | 19991205 | ATM withdrawal | 1,494.39 | | 4,474.99 |
| 14200827 | 19991205 | ATM withdrawal | 381.08 | | 4,093.91 |
| 14200827 | 19991205 | ATM withdrawal | 1,494.39 | | 2,599.52 |
| 14200827 | 19991205 | ATM withdrawal | 1,494.39 | | 1,105.10 |
| 14200827 | 19991205 | ATM withdrawal | 84.21 | | 1,020.92 |
| 14200828 | 19991206 | ATM withdrawal | 232.21 | | 788.71 |
| 14200829 | 19991207 | ATM withdrawal | 848.77 | | 39.94 |
| 14200830 | 19991208 | ATM withdrawal | 377.88 | | -337.94 |
| 14200830 | 19991208 | ATM withdrawal | 1,481.47 | | -1,819.41 |
| 14200830 | 19991208 | ATM withdrawal | 1,481.47 | | -3,300.88 |
| 14200830 | 19991208 | ATM withdrawal | 1,481.47 | | -4,782.35 |
| 14200830 | 19991208 | ATM withdrawal | 83.57 | | -4,865.92 |
| 14200830 | 19991208 | ATM withdrawal | 83.57 | | -4,949.49 |
| | | Cash deposit Khaled Abdullah | | | |
| 14230802 | 20021008 | al-Sulaiman | | 4,950.00 | 0.51 |
| Currency SAR | | Grand Total | 76,719.49 | 76,720.00 | 0.51 |

CONFIDENTIAL: This document is subject a Protective Order regarding confidential information in 03 MDL 1570 (GBD)(SN), United States District Court €or the Southern District of New York

ARB-00000854

1
6

01/01/1998 - 31/12/2002

Said Abdullah Ali al-Salman                            al-Ghamdi



Riyadh

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst and Young: PO Box 2732 Riyadh 11461 or
KPMG P.O. Box 92876 Riyadh 11663

| | | | | |
|---|---|---|---|---|
| SA▮▮▮▮1007 | 2660 Baljurashi | 15600- | | |
| Movements | Account Summary | | Amount | 0.00 |
| | Opening balance | | 76,720.00 | |
| 23 | Cash deposits | | | |
| | Other | | 0.00 | |
| 0 | deposits | | 76,720.00 | |
| 23 | Total deposits | | | |
| | Cash | 76,719.49 | | |
| 45 | withdrawals | | | |
| | Other | 0.00 | | |
| 0 | withdrawals | | | |
| | Total | 76,719.49 | | |
| 45 | withdrawals | | | 0.51 |
| | Balance available today | | | 0.00 |
| | Total retained credit entries | | | 0.00 |
| | Total retained debit entries | | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GED) (SN), United States District Cowl for the Southern District of New York

ARB-00000855

**RWS**

**Declaration**

I, Fahim Hoosen, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00000850

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926