# Al Rajhi Bank
# Ex. 82



<div dir="rtl">

١

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

سعيد عبد الله علي الغامدي ش

عزيزي العميل: في حالة عدم صحة الرصيد لرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرئ ست و يوتج ص.ب. ٢٧٢٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب. ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض

السادة / بريدة                                                    SA▮▮▮▮▮▮▮▮ ٠٢٤٩

٢١٢٠٠–

٠.٠٠                                                الرصيد الافتتاحي

١,٥٠٠.٠٠      ١,٥٠٠.٠٠      ١٩٩٩٠٩٢٧  ١٤٢٠٠٦١٧  شيك تحصيل
                          ١٧٥٠٠٠٠٠٠٠الجمعية الخيريه
                          بيفجرشي

١,٨٧٤.٠٠      ٣٧٤.٠٠      ١٩٩٩٠٩٢٧  ١٤٢٠٠٦١٧  ايداع نقدي
                          ٥٠٠٠٠٠٠٠٠٠نقده

٤,٢٧٤.٠٠      ٢,٤٠٠.٠٠      ١٩٩٩١٠١٠  ١٤٢٠٠٧٠١  ايداع نقدي
                          ٥٠٠٠٠٠٠٠٠٠عبد العظم علي

٠.٠٠      ٤,٢٧٤.٠٠      ١٩٩٩١٠١٩  ١٤٢٠٠٧١٠  أمر صرف
                          ١٦٣١٥٩٥٢٢٠٠الاشركم

٠.٠٠      ٤,٢٧٤.٠٠      ٤,٢٧٤.٠٠      الأجمالي الكلى      العمله
                                                      ر س

</div>

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000856

٢

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

سعيد عبد الله علي القحطاني ش

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرك ست و بونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض

السادة / بريده                      ٢١٢٠٠–

SA█████████████  ٠٢٤٩

| الحركات | ملخص الحساب | | المبلغ |
|---|---|---|---|
| | الرصيد الافتتاحي | | ٠.٠٠ |
| ٢ | الايداعات النقدية | | ٢,٧٧٤.٠٠ |
| ١ | الايداعات الأخرى | | ١,٥٠١.٠٠ |
| ٣ | اجمالي الايداعات | | ٤,٢٧٤.٠٠ |
| ١ | السحوبات النقدية | ٤,٢٧٤.٠٠ | |
| ٠ | السحوبات الأخرى | ٠.٠٠ | |
| ١ | اجمالي السحوبات | ٤,٢٧٤.٠٠ | |
| | رصيد الاقفال | | ٠.٠٠ |

الرصيد المتاح اليوم                              ٠.٠٠
اجمالي قيود محجوزة دائنة                         ٠.٠٠
اجمالي قيود محجوزة مدينة                         ٠.٠٠

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000857

1

01/01/1998 – 31/12/2002

Said Abdullah Ali al-Ghamdi Sh

█████████████

Riyadh███████

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
KPMG PO Box 92876 Riyadh 11663

SA██████████    0249 Messrs./ Buraidah         21200-

| | | | | | |
|---|---|---|---|---|---|
| | | Opening balance | | | 0.00 |
| 14200617 | 19990927 | Collection Cheque 1740000000 Charitable Foundation in Baljurashi | | 1,500.00 | 1,500.00 |
| 14200617 | 19990927 | Cash deposit 50000000 by himself | | 374.00 | 1,874.00 |
| 14200701 | 19991010 | Cash deposit 50000000 Abdulmunim Ali | | 2,400.00 | 4,274.00 |
| 14200710 | 19991019 | Payment order 16315952200 to your order | 4,274.00 | | 0.00 |
| Currency SAR | | Grand Total | 4,274.00 | 4,274.00 | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN). United States District Court for the Southern District of New York

ARB-00000856

1
2

01/01/1998 – 31/12/2002

Said Abdullah Ali al-Ghamdi Sh



Riyadh

Dear client: If the balance is incorrect, please contact
an auditor directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
KPMG PO Box 92876 Riyadh 11663

SA███████████████ 0249   Messrs./Buraidah            21200-

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening balance | | 0.00 |
| 2 | Cash deposits | | 2,774.00 |
| 1 | Other deposits | | 1,500.00 |
| 3 | Total deposits | | 4,274.00 |
| 1 | Cash withdrawals | 4,274.00 | |
| 0 | Other withdrawals | 0.00 | |
| 1 | Total withdrawals | 4,274.00 | |
| | Closing balance | | 0.00 |
| | Balance available today | | 0.00 |
| | Total retained credit notes | | 0.00 |
| | Total retained debit notes | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN).
United States District Court for the Southern District of New York

ARB-00000857



**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00000856

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926