# Al Rajhi Bank
# Ex. 83

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
ساجد مشعان غانم موقد
[redacted]
الحناكية
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

٥٢٩٧ SA[redacted] الحناكية ٢٦٩٠٠-

| | | | | | |
|---|---|---|---|---|---|
| | | الرصيد الافتتاحي | | | ٠.٠٠ |
| ١٤١٩١٠١١ | ١٩٩٩٠١٢٨ | ايداع نقدي<br>٥٠٠٠٠٠٠٠٠٠المذكور | | ٣٠٠.٠٠ | ٣٠٠.٠٠ |
| ١٤١٩١١٠١ | ١٩٩٩٠٢١٧ | أمر صرف<br>١٠٠١٩١٥٤٢٠٤لامركم | ٢٠٠.٠٠ | | ١٠٠.٠٠ |
| ١٤١٩١٢٠٧ | ١٩٩٩٠٣٢٤ | ايداع نقدي<br>٥٠٠٠٠٠٠٠٠٠ايداع المذكور | | ٣,٠٠٠.٠٠ | ٣,١٠٠.٠٠ |
| ١٤١٩١٢١٤ | ١٩٩٩٠٣٣١ | سحب الصراف الآلي<br>MTA/ سحب<br>QAAS ٠٠١ ٢٤١٠٠٢٤٠L٥٧٠١٠٠٠<br>* | ١,٥٠٠.٠٠ | | ١,٦٠٠.٠٠ |
| ١٤١٩١٢١٤ | ١٩٩٩٠٣٣١ | سحب الصراف الآلي<br>MTA/ سحب<br>QAAS ٠٠٢ ٢٤١٠٠٢٤٠L٥٧٠١٠٠٠<br>* | ١٠٠.٠٠ | | ١,٥٠٠.٠٠ |
| ١٤١٩١٢١٤ | ١٩٩٩٠٣٣١ | سحب الصراف الآلي<br>MTA/ سحب<br>QAAS ٠٠١ ٠١٢٠٥٥٤٠L٥FASDEM<br>* | ٥٠٠.٠٠ | | ١,٠٠٠.٠٠ |
| ١٤١٩١٢١٧ | ١٩٩٩٠٤٠٣ | سحب الصراف الآلي<br>MTA/ سحب<br>١٣٥٣ ٥١٤٠٠٨٤٠L١¬IHJAR | ١٠٠.٠٠ | | ٩٠٠.٠٠ |
| ١٤١٩١٢١٩ | ١٩٩٩٠٤٠٥ | سحب الصراف الآلي<br>MTA/ سحب<br>٧١١٣ ٤٤١٠٠٨١٠L١¬IHJAR | ١٠٠.٠٠ | | ٨٠٠.٠٠ |
| ١٤١٩١٢٢٤ | ١٩٩٩٠٤١٠ | سحب الصراف الآلي<br>MTA/ سحب<br>QAAS ٠٠١ ٣٢٢٠٠٢١٠W٥٩٣٢٠٠٠<br>* | ١٠٠.٠٠ | | ٧٠٠.٠٠ |
| ١٤١٩١٢٢٩ | ١٩٩٩٠٤١٥ | ايداع نقدي<br>٥٠٠٠٠٠٠٠٠٠ساجد مشعان | | ٧٠٠.٠٠ | ١,٤٠٠.٠٠ |
| ١٤٢٠٠١٠١ | ١٩٩٩٠٤١٧ | سحب الصراف الآلي | ١,٤٠٠.٠٠ | | ٠.٠٠ |
| العملة<br>ر.س | | | ٤,٠٠٠.٠٠ | ٤,٠٠٠.٠٠ | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

1

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
ماجد مشعان غانم موقد
[REDACTED]
[REDACTED] الحناكية
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

٥٢٩٧ SA[REDACTED] الحناكية ٢٦٩٠٠٠

| | | | | | |
|---|---|---|---|---|---|
| | | | سحب MTA/<br>٤٤١٠٠٨١٠L١¬IHJAR ٧٣٠٧ | | |
| ١,٤٦٠.٠٠ | ١,٤٦٠.٠٠ | | ايداع نقدي<br>٠٠٠٠٠٠٠٠٠٠نفسه | ١٩٩٩٠٥٠٣ | ١٤٢٠٠١١٧ |
| ١,٣٦٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>٨١٢٠٠٢١٠L٥١٤٢٠٠٠ ٠٠١ QAAS<br>* | ١٩٩٩٠٥٠٤ | ١٤٢٠٠١١٨ |
| ١,٢٦٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>١٩٢٢٥٣١٠WYUDUASK ٠٠١ QAAS<br>* | ١٩٩٩٠٥٠٥ | ١٤٢٠٠١١٩ |
| ١,٠٦٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>٤٤١٠٠٨١٠L١¬IHJAR ٤٦٩٤ | ١٩٩٩٠٥٠٨ | ١٤٢٠٠١٢٢ |
| ٨٦٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>٤٤١٠٠٨١٠L١¬IHJAR ٠٩٥٧ | ١٩٩٩٠٥١٣ | ١٤٢٠٠١٢٧ |
| ٧٦٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>٨١٢٠٠٢١٠L٥١٤٢٠٠٠ ٠٠١ QAAS<br>* | ١٩٩٩٠٥٢٠ | ١٤٢٠٠٢٠٥ |
| ١٦٠.٠٠ | | ٦٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>٦٢٨٨٥٤١٠L١ARBDHM ٠٠١ QAAS<br>* | ١٩٩٩٠٥٢٤ | ١٤٢٠٠٢٠٩ |
| ٦٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/<br>٤٤١٠٠٨١٠L١¬IHJAR ٧٩٨٣ | ١٩٩٩٠٥٢٩ | ١٤٢٠٠٢١٤ |
| ٩١٠.٠٠ | ٨٥٠.٠٠ | | ايداع نقدي<br>٠٠٠٠٠٠٠٠٠٠ماجد عوض | ١٩٩٩٠٦١٢ | ١٤٢٠٠٢٢٨ |
| ٦١٠.٠٠ | | ٣٠٠.٠٠ | سحب الصراف الآلي<br>سحب MTA/ | ١٩٩٩٠٦١٩ | ١٤٢٠٠٣٠٥ |
| ٦١٠.٠٠ | ٦,٣١٠.٠٠ | ٥,٧٠٠.٠٠ | | | العملة<br>ر.س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

1

٣

١٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

السيد
ساجد مشعان غانم موقد
[redacted] الحناكية
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٤ الرياض ١١٤٨٢

٥٢٩٧ SA[redacted] الحناكية ٢٦٩٠٠-

| | | | | | |
|---|---|---|---|---|---|
| | | | ٥٧٩٤ ٥١٤٠٠٨٤٠L١¬IHJAR | | |
| ٣١٠.٠٠ | | ٣٠٠.٠٠ | أمر صرف<br>٦٣٧٨٣٧٨١٠٠سحب لامركم | ١٩٩٩٠٦٢١ | ١٤٢٠٠٣٠٧ |
| ٢١٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>٣٤٥٦ ٥١٤٠٠٨٤٠L١¬IHJAR | ١٩٩٩٠٦٢٩ | ١٤٢٠٠٣١٥ |
| ١١٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>٩٢٢٧ ٥١٤٠٠٨٤٠L١¬IHJAR | ١٩٩٩٠٧٠٤ | ١٤٢٠٠٣٢٠ |
| ١٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>٢٧٦ ٦١٤٠٠٨٤٠L١¬IHJAR | ١٩٩٩٠٧١٠ | ١٤٢٠٠٣٢٦ |
| ٣١٠.٠٠ | ٣٠٠.٠٠ | | ايداع نقدي<br>٥٠٠٠٠٠٠٠٠٠٠خالد مشعان | ١٩٩٩٠٩٢٨ | ١٤٢٠٠٦١٨ |
| ١٠.٠٠ | | ٣٠٠.٠٠ | أمر صرف<br>٩٨١٥٧٨١٢٠٠لامركم | ١٩٩٩٠٩٢٩ | ١٤٢٠٠٦١٩ |
| ٥١٠.٠٠ | ٥٠٠.٠٠ | | ايداع نقدي<br>٥٠٠٠٠٠٠٠٠٠٠منكم | ١٩٩٩١١٢٥ | ١٤٢٠٠٨١٧ |
| ٣١٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>QAAS ٠٠١ ٨١٢٠٠٢١٠L٥١٤٢٠٠٠<br>* | ١٩٩٩١١٢٧ | ١٤٢٠٠٨١٩ |
| ٢١٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>٤٦٩ ٤٤١٠٠٨١٠L١¬IHJAR | ١٩٩٩١٢٠٥ | ١٤٢٠٠٨٢٧ |
| ١٠.٠٠ | | ٢٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>٢٩٦١ ٤٤١٠٠٨١٠L١¬IHJAR | ١٩٩٩١٢٠٦ | ١٤٢٠٠٨٢٨ |
| ٣١٠.٠٠ | ٣٠٠.٠٠ | | ايداع نقدي<br>٥٠٠٠٠٠٠٠٠٠٠خالد مشعان | ٢٠٠٠٠٢٢٠ | ١٤٢٠١١١٤ |
| ٢١٠.٠٠ | | ١٠٠.٠٠ | سحب الصراف الآلي<br>MTA/ سحب<br>٢٠٩٨ ٣٨٠ ٤٤١٠٠٨١٠L١¬IHJAR | ٢٠٠٠٠٢٢١ | ١٤٢٠١١١٥ |
| ٢١٠.٠٠ | ٧,٤١٠.٠٠ | ٧,٢٠٠.٠٠ | | | العملة<br>ر.س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

1

٤

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
ساجد مشعان غانم موقد
[REDACTED]
الحناكية
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص .ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص .ب ٨٢٨٢ الرياض ١١٤٨٢

٥٢٩٧ SA[REDACTED] الحناكية ٢٦٩٠٠-

| | | | | |
|---|---|---|---|---|
| ١٤٢٠١١١٧ | ٢٠٠٠٠٤٢٣ | سحب الصراف الآلي<br>MTA/ سحب<br>٥٤١٠٠٨١٠L١٠IHJAR ٣٨٠ ٠٣٧٩ | ١٠٠,٠٠ | ١١٠,٠٠ |
| ١٤٢٠١١٢٠ | ٢٠٠٠٠٤٢٦ | سحب الصراف الآلي<br>MTA/ سحب<br>٥٤١٠٠٨١٠L١٠IHJAR ٣٨٠ ٤٢٩ | ١٠٠,٠٠ | ١٠,٠٠ |

| | | | | |
|---|---|---|---|---|
| العملة<br>ر.س | الأجمالي الكلي | ٧,٤٠٠,٠٠ | ٧,٤١٠,٠٠ | ١٠,٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ة

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
ماجد مشعان غانم موقد
[REDACTED]
[REDACTED] الحناكية
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

٥٢٩٧ SA[REDACTED] الحناكية ٢٦٩٠٠-

| الحركات | ملخص الحساب | | المبلغ | |
|---|---|---|---|---|
| | الرصيد الافتتاحي | | | ٠.٠٠ |
| ٨ | الايداعات النقدية | | ٧,٤١٠.٠٠ | |
| ٠ | الايداعات الاخرى | | ٠.٠٠ | |
| ٨ | اجمالي الايداعات | | ٧,٤١٠.٠٠ | |
| ٢٧ | السحوبات النقدية | ٧,٤٠٠.٠٠ | | |
| ٠ | السحوبات الاخرى | ٠.٠٠ | | |
| ٢٧ | اجمالي السحوبات | ٧,٤٠٠.٠٠ | | |
| | رصيد الاقفال | | | ١٠.٠٠ |

| | |
|---|---|
| الرصيد المتاح اليوم | ٠.٠٠ |
| أجمالي قيود محجوزة دائنة | ٠.٠٠ |
| أجمالي قيود محجوزة مدينة | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

1
1

01/01/1998 - 31/12/2002

Mr. Majed Meshan Ghanem Mawqed

Al-Henakiya
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA 5297 Al-Henakiya 26900-

| | | | | | |
|---|---|---|---|---|---|
| | | Opening balance | | | 0.00 |
| 14191011 | 19990128 | Cash deposit<br>The aforementioned 5000000000 | | 300.00 | 300.00 |
| 14191101 | 19990217 | Payment order 4024519100 to Your order | 200.00 | | 100.00 |
| 14191207 | 19990324 | Cash deposit<br>5000000000 deposit The aforementioned | | 3,000.00 | 3,100.00 |
| 14191214 | 19990331 | ATM withdrawal<br>MTA/withdrawal<br>24100240L5701000 001 OAAS * | 1,500.00 | | 1,600.00 |
| 14191214 | 19990331 | ATM withdrawal<br>MTA/withdrawal<br>24100240L5701000 001 OAAS * | 100.00 | | 1,500.00 |
| 14191214 | 19990331 | ATM withdrawal<br>MTA/withdrawal<br>01205540L5FASDEM 001 OAAS * | 500.00 | | 1,000.00 |
| 14191217 | 19990403 | ATM withdrawal<br>MTA/withdrawal 51400840LI IHJAR 6353 | 100.00 | | 900.00 |
| 14191219 | 19990405 | ATM withdrawal<br>MTA/withdrawal 44100810LI IHJAR 7113 | 100.00 | | 800.00 |
| 14191224 | 19990410 | ATM withdrawal<br>MTA/withdrawal<br>32200210W592000 001 QAAS * | 100.00 | | 700.00 |
| 14191229 | 19990415 | Cash deposit 5000000000 Majed Meshan | | 700.00 | 1,400.00 |
| 14200101 | 19990417 | ATM withdrawal | 1,400.00 | | 0.00 |
| Currency SAR | | | 4,000.00 | 4,000.00 | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN).
United States District Court for the Southern District of New York

1
2

01/01/1998 - 31/12/2002

Mr. Majed Meshan Ghanem Mawqed

[redacted]
Al-Henakiya[redacted]
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA[redacted] 5297 Al-Henakiya 26900-

| | | | | | |
|---|---|---|---|---|---|
| | | /MTA Withdrawal 7307 4410081 L1-IHJAR | | | |
| 14200117 | 19990503 | Cash deposit 5000000000 in person | | 1,460.00 | 1,460.00 |
| 14200118 | 19990504 | ATM withdrawal MTA/withdrawal 81200210L5142000 001 OAAS * | 100.00 | | 1,360.00 |
| 14200119 | 19990505 | ATM withdrawal MTA/withdrawal 19325310W7UEUQWK 001 QAAS* | 100.00 | | 1,260.00 |
| 14200122 | 19990508 | ATM withdrawal MTA/withdrawal 44100810LI IHJAR 4694 | 200.00 | | 1,060.00 |
| 14200127 | 19990513 | ATM withdrawal MTA/withdrawal 44100810LI IHJAR 0957 | 200.00 | | 860.00 |
| 14200205 | 19990520 | ATM withdrawal MTA/withdrawal 81200210L5142000 001 OAAS * | 100.00 | | 760.00 |
| 14200209 | 19990524 | ATM withdrawal MTA/withdrawal 628A5410L1ARBDHM 001 OAAS* | 600.00 | | 160.00 |
| 14200214 | 19990529 | ATM withdrawal MTA/withdrawal 44100810LI IHJAR 7983 | 100.00 | | 60.00 |
| 14200228 | 19990612 | Cash deposit 5000000000 Majed Awad | | 850.00 | 910.00 |
| 14200305 | 19990619 | ATM withdrawal MTA/withdrawal | 300.00 | | 610.00 |
| Currency SAR | | | 5,700.00 | 6,310.00 | 610.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

1
3

01/01/1998 - 31/12/2002

Mr. Majed Meshan Ghanem Mawqed

Al-Henakiya
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA 5297 Al-Henakiya 26900-

IHJAR-51400840L1-IHJAR 5794

| | | | | | |
|---|---|---|---|---|---|
| 14200307 | 19990621 | Payment order 678378100 withdrawal to your order | 300.00 | | 310.00 |
| 14200315 | 19990629 | ATM withdrawal MTA/withdrawal 51400840II IHJAR 3456 | 100.00 | | 210.00 |
| 14200320 | 19990704 | ATM withdrawal MTA/withdrawal 51400840L1 IIHJAR 9227 | 100.00 | | 110.00 |
| 14200326 | 19990710 | ATM withdrawal MTA/withdrawal 61400840L1 IHJAR 276 | 100.00 | | 10.00 |
| 14200618 | 19990928 | Cash deposit 5000000000 Khaled Meshan | | 300.00 | 310.00 |
| 14200619 | 19990929 | Payment order 9815781200 To your order | 300.00 | | 10.00 |
| 14200817 | 19991125 | Cash deposit 5000000000 By yourself | | 500.00 | 510.00 |
| 14200819 | 19991127 | ATM withdrawal MTA/withdrawal 81200210I5142000 001 OAAS * | 200.00 | | 310.00 |
| 14200827 | 19991205 | ATM withdrawal MTA/withdrawal 44100810L1 IHJAR 469 | 100.00 | | 210.00 |
| 14200827 | 19991206 | ATM withdrawal MTA/withdrawal 44100810L1 IHJAR 2961 | 200.00 | | 10.00 |
| 14201114 | 20000220 | Cash deposit 5000000000 Khaled Meshan | | 300.00 | 310.00 |
| 14201115 | 20000221 | ATM withdrawal MTA/withdrawal 44100810L1 IHJAR 380 2098 | 100.00 | | 210.00 |
| Currency SAR | | | 7,200.00 | 7,410.00 | 210.00 |

CONFIDENTIAL: This document is Subject to a Protective Order regarding confidential information in 03 MDL 1570 [GBD] (SN), United States District Court for the Southern District of New York

1
4

01/01/1998 - 31/12/2002

Mr. Majed Meshan Ghanem Mawqed

Al-Henakiya
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA 5297 Al-Henakiya 26900-

| | | | | | |
|---|---|---|---|---|---|
| 14201117 | 20000223 | ATM withdrawal MTA/withdrawal 44100810LI IHJAR 380 0379 | 100.00 | | 110.00 |
| 14201120 | 20000226 | ATM withdrawal MTA/withdrawal 44100810LI IHJAR 380 429 | 100.00 | | 10.00 |
| Currency SAR | | Grand Total | 7,400.00 | 7,410.00 | 10.00 |

CONFIDENTIAL: This document is Subject to a Protective Order regarding confidential information in 03 MDL 1570 [GBD] (SN), United States District Court for the Southern District of New York

1
5

01/01/1998 - 31/12/2002

Mr. Majed Meshan Ghanem Mawqed

Al-Henakiya
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA 5297 Al-Henakiya 26900-

| Movements | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening balance | | | 0.00 |
| 8 | Cash deposits | | 7,410.00 | |
| 0 | Other deposits | | 0.00 | |
| 8 | Total deposits | | 7,410.00 | |
| 27 | Cash withdrawals | 7,400.00 | | |
| 0 | Other withdrawals | 0.00 | | |
| 27 | Total withdrawals | 7,400.00 | | |
| | Closing balance | | | 10.00 |

| | |
|---|---|
| Balance available today | 0.00 |
| Total retained credit notes | 0.00 |
| Total retained debit notes | 0.00 |

CONFIDENTIAL: This document is Subject to a Protective Order regarding confidential information in 03 MDL 1570 [GBD) (SN), United States District Court for the Southern District of New York



**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00000836

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926