# Al Rajhi Bank
# Ex. 84

١٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

السيد
احمد سالح سعيد الكوشي
الزاوية
المملكة العربية السعودية



عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
ارنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

| | | | | |
|---|---|---|---|---|
| -٤٥٧٠٠ | الزاوية | SA...٠٩٦ | | |

الرصيد الافتتاحي ٠٠٠٠

| ١٤٢٠٠٢٢١ | ١٩٩٩٠٧٠٥ | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠نفسه | | ٥٠.٠٠ | ٥٠.٠٠ |
| ١٤٢٠٠٣١٣ | ١٩٩٩٠٦٢٧ | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠مئة نفسه | | ٦٢٤.٠٠ | ٦٧٤.٠٠ |
| ١٤٢٠٠٣٢٢ | ١٩٩٩٠٧٠٦ | سحب الصراف الآلي MTA/ سحب B٠٢٠٠٨٧٠D١¬IHJAR  ٢٢٤٩ | ٥٠٠.٠٠ | | ١٧٤.٠٠ |
| ١٤٢٠٠٣٢٢ | ١٩٩٩٠٧٠٦ | سحب الصراف الآلي MTA/ سحب B٠٢٠٠٨٧٠D١¬IHJAR  ٢٢٤٩ | ١٠٠.٠٠ | | ٧٤.٠٠ |
| ١٤٢٠٠٥٠٣ | ١٩٩٩٠٨١٤ | سحب الصراف الآلي SOP/ سحب ٧٧٢٠٠١٧٠٥٨٤١٠٠١٤٠٠١ QAAS * | ٥٠.٠٠ | | ٢٤.٠٠ |
| ١٤٢٠٠٥٠٣ | ١٩٩٩٠٨١٤ | سحب الصراف الآلي SOP/ سحب ٧٧٢٠٠١٧٠٥٨٤١٠٠١٤٠٠١ QAAS * | ٢٤.٠٠ | | ٠.٠٠ |
| ١٤٢٠٠٦٠٣ | ١٩٩٩٠٩١٣ | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠صالح سعيد | | ٤٠٠.٠٠ | ٤٠٠.٠٠ |
| ١٤٢٠٠٦٠٣ | ١٩٩٩٠٩١٣ | سحب الصراف الآلي MTA/ سحب ٧٨٢٠٠٨٢٠L١¬IHJAR  ٦٧٦٩ | ٤٠٠.٠٠ | | ٠.٠٠ |
| ١٤٢٠٠٧٠٥ | ١٩٩٩١٠١٤ | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠نفسه | | ٥,٠٠٠.٠٠ | ٥,٠٠٠.٠٠ |
| ١٤٢٠٠٧١١ | ١٩٩٩١٠٢٠ | ايداع نقدي ٠٠٠٠٠٠٠٠٠٠احمد فرج الله سعد المصامدي | | ١,٥٠٠.٠٠ | ٦,٥٠٠.٠٠ |
| ١٤٢٠٠٧١١ | ١٩٩٩١٠٢٠ | سحب الصراف الآلي MTA/ سحب F٢١٠٠٨١٠L١¬IHJAR  ٤٥٤٨ | ٥,٠٠٠.٠٠ | | ١,٥٠٠.٠٠ |

| | | | |
|---|---|---|---|
| العملة ر.س | ٦,٧٤.٠٠ | ٧,٥٧٤.٠٠ | ١,٥٠٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000811



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000812

٣

١٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

السيد
احمد صالح سعيد الكوشي

الزاوية
المملكة العربية السعودية

العميل العزيز: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
ارنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

SA⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ٥٠٩٦

الزاوية

-٤٥٧٠٠
-٤٥٧٠٤

| | | | | | |
|---|---|---|---|---|---|
| ٩٨٤.٩٨ | ١,٠٠٠.٠٠ | | ايداع نقدي | ١٩٩٩١١١٠ | ١٤٢٠٠٨٠٢ |
| | | | ٥٠٠٠٠٠٠٠٠٥ سعيد صالح | | |
| ١٩٥.٤٠ | | ٧٨٩.٥٨ | سحب الصراف الآلي | ١٩٩٩١١١٢ | ١٤٢٠٠٨٠٤ |
| ١٠٧.٤٦ | | ٨٧.٩٤ | سحب الصراف الآلي | ١٩٩٩١١١٢ | ١٤٢٠٠٨٠٥ |
| -١٣٦.٣٨ | | ٢٤٣.٨٤ | سحب الصراف الآلي | ١٩٩٩١١١٢ | ١٤٢٠٠٨٠٥ |
| ٣,٥٢٠.٦٢ | ٣,٦٥٧.٠٠ | | ايداع نقدي | ١٩٩٩١١١٣ | ١٤٢٠٠٨٠٥ |
| | | | ٥٠٠٠٠٠٠٠٠٥ احمد سعيد | | |
| ٠.٦٢ | | ٣,٥٢٠.٠٠ | أمر صرف | ٢٠٠٠٠٨٣٠ | ١٤٢١٠٦٠١ |
| | | | ٠٣٠١١٦٦٢٠٠ لأمركم | | |
| ٣,٠٠٠.٦٢ | ٣,٠٠٠.٠٠ | | ايداع نقدي | ٢٠٠٠١٠١٨ | ١٤٢١٠٧٢١ |
| | | | ٥٠٠٠٠٠٠٠٠٥ نقدية | | |
| ٠.٦٢ | | ٣,٠٠٠.٠٠ | اشعار قيد مدين | ٢٠٠٠١٠٣٠ | ١٤٢١٠٨٠٣ |
| | | | ٠٠٠٠٠٠٠٠٨٦ ايداع | | |
| | | | بالخطأ ٢٠٠٠/٠١/٠١٨م | | |

| | | | | |
|---|---|---|---|---|
| ٠.٦٢ | ٢١,٦٧٣.٠٠ | ٢١,٦٧٢.٣٨ | الأجمالي الكلي | العملة |
| | | | | ر. س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000813

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

٤

السيد
احمد صالح سعيد الكوشي

المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الغامدي

٤٥٧٠٠ —    الزاوية    SA█████████ ٥٠٩٦

| الحركات | ملخص الحساب | المبلغ |
|---|---|---|
| | الرصيد الافتتاحي | ٠.٠٠ |
| ١٤ | الايداعات النقدية | ٢١,٦٧٣.٠٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ١٤ | اجمالي الايداعات | ٢١,٦٧٣.٠٠ |
| ٣٠ | السحوبات النقدية | ١٨,٦٧٢.٣٨ |
| ١ | السحوبات الاخرى | ٣,٠٠٠.٠٠ |
| ٣١ | اجمالي السحوبات | ٢١,٦٧٢.٣٨ |
| | رصيد الاقفال | ٠.٦٢ |

| | |
|---|---|
| الرصيد المتاح اليوم | ٠.٠٠ |
| اجمالي قيود محجوزة دائنة | ٠.٠٠ |
| اجمالي قيود محجوزة مدينة | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000814

1

01/01/1998 - 31/12/2002

Mr. Ahmad Saleh Said al-Kushi          Al-Ghamdi

▮▮
▮▮
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
KPMG: PO Box 92876 Riyadh 11663

SA▮▮5096            Al Zawya            45700-

| | | | | | |
|---|---|---|---|---|---|
| | | Opening balance | | | 0.00 |
| 14200221 | 19990605 | Cash deposit 5000000000 Deposited by himself | | 50.00 | 50.00 |
| 14200313 | 19990627 | Cash deposit 5000000000 Deposited by himself | | 624.00 | 674.00 |
| 14200322 | 19990706 | ATM withdrawal MTA/withdrawal B0200870D1 IHJAR 1249 | 500.00 | | 174.00 |
| 14200322 | 19990706 | ATM withdrawal MTA/withdrawal B0200870D1IHJAR 2249 | 100.00 | | 74.00 |
| 14200503 | 19990814 | ATM withdrawal SOP/withdrawal 7710017058410014 001 QAAS * | 50.00 | | 24.00 |
| 14200503 | 19990814 | ATM withdrawal SOP/withdrawal 7710017058410014 001 QAAS * | 24.00 | | 0.00 |
| 14200603 | 19990913 | Cash deposit 5000000000 Saleh Said | | 400.00 | 400.00 |
| 14200603 | 19990913 | ATM withdrawal MTA/withdrawal IHJAR 71300820L1 6769 | 400.00 | | 0.00 |
| 14200705 | 19991014 | Cash deposit 5000000000 Deposited by himself | | 5,000.00 | 5,000.00 |
| 14200711 | 19991020 | Cash deposit 5000000000 Ahmad Gharmallah Saad al-Ghamdi | | 1,500.00 | 6,500.00 |
| 14200711 | 19991020 | ATM withdrawal MTA/withdrawal F2100810L1 IHJAR 4048 | 5,000.00 | | 1,500.00 |
| | | | 6,074.00 | 7,574.00 | 1,500.00 |

Currency SAR

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000811

Case 1:03-md-01570-GBD-SN    Document 10598-84    Filed 12/09/24    Page 7 of 10

2

01/01/1998 - 31/12/2002

Mr. Ahmad Saleh Said al-Kushi        Al-Ghamdi

Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or KPMG: PO Box 92876 Riyadh 11663

| SA▮▮▮▮▮5096 | | Al Zawya | | 45700- | |
|---|---|---|---|---|---|
| 14200711 | 19991020 | Cash deposit Ahmad Said 5000000000 | | 571.00 | 2,071.00 |
| 14200711 | 19991020 | Payment order 5000000000 Deposited by himself | 1,500.00 | | 571.00 |
| 14200721 | 19991030 | Payment order 5000000000 Deposited by himself | | 250.00 | 821.00 |
| 14200721 | 19991030 | Cash deposit 5000000000N | | 2,420.00 | 3,241.00 |
| 14200722 | 19991031 | ATM withdrawal  330.97 | | | 2,910.03 |
| 14200722 | 19991031 | Cash deposit 5000000000Yaser Abdulrahman | 1,200.00 | | 4,110.03 |
| 14200722 | 19991031 | Cash deposit 5000000000 Deposited by himself | | 1,401.00 | 5,511.03 |
| 14200723 | 19991101 | ATM withdrawal | 49.95 | | 5,461.08 |
| 14200723 | 19991101 | ATM withdrawal | 49.95 | | 4,411.13 |
| 14200723 | 19991101 | ATM withdrawal | 49.95 | | 5,361.18 |
| 14200723 | 19991101 | ATM withdrawal | 49.95 | | 5,311.23 |
| 14200724 | 19991102 | Cash deposit 5000000000 Said Abdullah | | 600.00 | 5,911.23 |
| 14200727 | 19991105 | ATM withdrawal | 605.55 | | 5,305.68 |
| 14200727 | 19991105 | ATM withdrawal | 605.55 | | 4,700.13 |
| 14200727 | 19991105 | ATM withdrawal | 796.13 | | 3,904.00 |
| 14200727 | 19991105 | ATM withdrawal | 17.94 | | 3,886.06 |
| 14200727 | 19991105 | ATM withdrawal | 407.02 | | 3,479.04 |
| 14200727 | 19991105 | ATM withdrawal | 605.55 | | 2,873.49 |
| 14200727 | 19991105 | ATM withdrawal | 605.55 | | 2,267.94 |
| 14200727 | 19991105 | ATM withdrawal | 89.40 | | 2,178.54 |
| 14200727 | 19991105 | ATM withdrawal | 49.72 | | 2,128.82 |
| 14200727 | 19991105 | ATM withdrawal | 89.40 | | 2,039.42 |
| 14200729 | 19991107 | ATM withdrawal | 721.59 | | 1,317.83 |
| 14200729 | 19991107 | ATM withdrawal | 721.59 | | 596.24 |
| 14200801 | 19991109 | ATM withdrawal | 207.10 | | 389.14 |
| 14200801 | 19991109 | ATM withdrawal | 404.16 | | -15.02 |
| Currency SAR | | | 14,031.02 | 14,016.00 | -15.02 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000812

3

01/01/1998 - 31/12/2002

Mr. Ahmad Saleh Said al-Kushi        Al-Ghamdi

Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact an auditor directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or KPMG: PO Box 92876 Riyadh 11663

SA_____5096         Al Zawya     45700-

| | | | | | |
|---|---|---|---|---|---|
| 14200802 | 19991110 | Cash deposit 5000000000 Said Saleh | 1,000.00 | | 984.98 |
| 14200804 | 19991112 | ATM withdrawal | 789.58 | | 195.98 |
| 14200804 | 19991112 | ATM withdrawal | 87.94 | | 107.46 |
| 14200804 | 19991112 | ATM withdrawal | 243.84 | | -136.38 |
| 14200805 | 19991113 | Cash deposit 5000000000 Ahmad Said | | 3,657.00 | 3520.62 |
| 14210601 | 20000830 | Payment order 0301166200 | | 3520 | 0.62 |
| 14210721 | 20001018 | Cash deposit 5000000000 Deposited by himself | | 3,000.00 | 3000.62 |
| 14210803 | 20001030 | Debit note 8600000000 deposit in error 0002/01/81M [TN: this may represent 18/10/2000 AD if the | 3000 | | 0.62 |
| 14210803 | 20001030 | formatting was distorted] | | 3,000.00 | |
| Currency SAR | | | 21,672.38 | 21,673.00 | 0.62 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000813

4

01/01/1998 - 31/12/2002

Mr. Ahmad Saleh Said al-Kushi        Al-Ghamdi

█████████                              Dear client: If the balance is incorrect, please contact
                                       an auditor directly.
Kingdom of Saudi Arabia                Ernst & Young: PO Box 2732 Riyadh 1146 or KPMG:
                                       PO Box 92876 Riyadh 11663

SA█████████1000    Al Zawya                                              -4570.00

| Movements | | Account Summary | Amount |
|---|---|---|---|
| Opening balance | | | 0.00 |
| 14 | | Cash deposits | 21,673.00 |
| 0 | | Other deposits | 0.00 |
| 14 | | Total deposits | 21,673.00 |
| 30 | Cash withdrawals | 18,672.38 | |
| 1 | Other withdrawals | 3,000.00 | |
| 31 | Total withdrawals | 21,672.38 | |
| Closing balance | | | 0.62 |
| Balance available today | | | 0.00 |
| Total retained credit notes | | | 0.00 |
| Total retained debit notes | | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000814



**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00000811

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926