# Al Rajhi Bank
# Ex. 85



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041951



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041952

شركة الراجحي المصرفية للإستثمار
إدارة الحاسب الآلي

نموذج ادخال البيانات الاساسية للحسابات الجارية

اسم الفرع : جريضة                رقم الفرع : ـــــــ
اسم العملة : الريال              رقم العملة : ٦ ٨
رقم الحساب : ٨٢ █
اسم العميل : عبدالله بن ابراهيم بن عبدالله المسعري
بيانات خاصة بالعميل :
الجنسية : سعودي           المهنة : █
تاريخ الميلاد : █ /١٣٨٥

☑ بطاقة النفوس    ☐ جواز السفر    ☐ اقامة    ☑ بطاقة شخصية
الرقم : █
تاريخ الاصدار : █        مكان الاصدار : █
تليفون/ منزل : ـــــــ   تليفون / عمل : ـــــــ

بيانات خاصة بالمؤسسات والشركات :
رقم السجل التجاري : ـــــــ   تاريخ اصدار السجل التجاري : / /
الشكل القانوني : ـــــــ      النشاط الاقتصادي : ـــــــ
رقم التلكس : ـــــــ          رقم الفاكس : ـــــــ
رقم التليفون : ـــــــ

بيانات حاسوبية :
تاريخ فتح الحساب هجري : / /    تاريخ فتح الحساب ميلادي : / /
☐ حساب غير متحرك (جامد)   ☐ موقوف   ☐ ايقاف حركة مدينة   ☐ ايقاف في حالة الوفاة
☐ يرسل كشف حساب/شهري   ☐ ربع سنوي   ☐ نصف سنوي   ☐ عند الطلب

بيانات اخرى :
عنوان العميل :
اسم الشارع : █              اسم الحي : █
ص.ب :                        الرمز البريدي :
اسم المدينة : الرياض
جهة العمل : █
اسم الكفيل : ـــــــ
عنوان الكفيل ..
اسم الشارع : ـــــــ          اسم الحي : ـــــــ
ص.ب : ـــــــ                الرمز البريدي : ـــــــ
اسم المدينة : ـــــــ
اسم الوكيل الاول : ـــــــ
اسم الوكيل الثاني : ـــــــ
اسم الوكيل الثالث : ـــــــ

توقيع العميل : [signature]

نموذج رقم ١/١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041953

**RAJHI BANKING & INVESTMENT CORP.**
a Joint Stock Corp. — Capital S. R. 1500,000,000
R. 96 — Head Office: P. O. Box 28 — Riyadh 11411



شركة الراجحي المصرفية للاستثمار

## CURRENT ACCOUNT APPLICATION
طلب فتح حساب جار

To Messrs: ..........................................  السادة فرع

Dear Sirs,   تحية طيبة وبعد ،

I / We ........................................ the undersigned referred to on this application as "CUSTOMER" request you to open a current account with you in my name in accordance to the Articles of Association of "AL RAJHI BANKING & INVESTMENT CORPORATION" and the principles and regulations stipulated and any subsequent modifications subject to the following terms and conditions considered and treated as an integral & indivisible part of these principles and regulations.

1. The Corporation has the right to utilize the money deposited in the account with a guarantee of payment upon request and I shall have no claim on profits earned by the Corporation.

2. The account shall be operated by myself or by my authorized agent of whom you shall be informed in writing.

3. I hereby authorize and request you to honour and pay all cheques, promissory notes, other orders drawn on the corporation by me or my authorised agent and all bills accepted by me regardless the position of the account whether it is credit or overdrawn and to comply with all directions given in respect of the account provided that such documents or directions are signed by me or my duly authorized agent.

4. I hereby agree that the Corporation may without notice combine or consolidate my account (s) in any currency whatever and at any of the Corporation branches to settle my liabilities to the corporation and set off or transfer any sum (s) standing to the credit of my such account or any other sum (s) owing to me from the Corporation in or towards satisfaction of any liabilities actual or contingent.

5. I declare myself responsible for any overdrafts or other sums that may be due to the Corporation in connection with the afore-mentioned account.

6. a) I agree that if the account was initially opened in a currency other than Saudi Riyal (in one of currencies allowed of free circulation in the Kingdom) in the form of cash deposit or cheques / drafts, withdrawals from the account of such currency should be made by the same means by which the account has been opened with.

b) I confirm that I must submit a written application within a sufficient period of time prior to any cash withdrawals from my current account with you in foreign currency.

P.O.

## CURRENT ACCOUNT DETAILS
بيانات الحساب الجاري

| Account Number: ██████ | Date: ██████ |
| Currency & C. Code: ██████ | Corres.: ██████ |

Full Name: ██████

Address: Zip Code ██ | City ██ | P.O. Box ██

Telephone No. (Office) ██ | Telephone (Res.) ██

Name & Address of Sponsor *

Zip Code ____ | City ____ | P.O. Box ____

| Legal Status: | Occupation: ██████ |
| C. R. Details: | Nationality: ██████ |
| | Date of Birth: ██████ |
| Licence Details: | I.D. Details: ██████ |
| | Date & Place of Issue: ██████ |

Other Accounts (if any):

| Branch | Account No | Type of Account |
|---|---|---|
| ██ | ██ | ██ |

Statement Frequency:
☐ Yearly   ☐ Half Yearly   ☐ Quarterly   ☒ Monthly

Customer Signature: [signature]

Introduced By:
Account No.: ____   Name: ____
                   Address: ____
Signature: [signature]

Branch Manager Authorization: ____   Current A/C Clerk Sig.: [signature]

*For Foreigners

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041954



7. The records and accounts of the Corporation regard to such account shall be correct, final and conclusive evidence binding upon me and I hereby waive any right I may have to object to them, except any entries or transactions which deemed to be illegally accomplished in this account without my admission or my authorised agent directly or indirectly, and I undertake to notify the Corporation with any subsequent guidance in this concern.

8. The Corporation is authorized to debit my account with all amounts claimed by the Corporation in respect of guarantees issued, bills, cheques, payment orders or other negotiable instruments remitted by me for collection and stop drawing from any or all accounts in my name at any time and demand reimbursement of any debit balance due to the Corporation which will be repayable immediately and this not with-standing that the Corporation may hold security or guarantees to realize in respect thereof.

9. I am obliged to inform the Corporation in writing of any change in address, otherwise the last address in records shall be used for correspondence.

10. Unless contested within fifteen days from date of mailing or handing over statements of account (with all particulars therein) sent by the Corporation or handed to me personally or my authorized agent or delegate shall be considered correct, final and binding upon me.

11. I will be held responsible to keep the cheque book (s) issued to me by the Corporation in safe custody and shall notify the Corporation of any loss thereof and to co-operate with the Corporation to give any information about the way of keeping. I must return to the Corporation the cheque book (s) as soon as this account is closed by me or my authorized agent or by the Corporation notifying me in writing, or if the account remained nil balance for one year.

12. I agree to provide the Corporation with specimen of my signature or signature of my authorized agent on the appropriate card, these signatures are considered legal and authorized for any operations concerning the account.

13. The Corporation has the right at any time to change or modify terms and conditions of this account. If we do not object to it, this change or modification shall be effective in a period of one week after an advice is sent to us by registered mail.

14. The Corporation is authorized to credit my account without notification in cash or by cheques deposited by myself or by others.

15. Any claim or dispute arising out of the implementation or interpretation of this application shall be governed by the Islamic Sharia Laws and determined by any of the Sharia Courts in the Kingdom.

Signature: 

Name: _____

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041955

Account Number: [handwritten: 0083/6] | Customer Name: [handwritten: Abdullah Ibrahim Abdullah Al Misfer] Account Type: [handwritten: Current]

[handwritten: 0083/6]

---
204
[signature]

[Logo]

[bilingual: Al Rajhi Banking and Investment Corp]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041951

| | |
|---|---|
| Abdullah Ibrahim Abdullah Al Misfer [illegible] Date [illegible] Issued on [illegible] ▬ [illegible] | [photo] Civil Status Riyadh [signature] |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041952

[Logo] Al Rajhi Banking and Investment Company

Computer Department

*Form for Entering Basic Details for Current Accounts*

Branch Name: [handwritten: Al Rawda]                Branch Number: [handwritten: 204]

Currency Name: [handwritten: Riyal]                Currency Number: [handwritten: 608]

Account Number: [handwritten: ▮083/6]

Customer Name: [handwritten: Abdullah Ibrahim Abdullah Al Misfer]

<u>Customer's Details</u>

Nationality: [handwritten: Saudi]                Occupation: [handwritten: ▮]

Date of Birth: [handwritten: ▮/1382 Hijri]

☒ National ID Booklet          ☐ Passport                ☐ Residence                ☒ Identity Card

Number ▮                                                Place of Issue: [handwritten: Riyadh]

Date of Issue: [handwritten: ▮]                        Telephone / Work: ▮

Telephone / Home: [handwritten: ▮

<u>Details for Institutions and Companies:</u>

Commercial Registration Number:                Date of Issue of Commercial Registration: dd/mm/yyyy

Legal Structure:                                Economic Activity:

Telex Number:                                Fax Number:

Telephone Number:

<u>Accounting Details:</u>

Account Opening Date (Hijri): dd/mm/yyyy        Account Opening Date (Gregorian): dd/mm/yyyy

Dormant Account ☐ Suspended ☐ Suspension of Credit Movement ☐ Suspension in Case of Death ☐

Statement Frequency / Monthly ☐ Quarterly ☐ Semi-Annually ☐ When requested ☐

<u>Other Details:</u>

Customer's Address:

Street Name ▮                                District Name: ▮

P.O. Box ▮                                    Postal Code: ▮

City Name: [handwritten: Riyadh]

Employer ▮

Name of Sponsor: -

Address of Sponsor: -

Street Name:                                District Name:

P.O. Box:                                    Postal Code:

City Name:

Name of First Agent:

Name of Second Agent:

Name of Third Agent:                        Customer's Signature: [signature]

Form No. 1/1

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041953

[bilingual form]



I, Abdullah Ibrahim Abdullah Al Misfer]

## Current Account Details

Date: [handwritten: 7/5/1413]   Account Number: [handwritten: 0083/6]
Corresponding: [handwritten: 1/12/92 AD]   Currency:

| Full Name: [handwritten: Abdullah Ibrahim Abdullah Al Misfer] | |
|---|---|
| Address: P.O. Box | |
| Telephone Number [handwritten: -] | Telephone Number (Office) [handwritten] |
| Name and Address of Sponsor * | |
| Legal Status | Occupation |
| Commercial Registration Details | Nationality [handwritten: Saudi] |
| | Date of Birth [ 382] |
| License Details | ID Details [handwritten: |
| | Date & Place of Issue [handwritten: or Riyadh] |

Other Accounts (if any)

| Branch | Account Number | Type of Account |
|---|---|---|
| [handwritten: Al Rawda] | [handwritten: 801 / 5] | [handwritten: Current] |
| | | |

Statement Frequency

Monthly ☒   Quarterly ☐   Half-Yearly ☐   Yearly ☐

Customer's Signature
[signature]

Introduced by

Name                                    Account Number
Address
                                        Signature

[signature]                                                  [signature]
Branch Manager Authorization           Current Account Clerk Signature

* To be completed if the customer is a non-Saudi        [English: For Foreigners]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041954

[bilingual]



7. The records and accounts of the Corporation regard to such account shall be correct, final and conclusive evidence binding upon me and I hereby waive any right I may have to object to them, except any entries or transactions which deemed to be illegally accomplished in this account without my admission or my authorized agent directly or indirectly, and I undertake to notify the Corporation with any subsequent guidance in this concern.

8. The Corporation is authorized to debit my account with all amounts claimed by the Corporation in respect of guarantees issued, bills, cheques, payment orders or other negotiable instruments remitted by me for collection and stop drawing from any or all accounts in my name at any time and demand reimbursement of any debit balance due to the Corporation which will be repayable immediately and this not with-standing that the Corporation may hold security or guarantees to realize in respect thereof.

9. I am obliged to inform the Corporation in writing of any change in address, otherwise the last address in records shall be used for correspondence.

10. Unless contested within fifteen days from date of mailing or handing over statements of account (with all particulars therein) sent by the Corporation or handed to me personally or my authorized agent or delegate shall be considered correct, final and binding upon me.

11. I will be held responsible to keep the cheque book (s) issued to me by the Corporation in safe custody and shall notify the Corporation of any loss thereof and to co-operate with the Corporation to give any information about the way of keeping. I must return to the Corporation the cheque book (s) as soon as this account is closed by me or my authorized agent or by the Corporation notifying me in writing, or if the account remained nil balance for one year.

12. I agree to provide the Corporation with specimen of my signature or signature of my authorized agent on the appropriate card, these signatures are considered legal and authorized for any operations concerning the account.

13. The Corporation has the right at any time to change or modify terms and conditions of this account. If we do not object to it, this change or modification shall be effective in a period of one week after an advice is sent to us by registered mail.

14. The Corporation is authorized to credit my account without notification in cash or by cheques deposited by myself or by others.

15. Any claim or dispute arising out of the implementation or interpretation of this application shall be governed by the Islamic Sharia Laws and determined by any of the Sharia Courts in the Kingdom.

Name: [handwritten: Abdullah Bin Ibrahim Al Misfer]    Signature: [signature]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041955



**Declaration**

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated this document from *Arabic* into *English* for *PO37434*.

File names:

ARB-00041951

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: _____
Fahim Hoosen (Apr 26, 2024 19:34 GMT+2)

fahim.hoosen@gmail.com
Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926