# Al Rajhi Bank Ex. 86



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000841

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

محمد جمال السيد احمد خليفه



جدة
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص. ب ٢٧٣٢  الرياض ١١٤٦  أو
برايس ولسرهاوس كوبرز ص. ب ٨٢٨٢  الرياض ١١٤٨٢

شارع الجامعة

~١٧٦٠٠
٠٠٦٧١

| الحركات | ملخص الحساب | المبلغ |
|---|---|---|
| | الرصيد الافتتاحي | ١,٩٨٨.٤٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ٠ | اجمالي الايداعات | ٠.٠٠ |
| | السحوبات الاخرى | ٠.٠٠ |
| | اجمالي السحوبات | ٠.٠٠ |
| | رصيد الاقفال | ١,٩٨٨.٤٠ |

| | |
|---|---|
| الرصيد المتاح اليوم | ١,٩٨٨.٤٠ |
| اجمالي قيود محجوزة دائنة | ٠.٠٠ |
| اجمالي قيود محجوزة مدينة | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000842

01/01/1998 – 12/31/2002                                                                 1

Muhammed Gamal al-Sayyed Ahmed Khalifa       Dear customer: if the balance is incorrect please
                                              contact an accounts reviewer at Ernst &Young
Jeddah                                        immediately P.O. Box 2732 Riyadh 1146 or
Kingdom of Saudi Arabia                       Price Waterhouse Coopers P.O. Box 8282 Riyadh 11482

S.                            4042            University Road                    17600 –


Opening balance                                                                  1,988.40




Grand total              0.00                 0.00              1,988.40

CONFIDENTIAL: This document is subject to Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York        ARB-00000841

01/01/1998 – 12/31/2002                                                                 2

Muhammed Gamal al-Sayyed Ahmed Khalifa      Dear customer: if the balance is incorrect please
                                            contact one of the accounts reviewers at Ernst &Young
Jeddah                                      immediately P.O. Box 2732 Riyadh 1146 or
Kingdom of Saudi Arabia                     Price Waterhouse Coopers P.O. Box 8282 Riyadh 11482

SA                        4042              University Road                    17600 –

| Movements | Account Summary | | Amount |
|---|---|---|---|
| | Opening balance | | 1,988.40 |
| 0 | Other deposits | 0.00 | |
| 0 | Total deposits | 0.00 | |
| 0 | Other withdrawals | 0.00 | |
| 0 | Total withdrawals | 0.00 | |
| | Closing balance | | 1,988.40 |

| | | |
|---|---|---|
| Available balance as of today | | 1,988.40 |
| Total reserved credit entries | | 0.00 |
| Total reserved debit entries | | 0.00 |

CONFIDENTIAL: This document is subject to Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00000842



**Declaration**

I, *Halah Al-janabi*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO37009.

Document name: ARB-00000841

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

**Signature:** *Halah Aljanabi*
Halah Aljanabi (Jan 10, 2024 21:39 GMT)

**Email:** aljanabihalah@gmail.com
**Title:** Translator

**Signature:** *Halah Aljanabi*
Halah Aljanabi (Jan 10, 2024 21:39 GMT)

Date: January 10, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number 13652692C