# Al Rajhi Bank
# Ex. 89

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



On October 04, 1998 AD
Honorable Dr. Abdullah bin Saleh al Obaid
Secretary General of the Muslim World League
Chairman of the Board of Directors of the International Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting:** *162 – sent by Fax*]

     I have received your letter No. 117/21/M.A.K., addressed to me on 01/06/1419 AH (September 21, 1998 AD), in which you invite me to attend the meeting of the Organization's Board of Directors on Wednesday 01/07/1419 AH, corresponding to October 21, 1998 AD. First, I would like to thank you for your keenness that I should participate in such a good deed. I ask Allah to grant success to you and those in charge of it for the benefit of Islam and the Muslims.

     You are aware that I have previously submitted my resignation from my membership in the esteemed Board of Directors, as well as from my membership in the investment committees and others in more than one letter, the latest of which was dated August 15, 1998 AD. This is due to my busy agenda which really makes me unable to carry out the heavy responsibilities dictated by this work signified in collecting donations from the well-off people and spending them in various ways that benefit the Muslims or those who deserve them, whether individuals or groups, etc. Accordingly, I am enclosing herewith a copy of these resignations. Please excuse me for not being able to participate in this work because of the conditions that I referred to, although it was my desire and wish to contribute to this good deed.

Thank you. May Allah bless you.

SULAIMAN ABDULAZIZ AL RAJHI
[*Handwritten Signature*]

---

Head Office: Tel: 4768369/4768368 – Telex: 405427 RADCO – Fax: 4760620 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Riyadh Branch: Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – Commercial Register: 4030043997 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5570814/5570351/5582075/5585087 – Fax: 5570853 – P.O. Box 7783 Commercial Register: 004/4030043997 – Membership in the Chamber of Commerce: 13247
Medina Branch: Tel/Fax: 8369878
Dammam Branch: Tel: 8274908 – Telex: 802939 SJ – Fax: 8275795 – P.O. Box 6030 Dammam 31442 – Kingdom of Saudi Arabia

---

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039593

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



05

On August 15, 1998 AD
Honorable Dr. Abdullah bin Saleh al Obaid
Secretary General of the Muslim World League
Chairman of the Board of Directors of the International Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *162*]

    This is with reference to your letter No. 28/S./S., addressed to me on 05/04/1419 AH (July 28, 1998 AD), in which you request to update you on whether or not I want to continue my membership in the Board of Trustees of Sanabel Company in the United States of America. Please note that I submitted my resignation years ago due to my busy agenda. Specifically, the resignation was on 19/12/1412 AH (June 20, 1992 AD). My resignation was from the membership of the Constituent Assembly of the International Islamic Relief Organization, as well as from the membership of the investment committees including Sanabel Al Khair Company. Please find a copy of the resignation enclosed herewith.

    Therefore, if my membership in the Board of Trustees for the previous period remained valid for statutory considerations, and since these considerations have now gone, I kindly and gratefully ask you to exempt me from the membership of the Board of Trustees of Sanabel Al Khair Company for the same reasons previously mentioned. I confirm my unwillingness to renew my membership either in the Board of Trustees of Sanabel Company or in any board or sub-committee of the Constituent Assembly of the Islamic Relief Organization due to my busy agenda and many commitments which you are aware of. I would not miss to convey my thanks and appreciation to you and to the brothers. I ask Allah the almighty to bless you for the benefit of Islam and the Muslims.
Thank you.

                                   SULAIMAN ABDULAZIZ AL RAJHI
                                   [*Handwritten Signature*]

Head Office: Tel: 4768369/4768368 – Telex: 405427 RADCO – Fax: 4760620 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Riyadh Branch: Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – Commercial Register: 4030043997 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5570814/5570351/5582075/5585087 – Fax: 5570853 – P.O. Box 7783 Commercial Register: 004/4030043997 – Membership in the Chamber of Commerce: 13247
Medina Branch: Tel/Fax: 8369878
Dammam Branch: Tel: 8274908 – Telex: 802939 SJ – Fax: 8275795 – P.O. Box 6030 Dammam 31442 – Kingdom of Saudi Arabia

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

                                         ARB-00039594

[*SAME TEXT AS IN FILE NO. ARB-00039594*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039595

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



05

On 28/08/1417 AH (January 07, 1997 AD)
Honorable Mr. Abdel Qadir Othman Hafiz
Director General of Sanabel Al Khair Company
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *January 07, 1997 AD – 162 – Sent by Fax*]

     This is with reference to your letter No. 82/S./KH., addressed to me on 14/08/1417 AH (December 24, 1996 AD), which included your invitation to me to attend the 4th Meeting of the Shareholders' Association which was held on 19/08/1417 AH (December 29, 1996 AD). In fact, I have already written many letters in which I clarified that I was very busy and unable to attend such periodic meetings. Thus, I had to submit my resignation. However, I keep receiving invitations to attend. May Allah reward you.

     I am enclosing to you a copy of the last two letters that I had sent, from which we can conclude that my membership in the Shareholders' Association is not valid anymore, in addition to the previous letters that explicitly included my resignation. In this letter, I would like to confirm what was previously included in my previous letters addressed to the Islamic Relief Organization, stating that I am so busy and cannot commit myself to the membership in any additional work because my current time is not enough even for my own business.

     I am grateful and appreciative of your trust and insistence on my membership. Please assign the competent official not to include my name in the list of members so that invitations are not sent to me again.

Kindest regards,

SULAIMAN ABDULAZIZ AL RAJHI
[*Handwritten Signature*]

Head Office: Tel: 4768369/4768368 – Telex: 405427 RADCO – Fax: 4760620 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Riyadh Branch: Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – Commercial Register: 4030043997 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5570814/5570351/5582075/5585087 – Fax: 5575138/5570853 – P.O. Box 1713
Medina Branch: Tel/Fax: 8369172

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039596

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



02

On 28/04/1417 AH (September 11, 1996 AD)
Honorable Dr. Abdullah bin Saleh al Obaid
Secretary General of the Muslim World League
Chairman of the Constituent Assembly of the International Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *September 11, 1996 AD – 162 – Sent by Fax*]

       This is with reference to your letter No. 46/S./S., addressed to me on 19/04/1417 AH (September 02, 1996 AD), regarding the shares owned by me in Sanabel Al Khair Company for Commercial and Industrial Investments, as well as your invitation for me to attend the 4th Meeting of the Shareholders' Association on Tuesday 05/05/1417 AH (September 17, 1996 AD) at the Organization's Head Office. I would like to thank you for your interest in my participation in such good meetings, but I already submitted my resignation to you years ago due to my busy agenda that does not enable me to participate. Therefore, please excuse me for not being able to attend due to my resignation.

       As for the shares owned by me, I previously wrote to you about my opinion to keep the shares in my name. However, if it is in the interest to transfer them to be in the name of Dr. Abdullah Omar Nassif, I have no objection to that.

       May the peace, mercy, and blessings of Allah be upon you.

                    SULAIMAN ABDULAZIZ AL RAJHI
                    [*Handwritten Signature*]

Head Office: Tel: 4768369/4768368 – Telex: 405427 RADCO – Fax: 4760620 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Riyadh Branch: Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – Commercial Register: 4030043997 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5570814/5570351/5582075/5585087 – Fax: 5575128/5570853 – P.O. Box 1713
Medina Branch: Tel/Fax: 8363172

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

                           ARB-00039597

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



03

On 05/04/1417 AH (August 19, 1996 AD)
Honorable Dr. Abdullah bin Saleh al Obaid
Secretary General of the Muslim World League
Chairman of the Constituent Assembly of the International Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *August 19, 1996 AD AD – 162*]

This is with reference to your letter No. 19/S./S., addressed to me on 27/02/1417 AH (July 13, 1996 AD), in which you request waiving my shares in Sanabel Al Khair Company for Commercial and Industrial Investments LTD. Please note that despite my full belief in the goals of Sanabel Al Khair Company and my confidence in those in charge of it, I think that I should keep my shares without waiving them.

Kindest regards.

SULAIMAN ABDULAZIZ AL RAJHI
[*Handwritten Signature*]

Head Office: Tel: 4768369/4768368 – Telex: 405427 RADCO – Fax: 4760620 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Riyadh Branch: Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – Commercial Register: 4030043997 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5570814/5570351/5582075/5585087 – Fax: 5575128/5570853 – P.O. Box 1713

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039598

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



02

On January 05, 1995 AD
Honorable Dr. Ahmed Mohamed Ali
Secretary General of the Muslim World League
Chairman of the Constituent Assembly of the International Islamic Relief Organization
Chairman of the Board of Directors of Sanabel Al Khair Company
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *162 – Sent by Fax*]

     I would like to convey to you my sincere thanks and appreciation for the invitation sent to me to attend the 4th Meeting oof the Board of Directors of Sanabel Al Khair Company for Commercial and Industrial Investments LTD. It is no secret to Your Excellency that I previously submitted my resignation from the membership of the Constituent Assembly of the Islamic Relief Organization on 19/12/1412 AH (June 19, 1992 AD), and that I also submitted my resignation from the membership of the investment committees, including Sanabel Al Khair Company. In my previous resignations, I clarified the reasons that made me unable to participate given my busy agenda. This makes me incapable of accepting membership in any of these venerable deeds, whether in the Muslim World League, the Islamic Relief Organization, or in any Islamic work that serves Islam and the Muslims. My lack of time will make my membership ineffective, while responsibility requires follow-up, presence in mind, and expression of opinion.

     I kindly ask you to accept my apology for not being able to attend the above-mentioned meeting because of the submission of resignation as described in the said reasons.

     I ask Allah to help you to do what he loves and is pleased with.

     May the peace, mercy, and blessings of Allah be upon you.

                 SULAIMAN ABDULAZIZ AL RAJHI
                 [*Handwritten Signature*]

Head Office: Tel: 4776368/4768368 – Telex: 405427 RADCO – Fax: 4768370 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Al Shamsiyah Shopping Center Branch – Riyadh – Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5582075/5585087 – Fax: 5575128 – P.O. Box 1713

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039599

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



**7**

On 05/05/1415 AH (October 10, 1994 AD)
His Eminence Secretary General of the Muslim World League
Chairman of the Constituent Assembly of the International Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *November 08, 1994 AD – 162*]

      I would like to inform Your Eminence that I was a member of the Constituent Assembly of the International Islamic Relief Organization, but I submitted my resignation from this membership due to my busy agenda that prevents me from effective participation, and which is imposed by the nature of membership in such a great Islamic deed. I wish I had the time to participate, but one cannot attain everything one wants. Despite my submission of resignation more than two years ago, specifically on 19/12/1412 AH (June 20, 1992 AD), the brothers at the Islamic Relief Organization, may Allah reward them, still consider me among the members and send me correspondence, reports, etc., related to the Islamic Relief Organization.

      Therefore, I decided to address this letter to Your Eminence so that the brothers would be aware of that.

      I ask Allah to grant you success and help everyone to do what Allah loves and is pleased with.

      May the peace, mercy, and blessings of Allah be upon you.

                     SULAIMAN ABDULAZIZ AL RAJHI
                     [*Handwritten Signature*]

---

Head Office: Tel: 4768369/4768368 – Telex: 405427 RADCO – Fax: 4760620 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Al Shamsiyah Shopping Center Branch – Riyadh – Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5582075/5585087 – Fax: 5575138 – P.O. Box 1713

---

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

                                    ARB-00039600

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



8

---

On 06/11/1414 AH (April 17, 1994 AD)
His Excellency Dr. Ahmed Mohamed Ali
Secretary General of the Muslim World League
Chairman of the Constituent Assembly of the International Islamic Relief Organization in the Kingdom of Saudi Arabia
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *April 17, 1994 AD – 162*]

      I would like to convey to you my sincere thanks and appreciation for the invitation addressed to me to attend the meeting of the Constituent Assembly of the International Islamic Relief Organization, which will be held in the evening of Monday, 07/11/1414 AH (April 18, 1994 AD), after the Maghrib (sunset) prayer. I would like to inform you that I actually submitted my resignation on 19/12/1412 AH (June 20, 1992 AD), i.e., two years ago, due to my busy agenda that took up all my time and that really prevented me from effective contribution as I had anticipated.

      Therefore, please accept my apology for not being able to participate in such venerable deeds, for which I really wished that I would find ample time so that I would not miss out on being rewarded (by Allah).

      I ask Allah to help you to do what he loves and is pleased with.

      May the peace, mercy, and blessings of Allah be upon you.

SULAIMAN ABDULAZIZ AL RAJHI
[*Handwritten Signature*]

Please find enclosed herewith a copy of the letter addressed to Dr. Farid Qurashi in this regard.

---

Head Office: Tel: 4776368/4768368 – Telex: 405427 RADCO – Fax: 4768370 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Al Shamsiyah Shopping Center Branch – Riyadh – Tel/Fax: 4021240
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5582075/5585087 – Fax: 5575128 – P.O. Box 1713

---

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039601

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



9

On 21/01/1414 AH (July 11, 1993 AD)
Honorable Dr. Farid Qurashi
General Supervisor
Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *July 11, 1993 AD – 144*]

It is no secret that had I submitted my resignation from the membership of both the Constituent Assembly of the Islamic Relief Organization and the Supreme Investment Committee on 19/12/1412 AH (June 20, 1992 AD). As I previously mentioned to you, the real reason behind submitting the resignation was my busy agenda and many commitments, which prevented me from doing what was required by the membership in such venerable deeds in terms of participation and attendance. This requires me to provide time and effort. Also, the reason for resignation is that my membership is not ineffective and that I may not become a member without achieving the goal.

Although I had submitted my resignation, you – may Allah reward you – insist on sending me invitations to attend the meetings. You also send me some documents to be signed and the minutes of the meetings for my review, etc. It is no secret to you that my relationship with the Islamic Relief Organization in terms of my membership has ended with the submission of resignation, which invalidates my right to sign any document or otherwise.

I would thankfully ask you to direct the competent official to permanently delete my name from the membership list of the Constituent Assembly and also from the Supreme Investment Committee so that the brothers may not send me correspondence, because I submitted my resignation for the reasons referred to above.

Kindest regards.

SULAIMAN ABDULAZIZ AL RAJHI
[*Handwritten Signature*]

Attachments: Copy of the resignation

Head Office: Tel: 4776368/4768368 – Telex: 405427 RADCO – Fax: 4768370 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – P.O. Box 10300 Jeddah 21433
Mecca Branch: Tel: 5570814/5570351/5582075/5585087 – Fax: 5575128 – P.O. Box 1713

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039602

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



12

On 19/12/1412 AH (June 20, 1992 AD)
His Eminence Dr. Abdullah Omar Nassif
President of the Constituent Assembly
International Islamic Relief Organization
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *June 20, 1992 AD – 162*]

During these blessed days, I would like to convey to you and all the brothers at the Muslim World League my warmest congratulations and best wishes on the occasion of the holy Eid al Adha. Many happy returns of the Eid for you and for the Muslim nation with goodness and blessings.

It gives me great pleasure to convey my sincere thanks and appreciation to you and to all fellow brothers, the chairman and members of the Constituent Assembly of the Islamic Relief Organization for the fruitful and constructive cooperation that I have seen in everyone in serving Islam and the Muslims through my membership in the Constituent Assembly and also through my membership in the Supreme Investment Council. I ask Allah to increase his favor to you and to enable you to do more and more to serve the Islamic nation. Allah is the All-Hearing and the All-Seeing.

It is no secret to you that when I accepted to be a member of the Constituent Assembly of the Islamic Relief Organization based on your valued invitation and to be a member of the Supreme Investment Council, I had believed that I could contribute with thought and effort based on my time and according to the available opportunities. As time passed by, however, and with my increasing responsibilities and commitments, I began to be negligent towards the Islamic Relief Organization because I did not give this responsibility its due right. I did not have enough time to contribute what I could.

Accordingly, I found that it would be favorable to submit my resignation from the membership of the Constituent Assembly and the membership of the Supreme Investment Council …

Head Office: Tel: 4776368/4768368 – Telex: 405427 RADCO – Fax: 4768370 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – P.O. Box 10300 Jeddah 21433

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039603

[*Bilingual Text*]
ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



**13**

-2-

… for the reasons that I explained above, noting that I feel very sorry for submitting this resignation, especially that my membership in the two entities was a great opportunity to contribute to many noble charitable deeds that would undoubtedly benefit us and you and everyone with reward.

    Once again, I would extend my sincere thanks and appreciation to you and to all brothers and associates, hoping that I will have the opportunity later in other charity contributions.

    May the peace, mercy, and blessings of Allah be upon you.

                SULAIMAN ABDULAZIZ AL RAJHI
                [*Handwritten Signature*]

CC:
Honorable Dr. Farid Quraishi

---

Head Office: Tel: 4776368/4768368 – Telex: 405427 RADCO – Fax: 4768370 – Membership in the Chamber of Commerce: 31769 Commercial Register: 001/4030043997 – P.O. Box 51220, Riyadh 11543
Jeddah Branch: Tel: 6317695/6314990 – Fax: 6314956 Membership in the Chamber of Commerce: 20180 – Commercial Register: 4030043997 – P.O. Box 10300 Jeddah 21433

---

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

                    ARB-00039604

ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI

مكتب املاك
سليمان العبد العزيز الراجحي

في ١٩٩٨/١٠/٤م



المكرم الدكتور / عبد الله بن صالح العبيد
الأمين العام لرابطة العالم الإسلامي
ورئيس مجلس إدارة هيئة الإغاثة العالمية

الموقر ،،،

السلام عليكم ورحمة الله وبركاته ،،،

لقد استلمنا خطابكم رقم ٢١/١١٧/م ا ك المعنـون إلينا بتــاريخ ١٤١٩/٦/١هـ
والذي تدعوننا فيه لحضور اجتماع مجلس إدارة الهيئة وذلك يوم الأربعاء ١٤١٩/٧/١هـ
الموافق ١٩٩٨/١٠/٢١م ، وقبل كل شيء أود أن أشكركم على حرصكم بأن نشارك في
مثل هذا العمل الخير ، نسأل الله أن يوفقكم والقائمين عليه لكل ما فيه صالح الإسلام
والمسلمين •

لا يخفى عليكم بأنني سبق أن تقدمت باستقالتي مـن عضويـتي في المجلـس
الموقر وكذلك من عضويتي في اللجان الاستثمارية وغيرها وذلك في أكثر مـن رسالة
وأخرها بتاريخ ١٥ أغسطس ١٩٩٨م وذلك لكثرة مشاغلنا والتي حقا تجعلنا غير قـادرين
بالقيام بما يمليه علينا هـذا العمل مـن مسئوليات جسيمة تتمثل في جمع التبرعـات من
الموسرين وصرفها في القنوات المختلفة التي تفيد المسلمين أو على المستحقين منهم ،
سواء أفراد أو جماعات ٠٠ إلخ ٠    وعليه ، ارفق لكم صورة من هـذه الاستقالات ،
برجاء المعذرة عن عـدم إمكانية مشاركتي في هـذا العمل بسبب الظروف التي اشرت
إليها ولو كان بودي وأمنيتي أن أساهم في هذا العمل الخير •

شاكرا ومقدرا ، والله يحفظكم ،،،



سليمان العبد العزيز الراجحي

الادارة العــامــة : هاتــف : ٤٧٢٨٣٦٩/ ٤٧٢٨٣٦٨ – تلكــس : ٤٠٥٤٢٧ رادكـو – فاكـس : ٤٧٦،٦٢٠ – العـضـويـة بـالـفـرقـة ٣١٧٦٩
السجل التجاري : ٠٠١ / ٤٣٩٩٧،٤٠٣٠ – ص . ب ١٢٢٠٥ الرياض ١١٥٤٣
فرع الرياض : هاتف / فاكس : ٤٢١٢٤٠
فرع جده : هاتف : ٦٣١٤٩٩،/٦٣١٦٩٩ – فاكس ٦٣١٤٥٦ العضوية بالفرقة ٢٠،١٨٠ – س ، ت ٤٢٩٩٧،٤٠٣٠ – ص ، ب ١٠٣٠٠ جدة ٢١٤٣٣
فرع مكة : هاتف : ٥٥٧،٨١٤ / ٥٥٧،٣٥١ / ٥٥٧،٠٧٥ / ٥٥٨٢،٨٧ العضوية بالفرقة – فاكس : ٥٥٨٥،٨٥٢ / ٥٥٧،٨٥٢ – ص . ب ٧٧٨٣
ص . ت ٠٠٤ / ٤٢٩٩٧،٤٠٣٠ – العضوية بالفرقة ١٢٢٤٧
فرع المدينة المنورة : هاتف / فاكس ٨٢٦٩٨٧٨
فرع الدمام : هاتف : ٨٢٧٤٩،٠٨ – تلكس ٨٠٢٩٣٩ أس جر – فاكس : ٨٢٧٥٧٩٥ – ص . ب ٦،٠٣٠ الدمام ٣١٤٤٢ – المملكة العربية السعودية

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039593

ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI



مكتب املاك
سليمان العبد العزيز الراجحى

في ١٥ أغسطس ١٩٩٨م

سلمه الله ،،،

المكرم الدكتور / عبد الله بن صالح العبيد

أمين عام رابطة العالم الإسلامي

ورئيس مجلس إدارة هيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته ،،،

نود أن نشير إلى خطابكم رقم ٢٨/ص/س المعنـون إلينا بتاريخ ١٤١٩/٤/٥هـ والذي تطلبون فيه الافادة عن رغبتنا في استمرار عضويتنا في مجلس أمناء شركة سنابل بالولايات المتحدة الأمريكية من عدمه ، نفيدكم بأننا سبق أن قدمنا استقالتنا منذ سنوات نظراً لكثرة مشاغلنا وبالتحديد كانت بتاريخ ١٤١٢/١٢/١٩هـ ، وكانت استقالتي مـن عضوية المجلس التأسيسي لهيئة الإغاثة الإسلامية العالمية ، وكذلك مـن عضوية اللجـان الاستثمارية بما في ذلك شركة سنابل الخير (نرفق لكم صورة من الاستقالة) ٠

لذا ، فإذا كانت عضويتي في مجلس الأمناء عن الفترة السـابقة ظلـت سـارية لاعتبارات نظامية وحيث إن هذه الاعتبارات قد تلاشت الآن ، فـإننـي أرجـو منكم شـاكراً ومقدراً إعفائي من عضوية مجلس أمناء شركة سنابل الخير لنفس الأسباب السـابق ذكرها ، مؤكداً عدم رغبتي في تجديد عضويتي سواء في مجلس أمناء شركة سنابل أو في أي مجلس أو لجنة متفرعة مـن المجلس التأسيسي لهيئـة الإغاثة الإسلامية وذلك لكثرة مشاغلنا وارتباطاتنا والتي لا تخفى عليكم ٠   ولا يفوتني أن أنقل إليكم وإلى الأخوان شكري وتقديري ، سائلاً المولى أن يوفقكم لما فيه الخير للإسلام والمسلمين ٠

والله الموفق ،،،

سليمان العبد العزيز الراجحي

الادارة الـعـامـة : هـاتـف : ٤٧٦٨٢٦٩/٤٧٦٨٢٦٨ ـ تلـكـس : ٤٠٥٤٢٧ رابكو ـ فـاكـو ـ فـاكـس : ٤٧٦٠٦٢٠ ـ الـعـضـويـة بـالـغـرفـة ٢١٧٦٩
السجل التجاري : ٤٠١ / ٤٢٩٩٧ ٤٠٣٠٠ ـ ص . ب ١٢٢٠ الرياض ١١٥٤٣

فرع جدة : هاتف ٦٣٢١٤٩٩/٦٣٢١٧٦٦٥ ـ فاكس : ٦٣٢١٤٩٥٦ العضوية بالغرفة : ٢٠١٨٠ ـ س . ت ٤٢٩٩٧ ٤٠٣٠٠ ـ ص . ب ١٠٣٠٠ جدة ٢١٤٣٣
فرع مكة : هاتف : ٥٥٧٠٨١٤ / ٥٥٧٠٢٥١ / ٥٥٨٢٠٧٥ / ٥٥٨٠٨٧ ـ فاكس : ٥٥٧٠٨٥٢ ٥٥٧٠٢٠٠ ـ ص . ب ٧٧٨٢
س . ت ٤٠٤ / ٤٢٩٩٧ ٤٠٣٠٠ ـ العضوية بالغرفة ١٣٢٤٧
فرع المدينة المنورة : هاتف / فاكس ٨٢٦٨٨٧٨
فرع الدمام : هاتف : ٨٢٧٤٩٠٨ ـ تلكس : ٨٠٢٩٢٩ أس جي ـ فاكس : ٨٢٧٥٧٩٥ ـ ص . ب ٦٠٢٠ الدمام ٣١٤٤٢ ـ المملكة العربية السعودية

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039594



ESTATE OFFICE

SULAIMAN ABDULAZIZ AL RAJHI

مكتب املاك

سليمان العبد العزيز الراجحي



في ١٥ أغسطس ١٩٩٨م

سلمه الله ،،،

المكرم الدكتور / عبد الله بن صالح العبيد

أمين عام رابطة العالم الإسلامي

ورئيس مجلس إدارة هيئة الإغاثة الإسلامية العالمية

السلام عليكم ورحمة الله وبركاته ،،،

نود أن نشير إلى خطابكم رقم ٢٨/ص/س المعنون إلينا بتاريخ ١٤١٩/٤/٥هـ والذي تطلبون فيه الافادة عن رغبتنا في استمرار عضويتنا في مجلس أمناء شركة سنابل بالولايات المتحدة الأمريكية من عدمه ، نفيدكم بأننا سبق أن قدمنا استقالتنا منذ سنوات نظرا لكثرة مشاغلنا وبالتحديد كانت بتاريخ ١٤١٢/١٢/١٩هـ ، وكانت استقالتي من عضوية المجلس التأسيسي لهيئة الإغاثة الإسلامية العالمية ، وكذلك من عضوية اللجان الاستثمارية بما في ذلك شركة سنابل الخير (نرفق لكم صورة من الاستقالة) ·

لذا ، فإذا كانت عضويتي في مجلس الأمناء عن الفترة السابقة ظلت سارية لاعتبارات نظامية وحيث إن هذه الاعتبارات قد تلاشت الآن ، فإنني أرجو منكم شاكرا ومقدرا إعفائي من عضوية مجلس أمناء شركة سنابل الخير لنفس الأسباب السابق ذكرها ، مؤكدا عدم رغبتي في تجديد عضويتي سواء في مجلس أمناء شركة سنابل أو في أي مجلس أو لجنة متفرعة من المجلس التأسيسي لهيئة الإغاثة الإسلامية وذلك لكثرة مشاغلنا وارتباطاتنا والتي لا تخفى عليكم · ولا يفوتني أن أنقل إليكم وإلى الأخوان شكري وتقديري ، سائلا المولى أن يوفقكم لما فيه الخير للإسلام والمسلمين ·

والله الموفق ،،،



سليمان العبد العزيز الراجحي

الادارة العامة : هاتف : ٤٧١٨٣٦٩/٤٧١٨٣٦٨ - تلكس : ٤٠٥٤٢٧ رانكو - فاكس : ٤٧٦٠٦٢٠ - العضوبة بالغرفة ٣١٧١٩ السجل التجاري : ١٠٠٠ / ٤٢٩٩٧،٤٠٣ - ص . ب ١٢٢٠ه الرياض ١١٤٥٢

فرع الرياض : هاتف / فاكس : ٤٠٢١٢٤

فرع جدة : هاتف : ٦٣١٧٦٩٥،٦٣١٦٩٩ - فاكس ٦٢١٤٩٥٦ العضوية بالغرفة : ٢٠١٨٠ - ص ت ٤٢٩٩٧،٤٠٢ - ص . ب ١٠٢٠ جدة ٢١٤٣٣

فرع مكة : هاتف : ٥٥٧٠٨١٤ / ٥٥٧٠٢٥١ / ٥٥٨٢٠٧٥ / ٥٥٨٠٠٨٧ - فاكس ٥٥٧٠٨٥٢ - ص . ب ٧٧٨٢

ص . ت ٤٠٤ / ٤٢٩٩٧،٤٠٣ - العضوية بالغرفة ١٢٢٤٧

فرع المدينة المنورة : هاتف / فاكس ٨٣٦٩٨٧٨

فرع الدمام : هاتف : ٨٢٧٤٩٠٨ - تلكس ٨٠٢٩٢٩ أس جي - فاكس ٨٢٧٥٧٩٥ - ص . ب ٦٠٢٠ الدمام ٣١٤٤٢ - المملكة العربية السعودية

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039595



| | |
|---|---|
| ESTATE OFFICE | مكتـب أمـــلاك |
| SULAIMAN ABDULAZIZ AL RAJHI | سليمان العبدالعزيز الراجحي |

في ٢٨ شعبان ١٤١٧هـ

٦/٨/١٩٩٧

١٦٢

المكرم الاستاذ/ عبد القادر عثمان حافظ

مدير عام شركة سنابل الخير                    الموقر ،،،

السلام عليكم ورحمة الله وبركاته ،،،

نود أن نشير الى خطابكم رقم ٨٢/س/خ المعنون الينا بتاريخ ١٤١٧/٨/١٤هـ والذي تضمن دعوتكم لنا لحضور الاجتماع الرابع لجمعية الشركاء والذي عقد يـوم ١٤١٧/٨/١٩هـ . والواقع فقد سبق ان كتبنا العديد مـن الخطابات التـي اوضحنا فيها مدى مشغوليتنا والتي لا تمكنـا مـن حضور مثل هذه الاجتماعات الدورية ، مما وجدنـا انفسنا مضطرين لتقديم استقالتنا ، ومع ذلك نجد الدعوات لا تزال تنهال علينا للحضور ، جزاكم الله خيرا .

وأرفق لكم صورة من آخـر خطابين ارسلتهم والتي يمكن ان نستخلص منها ان عضويتي في جمعية الشركاء قـد سقطت ، علاوة على الخطابات السابقة التي تضمنت استقالتي صراحة . واننـي في خطابي هذا اود ان أؤكـد مـا سبق وتضمنته خطاباتي السابقة المعنونـة لهيئـة الاغاثة الاسلامية بـان وقتي مشغول للغاية ولا استطيع ان ألـتزم بعضوية اى عمل اضافي لانه والله يعلم وقتي الحالي لا يكفي حتى لمشغولياتي .

شاكرا ومقدرا لكم ثقتكم واصراركـم على عضويتي ، راجيا منكم الامر على مـن يلزم بعدم تضمين اسمي في قائمة الاعضاء حتى لا يتكرر ارسـال الدعـوات لي مـرة اخرى .

وتقبلوا تحياتنا ،،،،



سليمان العبد العزيز الراجحي

الادارة العامه : هاتف : ٤٧٦٨٣٦٨/٤٧٧٦٣٦٨ – تلكس : ٤٠٥٤٢٧ رادكو – فاكس : ٤٧٦٨٣٧٠ – العضوية بالغرفة ٣١٧٦٩
السجل التجاري : ٤٠٣٠٠٤٢٩٩٧/٠٠١ – ص ب ١٢٢٠ الرياض ١١٥٤٣
فرع جدة : هاتف / فاكس : ٦٣١٤٩٥٦/٦٣١٤٩٥ – فاكس : ٦٣١٤٩٥٦ – العضوية بالغرفة : ٢١٠٨٠ – ص ب ١٠٣٠٠ جدة ٢١٤٣٣
فرع الرياض – هاتف / فاكس : ٤٠٢١٢٤٠
فرع مكة : هاتف : ٥٥٧٠٨١٤ / ٥٥٧٠٣٥١ / ٥٥٨٢٠٧٥ / ٥٥٨٠٨٧ / ٥٥٨٠٠٨٧ – فاكس : ٥٥٧٠١٢٨ / ٥٥٧٠٨٥٢ ص ب ١٧١٢
فرع المدينة المنورة : هاتف / فاكس : ٨٣٦٣١٧٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039596



| | |
|---|---|
| ESTATE OFFICE | مكتب املاك .٢ |
| SULAIMAN ABDULAZIZ AL RAJHI | سليمان العبد العزيز الراجحي |

في ٢٨ ربيع الآخر ١٤١٧هـ

المكرم الـدكتـور/ عبد الله بن صالح العبيد

الامين العام لرابطة العالم الاسلامي

ورئيس المجلس التأسيسي لهيئة الاغاثـة

الاسلامية العالمية ،،،                    الموقر ،،،

السلام عليكم ورحمة الله وبركاته ،،،

اشارة الى خطابكم رقم ٤٦/ص/س المعنـون الينـا بتـاريخ ١٤١٧/٤/١٩هـ
بخصوص الاسهم المملوكة لنا في شركة سنابل الخير للاستثمارات التجارية والصناعية ،
وكذلك لدعوتكم لنا لحضور الاجتماع الرابع لجمعية الشركاء يـوم الثلاثاء ١٤١٧/٥/٥هـ
بمقر الهيئة ، وأود ان أوجه لكم الشكر على اهتمامكم بمشاركتنا في مثل هذه اللقاءات
الخيرة ، إلا انني سبق وان تقدمت اليكم باستقالتي منذ سنوات نظرا لكثرة مشاغلي التـي
لا تمكني مـن المشاركة الفعلية ، فنرجو المعذرة عن عدم تمكنـا مـن الحضـور بسـبب
استقالتنا.

اما بخصوص الاسهم المملوكة لنا ، وعلى الرغم من اننا سبق وكتبنا لكم عن رأينـا
بالاحتفاظ بالاسهم لتظل بأسمنا ، إلا انـه اذا كـان مـن المصلحـة ان تنقل بأسم الدكتور
عبد الله عمر نصيف ، فليس لدينا مانع من ذلك .
والسلام عليكم ورحمة الله وبركاته ،،،



سليمان العبد العزيز الراجحي

الادارة العامة : هاتف : ٤٧٧٦٢٦٨ / ٤٧٦٨٣٦٨ – تلكس : ٤٠٥٤٢٧ رادكو – فاكس : ٤٧٦٨٣٧٠– العضوية بالغرفة : ٣١٧١٩
السجل التجاري : ٢٣٩٩٧/٠٠١–٤.٢٠٠ – ص.ب ٥١٢٢٠ الرياض ١١٥٤٢
فرع الرياض : هاتف / فاكس : ٤٠٢١٢٤٠
فرع جدة : هاتف : ٦٣١٧٦٩٥ / ٦٣١٤٩٩٠ – ٦٣١٤٩٥٦ – فاكس : ٦٣١٤٩٥٦ – العضوية بالغرفة ٢١٠٨٠ – ص.ب ١٠٣٠٠ جدة ٢١٤٣٣
فرع مكة : هاتف : ٥٥٧٠٨١٤ / ٥٥٧٠٢٥١ / ٥٥٨٢٠٧٥ / ٥٥٨٥٠٨٧ – فاكس : ٥٥٧٥١٢٨ / ٥٥٧٥١٢٨ – ص.ب ١٧١٣
فرع المدينة المنورة : هاتف / فاكس : ٨٣٦٣١٧٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039597



**ESTATE OFFICE**
**SULAIMAN ABDULAZIZ AL RAJHI**

مكتب املاك
سليمان العبد العزيز الراجحي

في ٥ ربيع الآخر ١٤١٧هـ

م ١٩٩٧/٨/١٩

المكرم الــدكتور/ عبد الله بن صالح العبيد

الامين العام لرابطة العالم الاسلامي

رئيس المجلس التأسيسي للهيئة          سلمه الله ،،،

السلام عليكم ورحمة الله وبركاته ،،،

نود ان نشير الى خطابكم رقم ١٩/ص/س المعنـون الينـا بتـاريخ ١٤١٧/٢/٢٧هـ والـذي تطلبـون فيـه التنـازل عـن اسهمنا في شركة سنابل الخير للاستثمارات التجاريـة والصناعية المحدودة ، ونفيدكم انه ، على الرغم من قناعتنا التامـة بأهداف شركة سنابل الخير وثقتنا في القـائمين عليهـا ، إلا اننـا نـرى ان نظل محتفظين بأسهمنا دون التنـازل عنها .

وتقبلو تحياتنا ،،،



سليمان العبد العزيز الراجحي

الادارة العامة : هاتف ٤٧٧٣٦٦٨ / ٤٧٦٨٣٦٨ – تلكس : ٤٠٥٤٢٧ رادكو – فاكس : ٤٧٦٨٢٧٠ – العضوية بالفرقة : ٢١٧٦٩
السجل التجاري : ٤٣٩٩٧/٠٠١ – ٤٠٣٠٠ – ص.ب ١٢٢٠ه الرياض ١١٥٤٢
فرع الرياض : هاتف / فاكس : ٤٠٢١٢٤
فرع جدة : هاتف ٦٣١٧٦٩٥ / ٦٣١٤١٩٠ – فاكس : ٦٣١٤٩٥٦ – العضوية بالفرقة ٢١٠٨٠ – ص.ب ١٠٣٠٠ جدة ٢١٤٣٣

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039598

ESTATE OFFICE

SULAIMAN ABDULAZIZ AL RAJHI

مكتب املاك    جا

سليمان العبد العزيز الراجحي

في ٥ يناير ١٩٩٥م

سعادة الدكتور / أحمد محمد علي

الأمين العام لرابطة العالم الاسلامي

ورئيس المجلس التأسيسي لهيئة الاغاثة

الاسلامية العالمية ورئيس مجلس إدارة

شركة سنابل الخير    سلمه الله ،،،

السلام عليكم ورحمة الله وبركاته ،،،

نود ان ننقل اليكم جزيل شكرنا وتقديرنا على الدعوة المرسلة الينا لحضور الاجتماع الرابع لمجلس ادارة شركة سنابل الخير للاستثمارات التجارية الصناعية المحدودة . ولا يخفى على سعادتكم بأننا سبق وتقدمنا بأستقالتنا في ١٤١٢/١٢/١٩هـ من عضوية المجلس التأسيسي لهيئة الاغاثة الاسلامية وكذلك قدمنا استقالتنا من عضوية اللجان الاستثمارية بما في ذلك شركة سنابل الخير . ولقد أوضحنا في استقالاتنا السابقة اسباب عدم تمكننا من المشاركة لكثرة مشاغلنا والتي حقيقة جعلتنا محرجين في تقبل عضوية اي عمل من هذه الاعمال الجليلة ، سواء في رابطة العالم الاسلامي أو في هيئة الاغاثة الاسلامية أو في اي عمل اسلامي يخدم الاسلام والمسلمين ، حيث ان عدم توفر الوقت لدينا سيجعل عضويتنا بدون مشاركة فعالة بما توجبه علينا مسئوليتها من متابعة وحضور بالذهن والرأي .

فنرجو منكم شاكرين قبول عذرنا في عدم تمكننا من حضور الاجتماع المشار اليه اعلاه بسبب تقديم الاستقالة كما هو موضح بالاسباب آنفة الذكر .

ونسأل الله أن يوفقنا وإياكم لما يحبه ويرضاه ،،،،

والسلام عليكم ورحمة الله وبركاته ،،،

سليمان العبد العزيز الراجحي

الاداره العامة : هاتف ٤٧٧١٣٦٨/٤٧٨٣٦٨ ـ تلكس : ٤٠٥٤٢٧ رابكي ـ فاكس : ٤٧٨٣٧٠ ـ العضوية بالغرفة : ٣١٧٦٩

السجل التجاري : ١٠٠٤٣٩٩٧/٠٠١ ـ ٤٠٣٠ ـ ص.ب ١٢٢٠ الرياض ١١٥٤٣

فرع مجمع الفيسية التجاري ـ الرياض ـ هاتف / فاكس : ٤٠٢١٢٤٠

فرع جدة : هاتف ٦٣١٤٧٦٩ / ٦٣١٤٩٩٠ ـ فاكس ٦٣١٤٩٥٦ ـ العضوية بالغرفة : ٢١٠٨٠ ـ ص.ب ١٠٣٠٠ جدة ٢١٤٣٣

فرع مكة : هاتف : ٥٥٨٢٠٧٥ / ٥٥٨٠٠٨٧ ـ فاكس : ٥٥٧٥١٢٨ ـ ص.ب ١٧١٣

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039599

ESTATE OFFICE
SULAIMAN ABDULAZIZ AL RAJHI

مكتب املاك    سليمان العبد العزيز الراجحي



في ٥ جمادى الأولى ١٤١٥هـ

صاحب المعالي / أمين عام رابطة العالم الاسلامي
ورئيس المجلس التأسيسي لهيئة الاغاثة الاسلامية العالمية
سلمه الله ،،،

السلام عليكم ورحمة الله وبركاته ،،،

أود أن أفيد معاليكم بأني كنت عضوا في المجلس التأسيسي لهيئة الاغاثة الاسلامية
العالمية الا انني تقدمت باستقالتي من هذه العضوية نظرا لكثرة مشاغلي التي تحول دون
مشاركتي الفعالة والتي تفرضها طبيعة العضوية في مثل هذا العمل الاسلامي الجليل الذي
كنت اتمنى لو اسعفني الوقت للمشاركة ولكن ليس كل ما يأمله المرء يدركه .  وعلى
الرغم من تقديمي للاستقالة منذ اكثر من عامين وبالتحديد يوم ١٤١٢/١٢/١٩هـ ، الا
ان الاخوان ، جزاهم الله خيرا ، في هيئة الاغاثة الاسلامية لا زالوا يعتبروني من ضمن
الاعضاء ويرسلوا لي المكاتبات المتبادلة أو التقارير ... الخ المتعلقة بهيئة الاغاثة الاسلامية ،
فرأيت ان أوجه لمعاليكم خطابي هذا حتى يحاط الاخوان علما بذلك .

ونسأل الله ان يوفقكم ويوفق الجميع لما يحبه ويرضاه ...
والسلام عليكم ورحمة الله وبركاته ،،،

سليمان العبد العزيز الراجحي

الادارة العامة : هاتف ٤٧٦٨٢٦٨/١٧٧٦٢٦٨ – تلكس : ٤٠١٤٢٧ رادكو – فاكس : ١٧٦٨٣٧٠ – المسدوق بالفرقة : ٢١٧٦٩
السجل التجاري : ٤٢٩٧٧/٠٠١ – ٤٠٢٠ – ص.ب ١٢٢٠ الرياض ١١٤٤٢
فرع مجمع التمسية الاجاري – الرياض – هاتف / فاكس : ٢٢٤٠٠ – ٤٠٢٢٤
فرع جدة : هاتف ٦٢١٧٦٩٠ / ٦٢١١٤٩٠ – فاكس ٦٣١٤٩٦ – المسدوق بالفرقة : ٢١.٨٠ – ص.ب ١٠٢٠٠ جدة ٢١٤٢٢
٥٠٧٥٥١٢٨ فاكس / ٥٥٨٠.٨٧ / ٥٥٨٢.٧٠ – ٥٠٧٥٥١٢٨ فاكس – ص.ب ١٧١٣

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039600

ESTATE OFFICE

**SULAIMAN ABDULAZIZ AL RAJHI**

مكتب املاك

**سليمان العبد العزيز الراجحي**

١٩٩٤/٤/١٣م

162

في ٦ ذو القعدة ١٤١٤هـ

سعادة الدكتور / أحمد محمد علي
الامين العام لرابطة العالم الاسلامي
ورئيس المجلس التأسيسي لهيئة الأغاثة
الاسلامية العالمية بالمملكة العربية السعودية

سلمه الله ،،،

السلام عليكم ورحمة الله وبركاته ،،،

نود ان نتقل اليكم جزيل شكرنا وتقديرنا على الدعوة الموجهة
الينا لحضور اجتماع المجلس التأسيسي لهيئة الأغاثة الاسلامية
العالمية والمزمع عقده مساء يوم الاثنين ٧ ذو القعدة ١٤١٤هـ بعد
صلاة المغرب · ونود ان نفيدكم بأننا في الواقع تقدمنا باستقالتنا
في ١٩ ذو الحجة ١٤١٢هـ ، اي منذ عامين ، نظرا لكثرة مشاغلنا التي
اخذت كل وقتنا والتي حالت حقيقة دون المساهمة الفعالة التي كنا
نتمنى ان نساهم بها ·

لذا ، فتجدني معتذرا لعدم تمكني من المشاركة في مثل هذه
الاعمال الجليلة والتي كنت اتمنى حقيقة ان اجد متسع من الوقت لذلك
ولكي لا يفوتنا التزود بالأجر والمثوبة ·

ونسأل الله ان يوفقنا واياكم لما يحب ويرضاه ··
والسلام عليكم ورحمة الله وبركاته ،،،



سليمان العبد العزيز الراجحي

ونرفق لسعادتكم صورة
من الخطاب المعنون
للدكتور فريد قرشي
بهذا الخصوص

الاداره العامة : هاتف ٤٧٧٦٣٦٨/٤٧٦٨٣٦٨ – تلكس : ١٠٠٤٢٧ رابكو – فاكس : ٤٧٦٨٣٧٠ – المشرية بالقرية : ٢١٧٦٩
السجل التجاري : ٤٣٢٩٩٧/٠٠١–٤٠٣٠٠ – ص.ب ١١٢٢٠ الرياض ١١٥٤٣
فرع مجمع الخمسية التجاري – الرياض – هاتف / فاكس : ٤٠٢١٢٤٠
لفرع جدة : هاتف : ٦٣١٤٩٩٠ / ٦٣١٤٧٩٥ – فاكس : ٦٣١٤٩٥٦ – المشرية بالقرية : ٢١٠٨٠ – ص.ب ١٠٢٠٠ جدة ٢١٤٣٣
لفرع مكة : هاتف : ٥٥٨٢٠٨٧ / ٥٥٨٢٠٧٥ – فاكس : ٥٥٧٨٠١٢٨ – ص.ب ١٧١٣

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039601

ESTATE OFFICE

SULAIMAN ABDULAZIZ AL RAJHI

مكتب املاك

سليمان العبد العزيز الراجحي

في ١٤١٤/١/٢١هـ

المكرم الدكتور / فريد قرشي
المشرف العام
هيئة الإغاثة الإسلامية

الموقر ،،،

السلام عليكم ورحمة الله وبركاته ،،،،

لا يخفى عليكم بأنني تقدمت باستقالتي من عضوية كل من المجلس التأسيسي للهيئة واللجنة العليا للاستثمار وذلك بتاريخ ١٩/ذو الحجة/١٤١٢هـ وكما سبق وذكرنا لكم بأن السبب الحقيقي وراء تقديم الاستقالة هو كثرة مشاغلنا وارتباطاتنا والتي تقف حائلاً بيننا وبين القيام بما تملي العضوية في مثل هذه الأعمال الجليلة من مشاركات وحضور ، الأمر الذي يتطلب منا وقت وجهد ، وحتى لا تكون عضويتنا صورية ونكون شغلنا عضوية عضو بدون تحقيق الهدف منها .

وعلى الرغم من تقديمنا للاستقالة الا انكم — جزاكم الله خيراً — تصرون على توجيه الدعاوى لنا لحضور الاجتماعات ، كما ترسلون الينا بعض الاوراق بطلب التوقيع عليها ، ومحاضر الاجتماعات للاطلاع ،،،الخ . ولا يخفى عليكم بأن علاقتنا بهيئة الاغاثة الاسلامية من ناحية عضويتنا قد انتهت بتقديم الاستقالة الشيء الذي يلغي احقيتنا في ان نوقع على اي مستند أو خلافه .

فنرجو منكم شاكرين الامر على من يلزم بشطب اسمنا نهائياً من قائمة عضوية المجلس التأسيسي وايضاً من عضوية اللجنة العليا للاستثمار حتى لا يقوم الاخوان بمراسلتنا طالما اننا تقدمنا باستقالتنا للاسباب المشار اليها اعلاه ،
وتقبلو تحياتنا ،،،

سليمان العبد العزيز الراجحي

المرفقات :
صورة من الاستقالة

الإدارة العامة : هاتف : ٤٧٧٦٣٦٨/٤٧٧٦٣٦٨ – تلكس : ٤٠٥٤٢٧ رابكو – فاكس : ٤٧٦٨٢٧٠ – المصرية بالعربة : ٣١٧٦٩
السجل التجاري : ٤٣٢٩٧/٤٠٠١ – ص.ب : ٥٢٢٠ الرياض ١١٥٤٣
فرع جدة : هاتف : ٦٤١٧٩٤٥/٦٤١٧٩٤٥ – فاكس : ٦٤١٢٤٥٦ – المصرية بالعربة : ٢١٠٨٠ – ص.ب : ١٠٢٠٠ جدة ٢١٤٣٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039602

ESTATE OFFICE
**SULAIMAN ABDULAZIZ AL RAJHI**

مكتب املاك
سليمان العبد العزيز الراجحي

في ١٩/ذو الحجة/ ١٤١٢ هـ

معالي الـدكتور/ عبد الله عمر نصيف
رئيس المجلس التأسيسي
هيئة الإغاثة الإسلامية العالمية

سلمه الله ...

السلام عليكم ورحمة الله وبركاته ،،،

نود ونحن في هذه الايام المباركة ان ننقل اليكم والى جميع
الاخوان برابطة العالم الاسلامي احر التهاني واحلى الامنيات بمناسبة
حلول عيد الاضحى المبارك اعاده الله علينا وعليكم وعلى الامة
الاسلامية جمعاء باليمن والخير والبركات ، وكل عام وانتم بخير ....
وبعد .

يطيب لي ان انقل اليكم والى كافة الاخوة الزملاء ، رئيس
وأعضاء المجلس التأسيسي لهيئة الاغاثة الاسلامية ، جزيل شكري
وتقديري على ما لمسته في الجميع من تعاون مثمر وبناء لخدمة الاسلام
والمسلمين وذلك من خلال عضويتي في المجلس وأيضا من خلال عضويتي في
المجلس الاعلى للاستثمار ، ونسأل الله ان يزيدكم من فضله وان يقدركم
علي القيام بالمزيد والمزيد لخدمة الامة الاسلامية ،انه سميع مجيب .

لا يخفى عليكم بأنني عندما قبلت بأن اكون عضوا في المجلس
التأسيسي للهيئة بناء على دعوتكم التي اعتز بها ، وايضا عضوا في
المجلس الاعلى للاستثمار انما قبلت ذلك اعتقادا مني بأنني استطيع
ان شاء الله ان اساهم بما استطيع من فكر وجهد وبما يوفره لي الوقت
وتسنح به الفرص ، ولكن مع مرور الوقت وأزدياد مسئولياتي
وانشغالاتي اصبحت اشعر بكثير من التقصير تجاه هيئة الاغاثة لانني لم
اعطي هذه المسئولية حقها كما ينبغي ، حيث لم يتوفر لدي الوقت
الكافي لكي اساهم بما استطيع .

وبناء عليه ، رأيت انه من المستحسن ان اتقدم اليكم
باستقالتي عن عضوية المجلس التأسيسي وعضوية المجلس الاعلى

الادارة العامة : هاتف : ٤٧٧٦٣٦٨/ ٤٧٦٨٣٦٨ – تلكس : ٤٠٤٢٧ رادكو – فاكس : ٤٧٦٨٣٧٠ – العضوية بالغرفة : ٣١٧٦٩
السجل التجاري : ٤٢٩٩٧/٠.١ – ٤.٢.٠ – ص.ب ١٢٢٠ الرياض ١١٥٤٢
فرع جدة : هاتف : ٦٣١٧٦٩/ ٦٣١٤٩٩ – فاكس : ٦٣١٤٩٥٦ – العضوية بالغرفة : ٢١.٨٠ – ص.ب ١.٢٠ جدة ٢١٤٢٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039603

ESTATE OFFICE

SULAIMAN ABDULAZIZ AL RAJHI

مكتب املاك

سليمان العبد العزيز الراجحي

- ٢ -

للاستثمار ايضا ، وذلك للاسباب التي أوضحها اعلاه ، علما بأنني اشعر بالاسف الشديد بتقديمي هذه الاستقالة ، خاصة وان عضويتي في المجلسين كانت فرصة عظيمة للمساهمة في كثير من الاعمال الخيرة النبيلة التي بدون شك تعود علينا وعليكم وعلى الجميع بالاجر والمثوبة .

مرة اخرى نوجه اليكم والى كافة الاخوان والزملاء ، جزيل شكرنا وتقديرنا آملين ان تسنح الفرصة لنا لاحقا في مشاركات خيرية اخرى .

والسلام عليكم ورحمة الله وبركاته ،،،

سليمان العبد العزيز الراجحي

صورة مع التحية الى :
المكرم الدكتور/فريد قرشي

الادارة العامة : هاتف : ٤٧٧٦٣٦٨/٤٧٨٣٦٨ - تلكس : ٤٧٨٣٦٨ رامكو – فاكس : ٤٧٨٨٣٧٠ – المشورية بالغرفة : ٣١٧٦٩
السجل التجاري : ٤٢٩٩٧/٠٠١.٢٠٠٤ - ص.ب ١٢٢٠ الرياض ١١٥٤٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039604



# TRANSLATION CERTIFICATION STATEMENT

**Project:** ARB 39593-39604

**Language:** Arabic > English

**Documents:**
ARB 39593-39604

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: _Farah Alshekhli_          **Date**: 05/08/2023

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095