# Al Rajhi Bank
# Ex. 90

THE MUSLIM WORLD LEAGUE
INTL. ISLAMIC RELIEF ORG.
IN SAUDI ARABIA

رابطــة الـعالـم الاسلامـي
هيئة الإغاثة الإسلاميّة العالميّة
بالملكة العربيّة السّعوديّة

الموضوع : _____    الرقـم : _____
_____    التاريخ : _____

**القرار :**

٢/ز   يوافق المجلس على إيداع أموال الهيئة واستثماراتها في البنوك والمؤسسات التي تتعامل معها الهيئة حالياً بشرط التقيد بالضوابط الشرعية ، وهي كالتالي :

١- شركة الراجحي المصرفية للاستثمار .

٢- مصرف فيصل الإسلامي .

٣- البنك الأهلي التجاري .

٤- البنك العربي الوطني .

٥- البنك السعودي الفرنسي .

٦- البنك السعودي المتحد .

٧- البنك السعودي البريطاني .

٨- الشركة الإسلامية للاستثمار الخليجي .

٩- بنك الرياض .

**(٢/ح) : تعيين مراجع الحسابات الخارجي :**

ناقش المجلس مذكرة العرض الخاصة بتعيين مراجع حسابات قانوني معتمد لمراجعة الحسابات الختامية للهيئة عن الفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وللسنة المالية الحالية ١٤١٩/١٤٢٠هـ من قبل المجلس طبقاً لنص المادة السابعة عشرة من النظام الأساسي وأصدر المجلس قراره التالي :

**القرار :**

٢/ح وافق المجلس على اختيار السادة/ مكتب آرثر أندرسون وشركاهم محاسبون قانونيون لمراجعة الحسابات الختامية للهيئة للفترة الانتقالية من ١٤١٩/١/١هـ إلى ١٤١٩/٦/٣٠هـ وللسنة المالية الحالية ١٤١٩/١٤٢٠هـ .

**البند الثالث : مناقشة مشروع الميزانية السنوية للهيئة للعام المالي ١٤١٩/١٤٢٠هـ**

استعرض المجلس مشروع الميزانية السنوية للهيئة للعام المالي ١٤١٩/١٤٢٠هـ . ثم أصدر المجلس قراره التالي :

- ٩ -

MWLIIRO-00016285



**MUSLIM WORLD LEAGUE**
**INTERNATIONAL ISLAMIC RELIEF**
**ORGANIZATION**
**The Kingdom of Saudi Arabia**

**MUSLIM WORLD LEAGUE**
**INT'L ISLAMIC RELIEF**
**ORGANIZATION**
**Kingdom of Saudi Arabia**

Ref. .....................

Subject....................................

Date:....................

.............................................

**Resolution**

The Board approves depositing the Organization's funds and investments in the following banks and institutions with which the Organization currently deals with, provided that Sharia regulations are adhered to:

1- Al-Rajhi Banking Investment Company

2- Faisal Islamic Bank

3- National Commercial Bank

4- Arab National Bank

5- Banque Saudi Fransi

6- United Saudi Bank

7- British Saudi Bank

8- The Islamic Gulf Investment Company

9- Riyad Bank

**2/h Appointment of the External Auditor**

The Board discussed the memorandum regarding the appointment of a certified legal auditor for the final audit of the Organization for the transitional period from 1/1/1419 [Corresponding to Apr 27, 1998] to 30/6/1419 [Corresponding to Sep 26, 1998] and for the current fiscal year 1419/1420 [ 1/1/1419 Corresponds to April 27, 1998 and 1/1/1420 corresponds to April 17, 1999] by the Board in accordance with Article (17) of the Statute. The Board issued its following resolution.

**Resolution**:

2/h The Board approved the selection of Messrs. Arthur Anderson's Office and Partners as chartered accountants to audit the final accounts of the Organization for the transitional period from 1/1/1419 [Corresponding to Apr 27, 1998] to 30/6/1419 [Corresponding to Sep 26, 1998] and for the current fiscal year 1419/1420 [1/1/1419 Corresponds to April 27, 1998 and 1/1/1420 corresponds to April 17, 1999].

**Item III: Discussion of the Organization's Draft Annual Budget for the fiscal year 1419/1420 [1/1/1419 Corresponds to April 27, 1998 and 1/1/1420 corresponds to April 17, 1999]**

The Board reviewed the Organization's draft annual budget for the fiscal year 1419/1420 [1/1/1419 Corresponds to April 27, 1998 and 1/1/1420 corresponds to April 17, 1999]. The Board then adopted the following resolution:

MWLIRO-00016285



**Declaration**

I, *Maha Husaini,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37420.

File names:

MWLIIRO-00016181 (Partial translation)

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Maha Husaini (Apr 29, 2024 18:54 GMT+3)

**Signature:** *Maha Husaini*
Maha Husaini (Apr 29, 2024 18:54 GMT+3)

**Email:** hussema2014@gmail.com

**Title:** Translator

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926