# Al Rajhi Bank Ex. 91

**IIRO**
**INTL. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**



هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

الإدارة المالية

الرقم: ............
التاريخ: ............

الموضوع: ............
: ............

حفظه الله

سعادة مدير شركة الراجحي المصرفية للاستثمار
فرع الشرفية – جدة
السلام عليكم ورحمة الله وبركاته ،،،،

الموضوع: المستحق لكفالة دعاة عن الفترة من ١٨/١/١ وحتى ١٤١٨/٢/٣٠هـ
- سيراليون - غينيا - جامبيا - ساحل العاج - بوركينا فاسو - غانا .

نأمل التكرم بإصدار حوالة تلكسية بالدولار الأمريكي بما يعادل مبلغ ١٣٦٠٠ ريال
فقط ثلاثة عشر ألف وستمائة ريال سعودي لاغير ،
لأمر/ هيئة الإغاثة الإسلامية العالمية – السنغال

LIGUE ISLAMIQUE MODIALE (OIIS)
COMPT 25004028 CITIBANK DAKAR, SENEGAL
CITIBANK NEW-YORK,
399 PARK AVENUE – NEW YORK NY 10043.

وذلك خصماً من حسابنا لديكم رقم ٦١▮ الرويس
وإشعارنا بذلك للأهمية

شاكرين ومقدرين حسن تعاونكم معنا.
وجزاكم الله خيراً ،،،

الأمين العام لرابطة العالم الإسلامي
ورئيس المجلس التأسيسي لهيئة الإغاثة الإسلامية العالمية

د/ عبدالله بن صالح العبيـد

الأمين العام لهيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

د/ عدنان خليل باشا

العنوان: ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت: ٦٥١٢٣٣٢ - ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠١٧٥٤ إغاثة إس جي
Address: P.O. Box 14843 Jeddah 21434 ...

MWLIIRO-00032668

| International Islamic Relief Organization In the Kingdom of Saudi Arabia | [Logo: International Islamic Relief Organization] | [English: IIRO Intl. Islamic Relief Org. In Saudi Arabia] |
|---|---|---|

Finance Department

Number:                                                                                  Subject:

Date: [handwritten: 24 / 6 / 1418 AH] [Corresponding to Oct 25, 1997]

**His Excellency / Manager of the Al Rajhi Banking and Investment Corporation**

**Sharafya Branch – Jeddah – may Allah protect him**

**Peace and Allah's mercy and blessings be on you,**

Subject: Due to Preachers Sponsorship for the Period from 1/1/18 [Corresponding to May 7, 1997] to 30/2/1418 AH [Corresponding to Jul 5, 1997]

Sierra Leone – Guinea – Gambia – Ivory Coast – Burkina Faso – Ghana

Kindly issue a telex transfer in US dollars for the equivalent of the amount of 13600 riyals Thirteen thousand six hundred Saudi riyals only,

To the order of / International Islamic Relief Organization – Senegal

LIGUE ISLAMIQUE MODIALE (OIIS)
COMPT 25004028 CITIBANK DAKAR SENEGAL
CITIBANK NEW YORK
399 PARK AVENUE – NEW YORK BY 10043

By deducting from our account with you, Number ▓ 61 / Al Ruwais

And notify us thereof as a matter of importance.

We thank you and appreciate your kind cooperation with us.

May Allah reward you with goodness. [signature]

| Secretary General of the International Islamic Relief Organization in the Kingdom of Saudi Arabia [signature] Dr. Adnan Khalil Basha | Secretary General of the Muslim World League Chairman of the Founding Board of the International Islamic Relief Organization [signature] Dr. Abdullah bin Saleh Al Obaid |
|---|---|

[bilingual footer]

15 BANK-4

Address: P.O. Box 14843 Jeddah 21434 – Tel: 6512333 – 6515411- Fax: 6518491 – Telex: 606754 IGATHA SJ

MWLIIRO-00032668



**Declaration**

I, *Maha Husaini,* (translator's name/proofreader's name) hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated/proofread this document from *Arabic* (source language) into *English* (target language) for *PO37434*.

File names:

*MWLIIRO-00032643*

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) originals.



Signature: _____
Maha Husaini (Apr 26, 2024 18:16 GMT+3)

hussema2014@gmail.com

Translator

---

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926