# Al Rajhi Bank
# Ex. 92



FROM:                                          PHONE NO. 0000000000                    P0:

**Al-Jazirah**

Wednesday, Shawwal 26, 1417 AH (March 05 ,1997). Issue No. 8924                    **Local Affairs**

**After being assigned to supervise the Foundation, Al ash-Sheikh to Al-Jazirah:**

**"Al-Haramain Islamic Foundation is distinguished by its association with scholars, clear methodology, and this will be a helping factor in my work with it"**

By: Hamad al Badrani

His Eminence Deputy Minister of Islamic Affairs, Endowments, Da'wah, and Guidance – Sheikh Saleh bin Abdel Aziz Al ash-Sheikh – said that all charity organizations working in the Saudi Kingdom do ceaseless and considerable efforts in Da'wah and relief in different countries across the Islamic world to exemplify the meaning of Islamic solidarity and unity, with the support of the prudent Saudi leadership.

In a statement to Al-Jazirah following guidelines to assign him to manage Al-Haramain Islamic Foundation's work and activities in Riyadh, His Eminence said that charity in the field of Da'wah and relief is one of the best ways to get near to Allah the almighty. He showed that establishing mosques, institutes, Islamic centers, and orphanages is a type of ongoing alms, since they are places for Da'wah, education, and care, and that this is one of the most important fields through which the correct Islamic Da'wah may be introduced to the hearts of people. He added that all charity organizations, including Al-Haramain Islamic Foundation, do a lot of work in this field to educate, guide, provide relief to, and help people, confirming that the existence of these organizations is a Sharia obligation.

○ Saleh Al ash-Sheikh ○

He pointed out that there are many government agencies undertaking this role, such as Ministry of Islamic Affairs and other government agencies that do their roles in this field. But the world needs more, and hence comes the important role of charity organizations along with government agencies to propagate Da'wah and do charity.

Regarding the possible expansion in the Foundation's work after being assigned to supervise it, His Eminence said that the Foundation undertakes many and various tasks in the field of Da'wah and guidance, asserting that his supervision of the Foundation will be after he knows the real situation of the Foundation, provides feedback, and carries out what he deems appropriate in the Foundation's work field, since it works in fields that are at the heart of his work in the Ministry.

He also said that the Ministry is fully qualified in this field. "Al-Haramain Islamic Foundation has propagators, offices, and schools abroad. We will endeavor, Allah willing, to organize this, especially in administrative and financial fields. We will seek to provide the Foundation with everything that it needs because this is important to us all," he said.

He stressed that Al-Haramain Islamic Foundation is distinguished by its association with the scholars of this country and their guidelines. It calls for the correct method in Da'wah and education, and it is characterized by clear methodology and is committed to everything that it offers, as with all charity organizations. His Eminence pointed out that Foundation's commitment will be a strong and helping factor in his work with its officials. He showed that the first meeting to be held by the Foundation – to be headed by His Eminence – has not been decided yet. But he hopes that it would be held soon. He said that the selection of board members will be done during the Foundation's first meeting.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038772





الأربعاء ٢٦ من شوال ١٤١٧هـ ٥ من مارس «آذار» ١٩٩٧م. العدد ٨٩٢٤.

بعد تكليفه الاشراف على المؤسسة.. آل الشيخ لـ«الجزيرة»:

# مؤسسة الحرمين الخيرية متميزة بارتباطها بالعلماء وصفاء المنهج والمشـرب وسيكون ذلك عاملا مساعدا في عملي معها

كتب — حمد البدراني:

د معالي نائب وزير الد: ؤون الاسلامية والأوقـاف والدعوة والارشاد الشيخ صالح بن عبدالعزيز آل الشيخ أن كافة المؤ...ات الخيرية العاملة في المملكة تقوم بجهود حثيثة وجبارة في مجال الدعوة والاغاثة في م دة ألف بلدان اله عالم الاسلام ي لتجسد بذلك معاني الا رة الفل والتعاضد الاسلامي وذلك بدعم من القيادة السعودية الحكيمة.

وقد آل معاليه في تصـريح لـالجزيرة، عقب صدور التوجيهات بتكليف الاشراف على ادارة أعمال ونشاطات مؤسسة الحرمين الخيرية بالرياض، أن الاعمال الخيرية في مـ الدعوة والاغاثة هي من أعظم القربات لله سبحانه وتعالى. وبين أن انشاء المساجد والمعاهد والمراكز الاسلامية ودور الأيتام هي نوع من أنواع الصدقات الجارية م أعتبارها بيوتا للدعوة والتعليم لذين ن يحتاجون للتعليم والرعاية وهو من أهم الميادين التي يمكن من خلالها ادخال الدعوة الاسلامية الصحيحة لقلوب الناس.

وأضاف أن المؤسسات الخيرية جميعها بما لديها مؤسسة الحرمين الخيرية تقوم بأعمال عديدة في هذا المجال من أجل تعليم الناس وهدايتهم

○ صالح آل الشيخ ○

واغاثتهم ومساعدتهم مؤكدا أن وجود هذه المؤسسات هو واجب شرعي. وأشار الى أن هناك العديد من الجهات الحكومية التي تقوم بهذا الدور من بينها وزارة الشؤون الاسلامية وغيرها من الجهات الحكومية الاخرى تقوم بواجباتها في هذا المجال ولكن العالم يحتاج لوجود المزيد ومن هنا يتضح أهمية الـدور الذي تـقـوم بـه المؤسـسـات الخيرية بجانب الجهات الحكومية من أجل نشر الدعوة والخير.

وحول امكانية التوسع في أعمال المؤسسة عقب تكليفه بالأشراف عليها أوضح معاليه أن المؤسسة تقوم بأعمال كثيرة ومتنوعة في مجال الدعوة والارشاد مؤكدا أن

الاشـراف على المؤسسـة من قبله سيكون بعد التعرف على الواقع الحقيقي لـمؤسسـة ودقـديم الرأي، وتنفيذ ما يراه في مجال عمل المؤسسة باعتبارها تعمل في مجالات هي من صميم عمله في الوزارة التي تملك الكثير من الخبرات في هذا المجال.

وقال: أن مؤسسة الحرمين لديها دعاة ومكاتب، ومدارس في الخارج ونستسعي إن شاء الله الى تنظيم ذلك خاصة في المجالات الادارية والمالية وكل ما ستحتاجه ستسعى الى تقديمه لها أن المؤسسة لهذا جميعا.

وأكد إن مؤسسة الحرمين الخيرية متميزة بارتباطها بعلماء هذه البلاد وتعليماتهم وهي تدعو الى المنهج الصحيح في الدعوة والتعليم كما أنها ملتزمة بكل ما تقدمه كما هو حال جميع المؤسسات الخيرية.

وأشـار معاليه أن ذلك الالتزام من المؤسسـة سـيـكـون عـامـلا قـويـا ومساعدا في عملي مع المسؤولين فيها موضحا أن الاجتماع الاول الذي سـتـعـقـده المؤسسة برئاسة معاليه لم يحدد بعد، ولكنه من المؤمل أن يكون ذلك قريبا. وقال، أن الاجتماع الأول سيتم من خلاله اخـتـيـار أعـضـاء مـجـلـس الادارة للمؤسسة وترتيب ذلك.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York          ARB-00038772



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 202210241TO

**Language**: Arabic

**Documents**:

| | |
|---|---|
| ARB-00037961 | ARB-00038611 |
| ARB-00038149 | ARB-00038612 |
| ARB-00038200 | ARB-00038613 |
| ARB-00038201 | ARB-00038699 |
| ARB-00038321 | ARB-00038741 |
| ARB-00038386 | ARB-00038772 |
| ARB-00038403 | ARB-00038773 |
| ARB-00038418 | ARB-00038774 |
| ARB-00038436 | ARB-00038775 |
| ARB-00038439 | ARB-00038776 |
| ARB-00038573 | ARB-00038778 |
| ARB-00038585 | ARB-00039505 |
| ARB-00038586 | June 17, 1999 Al-Jazirah article |
| ARB-00038590 | |

**TRANSLATOR STATEMENT**

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*

**Date**: Oct 25, 2022