# Al Rajhi Bank
# Ex. 93

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    In re:  Terrorist Attacks

5    on September 11, 2001

6                        03 MDL 1570 (GBD)(SN) ECF Case

7    _____/

8

9            C O N F I D E N T I A L

10    The Above-Captioned Video-Recorded Deposition of

11            EVAN FRANCOIS KOHLMANN

12            9:07 a.m. - 3:28 p.m.

13            January 11, 2024

14

15

16

17

18

19

20

21

22

23    REPORTED BY:

24    STEVEN POULAKOS, RPR

25    JOB NO:  J10746354



 1

 2

 3

 4

 5

 6

 7

 8            The above-captioned video-recorded

 9   deposition of EVAN FRANCOIS KOHLMANN was held on

10   Thursday, January 11, 2024, 2024, commencing at 9:28

11   a.m., at the Law Offices of Cozen O'Connor, 1200 19th

12   Street, N.W., Washington, D.C.  20036, before Steven

13   Poulakos, Notary Public.

14

15

16

17

18

19

20   REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25



```
 1    APPEARANCES:

 2         ON BEHALF OF THE PLAINTIFFS:

 3         SEAN CARTER, ESQUIRE

 4             Cozen O'Connor

 5             1650 Market Street

 6             Suite 2800

 7             Philadelphia, Pennsylvania  19103

 8             Telephone:  215.665.2000

 9             Email:  scarter@cozen.com

10                 and

11         SCOTT J. TARBUTTON, ESQUIRE

12             Cozen O'Connor

13             1200 19th Street, N.W.

14             3rd Floor

15             Washington, D.C.  20036

16             Telephone:  202.912.4800

17             Email:  starbutton@cozen.com

18

19

20

21

22

23

24

25
```



```
 1   APPEARANCES (Continued):

 2        ON BEHALF OF AL-RAJHI BANK:

 3        CHRISTOPHER M. CURRAN, ESQUIRE

 4        COURTNEY DAVIS, ESQUIRE

 5        MICHAEL MAHAFFEY, ESQUIRE

 6        NWOR AKROUK, ESQUIRE

 7        REUBEN J. SEQUEIRA, ESQUIRE

 8            White & Case LLP

 9            701 Thirteenth Street, N.W.

10            Washington, D.C.  20005

11            Telephone:  202.626.3694

12            Email:  ccurran@whitecase.com

13

14        ON BEHALF OF THE DUBAI ISLAMIC BANK:

15        JUSTIN D. RATTEY, ESQUIRE

16            Jones Day

17            51 Louisiana Avenue, N.W.

18            Washington, D.C.  20001

19            Telephone:  202.879.3722

20            Email:  jrattey@jonesday.com

21

22

23

24

25
```



```
 1   APPEARANCES (Continued):

 2       ON BEHALF OF THE CHARTER OAK PLAINTIFFS:

 3       ROBERT C. SHEPS, ESQUIRE  (via zoom)

 4           Sheps Law Group P.C.

 5           25 High Street

 6           Huntington, New York  11743

 7           Telephone:  631.249.5606

 8           Email:  rsheps@shepslaw.com

 9

10       ON BEHALF OF THE MUSLIM WORLD LEAGUE, THE

11       INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, AND

12       VARIOUS CHARITY OFFICIALS:

13       AISHA BEMBRY, ESQUIRE  (via zoom)

14       SUMAYYA KATIB, ESQUIRE  (via zoom)

15       JON GRYSKIEWICZ, ESQUIRE  (via zoom)

16           Lewis Baach Kaufmann Middlemiss PLLC

17           1050 K Street, N.W.

18           Suite 400

19           Washington, D.C.  20001

20           Telephone:  202.833.8900

21           Email:  jon.gryskiewicz@lbkmlaw.com

22

23

24

25
```



```
 1   APPEARANCES (Continued):

 2       ON BEHALF OF THE WORLD ASSEMBLY OF MUSLIM YOUTH:

 3       OMAR ALHAMIDI, ESQUIRE  (via zoom)

 4       MUSTAPHA NDANUSA, ESQUIRE  (via zoom)

 5           Omar Mohammedi LLC

 6           233 Broadway

 7           Suite 820

 8           New York, New York  10279

 9           Telephone:  212.725.3846

10           Email:  mndanusa@otmlaw.com

11

12   ALSO PRESENT:  KIM JOHNSON - VIDEO OPERATOR

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                            INDEX

 2              Deposition of EVAN FRANCOIS KOHLMANN

 3                       January 11, 2024

 4   Examination by:                              Page

 5   Mr. Curran                                     10

 6

 7   Exhibit No.                                 Marked

 8   Exhibit EK1   FBI summary                      26

 9   Exhibit EK2   911 commission report            34

10   Exhibit EK3   Los Angeles Times article        43

11   Exhibit EK4   AT&T records                     49

12   Exhibit EK5   Certificate of authenticity of   49

13                 domestic records pursuant to

14                 federal rules of eviden  902(11)

15                 and 901(13)

16   Exhibit EK6   A multipage document             62

17   Exhibit EK7   An excerpt of the annual report of  68

18                 Al-Rajhi Bank

19   Exhibit EK8   An internal Al-Rajhi Bank document  74

20   Exhibit EK9   an FBI memorandum                78

21   Exhibit EK10  Excerpts of a report             87

22

23

24

25
```



1 |                  Exhibit Index (Continued)

2 | Exhibit No.                                          Marked

3 | Exhibit EK11  A translation                          108

4 | Exhibit EK12  U.S. State Department diplomatic       144

5 |               cable

6 | Exhibit EK13  Unclassified statement                155

7 | Exhibit EK14  Something that was posted on WAMY's    161

8 | Exhibit EK15  An article                            174

9 | Exhibit ARB26 A press release                        115

10 |

11 |           (Exhibit 2 retained by counsel.)

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |



```
 1              P R O C E E D I N G S

 2                       - - -

 3          THE VIDEOGRAPHER:  Here begins the video

 4     recorded deposition of Evan Kohlmann taken in the

 5     matter in re terrorist attacks on September 11th, 2001,

 6     in the U.S. District Court, Southern District of New

 7     York.  Today's date is January 11th, 2024.  The time is

 8     9:07.

 9          This deposition is being held at 1200 19th

10     Street, Northwest, Washington, D.C.  The court reporter

11     is Steve Poulakos.  The video camera operator is Kim

12     Johnson.  Both are on behalf of Esquire.

13          Will counsel please introduce yourselves

14     and state whom you represent.

15          MR. CURRAN:  I'll go ahead and start.  This

16     is Christopher Curran of White & Case on behalf of

17     Al-Rajhi Bank.  I'm joined by law firm colleagues,

18     Courtney Davis, Reuben Sequeira, Michael Mahaffey at

19     least for the moment and Nwor Akrouk, and I believe we

20     have on video someone from the Al-Rajhi legal

21     department, Abdul Rumon Amusa (ph).

22          MR. CARTER:  Good morning.  This is Sean

23     Carter from Cozen O'Connor.  I have with me today my

24     colleague, Scott Tarbutton, and we are here on behalf

25     of the plaintiffs.
```



```
 1              THE VIDEOGRAPHER:  And attorneys on Zoom?
 2              MS. BEMBRY:  Good morning.  This is Aisha
 3   Bembry.  Also on the call is Jon Gryskiewicz.  We are
 4   from the law firm Lewis Baach Kaufmann Middlemiss
 5   representing MWL, IIRO and certain charity officials.
 6              MR. ALHAMIDI:  This is Omar Alhamidi.  We
 7   do represent the Muslim Youth.
 8              MR. CURRAN:  Anyone else?
 9              MR. RATTEY:  Good morning.  This is Justin
10   Rattey from Jones Day on behalf of the Dubai Islamic
11   Bank.
12              MR. NDANUSA:  Mustapha Ndanusa from OTM Law
13   representing the Muslim Youth.
14              MR. CURRAN:  Okay.  Is there anyone who has
15   not identified themselves?  Okay.  Thank you very much.
16              THE VIDEOGRAPHER:  Will the court reporter
17   please swear in the witness.
18   Whereupon,
19              EVAN FRANCOIS KOHLMANN,
20   called as a witness, having been first duly sworn to
21   tell the truth, the whole truth, and nothing but the
22   truth, was examined and testified as follows:
23              EXAMINATION BY MR. CURRAN
24       Q     Good morning, sir.  You're Evan Francois
25   Kohlmann?
```



 1      A       That's me, correct.

 2      Q       And your last name is spelled

 3   K-O-H-L-M-A-N-N?

 4      A       Correct.

 5      Q       And you understand you've been engaged

 6   as -- to provide expert opinions in this matter?

 7      A       Correct.

 8      Q       And you understand that this matter relates

 9   to 9/11?

10      A       Correct, yes.

11      Q       And you understand the importance of the

12   matter and the sensitivity of the matter?

13      A       Yes, I do.

14      Q       You understand that the plaintiffs include

15   victims and survivors of the 9/11 attacks?

16      A       Yes, I do.

17      Q       And you understand that the defendant for

18   purposes of today is Al-Rajhi Bank?

19      A       Yes, I do.

20      Q       And you understand that this litigation is

21   of substantial importance to all the parties?

22      A       Yes, I understand that.

23      Q       And you understand that your report in this

24   matter and your opinions may be presented to the Court

25   that's adjudicating this matter?



1        A       Yes.

2        Q       And you understand that the Court may rely

3    upon your opinions and other statements in reaching

4    decisions and judgments in this matter?

5        A       Yes.

6        Q       And given that, you understand that it's

7    important for you to be as candied as possible?

8        A       Yes.

9        Q       And to be as accurate as possible?

10       A       Yes.

11       Q       And to provide the facts and opinions

12   without inaccuracy?

13       A       Yes.

14       Q       Without exaggeration?

15       A       Yes.

16       Q       Without embellishment?

17       A       Yes.

18       Q       You are educated as a lawyer, correct?

19       A       I attended law school.  I graduated from

20   the University of Pennsylvania Law School, but I never

21   took the bar exam.  So I guess I -- I received a legal

22   education, but I'm not a lawyer.

23       Q       Okay.  And -- well, are you familiar that

24   under rule 26 of the federal rules of civil procedure

25   an expert witness is required to provide a complete



1    statement of all opinions that the witness will express

2    and the basis and reasons for them?

3        A      I'm generally familiar with it, yes.

4        Q      And have you provided such a written report

5    in this matter?

6        A      I have, yes.

7        Q      Sir, Osama bin Laden and Al-Qaeda carried

8    out the 9/11 terrorist attacks, correct?

9        A      That's correct, yes.

10       Q      And Osama bin Laden was first designated by

11   the United States in 1998, correct?

12       A      That's correct, yes.

13       Q      He was designated at that time as a

14   specially designated national?

15       A      I don't -- I believe it was as part of an

16   FTO, a foreign terrorist organization, but more or

17   less, it's the same thing.

18       Q      And -- but you are confident that he was

19   first designated in 1998, correct?

20       A      That's my understanding, yes.

21       Q      Well, is it your understanding or do you

22   know that?

23       A      I believe it's correct, yes.

24       Q      And Al-Qaeda, the organization, was first

25   designated by the U.S. government the following year in



1  1999, correct?

2      A      That's correct, yes.

3      Q      And they -- and that organization was

4  designated as an FTO?

5      A      As a foreign terrorist organization, yes,

6  that's correct, yes.

7      Q      And, sir, in your written report in this

8  matter, you refer to Osama bin Laden having bank

9  accounts at Al-Rajhi Bank, correct?

10     A      That's correct, yes.

11     Q      In your written report, you do not describe

12 any transactions in that account during the relevant

13 period for this matter, correct?

14            MR. CARTER:  Objection.

15            THE WITNESS:  I don't believe I did, no.

16 BY MR. CURRAN:

17     Q      And, sir, do you understand that the

18 relevant period for discovery in this matter including

19 related to your report is from January 1st, 1998,

20 through December 31st, 2002?

21            MR. CARTER:  Objection to form.

22            THE WITNESS:  I'm not sure if I knew that

23 exact time period, but that's -- I'll accept that, yes.

24 BY MR. CURRAN:

25     Q      Okay.  But in any event, did you -- did you



1  examine the activity or lack thereof in the bin Laden

2  accounts --

3        A      I did not --

4        Q      -- at Al-Rajhi Bank?

5        A      Excuse me.  I didn't have access to those

6  materials.  So I wasn't able to review them.

7        Q      Why didn't you have access to those

8  materials?

9        A      They're nonpublic and I did not receive

10  them from any parties in the litigation.

11        Q      Okay.  So it's fair to say that you're not

12  aware of any transactions in those accounts at any time

13  after January 1st, 1998, correct?

14        A      Not offhand, no.

15        Q      And, in fact, Osama bin Laden lost his

16  Saudi citizenship in 1994, correct?

17        A      That's correct, yes.

18        Q      So he would have lost his Saudi ID at that

19  time, correct?

20        A      I don't know when he would have lost his

21  Saudi ID, but he lost his citizenship in 1994.

22        Q      And he also lost his ability to transact

23  any business in Saudi bank accounts when he lost his

24  citizenship, correct?

25        A      Technically practically speaking, I don't



 1  know if that's the case or not.

 2      Q    When you say technically speaking, you mean

 3  as a matter of Saudi law, correct?

 4      A    As a matter of Saudi law, but there's a

 5  difference between technically and practically

 6  speaking.

 7      Q    Do you have any evidence or indication that

 8  Osama bin Laden transacted any transactions in his bank

 9  accounts at Al-Rajhi Bank at any time after January

10  1st, 1998?

11      A    I don't -- I have not been provided access

12  to those records.  So I couldn't say whether that's the

13  case or not.

14      Q    Well -- but I'm asking if you have any

15  evidence or if you've seen any evidence or any

16  indication that there were such transactions?

17      A    I think I just answered that.  I haven't

18  been provided access to those materials.  So I don't

19  have any way of making a conclusion one way or the

20  other.

21      Q    So you haven't seen any such evidence?

22      A    I -- I haven't been provided access to

23  those records.  I couldn't say one way or the other.  I

24  guess -- I guess it's the same thing as what you're

25  saying.



1    Q       Yeah.  So regardless of what you've had

2    access to, you have not seen any evidence or indication

3    of any transactions in those accounts after January

4    1st, 1998?

5    A       I don't know whether there's been activity

6    or not because I haven't been provided access to those

7    records.

8    Q       That's not exactly the question, right?

9    The question is whether or not you've seen evidence or

10   indication of any transactions in those accounts?

11   A       I haven't been provided any access to

12   those.  So I haven't seen anything.

13   Q       Are you declining to answer my question as

14   framed?

15   A       No.  What I'm saying is is that in the

16   absence of being able to review those records, I

17   couldn't make a determination one way or the other.  I

18   haven't been provided access to them.  I haven't seen

19   it.  So I don't know whether it is the case or not.

20   Q       My question, though, isn't whether or --

21   right now my question isn't whether or not there were

22   transactions.  My question is whether or not you have

23   seen evidence or indication of any such transactions.

24   A       I haven't been provided access.  So I

25   haven't seen any.



1      Q      And you're comfortable with that answer,

2   providing that answer to Judge Daniels in this matter?

3      A      Yes.

4      Q      You also refer -- well, let me -- let me

5   kind of wrap a bow on that.  In your written report in

6   this matter which is as you've said a complete

7   statement of your opinions -- which is a complete

8   statement of all opinions that you will express, you do

9   not identify any transactions in those bin Laden

10   accounts, correct?

11      A      I believe that's correct, yes.

12      Q      Why are you hesitating?  Why do you

13   believe?  Is it true or not?

14      A      Well, I have to think about whether -- the

15   context of the report.  To my recollection, I don't

16   believe there's anything in there about specific

17   transactions involving his accounts, bin Laden's

18   accounts that is.

19      Q      Or even general transactions, right, even a

20   general discussion of any transactions?

21      A      I don't know what the difference would be,

22   but I don't discuss transactions involving his

23   accounts.  I believe in my report, I make reference to

24   him having accounts at the bank, but I don't believe I

25   make any reference to specific transactions involving



 1  those particular accounts.

 2       Q     So -- so if I were to -- if I were to tell

 3  you that there were no transactions in those accounts

 4  at any time during the relevant period as I've defined

 5  it, you have no indication or evidence otherwise?

 6             MR. CARTER:  Objection to form.

 7             You can answer.

 8             THE WITNESS:  Not at this time, no, not

 9  without seeing access to the accounts, no.  I would

10  have to take your word for it.

11  BY MR. CURRAN:

12       Q     Did -- well, how come you don't have access

13  to the information on those accounts?

14       A     Banking records are nonpublic information.

15  They are private records.  And unless I'm provided that

16  by parties to a litigation or unless they've been

17  somehow leaked, I don't see how I would have access to

18  them.

19       Q     Isn't your report full of citations to

20  nonpublic information including from Al-Rajhi's files?

21       A     Again, unless I'm provided access to

22  particular documents through the process of discovery

23  or if they are -- somehow have become public documents,

24  I wouldn't have any way of being able to access that

25  information.



1        Q        Did you ask to see the banking records

2    related to the bin Laden accounts at Al-Rajhi Bank?

3        A        I don't believe I did, no.

4        Q        Why not?

5        A        Most banking records are nonpublic

6    information typically.  Unless I'm provided to them by

7    parties to the litigation, my assumption is is that

8    they are nonpublic records and that they're not --

9    or -- or -- and/or they are not available.  They're --

10   it's -- banking records are not always something that I

11   have access to.  It's not something -- it's usually

12   something that either I'm provided access to or not in

13   this case.  I don't believe I was provided access to

14   them.

15       Q        My question was:  Why didn't you ask for

16   them?

17       A        Again, because they are nonpublic records.

18   So unless I'm provided access to them, my default

19   assumption is they are not available.

20       Q        In your report, you also address that

21   certain of the 9/11 hijackers had accounts at Al-Rajhi

22   Bank, correct?

23       A        Correct.

24       Q        Your report does not address any

25   transactions in any of those accounts, correct?



1        A        I believe actually that is incorrect.  I

2   believe there's actually not -- excuse me -- not on the

3   basis of an analysis of the accounts themselves, but

4   based on a subsequent analysis from the CIA, I believe

5   that there is a statement in my report which

6   indicates -- here you go.

7        Q        What page are you looking at?

8        A        I'm looking at page 8, the end of the half

9   paragraph at the top of the page.  I'll read the

10  sentence to you.  A 2002 CIA document obtained by

11  plaintiff's counsel noted that Al-Rajhi Bank has been a

12  conduit for funds for Islamic extremists and for the

13  9/11 hijackers -- sorry -- for the 11 September

14  hijackers.  That is the extent to which I discuss the

15  activity at their accounts at Al-Rajhi Bank.

16       Q        Did you examine the records of the accounts

17  of those 9/11 hijackers?

18       A        No, I did not.

19       Q        Did you have access to those records?

20       A        Not to my recollection, no.

21       Q        Did you ask for access to those records?

22       A        Once again, it's -- it's -- those are

23  nonpublic records.  So by default unless I'm provided

24  to them or made aware of their existence, I would not

25  request them because they're nonpublic records.



1      Q      So sitting here today, you don't know what,

2  if any, transactions were conducted in those accounts,

3  correct?

4      A      That's correct.  I'm not aware of any

5  specific transactions offhand.

6      Q      And none are described in your report other

7  than this sentence that you refer to?

8      A      Other than what's in my report, that's

9  correct, yes.

10     Q      No, no, no.  Other -- other than the

11 sentence that you referred to.

12     A      Correct.  Other than what the sentence is

13 in my report, that's correct.

14     Q      Sir, are you aware that -- are you aware of

15 Al-Rajhi's Bank's market share in retail banking in

16 Saudi Arabia?

17     A      As a percentage?

18     Q      Yes.

19     A      No.  I'm aware it's one of the largest

20 banks in Saudi Arabia.  I'm aware it's one of the most

21 prominent, but I'm not an expert in Saudi banking

22 generally.  So I couldn't tell you percentage-wise.

23     Q      How many hijackers were there carrying out

24 9/11?

25     A      There were 19 hijackers.



1        Q      Okay.  And according to your report, at

2    least seven had accounts at least at some point in time

3    at Al-Rajhi Bank?

4        A      Correct.

5        Q      So that's seven out of the 19?

6        A      Correct.

7        Q      Do you have any understanding as to how

8    that correlates to Al-Rajhi Bank's share of retail

9    banking in Saudi Arabia?

10              MR. CARTER:  Objection to form.

11              THE WITNESS:  I think it would be

12   speculation for me to guess at that.

13   BY MR. CURRAN:

14       Q      Okay.  So that's not something you've

15   analyzed?

16              MR. CARTER:  Objection to form.

17              THE WITNESS:  Again, I think -- I don't

18   know of how I would analyze it based on the methods or

19   the research that I do, but I would be speculating as

20   per if I was to guess why seven out of 19 versus how

21   big the market share is.  That would be speculation on

22   my part.

23   BY MR. CURRAN:

24       Q      And something you have not analyzed?

25       A      Yes, that's correct.



1        Q        Are you aware that the 9/11 hijackers, many

2    of them, had U.S. bank accounts?

3        A        Some of them did, not many of them, but

4    some of them did, yes.

5        Q        Which ones did?

6        A        Offhand, to be honest with you, I -- I was

7    just going through this the other day.  I believe Nawaf

8    al-Hasmi had an account.  Ahmed al-Nami had an account.

9    I'd have to check on the rest offhand.  I don't know

10   offhand.

11       Q        But there were -- there were several of

12   them that did have accounts at U.S. banks?

13       A        Yes.

14       Q        And what were some of those banks?

15       A        You know, honestly, the account that -- the

16   bank that comes up right now I don't believe is a U.S.

17   bank.  It's Standard Chartered, but I forget the others

18   offhand.

19       Q        Do you recall seeing photographs of 9/11

20   hijackers withdrawing money from U.S. ATMs in the days

21   and hours before the 9/11 attacks?

22       A        Perhaps.  I don't recall offhand.

23       Q        Are you aware of whether the hijackers

24   engaged in banking transactions with U.S. banks in the

25   days and hours prior to 9/11?



1      A      Yes.

2      Q      What's your understanding as to what --

3  what transpired?

4      A      They transferred and received money.  They

5  sent international wires and received international

6  wires.

7      Q      And are you aware of whether the 9/11

8  hijackers engaged in any shopping or eating at

9  restaurants and things of that nature in the days and

10  hours prior to 9/11?

11      A      My understanding is that they did purchase

12  food and stay at hotels, yes.

13          MR. CURRAN:  I'd like to mark as our first

14  exhibit a document bearing the Bates number FBI 02956.

15  This is tab 84 in the online binder.  So I'm going to

16  provide a copy to the court reporter for marking.

17          MR. CARTER:  And, Chris, this will be

18  brought up on the Zoom.

19          MR. CURRAN:  Yeah, but I also have a hard

20  copy if you'd like that.

21          MR. CARTER:  No, that's okay.  My question

22  was just answered.  I'll take it.  Chris, just a

23  housekeeping issue.  You've marked this as quote,

24  unquote Exhibit 1.  There's -- the protocol we've been

25  using for exhibits -- I can't remember where we left



 1  off in Al-Rajhi.  My recollection is that we're

 2  supposed to be sequentially labeling things.  I don't

 3  need to make a big issue of it.  If you want to do

 4  this -- if we just want to label this something like

 5  EK1 or some designation that avoids confusion.

 6              MR. CURRAN:  Okay.  I'm fine with EK1.

 7              MR. CARTER:  Okay.  Thanks.

 8              (Kohlmann Exhibit EK1 was marked for

 9  purposes of identification.)

10  BY MR. CURRAN:

11      Q      Mr. Kohlmann, please take a moment to

12  familiarize yourself with this.

13              MR. CURRAN:  Sean, I notice that the

14  document that the witness has has some yellow

15  highlighting on the front and back.

16              MR. CARTER:  Why don't you switch that out?

17              MR. CURRAN:  So I'd like to ask the court

18  reporter to substitute.

19              MR. CARTER:  Sorry.  I thought that was

20  deliberate.

21              MR. CURRAN:  No.

22  BY MR. CURRAN:

23      Q      So, again, Mr. Kohlmann, please take a

24  moment and familiarize yourself.

25      A      Full disclosure.  This has some



1    highlighting on the back.  That's okay.

2            MR. CARTER:  I'll tell you what.  I will

3    relegate myself to the online version and he can have

4    my nonhighlighted.

5            MR. CURRAN:  Okay.

6    BY MR. CURRAN:

7        Q      So now, sir, if you're ready, I can -- I'll

8    ask you a question, but don't feel rushed either.

9        A      Yes, of course, please.  Go ahead.  No.

10   Let's go ahead.  Go ahead.

11       Q      Have you seen this document before?

12       A      Yes, but it's been a while.

13       Q      This document purports to be an FBI

14   summary, correct?

15       A      Correct.

16       Q      And it's summarizing various accounts and

17   transactions that the 9/11 hijackers had, correct?

18       A      That's correct.

19       Q      And you see from your review that the

20   hijackers had numerous bank accounts and used numerous

21   financial institutions, correct?

22       A      Correct.  I actually forgot about SunTrust,

23   yes.

24       Q      SunTrust is one.  You see some German

25   banks?



```
 1        A      Sparkasse.

 2        Q      Okay.  Sparkasse, Dresdner.

 3        A      Um-hmm.

 4        Q      You see the use of Western Union wire

 5   transfers?

 6        A      Correct.

 7        Q      You see reference on page 2960 to HSBC?

 8        A      Correct.

 9        Q      As well as some of the banks we've already

10   referred to.  You can see a reference on page 2962 to

11   Deutsche Bank?

12        A      Correct.

13        Q      As well as First Union National Bank?

14        A      That's correct.

15        Q      And then over on page 2963, you see

16   reference to Hudson United Bank?

17        A      That's correct.

18        Q      As well as Citibank UAE?

19        A      Correct.

20        Q      There's Al-Rajhi Investment Bank as well.

21   Do you see on 2964 Dime Savings Bank?

22        A      Yes, I do.

23        Q      And do you see over on page 2965 Arab

24   National Bank?

25        A      Yes, I do.
```



1    Q      And on page 2966 UAE Exchange Center?

2    A      Yes, although that's not a bank.

3    Q      Okay.  But you see reference there to that

4    center and visa travelers checks, correct?

5    A      That's correct.

6    Q      And then over on to page 2968, you see

7    reference there to TravelEx and Western Union wires?

8    A      That's correct.

9    Q      And then over on 2969, you see reference to

10   Saudi Netherlands Bank?

11   A      That's correct.

12   Q      Over on page 2971, you see a reference

13   two-thirds of the way down the page to Royal Bank of

14   Canada?

15   A      You said 2971?

16   Q      Yes, as well as 2972.

17   A      I see Royal Bank of Canada here, but there

18   are a variety of different banks listed.  Oh, okay.

19   Now I see it.  Yes, okay.

20   Q      And then over on 2973, there's a reference

21   to Standard Chartered Bank, which you already referred

22   to?

23   A      That's correct, yes.

24   Q      And then there's references on 2974 to SCB

25   which is shorthand for Standard Chartered Bank,



1    correct?

2         A      That's correct, yes.

3         Q      So it's fair to say that the FBI's summary

4    reflects the use of a variety of banks and wire

5    transfer institutions by the 9/11 hijackers, correct?

6         A      That's correct, yes.

7         Q      So there was nothing unusual or unique

8    about Al-Rajhi Bank having accounts for some of these

9    hijackers, correct?

10        A      I don't know that that's necessarily the

11   case or not.

12        Q      Okay.  Where did the hijackers get their --

13   the weapons that they used on their flights?

14        A      Are you referring to the knives?

15        Q      Yes.

16        A      You're talking about the blade cutters and

17   whatnot?

18        Q      Yes.

19        A      They purchased them from locations inside

20   the United States.  I think if I remember correctly,

21   hardware stores and like Target.

22        Q      Target, Wal-Mart perhaps?

23        A      I believe so, yes.

24        Q      Perhaps Wal-Mart in Portland, Maine?

25        A      I believe so.  That's correct, yes.



1       Q      Do you think there's anything -- do you

2    think that reflects any culpability on the part of

3    Wal-Mart and Target and these other retail

4    organizations?

5              MR. CARTER:  Objection.

6              You can answer.

7              THE WITNESS:  I don't know the full context

8    of how they purchased them or what they purchased, but

9    at the time when they purchased, buying a blade or

10   blade cutter was not illegal.  And there was no --

11   there was no kind of federal check or any kind of

12   diligence check required by Wal-Mart on people

13   purchasing those items.  So in the absence of someone

14   of having some sign of intent that they were going to

15   do something illicit with it, I'm not sure.

16   BY MR. CURRAN:

17      Q      Sir, in your report, you have a section

18   devoted to a person by the name of Sulayman bin Nasir

19   bin Abdullah al-Alwaan?

20      A      Yes.

21      Q      Do you remember that?

22      A      Yes, I do.

23      Q      And by the way, feel free to refer to your

24   report when we're speaking about this.

25      A      Thank you.



1    Q    I think this passage begins on page 8.

2    A    I actually have it opened to that page.

3    Q    And by the way, I think that that's your

4  own copy of the report that you brought with you?

5    A    It is.  It's an unmarked copy.

6    Q    Unmarked, no notes or anything like that?

7    A    There's no notes.  There's nothing there.

8    Q    And you refer in your report to al-Alwaan

9  having opened six accounts at an Al-Rajhi Bank branch

10  in Barada, Saudi Arabia in the fall of 2000, correct?

11    A    That's correct.

12    Q    And then you go on to describe somewhat

13  inflammatory speeches and writings by al-Alwaan?

14    A    That's correct, yes.

15    Q    Mr. al-Alwaan was never designated by the

16  U.S. government, correct?

17    A    I don't recall if he was or he wasn't.  I

18  don't think so, but I don't recall a hundred percent.

19    Q    Well, your report does not reflect that he

20  was designated, correct?

21    A    Correct.

22    Q    Your report does refer to him being

23  subsequently investigated by the Saudi Arabia Monitary

24  Authority, SAMA, correct?

25    A    Correct.



1    Q      And you know from materials you were

2    provided with and reviewed that Al-Rajhi Bank

3    cooperated in that investigation, correct?

4    A      I don't recall offhand, but that's

5    possible, yes.

6    Q      Well, your footnote 15 is -- reflects

7    documents from Al-Rajhi Bank and that's their source of

8    the investigation, correct?

9    A      That's correct, yes.

10   Q      And all of the inflammatory statements that

11   you attribute to Mr. al-Alwaan postdate his opening of

12   the bank accounts, correct?

13   A      Actually, I'm not sure about that.

14   Q      Please --

15   A      I'm familiar with the fact al-Alwaan made

16   statements starting in approximately 1999 and 2000 in

17   al Barada that were in support of the Taliban and in

18   support of Jihadists in Afghanistan.  I don't recall

19   whether or not the statement that I cited here on

20   permissibility of martyrdom operations was prior or --

21   or other statements afterwards that are cited at

22   2000 -- in the wake of 2000 -- September 11th and the

23   2002, those are post 9/11.

24   Q      So the only one you're unsure about is the

25   one you have block quoted there on page 8?



```
 1        A      Yes, although, again, my -- in writing the

 2   report, I was not focused just on his statements prior

 3   to 9/11, but he was known for making radical statements

 4   prior to 9/11 as well in support of the Taliban, in

 5   support of Palestinian operations targeting Israelis.

 6   He was well-known for his support in that regard.

 7        Q      So -- so among the things you say about

 8   Mr. al-Alwaan was you say that al-Alwaan himself had

 9   served as a teacher and mentor to 9/11 suicide hijacker

10   Abdelaziz al-Omari.

11        A      Correct.

12        Q      Do you see that?

13        A      Correct.

14        Q      And what's your source for that?

15        A      My source for that is the 9/11 report page

16   233.

17             MR. CURRAN:  Okay.  Let's take a look at

18   that page.

19             (Kohlmann Exhibit EK2 was marked for

20   purposes of identification.)

21             MR. CURRAN:  Tab 52.  This is the 9/11

22   commission report page 233 and we'll be marking this as

23   EK Exhibit 2.

24             (A discussion was held off the record.)

25   BY MR. CURRAN:
```



```
 1        Q      Mr. Kohlmann, do you see in front of you
 2   the page 233 from the 9/11 commission report?
 3        A      I do.
 4        Q      And that's the page that you cite in
 5   footnote 16 of your report, correct?
 6        A      Correct.
 7        Q      And do you see the -- in the first full
 8   paragraph, second sentence, it says Omari, for example,
 9   is believed to have been a student of a radical Saudi
10   cleric named Sulayman al-Alwaan?
11        A      Correct.
12        Q      And that sentence is the source for your
13   statement in your report that I referred to, correct?
14        A      I believe.
15        Q      All right.  So the 9/11 commission report
16   says that Omari is believed to have been a student of
17   al-Alwaan and you in your report on the basis of that
18   sentence say that al-Alwaan himself had served as
19   teacher and mentor to 9/11 suicide hijacker Abdelaziz
20   al-Omari, correct?
21        A      Correct.
22        Q      That's a pretty blatant embellishment of
23   the 9/11 commission report, isn't it?
24        A      Not in my view.  In my view, it's a
25   restatement, but you can characterize it how you like.
```



1      Q      Okay.  So when the 9/11 commission report

2   says Omari is believed to have been a student, you

3   think it's fair from that source to say that al-Alwaan

4   had served as teacher and mentor to al-Omari?

5      A      I believe that's a fair characterization,

6   yes.

7      Q      Okay.  So you stand by that?

8      A      Yes.

9      Q      And, in fact, your report does that kind of

10  recharacterization a lot, doesn't it?

11              MR. CARTER:  Objection to form.

12              THE WITNESS:  I -- you'd have to provide me

13  specific examples.

14  BY MR. CURRAN:

15      Q      Okay.  I will.  We've already talked about

16  designations to some extent already and you acknowledge

17  that bin Laden was first designated in 1998 and

18  Al-Qaeda was first designated in 1999, correct?

19      A      I believe so, yes.

20      Q      Sir, Al-Rajhi Bank has never been

21  designated in any way by the U.S. government, correct?

22      A      Not that I'm aware of publicly, no.

23      Q      You've looked into that, haven't you?

24      A      Yes, but I don't have access to anything

25  that's -- that's classified or nonpublic, so I can only



 1  speak to what's in the classified -- excuse me -- the
 2  unclassified or public sphere, i.e., materials that are
 3  unclassified or materials that were classified and have
 4  been since declassified.  So I can't really speak with
 5  authority to that.
 6       Q    Okay.  But let's -- let's discuss public
 7  designations --
 8       A    Sure.
 9       Q    -- such as SDN, FTO and designations akin
10  to that.  Al-Rajhi Bank has never been so designated by
11  the U.S. government, correct?
12       A    So designated by who?  Are you saying have
13  they been publicly designated?
14       Q    Yes.
15       A    To my knowledge, they have not been
16  publicly designated, no.
17       Q    And that includes by the president, by the
18  Department of the Treasury, by the State Department or
19  any other unit of the U.S. federal government, correct?
20       A    That's correct, yes.
21       Q    And the same holds true for Al-Rajhi Bank's
22  directors, officers and employees, correct?  None of
23  them have ever been designated by any U.S. authority?
24       A    I couldn't say that.  I don't know to the
25  extent that individuals that might have been designated



1    by employees at Al-Rajhi at one point.  I couldn't say
2    that.
3        Q     Let me put it this way.  So in your report,
4    you do not identify any instance in which Al-Rajhi Bank
5    has been designated by any U.S. government authority,
6    correct?
7        A     Correct.
8        Q     Or by any other government authority
9    anywhere in the world, correct?
10       A     Correct.
11       Q     And in your report, you do not identify any
12   instance in which any director, officer or employee of
13   Al-Rajhi Bank has been designated by the United States
14   government, correct?
15       A     I believe that's correct.
16       Q     Or by any other government anywhere in the
17   world?
18       A     In my report?
19       Q     Yes.
20       A     I don't believe I said anything like that,
21   no.
22       Q     Just because you -- you seem to be
23   suggesting maybe there was information outside of your
24   report.  Even beyond your report, you're not aware of
25   any designation of Al-Rajhi Bank or any director,



1    officer or employee of Al-Rajhi Bank by any government

2    anywhere in the world, correct?

3              MR. CARTER:  Objection to form.

4              THE WITNESS:  Again, based on the

5    information that I reviewed, I am unaware of that.

6    BY MR. CURRAN:

7        Q     And 9/11 it's fair to say was the most

8    investigated crime probably in human history, correct?

9              MR. CARTER:  Objection.

10             THE WITNESS:  I don't know that I would

11   make that kind of a characterization.  I don't know.

12   BY MR. CURRAN:

13       Q     You think that's an unfair

14   characterization?

15       A     I think that's an individual assessment.  I

16   don't -- I don't think there's any way of actually

17   measuring that or assessing that.  Is it more

18   significant than the investigation of the Linbergh

19   baby, I don't know.  That's -- that's a subjective

20   assessment.

21       Q     So what are other candidates in your mind?

22   So the Linbergh baby.  So you think -- you think the

23   Linbergh --

24       A     The assassination -- the assassination of

25   JFK.  I mean, there are so many different major



1   international investigations over the years.  I don't

2   think you can properly characterize things like that

3   just in my opinion.

4        Q     It's fair to say that the investigation of

5   9/11 was extraordinary in its scope and duration,

6   correct?

7              MR. CARTER:  Objection to form.

8              THE WITNESS:  I would say there was a major

9   effort to try to investigate it, yes.

10  BY MR. CURRAN:

11       Q     And principally by the U.S. government,

12  correct?

13       A     Among others, yes.

14       Q     And many different units of the U.S.

15  government, correct?

16       A     That's correct.

17       Q     The CIA, the FBI, national intelligence?

18       A     That's correct.

19       Q     Turning back to your report, on page 9, you

20  have reference to in 2003 --

21       A     Do you want this back?

22       Q     No.  You can keep it right there.  So I'm

23  on page 9 in your report.  There's a sentence where --

24  this is now in the second full paragraph.  In 2003,

25  al-Alwaan spoke at the Al-Rajhi Mosque and condemned



1  the United States and its allies calling them invaders

2  and crusaders and there's quote marks around invaders

3  and crusaders, correct?

4       A      Correct.

5       Q      And the reference to Al-Rajhi Mosque, that

6  Mosque is named Al-Rajhi Mosque because a number of the

7  Al-Rajhi family made donations to have it built,

8  correct?

9       A      Correct.

10      Q      You're not suggesting by the name that

11 anyone in the Al-Rajhi family had any influence over

12 who would be speaking there, correct?

13      A      I don't know if that's the case or not.

14 Certainly what you're saying is true.  The Mosque was

15 named after Al-Rajhi family because of the fact that

16 they sponsored the construction of it and built it.

17 The degree to which they have control over who speaks

18 there, I couldn't say.

19      Q      And, in fact, the Al-Rajhi family are --

20 they're famous for their philanthropy, correct?

21      A      Correct.

22      Q      And have sponsored the building of numerous

23 Mosques throughout Saudi Arabia, correct?

24      A      Yes, I think that's fair to say.

25      Q      And the particular Al-Rajhi Mosque you're



 1  referring to here is not the Mosque in Riyadh, but, in

 2  fact, is a Mosque in Barada, Saudi Arabia, correct?

 3       A      You're right.  That's correct, yes.

 4       Q      And then in 2003, that was after the United

 5  States invaded Iraq, correct?

 6       A      In this context, I believe it was, yes.

 7       Q      So al-Alwaan was making comments critical

 8  and condemning the United States for its invasion of

 9  Iraq, correct?

10       A      I wouldn't characterize that as what he was

11  doing.  That was part of what he was doing, but he was

12  also calling for armed conflict against the United

13  States.

14       Q      To resist the invasion of Iraq?

15              MR. CARTER:  Objection to form.

16              THE WITNESS:  I wouldn't call it resisting.

17  I would call it -- he was calling for armed conflict

18  with the United States.  He wasn't specifically

19  limiting himself just to Iraq.

20  BY MR. CURRAN:

21       Q      And your source for footnote 20 -- your

22  source for that sentence is footnote 22, correct?

23       A      Correct, yes.

24              MR. CURRAN:  I'd like to ask the court

25  reporter to mark this document as EK Number 3.



 1              (Kohlmann Exhibit EK3 was marked for
 2      purposes of identification.)
 3      BY MR. CURRAN:
 4          Q       Mr. Kohlmann, please take a moment to
 5      review this document.  This was tab 18.
 6          A       (Reviewing document.)
 7          Q       Mr. Kohlmann, this was the source that you
 8      referred to in your report at footnote 22?
 9          A       That's correct, yes.
10          Q       And, first of all, your quote from the
11      article is wrong, correct, when you say invaders and
12      crusaders?
13          A       Sorry.  Invaders and colonists.  That's
14      correct, yes.
15          Q       How did that happen?
16          A       I have no idea.  It could have simply been
17      a typo.
18          Q       And this article is principally about the
19      resistance to the war in Iraq, correct?
20          A       Well, he says since the 11th of September.
21      So he actually in his speech he's basically
22      characterizing the war in Iraq as part of a larger
23      struggle with the United States that began in
24      September 11th.
25              You know, to me when I read this, it was



1  not limited to just that.  And of course since he had

2  issued a declaration of martyrdom or support of

3  martyrdom operations prior to this, it seemed to me

4  that this was part of a larger characterization of the

5  conflict with the United States.

6      Q      But the war in Iraq was and is a source of

7  considerable controversy in the Middle East and

8  elsewhere, correct?

9      A      I'd say that's true.

10     Q      And, in fact, with the benefit of years of

11 20/20 hindsight, it appears that the U.S. government

12 went into Iraq with a misunderstanding as to whether

13 Saddam Hussein was hiding weapons of mass destruction,

14 correct?

15     A      That's true, yes.

16     Q      And the CIA reports that supported the

17 invasion turned out to be wrong, correct?

18     A      That is correct, yes.

19     Q      And, in fact, there's been concern

20 expressed about a lot of the intelligence immediately

21 after 9/11 coming out of the CIA and other intelligence

22 agencies, correct?

23     A      No, I don't think that's correct.  Maybe as

24 per the weapons of mass destruction in Iraq, but I have

25 seen only very small instances vis-a-vis Al-Qaeda



 1   itself.

 2        Q     Well --

 3        A     I can only think of one example offhand.

 4        Q     Well, don't you think that the CIA's

 5   mistake about Saddam Hussein having weapons of mass

 6   destruction was a pretty serious mistake?

 7             MR. CARTER:  Objection to form.

 8             THE WITNESS:  I think it was a pretty

 9   serious mistake inasmuch as the CIA's assessment of

10   what was going on in the Iraq with the regime of Saddam

11   Hussein, sure.

12   BY MR. CURRAN:

13        Q     Well, it caused the United States and

14   allies to go into war on a mistaken assumption,

15   correct?

16             MR. CARTER:  Objection to form.

17             THE WITNESS:  I think I agree with you in

18   the sense that if you're talking about the CIA's

19   understanding of Saddam Hussein's Iraq and about the

20   dynamics of the Iraqi regime and the possession of

21   weapons of mass destruction on that particular element,

22   I would say the CIA's information was not so good, yes,

23   correct.

24   BY MR. CURRAN:

25        Q     Not so good, is that what you said?



 1      A      I would say it was not so good, that's
 2  correct, yes.
 3      Q      It was wrong, correct, tragically wrong?
 4           MR. CARTER:  Objection to form.
 5           THE WITNESS:  That's a characterization,
 6  but I think it was tragic that they made a mistake in
 7  that regard, yes.
 8  BY MR. CURRAN:
 9      Q      Sticking to page 9 of your report, you have
10  a reference in the next paragraph to an Omar
11  al-Bayoumi.  Do you see that?
12      A      Yes.
13      Q      And after the first reference to his name,
14  there's a sentence that says telephone records received
15  from AT&T appear to show multiple phone calls in
16  January 2001 from Omar al-Bayoumi's office at a Kurdish
17  Mosque in San Diego to two officials from the Sulaiman
18  Abdulaziz Al-Rajhi Charitable Foundation in Saudi
19  Arabia, Abdulrahman al-Rajhi and Abdullah al-Misfer,
20  period, footnote 25.  Do you see that?
21      A      Yes, I do.
22      Q      Now, first of all, sir, your report does
23  not state that Abdulrahman al-Rajhi or Abdullah
24  al-Misfer ever worked for Al-Rajhi Bank, correct?
25      A      I don't recall if -- I don't believe they



 1   did, but I don't recall offhand.

 2        Q     And your report does not say that they did,

 3   correct?

 4        A     I don't believe so.  I think my report

 5   identifies them as officials with the charity, but not

 6   with the bank.

 7        Q     Okay.  But in this sentence, you're

 8   referring to multiple phone calls in January 2001 and

 9   then footnote 25 elaborates upon that, correct?

10        A     That's correct, yes.

11        Q     And footnote 25 says that AT&T telephone

12   records identify two calls from Bayoumi's office

13   telephone at the Kurdish Mosque in San Diego,

14   California on January 20th, 2001, to Saudi Arabia at

15   3:30 a.m. and 3:35 a.m. pacific standard time, period.

16   I'll stop there.

17              So -- so according to your footnote, those

18   records identify two calls.  In your text, you said

19   multiple phone calls.  By multiple, you were referring

20   to those two?

21        A     That's correct, yes.

22        Q     And those seem to be unusual times for

23   phone calls to be made?

24        A     3:35 in the morning is an unusual time.

25   However, you have to put it in the context of the



 1    timing which is that that's also basically morning
 2    Saudi Arabia time, right?  So if you're calling
 3    internationally around the world in my experience, it's
 4    not always that unusual to be doing phone calls at that
 5    hour of the morning.
 6         Q     So you weren't suggesting anything
 7    suspicious about the time of day of the call?
 8         A     I didn't say anything to -- in that context
 9    in the report and it could be through any number of
10    different reasons they were at that time.
11         Q     And then you say in the next couple of
12    sentences the first call is to, and you give a number,
13    an office number associated with Abdulrahman al-Rajhi
14    and you cite NL 18775.  The second call is to, and you
15    give another number for over 12 minutes, a mobile phone
16    associated with Abdullah al-Misfer, period.  Al-Rajhi
17    and Misfer share the same office number.  And you give
18    the number and fax number and you give the number.  I'd
19    like to look at the documents that you cite there.
20              MR. CURRAN:  Is this tab 19?  I'm going to
21    mark two documents at this time.  The first is this tab
22    19 which bears the Bates number NL0018774 through 783
23    and the other document I'll be marking is tab 23 which
24    does not bear Bates numbers and these are EK4 and 5.
25              (Kohlmann Exhibit EK4 was marked for



```
 1    purposes of identification.)

 2              (Kohlmann Exhibit EK5 was marked for

 3    purposes of identification.)

 4    BY MR. CURRAN:

 5        Q     Mr. Kohlmann, please take a moment to

 6    review both of these exhibits.

 7        A     (Reviewing document.)

 8              Okay.

 9        Q     Well, I can help you familiarize yourself

10    with Exhibit 5 as well.  So Exhibit 5 is -- you can see

11    is a legal document.  It's the -- it's a production

12    from AT&T.  And I'm going to call your attention to the

13    document that has up on the top ECF number page 17 of

14    27.  And, sir, this page 17 of 27 in EK Number 5, that

15    is your source of information about the phone calls,

16    correct?

17        A     I believe so.  Sorry.  Phone record is a

18    little bit difficult to look at, but, yes, I believe

19    so.

20        Q     So let me call your attention.  Do you see

21    where it says item and then the numbers of the left

22    side of the page?

23        A     Yes, I do.

24        Q     I want to call your attention to items 6

25    and 7.
```



1        A        Sure.

2        Q        And the times that are provided there on

3    January 20th, 2001, those match the times that you

4    refer to in your footnote 25, correct?

5        A        I believe so, yes.

6        Q        And the second call, the one item 7 is --

7    according to this has an elapsed time or duration of 12

8    minutes and 31 seconds, correct?

9        A        That's correct.

10        Q        And that aligns with your statement in

11    footnote 12 about the second call being for over 12

12    minutes, correct?

13        A        That's correct, yes.

14        Q        And the first call is for 26 seconds,

15    correct?

16        A        Yes, that's correct.

17        Q        Okay.  So when you were referring in the

18    text of your report to multiple phone calls in

19    January 2001, by that you were referring to two calls

20    within a couple of minutes of one another on that date

21    on January 20th, 2001, one call for 26 seconds and then

22    the second one for 12 minutes and 31 seconds, correct?

23        A        That's correct, yes.

24        Q        As to the timing of these calls, do you see

25    up above where -- above where it provides the date and



1    time?  It says con, date, time --

2        A      Yes.

3        Q      -- at the top of the column?

4        A      Yes.

5        Q      And then under that, it says UTC?

6        A      Yes, that's correct.

7        Q      Do you know what UTC means?

8        A      Sorry.  UTC is Greenwich mean time.

9        Q      Right.  So the times were not pacific time?

10       A      They were UTC, that's correct.

11       Q      They were UTC time?

12       A      Yes.

13       Q      And pacific time is generally what, eight

14   hours behind Greenwich mean time?

15       A      Yes, about eight hours.  It depends on the

16   time of year, but, yes.

17       Q      So these calls would have been comfortably

18   in the evening of pacific time?

19       A      Yes, but I don't know what difference would

20   that make because, again, it wouldn't be unusual for

21   someone to call in -- it wouldn't be unusual for

22   someone to call at the night trying to reach someone in

23   Saudi Arabia because of the time difference between PST

24   and UTC.

25       Q      But the times -- the reference to the



 1  pacific standard time that you gave in footnote 25 is

 2  just wrong, correct?

 3       A       It should be UTC, not PST, that's correct,

 4  yeah.

 5       Q       And you still think that the

 6  characterization of multiple phone calls in

 7  January 2001 is a fair characterization of these two

 8  calls within a couple of minutes of one another on

 9  January 20th?

10       A       Yes.  The purpose of using the word

11  multiple was to emphasize that it wasn't like a wrong

12  number.  It wasn't like someone called the wrong number

13  by accident.  The idea that there's more than one call

14  would suggest that it was a deliberate act.

15       Q       Well, wouldn't that be established by the

16  fact that the second call was 12 minutes?

17       A       I think that's corroborative evidence,

18  yeah, but I think it's also important to note that

19  there's multiple different calls to multiple different

20  officials within a very short period of time.

21       Q       Well, there are two calls within two

22  minutes.

23       A       To two different people.

24       Q       The first call was for 26 seconds.

25       A       Right.



EVAN F. KOHLMANN  Confidential                           January 11, 2024
In re: Terrorist Attacks on September 11, 2001                          53

1    Q      Doesn't that period of time suggest that

2    maybe there wasn't a complete connection to have a full

3    conversation?

4              MR. CARTER:  Objection.

5              THE WITNESS:  That's speculation.

6    BY MR. CURRAN:

7    Q      Isn't this whole thing that you're

8    providing speculation?

9              MR. CARTER:  Objection.

10             THE WITNESS:  No, I don't think -- I don't

11   think referring to telephone records is speculation.

12   But if you're trying to say what happened in the

13   context of those phone calls, I think that's probably

14   speculation.

15   BY MR. CURRAN:

16   Q      All right.  So this is a report that you

17   provided relating to Al-Rajhi Bank and you're

18   addressing what you say are multiple phone calls when,

19   in fact, it's two from this Mr. al-Bayoumi to two

20   officials from the charitable foundation; is that fair?

21   A      Yes, I think that's fair.

22   Q      And then in the next sentence back to your

23   report now -- I guess since we marked number -- Exhibit

24   4, let's go to that.  You refer to that -- I guess in

25   footnote 25, you refer to in the final sentence



 1  al-Rajhi and Misfer share the same office number and

 2  fax number.  The office number they share is because

 3  they both work at the same foundation, correct?

 4      A    Correct.

 5      Q    And they have different extensions there,

 6  correct?

 7      A    I believe so, yes.

 8      Q    That's all I was trying to establish on

 9  Exhibit 4.  Thank you.

10           The next sentence in your report --

11      A    I'm sorry.  Would you like these back?

12      Q    No.  You can keep the stack.

13      A    Okay.

14      Q    We might -- we might refer to them again.

15  The next sentence in your report says, quote,

16  additionally records from Al-Rajhi Bank show at least

17  three transfers in July and August 2001 from Al-Rajhi

18  bank accounts held by Sheikh Muhammad Abdulaziz

19  al-Habib to al-Bayoumi's Bank of America account in

20  California, period, citing footnote 26.  Do you see

21  that?

22      A    Yes, I do.

23      Q    So this Mr. al-Bayoumi had a bank account

24  at Bank of America in California?

25      A    He did.  I don't know -- I can't remember



1   if it was held under his name or the name of the

2   Mosque, but he had an account.

3       Q     This says al-Bayoumi's Bank of America

4   account in California, correct?

5       A     I believe it was his personal account, but

6   I'm not -- I can't remember offhand whether it was his

7   personal account or the account of the Mosque he was

8   operating.

9       Q     Does it concern you that there was an

10  al-Bayoumi Bank of America account in California?

11      A     Does it concern me in what context?

12      Q     Do you think it was problematic for Bank of

13  America to have an account for Mr. al-Bayoumi?

14      A     I'm not sure if Bank of America knew enough

15  about Mr. Bayoumi or al-Bayoumi's activities to

16  understand the potential risk that he might have posed

17  to them.

18      Q     Well, this is in 2001.  Aren't there know

19  your customer requirements and other protocols in place

20  for banks to learn the backgrounds of customers and

21  potential customers?

22      A     There was, but Mr. al-Bayoumi was a foreign

23  national.  He had very little history in the United

24  States.  And prior to 9/11, American banks did not

25  always understand some of the activities of these



1    individuals that well.

2         Q     Don't you think the fact that he was a

3    foreign national would make Bank of America or any

4    other U.S. bank more cautious rather than less

5    cautious?

6              MR. CARTER:  Objection to form, foundation.

7              THE WITNESS:  I would be speculating in

8    that regard.  I don't -- I don't -- I haven't engaged

9    in bank diligence processes, so I would be -- I would

10   be speculating in that regard.

11   BY MR. CURRAN:

12        Q     Okay.  So that's not within your area of

13   expertise?

14        A     With regards to what American banks do with

15   foreign nationals in terms of understanding whether or

16   not foreign nationals posed risks to American banks, I

17   couldn't say.  I'm not familiar with the process here.

18        Q     Are you otherwise -- do you otherwise

19   consider yourself an expert in some areas of banking

20   regulation and banking standards?

21        A     Not in specific, no.  My expertise is not

22   in accounting or anything like that.  I'm familiar

23   generally with how OFAC rules work and how the Swiss

24   system works.  And I'm familiar with the kind of

25   diligence and the kind of -- the kind of information



1  that would usually provide red flags to certain

2  financial institutions in terms of dealing with

3  individuals who are possibly or suspected to be

4  connected to illicit activity particularly terrorist

5  activity, but banking regulations is not the focus or

6  my specific area of expertise.

7        Q    Okay.  But given the statement you just

8  provided, I would think that you would have some

9  opinion with respect to Bank of America opening an

10  account for al-Bayoumi in 2001.

11        A    Again, at that point in time because the

12  level of understanding that I think the banks had with

13  regards to foreign nationals particularly Saudi

14  nationals, I'm not sure whether they would have known

15  or not.

16        Q    And I take it you also don't consider

17  yourself an expert in banking regulations in Saudi

18  Arabia in and around the 2001 timeframe?

19        A    Not banking regulations, no.

20        Q    And in the sentence, you refer to a person

21  by the name of Sheikh Muhammad Abdulaziz al-Habib.  Do

22  you mean by reference to his name to be suggesting some

23  problem with him?

24        A    This is an individual who has transferred

25  money and has been associated with extremists, Islamic



1   extremists based in the United States.  So I would say

2   based on those connections, he is someone of interest.

3   I don't believe he's ever been designated.  I don't

4   know whether any criminal investigation has taken

5   place, but I do know that he has provided money and has

6   engaged with individuals who are well-known extremists

7   based here in the United States.

8        Q    Well, if he's never been designated or

9   prosecuted, why do you think there's something

10  suspicious about him?

11            MR. CARTER:  Objection to form.

12            THE WITNESS:  So I'd repeat what I just

13  said is that he has provided money and he's engaged in

14  activities with individuals who are well-known Islamic

15  extremists who publicly advertised their interest in

16  raising money and providing weapons to armed conflicts

17  and individuals who have also been active in supporting

18  Jihadist conflicts around the world, provided money to

19  them, provided support to them, was in communication

20  with them long after these individuals had

21  self-identified as being Islamic extremists interested

22  in supporting armed conflict.

23  BY MR. CURRAN:

24       Q    But the U.S. government has not seen fit to

25  designate the gentleman?



```
 1        A       Not to my knowledge, no.

 2        Q       Well, you would know if he was publicly

 3   designated, correct?

 4        A       I would know if he was publicly designated,

 5   yes.

 6        Q       Do you -- are you questioning the

 7   competence of U.S. regulators and prosecutors?  Do you

 8   think they're sleeping on the job and failing to pursue

 9   people that they ought to be pursuing?

10        A       I think more could have been done prior to

11   9/11 when it came to terror finance specifically, but

12   I'm not in a great position to be able to look back in

13   this regard with these particular individuals with U.S.

14   banks that far.  The one thing I will say is that most

15   U.S. banks were not familiar with these individuals,

16   did not know these individuals, but I certainly think

17   if you look at the history of U.S. terror finance work,

18   more could have been done prior to 9/11 to better crack

19   down on those implements.

20                Part of the problem was is that the U.S.

21   did not receive a lot of support from its international

22   partners.  And when it came to certain institutions

23   that were based in foreign jurisdictions where the U.S.

24   had limited reach without the support and cooperation

25   of those local governments, there wasn't a lot the U.S.
```

 1  necessarily could do.

 2      Q    Okay.  But even after 9/11, Mr. al-Habib

 3  was not designated, was not publicly designated by the

 4  U.S. government or prosecuted, correct?

 5      A    I know -- I don't know that he was -- okay.

 6  I know that he was not publicly designated.  I don't

 7  know whether or not that he was investigated.  I don't

 8  know whether he was prosecuted.  I'm not familiar with

 9  that information.

10      Q    Isn't that something you would know?  Is

11  that -- aren't you an expert in that area?

12      A    If he was prosecuted in Saudi Arabia or if

13  he was investigated by the U.S. government and those --

14  that -- those investigations never became public or

15  never declassified, no, I would not know that

16  information.

17          MR. CURRAN:  Okay.  Let's take a short

18  break.

19          THE VIDEOGRAPHER:  Off the record at 10:16.

20          (Deposition recessed at 10:16 a.m.)

21          (Deposition resumed at 10:32 a.m.)

22          THE VIDEOGRAPHER:  We're back on the record

23  at 10:32.

24  BY MR. CURRAN:

25      Q    So, Mr. Kohlmann, in your report after you



1  discuss Mr. al-Bayoumi, you go on to discuss

2  Mr. al-Thumairy, correct?

3       A     That's correct, yes.

4       Q     He also has never been designated by the

5  U.S. government, correct?

6       A     Correct.

7       Q     And you in your report on page 10 refer to

8  him having telephone contact with the same two

9  officials at the Sulaiman Abdulaziz Al-Rajhi Charitable

10 Foundation, correct?

11      A     That's correct, yes.

12      Q     And then you refer to Sulaiman Al-Rajhi

13 making some payments to al-Thumairy's supervisor in the

14 United States, Khalid al-Sweilem?

15      A     Sweilem, yep.

16      Q     The head of the Saudi embassy's Dawah

17 office affiliated with the Saudi Ministry of Islamic

18 Affairs, correct?

19      A     Correct.

20      Q     And so your report does not refer to any

21 payments from Sulaiman Al-Rajhi or the foundation to

22 Mr. al-Thumairy, correct?

23      A     Not directly I don't believe.

24      Q     And this supervisor, Mr. al-Sweilem, he's

25 in what, in Washington at the Saudi embassy?



```
 1        A      Yes, that's correct.

 2        Q      And the Dawah office there is responsible

 3   for what, Islamic outreach across the whole U.S.?

 4        A      That's correct, yes.

 5               MR. CURRAN:  I'd like to mark the next

 6   document.  This is tab 27 in the folder and I guess

 7   we'll be marking this as EK Number 6.

 8               (Kohlmann Exhibit EK6 was marked for

 9   purposes of identification.)

10   BY MR. CURRAN:

11        Q      Mr. Kohlmann, please take a moment to refer

12   to this exhibit.  I'll be referring you to some

13   specific passages in this multipage document.  Just

14   tell me when you're ready.

15        A      (Reviewing document.)

16        Q      I guess I should note for the record that

17   this document bears Bates numbers EO14040-000001

18   through 00012.

19        A      (Reviewing document.)

20        Q      Actually, it goes through 04 -- through

21   00014.

22        A      Yes.

23        Q      So, Mr. Kohlmann, I first want to call your

24   attention to a passage that you can find on the page

25   that bears the Bates number on the bottom right
```



1    EO14040-000010.

2         A     Yes.

3         Q     And you see at that page there's a section

4    entitled material support to terrorism?

5         A     Yes.

6         Q     And the bottom of that page, the last

7    paragraph, do you see where it says based on the

8    totality of these investigative efforts and in

9    coordination with the assistant United States attorney

10   of the Southern District of New York, it was jointly

11   determined that insufficient evidence existed to

12   prosecute Thumairy, Bayoumi, and Al-Jarrah for

13   wittingly conspiring to assist the AQ hijackers in

14   furtherance of the 9/11 attack.  Do you see that, sir?

15        A     Yes, I do.

16        Q     And, sir, this is part of an FBI electronic

17   communication determining to administratively close a

18   case related to 9/11, correct?

19        A     I believe so, yes.

20        Q     So -- and this communication is dated

21   May 27, 2021, correct?

22        A     That's correct.

23        Q     So after roughly 20 years of investigation

24   after 9/11, the FBI and the U.S. attorney's office in

25   New York close their investigation as to Mr. al -- Mr.



1    Thumairy and Bayoumi, correct?

2        A       Insomuch as there was insufficient evidence

3    for prosecution, correct.

4        Q       Or an indictment, correct?

5        A       Well, a prosecution would have necessitated

6    an indictment.

7        Q       Right.  So this is equivalent to a finding

8    of no probable cause, correct?

9                MR. CARTER:  Objection.

10                THE WITNESS:  I don't know that I would use

11    that language.  What I would say is that they didn't

12    have -- the insufficient evidence to prosecute to what

13    they -- I believe to obtain a conviction, but I wasn't

14    involved in making that determination.  I can only read

15    you what's been written right here.

16    BY MR. CURRAN:

17        Q       What's been written by the FBI in

18    consultation with the U.S. attorney's office in New

19    York?

20                MR. CARTER:  Objection.

21                THE WITNESS:  Correct.

22    BY MR. CURRAN:

23        Q       Okay.  And then over on the next page which

24    bears the Bates number ending in 000011, do you see the

25    section entitled conclusion?



 1        A      Yes.

 2        Q      After nearly 20 years after the attack, the

 3   FBI has not identified additional groups or individuals

 4   responsible for the attack other than those currently

 5   charged which is consistent with the factual conclusion

 6   of the 9/11 commission report which stated that, quote,

 7   no new information to date that would alter the

 8   original findings of the 9/11 commission regarding the

 9   individuals responsible for the 9/11 attacks or for

10   supporting those responsible for the attacks, period,

11   close quote.  Do you see that passage, sir?

12        A      Yes, I do.

13        Q      So, again, roughly 20 years after the 9/11

14   attack, the FBI was concluding that it had not

15   identified additional groups or individuals responsible

16   for the attack, correct?

17             MR. CARTER:  Objection to form.

18             THE WITNESS:  I believe the specific

19   conclusion was that they didn't have evidence to

20   prosecute the individuals that they had found, but I

21   think -- I mean, it is what -- it is what it is, what

22   it states here.

23   BY MR. CURRAN:

24        Q      Yeah.  So -- and this is saying that there

25   aren't additional groups or individuals responsible for



1  the attack, correct?

2           MR. CARTER:  Objection to form.

3           THE WITNESS:  My understanding is that

4  they're restating what they stated previously which is

5  that they simply did not have the evidence to

6  prosecute, right?  I'm not --

7  BY MR. CURRAN:

8      Q     But that's not what this says, right?

9      A     Right, but there's -- again, the document

10  says two different things.  So, again, I didn't write

11  the documents.  So I can't really comment on it, but my

12  understanding was is that, again, that they had not

13  enough evidence to be able to ascertain whether or not

14  there were additional individuals involved.  They had

15  suspects, but they did not have the evidence to launch

16  an indictment.

17     Q     Well, they're closing the case, correct?

18     A     Yeah, but closing a case does not mean that

19  people are exonerated.  Closing a case simply means

20  that there's not enough evidence to launch an

21  indictment or a prosecution.

22     Q     Do you think that the FBI and the U.S.

23  attorney's office in New York would close the case

24  relating to 9/11 if -- merely because they didn't

25  currently have sufficient evidence to prosecute?



```
 1                    MR. CARTER:  Objection.

 2                    THE WITNESS:  I am not a federal

 3      prosecutor.  I'm not involved in making those kind

 4      of -- those kind of decisions.  So I really could not

 5      answer that question with any degree of confidence.

 6      BY MR. CURRAN:

 7           Q     Yeah.  And you're not a lawyer, correct, as

 8      you proclaimed earlier?

 9           A     Correct.

10           Q     But you are -- you hold yourself out to be

11      a terrorism expert and you rely upon documents like

12      this all the time, correct?

13           A     I rely upon documents like this, that's

14      correct, yes.

15           Q     And this document that you've -- that you

16      have in front of you is after 20 years of FBI

17      investigation of 9/11, right?

18                    MR. CARTER:  Objection.

19                    THE WITNESS:  Approximately.

20      BY MR. CURRAN:

21           Q     And the 9/11 attack was the FBI's number

22      one priority in that 20-year period, correct?

23                    MR. CARTER:  Objection.

24                    THE WITNESS:  Again, I couldn't possibly

25      make an authoritative statement in that regard.  I
```



 1   don't work for the FBI.

 2   BY MR. CURRAN:

 3        Q    Okay.  Sir, you next in your report address

 4   a person by the name of Saleh al-Hussayen, correct?

 5        A    That's correct.

 6        Q    And you reference that he served as a

 7   member of Al-Rajhi Bank's Sharia board from 1988 to

 8   1999, correct?

 9        A    Correct.

10        Q    He was not an employee of the bank,

11   correct?

12        A    Not to my knowledge.

13        Q    And, in fact, in that time period, members

14   of Sharia board were not even compensated, correct?

15        A    I don't know whether that's true or not.

16        Q    I'm going to refer to tab 76 and we'll mark

17   this one as EK Number 7.

18             (Kohlmann Exhibit EK7 was marked for

19   purposes of identification.)

20             MR. CARTER:  Chris, can you tell us what

21   this document is?

22             MR. CURRAN:  Yeah.  It's an excerpt of the

23   annual report of Al-Rajhi Bank for the year 1998.

24             MR. CARTER:  And it doesn't have a Bates

25   stamp.  So I understand it has not been produced?



 1              MR. CURRAN:  That's correct.

 2              MR. CARTER:  Okay.  I'm just going to lodge

 3   an objection to questioning the witness about an

 4   Al-Rajhi document that hasn't been produced.

 5              THE WITNESS:  (Reviewing document.)

 6   BY MR. CURRAN:

 7       Q      Mr. Kohlmann, in preparing your report for

 8   this case, did you look at Al-Rajhi Bank annual

 9   reports?

10       A      I don't recall looking at this document.

11       Q      Did you look at Al-Rajhi Bank's website?

12              MR. CARTER:  Objection.

13              THE WITNESS:  I looked at parts of it, but

14   I wouldn't -- I can't say I looked at every single

15   thing on the website.  I looked at certain aspects of

16   it over time, but I don't recall which aspects I looked

17   at and which aspects I didn't offhand.

18   BY MR. CURRAN:

19       Q      On this -- with respect to this document,

20   Mr. Kohlmann, I want to refer you to the final page of

21   the exhibit in front of you, page 8, which is entitled

22   conclusion, and in particular in the middle column, the

23   second full paragraph where it states, it should be

24   noted that the Sharia committee does not charge any fee

25   for its work and we pray the all mighty to reward them



1   well for their sincere efforts.  Do you see that, sir?

2        A     Yes, I do.

3        Q     Do you have any information contradicting

4   the notion that the Sharia board during the time that

5   Mr. al-Hussayen served was doing it voluntarily without

6   pay?

7              MR. CARTER:  Objection.

8              THE WITNESS:  I'm not familiar with any

9   other information than what's been presented here.

10  BY MR. CURRAN:

11       Q     And according to your report,

12  Mr. al-Hussayen left the Sharia board in 1999, correct?

13       A     That's correct, yes.

14       Q     Which is what, two years before 9/11,

15  correct?

16       A     Two years before the operation itself was

17  executed, but not -- this was concurrently while the

18  operation was in the planning stages, not that that's

19  necessarily relevant or not.  I'm just making that

20  point.

21       Q     Are you suggesting that Saleh al-Hussayen

22  was involved in the preparation for 9/11?

23       A     I don't know.

24       Q     I'm asking for your conclusion as an expert

25  being offered in this case.



1     A     I don't know.  The answer is I don't know.

2  I don't have any information indicating he was directly

3  involved.  I don't have any information directly

4  exonerating him, but you're asking about the period

5  about whether or not that was prior to 9/11.  It was

6  prior to the execution of the attack, but the planning

7  for the attack was occurring concurrently during that

8  period.

9     Q     Well, 9/11 is a date, correct?

10    A     It's a date.  It's also the name of a

11 particular terrorist attack.  It depends on the context

12 you're referring to.

13    Q     And your report states that Mr. Hussayen

14 stayed in the same hotel as what, three of the

15 hijackers on September 10th, 2001; is that right?

16    A     That's accurate, yes.

17    Q     And this -- you refer to Marriott Residence

18 Inn in Virginia, correct?

19    A     I believe so, yes.

20    Q     And that's near Dulles Airport, correct?

21    A     Correct.

22    Q     Not an unusual place for foreign travelers

23 to stay, correct?

24    A     Are you talking about the Marriott

25 Residence Inn or near Dulles Airport?



 1        Q       Both.  That Marriott Residence Inn and near
 2    Dulles Airport.
 3              MR. CARTER:  Objection.
 4              THE WITNESS:  I couldn't say the degree to
 5    which foreign travelers frequent that or do not
 6    frequent that.  Certainly airport hotels are frequented
 7    by international travelers, but the degree to which
 8    Saudi nationals particularly frequent the Marriott
 9    Residence Inn or stay there prior to travel, I couldn't
10    really say that.
11    BY MR. CURRAN:
12        Q       Now, you refer to two sources or I guess
13    footnote 38 is your source for the statement about the
14    hotel; is that right?
15        A       Yeah, although I believe there -- that's
16    just one example.  There should be a variety of other
17    sources that point to that same information.
18        Q       Well, that article that you've chosen to
19    cite in footnote 38, that specifically says there's no
20    evidence that Mr. Hussayen met with the hijackers,
21    correct?
22        A       I believe the answer is is that we don't
23    know.
24        Q       Well -- but you have no evidence that he
25    did, correct?



1        A       The only evidence is that they were staying

2    at the same hotel, correct, concurrently, concurrently.

3        Q       And the source that you cite in footnote 38

4    specifically says there was no evidence that they met,

5    correct?

6        A       There's no public evidence that I am aware

7    of.  There's no public unclassified evidence that I am

8    aware of.

9        Q       There's no evidence period that you're

10   aware of, correct?

11               MR. CARTER:  Objection.

12               THE WITNESS:  There's no -- I wouldn't be

13   familiar with nonpublic classified information.  So I'd

14   just be very clear here that as far as public

15   unclassified information, I'm not familiar with any

16   information in that regard.

17   BY MR. CURRAN:

18       Q       And Mr. Hussayen also has never been

19   designated or prosecuted by the United States, correct?

20       A       That's correct.

21       Q       You then turn to Mr. Towayan, al-Towayan,

22   correct?

23       A       That's correct, yep.

24       Q       And he was an employee of Al-Rajhi Bank,

25   correct?



 1      A      I believe he was, yes.  And he was being

 2   paid by Al-Rajhi Foundation to come here and study

 3   English.

 4      Q      And your source for that is footnote 39?

 5      A      That's correct.

 6             MR. CURRAN:  I have another document to

 7   mark.  This one will be EK Number 8 and this is tab 30.

 8   And this bears the Bates number ARB-00040369.  I'll say

 9   those last three again 369 through -- actually, the

10   entire document bears that same Bates number.  I guess

11   it's a one-page original, one-page original and of

12   course the translation bears the same Bates number.

13             (Kohlmann Exhibit EK8 was marked for

14   purposes of identification.)

15   BY MR. CURRAN:

16      Q      On this one, Mr. Kohlmann, the highlighting

17   is in the original, so that's not a lawyer thing.

18      A      Okay.

19             (Reviewing document.)

20      Q      Mr. Kohlmann, have you seen this document

21   before?

22      A      I believe at some point, yes.

23      Q      It is an internal Al-Rajhi Bank document,

24   correct?

25      A      Correct, yes.



1    Q    It is a memorandum from the director of the

2    Sharia oversight office at Al-Rajhi Bank dated or

3    corresponding to the date September 4, 2000, correct?

4    A    Correct.

5    Q    And the first sentence of the text of the

6    memorandum states I would like to convey to your

7    eminence the application of the lead overseer in the

8    Sharia oversight branch, Mr. Towayan bin Abdul Towayan,

9    in which he requests a study leave in order to study

10   English for six months.  Do you see that, sir?

11   A    Yes.

12   Q    So according to this memorandum,

13   Mr. al-Towayan was requesting a leave to study English

14   for six months, correct?

15   A    Correct.

16   Q    And there's no reference to the United

17   States, correct?

18   A    I don't believe so.  I don't see one in

19   here.

20   Q    And in stating that the request is coming

21   from Mr. al-Towayan, that's inconsistent with what's

22   quoted in your report which states that he was sent to

23   the United States in 2000 purportedly to study English

24   at the behest of Al-Rajhi, correct?

25   A    I disagree.  It plainly states here that



1   the importance of English in various oversight

2   operations in the company, this creates an obstacle for

3   the overseers who do not know English.  Among the

4   reasons for Mr. Towayan to learn English is as the most

5   senior overseer in the office, he is now taking on the

6   responsibility of the lead overseer.  His growth in

7   English would be a significant motivator for him in

8   refining his oversight experience.

9              In my view, it certainly sounds like this

10  is -- this is something where he is being encouraged to

11  go to the United States to seek English or being

12  encouraged -- sorry -- not to go to the United States,

13  but to go overseas in order to learn English properly

14  for -- specifically for his job responsibilities.

15      Q     Again, the memorandum says nothing about

16  the United States, correct?

17      A     Correct.

18      Q     And you recognize the United States is not

19  the only place in the world where people speak English?

20      A     Correct.

21      Q     And the memorandum specifically says that

22  Towayan is making the request which what, in your

23  judgment, that's the same thing as at the behest of

24  Al-Rajhi?

25             MR. CARTER:  Objection to form.



```
 1              THE WITNESS:  It appears to be.  This is a
 2    decision he's making in cooperation with his overseers
 3    at the actual bank.  That's my perception here from
 4    what's being discussed.  It doesn't seem like he's
 5    doing this for personal reasons.  It seems like he's
 6    doing this specifically in order to carry out his
 7    business responsibilities and thus it is something
 8    where he may be requesting assistance, but it's part of
 9    his job.
10    BY MR. CURRAN:
11         Q    Okay.  Well, the director of the Sharia
12    office is justifying and perhaps supporting a request
13    from Mr. al-Towayan, correct?
14              MR. CARTER:  Objection to form.
15              THE WITNESS:  I think you can characterize
16    it however you like, but the way I characterize it is
17    it appears to be going at the behest of the bank.  He's
18    not doing this for personal reasons.  He's doing this
19    for -- specifically in order to carry out his
20    responsibilities at the bank which he's unable to do
21    unless he does this.  And he's been told that.
22    BY MR. CURRAN:
23         Q    Okay.  Let's also look at the note in the
24    bottom right which in the original is handwritten.  Do
25    you see -- and it appears in bolded text on the English
```



1   translation.  Do you see where it says no objection

2   provided that all expenses including travel,

3   accommodation, board and studies are at his own

4   expense, period?  The company shall not bear any of

5   said expenses.  May God grant him success and guidance.

6   And then there's a date corresponding I guess to

7   August 20th, 2000.  Do you see that?

8        A      Correct, yes.

9        Q      Now, your report says that Al-Rajhi is

10   paying for all of his related costs.  Is that

11   consistent with what's in this memorandum?

12       A      Is this the original source from which I

13   took this from?  No, it's not.

14       Q      No, it's not.

15       A      So I'd have to see the original source in

16   order to compare the two and understand why the -- what

17   the -- what the contradiction is here.

18       Q      We can show you the original source.

19              MR. CURRAN:  I will ask the court reporter

20   to mark the next document.  This is tab 31 and it bears

21   the Bates number EO14040-002857 through 63.  This will

22   be marked as EK9.

23              (Kohlmann Exhibit EK9 was marked for

24   purposes of identification.)

25   BY MR. CURRAN:



 1      Q      And, Mr. Kohlmann, you'll see that this is

 2  an FBI memorandum and the passage that is relevant here

 3  I think you'll find on the page with the Bates number

 4  ending in 2860, in the second full paragraph.

 5      A      Sure.

 6      Q      So your -- in your report, you were relying

 7  on an FBI memorandum shortly after 9/11, right, from

 8  September 27, 2001?

 9      A      This is a memorandum of an interview with

10  al-Towayan.

11      Q      From that period.  From that -- well, the

12  memorandum is dated September 27th, 2001, correct?

13      A      Correct.

14      Q      So you recognize or do you agree that there

15  is tension between the ordinary course document from

16  Al-Rajhi Bank's files related to Mr. Towayan's leave of

17  the absence and the FBI memorandum?

18      A      There appears to be a disagreement here,

19  but this is the more recent document.  So it's possible

20  that something changed after this.  This is

21  corresponding to September of 2000 whereas this is

22  September of 2001.  So I don't know what happened in

23  the interim, but it's possible that something changed.

24      Q      I'd like to direct your attention to --

25  well, it's the same page that I directed you before



 1    ending in 2860.  And it's right above the passage that

 2    I referred you to about Towayan and his study of

 3    English.  At the top of that page, the first full

 4    sentence there says redacted name was cooperative and

 5    provided the following information regarding

 6    al-Towayan.

 7              Doesn't that indicate to you that the

 8    source of the information in this memorandum was

 9    someone other than Mr. al-Towayan?

10      A      It's possible, but I couldn't say -- I

11    couldn't say with full authority.

12      Q      Using your expertise in this area, please

13    interpret what you think that sentence means that I

14    just read.

15      A      Which sentence?

16      Q      Redacted was cooperative and provided the

17    following information regarding al-Towayan, colon.

18      A      Somebody that the FBI interviewed provided

19    information about al-Towayan.

20      Q      So this memorandum and that passage that we

21    have been focused on was from the person whose name's

22    redacted, not Mr. al-Towayan, correct?

23      A      I don't know who -- what the name of the --

24    I don't know who the source of the information was.  So

25    it seems like it might be someone separate, but it's



 1  not -- I couldn't say that with authority.

 2      Q      So your interpretation is that the redacted

 3  name might be al-Towayan?

 4      A      It could be anybody.

 5      Q      Based on your experience all these years in

 6  terrorist investigation, your conclusion is that it may

 7  be al-Towayan himself who provided this information and

 8  that his name was redacted in the first part of the

 9  sentence but not the latter part?

10      A      My conclusion is is that with a name that's

11  redacted, I have no idea who that person is.  I

12  couldn't say with authority who it is.

13      Q      So that leaves open the possibility that

14  whoever was being interviewed was providing secondhand

15  information about Mr. Towayan's travel to the U.S.,

16  correct?

17      A      It's possible.

18      Q      Yeah.  And that such a person might not get

19  all the facts exactly right as to whether the trip was

20  at the behest of Al-Rajhi or was suggested first by

21  Mr. al-Towayan by a request?

22      A      I don't have any --

23              MR. CARTER:  Objection.

24              THE WITNESS:  I don't have any way of

25  knowing that.



```
 1   BY MR. CURRAN:
 2        Q      And -- okay.  And you're like an expert in
 3   like comparative analysis and assessing credibility of
 4   various documents, right?
 5        A      Correct.
 6        Q      So is it your sworn testimony here today
 7   that an FBI interview report of some unknown person who
 8   does not appear to be Mr. al-Towayan has credibility
 9   that trumps an ordinary course document from Al-Rajhi
10   Bank's files related to the exact leave of absence?
11              MR. CARTER:  Objection.
12              THE WITNESS:  Honestly I don't know.  I
13   would have to know more about the sourcing and I -- the
14   timing here is interesting to me because, again, this
15   comes a year afterwards.  Sometimes with these kind of
16   things, the initial -- there is no initial support for
17   folks that initially afterwards the government or the
18   company decides to fund their trips or whatnot.  I have
19   no way of knowing.  Without knowing more about the
20   context, I don't know.
21   BY MR. CURRAN:
22        Q      Let's just take as context what you do
23   have.
24        A      Okay.
25        Q      Have you seen any information that there
```



```
 1   was ever any variance from the memorandum from

 2   September 2000 as to Mr. al-Towayan's leave of absence?

 3        A      This document.

 4        Q      That document, you consider that to be

 5   authoritative evidence contradicting this?

 6        A      I consider it to be significant evidence

 7   contradicting it, yes.

 8        Q      Okay.

 9        A      Whether or not Mr. Towayan was being funded

10   or not, I can't a hundred percent say, but I -- this is

11   the more recent document.  This was issued over a year

12   after this one and I know specific instances where

13   people -- the nature of their activities, how it was

14   being funded by their employers or by the Saudi

15   government changed over time.  So this is the most

16   recent document.  Again, it's a human source.  I don't

17   know who the human source was.  It's possible that

18   there's a reason for the contradiction, but I'm not --

19   I'm not aware of what it is.

20        Q      So you stand by your report in this regard?

21        A      I stand by the sourcing.  I think it's

22   probably fair to also acknowledge this document as well

23   in the sense that it states initially that this person

24   was not going to be funded, but I don't know that that

25   was always the case or that ultimately was the case.
```



1       Q       But you didn't refer to this internal --

2    this internal Al-Rajhi Bank memorandum in your report,

3    correct?

4       A       That's fair.  I did not.

5       Q       And you previously in your testimony here

6    today recalled having seen it before, correct?

7       A       I remember seeing it at some point, yes.

8       Q       So why didn't you refer to that in your

9    report?

10      A       Again, this was the more recent version.

11   It was an FBI document.  It seemed to be more

12   authoritative than something that had a handwritten

13   note on the side.  That is the basis usually of how you

14   assess documents, but, again, it's probably fair to

15   acknowledge the fact that at least initially they were

16   discussing about not paying expenses.

17      Q       Okay.  But when you say an FBI report or

18   memorandum, it's an FBI report or memorandum of an

19   interview of someone whose identity you don't know,

20   correct?

21      A       True.

22      Q       And you're elevating that incredibility

23   over the internal realtime document, correct?

24      A       This may not necessarily be a

25   contradiction.  Do you understand what I'm saying is is



1   that initially there may have been a decision not to

2   fund his activities whereas it may have changed over

3   time.  Since these documents are not contemporaneous in

4   time, they are separated by more than a year, it's

5   impossible for me to know whether or not this means

6   that he definitely did not receive support.  This is

7   the source that is most recent.

8        Q      So we've already seen in EK Exhibit 6 that

9   the FBI in September of 2021 concluded that it had not

10  identified additional groups or individuals responsible

11  for the attack other than those currently charged,

12  right?

13       A      Individuals that it had sufficient evidence

14  to prosecute, to launch an indictment, correct, yes.

15       Q      Well, it doesn't say that.  I mean, I was

16  quoting from the document, right?  So -- well, let me

17  quote it again.  Under conclusion -- this is on page

18  EO14040-000011.  Conclusion.  After nearly 20 years

19  after the attack, the FBI has not identified additional

20  groups or individuals responsible for the attack other

21  than those currently charged.  Do you see that, sir?

22       A      I do.

23       Q      Did I read it correctly?

24       A      Yes, but, again, if you look at the

25  paragraph directly before that, it clearly states it



1  was jointly determined that insufficient evidence

2  existed to prosecute Thumairy, Bayoumi and al-Jarrah

3  for wittingly conspiring.  So, again, based on the

4  context here, it appears what they're saying is that

5  there's insufficient evidence.

6      Q      And this is the most recent FBI statement

7  on its 9/11 investigation, correct?

8          MR. CARTER:  Objection.

9          THE WITNESS:  The most recent public

10 statement, I believe so.

11 BY MR. CURRAN:

12     Q      Mr. Kohlmann, on the top of page 11 of your

13 report, you refer to several Islamic charities in

14 Northern Virginia near Washington, D.C. that were

15 raided by U.S. counterterrorism investigators in March

16 2002.  Do you see that, sir?  Actually, before I get --

17 before I get there, I've got one more question on

18 Towayan.

19     A      Sure.

20     Q      In the last sentence of -- it starts on the

21 bottom of page 10 and goes to page 11.  You write

22 according to the FBI, Towayan had significant direct

23 and indirect contacts with several suspects and active

24 participants in the World Trade Center attacks

25 including Omar al-Bayoumi and hijacker Hani Hanjour and



1    for that, you cite footnote 40, correct?

2         A     Correct.

3         Q     I'd like to -- so I'd like to refer you to

4    Exhibit 9, EK9 which is, yes, that same FBI report and

5    in particular page EO14040-002858.

6         A     Sure.

7         Q     Do you see there where it says that the --

8    toward the bottom review of rental records has

9    determined Towayan Abdullah al-Towayan moved into

10   redacted San Diego, California on April 6, 2001, and

11   moved out August 5, 2001?

12        A     Yes.

13        Q     Okay.  So the period that Towayan was in

14   that location in San Diego was April 6, 2001, moved out

15   August 5, 2001.

16             MR. CURRAN:  Now I'd like to show you

17   another exhibit.  This is another excerpt from the 9/11

18   commission report and we'll mark this as EK10.  This is

19   tab 32 electronically.

20             (Kohlmann Exhibit EK10 was marked for

21   purposes of identification.)

22   BY MR. CURRAN:

23        Q     So, Mr. Kohlmann, you're -- of course,

24   again, you're familiar with the 9/11 commission report.

25   I want to call your attention to a couple of excerpts



1   in these pages.  First on the report page 223, do you

2   see that in the second paragraph, it states on

3   December 8th --

4        A     I'm sorry.  One moment.

5        Q     Sure.  Are you with me?

6        A     Yes.

7        Q     Okay.  Do you see where it says on

8   December 8, 2000, Hani Hanjour arrived in San Diego

9   having traveled from Dubai via Paris and Cincinnati?

10  Hansi likely picked up Hanjour at the airport.  We do

11  not know where Hanjour stayed.  A few days later, both

12  men left San Diego.

13            Next I'd like to refer to page 226.  The

14  bottom paragraph there which begins Hansi and Hanjour

15  left San Diego almost immediately and drove to Arizona,

16  and then it goes on to talk about settling in Mesa.  Do

17  you see that?

18       A     Yes.

19       Q     And then on the final page of this excerpt,

20  page 227, there's a carryover paragraph that ends with

21  by as early as April 4, Hanjour and Hansi had arrived

22  in Falls Church, Virginia.

23            Okay.  So if you're with me, according to

24  the 9/11 commission report, Hanjour left San Diego a

25  few days after December 8, 2000, and almost



1  immediate -- which the report calls almost immediately

2  and drove to Arizona and settled there and then arrived

3  in Falls Church, Virginia as early as April 4, 2001.

4          So given those dates, Hanjour and

5  al-Towayan did not overlap in San Diego, correct?

6      A    I'm not sure you could necessarily say

7  that.  Number one, by as early as is not on April 4th

8  and, number two, these individuals were in and out of

9  San Diego.  So I honestly couldn't -- I couldn't say

10 that.

11     Q    So do you think the 9/11 commission report

12 failed to account for Hanjour being in San Diego

13 sometime after December of 2000?

14     A    I don't know.  It's possible, but I don't

15 know.  But by as early as April 4th tells me that they

16 weren't sure exactly about the date.

17     Q    This is -- the 9/11 commission report was

18 after considerable investigation, correct?

19     A    Correct.  But this is not -- this is not

20 definitive in the least.  By their own language, it's

21 not definitive in the least.

22     Q    Okay.  But they were -- they were arriving

23 in Falls Church, Virginia from Arizona, not from San

24 Diego, right?

25     A    My understanding is is they traveled back



1   and forth between Arizona and San Diego, but I couldn't

2   say that with authority.  I would rely on what the

3   FBI's source is.

4       Q     The FBI sourcing from your footnote 40?

5       A     Correct, yes.

6       Q     But I thought you credited more recent

7   investigative reports?

8       A     I did, but, again, this is not definitive.

9   They say by as early as.  That's not definitive.

10      Q     But that's arriving in Virginia.  That says

11  nothing about being in San Diego.

12      A     I know, but there's nothing in here that

13  says that they weren't -- they didn't visit San Diego

14  again either.  There's nothing in this that's

15  inherently contradicting of this.

16      Q     Sir, in your experience, don't you think

17  when there are investigations of events like 9/11 or

18  similar, but perhaps smaller criminal matters, you

19  know, often in the early stages, some facts are wrong

20  and they get clarified over time through further

21  investigation?

22      A     It's possible.

23      Q     All right.  Now I'll turn back to page 11

24  of your report where there's the reference to several

25  Islamic charities in Northern Virginia near Washington,



 1  D.C. that were raided by U.S. counterterrorism

 2  investigators in March 2002.  Do you recall that

 3  passage in your report?

 4       A     I do.

 5       Q     Sir, charges were not brought against those

 6  Islamic charities, correct?

 7       A     Actually, I believe one of them was the

 8  subject of a designation eventually which is Tide

 9  International, but I don't know if all of them were

10  subject to criminal charges.

11       Q     Were any of them subject to criminal

12  charges?

13       A     Well, like I said, I believe one of them,

14  Tiba, was subject to a -- subject to a -- an SDGT, but

15  I don't know if all of them were.

16       Q     And you then go on to discuss al-Heramain

17  Charitable Foundation, correct?

18       A     Correct.

19       Q     And earlier in your report, you refer to

20  al-Heramain I think among others as a fraudulent

21  charity?

22       A     Correct.

23       Q     And it's fraudulent because it holds itself

24  out as doing charitable and philanthropic endeavors,

25  but diverts money to other causes as well.  Is that



 1  what you mean by fraudulent?

 2       A     What I meant by fraudulent was that not

 3  just individual branches on the charity, but that the

 4  organizers in Saudi Arabia, the principals behind the

 5  charity were involved in obvious instances of money

 6  laundering, terrorist financing, funding armed

 7  conflict, things that were not being disclosed to some

 8  of the donors but were being disclosed to other donors.

 9  Also on the basis of, again, just money laundering.

10  Charities do not engage in money laundering as part of

11  normal operations.  And if they are, that -- that is

12  fraudulent.

13       Q     So at least some donors to these fraudulent

14  charities are victims, correct?

15       A     In the case of al-Heramain, I would say

16  that most of the folks that got deceived were people

17  based outside of Saudi Arabia because already by 1995

18  in Saudi Arabia, al-Heramain's reputation was widely

19  known.  It's possible that others outside of the

20  kingdom particularly those who donated to al-Heramain

21  in the United States in places like Oregon, Missouri,

22  they might have had a misguided view.

23            But it would have been difficult to

24  understand because al-Heramain advertised in English

25  and Arabic, in multiple languages the fact that it was



1  interested in armed conflict.  It was interested in

2  supporting individuals involved in armed conflict.  It

3  was getting regular updates about specific armed

4  conflicts.  Thus is it possible it deceived someone

5  living in Portland, Oregon into donating money, yeah, I

6  think so.

7           But individuals inside Saudi Arabia, it

8  would be difficult to understand.  Also because of the

9  fact that individual branches of al-Heramain had been

10  shut down already by 1998 in Kenya, in Macedonia.  The

11  Bosnian Muslim Army had warned people that al-Heramain

12  was a fraud.  So, again, individuals maybe outside of

13  the kingdom, but inside the kingdom, it would be

14  difficult to understand, that people didn't know that

15  it was funding armed conflict.

16      Q     When was al-Heramain Saudi Arabia first

17  designated by the United States?

18      A     It was first designated in 2000 -- sorry --

19  2000 -- al-Heramain Saudi Arabia, the --

20      Q     Yes.

21      A     2006, I believe, 2007, 2006.

22      Q     And al-Heramain as you've already

23  referenced I think maintained a presence in the United

24  States, correct?

25      A     Correct.



1      Q      And its U.S. presence had 501(c)(3) status

2  here, correct?

3      A      For some time, it did.

4      Q      In your report, you state on page 11 that a

5  member of the Al-Rajhi clan, Sheikh Abdulsalam

6  Al-Rajhi, sits on the administrative board of

7  al-Heramain.  Do you see that, sir?

8      A      Yes.

9      Q      Your report does not state or suggest that

10 Sheikh Abdulsalam -- I'll say that name again -- Sheikh

11 Abdulsalam --

12     A      Abdulsalam.

13     Q      -- Al-Rajhi was an employee of Al-Rajhi

14 Bank, correct?

15     A      I don't know if he is or he wasn't.  I

16 couldn't say that.

17     Q      Did you investigate that?

18     A      I don't recall whether I did or not.  It

19 wasn't germane to this particular piece of my research.

20 So I don't remember if I did or didn't.

21     Q      But you don't -- you don't offer any

22 evidence that he was employed by the bank or had any

23 connection to the bank, do you?

24     A      I don't recall, but I don't know offhand

25 whether he was an employee or not.



1      Q      And you refer to a member of the Al-Rajhi

2  clan.  By clan, do you mean the same last name?

3      A      No.  Well, I mean the family.  The family

4  is a very well-known family.  The family has worked

5  together on various different projects, but the family.

6      Q      Okay.  And what's your source for your

7  apparent belief that Sheikh Abdulsalam Al-Rajhi was

8  part of the same Al-Rajhi family?

9      A      I'm only familiar with one Al-Rajhi family

10  in Saudi Arabia where individuals may be referred to as

11  Sheikh meaning like a person of some significance.  If

12  you -- in Saudi Arabia, the Al-Rajhi family is very

13  famous.  It would be like saying Donald Trump or

14  something like that.  It's a very famous last name in

15  Saudi Arabia.

16      Q      But there are people named Trump in the

17  United States who have no family ties to Donald Trump.

18      A      But with the word Sheikh in front meaning

19  leader is significant, I believe it's someone from that

20  clan.

21      Q      But you didn't investigate that?

22      A      I don't recall if I did or I didn't

23  honestly.

24      Q      You don't remember any results of any such

25  investigation?



 1        A       I don't remember anything in my research or
 2    this that would have led me to believe this person was
 3    from a different family than the famous Al-Rajhi
 4    family.
 5        Q       And there's nothing in your report showing
 6    one way or the other whether this guy was connected to
 7    what you call the famous Al-Rajhi family?
 8        A       Again, as far as I understand it, there was
 9    only one Al-Rajhi family in Saudi Arabia especially one
10    that would be referred to with an honorific like
11    Sheikh, certainly one that is involved with Islamic
12    charities in prominent roles in Saudi Arabia, but
13    honestly I have to look back and see.  I don't recall.
14        Q       There are thousands of people named
15    Al-Rajhi in Saudi Arabia, correct?
16        A       I don't know the exact number.
17        Q       I'm not asking you the exact number, but
18    there are thousands, right?
19        A       I don't know what -- I don't -- I wouldn't
20    have --
21        Q       Give me your estimate.  How many people
22    named Al-Rajhi do you think?
23        A       I would not -- I would not offer -- I would
24    not speculate in that regard.
25        Q       Ballpark?



 1        A        I would not speculate in that regard.  I
 2   have -- I have --
 3        Q        You have no idea, right?
 4        A        I am familiar with one prominent family in
 5   Saudi Arabia, the Al-Rajhi family that is involved with
 6   Islamic charities and that is referred to with names
 7   like al-Sheikh.  But, again, I would have to look back.
 8   I don't recall offhand.
 9        Q        Okay.  But separate from the family, you've
10   got no indication that this Sheikh Abdulsalam Al-Rajhi
11   has any connection to Al-Rajhi Bank, correct?
12        A        I would -- I don't know offhand.  I'd have
13   to look into it.
14        Q        Well, you haven't looked into it?
15        A        I don't recall.  I'd have -- again, I
16   didn't mention it here, but that doesn't necessarily
17   mean I didn't look into it.  I have to refer -- I'd
18   have to review back and see.  I know --
19        Q        This report is your -- is your complete
20   statement of your opinions, correct?
21        A        Correct.  But that's not necessarily
22   everything in the world that I know or I've ever seen.
23   I would have to look back and see whether or not I have
24   other records indicating he was a bank employee.  I
25   didn't mention it in this regard, no.



1     Q     So we've talked about designations a number

2     of times during the testimony today.  Are you aware of

3     anyone at Al-Rajhi Bank, the bank itself or anyone

4     affiliated with Al-Rajhi Bank that ever made a donation

5     to a charity that had been designated by the United

6     States at that time?

7     A     Let me just clarify what you're asking.

8     You're asking am I aware of anyone from the -- from

9     Al-Rajhi Bank or an Al-Rajhi Bank official that sent

10    money to a charity after it was formally designated?

11    Q     Yes.

12    A     Not offhand, no.

13    Q     Well, that's something you would have

14    looked at, right?

15    A     If I had the records or information.  I

16    mean, again, bank records, I don't -- those are

17    nonpublic records, right?  So unless it was an issue

18    that had been come up in the context of a law

19    enforcement investigation or was material that had been

20    provided to me as part of this case, but I can't think

21    of any specific examples where people would have sent

22    money to a designated entity after it was designated,

23    not to mention the fact that I don't think it's

24    possible because once the entity is designated, that

25    means that their financial accounts are frozen which



1  means that in order to get money to them, it would

2  almost be impossible.  There would be no means of

3  sending money to them other than maybe cash.

4       Q    Just to be clear, when you talk about

5  having access to documents --

6       A    Right.

7       Q    -- you relied on the plaintiff's counsel to

8  provide you with the relevant documents, correct?

9       A    Not in the entirety, no.  Most of the

10 information that I relied on in this case was actually

11 information that came out of my own -- my own holdings

12 from having worked with government investigators on the

13 al-Heramain case or other cases.  Certainly I was also

14 provided documents by plaintiff's counsel, but I don't

15 have access to nonpublic documents that were not

16 provided to me by plaintiff's counsel or that were not

17 otherwise available.

18      Q    But you know we've been conducting years of

19 discovery and that the plaintiff's counsel have

20 obtained thousands and thousands of documents from

21 Al-Rajhi's files?  You know that, right?

22      A    I'm aware that they have obtained files and

23 I have seen some of them.  The degree to which they

24 have complete discovery over everything that is in

25 Al-Rajhi's files or that -- I don't have any way of



 1  knowing that.  I don't think -- maybe know one does.  I

 2  don't know.

 3       Q     So I think you said that you're at least

 4  not aware of any donations by Al-Rajhi Bank or anybody

 5  affiliated with Al-Rajhi Bank to any charities that

 6  were designated at the time?

 7       A     No.  No, I didn't say that.  I said I'm not

 8  aware of any donations after the organizations were

 9  formally designated.

10       Q     Yeah.

11       A     But that's different than what you said.

12  I'm aware of them providing money to the charities just

13  before they were formally designated.

14       Q     Yeah.

15       A     But I don't see how you could actually

16  provide money to an organization once it's designated

17  because their banks accounts would be frozen.  It would

18  be almost impossible to send money to them in any

19  context other than maybe cash.

20       Q     Well --

21       A     And I'm not familiar with any particular

22  cash donations offhand that have been documented post

23  designation to these charities from -- from principals

24  of Al-Rajhi Bank.

25       Q     And in your investigation and in your



1  report, you also do not identify any transactions that

2  Al-Rajhi Bank engaged in or permitted involving a

3  designated person, correct?

4      A      After the designation was already issued.

5  Prior to the designation issued, there's multiple

6  examples.  But after the designation was issued, again,

7  not only did I not see it, but I don't think -- I don't

8  see how it would be possible other than through cash.

9  There would be no ways of sending a wire transfer to an

10 organization that has been banned under OFAC because

11 the Swiss system would reject those -- would reject

12 those transactions to begin with even if you tried to.

13     Q      So you're not aware of any such

14 transactions?

15     A      After the designations were issued.  Prior

16 to the designations, yes, but not after the

17 designations.

18     Q      So on page 12 of your report, the first

19 sentence up top states discovery in the litigation.  So

20 you did -- so you have had access to some of the

21 discovery in the litigation, correct?

22     A      Yes.

23     Q      Whatever the plaintiff's lawyers chose to

24 provide to you, correct?

25     A      Correct.



1        Q        Discovery in the litigation has produced

2    account statements and other materials for the Sulaiman

3    Abdulaziz Al-Rajhi Charitable Foundation's account at

4    ARB which identify at least 25 payments to al-Heramain

5    and one payment to Aqeel Al-Aqeel.  I guess that's a

6    comma, the former head of al-Heramain and an EO13224

7    specially designated global terrorist --

8        A        Correct.

9        Q        -- SDGT --

10       A        Correct.

11       Q        -- citing footnote 50.  So you don't state

12   when Aqeel Al-Aqeel became a specially designated

13   global terrorist?

14       A        I do, but it's in the footnote.

15       Q        In footnote 50?

16       A        Yes, that's correct.

17       Q        Okay.  So -- and there you're referring to

18   June 2nd, 2004?

19       A        That's correct, yes.

20       Q        Okay.  But in the -- in the sentence that I

21   read and in the associated footnotes, you don't state

22   when the payments were made by the charitable

23   foundation to al-Heramain and the one payment to Aqeel

24   Al-Aqeel, correct?

25       A        That's correct.



1      Q      And, in fact, all of those payments were
2  before any designation of al-Heramain or Aqeel
3  Al-Aqeel, correct?
4      A      That's correct, yes.
5      Q      So in footnote 49, you identify the one
6  payment from the foundation to Aqeel Al-Aqeel, correct?
7      A      I believe it's a foundation, but I believe
8  actually the check was signed by Sulaiman Al-Rajhi.
9      Q      Okay.  But that's the payment to Aqeel
10  Al-Aqeel that you're referring to in the text?
11      A      That's correct, yes.
12      Q      And you don't provide the date of that
13  check, correct?
14      A      No, I do not.
15      Q      Why?  Why didn't you include that?
16      A      I didn't necessarily think it was germane
17  to the point I was making.
18      Q      Well, hold on.  Don't you think that that
19  sentence suggests that the payment to Aqeel Al-Aqeel
20  was at a time when he was specially designated as a
21  global terrorist?
22             MR. CARTER:  Objection.
23             THE WITNESS:  That was not the intent, no.
24  Also as I said, I don't see how it would be possible to
25  send money in the form of a check or a wire transfer to



1   someone post designation.  It's not possible.  So I

2   thought it was simply -- that was sort of I think

3   obvious.

4   BY MR. CURRAN:

5       Q     But the check in question was from 1999,

6   correct?

7       A     I believe so, yes.

8       Q     So that's like five years before the

9   designation?

10      A     Give or take, yes.

11      Q     Okay.  And you don't think that's germane

12  to the account you're providing here?

13      A     Again, since it's impossible to send a wire

14  transfer to someone who's been designated, it's

15  impossible to send them a bank check.  I just thought

16  it was -- it sort of went without saying that the

17  transactions had to have taken place before the

18  designation.

19      Q     Aren't you concerned about misleading the

20  Court here?

21            MR. CARTER:  Objection.

22            THE WITNESS:  No.

23  BY MR. CURRAN:

24      Q     No?

25      A     No.



1        Q      Don't you think that it would have been
2    appropriate to include the date of the check when
3    you're identifying who wrote the check, who the
4    recipient was and the amount and in the same sentence,
5    you're saying that the recipient was a specially
6    designated global terrorist?

7               MR. CARTER:  Objection.

8               THE WITNESS:  In 1999, that was already
9    post several of al-Heramain's branches including
10   al-Heramain branches in the Balkans of having been
11   forcibly closed down for allegations of terrorist fund
12   raising.  But like I said, because of the fact that
13   it's basically impossible to send a check or a wire
14   transfer to someone post the designation, I thought it
15   was inherently obvious that those had to have taken
16   place prior to the designation.

17   BY MR. CURRAN:

18       Q      And even by 2004, al-Heramain and its
19   headquarters in Saudi Arabia still was not designated,
20   correct?

21       A      It was not formally designated, that is
22   correct.

23       Q      Well, not formally designated.  It was not
24   designated, correct?

25       A      When I say that because Aqeel Al-Aqeel was



 1  designated as an SDGT as of 2004.  He was the head of

 2  the office in Saudi Arabia.  So while the organization

 3  as a whole had not been formally designated, the head

 4  of the organization in Saudi Arabia was black listed as

 5  an SDGT at that point.

 6       Q      And no longer was the head of al-Heramain?

 7       A      As the result of the designation?

 8       Q      Yeah.

 9       A      Yeah.  But I think, again, I -- when the

10  head of an organization is named as an SDGT at that

11  point, it sort of goes without saying that they can no

12  longer remain head of the charity.

13       Q      Yeah.  No.  But my point is that the U.S.

14  decided not to designate al-Heramain KSA at that

15  time --

16       A      I cannot --

17       Q      -- when you know they didn't designate?

18       A      Deciding -- deciding not to is different

19  from not having done something.  My understanding from

20  reading the various U.S. documents is that the United

21  States government wanted to take further action, but

22  was waiting for the Saudis to see what they would do

23  internally first.

24             Whether or not they wanted to designate the

25  entire charity at that point or not based on my reading



1  of this, they did want to designate it at that point,

2  but they were hoping that the Saudis would take more

3  action on their own.  That's my -- that's based on my

4  reading of these documents.

5        Q     You know that the U.S. purposefully

6  designated al-Heramain branch offices and not the

7  headquarters at various times, correct?

8              MR. CARTER:  Objection.

9              THE WITNESS:  Once again, when -- when an

10  organization has branch offices and then has the head

11  of the organization in the country of origin designated

12  as an SDGT, to me that typically means that a formal

13  designation of the whole organization is probably

14  forthcoming.  The fact that the U.S. government decided

15  to wait several years to do that, I could speculate as

16  to why.

17              My speculation would be that again based on

18  what I understand from other U.S. government documents

19  that the U.S. government had decided to encourage Saudi

20  Arabia to take action on its own instead of

21  embarrassing the government by designating an office

22  inside the kingdom, but that is just based on my

23  understanding of reading the documents and then seeing

24  the ultimate conclusion what happened with al-Heramain

25  just a few years later when the head office itself is



1  designated as well.

2  BY MR. CURRAN:

3      Q     Okay.  But after Aqeel Al-Aqeel was

4  designated in June of 2004, it was still lawful for

5  U.S. persons to make donations to al-Heramain KSA,

6  correct?

7      A     I don't know.  Actually, I don't know.  I

8  don't know if -- I don't know how lawful it was.  It

9  may --

10     Q     It wasn't violating any designation?

11     A     It may not have been violating

12  designations, but that doesn't necessarily mean someone

13  wouldn't have faced criminal prosecution later for it.

14     Q     There was nothing per se -- it was not

15  violating any designation law, correct?

16     A     Not that I'm aware of, no.

17            MR. CURRAN:  I'd like to mark the document

18  cited in footnote 49, tab 34, and I'll ask the court

19  reporter to mark this as EK11.

20            (Kohlmann Exhibit EK11 was marked for

21  purposes of identification.)

22  BY MR. CURRAN:

23     Q     And this is -- the original is one page and

24  it bears the Bates number NL0010245.  So obviously the

25  translation bears the same Bates number.  So, Mr.



1   Kohlmann, first of all, the Bates number that I read

2   NL0010245, that is the Bates number that you provide in

3   footnote 45, correct?

4        A     I'm not sure.  Assuming that it appears to

5   match 10245.

6        Q     I'm sorry.  Is there some doubt in your

7   mind?

8        A     I'm not an expert on Bates numbers.

9        Q     Well, okay.  I'm just asking the number

10  that you typed in footnote 49 is NL10245.

11       A     Yes.

12       Q     And that's what's been placed in front of

13  you, correct?

14       A     That's correct, yes.

15       Q     Okay.  And in your footnote, you describe

16  this document as being a check in the amount of 187,500

17  riyals, correct?

18       A     That's correct, yes.

19       Q     And that, in fact, is the amount of the

20  check shown on NL0010245, correct?

21       A     I believe so.

22       Q     But in footnote 49 and in the text

23  accompanying it, you describe the check and the

24  associated payment as one to Aqeel Al-Aqeel, correct?

25       A     That's correct, yes.



1      Q      In fact, the check is -- states on its face

2   paid to the order of al-Heramain Charitable Foundation,

3   correct?

4      A      That's correct.

5      Q      And this is in the same context in which

6   you're making the point that Aqeel Al-Aqeel was a

7   specially designated global terrorist, correct?

8      A      In the gen -- well, yes.  Basically, yes.

9      Q      And you've already acknowledged that

10   al-Heramain was not designated not only in 2004 but was

11   not designated in 1999, correct?

12      A      That's correct.

13      Q      Don't you think you run the risk of

14   misleading the Court when you describe a check as to

15   Aqeel Al-Aqeel and is a payment to Aqeel Al-Aqeel when

16   the check is written out to al-Heramain Charitable

17   Foundation?

18              MR. CARTER:  Objection.

19              THE WITNESS:  Not when the letter is

20   addressed to his excellence, the honorable Sheikh Aqeel

21   bin Abdullah Al-Aqeel, no.  I think that's a pretty

22   fair characterization.

23   BY MR. CURRAN:

24      Q      Okay.  So, here again, you stand by your

25   report?



1      A      Yes.

2      Q      So you think that this is a Sulaiman

3  Al-Rajhi check to Aqeel Al-Aqeel?

4      A      It is.  It's for deposit into the charity,

5  but the check was mailed to Aqeel Al-Aqeel personally.

6      Q      Mailed to him?

7      A      Or was sent to -- I don't know mailed to

8  him.  It was sent to him directly personally and it was

9  addressed to him personally.

10      Q      So that makes it a check to Aqeel Al-Aqeel

11  and that makes it a payment to Aqeel Al-Aqeel?

12      A      I think what I'm trying to suggest here is

13  that there's a difference between sending a check to a

14  charity versus sending a check to an individual at the

15  charity including someone who is specifically in a very

16  position of authority at the charity.  In this case,

17  what I was trying to distinguish here were payments

18  that were simply sent to the charity without

19  necessarily Aqeel's name being mentioned versus this

20  where the check is actually -- sorry.  The check is

21  actually being sent directly to Aqeel Al-Aqeel for

22  deposit in the charity.

23          Now, I don't think there's any basis for

24  confusion.  If there's any basis for confusion, I'm

25  happy to state that the check was actually made out to



1  al-Heramain, but it was sent directly to Aqeel

2  Al-Aqeel.  That's the purpose of what I was trying to

3  say.

4      Q     Okay.  Just to be clear, this wasn't a

5  mistake by you, but you think it was a fair

6  characterization by you in your report?

7      A     Yes.

8      Q     So you stand by the descriptions in the

9  text and in footnote 49?

10     A     Yes.

11     Q     And you don't think that there's any risk

12 of misleading the Court or anyone else in the way you

13 characterize things?

14     A     Not in my mind, no.

15     Q     And --

16     A     I mean, I should add obviously that's why I

17 footnoted to the check and everything.  I didn't

18 deliberately deceive anyone here.

19     Q     Well, come on.  You didn't identify the

20 date and you didn't identify the true recipient.  So

21 don't give me any nonsense about not trying to mislead

22 anyone.

23         MR. CARTER:  Objection.  Chris, don't argue

24 with him.

25         MR. CURRAN:  Well, he shouldn't be



 1  volunteering things when there's no question pending.

 2           MR. CARTER:  He was clarifying his answer

 3  and he's entitled to do that and you know it.

 4  BY MR. CURRAN:

 5       Q     So this -- this is the same letter that you

 6  quote elsewhere with regard to the suggestion of

 7  opening an office in the Republic of Macedonia,

 8  correct?

 9       A     I believe so.

10       Q     Oh, I see.  That's in footnote 49, later in

11  footnote 49, right?  So --

12       A     Yes, that's correct.

13       Q     Okay.  So there you have your statement

14  about it being a check to Aqeel Al-Aqeel for 187,500

15  riyals and suggesting that al-Heramain open an office

16  in the Republic of Macedonia.

17           So let's look at the text of the cover

18  letter here.  So the first substantive part of the

19  cover letter is with reference to your kind letter and

20  then it's referencing some communication from earlier

21  in 1999 and following the phone call with your

22  eminence, I am pleased to attach check number 1538 in

23  the amount of 187,500 riyals in support of relief

24  program for Muslims in Kosovo.  We kindly suggest

25  opening an office in the Republic of Macedonia and we



1   would greatly appreciate it if you provide us with a

2   copy of the reports that you receive so that we would

3   be kept abreast of the situation of the Kosovo

4   refugees.  May God protect the Muslims from trials and

5   tribulations, safeguard their religion and ensure their

6   safety and security.

7            Have I read all of that correctly?

8       A    I believe so.

9       Q    So this cover letter indicates that the

10  check was being provided to provide relief to Muslims

11  in Kosovo, correct?

12      A    I believe so.  It's in support of the

13  relief program for Muslims in Kosovo, whatever is

14  underneath that program.

15      Q    And the reference to -- the suggestion to

16  open an office in the Republic of Macedonia is in the

17  context of, indeed in the same sentence as an

18  expression of concern about the situation of the Kosovo

19  refugees, correct?

20      A    I believe the idea was to open that office

21  in support of the relief program for Muslims in Kosovo,

22  yes, or at least that was the explicit -- that was the

23  explicit purpose anyway.

24      Q    That was the express purpose, correct?

25      A    Excuse me.  That was the express purpose.



```
 1   That's what I meant to say.
 2               MR. CURRAN:  Why don't we take another
 3   break?
 4               MR. CARTER:  How long?
 5               MR. CURRAN:  What time is it?  We can go
 6   off the record.
 7               THE VIDEOGRAPHER:  Off the record at 11:54.
 8               (Deposition recessed at 11:54 a.m.)
 9               (Deposition resumed at 12:11 p.m.)
10               THE VIDEOGRAPHER:  Back on the record at
11   12:11.
12               MR. CARTER:  Chris, just real quick before
13   you continue along the lines of inadvertent errors in
14   wording, the document you just marked which is NL10245,
15   your translation you submitted to the witness is
16   inaccurate.  The check below the letter text references
17   18,500 riyals.  The correct translation is 187,500
18   riyals.
19               MR. CURRAN:  Got it.  So the check is in
20   the amount of 187,500.  Thank you.
21               MR. CARTER:  Yep.
22               (Exhibit ARB26 was marked for purposes of
23   identification.)
24   BY MR. CURRAN:
25        Q     I'd like to ask the witness to look at a
```



1   document that's been previously marked as Al-Rajhi

2   Exhibit 26 and here's a copy for the witness.

3              MR. CURRAN:  I can reach across to you.

4   This is tab 73 electronically.

5   BY MR. CURRAN:

6       Q       Mr. Kohlmann, I take it you've seen this

7   document before?

8       A       Yes, I have.

9       Q       And this is a press release by the U.S.

10  Department of the Treasury dated March 11, 2002,

11  correct?

12      A       Correct.

13      Q       And it relates to a joint designation by

14  the Department of the Treasury and the Saudi

15  government, correct?

16      A       Correct.

17      Q       And in the first paragraph, it notes that

18  on the six-month anniversary of 9/11, the Treasury

19  Department is blocking the accounts of the Somalia and

20  Bosnia Herzegovina branches of the Saudi Arabian based

21  al-Heramain Islamic Foundation, correct?

22      A       Correct.

23      Q       And then it adds while the Saudi

24  headquarters of this private charitable entity is

25  dedicated to promoting Islamic teachings, we and our



 1  Saudi Arabian allies have determined that the Somalia
 2  and Bosnia Herzegovina branches of al-Heramain have
 3  been engaged in supporting terrorist activities and
 4  terrorist organizations such as Al-Qaeda, AIAI and
 5  others.  Do you see that, sir?
 6      A     Yes, I do.
 7      Q     So this is the Department of Treasury in a
 8  joint designation with the Saudi government designating
 9  two branches of al-Heramain, but conspicuously not
10  designating the Saudi headquarters, correct?
11          MR. CARTER:  Objection.
12          THE WITNESS:  I would say that they don't
13  make any mention of designating.  They simply say that
14  the Saudi headquarters is dedicated to promoting
15  Islamic teachings.  They don't say anything about them
16  exonerating them from a designation.  They simply say
17  that the two branches designated are Somalia and Bosnia
18  Herzegovina.
19  BY MR. CURRAN:
20      Q     Okay.  But you agree that neither the U.S.
21  nor the Saudi government was designating the Saudi
22  headquarters at this time?
23      A     That's correct, yes, or at least not
24  officially designating them.  Not publicly anyway.
25      Q     Do you have any evidence that there was



1  some sort of nonpublic designation of the Saudi

2  headquarters of al-Heramain at this time?

3       A     No.  But there is evidence that the U.S.

4  government was investigating the principals behind the

5  charity inside Saudi Arabia as well as what the

6  Saudi -- the Saudi entity itself was doing.

7       Q     Yeah.  Well, the U.S. appropriately I hope

8  at this point in time was investigating a lot of

9  things, right, related to 9/11?

10      A     Yes.  But I don't think that fairly conveys

11 what was going on at this point.  At this point in

12 time, the U.S. government including the IRS as well as

13 a variety of other U.S. government agencies were

14 actively involved in tracking transactions between the

15 headquarters of Saudi -- of al-Heramain and Saudi

16 Arabia with branch offices and with other -- other

17 institutions.

18           So I think the fact that they didn't

19 officially designate at this point doesn't mean it

20 should not be taken to mean that the Saudi headquarters

21 nor other branches were under scrutiny or under

22 investigation which they were.

23      Q     Under scrutiny or under investigation, but

24 they were -- but the Saudi headquarters was not

25 designated at this time?



1       A       They were not formally designated publicly
2   at this time.

3       Q       Okay.  When you say not formally designated
4   publicly, the fact of the matter is they weren't
5   designated and it was still lawful for U.S. persons
6   among others to make donations to al-Heramain Saudi
7   Arabia, correct?

8               MR. CARTER:  Objection.

9               THE WITNESS:  It's possible that there
10  would be future criminal prosecution later depending on
11  what the nature of those donations were and depending
12  on what the nature of the investigation turned out.  At
13  this point in time, there was no public OFAC
14  designation for the Saudi headquarters and there was no
15  official prohibition on sending money, but that doesn't
16  necessarily mean that you couldn't be prosecuted later
17  on for sending money to this institution.

18  BY MR. CURRAN:

19      Q       Do you read anything in this press release
20  to suggest that proper thinking donors should -- should
21  refrain from donating to al-Heramain's Saudi
22  headquarters?

23      A       You're asking my opinion?  My opinion is is
24  that if I see a charity where two of the branches have
25  been publicly named as branches that have been



```
 1   providing financial support to Al-Qaeda, that is not a
 2   charity that I'm interested in donating to.  And
 3   certainly if I'm going to be giving money to it, I'm
 4   going to be very closely scrutinizing it making sure
 5   that, number one, money is not ending up in those
 6   branches and, number two, there's no possibility of
 7   future designations because this would not be the only
 8   charity where branches have been designated and then
 9   subsequently other branches were designated afterwards,
10   right?
11            So I think if you're asking my personal
12   opinion as someone who looks at this stuff and has
13   looked at charities and whatnot, no, I would not be
14   donating money to a charity where several different
15   branches are accused of supporting Al-Qaeda and there's
16   a possibility of future action in the interim, no.
17       Q    I wasn't really asking you about your views
18   personally, but --
19       A    I thought you did, but I would also point
20   out here that they make a very important statement here
21   which is that marking our first joint designation of a
22   financial supporter of terrorism which my reading of it
23   would suggest that there's additional designations that
24   are joint designations that are going to follow.  So,
25   again, looking at this, I would be extremely careful
```



 1   donating to any financial institutions -- sorry -- any

 2   humanitarian or charitable institution that would be

 3   connected to this me personally.

 4        Q     But don't you see that another inference

 5   that can reasonably be drawn from this press release is

 6   that Treasury and the Saudi government have done an

 7   investigation and exercised their scrutiny and have

 8   decided to designate these two branches but not the

 9   headquarters which is described as dedicated to

10   promoting Islamic teachings?

11              MR. CARTER:  Objection.

12              THE WITNESS:  That is an inference you can

13   make, but in my view, that's a reckless inference.

14   BY MR. CURRAN:

15        Q     And doesn't this -- so as you've noted and

16   as this states on its face, this is the U.S. government

17   and the Saudi government cooperating, correct?

18        A     Correct.

19        Q     And that suggests that the investigation

20   and scrutiny is fairly intensive, doesn't it?  It's

21   both of those governments working together?

22        A     Number one, I don't know that it is and,

23   number two, I don't think that that's the reality.

24        Q     In footnote 51 of your report, you make

25   reference to a CIA document that says Sulaiman Al-Rajhi



1  defended his donations to al-Heramain Islamic

2  Foundation which has come under scrutiny for its

3  support to extremists and that's preceded by the date

4  of March 2003?

5       A       Correct.

6       Q       In March 2003, al-Heramain Foundation

7  headquarters KSA was not designated, correct?

8       A       Was not formally designated by the United

9  States and Saudi governments, correct.  The

10  headquarters was not.

11       Q       Yeah.  Certain branches were, but the

12  headquarters was not?

13       A       And also al-Heramain had already gained a

14  reputation in Saudi Arabia for having supported Islamic

15  militant causes as well as armed conflicts as early as

16  1995.  It hadn't been designated, but it was well-known

17  in Saudi Arabia that was the case.

18       Q       So are you taking issue with Secretary

19  O'Neill when he says that the Saudi headquarters of

20  this private charitable entity is dedicated to

21  promoting Islamic teachings?

22       A       Well, obviously I have to be because the

23  Saudi headquarters was eventually shut down.  So

24  obviously there was evidence that the Saudi

25  headquarters was involved in promoting more than just



1  Islamic teaching or certainly more than just moderate

2  Islamic teaching.  I think at this -- at this point in

3  time, this was diplomatic language that was used to

4  assuage the government of Saudi Arabia for good reason.

5              This was a joint designation and it is my

6  understanding that at this point in time, the U.S.

7  government based on diplomatic cables and whatnot that

8  I have reviewed as part of this and related litigation,

9  my understanding is that the U.S. government at this

10  point was trying to gently encourage the government of

11  Saudi Arabia to take action on its own and was being

12  very careful about the language it was using.

13              However, it is very clear from internal

14  U.S. government reports that there was already a huge

15  amount of scrutiny being paid to the Saudi headquarters

16  and that there was already evidence of money laundering

17  that was being done on behalf of senior Saudi officials

18  with al-Heramain including Sulaiman al-Woofi (ph) and

19  Aqeel Al-Aqeel by the time that this designation had

20  already been issued.

21     Q     Okay.  Well -- but you've had access now to

22  as you say diplomatic cables and internal government

23  communications and other things as part of your job or

24  as part of classified information getting released, but

25  in March of 2002 and that timeframe, ordinary donors



```
 1   didn't have access to that information, correct?

 2       A     They didn't have access to diplomatic

 3   cables and they didn't have access to internal IRS

 4   investigations.  However, it was widely reported in

 5   Saudi Arabia in the media prior to this that

 6   al-Heramain had already engaged in actions like this.

 7   The committee for the defense of legitimate rights

 8   which is a very, very prominent Saudi dissident group

 9   reported as early as 1995 there was widespread

10   knowledge in the Saudi kingdom that al-Heramain was

11   under scrutiny because of its activities.  That was

12   already as of 1995.

13           That was reported in the CDLR monitor in

14   1995.  It was something that was reported in

15   international media.  Obviously al-Heramain's branch in

16   I believe Kenya had been shut down after the 1998 east

17   African embassy bombings.  The business card of Mansour

18   al-Kadi who was the deputy general in charge of

19   al-Heramain in Saudi Arabia was found in the possession

20   of Wadih El-Hage who was Osama bin Laden's personal

21   secretary and was prosecuted as a result of that

22   investigation.

23           So while there was not a formal

24   designation, there was certainly plenty of information

25   available in the open source that would indicate that
```



 1  al-Heramain itself, al-Heramain central operations were

 2  involved in things that were not necessarily legitimate

 3  based on what they were supposed to be doing.

 4       Q     Sounds like you are not a fan of Secretary

 5  O'Neill's statement declining to designate

 6  al-Heramain's headquarters?

 7            MR. CARTER:  Objection.

 8            THE WITNESS:  I wouldn't characterize

 9  myself as being a fan or not a fan.  I think it's just

10  a fact that if an organization's headquarters is

11  designated as an official supporter of Al-Qaeda and a

12  conduit for Al-Qaeda financing less than four years

13  after an initial statement is made, obviously this was

14  not the full and complete story.  A designation is not

15  made over the course of four years.  A designation is

16  usually the result of many years of investigation and

17  information gathering.

18            We know for a fact that when this statement

19  was made, the Treasury Department, the IRS, the FBI

20  were already investigating senior officials at

21  al-Heramain, al-Heramain Saudi Arabia and that was not

22  a secret either to the Saudi government.  So the fact

23  that there was no public designation, that's absolutely

24  true, but the idea that it was somewhat secret or that

25  the U.S. government had no interest in Al-Qaeda's --



 1  not Al-Qaeda.  Excuse me -- al-Heramain's central

 2  branch in Saudi Arabia at this point is not exactly a

 3  fair retelling of events.

 4  BY MR. CURRAN:

 5      Q      According to what you just said a moment

 6  ago, there was -- there were indications that

 7  al-Heramain had been under scrutiny since at least

 8  1995?

 9      A      Correct.

10      Q      And still by 2002, there was no

11  designation?

12      A      The designations of these charities only

13  began in 2001 after 9/11.  The only -- only the

14  first -- the first joint action that the Saudis would

15  agree to was in 2002.  It's very difficult to engage in

16  a joint designation with a foreign government if the

17  foreign government is not willing to cooperate.

18      Q      But Treasury didn't need to cooperate with

19  the Saudi government.  Treasury -- Treasury frequently

20  designates without cooperation of foreign governments.

21      A      If it wanted a joint designation, it needed

22  it.

23      Q      And you referred to the designation of the

24  al-Heramain operation in Nairobi?

25      A      So --



1    Q    I believe just yes.  Did you refer to them?

2    A    I'm not referring to a designation.  I'm

3  referring to an action taken by the Kenyan government

4  which was a public action that shut down the

5  al-Heramain office in Kenya as a result of its

6  connections to the 1998 East African embassy bombings.

7    Q    And that was undone subsequently, correct?

8    A    I don't know when or how it was undone, but

9  it was a public action.  It was publicly announced and

10  again --

11    Q    And overturned by a court and then those

12  operations resumed, correct?

13    A    Years later.

14    Q    Yeah.  Okay.

15    A    Years later.

16    Q    Yeah.  So they ultimately were opened?

17    A    Years later.

18    Q    And you referred to some business card.

19  You got my business card from earlier today, right?

20    A    Correct, I do.

21    Q    Does that make you some sort of conspirator

22  with me?  You've got my business card.

23         MR. CARTER:  Objection.

24         THE WITNESS:  No, but I'm not the personal

25  secretary to Osama bin Laden.  I'm not Wadih El-Hage



 1  who was deeply involved in organizing and preparing

 2  acts of terrorism overseas in particular areas where

 3  this charity was operating.  So I think in all

 4  fairness, that's probably not a great analogy.

 5  BY MR. CURRAN:

 6      Q     Okay.  But there could be a lot of reasons

 7  why people would have business cards or contact

 8  information including efforts, ultimately failed

 9  efforts to raise money?

10      A     I have reviewed the business cards, all of

11  the business cards that were in the possession of Wadih

12  El-Hage when he was arrested.  I've reviewed all of

13  them individually.  There appears to be a very clear

14  pattern to the people that Wadih El-Hage was in contact

15  with.  Wadih El-Hage had business cards relating to

16  very particular Islamic charities for the most part

17  most of which were involved in -- somehow in money

18  laundering or terrorist financing.

19           It was -- unless you've done the review

20  yourself, I can tell you he didn't have cards for the

21  international Red Cross.  He didn't have cards for --

22  the cards he had were for obscure charities, obscure in

23  the international realm where these charities all

24  appeared to have some connection to money laundering or

25  terrorist finance.



1              And, again, not much of a coincidence

2     because Wadih El-Hage was a personal secretary of Osama

3     bin Laden and he was personally tasked with organizing

4     and carrying out acts of terrorism.  So I think --

5     again, I don't think that having a business card in and

6     of itself is necessarily determinative of guilt, but

7     when you have someone who's an active participant in

8     international terrorist operations and they appear to

9     have a series of cards that all fit in a certain --

10    certain milieu, it's very hard to ignore that milieu.

11         Q       Well, Al-Qaeda was trying to raise money,

12    correct?

13         A       Correct.

14         Q       And you referred to the CDLR, that Saudi

15    dissident group.  They were critical of the scrutiny of

16    al-Heramain, correct?

17         A       They were supporting al-Heramain's -- they

18    were supporting al-Heramain's support of armed

19    fighters, yes, exactly.  They represented a sector of

20    Saudi society which believed that what al-Heramain was

21    doing was the right thing.

22         Q       When did you get access to the El-Hage book

23    of business cards?

24         A       Wadih El-Hage?

25         Q       Yeah.



1      A      In approximately 1999.  I think mid 1999,

2   about six months after the embassy bombings.

3      Q      On page 13 of your report, you state that

4   Julaidan himself notably held accounts at Al-Rajhi

5   Bank, correct?

6      A      Wa'el Julaidan?

7      Q      Yeah.  He opened those accounts before he

8   was designated, correct?

9      A      I believe so, but I couldn't say that to be

10   certain.  But my assumption is, yes, because I don't

11   think he would -- once designated, it would be almost

12   impossible to open a bank account.

13      Q      Yeah.  So he opened the accounts prior to

14   September 2002 and he was designated in September 2002,

15   correct?

16      A      Correct.

17      Q      And his accounts were probably closed after

18   the designation, correct?

19      A      I'm assuming they were, but I don't have

20   direct evidence to prove that.

21      Q      Well, you haven't identified any

22   transactions violative of any sanctions or

23   designations, correct?

24      A      Again, once the designation has been

25   issued, it's my understanding that anything in the



 1  Swiss system is impossible to open an account under

 2  that person's name.

 3      Q    So I want to call your attention to the

 4  first full paragraph on the top of page 15 of your

 5  report.  So the first sentence of that paragraph says

 6  that as of March 2006, the U.S. government has named --

 7      A    Should be named.

 8      Q    Should be -- strike the has?  Is that --

 9      A    Yeah.  It's a grammatical error.

10      Q    Okay.  So I'll edit that out.  As of

11  March 2006, the United States named al-Heramain

12  Foundation affiliate offices in at least 13 different

13  countries as specially designated foreign terrorist

14  entities, SDGT, and then you list the countries and

15  that list includes Albania, correct?

16      A    It includes Albania.  It also includes

17  Kenya as I mentioned previously, yes.

18      Q    And then in the next sentence, you write

19  CIA documents indicate that al-Heramain employee

20  accounts in Albania specifically received money from

21  al-Heramain's official account at Al-Rajhi Bank.  Do

22  you see that?

23      A    Correct, yes.

24      Q    And then your source for that sentence is

25  footnote 76, correct?



 1        A        That's correct, yes.

 2        Q        And that appears to be a CIA document?

 3        A        That's correct, yes.

 4        Q        And the date of the CIA document is not

 5   apparent from footnote 76?

 6        A        That's correct, but it's predesignation.

 7        Q        Yeah, it's predesignation.  So in this

 8   paragraph, you begin by stating that as of March 2006,

 9   the Albania branch among others had been designated and

10   then you say that a CIA document indicates that

11   al-Heramain employee accounts in Albania specifically

12   received money from al-Heramain's official account at

13   Al-Rajhi Bank, but you don't allow the reader to

14   understand or to see from the text or the footnotes

15   that the transaction that you're referring to was

16   predesignation?

17        A        I disagree with that characterization.  I

18   have the document footnoted.  So, once again, it's very

19   easy to be able to figure out what the dating is if

20   there's any question, but that was not the thrust of

21   what I was attempting to do nor was I attempting to

22   confuse what the timing is.

23             The -- again, as I think I stated before,

24   my understanding is it's impossible to send money to an

25   office that's been designated through a banking system



 1    once the designation has happened.  Thus that would be
 2    impossible.  By nature of how the designations work,
 3    this would have to be referring to money that was sent
 4    before the designations just by -- again by basic
 5    deductive logic.
 6         Q     Well, it wouldn't have been hard to put
 7    2002 or August 28th, 2002, in footnote 76, correct?
 8              MR. CARTER:  Objection.
 9              THE WITNESS:  I don't -- I don't -- again,
10    it wasn't something that I believe was necessary here
11    to make that point.  I don't -- the intention was not
12    to deceive anyone or confuse anyone.  I thought the --
13    it was fairly obvious what I was saying and to me
14    putting a date like that would have been superlative --
15    superfluous.  Excuse me.  Not that it's wrong, but it
16    would have been superfluous in my view especially given
17    the fact that the original document is cited in here in
18    case there was any confusion in the question.
19    BY MR. CURRAN:
20         Q     Okay.  But your report may go to the Court
21    without all of the attached documents, right?
22              MR. CARTER:  Objection.
23              THE WITNESS:  Not to my knowledge.  My
24    knowledge is the Court would be able to see all the
25    original source information if needed.



 1  BY MR. CURRAN:

 2      Q     Okay.  So you are counting on the Court to

 3  actually look at every document that you cite, so it

 4  can piece together the appropriate timeline?

 5           MR. CARTER:  Objection.

 6           THE WITNESS:  No.  No.  I'm -- what I

 7  believe I'm saying is again what I've said before is is

 8  that since it's impossible to send money to an entity

 9  once it has already been prescribed by deductive logic

10  and, again, in my view would be obvious that this would

11  have had to have taken place before the -- before the

12  designation.

13           My understanding is the Court would be

14  aware of that too because the Court would be aware of

15  the designations.  But, once again, if there's any

16  confusion, the original document is cited here, so it

17  would be very easy to verify.

18  BY MR. CURRAN:

19      Q     So you think the Court should know or

20  assume or understand that once an entity is designated,

21  it can't receive financial transfers anymore?

22      A     It's my understanding that that goes

23  without saying, yes.

24      Q     So is it your testimony and belief that

25  once an entity is designated, it cannot receive any



1    more funds?

2         A       Not through -- not through a wire transfer

3    from a bank.

4         Q       What about through other means?  What

5    about -- what about through cash?  What about through

6    travelers checks?

7         A       That's not the context of what it says

8    here.  It says receive money from al-Heramain's

9    official account at Al-Rajhi Bank.

10        Q       Yeah.  I'm not talk -- okay.  For this --

11   for this question, I'm not necessarily tethered to this

12   specific paragraph, but you've said a number of times

13   today already that once an entity is designated, it's

14   impossible for it to get money?

15               MR. CARTER:  Objection.

16               THE WITNESS:  Through -- through a wire

17   transfer or through a check through the Swiss system.

18   It's -- it should be impossible anyway, yes.

19   BY MR. CURRAN:

20        Q       And so is it your testimony that

21   designations are a hundred percent effective?

22        A       I don't know if they're a hundred percent

23   effective, but, again, I felt that the thrust of what I

24   was saying here was obvious in terms of what I was

25   saying.  I didn't feel like it was necessary to add



1  those details.  I thought that that was inherent in

2  what I was saying here.

3       Q     The next paragraph you address a

4  transaction or a series of transactions involving

5  al-Heramain and one or more of its agents, correct?

6       A     Correct.

7       Q     And in the second sentence, you refer to a

8  Saudi organizer arriving in the United States in May of

9  2000 carrying $275,000 worth of American Express

10 travelers checks, correct?

11      A     That's correct.

12      Q     By the way, there's nothing improper in and

13 of itself about travelers checks, correct?

14      A     Just depending on where they come from and

15 what you're going to do with them.  Travelers checks

16 normally have a very legitimate purpose, but they can

17 also be used for money laundering.

18      Q     And travelers checks were a lot more

19 popular, used a lot more frequently a couple of decades

20 ago than they are now, correct?

21      A     Yeah, I think that's probably fair to say.

22      Q     Especially in the Middle East, right?

23      A     That is speculation.

24      Q     That you don't know?

25      A     I think that would be speculation on



 1  anyone's part to say that travelers checks were more

 2  popular in the Middle East than they were elsewhere.  I

 3  don't think that that's necessarily the case.  Plenty

 4  of Middle Eastern institutions did wire transfers at

 5  this time including individuals transferring money to

 6  the 9/11 hijackers.

 7       Q      Don't you think Al-Rajhi Bank would be in a

 8  good position to know whether travelers checks were

 9  more common two decades ago than they are now?

10            MR. CARTER:  Objection.

11            THE WITNESS:  I have no idea.

12  BY MR. CURRAN:

13       Q      In any event, the arrival of the Saudi

14  organizer is stated here as being in May of 2000,

15  correct?

16       A      That's correct.

17       Q      And then the next sentence says the same

18  Saudi organizer, Soliman Albuthe, allegedly later

19  withdrew $151,000 in travelers and cashier's checks

20  from al-Heramain funds in the United States and then

21  you've got a quote, right?

22       A      Correct.

23       Q      And the quote refers to Albuthe cashing the

24  travelers checks on approximately March 25, 2000,

25  correct?



```
 1        A       Correct.

 2        Q       March 25, 2000, is before May of 2000,

 3   correct?

 4        A       Correct.  I'd have to check.  It's possible

 5   that it was supposed to be in March of 2000, not in May

 6   of 2000.

 7        Q       But you see the problem with this paragraph

 8   as written?

 9        A       Yeah.  But my -- my assumption is it's

10   probably -- it's supposed to be in March of 2000, but

11   I'd have to check the original -- the original

12   affidavit.  It's also possible that the affidavit

13   itself that they wrote May instead of March.

14        Q       No.  No.

15        A       But I -- I would have to check.  I'm not --

16   it's possible I wrote May instead of March.

17        Q       Okay.  This paragraph does report that

18   al-Heramain had a or al-Heramain, Inc., AHIF, Inc. had

19   an account at Bank of America in Ashland, Oregon,

20   correct?

21        A       That's correct, yes.

22        Q       And similar to what I asked you before, do

23   you think Bank of America was falling asleep at the

24   switch here and violated KYC and banking standards to

25   have an account for AHIF in May of 2000?
```



1    A      Bank of America had no context about what

2    these organizations were or who these people were.

3    They were foreign nationals who were coming in and

4    depositing these sums of money.  I don't know whether

5    or not they were -- they did what they were supposed to

6    or not, but I'm sure they had very little context on

7    who these people were or what al-Heramain was is the

8    fact that al-Heramain, the organization itself was not

9    a U.S. based entity.

10          These individuals were foreign nationals.

11   I think there was very little known at that point about

12   who these people were inside of the United States.

13   Outside in the kingdom, obviously things were a little

14   bit different.

15   Q      And at the end of this paragraph, you

16   report that Albuthe was blacklisted by the U.S.

17   Treasury Department as an SDGT in 2007, correct?

18   A      That's correct, yes.

19   Q      All right.  So that's seven years after the

20   transactions that you describe in the paragraph?

21   A      That's correct.  That was concurrently I

22   believe with prosecution of al-Heramain and al-Heramain

23   principals.

24   Q      And IIRO was another major Saudi NGO,

25   correct?



EVAN F. KOHLMANN  Confidential                                    January 11, 2024
In re: Terrorist Attacks on September 11, 2001                              140

1        A        Correct, yes, although the degree to which

2    it is an NGO is under debate, but, yes.

3        Q        Well, like al-Heramain, it was a prominent

4    Saudi charity?

5        A        I think that's a better description, yes.

6        Q        And IIRO has never been designated,

7    correct?

8        A        What part of IIRO?

9        Q        Headquarters.

10       A        Individuals who have been -- who headed the

11   organization in Saudi Arabia have been designated.  The

12   organization itself, the headquarters, I don't believe

13   has been designated.

14       Q        And al-Heramain like IIRO were authorized

15   to conduct charitable works in Saudi Arabia at all

16   times during the relevant period, correct?

17                MR. CARTER:  Objection.

18                THE WITNESS:  I don't know that I could say

19   all times and I'm not sure of the extent to what they

20   were authorized to do, but they were authorized to

21   raise money, yes.

22   BY MR. CURRAN:

23       Q        For charitable purposes?

24       A        Ostensibly.

25       Q        Well, the authorization was to raise money



1    for charitable purposes?

2         A      Ostensibly.

3         Q      And, sir, you understand that under Saudi

4    banking regulations -- or maybe you don't understand.

5    I'll ask.  Do you understand that under Saudi banking

6    regulations a bank cannot reject a proposed customer

7    without the authorization of SAMA?

8                MR. CARTER:  Objection.

9                THE WITNESS:  I'm not familiar with that

10   offhand, no.  I should add I know what SAMA is and I

11   know how SAMA operates, but I don't know what the

12   banking diligence requirements are.  I'm not -- it's

13   not --

14   BY MR. CURRAN:

15        Q      But you understand SAMA is the regulator

16   that governs Al-Rajhi Bank's operations?

17        A      One of the regulators, yes.

18        Q      Well, it's the primary regulator of banks

19   in Saudi Arabia, correct?

20        A      Correct, yes.

21        Q      And you understand that Al-Rajhi Bank is

22   bound to follow the rules, regulations and directives

23   of SAMA?

24        A      That's my understanding, yes.

25        Q      In your investigation resulting in your



1 | report in this matter, have you identified any

2 | instances in which Al-Rajhi Bank failed to comply with

3 | directives from SAMA?

4 |     A    I'm not sure I reviewed any information in

5 | that regard.  That's usually outside of my area of

6 | expertise.

7 |     Q    But you can't identify any instances of

8 | such a violation?

9 |     A    I can't think of any offhand.

10 |     Q    So on page 18 of your report, you have a

11 | reference to the U.S. Department of Defense internally

12 | acknowledging among other things that IIRO has provided

13 | financial assistance, funds transfers and legitimate

14 | cover for moving money under the pretense of

15 | humanitarian relief to Al-Qaeda?

16 |     A    Correct.

17 |     Q    So IIRO was holding itself out as a

18 | legitimate charity supporting humanitarian relief, but

19 | instead was diverting funds for Al-Qaeda?

20 |     A    That's part of the story.  IIRO also issued

21 | with its parent Muslim World League also issued

22 | propaganda and other documents suggesting that it was

23 | also supporting armed conflict and that it was

24 | interested in generating money to provide weapons for

25 | personnel.  This was directly announced by the



1  secretary general or the former secretary general of

2  the Muslim World league, Dr. Muhammad Ali Jinnah.  So I

3  think it just depends what -- what fund raising

4  pamphlet or what fund raising content you were

5  listening to, what audience it was.

6      Q      Do you think the Department of Defense was

7  correct when it internally acknowledged that IIRO was

8  raising money under the pretense of humanitarian

9  relief?

10     A      Absolutely it was.  It was also raising

11 money under the pretense of buying weapons for

12 combatants in Bosnia and Chechnya and elsewhere.  It

13 was doing a little of all of this, sure.

14     Q      The first part of that sentence, you write

15 the U.S. Department of Defense has also internally

16 acknowledged that the IIRO is financed by Osama bin

17 Laden.  Do you see that, sir?

18     A      Yes.

19     Q      So do you agree with that?

20     A      It's my -- from the basis of what I can

21 tell, yes.

22     Q      So Osama bin Laden financed IIRO, not the

23 other way around?

24     A      So there are different periods of IIRO's

25 operations as well as bin Laden.  My understanding is



1  that prior to 1993, Osama bin Laden exchanged funds,

2  sent funds to IIRO, sent funds to IIRO offices to

3  support IIRO missions and whatnot including missions

4  that had nothing to do with humanitarian relief.

5          After Osama bin Laden's bank accounts were

6  closed, bin Laden continued to support IIRO through

7  intermediaries and also was the recipient of monies

8  that were raised by IIRO in order to provide training

9  camps and other support for Al-Qaeda operations

10  primarily through an individual by the name of

11  Abdulrahman al-Saudi (ph), but not exclusively.

12          MS. BEMBRY:  Counsel, just please note my

13  belated objection to the form of the question.

14          MR. CURRAN:  I'm going to mark another

15  document, tab 46.  This will be Number 12, EK12.

16          (Kohlmann Exhibit EK12 was marked for

17  purposes of identification.)

18  BY MR. CURRAN:

19      Q     So this exhibit bears the Bates number

20  PEC-KSA001464 through 66.

21      A     That's correct.

22      Q     And, Mr. Kohlmann, this is the document

23  that you cite in footnote 110, correct?

24      A     Correct.

25      Q     And this is -- you describe it as a U.S.



1   State Department diplomatic cable?

2        A    I believe that's what it is.

3        Q    And, sir, do you see in the paragraph

4   numbered 2 under summary on the first page 1464, the

5   U.S. G believes that some elements of the international

6   Islamic relief organization, IIRO, have been exploited

7   by terrorist and their financiers --

8        A    Yes.

9        Q    -- as a means of transferring assets,

10  providing organizational cover or otherwise supporting

11  extremist violent operations?

12       A    Yes.

13       Q    And that's something you relied upon here

14  in your report, correct?

15       A    Correct.

16       Q    And quoted?

17       A    Correct.

18       Q    On the next page bearing the Bates number

19  1465, paragraph number 3 identifies IIRO as a

20  nongovernment organization, an NGO, first established

21  in 1978 by the Islamic World League and endorsed by the

22  Saudi government in 1979.  Do you see that, sir?

23       A    Yes, I do.

24       Q    Do you accept that as factual?

25       A    The only thing I would say is it's the



 1  Muslim World League, not the Islamic World League, but
 2  other than that, yes.
 3       Q     And then it continued.  The stated overall
 4  mission of the IIRO is dedicated -- is directed toward
 5  the provision of the medical, educational and social
 6  support for those in need.  Did I read that correctly?
 7       A     You did, yes.
 8       Q     It continues.  IIRO has traditionally
 9  provided educational programs to refugees and displaced
10  persons as well as supported social, economic -- and
11  economic development worldwide.  It has also provided
12  moral support and assistance in kind and in cash for
13  poor and destitute Muslims.  Do you see that, sir?
14       A     Yes, I do.
15       Q     Do you -- do you dispute that?
16       A     I don't dispute that's part of what it --
17  the organization has done.
18       Q     So you do accept that IIRO has provided
19  bona fide humanitarian relief to Muslims around the
20  world?
21       A     In some cases, yes.
22       Q     And this continues IIRO provided health
23  care including medicines and facilities to Kosovo
24  refugees, for example.  IIRO has established a wide
25  network of national and international contacts with



1  various Islamic and non-Islamic relief organizations,

2  institutions and individuals operating in several

3  countries in Europe, Asia and Africa.  Do you see that,

4  sir?

5        A      Yes, I do.

6        Q      Do you dispute that statement?

7        A      No.  This is just part of the story, but

8  this part of the story is true.

9        Q      And then paragraph 4, the final paragraph

10  in this cable states while IIRO distributes millions of

11  dollars in aid to support humanitarian efforts, there

12  is also some evidence that parts of the organization

13  have been exploited by Al-Qaeda and other terrorist

14  organizations.  Do you see that, sir?

15        A      Yes.

16        Q      For example -- and continuing, for example,

17  IIRO has been cited as the principal sponsor of

18  terrorist training camps in Afghanistan during the

19  Taliban regime.  Do you see that, sir?

20        A      Yes, I do.

21        Q      And then it continues IIRO has also been

22  cited as the conduit for funds from Osama bin Laden to

23  terrorist organizations specifically that the Abu

24  Sayyaf cell in Manila was founded with money sent by

25  bin Laden to Mohammed Jamal Khalifa through IIRO.  Do



1    you see that, sir?

2        A       Yes, I do.

3        Q       So that last paragraph is addressing some

4    evidence and certain facts that have been cited,

5    correct?

6        A       I think it's -- these are just facts, but,

7    yeah, these are I think undisputable facts.  But this

8    is, again, only part of the story.  There was -- there

9    was already much more evidence that's not cited here

10   that the U.S. government had access to.  It had -- it

11   already had by this point about IIRO's activities.

12       Q       But you don't dispute the basic premise

13   that IIRO did a lot of bona fide humanitarian work, but

14   that the organization may have been exploited?

15       A       When you say a lot, I would be very careful

16   about the word a lot.  IIRO is essentially a Dawah

17   organization.  The purpose of IIRO is to spread a

18   particular teaching of Islam around the world including

19   by promoting charitable work, et cetera, in an effort

20   to spread those ideals.  Many of those ideals are very

21   extreme in cases such as Bosnia Herzegovina.

22               Bosnia and Muslim army actively put out

23   reports warning that IIRO was attempting to

24   indoctrinate people in a philosophy that would cause

25   major social problems and would undermine the idea of



 1   peace and stability in Bosnia.

 2              So while it is true that IIRO has provided

 3   charitable aid, a lot of times that charitable aid has

 4   been conditioned upon the acceptance of a particular

 5   type of Islam which is a particular type of Islam which

 6   is favored by the individuals promoting the charity.

 7   So, you know, you could say that's charity, but that's

 8   charity conditioned with people believing in an extreme

 9   form of Islam.

10              I think also the question of a lot, I could

11   not possibly begin to characterize how much of IIRO's

12   money went to charity versus went to extremist

13   activities, but I can tell you that a lot of money that

14   IIRO raised ended up going to causes that had nothing

15   to do with helping innocent people.

16              So I think, you know, it's trying to

17   characterize how much or what percentage or whatnot.  I

18   don't think it's possible to do that other than to say

19   that a significant amount of IIRO's resources were sent

20   to things that had nothing to do with starving orphans

21   or people in need.

22        Q      But those objectives and those ends were

23   promoted in IIRO fund raising materials, correct?

24        A      You mean promoting, promoting, they --

25        Q      Bona fide humanitarian work.



1      A      They promoted all of these different

2  things.  They promoted the idea of spreading the Dawah,

3  a particular form of Dawah, a particular form of

4  religious views, the idea of helping people and

5  bringing them back into the fold of Islam, but it's

6  important to understand that most of IIRO's financial

7  support to starving people or whatnot, the idea was to

8  proselytize a particular form of Muslim and condition

9  that on providing aid.

10              In other words, if you wanted aid, you had

11 to join an IIRO Mosque.  You had to listen to an IIRO

12 preacher.  You had to follow what the organization was

13 telling you.  This is the model anyway that was in

14 existence in Bosnia Herzegovina, was in existence in

15 the caucuses and other conflict zones where IIRO was

16 engaged.

17     Q      You can't identify any transactions from

18 IIRO that led directly to 9/11, correct?

19     A      That's an interesting question.  So the

20 answer is is that I can't give you specific financial

21 transactions in an accounting sheet.  However, I can

22 tell you that IIRO was responsible for funding through

23 Abdulrahman al-Saudi who was the head of IIRO's

24 operations in Pakistan and was also an Al-Qaeda member.

25 That money went to fund the Al-Farooq training camp,



1  Al-Qaeda's Al-Farooq training camp in which most of the

2  9/11 hijackers received their muscle training, their

3  training to be able to carry out operations including

4  weapons, including all physical combat, et cetera, et

5  cetera.

6          So if you're asking did money that IIRO

7  sent help provide means for 9/11, the answer is is that

8  without the funding of the Al-Farooq training camp in

9  Afghanistan, it would have been much more difficult for

10  Al-Qaeda to have carried out 9/11.  It was a central

11  point of training for the 9/11 hijackers.  It was also

12  a central point of organization for the 9/11 hijackers.

13  And, in fact, there's video of 9/11 hijackers at the

14  camp receiving training.  And --

15          MS. BEMBRY:  Counsel, this is Aisha Bembry.

16  Please note my motion to strike that response as

17  nonresponsive.

18          MR. CURRAN:  I think it's a good time to

19  take a lunch break.

20          THE VIDEOGRAPHER:  Off the record at 1:03.

21          (Recessed at 1:03 p.m. for lunch.)

22

23

24

25



```
 1                A F T E R N O O N   S E S S I O N

 2                    (Reconvened at 1:47 p.m.)

 3              THE VIDEOGRAPHER:  We're back on the record

 4    at 1:47.

 5              MR. CURRAN:  I understand that some counsel

 6    would like to make some statements, so please go ahead.

 7              MS. BEMBRY:  Yes.  Thank you, Chris.  This

 8    is Aisha Bembry on behalf of the Muslim World League,

 9    IIRO and charity officials.  I would like to note for

10    the record that expert discovery against those

11    defendants closed some time ago.  Mr. Kohlmann

12    submitted reports against those defendants which

13    reports have never been supplemented or amended.

14              The period of expert discovery was fully

15    litigated against those defendants and is closed.

16    Accordingly MWL, IIRO and the charity officials reserve

17    all rights with respect to the testimony being offered

18    today and the report that was submitted in connection

19    with the deposition that is being taken today.

20              MR. ALHAMIDI:  Yes.  This is Omar Alhamidi.

21    I will join the objection on behalf of the World

22    Assembly.  Thank you.

23              MR. CARTER:  Just to close out the lawyer

24    stuff, the plaintiffs will reserve their rights with

25    regard to the reservation of rights and off we are.
```



```
 1               THE WITNESS:  One other thing.  I just
 2      realized that -- over the break, I realized I had made
 3      a misstatement right before we broke.  I cited
 4      Dr. Monel Jahani as something he had written or
 5      something he had -- comments he had made that was
 6      published in the Muslim World League journal.  I
 7      realized that I -- in the context of that, I had
 8      misidentified him as the secretary general of Muslim
 9      World League.  It should be the secretary general of
10      WAMY, but writing in the Muslim World League
11      publication.
12      BY MR. CURRAN:
13          Q      Okay.  So, Mr. Kohlmann, you have provided
14      I guess at least one prior report in this 9/11
15      litigation?
16          A      Correct, yes.
17          Q      And you've been deposed before as well?
18          A      That's correct, yes.
19          Q      Is there anything from your -- since your
20      prior statements could conceivably be used again in
21      this proceeding as to Al-Rajhi Bank, is there anything
22      in your prior reports or your prior deposition
23      testimony that strikes you as needing correction or
24      clarification?
25          A      From prior testimony?
```



1        Q      Yes.

2        A      Not anything that hasn't already been

3    corrected.  I think there was -- yeah.  There was

4    one -- there was one error I can recall about a 9/11

5    hijacker working on behalf of IIRO.  That was an error,

6    but that's the only thing I can think of and that's

7    already been corrected on the record a while ago.

8        Q      Okay.  Is there anything from your

9    testimony before lunch today that you'd like to correct

10   or clarify?

11       A      Other than what I just said which is that

12   what I should have said is Dr. Monel Jahani writing in

13   the Muslim World League publication, but he was the

14   secretary general of WAMY, not Muslim World League.

15       Q      Right before we broke for lunch, you gave

16   an answer about IIRO funding a terrorist training camp

17   that led to 9/11 or had hijackers present.  Do you

18   remember that testimony?

19       A      Yes.  The Al-Farooq training camp, yes.

20       Q      Okay.  And is that what's referred to on

21   page 20 of your report in the second full paragraph?

22       A      It probably is.  Let me just verify because

23   it is in my report.  Yes, it is.

24       Q      Okay.  And your -- the source of your

25   information there related to the Al-Farooq training



1    camp is -- looks like is footnote 121?

2         A      It is, but that's not the only source.

3    I'll give you -- it's -- there's other materials that

4    are related to this in the page before when it

5    discusses Abdulrahman al-Saudi.

6         Q      Okay.  But specifically as to that training

7    camp --

8         A      Yes.

9         Q      -- footnote 121 is what you cite?

10        A      Yes.  Yes.

11        Q      So I'd like to take a look at that document

12   that you cited in footnote 121.

13        A      Sure.

14               MR. CURRAN:  So we'll be marking this now

15   as EK13 and this document is from tab 47.  And it bears

16   the Bates number 003021 through 25 and this does look

17   like it's English language in the original.

18               (Kohlmann Exhibit EK13 was marked for

19   purposes of identification.)

20   BY MR. CURRAN:

21        Q      Mr. Kohlmann, I'm sorry.  I'll give you a

22   moment.

23        A      (Reviewing document.)

24               Yes.

25        Q      Okay.  Mr. Kohlmann, this is the document



1    that you have cited in footnote 121 and relied upon in

2    your report, correct?

3        A    Yes, although I'm familiar with this

4    information separately from other sourcing.

5        Q    Okay.  And this is some sort of now

6    unclassified statement of a detainee at Guantanamo Bay?

7        A    That's correct.

8        Q    And this detainee on the second page of

9    this document, so it's the one that the bears the

10   number 003022 at the top, states my understanding of

11   the training camp I attended in Afghanistan is that it

12   was a general camp not under any control -- any group

13   or organization's control.  I knew this because we were

14   not allowed to talk about politics or religion.  The

15   Taliban had closed all the other camps with the

16   exception of this one.  The training camp was funded by

17   Muslim charitable organizations that also funded

18   schools, hospitals and orphanages.

19           Do you see that, sir?

20       A    Yes, I do.

21       Q    Now, that passage does not say that the

22   camp was funded by IIRO, correct?

23       A    No, but the individual who was there was

24   from IIRO.  And he was an affiliate of that

25   organization.  But, again, through other sources, I



1  know that the camp was funded by money through -- from

2  Abdulrahman al-Saudi who was the head of IIRO's office

3  in Pakistan and that it was through the Al-Farooq

4  training camp.  I know this through -- also through

5  testimonies of individuals that I have reviewed

6  unclassified but sensitive testimonies from Guantanamo

7  Bay.

8       Q     Okay.  But I'm kind of more focused on what

9  you've relied upon in your report, so I kind of want to

10 stick with this document.

11      A     Okay.

12      Q     And I note on page 003025, there's a

13 relevant Q and A here.  Let's start with the second

14 question.  You see a question.  What is your

15 occupation?  Answer:  I am a government employee of a

16 charitable organization.  Question:  What is the name

17 of the charitable organization?  Answer:  IIRO,

18 International Islam Relief Organization.  Question:

19 How long did you work for IIRO?  Answer:  I was still

20 in training, so just a few months.  So that -- that's

21 the information about this detainee's affiliation with

22 IIRO?

23      A     Yes.

24      Q     So he was still in training and he had just

25 worked there for a few months?



1      A      I believe when he's saying he's in

2  training, he's referring to the training camp, but,

3  yeah, he's -- he'd only been working for IIRO for a few

4  months, that's correct.

5      Q      Okay.  And then on the page prior to that

6  003024 about halfway down the page, there's a Q and A

7  and the question is:  You said the camp was funded by

8  private organizations.  Was one of them al-Wafa or can

9  you tell me who was funding it?  Answer:  It was a

10  charity funded camp.

11          Do you see that, sir?

12      A      Yes.

13      Q      Okay.  So this detainee who had at least

14  for a little while, for a few months been working at

15  IIRO, he did not identify IIRO as the funder of this

16  camp, correct?

17      A      He was an IIRO employee who identified it

18  as a charity funded camp and I know through other

19  sources that indeed it was IIRO who funded the camp.

20  Also there's other sources I believe that refer to

21  that.  I'd have to look back in my report, but I

22  believe that there's at least one other -- one other

23  State Department document that makes the same

24  allegations.

25      Q      Okay.  But you'd agreed with me, wouldn't



1   you, that confined to this document cited in footnote

2   121, there's not a sufficient basis to conclude that

3   IIRO funded this camp?

4        A      Right.  Well, there's basis but not

5   exclusive basis.  I happen to know from other sourcing

6   that IIRO was at least one of the charities that was

7   banking the camp.  And, again, since this individual

8   was an IIRO employee who was training at the camp and

9   had only been part of the organization for a few months

10  and who identified it as a charity funded camp, it

11  appeared to corroborate the other sourcing that I had

12  reviewed.

13       Q      Well, don't you think if the guy worked at

14  IIRO and he was referring to the funding and it was

15  funded by IIRO, he would have said that?

16       A      I really can't answer that.  All I can

17  answer is that on the basis of other sourcing, I know

18  that to be the case.

19       Q      And also on the first page back to 003021

20  in the fourth paragraph according to this report, the

21  detainee said about me being a member of Al-Qaeda,

22  that's wrong.  This organization defies and goes

23  against every value or principle I was raised with.  I

24  have never agreed with the way they interpret my

25  religion which is of peace and forgiveness.  The fact



1   that was issued by my religious leaders go against the

2   teachings of that organization.  I have never

3   participated, acted or was loyal to that organization.

4   Do you see that, sir?

5        A      Yes.

6        Q      And elsewhere in this statement, the

7   detainee denounces 9/11 and Al-Qaeda's efforts,

8   correct?

9        A      Correct.

10       Q      That's enough with that document.  You can

11  give it back.

12             Sir, I now would like to direct your

13  attention to page 32 of your report and this relates

14  to, you know, another question about the sourcing.  So

15  the -- there's a carry over paragraph and the second

16  sentence there says in October 2004, WAMY published an

17  Arabic language online newsletter via its official

18  website carrying a message from Dr. Saleh bin Ibrahim

19  Babaeer, the assistant secretary general for executive

20  affairs at WAMY.

21             Dr. Babaeer announced in his message that

22  WAMY has, quote, established places and means for

23  collecting donations during the Ramadan season and

24  throughout the year via its headquarters in the

25  secretary -- in the general secretariate and its



1  approved branches and via its bank accounts in Al-Rajhi

2  Banking Company and the National Bank, close quote,

3  period.  Do you see that, sir?

4      A     Yes.

5      Q     Okay.  And then that cites to footnote 197?

6      A     Yes.

7      Q     And footnote 197 you can see appears to be

8  some website or whatever?

9      A     Yeah.  It's the official WAMY website.

10     Q     Okay.  So we asked plaintiff's counsel to

11 provide us with that document and I want to show you

12 the document that we received and this is folder 81.

13          MR. CURRAN:  We'll mark this as EK14.

14          (Kohlmann Exhibit EK14 was marked for

15 purposes of identification.)

16 BY MR. CURRAN:

17     Q     And, Mr. Kohlmann, my first question is

18 going to be whether this, in fact, is the document that

19 you're citing in footnote 197?

20     A     It appears to be the wrong file.  It is --

21 it is something that was posted on WAMY's -- on WAMY's

22 thing, but it appears that this has different

23 information in it.  But I can recover the original

24 source where I got this from.  It was on WAMY's

25 official website.



 1        Q       Okay.  I'd like to direct your attention to
 2    some parts of this document nonetheless.
 3        A       Sure.
 4        Q       So -- and by the way, the original --
 5    there's another document.  The original is in Arabic.
 6    Do you speak or read Arabic?
 7        A       I can speak a very little, but I can't read
 8    it.
 9        Q       So referring to the English translation
10    here, I want to refer your attention to the beginning
11    of the content here.  The assembly held the first
12    annual Iftar fast-breaking ceremony.  By the way, so
13    that's the Ramadan period, correct?
14        A       Correct.
15        Q       Which was attended by the British
16    ambassador to the kingdom, Sherard Cowper-Coles, the
17    Charge d'Affaires at the U.S. embassy, Matthew Toler,
18    more than 55 ambassadors and diplomats in the kingdom,
19    and a number of businessmen and those involved in
20    charity work which was held in the Al Maqsura hall in
21    Riyadh, period.  The guests were received by Dr. Saleh
22    bin Sulaiman Al Wohaibi, secretary general of the
23    assembly, Dr. Saleh bin Ibrahim Babaeer, secretary
24    general for executive affairs, and the heads of various
25    committees at the assembly, period.  Do you see that,



1   sir?

2        A       Yes.

3        Q       So there's a reference to Dr. Saleh

4   Babaeer.  That's the same gentleman you referred to on

5   page 32 of your report in the carry over paragraph,

6   correct?

7        A       Correct.  Correct.  I think this may be

8   actually the same newsletter except it's the wrong

9   pages from the newsletter.

10       Q       Okay.  So this was some sort of Ramadan

11  period gathering where ambassadors and diplomats from

12  Great Britain as well as the United States and numerous

13  other countries were attending and being greeted by Mr.

14  Babaeer, the assistant secretary general for executive

15  affairs at WAMY, correct?

16       A       You're talking about this item right here?

17       Q       Yes.

18       A       I believe so.  I mean, this is the first

19  time I'm looking at this, but, yes.

20       Q       Okay.  But this is -- your recollection is

21  this is part of the document that you --

22       A       No.  What I recall is is that this is the

23  same newsletter, but the newsletter consists of

24  different entries, different news updates.  The news

25  update that I'm referring to here is completely



 1   disconnected from this thing at the top.  It's a --

 2   there's an entry that just deals with raising money for

 3   Palestine and this is -- yeah, the entry is missing

 4   here.  I believe it's just the wrong page.  But it did

 5   come from -- it did come from the WAMY newsletter.

 6       Q     Yeah.  So this report or this recounting of

 7   this function seems to suggest that WAMY and some

 8   associated charities were reputable organizations at

 9   least among the diplomatic community in Saudi Arabia;

10   is that fair?

11            MR. CARTER:  Objection.

12            THE WITNESS:  I don't know if that -- I

13   think that's a -- that's a judgment or that's a

14   subjective judgment.  I certainly would not regard WAMY

15   as being something that would be promoted by

16   international diplomats, although in this case, they

17   definitely did attend this event.

18   BY MR. CURRAN:

19       Q     And WAMY was never designated by any

20   government around the world, correct?

21       A     I don't believe they've been designated.

22       Q     And toward the bottom of this page 102 that

23   we were just looking at, maybe it's the second to last

24   sentence on the first page.

25       A     I'm sorry.  Sorry.  Let me correct myself.



 1  WAMY itself has not been designated.  However,

 2  subentities within WAMY's umbrella have been either

 3  prosecuted or have come under scrutiny because of their

 4  roles with terrorist financing and specifically I'm

 5  thinking here of Benevolence International Foundation.

 6      Q     Okay.  But my question was about WAMY

 7  itself and that's never been designated, correct?

 8      A     Well, BIF technically was underneath WAMY,

 9  but WAMY itself --

10          MR. ALHAMIDI:  Object.  Objection.

11          THE WITNESS:  WAMY itself as an

12  organization I don't believe was designated, but, yes.

13  BY MR. CURRAN:

14      Q     And toward the bottom, there's a quote here

15  from this Dr. Al Wohaibi and you'll recall from the

16  introduction, he's the secretary general of the

17  assembly.

18      A     Yes.

19      Q     The assembly being the World Assembly of

20  Muslim Youth and he is quoted as saying, quote, the

21  responsibility of defending Islamic charitable work is

22  our responsibility as preachers, media professionals,

23  intellectuals, governments and peoples because this

24  work is the foundation of Islamic work, period, close

25  quote.



1          He called on Islamic organizations working

2     in the humanitarian field to enter the international

3     arena and become involved in the membership of

4     nongovernment organizations at the United Nations

5     especially the economic and social council

6     establishment of a secretariate for the conference

7     based in Riyadh, the capitol of the Kingdom of Saudi

8     Arabia, whose mission is to follow-up on the

9     implementation of the recommendations issues by the

10    conference.  Do you see that, sir?

11         A     Yes.

12         Q     So, again, this was at least ostensibly a

13    legitimate reputable gathering consistent with WAMY

14    being a bona fide charitable organization, correct?

15         A     Ostensibly.  However, it also has to be put

16    into context that Al Wohaibi has also condemned efforts

17    to shut down religious charities that are accused of

18    terrorist financing.  And it's been suggested that it's

19    something that's been planned by Zionists and

20    neoconservatives in the U.S. and it's done as part of

21    conspiracy to destabilize the Muslim world.  So Dr. Al

22    Wohaibi is not exactly an objective source of

23    information in that regard.

24         Q     Okay.  But he's not sufficiently a pariah

25    to prevent dozens and dozens of international diplomats



1    to pay homage by attending his Ramadan function,

2    correct?

3              MR. CARTER:  Objection.

4              THE WITNESS:  I -- I don't know that it --

5    the time when this occurred if all of the people who

6    attended understood the full context of WAMY because

7    most of these people are not from Saudi Arabia.  They

8    are from outside Saudi Arabia and they may not be

9    familiar with the full context of WAMY.

10   BY MR. CURRAN:

11       Q      Okay.  How often have you been to Saudi

12   Arabia?

13       A      Once.

14       Q      When was that?

15       A      2012, January of 2012.

16       Q      Okay.  So 11 years after 9/11 roughly?

17       A      Yes, approximately.

18       Q      And so your knowledge of what people

19   thought and believed in Saudi Arabia in the period of

20   9/11 and shortly before, shortly after is based not on

21   personal experience, but based on some sort of study

22   and observation and --

23       A      When I was --

24       Q      -- expertise?

25       A      Sorry.  I didn't mean to interrupt.  When I



1  was at Georgetown University in -- between 1999 and

2  2001, I was working specifically in the Center for

3  Contemporary Arts Studies studying dissident movements

4  in the Arabian peninsula and I was working under my

5  professor there who specifically had just written a

6  book all about Dr. Mahamood Fondi (ph) who had written

7  all about the politics of the Arabian gulf.

8           I specifically was studying the support for

9  Islamist and dissident movements in Saudi Arabia at the

10  time.  That's where my knowledge and understanding

11  of -- of the social and political currents and

12  religious currents that existed in Saudi Arabia at that

13  time was through my work at the Center for Contemporary

14  Arts Studies, the Center for Muslim Christian

15  Understanding and also from, you know, reading

16  publications that were domestic Saudi publications like

17  Riyadh Daily which is an English language publication

18  which covers news and events taking place in Saudi.

19      Q     So the course work and the professor you

20  referred to, that's from your undergraduate studies?

21      A     That's correct.  Well -- yeah.  That's

22  correct, yeah.

23      Q     Don't you think it's fair to say that

24  studying things academically from thousands of miles

25  away is not the same as being on the ground and



1  personally observing and perceiving the environment
2  directly?
3      A    It depends on the context.  It can, yeah.
4  Primary sourcing can be very, very valuable.  In the
5  case of Saudi society, it can be very challenging
6  because Saudi society up until recently has been very
7  closeted and exposing dissident view points inside
8  Saudi society or inside Saudi Arabia was a liability.
9          And thus studying Saudi dissident movements
10 and Saudi dissident thought was actually much more
11 achievable outside the borders of Saudi Arabia which is
12 why most of the -- most of the liturgy and most of
13 the -- I guess most insightful work that has been done
14 on this subject for that period was done outside of
15 Saudi Arabia by individuals such as Dr. Fondi who also
16 did this outside Saudi Arabia.
17          In order to conduct my research, I also
18 visited directly and spoke directly with the former
19 head of CDLR, Dr. Mohammad al-Massari who I interviewed
20 at his home in London.  I also interviewed another
21 former head of CDLR and later the head of the movement
22 for Islamic reform in Arabia, Dr. Saleh Focki (ph) at
23 his home in London.
24          So while I did not travel to Saudi Arabia
25 at that point to interview individuals about what was



1  going on, I was traveling and speaking directly with

2  individuals who had a very in-depth understanding and

3  knowledge of Saudi political, religious and cultural

4  discourse during that time.

5      Q      So let me ask kind of that same question

6  again.

7      A      Sure.

8      Q      Do you recognize that studying things from

9  afar albeit reading a lot and interviewing people is

10 not the same as perceiving things directly as a member

11 of a society?

12     A      Well, it's definitely not the same, but in

13 terms of your question which I believe is what is more

14 accurate or reliable in terms of societies where you're

15 under autocratic rule and there are closeted and

16 dissident thought and dissident view points are not

17 allowed to be expressed publicly, to go to Saudi Arabia

18 at that point in time and be asking people these

19 questions, you might not necessarily get fulsome

20 responses either because of the fact that people would

21 have faced potential jail time, other retributions.

22            So I think the answer is it really depends

23 on the context.  It depends on the location and it

24 depends on what exactly you're researching.

25     Q      I'm not really focused in my questioning or



1    I don't intend to be focused in my questioning on

2    knowledge, book knowledge or facts, but instead on the

3    perceptions within the society because in your

4    testimony today a number of times, you've talked about

5    how people in Saudi Arabia would have understood

6    something.  Isn't it fair to say that you do not have

7    adequate grounding in your experience to opine on that?

8            MR. CARTER:  Objection.

9            THE WITNESS:  No.  I think again after

10   interviewing people like Dr. Saleh Focki and

11   Dr. Mohammad al-Massari who are arguably two of the

12   most prominent Saudi Islamist dissidents on the planet

13   and who have very, very deep knowledge and

14   understanding of this after having worked as a research

15   assistant with a professor who wrote probably one of

16   the most influential and accurate books about Saudi

17   dissident politics during the times, if you're asking

18   could I have gained additional knowledge by being on

19   the ground, maybe.

20           But on the other hand at that point in

21   time, it was very difficult to get a very firm

22   grounding on that inside Saudi society because people

23   weren't open about these things.  So I would say that I

24   did what most other academics would have done in that

25   circumstance.



 1              I faced similar problems with Iraq.  I was

 2   also studying Saddam Hussein's Iraq at that point and

 3   the Iraqi regime.  Unfortunately it was not possible to

 4   go to Iraq and physically visit and get a very good on

 5   the ground interpretation of what people's views were

 6   at that point in time because obviously traveling to

 7   Iraq would have been dangerous.

 8              But aside from that, ordinary Iraqis would

 9   not have necessarily shared their opinions or their

10   views or what was really going through their heads

11   because they faced retribution for doing that

12   especially to an outsider such as myself.

13   BY MR. CURRAN:

14        Q      What were the circumstances under which you

15   did your sole visit to Saudi Arabia?

16        A      I did it under the auspices of the United

17   Nations working with the Saudi government to understand

18   radicalization and discuss means by which individuals

19   could be deradicalized and society could be

20   deradicalized and how to fight against the ideology and

21   messaging of Al-Qaeda within the kingdom.

22        Q      And how long did you spend in Saudi Arabia?

23        A      About a week.  I mean, I was there -- I was

24   there at the invitation of the Saudi interior ministry.

25        Q      Mr. Kohlmann, in your report, you refer to



```
 1   the Golden Chain list, correct?

 2        A     That's correct, yes.

 3        Q     And have you -- have you seen that list?

 4        A     Many times.

 5        Q     But you don't read Arabic?

 6        A     No.  I've seen the original list in Arabic.

 7   I've also seen translations in English.

 8        Q     And in your report, I think it's page 7,

 9   you can see in the second full paragraph there, you say

10   the Golden Chain document which the United States has

11   described as a secret list of the 20 most prominent

12   donors to the Al-Qaeda network in the Arabian gulf

13   region dating from the late 1980s.  Do you see that,

14   sir?

15        A     Yes.

16        Q     And for that, you source or you cite a Wall

17   Street article from March 18th, 2003?

18        A     That's correct.

19        Q     First of all, why are you citing a Wall

20   Street journal article from March 18th, 2003, in

21   support of what the United States has described?

22        A     I believe U.S. officials were quoted in

23   that article, but I'd have to see the article again to

24   know.

25        Q     Okay.  We'll show you the article.
```



 1              (Kohlmann Exhibit EK15 was marked for
 2     purposes of identification.)
 3              MR. CURRAN:  This is tab 2 which will
 4     become EK15.
 5     BY MR. CURRAN:
 6        Q      Sir, is that the document that you cite in
 7     footnote 8?
 8        A      It is.  It is.
 9        Q      And have you identified the basis for your
10     statement that the United States has described the
11     Golden Chain document as a secret list of the 20 most
12     prominent donors to Al-Qaeda?
13        A      That's my characterization, but I believe
14     it's derived from the first sentence of the article as
15     well as the -- sorry -- the second paragraph under
16     where it says U.S. Saudi ties starting with the Golden
17     Chain list was confirmed by U.S. officials.  But that's
18     my characterization of how it was described.
19        Q      Okay.  Because this article says in that
20     third paragraph that the Golden Chain list doesn't
21     indicate the size of the donations, correct?
22        A      That's correct, yes.
23        Q      And it also says that it was drawn up at a
24     time when supporting the Afghan revolt against the
25     Soviet invaders, Mr. bin Laden's cause at the time was



1    a top U.S. foreign policy objective as well as a Saudi

2    national cause with deep patriotic and religious

3    overtones, correct?

4        A    That's correct.  However, the funding that

5    these people were giving their money to which was

6    basically Arab Afghan fighters on the Soviet Afghan

7    border -- excuse me -- on the Afghan Pakistani border,

8    this was something the United States had nothing to do

9    with.  I know that because of the fact Dr. Mark Sagmen

10   who was one of the individuals involved with the

11   program to provide support to Afghan Mujahideen did not

12   know who any of these people were at the time and has

13   acknowledged that he did not know -- he didn't know any

14   of these people, didn't know they existed.

15            So while the U.S. was supporting the Afghan

16   cause against the Soviets, the United States was not

17   providing support to the Arab Afghan fighters on --

18   that these people were supporting.

19       Q    Okay.  But do you dispute the statement in

20   this article that supporting the Afghan revolt against

21   Soviet invaders was a top U.S. foreign policy objective

22   at the time?

23       A    Yes.  That was a top U.S. policy objective.

24   However, the people who were funding here, they were

25   not funding the Afghan fighters.  They were funding



```
 1   Arab Afghan fighters, in other words, foreign fighters.
 2   So while those foreign fighters happened to be engaged
 3   in fighting the Soviets and fighting the Afghan
 4   communist government, that's not all they were doing at
 5   the time.
 6        Q    Okay.  But that so-called Golden Chain list
 7   is just a list of names, right?
 8        A    Correct.
 9        Q    It doesn't say anything about whether
10   they're donors, how much they've given or whether
11   they've been approached, whether they're potential
12   donors?  It doesn't provide any descriptive
13   information, correct?
14        A    My understanding is then the basis of
15   statements by among others Jamal Alfodal that these
16   were identified as prominent donors to the Arab Afghan
17   network led by bin Laden.  And, of course, if you look
18   at the list, who else is on the list.  Adel Batterjee,
19   the founder or one of the founder of Benevolence
20   International Foundation, someone who wrote a book
21   about the founding of Al-Qaeda at this time.  So, yes.
22   Again, based on other information and other evidence,
23   it appears that that's what this is.
24        Q    Are you aware that the Court in this case
25   has reached different conclusions?
```



1        MR. CARTER:  Objection.

2        THE WITNESS:  I'm not familiar with what

3   conclusions the Court has reached.  I'm just familiar

4   with what information that I have and what conclusions

5   I have reached.

6   BY MR. CURRAN:

7        Q       Are you aware that Judge Casey in this case

8   has held, quote, with no indication of who wrote the

9   list, when it was written or for what purpose, the

10  Court cannot make the logical leap that the document is

11  a list of early Al-Qaeda supporters, close quote?

12       A       I may be vaguely familiar with that.  But,

13  again, I'm not basing my own research on what the judge

14  in this case has said.  I'm basing it on what the

15  research I have done and the information I have at my

16  disposal.  I'm not -- as far as I understand it, I'm

17  not supposed to be making conclusions on my own

18  expertise based on what the -- the relationship I think

19  is the reverse which is the judge accepts what my

20  expert testimony is and then makes a judgment about

21  whether or not he believes the evidence.  It's not -- I

22  don't believe I'm supposed to be taking cues from the

23  judge as far as I understand it.

24       Q       Okay.  But you -- don't you take into

25  account all -- all information available to you and you



1   weigh its various credibility in assessing what
2   narrative you want to adopt?
3        A      Factual statements or statements of -- but
4   not conclusory statements from judges, not generally
5   speaking unless it's in the basis of an established
6   fact or something like that.  But, again, this case as
7   far as I understand it, the relationship is supposed to
8   be the opposite.  I'm supposed to be providing my
9   expert testimony or my expertise and the judge is
10  supposed to be weighing that against whatever
11  information and then coming to a conclusion.  I don't
12  think it was the reverse my understanding.
13       Q      So you're basing your conclusion on
14  information from Mr. Alfodal?
15       A      I'm basing my information from my
16  communications with Adel Batterjee, individuals who
17  have been part of Al-Qaeda and provided testimonies
18  about what they've experienced, the documents, my
19  research of the individuals on the list and what
20  support they may or may not have provided the Arab
21  Afghans at the time.  It's not based one document.
22  It's based on the compendium of my research.
23              I was able to communicate with
24  Adel Batterjee back in approximately 2000.  Mr.
25  Batterjee provided me with a -- excuse me.  2001.  Mr.



1  Batterjee provided me with a very detailed book of his

2  own personal recollections of what he claimed was his

3  personal recollections of the time.  Much of the

4  information in that book was cor -- corroborates

5  different pieces in the Golden Chain document.  So that

6  was my interpretation based on looking at

7  contemporaneous documents, other people who looked at

8  this and described what it is, et cetera, et cetera.

9  That's what the basis is.

10      Q      Okay.  The so-called Golden Chain list is

11  from the 1980s, correct?

12      A      Approximately 1988, I think.

13      Q      Okay.  And what's your basis for that date?

14      A      Because of the fact that the information

15  that's contained in the list as well as the names are

16  matched with what it is in Dr. or -- excuse me -- what

17  is in Adel Batterjee's book contemporaneously with the

18  exact same time period as well as what is matched with

19  other documents that were obtained from the same source

20  at the same time.

21          In other words, the Golden Chain list was

22  obtained in a sheaf of other documents from Bosnia

23  Herzegovina and there are other documents in that group

24  that have dates on them or have time periods.  All of

25  those time periods are approximately between late 1987



1  and approximately 1990.

2      Q      Okay.  So if the list was prepared in or

3  around 1988, it would be stating the affairs as they

4  existed at that time, correct?

5      A      Yes, that's fair.

6      Q      Okay.  And in 1988 as Mr. Simpson says in

7  his Wall Street Journal article, it was the Afghan

8  revolt against the Soviet invaders that was -- that was

9  happening, correct?

10     A      It was also the founding of Al-Qaeda.

11  Al-Qaeda was founded the exact same time.  And, again,

12  there's -- it's important not to confuse two different

13  things.  There are the Afghan Mujahideen who are

14  fighting against the Soviets and then you have foreign

15  fighters, the Arab Afghans who come in and who

16  participate in some of the training camps and set up

17  their own operations.

18             However, by and large, the Arab Afghans

19  were fighting on their own.  They didn't speak Afghan

20  languages.  They didn't speak Dari.  They didn't speak

21  Pashto for the most part.  So they couldn't fight

22  side-by-side with the Afghans.  They had their own

23  units.  They had their own priorities.

24             And, in fact, if you read Adel Batterjee's

25  book about this period, you will see that while there



1  are Arab units that joined into operations that were

2  being launched by Afghan Mujahideen, they were

3  essentially a separate organization governed by

4  separate leadership and they did not always agree with

5  everything that the Afghan Mujahideen were doing nor

6  did they always participate in what the Afghan

7  Mujahideen were doing.

8      Q     But bin Laden's first public fatwa calling

9  for a tax against the United States was in 1996,

10  correct?

11     A     False.

12     Q     Okay.  You tell me.  When -- when did

13  Al-Qaeda issue the first public fatwa calling for a tax

14  against the United States?

15     A     Osama bin Laden's first fatwa against the

16  United States was approximately 1991.  It was against

17  the U.S. presence in Somalia and in Yemen.  The first

18  public fatwa that was issued in Al-Qaeda's name was in

19  1996.

20     Q     Okay.  Well, all the dates you just said

21  are after 1988, correct?

22     A     Correct.

23     Q     So any list of donors, potential donors or

24  people who rejected donations or people who were

25  possibly approaches, whatever the list is, it wouldn't



 1  have any correlation to a subsequent initiative by

 2  Al-Qaeda and bin Laden to attack the United States?

 3            MR. CARTER:  Objection.

 4            THE WITNESS:  There's a difference between

 5  issuing a fatwa and announcing what the priorities are.

 6  Already by approximately 1988 or '89, it was clear

 7  statements on the path of not just on Osama bin Laden

 8  but also Dr. Abdullah Azzam, one of the heads of the

 9  Arab Afghan movement that the targets of the movement

10  would not just be the Soviet Union or Afghanistan, but

11  that would also include western states including the

12  United States because of their support for Israel.

13            Azzam gave a very famous video in which he

14  talked about the fact that terrorism was a key aspect

15  of what they intended to do and specifically talking

16  about terrorism against the west.  This was recorded on

17  video.  It was later featured in Al-Qaeda propaganda

18  videos.

19            So there's a difference between a first

20  fatwa which is a first religious edict or political

21  edict versus what these folks were talking

22  contemporaneously at the time and contemporaneously at

23  the time by -- already by 1988, Abdullah -- it had to

24  be because Azzam was killed in '89.

25            Azzam and others were discussing about the



 1  need to launch attacks against Israel, about the need

 2  to launch attacks against the United States.  This was

 3  not something that was new or radically different that

 4  had not already been expressed previous to that.  It

 5  just wasn't in a fatwa.

 6  BY MR. CURRAN:

 7      Q    Okay.  So it's your testimony that --

 8  correct me if I'm wrong.  Is it your testimony that the

 9  people on the Golden Chain list are people who provided

10  financial support for attacks against the United

11  States?

12            MR. CARTER:  Objection.

13            THE WITNESS:  I don't know whether they did

14  or they didn't.  All I can tell you is is that at the

15  time that were already giving money, the individuals

16  that were behind both Al-Qaeda as well as the Arab

17  Afghan movement in general including Abdullah Azzam

18  were very explicit about their interest in launching

19  attacks against foreign countries including Israel, the

20  United States, Egypt and others.  This was not by any

21  means a secret.

22            Whether or not the individuals on that list

23  were aware of that, I couldn't speak to it, although it

24  certainly was not by any means secret information.  It

25  is in -- it is in Adel Batterjee's book which was



1  published in 1991.  It is in the recollections of the
2  people who were there at the time.  It is contained in
3  video records of Abdullah Azzam who spoke about this
4  not just in -- I was going to say in the Middle East,
5  but he even gave speeches here in the United States.
6           And one in particular I can recall in
7  Seattle in 1988 in which he announced this very
8  specifically that the United States was basically an
9  adversary, that the CIA was an adversary and enemy and
10 that they would need to launch training camps -- they
11 would need to train people and launch new training
12 camps to launch people to attack Israel and other
13 targets.
14 BY MR. CURRAN:
15      Q      How much money did the Golden Chain people
16 give?
17      A      I don't know exact amounts.
18      Q      Roughly just -- roughly in the millions,
19 how many?
20      A      I wouldn't -- I wouldn't hazard a guess.
21      Q      When?  When did they make the donations?
22      A      The donations were approximately from 1988
23 onwards.
24      Q      Oh, you know it's onwards from -- on the
25 basis of the -- of the Golden Chain list, you can tell



1  what the future holds?

2      A      No.  On the basis again of Dr. Batterjee's

3  book where he talks specifically about some of the

4  people that are on the Golden Chain and about their

5  relationships with the Muslim World League and others.

6  It's -- what's in the Golden Chain is not -- it's not

7  taken in a vacuum.  There's other documents from the

8  same group that were at the same time that mentioned

9  some of the these same individuals who are also

10  mentioned in Mr. Batterjee's book.  It's part of one

11  story line.

12      Q      In your report, you say -- and I'm quoting

13  as I did before without saying so.  Al-Qaeda issued

14  public fatwas calling for a tax against the United

15  States in 1996 and 1998, period, close quote.  Do you

16  agree with that?

17      A      They did issue fatwas in 1996 and 1998.

18      Q      Public fatwas?

19      A      Correct.

20      Q      There's a difference between public fatwas

21  and private fatwas?

22      A      Public as in what?  According to --

23  according to folks within the movement in 1991, bin

24  Laden issued a fatwa.  It just wasn't issued publicly.

25  It was issued internally within Al-Qaeda and its



 1  friends.  How far it went, I have no idea.

 2          The most famous fatwas that were issued by

 3  Al-Qaeda were in 1996 and 1998 as well as in 1999, but

 4  those were because of the fact that those were

 5  literally faxed all over the world.  They were faxed to

 6  news organizations.  They were widely broadcast.  That

 7  doesn't necessarily mean they were the only ones that

 8  were issued, that they were only statements of policy.

 9  Certainly they were not the only statements of policy

10  that bid Laden and Al-Qaeda ever made.

11          There are also videos of Osama bin Laden

12  talking about this stuff early on in approximately

13  1994, 1995, even before then.  So I think, again,

14  there's a -- there's a distinction between a statement

15  of policy versus issuing an official fatwa.  It was not

16  a secret what Al-Qaeda was interested in.

17          Certainly if look at Al-Qaeda's activities

18  in 1993, Al-Qaeda was responsible for dispatching Yusuf

19  al-Ayiri who was a senior Saudi Al-Qaeda member to

20  Somalia in order to fight against U.S. troops there.

21  He activity took part in combat against U.S. peace

22  keepers there.  That was in 1993.  That was far, far

23  before the 1996 fatwa.

24          That was because of their enmity towards

25  the United States and their interest in fighting



1  against the United States and that was long before the

2  first public fatwa in '96.  So, again, it's -- a

3  statement of policy is different than saying the

4  official fatwas.

5        Q       And your report also says at least as early

6  as 1992, bin Laden began advocating Jihad holy war

7  against the United States?

8        A       Correct.

9        Q       Why did you say at least as early as 1992

10  if you think it goes years before that?

11        A       Because we know that for certain because of

12  a bombing that occurred in Yemen at the time.  There

13  were U.S. peace keepers that were stationed at a hotel.

14  I forget the exact name of the hotel in -- I believe it

15  was Aden.  And there was a bombing targeting the hotel.

16  It was specifically targeting U.S. peace keepers.

17            It was carried out by affiliates of

18  Al-Qaeda.  It was carried out deliberately because of

19  the fact that Osama bin Laden had directed efforts to

20  try to thwart U.S. peace keeping operations in Somalia.

21  That was the first very concrete and obvious sign that

22  the war had begun.  It wasn't just a theory anymore.

23            But, again, if you look at -- the most

24  obvious statements really are from Abdullah Azzam, you

25  know, video recordings because, again, Azzam died in



1    '89.  So there's no doubt that the video recordings he

2    made were prior to that.  And there are several

3    different video recordings at the time including video

4    recordings recorded here in the United States in which

5    he announced -- he enunciates the desire to wage war

6    against the United States, to wage war against Israel,

7    to set up training camps to launch into other

8    countries, et cetera, et cetera.

9              These speeches were in Arabic, but they

10   were delivered publicly at major events including

11   events put on by groups like the Muslim Arab Youth

12   Association, et cetera, et cetera.  They were major

13   conferences and whatnot.

14        Q    So how is it that bin Laden wasn't

15   designated by the U.S. until 1988 and Al-Qaeda until

16   1989?

17        A    You mean 1998?

18        Q    1998 and 1999.

19        A    I can't really answer that question because

20   I don't work for the U.S. government.  I can tell you

21   that as of 1996, it was obviously already very clear

22   that Osama bin Laden and Al-Qaeda were at war with the

23   United States because he announced a declaration of war

24   with the United States.

25              The fact that they were not designated



1    until years later could be because of the fact that

2    there was no designation process until 1996 because it

3    was established by the 1996 effective -- effective

4    death penalty and -- sorry -- Anti-terrorism and

5    Effective Death Penalty Act.  There was no process

6    before that.  It didn't exist.  But I'm not an expert

7    in U.S. -- in U.S. government policy in that regard or

8    the mechanisms that -- by which or why they would have

9    delayed it.

10            So -- but I can tell you that, yes, there

11   was -- there was very obvious evidence prior to that

12   and, again, it's very obvious.  There was a declaration

13   of war in 1996 and the designation -- there was no

14   official U.S. designation until 1998.

15        Q    But the first terrorist attack against U.S.

16   interest that was led by Al-Qaeda were the embassy

17   bombings in East Africa in 1998, correct?

18        A    No.  I would disagree with that.  I don't

19   think that that's reflected either in U.S. government

20   documents.  It's very clear that Al-Qaeda personnel

21   took place -- took part in combat operations targeting

22   U.S. peace keepers in Somalia in 1993.  It's very

23   obvious.  Al-Qaeda has acknowledged as much.

24            There's the bombing in Yemen that took

25   place in 1992.  There was also an attempted car bombing



```
 1  in Bosnia in December 1995 not to mention other

 2  operations that were receiving Al-Qaeda support

 3  including what has been dubbed operation Bojinka, in

 4  others word, the plot to bring down simultaneously U.S.

 5  airliners crossing the Pacific which was in the

 6  operation that was engineered by KSM but with support

 7  and assistance from Al-Qaeda.

 8          So I -- if you're talking about successful

 9  attacks, if you're talking about major successful

10  attacks, if you're talking about major successful

11  attacks that were formally and officially claimed

12  contemporaneously by Al-Qaeda, it just depends how

13  you're referring to it, but --

14      Q     I said led by Al-Qaeda.

15      A     Again, led by Al-Qaeda, you can go all the

16  way back to 1992, '91.

17      Q     So U.S. government was really behind when

18  it waited to designate bin Laden until '98 and Al-Qaeda

19  in '99?

20          MR. CARTER:  Objection.

21          THE WITNESS:  I think -- I think there was

22  a delay, but I can't account for why there was that

23  delay.  I can't account for -- obviously the U.S.

24  government was aware of Osama bin Laden at that time.

25  The U.S. government had expended significant resources
```



1  into tracking bin Laden's network in Sudan up until

2  they left in approximately 1995.

3          One of the reasons why bin Laden was forced

4  to leave Sudan was primarily because of U.S. diplomatic

5  pressure.  So I -- you know, why the U.S. decided to

6  only designate it later, why they decided to take

7  certain actions at different points, I can't answer

8  that question.  All I can tell you is the U.S.

9  government was taking concerted action to limit and

10 to -- to limit of freedom of movement by bin Laden to

11 constrain his activities as early definitely as 1994

12 and '95 because, again, it was U.S. diplomatic pressure

13 that primarily led to bin Laden, his acolytes being

14 thrown out of Sudan.

15     Q     You know that Sudan offered bin Laden to

16 the United States in -- in or around May of 1996,

17 correct?

18          MR. CARTER:  Objection.

19          THE WITNESS:  You mean Sudan offered bin

20 Laden to the United States?

21 BY MR. CURRAN:

22     Q     Yes.

23     A     I've heard reports to that effect, but I

24 don't think I've seen definitive information to that

25 effect.



```
 1       Q       Do you doubt that?

 2       A       I don't know.  I don't know.  I have no

 3   idea.  I don't know.  At the moment, it's -- it's -- I

 4   would say it's not -- not been proven to a degree to

 5   which I would be able to rely on that statement.

 6   Certainly the U.S. went to some means to great lengths

 7   to track bin Laden's network at that point and to try

 8   to get them out of Sudan.

 9             They used a tremendous amount of diplomatic

10   and other pressure to do that.  What else they may have

11   been doing at the time, I can't say.  I don't -- I

12   don't work for the -- I have not and I do not work for

13   the Central Intelligence Agency.  I don't work for

14   State Department.  I can't answer that question.

15       Q       Tell me again -- well, describe for me your

16   interactions with Mr. Alfodal.

17       A       My interactions with him?

18       Q       Yeah.

19       A       I never met him in person.  I have -- I

20   have reviewed all the statements he made during his

21   testimony in the 2001 trial United States versus Osama

22   bin Laden, et al.  I've also read his secondary

23   interview that he did with the U.S. Justice Department

24   as part of the investigation of Benevolence

25   International Foundation in Chicago.  I have read a
```



1    third interview with him.  I can't remember what the

2    source of that one is.  And I've -- I've read different

3    accounts about his life, his various different foibles,

4    et cetera, et cetera.

5         Q     How do you assess his credibility?

6         A     I assess his credibility on the basis of

7    everything else.  I try to see what he has said and I

8    try to cross reference to see whether or not it can be

9    cross referenced through other sources.  From what I

10   have seen, a good amount of what Jamal Alfodal has

11   talked about is readily verifiable.

12            You know, it's -- you can just look to

13   certain things he talks about in the embassy bombing

14   transcript, the embassy bombing trial transcript.  He

15   talks a lot about someone named Sheikh Saeed (ph).  He

16   keeps talking about Sheikh Saeed as the head of

17   basically Al-Qaeda's financial committee and this guy

18   is a -- he's a bit of a jerk and he doesn't want to

19   give money to anybody and he's a real shit and this --

20   and whatnot.

21            So it turned out about five years after he

22   testified in that trial, Al-Qaeda's Alsahad (ph) media

23   released a video all about Sheikh Saeed whose real name

24   was Mustafa Abu al-Yazid who indeed was an Egyptian who

25   indeed was an Al-Qaeda Sharia council member who indeed



1  was in charge of Al-Qaeda's finances who indeed was a

2  bit of a jerk when it came to giving out money to

3  people, et cetera, et cetera.

4          So like I said, there have been a number of

5  very clear instances where Mr. Alfodal has discussed

6  key members of Al-Qaeda's infrastructure, Sharia

7  council members, training camps, et cetera.  And that

8  information has been corroborated through other means.

9  If he's -- if he's made errors over this course of

10  time, it's certainly possible.  If he said something

11  that's not true, it's certainly possible, but I have

12  seen a good amount of corroboration of the things he

13  has said especially the key aspects about Al-Qaeda's

14  leadership, financing, historical activities, et

15  cetera, et cetera.

16      Q     Is it your understanding that Al-Qaeda

17  obtained most of its funding from charitable

18  diversions?

19      A     Starting in approximately 1992, yes, that's

20  my understanding.

21      Q     Do you have any understanding as to whether

22  there were other sources of funds available to

23  Al-Qaeda?

24      A     My understanding is that there were, yes.

25      Q     What were those?



1     A     Individual large donors simply giving money

2    in cash, in some cases businesses that Al-Qaeda

3    operated or Al-Qaeda took over and used to generate

4    funds.  In some cases, theft or various different forms

5    of criminal activity that were used to generate money.

6    But generally speaking as far as I have seen, the vast

7    majority of funds came from either direct donations,

8    someone -- a sympathetic person giving money directly

9    or through laundering money through the charities.

10     Q     What businesses?

11     A     Before Al-Qaeda left Sudan, Al-Qaeda

12    operated a tannery.  It operated a fish farm.  It

13    operated various other different businesses.  There

14    were also investments in chemical plants and things

15    like that.  There were -- there was a variety of to

16    do -- a variety of different things such as that.  Also

17    my understanding is there may have also been businesses

18    in Afghanistan that Al-Qaeda was able to get money out

19    of.

20     Q     Well, the 9/11 commission report says that

21    when bin Laden was kicked out of Sudan, he left

22    penniless.

23     A     That was in 1995, correct.  And that's when

24    the charities took on a huge -- hugely important new

25    role because at that point, bin Laden no longer had



```
 1   access to his traditional sources of funding outside of
 2   the charities.  And at that point, it was impossible
 3   for him to be able to send money or receive money under
 4   his name or under the name of anyone associated with
 5   Al-Qaeda.
 6             At that point, Al-Qaeda required a means by
 7   which it could transfer, launder, raise large sums of
 8   money, bring it across international borders including
 9   into western states including into bank accounts and
10   the charity was -- charities were a very effective
11   means of doing that because of the fact that outside of
12   the Arabian peninsula, most people had never heard of
13   these charities.  Most people didn't know what these
14   charities were about.
15             And most of these charities had names that
16   from a western perspective sounded very innocuous,
17   relief organization, helping hands, you know, helping
18   the needy, you know.  Some of these charities were
19   small.  Some were large.  But the bottom line was is
20   that was the most effective way for Al-Qaeda to be able
21   to raise money, to transfer money and also to obtain
22   travel documents for its -- for its fighters trying to
23   get into Chechnya, for instance, or Bosnia.
24             It was a very difficult thing to do.  In
25   order to get into Bosnia, you had to travel through
```



1  Croatia.  Croatia was not necessarily sympathetic to

2  Islamic extremists.  In order to get to Chechnya, you

3  had to travel through Georgia or through another --

4  again, another place that was not sympathetic to

5  Islamic extremists.

6         How would you be able to justify sending

7  someone through these areas that was a foreign national

8  from a place like Saudi Arabia without generating a

9  tremendous amount of scrutiny?  The easiest way was to

10  give them an ID card from a charity and say this person

11  is here to help widows and orphans and this and that.

12  Let them through and that would sometimes allow them to

13  do that.

14     Q     So you've said twice now that bin Laden was

15  kicked out of Sudan in 1995.  In fact, it was May of

16  '96, correct?

17     A     It began in -- so the process took place

18  over a period of time.  What happened first is that

19  some of Al-Qaeda's associates were kicked out

20  initially.  Lybia -- some Lybians and some others were

21  kicked out.  Then others began to leave and then the

22  formal -- the formal end came in '96, but it was -- it

23  was a period of -- it was a period of about a year

24  where the relationship between the Sudanese national

25  Islamic front and -- led by Hassan Al-Turabi with bin



1  Laden began crumbling very rapidly.

2      Q      So you know Al-Rajhi Bank observes Sharia
3  principles, correct?

4      A      I believe so, yes.

5      Q      What does that mean to you?

6      A      It means that they adhere to what they
7  believe is the proper reading of Islamic law as it
8  applies to gathering interest, as it applies to
9  receiving donations and who they deal with, the
10 customers, et cetera.  In other words, to make sure
11 that the bank is operating according to Islamic law.

12     Q      Do you think a bank's adherence to
13 principles of Sharia law is an indication of support
14 for terrorism?

15     A      Absolutely not.  It really -- Sharia law is
16 much like the word Jihad.  That is a very open-ended
17 thing.  It's in the eye of the beholder because
18 Sharia is -- there is no Pope in Islam.  Sharia is
19 really a compendium of rules and regulations that sort
20 of depend on the authority of the person issuing them
21 or what sect they're a part of or what sect they
22 believe in, right?

23             So it really depends on context.  There may
24 be some banks that believe that proper Sharia
25 compliance means that they have to give money to



1   Jihadi -- violent Jihadi organizations, right?  But a
2   normal -- normal reading of Sharia law compliance
3   particularly in the Arabian peninsula does -- usually
4   has nothing to do with terrorism.  It has to do with
5   most of the time rules about interest collection.
6        Q     Have you studied Al-Rajhi Bank's commitment
7   to Sharia principles?
8        A     Other than me being familiar that
9   they're -- that they are, you know, in language in any
10  way committed to that, no, I have not.
11       Q     Are you aware that Al-Rajhi Bank is the
12  largest bank in Saudi Arabia committed to Sharia
13  principles?
14       A     It wouldn't surprise me, but my
15  understanding is Al-Rajhi Bank is one of the largest
16  banks in Saudi Arabia and most banks in Saudi Arabia
17  have at least some Sharia compliant departments.  So it
18  wouldn't surprise me to hear that, no.
19       Q     Are you aware that Al-Rajhi Bank has more
20  retail branches than any other bank in Saudi Arabia?
21            MR. CARTER:  Objection.  Sorry, Chris.  Are
22  you talking now?  I'm just unclear on the timeframe.
23  I'm sorry.
24  BY MR. CURRAN:
25       Q     Let's make it now for the moment.



1      A      I'm not familiar with that.  It's possible.

2   And would it surprise me, I don't know.  Honestly I

3   don't know.  There's a lot of banks now that are

4   operating in the Arabian peninsula honestly, so --

5   and -- and I don't -- I don't know what the right

6   answer to that question is.

7      Q      So let's go back to the relevant period

8   which again is January 1st, '98, through December 31st,

9   2002.  During that period, what's your understanding as

10  to Al-Rajhi Bank's retail network?

11          MR. CARTER:  Objection as to form.

12          THE WITNESS:  It was one of the largest

13  banks in Saudi Arabia.

14  BY MR. CURRAN:

15     Q      Including in terms of retail branches?

16     A      I've never used it as a retail bank, so I

17  can't really say that.  But, again, just my

18  understanding is it's one of the largest banks in Saudi

19  Arabia which I would assume also encompasses retail

20  operations as well.

21     Q      Including retail branches throughout the

22  country Saudi Arabia, correct?

23     A      Again, that would be my understanding.

24     Q      On your one visit to Saudi Arabia of about

25  a week, did you visit any Al-Rajhi Bank branches?



 1      A      No, I did not.  Well, not that I -- not
 2   that I know of.  I might have by accident or I might
 3   have just past through one, but not that I know.  Not
 4   with deliberate effect, no, or intent rather.
 5                  MR. CURRAN:  Okay.  Let's take a short
 6   break.
 7                  THE VIDEOGRAPHER:  Off the record at 2:54.
 8                  (Deposition recessed at 2:54 p.m.)
 9                  (Deposition resumed at 3:09 p.m.)
10                  THE VIDEOGRAPHER:  We're back the record at
11   3:09.
12   BY MR. CURRAN:
13      Q      Mr. Kohlmann, a couple of more questions on
14   the Golden Chain document.  And, again, that's
15   referenced on page 7 of your report.  I think -- I
16   think the Golden Chain may be referenced in only one
17   sentence in your report, but the one on page 7.
18      A      That's correct.  I believe so.
19      Q      Okay.  And there you -- as we've discussed,
20   you cite to the Wall Street Journal article authored by
21   Glen R. Simpson, correct?
22      A      Correct.
23      Q      Are you familiar with Glen R. Simpson?
24      A      He's actually a friend of mine.
25      Q      And you know he's been in the mix on the



1  Steele dossier, correct?

2      A      Oh, you're talking about the Trump thing.

3      Q      Yes.

4      A      Yes.  I -- tangentially.  I'm not that

5  familiar with the situation, but I know it

6  tangentially, sure.

7      Q      Well, I was going to ask if that caused you

8  to have any concerns about the credibility or

9  reliability of Mr. Simpson's reporting?

10     A      I have worked with Glen since I was a

11  sophomore in college.  I've known him since then.  I

12  have worked with him in any number of different

13  contexts.  He's an exceptionally smart person.  He's

14  exceptionally precise.  He's very sharp.  He's probably

15  one of the smartest financial investigators I've ever

16  seen never mind had the chance to work with.  I have a

17  great deal of confidence in the work that he does

18  generally.

19     Q      But the Steele dossier didn't pan out,

20  correct?

21     A      Some aspects of it might not have, but,

22  again, that was not necessarily him.  That was the

23  sourcing from what I understand.  I'm not an expert in

24  the Steele dossier, so --

25     Q      But when you say it's the sourcing, but the



1  sourcing that Simpson and others relied upon?

2      A     Well, let me be very clear.  I'm very, very

3  familiar with Glen's work when it comes to terror

4  finance investigations.  And I have a tremendous amount

5  of confidence in the terror finance work he's done.

6  And I have a confidence because of the fact that I have

7  seen an enormous amount of corroborating information

8  which shows what he has done.  I also believe he's very

9  careful in the major -- the vast majority of the

10  research I've seen him do.  He's very careful with it

11  and that's why he worked for the Wall Street Journal.

12      Q     Yeah.  But he's no longer a journalist,

13  right?

14      A     No.  He's good enough now that he does

15  investigations like this as his main -- his main source

16  of work as far as I understand.

17      Q     How did you get to know him as a sophomore

18  in college?

19      A     I got to know him because of the fact that

20  at the time, I was working at the investigative project

21  which is a think tank that was based here in

22  Washington, D.C.  I was working with journalists, law

23  enforcement representatives as well as policymakers on

24  Capitol Hill as it pertained to terrorist finance.  I

25  was also working as part of my -- I was working on my



 1   academic studies where I was doing focus on terrorist

 2   finance and terrorist recruitment.  As a result of my

 3   work doing this, I got to know Mr. Simpson, Glen, and I

 4   got to work alongside of him for a good bit of time.

 5        Q      Are you aware that Al-Rajhi Bank sued the

 6   Wall Street Journal in Europe on the basis of reporting

 7   done by Mr. Simpson?

 8        A      I'm vaguely aware of that lawsuit, yeah.

 9        Q      Are you aware that that lawsuit was

10   resolved when the journal agreed to print a

11   clarification and a letter from the bank's top

12   executive?

13        A      Vaguely.  Vaguely.

14        Q      Okay.  Different line of questions.  Page

15   41 of your report --

16        A      Yes.

17        Q      -- the first full paragraph there.

18   Consistent with the material presented above, there is

19   a multitude of evidence that Sulaiman Al-Rajhi,

20   Al-Rajhi Bank, the Sulaiman Abdulaziz Al-Rajhi

21   Charitable Foundation and the broader Al-Rajhi family

22   have provided charitable contributions and substantial

23   support to the designated Al-Qaeda financial front

24   groups as well as individual violent extremists,

25   period.  First of all, have I read that correctly?



1          A       Correct.

2          Q       I want to focus first on Al-Rajhi Bank

3     itself.

4          A       Sure.

5          Q       Sir, you're not aware of any donations by

6     Al-Rajhi Bank to any of the charities identified in

7     your report during the relevant period, correct?

8          A       Donations from the bank to the charities?

9          Q       Correct.

10         A       Correct.

11         Q       And when you refer to substantial support

12    to designated Al-Qaeda financial front groups as well

13    as individual violent extremists at least in the case

14    of Al-Rajhi Bank, you're talking about banking activity

15    as support?

16         A       Correct.

17         Q       And when you're talking about banking

18    activity, you're talking about the maintenance of

19    accounts and the carrying out of transactions, correct?

20         A       Yeah.  Everything from -- from creating

21    accounts to wire transfers, issuing travelers checks,

22    converting sums of money, accepting donations, sure,

23    yes.

24         Q       But you're not aware of any commercial

25    lending or any other type of extension of credit that



 1  Al-Rajhi Bank gave to these financial front groups or
 2  individual violent extremists?
 3      A     Commercial lending, no.  I don't know
 4  about -- about -- about credit.  I don't know whether
 5  or not the money was being directly deposited --
 6  directly withdrawn from accounts or being given on
 7  credit.  I don't know that.
 8      Q     But you don't identify any loans or
 9  extension of credit that Al-Rajhi Bank extended to any
10  of these groups or extremists?
11      A     Not offhand, no.
12      Q     And then broadening the question now to
13  include the whole group, not just Al-Rajhi Bank, but
14  also Mr. Al-Rajhi, the bank and the charitable
15  foundation and the broader Al-Rajhi family, you are not
16  aware of any charitable donations or substantial
17  support provided to designated Al-Qaeda financial front
18  groups while those groups were designated, correct?
19      A     You mean -- are you saying after they were
20  designated?
21      Q     Yes.
22      A     There's substantial evidence showing before
23  the designation, but, again, not after the designation
24  because after the designation, they could no longer
25  receive money to those accounts.



1        Q       Okay.  Other than through cash payments or

2   some other extraordinary circumvention?

3        A       Precisely.

4        Q       And you're not aware of any such cash

5   donations or circumvention?

6        A       Not that I'm aware of, no.

7        Q       And the same question.  Again, this applies

8   to both Mr. Al-Rajhi, Al-Rajhi Bank, the charitable

9   foundation and the broader Al-Rajhi family.  You're not

10  aware of them providing anything to designated

11  individual violent extremists after designation?

12       A       Post designation, not directly, no, not by

13  name, not directly.

14       Q       The next sentence.  It is also clear that

15  Al-Rajhi Bank provided key high value financial

16  services to the 9/11 hijackers.  I'll pause there.

17  When you say key high value financial services, you're

18  talking about the same banking activities you referred

19  to a moment ago, correct?

20       A       Correct.  Correct.

21       Q       Their associates and most important -- and

22  the most important Al-Qaeda charities.  Okay.  With

23  respect to that whole sentence, the financial services

24  you're referring to is the same financial services you

25  were referring to before, the maintenance of accounts,



1  the execution of transactions, et cetera?

2      A      That's fair, yes.

3      Q      And, sir, I think we've established that

4  you reviewed the and cite the banking information of

5  the 9/11 hijackers with respect to their accounts at

6  Al-Rajhi Bank, correct?

7      A      Correct.

8      Q      But I think you've stated that you were not

9  provided with the banking information related to the

10  accounts of Osama bin Laden, correct?

11      A      I think I was -- I don't -- I was provided

12  with information about the accounts, but I don't think

13  I was provided information about individual -- about

14  individual transactions on the accounts, no.

15      Q      Well, there were no transactions in those

16  accounts during the relevant period, correct?

17      A      I would guess not because they would have

18  been frozen by then.  But I -- like I said, I don't

19  know.  I know that I was provided information about the

20  accounts, but I don't think I was provided details

21  about any transactions that would or would have not

22  occurred during that period.

23      Q      Well, I guess technically since bin Laden

24  was first designated in '98, it could be theoretically

25  possible that there would have been transactions in



1   early '98?

2       A    I would assume not because of the fact that

3   bin Laden had his finances frozen in the kingdom

4   starting in 1993.  So I would assume no.  But, again, I

5   don't recall being shown at that level of detail to be

6   able to ascertain that.

7       Q    Yeah.  Just as a factual matter, wasn't it

8   in '94 that bin Laden's citizenship was revoked?

9       A    His citizenship was revoked in '94, but my

10  understanding is they basically stopped financial

11  transactions sometime in '93.  They -- what happened

12  was that they arrested his bookkeeper traveling back

13  and forth between Saudi Arabia and Sudan in '93 and

14  that was the beginning of the end of his ability to use

15  the banking system with his name on accounts.

16      Q    Sir, you're aware that Al-Qaeda conducted

17  terrorist attacks in Saudi Arabia, correct?

18      A    Absolutely, yes.

19      Q    When is the first one to your knowledge?

20  When was the first one to your knowledge?

21      A    So the first unofficial one was

22  approximately 1995.  It was the bombing of a Saudi

23  national guard office.  It was like a joint --

24  Lockheed, Raytheon.  It was some like Saudi national

25  guard office.  There was a car bombing that took place



 1  outside.  The first official attack that was claimed by

 2  Al-Qaeda officially was in 2004.

 3           MR. CURRAN:  Okay.  That concludes my

 4  questioning.  I reserve my remaining time.  Other

 5  counsel may have questions.  And if so, then at the end

 6  of that, we've got some statements to make as to the

 7  protective order, but otherwise I'll pass the baton.

 8           MR. CARTER:  Okay.  Given the context, I'm

 9  not sure that questioning by other folks on the defense

10  side is appropriate, but, you know, assuming there's

11  none of that to follow at this point, we can take a

12  quick break and, you know, come back and confer with

13  you.

14           MR. CURRAN:  Sounds good.

15           THE VIDEOGRAPHER:  Off the record at 3:22.

16           MR. CURRAN:  Unless -- does counsel on the

17  phone want to say something?

18           MS. BEMBRY:  No.  I just want to say we

19  don't have any questions, so I was confirming that for

20  counsel.

21           MR. CURRAN:  Okay.  Thank you.

22           MR. ALHAMIDI:  Omar Alhamidi.  We don't

23  have any questions.

24           MR. CURRAN:  Thank you.  Thank you all.

25           THE VIDEOGRAPHER:  Off the record at



1    3:32 -- 3:22.  Sorry.

2             (Deposition recessed at 3:22 p.m.)

3             (Deposition resumed at 3:28 p.m.)

4             THE VIDEOGRAPHER:  We are back on the

5    record at 3:28.

6             MR. CARTER:  Mr. Curran, thank you.  We

7    don't have any questions of Mr. Kohlmann at this time.

8    So we're going to go ahead and close the deposition

9    subject to the statement you wanted to make about the

10   protective orders.

11            MR. CURRAN:  Okay.  And I'll defer to

12   Mr. Sequeira for that.

13            MR. SEQUEIRA:  Thank you.

14            Reuben Sequeira for Al-Rajhi Bank.  I just

15   wanted to raise the point that we have requested

16   certain documents that Mr. Kohlmann has relied upon in

17   his statement and there's still a handful of documents

18   we have not received, so I wanted to remind you about

19   that.

20            MR. CARTER:  Sure.

21            MR. SEQUEIRA:  And, secondly, as you

22   pointed out, I want to remind all participants that the

23   deposition is covered by protective orders in this case

24   and pursuant to those orders, we designate the

25   deposition and its exhibits in its entirety as



1    confidential for the initial period and thereafter.

2                MR. CURRAN:  Thank you, Mr. Kohlmann.

3                THE WITNESS:  Thank you very much.

4                MR. CURRAN:  And thank you to the reporter

5    and videographer.

6                THE VIDEOGRAPHER:  And we're off the record

7    at 3:28.

8                (Deposition was concluded at 3:28 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1      CERTIFICATE OF DEPONENT

2           I hereby certify that I have read and

3    examined the foregoing transcript, and the same is a

4    true and accurate record of the testimony given by me.

5

6           Any additions or corrections that I feel

7    are necessary will be made on the Errata Sheet.

8

9

10                        _____

11                        Evan Francois Kohlmann

12

13

14                        _____

15                        Date

16

17   (If needed, make additional copies of the Errata Sheet

18   on the next page or use a blank piece of paper.)

19

20

21

22

23

24

25



```
 1                          ERRATA SHEET

 2   Case:  In Re:  Terrorist Attacks on September 11, 2001

 3   Witness:  Evan Francois Kohlmann      Date:  01/11/2024

 4   PAGE/LINE          SHOULD READ          REASON FOR CHANGE

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```



1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2                    I, Steven Poulakos, registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings were

7    taken by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to this case and have no interest, financial or

11   otherwise, in its outcome.

12                   IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 11th day of

14   January 2024.

15   My commission expires:

16   May 31, 2024

17

18

19

20   

21   --------------------------

22   NOTARY PUBLIC IN AND FOR

23   THE DISTRICT OF COLUMBIA

24

25

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

## ERRATA

### Esquire Deposition Solutions

Name of Case: *In Re: Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570 (S.D.N.Y.)
Date of Deposition: January 11, 2024
Name of Deponent: Evan F. Kohlmann

| Page | Lines | Change | Reason |
|------|-------|--------|--------|
| 4 | 6 | Change "Nwor" to "Anwar" | Transcription error |
| 6 | 2 | Change "Alhamidi" to "Mohammedi" | Transcription error |
| 9 | 5 | Change "in re terrorist attacks on September 11th, 2001" to "In Re Terrorist Attacks on September 11, 2001" | Transcription error |
| 9 | 19 | Change "Nwor" to "Anwar" | Transcription error |
| 9 | 21 | Change "Abdul Rumon Amusa" to "Abdulrhman Almussaed" | Transcription error |
| 10 | 6 | Change "Alhamidi" to "Mohammedi from OTM Law." | Transcription error |
| 10 | 7, 13 | Add "World Assembly of" before "Muslim Youth" | Transcription error |
| 12 | 7 | Change "candied" to "candid" | Transcription error |
| 15 | 25 | Change "Technically" to "Ah – technically, but" | Transcription error |
| 18 | 6 | Add commas after "is" and after "said" | Punctuation |
| 21 | 10-14 | Change "plaintiff's" to "Plaintiff's" and add quotations as follows: "A 2002 CIA document obtained by Plaintiff's counsel noted that 'Al-Rajhi Bank has been a conduit for funds for Islamic extremists and for'" the 9/11 hijackers – sorry – "'for the 11 September hijackers.'" | Transcription error |
| 24 | 8 | Change "al-Hasmi" to "al-Hazmi" and change "Ahmed al-Nami" to Khalid al-Mihdhar" | Transcription error |
| 32 | 10 | Change "Barada" to "Buraydah" | Transcription error |
| 32 | 23-24 | Change "Saudi Arabia Monitary Authority" to "Saudi Arabian Monetary Authority" | Transcription error |
| 33 | 17 | Change "Barada" to "Buraydah" | Transcription error |
| 35 | 14 | Change "I believe." to "I believe so." | Transcription error |
| 38 | 1 | Change "by employees" to "might have been employees" | Transcription error |
| 39 | 18 | Change "Linbergh" to "Lindbergh" | Transcription error |
| 39 | 22 | Change "Linbergh" to "Lindbergh" | Transcription error |
| 39 | 23 | Change "Linbergh" to "Lindbergh" | Transcription error |
| 41 | 6 | Change "number" to "member" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 42 | 2 | Change "Barada" to "Buraydah" | Transcription error |
|---|---|---|---|
| 42 | 3 | Change "You're right. That's correct, yes." to "Buraydah. That's correct, yes." | Transcription error |
| 48 | 16 | Change "period." to "period. Id." | Transcription error |
| 48 | 18 | Change "and you give the number." to "and you give the number, and then id." | Transcription error |
| 56 | 22-23 | Add comma before and after "generally" | Punctuation |
| 56 | 23 | Change "Swiss" to "SWIFT" | Transcription error |
| 57 | 13 | Add a comma after "nationals" | Punctuation |
| 61 | 14 | Change "Sweilem" to "Sowailem" | Transcription error |
| 61 | 15 | Change "Sweilem" to "Sowailem" | Transcription error |
| 61 | 24 | Change "Sweilem" to "Sowailem" | Transcription error |
| 62 | 21 | Add "I misspoke." after "00014." | Transcription error |
| 63 | 25 | Change "close" to "closed" | Transcription error |
| 68 | 14 | Add "the" before "Sharia board" | Transcription error |
| 75 | 6 | Add comma after "states" and open quotation marks before "I" | Punctuation |
| 75 | 8 | Change "bin Abdul" to "bin Abdullah" | Transcription error |
| 75 | 10 | Close quotation marks after "months." | Punctuation |
| 78 | 1 | Add open quotation marks before "no objection" | Punctuation |
| 78 | 5 | Add close quotation marks after "guidance." | Punctuation |
| 79 | 25 | Add "to" after "you" | Transcription error |
| 82 | 12 | Add comma after "Honestly" | Punctuation |
| 82 | 24 | Change "Okay" to "Right" | Transcription error |
| 84 | 22 | Change "incredibility" to "in credibility" | Transcription error |
| 85 | 19 | Add open quotation marks before "Conclusion" | Punctuation |
| 85 | 22 | Add closed quotation marks after "charged." | Punctuation |
| 88 | 7 | Add comma after "says" and open quotation marks before "on" | Punctuation |
| 88 | 9 | Close quotation marks after "Cincinnati" and before "?" | Punctuation |
| 88 | 10 | Change "Hansi" to "Hazmi" | Transcription error |
| 88 | 10 | Open quotation marks before "Hazmi" | Punctuation |
| 88 | 12 | Close quotation marks after "San Diego." | Punctuation |
| 88 | 13 | Add a comma after "Next" | Punctuation |
| 88 | 14 | Add "The" before "bottom" and add comma after "there" | Punctuation |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 88 | 14 | Change "Hansi" to "Hazmi" | Transcription error |
| 88 | 20-21 | Add a comma after "with" and open quotation marks before "by" | Punctuation |
| 88 | 21 | Change "Hansi" to "Hazmi" | Transcription error |
| 88 | 22 | Close quotation marks after "Virgina." | Punctuation |
| 89 | 1 | Place quotation marks around "almost immediately" | Punctuation |
| 91 | 8, 14 | Change "Tide" to "Taibah" | Transcription error |
| 91 | 14 | Change "Tiba" to "Taibah" | Transcription error |
| 91 | 16 | Change "Heramain" to "Haramain" | Transcription error |
| 91 | 20 | Change "Heramain" to "Haramain" | Transcription error |
| 92 | 3 | Change "on" to "of" | Transcription error |
| 92 | 15 | Change "Heramain" to "Haramain" | Transcription error |
| 92 | 18 | Change "Heramain" to "Haramain" | Transcription error |
| 92 | 20 | Change "Heramain" to "Haramain" | Transcription error |
| 92 | 24 | Change "Heramain" to "Haramain" | Transcription error |
| 93 | 9 | Change "Heramain" to "Haramain" | Transcription error |
| 93 | 11 | Change "Heramain" to "Haramain" | Transcription error |
| 93 | 16 | Change "Heramain" to "Haramain" | Transcription error |
| 93 | 19 | Change "Heramain" to "Haramain" | Transcription error |
| 93 | 22 | Change "Heramain" to "Haramain" | Transcription error |
| 94 | 5 | Change "Abdulsalam" to "Abdussalam" | Transcription error |
| 94 | 7 | Change "Heramain" to "Haramain" | Transcription error |
| 94 | 10 | Change "Abdulsalam" to "Abdussalam" | Transcription error |
| 94 | 11 | Change "Abdulsalam" to "Abdussalam" | Transcription error |
| 94 | 12 | Change "Abdulsalam" to "Abdussalam" | Transcription error |
| 95 | 7 | Change "Abdulsalam" to "Abdussalam" | Transcription error |
| 96 | 13 | Add comma after "Honestly" | Punctuation |
| 97 | 10 | Change "Abdulsalam" to "Abdussalam" | Transcription error |
| 99 | 7 | Change "plaintiff's" to "plaintiffs'" | Transcription error |
| 99 | 13 | Change "Heramain" to "Haramain" | Transcription error |
| 99 | 14 | Change "plaintiff's" to "plaintiffs'" | Transcription error |
| 99 | 16 | Change "plaintiff's" to "plaintiffs'" | Transcription error |
| 99 | 19 | Change "plaintiff's" to "plaintiffs'" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 100 | 1 | Change "know" to "no" | Transcription error |
| 101 | 11 | Change "Swiss" to "SWIFT" | Transcription error |
| 101 | 19 | Change "discovery in the litigation" to "Discovery in the litigation" and place quotation marks around "Discovery in the litigation" | Transcription error |
| 101 | 23 | Change "plaintiff's" to "plaintiffs'" | Transcription error |
| 102 | 1 | Open quotation marks before "Discovery" | Punctuation |
| 102 | 1-5 | Add open quotation marks before "Discovery" and close quotations after "Al-Aqeel" | Punctuation |
| 102 | 4 | Change "Heramain" to "Haramain" | Transcription error |
| 102 | 5 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 102 | 5 | Close quotation marks after Aqil." before "I guess" | Punctuation |
| 102 | 6 | Open quotation marks before "the former" | Punctuation |
| 102 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 102 | 7 | Change "specially designated global terrorist" to "Specially Designated Global Terrorist" | Transcription error |
| 102 | 11 | Add "period," before "citing footnote" | Transcription error |
| 102 | 12 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 102 | 12-13 | Change "specially designated global terrorist" to "Specially Designated Global Terrorist" | Transcription error |
| 102 | 23 | Change "Heramain" to "Haramain" | Transcription error |
| 102 | 23-24 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 103 | 2 | Change "Heramain" to "Haramain" | Transcription error |
| 103 | 2-3 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 103 | 6 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 103 | 8 | Add commas before and after "actually" | Punctuation |
| 103 | 9-10 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 103 | 19 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 104 | 2 | Add commas before and after "I think" | Punctuation |
| 105 | 5-6 | Change "specially designated global terrorist" to "Specially Designated Global Terrorist" | Transcription error |
| 105 | 9 | Change "Heramain" to "Haramain" | Transcription error |
| 105 | 10 | Change "Heramain" to "Haramain" | Transcription error |
| 105 | 18 | Change "Heramain" to "Haramain" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 105 | 25 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 106 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 106 | 7 | Change "the designation" to "his designation" | Transcription error |
| 106 | 14 | Change "Heramain" to "Haramain" | Transcription error |
| 107 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 107 | 24 | Change "Heramain" to "Haramain" | Transcription error |
| 108 | 3 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 108 | 5 | Change "Heramain" to "Haramain" | Transcription error |
| 109 | 24 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 110 | 2 | Change "Heramain" to "Haramain" | Transcription error |
| 110 | 6 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 110 | 7 | Change "specially designated global terrorist" to "Specially Designated Global Terrorist" | Transcription error |
| 110 | 10 | Change "Heramain" to "Haramain" | Transcription error |
| 110 | 15 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 110 | 16 | Change "Heramain" to "Haramain" | Transcription error |
| 110 | 20 | Change "Aqeel" to "Aqil" | Transcription error |
| 110 | 21 | Change "Aqeel" to "Aqil" | Transcription error |
| 111 | 3 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 111 | 5 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 111 | 10 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 111 | 11 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 111 | 16 | Add "high" before "position" | Transcription error |
| 111 | 19 | Change "Aqeel" to "Aqil" | Transcription error |
| 111 | 21 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 112 | 1 | Change "Heramain" to "Haramain" | Transcription error |
| 112 | 1-2 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 113 | 14 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 113 | 15 | Change "Heramain" to "Haramain" | Transcription error |
| 113 | 19-20 | Add comma after "is" and add quotation marks to "with reference to your kind letter" | Punctuation |
| 113 | 21 | Open quotation marks before "and" | Punctuation |
| 114 | 6 | Close quotation marks after "security." | Punctuation |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 116 | 21 | Change "Heramain" to "Haramain" | Transcription error |
| 116 | 23 | Open quotation marks before "while" | Punctuation |
| 117 | 5 | Close quotation marks after "others." | Punctuation |
| 117 | 2 | Change "Heramain" to "Haramain" | Transcription error |
| 117 | 9 | Change "Heramain" to "Haramain" | Transcription error |
| 117 | 17 | Add "that have been designated" between "branches" and "designated" | Transcription error |
| 118 | 2 | Change "Heramain" to "Haramain" | Transcription error |
| 118 | 15 | Change "Heramain" to "Haramain" | Transcription error |
| 118 | 19-20 | Add commas after "mean" and "mean" | Punctuation |
| 119 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 119 | 21 | Change "Heramain" to "Haramain" | Transcription error |
| 121 | 3 | Add "--" before "me personally" | Punctuation |
| 122 | 1 | Change "Heramain" to "Haramain" and add "the" before "al-Haramain." | Transcription error |
| 122 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 122 | 13 | Change "Heramain" to "Haramain" | Transcription error |
| 123 | 18 | Change "Heramain" to "Haramain" | Transcription error |
| 123 | 18 | Change "Sulaiman al-Woofi (ph)" to "Soliman al Buthe" | Transcription error |
| 123 | 19 | Change "Aqeel Al-Aqeel" to "Aqil al Aqil" | Transcription error |
| 124 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 124 | 10 | Change "Heramain" to "Haramain" | Transcription error |
| 124 | 15 | Change "Heramain" to "Haramain" | Transcription error |
| 124 | 16 | Change "east" to "East" | Transcription error |
| 124 | 19 | Change "Heramain" to "Haramain" | Transcription error |
| 125 | 1 | Change "Heramain" to "Haramain" | Transcription error |
| 125 | 6 | Change "Heramain" to "Haramain" | Transcription error |
| 125 | 20 | Change "Heramain" to "Haramain" | Transcription error |
| 125 | 21 | Change "Heramain" to "Haramain" | Transcription error |
| 126 | 1 | Change "Heramain" to "Haramain" | Transcription error |
| 126 | 7 | Change "Heramain" to "Haramain" | Transcription error |
| 126 | 20 | Add "the" before "cooperation" | Transcription error |
| 126 | 24 | Change "Heramain" to "Haramain" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 127 | 5 | Change "Heramain" to "Haramain" | Transcription error |
| 128 | 16 | Add comma after "part" | Punctuation |
| 129 | 16 | Change "Heramain" to "Haramain" | Transcription error |
| 129 | 17 | Change "Heramain" to "Haramain" | Transcription error |
| 129 | 18 | Change "Heramain" to "Haramain" | Transcription error |
| 129 | 20 | Change "Heramain" to "Haramain" | Transcription error |
| 131 | 1 | Change "Swiss" to "SWIFT" | Transcription error |
| 131 | 11 | Change "Heramain" to "Haramain" | Transcription error |
| 131 | 11 | Add "government" after "United States" | Transcription error |
| 131 | 13 | Change "specially designated global terrorist" to "Specially Designated Global Terrorist" | Transcription error |
| 131 | 19 | Change "Heramain" to "Haramain" | Transcription error |
| 131 | 21 | Change "Heramain" to "Haramain" | Transcription error |
| 132 | 11 | Change "Heramain" to "Haramain" | Transcription error |
| 132 | 12 | Change "Heramain" to "Haramain" | Transcription error |
| 133 | 16 | Add commas before and after "in my view" | Punctuation |
| 135 | 8 | Change "Heramain" to "Haramain" | Transcription error |
| 135 | 17 | Change "Swiss" to "SWIFT" | Transcription error |
| 136 | 5 | Change "Heramain" to "Haramain" | Transcription error |
| 137 | 1 | Change "travelers" to "traveler's" | Transcription error |
| 137 | 17 | Add comma after "says" and open quotation marks before "the same Saudi" and change "the" to "The" | Transcription error |
| 137 | 18 | Change "Albuthe" to "al Buthe" | Transcription error |
| 137 | 19 | Change "travelers" to "traveler's" | Transcription error |
| 137 | 20 | Change "Heramain" to "Haramain" | Transcription error |
| 137 | 20 | Close quotation marks after "States" | Transcription error |
| 137 | 23 | Change "Albuthe" to "al Buthe" | Transcription error |
| 137 | 24 | Change "travelers" to "traveler's" | Transcription error |
| 138 | 18 | Change "Heramain" to "Haramain" | Transcription error |
| 139 | 7 | Change "Heramain" to "Haramain" | Transcription error |
| 139 | 8 | Change "Heramain" to "Haramain" | Transcription error |
| 139 | 16 | Change "Albuthe" to "al Buthe" | Transcription error |
| 139 | 22 | Change "Heramain" to "Haramain" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 140 | 3 | Change "Heramain" to "Haramain" | Transcription error |
| 140 | 14 | Change "Heramain" to "Haramain" | Transcription error |
| 143 | 2 | Change "Muhammad Ali Jinnah" to "Maneh al Johani" | Transcription error |
| 143 | 15 | Open quotation marks before "the U.S." | Punctuation |
| 143 | 17 | Close quotation marks after Laden." | Punctuation |
| 144 | 11 | Change "Abdulrahman al-Saudi (ph)" to "Abu Hammam al-Saudi" | Transcription error |
| 145 | 4-5 | Change "U.S. G." to "USG" and open quotation marks before "the USG" | Punctuation |
| 145 | 7 | Close quotation marks after "financiers." | Punctuation |
| 145 | 9-11 | Place quotation marks before "as" and after "operations" | Punctuation |
| 146 | 3 | Change "continued" to "continues" | Transcription error |
| 146 | 3-6 | Place quotation marks before "The stated" and after "in need." | Punctuation |
| 146 | 8-13 | Place quotation marks before "IIRO" and after "Muslims." | Punctuation |
| 146 | 22 | Open quotation marks before "IIRO" | Punctuation |
| 147 | 3 | Close quotation marks after "Africa." | Punctuation |
| 147 | 10-14 | Place comma after "states" and quotation marks around the quote starting "while IIRO" and finishing "organizations." | Punctuation |
| 147 | 16-19 | Place quotation marks before "for example" and after regime." | Punctuation |
| 147 | 21-25 | Place quotation marks around quote beginning "IIRO" and ending "IIRO." | Punctuation |
| 150 | 8 | Change "Muslim" to "Islam" | Transcription error |
| 150 | 15 | Change "caucuses" to "Caucasus" | Transcription error |
| 150 | 23 | Change "Abdulrahman" to "Abu Hammam" | Transcription error |
| 150 | 25 | Change "Farooq" to "Farouq" | Transcription error |
| 151 | 1 | Change "Farooq" to "Farouq" | Transcription error |
| 151 | 8 | Change "Farooq" to "Farouq" | Transcription error |
| 152 | 20 | Change "Alhamidi" to "Mohammedi" | Transcription error |
| 152 | 21-22 | Change "World Assembly." to "World Assembly of Muslim Youth." | Transcription error |
| 153 | 4 | Change "Monel Jahani" to "Maneh al Johani" | Transcription error |
| 153 | 6 | Change "journal" to "Journal" | Transcription error |
| 153 | 25 | Change "testimony?" to "testimonies?" | Transcription error |
| 154 | 12 | Change "Monel Jahani" to "Maneh al Johani" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 154 | 19 | Change "Farooq" to "Farouq" | Transcription error |
|-----|-----|-----|-----|
| 154 | 25 | Change "Farooq" to "Farouq" | Transcription error |
| 155 | 5 | Change "Abdulrahman" to "Abu Hammam" | Transcription error |
| 156 | 9 | Delete "the" before "bears" | Transcription error |
| 156 | 10-18 | Place comma after "states" and quotation marks around quote beginning "my understanding" and ending "orphanages." | Punctuation |
| 157 | 2 | Change "Abdulrahman" to "Abu Hammam" | Transcription error |
| 157 | 3 | Change "Farooq" to "Farouq" | Transcription error |
| 157 | 14-20 | Place quotation marks around quote beginning "What is" and ending "a few months." | Punctuation |
| 158 | 7-10 | Place quotation marks around quote beginning "You said" and ending "funded camp." | Punctuation |
| 158 | 25 | Change "agreed" to "agree" | Transcription error |
| 159 | 21 | Add comma after "said," and open quotation marks before "about me" | Punctuation |
| 159 | 25 | Change "fact" to "fatwa's" | Transcription error |
| 160 | 1 | Delete "that was" | Transcription error |
| 160 | 3 | Close quotation marks after "organization." | Punctuation |
| 160 | 10 | Change "you can give it back" to "you can keep it still." | Transcription error |
| 160 | 19 | Change "Babaeer" to "Babair" | Transcription error |
| 160 | 21 | Change "Babaeer" to "Babair" | Transcription error |
| 162 | 11-12 | Place quotation marks around quote beginning "The assembly" and ending "ceremony." | Punctuation |
| 162 | 15-25 | Place quotation marks around quote beginning "Which was attended" and ending ", period." | Punctuation |
| 162 | 17 | Change "Charge" to "Chargé" | Transcription error |
| 162 | 23 | Change "Babaeer" to "Babair" | Transcription error |
| 163 | 4 | Change "Babaeer" to "Babair" | Transcription error |
| 163 | 14 | Change "Babaeer" to "Babair" | Transcription error |
| 165 | 10 | Change "Alhamidi" to "Mohammedi" | Transcription error |
| 166 | 9 | Change "issues" to "issued" | Transcription error |
| 166 | 21 | Add "a" before "conspiracy" | Transcription error |
| 167 | 1 | Change "pay homage" to "pay him homage" | Transcription error |
| 168 | 3 | Change "Arts" to "Arab" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 168 | 6 | Change "Mahamood Fondi (ph)" to "Mamoun Fandy" | Transcription error |
| 168 | 13 | Change "Arts" to "Arab" | Transcription error |
| 168 | 18 | Change "in" to "inside" | Transcription error |
| 169 | 15 | Change "Fondi" to "Fandy" | Transcription error |
| 169 | 21 | Change "movement" to "Movement" | Transcription error |
| 169 | 22 | Change "reform" to "Reform" | Transcription error |
| 169 | 22 | Change "Saleh Focki (ph)" to "Sa'ad al Faqih" | Transcription error |
| 171 | 10 | Change "Saleh Focki" to "Sa'ad al Faqih" | Transcription error |
| 171 | 17 | Changes "the times" to "this time" | Transcription error |
| 171 | 20 | Add a comma after "hand" | Punctuation |
| 173 | 9 | Add comma after "say" | Punctuation |
| 173 | 10-13 | Place quotation marks around quote beginning "the Golden Chain" and ending "1980s." | Punctuation |
| 174 | 16-17 | Place quotation marks around quote beginning "the Golden Chain" and ending "officials." | Punctuation |
| 174 | 24 | Delete "the" after "against" | Transcription error |
| 175 | 9 | Change "Mark" to "Marc" | Transcription error |
| 175 | 9 | Change "Sagmen" to "Sageman" | Transcription error |
| 175 | 9 | Add "that" between "fact" and "Dr. Marc" | Punctuation |
| 176 | 15 | Change "Alfodal" to "al-Fadl" | Transcription error |
| 176 | 19 | Change "founder" to "founders" | Transcription error |
| 177 | 7 | Add commas before and after "in this case" | Punctuation |
| 177 | 23 | Add comma after "Judge" | Punctuation |
| 178 | 12 | Add "--" before "my understanding." | Punctuation |
| 178 | 14 | Change "Alfodal" to "al-Fadl" | Transcription error |
| 178 | 21 | Add "on " between "based" and "one document." | Transcription error |
| 180 | 6 | Add comma after "1988" | Transcription error |
| 181 | 1 | Change "are" to "were" | Transcription error |
| 181 | 9 | Change "a tax" to "attacks" | Transcription error |
| 181 | 13 | Change "a tax" to "attacks" | Transcription error |
| 181 | 25 | Change "possibly" to "possible" | Transcription error |
| 182 | 16 | Change "west" to "West" | Transcription error |
| 183 | 17 | Place commas before and after "including Abdullah Azzam" | Punctuation |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

| 184 | 3 | Change "records" to "recordings" | Transcription error |
|-----|-----|-----|-----|
| 185 | 10 | Change "It's part" to "It's all part" | Transcription error |
| 185 | 14 | Change "a tax" to "attacks" | Transcription error |
| 186 | 10 | Change "bid" to "bin" | Transcription error |
| 186 | 21 | Change "activity" to "actively" | Transcription error |
| 189 | 16 | Change "interest" to "interests" | Transcription error |
| 190 | 5 | Change "in the operation" to "an operation" | Transcription error |
| 191 | 10 | Change "to limit of freedom" to "to limit freedom" | Transcription error |
| 192 | 16 | Change "Alfodal" to "al-Fadl" | Transcription error |
| 193 | 10 | Change "Alfodal" to "al-Fadl" | Transcription error |
| 193 | 15 | Delete "(ph)" | Transcription error |
| 193 | 16 | Add "a" after "about" and before "Sheikh Saeed" | Transcription error |
| 193 | 19 | Change "a real shit" to "Egyptian" | Transcription error |
| 193 | 22 | Change "Alsahad (ph) media" to "As-Sahab Media" | Transcription error |
| 193 | 25 | Change "Sharia" to "Shura" | Transcription error |
| 194 | 5 | Change "Alfodal" to "al-Fadl" | Transcription error |
| 194 | 6 | Change "Sharia" to "Shura" | Transcription error |
| 201 | 3 | Change "past" to "passed" | Transcription error |
| 201 | 21 | Change "Glen" to "Glenn" | Transcription error |
| 201 | 23 | Change "Glen" to "Glenn" | Transcription error |
| 202 | 10 | Change "Glen" to "Glenn" | Transcription error |
| 203 | 3 | Change "Glen" to "Glenn" | Transcription error |
| 203 | 20 | Change "investigative project" to "Investigative Project" | Transcription error |
| 204 | 3 | Change "Glen" to "Glenn" | Transcription error |
| 204 | 18-25 | Place quotation marks around quote beginning "Consistent" and ending "period." | Punctuation |
| 204 | 23 | Change "support to the designated" to "support to designated" | Transcription error |
| 205 | 21 | Change "travelers" to "traveler's" | Transcription error |
| 207 | 14-16 | Place quotation marks around quote beginning "It is also clear" and ending "hijackers." | Punctuation |
| 208 | 4 | Add "--" before and after "and cite" | Transcription error |
| 210 | 22 | Change "Alhamidi" to "Mohammedi" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court of the Southern District of New York.

## ACKNOWLEDGEMENT OF THE DEPONENT, EVAN F. KOHLMANN

I, Evan F. Kohlmann, do hereby certify that I have read the transcript of my January 11, 2024 deposition, in the matter *In Re: Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 (S.D.N.Y.) (GBD) (SN), and that the transcript is a correct transcription of the answers given by me to the questions therein propounded, subject to the corrections and changes in form or substance noted in this Errata.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   March 18, 2024

_____
Evan F. Kohlmann