# Exhibit 151

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan



[*Logo*: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Tuesday
Date: 27/05/1415 AH [Corresponding to November 01, 1994 AD]

## DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of | Breakfast | Lunch | Dinner | Total |
|---|---|---|---|---|
| Patient | 6/12 children | 6/12 children | 6/12 children | |
| Doctor | 1 | 1 | 1 | |
| Nurse | 3 | 3 | 3 | |
| Cleaner | 2 | 2 | 2 | |
| Attend | 15 | 15 | 15 | |
| Driver | 1 | 2 | 1 | |
| Guard | 10 | 10 | 10 | |
| Other Staff | 12 | 20 | 12 | |
| Total | 62 | 70 | 62 | |

## SPECIAL NOURISHMENT

| No | Normal | H.Prot | Low Salt | Diab | N.B.M |
|---|---|---|---|---|---|
| Patient | 4 | 7 | 2 | | |

[*Foreign Language*]

[*Handwritten Signature*]
27/05/1415 AH [Corresponding to November 01, 1994 AD]

Fatima Al-Zahra Hospital

IIRO 215526

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan



[*Logo*: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Thursday
Date: 29/05/1415 AH [Corresponding to November 02, 1994 AD]

## DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of | Breakfast | Lunch | Dinner | Total |
|---|---|---|---|---|
| Patient | 7/11 children | 7/11 children | 7/11 children | 54 |
| Doctor | 1 | 1 | 1 | 3 |
| Nurse | 3 | 3 | 3 | 9 |
| Cleaner | 2 | 2 | 2 | 6 |
| Attend | 16 | 16 | 16 | 48 |
| Driver | 1 | 2 | 1 | 5 |
| Guard | 10 | 10 | 10 | 30 |
| Other Staff | 12 | 20 | 12 | 44 |
| Total | 63 | 71 | 63 | 197 |

## SPECIAL NOURISHMENT

| No | Normal | H.Prot | Low Salt | Diab | N.B.M |
|---|---|---|---|---|---|
| Patient | 11 | 5 | 2 | | |

[*Handwritten Signature*]
29/05/1415 AH [Corresponding to November 02, 1994 AD]

Fatima Al-Zahra Hospital

IIRO 215527

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan



[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Wednesday
Date: 28/05/1415 AH [Corresponding to November 01, 1994 AD]

## DAILY MEALS SERVICE

[**STAMP**: *Financial Division – Reviewed*]

| No. of | Breakfast | Lunch | Dinner | Total |
|---|---|---|---|---|
| Patient | 6/14 children | 6/14 children | 6/14 children | 60 |
| Doctor | 1 | 1 | 1 | 3 |
| Nurse | 3 | 3 | 3 | 9 |
| Cleaner | 2 | 2 | 2 | 6 |
| Attend | 17 | 17 | 17 | 51 |
| Driver | 1 | 2 | 1 | 4 |
| Guard | 10 | 10 | 10 | 30 |
| Other Staff | 12 | 20 | 12 | 40 |
| Total | 66 | 75 | 66 | 207 |

## SPECIAL NOURISHMENT

| No | Normal | H.Prot | Low Salt | Diab | N.B.M |
|---|---|---|---|---|---|
| Patient | 6 | 3 | 2 | | |

[*Foreign Language*] 8
[*Foreign Language*] 1

[*Handwritten Signature*]
28/05/1415 AH [Corresponding to November 01, 1994 AD]

Fatima Al-Zahra Hospital

IIRO 215528

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad, Afghanistan



[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Day: Monday
Date: 26/05/1415 AH [Corresponding to October 31, 1994 AD]

**DAILY MEALS SERVICE**

[**STAMP**: *Financial Division – Reviewed*]

| No. of | Breakfast | Lunch | Dinner | Total |
|---|---|---|---|---|
| Patient | 9/14 children | 9/14 children | 9/14 children | |
| Doctor | 1 | 1 | 1 | |
| Nurse | 2 | 2 | 2 | |
| Cleaner | 3 | 3 | 3 | |
| Attend | 17 | 17 | 17 | |
| Driver | 1 | 2 | 1 | |
| Guard | 10 | 10 | 10 | |
| Other Staff | 12 | 20 | 12 | |
| Total | 70 | 78 | 70 | 218 |

**SPECIAL NOURISHMENT**

| No | Normal | H.Prot | Low Salt | Diab | N.B.M |
|---|---|---|---|---|---|
| Patient | 14 | 7 | 3 | | |

[*Foreign Language*]

[*Handwritten Signature*]
26/05/1415 AH [Corresponding to October 31, 1994 AD]

*Fatima Al-Zahra Hospital*

IIRO 215529

**Muslim World League**
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان

## DAILY MEALS SERVICE

Day : الثلاثاء
Date : ۲۸/٥/۱٤۱٥ و

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient مریض | ۱۲/٦ + ۱ اطفال | ۱۲/٦ طفال | ۱۲/٦ طفال | |
| Doctor داکتر | ۱ | ۱ | ۱ | |
| Nurse نرس | ۳ | ۳ | ۳ | |
| Cleaner خاله | ۲ | ۲ | ۲ | |
| Attend پیواز | ۱٥ | ۱٥ | ۱٥ | |
| Driver درئیور | ۱ | ۲ | ۱ | |
| Guard انضباط | ۱۰ | ۱۰ | ۱۰ | |
| Other Staff دیگر | ۱۲ | ۱۰ | ۱۲ | |
| Total تعداد کل | ٦۲ | ۷۰ | ٦۲ | |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتنی | Low Salt کم نمک | Diab مریض شکر | N.B.M | روزه |
|---|---|---|---|---|---|---|
| Patient مریض | ٤ | ۷ | ۲ | | | |

سوپ ٥

۲۹/٥/۱٤۱٥

Fatima Al-Zahra Hospital

**Muslim World League**
**INTERNATIONAL ISLAMIC**
**RELIEF ORGANISATION**
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان

## DAILY MEALS SERVICE

Day : الخميس
Date : ۲۹/٥/١٤١٥ هـ

| No. of   تعداد | Breakfast  چای صبح | Lunch  نان چاشت | Dinner  نان شب | Total  تعداد کل |
|---|---|---|---|---|
| Patient  مریض | ۷/۱۱ طنال | ۷/۱۱ طنال | ۷/۱۱ طنال | ٥٤ |
| Doctor  داکتر | ۱ | ۱ | ۱ | ۳ |
| Nurse  نرس | ۳ | ۳ | ۳ | ۹ |
| Cleaner  خاله | ۲ | ۲ | ۲ | ٦ |
| Attend  پیواز | ۱٦ | ۱٦ | ۱٦ | ٤٨ |
| Driver  درنیور | ۱ | ۲ | ۱ | ٥ |
| Guard  انضباط | ۱۰ | ۱۰ | ۱۰ | ۳۰ |
| Other Staff  دیگر | ۱٤ | ۱٦ | ۱٤ | ٤٤ |
| Total  تعداد کل | ٦۳ | ۷۱ | ٦۳ | ۱۹۷ |

## SPECIAL NOURISHMENT

| No  تعداد | Normal  نورمال | H.Prot  پروتنی | Low Salt  کم نمک | Diab  مریض شکر | N.B.M  روزه |
|---|---|---|---|---|---|
| Patient  مریض | ۱۱ | ٥ | بند ۲ | | |

۲۹/٥/۱٤۱٥

Fatima Al-Zahra Hospital

IIRO 215527

*Muslim World League*
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان

## DAILY MEALS SERVICE

Day : الاربعاء
Date : ۱۴۲۵/۵/۲۸

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient مریض | ۶ /۱۴ طفال | ۶ /۱۴ طفال | ۶ /۱۴ طفال | ۶۰ |
| Doctor داکتر | ۱ | ۱ | ۱ | ۳ |
| Nurse نرس | ۳ | ۳ | ۳ | ۹ |
| Cleaner خاله | ۲ | ۲ | ۲ | ۶ |
| Attend پیواز | ۱۷ | ۱۷ | ۱۷ | ۵۱ |
| Driver درئیور | ۱ | ۲ | ۱ | ۴ |
| Guard انضباط | ۱۰ | ۱۰ | ۱۰ | ۳۰ |
| Other Staff دیگر | ۱۲ | ۲۰ | ۱۲ | ۴۴ |
| Total تعداد کل | ۶۶ | ۷۵ | ۶۶ | ۲۰۷ |

## SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتینی | Low Salt کم نمک | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient مریض | ۴ | ۳ | ۲ | | |

۸ غذای گرم
۱ غذای مایع

Fatima Al-Zahra Hospital

۱۴۲۵/۵/۲۸

IIRO 215528

**Muslim World League**
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
Al-Sayida Fatima Al-Zahra Hospital
Jalalabad - Afghanistan

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
مستشفى السيدة فاطمة الزهراء
جلال آباد – أفغانستان



## DAILY MEALS SERVICE

Day: الأثنين
Date: ٦/٥/١٤١٥

| No. of تعداد | Breakfast چای صبح | Lunch نان چاشت | Dinner نان شب | Total تعداد کل |
|---|---|---|---|---|
| Patient مریض | ٩ / ١٤ طفال | ٩ / ١٤ طفال | ٩ / ١٤ طفال | |
| Doctor داکتر | ١ | ١ | ١ | |
| Nurse نرس | ٢ | ٢ | ٢ | |
| Cleaner خاله | ٣ | ٣ | ٣ | |
| Attend پیواز | ١٧ | ١٧ | ١٧ | |
| Driver درئیور | ١ | ٢ | ١ | |
| Guard انضباط | ١٠ | ١٠ | ١٠ | |
| Other Staff دیگر | ٢٠ | ٢٠ | ٢٠ | |
| Total تعداد کل | ٧٠ | ٧٨ | ٧٠ | ٢١٨ |

### SPECIAL NOURISHMENT

| No تعداد | Normal نورمال | H.Prot پروتین | Low Salt کم نمک | Diab مریض شکر | N.B.M روزه |
|---|---|---|---|---|---|
| Patient مریض | ١٤ | ٧ | ٢ | | |

١ غذائی نرم

Fatima Al-Zahra Hospital

IIRO 215529



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: IIRO 215526-215529

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*     **Date**: 31/01/2024