# Exhibit 152

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**FATMA AL-ZAHRAA HOSPITAL, JALALABAD, AFGHANISTAN:**

Fatma Al-Zahraa Hospital is one of the most important and largest health projects affiliated with the International Islamic Relief Organization in the city of Jalalabad, Afghanistan. This hospital includes the following departments:

| OUTPATIENT CLINIC: | INPATIENT CLINIC DEPARTMENTS: |
|---|---|
| 1. Obstetrics and Gynecology | Department of Internal Medicine for Women |
| 2. Internal Medicine | Department of Surgery for Women |
| 3. Surgery | Department of Obstetrics and Gynecology |
| 4. Pediatrics | Pediatrics Department |
| 5. Dental | Surgery Department |
| 6. Radiology Department | Intensive Care Unit [ICU] Department |
| 7. Outpatient Clinic Pharmacy | Blood Bank |
| 8. Vaccination Center | Heart Examination Room |
| 9. Emergency Department for Women | Laboratory Department |

**MOST IMPORTANT NOTES AND POINTS:**
- The furniture in the Outpatient Clinic is in poor condition.
- In the region and suburbs of Jalalabad, there are power outages most of the time. When we get there, the situation is no different. There was a power outage two days after we arrived there. The hospital has a large electric generator, thank Allah, but they do not have the budget to buy fuel/diesel.
- There is also the problem of lack of water due to the breakdown of the machine drawing water from the well or the tank.
- The necessary medications are not available.
- Medical devices and equipment are unusable.
- The dental device/machine is very old, and some of its devices are broken.

IIRO 126173

- The X-ray device/machine is very old, small in size, and unusable.
- The electrocardiogram (ECG) device is very old and does not contain ECG paper.
- The anesthesia device in the operations [surgery] room is unusable.
- There are no oxygen tubes in the Internal Medicine Department or in the operations [surgery] room.
- In the Inpatient Clinic, the devices are not sufficient for treatment.
- The Outpatient Clinic, the Internal Medicine Department, and the Surgery Department for Men are not arranged.
- The sewage pipes are broken and as a result the rotten water gets in the hospital.
- There is unnecessary intervention by the officials of the University Hospital affiliated with the Afghan government to take control of the rooms of Fatma Al-Zahraa Hospital, which causes many problems in the hospital's management.
- The University Hospital has begun constructing a good building in front of the main door of Fatma Al-Zahraa Hospital.
- The University Hospital's workers block the water, and this causes dirt in the hospital and affects the trees and flowers in the hospital yard.
- The number of patients in the Inpatient Clinic and the Outpatient Clinic is very little compared to the size of the building and the number of workers in it, due to the lack of continuous provision of medications and operational expenses.

**NEEDS**

- Maintenance of the Outpatient Clinic.
- Continuously providing the necessary medications monthly.
- Giving medications to patients for free, because the area is poor, and the patients cannot afford to buy medications. In addition, the Afghan refugees in Pakistan have begun to return to their country, and their economic situation is very bad. Most patients are widows and orphans due to the current war and the previous wars.
- The hospital is in urgent need of hiring a specialist obstetrician and gynecologist because the hospital was built to care for women and children. After communicating with some doctors and others, [it was found out that] the number of female surgical specialists is very little. Therefore, they are demanding salaries higher than the proposed salary for this position with us. Another reason is that the other international organizations pay higher salaries than ours.
- Hiring workers to the vacant jobs in the hospital. Increasing the salaries of workers, or at least paying their salaries monthly without delay, because the charitable and humanitarian organizations…

IIRO 126174

- … pay salaries higher than ours, and they also provide free medical facilitations to their workers. Some workers left work on the Organization's projects and began working with other organizations for this reason.
- The hospital is in urgent need of hiring some specialists. Experienced specialists cannot be hired at the salaries being paid at our health projects.
- Maintenance of medical devices or purchasing new devices.
- Purchasing an ultrasound device.
- Purchasing medical devices and equipment for the Maternity Department (incubator and nebulizer).
- Organizing the Inpatient Clinic and the Internal Medicine Department for Men.
- Opening the Orthopedic Department, the Ear, Nose and Throat Department, and the Vision Department.
- [Sending] a letter to the Afghan government and the director of the University Hospital requesting not to interfere in the internal affairs of Fatma Al-Zahraa Hospital and not to take control of its rooms.
- Paying attention to the cleanliness of the hospital and providing it with materials is very necessary.
- Purchasing and maintaining the hospital's furniture.
- Purchasing a respiratory device.

The hospital needs a cardio monitor "for the intensive (health) care room".

**AUDITING THE ACCOUNTS:**
- When distributing the salaries and after auditing and comparing with the attendance and absence record, we found that the salaries are received by payees.
- The hospital's revenues/income are only from the outpatient clinic fees, which is (3,000 Afghanis), which is equivalent to four and a half Pakistani rupees from each patient.
- The fixed assets were compared with their list, and everything was present.
- The medication record is not in order because the medication employee and the warehouse do not pay attention to reviewing the records.
- We received the original bills and documents for the past year from the hospital's accountant. After inquiring from him, he replied that Al-Qari Nur Al-Zaman was handing over the accounts to us and was receiving them from us, and he did not ask us for the documents.
- There were minor mistakes, and we knew about the mistakes and about the correct way to arrange the records and accounts.

IIRO 126175

**MEETING WITH THE UNIVERSITY HOSPITAL'S OFFICIALS:**
According to the directions of His Excellency the Office Director, Mr. Rahmatullah Nazir Khan, the committee was formed to meet with the University Hospital's officials. The following are the names of the members of the committee formed for this purpose:

1. Dr. Fath Mohamed Barasha             Health Care Coordinator;
2. Dr. Shah Mohamed Sajid               Director of Fatma Al-Zahraa Hospital;
3. Al-Qari Nur Al-Zaman                 Supervisor of the Quran Seminars;
4. Mr. Mohamed Bilal Ahmed              Auditor of the Organization's Office, Islamabad;
5. Mr. Mohamed Youssef Al-Balush        Assistant Health Care Coordinator

Details of the points discussed with the University Hospital's officials are enclosed herewith with this report.

**SUGGESTIONS:**
In light of the precise study and meeting with the government officials, we believe that the problems and the intervention will continue on the part of the University Hospital's officials. Therefore, we suggest transferring this hospital to another city (such as Kabul, Kandahar, Herat) and other poor areas that are in urgent need of the provision of medical and health services. There are many hospitals and clinics in Jalalabad that provide medical services.

    Please review this and kindly take action as you deem appropriate.
    May Allah bless you.

| [*Handwritten Signature*] | [*Handwritten Signature*] | [*Handwritten Signature*] |
|---|---|---|
| Dr. Fath Mohamed Barasha | Bilal Ahmed | Youssef Al-Balush |
| Health Care Coordinator | Auditor | Assistant Health Care Coordinator |

IIRO 126176

## مستشفى فاطمة الزهراء جلال اباد افغانستان:

مستشفى فاطمة الزهراء هو من اهم و اكبر المشاريع الصحية التابعة لهيئة الاغاثة الإسلامية العالمية داخل افغانستان في مدينة جلال اباد . و تشمل هذه المستشفى على الاقسام التالية :

| اقسام الداخلية | عيادة خارجية : | |
|---|---|---|
| قسم الباطنة للنساء | ولادة و امراض النساء | ١- |
| قسم الجراحة للنساء | الباطنة | ٢- |
| قسم الولادة و الامراض النساء | جراحة | ٣- |
| قسم الاطفال | الاطفال | ٤- |
| قسم الجراحة | الاسنان | ٥- |
| قسم الرعاية المكثفة (ICU) | قسم الاشعة | ٦- |
| بنك الدم | صدلية للعيادات الخارجية | ٧- |
| غرفة فحوصات القلب | مركز التطعيم | ٨- |
| قسم المختبر | قسم الطوارئ للنساء | ٩- |

### اهم الملاحظات و النقاط :

- الاثاث في عيادة خارجية في حالة سيئة
- في منطقة جلال اباد و نواحيها تعطل الكهرباء في معظم الاوقات. و عند وصولنا الى هناك الحالة ليست مختلفة. تعطلت الكهرباء بعد يومين من وصولنا الى هناك و ان المستشفى لديها موكد كهربائي كبير و الحمدلله و لكن ليس لديهم الميزانية لشراء وقود/ ديزل.
- كما توجد مشكلة قلة الماء بسبب التعطل الماكينة لسحب الماء من البئر او خزان .
- لاتوجد الادوية الضرورية ·
- الاجهزة و المعدات الطبية غير صالحة للاستعمال
- جهاز / ماكينة الاسنان قديمة جداً بعض الاجهزة مكسورة فيها

IIRO 126173

- جهاز/ ماكينة الاشعة قديمة جداً صغيرة الحجم غير صالحة للإستعمال
- جهاز رسم القلب (ECG) قديمة جداً و لاتوجد فيها اوراق تخطيط القلب.
- جهاز للتخدير في غرفة العمليات غير صالحة للإستعمال.
- لاتوجد انابيب الاكسجين في قسم الداخلية وفي غرفة العمليات.
- في قسم عيادة الداخلية الاجهزة غير كافية للعلاج.
- عيادة خارجية و قسم باطنة و الجراحة للرجال غير مرتب.
- ماسورات ماء المجاري مكسورة و بسببها يدخل الماء المتعفن في المستشفى.
- تدخل غير ضروري من مسؤولي مستشفي الجامعة التابعة للحكومة الافغانية سيطرة علي غرف المستشفى فاطمة الزهراء. وذلك يسبب الى مشاكل عديدة في إدارة المستشفى.
- ان مستشفى الجامعة قد بدأت بناء مبنى جيد امام باب الرئيسي لمستشفى فاطمة الزهراء
- العاملين في مستشفى الجامعة يسدون الماء و ذلك يسبب الوساخة في المستشفى اضافة يؤثر الاشجار و الورود في ساحة المستشفى.
- عدد المراجعين في عيادتي الداخلية و الخارجية قليلة جداً مقابل ضخامة المبنى و عدد العاملين فيه و ذلك بعدم توفير الادوية و مصاريف التشغيلية مع الاستمرار.

## احتياجات

- صيانة عيادة الخارجية.
- توفير الادوية الضرورية شهرياً مع الاستمرار.
- اعطاء الادوية للمرضى مجاناً و ذلك لان المنطقة فقيرة و المراجعين لا يستطيعون شراء الادوية. اضافة ان اللاجئين الافغانيين في باكستان قد بدأؤ بلعودة الى بلادهم ووضعهم الاقتصادي سيئة جداً و ان اكثرية المراجعين ارامل و ايتام بسبب الحرب الحالي و الحروب السابقة.
- المستشفى في حاجة ماسة للتعيين دكتورة اخصائية لامراض النساء و الولادة لان المستشفى قد ينبي للرعاية الصحية للنساء و الاطفال. و بعد الاتصال مع عدد اطباء و غيرهم ان هناك عدد الاخصائيات جراحة قليل جداً. لذا هن يطالبون رواتب زيادة عن الراتب المقترح لهذا الوظيفة لدينا. و سبب الثاني هو ان المنظمات الدولية اخرى تصرف رواتب اكثر من رواتبنا.
- تعيين العاملين على الوظائف الشاغرة في المستشفى. وتزويد رواتب العاملين او على الاقل صرف رواتبهم شهرياً بلا تاخير. لان المؤسسات الخيرية و الانسانية

IIRO 126174

تصرف الرواتب اكثر من رواتبنا كما يوفرون التسهيلات الطبية مجاناً لعامليهم. وبعض العاملين تركوا العمل من مشاريع الهيئة وباشروا العمل في مؤسسات اخرى بهذا السبب.

- المستشفى في امس الحاجة بتعيين بعض إخصائيين. ولا يمكن الحصول على الاخصائيين ذو خبرة على رواتب التي يتم صرفها في مشاريعنا الصحية.
- صيانة اجهزة طبية او شراء اجهزة جديدة.
- شراء جهاز التراساوند.
- شراء اجهزة ومعدات طبية لقسم الولادة (انكيوبيتر ونيوبليزر).
- تنظيم عيادة الداخلية وقسم الداخلي للرجال.
- فتح قسم الاعظام وقسم الاتف واذن والحنجرة وقسم العيون.
- خطاب إلى الحكومة الافغانية ومدير مستشفى الجامعة بعدم تدخل في شؤون الداخلية لمستشفى فاطمة الزهراء والسيطرة على غرفها.
- الاهتمام بنظافة المستشفى وتوفير المواد لها ضرورية جداً.
- شراء وصيانة اثاث المستشفى.
- شراء جهاز التنفسي.

المستشفى بحاجة الى كارديو مونيتر "لغرفة الرعاية (الصحية) المكثفة".

## تدقيق الحسابات:

- عند توزيع الرواتب وبعد التدقيق والمقارنة مع سجل الحضور والغياب وجدنا بان الرواتب تصل الى مستحقيها.
- عوائد / الدخل المستشفى هو فقط من رسوم العيادة الخارجية وهو (3000 افغاني) ما يعادل اربعة ونصف روبية باكستانية من كل مراجع.
- تم مقارنة الاصول الثابتة مع قائمتها وكان حسب كل شيء موجود.
- سجل الادوية ليست مرتبة لان مسؤول الادوية والمستودع لا يهتم بمراجعة السجلات.
- استلمنا فواتير ومستندات الاصلية لسنة المنصرمة من محاسب المستشفى. وبعد الاستفسار منه اجابنا بان القاري نور الزمان كان يسلم لنا الحسابات ويستلم منا. وهو لم يطلب منا المستندات.
- كان هناك اخطاء بسيطة وقد علمنه عن الاخطاء وعن الطريقة الصحيحة لترتيب السجلات والحسابات.

<u>الاجتماع مع مسؤولي مستشفى الجامعة:</u>

حسب توجهات سعدة مدير المكتب الاستاذ رحمة الله نزير خان تم تكوين اللجنة للاجتماع مع مسؤولي مستشفى الجامعة. و التالية اسماء اعضاء اللجنة المكونة لهذا الغرض:

| | |
|---|---|
| ١- دكتور فتح محمد براشا | منسق الرعاية الصحية |
| ٢- دكتور شاه محمد ساجد | مدير مستشفى فاطمة الزهراء |
| ٣- القاري نور الزمان | **مشرف حلقات القران** |
| ٤- الاستاذ محمد بلال احمد | مدقق مكتب الهيئة اسلام اباد |
| ٥- الاستاذ محمد يوسف البلوش | مساعد منسق الرعاية الصحية |

تفصيل عن نقاط التي نوقشت مع مسؤولي مستشفى الجامعة مرفقة مع هذا التقرير.

<u>اقتراحات :</u>

و في ضوء الدراسة الدقيقة و الاجتماع مع مسؤولي الحكومة نرى ان المشاكل وتدخل ستستمر من قبل مسؤولي مستشفة الجامعة لذا نقترح بننقل هذا مستشفى الى مدينة اخرى (مثلاً كابل قندهار هرات) و غيرها من المناطق الفقيرة التي هى بأمس بحاجة لتوفير الخدمات الطبية و الصحية. حيث ان في جلال اباد مستشفيات و عيادات كثيرة التي تقدم الخدمات الطبية.

نرجوا الاطلاع و التكرم باجراءت كما ترونه مناسباً.

و الله من وراء القصد و الهادي إلى سواء السبيل

| يوسف البلوش | بلال احمد | د. فتح محمد براشا |
|---|---|---|
| م.منسق الرعاية الصحية | مدقق | منسق العاية الصحية |



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: IIRO 126173-126176

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*            **Date**: 31/01/2024