# Exhibit 153

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**ISLAMIC COORDINATION COUNCIL**
Secretarial General

مجلس التنسيق الإسلامي
الأمانة العامة

## Brief information on ICC member organizations' Health Services in Afghanistan, October 16, 2001

ICC member organizations have considerable capacity undertaking long term health services in Afghanistan as well as for Afghan refugees in Pakistan. The health services in Afghanistan comprises various facilities according to the need of Afghan civilian e.g, in urban and very remote rural areas.

The distribution of ICC member organizations' health facilities in various parts of Afghanistan are summarized as follows:

| Facility | Location |
|---|---|
| Fatima Al-Zahra, Hospital (IIRO) | Jalalabad, Ningrahar |
| Nadwa General, Hospital (WAMY) | Chamkani, Paktia |
| Al Sharan Hospital (LDI) | Sharan, Paktika |
| Al Ghazali Hospital (LDI) | Tangi Saydan, Wardak |
| Kuwait Al-Khair Hospital (LDI) | Sayedabad, Wardak |
| Paraplegic Center (KJRC) | Kabul city |
| Physiotherapy Center (female children) KJRC | Kabul, city |
| Orthopedic workshop (KJRC) | Khost |
| Eight (8) Institutional Feeding Program Centers for malnourished children, lactating and expecting mothers (ISRA) | Jalalabad, Logar, Khost |
| Five (5) BHUs (ISRA) | Azra, Logar |
| Two (2) BHUs (ISRA) | Tizin, Kabul |
| One (1) BHU (ISRA) | Mehtarlam, Laghman |
| One (1) BHU (ISRA) | Asaadabad, Kunar |
| One (1) BHU (ISRA) | Khost |
| One (1) BHU (ISRA) | Baraki Barak, Logar |
| Two (2) BHUs (ISRA) | Jalalabad, Rodat, Ning. |
| One (1) H. Clinic (ISRA) | Dam Kelai, Kunar |
| Two (2) Dental clinics (ISRA) | Azro, Logar |
| One (1) Dental Clinic (ISRA) | Jalalabad, Ningrahar |
| Three (3) H. Clinics (IIRO) | Laghman |
| Three (3) H. Clinics (IIRO) | Nangrahar |
| Two (2) H. Clinics (IIRO) | Kunar |
| TB Control Program (IIRO) | Jalalabad, Nangrahar |
| Malaria Control Program (IIRO) | Jalalabad, Nangrahar |

Codes:
- KJRC  Kuwait Joint Relief Committee
- IIRO  International Islamic Relief Organization
- ISRA  Islamic Relief Agency
- LDI   Lajnat Al Da'wa Al-Islamiah
- WAMY  World Assembly of Muslim Youth

GUL HAJI PLAZA, FLAT No: 409, FOURTH FLOOR, UNIVERSITY ROAD
TEL/FAX: 092 91 45342, P.O. BOX (887) U.T. PESHAWAR, PAKISTAN
E-mail: iccpsh@brain.net.pk

IIRO 112761

# ISLAMIC COORDINATION COUNCIL
## ICC

مجلس التنسيق الإسلامي
للهيئات العاملة

| No | Organization | Director | Tel. No. | Fax No. | PO.Box |
|---|---|---|---|---|---|
| 1 | Islamic Coordination Council (ICC) | Dr. Ahmad Jan Ahmad | 45342 | 45342 | 782 UT |
| 2 | Saudi Red Crescent Society (SRCS) | Shiekh Saleh Muhammad Al- Dhaif | 840207 / 840213 | 840587 | 347 UT |
| 3 | Kuwait Joint Relief Committee (KJRC) | Abdul Salam Al-Sharif | 841306 / 844653-4 / 840345 | 840521 | 782 UT |
| 4 | Islamic Relief Agency (ISRA) | Jaffar Ahmad Abdullah Maki | 844662 / 840365/ 844961 | 840429 | 887 UT |
| 5 | Lajnat Al- Da'wah Al- Islamiah (LDI) | Muzamil Mohammad Mahjoob | 285970-1, 285979-82 | 285983 | 906 UT |
| 6 | World Assembly of Muslim Youth (WAMY) | Mohammad Mustafa Mohammad | 840249 / 43713 / 45428 | 840385 | 1055 UT |
| 7 | Afghan Support Committee (ASC) | Abul Haris | 228334 -36 | 229230 | 861 UT |
| 8 | Afghanistan Recon. Consultant-Organization (ARCON) | Dr. Ahmad Farid Mustafa | 840241 | 840241 | 991 UT |
| 9 | AL-Madina AL-Munawarah Intl Charity Trust (MMIC) | Fathi Ramazan Shaheen | 263298 | 263299 | 317 UT |
| 10 | Qatar Charitable Society (QCS) | Sulaiman Al- Hawamedah | 051 2828183, 2825172 | 051 2272265 | 2207 Isb. |
| 11 | AL-Haramain and AL- Masjed Aqsa Cha. Foundation | Abu Abdurrahman | 0995 655125 | 0995 655501 | 68 Haripur |
| 12 | International Islamic Relief Organization (IIRO) | Rahmatullah Nazir Khan | 051 4435113-4, 4449347 | 051 4449241 | 1850 Is. |
| 13 | Humanitarian Medical Relief Body (HMRB) | Haji Barakat Shah | 44811 | 44811 | 1012 UT |

IIRO 112762