# Exhibit 154

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**ISLAMIC COORDINATION COUNCIL**
Secretarial General



مجلس التنسيق الإسلامي
الأمانة العامة

Date    : June 4, 2001
Ref. No. : 81/icc-apb

Dr. Viktor Matz
The Chairman, APB
Islamabad

Subject: <u>Information on ICC member Organization activities</u>

Dear Matz,

Hereby I forward the required information about ICC members activities in Afghanistan as well as in Pakistan. Its hoped that it will be usefull and informative.

Withe best wishes,

Dr. Ahmad Jan Ahmad
Executive Coordinator, ICC

GUL HAJI PLAZA FLAT No: 409 FOURTH FLOOR, UNIVERSITY ROAD

**ICC member organizations are as follows:**

1- Saudi Red Crescent Society (SRCS)
2- Kuwait Joint Relief Committee (KJRC)
3- International Islamic Relief Organization (IIRO)
4- Islamic Relief Agency (ISRA)
5- Lajnat Al Dawa Al-Islamiah (LDI)
6- World Assembly of Muslim Youth (WAMY)
7- Jamiat Ihya Ul Turath Al-Islamia (Afghan Support Committee) ASC
8- Afghan Reconstruction Consultant Organization ( ARCON)
9- Al-Madinah Al Munawarah International Charity Trust (MMICT)
10- Al-Haramai wal Masajed Aqsa Charitable Foundation (HMACF)
11- Qatar Charitable Society (QCS)
12- Humanitarian Medical Relief Body (HMRB)

## 2. Source of funding:

The source of ICC members fund is the respected States while a great percentage is contributed by the philanthropist who are their traditional donors in Middle East countries.

ICC members are running a number of long-term programs for Afghan refugees in Pakistan as well as in Afghanistan, some of them are as follows:

### In Pakistan:

### Health Sector:

The health facilities currently run by ICC members are as follows:

| Facility | Location & Address |
|---|---|
| **In Pakistan :** | |
| Kuwait Hospital (KJRC) | Opposite Abdarah Chawk, Peshawar |
| SRCS TB hospital | Kacha Ghari, Peshawar |
| Al Nafisi Surgical Hosp. | Sadah, Kurm Agency, NWFP |
| Bader (women) Hosp(IIRO) | Peshawar |
| Eight BHUs (KJRC) | Akora, Jalala, Khairabad |
| Three BHUs (LDI) | Khyber Agency, Badabera, New Shamshatoo |
| One (1)clinic (QCS) | Rawelpindi |
| One (1)clinic (ISRA) | Peshawar |

*In Afghanistan:*

| | |
|---|---|
| Fatimah Alzahra Hosp(IIRO). | Jalalabad, Ningrahar |

| | |
|---|---|
| Nadwa General, Hospital (WAMY) | Chamkani, Paktia |
| Al Sharan Hospital (LDI) | Sharan, Paktika |
| Al Ghazali Hospital (LDI) | Tangi Saydan, Wardak |
| Kuwait Al-Khair Hospital (LDI) | Sayedabad, Wardakh |
| Paraplegic Center (KJRC) | Kabul city |
| Two MCH clinics (ISRA) | Jalalabad, Logar |
| Physio center(Female & Children) KJRC | Kabul. |
| Orthopedic workshop (KJRC) | Khost |
| Eight (8) Institutional Feeding Program's Centers for malnourished children, lactating and expecting mothers (ISRA) | Jalalabad, Logar, Khost |
| Five(5) BHUs (ISRA) | Azra, Logar |
| Two (2) BHUs (ISRA) | Tizin, Kabul |
| One (1) BHU (ISRA) | Mehtarlam, Laghman |
| One (1) BHU (ISRA) | Asaadabad, Kunar |
| One (1) BHU (ISRA) | Khost |
| One (1) BHU (ISRA) | Baraki barak, Logar |
| Three (3) BHUs (ISRA) | Jalalabad, Rodat, Gorake, Ning. |
| One (1) clinic (ISRA) | Dam Kilai, Kunar |
| One (1) dental clinic (ISRA) | Jalalabad, Ningrahar |

### Education Sector:

- University of Sciences and Technology with two branches one in Herat and the other in Jalalabad.
- University of Arabic Language in Peshawar.
- 76 High , Secondary and primary schools sponsored by LDI 46 are in Pakistan and 30 out of them in Afghanistan with 29204 students ( girls and boys).
- Higher Institute for Teachers' Training (WAMY) in Peshawar.
- ISRA runs 6 primary schools Khost, Logar, Ningrahar, Laghman and Kunar provinces.

### Social Welfare Program:

### In Afghanistan:

ICC members support some 15,000 orphans and widows in Afghanistan. as well with distribution of monthly allowance more than Rs. 1300 to each family.

- One orphanage for boys (ASC) in Badakhshan
- One orphanage for girls (ASC) in Badakhshan
- Dar ul Arqam for boys (WAMY) in Kunar
- Nadwa Center (orphanage)(WAMY) in Jalalabad
- Eight Schools for Orphans in Jalalabad, Wardak, Kabul and Logar

**In Pakistan:**
- Dar Rabi wal Hajeri, Orphanage and School, (ASC), Pubi
- Madina International School (girls & boys) (MMICT), Chamkani
- Dar ul Anjal (girls and boys) HMACF, Haripur
- Dar Omar Khatab (IRO), Chamkani
- Habiburrahman (QCS), Jalalabad
- Omar bin Khatab (QCS), Laghman
- Orphanage and school (ASC), Chakdara
- Nine (12) orphan Centers in Pakistan
- VTCs for boys (ISRA) in Jalalabad and 2 (LDI) in Pakistan.

**Agriculture and Rural Development:**
establishment of nurseries for providing suppling of citrus, peaches, almond, apple, grapes and forestry nurseries especially for the rehabilitation of eastern citrus area.
Some ICC members are working in Agriculture and Irrigation sectors, they have horticulture, and improved seeds multiplication program for Afghan farmers. ISRA provides improved seeds and fertilizers on crèdit basis.

**Provision of Drinking Water:**
Thousands of shallow wells have been dug by ICC members in Afghanistan as well as in Pakistan which can easily be noticed at different locations in provinces e.g. LDI dug 1605 in Pak. and 875 shallow wells in Afghanistan and distributed 250 water coolers to schools, mosques and hospitals. 28 Tube-wells in Pakistan and 8 in Afghanistan

**Under process:**
More than 300 shallow wells most of them for IDPs are under process in Afghanistan as well as in Pakistan.

**Construction:**
KJRC constructed 150 houses in earthquake stricken area in Badakhshan, LDI providing shelters to poor families and ISRA is constructing shelter to IDPs in Afghanistan.
More than 450 mosques have constructed and 82 other are under construction in Pakistan and Afghanistan.

**Emergency Relief:**
**Food Security:**
More than 50,000 IDP families have received food packages from WAMY, KJRC, ISRA, Islamic relief (UK) and IIRO in Herat and Kandahar IDP camps.
Five (5) bakeries (run by LDI in Pakistan, distributed bread loaves (US$ 137,927), to refugees and needy Pakistanis and fulfilled emergency relief worth in US $ 50,372,870).