# Exhibit 155

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad



[**Logo**: *Muslim World League –
International Islamic Relief
Organization – The Kingdom of
Saudi Arabia*]

Ref. No. 320/88/204                    Subject: ----
Date: 19/01/1424 AH [Corresponding to March 22, 2003 AD]

| STAMP |
| --- |
| International Islamic Relief Organization |
| General Inbound |
| Administrative Communications |
| Inbound No. 2233 |
| Date: 04/02/1424 AH [Corresponding to April 06, 2003 AD] |
| Attachments: Supportive documents |
| Agency Concerned: Engineering Division |

His Excellency: Director of the Engineering Division at the Secretariat General, may Allah bless him
Engineer: Adnan bin Abdullah Bakri
[**Handwriting**: *The documents were sent to the concerned care divisions. To be archived*] [*Handwritten Signature*]
May the peace, mercy, and blessings of Allah be upon you.
The International Islamic Relief Organization's Office is sending you the warmest greetings, asking Allah the almighty to lead you and us to do good deeds, abandon evil deeds, love the poor, and help us avoid visible and invisible seditions. Amen.

     This is with reference to Your Excellency's letter No. 204/10324/23, dated 16/10/1423 AH [Corresponding to December 21, 2002 AD], regarding the guidelines of His Excellency the Secretary General to follow up with the external offices to register the Organization's property in terms of land, facilities, and assets. We are sending the supportive documents of the Organization's ownership of the following projects to Your Excellency.

**First: Social Care**

| No. | Project | Location | Attachments |
| --- | --- | --- | --- |
| 1 | Social Care Office | Head Office | Asset inventory statement |
| 2 | Ali bin Abi Talib House | Islamabad | Contract of granting the land to the Muslim World League + asset inventory statement |
| 3 | Omar bin Al-Khattab House | Peshawar | Contract of granting the land + asset inventory statement |
| 4 | Al-Baraim [Sprouts] House | Mansehra | Land purchasing contract + asset inventory statement |
| 5 | Summayah House | Gilgit | Building lease contract + asset inventory statement |
| 6 | Ammar bin Yassir House | Gilgit | Building lease contract + asset inventory statement |
| 7 | Al-Imam Al-Bukhari House | Jalalabad | Building turnover agreement + asset inventory statement |

**Second: Health Care**

| No. | Project | Location | Attachments |
| --- | --- | --- | --- |
| 1 | Uhad Hospital | Quetta | Lease contract + asset inventory statement |
| 2 | Fatma Al-Zahraa Hospital | Jalalabad | [*Truncated Text*] + asset inventory statement |

[*Bilingual Text*]
Address: H - 8/1- Pitrus Bukhari Road - Opp. Shifa International Hospital P.O. Box: (1850) Islamabad, Pakistan
Tel: 4449347 - 4435113 – 4446856 Fax: (92-51) 4449241
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

[*Bilingual Text*]
Muslim World League
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad



[**Logo**: *Muslim World League –
International Islamic Relief
Organization – The Kingdom of
Saudi Arabia*]

Ref. No. 320/203                                        Subject: ----

Date: ----

| 3 | Badr Hospital | Peshawar | Lease contract + asset inventory statement |
|---|---|---|---|
| 4 | Shamashtu Clinic | Peshawar | Asset inventory statement |
| 5 | Al-Khaleej [Gulf] Medical Center | Rawalpindi | Lease contract + asset inventory statement |
| 6 | Health Care Office | Head Office | Asset inventory statement |

**Third: Education Care**

| No. | Project | Location | Attachments |
|---|---|---|---|
| 1 | Archaeological University | Jhelum | Building contract + asset inventory statement |

**Fourth: The Studio**

| No. | Project | Location | Attachments |
|---|---|---|---|
| 1 | The Studio | Head Office | Asset inventory statement |

    May Allah the almighty record your good deeds and reward you bountifully. Please accept my kindest regards.


Office Director
Rahmatullah Nazir Khan
[*Handwritten Signature*]

---

[*Bilingual Text*]
Address: H - 8/1- Pitrus Bukhari Road - Opp. Shifa International Hospital P.O. Box: (1850) Islamabad, Pakistan
Tel: 4449347 - 4435113 – 4446856 Fax: (92-51) 4449241
E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

IIRO 59411

Muslim World League

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

In Saudi Arabia

Pakistan Office/Islamabad



رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

مكتب باكستان/إسلام آباد

الاتصالات الإدارية

الوارد العام

الموضوع:

رقم الوارد: ٢٢٢

المرفقات: اوراق الثبوتيه

الهيئة المختصة: العامة

التاريخ: ١٤٢٤/٤/١٨ه

Ref:     ٢٠٤/ ٨٨ /٣٢٠ : الرقم

Date:   22.3.2003 : ١٤٢٤/١/١٩ التاريخ

سعادة مدير الإدارة الهندسية بالأمانة العامة

المهندس/ عدنان بن عبد الله بكري          حفظه الله

السلام عليكم ورحمة الله وبركاته

يهديكـم مكتب هيئة الإغاثة الإسلامية العالمية أطيب التحيات سائلا المولى ﷻ أن يوفقنا وإياكـم

لفعل الخيرات وترك المنكرات وحب المساكين وأن يجنبنا الفتن ما ظهر منها وما بطن آمين

إشـارة إلى خطـاب سعادتكم رقـم: ٢٠٤/١٠٣٢٤/٢٣ بتاريخ: ١٤٢٣/١٠/١٦هـ بخصوص توجيهات سعادة الأمين العام لمتابعة المكاتب الخارجية لتسجيل ممتلكات الهيئة مــن أراضــي ومنشــآت وأصــول، نرسـل لسـعادتكم أوراق الثبوتيــة لملكيــة الهيئــة للمشاريع التالية:

## أولا/ الرعاية الاجتماعية

| المرفقات | الموقع | المشروع | م |
|---|---|---|---|
| كشف جرد الأصول | المكتب الرئيسي | مكتب الرعاية الاجتماعية | ١ |
| عقد هبة الأرض للرابطة + كشف جرد الأصول | إسلام آباد | دار علي بن أبي طالب ﷺ | ٢ |
| عقد هبة الأرض + كشف جرد الأصول | بشاور | دار عمر بن الخطاب ﷺ | ٣ |
| عقد شراء الأرض + كشف جرد الأصول | مانسهره | دار البراعم | ٤ |
| عقد إيجار المبنى + كشف جرد الأصول | جلجت | دار سمية | ٥ |
| عقد إيجار المبنى + كشف جرد الأصول | جلجت | دار عمار بن ياسر | ٦ |
| اتفاق تسليم المبنى + كشف جرد الأصول | جلال آباد | دار الإمام البخاري (رح) | ٧ |

## ثانيا/ الرعاية الصحية

| المرفقات | الموقع | المشروع | م |
|---|---|---|---|
| عقد الإيجار + كشف جرد الأصول | كويتا | مستشفى أجد | ١ |
| + كشف جرد الأصول | جلال آباد | مستشفى فاطمة الزهراء | ٢ |

P.O Bukhari Road- Opp Shifa International Hospital Islamabad Pakistan

Islamabad Pakistan – Tel: (92-51) 4449347 – 4435113-4 – 4448856, Fax: 4449241

Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

انظر ١/٨ شارع بطرس بخاري ى - مقابل مستشفى الشفاء الترناشيونال ص.ب:(١٨٥٠) إسلام آباد – باكستان

هاتف: ٤٤٤٩٣٤٧ – ٤٤٣٥١١٣ – ٤٤٤٨٨٥٦، فاكس: ٤٤٤٩٢٤١

E-mail: Islamic@isb.paknet.com.pk. & mwl@isb.comsats.net.pk

IIRO 59410

Muslim World League

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

In Saudi Arabia

Pakistan Office/Islamabad



رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

بالمملكة العربية السعودية

مكتب باكستان/إسلام آباد

| الموضوع: | | Ref: | ٢٠٣ / | ٣٢٠ / | الرقم: |
| --- | --- | --- | --- | --- | --- |

Date: ............ التاريخ: ............

| عقد الإيجار + كشف جرد الأصول | بشاور | مستشفى بدر | ٣ |
| --- | --- | --- | --- |
| كشف جرد الأصول | بشاور | عيادة شمشتو | ٤ |
| عقد الإيجار + كشف جرد الأصول | راولبندي | مركز الخليج الطبي | ٥ |
| كشف جرد الأصول | المركز الرئيسي | مكتب الرعاية الصحية | ٦ |

## ثالثا: الرعاية التعليمية

| المرفقات | الموقع | المشروع | م |
| --- | --- | --- | --- |
| عقد المبنى + كشف جرد الأصول | جهلم | الجامعة الأثرية | ١ |

## رابعا: الاستديو

| المرفقات | الموقع | المشروع | م |
| --- | --- | --- | --- |
| كشف جرد الاصول | المكتب الرئيسي | الاستديو | ١ |

وسائلين الله جَلَّ أن يجعل ما تقدمونه في صحائف من نور في موازين حسناتكم وصحائف

أعمالكم وجزاءكم خير الجزاء وتقبلوا فائق تحياتي وتقديري ودمتم؛؛؛؛

مدير المكتب

رحمة الله نذير خان

٨/١ – Pitrus Bukhari Road- Opp Shifa International Hospital Islamabad Pakistan     اتش ١/٨ شارع بطرس بخاري – مقابل مستشفى الشفاء انترناشيونال ص.ب:(١٨٥٠) إسلام آباد – باكستان

Box: (1850) Islamabad Pakistan – Tel: (92-51) 4449347 – 4435113-4 – 4446856, Fax: 4449241     هاتف: ٤٤٤٩٣٤٧ – ٤٤٣٥١١٣ – ٤٤٤٦٨٥٦، فاكس: ٤٤٤٩٢٤١(٥١-٩٢)

E-mail: Islamic@isb.paknet.com.pk, & mwl@isb.comsats.net.pk     E-mail: Islamic@isb.paknet.com.pk, & mwl@isb.comsats.net.pk

IIRO 59411



## TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: IIRO 59410-59411

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 31/01/2024