# Exhibit 156

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

TOTAL P.01

[*Bilingual Text*]
MULSIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
THE KINGDOM OF SAUDI ARABIA
        Offices Division



[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Ref. No. 103/250/1424                                        Subject: ----
Date: 28/01/1424 AH [Corresponding to March 31, 2003 AD]
His Excellency: Director of the Organization's Office in Pakistan, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
We ask Allah the almighty that you are doing well.
          This is with reference to your letter No. 320/77/202, dated 19/01/1424 AH [Corresponding to March 22, 2003 AD], about the request to terminate the services of Dr. Shams Al-Rahman bin Samandar Khan, who is a doctor at Fatma Al-Zahraa Hospital in Jalalabad for violating the Organization's regulations and bylaws.
          We approve of terminating the services of Dr. Shams Al-Rahman bin Samandar Khan, who is a doctor at Fatma Al-Zahraa Hospital in Jalalabad. I hereby authorize you to issue a decision to terminate his services and to ask him to hand over his financial and in-kind obligations before being discharged. Please update me on the procedures being taken according to the Organization's applicable bylaws and regulations.
[*Handwritten Signature*]

| **STAMP** |
| --- |
| Muslim World League |
| International Islamic Relief Organization |
| Regional Office – Pakistan |
| ------------ Inbound ------------ |
| No. 93 |
| Date: 29/01/1424 AH [Corresponding to April 01, 2003 AD] |
| Agency Concerned: ---- |

                                         Kindest regards,
                                         Secretary General
                                         Dr. Adnan bin Khalil Basha
                                         [*Handwritten Signature*]

[*Handwriting*]
CC:     Archives Division;
        Mr. Youssef Balushi – to do what is required;
        [*Illegible*] file;
        March 31, 2003 AD
[**STAMP**: *INTERNATIONAL ISLAMIC RELIEF ORGANIZATION – THE KINGDOM OF SAUDI ARABIA – SECRETARIAT GENERAL – 1*]
[*Bilingual Text*]
Please quote above ref. No. and date when replying.
Address: P.O. Box 14843 Jeddah 21434 Tel. 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGHATHA SJ
Email: relief@iirosa.org
Muharram 1424 AH [Corresponding to March 04, 2003 – April 02, 2003 AD]
Mohamed Hals

31-MAR-2003  11:29              IIROR O                           966 2 6512997    P.01
                                                                          IIRO 108937

**MUSLIM WORLD LEAGUE**
**INT'L ISLAMIC RELIEF ORG.**
**THE KINGDOM OF SAUDI ARABIA**

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
إدارة المكاتب

الرقم / No : ٢٠٢/٧٥٠/١٤٢٤
التاريخ / Date : ٨٥/٧/١٤٢٤

Sub. : _____   الموضوع : _____

سعادة مدير مكتب الهيئة باكستان                                حفظه الله

السلام عليكم ورحمة الله وبركاته

نسأل المولى سبحانه وتعالى أن تكونوا بخير وعافية

إشارة إلى خطابكم رقم ٢٠٢/٧٧/٣٢٠ وتاريخ ١٤٢٤/١/١٩هـ بشأن طلب إنهاء خدمات الدكتور/ شمس الرحمن بن سمندر خان ، الطبيب بمستشفى فاطمة الزهراء بجلال آباد لتجاوزه أنظمة ولوائح الهيئة .

لا مانع من إنهاء خدمات الدكتور/ شمس الرحمن بن سمندر خان ، الطبيب بمستشفى فاطمة الزهراء بجلال آباد وأفوضكم بإصدار قرار إنهاء خدماته ومطالبته بتسليم ما عليه من عهد مالية وعينية قبل إخلاء طرفه وموافاتي بما يتم اتخاذه من إجراءات وفق اللوائح والأنظمة المعتمدة بالهيئة .

والله ولي التوفيق



د. عدنان بن خليل باشا
الأمين العام

Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org

IIRO 108937



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: IIRO 108937

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*   **Date**: 31/01/2024