# Exhibit 157

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

TOTAL P.01
[*Bilingual Text*]
MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
THE KINGDOM OF SAUDI ARABIA
Health Care
No. 202/1218/1424
Date: 10/05/1424 AH
[Corresponding to July 10, 2003 AD]



[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Subject: ----

**Fax**

His Excellency: Director of the Organization's Office in Pakistan, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

    This is with reference to your letter No. 320/642/202, dated 28/04/1424 AH [Corresponding to June 28, 2003 AD], about your request for approval to buy fuel for the electric generator at Fatma Al-Zahraa Hospital in Jalalabad for the period between July 01, 2003 AD until September 30, 2003 AD in an amount of 20,000.00 Pakistani rupee which is equivalent to 1,300.00 Saudi riyal.

    Please note that according to the allocated amount in the estimated budget to the hospital for the fiscal year 1423/1424 AH (2002/2003 AD), we approve paying an amount of 1,300.00 Saudi riyal which is equivalent to 20,000.00 Pakistani rupee to buy fuel for the electric generator at Fatma Al-Zahraa Hospital in Jalalabad from the surplus revenue of Al-Khaleej [Gulf] Medical Center in Pakistan. Please send me the original documents proving the payment.

                                       Kindest regards,
                                       Secretary General
                                       Dr. Adnan bin Khalil Basha
                                       [*Handwritten Signature*]

[**STAMP**: *INTERNATIONAL ISLAMIC RELIEF ORGANIZATION – THE KINGDOM OF SAUDI ARABIA – SECRETARIAT GENERAL – 1*]
[*Handwriting*]
CC:      Archives Division;
          Health Care Section at the Office – July 14, 2003 AD
          Financial Division

> **STAMP**
> Muslim World League
> International Islamic Relief Organization
> Regional Office – Pakistan
> ------------ Inbound ------------
> No. 434
> Date: 14/05/1424 AH [Corresponding to July 14, 2003 AD]
> To [Agency]: ----

[*Bilingual Text*]
Please quote above ref. No. and date when replying.

Address: P.O. Box 14843 Jeddah 21434 Tel. 6512333 – 6515411 – Fax: 6518491 – 6512997
Email: relief@iirosa.org

12-JUL-2003  12:28       IIROX C                              966 2 65.2587    P.01

IIRO 105986

MUSLIM WORLD LEAGUE
INT'L ISLAMIC RELIEF ORG.
THE KINGDOM OF SAUDI ARABIA



رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
الرعاية الصحية

الرقم : كـ/٨١٢/١٤٢٤
التاريخ : ١٨/٥/١٤٢٤هـ

Sub. : _____ : الموضوع
No _____
Date _____

فاكس

سعادة/مدير مكتب الهيئة في الباكستان                    حفظه الله

السلام عليكم ورحمة الله وبركاته

إشارة إلى خطابكم رقم ٢٠٢/٦٤٢/٣٢٠ في ٢٨/٤/١٤٢٤هـ بخصوص طلبكم الموافقة على شراء محروقات للمولد الكهربائي بمستشفى فاطمة الزهراء بجلال آباد للفترة من ١/٧/٢٠٠٣م حتى ٣٠/٩/٢٠٠٣م بمبلغ ٢٠,٠٠٠ ألف روبية باكستانية ما يعادل ١٣٠٠ ريال سعودي.

أفيدكم علماً بأنه وحسب المعتمد بالميزانية التقديرية للمستشفى للعام المالي ٢٤/٢٣هـ لا مانع لدينا من صرف مبلغ ١٣٠٠ ريال سعودي يعادل ٢٠,٠٠٠ ألف روبية باكستانية لصالح شراء محروقات للمولد الكهربائي بمستشفى فاطمة الزهراء بجلال آباد من فوائض إيرادات مركز الخليج الطبي بباكستان ، وموافاتي بالمستندات الأصلية الدالة على الصرف.

وتقبلوا عاطر تحياتي ،،،

الأمين العام
د. عدنان بن خليل باشا



Address: P.O.BOX 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax : 6518491 - 6512997
Email : relif@iirosa.org

IIRO 105986



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: IIRO 105986

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*        **Date**: 31/01/2024