# Exhibit 161

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

| MAIL TO | REPLY TO | Sharia Supervision Division |
|---|---|---|
| Deputy Director General of the | SENDER | 06/05/1421 AH (August 06, |
| Sharia Group, may Allah bless him | BRANCH | 2000 AD) |
| No. ---- | SECTION | |
| | TEL. NO. | |
| | DATE | |

SUBJECT: His Eminence Sheikh Abd al Rahman bin Saleh al Atram, Deputy Director General of the Sharia Group, may Allah bless him

May the peace, mercy, and blessings of Allah be upon you.

This is to report the request of Brother Tawyan bin Abdullah al Tawyan, Chief Supervisor at the Sharia Supervision Division, to study English for a period of six months on a full time basis. It is well known to you that the English language is important in the various supervision operations in the company. The operations of many divisions are carried out in that language, which constitutes an obstacle to those supervisors who are not familiar with it. Therefore, it is a strategic choice for all the Division's current and future personnel.

Since Brother Tawyan enjoys the greatest seniority at the Division, one of his reasons for learning English is that he is the Chief Supervisor there. His deep study of the English language will be a great incentive for him to refine his supervision experience and expand his supervision of other divisions.

He tried to study the English language during work through courses twice before, but that study was not sufficient. I believe that learning the foreign language must be full-time, and full-time makes the learning period shorter in general, and that is less expensive for the Division and the company. I remind Your Eminence that Brother Tawyan is one of the distinguished young talents, and the effect of his learning of English will be evident on the efficiency of the Sharia supervision and the efficiency of the supervision process throughout the company.

In conclusion, I hope that Your Eminence will kindly approve assigning Brother Tawyan bin Abdullah al Tawyan to study English for a period of six months, starting from the beginning of September 2000 AD. Please note that his work has been covered for that period.

May the peace, mercy, and blessings of Allah be upon you.

Director of Sharia Supervision Division
[*Handwritten Signature*]
Mohamed bin Saud al Usaimi

[**Handwriting**: *This is approved, provided that all costs related to travel, accommodation, living, and study are at his personal expense. The company shall not be responsible for that. May Allah grant him success. 20/05/1421 AH (August 20, 2000 AD)*]
CC: Employee's file – September 29, 2000 AD

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00040369



المرسل اليه    **MAIL TO**

نائب المدير العام للمجموعة الشرعية      **SENDER**

إدارة الرقابة الشرعية      المشرع   **BRANCH**   الرد إلى

حفظه الله تعالى      فتم   **SECTION**

١٤٢١/٥/٦هـ     رقم الهاتف **TEL. NO.**   **REPLY TO**

التاريخ **DATE**

رقم /

**الموضوع :**    **SUBJECT:**    فضيلة الشيخ عبدالرحمن بن صالح الأطرم نائب المدير العام للمجموعة الشرعية

حفظه الله تعالى

سلام عليكم ورحمة الله وبركاته، وبعد:

فأرفع إلى فضيلتكم طلب الأخ كبير المراقبين في إدارة الرقابة الشرعية طويان بن عبدالله الطويان الذي يطلب فيه التفرغ لدراسة اللغة الإنجليزية لمدة ستة أشهر. ولا يخفى على فضيلتكـــم أهميــة اللغـــة الإنجليزية في عمليات الرقابة المختلفة في الشركة، حيث تتم عمليات كثير من الإدارات بتلك اللغـــة، مما يشكل عائقا أمام من لا يعرفها المراقبين. ولذلك فهي خيار استراتيجي لكـــل موظفـــي الإدارة الحاليين والمستقبليين.

ومن دواعي تعلم اللغة الإنجليزية للأخ طويان أنه –وهو أقدم المراقبين في الإدارة– يضطلع الآن بمهمـــة كبير المراقبين فيها. وسيكون تعمقه في اللغة الإنجليزية حافزا كبيرا له على صقـــل تجربتـــه الرقابيـــة والتوسع في مراقبة باقي الإدارات الأخرى.

وقد جرت محاولة منه لدراسة اللغة أثناء العمل عن طريق الدورات مرتين قبل ذلــك، لكـــن تلـــك الدراسة لم تكن كافية. وأرى أنه لا بد لتعلم اللغة الأجنبية من تفرغ تام. والتفرغ التام لها يجعـــل مدة تعلمها أقصر من حيث الإجمال، ويكون ذلك أقل تكلفة علـــى الإدارة والشـــركة. وأذكـــر فضيلتكم أن الأخ طويان من الكفاءات الشابة المتميزة وسيظهر أثر تعلمه من لغة إنجليزية على كفـــاءة الرقابة الشرعية، وعلى كفاءة العملية الرقابية في الشركة كلها.

وفي الختام آمل تكرم فضيلتكم بالموافقة على تفريغ الأخ طويان بن عبدالله الطويان لدراســـة اللغـــة الإنجليزية مدة ستة أشهر تبدأ من بداية شهر سبتمبر سنة ٢٠٠٠م، مع العلم أن عمله قد تم تغطيتـــه تلك الفترة.

والسلام عليكم ورحمة الله وبركاته.

مدير إدارة الرقابة الشرعية

محمد بن سعود العصيمي

*[handwritten note:]*
للاطلاع على أن تكون جميع التعاملين بمباركتكم والجرأة تامة راهبة والدراية على حسابه الحرص رأيناتمثل الشركة شيئاً مرذي ... له له لتومنيد والمراد حسب ...

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00040369



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:    ARB-00040369

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: 07/03/2024