# Exhibit 163

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| | | | | | |
|---|---|---|---|---|---|
| January 01, 1998 – December 31, 2002 AD<br>Mr. Tawyan Abdullah Ibrahim al Tawyan<br>P.O. Box<br>Riyadh<br>Kingdom of Saudi Arabia<br>SA 3758 | | | | 1<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Batha – 10600 | | |
| Opening Balance | | | | | 0.00 |
| 14210416 | 000718 | Credit Entry Note 500000000<br>Cash from Dr. Mohamed al Usaimi | | 90,000.00 | 90,000.00 |
| 14210420 | 000722 | Debit Entry Note 8600000000<br>Dr. Mohamed al Usaimi | 90,000.00 | | 0.00 |
| 14211124 | 010218 | Transfer | | 100,000.00 | 100,000.00 |
| 14211215 | 010310 | Transfer<br>Mohamed Saud al Usaimi | 100,000.00 | | 0.00 |
| Currency S.R. | Grand Total | | 190,000.00 | 190,000.00 | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042217

| January 01, 1998 – December 31, 2002 AD<br>Mr. Tawyan Abdullah Ibrahim al Tawyan<br>P.O. Box ▇<br>Riyadh ▇<br>Kingdom of Saudi Arabia<br>SA ▇3758 | 2<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Batha – 10600 |
|---|---|

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
|  | Opening balance |  |  | 0.00 |
| 2 | Other deposits |  | 190,000.00 |  |
| 2 | Total deposits |  | 190,000.00 |  |
| 2 | Other withdrawals | 190,000.00 |  |  |
| 2 | Total withdrawals | 190,000.00 |  |  |
|  | Closing balance |  |  | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042218

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

| | | | | | |
|---|---|---|---|---|---|
| | | | | | السيد |
| | عزيزي العميل: في حالة عدم صحة الرصيد نرجو | الطويان | | طويان عبدالله ابراهيم | |
| | الاتصال مباشرة بأحد مراجعي الحسابات | | | ص . بريد | |
| | أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو | | | الرياض | |
| | كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣ | | | المملكة العربية السعودية | |
| -١٠٦٠٠ | | البطحاء | SA ٣٧٥٨ | | |

| | | | | |
|---|---|---|---|---|
| ٠.٠٠ | | | الرصيد الافتتاحي | |
| ٩٠,٠٠٠.٠٠ | ٩٠,٠٠٠.٠٠ | | اشعار قيد دائن ٥٠٠٠٠٠٠٠٠٠نقد من د محمد العصيمي | ٠٠٠٧١٨ ١٤٢١٠٤١٦ |
| ٠.٠٠ | | ٩٠,٠٠٠.٠٠ | اشعار قيد مدين ٥٨٦٠٠٠٠٠٠٠٠د محمد العصيمي | ٠٠٠٧٢٢ ١٤٢١٠٤٢٠ |
| ١٠٠,٠٠٠.٠٠ | ١٠٠,٠٠٠.٠٠ | | تحويل | ٠١٠٢١٨ ١٤٢١١١٢٤ |
| ٠.٠٠ | | ١٠٠,٠٠٠.٠٠ | تحويل محمد سعود العصيمي | ٠١٠٣١٠ ١٤٢١١٢١٥ |

| | | | | |
|---|---|---|---|---|
| ٠.٠٠ | ١٩٠,٠٠٠.٠٠ | ١٩٠,٠٠٠.٠٠ | الأجمالي الكلي | العملة ر.س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York        ARB-00042217

٢                                                                            ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

                                                                                                    السيد
                                              الطويان           طويان عبدالله ابراهيم
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات                                             ص . بريد
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو                                          الرياض
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣            المملكة العربية السعودية

-١٠٦٠٠             البطحاء              SA                              ٣٧٥٨

| الحركات | ملخص الحساب | المبلــــغ |
|---|---|---|
|   | الرصيد الافتتاحي | ٠.٠٠ |
| ٢ | الايداعات الاخرى | ١٩٠,٠٠٠.٠٠ |
| ٢ | اجمالي الايداعات | ١٩٠,٠٠٠.٠٠ |
| ٢ | السحوبات الاخرى | ١٩٠,٠٠٠.٠٠ |
| ٢ | اجمالي السحوبات | ١٩٠,٠٠٠.٠٠ |
|   | رصيد الاقفال | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                ARB-00042218



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:     ARB 42217-42218

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 07/03/2024