# Exhibit 167

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

[*Bilingual Text*]

**AL RAJHI BANKING & INVESTMENT CORP.**



No. 1594/S.Q./2002
Date: 05/24/1423 AH (Corresponding to: August 03, 2002 AD)

Honorable: Director of the Banking Inspection Division
Saudi Arabian Monetary Authority SAMA [Currently: *Saudi Central Bank*]
Mr. Ali bin Mohamed al Ghaith
May the peace, mercy, and blessings of Allah be upon you.

With reference to your letter No. M.A.T./4046, dated 05/27/1423 AH (July 08, 2002 AD), and regarding the inquiry on remittances added to the account of Omar Ahmed Mostafa al Bayoumi in the USA, please note the following:

1. First Remittance:

In an amount of 5,000 USD on February 08, 2000 AD to the order of the said person as requested by client Mohamed Abdel Aziz al Habib, debited from his account No. ▆7000 in Al Dirah Branch. A copy of the remittance is enclosed herewith.

2. Second Remittance:

In an amount of 5,333 USD on April 15, 2001 AD to the order of the said person as requested by client Mohamed Abdel Aziz al Habib, debited from his account No. ▆/88 in Al Salam District Branch. A copy of the remittance is enclosed herewith.

3. Third Remittance:

In an amount of 13,000 USD on April 08, 2001 AD to the order of the said person as requested by client Mohamed Abdel Aziz al Habib, debited from his account No. ▆88 in Al Salam District Branch. A copy of the remittance is enclosed herewith.

Client's central file No. is ▆6097, under which there are 12 accounts and 2 golden Visa cards. He is one of the distinguished clients. His bank accounts opening documents are enclosed herewith.
[*Handwritten Signature*]

    Kindest regards,
    Saleh bin Mansour al Jarbu
    [*Handwritten Signature*]
    Director of Legal Affairs Division

[*Bilingual Text*]
Head Office: Riyadh, Kingdom of Saudi Arabia – P.O. Box 28 Postal Code 11411 – Tel. No. 4601000 – Telex No. 406317 Fax No. 40600922

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039329

AL RAJHI BANKING & INVESTMENT CORP.        شركة الراجحي المصرفية للإستثمار

الرقم : ١٥٩٤/س.م.ق/٤.ج/٢٠٠٤
التاريخ : ١٤٢٣/٠٥/٢٤هـ — ٢٠٠٢/٠٨/٠٣م

المكرم / مدير ادارة التفتيش البنكي
مؤسسة النقد العربي السعودي
الاستاذ / علي بن محمد الغيــث    ــ المحترم

السلام عليكم ورحمة الله وبركاته ،،،

إشارة الى كتابكم رقم م/أت/٤٠٤٦ بتاريخ ٢٧/ربيع الثاني/١٤٢٣هـ وبخصوص الاستفسار عن حوالات اضيفت لحساب المدعو / عمر أحمد مصطفى البيومي بأمريكا نود افادتكم بالاتي :-

١. الحوالة الاولى :-
بمبلغ ٥٠٠٠ دولار امريكي في ٢٠٠٠/٢/٨م لامر المذكور كطلب العميل / محمد عبدالعزيز الحبيب خصمت من حسابه رقم ▇ بفرع الديرة مرفق صورة الحوالة .

٢. الحوالة الثانية :-
بمبلغ ٥٣٣٣ دولار امريكي في ٢٠٠١/٤/١٥م لامر المذكور كطلب العميل / محمد عبدالعزيز الحبيب خصمت من حسابه رقم ▇ بفرع حي السلام مرفق صورة الحوالة .

٣. الحوالة الثالثة :-
بمبلغ ١٣٠٠٠ دولار امريكي في ٢٠٠١/٤/٨م لامر المذكور اعلاه وكطلب العميل / محمد عبدالعزيز الحبيب خصمت من حسابه رقم ▇ بفرع حي السلام مرفق صورة الحوالة .

العميل ملفه المركزي رقم ٦٠٩٧ وتحته تندرج عدد ١٢ حساب و ٢ بطاقة فيزا ذهبية وهو من العملاء المميزين وتجدون مرفق طيه مسوغات فتح الحسابات الخاصة به .

وتقبلوا التحية ،،،

صالح بن منصور الجربــوع
مدير ادارة الشـــئون القانونية

المركز الرئيسي : الرياض - المملكة العربية السعودية - ص . ب ٢٨ - الرمز البريدي ١١٤١١ - هاتف رقم ٤٦٠١٠٠٠ - تلكس رقم ٤٠٦٣١٧ - فاكس رقم ٤٦٠٠٩٢٢
Head Office: Riyadh, Kingdom of Saudi Arabia - P.O. Box 28 - Postal Code 11411 - Tel. No. 4601000 - Tlx. No. 406317 - Fax. No. 4600922

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039329



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 39329

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                    **Date**: 09/25/2023