# Exhibit 168

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**AL RAJHI BANKING & INVESTMENT CORP.**

CUSTOMER ADVISE FOR BANKING TRANSACTIONS

| 44900 – Hai AL-Salam | 30503417 | Cash 7 | 15/04/01 | 82 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| 88/2 ▇▇ 324 – SAR 20,025.41 – 15/4/2001 – SAR 20,025.41 – الشيخ محمد عبدالعزيز |
| 88/2 ▇▇ 908 – SAR 65.00 – 15/4/2001 – SAR 65.00 – الشيخ محمد عبدالعزيز الراجحي |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 5,333.00 |
| | Payment order of USD 5,333.00 debiting SAR 20,025.41 – Hai AL-Salam – Current Account (CR) |
| | Payment Order USD 5,333.00 equivalent SAR 20,025.41 exchange rate used 3.754999 |
| | Remitter SK MOHD ABDUL AZIZ ALHABIB |
| | Beneficiary OMAR A. AL-BAYOUMI A/C ▇▇▇▇3926 BANK OF AMERICA ROUTING ▇▇▇▇0882 |
| | NO.121000358 SWIFT BOFAUS6S, 6801 EL CAJON BLVD SANDIEGO |
| | Correspondent CHASE MANHATTAN BANK NEW YORK ▇▇▇▇7794 |
| | Reference number: 00000000032 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 65.00 |
| | Payment order of SAR 65.00 debiting Hai AL-Salam – Current Account (CR) – ▇▇▇▇08S2 |

Total amount: SAR 20,090.41

Page 1 of 1

TELLER'S SIGNATURE
Transaction time: 15/04/01 07:29:23 PM

BRANCH STAMP

Form No. 51/T

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013761

Remitter AL SHEIKH ABDULAZIZ M. AL HABIB ████0882
Beneficiary OMAR A. AL-BAYOUMI. BANK OF AMERICA ROUTING ████0358
SWIFT BOFAUS6S    6801 EL CAJON BLVD SANDIEGO    CA    A/C ████3926
Correspondent CHASE MANHATTAN BANK NEW YORK ████7794
Reference number: 00000000030 BESCC: 0
Foreign Payment Order Fees – SAR 65.00
Payment order of SAR 65.00 debiting Hai AL-Salam – Current Account (CR) – ████0882

ARB-00013762

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

# AL RAJHI BANKING & INVESTMENT CORP.

**CUSTOMER ADVICE FOR BANKING TRANSACTION(S)**

| 44900 – Hai AL–Salam | 32100769 | Cash 5 | 08/04/01 | 63 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | | Description |
|---|---|---|
| ▊▊▊324 | SAR 48,814.99   8/4/2001   SAR 48,814.99 | الشيخ محمد عبدالعزيز الحبيب |
| ▊▊▊908 | SAR 65.00 – 8/4/2001 – SAR 65.00 | الشيخ محمد عبدالعزيز الحبيب |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 13,000.00<br>Payment order of USD 13,000.00 debiting SAR 48,814.99 – Hai AL-Salam – Current Account (CR)<br>Payment Order USD 13,000.00 equivalent SAR 48,814.99 exchange rate used 3.754999<br>Remitter AL SHEIKH ABDULAZIZ M. AL HABIB<br>Beneficiary OMAR A. AL-BAYOUMI.  BANK OF AMERICA ROUTING 121000358 ▊▊▊0882<br>SWIFT BOFAUS6S  6801 EL CAJON BLVD SANDIEGO  CA A/C ▊▊▊3926<br>Correspondent CHASE MANHATTAN BANK NEW YORK ▊▊▊7794<br>Reference number: 00000000030 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 65.00<br>Payment order of SAR 65.00 debiting Hai AL-Salam – Current Account (CR) – ▊▊▊0882 |

TELLER'S SIGNITURE _____

Total amount    SAR 48,879.9▊

Transaction time BRANCH STAMP 5.52M       Page 1 of ▊

Form No. 51/T       ARB-00013767

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York