# Exhibit 169

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

Saudi Arabian Monetary Authority
Head Office: Riyadh

Banking Inspection Division
No. 16603/M.A.T./6969

Date: 09/06/1423 AH
Corresponding: (November 11, 2002 AD)
Attachments:

Confidential/Urgent

His Excellency Director General
Al Rajhi Banking & Investment Corp.
General Management – Riyadh

Greetings,
We have information that Omar Ahmed Mostafa al Bayoumi, a Saudi citizen according to Personal ID No. 14, had received some remittances at his Bank of America account from Saudi American Bank. The information about remittances is as follows:

Following is a list of wire transfers involving Al-Bayoumi:

1- Sending Bank:       Al-Rajhi Banking & Investment Co.
   Date:               February 9, 1999
   Amount:             $4,985.00 (US)
   Sender's reference #:   [redacted]-39JS
   Possible Account #:     [redacted]-7794

2- Sending Bank:       Al-Rajhi Banking & Investment Co.
   Date:               April 17, 2001
   Amount:             $5,314.00 (US)
   Sender's reference #:   [redacted]-05FS
   Possible Account #:     [redacted]-7794

3- Sending Bank:       Al-Rajhi Banking & Investment Co.
   Date:               April 17, 2001
   Amount:             $12,985.00 (US)
   Sender's reference #:   [redacted]-98JS
   Possible Account #:     [redacted]-7794

[**SEAL**: *Internal Audit Division*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013754

Saudi Arabian Monetary Authority
Head Office: Riyadh

Banking Inspection Division  Date:
No.  Corresponding:
　  Attachments:

Requirements:

1- Obtain all available information regarding the bank accounts from which AL-Bayoumi received the wire transfers. That information should include:
   A. Details of the wire transfers.
   B. Name and biographical information on the account holders>
   C. Other accounts into which the account holder wire transferred money.
   D. The source of the money in the account (salary, donations, deposited from other person....ext).
   E. Copies of deposit items, checks written, other wire transfers.
   F. Signature cards.
   G. Other related accounts.
   H. Credit, debit, and teller machine cards associated with the accounts.

Kindest regards,
Director of Banking Inspection Division
Ali bin Mohamed al Ghaith
[*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013755

مؤسسة النقد العربي السعودي

المركز الرئيسي - الرياض

إدارة التفتيش البنكي

الرقم: ٣٠٦٦/ج/م/ ٧٩٧٩

التاريخ: ٢ رجب ١٤٢٢
الموافق: ..................
المرفقات: ..................

سري/عاجل

سعادة المدير العام المحترم
شركة الراجحي المصرفية للإستثمار
الإدارة العامة - الرياض

بعد التحية،

توفرت لدينا معلومات بأن المدعو/ عمر أحمد مصطفى البيومي سعودي الجنسية بموجب بطاقة أحوال رقم ١٠٣٦٦٣٩٥١٤ قد تلقى عدة حوالات برقية مالية على حسابه في بنك أمريكا من البنك السعودي الأمريكي. المعلومات عن الحوالات كالآتي:

Following is a list of wire transfers involving Al-Bayoumi:

1-   Sending Bank:   Al-Rajhi Banking & Investment Co.
    Date:   February 9, 1999
    Amount:   $4,985.00 (US)
    Sender's reference #:   [REDACTED]-39JS
    Possible Account #:   [REDACTED]-7794

2-   Sending Bank:   Al-Rajhi Banking & Investment Co.
    Date:   April 17, 2001
    Amount:   $5,314.00 (US)
    Sender's reference #:   [REDACTED]-05FS
    Possible Account #:   [REDACTED]-7794

3-   Sending Bank:   Al-Rajhi Banking & Investment Co.
    Date:   April 17, 2001
    Amount:   $12,985.00 (US)
    Sender's reference #:   [REDACTED]-98JS
    Possible Account #:   [REDACTED]-7794

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013754

مؤسسة النقد العربي السعودي
المركز الرئيسي : الرياض

إدارة التفتيش البنكي

الرقم : ..................
التاريخ : ..................
الموافق : ..................
المرفقات : ..................

Requirements:

1- Obtain all available information regarding the bank accounts from which AL-Bayoumi received the wire transfers. That information should include:
   A. Details of the wire transfers.
   B. Name and biographical information on the account holders>
   C. Other accounts into which the account holder wire transferred money.
   D. The source of the money in the account (salary, donations, deposited from other person….ext).
   E. Copies of deposit items, checks written, other wire transfers.
   F. Signature cards.
   G. Other related accounts.
   H. Credit, debit, and teller machine cards associated with the accounts.

وتقبلوا تحياتي ، ، ،

مدير إدارة التفتيش البنكي

علي بن محمد الغيث

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013755



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 13754-13755

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*      **Date**: 09/25/2023