IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| | ORAL ARGUMENT REQUESTED |
| *This document relates to:* | |
| *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.,* No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.,* No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.,* No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.,* No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-06123; *Fraser, et al. v. Al Qaeda Islamic Army, et al.,* No. 17-cv-07317; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.,* No. 17-cv-08617. | |

**DECLARATION OF NICOLE ERB IN SUPPORT OF
<u>AL RAJHI BANK'S REPLY MEMORANDUM OF LAW</u>**

I, Nicole Erb, declare as follows:

1. I am an active member in good standing of the bar of New York and a Partner in the law firm of White & Case LLP. I am counsel for Defendant Al Rajhi Bank in the above-captioned matter. I have personal knowledge of the facts set forth herein.

–2–

    2.    I submit this declaration in connection with Al Rajhi Bank's Reply Memorandum of Law in Support of Its Renewed Motion to Dismiss.

    3.    Attached as Exhibit 94 is a true and correct copy of the United States Commission on International Religious Freedom's profile of Salman al-Ouda, obtained from https://www.uscirf.gov/religious-prisoners-conscience/forb-victims-database/salman-al-ouda on September 26, 2024.

    4.    Attached as Exhibit 95 is a true and correct copy of the Deposition Transcript of Aimen Dean, dated February 8, 2024, and the Errata, dated April 11, 2024.

    5.    Attached as Exhibit 96 is a true and correct copy of the Deposition Transcript of Robert S. Pasley, dated January 31, 2024, and the Errata, dated March 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2024.

                                                        /s/ *Nicole Erb*
                                                        Nicole Erb