# Al Rajhi Bank
# Ex. 95

This Transcript Contains Confidential Material

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2

     IN RE: TERRORIST ATTACKS ON       )
 3   SEPTEMBER 11, 2001                 )
                                        )
     _____ )
 4   Underwriting Members of Lloyd's    )
     Syndicate 2, et al., v.            )
 5   Al Rajhi Bank, et al.,             )  03 MDL 1570
     No. 16-cv-07853                    )  (GBD) (SN)
 6                                      )
     Addesso, et al. v. Kingdom of      )  ECF Case
 7   Saudi Arabia, et al.,              )
     No. 16-cv-09937                    )
 8                                      )
     Aguilar, et al. v. Kingdom of      )
 9   Saudi Arabia, et al.,              )
     No. 16-cv-09663                    )
10                                      )
     Hodges, et al. v. Kingdom of       )
11   Saudi Arabia, et al.,              )
     No. 17-cv-00117                    )
12                                      )
     Aiken, et al. v. Kingdom of        )
13   Saudi Arabia, et al.,              )
     No. 17-cv-00450                    )
14                                      )
     Charter Oak Fire Insurance Co.,    )
15   et al. v. Al Rajhi Bank, et        )
     al., No. 17-cv-02651               )
16                                      )
     Abarca, et al. v. Kingdom of       )
17   Saudi Arabia, et al.,              )
     No. 17-cv-03887                    )
18                                      )
     Arrowood Indemnity Co., et al.     )
19   v. Kingdom of Saudi Arabia, et     )
     al., No. 17-cv-03908               )
20                                      )
     Abedhajajreh, et al. v. Kingdom    )
21   of Saudi Arabia, et al.,           )
     No. 17-cv-06123                    )
22                                      )
     Muenchener                         )
23   Rueckversicherungs-Gesellschaft    )
     Aktiengesellschaft in Muenchen,    )
24   et al. v. Kingdom of Saudi         )
     Arabia, et al.,                    )
25   Case No. 17-cv-07914               )

                                        )
```

1   Abbate, et al. v. Kingdom of        )
    Saudi Arabia, et al.,               )
2   No. 17-cv-08617                     )

3

                THURSDAY, FEBRUARY 8, 2024
4
       THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL
5

6                         -  -  -

7               Remote videotaped deposition of

8    Aimen Dean, held at the location of the

9    witness in Saudi Arabia, commencing at

10   2:31 p.m. Arabia Standard Time, on the above

11   date, before Carrie A. Campbell, Registered

12   Diplomate Reporter, Certified Realtime

13   Reporter, Illinois, California & Texas

14   Certified Shorthand Reporter, Missouri,

15   Kansas, Louisiana & New Jersey Certified

16   Court Reporter.

17                         -  -  -

18
                GOLKOW LITIGATION SERVICES
19                     877.370.DEPS
                     deps@golkow.com
20

21

22

23

24

25

This Transcript Contains Confidential Material

```
 1        R E M O T E    A P P E A R A N C E S :

 2

 3
          COZEN O'CONNOR P.C.
 4        BY:   SEAN P. CARTER
                scarter1@cozen.com
 5              SCOTT TARBUTTON
                starbutton@cozen.com
 6        1650 Market Street, Suite 2800
          Philadelphia, Pennsylvania  19103
 7        (215) 665-2000
          Counsel for Lloyd's Syndicate 2 and
 8        Muenchener Plaintiffs

 9

10        SHEPS LAW GROUP
          BY:   ROBERT C. SHEPS
11              rsheps@shepslaw.com
          25 High Street
12        Huntington, New York  11743
          (631) 249-5600
13        Counsel for Charter Oak Plaintiff

14

15        WHITE & CASE LLP
          BY:   REUBEN SEQUEIRA
16              rsequeira@whitecase.com
                CHRISTOPHER M. CURRAN
17              ccurran@whitecase.com
                NICOLE ERB
18              nerb@whitecase.com
                MICHAEL MAHAFFEY
19              michael.mahaffey@whitecase.com
          701 Thirteenth Street, NW
20        Washington, DC  20005-3807
          (202) 626-3600
21        Counsel for Al Rajhi Bank

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1      JONES DAY
        BY:  LESLEY E. ROE
 2           lroe@jonesday.com
        51 Louisiana Avenue, N.W.
 3      Washington, D.C.  20001-2113
        (202) 879-3939
 4      Counsel for Dubai Islamic Bank


 5


 6      LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
        BY:  AISHA E.R. BEMBRY
 7           aisha.bembry@lbkmlaw.com
             SUMAYYA KHATIB
 8           sumayya.khatib@lbkmlaw.com
             E. JON A. GRYSKIEWICZ
 9      1101 New York Avenue, NW, Suite 1000
        Washington, D.C.  20005
10      (202) 833-8900
        Counsel for The Muslim World League,
11      the International Islamic Relief
        Organization
12


13
        GOETZ & ECKLAND
14      BY:  FREDERICK J. GOETZ
             fgoetz@goetzeckland.com
15      615 1st Avenue NE, Suite 425
        Minneapolis, Minnesota  55413
16      (612) 874-1552


17
        and
18


19      THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
        BY:  OMAR T. MOHAMMEDI
20           omohammedi@otmlaw.com
             MUSTAPHA NDANUSA
21           mndanusa@otmlaw.com
        233 Broadway, Suite 801
22      New York, New York  10279
        (212) 725-3846
23      Counsel for World Assembly of Muslim
        Youth
24


25
```

This Transcript Contains Confidential Material

```
 1          SALERNO & ROTHSTEIN
            BY:  PETER C. SALERNO
 2               peter.salerno.law@gmail.com
                 AMY ROTHSTEIN
 3               amyrothsteinlaw@gmail.com
            221 Schultz Hill Road
 4          Pine Plains, New York  12567
            (518) 771-3050
 5          Counsel for Yassin Kadi

 6

 7      ALSO PRESENT:

 8          RAYMOND RIVERA, staff, Cozen
            O'Connor
 9
            MYA KLAGGER, Law Clerk, White & Case
10
            ABDULRAHMAN AL MUSSAED, foreign
11          litigation department, Al Rajhi Bank

12

13      TRIAL TECHNICIAN:
                GINA VELDMAN, Precision Trial Services
14

15
        VIDEOGRAPHER:
16          DAVID LANE,
            Golkow Litigation Services
17
                          - - -
18

19

20

21

22

23

24

25
```

```
 1                         INDEX

 2                                            PAGE

 3      APPEARANCES.................................    3

 4      EXAMINATIONS

 5        BY MR. CARTER.............................    9

 6        BY MR. SEQUEIRA........................... 317

 7        BY MR. CARTER............................. 320

 8

 9                       EXHIBITS

10       No.   Description                        Page

11        1    "Nine Lives, My Time as MI6's        58
               Top Spy Inside al-Qaeda," Aimen
12             Dean, Paul Cruickshank and Tim
               Lister
13
          2    The 9/11 Commission Report, page    148
14             56, page 467, Notes to Chapter 2

15        3    June 19, 2008, "Treasury           173
               Designates Al Haramain Islamic
16             Foundation"

17        4    Government's Evidentiary Proffer    209
               Supporting the Admissibility of
18             Coconspirator Statements,
               PEC-KSA-002014 - PEC-KSA-002114
19
          5    "Islamic International Brigade      217
20             (IIB)"

21        6    The 9/11 Commission Report, page    237
               58, page 467, Notes to Chapter 2
22
          7    "The Kingdom of Saudi Arabia and   294
23             Counterterrorism"

24

25
```

```
1              PREVIOUSLY MARKED EXHIBITS

2      No.         Description                    Page

3      Pasley 3    Expert Report of Jonathan M.   104
                   Winer, Relating to:
4                  Underwriting Members of
                   Lloyd's Syndicate 2, et al.,
5                  v. ARB, et al, No 16-cv-07853

6      Lormel 18   June 2, 2004, "Additional      178
                   Al-Haramain Branches, Former
7                  Leader Designated by Treasury
                   as Al Qaida Supporters,
8                  Treasury Marks Latest Action
                   in Joint Designation with
9                  Saudi Arabia"

10     ARB 28      August 3, 2006, "Treasury      181
                   Designates Director, Branches
11                 of Charity Bankrolling Al
                   Qaida Network"
12
       Lormel 9    "Redacted Assessment of Saudi  192
13                 Arabian Support to Terrorism
                   and the Counterintelligence
14                 Threat to the United States,
                   EO14040-003414 -
15                 EO14040-003442

16     Lormel 17   Transcript of Hearing before   281
                   the Subcommittee on
17                 Counterterrorism and
                   Intelligence of the Committee
18                 on Homeland Security, House
                   of Representatives, 112th
19                 Congress, Second Session,
                   May 18, 2012
20

21        (Exhibits attached to the deposition.)

22     CERTIFICATE................................  325

23     ACKNOWLEDGMENT OF DEPONENT.................  327

24     ERRATA.....................................  328

25     LAWYER'S NOTES.............................  329
```

This Transcript Contains Confidential Material

```
 1                    VIDEOGRAPHER:   We are now on
 2           the record.   My name is David Lane,
 3           videographer for Golkow Litigation
 4           Services.
 5                    Today's date is February 8,
 6           2024.   Our time on the record is
 7           2:31 p.m.
 8                    This remote deposition is
 9           taking place in the matter of
10           Terrorist Attacks on September 11,
11           2001, MDL Number 1570.
12                    Our deponent today is Aimen
13           Dean.
14                    All parties to this deposition
15           are appearing remotely and have agreed
16           to the witness being sworn in
17           remotely.
18                    Due to the nature of remote
19           reporting, please pause briefly before
20           speaking to ensure all parties are
21           heard completely.
22                    Our counsel will be noted on
23           the stenographic record.
24                    The court reporter today is
25           Carrie Campbell, who will now swear in
```

This Transcript Contains Confidential Material

```
 1          our witness.

 2

 3                    AIMEN DEAN,

 4     of lawful age, having been first duly sworn

 5     to tell the truth, the whole truth and

 6     nothing but the truth, deposes and says on

 7     behalf of the Plaintiffs, as follows:

 8

 9               VIDEOGRAPHER:  Please begin.

10

11               DIRECT EXAMINATION

12     QUESTIONS BY MR. CARTER:

13          Q.    Good afternoon, I guess, in

14     Saudi Arabia, Mr. Dean.

15               MR. SEQUEIRA:  Sean, should we

16          make our appearances on the record?

17               MR. CARTER:  Okay.  They had --

18          they had mentioned that they were

19          being made on the stenographic record,

20          but sure.

21               I'm Sean Carter from Cozen

22          O'Connor.  With me is my colleague

23          Scott Tarbutton, and we represent

24          plaintiffs.

25               MR. SEQUEIRA:  And this is
```

```
 1          Reuben Sequeira of White & Case for
 2          Al Rajhi Bank and witness.
 3                I'm joined in the room by my
 4          colleagues Christopher Curran, Nicole
 5          Erb, Mya Klagger.  My colleague
 6          Michael Mahaffey is appearing
 7          virtually.
 8                We also have in the room a
 9          representative from the Al Rajhi Bank
10          legal department, Abdulrahman Al
11          Mussaed.
12                And actually, Sean, before you
13          get started with questions, I do have
14          a couple of matters to cover off on
15          the record.
16                First, based on our
17          stipulation, we're informing you
18          pursuant to Rule 26(a)(2)(b) and
19          Rule 26(b)(4)(c) that for Mr. Dean's
20          study and testimony in this case, his
21          total compensation amounts to
22          approximately $435,500, and that
23          reflects 26 point -- 264.5 hours of
24          work preparing his report and another
25          171 hours preparing for this
```

This Transcript Contains Confidential Material

```
 1        deposition.  All that's billed at a
 2        rate of $1,000 per hour.
 3             Second matter I wanted to bring
 4        to your attention is a correction to
 5        Mr. Dean's required disclosures under
 6        Rule 26(a)(2)(b).  Mr. Dean did
 7        publish a book with two coauthors in
 8        2018, which it appears you're familiar
 9        with, that's entitled "Nine Lives."
10             And finally, I wanted to let
11        you know that Mr. Dean has in front of
12        him unmarked copies of the reports,
13        expert reports, of Jonathan Winer,
14        Evan Kohlmann, and he also has an
15        unmarked copy of his own report in
16        front of him.
17             And I guess with that, I guess
18        one other point to bring up is if
19        there are any other representatives of
20        parties on the call, if they could
21        identify themselves for the record, I
22        would appreciate that.
23             MR. SHEPS:  This is Robert
24        Sheps.  I represent certain plaintiffs
25        in the case as well from the Sheps Law
```

This Transcript Contains Confidential Material

```
 1          Group.   Thank you.

 2                 MS. BEMBRY:  Good morning.

 3          This is Aisha Bembry from Lewis Baach

 4          Kaufmann Middlemiss.  Also on the line

 5          from my office is Sumayya Khatib.  We

 6          represent the Muslim World League,

 7          IIRO and certain charity officials.

 8                 MR. GOETZ:  Good morning.

 9          Frederick Goetz, Goetz & Eckland,

10          World Assembly of Muslim Youth, and

11          Mustapha Ndanusa is also on the call

12          from OTM Law.

13                 MR. SEQUEIRA:  Anybody else?

14                 All right, Sean, go ahead.

15  QUESTIONS BY MR. CARTER:

16          Q.    So back to where we were,

17  Mr. Dean, good afternoon in Saudi Arabia.

18          A.    Good afternoon.

19          Q.    Mr. Dean, you're aware that we

20  are here today to take your testimony in

21  litigation arising from the September 11th

22  attacks.

23                 Correct?

24          A.    Yes, I'm aware.

25          Q.    Are you also aware that the
```

This Transcript Contains Confidential Material

1    plaintiffs in the litigation include

2    commercial parties that suffered financial

3    losses as a result of the attacks as well as

4    individuals who suffered personal injuries or

5    deaths as a result of the attacks?

6          A.    Yes, I'm aware.

7          Q.    And you have been offered in

8    this litigation as an expert on behalf of

9    Al Rajhi Bank.

10               Correct?

11         A.    Yes.

12         Q.    Mr. Dean, have you ever served

13   as an expert in litigation prior to this

14   engagement?

15         A.    No.

16         Q.    Have you ever given a

17   deposition before?

18         A.    No.

19         Q.    Have you ever testified at a

20   trial before?

21         A.    No.

22         Q.    Just so you have some

23   familiarity with the process, the court

24   reporter will be taking down my questions and

25   your answers in a transcript of our

This Transcript Contains Confidential Material

```
 1    conversation.  To assist her in doing her

 2    job, it's important that you wait for me to

 3    finish my question before you begin to

 4    answer, and that I extend the same courtesy

 5    and wait for you to finish your answer before

 6    starting the next question.

 7              Does that sound fair?

 8        A.    Yes, of course.

 9        Q.    To the extent that you need a

10    break at any time today, just let us know,

11    and we'll discuss with your counsel an

12    appropriate time to do that.

13        A.    Thank you.

14        Q.    Another rule of the road here,

15    the court reporter can't take down any

16    gestures or nods of the head, so it's

17    important for you to verbalize all of your

18    answers.

19              Is that understood?

20        A.    Understood.

21        Q.    And you're aware that you're

22    under oath today and that you're required to

23    provide full and complete testimony in

24    response to all of my questions?

25        A.    Yes, I am aware.
```

This Transcript Contains Confidential Material

```
1          Q.      To the extent that you have
2     some information that is responsive to my
3     question, can I count on you to provide that
4     information, even if you don't know every bit
5     of information that might be responsive?
6          A.      Yes.
7          Q.      Mr. Dean, you're presently in
8     Saudi Arabia?
9          A.      Yes, I am.
10         Q.      Do you reside in Saudi Arabia?
11         A.      No.
12         Q.      Where do you reside?
13         A.      I reside in Dubai, in the
14    United Arab Emirates.
15         Q.      And how long have you resided
16    in Dubai?
17         A.      Two years.
18         Q.      And before that, where did you
19    live?
20         A.      The United Kingdom.
21         Q.      And for how long did you reside
22    in the United Kingdom before moving to the
23    UAE?
24         A.      Three years.
25         Q.      And prior to living in the
```

This Transcript Contains Confidential Material

```
1    United Kingdom, where did you live?

2         A.    Ireland.

3         Q.    How long did you reside in

4    Ireland?

5         A.    Two years.

6         Q.    And before the period where you

7    lived in Ireland, where did you live?

8         A.    The United Arab Emirates.

9         Q.    For how long?

10        A.    Six years.

11        Q.    And before that stint in the

12   United Arab Emirates, where did you live?

13        A.    The United Kingdom.

14        Q.    For how long were you in the

15   United Kingdom during that period?

16        A.    14 years.

17        Q.    Mr. Dean, have you ever been to

18   the United States?

19        A.    Yes.

20        Q.    When?

21        A.    On four occasions.

22   September 2015, July 2018, March 2019 and

23   September 2021.

24        Q.    What was the purpose of those

25   visits?
```

```
 1          A.      In 2015, I was invited by the
 2    executive leadership of ExxonMobil to provide
 3    counter-radicalism and counter-extremism and
 4    counter-violent terrorism course lasting for
 5    five days.  That was the purpose of the visit
 6    in September of 2015.
 7          Q.      What about the others?
 8          A.      The purpose of the visit in --
 9    let me remember.  So the purpose of the visit
10    in June -- I'm sorry, in July of 2018 was for
11    the launch of the book.  So that was the
12    launch of my autobiography, Nine Lives.  So
13    the launch was in both International Spy
14    Museum in DC and in New York.
15                  In -- sorry.
16          Q.      And when you referred to your
17    book Nine Lives, that is the book you
18    coauthored with Tim Lister and Paul
19    Cruickshank?
20          A.      Yes.
21          Q.      Continue.  You were about to
22    tell me about your next visit to the United
23    States.
24          A.      Yes.
25                  March 2019 was an invitation
```

This Transcript Contains Confidential Material

```
 1    from both West Point military college in

 2    order to give a lecture to the cadets there,

 3    and also to the New York Police Department to

 4    talk about -- a lecture -- a lecture,

 5    basically, on counterterrorism finance.  That

 6    was in March of 2019.

 7         Q.     Were there any written

 8    materials provided in relation to the lecture

 9    you gave at that time?

10         A.     I did not provide any written

11    materials at that time.  It was mainly

12    PowerPoint presentation.

13         Q.     Continue.  There was another

14    visit, I believe, in 2021.

15         A.     That was in September of 2021,

16    and it was at the invitation of the FBI.

17         Q.     What was the subject of that

18    invitation?

19         A.     I'm afraid I'm not at liberty

20    to discuss or to divulge the purpose of the

21    visit.

22         Q.     Did you meet with anyone during

23    that trip besides representatives of the FBI?

24         A.     Only my business partner, Paul

25    Cruickshank.
```

This Transcript Contains Confidential Material

```
 1          Q.     Was the visit with the FBI
 2    pursuant to an engagement of the consulting
 3    firm that you operate with Mr. Cruickshank?
 4          A.     No.
 5          Q.     What is the basis of your
 6    understanding that you're not permitted to
 7    disclose to us any details concerning that
 8    visit?
 9          A.     The understanding that I have
10    reached with those who invited me, that I'm
11    not supposed to divulge the nature of the
12    visit and what I'm supposed to do with them.
13          Q.     Was there any other party
14    involved in arranging that visit with the
15    FBI?  For instance, another security service?
16          A.     No.
17          Q.     You mentioned your book a
18    minute ago.
19                 Have you authored any other
20    publications during the last ten years?
21          A.     Public publications in 2013,
22    I've authored an article with two colleagues
23    regarding terrorism finance.
24          Q.     What was the name of that
25    article?
```

This Transcript Contains Confidential Material

```
 1        A.      It is looking into the question
 2   of terrorism finance as it was taking place.
 3   It's all about, you know, draining the --
 4   draining the swamp, as we were calling it at
 5   that time.
 6             MR. SEQUEIRA:  Sean, just to
 7        clarify, that article was published
 8        prior to ten years before the
 9        submission of his report.
10             MR. CARTER:  Understood,
11        Reuben.
12   QUESTIONS BY MR. CARTER:
13        Q.      Is the name of that article
14   "Draining the Ocean to Catch One Type of
15   Fish"?
16        A.      Yes.
17        Q.      I had information indicating
18   that article may have been published in 2018.
19             Is it your understanding that
20   it was published in 2013?
21        A.      Indeed, yes.
22        Q.      Do I understand that you've not
23   authored any other publications in the last
24   ten years?
25        A.      Yes.  No other publications
```

This Transcript Contains Confidential Material

```
 1    apart from the book.
 2          Q.    Okay.  And aside from the
 3    article that you wrote in 2013 with two other
 4    authors, have you published any other
 5    articles in the area of terrorism finance?
 6          A.    No.
 7          Q.    So the sum total of your public
 8    writings on the issue of terrorism financing
 9    would consist of the article you wrote with
10    two other authors in 2013 and any portions of
11    your book that could be said to discuss
12    terrorism financing.
13                Correct?
14                MR. SEQUEIRA:  Objection.
15          Vague.
16                You may answer the question.
17                THE WITNESS:  Yes, because most
18          of the knowledge I impart is mostly
19          due -- is mostly through lectures,
20          seminars, webinars, and training
21          sessions.
22    QUESTIONS BY MR. CARTER:
23          Q.    You have a podcast.
24                Correct?
25          A.    Yes.
```

This Transcript Contains Confidential Material

```
 1          Q.      Do you recall whether you've
 2    ever dedicated an episode of your podcast to
 3    terrorism financing issues?
 4          A.      I remember dedicating parts of
 5    some of the episodes that talk about this,
 6    yes.
 7          Q.      But you don't recall any
 8    particular podcast episode that was dedicated
 9    to this subject specifically?
10          A.      Specifically, no.
11          Q.      In your report, you talk a bit
12    about your expertise concerning aspects of
13    Islam.
14                  Are you familiar with those
15    aspects of your report?
16          A.      Yes.
17                  Can you please point me to that
18    section of my report, please?
19          Q.      Well, there's various sections
20    of your report.
21          A.      Such as?
22          Q.      On page 5 --
23          A.      Yeah.
24          Q.      -- you say, "I continue to
25    advise on the theological underpinnings of
```

This Transcript Contains Confidential Material

```
 1   violent extremist groups.  Training seminars
 2   I currently offer include workshops on Modern
 3   Islamic Fundamentalism and Violent Extremism
 4   in which I educate governments, NGOs,
 5   corporate security practitioners and
 6   academics on the five modern strands of
 7   Islamic fundamentalism."
 8             You then reference Wahhabism,
 9   Deobandism, the Muslim Brotherhood,
10   Willatat-e-Faqih and Hezbul Tahrir.
11             Correct?
12        A.    Yes.
13        Q.    And there are other areas of
14   your report where you discuss the idealogical
15   motivations for al-Qaeda's terrorism as well
16   as for the conflicts in Bosnia, Chechnya and
17   elsewhere.
18             Correct?
19        A.    Can you point me to that
20   section, please?
21        Q.    Well, Mr. Dean, you wrote the
22   report.  I'm just asking whether you're
23   familiar with the fact that you purport to
24   address those issues in that report.
25        A.    The issues of al-Qaeda being
```

This Transcript Contains Confidential Material

1     present in -- sorry, I can't follow.

2           Q.     Mr. Dean, do you recall whether

3     your report includes a discussion of the

4     idealogical underpinnings of al-Qaeda and

5     contrast it with the idealogical

6     underpinnings for the conflicts in Bosnia and

7     Chechnya?

8           A.     Yes.

9           Q.     And your opinions there are

10    rooted, in part, in your understanding of the

11    Islamic justifications for those causes?

12          MR. SEQUEIRA:  Objection.

13          Vague.

14          But you may answer the

15          question.

16          THE WITNESS:  The answer needed

17          the context here.  It's not just only

18          rooted in my understanding of Islam

19          and Islamic laws and juris prudence

20          and creed and my education from a

21          young age, but also looking into the

22          stark idealogical and organizational

23          differences between the two based on

24          my history in all of these.

25

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:
 2         Q.     Your report also discusses the
 3    Islamic concept of jihad.
 4                Correct?
 5         A.     Yes.
 6         Q.     It also discusses the branch of
 7    Salafi Islam known as quietism.
 8                Correct?
 9         A.     Yes.
10         Q.     And your discussion about
11    quietism is based on your purported expertise
12    with regard to Islam.
13                Correct?
14                MR. SEQUEIRA:  Objection to
15         form.
16                You may answer.
17                THE WITNESS:  Not only that,
18         but also on several sources that are
19         listed in the annex, and based on
20         scholarly work done by other
21         academics.
22    QUESTIONS BY MR. CARTER:
23         Q.     Like who?
24         A.     Will McCant and -- Will McCant
25    and Jacob Olidort and also Patrick French.
```

This Transcript Contains Confidential Material

```
 1        Q.     Any others?

 2        A.     Well, also, like, I mean,

 3   talking about this, I would like to include

 4   Shiraz Maher.

 5        Q.     Have you published any articles

 6   yourself on quietism?

 7        A.     No.

 8        Q.     Do you discuss quietism at all

 9   in your book?

10        A.     In the book, I discuss quietism

11   as part of being -- you know, part of the

12   Salafist school of thought when I was growing

13   up in Saudi Arabia.  So, yes.

14        Q.     You include specific references

15   in your book that you're aware of to

16   quietism?

17        A.     Not specific references.  It's

18   just the general idea that there is a belief

19   there that the -- that the overall aspects of

20   quietist Salafism are what is prevalent in

21   the Saudi society at that time.

22        Q.     There's no reference to the

23   word "quietist" in your book, is there?

24        A.     Not the exact word "quietist,"

25   but the character.
```

This Transcript Contains Confidential Material

```
 1        Q.      With regard to the field of
 2   Islamic studies, do you have any formal
 3   education?
 4        A.      I went through the traditional
 5   route of attending a seminary in a mosque
 6   from the age of 9 until the age 16, seven
 7   years through which I memorized the Koran.
 8   And I have taken several -- well, I read
 9   several books supervised by several
10   well-prominent -- you know, prominent and
11   well-known imams in Saudi Arabia.
12        Q.      That was part of your basic
13   education from the time you were 9 to
14   16 years old?
15        A.      It is not basic, but it is
16   rather like in the beginning of a journey.
17        Q.      And so that educational period
18   spanned from when you were 9 until you were
19   16.
20               Correct?
21        A.      And beyond.
22               Once I embarked on travels, I
23   also started the process of educating myself
24   on the rules of jihad, on the rules of
25   warfare, on the rules of finance, and also on
```

This Transcript Contains Confidential Material

```
 1    the rules of judiciary.
 2         Q.    Mr. Dean, I'm asking you about
 3    any formal education in any of those fields.
 4              Aside from the training that
 5    you described during the period that you were
 6    9 to 16, have you taken any formal course of
 7    study in Islam?
 8              MR. SEQUEIRA:  Objection to
 9         form.  Vague.
10              You may answer.
11              THE WITNESS:  Basically, even
12         though I don't have a formal education
13         in Islam, however, the majority of
14         imams are graduating through that
15         traditional route, through the mosque
16         seminaries.
17    QUESTIONS BY MR. CARTER:
18         Q.    You're aware that there are
19    universities for Islamic studies, including
20    in Saudi Arabia.
21              Correct?
22         A.    Indeed.
23         Q.    And people go to those schools,
24    and they actually graduate with degrees,
25    don't they?
```

```
 1          A.      Indeed.

 2          Q.      Do you have one of those?

 3          A.      No.

 4          Q.      Have you ever attended any

 5   university-level classes in Islam at all?

 6          A.      What do you mean by

 7   "university-level classes"?

 8          Q.      Have you ever been enrolled at

 9   a university?

10          A.      No.

11          Q.      And so you have never been

12   enrolled at a university for purposes of

13   studying Islam.

14                  Correct?

15          A.      For the purposes of studying

16   Islam to go into university, no.

17                  For the purposes of studying

18   Islam on my own and also under the

19   supervision of other instructors, yes.

20          Q.      And with regard to the

21   supervision of other instructors, that

22   included this period between 9 and 16 in

23   Saudi Arabia?

24                  MR. SEQUEIRA:  Objection.

25          Vague.
```

This Transcript Contains Confidential Material

```
1                    You may answer.

2                    THE WITNESS:  Yes, and beyond

3        that.  All the way until now.

4    QUESTIONS BY MR. CARTER:

5         Q.    With regard to the period from

6    9 to 16, you recount some of your experiences

7    in your book.

8                    Correct?

9         A.    Yes.

10        Q.    And during that time, you

11   indicate that you had a personal interest in

12   the writings of Sayyid Qutb and Dehees.

13                   Is that correct?

14        A.    Yes.

15        Q.    You were also a member of an

16   Islamic study circle.

17                   Correct?

18        A.    Yes.

19        Q.    And that Islamic study circle

20   exposed you to scholars of Islam?

21        A.    Yes.

22        Q.    And that is part of the

23   experience that you're citing with regard to

24   your background in Islamic studies.

25                   Correct?
```

This Transcript Contains Confidential Material

```
 1                    MR. SEQUEIRA:  Object to the
 2         form.
 3                    You may answer.
 4                    THE WITNESS:  That's not the
 5         only experience I have.
 6                    The experience I developed
 7         after that -- that was the foundation.
 8         What I built after that was the
 9         extensive knowledge I've gained
10         through the applied theology of jihad,
11         first, and then after that, the
12         applied theology of understanding the
13         laws and customs within the confine of
14         a nation, state.
15                    As I was being trained in -- by
16         MI5 and MI6, I was exposed to scholars
17         from Cambridge and Oxford in order to
18         hone in my Islamic studies and my
19         understanding of Islam in order to
20         become a better intelligence
21         operative, collecting intelligence on
22         behalf of the Her Majesty's government
23         at that time.
24    QUESTIONS BY MR. CARTER:
25         Q.    But who were those scholars?
```

```
 1          A.      They are part of the
 2    intelligence services, MI5 and MI6.
 3          Q.      Are you not permitted to tell
 4    me who they are?
 5          A.      I'm not at liberty to discuss
 6    who they are.
 7          Q.      During the time that you were
 8    studying Islam in Saudi Arabia between 9 and
 9    16, you recount in your book that you were
10    exposed to a scholar named Yusuf Al-Ayeri.
11              Correct?
12          A.      Yes.
13          Q.      And so that was one of the
14    scholars who were part of your Islamic
15    education during that period?
16              MR. SEQUEIRA:  Objection.
17          Vague.
18              You may answer.
19              THE WITNESS:  Yes, he was part
20          of it.
21    QUESTIONS BY MR. CARTER:
22          Q.      And you recount in your book
23    that Yusuf Al-Ayeri exposed you to a
24    particularly anti-American view of Islam.
25              Correct?
```

This Transcript Contains Confidential Material

```
 1        A.      Yes.
 2        Q.      He, among other things, told
 3   you that Pepsi stood for "pay every penny to
 4   support Israel."
 5              Correct?
 6        A.      Yes.
 7        Q.      And he suggested to you that
 8   the Smurfs were part of an insidious western
 9   campaign to undermine the fabric of Muslim
10   society?
11        A.      Yes.
12        Q.      That was part of the Islamic
13   scholarship that formed the foundation of
14   your training?
15              MR. SEQUEIRA:  Objection.
16         Vague.  Form.
17              You may answer.
18              THE WITNESS:  That was part of
19         the extracurricular that was applied
20         after the proper Islamic education
21         was -- you know, was, you know,
22         taught.
23   QUESTIONS BY MR. CARTER:
24        Q.      And Ayeri was, at that time, a
25   member of al-Qaeda, was he not?
```

This Transcript Contains Confidential Material

```
 1            A.      My recollection at that time is

 2       that he was a sympathizer.  In that

 3       particular time period, he was a sympathizer

 4       with al-Qaeda, yes.

 5            Q.      In your book, don't you recount

 6       that he was operationally involved with

 7       bin Laden as early as the period of the

 8       attack in Somalia on US troops in 1993?

 9            A.      Yes, I do.

10            Q.      And that would have been very

11       early in al-Qaeda's history?

12            A.      Yes, that would be in 1993.

13            Q.      And Ayeri had, prior to that,

14       fought in Afghanistan in the jihad against

15       the Soviet Union alongside bin Laden?

16            A.      Yes, he did.

17            Q.      And Ayeri was part of the

18       Islamic indoctrination that led you to go to

19       Bosnia to participate in jihad?

20                 MR. SEQUEIRA:  Objection.

21            Vague.  Form.

22                 You may answer.

23                 THE WITNESS:  He was part, you

24            know, of a larger process.  I would

25            say he was only one factor.
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    You mention in your book also

 3    being very interested during this period, and

 4    I'm talking about the early '90s, in the

 5    statements of Safar al-Hawali and Salman

 6    al-Odah.

 7              Correct?

 8         A.    Yes.

 9         Q.    And who were they?

10         A.    Salman al-Odah and Safar

11    al-Hawali were, I would say, clerics who had

12    outspoken views in the 19 -- late 1980s and

13    early 1990s.

14         Q.    In terms of their outspoken

15    views, was there any particular point of view

16    that they were advocacy -- advocating that

17    you can recall?

18         A.    My recollection of their form

19    of proselytizing was mostly revolving around

20    Sharia, the establishment of Sharia within

21    the Muslim world, and at the same time

22    rejection for the presence of the US forces

23    in the Arabian peninsula and at the same time

24    a revival of Islamic heritage.

25         Q.    Safar al-Hawali and Salman
```

This Transcript Contains Confidential Material

1    al-Odah were members of the Sahwa movement.

2            Correct?

3        A.      Context here.  The Sahwa

4    movement is not a monolithic movement that

5    has, you know, an organizational body with a

6    center and a leadership.  It was more of a

7    generic term given to one strand of

8    thelothism called the politically active

9    thelothism.

10       Q.      And Safar al-Hawali and Salman

11   al-Odah viewed the American troops present in

12   Saudi Arabia as infidels.

13           Correct?

14       A.      Can you please repeat the

15   question?  Sorry.

16       Q.      Salman al-Odah and Safar

17   al-Hawali referred to the American troops

18   stationed in Saudi Arabia at that time as

19   infidels.

20           Did they not?

21       A.      Yes.  The reference to them as

22   infidels implies that they were not Muslims.

23       Q.      And they advocated that the US

24   had placed the troops there as part of a

25   broader plan to reorder the Muslim world.

This Transcript Contains Confidential Material

```
 1                    Correct?

 2                    MR. SEQUEIRA:  Objection to

 3         form.

 4                    You may answer.

 5                    THE WITNESS:  I mean, the

 6         general gist of their argument was

 7         that the presence of American troops

 8         in that large number in the region was

 9         going to be a destabilizing factor,

10         from their own point of view, which

11         was not a view shared by the Saudi

12         leadership at that time.

13    QUESTIONS BY MR. CARTER:

14         Q.    Well, during that period, do

15    you believe that Salman al-Odah and Safar

16    al-Hawali were properly characterized as

17    extremists?

18                    MR. SEQUEIRA:  Objection.

19         Vague.

20                    You may answer.

21                    THE WITNESS:  They were

22         characterized as politically

23         ambitious, possibly power-hungry

24         clerics.

25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.      They were in prison, were they

 3    not?

 4         A.      Yes.

 5         Q.      Did their imprisonment have

 6    anything to do with the conflict in Bosnia?

 7         A.      My understanding, and the

 8    understanding of many of my contemporaries at

 9    the time in Saudi Arabia, that their

10    imprisonment was primarily due to seditious

11    statements that they made in regard to how

12    The Kingdom is running its affairs.

13         Q.      And that included their

14    statements about the presence of US forces on

15    Saudi soil, did it not?

16         A.      While they never advocated for

17    violence against US forces in Saudi Arabia or

18    anywhere else, for that matter, they totally,

19    based on their ideology, rejected the

20    presence of US forces in Saudi Arabia.

21         Q.      During this period of your

22    life in Saudi Arabia, was discussion of the

23    jihad in Bosnia a prominent aspect of the

24    dialogue within Saudi society?

25              MR. SEQUEIRA:   Objection.
```

This Transcript Contains Confidential Material

```
 1              Vague.  Form.
 2                    You may answer.
 3                    THE WITNESS:  What was
 4         prominent at that time was the
 5         dialogue regarding the genocide that
 6         was taking place in Bosnia at that
 7         time.  That was what was on the news.
 8         This wasn't about just the jihad
 9         happening there.  It was actually
10         about the massacres and the atrocities
11         and the humanitarian crisis.
12    QUESTIONS BY MR. CARTER:
13         Q.     Were there not calls for men to
14    travel to Bosnia to engage in jihad in
15    response to those atrocities?
16         A.     The -- if there was calls for
17    that, it would have been barely audible.  The
18    loudest voices were to donate money and to
19    help the Bosnian civilians cope with one of
20    the worst atrocities in Europe post-1945.
21                    And therefore, with authority,
22    I could state that at that time the calls for
23    jihad were barely audible.
24         Q.     Well, who was Sheikh Ibn Baz
25    during that time period?
```

```
 1          A.      He was the mufti of Saudi
 2    Arabia.
 3          Q.      And in fact, didn't the mufti
 4    of Saudi Arabia issue a specific call for
 5    jihad in Bosnia and to provide arms?
 6               MR. SEQUEIRA:  Objection.
 7          Form.  Vague.
 8               You may answer.
 9               THE WITNESS:  I'm not aware of
10          that Fatwa, with all honestly, and I
11          would love to see the references.
12    QUESTIONS BY MR. CARTER:
13          Q.      Sure.  We'll find that for you.
14               In 1994, you decided to travel
15    to Bosnia to participate in the jihad.
16               Correct?
17          A.      Yes.
18          Q.      Were you the only Saudi who
19    left The Kingdom during this period to
20    participate in jihad in Bosnia?
21          A.      I would like to offer a
22    correction, Counsel.  I'm regularly a
23    Bahraini citizen, and I've made this very
24    clear in the book.  Yes, there are other
25    people from the GCC countries who traveled to
```

This Transcript Contains Confidential Material

1    Bosnia at that time.

2         Q.    Okay.  Well, I asked you about

3    Saudi.

4               Were there other Saudis who

5    traveled to Bosnia during that time period to

6    participate in jihad?

7               MR. SEQUEIRA:  Objection.

8         Misstates what he said.

9               You may answer.

10              THE WITNESS:  Saudis

11        represented just one part of many

12        parts of other nationalities that

13        traveled to Bosnia.  The majority were

14        from north Africa or north African

15        descent who were living in western

16        Europe at that time.

17   QUESTIONS BY MR. CARTER:

18        Q.    During that time period, were

19   you exposed to any scholars -- and I'm

20   talking about the period immediately before

21   you left for Bosnia.  Were you exposed to any

22   scholars in Saudi Arabia who characterized

23   the jihad in Bosnia as a first stage of a

24   larger confrontation with the West?

25        A.    Not in Saudi Arabia, no.

This Transcript Contains Confidential Material

```
 1          Q.      What about when you were in
 2     Bosnia?
 3          A.      When I was in Bosnia, the only
 4     scholarly leadership, there was that of the
 5     Mujahideen brigade.   That's the only
 6     leadership I followed at that time.
 7          Q.      And did any of the scholarly
 8     leadership of the Mujahideen brigade convey
 9     to you that Bosnia was a first stage in a
10     broader confrontation with The West?
11          A.      No.
12                  VIDEOGRAPHER:   I'm sorry to
13          interrupt.   I think we've -- Carrie
14          Campbell just dropped out.   I just
15          wanted to make sure she's okay.
16                  We're back on the record.
17     QUESTIONS BY MR. CARTER:
18          Q.      And just to sort of track your
19     trajectory, Mr. Dean, in 1994, you left Saudi
20     Arabia at the age of 16 to join the fighting
21     in Bosnia?
22          A.      Yes, I did.
23          Q.      And you joined a contingent of
24     soldiers that was known as the Mujahideen
25     brigade, correct?
```

1        A.     Yes, initially they were

2    labeled as the Mujahideen battalion.  Near

3    the end of the war, they were, you know,

4    given the rank of a brigade.

5        Q.     Who was the leader of that

6    contingent of soldiers?

7        A.     The leadership, the overall

8    leadership, was by an Egyptian cleric named

9    Anwar Shaaban.

10       Q.     Am I correct that in your book

11   you describe Shaaban as a senior official of

12   Gama al-Islamiya?

13       A.     Yes.  I did describe him as

14   senior official of Gama al-Islamiya, yes.

15       Q.     Gama al-Islamiya is a terrorism

16   organization.

17              Correct?

18       A.     In Egypt, yes, they are

19   regarded as a terrorist organization.

20       Q.     Had Shaaban previously fought

21   in the Afghan jihad?

22       A.     As far as I'm aware, no.

23       Q.     Was there also a senior fighter

24   associated with the Mujahideen battalion

25   named Abdul Rahman al-Dosari?

```
 1                    MR. SEQUEIRA:  Objection.
 2         Form.
 3                    You may answer.
 4                    THE WITNESS:  I'm not aware of
 5         who you refer to.
 6    QUESTIONS BY MR. CARTER:
 7         Q.    He was also known as Hound or
 8    Barbarossa?
 9         A.    I'm not aware of who you refer
10    to.
11         Q.    During the time that you were
12    in Bosnia, you recount in your book being
13    present during a mass execution of captured
14    Serbs by members of the Mujahideen forces.
15                    Correct?
16         A.    Yes.
17         Q.    In your book, you indicate that
18    many of the captured Serbian individuals were
19    beheaded.
20                    Correct?
21         A.    Yes.
22         Q.    How many?
23         A.    If I recall at that time, there
24    were dozens.
25         Q.    You also indicate in your book
```

```
 1    that the beheadings were conducted with
 2    serrated hunting knives, axes and chainsaws.
 3              Correct?
 4              MR. SEQUEIRA:  Objection.
 5              Sean, this is irrelevant to his
 6        opinion and his testimony.
 7              MR. CARTER:  No, it's not.
 8              MR. SEQUEIRA:  How is this
 9        relevant?
10              MR. CARTER:  I'm going to
11        conduct the deposition, Reuben.
12    QUESTIONS BY MR. CARTER:
13        Q.    Mr. Dean, am I correct that in
14    your book you recount that the beheadings
15    that you were present for were carried out
16    using serrated hunting knives, axes and
17    chainsaws?
18        A.    Yes.
19        Q.    In your expert report, you are
20    offering opinions and statements based on
21    your firsthand experience as a jihad fighter
22    in Bosnia, aren't you?
23        A.    Yes, indeed.
24        Q.    And so it's fair to say that in
25    serving as an expert in this case for
```

This Transcript Contains Confidential Material

```
 1    Al Rajhi Bank, you are profiting directly off

 2    of your personal experience as a jihad

 3    fighter in Bosnia.

 4              Right?

 5              MR. SEQUEIRA:  Objection, Sean.

 6              You may answer the question.

 7              THE WITNESS:  Okay.  No,

 8         Counsel.  The whole idea is the fact

 9         that since I have left al-Qaeda and

10         ended up being recruited by MI5 and

11         MI6, I dedicated my life.  And in

12         fact, countless times I could have

13         faced death in order to save as many

14         lives as possible.

15              Whatever material outcome that

16         came, came after eight years of

17         baptism through fire, blood and sweat,

18         and every day could have been the end

19         for me.

20              So it wasn't that when I left

21         Bosnia I was looking for a life of

22         profiteering.  No, I wasn't.

23    QUESTIONS BY MR. CARTER:

24         Q.    You're under no obligation to

25    accept a thousand dollars an hour to provide
```

This Transcript Contains Confidential Material

```
 1    firsthand witness testimony about your

 2    experiences in Bosnia, are you?

 3         A.      It is consistent with the rate

 4    that I charge my clients.

 5         Q.      And in this case, you've

 6    decided to charge your client, Al Rajhi Bank,

 7    a thousand dollars an hour to testify about

 8    your firsthand experiences in Bosnia, which

 9    included, among other things, the beheadings

10    that you recount in your book at pages 38 and

11    39, right?

12              MR. SEQUEIRA:  Objection, Sean.

13              He didn't testify about

14         beheadings.  That's totally irrelevant

15         to his report.

16              And, Sean, this witness has

17         spent 25 years --

18              MR. CARTER:  Reuben, don't

19         testify.  Don't testify for the

20         witness.

21              MR. SEQUEIRA:  Your questions

22         are going way beyond the scope here,

23         so let's keep --

24              MR. CARTER:  It's not beyond

25         the scope.  He has decided to come
```

This Transcript Contains Confidential Material

```
 1              into this case and testify about
 2              firsthand experiences in Bosnia and be
 3              paid for it.  So the nature of those
 4              experiences is highly relevant to
 5              understanding his credibility and
 6              bias.
 7                   MR. SEQUEIRA:  Can you point to
 8              one place in his report where he
 9              points to beheadings in Bosnia?
10                   MR. CARTER:  He's talking about
11              his firsthand experience in things
12              that he witnessed.  That's the basis
13              of his testimony.
14                   The factfinder, jury, judge, is
15              entitled to understand what he was
16              doing at the time.
17                   MR. SEQUEIRA:  And he's
18              explained that in the report.
19                   THE WITNESS:  Can you --
20    QUESTIONS BY MR. CARTER:
21         Q.    Sometime thereafter, Mr. Dean,
22    the conflict in Bosnia came to a close with
23    the signing of the Dayton Accords, correct?
24         A.    Yes.
25         Q.    And did you go home at that
```

```
 1    time?
 2         A.    No.
 3         Q.    As I understand from the
 4    excerpt recounted in your book, you actually
 5    sought to go from there to join the Chechen
 6    jihad.
 7               Correct?
 8         A.    Yes.
 9         Q.    So the mass slaughter that you
10    witnessed in Bosnia at that time had not
11    diminished your zeal to participate in armed
12    jihad.
13               Correct?
14               MR. SEQUEIRA:  Objection.
15         Vague.
16               You may answer the question.
17               THE WITNESS:  Mr. Carter, my
18         motivation in the first place to go to
19         the jihad in Bosnia was to protect and
20         to defend civilians who were subject,
21         according to countless UN reports at
22         the time, of genocide, mass rape,
23         including 60,000 females who were
24         raped at that time at the hands of the
25         Chechnic, Serb forces there.
```

This Transcript Contains Confidential Material

```
 1              My motivation was not to go
 2         there just because I wanted to enjoy
 3         the lust of blood.  It was more or
 4         less in order to protect and defend.
 5              And in the book, Mr. Carter, I
 6         condemned that act, and I said that
 7         even at that time I was extremely
 8         uncomfortable being there or even
 9         watching.
10    QUESTIONS BY MR. CARTER:
11         Q.    And in fact, Mr. Dean, that
12    goes to the heart of the question we're
13    raising here, which is one of your
14    credibility.
15              And with regard to your
16    credibility, the fact is that your witnessing
17    of that event did not stop you from
18    continuing to search for theaters of jihad to
19    engage in armed conflict.
20              Correct?
21              MR. SEQUEIRA:  Objection.
22              Is that a question?
23              MR. CARTER:  It is.
24              MR. SEQUEIRA:  Can you repeat
25         the question?
```

```
 1   QUESTIONS BY MR. CARTER:

 2        Q.      The fact that you witnessed

 3   fellow jihad fighters slaughter dozens of

 4   captive Serbs by beheading them did not

 5   prevent you from seeking another opportunity

 6   to engage in jihad in Chechnya in early 1996.

 7               Correct?

 8        A.      The context here is the fact

 9   that what happened in that field was an

10   atrocity, and I absolutely stated that in the

11   book.  And I said that the captive Serb

12   militiamen, many of whom were responsible for

13   atrocities themselves, were not supposed to

14   be treated this way.  And I said I wanted to

15   exchange them for the countless civilians

16   held by the Serbs, including women and

17   children.  So that was my motive.

18               Atrocities committed in that

19   war by both sides were condemnable by me.  It

20   does not negate the principle that defending

21   civilians from the onslaught of powerful

22   militaries is not an objection that is

23   dishonorable.

24        Q.      You just mentioned that the

25   Serbs who were slaughtered were militia.  In
```

This Transcript Contains Confidential Material

```
 1    your book, in fact, you indicate that you
 2    believe some of them may have been civilians.
 3              Don't you?
 4         A.    That's the case at the time,
 5    but the majority were Serbian militiamen.
 6         Q.    And so after that event, you
 7    decided to go on and try to find another
 8    theater to engage in armed jihad in Chechnya.
 9              Correct?
10         A.    Once again, for the context,
11    the whole issue is to defend and to protect
12    and not to go just purely for a lust after
13    blood.
14         Q.    Well, when you went to seek
15    access to the Chechen jihad in early 1996, am
16    I correct that you were unable to get into
17    Chechnya at the time?
18         A.    Yes.
19         Q.    And as a result of being unable
20    to gain access to Chechnya, you instead went
21    to work for a branch office of the
22    Al-Haramain Islamic Foundation in Baku,
23    Azerbaijan?
24         A.    Yes.
25         Q.    Am I correct that you spent
```

This Transcript Contains Confidential Material

1    about three months there?

2         A.    Roughly about five months.

3         Q.    Aside from that five-month

4    period working for that particular branch of

5    Al-Haramain in Baku, Azerbaijan, did you

6    spend any other time working for Al-Haramain?

7         A.    No.

8         Q.    Did you ever work for the

9    International Islamic Relief Organization?

10        A.    No.

11        Q.    Did you ever work for the

12   Muslim World League?

13        A.    No.

14        Q.    Did you ever work for the World

15   Assembly of Muslim Youth?

16        A.    No.

17        Q.    Did you ever work for Lejon

18   al-Birr {phonetic}?

19        A.    No.

20        Q.    Between the time that you left

21   Saudi Arabia to join the Bosnia jihad in

22   about 1994 and the date of the September 11th

23   attack, September 11, 2001, were you ever

24   back in Saudi Arabia?

25        A.    No.

This Transcript Contains Confidential Material

```
 1          Q.     At the end of your time in
 2    Bosnia, you report in your book that you had
 3    an interaction with Khalid Sheikh Mohammed.
 4                 Is that correct?
 5          A.     Yes, I do.
 6          Q.     And at that time, Khalid Sheikh
 7    Mohammed framed the conflict in Bosnia as a
 8    stepping stone to a broader confrontation
 9    with The West.
10                 Didn't he?
11          A.     I can't recall that he said
12    that exactly.  What I can recall is the fact
13    that he said that this is exactly what we
14    need.  This is the end of the war.  We need
15    you to leave this useless conflict where
16    people go from one place to another to be
17    subjugated and subordinated to secular
18    government and to come to a new kind of war
19    that he was preaching.
20          Q.     He recommended that you travel
21    to Afghanistan to obtain training for that
22    new kind of war.
23                 Correct?
24          A.     Yes, he did.
25          Q.     And after the five-month period
```

This Transcript Contains Confidential Material

1    in Baku working for Al-Haramain, you decided

2    to pursue that course.

3              Correct?

4        A.    Yes.

5        Q.    So in that period in --

6    sometime in -- after August of 1996, you made

7    a trip to Peshawar, Pakistan, on your way to

8    Afghanistan.

9              Is that correct?

10             MR. SEQUEIRA:  Objection.

11        Vague.

12             You may answer.

13             THE WITNESS:  The trip was made

14        in May of 1996.

15   QUESTIONS BY MR. CARTER:

16        Q.    The trip to Peshawar, Pakistan,

17   in May of 1996 included a stop at a

18   guesthouse run by Abu Zubaydah.

19             Correct?

20        A.    Yes.

21        Q.    How long were you at the

22   guesthouse with Abu Zubaydah?

23        A.    A few days.

24        Q.    From there, did you travel to

25   the Darunta camp for training?

1          A.      Yes.

2          Q.      What was Darunta?

3          A.      Are you talking about the town?

4          Q.      No, the training camp, Darunta,

5     at that time where you went.

6          A.      I -- Darunta had many camps, so

7     could you be more specific, please?

8          Q.      Okay.   That's a fair point.

9                  Where was Darunta in relation

10    to the closest Afghan city?

11         A.      Darunta was roughly about maybe

12    six miles west of Jalalabad.

13         Q.      And was any of the al-Qaeda

14    leadership headquartered in the Jalalabad

15    area at that time?

16         A.      No.

17         Q.      Where was the al-Qaeda

18    leadership at that time?

19         A.      I think they were maybe about

20    5,000 kilometers away in Sudan.

21         Q.      And at some point in 1996, the

22    al-Qaeda leadership, or significant portions

23    of it, relocated from Sudan to Afghanistan.

24                 Correct?

25         A.      Yes.   That was in July 23rd of

```
 1    1996.
 2         Q.    And upon that relocation in
 3    July of 1996, were you still in the
 4    Islamabad -- or in the Jalalabad area?
 5         A.    Yes, I was in the Jalalabad
 6    area.
 7         Q.    And upon the relocation from
 8    Sudan to Afghanistan, where was the al-Qaeda
 9    leadership?
10         A.    In the Unis Hall's {phonetic}
11    compound.
12         Q.    Where was that?
13         A.    It's on the border between
14    Nangarhar province and Paktia province.
15         Q.    How far was that from Jalalabad
16    where you were?
17         A.    Roughly about 45 minutes by
18    car.
19         Q.    And during this period at
20    Darunta, you were not yet a part of al-Qaeda?
21         A.    No.
22         Q.    You describe on pages 58 to 59
23    of your book -- and if we can, why don't we
24    go ahead and mark the PDF copy of your book,
25    Nine Lives, as an exhibit.
```

This Transcript Contains Confidential Material

```
 1                    MR. CARTER:  Sorry, it's

 2         number 3, Gina.

 3                    And if we can go ahead to

 4         pages 58 and 59.

 5                    MR. SEQUEIRA:  Excuse me, Sean.

 6         We don't have the exhibit in the

 7         marked exhibits folder.

 8                    MR. CARTER:  I think it's

 9         coming.

10                    GINA VELDMAN:  It's there.

11         It's just a big file, so it might take

12         a minute for you guys to get it.

13                    MR. SEQUEIRA:  Okay.  Hang on a

14         sec.

15                    Yeah, it's downloading.

16         Thanks.

17                    (Dean Exhibit 1 marked for

18         identification.)

19    QUESTIONS BY MR. CARTER:

20         Q.    Mr. Dean, are you able to see

21    the pages of your book, 58 to 59?

22         A.    Not yet.  I'm still waiting for

23    them to come.

24                    Okay.  Yes, I do.

25         Q.    In this section of your book,
```

1    you recount your experiences during this

2    period at a camp in Darunta in 1996.

3              Correct?

4         A.    Yes, I do.

5         Q.    You describe that the

6    experience involved a routine.

7              Fair to say?

8         A.    Yes.

9         Q.    And that routine, as you

10   describe in your book, involved prayer in the

11   morning, followed by a long run, then

12   breakfast, then classes on weapons and battle

13   tactics, then prayers and lunch, followed by

14   religious studies and, at times, shootings in

15   the afternoon and more prayers.

16             Is that a fair summary?

17        A.    Yes.

18        Q.    During this period of time at

19   the camp in Darunta, did you have any

20   significant meetings with the al-Qaeda

21   leadership?

22        A.    There was one meeting, yes.

23        Q.    Is that the meeting you recount

24   on page 65 where you met Osama bin Laden in

25   the presence of Abu Hafs al-Masri for the

```
 1    first time?

 2         A.    Yes.

 3         Q.    And you were still a new,

 4    possible recruit at that time?

 5         A.    I wasn't a possible recruit,

 6    but it was -- yes, like, I mean, I was

 7    invited.

 8         Q.    Well, you weren't a member of

 9    al-Qaeda yet?

10         A.    No, I wasn't.

11         Q.    All right.  And at that time,

12    bin Laden and Abu Hafs al-Masri didn't know

13    you in any familiar way.

14               Correct?

15         A.    No.

16         Q.    And they were just meeting you

17    for the first time at the interaction you

18    describe on page 65?

19         A.    Yeah.  Myself and 13 others.

20         Q.    This was not a meeting during

21    which there was a discussion of high-level

22    al-Qaeda finances, was it?

23         A.    No.

24         Q.    It was a relatively cursory

25    meeting.
```

This Transcript Contains Confidential Material

```
1                    Correct?
2         A.    Yes.
3         Q.    Continuing on in the September
4    to October period of 1996, the Taliban seized
5    control of Afghanistan.
6                    Is that correct?
7         A.    Yes.
8         Q.    And by late 1996, you decide
9    that you want to leave for the Philippines.
10                   Correct?
11        A.    Yes.
12        Q.    Why?
13        A.    At that time, there was several
14   of people who I was training with in
15   Afghanistan who went there, and I decided to
16   go with them.
17        Q.    Why did you decide to leave
18   Afghanistan to go to the Philippines with
19   them?
20        A.    Well, the decision mostly
21   because I wanted to explore a new place.
22        Q.    Were you specifically
23   interested because there was active fighting
24   going on in the Philippines between the Moro
25   Islamic Liberation Front and the Philippine
```

```
 1   military?
 2        A.      That was part of the
 3   motivation, yes.
 4        Q.      And in fact, you say on page 73
 5   of your book that "A new front of jihad
 6   beckoned.  I relished the chance to be back
 7   on the front lines.  I might finally attain
 8   the martyrdom that had been denied me in
 9   Bosnia, and if not, Afghanistan would still
10   be here in a few months."
11              Correct?
12        A.      Yes.
13        Q.      And that fairly captures why
14   you left Afghanistan at the time?
15        A.      Yes.
16        Q.      How long did you spend -- I'm
17   sorry.  About when did you leave for the
18   Philippines?
19        A.      Roughly about January, maybe
20   February, of 1997.
21        Q.      And at the time that you left
22   for the Philippines, your only interactions
23   with al-Qaeda leadership in Afghanistan
24   consisted with your brief interaction with
25   bin Laden and Abu Hafs al-Masri and arguably
```

```
 1    your brief stay with Abu Zubaydah in

 2    Peshawar, Pakistan?

 3              MR. SEQUEIRA:  Objection.

 4        Form.  Vague.

 5              You may answer.

 6              THE WITNESS:  Yeah.

 7              Counsel, I mean, yes, that was

 8        the time I spent with Osama bin Laden

 9        and Abu Hafs al-Masri.  It was just

10        that afternoon and evening.  I think

11        it was the 4th of August of 1996.

12              However, you mentioned Abu

13        Zubaydah.  I don't think Abu Zubaydah

14        was a member of al-Qaeda, and

15        therefore my time with him shouldn't

16        count as time spent with al-Qaeda.

17    QUESTIONS BY MR. CARTER:

18        Q.    And that's a fair point.  That

19    is why I used the word "arguably" to the

20    extent -- with regard to Abu Zubaydah.  So

21    let me just clarify that.

22              I understand your testimony to

23    be that Abu Zubaydah was not actually a

24    member of al-Qaeda.

25              Correct?
```

This Transcript contains Confidential Material

```
 1          A.      Yes, he was never a member of
 2   al-Qaeda.
 3          Q.      So you don't view any of your
 4   interactions with him to have been
 5   interactions with a member of the al-Qaeda
 6   leadership?
 7          A.      No, I don't regard any
 8   interaction I had with him as it was an
 9   interaction with a member of al-Qaeda.
10          Q.      How long did you spend in the
11   Philippines in 1997?
12          A.      Roughly about seven and a half
13   months.
14          Q.      And so that would take us to
15   somewhere around August or September of 1997?
16          A.      Yes.  Late August I arrived
17   back to Afghanistan.
18          Q.      And you returned to Afghanistan
19   via Pakistan, stopping at the Zubaydah
20   guesthouse?
21          A.      Yes.
22          Q.      And you told Zubaydah at that
23   time that you had interest in going to
24   Darunta to study under Abu Khabab.
25                  Correct?
```

```
 1          A.      Yes.

 2          Q.      Abu Khabab was a bomb maker.

 3                  Is that correct?

 4          A.      Yes.

 5          Q.      He had established his own camp

 6   in Darunta by that time?

 7                  MR. SEQUEIRA:  Objection to

 8          form.

 9                  You may answer.

10                  THE WITNESS:  Yes, he did.

11   QUESTIONS BY MR. CARTER:

12          Q.      That was different from the

13   camp where you had received training in the

14   1996 period?

15          A.      Yes.

16                  MR. SEQUEIRA:  Objection to

17          form.

18                  You may answer.

19                  THE WITNESS:  Yes, it was.

20   QUESTIONS BY MR. CARTER:

21          Q.      Did you in fact then go to

22   Darunta to study under Abu Khabab?

23          A.      Yes.

24          Q.      Would that have occurred after

25   a brief stay at the Zubaydah guesthouse in
```

This Transcript Contains Confidential Material

```
 1    Pakistan?

 2         A.      There was a brief stay at the

 3    Zubaydah house in Pakistan, safe house.  And

 4    then after that, before I joined Abu Khabab's

 5    camp, first I was recruited into al-Qaeda.

 6         Q.      You indicate in your book that

 7    you swore your oath of loyalty or bayat to

 8    bin Laden in September of 1997.

 9              Correct?

10         A.      Yes.

11         Q.      What were you doing between

12    your return to Afghanistan in August of '97

13    and the date on which you swore bayat to

14    bin Laden in September of '97?

15         A.      All these events took place

16    over the period of two weeks.

17         Q.      Where were you?

18         A.      First in Peshawar, then

19    Jalalabad, then Kabul, and then Kandahar.

20         Q.      So you were staying at a

21    guesthouse in Jalalabad just before you swore

22    your oath of bayat to bin Laden in September

23    of '97?

24         A.      Yes.

25              MR. SEQUEIRA:  Objection to
```

```
 1          form.

 2                    You may answer.

 3     QUESTIONS BY MR. CARTER:

 4          Q.     And you traveled to Kandahar

 5     for purposes of making that oath to bin Laden

 6     in September of 1997?

 7                    MR. SEQUEIRA:  Objection to

 8          form.

 9                    You may answer.

10                    THE WITNESS:  I traveled to

11          Kandahar because I was curious, and I

12          wanted to see Osama bin Laden and to

13          make my mind there and then.

14     QUESTIONS BY MR. CARTER:

15          Q.     Did you swear an oath to

16     bin Laden in Kandahar?

17          A.     Yes.

18          Q.     Did that occur in September

19     of 1997?

20          A.     Yes.

21          Q.     Do you recall the specific date

22     in September?

23          A.     It was roughly in the first ten

24     days.

25          Q.     That is the point in time at
```

1    which you became an actual member of

2    al-Qaeda?

3         A.    Yes.

4         Q.    And leading up to that, your

5    experience in Afghanistan was limited to the

6    time you spent in the camp in Darunta before

7    leaving for the Philippines and the two weeks

8    you were in Afghanistan after returning from

9    the Philippines before you swore your oath.

10            Correct?

11        A.    No, it's not correct.  There

12   were other parts of Afghanistan that I've

13   been to, including Settlebe {phonetic} and

14   Kabul and Bagram and Nodrick {phonetic}.

15        Q.    But the only time you had spent

16   in Afghanistan was the period in 1996 up

17   until you left for the Philippines in early

18   1997, and then the two weeks after your

19   return from the Philippines leading up to

20   where you -- when you swore your bayat.

21            Correct?

22        A.    Yes.

23        Q.    And within that total time

24   frame up to the point that you swore your

25   bayat to bin Laden in September of 1997, your

1    interactions with the al-Qaeda leadership had

2    been limited to the brief interaction you had

3    with bin Laden and Abu Hafs al-Masri in 1996.

4              Correct?

5              MR. SEQUEIRA:  Objection.

6         Vague.

7              You may answer.

8              THE WITNESS:  No.

9    QUESTIONS BY MR. CARTER:

10        Q.    What other interactions did you

11   have in 1996 and 1997?

12        A.    Well, if you read the book, in

13   1997 I had long interaction of several days

14   with the head of bin Laden's bodyguards

15   trying to recruit me.

16        Q.    And that would have been Abu

17   Hamza al-Ghamdi?

18        A.    Yes.

19        Q.    His recruitment of you during

20   that period did not involve disclosure of any

21   sensitive aspects of al-Qaeda's finances.

22              Did it?

23        A.    That's not exactly true.  The

24   whole issue of talking about an organization

25   is talking about how it functioned as a

```
 1   whole, as a body.  And it's not like an -- I
 2   mean, this is a -- an organization that
 3   without any merit.
 4               There is a finance department.
 5   There is a military department.  There is an
 6   idealogical department.  And then when you
 7   put them all as a whole, you have an
 8   organization.  So of course you would be
 9   talking about how well-funded they are.
10        Q.    You're describing in the
11   testimony you just offered an organizational
12   structure of al-Qaeda during that time
13   period.
14               Correct?
15        A.    Yes.
16        Q.    Al-Qaeda had a Shura Council or
17   an advisory body headed by bin Laden.
18               Is that correct?
19        A.    Context here.  It's -- the name
20   wasn't so much -- they called it the Shura
21   Council, but in fact it was also an executive
22   council.  So it was comprising of, you know,
23   people who were the decision-makers, yes.
24        Q.    And then subordinated to that,
25   they had specific committees for a military
```

```
 1    committee, a finance committee, a Sharia or

 2    Islamic law committee, and a propaganda

 3    committee.

 4              Is that all correct?

 5         A.    And the training and the

 6    logistics, yes, and the media.  It wasn't

 7    just only limited to that.

 8         Q.    And as of this point in time

 9    that you swore bayat to bin Laden, were you a

10    member of any of those committees?

11         A.    No.  At that point, no.

12         Q.    Had you attended meetings of

13    any of those committees?

14         A.    Later, yes.

15         Q.    I didn't ask later.  Up until

16    this point in time of September --

17         A.    In late --

18         Q.    Excuse me?

19         A.    In later times, yes.

20         Q.    What are the later times where

21    you attended those meetings?

22         A.    '98, '99, 2000, 2001.

23         Q.    Do you recount in your book any

24    event where you attended a meeting of

25    al-Qaeda's finance committee prior to
```

This Transcript Contains Confidential Material

```
 1    September 11, 2001?
 2         A.    In the book, I talk about the
 3    business I was doing for the al-Qaeda finance
 4    department.
 5         Q.    In your book, do you ever
 6    recount having been present in the
 7    pre-2000 -- pre-September 11, 2001 period at
 8    a meeting of the al-Qaeda finance committee?
 9              MR. SEQUEIRA:  Objection.
10         Vague.
11              You may answer.
12              THE WITNESS:  Again, I have met
13         members of the al-Qaeda finance
14         committee many times, and there were
15         no formal meetings.  It was always
16         informal.  Everything was informal
17         within the organization.
18              And the meetings were always
19         about the business that I was
20         conducting on their behalf.
21    QUESTIONS BY MR. CARTER:
22         Q.    This is about the honey
23    business that you were conducting?
24         A.    And other things, yes.
25         Q.    What other things?
```

This Transcript Contains Confidential Material

```
 1        A.      Himalayan pink salt and other
 2   spices.
 3        Q.      This is about the commercial
 4   enterprises that you were operating?
 5        A.      Yes.
 6        Q.      Turning back to the time
 7   period, am I correct that not long after you
 8   swore bayat to bin Laden, you became sick
 9   with malaria?
10        A.      Yes, I was.
11        Q.      And this would have been in
12   late 1997?
13        A.      In December 1997, yes.
14        Q.      You left Afghanistan at that
15   time to seek treatment?
16        A.      Yes.
17        Q.      How long were you gone?
18        A.      Roughly three weeks.
19        Q.      It indicates you were back in
20   Afghanistan in January of 1998 in your book.
21                Is that correct?
22        A.      Yes.
23        Q.      You indicate in your book that
24   at that time you were still too sick to
25   travel to Darunta, so you spent some period
```

1    of time discussing religious issues with

2    less-educated al-Qaeda members.

3              Is that correct?

4        A.    Yes.

5        Q.    How long did you stay at the

6    Farouq camp during that period?

7        A.    Roughly about either two and a

8    half or three months.

9        Q.    Is that when you were sent to

10   London in April of 1998 to pick up a

11   satellite phone?

12       A.    Yes.

13       Q.    You spent a short time in

14   London and then went back to Afghanistan?

15             MR. SEQUEIRA:  Objection.

16        Vague.

17             You may answer.

18             THE WITNESS:  Yes.

19   QUESTIONS BY MR. CARTER:

20       Q.    You were in Afghanistan then

21   from your return to London sometime in April

22   or May all the way through the embassy

23   bombings in August of 1998?

24             MR. SEQUEIRA:  Objection.

25        Form.  Vague.

```
1                    You may answer.

2                    THE WITNESS:  Yes.

3        QUESTIONS BY MR. CARTER:

4            Q.    Where were you during that

5        period of time after you returned from London

6        up until the date of the embassy bombings?

7            A.    Mostly in Darunta.

8            Q.    What were you doing in Darunta?

9            A.    Continuing my training with Abu

10       Khabab.

11           Q.    Was Abu Khabab a member of

12       al-Qaeda?

13           A.    For context, Abu Khabab at that

14       time was independent, but he was accepting

15       students from al-Qaeda as long as al-Qaeda

16       paid him.

17           Q.    So he was not a member of

18       al-Qaeda?

19           A.    At that time, no.

20           Q.    And the focus of your work at

21       Darunta was on bomb making.

22                 Correct?

23           A.    Yes.

24           Q.    And during this period from

25       your return from London through the embassy
```

This Transcript Contains Confidential Material

```
 1    bombings, were you in the Darunta camp
 2    essentially the entire time?
 3         A.      There were some stints in the
 4    Farouq camp.
 5         Q.      But your base of operations was
 6    Darunta?
 7         A.      To the extent, yeah.
 8         Q.      And during that period, was any
 9    of al-Qaeda's leadership headquartered at the
10    Darunta camp where you were working with Abu
11    Khabab?
12         A.      Some al-Qaeda leaders were
13    stationed just across the hill, about five
14    minutes' walk, yes.
15         Q.      Who was there?
16         A.      You want me to, you know, name
17    the al-Qaeda leaders who were just in the
18    vicinity?
19         Q.      Yes.
20         A.      Yeah.  I mean, Mustafa Abu
21    Yazid, Rahim al-Har Seyasa {phonetic}.  Yeah.
22    So there were several people who were
23    stationed there.  Abu Hafs al-Masri.  Abu
24    Mohammed, who was responsible for the
25    training, was there for a few months.
```

```
 1          Q.      Were any members of al-Qaeda's
 2   finance committee headquartered in --
 3          A.      Abu Hafs al-Masri.  I just
 4   mentioned his name.
 5          Q.      And that's Mohammed Atef?
 6          A.      Mohammed Atef is Abu Hafs.
 7          Q.      Yes, that's what I'm saying.
 8          A.      Yeah.  I didn't say Abu Hafs.
 9   I said Abu Harras.
10          Q.      Ah-ha.  Thank you.
11                  You indicate in your book that
12   the embassy bombings caused you to rethink
13   your involvement in al-Qaeda?
14          A.      Yes.
15                  MR. SEQUEIRA:  Objection to
16          form.
17                  You may answer.
18   QUESTIONS BY MR. CARTER:
19          Q.      And that was because, you
20   recount in your book, the attacks had
21   targeted civilians?
22          A.      Yes.
23          Q.      Did that surprise you?
24          A.      Yes.
25                  And the context here, that when
```

This Transcript Contains Confidential Material

```
 1    I was recruited into al-Qaeda, Abu Hamza

 2    al-Ghamdi was talking to me about a campaign

 3    against the US forces that was targeting

 4    military.  He gave the examples of Beirut.

 5    He gave the examples of Somalia.

 6              I wasn't joining in order to

 7    make bombs to kill poor African people just

 8    going about their daily lives.

 9        Q.    Prior to the bombings actually

10    occurring, did you have any awareness that

11    they were being planned?

12              MR. SEQUEIRA:  Objection.

13        Vague.

14              You may answer.

15              THE WITNESS:  No, I wasn't

16        aware.

17    QUESTIONS BY MR. CARTER:

18        Q.    So you were surprised by the

19    embassy bombings?

20        A.    I was surprised that the

21    embassy were the targets.

22        Q.    So as of the date of the

23    embassy bombings in August of 1998, you still

24    lacked a basic understanding of al-Qaeda's

25    true nature.
```

```
 1                    Correct?
 2                    MR. SEQUEIRA:  Objection.
 3          Vague.  Form.
 4                    You may answer.
 5                    THE WITNESS:  I think the --
 6          based on my recollection, my
 7          understanding and my later years of
 8          research, the majority of those who
 9          were part of al-Qaeda were surprised
10          at the choice of the targets.
11    QUESTIONS BY MR. CARTER:
12          Q.    Well, bin Laden had, prior to
13    the embassy bombings, declared al-Qaeda's
14    intent to target Americans wherever they
15    could be found, civilian or military, had he
16    not?
17          A.    That was in the declaration of
18    February 1992, yes.
19          Q.    I think you misspoke about the
20    date.
21                When was that declaration?
22          A.    Oh, May 1998.
23          Q.    You did not take him at his
24    word?
25          A.    In all honesty, I wasn't even
```

```
 1    paying attention to what was he was saying at
 2    that time because he wasn't a farouk
 3    {phonetic}.  And, of course, then I was in
 4    Darunta at that time.
 5         Q.     And what were you doing in
 6    those -- what were you doing in those
 7    locations?
 8         A.     I just arrived from London.
 9         Q.     Well, what were you doing in
10    the camps?
11         A.     Training.
12         Q.     For what?
13         A.     Can you repeat the question
14    again?
15         Q.     What did your training consist
16    of?
17         A.     Bomb making, chemical weapons.
18         Q.     And that was the focus of your
19    activity in al-Qaeda during this period
20    through the embassy bombings.
21               Correct?
22         A.     No, because they just sent me
23    on a mission for logistics.
24         Q.     And that was to pick up a
25    satellite phone?
```

This Transcript Contains Confidential Material

```
1          A.      And cash.

2          Q.      Who had raised the cash?

3          A.      At that time it was an al-Qaeda

4    affiliated cleric in London.

5          Q.      And was that Abu Hamza

6    al-Masri?

7          A.      No.

8          Q.      Who was it?

9          A.      I'm not at liberty to say this

10   at the moment.

11         Q.      How much cash did he provide to

12   you to return to al-Qaeda?

13         A.      I'm not at liberty to discuss

14   this at the moment.

15         Q.      The person you obtained this

16   was some kind of financial facilitator who

17   was raising money for al-Qaeda?

18              MR. SEQUEIRA:  Objection to

19         form.

20              You may answer.

21              THE WITNESS:  Can you repeat

22         the question again?

23   QUESTIONS BY MR. CARTER:

24         Q.      There was a cleric in London

25   who was raising money for al-Qaeda.
```

This Transcript Contains Confidential Material

```
 1                    Correct?
 2         A.      Yes.
 3         Q.      And you were sent by al-Qaeda
 4    to go pick up that money.
 5         A.      Yes.
 6         Q.      Correct?
 7         A.      Yes.
 8         Q.      And do you know who he raised
 9    the money from?
10         A.      I don't know the source of the
11    funds.  I just know that I'm supposed to
12    carry them and bring them back to
13    Afghanistan.
14         Q.      So the al-Qaeda leadership
15    didn't tell you anything about the
16    fundraising sources.  They just told you to
17    go pick up the money and bring it back.
18                    Correct?
19         A.      Context.  The fundraising
20    doesn't work in the sense that every penny
21    you will know where it came from exactly.
22    So, for example, like if that cleric is given
23    money by, let's say, 20 or 30 individuals, he
24    is not going to take their names down and
25    then send a full account statement with me
```

This Transcript Contains Confidential Material

```
 1    back to al-Qaeda to say there is 30 or 40
 2    people who donated.
 3              At the end of the day, his job
 4    is to protect those who donated, and then he
 5    will give me that.  I know that this is the
 6    cleric who gave me the money, and I know who
 7    to give it back to in Afghanistan.
 8         Q.    Before being sent on the
 9    mission, were you aware of the involvement of
10    that cleric in raising money for al-Qaeda?
11         A.    Yes.
12         Q.    Who had told you about it?
13         A.    Because I knew that cleric very
14    well.
15         Q.    How did you know him?
16         A.    I knew that cleric because of
17    his writings, because of his teachings.
18         Q.    But how did you know that he
19    was raising money for al-Qaeda?
20         A.    Because I was told by to go
21    pick up the money from him.
22         Q.    And that was my question.
23              Before you were told to go pick
24    up the money from him, you were unaware of
25    his role in raising money for al-Qaeda?
```

```
 1                      Correct?
 2          A.     No.  His role in terms of
 3   raising money for al-Qaeda was more or less
 4   an open secret within the organization.
 5          Q.     Well, who told you about his
 6   involvement?
 7          A.     You're asking about -- you
 8   know, this is a common knowledge between us.
 9          Q.     As I understand what you just
10   described, the money that this cleric had
11   collected was provided by donors.
12                      Correct?
13          A.     Yes.
14          Q.     And that was the source of
15   funds being provided to al-Qaeda in April
16   of 1998?
17          A.     Yes.
18          Q.     You've offered opinions in this
19   case about the sources of al-Qaeda's
20   financing.
21                      Correct?
22          A.     Yes.
23          Q.     And you have offered opinions
24   that discount the significance of funds
25   provided by donors, have you not?
```

This Transcript Contains Confidential Material

```
 1          A.      Can you point me to the section
 2     in my report where I state that, please?
 3          Q.      Well, let me ask you another
 4     way.
 5          A.      Okay.
 6          Q.      During this period that we're
 7     talking about, 1998, were contributions from
 8     sympathetic donors a significant source of
 9     funding for al-Qaeda?
10          A.      Yes.   I stated that.
11          Q.      Do you know what percentage of
12     al-Qaeda's funding was provided by such
13     donors during this 1998 period?
14          A.      At that time, I understood that
15     to be roughly about either a quarter or a
16     third.
17          Q.      And what was the basis of that
18     understanding?
19          A.      Based on the common knowledge
20     that I have gained from interacting with
21     members of the al-Qaeda leadership through my
22     work undercover and my cover story as a
23     business facilitator for them.
24          Q.      Well, at the time we're talking
25     about up through the embassy bombings, all
```

```
 1    the way through the end of 1998, you weren't

 2    working undercover for anyone, were you?

 3         A.     Yes.  Yes, I wasn't.

 4         Q.     Okay.  So you were -- you

 5    were -- throughout that period, you were not

 6    working undercover for MI6; you were a member

 7    of al-Qaeda.

 8              Correct?

 9         A.     Of course.

10         Q.     So we're trying to understand

11    the basis of your understanding about the

12    contributions of donors during this period,

13    and we're talking about 1998.  So that

14    couldn't be based on your undercover work.

15              Fair?

16         A.     It was based on my interaction

17    with the leadership by them trusting me

18    enough to go and pick up from a well-known

19    and well-respected cleric, to take the money

20    from him and bring it back to them.

21              The whole idea is, if they

22    trusted me enough to do that, then that is

23    more than what can be said for other

24    colleagues of mine at that time.

25         Q.     Well, it doesn't mean that they
```

1    provided you with a complete accounting of

2    all sources of al-Qaeda's financing at that

3    time, does it?

4         A.    Al-Qaeda is a clandestine

5    organization, so they operate on the need to

6    know.  I do accept that.

7              What I need to put it within

8    context is the fact that if they trusted me

9    enough in order to let me see and let me

10   actually know about one of their sources of

11   funding, that was the beginning for more

12   understanding than later about other sources

13   of funding.

14             And also, the fact that once

15   you start to do this once, the next step will

16   be for me to go and pick up the cash from

17   another point, which happened quite often.

18        Q.    So it was -- you're saying that

19   picking up cash from donors for al-Qaeda was

20   something that you did quite often.

21             Correct?

22        A.    Yes.

23             MR. SEQUEIRA:  Sean, are we

24        about ready to take a break?

25             MR. CARTER:  Sure.

This Transcript Contains Confidential Material

```
1              VIDEOGRAPHER:  Going off the

2         record.  The time is 4 p.m.

3          (Off the record at 4:00 p.m.)

4              VIDEOGRAPHER:  We're back on

5         the record at 4:15 p.m.

6    QUESTIONS BY MR. CARTER:

7         Q.    Mr. Dean, I want to go back a

8    little bit and touch upon a few basic issues.

9         A.    Uh-huh.

10        Q.    Your book, Nine Lives, recounts

11   your indoctrination into jihadist ideology,

12   your experiences in Bosnia leading up to your

13   training in Afghanistan and joinder of

14   al-Qaeda, and then your later involvement as

15   a covert operative for MI6 inside al-Qaeda.

16              Correct?

17        A.    Yes.

18        Q.    In writing the book, did you

19   endeavor to provide readers with an accurate

20   recounting of your experiences?

21        A.    Yes.

22        Q.    Did you endeavor to provide

23   readers with what you viewed to be the most

24   significant aspects of your experiences?

25              MR. SEQUEIRA:  Objection.
```

This Transcript Contains Confidential Material

```
 1              Vague.  Overbroad.

 2                   You may answer.

 3                   THE WITNESS:  Yes, I did.

 4      QUESTIONS BY MR. CARTER:

 5          Q.     That included your most

 6      significant experiences with members of

 7      al-Qaeda's leadership.

 8                   Correct?

 9                   MR. SEQUEIRA:  Objection.

10          Vague.

11                   You may answer.

12                   THE WITNESS:  Yes, indeed.

13      QUESTIONS BY MR. CARTER:

14          Q.     Before we took a break, we had

15      discussed your claimed surprise about the

16      targeting of civilian infrastructures in the

17      embassy bombings in 1998.

18                   Do you recall that?

19                   MR. SEQUEIRA:  Objection.

20          Form.

21                   You may answer.

22                   THE WITNESS:  Yes, I was.

23      QUESTIONS BY MR. CARTER:

24          Q.     I noted as part of my

25      questioning on that that bin Laden had issued
```

This Transcript Contains Confidential Material

```
 1    a public Fatwa prior to the embassy bombings

 2    declaring al-Qaeda's intent to target

 3    Americans wherever they could be found,

 4    whether civilian or military.

 5              Do you recall that?

 6         A.   I was aware of that, yes.

 7         Q.   And I believe you testified

 8    that the Fatwa issued in May or so of 1998.

 9              Correct?

10         A.   Yes.

11         Q.   You testified, as I recall,

12    that you weren't paying attention to it at

13    the time because you were focused on your

14    training in bomb making.

15              Is that accurate?

16         A.   And other missions, yes.

17         Q.   The Fatwa bin Laden issued in

18    May of 1998 was an official statement of

19    al-Qaeda's intent and its justification for

20    carrying out attacks.

21              Was it not?

22         A.   It was a justification for

23    attacks primarily aimed at the US presence in

24    the Middle East, yes.

25         Q.   It was the most prominent
```

1    public statement al-Qaeda had issued about

2    that purpose and objective at any point in

3    time up to that date.

4              Wasn't it?

5              MR. SEQUEIRA:  Objection.

6        Vague.

7              You may answer.

8              THE WITNESS:  There were many

9         others sermons and announcements and

10        pronouncements.  There were many

11        different other publications of

12        al-Qaeda.  So at that time, it wasn't

13        something that was out of the ordinary

14        in terms of how often there were

15        announcements of that sort.

16   QUESTIONS BY MR. CARTER:

17        Q.    In the case of the 1998 Fatwa,

18   al-Qaeda's propaganda operatus -- apparatus

19   made sure that it was distributed broadly to

20   media throughout the world.

21              Didn't they?

22        A.    Yes, my understanding at that

23   time.  However, we inside the camps at that

24   time did not have, you know, access to the

25   global media.

This Transcript Contains Confidential Material

```
1         Q.    So you're saying that the

2    people inside the camps were unfamiliar with

3    this critical declaration of jihad by

4    al-Qaeda's leader at the time it issued?

5              MR. SEQUEIRA:  Objection to

6         form.

7              You may answer.

8              THE WITNESS:  The strategy was

9         more or less known that the enemy was

10        defined at that time as the United

11        States and the United States military

12        presence in the Middle East.

13             However, as I have stated

14        before, Afghanistan is a black hole of

15        information.  There is no, you know,

16        radio stations.  There is no TV.

17        There is no, you know, mobile phones

18        or land lines.

19             And so the ability, you know,

20        to understand what was taking place or

21        how al-Qaeda's announcements were

22        received by the outside world, we

23        wouldn't know, necessarily.

24             Only few people had radios, you

25        know, to use and to listen to the news
```

This Transcript Contains Confidential Material

1        between now and then.

2   QUESTIONS BY MR. CARTER:

3        Q.      Were you -- are you saying that

4   at that time you were essentially unaware

5   that the al-Qaeda leadership had issued a

6   public Fatwa and distributed it throughout

7   the world declaring its intent to target

8   civilians?

9        A.      At that time, I'm aware of a

10  declaration of war that was issued.

11              And I might have read this

12  content at that time; however, I did not

13  deduce from it that we are about to embark on

14  a campaign to kill African civilians.  That's

15  not what I had imagined.

16       Q.      Before issuing that Fatwa, it

17  would have -- based on your experience in

18  al-Qaeda, wouldn't it have needed approval of

19  al-Qaeda's leadership?

20       A.      You mean the Fatwa?

21       Q.      Yes.

22       A.      It will have been issued by

23  al-Qaeda's -- it would have been issued by

24  al-Qaeda's religious committee.

25       Q.      And you were unaware that it

This Transcript Contains Confidential Material

```
 1    was going to be issued before it was

 2    published?

 3         A.      I was not aware of it before it

 4    was published, no.

 5         Q.      Just to clarify, you're saying

 6    that you did not at that time pay attention

 7    to the aspects of it that specifically

 8    announced al-Qaeda's intention to target

 9    civilians?

10         A.      I state again that I did not

11    deduce from that Fatwa that we are about to

12    embark on a campaign to kill innocent African

13    civilians.

14         Q.      Well, what about American

15    civilians?

16         A.      That included.

17         Q.      Well, that's what I'm asking

18    you.  The Fatwa itself specifically indicates

19    that al-Qaeda viewed American civilians as

20    legitimate targets.

21               Were you unaware that that

22    proclamation had been issued prior to the

23    embassy bombings occurring?

24         A.      I was aware of that Fatwa, and

25    again I tell you, I deduced from it nothing
```

```
 1    to suggest that we are going to go on a

 2    campaign to kill an indiscriminate number of

 3    civilians.

 4         Q.    The African embassy bombings,

 5    do you know how long those were planned

 6    before being carried out?

 7         A.    No, I wasn't aware.

 8         Q.    There is indications in various

 9    government reports that al-Qaeda planned

10    those attacks for five years before they were

11    conducted.

12               Are you aware of that

13    information?

14         A.    I'm aware only of what was

15    discussed within the confines of al-Qaeda

16    that the start of it was about 1994.

17         Q.    Well, did you have any

18    awareness of the planning of the embassy

19    bombings before they were carried out?

20         A.    No.

21         Q.    You mentioned during your

22    testimony that you were sent to London in

23    April of 1998 to pick up money from a

24    sympathetic cleric in London.

25               Correct?
```

This Transcript Contains Confidential Material

```
 1        A.     Yes.

 2        Q.     You've indicated to me that you

 3   can't tell me who the cleric is or the amount

 4   of money that you received.

 5               Correct?

 6        A.     Yes.

 7        Q.     Why can't you tell me those

 8   things?

 9        A.     Because this is a subject of an

10   intelligence that I've shared with the US --

11   UK intelligence in later times, and it became

12   part of my restrictions because of my status

13   being a signatory of the Official Secrets

14   Act.

15        Q.     In your book, you talk openly

16   about other contributors to militants.

17               Don't you?

18        A.     Can you point me out to that

19   passage, please?

20        Q.     Well, I think, for example, in

21   your book, don't you recount that Abu Hamza

22   al-Masri, who was the imam at the Finsbury

23   Park mosque in London, raised moneys for

24   Chechen fighters?

25        A.     Can you please point to that
```

1    passage?

2         Q.    You claim in your book to have

3    a photographic memory?

4         A.    Yes, I did claim that.

5         Q.    Do you recall in your book

6    recounting that Abu Hamza al-Masri had been a

7    significant source of fundraising for the

8    Chechen militants?

9         A.    No.

10        Q.    You recount in your book that

11   Abu Hamza al-Masri raised funds for Abu

12   Khabab's Darunta camp.

13             Correct?

14        A.    Yes.

15        Q.    And you recount in your book

16   that Al-Haramain provided funding to Ibn

17   Khattab in Chechnya.

18             Correct?

19             MR. SEQUEIRA:  Objection.

20        Vague as to Al-Haramain.

21             THE WITNESS:  Could you specify

22        which Al-Haramain you mean?

23   QUESTIONS BY MR. CARTER:

24        Q.    The Al-Haramain branch in Baku,

25   Azerbaijan, provided funding to Ibn Khattab?

This Transcript Contains Confidential Material

```
 1          A.      Yes.

 2          Q.      And he was a military commander

 3    in Chechnya?

 4          A.      He was a commander of the

 5    Mujahideen contingent in Chechnya, yes.

 6          Q.      Can you -- did you share the

 7    details of Abu Hamza al-Masri's funding for

 8    the Darunta camp with British intelligence?

 9          A.      At that time, yes.

10          Q.      Can you explain to me why you

11    were permitted to discuss that funding

12    mechanism in public but you can't tell me

13    about the money you picked up in London in

14    April of 1998?

15          A.      Well, because of the fact that

16    that money that Abu Hamza provided was in

17    link to a kidnapping situation that was

18    taking place in Yemen and a terror attack

19    that was taking place in Yemen.

20          Q.      What I'm trying to understand

21    is why you are permitted to disclose details

22    of certain specific funding events that you

23    have previously shared with British

24    intelligence but can't tell me any details

25    about the April 1998 event where you picked
```

This Transcript Contains Confidential Material

```
 1    up money from an imam in London.
 2         A.     I'm not at liberty at the
 3    moment to discuss why I cannot discuss the
 4    identity of that imam.
 5                MR. SHEPS:  Sean, I sent a text
 6         on something.
 7                MR. CARTER:  All right.
 8    QUESTIONS BY MR. CARTER:
 9         Q.     In your book, on page 113 you
10    discuss another incident in which al-Qaeda
11    leadership tasked you to pick up funds.
12                Correct?
13         A.     Yes.
14         Q.     This involved you going to a
15    money transfer office in Islamabad with a
16    message that Dr. Mariam sent me to collect
17    this fee for the operation.
18                Correct?
19         A.     Yes.
20         Q.     And in connection with that
21    tasking, did the al-Qaeda leadership at the
22    time tell you who Dr. Mariam was?
23         A.     No.
24         Q.     That was not information that
25    they thought you needed to know?
```

```
 1          A.     No.

 2          Q.     And because of that, they

 3     didn't share it with you.

 4                 Correct?

 5          A.     No, they did not share with me

 6     the identity of the -- you know, who

 7     Dr. Mariam is.

 8          Q.     That was because it was

 9     something that was treated as secret within

10     the al-Qaeda leadership.

11                 Correct?

12          A.     Yes.

13          Q.     In that incident, you picked up

14     a half million dollars in a single incident?

15          A.     Yes.

16          Q.     Did you later discern from

17     other sources that the Mariam who contributed

18     that money was bin Laden's half-sister?

19          A.     Yes.

20          Q.     How did you determine that?

21          A.     Well, then they -- it was

22     through discussion within the al-Qaeda

23     leadership.

24          Q.     And when did you discover that

25     information?
```

This Transcript Contains Confidential Material

```
 1          A.     Roughly, I just -- weeks later
 2    after the event.
 3          Q.     Well, you say in your book,
 4    "Much later, I discovered that Dr. Mariam was
 5    a code word used for transfers to Osama bin
 6    Laden from one of his sisters."
 7               So that wouldn't just be weeks,
 8    would it?
 9          A.     Well, weeks, months, it's not
10    exactly like I'm in a question of semantics
11    here.  I could say six weeks, and it's month
12    and a half.
13          Q.     Well, six weeks and a month and
14    a half wouldn't normally be described as much
15    later.
16               Would it?
17          A.     It is a matter of just few
18    weeks.
19          Q.     So the description that you
20    discovered this information "much later" in
21    your book is not accurate.
22               Correct?  That's your testimony
23    now?
24          A.     Much later could be like, I
25    mean, either the next day or the -- you know,
```

This Transcript Contains Confidential Material

```
 1    it could be like, I mean, two months later.

 2    It all -- it all depends on the fact that it

 3    wasn't discovered at that moment.

 4         Q.    That's your view on the meaning

 5    of the phrase "much later"?

 6              MR. SEQUEIRA:  Objection to

 7         form.

 8              THE WITNESS:  I will answer

 9         this by saying, and I'm being honest

10         and genuine here, that for us, like at

11         that time, since our life expectancies

12         were quite short, "much later" could

13         be referred to about half an hour

14         after.

15    QUESTIONS BY MR. CARTER:

16         Q.    You weren't writing this book

17    at the time you count -- you -- these

18    experiences were occurring.  You wrote this

19    book many years later when your life

20    expectancy was not short at all.

21              Correct?

22         A.    It all depends, really,

23    Counsel.  I mean, it always depends.  I mean,

24    I -- sense of danger hasn't left even since I

25    left the al-Qaeda or left, you know, working
```

```
 1   for the UK intelligence services.

 2        Q.    So it's your testimony today

 3   that even though your book said, "much later

 4   I discovered that Dr. Mariam was a code word

 5   used for transfers to Osama bin Laden from

 6   one of his sisters," you're now testifying

 7   that you received that information from

 8   al-Qaeda leadership within weeks of that

 9   event.

10             That's correct?

11             MR. SEQUEIRA:  Objection.

12             He's answered the question,

13        Mr. Carter.

14   QUESTIONS BY MR. CARTER:

15        Q.    Is that correct?

16        A.    I answered the question

17   already.

18        Q.    In your report, Mr. Dean, you

19   indicate in the section Materials Considered,

20   "In addition to the materials referenced in

21   my report and in plaintiff's expert reports

22   and appendices, I considered the following

23   materials," and then you list Documents 1

24   through 7.

25             Did you review each and every
```

This Transcript Contains Confidential Material

1   of the documents referenced in plaintiffs'

2   expert reports and appendices?

3           A.      Yes.  Not each one, but, yes.

4           Q.      Oh, wait.  Is it not each one

5   or yes?  They're different answers.

6           A.      Yes.

7           Q.      You reviewed every single one

8   of the ARB banking records that is referenced

9   in Mr. Winer's report?

10          A.      Not all of them.

11          Q.      Did you read each and every one

12  of the CIA reports referenced in the Winer

13  and Kohlmann reports?

14          A.      Yes.

15          Q.      You testified that you didn't

16  read each and every one of the Al Rajhi

17  banking records cited in those reports.

18                  Were there other materials

19  cited in the reports that you did not review?

20          A.      Can you just specify, please?

21                  (Pasley Exhibit 3 previously

22          marked and referenced.)

23  QUESTIONS BY MR. CARTER:

24          Q.      Sure.

25                  If we can, can we pull up

1  the Winer report that was previously marked

2  as an exhibit?

3              It's number 57.  Sorry.

4              And if we can, can we go to the

5  appendix of the materials considered?

6              MR. SEQUEIRA:  And he's not

7       referring to page 57.  That's

8       Exhibit 57.

9  QUESTIONS BY MR. CARTER:

10      Q.    Mr. Dean, are you at the

11  section of Mr. Winer's report entitled

12  "Listing of Reliance Materials and Materials

13  Considered"?

14      A.    Which page?

15      Q.    Should be in front of you on

16  the screen.

17      A.    Okay.  Yeah, I see.

18      Q.    Okay.  If we can just page

19  through that.  Continue.  Continue.

20  Continue.  Continue.  Continue.  Continue.

21  Continue.  Continue.

22              So there are 172 sets of

23  documents referenced in this, including a

24  citation to materials referenced in the body

25  of the report itself.

```
 1                    Sitting here today, can you
 2      tell me which of those materials you did
 3      review and which of them you did not?
 4           A.    I reviewed the 9/11 Commission
 5      report.  I reviewed the CIA report cited as
 6      well as some of the articles were cited.
 7           Q.    But you didn't review all of
 8      these materials.
 9                    Correct?
10           A.    Not all of them, no.
11           Q.    And your report, you would
12      agree, doesn't specifically tell me which of
13      them you did review and which you did not.
14                    Does it?
15           A.    No.
16           Q.    Turning back to the timeline of
17      your experience, you indicate that -- you've
18      indicated that the embassy bombings caused
19      you to rethink your commitment to al-Qaeda.
20                    Is that correct?
21           A.    Yes.
22           Q.    Can you explain to me why the
23      embassy bombings triggered that response from
24      you but the massacre you witnessed in Bosnia
25      did not?
```

This Transcript Contains Confidential Material

```
1              MR. SEQUEIRA:  Objection.
2         Misstates his testimony.
3              You may answer the question, if
4         you can.
5              THE WITNESS:  Once again,
6         Mr. Carter, I think if I am looking
7         back at what happened in Bosnia at
8         that time, at the time I spent
9         14 months in the conflict, the
10        conflict was harrowing, and it was
11        classified by the United Nations as
12        genocide.
13             And for me, the events that
14        took place at that day was not only
15        something I regret having been there
16        or regret having watched, even, but
17        also condemned the fact that it was a
18        waste of a big opportunity to liberate
19        as many civilians as possible using
20        these captive militias as a way to
21        exchange, you know, them for.  So
22        that's the first thing.
23             But nonetheless, the question
24        is, why did I go there in the first
25        place?
```

This Transcript Contains Confidential Material

```
 1                 I mentioned it again -- or I
 2        mention it again.  It is to protect
 3        people, to protect lives.  For me,
 4        what was happening in Chechnya was
 5        equally as ugly as what was happening
 6        in Bosnia.  Peoples' right to
 7        self-determination trampled upon by a
 8        superior power, and I felt compelled
 9        to go and do that.
10                 However, what happened in east
11        Africa in August 4th of 1998, was a
12        different thing altogether, because
13        this is when I realized that this is
14        the first opening shot of al-Qaeda's
15        long-promised war against the US.  And
16        it turned out to be a lie that they
17        were not going to attack US military
18        as they have insinuated.  It's not
19        going to be Beirut.  It's going to be
20        something else completely different.
21                 I did not sign up for that.  My
22        moral compass was pointing true north,
23        and I decided that this is where my --
24        the people that have fought alongside
25        with were going somewhere where I
```

This Transcript Contains Confidential Material

```
 1          can't follow anymore.
 2               So I decided that this is not
 3          the place for me.  I can't -- I need
 4          to leave.
 5  QUESTIONS BY MR. CARTER:
 6          Q.    Mr. Dean, you indicated that
 7  you were motivated to go to Chechnya because
 8  you saw it through the same lens as Bosnia.
 9               Correct?
10          A.    Yes.
11          Q.    But when you couldn't get into
12  Chechnya, you didn't go home.
13               Did you?
14          A.    No, I didn't go home.
15          Q.    You went to Afghanistan to
16  train in the jihad camps there.
17               Correct?
18          A.    Yes.
19          Q.    And that was for purposes of
20  training for a broader jihad.
21               Wasn't it?
22          A.    That was for the purposes of
23  gaining better military experience so I may
24  be more useful in another Bosnia or another
25  Chechnya.
```

This Transcript Contains Confidential Material

```
 1          Q.      And the result of that was you

 2     swearing an oath to Osama bin Laden in

 3     September of 1997.

 4               Right?

 5          A.      I explained the circumstances

 6     through which I was recruited into al-Qaeda,

 7     Mr. Carter, very -- in good details in the

 8     book that you seem to be quoting here so

 9     much.  So, yeah.

10          Q.      You've referenced your claim of

11     disenchantment with al-Qaeda after the

12     embassy bombings.

13               I understand that you remained

14     in Afghanistan from the date of the embassy

15     bombings until about November of 1998.

16               Correct?

17          A.      Yes.

18          Q.      And in November of 1998, you

19     left Afghanistan to go to Qatar.

20               Correct?

21          A.      Yes.

22          Q.      And you had been in Qatar the

23     year prior for medical treatment for malaria?

24          A.      Yes.

25          Q.      And at the time, the physicians
```

This Transcript Contains Confidential Material

```
 1    who treated you directed you to come back in

 2    12 months?

 3        A.    Yes.

 4        Q.    And when you returned to Qatar

 5    in November 1998, were you detained by the

 6    Qatari security forces shortly after

 7    arriving?

 8        A.    Yes.

 9        Q.    The Qatari security forces were

10    aware of your activities in al-Qaeda?

11        A.    Yes.

12        Q.    You were subjected to

13    interrogation by the Qatari security forces

14    at that time?

15        A.    Initially, yes.

16        Q.    And at a certain point, they

17    indicated that they intended to turn you over

18    to the French security forces with whom they

19    had been discussing your interrogation.

20              Is that correct?

21              MR. SEQUEIRA:  Objection to

22        form.

23              You may answer.

24              THE WITNESS:  No.  That's not

25        what happened.
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     Okay.  Tell me what happened.

 3         A.     Well, what happened, according

 4    to my recollection and as I stated in the

 5    book, that the conversation with the Qatari

 6    authorities for the following eight days were

 7    quite friendly, and I was kept in quite a

 8    comfortable situation.

 9                And after that, they said to me

10    that the French would like to talk to you,

11    but also so does the British and the

12    Americans.

13                And so I decide -- and the

14    decision was mine of who to talk to.  I

15    decided to talk to the British at that time.

16         Q.     Well, you indicated on page 141

17    of the book that you asked specifically

18    whether or not you had a choice.

19                Do you recall that?

20         A.     Yeah.

21         Q.     And on the same page of the

22    book, the Qataris indicated that they would

23    be happy to keep you here, but we can't

24    protect you if any of your former comrades

25    find out you've been talking.
```

This Transcript Contains Confidential Material

```
 1                    Also, word may be spread that
 2     you are in Qatar.  There is a risk the Saudis
 3     or Bahrainis will demand your extradition.
 4                    Correct?
 5          A.     Yes.
 6          Q.     And those were the prospects
 7     you were facing at the time?
 8          A.     Yes.
 9          Q.     And eventually, this
10     circumstance led you to being turned over to
11     the British.
12                    Correct?
13          A.     It was my choice at the end of
14     the day to board that plane and go to London.
15          Q.     If you had not boarded the
16     plane, there was a possibility that you would
17     have been turned over to any number of
18     countries for prosecution.
19                    Isn't there?
20          A.     No, I wasn't indicted anywhere
21     or charged anywhere in order for me to face
22     prosecution anywhere.
23                    The reality is that the Qataris
24     were just worried that Qatar was just too
25     small, you know, for me to stay.  You know,
```

1    250,000 population, that's a goldfish bowl,

2    as far as they were concerned.  They were

3    worried for my safety.

4         Q.    So you were free to go if you

5    wanted to?

6         A.    I was free to stay in Qatar if

7    I wanted to, but, you know, the idea was that

8    at your own risk.

9         Q.    And that risk included the risk

10   that the Saudis or Bahrainis would seek to

11   extradite you.

12               Correct?

13        A.    That risk that would have put

14   pressure on Qatar, not that they would have

15   cared about it at that time.  They still

16   believed that the best course of action for

17   me was to be out of the city.

18        Q.    And you ended up, during the

19   period of January 1999 to June of 1999,

20   training with British intelligence in London.

21               Correct?

22        A.    Yes.

23        Q.    And again, your detention by

24   the Qataris in this December of 1998 time

25   period just happened to coincide with your

```
 1    disillusionment with al-Qaeda?
 2             MR. SEQUEIRA:  Objection.
 3        Form.  Vague.
 4             You may answer.
 5             THE WITNESS:  Can you repeat
 6        the question?
 7    QUESTIONS BY MR. CARTER:
 8        Q.     The version of events you
 9    recount in your book is that you had grown
10    disillusioned with al-Qaeda and used your
11    medical follow-up in Qatar as a way to leave
12    the organization.
13             Correct?
14        A.     At that time I was -- after the
15    east Africa bombings, I was looking for a way
16    out and, therefore, the only pretext that was
17    available to me was the 12 months' follow-up
18    to make sure that my liver wasn't damaged by
19    the malaria and typhoid, by the way, I had a
20    year earlier.
21             And so, yes, it was the pretext
22    that kept me another three months there,
23    waiting for that moment.  As soon as I
24    boarded the plane, I renounced my oath of
25    allegiance.  And as soon as I landed in
```

This Transcript Contains Confidential Material

1    Qatar, I felt happy that I'm away from that

2    toxic environment.

3        Q.    So the sequence of events was

4    that you board a plane to go to Qatar and

5    renounce your allegiance to al-Qaeda, and

6    that just happens to occur almost immediately

7    before you're detained by the Qatari security

8    services?

9              MR. SEQUEIRA:  Objection to

10        form.

11             THE WITNESS:  Mr. Carter, the

12        book details at quite a length, you

13        know, the soul-searching journey that

14        took place between 4th of August all

15        the way until I -- you know, I left.

16             But the decision to leave was

17        more or less immediate, almost, you

18        know, by the end of August.

19             I had to wait until November in

20        order for the pretext to be available

21        to me.  And so as soon as the pretext

22        was available, I went to the airport

23        in Peshawar.  I took that Qatar

24        Airways airplane.

25             There, while sitting on my seat

```
 1          before departure, I renounced my
 2          faith -- my oath to al-Qaeda and then
 3          arrived in Qatar.
 4                 I wasn't expecting even to be
 5          arrested or anything.  All I expected
 6          was that it will be a chance for me
 7          from there to determine where -- you
 8          know, where my life would take me
 9          next.
10   QUESTIONS BY MR. CARTER:
11          Q.     So your decision to leave
12   al-Qaeda, as you framed it, had nothing to do
13   with the fact that you were detained by the
14   Qatari security services and facing
15   potentially severe consequences for the
16   activities you carried out in al-Qaeda?
17                 MR. SEQUEIRA:  Objection to
18          form.
19                 You may answer.
20                 THE WITNESS:  I don't know
21          which book version you read,
22          Mr. Carter.  I mean, the Qataris were
23          extremely happy to have me there, as I
24          have mentioned.
25                 And at the same time, the fact
```

This Transcript Contains Confidential Material

```
1            of the matter is that the Qataris
2            offered.  They said, you can stay.
3            It's just we believe it would be risky
4            for you.
5                 They understood the sincerity
6            of, you know, my interaction with
7            them, and they decided that it was
8            good enough, you know, for even three
9            global powers for them to trust me
10           enough to talk to me.
11      QUESTIONS BY MR. CARTER:
12           Q.    Mr. Dean, the -- during the
13      period that you were undergoing training with
14      British intelligence from January to June
15      of 1999, you had no interactions with
16      al-Qaeda.
17                 Correct?
18           A.    Again, it wasn't just a period
19      of training; it was a pre-period of
20      debriefing.  And as I have stated in the
21      book, the British intelligence very quickly
22      came with a very credible, good cover story
23      in order for me to immediately interact with
24      al-Qaeda members in London.
25           Q.    But you did not have any
```

1    interaction with the core al-Qaeda located in

2    Afghanistan during that six-month period?

3         A.    I was having interaction with

4    the core al-Qaeda leadership in London and

5    Europe.

6         Q.    But you didn't have any

7    leadership {sic} with the core al-Qaeda

8    leadership in Afghanistan.

9              Correct?

10             MR. SEQUEIRA:  Objection to

11        form.

12             You may answer.

13             THE WITNESS:  Yeah, we didn't

14        have e-mails or WhatsApp at that time

15        to be -- to be -- to stay in touch.

16   QUESTIONS BY MR. CARTER:

17        Q.    And then I'm trying to get some

18   understanding here of the timeline.

19             You went back to Afghanistan in

20   the June, July of 1999 period?

21        A.    Yes.

22        Q.    And as I understand it, during

23   this time you initially spent a few days with

24   Abu Zubaydah in Peshawar.

25             Correct?

```
 1         A.     Yes.

 2         Q.     You took a trip to Kashmir.

 3                Correct?

 4         A.     Yes.

 5         Q.     You went on from there to the

 6    Abu Khabab Darunta camp for a few weeks?

 7         A.     Yes.

 8         Q.     And while there, you were

 9    working with Abu Khabab on bomb making?

10         A.     Updating my knowledge on bomb

11    making, yes, for the purpose of making sure

12    that whatever new methodologies and other

13    updates that they have for their bomb making

14    program, I would be able to pass on back to

15    the UK intelligence services, yes.

16         Q.     And during that time, you

17    weren't sent on any financial-related

18    missions by al-Qaeda leadership?

19         A.     Can you repeat that again,

20    please?

21         Q.     During this period in

22    Afghanistan beginning in either late June or

23    early July 1999, before returning to London,

24    you weren't sent on any financial-related

25    missions by al-Qaeda leadership.
```

This Transcript Contains Confidential Material

```
 1                  Were you?

 2        A.     Can you define "missions"?

 3   Because it's not just only missions.  I mean,

 4   it's -- the whole finance thing is a bit

 5   complicated.  It's not like it's only

 6   missions.

 7        Q.     Well, during this time period,

 8   the events you recount in your book indicate,

 9   as I said, a visit with Abu Zubaydah, a trip

10   to Kashmir, and a few weeks at Darunta with

11   Abu Khabab working on bombs.

12                  Right?

13        A.     The trip to Kashmir was

14   actually related to al-Qaeda's finances.

15        Q.     It was related to your honey

16   business.

17                  Correct?

18        A.     It's not my honey business.  It

19   is the business that I run on behalf of

20   several of al-Qaeda top leadership.

21        Q.     In your book, don't you recount

22   that your money -- your honey business was

23   used solely to fund your own activities and

24   flat in London, and that you didn't give any

25   of the money to al-Qaeda?
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

1          A.     Once again, for purposes of

2    clarity, the honey business was done on

3    behalf of members of al-Qaeda's leadership,

4    and that was the cover story that enabled me

5    to travel freely, at least have some degree

6    of travel trust, so I would be able to get in

7    and out of Afghanistan and meet my superior

8    officers and pass on intelligence.

9                 As you know, al-Qaeda was a

10   clandestine organization, paranoid about

11   people who would travel and go and come and

12   have frequent interaction with the outside

13   world.

14                The cover story have to be

15   perfect.  And to make al-Qaeda leaders turn

16   blind eye to my activities in terms of the

17   travels, it has to be of personal benefit to

18   them.  And so this is how it was done.

19   That's what the cover story was.

20        Q.     On page 183 of your book --

21        A.     Yeah.

22        Q.     -- you're discussing the

23   business model of your honey business.

24                Correct?

25        A.     Yes.

This Transcript Contains Confidential Material

```
 1          Q.     And you indicate that you would
 2    be selling your produce at a rough markup of
 3    1,000 percent.
 4                 Correct?
 5          A.     Yes.
 6          Q.     And you reference that same
 7    markup in your expert report, don't you?
 8          A.     Yes.
 9          Q.     And you cite it in your expert
10    report as an example of the kind of business
11    ventures being run by al-Qaeda that were
12    generating revenues for the organization,
13    don't you?
14          A.     Yes.
15          Q.     Now, in your book, in the note
16    at the bottom of this page, you say, "Honey
17    had long been a source of funds for jihadi
18    groups, including al-Qaeda and Kashmiri
19    militants.  Al-Qaeda welcomed self-funding
20    recruits, as it reduced their payroll costs.
21    I did not funnel any proceeds to the group.
22    Instead, I used my earnings to pay for my own
23    travel and for the rent on my UK apartment."
24                 Correct?
25          A.     Yeah.  Keep going.
```

This Transcript Contains Confidential Material

```
 1          Q.     "Abdul Rasheed's
 2    brother-in-law, the Jordanian-American Khalil
 3    al-Deek, also became involved in the business
 4    that Abdul Rasheed and I founded."
 5          A.     Yeah.
 6          Q.     So in your book, you said you
 7    did not channel any of the proceeds from the
 8    honey-making business to the al-Qaeda group,
 9    don't you?
10          A.     Okay.  The language there is
11    very carefully designed in order to make sure
12    that I do not say that I funded al-Qaeda
13    group in any way, shape or form.
14                 And it was primarily with
15    individuals.  These individuals are -- you
16    know, two of them are mentioned here - Abdul
17    Rasheed and his brother-in-law, Khalil
18    al-Deek, who is also a well-documented member
19    and senior member of al-Qaeda leadership
20    killed in 2009 by a US drone in Peshawar --
21    sorry, Waziristan.
22          Q.     The statement in your book says
23    that you did not provide any proceeds from
24    your honey business to al-Qaeda, doesn't it?
25                 MR. SEQUEIRA:  Objection.
```

This Transcript Contains Confidential Material

```
 1              Your characterization of "your
 2         honey business."  He's already stated
 3         that it's not his honey business.
 4    QUESTIONS BY MR. CARTER:
 5         Q.    You did not funnel any proceeds
 6    from the honey business to al-Qaeda?
 7         A.    As al-Qaeda organization, no.
 8         Q.    And you used your earnings to
 9    pay your travel expenses and the rent on the
10    UK apartment.
11              Right?
12         A.    Yes.
13         Q.    Now, back to the 1999 period in
14    Afghanistan.  After a few weeks working with
15    Abu Khabab on bomb making at his Darunta
16    camp, you indicate on page 190 of the book
17    that you were sent off to the front lines
18    near Kabul.
19              Do you recall that?
20         A.    Yes.
21         Q.    And you were being sent to
22    fight alongside the Taliban against the
23    Northern Alliance.
24              Is that correct?
25         A.    This is page 190.  Okay.  Yes.
```

This Transcript Contains Confidential Material

```
 1          Q.     And bin Laden thought it was

 2    important to provide fighters to assist the

 3    Taliban in relation to that conflict?

 4                 MR. SEQUEIRA:  Objection to

 5          form.  Vague.

 6                 You may answer.

 7                 THE WITNESS:  Yes, he did.

 8    QUESTIONS BY MR. CARTER:

 9          Q.     You say in your book,

10    "bin Laden regarded providing military

11    support to the Taliban as an important part

12    of al-Qaeda's mission and required members to

13    help in the defense of Kabul."

14                 Correct?

15          A.     Yes.

16          Q.     And you say that you were not

17    happy about this assignment.

18                 Correct?

19          A.     Yes.

20          Q.     And you were not happy because

21    you feared you were being sent to be cannon

22    fodder on the gridlock front north of Kabul.

23                 Right?

24          A.     Yes.

25          Q.     So in terms of your status
```

```
 1    within al-Qaeda as of this date, your own
 2    recounting indicates that they viewed you as
 3    an appropriate candidate for being cannon
 4    fodder on the front lines in Kabul.
 5              Right?
 6              MR. SEQUEIRA:  Objection.
 7              THE WITNESS:  Goodness, this is
 8         disingenuous.
 9              Mr. Carter, I explained in
10         pretty much de -- you know, in many
11         details that everyone in al-Qaeda must
12         do front-line duty, regardless.  And
13         the reason for that is because all of
14         them need to demonstrate their loyalty
15         to the cause.
16              This is how they weed out
17         potential traitors, potential spies
18         within the organization.  Those who
19         feel immense fear while in the front
20         line while battle are taking place,
21         the reason for that is because if they
22         feel -- if they really do not
23         demonstrate willingness to fight, then
24         why are you here.  You're supposed to
25         be seeking martyrdom.  You are
```

This Transcript Contains Confidential Material

```
 1          supposed to be brave.  You are a
 2          jihadist, after all.
 3               So the idea that it was just
 4          the cannon fodder going there, that's
 5          not true.
 6               The use of cannon fodder in
 7          that particular -- I'm talking about
 8          the overall strategy of just throwing
 9          lives unnecessary in that conflict
10          with the Northern Alliance, not that I
11          was considered a cannon fodder.
12               Everyone did that duty,
13          including Osama bin Laden himself.
14     QUESTIONS BY MR. CARTER:
15          Q.    In your book, you indicate that
16     you are back in London at least as of
17     September 1999 on what you describe as home
18     leave after a close call -- after your close
19     call on the front line.
20               Do you recall when you departed
21     Afghanistan following the fighting on the
22     front line near Kabul to return to London?
23          A.    Roughly around September.
24     Beginning of September.
25          Q.    And I believe you indicate in
```

This Transcript Contains Confidential Material

```
 1    the book that you were in London at the time
 2    of the bombing attack carried out in Russia
 3    on September 9, 1999?
 4         A.    Yes.
 5         Q.    And during this period, how
 6    long did you stay in London?
 7         A.    By October 15th, I returned
 8    back to Afghanistan, so it was six weeks.
 9         Q.    And I believe in your book you
10    describe this period in October returning to
11    Afghanistan, again, involving a stop in
12    Pakistan.
13               Correct?
14         A.    Naturally, yes.
15         Q.    You went from there to an
16    al-Qaeda camp in Logar to drop off equipment.
17               Correct?
18         A.    Yes.
19         Q.    You went on from there to the
20    Jalalabad area to go back to the Darunta
21    camp?
22         A.    Yes.
23         Q.    You left Darunta after a period
24    at the camp to go to Pakistan for a
25    debriefing with your MI6 handlers.
```

```
 1                     Correct?

 2          A.       Yes.

 3          Q.       And then you went back to

 4   Darunta.

 5                     Correct?

 6          A.       Yes.

 7          Q.       And while you were in Darunta,

 8   you indicate on page 217 of your book that

 9   you wanted to visit Kabul to see Abu Musab

10   al-Suri.

11                     Correct?

12          A.       Yes.

13          Q.       And the reason you were

14   interested in seeing al-Suri at that time was

15   to see if he had grown any closer to

16   al-Qaeda's leaders.

17                     Correct?

18          A.       Yes.

19          Q.       And that's because the leaders

20   at that time were starting to conglomerate

21   around Kabul?

22          A.       Can you repeat the question

23   again?  I didn't understand it.

24          Q.       You were hoping that Abu Masub

25   al-Suri had grown closer to the al-Qaeda
```

This Transcript Contains Confidential Material

```
 1   leadership by virtue of the fact that more of
 2   them were moving towards the Kabul area at
 3   that time?
 4              MR. SEQUEIRA:  Objection to
 5         form.
 6              You may answer.
 7              THE WITNESS:  At that time,
 8         many of al-Qaeda's leaders were
 9         congregating in Kabul.  That was the
10         end of 1999, yes.
11   QUESTIONS BY MR. CARTER:
12         Q.    And your interest in seeing Abu
13   Musab al-Suri was specifically focused on the
14   hope that he had grown closer to the al-Qaeda
15   leadership.
16              Correct?
17         A.    This wasn't exactly the focus
18   that I had at that time.  The focus was to
19   actually spy on them.
20         Q.    You say on page 217 to 218, "I
21   wanted to visit Kabul to see Abu Musab
22   al-Suri again, not out of any devotion to his
23   intellect but to see whether he had grown any
24   closer to al-Qaeda's leaders, some of whom
25   were gravitating to the Afghan capital."
```

```
 1                 That's a fair assessment of
 2   your motivation?
 3         A.     Which is espionage, yes.
 4         Q.     And particularly you thought
 5   al-Suri might have particular value for
 6   espionage purposes because he may have grown
 7   closer to al-Qaeda's leaders.
 8                 Correct?
 9         A.     Yes.
10         Q.     And you were seeking better
11   access at that time to information relating
12   to al-Qaeda's leaders?
13                 MR. SEQUEIRA:  Object to the
14         form.
15                 You may answer.
16                 THE WITNESS:  That is rather
17         convoluted.  It's not the motive.  The
18         motive was to look into his activities
19         and the fact that he hasn't -- you
20         know, he lives in -- he lived in
21         London in the past.  That's the first
22         thing.
23                 The second thing is that he had
24         a network extending to Spain and to
25         France and to the Middle East.  So
```

This Transcript Contains Confidential Material

```
 1              there was an interest from the
 2              intelligence community in him.
 3    QUESTIONS BY MR. CARTER:
 4         Q.    In this time period when you
 5    visited the Kabul area, you indicate that you
 6    attended an event with Abu Hafs al-Masri and
 7    Abu Musab al-Suri.
 8              Correct?
 9         A.    Yes.
10         Q.    And you were disappointed that
11    bin Laden was not there.
12              Right?
13         A.    Yes.
14         Q.    You date that meeting in your
15    book to November of 1999.
16              Correct?
17         A.    Yes.
18         Q.    And the description of that
19    event in your book doesn't indicate that you
20    had any substantive conversations with Abu
21    Hafs al-Masri at the event.
22              Is that fair?
23         A.    Can you repeat this again,
24    please?
25         Q.    The recounting of the -- well,
```

This Transcript Contains Confidential Material

1   let me ask you this.

2           Does the recounting of that

3   event that you attended in your book capture

4   the -- what you viewed as the principal,

5   significant events that occurred during

6   the meeting?

7           MR. SEQUEIRA:  Objection.

8       Vague.

9           THE WITNESS:  I'm sorry,

10      Mr. Carter, the question is extremely

11      vague.

12  QUESTIONS BY MR. CARTER:

13      Q.    Did you have any conversations

14  during that interaction that night with Abu

15  Hafs al-Masri about al-Qaeda's budget?

16      A.    Mr. Carter, I had conversations

17  that lasted hours that evening with many of

18  al-Qaeda leaders who were there, and that

19  included many aspects.  And I didn't recall

20  the whole conversation in the book because

21  that's exactly the purpose of the book.  The

22  purpose of the book is to capture the gist

23  of, you know, the time I spent there.

24           This book wasn't, you know,

25  meant to be, you know, an accurate telling of

This Transcript Contains Confidential Material

 1   everything that happened, you know,

 2   bit by bit and word by word and -- you know,

 3   and meeting by meeting.

 4              But that evening lasted hours,

 5   and I spent it with 40 members of al-Qaeda's

 6   leadership who were involved in the running

 7   of the organization and the training and the

 8   finance.  And even the mufti of al-Qaeda was

 9   there at that time as the religious

10   commander.

11              So there were many.  And of

12   course it is a relaxed occasion.  It is the

13   birth of someone's daughter there, and we are

14   celebrating that birth.

15       Q.     So it was not an official

16   organizational meeting; it was a celebration

17   of the birth of someone's daughter?

18       A.     Yes.  In my years, you know,

19   eight years as undercover spy on behalf of

20   the UK intelligence services, I found that

21   the most rich environment for espionage are

22   when people are at their ease during times of

23   celebrations, occasions, parties.  You know,

24   they feel at ease at that time.

25              And this is basically when you

This Transcript Contains Confidential Material

1    have the conversations that matter.  They are

2    not guarded.  They are not, you know, feeling

3    the stress, you know, of the occasion.

4                    And so this is why, you know,

5    that particular evening was very memorable in

6    my mind.  I came out of it with a wealth and

7    a trove of intelligence at that time.

8         Q.    At some point after leaving

9    Kabul, you were leaving Afghanistan, and you

10   were detained by the Pakistani intelligence

11   services?

12        A.    Yes.

13        Q.    And you became severely ill

14   during your detention?

15        A.    Could you please repeat the

16   question?

17        Q.    You became ill during your

18   detention at the hands of the Pakistani ISI?

19        A.    I'm sorry.  Because the quality

20   of the sound is not that great, can you

21   please repeat the question?  Sorry about

22   that.

23        Q.    The conditions in which you

24   were held by the Pakistani ISI were harsh.

25                    Correct?

This Transcript Contains Confidential Material

```
 1          A.      They were far from ideal, yes.
 2          Q.      And you became ill as a result,
 3     correct?
 4          A.      Yes.  Sleeping in open cells,
 5     open-air cells, that can -- I mean, had a
 6     temperature of minus 2 is not exactly good
 7     for your health, yeah.
 8          Q.      And so you were turned over to
 9     the Brits and then recuperated for some
10     period of time in Islamabad?
11          A.      Yes.
12          Q.      And then you went on from there
13     to London.
14                  Right?
15          A.      Yes.
16          Q.      And I believe in your book, you
17     recount being back in London during the
18     period between Christmas and New Years of
19     1999.
20                  Correct?
21          A.      Yes.
22          Q.      So this period in Afghanistan
23     and your detention with the ISI all occurred
24     between the middle of October of 1999 and
25     sometime before Christmas?
```

This Transcript Contains Confidential Material

```
 1         A.      Yes.

 2         Q.      So this reflects about a

 3    two-month window of physical presence within

 4    al-Qaeda's operations in Afghanistan?

 5         A.      77 days, yes.  I still remember

 6    that.

 7         Q.      You indicate then that you were

 8    still in London in the spring of 2000.

 9                 Correct?

10         A.      Winter of 2000, yes.

11         Q.      But you refer, I believe, on

12    229 of your book about there being daffodils

13    at the time?

14         A.      Yeah.  Yeah.  So I spent the

15    winter of -- and to escape the long Afghan

16    winter.

17         Q.      And then on 229 you say you

18    went back to Jalalabad then in early summer,

19    and you date that return as less than three

20    months before the Sydney Olympics.

21                 Is that correct?

22         A.      Yes.

23         Q.      That would mark your return to

24    Afghanistan at that point --

25         A.      Roughly around April.
```

This Transcript Contains Confidential Material

```
 1          Q.     Well, the Olympics started on

 2     September 15th of 2000.

 3                 So if you're less than three

 4     months before the Olympics, your return would

 5     have been in -- sometime after June 15, 2000.

 6                 Right?

 7          A.     Yes, I remember it was around

 8     either May or June.

 9          Q.     But your book, again, on 229 --

10          A.     Yeah.

11          Q.     -- says, "I arrived in

12     Jalalabad rejuvenated in early summer, less

13     than three months before the Olympics were

14     due to begin."

15          A.     Yes.

16          Q.     Correct?

17          A.     Yes.

18          Q.     How long were you in

19     Afghanistan during this period?

20          A.     Roughly about 70 days.

21          Q.     And then you left Afghanistan

22     to go to Australia?

23          A.     Yes.

24          Q.     And how long were you in

25     Australia?
```

```
 1        A.      Seven weeks.

 2        Q.      And so when did you leave

 3   Australia?

 4        A.      October.

 5        Q.      I was -- where did you go from

 6   Australia in October of 2000?

 7        A.      Back to the UK.

 8        Q.      And how long did you stay in

 9   the UK?

10        A.      At that time, roughly until the

11   beginning of the year.  Around January,

12   February.

13        Q.      Of 2001?

14        A.      Yes.

15        Q.      And at that point did you

16   return to Afghanistan?

17        A.      At that time, no.

18        Q.      Where did you go?

19        A.      I remained in the UK.  I went

20   to other countries like Germany, France,

21   Belgium because there were other missions I

22   was supposed to take part in.

23               And then after that, in the

24   spring I went back to Afghanistan.

25        Q.      At what point in time?
```

This Transcript Contains Confidential Material

```
 1          A.      It was roughly either February

 2     or March.

 3          Q.      And do I understand correctly

 4     that as of June 2001, you were at al-Qaeda's

 5     Tarnak Farms camp?

 6          A.      Yes.

 7          Q.      And you recount in your book

 8     that around that time you were leaving again

 9     for London in a few days when you were

10     summoned by Abu Hafs al-Masri.

11              Correct?

12          A.      Yes.

13          Q.      And you indicate in your book

14     that the summons from Abu Hafs made you feel

15     distinctly uneasy.

16              Correct?

17          A.      Yes.

18          Q.      That's because it was uncommon

19     for Abu Hafs al-Masri to summon you.

20              Right?

21              MR. SEQUEIRA:  Objection.

22              You may answer.

23              THE WITNESS:  The reason is

24          because by then, by June of 2001,

25          since 1999 until 2001, five people
```

This Transcript Contains Confidential Material

```
 1            within al-Qaeda who were spying on

 2            behalf of -- two of them on behalf of

 3            the Jordanian intelligence and three

 4            of them on behalf of Egyptian

 5            intelligence, were actually

 6            apprehended and subsequently executed.

 7                  And of course in all cases, it

 8            was Abu Hafs al-Masri who conducted

 9            the interrogation and pronounced the

10            judgement of execution, along with the

11            mufti of al-Qaeda.

12                  So, you know, when you are a

13            spy, you know, in that organization --

14            because, you know, you have to take

15            into context here, Mr. Carter, once

16            you enter Afghanistan at the point

17            where -- there is no hope, you know,

18            of rescue if anything goes wrong.

19                  I still remember that, you

20            know, the UK intelligence services

21            used to tell me that once you enter

22            Afghanistan, you are beyond the scope

23            of our help.  If anything goes wrong

24            because of the lack of communication,

25            because the lack of friendly ground
```

This Transcript Contains Confidential Material

```
 1            forces, you are on your own.

 2                  So every day could have been my

 3            last.

 4                  I know you are counting my days

 5            there, Mr. Carter, to say, like, how

 6            long I spent, but trust me, each and

 7            every day felt like an eternity.  And

 8            therefore, each and every 77 days,

 9            70 days, 60 days, 40 days, 5 days, 50

10            days, 15 days, each one of them could

11            have been my last.  Understand.

12                  So when I was summoned by Abu

13            Hafs, you know, the unease is due to

14            the fact that it could be one of those

15            moments where I enter his office and

16            he tells me, confess.  We know who you

17            are.

18                  So it's just normal to feel

19            unease if I am summoned by him.

20       QUESTIONS BY MR. CARTER:

21            Q.    Abu Hafs was a senior leader of

22       al-Qaeda at the time.

23                  Correct?

24            A.    He was the deputy commander for

25       al-Qaeda, yes.
```

```
 1          Q.      And when he summoned you at
 2    this point in time in June of 2000, you
 3    indicate that he asked you, "When exactly are
 4    you traveling to England?"
 5                  Correct?
 6          A.      Yes.
 7          Q.      And you say that you replied
 8    "In four days," and that "he did not invite
 9    me to sit down but stared at me for a few
10    seconds in a way that turned my stomach."
11                  Correct?
12          A.      Yes.
13          Q.      He then told you that he wanted
14    you to take a message to some of the brothers
15    in London, and that "he spelled out four
16    names slowly and clearly, as if I was an
17    imbecile."
18                  Correct?
19          A.      Yes.
20          Q.      And he told you that "They must
21    leave the country and come here before the
22    end of August.  Something big is going to
23    happen, and we expect the Americans to come
24    to Afghanistan."
25                  Right?
```

This Transcript Contains Confidential Material

```
 1        A.     Yes.

 2        Q.     And he told you not to come

 3   back, but to stay in England.

 4               Right?

 5        A.     Yes.

 6        Q.     And then you recount in your

 7   book that "It was clear the meeting was over.

 8   It lasted two minutes."

 9               Right?

10        A.     Yes.

11        Q.     And it sent your brain into

12   overdrive because you didn't know what the

13   "something big" he was referring to could be.

14               Right?

15        A.     Yes.

16        Q.     And you indicate in your book

17   that you weren't stupid enough to ask because

18   al-Masri was obsessive about operational

19   security, and he had literally drafted a

20   need-to-know policy and posted it prominently

21   in the camps.

22               Right?

23        A.     Yes.

24        Q.     So you were cognizant at this

25   time of al-Qaeda leadership's focus on
```

This Transcript Contains Confidential Material

```
 1    operational security.

 2              Correct?

 3        A.    Yes.

 4        Q.    And you were also aware that

 5    probing into matters that didn't directly

 6    involve your own work could arouse

 7    suspicions.

 8              Correct?

 9        A.    Yes.

10        Q.    And you were in London on

11    September 11, 2001?

12        A.    Yes, I was.

13        Q.    And you learned about the

14    attacks that day via media reporting?

15        A.    Yeah.

16        Q.    You had no foreknowledge

17    whatsoever of the attacks?

18        A.    No.

19        Q.    Mr. Dean, I trust you know who

20    Abu Saeed al-Masri is?

21        A.    Sorry?

22        Q.    Abu Saeed al-Masri?

23        A.    Abu Saeed, or --

24        Q.    Abu Saeed.  I'm sorry, yes.

25              Abu Saeed al-Masri, you know
```

1    who he is?

2         A.    I'm not aware of who you're

3    talking about.

4         Q.    Do you know who the al-Qaeda

5    financial chief was during the period leading

6    up to September 11, 2001?

7         A.    I'm aware of Abu Hareth

8    al-Masri as the chief accountant.

9         Q.    And, again, can you -- can you

10   repeat his name for me?

11        A.    Abu Hareth al-Masri.

12        Q.    And did you have any -- you

13   don't report in your book any interactions

14   with him at all.

15              Correct?

16        A.    No, I don't.

17        Q.    And during the period prior to

18   September 11, 2001, you don't indicate in

19   your book any participation in any meeting of

20   al-Qaeda's finance committee.

21              Do you?

22        A.    No, I don't.

23        Q.    Do you agree that during this

24   period al-Qaeda was a highly centralized

25   organization?

This Transcript Contains Confidential Material

1          A.      Yes, I was aware.

2          Q.      And I think we've discussed

3     already that you agree that it had formal

4     committees established to oversee different

5     areas of priority for al-Qaeda.

6                  Correct?

7          A.      Yes.

8                  (Dean Exhibit 2 marked for

9          identification.)

10    QUESTIONS BY MR. CARTER:

11         Q.      And if we can, let's just mark

12    the relevant section of the 9/11 Commission

13    report that's at Tab 9.

14                 And at page 56 in particular,

15    there's a discussion of the establishment of

16    al-Qaeda which describes that bin Laden was

17    the emir and that the organization's

18    structure included as its operating arms an

19    intelligence component, a military committee,

20    a financial committee, a political committee,

21    and a committee in charge of media affairs

22    and propaganda.  It also had an advisory

23    council, Shura, made up of bin Laden's inner

24    circle.

25                 Based on your experiences, is

```
 1    that description accurate?
 2         A.      To my knowledge, yes, it is
 3    accurate.
 4         Q.      And during the period prior to
 5    September 11, 2001, were you a member of any
 6    of the committees identified in the section
 7    of the 9/11 report?
 8         A.      I was just working for one of
 9    the committees, the financial committee, not
10    as a member but as, you know, one of the arms
11    of the business section of that committee.
12         Q.      You're referring to the fact
13    that you were running a honey business that
14    was under the supervision of the financial
15    committee?
16         A.      Yes.
17         Q.      And so your interactions with
18    the financial committee would have
19    principally involved your honey business.
20              Correct?
21         A.      Yes.   The export and import
22    business in the honey and other, you know,
23    commodities that al-Qaeda was exporting to
24    the Gulf at that time.
25         Q.      You cite the 9/11 Commission
```

This Transcript Contains Confidential Material

```
 1    report numerous times in your book.

 2               Correct?

 3        A.     Yes.

 4        Q.     So you view it as a reliable

 5    and authoritative source?

 6        A.     More like a reliable,

 7    historical document.

 8        Q.     But you view it as reliable?

 9        A.     Reliable, historical document.

10    Not an intelligence document.

11        Q.     And just looking at the

12    associated citation for this -- it's cited to

13    footnote 25, which we've brought in the notes

14    section -- it says, "A wealth of information

15    on al-Qaeda's evolution and history has been

16    obtained from materials seized in recent

17    years, including files labeled Tareekh Usama,

18    Tareekh al Musadat."

19               And then says, "For description

20    of and substantial excerpts from these files,

21    see Government's Evidentiary Proffer

22    Supporting the Admissibility of

23    Co-Conspirator Statements, United States

24    versus Arnaout."

25               Do you see that?
```

This Transcript Contains Confidential Material

```
1         A.     Yes, I see that.

2         Q.     Are you familiar with the

3    Government's Evidentiary Proffer Supporting

4    the Admissibility of Co-Conspirator

5    Statements in United States v. Arnaout?

6         A.     I'm not aware of that.

7         Q.     Are you aware that your

8    partner, Paul Cruickshank, has cited to that

9    document in some of his writings about

10   al-Qaeda's origin and finances?

11        A.     Yes, I'm aware of that.

12        Q.     And you view Mr. Cruickshank as

13   a reliable expert in this arena?

14        A.     I view Mr. Cruickshank as a

15   business partner and a good friend.

16        Q.     Well, do you view him as being

17   someone who is a reliable authority with

18   regard to al-Qaeda and its sources of

19   financing?

20        A.     Well, he is wise enough to know

21   that whenever we disagree on something, that

22   he actually is going to take my opinion

23   instead of his.

24        Q.     I'm not sure I've gotten an

25   answer to the question.
```

This Transcript Contains Confidential Material

```
 1              Do you view him as an authority
 2    on these subjects or not?
 3         A.    As I said to you, like, you
 4    know, I mean, he view me of more of an
 5    authority on the subject than he does.
 6         Q.    I'm still not sure you've
 7    answered whether or not you view him --
 8         A.    As I said to you, like, you
 9    know, I mean, yeah.  You know, it was
10    basically like, you know, I mean, he views me
11    as an authority, you know, on the subject,
12    and therefore, whenever our opinions differ,
13    he tend to take my opinion over his.
14         Q.    And going down, there's also a
15    reference in this section -- I just want to
16    draw your attention -- in footnote 36 to the
17    trial testimony of Jamal al-Fadl?
18         A.    Yeah.
19         Q.    Do you know who Jamal al-Fadl
20    is?
21         A.    I'm aware of him, yes.
22         Q.    Okay.  What is -- who is he, in
23    your understanding?
24         A.    I mean, someone who was
25    associated with al-Qaeda.  But apart from
```

```
 1    that, I never met him.

 2          Q.     Well, have you ever reviewed

 3    any of the transcripts or summaries of his

 4    interviews with the FBI?

 5          A.     No, I haven't.

 6          Q.     Have you ever reviewed any of

 7    the transcripts of his court testimony

 8    concerning al-Qaeda and its finances?

 9          A.     No, I haven't.

10          Q.     The operational security and

11    need-to-know policy that you referenced in

12    relation to Abu Hafs al-Masri in your book,

13    was that a policy unique to him or was it a

14    model that the al-Qaeda leadership

15    implemented generally?

16          A.     That was a model that was

17    implemented generally post-August 1998.

18          Q.     So the official at al-Qaeda --

19    policy of al-Qaeda during this time was that

20    information about al-Qaeda's activities

21    should be shared only on a need-to-know

22    basis?

23          A.     Yes, that is the official

24    policy, although it's not always followed or

25    implemented.  The human nature always compel
```

This Transcript Contains Confidential Material

```
 1    people to talk and to let off some steam.
 2    And these occasions, these are the times when
 3    one can penetrate the walls of secrecy.
 4    Sometimes.
 5         Q.    What about al-Qaeda's financial
 6    chief?
 7              And I think there's some
 8    possible discrepancy in the language we're
 9    using of the name.  Give me one second.
10         A.    No worries.
11         Q.    It's probably just a function
12    of my bad pronunciation.
13              The head of al-Qaeda's finance
14    committee, as I understand it from government
15    sources, for a significant number of years
16    leading up to and through September 11, 2001,
17    was Mustafa Ahmed Muhammad Uthman Abu
18    al-Yazid, who was also named as Saeed
19    al-Masri.
20              Correct?
21         A.    Yes.  If you are talking about
22    Mustafa Abu al-Yazid, yes, that's a person.
23              But he was mistaken, actually,
24    like, you know, as the head of the financial
25    committee.  He was more or less like the head
```

This Transcript Contains Confidential Material

```
 1   of the external operation -- sorry, the head
 2   of operations as a whole.
 3              So Mustafa Abu al-Yazid, who
 4   would later become, actually, the deputy
 5   leader of al-Qaeda in later years, he was the
 6   equivalent of the COO.  He is the chief
 7   operating officer.  He is the chief of
 8   operations.
 9        Q.    And, in fact, there were
10   stories about him being incredibly
11   tight-fisted in relation to authorizing
12   requested payments to al-Qaeda members.
13              Are you aware of that?
14        A.    I am aware of several of
15   al-Qaeda leaders being frugal, including not
16   only Mustafa Abu al-Yazid but also bin Laden
17   himself.
18        Q.    And there's no reference in
19   your book to Mustafa Abu al-Yazid at all.
20              Is there?
21        A.    No, but he was the subject of
22   countless intelligence reports by myself at
23   that time due to the fact that he was
24   handling a lot of the money that was coming
25   out of Iran into al-Qaeda during the 2002,
```

This Transcript Contains Confidential Material

```
 1    2006 period.

 2         Q.    But with regard to the period

 3    2001, prior to September 11, 2001, you agree

 4    that there's no reference in your book at all

 5    to any significant interactions with him?

 6         A.    Mr. Carter, my book wasn't

 7    intended to be an intelligence report.  It

 8    was intended to be a story, you know, a

 9    telling of a story of how, you know, I spent

10    my time within al-Qaeda.  It is 480 pages.

11    We couldn't make it 1,480.

12         Q.    Well, you went to considerable

13    lengths to document interactions with other

14    senior al-Qaeda members.

15              Didn't you?

16         A.    Indeed.  I think the general

17    public generally like action; they don't like

18    accounting.

19         Q.    Well, he wasn't just an

20    accountant, as you say.  He was one of

21    al-Qaeda's most-senior officials and

22    functionally the COO of the entire

23    organization.

24              Right?

25         A.    Mr. Carter, one of the
```

This Transcript Contains Confidential Material

```
 1    decisions we took, you know, while we were
 2    writing the book is that we don't want to
 3    burden the general public with names they can
 4    barely pronounce.
 5         Q.    Well, there's quite a number of
 6    names in your book, in fact.
 7              Aren't there?
 8         A.    Yes.  That's the whole idea.
 9    The whole idea is that we don't want to put
10    so many names that the reader lose the plot
11    and end up, you know, going down the rabbit
12    hole.
13         Q.    In your expert report, you
14    indicate on page 8, referring to four
15    charitable organizations, IIRO, Al-Haramain
16    Islamic Foundation, Muslim World League, and
17    World Assembly of Muslim Youth, that "Any
18    funneling of support to armed jihadists was
19    not approved and most likely not even known
20    by the charity headquarters in Saudi Arabia,
21    but was an abuse of the headquarters'
22    difficulty in maintaining oversight."
23              Do you see that section of your
24    report?
25         A.    Yes.
```

This Transcript Contains Confidential Material

1      Q.      Did you ever work at the

2   headquarters in Saudi Arabia of any of those

3   four organizations?

4      A.      No.  I worked with the

5   headquarters rather than inside the

6   headquarters.  I mean, in other words, I was

7   at the other end in the branch, interacting

8   with the headquarters.  That's how I know the

9   mechanism.

10     Q.      Oh.  In that case, you're

11  referring solely to your experience working

12  in a five-month period for Al-Haramain.

13          Correct?

14     A.      Yes, five months' crucial

15  period, which was the end of the Chechen war

16  between January and, you know, May of 1996.

17     Q.      The statement in your report

18  here is not limited to the knowledge of the

19  headquarters of Al-Haramain, is it?

20     A.      No, because while I was working

21  with Al-Haramain, I was at that time also

22  being aware that -- about the practice and

23  how this practice is somewhat widespread and

24  that it is not confined to just one charity

25  here and there; that this is something that's

This Transcript Contains Confidential Material

1   been going on for a while.

2           Q.      You never worked at any branch

3   of the IIRO.

4                   Did you?

5           A.      No, I did not work in any

6   branch of the IIRO.  However, I have many

7   friends and, indeed, like, you know, the many

8   people who deem veterans of the organization

9   for many, many, many years.

10          Q.      So you're basing your testimony

11  here on information that you have obtained

12  from unidentified friends?

13          A.      The information you obtain

14  about any organization throughout, you know,

15  your professional life does not necessarily

16  have to be just because you worked inside

17  that organization.  Otherwise, you know,

18  the -- you know, we end up placing incredibly

19  difficult burden, you know, on anyone who is

20  gathering intelligence.

21          Q.      Well, Mr. Dean, we're here to

22  assess the reliability of your opinions and

23  the credibility of your opinions.  And the

24  statement that we're talking about right

25  now --

This Transcript Contains Confidential Material

```
1        A.      Uh-huh.

2        Q.      -- does not include citation to

3   any source at all.

4                Is that correct?

5        A.      Mr. Carter, when I formed my

6   opinion for this report, I was relying on a

7   26 years' accumulated knowledge depository.

8   And based on that and the research I've done,

9   the eight years' work that I've done for the

10  UK intelligence services, the nine years'

11  work I've done for a global bank such as

12  HSBC, and eight years' work as a consultant

13  for several governments, banking

14  institutions, financial institutions, all of

15  that led me to the fact that with all of the

16  research I've done, I came up with this

17  statement.

18       Q.      And you don't -- you don't cite

19  to any of that research in your report.

20               Do you?

21       A.      How can you cite knowledge?

22  Accumulated knowledge?  How do you cite it?

23               As someone who would go into a

24  heart surgery, you know, you are not going to

25  cite every poss -- every medical book while
```

This Transcript Contains Confidential Material

1    you are doing the surgery.  The same thing

2    here.

3              You know, being knowledgeable

4    about the subject -- and I am knowledgeable

5    on the subject way beyond, you know, many

6    other people in the industry.  You know, they

7    would come to consult me, you know, on this.

8    Even academics and people with Ph.D.s and

9    even from universities would come and ask me

10   to opine on their syllabi.  Sometimes I can

11   even look into their teaching methods about

12   counterterrorism finance and looking into it.

13             So because subject like this

14   is -- you know, there is a context to it.

15        Q.    Mr. Dean, you're testifying

16   here to the knowledge that was possessed by

17   the charity headquarters in Saudi Arabia

18   during the period 1998 to 2001.

19             Correct?

20        A.    The question is rather -- can

21   you please repeat it?

22        Q.    Your testi -- you are offering

23   an opinion here concerning the knowledge of

24   the charity headquarters in Saudi Arabia of

25   four separate organizations concerning

This Transcript Contains Confidential Material

1    diversions of funds in the branch offices

2    between 1998 and 2001.

3              Correct?

4              MR. SEQUEIRA:  Objection.

5         Form.

6              You may answer.

7              THE WITNESS:  I am offering

8         here expert opinion, expertise as well

9         as knowledge, based on experience in

10        the period of 1996, in the first half

11        of 1996, of how one charity that

12        shared some similar characteristics

13        with other charities and, therefore,

14        the working mechanism between the

15        branch and the headquarters.

16              And if you look at that -- and

17        we established that this is how the

18        mechanism was in one charity.  And

19        then when you look at the similarity,

20        the similar factors, between them and

21        the fact that they all had the same

22        problem at some branches, not all,

23        which is the infiltration by certain

24        elements who were sympathetic to

25        certain causes, this is how you come

```
 1          to the conclusion, because of that

 2          similarity between the cases.

 3                  One person's path into

 4          radicalism could, you know, coincide

 5          with someone else's path into

 6          radicalism if they share certain

 7          common factors.

 8                  So you look at the common

 9          factors.  You establish one case, and

10          then you look at all other three

11          common factors between the other three

12          charities, and you establish a pattern

13          here.

14   QUESTIONS BY MR. CARTER:

15          Q.     Have you conducted any review

16   of internal operational documents of the

17   IIRO, WAMY or the Muslim World League?

18          A.     I looked at the internal

19   documents of multiple charities, dozens and

20   dozens of charities, while I was working for

21   HSBC.  Most of them are Muslim, and they

22   operate according to similar principles.

23          Q.     So is the answer no?

24          A.     Again, it's not a simple yes or

25   no.  You're asking me --
```

```
 1        Q.     It is, Mr. Dean.  I asked you
 2   if you looked at internal documents of three
 3   organizations.  The answer is either that you
 4   have, in which case can you tell me which
 5   ones you looked at, or that you haven't, in
 6   which case the answer is no.
 7              MR. SEQUEIRA:  Objection,
 8        Mr. Carter.  He's providing the
 9        context to his answer.  He can do
10        that.
11              MR. CARTER:  He can provide
12        context, but he has to answer the
13        question.
14              THE WITNESS:  Okay.  You're
15        asking me if I have seen internal
16        documents, you know, related to IIRO,
17        world Muslim -- the WAMY and the MWL.
18              Yes?
19   QUESTIONS BY MR. CARTER:
20        Q.     Correct.
21        A.     Yeah.  The answer is no.
22        Q.     And you have never worked for
23   any of those organizations.
24              Correct?
25        A.     With the exception of
```

This Transcript Contains Confidential Material

```
 1    Al-Haramain, no.

 2          Q.      And who was the head of the

 3    IIRO during the period 1998 to 2001?

 4          A.      I think it was Karashi

 5    {phonetic}, but I'm not -- you know, apology,

 6    but I can't remember the name.  I think the

 7    surname was Karashi, but I can't remember the

 8    name.

 9          Q.      And who was the head of the

10    World Assembly of Muslim Youth?

11          A.      I can't remember the name.

12          Q.      And who was the head of the

13    Muslim World League?

14          A.      At that time it was Nasseef.

15    Mr. Nasseef, I think.

16          Q.      You think Nasseef was the head

17    during the '98 to 2001 time period?

18          A.      I think so.  I'm not like, you

19    know, I mean, sure.

20          Q.      Have you had -- do you recall

21    during this period whether you had any direct

22    contact with the heads of the IIRO, WAMY, or

23    Muslim World League?

24          A.      Why would I have contacts with

25    them?
```

This Transcript Contains Confidential Material

```
 1                    Well, I didn't have contacts

 2      with them.

 3            Q.     Do you have any understanding

 4      of what their procedures were during the

 5      period for auditing branch offices?

 6            A.     I don't think my report looked

 7      into the procedures.  These are regulatory

 8      issues, which is beyond the scope of my

 9      report.

10            Q.     And on page 9 of your report --

11      well, let's -- in terms of Al-Haramain and

12      what the leadership of that organization knew

13      about diversions in the field offices, I

14      understand your testimony to be predicated on

15      your experience for five months at the Baku,

16      Azerbaijan office.

17                    Right?

18            A.     On subsequent research,

19      subsequent intelligence-gathering, yes.  And

20      more --

21            Q.     And is the -- what is the

22      subsequent research?

23            A.     What do you mean, "the

24      subsequent research," please?

25            Q.     I'm sorry.  You said your
```

1   opinion about Al-Haramain is based on your

2   subsequent research.  I'm asking you what it

3   was.

4        A.     The subsequent intelligence

5   gathering that happened afterwards because

6   the fundraising by Chechen rebels did not

7   just stop because I just left or the war was

8   ended in 1996.

9              I continued to look into the

10  question of how they raised their funds.  I

11  looked into the fundraisers who were

12  scattered around Europe and the Middle East,

13  and I continued to write about that and to

14  submit regular reports to the UK intelligence

15  services.

16       Q.     There are reports you submitted

17  to the UK intelligence services specifically

18  about Al-Haramain?

19       A.     Including Al-Haramain.

20       Q.     How many?

21       A.     I'm not at liberty to say how

22  many.

23       Q.     When did you create these

24  reports?

25       A.     In the period between 1998 and

```
 1    2002.

 2         Q.    And these reports, you can tell

 3    me they exist, but you can't tell me how

 4    many?

 5         A.    Well, I can tell you that

 6    basically that I continued to provide

 7    intelligence on the Chechen rebels'

 8    fundraising efforts.

 9              As to the contents, as to how

10    many of them, it's not something I am at

11    liberty to discuss the content, you know.

12              And in terms of how many, there

13    were dozens, but I don't know like in how

14    many there are.  There are many of them --

15    many of them to recall.

16              MR. SEQUEIRA:  Are you ready

17         for a break, Sean?

18              MR. CARTER:  Sure.

19              VIDEOGRAPHER:  We're going off

20         the record.  The time is 5:51 p.m.

21          (Off the record at 5:51 p.m.)

22              VIDEOGRAPHER:  Back on the

23         record at 6:04 p.m.

24    QUESTIONS BY MR. CARTER:

25         Q.    Mr. Dean, before we took a
```

```
 1    break, we were talking about several of the

 2    charities.

 3                Are you aware that Al Rajhi

 4    Bank has produced records relating to the

 5    bank accounts that the IIRO and Al-Haramain

 6    held at Al Rajhi Bank between 1998 and 2002?

 7        A.    I'm not aware of it.

 8        Q.    You have spent a considerable

 9    amount of time subsequent to your work with

10    MI6, according to your curriculum vitae, in

11    the terror financing arena.

12                Correct?

13        A.    Yes.

14        Q.    That included a period of time

15    where you worked at HSBC.

16                Correct?

17        A.    Yes.

18        Q.    And so you have familiarity

19    with the processes banks use to assess

20    potential money laundering and terror

21    financing activities?

22                MR. SEQUEIRA:  Objection.

23        Vague.

24                You may answer.

25                THE WITNESS:  Yeah.  Can you
```

1          specify exactly what processes you

2          mean?  You know, are they like an

3          electronic processes?  Are they

4          auditing processes?

5    QUESTIONS BY MR. CARTER:

6          Q.    I'm sorry.

7                You have a familiarity on the

8    basis of the work you've done at HSBC and

9    elsewhere in analyzing banking records.

10               Correct?

11         A.    At investigating the incidents

12   of terror financing and looking at the

13   relevant documents, yes.

14         Q.    And when you investigate

15   allegations of terror financing, the relevant

16   documents you would look at would include the

17   internal banking records of the implicated

18   organization.

19               Correct?

20         A.    Yes.

21         Q.    But you did not do that here

22   for purposes of your report?

23         A.    The purpose of my report was to

24   look into allegations of terror financing as

25   far as these -- you know, as far as it was

```
 1    like I can basically put -- any questions
 2    that are put to me.
 3              So, no, I did not review the
 4    bank records.  It's not part of my -- the
 5    scope of my report.
 6         Q.    Do you have an understanding of
 7    how money flowed from the headquarters of the
 8    IIRO to the branch offices?
 9         A.    I would have seen similar flows
10    between the headquarters of any organization
11    and their branches, you know, so that I'm
12    familiar with that flow, yes.
13         Q.    Based on your experience with
14    Al-Haramain, is it your understanding that
15    money was being sent from Al-Haramain's
16    headquarters in Saudi Arabia to the branch
17    where you were working in Baku, Azerbaijan?
18         A.    Yes, I'm aware of that.
19         Q.    Do you know whether any of that
20    money was being sent from Al-Haramain
21    accounts at Al Rajhi Bank?
22         A.    Sorry, can you repeat the
23    question again?
24         Q.    Do you know whether any of the
25    money that you're aware of that was
```

```
 1    transferred from Al-Haramain's headquarters

 2    in Saudi Arabia to the branch where you

 3    worked in Baku, Azerbaijan --

 4         A.    Yeah.

 5         Q.    -- was sent from Al Rajhi

 6    accounts?

 7         A.    I was aware that it was sent

 8    from Saudi Arabia.  No, we did not look at

 9    the -- a correspondent account at that time,

10    where it's coming from.

11         Q.    On page 10 of your report, you

12    say that it was "due to the inability to

13    effectively monitor regional offices, and not

14    a directive from the organization to support

15    terrorists, that some charity branches later

16    became designated for ties to terrorism."

17              Do you see that?

18         A.    Yes.

19         Q.    And I believe you include a

20    similar statement in your book at the bottom

21    of page 49, the specific reference to

22    Al-Haramain, that "because of its failure to

23    monitor what its regional offices were doing

24    in various places around the world, the

25    Haramain foundation was later designated for
```

This Transcript Contains Confidential Material

```
 1    ties" -- "for terrorism ties by the US

 2    government."

 3              Do you see that?

 4         A.   Yes.

 5         Q.   And when you're referring to

 6    the designation in that section, according to

 7    the notes, you're referring to "Treasury

 8    designates Al-Haramain Islamic Foundation,

 9    Department of the Treasury, 19 June 2008."

10         A.   Uh-huh.  Yeah.

11         Q.   That's correct?

12         A.   Yeah.

13              (Dean Exhibit 3 marked for

14         identification.)

15    QUESTIONS BY MR. CARTER:

16         Q.   If we can, let's mark that --

17    well, let's open that as the next exhibit.  I

18    think we've already marked it.  And it would

19    be at Tab 24.

20              Mr. Dean, where in this

21    document that you cite in your book does it

22    say that the Al-Haramain headquarters in

23    Saudi Arabia was being designated by virtue

24    of a failure to exercise oversight as to the

25    branch offices?
```

```
 1          A.      You mean this -- the press --
 2   this document?
 3                  Okay.  So I'm looking at it.
 4                  Can you give me time to read
 5   it, please?
 6          Q.      Sure.
 7                  MR. SEQUEIRA:  Just to note
 8          that I don't think this exhibit shows
 9          up in the exhibit folder.  Is it
10          available?
11                  Okay.  We may have it now.
12                  Now it's -- we're getting an
13          error.  Now we got it.  Thank you.
14                  MR. CARTER:  Gina, do you know
15          whether this has been marked
16          previously?  I'm not sure that it has.
17                  GINA VELDMAN:  I don't think it
18          has.  It has no exhibit sticker on it,
19          so I marked it as Dean 003.
20                  MR. CARTER:  Okay.
21                  GINA VELDMAN:  I mean Dean 3.
22          Dean 3.
23   QUESTIONS BY MR. CARTER:
24          Q.      Mr. Dean, have you had a chance
25   to read that?
```

This Transcript Contains Confidential Material

```
 1        A.     Yes.
 2        Q.     And can you tell me where in
 3   that document there's a statement that the
 4   designation of Al-Haramain's Saudi
 5   headquarters was prompted by its failure to
 6   monitor what its regional offices were doing
 7   in various places around the world, which is
 8   the description you give at page 49 of your
 9   book?
10        A.     Well, as I refer to it here in
11   the report, it's not my book that is like,
12   you know, I mean, I submitted into this -- as
13   an expert report.  It is the expert report
14   that I submitted.
15               So, please, can you refer back
16   to the expert report?  To my report.  To
17   page 10.
18        Q.     Are you declining to ask my
19   question about the similar -- answer my
20   question about the similar statement in your
21   book?
22        A.     I'm talking about like, you
23   know, I can answer for the relevant document
24   here, which is the report that I submitted.
25        Q.     Well, you don't cite anything
```

```
 1    in your report in support of that statement.

 2              Do you?

 3         A.     That statement is my conclusion

 4    based on the fact that the designation

 5    happened because of the -- you know, because

 6    of the lack of the oversight by the

 7    headquarters in policing and also in

 8    providing oversight for the branches.

 9              The issue here is that the

10    headquarters where, as I have described

11    before in my report, repeatedly deceived

12    in -- on multiple occasions in order to

13    provide support that was then siphoned to --

14    for example, in the example of Azerbaijan,

15    siphoned to the Chechen rebels.

16         Q.     In your report on page 10, you

17    are making a statement concerning the

18    circumstance that prompted the designation of

19    certain of the charity branches.

20              Correct?

21         A.     That wasn't just only my

22    opinion.  That's the opinion of the

23    designation that took place in 2002 and then

24    the designation that took place in 2004.

25         Q.     What designation are you
```

This Transcript Contains Confidential Material

```
 1    talking about?  Are you speaking in reference
 2    to Al-Haramain?
 3         A.     To Al-Haramain branches.
 4         Q.     Well, I've just shown you the
 5    Treasury Department's official statement
 6    concerning the designation of the
 7    headquarters of the organization.
 8               And can you tell me if you see
 9    any indication in that document that the
10    designation of the headquarters was
11    implemented due to the inability of the
12    headquarters to effectively monitor regional
13    offices?
14               MR. SEQUEIRA:  Objection to
15         form.
16               You may answer.
17               THE WITNESS:  Yeah.
18               Specifically the designation
19         does -- the paper, the document that
20         you're showing me, it does not contain
21         the reason for designation is the
22         failure of oversight.
23               However, it is my opinion that
24         this was a failure of oversight.
25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:
 2          Q.    Now, are you aware that the
 3    United States and UN, along with Saudi
 4    Arabia, designated other branches of
 5    Al-Haramain?
 6          A.    Yes, I am aware of that.
 7          Q.    And are you aware that there
 8    were designations at issue in June of 2004?
 9          A.    I am aware of that, yes.
10                (Lormel Exhibit 18 previously
11          marked and referenced.)
12    QUESTIONS BY MR. CARTER:
13          Q.    And these are at Tab 22, if we
14    can mark these as the next exhibit.
15                It's Lormel 18.  It's already
16    been marked.  Sorry.
17                Mr. Dean, have you reviewed
18    this designation memo previously?
19          A.    I'm still trying to get it.
20    One moment.
21                This one, no, I did not.
22          Q.    Were you aware at the time that
23    you authored your report that the United
24    States had designated the head of
25    Al-Haramain, Aqeel Abdulaziz Al-Aqil?
```

This Transcript Contains Confidential Material

```
 1          A.     Yes, I was aware.
 2          Q.     And turning to page 3 of the
 3    designation, it says that "These activities,"
 4    referring to the terrorist activity
 5    summaries -- summarized earlier in the
 6    document, "within the branches took place
 7    under the control of Aqeel Abdulaziz Al-Aqil,
 8    the founder and long-time leader of AHF and a
 9    suspected al-Qaeda supporter.  Al-Aqil has
10    been identified as AHF's chairman, director
11    general and president in a variety of sources
12    and reports.  As AHF's founder and leader,
13    Al-Aqil controlled AHF and was responsible
14    for all AHF activities, including its support
15    for terrorism."
16              Do you see that?
17          A.     Yes, I do.
18          Q.     So in this case, the United
19    States was designating the head of
20    Al-Haramain in Saudi Arabia for his own
21    involvement in Al-Haramain support for
22    terrorism.
23              Correct?
24          A.     Can you repeat the question
25    again?
```

This Transcript Contains Confidential Material

```
 1          Q.     Sure.

 2                 In this instance, the United

 3    States designated the head of Al-Haramain's

 4    organization, who was headquartered in Saudi

 5    Arabia, for his responsibility in

 6    implementing Al-Haramain's support for

 7    terrorism.

 8                 Correct?

 9          A.     When you answer "correct," I

10    mean, basically, like, I mean, when you ask

11    me to correct, no, because I need to comment

12    on the designation itself, and therefore it

13    is not just a simple yes or -- yes or no

14    answer.

15          Q.     Well, were you aware at the

16    time of your report the United States

17    government had taken the view that Aqeel

18    Al-Aqil was directly involved in

19    Al-Haramain's support for terrorism?

20                 MR. SEQUEIRA:  Objection.

21          Vague.

22                 You may answer.

23                 THE WITNESS:  I will say that

24          I'm aware, I was aware, of the

25          designation against Aqeel Abdulaziz
```

```
 1          Al-Aqil, and I'm aware of the -- you
 2          know, the language of the designation.
 3          However, I, you know -- you know,
 4          disagree with it and disagree with the
 5          designation language.
 6                  (Exhibit ARB 28 previously
 7          marked and referenced.)
 8    QUESTIONS BY MR. CARTER:
 9          Q.    And if we can mark -- or turn
10    to, I guess, the next document.  The document
11    at Tab 16, which was previously marked as
12    ARB 28.
13                  Oh, no.  Well, I'm sorry, yeah.
14    Tab 16, ARB 28.
15                  Mr. Dean, this is a Treasury
16    Department statement concerning the
17    designation of offices of the IIRO as well as
18    an IIRO official named Abd Al Hamid Sulaiman
19    Al-Mujil.
20                  Do you see that?
21          A.    Yes.
22          Q.    Do you know who Abd Al Hamid
23    Sulaiman Al-Mujil is?
24          A.    I'm aware of him.
25          Q.    How are you aware of him?
```

```
1        A.      I'm aware that he is an
2    official in the IIRO.
3        Q.      And how are you aware that he
4    was an official in the IIRO?
5        A.      Based on the designation page.
6        Q.      That's not information that
7    you're aware of from your time in al-Qaeda?
8        A.      No.
9        Q.      And turning to the content of
10   this document, it indicates that "Abd Al
11   Hamid Sulaiman Al-Mujil is the executive
12   director of the IIRO Eastern Province branch
13   office in The Kingdom of Saudi Arabia.
14   Al-Mujil has been called the million dollar
15   man for supporting Islamic militant groups.
16   Al-Mujil provided donor funds directly to
17   al-Qaeda and is identified as a major
18   fundraiser for the Abu Sayyaf Group and
19   Jemaah Islamiyah."
20            Do you see that?
21       A.      Yes, I see that.
22       Q.      And you would agree that this
23   designation concerns terrorist activities of
24   an official of the IIRO located in Saudi
25   Arabia.
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

```
 1                    Correct?
 2        A.      Once again, I come back to the
 3   question of the context of these designations
 4   because many of these designations, whether
 5   you're quoting this one or other ones, in
 6   later years were either revised based on new
 7   intelligence and new facts that emerged, as
 8   well -- you know.
 9                    And as the understanding of the
10   phenomenon of terrorist financing started to
11   evolve over time, many of those who are
12   designated later were never charged, never
13   convicted, basically practiced -- you know,
14   they are out there kind of living their lives
15   normally.
16                    And, therefore, the
17   designations are just historical references
18   to what was taking place at the time based on
19   intelligence that, at best, was not exactly
20   reliable.
21        Q.      Mr. Dean, I understand you to
22   be claiming in your report that whatever
23   terrorist activities may have occurred in
24   regional offices of these charities was the
25   result of infiltration of branch offices
```

1    outside of Saudi Arabia and not any directive

2    or program implemented by officials in The

3    Kingdom.

4              Is that a fair characterization

5    of your opinions?

6    A.    My opinion, as I have stated in

7    the report, is that the branches were

8    indeed -- some of the branches, indeed, were

9    infiltrated by people who were sympathizers

10   to jihadist causes, such as Bosnia and

11   Chechnya, and sometime it could be the

12   possibility that someone somewhere was

13   sympathetic to, you know, terrorist groups.

14             But nonetheless, the

15   experience, the expertise, the knowledge that

16   was gained over years shows that the lengths

17   to which these branches went to in order to

18   deceive headquarters shows how necessary it

19   was to go through that process in order to

20   divert funds.  Otherwise, the headquarters

21   would not agree to such policies that were

22   adopted by some branch offices.

23   Q.    Well, I think we've already

24   established that you never worked with the

25   IIRO.

```
 1              Right?
 2        A.     Well, and neither did many
 3   people.  And yet, like, you know, I mean, I
 4   have more experience in this than, you know,
 5   any other academic expert like, you know,
 6   basically that -- who might opine on
 7   this because of the --
 8        Q.     You never --
 9        A.     I worked in a similar
10   environment.  I worked in a similar
11   environment.  And, you know, and this is what
12   counts.  It's the --
13        Q.     Well, Mr. Dean, I work at a --
14   Mr. Dean, I work at a law firm.
15        A.     Yeah.
16        Q.     And I wouldn't possibly, on the
17   basis of working at one law firm, be able to
18   tell you what the leadership of another law
19   firm knows or intends.
20              How can you purport to do this
21   as to the charities on the basis of working
22   at one branch office for five months?
23        A.     Yeah.  You wouldn't know what
24   is in the minds of, you know, another law
25   firm's leader, since you are using analogy,
```

```
 1    but I'm sure you know how law firms all over

 2    the US operate.  I mean, they have all

 3    operating procedures.  They have all rules,

 4    regulations they follow.  They have all

 5    mechanism of how to handle clients.

 6                   It's the same thing with

 7    charities that are coming from the same

 8    country and then charities that are operating

 9    in same branches around -- abiding by the

10    same faith, abiding by the same principles,

11    and actually receiving the same exact, you

12    know, spending avenues that, you know, these

13    donations are directed for.

14                   So the fact of the matter is

15    that there is similarity.  We can't just, you

16    know, throw it out of the window that there

17    is no similarity.

18         Q.    I take it that that's the

19    summary of the basis for your opinions about

20    the IIRO, WAMY and Muslim World League?

21                   MR. SEQUEIRA:  Objection.

22         Misstates the statements.

23    QUESTIONS BY MR. CARTER:

24         Q.    Mr. Dean, do you know whether

25    there was any -- ever any revocation of the
```

1    designation of Mr. Al-Mujil?

2        A.    I'm not aware of that.

3        Q.    And you -- have you ever been

4    involved in the designation process

5    implemented by the United States pursuant to

6    Executive Order 13224?

7        A.    No.

8        Q.    Have you ever been involved in

9    the designation process implemented by the

10   United Nations for al-Qaeda supporters?

11       A.    No.

12       Q.    Do you -- you don't have any

13   direct knowledge of the evidence that the

14   United States relied upon for purposes of the

15   Al-Mujil designation reflected in this

16   exhibit?

17       A.    No.

18       Q.    Incidentally, turning to the

19   bottom of this, the United States indicates

20   that it had evidence that "Al-Mujil was also

21   present in Afghanistan in the late 1990s and

22   personally knew Osama bin Laden and deceased

23   al-Qaeda co-founder Abdullah Azzam.  Al-Mujil

24   traveled continuously to meet with members of

25   bin Laden's organization in Arab countries.

1    And in the 1990s, Al-Mujil established a

2    relationship with senior al-Qaeda operational

3    planner Khalid Sheikh Mohammed."

4              Do you see that?

5         A.    Yes, I do see that.

6         Q.    Do you have any evidence that

7    would show any of those statements are not

8    true?

9         A.    I don't see any evidence that

10   shows the statements are true.

11        Q.    Well, do you -- do you have any

12   evidence available to you that would

13   establish that Mujil was not present in

14   Afghanistan in the late 1990s?

15        A.    Well, I never met him there.

16   That's the first thing.  But, you know, of

17   course I didn't meet everyone, so he could

18   have been there.

19             But the reality is, I don't see

20   evidence of him being there.  In other words,

21   where is the photograph that him -- he was

22   there.  Where is the footage.  Where is

23   the -- you know, intelligence is not just

24   about, well, we have determined that he was

25   there.  Where are the documented evidence.

```
 1                 And then the -- for me, what
 2     constitutes an outcome of this evidence is a
 3     conviction after a trial.
 4          Q.     Mr. Dean, having worked in
 5     intelligence, you're aware that intelligence
 6     services often can't disclose the specific
 7     nature of the evidence that allows them to
 8     reach a conclusion.
 9                 Right?
10          A.     Yet, still, the intelligence
11     services need to provide, you know, the --
12     enough evidence for conviction.  And if
13     someone is as dangerous as I imagine -- I
14     mean, appear by this designation, then the
15     need for arrest and trial is rather
16     necessary.
17                 Therefore, the fact that
18     al-Mujil -- and this isn't just Al-Mujil
19     alone.  I mean, we're talking about a long
20     list of names that are -- which were named in
21     the immediate aftermath of 9/11 -- that most
22     of them were, in the end, either exonerated
23     or the designations were removed.
24                 And, therefore, we have to
25     understand that the period between the late
```

This Transcript Contains Confidential Material

```
 1    1990s and early -- and up to 2004, 2005, were
 2    a period of unreliable intelligence, with a
 3    lower threshold of what constitute evidence.
 4         Q.    Is it your testimony that you
 5    view the statement in the document before you
 6    that Mujil was present in Afghanistan in the
 7    late 1990s to be unreliable?
 8         A.    I can't state whether it is
 9    unreliable or not.  All I'm saying is that if
10    there was evidence against him, then it needs
11    to be -- to have been brought to -- you know,
12    to a court, and there should have been a
13    charge, indictment, conviction, which is in
14    this case absent.
15         Q.    Where did Mujil live at the
16    time of this designation?
17         A.    I'm not aware, but -- I'm not
18    aware of it.
19         Q.    And I'll represent to you that
20    he lived in Saudi Arabia.
21              Would the United States have
22    the ability to arrest Mujil in Saudi Arabia?
23         A.    I think this is a hypothetical
24    question, and therefore I cannot, you know --
25    you know, put a -- I cannot like, you know,
```

This Transcript Contains Confidential Material

```
 1    answer this.

 2              If there is an indictment from

 3    the US side, I mean, then that's another

 4    issue altogether.  But was there an

 5    indictment, you know, from the US side.

 6         Q.    Do you know whether Mujil was

 7    ever taken into custody by Saudi authorities?

 8         A.    I'm not aware.

 9         Q.    If he had been taken into

10    custody by Saudi authorities, would you view

11    that as significant?

12              MR. SEQUEIRA:  Objection to

13         form.

14              You may answer.

15              THE WITNESS:  Yeah.  I mean,

16         the question here, and as it is in

17         Saudi Arabia, people are taken into

18         custody.  The question is, do they

19         then get a trial and they get a

20         sentence.

21              If he is tried and sentenced,

22         that's different.  If he is then freed

23         and no longer in custody, without a

24         trial and without a sentence, then

25         that in itself should be significant.
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:
 2         Q.    Do people ever get held in
 3    Saudi Arabia for extended periods of time
 4    without a trial and sentence?
 5         A.    I'm aware of that, yes.
 6         Q.    So within the legal processes
 7    that you're familiar with in Saudi Arabia,
 8    there could be a lengthy detention that would
 9    not result in a public indictment or trial.
10              Correct?
11              MR. SEQUEIRA:  Objection.
12         Vague.
13              THE WITNESS:  I'm not aware of
14         the legal process in Saudi Arabia.
15              MR. CARTER:  If we can, let's
16         pull up the joint CIA-FBI assessment
17         of support for terrorism, and I'm
18         going to ask Scott if he knows where
19         that is.
20              MR. TARBUTTON:  Tab 60,
21         Lormel 9.
22              MR. CARTER:  It's at -- Gina,
23         it's at Tab 60.  It's Lormel 9.
24              (Lormel Exhibit 9 previously
25         marked and referenced.)
```

This Transcript Contains Confidential Material

```
 1     QUESTIONS BY MR. CARTER:
 2          Q.     And if we can page to -- sorry,
 3     Mr. Dean.  Does that come up in front of you?
 4          A.     I'm just waiting for it.
 5                 It came up.  So which page,
 6     please?
 7          Q.     Mr. Dean, are you familiar with
 8     this document?  Have you ever seen or
 9     reviewed previously?
10          A.     Yes, I did.
11          Q.     And was that in connection with
12     the preparation of your report in this
13     matter?
14          A.     Yes.
15          Q.     And if we can turn to -- Gina,
16     if you can scroll through, I think it's
17     page 4 or 5.
18                 And on page 5, Mr. Dean,
19     there's a summary of information provided by
20     Khalid Sheikh Mohammed.
21                 I understand you know who that
22     is.
23          A.     Yes.
24          Q.     It says, "In early 2003, Khalid
25     Sheikh Mohammed identified an individual
```

This Transcript Contains Confidential Material

1    named bin Jiluwi, who may be identifiable

2    with Turki bin Fahd Jiluwi, an important

3    al-Qaeda donor who hails from a minor line of

4    the Saudi royal family.  Separate sensitive

5    reporting indicates that bin Jiluwi is a key

6    leader of the Eastern Province office of the

7    International Islamic Relief Organization,

8    NGO."

9              Were you familiar with this

10   information when you wrote your report?

11       A.    I was familiar with this

12   information, yes.

13       Q.    Did you take it into

14   consideration in connection with your opinion

15   that there was not involvement by officials

16   of the charities within Saudi Arabia in the

17   terrorist activities that were carried out

18   through branches?

19       A.    Yes.  It still informs my

20   assessment, as I have stated in my report.

21       Q.    So despite this information,

22   you adhere to your view that there was not

23   involvement on the part of officials of the

24   IIRO in Saudi Arabia in the support of

25   terrorism?

This Transcript Contains Confidential Material

```
1              MR. SEQUEIRA:  Objection.
2         Vague.
3              You may answer.
4              THE WITNESS:  The problem with
5         the document we have is the fact that
6         KSM identified the individual's name,
7         bin Jiluwi, who may be identifiable
8         with Turki bin Fahd Jiluwi.  And even
9         the name is not pronounced correctly.
10        It should be Turki bin Fahad bin
11        Jiluwi.
12             And it says here, "an important
13        al-Qaeda donor who hails from a minor
14        line in the Saudi royal family."
15             I mean the problem here is, is
16        the fact that -- is that who may be.
17        So even an identify -- you know, there
18        is difficulty even identifying the
19        exact individual who KSM may or may
20        have not remembered his name
21        correctly, and therefore he just
22        mentioned the name bin Jiluwi.
23             And bin Jiluwi, like, you know,
24        we're talking about hundreds of
25        people.  You know, could be any one of
```

This Transcript Contains Confidential Material

```
 1          them.
 2                  And, therefore, I mean, this is
 3          what I'm talking about the reliability
 4          of a lot of the intelligence that was
 5          coming in that period was rather
 6          questionable.
 7     QUESTIONS BY MR. CARTER:
 8          Q.     Mr. Dean, are you aware that
 9     depositions have been conducted in this
10     litigation of the head of the IIRO during
11     this time period?
12          A.     I wasn't aware.
13          Q.     And so you -- the individual in
14     question was named Adnan Basha.
15                 Is that name familiar to you?
16          A.     Yes, it is familiar.
17          Q.     You did not review the
18     deposition testimony of Mr. Basha?
19          A.     No.
20          Q.     So in connection with the
21     evaluation of the reporting in this CIA-FBI
22     document, you have not had a chance to review
23     Mr. Basha's testimony concerning an IIRO
24     official named Turki bin Jiluwi?
25          A.     No.
```

This Transcript Contains Confidential Material

```
 1                MR. SEQUEIRA:  Objection.
 2        Vague.
 3                You may answer.
 4                THE WITNESS:  But, no.  No.
 5   QUESTIONS BY MR. CARTER:
 6        Q.    Mr. Dean, at the beginning
 7   of -- or at the bottom of page 10, you
 8   discuss your opinion that "another major and
 9   pervasive flaw in Miner's and Kohlmann's
10   understanding is they characterize any
11   alleged support for armed resistance
12   against" --
13        A.    I'm sorry.  Are you talking
14   about page 10 of the CIA report?  Of the FBI
15   report?
16        Q.    No, of your report.  I'm sorry,
17   of your report.
18        A.    Page 10.  Okay.
19              Yes, please, go ahead.
20        Q.    "Another major and pervasive
21   flaw in Winer's and Kohlmann's understanding
22   is they characterize any alleged support for
23   armed resistance against Russian and
24   Russian-backed forces in Afghanistan from
25   1979 to 1992, and Chechnya from 1994 to 1996,
```

1    and against Serbian forces in Bosnia and

2    Kosovo from 1992 to 1995 as support for

3    al-Qaeda."

4             Do you see that?

5       A.    Yes, I do see.

6       Q.    And you go on to say that "The

7    idealogical motivations behind al-Qaeda's

8    terrorism were very different than the

9    resistance movements in the Balkans and

10   Caucuses."

11            Correct?

12      A.    Yes.

13      Q.    And you say, "On the ground,

14   al-Qaeda had practically no role in Chechnya

15   or Bosnia."

16            Correct?

17      A.    During the conflict, yes.

18      Q.    And that you personally

19   observed that the leadership of this foreign

20   contingent had no interest in coordinating

21   with al-Qaeda in its global terrorism

22   campaign.

23            Correct?

24      A.    Yeah.  During the conflict,

25   yes.

This Transcript Contains Confidential Material

```
 1          Q.     And there you were referring to
 2    both the conflicts in Bosnia and Chechnya?
 3          A.     Sorry, can you repeat this
 4    again?
 5          Q.     When you're referring to "I
 6    personally observed that the leadership of
 7    this foreign contingent had no interest in
 8    coordinating with al-Qaeda," are you
 9    referring to the foreign contingents in both
10    Bosnia and Chechnya?
11          A.     Yes.
12          Q.     And you go on to say, "In
13    Bosnia, the foreign resistance fighters, I
14    was one, operated under the auspices of the
15    Bosnian government."
16                 Do you see that section?
17          A.     Yes.
18          Q.     Now, with regard to your
19    criticisms of Mr. Kohlmann's understanding of
20    the conflict in Bosnia, are you aware that
21    you cite approvingly to his book concerning
22    al-Qaeda's involvement in Bosnia in the notes
23    of your book?
24          A.     Yes, I'm aware of that.
25          Q.     Had you read his book at the
```

```
 1    time you decided to include it as an
 2    authority in the notes to your book?
 3         A.      It wasn't included as an
 4    authority; it was included as a reference.
 5         Q.      But when you were collecting
 6    references for purposes of including in your
 7    book, did you try to include reliable
 8    references?
 9         A.      It is references that basically
10    narrated the event rather than looking into
11    confirmation.
12         Q.      Are you aware that the 9/11
13    Commission also cited to Mr. Kohlmann's book
14    and directed readers to it as a resource on
15    understanding al-Qaeda's involvement in
16    Bosnia?
17                 MR. SEQUEIRA:  Objection.
18         Vague.
19                 You may answer.
20                 THE WITNESS:  Again,
21         Mr. Kohlmann wasn't in Bosnia.  I was.
22    QUESTIONS BY MR. CARTER:
23         Q.      Well, do you happen to know
24    whether Mr. Kohlmann spent time interviewing
25    participants in the Bosnian conflict?
```

This Transcript Contains Confidential Material

```
 1        A.      Yeah, I'm aware of that.
 2        Q.      And would you consider the
 3   interviews of those participants in the
 4   conflict to be primary sources?
 5        A.      I would consider them to be
 6   primary sources if only I know who -- you
 7   know, who they are, I mean, and their
 8   identity.
 9                I mean, the problem is that I'm
10   not aware of any of the people who I fought
11   alongside with and were members of the
12   Mujahideen brigade that were giving these
13   statements to Mr. Kohlmann.
14        Q.      With regard to the statement in
15   your report that the foreign resistance
16   fighters, by which I understand you're
17   referring to the Mujahideen in Bosnia,
18   operated under the auspices of the Bosnian
19   government, are you saying that the
20   Mujahideen brigade was under the effective
21   control of the Bosnian army?
22        A.      Based on my experience at the
23   time and my knowledge and my research since
24   that time, since 1994, 1995, I would say that
25   the Mujahideen battalion, later known to be
```

```
 1    the Mujahideen brigade, were under the

 2    control of the Bosnian Armed Forces, yes.

 3         Q.     You're aware that there were

 4    more crime proceedings relating to various

 5    events in Bosnia before the International

 6    Criminal Tribunal for the former Yugoslavia?

 7         A.     I'm aware of that.

 8         Q.     And in fact, I think you

 9    indicate that the mass beheading that you

10    discuss in your report was one of the events

11    that was the subject of a proceeding before

12    the Tribunal?

13              MR. SEQUEIRA:  Objection.  It's

14         not referenced in the Tribunal.

15              THE WITNESS:  Yeah.  Sorry,

16         it's not referenced in my report,

17         so...

18    QUESTIONS BY MR. CARTER:

19         Q.    I'm sorry.  In your book --

20         A.    Yeah.

21         Q.    -- I believe that you recount

22    that the mass beheading event described in

23    your book was the subject of a criminal

24    proceeding before the ICTY.

25              Is that correct?
```

```
 1                  MR. SEQUEIRA:  Objection.
 2                  You may answer the question.
 3                  THE WITNESS:  And how is that
 4        relevant?
 5    QUESTIONS BY MR. CARTER:
 6        Q.    Well, in the section of your
 7    book discussing this on page 39, you
 8    acknowledge that the Bosnian military
 9    commanders asserted that they had no control
10    over the Mujahideen brigade.
11                  Correct?
12        A.    I need to read that exact
13    statement here, please.
14                  I did not say that.  It was --
15    you know, and I will read exactly the
16    wordings.
17                  "The massacre of Serb fighters
18    after the Battle of Vozuca was later featured
19    in trials at the International Criminal
20    Tribunal in The Hague, where Bosnian
21    commanders asserted they had no control over
22    the Mujahideen brigade."
23                  That's what they said.
24                  And I will caution that of
25    course they would say this in front of a
```

```
 1    court at that time in order to escape any

 2    accountability.

 3         Q.    Well, do you know how that

 4    claim was resolved?

 5         A.    I wasn't aware.

 6         Q.    So you don't know what the

 7    Criminal Tribunal for the former Yugoslavia

 8    determined with regard to that issue?

 9         A.    I wasn't aware.

10         Q.    In Bosnia, I believe you

11    indicate in your book at pages 28 to 29, that

12    the overall commander of the Mujahideen

13    brigade was Anwar Shaaban.

14               Correct?

15         A.    Yes.

16         Q.    And I think we discussed this

17    earlier.  You identify him in your book as a

18    senior member of Gama al-Islamiya.

19               Correct?

20         A.    Yeah.  Yes.

21         Q.    Do you know whether Gama

22    al-Islamiya had connections to al-Qaeda

23    during that time period?

24         A.    During that time period, Gama

25    al-Islamiya was split into two groups.  One
```

This Transcript Contains Confidential Material

```
 1    group was based out of Europe, and one group
 2    was based out of Sudan, Afghanistan.
 3              The Sudan, Afghanistan branch
 4    were in touch with al-Qaeda, but the Egypt
 5    and Europe branch were not in touch with
 6    al-Qaeda, and there were friction between the
 7    two factions.
 8        Q.    The branch that was in Sudan
 9    was at that time headed by Ayman al-Zawahiri.
10              Correct?
11        A.    No.  Ayman al-Zawahiri was the
12    head of the Egyptian Islamic Jihad.
13        Q.    Sorry.
14        A.    EIJ.
15        Q.    But there was a Gama
16    al-Islamiya presence in Sudan as well?
17        A.    Yeah, but that was separate
18    from bin Laden, separate from al-Qaeda,
19    separate from Egyptian Islamic Jihad.
20        Q.    And now in this -- in this
21    recounting of Anwar Shaaban's background, you
22    indicate at the top of 28 that he was a
23    veteran of the Afghan jihad.  I believe we
24    discussed this earlier, and you were unsure
25    about that.
```

This Transcript Contains Confidential Material

```
 1          A.     Yeah.

 2          Q.     Does this refresh your memory?

 3          A.     Yeah, it does.

 4          Q.     And you note that he had gained

 5    prominence as the firebrand imam of the

 6    Islamic Cultural Institute in Milan?

 7          A.     Yes, I'm aware of that.

 8          Q.     And you then in a note indicate

 9    that "Under Shaaban, the Islamic Cultural

10    Institute in Milan, a former garage turned

11    into a mosque, became a key logistical hub

12    for the Bosnian jihad."

13                 Then you go on to say that

14    "Shortly after 9/11, the United States

15    Treasury Department labeled it the main

16    al-Qaeda station house in Europe used to

17    facilitate the movement of weapons, men and

18    money across the world."

19                 Do you see that?

20          A.     Yeah, I see that.

21          Q.     So in your own book, you

22    identify Shaaban as having operated the main

23    al-Qaeda station house in Europe.

24                 Correct?

25          A.     No, it's not correct, because
```

This Transcript Contains Confidential Material

```
 1    that mosque became more and more radical

 2    after the 1998 bombings of the US Embassy in

 3    Nairobi and Tanzania.

 4              However, at that time it was

 5    more engaged in support for the Bosnia

 6    Mujahideen contingent.  Was not involved with

 7    al-Qaeda.  That involvement will happen

 8    later, in 1998.

 9       Q.    Are you asserting that Shaaban

10    did not have al-Qaeda connections?

11       A.     I am asserting that Anwar

12    Shaaban did not share al-Qaeda's aims and

13    goals and did not integrate the Mujahideen

14    brigade with al-Qaeda operationally or

15    idealogically.

16       Q.     And in terms of al-Qaeda's

17    linkages to the conflict in Bosnia, am I

18    correct that on page 41 of your book, you

19    indicate that Yusuf al-Ayeri had told you

20    that bin Laden had stayed in contact with

21    jihadists in Chechnya and Bosnia during the

22    period in Sudan?

23              MR. SEQUEIRA:  Objection to

24        form.

25              You may answer, if you can.
```

This Transcript Contains Confidential Material

```
 1                   THE WITNESS:  I need to read.

 2              I don't see any reference here

 3         to bin Laden staying in touch with

 4         Mujahideen in Bosnia or Chechnya.

 5   QUESTIONS BY MR. CARTER:

 6         Q.    Okay.  At the bottom of

 7   page 41, in the note you say -- in the star

 8   note you say, "al-Ayeri told me that in

 9   Sudan, bin Laden had kept in touch with

10   jihadis on other fronts, including

11   Afghanistan, Chechnya and Bosnia, through

12   radio transmissions using coded references."

13              Is that correct?

14         A.    Well, this is his recollection,

15   yes.

16         Q.    Now, earlier you mentioned to

17   me that you were familiar with who Jamal

18   al-Fadl was but that you did not ever meet

19   him.

20              Correct?

21         A.    No.  No, never met him.

22         Q.    Are you familiar with any of

23   the information al-Fadl has offered

24   concerning al-Qaeda's connections to the

25   jihad in Bosnia?
```

```
 1        A.      I'm not aware of that.
 2                (Dean Exhibit 4 marked for
 3        identification.)
 4   QUESTIONS BY MR. CARTER:
 5        Q.      If we can mark as the next
 6   exhibit the document at Tab 6.
 7                And if we can turn to page 23
 8   of this document, which is at PEC-KSA 2036.
 9                This is the government's
10   evidentiary proffer that is cited in the
11   notes to the 9/11 Commission that we reviewed
12   previously, Mr. Dean.
13                Do you recall discussing that
14   reference?
15        A.      I'm reading.
16                Okay.  I have read it -- I have
17   a read, so please tell me what is the
18   question.
19        Q.      Well, the summary from the US
20   government on page 23 of this government
21   {sic} indicates that bin Laden dispatched
22   al-Qaeda representatives in 1992 from Sudan
23   to gather information about Bosnia and the
24   prospects of acquiring businesses in Croatia
25   for use by al-Qaeda.
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

```
 1                    And it goes on to explain that
 2     one of those individuals was Abdul Rahman
 3     al-Dosari, and that Dosari stated that
 4     al-Qaeda's goal in Bosnia was to establish a
 5     base for operations in Europe against
 6     al-Qaeda's true enemy, the United States.
 7                    Are you aware of -- were you
 8     aware of this information at the time you
 9     authored your expert report?
10          A.    Okay.  First of all, I question
11     the reliability of the information because it
12     described Abu Zubair al-Madani as a cousin
13     the bin Laden, when, in fact, basically they
14     have no relation whatsoever.  Abu Zubair
15     al-Madani was killed by Egyptian UN forces in
16     Sarajevo airport in 1993.
17                    And he stayed there against the
18     expressed -- according to his own brother,
19     who made this a public knowledge through a
20     video that is available in multiple different
21     media formats and social media -- that Osama
22     bin Laden's expressed orders was for him to
23     abandon Bosnia and to come back to Sudan
24     because, quote, we don't want to have
25     anything to do with a secular government
```

This Transcript Contains Confidential Material

 1    there and that the jihad there is a waste of

 2    blood, of precious blood, of the Mujahideen.

 3              So the fact of the matter as

 4    that the document is quoting Abu Zubair

 5    al-Madani as the cousin of bin Laden is

 6    totally inaccurate.  Totally.

 7              And the second thing is that

 8    this document does not show that what was the

 9    outcome.  Did they establish training camps?

10    No.  Did they, you know, send the contingents

11    and more people after that in order to

12    establish a whole presence there?  The answer

13    is no.

14              So, therefore, an

15    exploratory -- if it did happen, an

16    exploratory exhibition by some members of

17    al-Qaeda does not constitute a presence.

18              And it talks about Croatia.

19    It's not even like, you know, I mean, inside,

20    you know, Bosnia proper.

21              And as for Abu Zubair

22    al-Madani, he, according his own brother in

23    public broadcasts, you know, in -- available

24    on social media, said that "my own brother,

25    Abu Zubair al-Madani, was killed in Sarajevo

This Transcript Contains Confidential Material

```
 1    in 1993 next to the airport."  Stated that
 2    "he disobeyed Osama bin Laden's strict orders
 3    to leave Bosnia."
 4         Q.    Do you happen to know whether
 5    Abdul Rahman al-Dosari actually stayed in
 6    Bosnia and fought?
 7         A.    I'm not aware of the name or
 8    the man.
 9               By the way, halawa means
10    mortar.  But nonetheless, I'm not aware of
11    this man.
12         Q.    With regard to your statements
13    about al-Qaeda's involvement in Chechnya, do
14    you recall that in -- on page 113 of your
15    book, you talk about Yusuf al-Ayeri's role in
16    providing funding for the Chechen jihad in
17    1999?
18         A.    113?
19         Q.    Yep.
20               In the note you say, "After he
21    was released from prison in mid-1998, Ayeri
22    made several trips to al-Qaeda's camps in
23    Afghanistan.  After the second Chechen war
24    started in 1999, he was a key fundraiser for
25    his friend Ibn Khattab's jihadi efforts
```

This Transcript Contains Confidential Material

1      there."

2          A.     Yeah, I see it.

3          Q.     So am I correct that during

4      this period, Ayeri was simultaneously part of

5      al-Qaeda and also a key fundraiser for Ibn

6      Khattab's jihad efforts in Chechnya?

7          A.     The efforts of al-Ayeri at that

8      time in order to raise funds for the jihad in

9      Chechnya was dually -- and as I said here in

10     the statement, dually due to his personal

11     friendship with Ibn Khattab, the fact that

12     they are from the same city and from the same

13     neighborhood.

14             It wasn't al-Qaeda's formal

15     policy.  And that is exactly, you know, why

16     he was involved in that fundraising activity

17     for Ibn Khattab, and that was in the second

18     war, which was, you know, ignited in late

19     1999, while I was referring in most of the

20     time to the first war, the period between

21     1994 and 1996.

22         Q.     To your knowledge, was

23     bin Laden involved in supporting Ibn

24     Khattab's jihad in Chechnya during that

25     second period, 1999 forward?

```
 1          A.      Can you please define
 2    "support," please?
 3          Q.      Providing money, sending
 4    troops, helping with recruitment.
 5          A.      In the first war or the second
 6    war?
 7          Q.      Let's do the second first.
 8          A.      The second, there was no time.
 9    I mean, you know, Osama bin Laden was already
10    preparing for 9/11, and there was no -- from
11    my opinion and based on the, you know,
12    extensive knowledge that I have on the
13    subject and the experience and the expertise
14    and historical knowledge, I would say that
15    al-Qaeda's resources were already stretched
16    thin, and therefore they wouldn't have taken
17    on the burden of what was taking place and
18    the focus was on the second war.
19              In the first war, it is very
20    clear that Ibn Khattab wasn't exactly willing
21    even to receive -- as I state in the book,
22    wasn't willing to receive Ayman al-Zawahiri
23    even.
24          Q.      And I gather you're referring
25    to the section of your book where you discuss
```

```
 1    Zawahiri's attempts to enter into Chechnya
 2    while you were working for Al-Haramain?
 3         A.    Yes.
 4         Q.    And did Ayman al-Zawahiri
 5    during that time come to the Al-Haramain
 6    offices in Baku, Azerbaijan?
 7         A.    Yes.
 8         Q.    And was he hosted by the
 9    representatives of that office while he was
10    trying to make arrangements to get into
11    Chechnya?
12         A.    No.
13         Q.    What was the purpose of his
14    visit to the office?
15         A.    In order to gain entry into
16    Chechnya.
17         Q.    Why did he need to come to the
18    Al-Haramain office to do that?
19         A.    It's because the main conduit
20    for the entry into Chechnya at that time was
21    through that particular office.
22         Q.    The Al-Haramain office?
23         A.    The -- as I stated before, the
24    Al-Haramain was sending support to the
25    Chechen rebels at that time.  And because of
```

This Transcript Contains Confidential Material

```
 1    the fact that they were sending support to

 2    the Chechen rebels at that time, therefore,

 3    they are familiar with, you know, the routes,

 4    and therefore he was hoping to get an entry.

 5    Except he was disappointed.  There was no

 6    entry.

 7         Q.    He was unable to get into

 8    Chechnya.

 9               Correct?

10         A.    I wasn't able, and neither was

11    Zawahiri.

12         Q.    And where was Zawahiri

13    headquartered at that time?

14         A.    We have no idea.  Most likely

15    he was with possibly -- and this is just a

16    speculation on our part at the time, myself

17    and my -- you know, the other people who were

18    in the office, that he might be spending time

19    with his fellow AIJ members who were based

20    out of Azerbaijan.

21         Q.    Well, during that 1996 period,

22    do you know if there's information that his

23    principal base was in Sudan alongside bin

24    Laden?

25         A.    Yeah.  At that time his
```

```
 1   principal base was Sudan.
 2        Q.    And in Sudan, he was residing
 3   alongside bin Laden and the al-Qaeda
 4   organization.
 5              Correct?
 6        A.    That is correct, but they were
 7   still separate organizations.  They haven't
 8   merged until February of 1998.
 9        Q.    And in that time, Zawahiri was
10   trying to get into Chechnya because he had an
11   interest in the conflict there?
12        A.    We cannot speak as to the mind
13   of, you know, Zawahiri at that time.  Why he
14   wanted to go and meet Ibn Khattab is a -- you
15   know, is a question that's difficult to
16   answer, like, you know, I mean, with
17   certainty.
18              What we know is that Ibn
19   Khattab sent us a letter stating very clearly
20   that, please, do not let him come, and do not
21   let him come to me.
22              (Dean Exhibit 5 marked for
23        identification.)
24   QUESTIONS BY MR. CARTER:
25        Q.    Can we mark as the next exhibit
```

This Transcript Contains Confidential Material

```
 1    the UN document at Tab 55?

 2              Mr. Dean, this is a UN

 3    designation {sic} relating to the designation

 4    of the Islamic International Brigade.

 5              Do you see that?

 6         A.   Yes, I see it now.

 7         Q.   Are you familiar with this?

 8         A.   I'm not familiar with this, no.

 9         Q.   It says that the

10    international -- the Islamic International

11    Brigade was founded and led by Shamil

12    Salmanovich Basayev.

13              Do you know who that is?

14         A.   Yeah.  I am aware who Shamil

15    Basayev is.

16         Q.   And who was he?

17         A.   He was one of the leaders of

18    the Chechen rebels.

19         Q.   And during what time period was

20    he one of the leaders of the Chechen rebels?

21         A.   If you are asking about the

22    time frame, he was a leader of the Chechen

23    rebels from 19 -- one of the leaders of the

24    Chechen rebels from 1992 until 1996, and then

25    after that, in the conflict between 1999
```

```
 1    until 2004.

 2                MR. SEQUEIRA:  Excuse me,

 3          Mr. Carter, can I ask the question?

 4          How did you characterize this

 5          document?

 6                MR. CARTER:  It's a document

 7          pertaining to a listing of the Islamic

 8          International Brigade.

 9                MR. SEQUEIRA:  Okay.  I thought

10          you had characterized it differently.

11          I see here that it says, "Submitted by

12          anonymous, not verified."

13                I just wanted to make that

14          note.

15                MR. CARTER:  Yeah.

16    QUESTIONS BY MR. CARTER:

17          Q.    And can we turn to the second

18    page of it?

19          A.    Okay.

20                Can I ask just a quick

21    question, please?

22          Q.    Sure.

23          A.    What is the date of the

24    designation?

25          Q.    You can go back.
```

```
 1          A.      Yeah.

 2          Q.      The date of the document is

 3    2010.  And then if we turn to the second

 4    page, we get a sense of the time frame.

 5              It talks about there being

 6    numerous ties -- I'm sorry.  It indicates

 7    that the Islamic International Brigade was

 8    led by Basayev and the late Saudi national

 9    Ibn al-Khattab.

10              Do you see that?

11          A.      Yeah, I see it.

12          Q.      And then if we go down, it says

13    that there are numerous ties linked to the

14    leadership of these entities with al-Qaeda,

15    the Taliban and Osama bin Laden.

16              "In October of 1999" -- lots

17    moving on the screen, so I lost my spot.

18              "In October of 1999, emissaries

19    of Basayev and al-Khattab traveled to Osama

20    bin Laden's home base in the Afghan province

21    of Kandahar where bin Laden agreed to provide

22    substantial military assistance and financial

23    aid, including by making arrangements to send

24    to Chechnya several hundred fighters against

25    the Russian troops and perpetrate acts of
```

This Transcript Contains Confidential Material

```
 1   terrorism.  Later that year, bin Laden sent

 2   substantial amounts of money to Basayev and

 3   Khattab which was to be used exclusively for

 4   training gunmen, recruiting mercenaries and

 5   buying ammunition."

 6               Do you see that?

 7        A.     I do see that, yes.

 8        Q.     And at the end, there's a

 9   reference to their having received several

10   million dollars from international terrorist

11   organizations, including al-Qaeda.

12               Do you disagree with this,

13   Mr. -- with this information, Mr. Dean?

14        A.     The question is, you know,

15   who -- the source of this intelligence and

16   the source of this information and the source

17   of this document.  I mean, you know, may I

18   know like, you know, basically who wrote even

19   this intelligence?

20        Q.     Well, I mean, I suppose I'm

21   asking whether or not you have a basis to

22   disagree with the statement that "In October

23   of 1999, emissaries of Basayev and al-Khattab

24   traveled to Osama bin Laden's home base in

25   Kandahar where bin Laden agreed to provide
```

```
 1    substantial military assistance and financial

 2    aid."

 3                 MR. SEQUEIRA:  Objection to

 4         form.

 5    QUESTIONS BY MR. CARTER:

 6         Q.    Do you know one way or another

 7    whether that's true?

 8         A.    Mr. Carter, intelligence is not

 9    done like this.  I mean, intelligence is

10    that, you know -- you know, you're talking

11    about identifying the individuals who

12    traveled, you know, the dates, the time, you

13    know, what was discussed, and at the same

14    time their methodology through which all of

15    these millions of dollars traveled.

16                 And also, you have to assess

17    the veracity through the fact that whether

18    the information do make sense.

19                 It is highly unlikely that

20    hundreds of fighters would have traveled to

21    Afghanistan, to Chechnya, at that time.  And

22    the reason for that is because it is

23    extremely difficult, you know.  You know,

24    people encounter this in 1995, 1996, and

25    people encountered it again in 1999, 19 --
```

This Transcript Contains Confidential Material

```
 1    2000, 2001, to penetrate into Chechnya and to
 2    enter.
 3              The Russian army had that place
 4    surrounded.  And the idea that two or three
 5    people can go through might be, you know,
 6    plausible, but several hundreds, you know,
 7    can go through?  It's not plausible.
 8         Q.    Well --
 9         A.    The -- I don't know who is the
10    author of this document, so basically I
11    cannot say it is true or not.
12              All I can say is that what is
13    written there doesn't make sense.
14         Q.    Okay.  Mr. Dean, you've offered
15    an opinion that there weren't -- wasn't
16    operational involvement on the part of
17    al-Qaeda in the Chechen conflict during this
18    period 1999 forward.
19              When you offered that opinion,
20    were you aware of this information or not?
21         A.    Aware of this information that
22    is in front of me right now?
23         Q.    Yes.
24         A.    How can I be aware of something
25    that I only just read right now?
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

```
 1          Q.     Well, you're a researcher in
 2    this field, and you purport to be an expert.
 3    And as a general matter, experts tend to have
 4    an awareness of significant pieces of
 5    information like designations of this nature.
 6          A.     First of all, the -- I don't --
 7    I don't know even the identity of the author
 8    of the document that you're presenting here
 9    or what source of the intelligence.
10                 You know, at the end of the
11    day, if a document purported to be talking
12    about the relationship between the
13    International Islamic Brigade, you know, and
14    al-Qaeda, then these links must be
15    substantiated with evidence and with sound
16    intelligence.
17                 It's just -- I'm sorry to say,
18    it looks like hearsay.
19          Q.     In terms of your statement in
20    your report that --
21          A.     What statement?
22          Q.     Sorry.  The statement on -- the
23    statements on page 11, the -- that the
24    leadership of this foreign contingent, you
25    said earlier this included Chechnya, had no
```

1    interest in coordinating with al-Qaeda.

2          Do you see that statement?

3    A.    Yes, I do.

4    Q.    Aside from what you referred to

5    as your personal observation, are you aware

6    of any government reports or authoritative

7    publications that reflect that same position?

8    A.    I'm aware that in the period

9    between 9/11 and 2010, there has been

10   significant amount of disinformation coming

11   out of the Kremlin at that time in order to

12   link the Chechen rebels to al-Qaeda.  It was

13   a plausible strategy, as far as President

14   Vladimir Putin is concerned.  And, therefore,

15   since 9/11, he realized that he can exploit

16   this newfound joint, you know -- you know,

17   cause with the US that you're fighting

18   terrorism, I'm fighting terrorism, and by the

19   way, your enemy and my enemy are one.

20         The pattern which I base my own

21   methodology of research on, you know, first,

22   you start with a pattern.

23         The pattern tells me that Ibn

24   Khattab spent his life fighting the Russians

25   in Afghanistan, in Tajikistan, in Chechnya.

This Transcript Contains Confidential Material

1  Why would he join hands with people who want

2  to fight the US?

3           His entire focus, his entire

4  literature, and hours and hours of his

5  interviews, do not focus on the United

6  States.  They focus on Russia and their --

7  what he see -- what he saw at that time as

8  their illegal occupation of the Caucuses.

9  That was his concern.

10          So this is why we have to look

11  at the context at the time.  You know, the --

12  there were many numerous publications.

13  Because at the end of the day, what happened

14  is, all that -- all we have to do is have

15  just several articles going into the press

16  saying multitude of links between al-Qaeda

17  and, you know, the Chechen rebels, and then

18  these are repeated and repeated and becomes

19  a -- just a vicious cycle of an echo chamber,

20  you know, and bias confirmation then takes

21  over.

22          The reality is that prior to

23  9/11, the Russians were not going around

24  like, you know, I mean, and trying to win

25  brownie points with anyone else trying to

This Transcript Contains Confidential Material

```
 1    claim that basically this is al-Qaeda, you
 2    know.  They might have said it once or twice,
 3    but no one was buying it in The West.
 4              It is after 9/11 that the
 5    Russian disinformation became more prominent.
 6         Q.    So you believe that the UN, in
 7    issuing the document that was in front of
 8    you, was a trick by Russian disinformation?
 9         A.    The UN issued several
10    designations, and then these designations
11    were rescinded years later.  The problem is,
12    designation in itself does not mean
13    necessarily, you know, a guilt.  And Russia
14    does indeed like, you know, have a permanent
15    seat in the US conflict.
16         Q.    Well, you indicated a minute
17    ago that Khattab's focus on Russia would have
18    made it illogical for him to partner with
19    bin Laden, who wanted to target the United
20    States.
21              Correct?
22         A.    That was my statement, yes.
23         Q.    Now, in order to fight Russia,
24    Khattab needed money.
25              Right?
```

```
 1          A.      Ibn Khattab needed money, and
 2     that money was coming from a dedicated
 3     fundraising network of his.
 4          Q.      Including Ayeri, who was part
 5     of al-Qaeda.
 6               Right?
 7          A.      Including Abdullah al-Wabil,
 8     who I mention in my book.  And I specifically
 9     talk about him because he was also, you know,
10     the main fundraiser for Ibn Khattab.
11          Q.      And the question I had asked
12     before a rather long answer you gave is
13     whether you could point me to any
14     authoritative publication or government
15     report based on your experience in the field
16     that concludes that al-Qaeda had no
17     involvement in the Chechen conflict in the
18     late 1990s.
19               Are you able to provide me with
20     a citation to any document that I could look
21     at on that point?
22          A.      There is one thing that we have
23     to focus on here right now, which is the fact
24     that al-Qaeda and its al-Qaeda literature.
25     It is the absence of evidence here.
```

This Transcript Contains Confidential Material

```
 1                    Al-Qaeda as an organization
 2     does nothing but brag about all of its heroic
 3     acts of jihad against the enemies of Islam.
 4     Whether what they did in Somalia, what they
 5     did in Afghanistan, what they did later in
 6     Iraq and Syria and Yemen, and yet -- and even
 7     in Somalia.  But somehow they neglect to
 8     mention Chechnya and they neglect to mention
 9     Bosnia as theaters through which al-Qaeda
10     demonstrated its credentials in defending
11     Islam.
12                    And, I mean, if they were
13     really present in both conflicts, as it is
14     cited by the few documents that you're
15     showing me, then they would have bragged
16     about it and they would have put it in front
17     of everyone that this is what we did.
18                    But somehow they always miss
19     these two.
20          Q.     Mr. Dean, I'm asking a really
21     simple question here.
22          A.     Does al-Qaeda --
23          Q.     Al-Qaeda's activities in the
24     pre-9/11 period have been the subject of a
25     massive body of government investigation and
```

This Transcript Contains Confidential Material

1    academic research.

2              Do you agree with me?

3         A.      Based on the fact and the

4    knowledge that -- and my experience and my

5    expertise, Afghanistan and the activities of

6    al-Qaeda prior to 9/11 were unfortunately not

7    as visible as you might like to think or many

8    people like to think.  Not only just to

9    governments, but to Western intelligence.

10             The fact of the matter is that

11   if it was the case, how could, you know, 9/11

12   be unspotted before it happened.  The

13   intelligence failure was so big.

14             And even post-9/11, how could,

15   like, you know, I mean, the US get it so

16   wrong on the weapons of mass destruction.

17   And the unreliability of the intelligence in

18   that part of the world.  The lack of

19   understanding of the culture, the faith, the

20   nuance.

21             A lot of the literature that

22   was written about that period, unfortunately,

23   is not of the quality to consider as

24   reliable, historical record.

25        Q.      So my question, Mr. Dean, that

```
 1    I actually asked you, which is not the one
 2    that you responded to, is whether or not you
 3    agree that al-Qaeda's activities prior to
 4    9/11 have been the subject of a massive body
 5    of government reporting as well as academic
 6    publication.
 7         A.    Define "massive."  I mean, is
 8    it 10 books?  20 books?  30 books?
 9         Q.    Thousands?
10         A.    Thousands of books prior to
11    9/11, Mr. Carter?
12         Q.    No.
13               I'm asking you whether or not
14    there have been thousands of articles,
15    reports and books written about al-Qaeda's
16    activities in the period before 9/11.
17         A.    Mr. Carter, there is a huge
18    difference between press desk research and
19    speculation and solid intelligence.
20               You can't rely on press
21    speculation and desk research by academics
22    from the comfort of their desks.  We cannot
23    rely on it to ascertain solid information and
24    intelligence to determine, you know, the
25    extent or, you know, even the width of this
```

```
 1    phenomenon.

 2                   For example, you are willing to

 3    give more credence to journalists, who some

 4    of them never set foot in Afghanistan and

 5    never shook hands with Osama bin Laden and

 6    never, like, you know, prayed, never even

 7    read a copy of the Koran, never spoke Arabic,

 8    you know, over my analysis and my information

 9    and my expertise, even though it is based on

10    26 years of understanding of this faith, of

11    the phenomenon, being part of it, being part

12    of the teams that were dismantling it.

13                   So all this body of evidence

14    that you refer to, again, it is mostly

15    guesswork.

16         Q.    So I take it from that answer

17    that you believe we should discount the

18    entire universe of government investigative

19    reporting and academic treatments of these

20    issues in any case where they conflict with

21    your personal opinion referenced in your

22    expert report?

23                   MR. SEQUEIRA:  Objection.

24         Misstates his testimony.

25                   THE WITNESS:  I'm afraid you
```

This Transcript Contains Confidential Material

```
 1          have rephrased my words here,
 2          Mr. Carter.  You said that we should
 3          disregard government investigation,
 4          and may I remind you, I was part of
 5          government investigation.  So -- which
 6          you insist on disregarding, by the
 7          way.  That's the first thing.
 8               The second thing, as for the
 9          academic, you know, work, the academic
10          work since -- prior to 9/11 and then
11          the immediate period of 9/11 and then
12          after 2010s and 2020s, the evolution
13          has been phenomenal.  What we know now
14          is far better than what we knew ten
15          years earlier.  And what we knew ten
16          years earlier was far better than what
17          we knew 20 years prior to that.
18               So I'm saying we should not
19          rely on unreliable research done by
20          people without primary sources prior
21          to 9/11.
22               And may I repeat the fact
23          again, I did not, you know, say that
24          we should discard government
25          investigations prior to 9/11 or even
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

1          after it, because, ironically, I am

2          one part of that government

3          investigation, Mr. Carter.

4     QUESTIONS BY MR. CARTER:

5          Q.    So I'm going to repeat my

6     question.

7               We're now 25 years, almost,

8     past this 1999 period where the conflict in

9     Chechnya was active, and I'm trying to

10    ascertain if -- whether, with all of the

11    better understandings that have been

12    developed now over the last quarter of a

13    century, you can point me to a finding in any

14    government report or a conclusion in any

15    reputable study that says al-Qaeda had no

16    involvement in Chechnya during this period?

17         A.    Okay.  I will answer this

18    question in two parts.

19               The first part is, can you

20    point me to any government, you know,

21    institution that states without a shadow of a

22    doubt, with absolute solid evidence, that

23    al-Qaeda was running the show in Chechnya?

24         Q.    Mr. Dean --

25         A.    And the second part --

```
 1          Q.     -- you're obligated to give me
 2    an answer to my question.
 3          A.     I am --
 4          Q.     The question is simple.  You've
 5    offered an expert report.  The expert makes
 6    it -- expert makes -- report makes a claim
 7    based on your personal experience, solely
 8    based on your personal experience.
 9                 Is there anything, any evidence
10    you can point me to in the form of a
11    government report or an authoritative
12    publication of the counterterrorist arena,
13    that aligns with and supports that
14    conclusion?
15                 MR. SEQUEIRA:  Objection, Sean.
16                 This is not the first time that
17          you've mischaracterized his report as
18          being solely based on his personal
19          experience.  Clearly not stated that
20          way, and the basis of the report is
21          identified several places.
22                 THE WITNESS:  Okay.
23          Mr. Carter, please, can you remember
24          that this is not just only my personal
25          experience, it is my professional
```

```
1              experience?

2                     I've worked as an undercover

3              agent for eight years, I worked as a

4              banker for nine years, and I worked as

5              a consultant for multiple governments,

6              banks and financial institutions and

7              law enforcements and academic

8              institutions around the world for the

9              past eight years.

10                    So, please, show some respect

11             and understand that, I mean, I am

12             trying to offer a proper testimony

13             here and testifying according to my

14             professional as well as my personal

15             experience.  And my personal

16             experience always inform my

17             professional.  My professional

18             experience inform my personal.

19                    As for the question of, you

20             know, the involvement of the al-Qaeda

21             and Chechnya, again, I'm unaware -- I

22             will answer it now.  I'm unaware of

23             any substantial body of opinion that

24             offers a conclusive, conclusive,

25             indisputable evidence that al-Qaeda
```

This Transcript Contains Confidential Material

```
 1          was running the show in Bosnia and

 2          Chechnya.

 3                 And second of all, the habit of

 4          al-Qaeda of eulogizing their martyrs

 5          wherever they fall, whether they are

 6          in 9/11, whether they are in India,

 7          whether they are in the Mumbai attacks

 8          or whether they are in Yemen, whether

 9          they are in Iraq, whether they are in

10          Syria, they keep always eulogizing

11          them.  However, we are missing the

12          eulogies from Bosnia and Chechnya.

13                 Can you -- you know, I'm not

14          aware of any single eulogy where

15          al-Qaeda said, we are, you know,

16          celebrating the martyrdom of our

17          brother who died in Chechnya defending

18          Muslims there or died in Bosnia

19          defending Muslims there.

20                 They meticulously catalog their

21          martyrs.  Somehow those martyrs are

22          absent in these two particular

23          theaters.

24                 (Dean Exhibit 6 marked for

25          identification.)
```

```
 1    QUESTIONS BY MR. CARTER:
 2         Q.    We can mark as the next exhibit
 3    a section of the 9/11 Commission report at
 4    Tab 10.
 5              Okay.  And the first full
 6    paragraph on this page, Mr. Dean, says,
 7    "Bin Laden's impressive array of offices
 8    covertly provided financial and other support
 9    for terrorist activities.  The network
10    included a major business enterprise in
11    Cyprus, a services branch in Zagreb, an
12    office of the Benevolence International
13    Foundation in Sarajevo which supported the
14    Bosnian Muslims in their conflict with Serbia
15    and Croatia, and an NGO in Baku, Azerbaijan,
16    that was employed as well by Egyptian Islamic
17    jihad, both as a source and conduit for
18    finances and as a support center for the
19    Muslim rebels in Chechnya.  He also made use
20    of the already-established third-world relief
21    agency headquartered in Vienna, whose branch
22    office locations included Zagreb and
23    Budapest."
24              Do you see that?
25         A.    I do see that.
```

This Transcript Contains Confidential Material

```
 1        Q.      This determination by the 9/11
 2   Commission indicates that bin Laden was in
 3   fact involved in providing support to the
 4   Bosnian Muslims in their conflict with Serbia
 5   and Croatia.
 6              Correct?
 7        A.      In the context -- and again, I
 8   come back to the context here -- is the fact
 9   that the 9/11 Commission report, while I have
10   a great respect for it, it was, again,
11   relying on the problematic and unreliable
12   intelligence that was available at the period
13   prior to 9/11 and the immediate years after
14   9/11.
15              For example, what turned out
16   about the fact that most of the, you know,
17   organizations that were linked to Osama bin
18   Laden and to al-Qaeda turned out to be, in
19   later years, not linked at all.  And this
20   happened because the intelligence at that
21   time was unfortunately unreliable as the
22   intelligence in later years.  So the business
23   center in Cyprus or the branch, you know,
24   office -- services branch in Zagreb or, you
25   know, the International Foundation in
```

```
 1    Sarajevo.
 2             If you look at all of this,
 3    these are just vague information.  Nothing of
 4    this, you know, can be attributed to sources.
 5    Nothing of this can be attributed to, you
 6    know, hard facts.
 7             And we have to also get the
 8    facts.  What is the extent of the support.
 9    If there was a support, what is the extent of
10    it.  How much was there.  You know, how many
11    fighters were equipped.  How many tanks were
12    provided.  How many bullets were purchased.
13             It's just to say, well, we know
14    that he supported something.  Where is the
15    quantifiable information here?  I want
16    quantifiable data.  I mean, in order to --
17        Q.    Mr. Dean --
18        A.    Yeah.
19        Q.    Mr. Dean, I think you've
20    indicated that information you provided is
21    reliable because it's predicated upon your
22    personal experience in al-Qaeda and then
23    working for MI6 undercover in al-Qaeda.
24             Right?
25        A.    Once again, I repeat that my
```

This Transcript Contains Confidential Material

```
 1    professional career, having served as an
 2    undercover agent within al-Qaeda, within
 3    Afghanistan and Pakistan and many other
 4    territories, I'm familiar with the MO of
 5    al-Qaeda and other organizations.
 6              Familiar with -- familiarity
 7    with their tactics, their methodology, their
 8    connections, enable me to have an
 9    understanding that would necessarily make me
10    question some, not all, but some of the
11    findings, especially the fact that the CIA
12    itself, you know, would question itself in
13    2005 about the intelligence failures that was
14    taking place between the late '90s until
15    2005, whether it is in Iraq or Afghanistan or
16    Pakistan or elsewhere in the region.
17         Q.    Mr. Dean, with regard to this
18    particular information, you raised some
19    questions about the reliability of the
20    sourcing.  And I just want to point out to
21    you that the 9/11 Commission predicated this
22    information on facts provided by Jamal
23    al-Fadl, who was himself a member of
24    al-Qaeda.
25         A.    May I remind, Mr. Carter, Jamal
```

This Transcript Contains Confidential Material

1    al-Fadl was mostly based out of Africa and,

2    therefore, his knowledge about the Caucuses

3    and about what was taking place in

4    Afghanistan and Pakistan post-1996, you know,

5    would be called into question.

6                MR. SEQUEIRA:  Mr. Carter,

7         we've been going for over 90 minutes.

8         Do you think we could take a break?

9                MR. CARTER:  Sure.

10               VIDEOGRAPHER:  We're going off

11        the record at 7:37 p.m.

12         (Off the record at 7:37 p.m.)

13               VIDEOGRAPHER:  Back on the

14        record at 8:10 p.m.

15   QUESTIONS BY MR. CARTER:

16        Q.    Mr. Dean, earlier we talked

17   about your experiences at Al-Haramain in

18   Baku, Azerbaijan.

19               Correct?

20        A.    Yes.

21        Q.    And if I'm remembering

22   correctly, you told me that the headquarters

23   in Saudi Arabia would send money to the

24   branch in Baku, Azerbaijan.

25               Correct?

This Transcript Contains Confidential Material

```
 1        A.    Yes.
 2        Q.    The branch in Baku, Azerbaijan,
 3   was then involved in providing funds to,
 4   among others, Ibn Khattab.
 5              Correct?
 6        A.    Yes, that was the case.
 7        Q.    And would the branch in
 8   Azerbaijan provide that money in cash?
 9        A.    Yes.
10        Q.    So if I understand the
11   mechanism from the original source of the
12   funds until its destination with Ibn Khattab,
13   there would have been a bank transfer from
14   Saudi Arabia to the branch in Baku,
15   Azerbaijan.
16              Correct?
17        A.    That would be a -- sorry.  That
18   would be a -- a bank transfer to a bank
19   branch in Baku, and then it would be taken
20   out as cash.
21        Q.    There's a bank transfer from
22   Saudi Arabia to a bank in Baku, Azerbaijan,
23   where the local office holds an account.
24              Right?
25        A.    Yes.
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

1    Q.    And that's how the money gets

2    from Saudi Arabia to Baku, Azerbaijan.

3          Right?

4    A.    From Al-Haramain account in the

5    headquarters in Saudi Arabia to the office in

6    Baku, yeah.

7    Q.    And at that point, the modus

8    operandi of delivering the funds to militants

9    in cash would be implemented in Baku?

10   A.    The cash is withdrawn, and then

11   there are several things, you know, to do

12   with it.  The first thing is to buy

13   equipment, to buy food, to buy fuel.  And the

14   fact of the matter is that the vast majority

15   of the cash was going to the right intended

16   recipients, you know, refugee camps, there

17   were, you know, quite several of them; you

18   know, the orphanages, there were quite

19   several of them; and looking after those who

20   need it.

21         So the diversion was of a small

22   percentage, but still it's a percentage,

23   roughly about maybe 15 percent at that time.

24   Some months it was much less.  And then that

25   would be in the form of cash, equipment,

This Transcript Contains Confidential Material

```
 1    batteries, medicine, and that would be put

 2    into trucks and sent.

 3         Q.     Again, just trying to make sure

 4    I understand.

 5              The interface between the local

 6    office and the militants involving the

 7    transfer of cash happened locally.

 8              Right?

 9         A.     The cash is taken into the

10    office, and then the most important thing

11    happen is the fact that the allocation of the

12    cash into the other regional places such as

13    the refugee camps and medical and clinics

14    other things, similar.

15              However, whatever that is

16    allocated to the Chechen rebels would be done

17    through half cash, and the other half is in

18    kind, such as medicine and other items and

19    equipments.

20         Q.     Now, turning to pages 13 to 14

21    of your report, you indicate that "Winer is

22    wrong to suggest that al-Qaeda depended on

23    donations from the subject charities.

24    Instead, the funds for al-Qaeda's operations

25    largely came from the business ventures of
```

This Transcript Contains Confidential Material

```
 1    al-Qaeda members."

 2              You go on to cite your ventures

 3    involving honey, Himalayan pink salt and

 4    Afghan carpets.

 5              And then continuing on page 14,

 6    you say, "On top of this," referring to

 7    business revenues, "protection of the opium

 8    trade was one of the largest sources of

 9    funding for al-Qaeda operations."

10              And then you go on in the next

11    paragraph to state that it was "through

12    businesses like these that al-Qaeda was able

13    to become a self-sustained entity and finance

14    its operations.  While undercover for MI6,

15    based on my interactions with the al-Qaeda

16    leadership handling finances and my

17    participation in meetings where revenue was

18    reported, I estimated that al-Qaeda

19    enterprises, legitimate and illicit, were

20    generating upwards of at least 20 to

21    $30 million per year before 9/11 to support

22    operations."

23              Do you see all of that?

24         A.    Yes, I do.

25         Q.    Am I correct in understanding
```

This Transcript Contains Confidential Material

```
 1    your statement there to indicate that

 2    diversion of funds from ostensible charities

 3    was not, in your opinion, an important source

 4    of revenue for al-Qaeda between 1998 and

 5    September 11, 2001?

 6         A.    I think you are conflating

 7    the -- what was taking place in Chechnya and

 8    Azerbaijan with what was taking place in

 9    Afghanistan.

10              So you are implying that

11    because the Chechen rebels had some funding

12    from, you know, the subject charity, that

13    means necessarily that this would be also the

14    case with al-Qaeda.

15              Al-Qaeda's finances are

16    different model from the finances of the

17    Chechen rebels.

18         Q.    Mr. Dean, if I can ask you,

19    please, I was not implying anything.  I was

20    moving on to a different subject matter.

21              I had asked you to clarify

22    something about the mechanism involved in the

23    support in the Al-Haramain office, and now

24    I've asked you a straightforward question

25    about your opinions.
```

```
 1                    And if we can, let's read it
 2      back, and I just want you to answer my
 3      question.
 4             A.     Okay.
 5                    MR. SEQUEIRA:  Excuse me,
 6             Mr. Carter, but the implication wasn't
 7             clear, given that you had two
 8             questions back-to-back about those
 9             topics.  So maybe you can repeat the
10             question, and he'll try to answer it.
11                    MR. CARTER:  I didn't have two
12             questions back-to-back, Reuben.  I
13             finished the question, and then I
14             directed him to a separate section of
15             his report and then asked him a
16             question about it.
17                    MR. SEQUEIRA:  And you had two
18             different topics and two questions.
19                    So, go ahead.
20                    THE WITNESS:  Can you please
21             repeat the question?
22                    (Court Reporter read back
23             question.)
24                    THE WITNESS:  Yes, it is not my
25             assessment and my judgment that
```

```
 1          al-Qaeda relied heavily on diverted

 2          funds or in-kind support from

 3          charities, you know, in general.

 4     QUESTIONS BY MR. CARTER:

 5          Q.     Was there, in your

 6     understanding, any diversion of funds from

 7     charities in favor of al-Qaeda during this

 8     1998 to 2001 time period?

 9          A.     Well, in this instance, one

10     cannot entirely rule out the possibility that

11     in-kind -- in particular, in-kind assistance

12     was diverted from, you know, charities to

13     al-Qaeda in Afghanistan.

14                 For instance, and I've been --

15     I reported on this at that time to my

16     superior officers, that food items from the

17     World Food Programme as well as for US aid

18     ended up in al-Qaeda's camps.  I mean, go

19     into a kitchen in al-Qaeda, and you will find

20     a bag with "US aid" on it or the "World Food

21     Programme" on it.

22                 So diversion of fuel, diversion

23     of medicine, it does happen because it is the

24     inevitable leakage of supplies in a war zone

25     where it is controlled by a group like the
```

This Transcript Contains Confidential Material

```
 1    Taliban.  And the Taliban were playing an
 2    important role in being the conduit between
 3    the global NGOs and supplying al-Qaeda with
 4    some of that material.
 5         Q.    Were diversions of funds,
 6    meaning money, from branch offices of
 7    charities where there were sympathetic
 8    officials a significant source of funds to
 9    al-Qaeda in the 1998 to 2001 time period?
10         A.    Based on my judgment and my
11    understanding at that time and historical
12    research and my expertise, I can say that
13    funds diverted from charities, subject
14    charities, into al-Qaeda in that period of
15    time most likely -- unlikely did not take
16    place.  It's unlikely that it took place.
17    And the reason for stating that is the
18    absence of markers.
19              As I have been in other
20    theaters where I have seen the effect of
21    charities diverting funds into, you know,
22    military effort, that leaves a marker.  You
23    can see the effect.  It's a cause-and-effect
24    issue.
25              For example, in Bosnia or in
```

1    Chechnya, there would be the trucks coming

2    with the cash, with the equipment, with the

3    food, with the chemicals, with the medicine.

4    Visits from the charity officials carrying

5    the cash, you know, to bring it into the

6    camps.

7              That wasn't visible in

8    Afghanistan.  That was absent.

9         Q.    You have indicated previously

10   that at times you were tasked to go pick up

11   cash by al-Qaeda leadership.

12             Correct?

13        A.    Yes.

14        Q.    Were other people at times

15   tasked to go pick up cash?

16        A.    Yes.

17        Q.    When you were tasked to go pick

18   up cash, did the al-Qaeda leadership tell

19   everyone else in al-Qaeda what you were

20   doing?

21        A.    Well, the answer to this

22   question is that the people who would be with

23   me, driving me or coming with me because I'm

24   not the only person involved in this, they

25   would know, and the relevant commanders would

1    know, and the relevant people along the route

2    would know.

3         Q.    You would not be aware of every

4    episode in which another member of al-Qaeda

5    was tasked to go pick up cash, would you?

6         A.    No.

7              MR. SEQUEIRA:  Objection.

8         Vague.

9              You may answer.

10              THE WITNESS:  No.

11   QUESTIONS BY MR. CARTER:

12        Q.    Your report indicates that you

13   reached an assessment that the for-profit

14   businesses and criminal enterprises you

15   describe were generating upwards of at least

16   20 to 30 million per year before 9/11's

17   support operations.

18              Do you recall that statement?

19        A.    Yes.

20        Q.    When did you come to this

21   understanding that the business enterprises

22   and criminal activities of al-Qaeda were

23   generating upwards of at least 20 to 30

24   million per year before 9/11?

25        A.    By June 2001, I have already by

This Transcript Contains Confidential Material

```
 1    then interacted with several senior leaders
 2    of al-Qaeda, either part of the Shura
 3    council, part of the finance committee, part
 4    of the religious committee, the training.
 5              And since it was my mission,
 6    and it was also my training by MI6, to glean
 7    as much information as possible without
 8    raising -- arousing suspicion, during that
 9    time I have been able to get as many
10    conversations as possible with such leaders
11    that would indicate what are the most
12    important streams of funding for the
13    organization to ensure its sustainability,
14    survivability and resilience, not to be
15    reliant on just the outside world.
16              And that would be when -- you
17    know, when by then and throughout like --
18    and, I mean, all the 1998, 1999, 2000, 2001.
19    By then, I reached the conclusion that this
20    is the estimates of how much these different
21    strands of business and revenue streams bring
22    into the group.
23         Q.    And so you had reached this
24    estimate as of that June 2001 time period
25    when Abu Hafs al-Masri summoned you to speak
```

This Transcript Contains Confidential Material

```
 1    with him, and he gave you the job of going to

 2    tell people in London to leave and come to

 3    Afghanistan?

 4         A.    Yes.

 5         Q.    You're aware that the 20 to

 6    $30 million estimate you offer in your

 7    report, the revenues from al-Qaeda's

 8    for-profit businesses and criminal

 9    activities, closely corresponds to US

10    government intelligence estimates of the

11    total budget for al-Qaeda during the time?

12         A.    I am aware, yes.

13         Q.    Is it therefore your opinion

14    that virtually the entirety of al-Qaeda's

15    budget was being satisfied by the for-profit

16    businesses and involvement in the opium

17    trade?

18         A.    These are not the only sources

19    of funding I was also referring to.  I also

20    spoke about -- to other sources of revenue.

21              One is the dedicated

22    fundraising network that al-Qaeda possessed

23    in places such as the GCC and Europe and

24    North America.  So I talk extensively about

25    that.
```

This Transcript Contains Confidential Material

```
 1                  Where I talk about the fact
 2       that this dedicated fundraising network is
 3       important, they use the hawala system in
 4       order to ensure that the money does get into
 5       Afghanistan, and this generated significant
 6       demand of funds.
 7                  And then there is the stream
 8       which is not known to many practitioners in
 9       this field, you know, in the field of
10       counterterrorism finance.  It's called jijiz
11       hirazi {phonetic}.  Jijiz hirazi is the
12       system through which recruits from around the
13       world become the money couriers themselves,
14       whether it is, you know, the carrying of
15       high-value items such as gold bars, which is
16       worth a lot, like, you know, even if they are
17       very small in size, as well as the carrying
18       of cash in large denomination.
19            Q.     Well, in your report, you do
20       mention the hawala system as the mechanism
21       through which al-Qaeda moved cash, but I
22       don't see any indication in the section
23       discussing the principal sources of
24       al-Qaeda's revenue of these donors or
25       financial facilitators.
```

This Transcript Contains Confidential Material

```
 1                 Where is that in here?
 2        A.     I'm sorry?  Can you repeat this
 3   again?
 4        Q.     There's a section of your
 5   report that we've been discussing on pages 13
 6   or 14 where you discuss the principal sources
 7   of al-Qaeda's funding before 9/11.
 8                 Correct?
 9        A.     Yes.
10        Q.     Do you say anything in there
11   about donations from sympathizers or
12   well-placed financial facilitators?
13        A.     Not in that section.
14        Q.     So that is a -- that was
15   another source of revenue for al-Qaeda during
16   this time period?
17        A.     I, again, refer you to page 13,
18   where I said al-Qaeda primarily utilized the
19   hawala system.  The hawala system was
20   introduced by Arabs.  And I go into quite a
21   few details.
22                 And then I mention this, that
23   the person handing another person a bag with
24   a large amount of cash.  So I already stated
25   this extensively.
```

```
 1        Q.     Well, you discussed how that
 2   mechanism was used to move money, but in that
 3   discussion, you don't articulate the money
 4   being moved was from sympathetic donors and
 5   financial facilitators.
 6              Do you?
 7        A.     It is very clear here when I
 8   said that contrary to -- in page 12 -- I take
 9   you back to page 12 -- where I said here in
10   Section B, page 12, where I said, "Why
11   doesn't Kohlmann's opinion about Al Rajhi
12   Bank's supposed role in financing al-Qaeda
13   assume that al-Qaeda was running an operation
14   heavily reliant on having close relationships
15   with banks, Al Rajhi Bank in particular?"
16              And that, the maintenance of
17   accounts at Al Rajhi, was evidence of that
18   close relationship.  I know that this
19   understanding is not correct.
20              Then I go into saying,
21   "Contrary to what is in Kohlmann's
22   statements, al-Qaeda primarily operated
23   through cash and in-person handoffs rather
24   than bank transactions.  The funds needed for
25   the day-to-day operations of al-Qaeda" -- it
```

This Transcript Contains Confidential Material

```
 1    means the day-to-day operations of
 2    al-Qaeda -- "were not funneled through
 3    deposits and checking accounts in banking
 4    institutions; instead, cash was the primary
 5    mode of financing, and this cash was not kept
 6    in banks."
 7              And then I will go into the
 8    hawala system, and I go --
 9        Q.    I understand all that,
10    Mr. Dean.  But with respect, you're talking
11    about how al-Qaeda moved the money that was
12    in its hands, and the mechanism for doing
13    that was the hawala.
14              Correct?
15        A.    Yes.  But you are talking
16    about --
17        Q.    Hair -- hair -- hair --
18        A.    -- al-Qaeda has money that was,
19    you know, in its hand.  Not necessarily.
20              I said, like, you know,
21    basically that this is the money that
22    al-Qaeda moved and, you know, used as a
23    hawala system.  In other word, basically it's
24    the money they receive and the money they
25    send.
```

```
 1         Q.    So, Mr. Dean, according to the
 2   section where you talk about the actual
 3   source of revenues that sustained al-Qaeda's
 4   budget, which you identified as being
 5   businesses and criminal activities, is there
 6   any discussion of contributions from
 7   sympathetic donors and financial
 8   facilitators?
 9         A.    Mr. Carter, as I said before,
10   that this is an addition into what I was
11   already talking about in terms of the cash
12   coming into al-Qaeda.  So I devoted about
13   almost two pages explaining that cash is the
14   mode, and the hawala system is the mode and
15   the dedicated fundraising network.
16              And then I go into the question
17   of business and the question of criminal
18   enterprises.
19              So, you know, it is very clear
20   when I was talking about that in a particular
21   methodology, I was talking about a sourcing
22   methodology as well as fundraising
23   methodology.
24         Q.    And, Mr. Dean, what is your
25   estimate of the portion of al-Qaeda's budget
```

This Transcript Contains Confidential Material

```
 1   that was coming from donations from

 2   sympathetic parties and financial

 3   facilitators?

 4        A.    Roughly about a third.

 5   $10 million.

 6        Q.    That would be 10 million on top

 7   of the 20 to 30 from the businesses?

 8        A.    On -- yes, that would be

 9   between -- because the average estimates per

10   year was 37 million.  So it's between 10 --

11   10 million was the average, according to the

12   conversations I had at that time.  That would

13   be the average between 1998 until 2001.

14        Q.    And as I understand your

15   testimony, you're saying that none of that

16   $10 million was channeled to al-Qaeda through

17   charities.

18              Is that correct?

19        A.    Mr. Carter, you know, based on

20   my knowledge and expertise, the vast

21   majority -- I can't speak for the entirety,

22   but the vast majority of the funds came

23   through careers and the hawala system and the

24   hawala dolls, who where the kings of cash in

25   Afghanistan.  There were no ATMs.  There were
```

This Transcript Contains Confidential Material

```
1    no bank branches.  There were no mechanism
2    except cash in Afghanistan.
3         Q.     Where were the donors,
4    Mr. Dean?
5         A.     All over the world.
6         Q.     How did the donors get their
7    money to a location in physical proximity to
8    Afghanistan?
9         A.     The dedicated fundraising
10   network works like recruitment.  It's
11   exactly.  The recruitment of jihadists and
12   the fundraising go hand-in-hand.  This is
13   what I have testified before a number of
14   different organizations, as well as in my
15   advisory role for the British
16   counterterrorism police, for the Ministry of
17   Justice in the UK, for the Belgian police in
18   both Antwerp and Brussels, for the home
19   office in the UK.
20              All of my advisory work focused
21   on the fact that recruitment and fundraising
22   worked hand-in-hand, because it is the
23   recruits who would then carry the funds all
24   the way to al-Qaeda branches.
25              And so since al-Qaeda have a
```

```
 1    network of recruiters, you know, parallel to
 2    that there is a network of fundraisers.  So
 3    that is how these fundraisers who raise the
 4    funds, not necessarily only through donors --
 5    it's not just donations.  We -- you know,
 6    this is why I call it dedicated fundraising.
 7              Sometimes it's through fraud,
 8    robberies, criminality, drug trafficking
 9    and -- you know, credit card fraud, the
10    mortgage fraud, was one of the ways through a
11    lot of the funding for, you know, jihadist
12    organizations as well as al-Qaeda was taking
13    place in Europe in 1998, 1999, 2000, 2001.
14    It was well-documented.
15              So that's how it works.  So
16    this is how the cash is coming into the
17    proximity of al-Qaeda.
18       Q.     And, Mr. Dean, within this 20
19    to $30 million that you assess al-Qaeda was
20    generating from for-profit businesses and
21    criminal enterprises, did you have a sense of
22    the particular attribution of that money to
23    specific business operations and criminal
24    enterprises?
25       A.     Yes.  I mean, in October
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

1     of 1999, there was an incident that is

2     well-publicized, actually, in the

3     Iranian/Pakistani -- Iranian/Afghan border.

4     A caravan carrying almost $100 million of

5     heroin were about to be intercepted by the

6     Iranian Revolutionary Guard Corps, the IRGC.

7               Al-Qaeda's role was in

8     protecting the caravans, you know.  The

9     caravans are run -- you know, the caravans

10    are owned and run and operated by the drug

11    lords, but they are not exactly, you know,

12    the fighters that they can in order to deal

13    with professional armies such as the IRGC.

14    So they hire al-Qaeda.

15              In that instance, however, the

16    protection was needed because IRGC was

17    intercepting the caravan.

18              A fight broke out.  There were

19    dozens of fatalities among the IRGC.  It is a

20    very well-publicized incident.  Despite the

21    fact that not many know about the

22    circumstances of what really happened,

23    everyone knows that people died from the IRGC

24    in a fight.  They attributed that to

25    narcotics.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

```
 1                    But what I understood is that a
 2       few weeks later I met the al-Qaeda person who
 3       was the commander of the protection force of
 4       that caravan, Abu Nasr al-Luchi {phonetic},
 5       and he informed me about the entire operation
 6       and how and why they done it.
 7                    So, you know, that netted
 8       al-Qaeda $5 million.  That's just one
 9       particular incident.
10            Q.     And so if I'm understanding
11       your testimony, Mr. Dean, you had, by June
12       of 2001, effectively reached a determination
13       as to the line-item sources of al-Qaeda's
14       budget, essentially in its entirety.
15                    Right?
16            A.     I've reached an approximate
17       determination.
18            Q.     But you knew what that specific
19       determination -- or figure was comprised of
20       in terms of the particular business ventures,
21       the particular criminal enterprises.  You had
22       reached assessments as to all of that.
23                    Correct?
24                    MR. SEQUEIRA:  Object to form.
25                    You may answer.
```

```
 1                    THE WITNESS:  Yes, I have
 2          reached that conclusion based on
 3          having a firsthand experience in that
 4          organization, living in it and serving
 5          it and spying on it for about two and
 6          a half years.
 7   QUESTIONS BY MR. CARTER:
 8          Q.    And just in terms of the some
 9   of the details on this, on page 62 of your
10   book, you indicate that Abu Khabab was kept
11   financially afloat by a small group of
12   fundraisers.
13                    Correct?
14          A.    Yes.
15          Q.    And on page 72 of your book,
16   you indicate "Under Taliban protection and
17   with fresh funds trickling in from
18   sympathizers in the Gulf, bin Laden began to
19   build al-Qaeda up in Afghanistan, reviving
20   and expanding his old network of safe houses
21   and training camps."
22                    Correct?
23          A.    Yes.
24          Q.    So during this period, you
25   agree that bin Laden was relying
```

This Transcript Contains Confidential Material

1  significantly upon funds from sympathizers in

2  the Gulf?

3          A.      That was the period of 1997,

4  the beginning of al-Qaeda.  And, therefore,

5  yes, it was the dedicated fundraising network

6  that were operating in the Gulf at that time

7  which enabled him to rebuild the camps in

8  Afghanistan.  That was the period of 1997.

9          Q.      And I believe you say that

10 after the Iraq war broke out, on page 311 to

11 312 of your book, that millions were floating

12 into al-Qaeda's coffers from private donors

13 in the Gulf.

14              Is that correct?

15         A.      Yes.

16         Q.      There are a few additional

17 isolated references in your book to revenue

18 sources, but would you agree with me your

19 book doesn't include any overarching

20 statement that al-Qaeda was not significantly

21 reliant upon diversions of funds from

22 charities during the period '98 to 2001?

23              MR. SEQUEIRA:  Objection.

24      Vague.

25              You may try to answer.

This Transcript Contains Confidential Material

```
 1                    THE WITNESS:  It's like trying
 2          to prove a negative here.
 3                    Well, again, my book was not
 4          intended, Mr. Carter, as an
 5          intelligence report and to be
 6          specifically something that is
 7          submitted to a court.
 8                    But the report I have here is
 9          the one that relies on the information
10          as I have -- information, the
11          research, the proper investigations
12          that I have conducted over the years.
13          And, therefore, I would direct you
14          back to the report where I stated as a
15          fact that al-Qaeda relied on multiple
16          streams of funding, whether it is
17          dedicated fundraising, whether it was
18          criminal enterprises, whether it is a
19          for-profit business.
20     QUESTIONS BY MR. CARTER:
21          Q.     Is there -- again, there's no
22     discussion in your book of any participation
23     during that period in meetings of al-Qaeda's
24     financial committee.
25                    Correct?
```

```
 1          A.      Al-Qaeda at the time was a
 2    scattered organization and fragmented, and
 3    the centralization has gone.  Therefore,
 4    al-Qaeda became different branches in Yemen
 5    and Iraq and cells in Arabia.
 6          Q.      I'm sorry, Mr. Dean, I'm
 7    talking about the period up to June 2001 when
 8    you reached your assessment as to al-Qaeda's
 9    sources of fundings.
10                  There's not an indication in
11    your book that you participated in any
12    meetings of al-Qaeda's finance committee as
13    of that date, is there?
14          A.      My book wasn't a diary of my
15    daily activities, Mr. Carter.  My book is
16    just telling, you know, the story in a way
17    that would be, you know, appealing to a
18    reader.
19                  However, as I said to you, my
20    recollections from that period, as well as my
21    understanding of al-Qaeda's operations,
22    finances and, you know, business model, I
23    testified to it in this report, and I wrote
24    it as clearly as it was stipulated in this
25    report.
```

```
 1         Q.      Mr. Dean, al-Qaeda sources of

 2    funding in the pre-9/11 period were the

 3    subject of intensive interest after 9/11,

 4    were they not?

 5         A.      Can you repeat this question

 6    again?

 7         Q.      Al-Qaeda's sources of funding

 8    leading up to the September 11th attacks were

 9    a subject of intensive interest, including on

10    the part of the United States government,

11    after 9/11.

12              Correct?

13         A.      The finances of al-Qaeda

14    leading up to 9/11 indeed became a subject of

15    intensive research, investigations.  And the

16    reality is -- and this is the accepted wisdom

17    within the intelligence community -- is that

18    only the tip of the iceberg at that time was

19    more or less realized, and the reason is

20    because of the cash nature of the

21    transactions.

22              The reality is that cash was

23    the currency of al-Qaeda, and cash does not

24    leave traces.  The hawala system does not

25    leave traces.  And that resulted in
```

This Transcript Contains Confidential Material

```
 1    considerable amount of frustration.  I mean,
 2    I would be the first one to raise my hand and
 3    say that, like, you know, I mean, the
 4    considerable amount of frustration within the
 5    intelligence community about how difficult it
 6    is to ascertain the transactions, how much
 7    money flowed from one place to another.
 8                 And the reliance on cash
 9    continued to -- you know, to elude and to
10    evade the authorities' detection even in the
11    information age.
12                 You know, look at ISIS in 2015
13    and '16 and '17.  The US resorted in the end
14    to using JDAMs to bomb ISIS cash and cash
15    storage.  That's the only way -- it wasn't
16    about stopping banks.  It wasn't about
17    stop -- you know, having higher levels of
18    compliance within banks.
19                 In the end, it came to the
20    fact, as Abdul Rasheed al-Filistini, my
21    former business partner within al-Qaeda who
22    was the subject of many of my espionage
23    activities, said, by simplicity we defeat
24    them.  That's what he said.  He is talking
25    about how simple al-Qaeda's finances were.
```

```
 1                  This is why in the end, even

 2   the US came to the conclusion that simple

 3   means needs simple methods, and that's why

 4   they used the Air Force to incinerate ISIS

 5   cash.

 6        Q.     So, Mr. Dean, the simple answer

 7   to my question is that there was very

 8   significant interest after 9/11, including on

 9   the part of US intelligence, in the sources

10   of al-Qaeda's funding.

11                  Correct?

12        A.     I'm aware there was interest,

13   yes.

14        Q.     And at that time, you were

15   working on behalf of British intelligence.

16                  Correct?

17        A.     Yes.

18        Q.     And the United States and

19   Britain have a very strong

20   intelligence-sharing program.

21                  Do they not?

22        A.     Yes.  For sure.

23        Q.     And the United States during

24   this period was dedicating very significant

25   intelligence and other resources to try and
```

```
 1    build a model of al-Qaeda's sources of

 2    funding.

 3              Isn't that true?

 4         A.    I wasn't aware they were trying

 5    to build a model.  Were they trying to gather

 6    intelligence, yes.  Specifically building a

 7    model, I have no idea.

 8         Q.    Well, they were trying to

 9    determine as best they could the sources of

10    al-Qaeda's funding so they could determine

11    what could be done to interdict them.

12              Correct?

13         A.    I was aware they were

14    conducting investigations, yes.

15         Q.    As I understand your testimony,

16    as of June 2001, you were in possession of

17    what amounted to a Rosetta stone of the

18    sources of al-Qaeda's funding, the particular

19    businesses that were generating revenues, the

20    particular criminal activities that were

21    generating revenues, and the portions of the

22    budget that were being derived from its

23    various sources.

24              Correct?

25              MR. SEQUEIRA:  Objection to
```

This Transcript Contains Confidential Material

```
 1        form.

 2                 You may answer.

 3                 THE WITNESS:  That's your

 4        characterization of it, not mine.

 5   QUESTIONS BY MR. CARTER:

 6        Q.     Well, I mean, I think you told

 7   me that you had reconstructed, based on the

 8   conversations you say you had, that al-Qaeda

 9   was receiving 20 to $30 million from

10   for-profit businesses and involvement in

11   criminal activity.

12                 Right?

13        A.     You would remember I said I

14   reached approximate determination.  I did not

15   build a model, and I did not, you know, say

16   with certain fact that this is 100 percent

17   how it looks like.  This is the accurate

18   picture.

19                 I said I built a -- or I

20   reached approximate determination.

21        Q.     And that approximate

22   determination included, as you said earlier,

23   information about the particular businesses

24   that were generating revenues.

25                 Right?
```

1          A.      Yes.

2          Q.      And the particular criminal

3     enterprises that were generating revenues?

4          A.      Yes.

5          Q.      And in order to reach some

6     approximation of the total revenues from

7     those undertakings, you needed to have some

8     understanding of what was being derived from

9     those different methods.

10              Right?

11         A.      Yes.

12         Q.      And so on the basis of that,

13     you did have, you claim, essentially a

14     picture of the particular businesses and the

15     particular criminal enterprises that were

16     yielding 20 to $30 million in revenue to

17     al-Qaeda.

18              Correct?

19         A.      Again, I said to you, as I

20     stated before, that what I had was

21     approximate determination of the size of

22     the -- al-Qaeda's financial operations.

23     That's what I stated.

24         Q.      Well, you also told me that you

25     did know the particular businesses that were

This Transcript Contains Confidential Material

```
 1    generating the revenues.

 2                Right?

 3        A.      I didn't say I knew the

 4    particular businesses.  I said that revenue

 5    streams, in other words, you know, whether it

 6    is the criminal enterprises such as drug

 7    protection or narcotics protection, as well

 8    as the businesses that for-profit.

 9        Q.      Mr. Dean, did you share all of

10    that information at that time, immediately

11    after the September 11th attacks, with

12    British intelligence?

13        A.      I kept sharing all information

14    that I have gathered on al-Qaeda throughout

15    the '80s immediately, always, with the

16    British intelligence at that time.

17        Q.      Do you know whether or not the

18    British intelligence shared that information

19    with their counterparts in US intelligence?

20        A.      It's not in my purview to say

21    anything on behalf of the British

22    intelligence.  They can talk for themselves.

23        Q.      Well, was there considerable

24    cooperation, to your knowledge, between

25    British intelligence and US intelligence in
```

1    the aftermath of the September 11th attacks?

2        A.      There is always considerable

3    cooperation between the two before and after

4    9/11 attacks.

5                But I can't speak for what

6    intelligence was shared and was not shared.

7        Q.      Given this information that you

8    say you shared with British intelligence, can

9    you point me to any historical document,

10   government report, that reflects information

11   consistent with your estimate that al-Qaeda's

12   principal sources of revenue during this

13   period were for-profit businesses and

14   criminal enterprises to the tune of 20 to

15   $30 million?

16       A.      I think it is the C -- I think

17   I've read the CIA report of November of 1998.

18   That report did indeed mention the presence

19   of a lucrative drug trade as far as the CIA

20   was concerned at that time.

21       Q.      Mr. Dean, that's different from

22   there being a historical document that adopts

23   your assessment that the primary source of

24   al-Qaeda's funding during this period to the

25   tune of 20 to $30 million was for-profit

This Transcript Contains Confidential Material

1    businesses and criminal enterprises.

2               Do you know of any document

3    that reflects a similar understanding?

4         A.    Mr. Carter, I refer to the CIA

5    report that, you know, your expert cited.  It

6    is the CIA report of November of 1998.  It

7    does contain several passages about the drug

8    trade being a lucrative trade for al-Qaeda.

9         Q.    The anecdotal information about

10   the drug trade being lucrative is very

11   different from the overarching assessment

12   that you make in your report that al-Qaeda

13   was deriving 20 to $30 million a year from

14   for-profit businesses and participation in

15   criminal activities.

16              Have you seen information

17   consistent with that estimate presented in

18   any historical document?

19        A.    I --

20              MR. SEQUEIRA:  Objection.

21              I think he's answered that

22        question, Mr. Carter.

23   QUESTIONS BY MR. CARTER:

24        Q.    Okay.  Let me ask you.  Are you

25   familiar with the 9/11 Commission staff

 1    monograph on terrorist financing?

 2         A.    Yes, I'm familiar with it.

 3         Q.    And if we can pull that up.

 4               (Lormel Exhibit 12 marked for

 5         identification.)

 6    QUESTIONS BY MR. CARTER:

 7         Q.    It's number 11.  And if we go

 8    to page 4.

 9               Mr. Dean, the 9/11 Commission

10    staff that was involved in the assessment of

11    al-Qaeda's finances reports here that

12    "al-Qaeda and Osama bin Laden obtained money

13    from a variety of sources.  Contrary to

14    common belief, bin Laden did not have access

15    to any significant amounts of personal

16    wealth, particularly after his move from

17    Sudan to Afghanistan, and did not personally

18    fund al-Qaeda either through an inheritance

19    or business he was said to have owned in

20    Sudan.  Rather, al-Qaeda was funded, to the

21    tune of approximately $30 million per year,

22    by diversions of money from Islamic charities

23    and the use of well-placed financial

24    facilitators who gathered money from both

25    witting and unwitting donors, primarily in

```
 1   the Gulf region.  No persuasive evidence
 2   exists that al-Qaeda relied on the drug trade
 3   as an important source of revenue, had any
 4   substantial involvement with ^ conflict
 5   diamonds, or is financially sponsored by any
 6   foreign government."
 7            Do you see that?
 8       A.     Yeah, I do see that.
 9       Q.     Do you disagree with that
10   assessment?
11       A.     Yes, I do.
12       Q.     Are you aware that the
13   assessment by the 9/11 Commission staff we
14   just read has been endorsed by many experts
15   in the field?
16       A.     With all due respect,
17   Mr. Carter, I do respect the assessment that
18   they have reached, but this is all based on
19   outdated intelligence and outdated knowledge.
20            At the end of the day, we have
21   to look into the source of the intelligence
22   that they relied on.
23            The reality is that it might
24   have been endorsed by experts in the field,
25   but not many of these experts were really in
```

```
 1   the field, as in on the ground, looking at

 2   the realities.

 3             The al-Qaeda did indeed use the

 4   drug trade, as the CIA report that your

 5   experts cited in November of 2000 -- 1998,

 6   which says that -- in two passages,

 7   basically, that the drug trade was a

 8   lucrative trade.

 9             And later year, subsequent

10   years, like, I mean, by 2004, the drug trade

11   was -- just around the same time that the --

12   the 9/11 Commission report was published,

13   around that time we started to see a

14   significant revival of the drug trade as

15   being an important source of fund for

16   al-Qaeda, from Afghanistan and Pakistan to

17   the north African Sahel region as well as the

18   African horn and in Yemen.

19             Narcotics always played an

20   important role in the funding of these

21   organizations, whether it is post or

22   pre-9/11 --

23        Q.    Okay.  Mr. Dean, with regard to

24   what you just said, post, in terms of what

25   happened in 2004, that doesn't necessarily
```

This Transcript Contains Confidential Material

```
 1    tell us what was happening in the period

 2    before 9/11.

 3              Does it?

 4         A.    Oh, it does.  It does.

 5              (Lormel Exhibit 17 previously

 6         marked and referenced.)

 7    QUESTIONS BY MR. CARTER:

 8         Q.    Are you aware that Al Rajhi

 9    Bank's other expert in this matter,

10    Mr. Lormel, who was a senior terrorism

11    financing official for the FBI, testified

12    before the United States Congress -- and this

13    is at Tab 13, and particularly page 48 of the

14    PDF.

15              MR. SEQUEIRA:  Excuse me,

16         Mr. Carter.

17              Were you done answering that

18         question?

19              THE WITNESS:  Yes.

20              MR. SEQUEIRA:  Okay.  Just

21         wanted to make sure.

22              We're not seeing a document yet

23         on our end.

24              MR. CARTER:  Okay.

25              MR. SEQUEIRA:  We got it.
```

```
 1              Uploading it now.

 2     QUESTIONS BY MR. CARTER:

 3          Q.     Okay.  At the bottom there,

 4     you'll see an answer there from Mr. Lormel,

 5     and I'm going to read it.

 6                 "A trend that has continued

 7     since 9/11 and has grown significantly since

 8     then has been the movement of criminal

 9     activity as a fundraising mechanism for

10     terrorists.  In the aftermath of 9/11, the

11     United States and our international partners

12     made a concerted effort to cut off the flow

13     of legitimate money from wealthy donors and

14     charities.  The more these efforts succeeded,

15     the more terrorists were driven to criminal

16     activity.  This continues today."

17                 Do you know Mr. Lormel?

18          A.     No.  I'm not aware of him.

19          Q.     Do you disagree with the

20     assessment reflected in his testimony that

21     there was a significant shift away from

22     funding through donations and charities to

23     criminal activities after 9/11?

24          A.     First of all, I don't see

25     anything in that testimony here that tells me
```

```
 1    that he is ruling out completely that there

 2    was anything pre-9/11 stopping al-Qaeda from

 3    actually making money through criminal

 4    enterprises.

 5              You know, the testimony here

 6    doesn't rule out anything pre-9/11.  It talks

 7    about a growing trend post-9/11.  It doesn't

 8    say that pre-9/11 that there was nothing.

 9              And as I said -- and I

10    stated -- and I stated this many times

11    before.  The criminal enterprises of al-Qaeda

12    was a part, and that continued after.  And

13    continued to grow after, in fact.

14         Q.    Mr. Dean, the rub here, if I

15    may, is your testimony that charities were

16    not a significant source of revenue for

17    al-Qaeda in the pre-9/11 period.

18              And I believe you say that the

19    particular assessments of the 9/11 Commission

20    staff on terrorist financing that they

21    were is something you disagreed with.

22              Correct?

23              MR. SEQUEIRA:  Objection to

24         form.

25              You may answer.
```

```
 1                THE WITNESS:  Once again, it
 2          says, "cut off the flow of legitimate
 3          money from wealthy donors and
 4          charities," but it does not say that
 5          charities constituted a significant
 6          part of the funding of al-Qaeda.
 7                And as I have stated before,
 8          that some of the funding -- and in
 9          fact, I would say like, you know, I
10          mean, the in-kind support that
11          al-Qaeda received were from even
12          well-rep -- well-reputed and
13          well-regarded international
14          organizations such as the World Food
15          Programme and the US aid.
16     QUESTIONS BY MR. CARTER:
17          Q.    Mr. Dean, we previously read,
18     and we'll go back to it, the section on
19     high-level assessment by the 9/11 Commission
20     staff on terrorist financing concerning how
21     al-Qaeda funded its operations before 9/11.
22     We'll pull that back up.  It's on page 4 of
23     the document at Tab 11.
24                That's the report, Gina.  I
25     think -- yeah, there you go.
```

```
 1                    And I believe that you already

 2      testified that you disagree with the

 3      assessment reflected in the paragraph under

 4      the title, "One of the Pillars of al-Qaeda:

 5      Fundraising."

 6                    Correct?

 7           A.       I already stated that al-Qaeda

 8      has a significant fund -- dedicated

 9      fundraising capability.  And I was talking

10      about it in my report, and I refer you back

11      to pages 12 and 13 where I state that.

12           Q.       Mr. Dean, we had a direct

13      exchange about this paragraph.  I asked you

14      directly if you disagreed with it.  You told

15      me that you did disagree with it.

16                    Is that correct?

17           A.       Again, can I ask -- like, I

18      mean, this is from the staff monograph.

19                    Yeah.

20           Q.       It is.

21           A.       Okay.  I repeat again.  It says

22      here "fundraising."  And, you know, "al-Qaeda

23      was funded to the tune of approximately

24      30 million per year by diversion of money

25      from Islamic charities and the use of
```

```
 1   well-placed financial facilitators who
 2   gathered money from both witting and
 3   unwitting donors, primarily in the Gulf
 4   region."
 5               I don't entirely -- I said to
 6   you, I don't entirely disagree with it.
 7               What I disagree with is how you
 8   place a significant -- you know, a
 9   significant emphasis on the charities without
10   understanding that actually there is also,
11   you know, dedicated fundraising.
12               And while you're at it,
13   Mr. Carter, you know, I disagreed primarily
14   with the question of -- that there is no
15   evidence that al-Qaeda is involved in the
16   drug trade.  I was merely commenting on the
17   drug trade not being involved -- al-Qaeda not
18   being involved in it.
19               However, when it comes to the
20   question of al-Qaeda relying on dedicated
21   fundraising, I agree with that.
22               The question of, did the
23   intelligence pertaining to the question of
24   fundraising through charity that was solid at
25   that time, with incontrovertible evidence at
```

```
 1    that time, with solid intelligence at that

 2    time.

 3              And the question is, until now,

 4    there haven't been any significant

 5    intelligence coming forward to say that is

 6    the case.

 7        Q.    So I'm just trying to

 8    understand.

 9              Is your opinion that it is

10    absolutely incorrect that charities were a

11    significant source of funds for al-Qaeda, or

12    is it your opinion that you don't believe it

13    has been proven?

14              MR. SEQUEIRA:  Objection.

15        Vague, and vague as to charities.

16              THE WITNESS:  Can you specify

17        which charities you're talking about?

18    QUESTIONS BY MR. CARTER:

19        Q.    The report talks about

20    diversions of money from Islamic charities.

21              Do you disagree that diversions

22    of money from Islamic charities were an

23    important source of revenue to al-Qaeda

24    before 9/11?

25              MR. SEQUEIRA:  Same objection.
```

This Transcript Contains Confidential Material

```
 1                    THE WITNESS:  As I have stated,
 2          as I have stated before, that there
 3          are certain markers that would become
 4          visible, truly visible.  If the
 5          funding came from charities, or a
 6          significant funding came from the
 7          charities, or even a minority but
 8          nonetheless significant minority of
 9          the funding came from the charities,
10          this would leave certain markers
11          there, including significant
12          communications, visitations, presence
13          of the charity officials around the
14          camps, the headquarters and the safe
15          houses.
16     QUESTIONS BY MR. CARTER:
17          Q.    So, Mr. Dean, given your
18     apparent disagreement with this statement in
19     one of the most prominent government reports
20     on sources of al-Qaeda's financing, that
21     charities were a source, have you written
22     anything anywhere, other than in your expert
23     report for Al Rajhi Bank here, criticizing
24     this conclusion?
25                    MR. SEQUEIRA:  Objection to
```

```
 1          form.  Misstates the witness'
 2          testimony, and vague.
 3               You may answer, if you can.
 4               THE WITNESS:  Mr. Carter, I
 5          have written significant amount of
 6          reports for my clients and for the
 7          banking institutions, as well as given
 8          multitude of lectures and seminars,
 9          educating the banking sector on this
10          very particular question.
11               Because at the end of the day,
12          the -- we are following the evidence
13          here, and the evidence is not pointing
14          to al-Qaeda receiving significant
15          funding from the charities, a
16          game-changing funding from the
17          charities.  And with the absence of
18          evidence, you know, we can't just go
19          around and trying to prove negatives.
20               And this is why, based on my
21          analysis, my expertise, my knowledge,
22          my training and my research throughout
23          the years, the fact of the matter is
24          that many of the charities that were
25          targeted in the early days of
```

This Transcript Contains Confidential Material

```
 1          post-9/11 -- and let me just clearly
 2          say, like, you know, I condemn what
 3          happened on 9/11.  I was extremely
 4          shocked by everything that happened
 5          that day, and I dedicated my life over
 6          six years after that in order to
 7          defeat the very evil that perpetrated
 8          that atrocity.
 9               But defeating that evil, we
10          need to follow the facts and we need
11          to follow the money.
12     QUESTIONS BY MR. CARTER:
13          Q.    Mr. Dean, you're aware that the
14     US intelligence has had access --
15               MR. SEQUEIRA:  Mr. Carter,
16          please let him finish his answer.
17               THE WITNESS:  Yeah.
18               By following the money.
19               So if the money is leading back
20          to the charities, I will be the first
21          one to raise my hand and to say, they
22          were as guilty as charged.
23               But the reality is, I only
24          follow the fact, and I report the
25          facts.  And the facts I've seen with
```

This Transcript Contains Confidential Material

```
1           my own eyes and the evidence lead me

2           to, as well as the research and the

3           understanding of the nuance, the

4           culture, knowledge, history,

5           geography, the geopolitics of that

6           time, point me to the fact that

7           al-Qaeda relied heavily on the streams

8           of funding that I have highlighted in

9           my report.

10     QUESTIONS BY MR. CARTER:

11          Q.     Mr. Dean, you're aware, and I

12     think you just mentioned, that actions were

13     taken against a number of Islamic charities

14     after 9/11 to sanction them based on

15     assessments that they were involved in

16     funding al-Qaeda.

17               Correct?

18          A.     I'm aware of that, yes.

19          Q.     And you were aware of this

20     assessment by the 9/11 Commission staff.  The

21     diversions of money from Islamic charities

22     were a significant source of funding for

23     al-Qaeda.

24               Right?

25          A.     I disagree.  As I said to you,
```

1    I disagree with this particular statement.

2         Q.    And so I'm asking you, in the

3    many years you've been working since the

4    issuance of this report and all of the

5    designations that were implemented against

6    charities, have you publicly written anywhere

7    an article where you said, the 9/11

8    Commission staff got it all wrong, and these

9    designations were all messed up?

10            MR. SEQUEIRA:  Objection to

11        form.  Vague.

12            You may answer.

13            THE WITNESS:  Yeah.

14        Mr. Carter, the reason why I doubt

15        articles is because I work for a

16        private institution at that time.

17        It's called HSBC bank.  I work for a

18        bank.  I don't work for a think tank

19        or a financial -- or a financial

20        regulator or a -- you know, I wasn't

21        working for the Financial Times, for

22        example.

23            So my mission and my duty was

24        to the bank that was employing me at

25        that time.  And the reports I've

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

1         written at that time was more or less

2         conclusive of the fact that many of

3         these designations were rescinded.

4         Many of the people who were having

5         their assets frozen post-9/11 ended up

6         actually having their assets, you

7         know -- lifting the freeze order on

8         them.

9              Many people were exonerated.

10        Many people were acquitted.  Many

11        institutions ended up lifted from the

12        sanctions list of the UN or by the US

13        or by other governments.

14             So, really, we have to be

15        careful about using the 9/11

16        Commission report which was written in

17        2004, 20 years ago.  Many events has

18        emerged since then.  Our understanding

19        of terrorism finance has evolved

20        considerably since then.  It's not set

21        in stone.

22   QUESTIONS BY MR. CARTER:

23        Q.    Are you aware that US

24   intelligence, preceding the publication of

25   the 9/11 Commission staff monograph, had

This Transcript Contains Confidential Material

```
 1    access to al-Qaeda detainees who were being

 2    interviewed?

 3         A.     I'm aware of that, yes.

 4         Q.     And would you expect that the

 5    United States would have asked those

 6    detainees about sources of al-Qaeda's

 7    funding?

 8         A.     I'm aware of that, yes.

 9         Q.     And related to your point about

10    designations being lifted and people

11    exonerated, are you referring to any of the

12    charities at issue in this case?

13         A.     No, I'm not referring to any

14    particular charity in this case.

15                (Dean Exhibit 7 marked for

16         identification.)

17    QUESTIONS BY MR. CARTER:

18         Q.     And if we can, let's just pull

19    up and mark the document at page 56.

20         A.     Which part do you want me to

21    read?

22                MR. CARTER:  I'm sorry, we

23         weren't on page 56, Gina.  I was on

24         the document at Tab 56, which is going

25         to be a new article -- or a new
```

This Transcript Contains Confidential Material

```
 1              exhibit.  My apologies.
 2     QUESTIONS BY MR. CARTER:
 3         Q.     Mr. Dean, this is a white paper
 4     that was issued by the government of The
 5     Kingdom of Saudi Arabia concerning its
 6     counterterrorism efforts.
 7                Are you familiar with this
 8     document?
 9         A.     No, I'm not.
10         Q.     And I think if we turn maybe to
11     the next page, we'll be able to see that it
12     issued in 2016.
13                Sorry, it might be a couple
14     pages later.
15                Sorry.  If you go -- if you
16     look on this page, page 2, there's a
17     reference to an interview of Dick Cheney on
18     the left in January 2015, so it's after that
19     date.
20                Okay?
21         A.     So which part do you want me to
22     read?
23         Q.     On page 86, right there.
24                And in the second paragraph,
25     the Saudi government notes that as part of
```

This Transcript Contains Confidential Material

```
1    its counterterrorism efforts, it shut down
2    the charity front Al-Haramain Islamic
3    Foundation and describes it as notoriously
4    tied to Osama bin Laden, the Taliban and
5    al-Qaeda's terrorist -- terror campaigns.
6              Mr. Dean, were you aware that
7    the government of Saudi Arabia had reached
8    that assessment concerning Al-Haramain's
9    linkages to bin Laden, the Taliban and
10   al-Qaeda?
11        A.    Just give me time to read,
12   please.
13        Q.    Sure.
14        A.    Okay.  Can you repeat the
15   question now, please?
16        Q.    Were you aware that the Saudi
17   government had reached this determination,
18   that the charity front, Al-Haramain Islamic
19   Foundation, was notoriously tied to Osama bin
20   Laden, the Taliban and al-Qaeda's terror
21   campaigns?
22        A.    I'm not aware of which branch
23   of the Saudi government authored this paper.
24        Q.    Does that matter?
25        A.    Well, it does.
```

This Transcript Contains Confidential Material

```
 1              So could you please tell me

 2     which branch of the Saudi government that

 3     authored this paper?

 4         Q.    I believe it was published

 5     under the auspices of the embassy in the

 6     United States for purposes of reporting

 7     generally on Saudi Arabia's activities in the

 8     counterterrorism front.

 9         A.    So I can't comment on what the

10     embassy of the -- if it is published by the

11     US embassy -- sorry, by the Saudi embassy in

12     the United States, like, you know, it's not

13     my place to comment on, you know, what

14     conclusions, you know, they came to and how

15     they came to those conclusions and who

16     wrote -- who authored this -- you know, this

17     particular piece, and whether they were

18     authorized, you know, to basically reach the

19     conclusion.

20         Q.    Are you aware of any

21     information from any government that's issued

22     exonerating Al-Haramain?

23         A.    We are not here -- I am not

24     here in particular to -- to exonerate

25     Al-Haramain.  I'm here basically to talk
```

This Transcript Contains Confidential Material

```
 1    about the funding of al-Qaeda and how it was
 2    working in Afghanistan.
 3              It is not necessarily that I am
 4    here to talk about a charity.  I am here to
 5    talk about the funding of al-Qaeda.
 6         Q.    Are you not in a position to
 7    talk about Al-Haramain in respect to the
 8    funding of al-Qaeda?
 9         A.    Once again, if we conflate --
10    and unfortunately, this is the -- some of the
11    mistakes that were taking place post-9/11 is
12    that conflation between the theaters of jihad
13    in Bosnia and Chechnya and what was taking
14    place pre-9/11 with al-Qaeda in Afghanistan.
15              If the -- you know, the problem
16    is that since -- some body of opinion within
17    the CIA decided that there is a link between
18    Chechnya on one hand and Bosnia on the other
19    hand with al-Qaeda and that the theaters of
20    jihad there represented somehow Al-Qaeda's
21    effort or ideology or aims and goals.
22    Therefore, the funding that was going into
23    there would be construed, you know,
24    illogically, as a fund for al-Qaeda, when, in
25    fact, it is not the case.
```

```
 1                  The fact that Chechnya and
 2      Bosnia had nothing to do with al-Qaeda, and
 3      the fact that al-Qaeda had nothing to do with
 4      either, and the fact that Al-Haramain, as an
 5      organization, did indeed fund the armed
 6      activities in both theaters, that does not
 7      mean necessarily that they have funded
 8      al-Qaeda.
 9           Q.    Well, there's no conflation of
10      those issues in this statement from the Saudi
11      government where it represents that
12      Al-Haramain was notoriously tied to Osama bin
13      Laden, the Taliban and the al-Qaeda's terror
14      campaigns.
15                  You agree that that has nothing
16      to do with Chechnya.
17                  Right?
18           A.    Once again, I have no idea --
19      I'm unaware of who authored this document,
20      and based on what government assessment the
21      Saudi's released that they did dependent
22      on -- sorry.  And I'm not aware of what -- or
23      how they reached their conclusion in order to
24      reach, you know -- derive what they have
25      wrote here.
```

This Transcript Contains Confidential Material

```
1          Q.     Mr. Dean, on page 17 of your
2    report, you indicate that Sulaiman al Rajhi
3    had a reputation within al-Qaeda as a
4    quietist.
5               Do you recall that aspect of
6    your report?
7          A.     Yes, I do.
8          Q.     Did you ever personally meet
9    Sulaiman al Rajhi?
10         A.     No.
11         Q.     You've never spoken to the man
12   on the phone?
13         A.     No.
14         Q.     In terms of the reputation that
15   you're referring to on page 17, what's the
16   source of that?
17         A.     It's the -- public reputation
18   is based on the foundation of an aggregate
19   opinion that is formed within society.
20               So to give analogy here, if you
21   were to be asked about a certain prominent
22   member of the American society, the first
23   thing that comes to your mind is their
24   reputation, how they are portrayed, whether
25   it is in the public discourse, in the media,
```

This Transcript Contains Confidential Material

```
 1    whether it is, you know, their charitable
 2    giving, whether it is their projects, whether
 3    it is their patronage.
 4              So it's the same thing here.
 5    It is based on his -- on the common knowledge
 6    of his public reputation that I reached this
 7    conclusion, as well as the fact that this is
 8    the conclusion that most well-informed people
 9    in the country and his contemporaries would
10    actually support this conclusion.
11         Q.    So you're testifying as an
12    expert an Sulaiman al Rajhi's reputation
13    within the public arena?
14         A.    No.   I'm testifying as an
15    expert on the reputation -- the question of
16    reputations within the prominent figures of
17    Saudi society.
18         Q.    Who in particular did you talk
19    to about Sulaiman al Rajhi?
20         A.    You are talking to me like, you
21    know, about how I've reached this conclusion.
22    And I told you, it is all about the public
23    perceptions.
24              Sulaiman Al Rajhi was like the
25    Warren Buffett of Saudi Arabia.  He's
```

This Transcript Contains Confidential Material

```
 1    well-known and, therefore, there are
 2    countless, you know, public -- publications
 3    and articles about him.  And the news
 4    articles about him that explains, you know,
 5    his ideas, his endeavors, his projects, his
 6    charitable giving and his business
 7    methodology, as well as his well-known and
 8    well-reputable generosity.
 9         Q.    Now, you said a bunch of
10    things.
11               When were you reading all of
12    these articles about Sulaiman al Rajhi?
13         A.    These articles are all
14    available online.  You know, they are, you
15    know, in Arabic language, and you will find
16    them all over the place.
17         Q.    When were you reading them?
18         A.    Since childhood.
19         Q.    And you've cited in your report
20    to materials from 2015 and 2012 about his
21    generosity in footnote 33.
22               Right?
23         A.    Yes.
24         Q.    And in terms of contemporaneous
25    media reporting about Sulaiman al Rajhi, am I
```

```
 1    correct that you weren't in The Kingdom at
 2    all between 1994 and September 11, 2001?
 3         A.      Between 1994 and September 11,
 4    no, I wasn't.
 5         Q.      The Internet was not especially
 6    active during most of that period.
 7                 Was it?
 8         A.      No.
 9         Q.      Did you have any specific
10    sources of information during that period
11    concerning Sulaiman al Rajhi's supposed
12    status as a quietist?
13         A.      First of all, we had always
14    within the confines of al-Qaeda when I was
15    working there undercover, they had always the
16    tendency to grade the prominent member of the
17    Saudi establishment.
18                 And so for them, they would
19    grade the mufti and attack him.  They would
20    grade, you know, certain ministers and attack
21    them.  They would grade certain flamboyant,
22    you know, businesspeople and attack them.
23                 And when it comes to Sulaiman
24    al Rajhi, well, he is a quietist, and at the
25    same time, he is part of the establishment.
```

 1    He is part of the establishment.  That is how

 2    they classified him.

 3         Q.     Who were the "they" you're

 4    referring to in particular?

 5         A.     Whenever we had discussions

 6    within al-Qaeda, especially during the

 7    lessons where the al-Qaeda members talked

 8    about Saudi Arabia and the desire to

 9    overthrow the regime there, to overthrow the

10    royal family, whenever they had that

11    discussion, subjects like that come.  And at

12    once -- the discussion will come.

13              And so you will have a number

14    of contributors.  Prominent people will be

15    sitting around in a circle as usual, and we

16    will be talking about the subject.

17              And one of the subjects was a

18    question of Al Rajhi.  What are they.  Are

19    they an Islamic bank to begin with.  Are they

20    even -- what are they.

21              And so basically for them,

22    Sulaiman al Rajhi was considered to be part

23    of the establishment -- that's the

24    comments -- and that he therefore was part,

25    you know, of an imposter regime.

```
1          Q.      And that's what you remember?

2          A.      Yes.   That's my recollection.

3          Q.      In those conversations, were

4    there any other prominent Saudi figures who

5    were identified as being good supporters of

6    al-Qaeda?

7          A.      No.

8                  MR. SEQUEIRA:   Objection.

9          Vague.

10                 You may answer.

11                 THE WITNESS:   No.

12                 With the exception of maybe

13         they would mention a cleric here or a

14         cleric there, you know, who were in

15         prison at the time and still in prison

16         to this day.

17   QUESTIONS BY MR. CARTER:

18         Q.      So no one ever shared with you

19   identities of any significant sympathetic

20   donors from Saudi Arabia during that time

21   period?

22         A.      At that time, no.

23         Q.      Was Salman al-Odah a quietist?

24         A.      No, Salman al-Odah wasn't a

25   quietist.   He is what I would describe as the
```

```
 1    middle tier, which is active political

 2    Salafism.

 3          Q.    You've testified a bit about

 4    your periods of activity at camps in Darunta.

 5                Do you recall that?

 6          A.    Yes, I do.

 7          Q.    And much of that activity

 8    involved the time periods you spent bomb

 9    making with Abu Khabab?

10          A.    Yeah.  Some of it, yeah.

11          Q.    I believe you indicate at some

12    point in your book that there were regularly

13    scorpion bites that jihadists at the camps

14    would suffer from because of the nature of

15    the environment?

16          A.    Yes.

17          Q.    Given that it was an active

18    camp for military training, am I correct that

19    people would at times get sick or get

20    injured?

21          A.    Yes.

22          Q.    And the camp was in proximity

23    to Jalalabad.

24                Correct?

25          A.    Yes.
```

```
 1        Q.      Was there a hospital in

 2   Jalalabad where jihadists at the camp would

 3   go for treatment?

 4        A.      You are referring to Fatima

 5   al-Zahra Hospital?

 6        Q.      Yes.

 7        A.      Yes, there is.

 8        Q.      And am I correct that the

 9   Fatima al-Zahra Hospital was a place where

10   the jihadists from the camps in Darunta could

11   receive medical treatment?

12        A.      Only in emergencies.

13        Q.      Were they admitted into a

14   separate area without paperwork?

15        A.      I don't have recollection of

16   that.  Generally there is no paperwork in

17   total.  I mean, the paperwork there was

18   minimal.

19        Q.      The Fatima al-Zahra, do you

20   recall having reported any conversations with

21   other scholars in this area that it was also

22   being used to support families of jihadists

23   in the camps by falsely listing family

24   members on the payroll of the hospital?

25                MR. SEQUEIRA:  Objection to
```

```
 1        form.

 2              You may answer.

 3              THE WITNESS:  I have no

 4        recollection of that.

 5   QUESTIONS BY MR. CARTER:

 6        Q.    You don't recall telling folks

 7   at the Institute for Counterterrorism in

 8   Herzliya that there were family members of

 9   the jihadists from the camp who were on the

10   payroll of the Fatima al-Zahra Hospital,

11   despite not actually working there?

12        A.    I don't have recollection of

13   that conversation, and not these words

14   exactly.

15        Q.    What about, do you recall

16   telling folks that in -- sometime in the

17   1998, 1999 time period, Ayman al-Zawahiri,

18   who was a doctor by training, visited the

19   hospital and performed eye surgeries there?

20        A.    I do recall that within

21   al-Qaeda, it was well -- it was a

22   well-established knowledge and a common

23   knowledge that Ayman al-Zawahiri visited

24   several hospitals around Afghanistan to

25   perform eye surgeries.  Some of them might
```

This Transcript Contains Confidential Material

```
 1    have been performed at Fatima al-Zahra
 2    Hospital.
 3           Q.     Do you recall also reporting
 4    that the Fatima al-Zahra Hospital was used as
 5    a vehicle to obtain dual-use materials for
 6    the bomb making exercises at Darunta?
 7           A.     That's not my recollections.
 8    My understanding is that it is the University
 9    of Jalalabad that was used for that function.
10           Q.     You report in your book that
11    you were working with Khabab to perfect large
12    quantities of the very deadly TATP explosive.
13                  Is that correct?
14           A.     I was part of the team that was
15    being trained on it, yes.
16           Q.     So there was work going on at
17    Darunta during this period to try and perfect
18    the TATP explosive formula.
19                  Is that right?
20           A.     Yes.
21           Q.     And one of the ingredients
22    needed for purposes of making the TATP was
23    hydrogen peroxide.
24                  Right?
25           A.     Yes.
```

This Transcript Contains Confidential Material

```
 1        Q.      And do you recall telling folks
 2   at ICT in Israel that large quantities of
 3   hydrogen peroxide were provided to the
 4   Darunta camp by the Fatima al-Zahra Hospital
 5   for purposes of making the TATP --
 6        A.      I have no recollection of that.
 7   I remember it was the Jalalabad university
 8   that was responsible for providing much of
 9   the TATP ingredients, including HP, which is
10   hydrogen peroxide.
11              The medical department in
12   Jalalabad university was responsible for
13   that.
14        Q.      So to the extent that
15   researchers at ICT have a recollection of you
16   specifically identifying the Fatima al-Zahra
17   Hospital as a principal source of hydrogen
18   peroxide for the TATP bomb making, they'd be
19   mistaken?
20        A.      Yes, they are mistaken.
21              Again, I repeat that my
22   recollection that I was focusing mainly on
23   Jalalabad university and the fact that Abu
24   Khabab himself had a whole dormitory for him
25   in Jalalabad university, next to the medical
```

This Transcript Contains Confidential Material

```
 1    faculty.

 2                 So he was living there.  That

 3    was his living headquarters.  That's what I

 4    state in my book.

 5         Q.    And the Fatima al-Zahra

 6    Hospital, do you recall telling folks at ICT

 7    in Israel that it was associated with the

 8    IIRO?

 9         A.    The Fatima al-Zahra Hospital,

10    as far as I know, was sponsored by the IIRO.

11         Q.    And you're aware that the

12    involvement of the IIRO in supporting

13    al-Qaeda operations is a key aspect of the

14    ongoing litigation against Al Rajhi Bank.

15                 Aren't you?

16         A.    I am aware of the fact that

17    IIRO at that time was a sponsor of the

18    hospital in question.  However, the hospital

19    in question was staffed primarily by Afghans,

20    local Afghans.

21         Q.    But to the extent that people

22    have a very specific understanding of you

23    reporting that Fatima al-Zahra was used to

24    provide very large quantities of hydrogen

25    peroxide for the TATP explosive development
```

This Transcript Contains Confidential Material

```
 1    program, they're just confused about what you
 2    said.
 3                   Is that right?
 4         A.      Absolutely sure, because I
 5    already stated that Abu Khabab's residence
 6    was in Jalalabad university, not the
 7    hospital.  Maybe they confused the word
 8    "hospital" with "university."  Maybe language
 9    barrier or anything like that.
10                   But nonetheless, it's Jalalabad
11    university.  Abu Khabab's own residence was
12    inside the university, next to the medical
13    faculty.
14                   And furthermore, the question
15    about Fatima al-Zahra Hospital being used to
16    supply chemicals, I don't have any
17    recollection of that.
18                   My recollection is that it
19    was -- when I was talking about it, it was
20    the Jalalabad university medical faculty.  I
21    was even describing the water dam that is
22    next door, which was built by the Soviets.
23         Q.      You cite your attendance at ICT
24    conferences as part of your qualifications in
25    your report.
```

```
1                 Don't you?
2         A.      Yes.
3         Q.      And do you agree that ICT is a
4    reputable institute for the study of
5    counterterrorism?
6         A.      Yes, I do.
7         Q.      And so, again, at the time you
8    had the conversations with folks at ICT about
9    the source of the hydrogen peroxide for the
10   TATP exercises in Darunta, had you been
11   retained yet by Al Rajhi Bank?
12        A.      Sorry?
13                Can you repeat the question?
14        Q.      You did have conversations with
15   folks at ICT about the sourcing of the
16   hydrogen peroxide for the TATP exercises.
17                Didn't you?
18        A.      Well, we were talking about the
19   TATP evolution, so we were talking about as
20   an expert of bomb making where -- how Abu
21   Khabab perfected the formula and how the
22   formula became mass-produced, which I talk
23   about it in the book.  And that's where the
24   source of curiosity come from.
25        Q.      And you were, as part of that
```

This Transcript Contains Confidential Material

```
 1    source of curiosity, discussing with them at
 2    the time the source of the hydrogen peroxide
 3    to conduct experiments on TATP on a mass
 4    scale.
 5              Didn't you?
 6        A.    I was talking about how the
 7    hydrogen peroxide was sourced from multiple
 8    locations, including souther bazaar and haat
 9    bazaar {phonetic} in Beshara, as well as from
10    chemists, as well as from multiple other
11    sources, including Jalalabad university.
12        Q.    So you did have a conversation
13    with them about the sourcing of the hydrogen
14    peroxide?
15        A.    Yeah, because the conversation
16    was revolving around TATP.
17        Q.    And at the time of that
18    conversation, you had not yet been retained
19    by Al Rajhi Bank.
20              Right?
21        A.    No.
22              MR. SEQUEIRA:  Objection.
23              I'm sorry, go ahead.
24    QUESTIONS BY MR. CARTER:
25        Q.    Mr. Dean, have you done any
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

```
 1    work prior to this for Al Rajhi Bank?

 2         A.    No.

 3         Q.    And if I recall correctly, your

 4    counsel indicated that you've billed to date

 5    in excess of $435,000 for your work on this

 6    matter thus far?

 7         A.    Yes.

 8         Q.    When did you begin work on

 9    this?

10         A.    By mid-October.

11         Q.    So between mid-October and now,

12    you've -- that would be the span of the time

13    during which you've billed 435,000-plus

14    dollars for work on this?

15         A.    Yes.

16         Q.    Were you approached about this

17    representation of Al Rajhi Bank by anyone

18    other than counsel for Al Rajhi Bank?

19         A.    No.

20         Q.    Did this consulting opportunity

21    come through the business that you share with

22    Mr. Cruickshank?

23         A.    No.

24         Q.    So this is an undertaking here

25    individual to you?
```

This Transcript Contains Confidential Material

```
 1          A.     Yes, as an individual.

 2          Q.     So you're not sharing any of

 3     the proceeds of this work with

 4     Mr. Cruickshank?

 5          A.     No.

 6                 MR. CARTER:  Why don't we take

 7          a few-minute break so that I can talk

 8          to my counsel and see if we have

 9          anything else.

10                 VIDEOGRAPHER:  All right.

11          We're going to go off the record at

12          9:47 p.m.

13           (Off the record at 9:47 p.m.)

14                 VIDEOGRAPHER:  Back on the

15          record at 10:01 p.m.

16                 MR. CARTER:  Mr. Dean, subject

17          to follow-up on any questions your

18          counsel may have for you, I don't have

19          anything further at this time.

20                 Thank you.

21                 MR. SEQUEIRA:  Thank you,

22          Mr. Carter.  I do have a few

23          questions.

24                 First of all, I wanted to

25          clarify and give someone an
```

This Transcript Contains Confidential Material

```
 1          opportunity who had entered an

 2          appearance that didn't get a chance to

 3          do so before.  I think that came up

 4          during the break.

 5                  Is that right?

 6                  MR. GRYSKIEWICZ:  Yeah, that's

 7          me.  Thanks.

 8                  I'm Jon Gryskiewicz.  I'm from

 9          Lewis Baach Kaufmann Middlemiss,

10          representing MWL, IIRO and certain

11          other charities officials.

12                  Thanks for that.

13                  MR. MOHAMMEDI:  Yeah.  And this

14          is Omar Mohammedi, on behalf of OTM

15          Law, representing World Assembly of

16          Muslim Youth.

17                  MR. SEQUEIRA:  Okay.  Thank

18          you.

19                  CROSS-EXAMINATION

20     QUESTIONS BY MR. SEQUEIRA:

21          Q.    Mr. Dean, do you recall earlier

22     you testified that you are not at liberty to

23     answer a few questions asked by plaintiffs'

24     counsel?

25          A.    Yes, I do.
```

```
1          Q.    Do you recall you were also

2    asked why you were able to reveal certain

3    details in your book but could not reveal

4    other details in your book?

5          A.    Yes, I do.

6          Q.    Did British intelligence

7    services review your book before it was

8    published?

9          A.    Yes, they reviewed the book

10   extensively.

11         Q.    Did British intelligence

12   services approve the publication of your book

13   after review?

14         A.    Yes, but only after removing

15   significant, important part of the book.

16         Q.    About how much of the book did

17   they remove?

18         A.    Almost 70 pages.

19         Q.    Okay.  I have another question

20   for you, Mr. Dean.

21               Do you recall that Mr. Carter

22   earlier condemned your acceptance of

23   compensation for your expert testimony in

24   this case?

25         A.    Yes, I do.
```

This Transcript Contains Confidential Material

```
 1          Q.     Mr. Carter criticized you for
 2    directly profiting off your personal
 3    experience as a jihad fighter in Bosnia.
 4                 Is that right?
 5          A.     Yeah, he did.
 6          Q.     Now, in 2018, you met
 7    Mr. Carter in person.
 8                 Is that right?
 9          A.     Indeed.
10          Q.     Mr. Carter suggested that you
11    work together in this very litigation with
12    plaintiffs paying you.
13                 Is that correct?
14          A.     Yes.
15          Q.     You discussed a retention
16    with -- agreement with Mr. Carter, but that
17    didn't happen?
18          A.     Yeah.  He was keen, but it
19    didn't happen.
20          Q.     Okay.  Did Mr. Carter provide
21    you with any confidential information about
22    this case?
23          A.     No.
24          Q.     Did he provide you with any
25    materials at all?
```

```
 1        A.     No.

 2        Q.     But he identified this

 3   litigation as the basis of the retention?

 4        A.     Yes.

 5        Q.     At that time Mr. Carter

 6   expressed no qualms about paying you for your

 7   assistance, despite your activities in Bosnia

 8   or elsewhere.

 9              Did he?

10        A.     He was very keen, as I said.

11              MR. SEQUEIRA:   No more

12        questions.

13              REDIRECT EXAMINATION

14   QUESTIONS BY MR. CARTER:

15        Q.     Yeah, Mr. Dean, I have a few

16   follow-up conversations in light of that

17   dialogue with counsel.

18              We met in 2018 in Israel.

19              Correct?

20        A.     Yes.

21        Q.     And we met at the conference

22   hosted by ICT.

23              Right?

24        A.     Indeed.

25        Q.     And that was the conference
```

This Transcript Contains Confidential Material

1    during which you had conversations with

2    representatives of ICT about the sourcing of

3    the hydrogen peroxide for the TATP.

4              Isn't it?

5        A.    Indeed, it is.

6        Q.    And do you recall whether you

7    made any contemporaneous notes of those

8    conversations?

9        A.    I did not take any notes of

10   that conversation.

11       Q.    And that was the first time we

12   had ever met.

13             Correct?

14       A.    Indeed, yes.

15       Q.    And I had never heard of who

16   you were until a few days before the

17   conference when the folks at ICT offered me a

18   chance to meet you.

19             Right?

20             MR. SEQUEIRA:  Is that a

21        question for Mr. Dean?

22   QUESTIONS BY MR. CARTER:

23       Q.    Do you know whether I had ever

24   heard of you before that time?

25       A.    Only you can answer that

1      question.

2           Q.      And during the conference, we

3      had total interactions lasting probably less

4      than a few hours.

5                   Right?

6           A.      Yes.

7           Q.      And afterwards, there was

8      e-mail communications between us about the

9      possible retention of you as an expert.

10                  Right?

11                  As a consultant.  Sorry, as an

12     consultant.

13                  Right?

14          A.      Yeah.  Yes.

15          Q.      And I reached out on a notional

16     basis to find out what you would charge.

17                  Do you recall that?

18          A.      Yes, I do.

19          Q.      And you sent me a quote.

20                  Correct?

21          A.      Yes.

22          Q.      And I never corresponded with

23     you ever again, did I?

24          A.      After that, no.  There was a

25     phone call from Yoni, and he explained

```
 1    everything to me.
 2          Q.    Well, Yoni is a different
 3    person.
 4                I never had any communication
 5    with you.
 6                Correct?
 7          A.    No.
 8                He claimed to be talking on
 9    your behalf.
10          Q.    You have no actual knowledge of
11    the reasons that I declined to engage in any
12    consulting relationship with you.
13                Do you?
14          A.    No.
15                MR. CARTER:  That's all.
16                MR. SEQUEIRA:  Well, I'd like
17          to thank the court reporters and the
18          videographer.
19                And with that, I think this
20          deposition is concluded.
21                MR. SALERNO:  Just one minute,
22          please.  This is Peter Salerno on Amy
23          Rothstein's login, as you can see.
24                We haven't been trying to be
25          coy about appearing, but we've been in
```

This Transcript Contains Confidential Material

```
 1          and out.  But at the time you asked

 2          for appearances, my microphone didn't

 3          work.

 4               So anyway, for purposes of

 5          appearance, Peter Salerno and Amy

 6          Rothstein of Salerno & Rothstein,

 7          representing Yassin Kadi, have been in

 8          and out of this deposition.

 9               MR. SEQUEIRA:  Thank you.

10          Goodbye.

11               VIDEOGRAPHER:  All right.  This

12          ends today's deposition.  We're going

13          to go off the record at 10:07 p.m.

14      (Deposition concluded at 10:07 p.m.)

15               - - - - - - -

16

17

18

19

20

21

22

23

24

25
```

```
 1                        CERTIFICATE

 2              I, CARRIE A. CAMPBELL, Registered
       Diplomate Reporter, Certified Realtime
 3     Reporter and Certified Shorthand Reporter, do
       hereby certify that prior to the commencement
 4     of the examination, Aimen Dean, was duly
       sworn by me to testify to the truth, the
 5     whole truth and nothing but the truth.

 6              I DO FURTHER CERTIFY that the
       foregoing is a verbatim transcript of the
 7     testimony as taken stenographically by and
       before me at the time, place and on the date
 8     hereinbefore set forth, to the best of my
       ability.

 9

10              I DO FURTHER CERTIFY that I am
       neither a relative nor employee nor attorney
       nor counsel of any of the parties to this
11     action, and that I am neither a relative nor
       employee of such attorney or counsel, and
12     that I am not financially interested in the
       action.

13

14

16     CARRIE A. CAMPBELL,
       NCRA Registered Diplomate Reporter
17     Certified Realtime Reporter
       California Certified Shorthand
18     Reporter #13921
       Missouri Certified Court Reporter #859
19     Illinois Certified Shorthand Reporter
       #084-004229
20     Texas Certified Shorthand Reporter #9328
       Kansas Certified Court Reporter #1715
21     New Jersey Certified Court Reporter
       #30XI00242600
22     Louisiana Certified Court Reporter
       #2021012
23     Notary Public
       Dated:  February 23, 2024
24

25
```

1                    INSTRUCTIONS TO WITNESS

2

3                    Please read your deposition over

4       carefully and make any necessary corrections.

5       You should state the reason in the

6       appropriate space on the errata sheet for any

7       corrections that are made.

8                    After doing so, please sign the

9       errata sheet and date it.  You are signing

10      same subject to the changes you have noted on

11      the errata sheet, which will be attached to

12      your deposition.

13                   It is imperative that you return

14      the original errata sheet to the deposing

15      attorney within thirty (30) days of receipt

16      of the deposition transcript by you.  If you

17      fail to do so, the deposition transcript may

18      be deemed to be accurate and may be used in

19      court.

20

21

22

23

24

25

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4            I,_____, do
       hereby certify that I have read the foregoing
 5     pages and that the same is a correct
       transcription of the answers given by me to
 6     the questions therein propounded, except for
       the corrections or changes in form or
 7     substance, if any, noted in the attached
       Errata Sheet.
 8

 9

10

11

12     _____
       Aimen Dean                    DATE
13

14

15     Subscribed and sworn to before me this

16     _____ day of _____, 20 _____.

17     My commission expires: _____

18

19     Notary Public

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1                     - - - - - - -
                            ERRATA
 2                     - - - - - - -

 3      PAGE    LINE    CHANGE

 4      ____    ____    _____

 5      ____    ____    _____

 6      ____    ____    _____

 7      ____    ____    _____

 8      ____    ____    _____

 9      ____    ____    _____

10      ____    ____    _____

11      ____    ____    _____

12      ____    ____    _____

13      ____    ____    _____

14      ____    ____    _____

15      ____    ____    _____

16      ____    ____    _____

17      ____    ____    _____

18      ____    ____    _____

19      ____    ____    _____

20      ____    ____    _____

21      ____    ____    _____

22      ____    ____    _____

23      ____    ____    _____

24      ____    ____    _____

25
```

This Transcript Contains Confidential Material

```
 1                        - - - - - - -
                          LAWYER'S NOTES
 2                        - - - - - - -

 3        PAGE    LINE

 4        ____    ____    _____

 5        ____    ____    _____

 6        ____    ____    _____

 7        ____    ____    _____

 8        ____    ____    _____

 9        ____    ____    _____

10        ____    ____    _____

11        ____    ____    _____

12        ____    ____    _____

13        ____    ____    _____

14        ____    ____    _____

15        ____    ____    _____

16        ____    ____    _____

17        ____    ____    _____

18        ____    ____    _____

19        ____    ____    _____

20        ____    ____    _____

21        ____    ____    _____

22        ____    ____    _____

23        ____    ____    _____

24        ____    ____    _____

25
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

**ERRATA**
GOLKOW LITIGATION SERVICES
ONE LIBERTY PLACE
1650 MARKET STREET, SUITE 5150
PHILADELPHIA, PA 19103
877-370-3377

NAME OF CASE: *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.)
DATE OF DEPOSITION: February 8, 2024
NAME OF DEPONENT: Aimen Dean

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 5 | 9 | Change "Mya Klagger" to "Maya Kliger" | Transcription error. |
| 10 | 5 | Change "Mya Klagger" to "Maya Kliger" | Transcription error. |
| 10 | 10 | Change "Abdulrahman" to "Abdulrhman" | Transcription error |
| 10 | 14 | Remove "off" before "on the record" | Counsel misspoke. |
| 17 | 3 | Add "a" before "counter-radicalism" | Clarification. |
| 18 | 11 | Add "a" before "PowerPoint" | Clarification. |
| 23 | 10 | Change "Willatat" to "Willayat" | Transcription error. |
| 23 | 14 | Change "idealogical" to "ideological" | Misspelling |
| 24 | 4 | Change "idealogical" to "ideological" | Misspelling |
| 24 | 5 | Change "idealogical" to "ideological" | Misspelling |
| 24 | 16 | Change "needed" to "needs a little bit of" | Clarification |
| 24 | 17 | Take out "the" | Clarification |
| 24 | 22 | Change "idealogical" to "ideological" | Misspelling |
| 24 | 24 | Add "conflict zones" | Clarification |
| 25 | 7 | Capitalize "Quietism" | Transcription error. |
| 25 | 11 | Capitalize "Quietism" | Transcription error. |
| 26 | 8 | Capitalize "Quietism" | Transcription error. |
| 26 | 10 | Capitalize "Quietism" | Transcription error. |
| 26 | 16 | Capitalize "Quietism" | Transcription error. |
| 26 | 20 | Capitalize "Quietism" | Transcription error. |
| 26 | 23 | Capitalize "Quietism" | Transcription error. |
| 26 | 24 | Capitalize "Quietism" | Transcription error. |
| 25 | 24 | Change "McCant" to "McCants" | Transcription error. |
| 27 | 7 | Change "Koran" to "Quran" | Preferred spelling. |
| 30 | 12 | Change "Dehees" to "the Hadith" | Clarification |
| 31 | 14 | Change "nation, state" to "nation-state" | Transcription error. |
| 36 | 8 | Change "thelothism" " to "Salafism" | Transcription error. |
| 36 | 9 | Change "thelothism" to "Salafism" | Transcription error. |
| 36 | 22 | Change "not Muslims" to "non-Muslims" | Transcription error. |
| 42 | 4 | Take out "," | Transcription error. |
| 48 | 19 | Add "repeat the question" after "Can you" | Transcription error. |
| 51 | 22 | Change "objection" to "objective" | Clarification. |
| 53 | 17 | Change "Lejon" to "Lajnat" | Transcription error. |
| 57 | 10 | Change "Unis Hall's" to "Younis Khalis" | Transcription error. |
| 68 | 13 | Change "Settlebe" to "Sarawbi" | Transcription error. |
| 68 | 14 | Change "Nodrick {phonetic}?" to "Murad Beg" | Transcription error |

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 70 | 2-3 | Change "this is a — an organization without any merit" to "this is not like an organization without any professionalism." | Clarification. |
| 70 | 6 | Change "idealogical" to "ideological" | Misspelling |
| 76 | 21 | Change "Yazid, Rahim al-Har Seyasa" to "Al-Yazid, Abu Al Khair Al-Masri, known as Ibrahim Seyassa" | Transcription error. |
| 76 | 23 | Change "Abu Hafs al-Masri" to "Abu al Hareth al Masri" | Transcription error. |
| 77 | 3 | Change "Abu Hafs al-Masri" to "Abu al Hareth al Masri" | Transcription error. |
| 77 | 6 | Change "Abu Hafs" to "Abu Hareth" | Transcription error |
| 77 | 9 | Change "Abu Harras" to "Abu Hareth" | Transcription error. |
| 80 | 2 | Change "he wasn't a farouk" to "he was in Al Farouq Camp, in Khost Province" | Transcription error and clarification. |
| 83 | 20 | Change "Because I was told by to go" to "Because I was told by Al Qaeda to go" | Clarification |
| 87 | 12 | Change "than" to ",then" | Punctuation and transcription error. |
| 91 | 9 | Add semi-colon after "others" | Punctuation. |
| 100 | 14 | Change "incident" to "event" | Transcription error. |
| 103 | 21 | Change "plaintiff's" to "plaintiffs'" | Transcription error. |
| 104 | 21-22 | Delete "(Pasley Exhibit 3 previously marked and referenced.)" | Transcription error. |
| 106 | 5 | Change "CIA report" to "CIA reports" | Transcription error. |
| 108 | 7 | Add "was" before "trampled" | Transcription error. |
| 114 | 17 | Change "city" to "GCC" | Transcription error. |
| 122 | 14 | Change "have" to "has" | Witness misspoke. |
| 127 | 20 | Change "battle" to "battles" | Transcription error. |
| 131 | 17 | Change "This" to "That" | Transcription error. |
| 131 | 19 | Change "them" to "him" | Transcription error. |
| 134 | 21 | Change "that's" to "that isn't" | Transcription error. |
| 145 | 8 | Change "it lasted" to "it had lasted" | Transcription error. |
| 146 | 23 | Change "Saeed" to "Zaid" | Transcription error. |
| 146 | 24 | Change "Saeed" to "Zaid" | Transcription error. |
| 146 | 25 | Change "Saeed" to "Zaid" | Transcription error. |
| 147 | 16 | Change "No, I don't" to "No, I didn't report any interactions with him in my book, although I did interact with him many times." | Clarification. |
| 147 | 22 | Change "No, I don't" to "No, I didn't" | Clarification. |
| 151 | 11 | Change "Yes, I'm aware of that" to "I'm aware Mr. Cruickshank cites to several documents in his writings, but I am not aware of that specific document." | Clarification. |
| 152 | 4-5 | Change "he view me of more of an authority on the subject than he does" to "he views me as more of an authority on the subject than he is" | Clarification. |
| 152 | 13 | Change "tend" to "tends" | Clarification. |
| 153 | 25 | Change "compel" to "compels" | Clarification. |
| 154 | 2 | Add "on" before "occasions" | Clarification. |

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 155 | 16 | Add "and Abu Hafs" before "but also" | Transcription error. |
| 159 | 8 | Change "who deem" to "who've been" | Transcription error. |
| 159 | 18 | Add "an" before "incredibly" | Clarification. |
| 161 | 13 | Add "a" before "subject" | Clarification. |
| 165 | 4 | Change "Karashi" to "Quraishi" | Transcription error. |
| 165 | 7 | Change "Karashi" to "Quraishi" | Transcription error. |
| 166 | 18 | Change "on" to "And" | Transcription error. |
| 176 | 10 | Change "where" to "were" | Clarification. |
| 189 | 13 | Add "Al Mujil," before "I imagine" | Clarification. |
| 195 | 16 | Change "the fact that — is that who may be" to "the fact that — the document says "who may be"" | Clarification. |
| 197 | 9 | Change "Miner's" to "Winer's" | Transcription error. |
| 198 | 7 | Change "idealogical" to "ideological" | Misspelling. |
| 200 | 5 | Change "collecting" to "selecting" | Transcription error. |
| 202 | 14 | Change "the Tribunal" to "Mr. Dean's report" | Clarification. |
| 204 | 20, 21, 24 | Change "Gama al-Islamiya" to "Gama'a al-Islamiyya" | Misspelling. |
| 205 | 6 | Change "were" to "was" | Clarification. |
| 205 | 15-16 | Change "Gama al-Islamiya" to "Gama'a al-Islamiyya" | Misspelling. |
| 207 | 6 | Change "Was" to "It was" | Clarification. |
| 207 | 15 | Change "idealogically" to "ideologically" | Misspelling. |
| 209 | 16-17 | Remove "I have a read" | Clarification. |
| 209 | 20 | Change "23 of this government" to "23 of this document" | Counsel misspoke. |
| 210 | 13 | Change "the bin Laden" to "of bin  Laden" | Transcription error. |
| 210 | 22 | Change "was" to "were" | Clarification. |
| 211 | 3-6 | Change "So the fact of the matter as that the document is quoting Abu Zubair al-Madani as the cousin of bin Laden is totally inaccurate" to ""So the fact of the matter is that the document quoting Abu Zubair al-Madani as the cousin of bin Laden is totally inaccurate" | Clarification and transcription error. |
| 211 | 8 | Change "show that what" to "show what" | Clarification. |
| 212 | 1 | Change "Sated that" to "He stated that" | Clarification. |
| 212 | 9 | Change "Halawa" to "Hown" | Transcription error. |
| 213 | 9 | Change "ally" to "due" | Transcription error. |
| 213 | 10 | Change "ally" to "due" | Transcription error. |
| 214 | 17-18 | Change "and the focus on the second war" to "in the Caucuses in" | Transcription error. |
| 222 | 18 | Change "do make sense" to "makes sense" | Clarification. |
| 227 | 15 | Change "US conflict" to "UN Security Council." | Transcription error. |
| 236 | 21 | Change "and Chechnya" to "in Chechnya" | Transcription error. |
| 239 | 21 | Change "unreliable" to "not as reliable" | Clarification |
| 241 | 8 | Change "enable" to "enables" | Clarification. |
| 245 | 11 | Change "happen" to "that happens" | Clarification. |
| 245 | 14 | Change "and other things, similar" to "and other similar things." | Clarification. |
| 245 | 15-19 | Change "whatever that is allocated to the Chechen rebels would be done through half cash, and the other half is in | Clarification. |

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| | | kind, such as medicine and other items and equipments" to "whatever was allocated to the Chechen rebels would be done through half cash, and the other half was in kind, such as medicine and other items and equipment." | |
| 249 | 17 | Change "for US" to "from USAID" | Transcription error. |
| 249 | 18 | Change "go" to "going" | Transcription error. |
| 249 | 20 | Change "US aid" to "USAID" | Transcription error. |
| 250 | 15 | Change "unlikely" to "likely" | Clarification. |
| 253 | 20 | Change "estimates" to "estimate" | Transcription error. |
| 255 | 6 | Change "demand" to "source" | Clarification. |
| 255 | 10 | Change "jijiz" to "Tajhiz" | Transcription error. |
| 255 | 11 | Change "hirazi {phonetic}" to "al-Ghazi" | Transcription error. |
| 255 | 11-12 | Change "Jijiz hirazi" to "Tajhiz al-Ghazi" | Transcription error. |
| 260 | 23 | Change "careers" to "couriers" | Transcription error. |
| 260 | 24 | Change "hawala dolls" to "hawaladars" | Transcription error. |
| 263 | 12 | Add " — " | Clarification. |
| 264 | 4 | Change "Abu Nasr al-Luchi {phonetic}" to "Abu Nasir al-Belushi" | Transcription error. |
| 264 | 6 | Include "had" before "done it" | Clarification. |
| 275 | 15 | Change "80s" to "1990s and early 2000s" | Clarification. |
| 279 | 4 | Take out "^" | Transcription error. |
| 283 | 12 | Change "part" to "pattern" | Transcription error. |
| 286 | 22 | Change "did" to "was" | Clarification |
| 286 | 24 | Change "charity, that was solid" to "charities solid at that time" | Clarification |
| 287 | 5 | Change "is" to "was" | Transcription error. |
| 289 | 19 | Add " — " | Clarification. |
| 292 | 14 | Change "doubt" to "don't write" | Transcription error and Clarification. |
| 293 | 17 | Change "has" to "have" | Clarification. |
| 299 | 19 | Change "unaware" to "not aware" | Transcription error. |
| 299 | 20 | Add "did" | Transcription error. |
| 299 | 21 | Change "Saudi's" to "Saudis" | Punctuation. |
| 299 | 21 | Change "released that" to "release what —" | Transcription error and clarification. |
| 299 | 21 | Change "did — dependent" to "depended" | Transcription error. |
| 299 | 24 | Remove "have" | Clarification. |
| 300 | 4 | Capitalize "Quietist" | Transcription error. |
| 300 | 20 | Add "an" before "analogy" | Transcription error. |
| 301 | 8 | Add " — " | Clarification. |
| 301 | 12 | Change "an" to "on" | Transcription error. |
| 303 | 12 | Capitalize "Quietist" | Transcription error. |
| 303 | 16 | Change "member" to "members" | Transcription error. |
| 303 | 24 | Capitalize "Quietist" | Transcription error. |
| 304 | 25 | Change "impostor" to "apostate" | Transcription error. |

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 305 | 23 | Capitalize "Quietist" | Transcription error. |
| 305 | 25 | Capitalize "Quietist" | Transcription error. |
| 312 | 5 | Add "own" before "residence" | Clarification |
| 314 | 8 | Change "souther bazaar" to "Saddar Bazzar" and "haat" to "Khyber" | Transcription error. |
| 314 | 9 | Change "Beshara" to "Peshawar" | Transcription error. |

ACKNOWLEDGEMENT OF DEPONENT

I, Aimen Dean, do hereby certify that I have read the pages in the transcript of my deposition on February 8, in the matter *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.), and that the transcript is a correct transcription of the answers given by me to the questions therein propounded, subject to the corrections and changes in form or substance noted in this Errata.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _____ April 11, 2024 _____