# Exhibit 172

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| MAIL TO | REPLY TO | General Administration |
|---|---|---|
| Honorable: Director of Northern | SENDER | Banking Group |
| Riyadh Branches | BRANCH | Branches Administration |
| No. 2537/A.F./98 | SECTION | 2611-2612 |
| | TEL. NO. | October 08, 1998 AD |
| | DATE | |

SUBJECT:

Changing the names of some accounts at Al Olaya Street General Branch and Al Dabab Street Branch

May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the letter of His Excellency Deputy Minister of Islamic Affairs and General Supervisor of Al-Haramain Islamic Foundation, No. 2000/19/2, issued on 06/06/1419 AH (September 26, 1998 AD), about changing the names of some accounts opened at the two branches mentioned above – which are 9 accounts – from the names of their holders who opened these accounts to be under the name of Al-Haramain Islamic Foundation. Those who hold the right to sign shall remain the same. Here are the names of these accounts:

| [*Illegible*] | [*Illegible*] |
|---|---|
| 9292 | Al Olaya Street General Branch |
| 9333 | Al Olaya Street General Branch |
| 9880 | Al Olaya Street General Branch |
| 9889 | Al Olaya Street General Branch |
| 9898 | Al Olaya Street General Branch |
| 0555 | Al Olaya Street General Branch |
| 0600 | Al Olaya Street General Branch |
| /909 | Al Dabab Street Branch |
| /1147 | Al Dabab Street Branch |

Therefore, please direct the two branches to transfer the mentioned accounts – in the same numbers and balances – from their current names to be under the name of Al-Haramain Islamic Foundation. Those who hold the authority to sign for these accounts shall be unchanged, namely:

1. Aqil bin Abdel Aziz al Aqil;
2. Mansour bin Abdel Rahman al Qadi;
3. Abdel Malik bin Mohamed al Qassim; and
4. Mohamed bin Fahd al Tuwaijri

Each account holder named above shall send a letter to the branch where the account is opened to authorize the correct balance and to request transferring the account (in terms of the account's name, number, and balance) to be in the name of and supervised by Al-Haramain Islamic Foundation. The persons authorized to sign shall manage these accounts as they deem appropriate.

[*Handwritten Signature*]

    Kindest regards,
    Azzam al Abdullah Aba al Khail
    Deputy Director General for the Banking Group
    [*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038920

| SENDER | إدارة الفروع |
| BRANCH | السودان |
| SECTION | |
| TEL. NO. ٢٦١٢-٢٦١١ | REPLY TO |
| DATE ١٩٩٨/١٠/٨ | المحترم |
| | رقم: ٩٨٠/ص/٤/٥٣٧ |

**SUBJECT** : الموضوع

---

تغيير مسمى بعض الحسابات بفرعي العليا العام ، شارع الضباب

---

السلام عليكم ورحمة الله وبركاته ،، وبعد

نشير لخطاب سعادة / نائب وزير الشؤون الإسلامية والمشرف العام على مؤسسة الحرمين الخيرية رقم ٢٠٠٠/٢/١٩ الصادر في ١٤١٩/٦/٦ والمتضمن تغيير مسمى بعض الحسابات المفتوحة لدى الفرعين المذكورين أعلاه وعددها (٩) من أسماء أصحابها الذين قاموا بفتح هذه الحسابات إلى حسابات باسم مؤسسة/ الحرمين الخيرية وأن يبقى من لهم حق التوقيع عليها كما هم .. وفيما يلي أسماء هذه الحسابات :-

| | |
|---|---|
| العليا العام | █████ |
| العليا العام | █████ |
| العليا العام | █████ |
| العليا العام | █████ |
| العليا العام | █████ |
| العليا العام | █████ |
| العليا العام | █████ |
| شارع الضباب | █████ |
| شارع الضباب | █████ |

لذا نأمل توجيه الفرعين بتحويل الحسابات المذكورة بنفس الأرقام والأرصدة من مسمياتها الحالية إلى مسمى / مؤسسة الحرمين الخيرية على أن تبقى صلاحية التوقيع لمن لهم حق التوقيع عنها دون تغيير وهم:-

١ . عقيل بن عبد العزيز العقيل
٢ . منصور بن عبد الرحمن القاضي
٣ . عبد الملك بن محمد القاسم
٤ . سعد بن فهد التويجري

تمهيداً توجيه كل صاحب حساب مذكور أعلاه خطاب للفرع المفتوح به الحساب يصادق عليه على صحة الرصيد ويطلب تحويله ( مسمى ورقماً ورصيداً ) إلى مؤسسة الحرمين وتعت تصرفها ويصبح من حق المفوضين بالتوقيع من قبلها التصرف في هذه الحسابات بالطريقة التي يرونها.

وتقبلوا تحياتنا......

عزام العبد الله أبا الخيل
نائب المدير العام للمجموعة المصرفية

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038920



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38920

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*            **Date**: 09/25/2023