# Exhibit 173

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| MAIL TO | REPLY TO | | General Administration |
|---|---|---|---|
| Honorable: Director of Branches Administration, may Allah bless him | SENDER BRANCH SECTION | | Legal Affairs Administration 1432 1451 |
| 1660/SH.Q./99 | TEL. NO. DATE | | 01/06/1420 AH September 01, 1999 AD |

[**Handwriting**: *Cancellation of previous signatures*] [*Handwritten Signature*]

Changing the name of Account ▇▇▇200/5 at Taif Branch from the name of Honorable Zayd Attia al Harithi [*Illegible*] Saad to the name of Al-Haramain Islamic Foundation and keeping the authorized signature of Brother Zayd al Harithi for the new account

May the peace, mercy, and blessings of Allah be upon you.
- This is with reference to the subject matter above. It was referred to us to update on the possibility of changing [*Illegible*] Al-Haramain Islamic Foundation's account ▇▇▇5/20/2, dated 26/05/1420 AH (September 06, 1999 AD). Please note the following:
- When changing the name of account, the basic rule is closing the old account and opening a new account with a new number and a new name, so that the accounts are not mixed up while using the two accounts, and this specifies the company's responsibility.
- Since this account number was identified by those who use it for transactions, and since it belongs to Al-Haramain Islamic Foundation in fact, it is approved to change the account name in the same old number, provided that the holder of the old account and the Foundation authorize the account's correct number and hold the company harmless regarding the account. Please keep the Foundation's original letter (which is returned to you) in Al-Haramain Islamic Foundation's file at the branch. According to the letter, Al-Haramain Islamic Foundation authorized Honorable Zayd al Harithi to sign for the new account.

May Allah assist and bless you.

                                        Director of Legal Affairs Administration
                                        [*Handwritten Signature*]
                                        Saleh bin Mansour al Jarbu

[*Illegible Handwriting*]
Enclosed: Al-Haramain Islamic Foundation's original letter
[**Handwriting**: *Honorable (Illegible) Director (Illegible) of (Illegible) Province – to do what is required according to the foregoing*]
[**Handwriting**: *Honorable Director of (Illegible) Branch – for your review and to do what is required – greetings - September 14, 1999 AD*]
[**Handwriting**: *(Illegible) Director – September 14, 1999 AD*]
[**Handwriting**: *And then amending the account name*]

`14-SEP '99(TUE) 10:07   ALRAJHI.                    FAX:00966-2-6454022  P 001`

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038885



**CONFIDENTIAL:** This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038885



# TRANSLATION CERTIFICATION STATEMENT

**Project:** ARB 38885

**Language:** Arabic > English

**Documents:**
ARB 38885

## TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*         **Date**: 05/08/2023