# Exhibit 174

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

In the name of Allah, the Gracious, the Merciful

Al-Haramain Islamic Foundation
Head Office – Riyadh
Director General Office
No. 2395/20/2
Date: 05/26/1420 AH (September 09, 1999 AD)

[**Logo**: *Al-Haramain Islamic Foundation*]

[**Handwriting**: *613713*]

His Excellency Director General of Al Rajhi Banking & Investment Corp., may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

    Please note that the Foundation wants to transfer its account in Taif, ▮▮▮ 200/5, branch 335, under the name of Al-Haramain Islamic Foundation instead of being under the name of the office director, Sheikh Zayd bin Mohamed al Harithi. Please notify the branch to amend the name, so that the account shall be under the name of Al-Haramain Islamic Foundation. The authorized signature of Brother Zayd al Harithi shall remain unchanged. May Allah assist and bless you.
[**Handwriting**: *Please amend the name in 212 – thank you – branch director*] [*Handwritten Signature*]

                                     Director General
                                     Aqil bin Abdel Aziz al Aqil
                                     [*Handwritten Signature*]

☐ CC: To Taif Office for follow-up
☐ CC: To Interior Committee
☐ CC: To Financial Affairs
☐ CC: To the Office - Emad

[*Bilingual Text*]
P.O. Box 69606 Riyadh 11557 Kingdom of Saudi Arabia – Tel. 4624908 – 4652210 – 4634464 – Fax: 4623306

`14-SEP.'99(TUE) 10:08    ALRAJHI.              FAX 00966-2-6454022         P. 002`

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038878

**AL HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh
General Manager Office

Ref :



مؤسسة الحرمين الخيرية
المكتب الرئيسي — الرياض
مكتب المدير العام

الرقم: ٢/٢٠/٢٣٩٥
التاريخ: ١٤٢٠/٥/٢٦ هـ

٦١٢٧١٢

سعادة مدير عام شركة الراجحي المصرفية للاستثمار   وفقه الله
سلام عليكم ورحمة الله وبركاته ••• أما بعد ؛؛؛؛

أود الإحاطة عن رغبة المؤسسة تحويل حسابها في الطائف رقم ▅▅▅ فرع ٣٣٥ باسم مؤسسة الحرمين الخيرية بدل أن يكون باسم مدير المكتب الشيخ زيد بن محمد الحارثي . آمل تلطفكم بالإيعاز للفرع بتعديل الاسم ليكون الحساب باسم مؤسسة الحرمين الخيرية على أن يبقى التوقيع المعتمد للأخ زيد الحارثي . وفقكم الله وسددكم .

المدير العام
عقيل بن عبد العزيز العقيل

□ صورة لمكتب الطائف للمتابعة
□ "       للجنة الداخل
□ "       للشئون المالية .
□ "       لمكتب عمار .

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ — المملكة العربية السعودية — هاتف : 4624908 / 4652210 / 4634414 فاكس : 4623367
P.O.Box 69606 Riyadh 11557 · Saudi Arabia · Tel.: 4624908 / 4652210 / 4634414 Fax. 4623367

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038878



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38878

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 09/25/2023