# Exhibit 175

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

In the name of Allah, the Gracious, the Merciful

[*Bilingual Text*]
AL-HARAMAIN ISLAMIC FOUNDATION
Head Office – Riyadh
General Manager Office
No. 2453/20/19
Date: 04/07/1420 AH (October 13, 1999 AD)



[**Emblem**: *Al-Haramain Islamic Foundation*]

---

His Excellency Honorable: Director of Al Rajhi Banking & Investment Corp., may Allah bless him
Head Office
May the peace, mercy, and blessings of Allah be upon you.

Please note that Account ▮▮000/7, Branch No. 376 in Jeddah is related to the Al-Haramain Islamic Foundation. It was opened in the names of Brothers Mohamed bin Marzuq al Harthi, Hussein bin Abdullah al Yami, Abdullah bin Salim al Shahri, and Faisal bin Fayez al Ahmadi at that time to facilitate the procedures. Thus, please approve transferring the said account to the name of the Al-Haramain Islamic Foundation as in the case with the remaining accounts of the Al-Haramain Islamic Foundation. Please approve the signatures of Brothers Mohamed bin Marzuq al Harthi, Hussein bin Abdullah al Yami, and Faisal bin Fayez al Ahmadi only for the said account.
Thank you for your good cooperation. May Allah reward you.
May the peace, mercy, and blessings of Allah be upon you.

[*Handwriting*]
Brothers Hashim, Mostafa
Please discuss the issue after contacting the branch about opening a
new account or otherwise. October 17, 1999 AD
[*Handwritten Signature*]
According to the rules, 1. the account balance shall be verified. After verification, 2. the account shall be closed, and the balance thereof shall be liquidated. 3. A new account shall be opened in the new name according to the law.

Director General
Aqil bin Abdel Aziz al Aqil
[*Handwritten Signature*]

---

[*Bilingual Text*]
P.O. Box 69606 Riyadh 11557 Saudi Arabia Tel. 4624908 – 4652210 – 4634414 – Fax: 4623306

---

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038994

بسم الله الرحمن الرحيم

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh
General Manager Office

*Ref.* : ................................................

*Date* : ................................................

مؤسسة الحرمين الخيرية

المكتب الرئيس – الرياض

مكتب المدير العام

الــرقم : ١٩/٢٠/٢٤٥٣

التاريخ : ١٤٢٠/٧/٤هـ

سعادة المكرم / مدير شركة الراجحي المصرفية للاستثمار        حفظه الله

الإدارة العامـــــة

سلام عليكم ورحمة الله وبركاته ...        أما بعـد ؛؛؛

نخبر سـعادتكم بـأن الحسـاب رقـم [REDACTED] فـرع رقـم ٣٧٦ بجـدة تـابع المؤسسـة ،
وقـد تـم فتحـه باسـم الأخـوة محمـد بـن مـرزوق الحـارثي ، حسـين بـن عبـد اللـه اليـامي ،
عبـد اللـه بـن سـالم الشـهري ، فيصـل بـن فـايز الأحمـدي ، وقتـذاك تسـهيلاً للإجـراءات لـذا
نـأمل تلطـف سـعادتكم بالموافقـة علـى تحويـل الحسـاب المشـار إليـه باسـم مؤسسـة
الحرميـن الخيريـة كبقيـة حسـابات المؤسسـة واعتمـاد توقيعـات الأخـوة : محمـد بـن
مـرزوق الحـارثي ـ حسـين بـن عبـد اللـه اليـامي ـ فيصـل بـن فـايز الأحمـدي فقـط علـى
الحسـاب المذكـور .

شـاكرين لسـعادتكم كريـم تعـاونكم ونسـأل اللـه تعـالى ألا يحرمنـا وإيـاكم الأجـر .

والسلام عليكم ورحمة الله وبركاته ؛؛؛

المدير العام

عقيل بن عبد العزيز العقيل

ص.ب ٦٩٦٠٦ الـريـاض ١١٥٥٧ – المملكة العربية السعودية – هـاتـف ٤٩٠٨ ، ٢٢١ / ٤٦٣٤٤١٤ – فــاكس ٤٦٢٣٣٠٦
P.O.Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4624908 / 4652210 / 4634414 Fax: 4623306

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038994



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38994

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                **Date**: 09/25/2023