# Exhibit 176

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

|  |  |
|---|---|
| [*Bilingual Text*]<br>AL-HARAMAIN ISLAMIC FOUNDATION<br>Jeddah Office<br>P.O. Box 22993 Jeddah 21416 – Fax: 6932653<br>Tel. 6936962 – 6771843 – 6771607<br>No. 946/20/1<br>Date: 07/26/1420 AH (November 04, 1999 AD) | In the name of Allah, the Gracious, the Merciful<br><br>[**Emblem**: *Al-Haramain Islamic Foundation*] |

His Excellency Honorable Brother: Director of Al Rajhi Banking & Investment Corp., Al Arbaeen Branch in Jeddah, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

  We want to transfer Account ▮▮▮000/7 from our personal names to be in the name of the Al-Haramain Islamic Foundation as in the case with the accounts of the Al-Haramain Islamic Foundation in Riyadh. They were in personal names and then were transferred to be in the name of the Al-Haramain Islamic Foundation. Please find a copy of the letter and the accounts enclosed herewith. This is because the said account is public and well-known, and changing it would cause confusion.

  Please do what is required in terms of account transfer. Also, please approve two of three signatures: Director of Jeddah Office: Sheikh Mohamed bin Marzuq al Harthi; Deputy Director of Jeddah Office: Sheikh Faisal bin Fayez al Ahmadi; and Executive Director: Sheikh Hussein bin Abdullah al Yami.

  Thank you for your good cooperation. May the peace, mercy, and blessings of Allah be upon you.

| Hussein bin Abdullah al Yami | Faisal bin Fayez al Ahmadi | Mohamed bin Marzuq al Harthi |
|---|---|---|
| [*Handwritten Signature*] | [*Handwritten Signature*] | [*Handwritten Signature*] |
| Executive Director | Deputy Director of Al-Haramain Islamic Foundation's Office in Jeddah | Director of Al-Haramain Islamic Foundation's Office in Jeddah |

Head Office: P.O. Box 69606 Riyadh 11557 – Tel. 4634414 – 4611524 – 4652210 – Fax: 4623306 – Mecca Office: P.O. Box 8067 – Tel. 5580685 – Fax: 5503802 – Taif Office: P.O. Box 1668 – Tel. 7443800 – Fax: 7443900 – Dammam Office: P.O. Box 13490 Dammam – Tel. 8420220 – Fax: 8462007 – Al Quwaiiyah Office: P.O. Box 60 Al Quwaiiyah 11971

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038995



**AL-HARAMAIN ISLAMIC FOUNDATION**
Jeddah OFFICE
P.O.Box : 22993 Jeddah 21416 · Fax : 6932653
Tel.: 6936962 / 6771843 / 6771607
No. .................. Date :   /   / 19



مؤسسة الحرمين الخيرية
مكتب جدة
ص. ب : 22993 جدة 21416 – فاكس : 6932653
هاتف : 6936962 / 6771843 / 6771607
الرقم : ‎٩٤٦‏/ح.‏‎/١‎    التاريخ ‎٦‏/‎٨‏/‎١٤٢٠‎ هـ

سعادة الأخ الفاضل / مدير فرع الأربعين بشركة الراجحي المصرفية بجدة       حفظه الله

السلام عليكم ورحمة الله وبركاته ،،       وبعد :

حيث نرغب تحويل الحساب رقم ( ███ ) من أسمائنا الشخصية إلى حساب مؤسسة الحرمين الخيرية أسوة بما تم في حسابات المؤسسة بالرياض ، حيث كان بأسماء شخصية ثم حولت إلى حسابات باسم المؤسسة ( مرفق صورة الخطاب والحسابات ) وذلك بسبب أن الحساب المذكور معمم ومشهور وتغييره يحدث إرباكا وبلبلة .

نرجو إكمال اللازم حيال تحويله ، كما نرجو إعتماد توقيعين من ثلاثة : مدير مكتب جدة الشيخ / محمد بن مرزوق الحارثي ، ونائب مدير مكتب جدة الشيخ / فيصل بن فايز الأحمدي ، والمدير التنفيذي الشيخ / حسين بن عبدالله اليامي .

شاكرين لكم سلفا حسن تعاونكم ،، والسلام عليكم ورحمة الله وبركاته .

| حسين بن عبدالله اليامي | فيصل بن فايز الأحمدي | محمد بن مرزوق الحارثي |
|---|---|---|
| المدير التنفيذي | نائب مدير مكتب المؤسسة بجدة | مدير مكتب المؤسسة بجدة |

===========================================

المكتب الرئيس : ص.ب 69606 الرياض 11557 ــ هاتف : 4634414/4111524/4652210 ــ ناسوخ : 4623306
مكتب مكة : ص.ب 8067 ــ هاتف : 5580685 ــ ناسوخ : 5503802 / مكتب الطائف : ص.ب 1668 ــ هاتف : 7443800 ــ ناسوخ : 7443900
مكتب الدمام : ص.ب 13490 الدمام 31493 ــ هاتف : 8420220 ــ ناسوخ : 8462007 / مكتب القويعية : ص.ب 60 القويعية 11971

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038995



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38995

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 09/25/2023