# Exhibit 177

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| MAIL TO | REPLY TO | Al Arbaeen Street Branch |
|---|---|---|
| Honorable: Head of Legal Affairs | SENDER | Jeddah |
| Section | BRANCH | Tel. 6792244 |
| Regional Administration | SECTION | November 13, 1999 AD |
| May Allah bless him | TEL. NO. | |
| No. ---- | DATE | |

SUBJECT: ----

May the peace, mercy, and blessings of Allah be upon you.

Please find enclosed herewith a copy of the letter of Al-Haramain Islamic Foundation and a copy of the letter of our clients, Mohamed Marzouk al Harithi, Faisal Fayez al Ahmadi, and Hussain Abdullah al Yami. These three clients have joint account ▓▓▓000/7 under their name. They are Director of Al-Haramain Islamic Foundation's Office in Jeddah, his Deputy, and Executive Director. The said persons want to change the account name to be under the name of Al-Haramain Islamic Foundation in the same number because this number is known to donors who used to make deposits to it directly throughout the Saudi Kingdom.

Therefore, we hope that after reviewing you may update us on the possibility of changing the account name according to the wish of these clients and of Al-Haramain Islamic Foundation, after obtaining their acknowledgment regarding the account balance or withdrawing the whole balance, authorizing, and closing the old file. Please note that these clients are recognized for their charity and commitment, and that Al-Haramain Islamic Foundation is a distinguished client to the company's branch No. 161 in Riyadh.

Therefore, please provide us with the legal opinion on this.

Kindest regards,
Hamad Mohamed al Harbi
Director of Al Arbaeen Street Branch

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039001



| | | |
|---|---|---|
| المرسل اليه: المكرم | المرسل SENDER | فرع |
| رئيس قسم الشئون القانونية | المرع BRANCH الرد إلى قسم | ش. الأربعين |
| الإدارة الإقليمية | SECTION | جــدة |
| حفظه الله | رقم الهاتف TEL. NO. REPLY TO | ت/٢٢٢٢٢٧٩ |
| رقم / | التاريخ DATE | ١٩٩٩/١١/١٣م |

SUBJECT: الموضوع:

السلام عليكم ورحمة الله وبركاته ... وبعد

نرفق لكم طيه صورة من خطاب السادة / مؤسسة الحرمين الخيرية وصورة خطاب عملائنا السادة محمد مرزوق الحارثي وفيصل فايز الأحمدي وحسين عبدالله اليامي وهؤلاء العملاء الثلاثة لهم حساب مشترك بأسمهم رقم ▆▆▆ وهم مدير مكتب مؤسسة الحرمين بجدة ونائبه والمدير التنفيذي والمذكورين يطلبون تحويل مسمى الحساب إلى مؤسسة الحرمين الخيرية وبنفس الرقم لكون هذا الرقم معروف لدى أهل الخير الذين إعتادوا الإيداع مباشرة من جميع أنحاء المملكة .

لذلك نأمل منكم التكرم بعد الإطلاع إفادتنا مدى إمكانية تغيير مسمى الحساب وذلك بناءً على رغبة هؤلاء العملاء ومؤسسة الحرمين بعد أخذ مصادقتهم على رصيد الحساب أو سحب كافة الرصيد والمصادقة وقفل الملف القديم . علماً بأن هؤلاء العملاء من الأشخاص المشهود لهم بالخير والإلتزام ومؤسسة الحرمين من العملاء المميزين لدى الشركة بفرع ١٦١ بالرياض .

لذلك نرجو تزويدنا بالرأي القانوني في ذلك .

هذا وتفضلوا بقبول تحياتنا ...

حماد محمد الحربي

مدير فرع / ش. الأربعين

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039001



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 39001

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*         **Date**: 09/25/2023