# Exhibit 178

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| MAIL TO | REPLY TO | Regional Administration of |
|---|---|---|
| Honorable: Director of Al Arbaeen | SENDER | Western Region |
| Street Branch | BRANCH | Legal Affairs Section |
| No. 1066/99/GH.SH.Q | SECTION | 08/08/1420 AH |
| | TEL. NO. | November 16, 1999 AD |
| | DATE | |

**SUBJECT: Request to change the name of joint account No. ▮/7000 of clients Faisal Fayez al Ahmadi, Mahmoud Marzouk al Harithi, and Hussain Abdullah al Yami to be under the name of Al-Haramain Islamic Foundation**

May the peace, mercy, and blessings of Allah be upon you.

This is with reference to your letter, dated November 13, 1999 AD, about the subject above. After reviewing the correspondence enclosed herewith, please note the following:

First: About changing the account name from a personal account to a legal person's account – as in the case here – the following is based on the work regulation instructions as stipulated in the Branches Instruction Manual (Section II 1/1): "If a client wants to change the name of its checking account from a personal account to a legal person's account or vice versa, the old account should be closed and a new account (with a new number) should be opened under the name of the new person. Thus, there should be complete separation between the transactions related to the old account and those related to the new account."

Therefore, please explain this procedure to the said clients, and try to convince them to open a new account under the name of Al-Haramain Islamic Foundation, particularly that the balance of the said account is 7,150.62 SR, which includes a fraction number. Changing the account name will only confuse those who make transactions related to the account, particularly that it does not hold the name of Al-Haramain Islamic Foundation.

Second: If the said clients insist on their request – and if refusing their request may disturb the relationship between the company and Al-Haramain Islamic Foundation, you may [**Handwriting**: *1*] report to the authorized person, Honorable Deputy Director General of the Banking Group, to obtain his approval for this change.

In case of approval, please note the following:

[**Handwriting**: *2*] An acknowledgement shall be obtained from the said clients verifying the correct account balance, with all particulars. They shall be liable for everything that may result from this change, and they shall be jointly liable for the old and new accounts;

[**Handwriting**: *3*] The change of account name and the date of occurrence shall be recorded in the account opening forms and its original documents. This shall be considered when issuing any banking certificates or statements related to the account;

[**Handwriting**: *4*] Alternative checkbooks shall be issued in the account's new name. And the unused checkbooks under the old name shall be retrieved.

Fahd [*Handwritten Signature*]

    May Allah bless you.
    Head of Legal Affairs Section
    Soliman bin Mohamed al Rishan
    08/10/1420 AH (November 18, 1999 AD)
    [*Handwritten Signature*]

Internal/1

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038996

الإدارة الإقليمية الغربية
قسم الشئون القانونية
١٩٩٩/١١/١٦م
١٤٢٠/٠٨/٨هـ

SENDER
BRANCH
SECTION
REPLY TO
TEL. NO.
DATE

المكرم
مدير فرع شارع الأربعين
المحترم

رقم / ١٠٦٦/٩٩/غ/ش.ق

SUBJECT:
الموضوع:

**طلب تغيير مسمى الحساب المشترك ذي الرقم ▇▇ الخاص بالعملاء / فيصل فايز الأحمدي ومحمود مرزوق الحارثي وحسين عبد الله الياحي إلى مسمى جديد باسم مؤسسة الحرمين الخيرية**

السلام عليكم ورحمة الله وبركاته ،، وبعد

فإشارة إلى خطابكم المؤرخ في ١٩٩٩/١١/١٣م بشأن الموضوع أعلاه وبعد الإطلاع على المكاتبات المرفقة نفيدكم بالآتي :

أولا : بالنسبة لتغيير مسمى الحساب من حساب شخصي إلى حساب اعتباري كما هو الحال هنا ، فإنه استنادا إلى وضوح التعليمات المنظمة للعمل والمنصوص عليها في دليل تعليمات الفروع (القسم الثاني ١/١) :
" في حالة رغبة العميل في تغيير مسمى حسابه الجاري من حساب شخصي إلى حساب اعتباري أو العكس فإنه يجب قفل الحساب القديم وفتح حساب جديد (برقم حساب جديد) باسم الشخصية الجديدة ، بحيث يكون هناك فصل كامل بين التعاملات الخاصة بالحساب القديم وتلك الخاصة بالحساب الجديد " .
لذا يلزم توضيح هذا الإجراء للعملاء المذكورين ، ومحاولة إقناعهم بفتح حساب جديد باسم المؤسسة الخيرية لاسيما وأن رصيد الحساب المذكور هو ٧١٥٠ر٦٢ ريال وهو رصيد غير مميز ، وتغير المسمى لن يكون من شأنه إرباك المتعاملين بالحساب لا سيما وانتفاء اشتهاره باسم المؤسسة .

ثانيا : أما في حالة ما إذا أصرّ العملاء المذكورون على طلبهم وكان في رفض طلبهم تعكير لصفو العلاقة بين الشركة وبين المؤسسة فإنه بإمكانكم الرفع لصاحب الصلاحية المكرم/ نائب المدير العام للمجموعة المصرفية للحصول على موافقته في ذلكم التغيير .

وفي حالة الموافقة يلزم مراعاة الآتي :

- إقرار من العملاء المذكورين بصحة رصيد الحساب وجميع مفرداته وتحملهم لكافة ما قد يترتب على التغيير من آثار ومسئوليتهم المشتركة عن الحسابين القديم والجديد .

- إثبات حصول التغيير في المسمى وتاريخ إجرائه وذلك في نماذج فتح الحساب ومستنداته الأساسية ، ومراعاة ذلك عند إصدار أية شهادات مصرفية أو إفادات تتعلق بالحساب .

- إصدار دفاتر شيكات بديلة بالمسمى الجديد للحساب واسترداد الدفاتر الغير مستخدمة بالمسمى القديم .

والله يحفظكم

رئيس قسم الشئون القانونية

سليمان بن محمد الريشان

داخلي/١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038996



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38996

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*        **Date**: 09/25/2023