# Exhibit 179

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| MAIL TO | REPLY TO | Al Arbaeen Street Branch |
|---|---|---|
| His Excellency Honorable: Deputy Director General of the Banking Group | SENDER | Jeddah |
| | BRANCH | Tel. 6792244 |
| | SECTION | November 23, 1999 AD |
| General Administration, Riyadh | TEL. NO. | |
| May Allah bless him | DATE | |
| No. ---- | | |

**SUBJECT: Request to change the name of joint account ▮▮7000 of clients Faisal Fayez al Ahmadi, Mahmoud Marzouk al Harithi, and Hussain Abdullah a▮▮ to be under the name of Al-Haramain Islamic Foundation**

May the peace, mercy, and blessings of Allah be upon you.

Please find enclosed herewith the request of our clients named above, indicating that they want to change the account name to be under the name of Al-Haramain Islamic Foundation. Also, please find enclosed herewith the letter of Al-Haramain Islamic Foundation for the same purpose. The clients named above are Director of Al-Haramain Islamic Foundation's Office in Jeddah, his Deputy, and Executive Director.

These clients and Al-Haramain Islamic Foundation insist on using this number under the new name, and they do not want another number because this number has been known to donors since the account opening. The Legal Affairs' opinion was sought, and it is enclosed herewith to Your Excellency. It stipulates that your approval is needed, while we will carry out the remaining requirements on our end. Since Al-Haramain Islamic Foundation is carrying out work that serves Islam and the Muslims, since it is a distinguished client to the company in our Al Olaya branch, and since the names of some of their accounts were changed according to their letter enclosed herewith, please approve changing the name of the account above.

                                        Kindest regards,
                                        Hamad Mohamed al Harbi
                                        Director of Al Arbaeen Street Branch

[*Illegible Handwriting*]
1698/5/12/11
1523 [*Illegible Handwriting*]

CC:
To Honorable Director of Northern Jeddah District

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038978

| | | |
|---|---|---|
| المرسل إليه | سعادة المكرم / | المرسل SENDER |
| | نائب المدير العام للمجموعة المصرفية | الفرع BRANCH |
| | الإدارة العامة الرياض | قسم SECTION |
| | حفظه الله | رقم الهاتف TEL. NO. |
| رقم / | | التاريخ DATE |

فرع
ش. الأربعين
جـــدة
ت / ٦٧٩٣٣٤٤
١٩٩٩/١١/٢٣م

**الموضوع / SUBJECT:** طلب تغيير الحساب المشترك ذي الرقم [■■■] الخاص بالعملاء / فيصل فايز الأحمدي ومحمد مرزوق الحارثي وحسين عبدالله اليامي إلى مسمى جديد بأسم / مؤسسة الحرمين الخيرية.

السلام عليكم ورحمة الله وبركاته ... وبعـــد ,

نرفق لسعادتكم طلب عملائنا الموضح أسمائهم أعلاه والخاص برغبتهم في تغيير مسمى الحساب إلى مؤسسة الحرمين الخيرية وكذلك مرفق طيه خطاب السادة / م. الحرمين لنفس الغرض . والعملاء الموضحة أسمائهم أعلاه هم مدير مكتب مؤسسة الحرمين بجدة ونائبه والمدير التنفيذي .

ونظراً لإصرار هؤلاء العملاء والسادة / مؤسسة الحرمين على ضرورة إستخدام هذا الرقم بالمسمى الجديد وعدم رغبتهم في رقم آخر لكون هذا الرقم معروف لدى أهل الخير منذ فتح الحساب . وتم أخذ رأي الشئون القانونية المرفق لسعادتكم والذي ينص على أخذ موافقة سعادتكم الكريمة مع تنفيذنا باقي الإشتراطات من جانبنا . ونظراً لكون السادة / مؤسسة الحرمين الخيرية يؤدون أعمالاً تخدم الإسلام والمسلمين ولأهميتهم كعملاء مميزين للشركة في فرعنا العليا وسبق وأن تم تغيير مسميات بعض حساباتهم حسب خطابهم المرفق نأمل التكرم بالموافقة على تغيير مسمى الحساب الموضح أعلاه .

وتفضلوا بقبول تحياتنا ...

حماد محمد الحربي

مدير فرع / ش. الأربعين

=====================================

* صورة مع التحية للمكرم:
- مدير منطقة شمال جدة .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038978



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38978

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 09/25/2023