# Exhibit 180

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

In the name of Allah, the Gracious, the Merciful

[*Bilingual Text*]
Al-Haramain Islamic Foundation
Jeddah Office
P.O. Box 22993 Jeddah 21416 – Fax: 6932653
Tel. 6936962 – 6771843 – 6771607
No. ---- Date: 10/12/1420 AH
(January 19, 2000 AD)

[**Logo**: *Al-Haramain Islamic Foundation*]

Messrs. at Al Rajhi Banking & Investment Corp., Al Arbaeen Street Branch, may Allah bless them
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to our letter to His Excellency Director of Al Rajhi Banking & Investment Corp. – General Administration – about changing the name of Account ▮▮▮000/7 to Al-Haramain Islamic Foundation. Please note that we obtained the approval.

We, the undersigned, hereby acknowledge the correct account balance, with all particulars. We shall be liable for everything that may result from the account name change and shall be jointly liable for the old and new accounts. We acknowledge to return the pre-issued checkbooks related to the old account, so we may receive the checkbooks related to the new account.

Account holders and principals acknowledging the foregoing:

1. Sheikh Mahmoud bin Marzouk al Harithi       Signature: [*Handwritten Signature*];
2. Sheikh Hussain bin Abdullah al Yami          Signature: [*Handwritten Signature*]; and
3. Sheikh Faisal bin Fayez al Ahmadi            Signature: [*Handwritten Signature*]

Head Office: P.O. Box 69606 Riyadh 11557 – Tel. 4634414 – 4611524 – 4652210 – Fax: 4623306
Mecca Office: P.O. Box 8067 – Tel. 5580685 – Fax: 5503802 Taif Office: P.O. Box 1668 – Tel. 7443800 – Fax: 7443900 Dammam Office: P.O. Box 13490 Dammam 31493 – Tel. 8420220 – Fax: 8462007 – Al Quwaiiyah Office: P.O. Box 60 Al Quwaiiyah 11971

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038979

**AL-HARAMAIN ISLAMIC FOUNDATION**
Jeddah OFFICE
P.O.Box : 22993 Jeddah 21416 - Fax : 6932653
Tel.: 6936962 / 6771843 / 6771607
No. ――――― Date : / / 19



مكتب جدة
ص . ب : ٢٢٩٩٣ جدة ٢١٤١٦ - فاكس : ٦٩٣٢٦٥٣
هاتف : ٦٩٣٦٩٦٢ / ٦٧٧١٨٤٣ / ٦٧٧١٦٠٧
الرقم : ――――― التاريخ : ١٤ / ١٠ / ١٤٢٠ هـ

السادة / شركة الراجحي المصرفية – شارع الأربعين        حفظه الله

السلام عليكم ورحمة الله وبركاته ،،        وبعد :

بالإشارة إلى خطابنا لسعادة مدير شركة الراجحي – الإدارة العامة بخصوص تغيير مسمى الحساب ▉▉▉ إلى ( مؤسسة الحرمين الخيرية ) وعن ورود الموافقة بذلك .

نقر نحن الموقعين أدناه بصحة رصيد الحساب وجميع مقرراته ونتحمل كافة النتائج المترتبة على تغيير مسمى الحساب ، كما نقر بمسئوليتنا المشتركة عن الحسابين القديم والجديد ، كما نتعهد برد دفاتر الشيكات الصادرة سلفاً على الحساب القديم حتى يمكن استلام دفاتر شيكات على الحساب الجديد .

أصحاب الحساب والمقرون بما جاء بعاليه : –

١) الشيخ محمد بن مرزوق الحارثي .        التوقيع :
٢) الشيخ حسين بن عبدالله اليامي .        التوقيع :
٣) الشيخ فيصل بن فايز الأحمدي .        التوقيع :

---

المكتب الرئيس : ص . ب ٦٩٦٠٦ الرياض ١١٥٥٧ – هاتف : ٤٦٣٤٤١٤/٤٦٣٤٤١٤/٤١١١٥٢٤/٤٦٥٢٢١٠ – ناسوخ : ٤٦٢٣٣٠٦
مكتب مكة : ص . ب ٨٠٦٧ – هاتف : ٥٥٨٠٦٨٥ / ٥٥٠٣٨٠٢ – ناسوخ / مكتب الطائف : ص.ب ١٦٦٨ – هاتف : ٧٤٤٣٨٠٠ – ناسوخ : ٧٤٤٣٩٠٠
مكتب الدمام : ص.ب ١٣٤٩٠ الدمام ٣١٤٩٣ – هاتف : ٨٤٢٠٢٢٠ – ناسوخ : ٨٤٦٢٠٠٧ / مكتب القويعية : ص.ب ٦٠ القويعية ١١٩٧١

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038979



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38979

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*         **Date**: 09/25/2023