# Exhibit 181

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| | |
|---|---|
| [*Bilingual Text*]<br>AL-HARAMAIN ISLAMIC FOUNDATION<br>Jeddah Office<br>P.O. Box 22993 Jeddah 21416 Fax: 6932653<br>Tel. 6936962 – 6771843 – 6771607<br>No. ----<br>Date: 12/06/1421 AH (September 10, 2000 AD) | In the name of Allah, the Gracious, the Merciful<br><br>[**Emblem**: *Al-Haramain Islamic Foundation*] |

Honorable Brother: Director of Al Rajhi Banking & Investment Corp., Al Arbaeen Street Branch, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

      Please note that the Al-Haramain Islamic Foundation approves transferring Account ▮▮▮650/9, Account ▮▮▮171/6, Account ▮▮▮776/3, and Account ▮▮▮640/0, which are all at your branch No. 376, from the name of Brothers Mohamed bin Marzuq al Harthi, Hussein bin Abdullah al Yami, and Faisal bin Fayez al Ahmadi to the name of the Al-Haramain Islamic Foundation. The signatures of the previous brothers shall be the ones approved by you for these accounts and shall have the same previous effect.

                                                        Kindest regards,
                                                         Director General
                                                         Aqil bin Abdel Aziz al Aqil
                                                         [*Handwritten Signature*]

---

Head Office: P.O. Box 69606 Riyadh 11557 – Tel. 4634414 – 4611524 – 4652210 – Fax: 4623306
Mecca Office: P.O. Box 8067 – Tel. 5580685 – Fax: 5503802 Dammam Office: P.O. Box 13490 Dammam 31493 – Tel. 8420220 – Fax: 8462007 – Al Quwaiiyah Office: P.O. Box 60 Al Quwaiiyah 11971

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

                                                                                                            ARB-00039077




**AL-HARAMAIN ISLAMIC FOUNDATION**
Jeddah OFFICE
P.O.Box : 22993 Jeddah 21416 - Fax : 6932653
Tel.: 6936962 / 6771843 / 6771607
No. .................... Date : / / 19

مؤسسة الحرمين الخيرية
مكتب جدة
ص. ب : ٢٢٩٩٣ جدة ٢١٤١٦ - فاكس : ٦٩٣٢٦٥٣
هاتف : ٦٩٣٦٩٦٢ / ٦٧٧١٨٤٣ / ٦٧٧١٦٠٧
الرقم : .......... التاريخ ١٤ / ٦ ١٤٢X هـ

الأخ الفاضل / مدير شركة الراجحى فرع شارع الأربعين      يحفظه الله

السلام عليكم ورحمة الله وبركاته      وبعد

نفيدكم بأن مؤسسة الحرمين الخيرية موافقة على تحويل الحسابات التالية ▓▓▓▓ وكلها بفرعكم رقم ٣٧٦ من مسمى حسابات الإخوة محمد بن مرزوق الحارثى وحسين بن عبدالله اليامى وفيصل بن فايز الأحمدى الى مسمى مؤسسة الحرمين الخيرية ويكون توقيعات الإخوة السابقين هى التوقيعات المعتمدة فى هذه الحسابات لديكم و لها نفس المميزات السابقة .

وجزاكم الله خيرا .

المدير العام

عقيل بن عبدالعزيز العقيل

المكتب الرئيس : ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ ـ هاتف : ٤٦٣٤٤١٤/٤٦٣٤٤١٤/٤٦١١٥٢٤/٤٦٥٢٢١٠ ـ ناسوخ : ٤٦٢٣٣٠٦
مكتب مكة : ص.ب ٨٠٦٧ ـ هاتف : ٥٥٨٠٦٨٥ ـ ناسوخ : ٥٥٠٣٨٠٢ / مكتب الطائف : ص.ب ١٦٦٨ ـ هاتف : ٧٤٤٣٨٠٠ ـ ناسوخ : ٧٤٤٣٩٠٠ .
مكتب الدمام : ص.ب ١٣٤٩٠ الدمام ٣١٤٩٣ ـ هاتف : ٨٤٢٠٢٢٠ ـ ناسوخ : ٨٤٦٢٠٠٧ / مكتب القويعية : ص.ب ٦٠ القويعية ١١٩٧١

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039077



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 39077

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                            **Date**: 09/25/2023