# Exhibit 182

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

[*Bilingual Text*]
AL-HARAMAIN ISLAMIC FOUNDATION
Head Office – Riyadh
General Manager Office
No. 3522/22/17
Date: 05/18/1422 AH (August 08, 2001 AD)

In the name of Allah, the Gracious, the Merciful



[*Emblem: Al-Haramain Islamic Foundation*]

---

His Excellency Director of Al Rajhi Banking & Investment Corp., Al Olaya Street General Branch, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
Thank you for your good cooperation. May Allah reward you.

　　　Please note that we want to transfer our account ███6-166 named Al-Haramain Islamic Foundation, and to get 10 checkbooks after amending the name. The authority to sign the account shall remain held by the same signatories, namely Aqil bin Abdel Aziz al Aqil and Mansour bin Abdel Rahman al Qadi [*Handwriting: with sole capacities per each*].
　　　Thank you for your cooperation. May Allah reward you.
　　　May the peace, mercy, and blessings of Allah be upon you.

[*Handwriting*]
His Excellency Director of Companies Branches in the Central Region
Greetings
For your review and instructions on what you deem fit according to the client's request. Our client, Sheikh Aqil bin Abdel Aziz al Aqil, wants to transfer Account No. ██9666 from his name to be named Al-Haramain Islamic Foundation
Director of Al Olaya Street General Branch
Abdullah bin Mohamed Aba al Khail
August 12, 2001 AD
[*Handwritten Signature*]

Director General
Aqil bin Abdel Aziz al Aqil
[*Handwritten Signature*]

[STAMP: *Al Olaya Street General Branch – 166 – 2950/A*]

---

[*Bilingual Text*]
P.O. Box 69006 Riyadh 11557 Saudi Arabia Tel. 4652210 Fax: 4623306
email: headoffice@alharamain.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038486

بسم الله الرحمن الرحيم

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh
General Manager Office

Ref. : ..................
Date : ..................

مؤسسة الحرمين الخيرية
المكتب الرئيس - الرياض
مكتب المدير العام

الرقم : ١٧/٢٢/٣٥٢٢
التاريخ : ١٤٢٢/٥/١٨هـ

سعادة الأخ الفاضل /

مدير فرع شركة الراجحي المصرفية للاستثمار العليا العام ....... حفظه الله

سلام عليكم ورحمة الله وبركاته ...    أما بعد :

نفيدكم برغبتنا تحويل حسابنا رقم ▮▮▮▮▮ لديكم باسم مؤسسة الحرمين الخيرية ، وإصدار عدد (١٠) دفاتر شيكات بعد تعديل الإسم ، على أن تبقى صلاحية التوقيع على الحساب لنفس الأشخاص المخولين بالتوقيع وهما : عقيل بن عبد العزيز العقيل ومنصور بن عبد الرحمن القاضي صلاحية منفردة لكل منهما .

نشكر لكم تعاونكم لا حرمنا الله وإياكم الأجر .

والسلام عليكم ورحمة الله وبركاته ؛؛

المدير العام

عقيل بن عبد العزيز العقيل

[handwritten notes and signatures]

headoffice@alharamain.org
P.O.Box 69606 Riyadh 11557 · Saudi Arabia · Tel. 4652210 · Fax 4623306 · E-mail: headoffice@alharamain.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038486



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38486

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*        **Date**: 09/25/2023