# Exhibit 185

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

[**Handwriting**: *994* ✓]

Date: 30/02/1420 AH                    [*Bilingual Text*]                    001718
June 14, 1999 AD                    AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Dr. Manei bin Hammad al Johani
The amount of 120,000 SR [One Hundred-Twenty Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001718   0296   6006

[**Handwriting**: *Abu Ayman – June 15, 1999 AD*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010068

[*Bilingual Text*]                                                                                  In the name of Allah, the Gracious, the Merciful
Abdulrahman Bin Abdullah Alrajhi
Saleh Bin Sulaiman Al-Habdan

Date: 12/02/1420 AH
Corresponding to: May 27, 1999 AD
[**Handwriting**: *962* ✓]
[**Handwriting**: *Accounts Division – I handed a copy to Omar – He will send them the check – 12/02/1420 AH (May 27, 1999 AD) – Handwritten Signature*]
His Excellency, Honorable Dr. Manei bin Hammad al Johani, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
<u>Subject: Check No. 1687 – our withdrawal to your order</u>
In an amount of 112,500 SR (One Hundred Twelve Thousand And Five Hundred) Saudi Riyals Only
Please find enclosed herewith the check mentioned above, which is a donation from Sheikh Suleiman bin Abdul Aziz al Rajhi as a one-year scholarship for ten students studying in Egypt, supervised by Brother Abdul Rahman al Aqil.
Please send us the receipt confirmation, and do not post this in the media. Please send all documents proving that the amount was spent.
May Allah guide you and us to sponsor charity.
May Allah guide all to what pleases Allah.

Date: 10/02/1420 AH                              [*Bilingual Text*]                                          001687
May 25, 1999 AD                         AL RAJHI BANKING & INVESTMENT CORP.

                              [**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Dr. Manei bin Hammad al Johani
The amount of 112,500 SR [One Hundred Twelve Thousand and Five Hundred] Saudi Riyals Only
                                                                                            Sheikh Suleiman al Abdul Aziz al Rajhi
Signature: [*Handwritten Signature*]
                                              [*Bilingual Text*]
                                    DO NOT WRITE BELOW THIS LINE
                              001687█ 0296█   6006
                                              [*Bilingual Text*]
    Kingdom of Saudi Arabia – P.O. Box 25759 Riyadh 11476 – Tel. 4915122 – 4920033 – Fax: 4910242

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York
                                                                                                                NL0010384

**AL RAJHI BANKING & INVESTMENT CORP.**
شركة الراجحي المصرفية للاستثمار

**AL RABWAH BRANCH**
**RIYADH**

Against this Cheque Pay to the Order of: صانع بن حمد الجبحي

The amount of: مئة وعشرون ألف ريال لا غير — S.R. 120,000

الشيخ سليمان العبدالعزيز الراجحي

DO NOT WRITE BELOW THIS LINE

"001718"   0"296:   6006"

أبو أيمن
١٥/٦/١٩٩٩م

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010068

**Abdulrahman Bin Abdullah Alrajhi**
**Saleh Bin Sulaiman Al-Habdan**



الاسم : عبدالرحمن بن عبدالله الراجحي
صالح بن سليمان الهبدان

التاريخ : ١٢/ ٢ /١٤٢٠ هـ
الموافق : ٢٧/ ٥ /١٩٩٩ م

سعادة المكرم / د. مانع بن حماد الجهني — وفقه الله

السلام عليكم ورحمة الله وبركاته وبعد

الموضوع : الشيك رقم# ١٦٨٧ # سحبنا لأمركم

بمبلغ وقدره# ١١٢٥٠٠ # ريال سعودي (فقط مائة واثنا عشر ألف وخمسمائة ريال سعودي لاغير) .

نرفق لكم طيه الشيك الموضح بيانه أعلاه والذي يمثل تبرع من الشيخ سليمان بن عبد العزيز الراجحي لصالح منحة دراسية لمدة سنة لعدد عشرة طلاب يدرسون في مصر بإشراف الأخ عبدالرحمن العقيل .

نأمل موافاتنا بإيصال الاستلام مع عدم نشر ذلك في وسائل الإعلام وإرسال كافة المستندات الدالة على صرف المبلغ .

جعلنا الله وإياكم مفاتيح للخير مغاليق للشر
ووفق الله الجميع لما يحبه ويرضاه .

..١٦٨٧

AL RABWAH BRANCH
RIYADH

Against this Cheque
Pay to the Order of _____
The amount of _____

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

Date ____/__/__
١٩٩٩/٥/__
فرع الربوة الرياض

يصرف هذا الشيك لأمر د. مانع بن حماد الجهني
المبلغ مائة واثنى عشر ألف وخمسمائة ريال S.R. ١١٢٥٠٠

الشيخ سليمان العبدالعزيز
الراجحي

DO NOT WRITE BELOW THIS LINE
Signature

"'001687"'   0"'2961:   6006"'

المملكة العربية السعودية - ص.ب ٢٥٧٥٩ الرياض ١١٤٧٦ تلفون : ٤٩١٥١٢٢ / ٤٩٢٠٠٣٣ فاكس : ٤٩١٠٢٤٢
Kingdom of Saudi Arabia - P.O.Box 25759 Riyadh 11476 - Tel.: 4915122 / 4920033 - Fax.: 4910242

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010384



# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10068, 10384

**Language:** Arabic > English

**Documents:**
NL 10068, 10384

## TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*          **Date:** 05/09/2023