# Exhibit 186

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| | | |
|---|---|---|
| Date: [*Truncated Number*]/09/1419 AH January [*Truncated Number*], 1999 AD | [*Bilingual Text*] AL RAJHI BANKING & INVESTMENT CORP. [**SEAL**: *To be issued to First Beneficiary*] | 001367 |

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
World Assembly of Muslim Youth, Jeddah
The amount of 75,000 SR [Seventy-Five Thousand] Saudi Riyals Only

                                                          Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

                                    [*Bilingual Text*]
                          DO NOT WRITE BELOW THIS LINE
                          001367 ▮0296 ▮▮▮▮6006

[**Handwriting**: *553* ✓]

[**Handwriting**: *Sent – certified mail – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

                                                                                                  NL0010333



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010333



# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10333

**Language:** Arabic > English

**Documents:**
NL 10333

## TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*     **Date:** 05/09/2023