# Exhibit 189

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

Al Rajhi Banking & Investment Corporation
Internal Audit Department

ANTI-MONEY LAUNDERING PROCEDURE GUIDE

Edition: November 1998
Nov. 98

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-000000735

**ANTI-MONEY LAUNDERING UNIT PROCEDURE GUIDE**

**Definition of Anti-Money Laundering:**

Anti-Money laundering is part of international efforts to reduce the danger of this phenomenon which is new to many societies. The Saudi banks seek to prevent the spread of such activities in accordance with the instructions of the Saudi Arabian Monetary Authority, represented in the Anti-Money Laundering Instructions Guide, which determines the nature of the indicators thereof and all the necessary information and measures to be taken in order to prevent and monitor suspicious operations. In order for the company to perform its role in this regard, the Anti-Money Laundering Unit was established in the Internal Audit Department.

**Objectives of the Unit:**

The unit will undertake to achieve the set objectives as follows:

- Reducing illegal activities and practices.
- Introducing automated monitoring programs.
- Protecting the company from being subjected to illegal practices so that it does not become an illegal outlet for suspicious activities and thus preserving the company's reputation.
- A technical and analytical study of the reports received from branches, exchange and transfer centers, and any other party, in addition to the cases discovered through the unit.
- Developing the necessary policies and procedures to help the branches follow modern methods to address any case of suspicion.
- Securing the requirements of the Monetary Authority with regard to money laundering operations.
- Designing standardized models that meet the unit's work needs.
- Cooperating and coordinating with the relevant authorities.
- Informing the security authorities and the Monetary Authority as soon as the unit verifies the suspicious case.

Assigning tasks at the unit:

The Anti-Money Laundering Unit consists of the head of the unit and one employee. The tasks assigned to them are listed below:

- Head of the unit:
- An analytical technical study of suspicious cases, where either reporting the case to which the indicators of money laundering apply to the security authorities, keeping the case due to the lack of sufficient indications of suspicion, or placing the case on the follow-up list for a later period of time after which the case shall be re-evaluated.
- Designing work models for the unit.
- Replying to all correspondence received by the unit.
- Updating anti-money laundering policies and procedures according to developments in the methods, processes, and activities that may be used in money laundering activity.
- Coordination regarding the preparation and implementation of the necessary training and guidance programs to the company's employees and providing the necessary advice regarding all aspects related to money laundering with the various units and ensuring that the regulating procedures are followed.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-000000736

Assessment phase:

After completing the documents and information necessary to take an appropriate decision regarding each case, an analysis and examination of all banking transactions executed by the client shall be initiated by using (Form No. 3), which consists of the following:

- Customer information.
- Information of the account agent and those authorized to transfer on behalf of account agent.
- Customer account information.
- External transfers information.

Based on the foregoing, (Form No. 4) is used to present the results of the examination and express an opinion.

Presentation phase:

Cases suspected of money laundering operations shall be presented in a letter to the banking group which, in turn, refers it to the Legal Affairs Department. The reports prepared by the unit and addressed to the Anti-drug Department, of each region individually, are attached to the letter to be signed by the Legal Affairs Department. The reports should include copies of clients' identities. After receiving the reports by the Anti-drug Department, the unit sends a copy of the report to the assistant director general of Banking Control, with the contents of the account opening file, account statements, and a report on external transfers attached.

Entering and saving phase:

A program has been developed by the unit to facilitate the process of searching for the displayed and saved cases and the follow-up list by entering all the cases in the program. This allows the inquiring about the inputs in different ways without need to paper search in the archive files and enables printing the system output reports according to the type of the required report.

4- Unit activity:

- The unit monitors external remittances and the issued bank checks on an ongoing basis, as the computer programs designated for the unit provide 60% of the unit's need to a sound and fast database, in addition to 20% that come from the branches in the form of assisting information for research and analysis, and 20% that represent documents received from the archives center. There is an integrated program that meets all the unit's needs which is expected to be completed in March.
- Securing documents to the Monetary Authority as quickly as possible through continuous follow-up with the branches and the archives center.
- Sending and following up on reports and keeping them scheduled according to the notification letter addressed to the concerned departments.
- Consolidating the 'know your customer' principle at the branches and centers, as the institution's guidelines require banks to be aware of their customers' activities and the sources of their funds.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-000000737

- Strengthening the spirit of cooperation between the unit and the branches, by clarifying the danger of money laundering and its negative impact on the company's reputation.
- Following-up and supervision of the unit's work.
- Any new work or tasks assigned by the Director of Internal Audit Department.

Unit employee:

- Monitoring and tracking the operations carried out in the branches and exchange and transfer centers on an ongoing basis through the automated programs available to the unit, then discovering suspicious cases and reporting them to the head of the unit by using (Form No. 5).
- Sending a statement request form on the client's status (attachment No. 2) to the directors of the concerned branches and center.
- Coordination with all the different work units to secure the requirements of the unit and of the Monetary Authority.
- Recording the results of the case examination in the unit's automated follow-up program.
- Regular documentary saving for reference when needed.
- Following up on the arrival of communications to the relevant authorities.
- Any new work or tasks assigned to unit employee by the unit head.

Nature of work:

Research and investigation phase:

- The unit receives reports of suspicious cases from branches and centers (Form No. 1). In light of the foregoing, a preliminary examination of the aspects of the report is conducted in terms of the availability of suspicious money laundering indicators, as well as the adequacy of the attached documents and information. Therefore, contact and coordination with the branches and the archives center shall be carried out to complete any shortcomings that impede the examination process.
- Money laundering operations are discovered through the unit's available automated programs, where suspicious operations are extracted by those programs. The concerned branch is then contacted and provided with information about the volume of the client's transactions, such as the amount of external transfers (the issued bank checks - foreign transfers), the transfer destination, the total amount of deposits, the bought travelers' checks, etc. After that, a statement is sent to the branch director asking him to complete and fill out the data of a suspected money laundering case form (Attachment No. 2). This is to identify the client's sources of income and how the executed operations match with the client's activity by visiting his activity location. Follow-up and contact are made with the branches to overcome any difficulties confronting them in how to respond to the statement, while leaving enough time to allow directors to give correct and accurate information, especially in the event that they are unfamiliar with the client's activity.
- After receiving the branch's statement (Form No. 2), the client's account statements are printed, in addition to the reports of external cash transfers deducted from the account.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-000000738

Confidentiality of the information:

The security of information related to money laundering cases is maintained, whether at the level of branches or departments, where coordination shall always be made with the branch director or the observer when requesting inquiry about a client's activity, not informing the client of any bit of information, in addition to using the best method to identify the reality of the client's activity. Any Information leaked to the customer, or any third party exposes the committers to legal accountability.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-000000739

**Anti-Money Laundering Unit**

**Fax message**

To:                                            Anti-Money Laundering Unit
Sending branch name:                           Code
Occupation:
Branch/Department Director Name:
Telephone:

**Money Laundering Process Notification**

**Information about the client**
Name:
Address:
Telephone:
Nationality:                                               ID Number:
ID type:        Saudi ID card    ☐          Passport ☐
                Residence        ☐          Other ☐
                Activity type    ☐          Occupation or employer ☐


Account number


Available information:



Indicators:



Rationale for the presentation:



Number of attachments, if any: ( )
Signature:                              Date:


**Note**
Notifying the client or any person other than the branch director or his representative of suspecting the process and notifying him of this suspicion shall be deemed a crime that deserves punishment.


**Form No. (1)**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-000000740

General Administration

Internal Audit Department

Date:    /        /

Director of _____ Branch, the Respected

Given the operations executed by the client/                                    are under inspection,
We hope that you will provide us with the following:

- Client account opening documents.
- Documents supporting the operations executed by the client during the period from      to
- Aspects of the client's activity supported by documents
- Your views on the client's transactions

**Internal Audit Department**

**Form No. (2)**

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-000000741

General Administration
Internal Audit Department
Date:                /                    /

Studying and Examination of a Suspected Case

**Branch name:**
**Client name:**
**Client nationality:**
**Account number:**
**The authorized person/Agent:**
**Total deposits:**
**Total withdrawals:**
**Total transfers:**
**Transfer destination:**
**Account balance:**
**Client activity:**

**Auditor's Name:**
**Approving Supervisor Name:**

- **Form No. (3)**

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-000000742

General Administration
Internal Audit Department
Date:            /                /

Checking Results

**Branch name:**
**Client name:**
**Account number:**

Indications for suspicion:

Recommendation:

**Auditor's Name:**
**Approving Supervisor Name:**

- **Form No. (4)**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-000000743

General Administration
Internal Audit Department
Date:              /                    /

**Initial Statement of Suspected Cases Extracted from the System**

| S.N. | Client name | Transfer amount | S.N. | Client name | Transfer amount |
|------|-------------|-----------------|------|-------------|-----------------|
| 1 | | | 21 | | |
| 2 | | | 22 | | |
| 3 | | | 23 | | |
| 4 | | | 24 | | |
| 5 | | | 25 | | |
| 6 | | | 26 | | |
| 7 | | | 27 | | |
| 8 | | | 28 | | |
| 9 | | | 29 | | |
| 10 | | | 30 | | |
| 11 | | | 31 | | |
| 12 | | | 32 | | |
| 13 | | | 33 | | |
| 14 | | | 34 | | |
| 15 | | | 35 | | |
| 16 | | | 36 | | |
| 17 | | | 37 | | |
| 18 | | | 38 | | |
| 19 | | | 39 | | |
| 20 | | | 40 | | |

**Auditor's Name:**

- **Form No. (5)**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-000000744

شركة الراجحي المصرفيه للاستثمار

أدارة المراجعة الداخليه

دليل اجراءات مكافحة

عمليات غسيل الأموال

إصدار نوفمبر ١٩٩٨

Nov. 98.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000735

دليل اجراءات وحدة مكافحة غسيل الاموال

تعريف مكافحة غسيل الموال :

تشكل مكافحة عمليات غسيل الاموال جزء من جهود دولية للحد من خطورة هذه الظاهرة الجديدة على مفهوم مجتمعات كثيرة و تسعى البنوك السعوديه لمنع وانتشار تلك الانشطة وفقا لتعليمات مؤسسة النقد العربي السعودي المتمثله بديل ارشادات مكافحة عمليات غسيل الاموال والذي يحدد طبيعة المؤشرات الداله وكل المعلومات الضروريه والاجراءات اللازم اتخاذها لمنع ومراقبة العمليات المشتبوهه ولكى تقوم الشركه باداء دورها المنوط بها فى هذا الجانب تم انشاء وحدة مكافحة غسيل الاموال بادراة المرجعة الداخليه .


اهداف الوحده :

ستتولى الوحده تحقيق الاهاف الموضوعه والمحدده بما يلي :

–  الحد من النشاطات والممارسات الغير مشروعه
–  استحداث برامج اليه رقابيه
–  حماية الشركه من تعرضها لممارسات غير شرعيه بحيث لاتكون معبرا غير قانوني لانشطه مشبوهه وبالتالي المحافضه على سمعة الشركه
–  دراسه فنيه وتحليليه للبلاغات الوارده من الفروع ومراكز الصرافة والتحويل واي جهه اخرى بالاضافه للحالات التي يتم اكتشافها من خلال الوحده
–  وضع السياسات والاجراءات الضرورية المساعده للفروع على اتباع الاساليب الحديثه للتصدي لاي حاله اشتباه .
–  تامين متطلبات مؤسسة النقد فيما يخص عمليات غسيل الاموال
–  تصميم نماذج موحده تلبي احتياجات عمل الوحده
–  التعاون والتنسيق مع الجهات ذات العلاقه
–  ابلاغ الجهات الامنيه ومؤسسة النقد فور تثبيت حالة الاشتباه من طرف الوحده


تحديد المهام بالوحده :

تتكون وحدة مكافحة غسيل الاموال من رئيس الوحده وموظف واحد وفيما يلي نورد المهام المكلفين بها

–  رئيس الوحده :
–  دراسه فنيه تحليليه لحالات الاشتباه حيث يتم  اما العرض للجهات الامنيه عن الحاله التي تنطبق عليها مؤشرات غسيل الاموال  او حفظ الحاله لعدم توافر مؤشرات كافيه على الاشتباه او يتم وضع الحاله على قائمة المتابعه لفترة زمنيه لاحقه بعدها يعاد تقييم الحاله مره اخرى..
–  تصميم نماذج العمل الخاصه بالوحده.
–  الرد على جميع المراسلات الوارده للوحده
–  تحديث سياسات واجراءات مكافحة غسيل الاموال وفقا لما يطرا من من تطورات على الاساليب والعمليات والانشطه التي قد تستخدم في نشاط غسيل الاموال
–  التنسيق بشأن اعداد وتنفيذ البرامج التدريبيه والارشاديه الضروريه لموظفي الشركه وتقديم المشوره الضروريه فيما يخص جميع النواحي المتعلقه بغسيل الاموال مع الوحدات المختلفه والتاكد من اتباع الاجراءات المنظمه لذلك.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000736

مرحلة التقييم :

بعد اكتمال المستندات والمعلومات اللازمه لاتخاذ قرار مناسب تجاة كل حاله على حده
يتم البدء باجراء تحليل وفحص لجميع التعاملات المصرفيه المنفذه من قبل العميل
باستخدام ( نموذج رقم ٣ ) والذي يتكون من  مايلي :

– بيانات العميل
– بيانات الوكيل على الحساب والمفوضين بالتحويل نيابة عنه
– بيانات حسابات العميل
– بيانات التحويلات الخارجيه

وبناء على ماسبق يتم استخدام ( نموذج رقم ٤ ) الخاص بعرض نتائج الفحص وابداء الرأي


مرحلة العرض :

يتم عرض الحالات المشتبه ارتباطها بعمليات غسيل الاموال بخطاب الى المجموعة المصرفيه
والتي بدورها تقوم باحالة الى ادارة الشئون القانونيه حيث يرفق به البلاغات المعده من قبل
الوحده والموجهه الى ادارة مكافحة المخدرات كل منطقه على حده للتوقيع عليه من قبل ادارة
الشئون القانونيه مؤيده بصور هويات العملاء وبعد استلام البلاغات من قبل   ادارة مكافحة
المخدرات تقوم الوحده بارسال نسخه من البلاغ الى مساعد مدير عام مراقبة البنوك مرفقا به
محتويات ملف فتح الحساب وكشوف الحسابات وتقرير بالتحويلات الخارجيه


مرحلة ادخال وحفظ :

تم استحداث برنامج من قبل الوحده لتسهيل عملية البحث عن الحالات المعروضه والمحفوظه
وقائمة المتابعه من خلال ادخال جميع الحالات بالبرنامج مما يتيح خاصية الاستفسار عن
المدخلات باساليب مختلفه دون الحاجه الى البحث الورقي بالاضافة الى الحفظ بالاضافة الى كونه
يعطي امكانية طباعة تقارير مخرجات النظام حسب نوع التقرير المطلوب


٤ – نشاط الوحدة :

– تقوم الوحده بمراقبة الحوالات الخارجيه والشيكات المصرفيه الصادره بشكل مستمر
حيث ان برامج الحاسب الآلي المخصصه للوحده تؤمن ٦٠% من احتياج الوحدة لقاعدة
بيانات سليمة و سريعة و ٢٠% تتاتى من الفروع بشكل معلومات مساعده للبحث والتحليل
و ٢٠% تمثل مستندات مستلمه من مركز المحفوظات علما بان هناك برنامج متكامل يلبي
جميع احتياجات الوحده متوقع الانتهاء منه في مارس
– تامين المستندات الى مؤسسة النقد باقصى سرعه من خلال المتابعه المستمره مع
الفروع ومركز المحفوظات
– ارسال ومتابعة البلاغات وحفظها مجدولة وفق خطاب التبليغ الموجه الى الادارات
المعنيه
– ترسيخ مبدأ اعرف عميلك لدى الفروع والمراكز حيث ان ارشادات المؤسسة
تستوجب على البنوك ان تكون على دراية بنشاط عملائها ومصادر اموالهم

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000737

– تقوية روح التعاون بين الوحدة و الفروع وذلك من خلال توضيح خطورة غسل الاموال وتاثيرها السلبي على سمعة الشركة.
– المتابعة والاشراف على اعمال الوحده.
– أي اعمال او مهام جديده يكلف بها من مدير المراجعه الداخليه.

موظف الوحدة :

– مراقبة وتتبع العمليات المنفذه بالفروع ومراكز الصرافة والتحويل بصوره مستمره من خلال البرامج الاليه المتاحه للوحده ومن ثم اكتشاف الحالات المشتبه بها والرفع بها لرئيس الوحده باستخدام ( نموذج رقم ٥).
– ارسال نموذج طلب افادة عن حالة العميل ( مرفق رقم ٢ ) لمدراء الفروع والمركز المعنيه
– التنسيق مع جميع وحدات العمل المختلفه لتامين متطلبات الوحده ومؤسسة النقد
– تسجيل نتائج فحص الحالات في برنامج المتابعه الالي الخاص بالوحده .
– الحفظ المستندي النظامي للرجوع اليه عند الحاجه
– متابعة وصول البلاغات للجهات ذات العلاقه
– أي اعمال او مهام جديده يكلف بها من رئيس الوحده.

طبيعة العمل :

مرحلة البحث والتقصي :

– تستقبل الوحده بلاغات الاشتباه من الفروع والمراكز( نموذج رقم ١ ) وعلى ضوء ذلك يتم فحص مبدئي لجوانب البلاغ من حيث مدى توفر مؤشرات غسيل اموال داله على الاشتباه وكذلك كفاية المستندات والمعلومات المرفقه من عدمه وبالتالي يتم الاتصال والتنسيق مع الفروع ومركز المحفوظات لاستكمال أي نواقص تعيق عملية الفحص

– يتم اكتشاف عمليات غسيل الاموال من خلال البرامج الاليه المتاحه والخاصه بالوحده حيث يتم استخراج العمليات المشتبه بها بواسطة تلك البرامج ومن ثم يتم الاتصال بالفرع المعني وتزويده بمعلومات عن حجم تعاملات العميل مثل مبلغ التحويلات الخارجيه ( الشيكات المصرفيه الصادره – حوالات اجنبيه) وجهة التحويل والاجمالي الكلي للايداعات والشيكات السياحيه المشتراه ..الخ وبعد ذلك ترسل افادة لمدير الفرع يطلب منه استيفاء وتعبئه بيانات نموذج حاله اشتباه غسيل اموال ( مرفق رقم ٢ ) وذلك من اجل التعرف على مصادر دخل العميل ومدى تناسب العمليات المنفذه مع نشاط العميل من خلال زيارة موقع نشاطه كما يتم المتابعة والاتصال بالفروع لتذليل أي صعوبات تواجههم في كيفية الرد على الافاده مع ترك فرصه زمنيه كافيه تسمح للمدراء اعطاء معلومات صحيحة ودقيقه خاصه في حالة عدم الالمام بنشاط العميل

– بعد استلام افادة الفرع ( نموذج رقم ٢ ) يتم طباعة كشوف حسابات العميل بالاضافة الى تقارير التحويلات الخارجيه النقدية والمخصومه من الحساب.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000738

سرية المعلومات :

يتم المحافظة على امن المعلومات المتعلقة بحالات غسيل اموال سواء على مستوى الفروع
او الادارات حيث يكون التنسيق دائما مع مدير الفرع أو المراقب حين طلب
الا ستفسار عن نشاط عميل وعدم تبليغ العميل عن أي معلومة حتى لو كانت صغيرة
واستخدام الاسلوب الامثل للتعرف على حقيقة نشاط العميل وان أي معلمات تسرب الى العميل
او أي جهة اجنبية تعرض مرتكبيها الى.المسائلة القانونيه .

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000739



وحدة مكافحــة غســل الأمـــوال

رسالة فاكسية

| | | |
|---|---|---|
| إلــى | : | وحدة مكافحــة غســل الأمـوال |
| اســم الفرع المرسل | : | الكــود |
| الوظيفــة | : | |
| اسم مدير فرع / قسم | : | |
| هـاتـــف | : | |

**إخطار عن عملية غسل أمـوال**

معلومات عن العميل

| | | |
|---|---|---|
| الاســـم | : | |
| العنــوان | : | |
| الهاتــف | : | |
| الجنسية | : | |
| نوع الهوية | : | بطاقة شخصية سعودية — جــواز ســفر — إقــامــة — أخــرى |
| نوع النشاط | : | الوظيفة أو جهة العمل |
| رقم الحـساب | : | |
| المعلومات المتوفرة | : | |
| المؤشرات الدالة | : | |
| مبررات العرض | : | |

عدد المرفقات ان وجدت : ( )

التوقيـــع : التاريخ :

**ملاحظة**

إن اخطـار العميل أو أي شخص آخر خلاف مدير الفرع أو من ينوب عنه باشتباهك بالعملية واخطاره عن هذا الاشتباه يعتبر جريمة تستحق العقاب .

نموذج رقم ( ١ )

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000740

الاداره العامه

ادارة المراجعه لداخليه

التاريخ :    /    /

مدير فرع                                          المحترم

نظرا لوجود حالة فحص للعمليات المنفذه من قبل العميل /

نأمل منكم تزويدنا بالاتي :


-    مستندات فتح حساب العميل

-    المستندات المؤيده للعمليات المنفذه من قبل العميل خلال الفتره من                الى

-    اوجه نشاط العميل مؤيدا بالمستندات

-    مرئياتكم على تعاملات العميل


ادارة المراجعة الداخليه


– نموذج ( ٢ )

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000741

الاداره العامه

ادارة المراجعه لداخليه

التاريخ :    /    /

---

دراسة وفحص حالة الاشتباه

اســم الفرع    : ............................................................

اســم العميل    : ............................................................

جنسية العميل    : ............................................................

رقم الحســاب    : ............................................................

المفوض/الوكيل : ............................................................

اجمالي الايداعات : ............................................................

اجمالي السحوبات : ............................................................

اجمالي التحويلات : ............................................................

جهة التحويـل    : ............................................................

رصيد الحساب    : ............................................................

نشاط العميـل    : ............................................................

اسم المراجع المعـد :

اسـم المشرف المعتمد :

– نموذج ( ٣ )

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000742

الإداره العامه

ادارة المراجعه لداخليه

التاريخ :     /     /

نتائج الفحص

اســـم الفرع   : ..........................................

اســـم العميل  : ..........................................

رقم الحســـاب : ..........................................

مؤشرات الاشتباه :

التوصيه :

اسم المراجع المعــد :

اسم المشرف المعتمد :

– نموذج ( ٤ )

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000743

الإدارة العامة

ادارة المراجعه لداخليه

التاريخ :    /    /

بيان مبدئي بحالات الاشتباه المستخرجه من النظام

| مبلغ التحويل | اسم العميل | م | مبلغ التحويل | اسم العميل | م |
|---|---|---|---|---|---|
|  |  | ٢١ |  |  | ١ |
|  |  | ٢٢ |  |  | ٢ |
|  |  | ٢٣ |  |  | ٣ |
|  |  | ٢٤ |  |  | ٤ |
|  |  | ٢٥ |  |  | ٥ |
|  |  | ٢٦ |  |  | ٦ |
|  |  | ٢٧ |  |  | ٧ |
|  |  | ٢٨ |  |  | ٨ |
|  |  | ٢٩ |  |  | ٩ |
|  |  | ٣٠ |  |  | ١٠ |
|  |  | ٣١ |  |  | ١١ |
|  |  | ٣٢ |  |  | ١٢ |
|  |  | ٣٣ |  |  | ١٣ |
|  |  | ٣٤ |  |  | ١٤ |
|  |  | ٣٥ |  |  | ١٥ |
|  |  | ٣٦ |  |  | ١٦ |
|  |  | ٣٧ |  |  | ١٧ |
|  |  | ٣٨ |  |  | ١٨ |
|  |  | ٣٩ |  |  | ١٩ |
|  |  | ٤٠ |  |  | ٢٠ |

اسم المراجع المعد :

– نموذج ( ٥ )

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000744



## TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:    ARB-00000735-744

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 08/03/2024