# Exhibit 191

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

Al Rajhi Bank 30(b)(6) Galloway
ARB 3
5/11/23 Carrie Campbell, RDR

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| IIRO - Medication Endowment | SA[REDACTED]0000 | ARB 12097 |
| IIRO/Riyadh | SA[REDACTED]0006 | ARB 24653 |
| IIRO - Jamean Authority | SA[REDACTED]0009 | ARB 28847 |
| IIRO - Expenses | SA[REDACTED]0018 | ARB 4098 |
| IIRO - Khafji | SA[REDACTED]0041 | ARB 1705 |
| International Islamic Relief Organization | SA[REDACTED]0122 | ARB 28141 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]0200 | ARB 26348 |
| IIRO | SA[REDACTED]0202 | ARB 3868 |
| Islamic Relief Organization | SA[REDACTED]0339 | ARB 28686 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]0617 | ARB 28590 |
| IIRO Kosovo Reconstruction | SA[REDACTED]0661 | ARB 1443 |
| Islamic Relief Organization | SA[REDACTED]0966 | ARB 26506 |
| IIRO - Zakat to Muslims of Bosnia & Herzegovina | SA[REDACTED]0999 | ARB 5295 |
| IIRO | SA[REDACTED]1009 | ARB 10327 |
| IIRO Office | SA[REDACTED]1103 | ARB 2112 |
| IIRO | SA[REDACTED]1104 | ARB 1544 |
| IIRO - Donations | SA[REDACTED]1119 | ARB 2724 |
| Islamic Relief Organization/Najran | SA[REDACTED]1130 | ARB 26550 |
| IIRO - General donations | SA[REDACTED]1255 | ARB 28539 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]1500 | ARB 28134 |
| IIRO | SA[REDACTED]1577 | ARB 1625 |
| IIRO/Jeddah | SA[REDACTED]1612 | ARB 26178 |
| IIRO - General Donations | SA[REDACTED]1624 | ARB 2934 |
| IIRO | SA[REDACTED]2002 | ARB 4402 |
| IIRO - Incessant Knowledge, Jeddah | SA[REDACTED]2006 | ARB 9874 |
| IIRO - Eastern Region | SA[REDACTED]2008 | ARB 6179 |
| IIRO - Riyadh | SA[REDACTED]2027 | ARB 12007 |
| IIRO - Establishment | SA[REDACTED]2028 | ARB 13053 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]2067 | ARB 27449 |
| IIRO - BURAHDAH | SA[REDACTED]2085 | ARB 13055 |
| IIRO | SA[REDACTED]2402 | ARB 5875 |
| IIRO - Jeddah | SA[REDACTED]2404 | ARB 7624 |
| IIRO, Jizan | SA[REDACTED]2445 | ARB 3357 |
| IIRO/Ras Tanorah | SA[REDACTED]2486 | ARB 23310 |
| IIRO - Abha | SA[REDACTED]2558 | ARB 7734 |
| IIRO/Jeddah | SA[REDACTED]2707 | ARB 25570 |
| IIRO | SA[REDACTED]2752 | ARB 5728 |
| IIRO's office | SA[REDACTED]3116 | ARB 10677 |
| IIRO in Al Wadeen | SA[REDACTED]3260 | ARB 1583 |
| IIRO - Blind Children in Egypt | SA[REDACTED]3271 | ARB 7405 |
| IIRO | SA[REDACTED]3287 | ARB 7304 |
| IIRO in Al Darb | SA[REDACTED]3304 | ARB 3326 |
| IIRO/Regional office/Damam | SA[REDACTED]3330 | ARB 23794 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]3333 | ARB 28592 |
| IIRO - Quran Schools and Classes | SA[REDACTED]3504 | ARB 12009 |
| N/A | SA[REDACTED]3509 | ARB 27441 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| IIRO - Al Shabain | SA[REDACTED]3738 | ARB 1590 |
| IIRO - Employee Fund | SA[REDACTED]3783 | ARB 7102 |
| IIRO - Bisha | SA[REDACTED]3902 | ARB 7486 |
| IIRO | SA[REDACTED]3954 | ARB 7036 |
| IIRO Bal Bahah Office, Expenses | SA[REDACTED]4046 | ARB 6074 |
| International Islamic Relief Organization | SA[REDACTED]4053 | ARB 28541 |
| IIRO Donation Committee for Bosnia & Somalia in Al Bahah | SA[REDACTED]4134 | ARB 5726 |
| Islamic Relief Organization | SA[REDACTED]4371 | ARB 28850 |
| IIRO | SA[REDACTED]4404 | ARB 4105 |
| IIRO - Abu Arish | SA[REDACTED]4665 | ARB 7407 |
| IIRO - Relief Organization | SA[REDACTED]4838 | ARB 28862 |
| IIRO - Revenue | SA[REDACTED]5005 | ARB 8499 |
| IIRO Endowment for Construction of Mosques | SA[REDACTED]5009 | ARB 3866 |
| IIRO - Doantions | SA[REDACTED]5157 | ARB 7500 |
| International Islamic Relief Organization | SA[REDACTED]5201 | ARB 28730 |
| IIRO - Zakat | SA[REDACTED]5373 | ARB 6627 |
| IIRO/Jeddah | SA[REDACTED]5381 | ARB 24996 |
| IIRO/Jeddah | SA[REDACTED]5399 | ARB 24713 |
| Islamic Relief Organization/Orphans | SA[REDACTED]5407 | ARB 27463 |
| IIRO - Mosques | SA[REDACTED]5415 | ARB 13085 |
| IIRO - Wells | SA[REDACTED]5423 | ARB 7174 |
| IIRO/Jeddah | SA[REDACTED]5431 | ARB 25779 |
| IIRO/Jeddah | SA[REDACTED]5449 | ARB 25625 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]5456 | ARB 26237 |
| IIRO - Health | SA[REDACTED]5464 | ARB 2477 |
| IIRO - Education | SA[REDACTED]5472 | ARB 5147 |
| IIRO | SA[REDACTED]5500 | ARB 5083 |
| IIRO - Our Children Project | SA[REDACTED]5606 | ARB 2438 |
| IIRO -  Sanabel Al Khair - Alms | SA[REDACTED]5623 | ARB 1566 |
| IIRO/Al-khamees | SA[REDACTED]5700 | ARB 23748 |
| IIRO Military City | SA[REDACTED]5718 | ARB 1458 |
| IIRO - Office Support | SA[REDACTED]5743 | ARB 12095 |
| IIRO - Expenses | SA[REDACTED]5744 | ARB 7310 |
| IIRO | SA[REDACTED]5886 | ARB 3872 |
| IIRO in Jubail, Administrative Expenses | SA[REDACTED]5955 | ARB 6136 |
| IIRO - Al Khobar | SA[REDACTED]5993 | ARB 10757 |
| IIRO - Relief Organization | SA[REDACTED]6005 | ARB 28558 |
| IIRO - Sponsoring orphans | SA[REDACTED]6007 | ARB 28556 |
| IIRO - Da'wah and Propagators Committee in Najran | SA[REDACTED]6305 | ARB 1409 |
| IIRO Jeddah Office | SA[REDACTED]6645 | ARB 13251 |
| IIRO - Al Hofuf | SA[REDACTED]6667 | ARB 9714 |
| IIRO - Collection Account, Jeddah | SA[REDACTED]6901 | ARB 9862 |
| IIRO - Donations and Alms | SA[REDACTED]7001 | ARB 6165 |
| IIRO - General Donations | SA[REDACTED]7002 | ARB 1377 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| Islamic Relief Organization | SA[REDACTED]7002 | ARB 28845 |
| IIRO - Donation and Alms | SA[REDACTED]7003 | ARB 7043 |
| IIRO - General donations | SA[REDACTED]7005 | ARB 28771 |
| IIRO - Giving Hands | SA[REDACTED]7005 | ARB 12099 |
| IIRO in the region | SA[REDACTED]7005 | ARB 4608 |
| IIRO/donations and charity | SA[REDACTED]7005 | ARB 23357 |
| IIRO - General Donations | SA[REDACTED]7006 | ARB 6297 |
| IIRO - General Donations | SA[REDACTED]7007 | ARB 2185 |
| IIRO - General DonationS and Alms | SA[REDACTED]7007 | ARB 6363 |
| IIRO - Dammam | SA[REDACTED]7008 | ARB 10668 |
| IIRO - General Donations and Alms | SA[REDACTED]7008 | ARB 1445 |
| IIRO - General Donations and Alms | SA[REDACTED]7009 | ARB 7385 |
| IIRO Sanabel al Khair - Zakat | SA[REDACTED]7010 | ARB 4090 |
| IIRO - Zakat | SA[REDACTED]7011 | ARB 6277 |
| IIRO - in the region Al Dabab Neighborhood, Abha | SA[REDACTED]7013 | ARB 7642 |
| IIRO - Zakat | SA[REDACTED]7013 | ARB 1448 |
| IIRO - Zakat | SA[REDACTED]7013 | ARB 1577 |
| IIRO - Zakat | SA[REDACTED]7013 | ARB 3847 |
| IIRO - Zakat | SA[REDACTED]7013 | ARB 5600 |
| IIRO - Zakat | SA[REDACTED]7014 | ARB 1594 |
| IIRO - Zakat | SA[REDACTED]7015 | ARB 1411 |
| IIRO - Zakat | SA[REDACTED]7015 | ARB 4629 |
| IIRO - Zakat | SA[REDACTED]7016 | ARB 4571 |
| IIRO - Zakat | SA[REDACTED]7016 | ARB 5135 |
| IIRO - Almsgiving/Yanbu | SA[REDACTED]7017 | ARB 26314 |
| IIRO - Zakat | SA[REDACTED]7018 | ARB 1470 |
| IIRO - Zakat | SA[REDACTED]7018 | ARB 2745 |
| IIRO - Zakat | SA[REDACTED]7018 | ARB 7430 |
| IIRO - Zakat | SA[REDACTED]7019 | ARB 6100 |
| IIRO - Immigrants and Victims of Disaster | SA[REDACTED]7021 | ARB 7378 |
| IIRO - Immigrants, Refugees and Victims of Disaster | SA[REDACTED]7021 | ARB 10017 |
| IIRO Refugee Immigrants | SA[REDACTED]7022 | ARB 3911 |
| IIRO - Immigrants and Refugees, Jeddah | SA[REDACTED]7023 | ARB 8342 |
| IIRO Immigrants, Refugees, and Victims of Disasters | SA[REDACTED]7023 | ARB 4625 |
| IIRO - Immigrants and Refugees | SA[REDACTED]7024 | ARB 7618 |
| IIRO - Immigrants and Refugees, Al Bahah | SA[REDACTED]7024 | ARB 8483 |
| IIRO Immigrants, Refugees, and Victims of Disasters | SA[REDACTED]7025 | ARB 1450 |
| IIRO - Immigrants and Refugees | SA[REDACTED]7027 | ARB 10750 |
| IIRO - Immigrants, Refugees and Victims of Disaster | SA[REDACTED]7029 | ARB 6273 |
| IIRO - Orphans | SA[REDACTED]7030 | ARB 7422 |
| IIRO - Orphans, Al Suhaimi, Medina | SA[REDACTED]7031 | ARB 8323 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]7031 | ARB 26610 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| IIRO - Orphans | SA[REDACTED]7032 | ARB 27451 |
| IIRO - Orphans/Jeddah | SA[REDACTED]7032 | ARB 26516 |
| IIRO Orphans | SA[REDACTED]7033 | ARB 5297 |
| IIRO - Sanbel Al Khair | SA[REDACTED]7035 | ARB 6964 |
| IIRO - Sanabel al Khair - Orphans | SA[REDACTED]7036 | ARB 7432 |
| Islamic Relief Organization | SA[REDACTED]7037 | ARB 28826 |
| IIRO - Orphans | SA[REDACTED]7038 | ARB 6410 |
| IIRO - Orphans | SA[REDACTED]7039 | ARB 7341 |
| IIRO - Orphans | SA[REDACTED]7039 | ARB 9876 |
| IIRO Orphans | SA[REDACTED]7039 | ARB 1527 |
| Islamic Relief Organization | SA[REDACTED]7049 | ARB 26557 |
| IIRO - Alms | SA[REDACTED]7050 | ARB 6401 |
| IIRO, Alms | SA[REDACTED]7052 | ARB 5139 |
| IIRO - Healing through charity/Jeddah | SA[REDACTED]7054 | ARB 26510 |
| IIRO - Alms | SA[REDACTED]7054 | ARB 7051 |
| IIRO - Alms | SA[REDACTED]7055 | ARB 8490 |
| IIRO - Alms | SA[REDACTED]7056 | ARB 6810 |
| IIRO - Alms, Medina | SA[REDACTED]7056 | ARB 9711 |
| IIRO - Alms | SA[REDACTED]7057 | ARB 6611 |
| IIRO Alms | SA[REDACTED]7057 | ARB 12136 |
| IIRO Alms | SA[REDACTED]7058 | ARB 5869 |
| IIRO - Quran Schools and Classes | SA[REDACTED]7060 | ARB 8485 |
| IIRO - Holy Quran Schools and Classes | SA[REDACTED]7062 | ARB 1472 |
| IIRO - Quran | SA[REDACTED]7062 | ARB 6315 |
| IIRO - Quran | SA[REDACTED]7063 | ARB 6543 |
| IIRO - Quran Schools and Classes | SA[REDACTED]7064 | ARB 6623 |
| IIRO/Jeddah | SA[REDACTED]7064 | ARB 25447 |
| IIRO - Quran Schools and Classes | SA[REDACTED]7065 | ARB 1579 |
| IIRO Holy Quran | SA[REDACTED]7065 | ARB 1537 |
| IIRO - Quran Schools and Classes, Riyadh | SA[REDACTED]7066 | ARB 10670 |
| IIRO - Quran Schools and Classes | SA[REDACTED]7069 | ARB 6540 |
| IIRO - Sanabel Al Khair | SA[REDACTED]7070 | ARB 1581 |
| IIRO - Sanabel al Khair | SA[REDACTED]7070 | ARB 1821 |
| IIRO - Sanabil Al Khair | SA[REDACTED]7070 | ARB 7376 |
| IIRO Sanabel al Khair | SA[REDACTED]7070 | ARB 5711 |
| IIRO - Sanabel al Khair | SA[REDACTED]7071 | ARB 2824 |
| IIRO Sanabel al Khair | SA[REDACTED]7072 | ARB 1558 |
| Islamic Relief Organization/Jeddah | SA[REDACTED]7072 | ARB 28236 |
| IIRO - Sanabel al Khair | SA[REDACTED]7073 | ARB 28554 |
| IIRO - Sanabel al Khair | SA[REDACTED]7073 | ARB 6253 |
| IIRO - Sanabil Al Khair | SA[REDACTED]7075 | ARB 10775 |
| IIRO - Sanabel al Khair Program | SA[REDACTED]7076 | ARB 1424 |
| IIRO - General Sanabel al Khair | SA[REDACTED]7077 | ARB 1505 |
| IIRO - Sanabil Al Khair, Abha | SA[REDACTED]7078 | ARB 8476 |
| IIRO - Tamra | SA[REDACTED]7080 | ARB 3339 |
| IIRO - Good Deeds, Dammam | SA[REDACTED]7092 | ARB 8339 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| IIRO Good Deeds | SA[REDACTED]7094 | ARB 1488 |
| IIRO - Good Deeds | SA[REDACTED]7096 | ARB 10014 |
| IIRO Good Deeds | SA[REDACTED]7096 | ARB 3892 |
| IIRO - Good Deeds | SA[REDACTED]7097 | ARB 6129 |
| IIRO - Good Deeds | SA[REDACTED]7098 | ARB 3276 |
| IIRO - Good Deeds | SA[REDACTED]7098 | ARB 6249 |
| IIRO - Good Deeds, Jeddah | SA[REDACTED]7099 | ARB 10782 |
| IIRO Good Deeds | SA[REDACTED]7099 | ARB 3333 |
| IIRO/Jeddah office | SA[REDACTED]7102 | ARB 23438 |
| IIRO - Sunbulat al Shifaa-Healthcare | SA[REDACTED]7103 | ARB 3324 |
| IIRO - "Sunbulat al Shifa"/Healthcare | SA[REDACTED]7106 | ARB 7256 |
| IIRO | SA[REDACTED]7112 | ARB 1401 |
| IIRO - The Soviet Union | SA[REDACTED]7114 | ARB 6352 |
| IIRO Domestic Aid | SA[REDACTED]7130 | ARB 4602 |
| IIRO Muslim Minorities | SA[REDACTED]7148 | ARB 3961 |
| IIRO - Winter Supplies | SA[REDACTED]7155 | ARB 5288 |
| IIRO - Afghani Immigrants | SA[REDACTED]7163 | ARB 9622 |
| IIRO - Maternity & Women | SA[REDACTED]7171 | ARB 6617 |
| IIRO/Jeddah | SA[REDACTED]7177 | ARB 25742 |
| IIRO - Drop of Water | SA[REDACTED]7180 | ARB 1564 |
| IIRO - Drop of Water Program | SA[REDACTED]7180 | ARB 1523 |
| IIRO - Drop of Water, Yanbu | SA[REDACTED]7181 | ARB 10324 |
| IIRO - Drop of Water | SA[REDACTED]7183 | ARB 6348 |
| IIRO - Drop of water | SA[REDACTED]7184 | ARB 27439 |
| IIRO Drop of Water | SA[REDACTED]7185 | ARB 4623 |
| IIRO - Drop of Water | SA[REDACTED]7187 | ARB 13066 |
| IIRO - Drop of water/Jeddah | SA[REDACTED]7187 | ARB 26488 |
| IIRO - Drop of Water | SA[REDACTED]7188 | ARB 8319 |
| IIRO - Drop of Water | SA[REDACTED]7189 | ARB 6563 |
| IIRO - Drop of Water, Jeddah | SA[REDACTED]7189 | ARB 8598 |
| IIRO | SA[REDACTED]7197 | ARB 1529 |
| IIRO - Useful Knowledge | SA[REDACTED]7200 | ARB 6126 |
| Islamic Relief Organization/Makkah | SA[REDACTED]7201 | ARB 26596 |
| IIRO - Useful Knowledge | SA[REDACTED]7203 | ARB 5596 |
| Islamic Relief Organization | SA[REDACTED]7203 | ARB 28801 |
| IIRO - Useful Knowledge Program | SA[REDACTED]7204 | ARB 1478 |
| IIRO - Useful Knowledge | SA[REDACTED]7205 | ARB 1511 |
| IIRO - Useful Knowledge | SA[REDACTED]7205 | ARB 6182 |
| IIRO - Useful Knowledge | SA[REDACTED]7206 | ARB 6251 |
| IIRO Useful Knowledge | SA[REDACTED]7206 | ARB 13061 |
| IIRO - Useful Knowledge | SA[REDACTED]7207 | ARB 6912 |
| IIRO - Useful Knowledge Program | SA[REDACTED]7209 | ARB 1368 |
| IIRO - Muslims of Yugoslavia | SA[REDACTED]7221 | ARB 7086 |
| IIRO/Jeddah | SA[REDACTED]7254 | ARB 26222 |
| IIRO, Iftar of the Fasting | SA[REDACTED]7300 | ARB 4085 |
| IIRO - Iftar of the Fasting | SA[REDACTED]7302 | ARB 6917 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| IIRO - Iftar/Jeddah | SA[REDACTED]7302 | ARB 26341 |
| IIRO - Iftar of Fasting People | SA[REDACTED]7303 | ARB 7488 |
| IIRO - Iftar of the Fasting | SA[REDACTED]7304 | ARB 6412 |
| IIRO - Iftar | SA[REDACTED]7305 | ARB 6561 |
| IIRO - Iftar/Jeddah | SA[REDACTED]7305 | ARB 26600 |
| IIRO - Iftar of the Fasting | SA[REDACTED]7306 | ARB 5588 |
| IIRO - Iftar of the Fasting | SA[REDACTED]7308 | ARB 7038 |
| IIRO - Animal Sacrifices | SA[REDACTED]7502 | ARB 6359 |
| IIRO - Somalia | SA[REDACTED]7551 | ARB 9690 |
| IIRO Occupational Training | SA[REDACTED]7700 | ARB 1490 |
| IIRO Da'wah Committee | SA[REDACTED]7718 | ARB 1485 |
| IIRO - Revenue - Da'wah Committee | SA[REDACTED]7726 | ARB 6118 |
| IIRO - Living Water, Jeddah | SA[REDACTED]7734 | ARB 10754 |
| IIRO - Well Digging Revenue | SA[REDACTED]7742 | ARB 6997 |
| IIRO - Women's Committee in Dammam | SA[REDACTED]7778 | ARB 2760 |
| IIRO | SA[REDACTED]7798 | ARB 10391 |
| IIRO - Kurdish Refugees | SA[REDACTED]7916 | ARB 1373 |
| IIRO - Home in Paradise | SA[REDACTED]7922 | ARB 5530 |
| IIRO Home in Paradise | SA[REDACTED]7922 | ARB 3349 |
| IIRO - BAYTAN FIL JANNAH | SA[REDACTED]7923 | ARB 28788 |
| IIRO - Home In Paradise Program | SA[REDACTED]7924 | ARB 1362 |
| IIRO Home in Paradise | SA[REDACTED]7924 | ARB 3970 |
| IIRO Beta | SA[REDACTED]7925 | ARB 4400 |
| IIRO Home in Paradise | SA[REDACTED]7925 | ARB 3887 |
| IIRO - BAYTAN FIL JANNAH/Yanbu Industrial City | SA[REDACTED]7926 | ARB 26227 |
| IIRO Home in Paradise | SA[REDACTED]7928 | ARB 5706 |
| Islamic Relief Organization | SA[REDACTED]7929 | ARB 28785 |
| Islamic Relief Organization/Najran | SA[REDACTED]7997 | ARB 26491 |
| IIRO - Quran Learning | SA[REDACTED]8003 | ARB 6559 |
| IIRO in Najran | SA[REDACTED]8003 | ARB 10055 |
| IIRO - Administrative Expenses | SA[REDACTED]8005 | ARB 7264 |
| IIRO/Jeddah office | SA[REDACTED]8005 | ARB 23863 |
| IIRO - Tabuk | SA[REDACTED]8189 | ARB 13059 |
| IIRO - Arar | SA[REDACTED]8235 | ARB 10777 |
| IIRO - Expenses | SA[REDACTED]8355 | ARB 2678 |
| IIRO - Bosnia and Herzegovina Donation Commission | SA[REDACTED]8514 | ARB 7005 |
| IIRO - Development Program | SA[REDACTED]8522 | ARB 5567 |
| IIRO - Regional Office | SA[REDACTED]8583 | ARB 6999 |
| IIRO - Al Qassim Branch | SA[REDACTED]8648 | ARB 10137 |
| IIRO | SA[REDACTED]8682 | ARB 3920 |
| IIRO | SA[REDACTED]8886 | ARB 7398 |
| IIRO Projects | SA[REDACTED]8980 | ARB 3335 |
| IIRO in h/Hafar Al Batin | SA[REDACTED]8995 | ARB 3361 |
| IIRO Urgent Relief Committee | SA[REDACTED]9009 | ARB 4592 |
| IIRO - Jeddah | SA[REDACTED]9102 | ARB 13851 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Account Name (283 accounts) | Account Number | Starting Bates Number |
|---|---|---|
| IIRO - Custody | SA[REDACTED]9103 | ARB 10726 |
| IIRO - Alms | SA[REDACTED]9104 | ARB 6163 |
| IIRO - For Orphans | SA[REDACTED]9105 | ARB 1514 |
| IIRO | SA[REDACTED]9106 | ARB 6605 |
| IIRO - Jeddah | SA[REDACTED]9199 | ARB 10393 |
| IIRO - Administrative Expenses | SA[REDACTED]9363 | ARB 7007 |
| IIRO - Mosques | SA[REDACTED]9514 | ARB 5581 |
| IIRO - Alms, Hail | SA[REDACTED]9522 | ARB 9864 |
| IIRO - Orphan Sponsorship | SA[REDACTED]9530 | ARB 6910 |
| IIRO/Damam | SA[REDACTED]9588 | ARB 24054 |
| IIRO - Office Al Rawdah | SA[REDACTED]9990 | ARB 8600 |
| IIRO | SA[REDACTED]9992 | ARB 12101 |
| IIRO - Jubail Branch | SA[REDACTED]9998 | ARB 2573 |
| IIRO Alms and Donations | SA[REDCATED]7008 | ARB 1389 |