# Exhibit 194

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1



Al Rajhi Ex.
ARB 51
9/28/23 Carrie Campbell, RDR

| 1 | BRANCH_CA | ACCNO | ACCDATE | TRXCODE | AMOUNT | NOTES | ORIGBRANCH | USERTRX | USERAUTH |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- |
| 3 | 29600 | ███6006 | 19980428 | 001 | -1163000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 4 | 29600 | ███6006 | 19980629 | 001 | -5000000 | To the order of Al-Haramain Islamic Foundation | 16600 | HIST | |
| 6 | 29600 | ███6006 | 19981230 | 001 | -10000000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 9 | 29600 | ███6006 | 19990111 | 001 | -20000000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 10 | 29600 | ███6006 | 19990408 | 001 | -18750000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 11 | 29600 | ███6006 | 19990419 | 001 | -30000000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 12 | 29600 | ███6006 | 19990505 | 001 | -1250000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 13 | 29600 | ███6006 | 19990511 | 001 | -15000000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 14 | 29600 | ███6006 | 19991215 | 001 | -5340000 | Al-Haramain Islamic Foundation | 16600 | HIST | |
| 15 | 29600 | ███6006 | 20000508 | 001 | -18750000 | Aqil al Aqil | 16600 | HIST | |
| 16 | 29600 | ███6006 | 20000518 | 001 | -15000000 | Al-Haramain Islamic Foundation | 16600 | HIST | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039960

| # | BRANCH_CA | ACCNO | ACCDATE | TRXCODE | AMOUNT | NOTES | ORIGBRANCH | USERTRX | USERAUTH |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BRANCH_CA | ACCNO | ACCDATE | TRXCODE | AMOUNT | NOTES | ORIGBRANCH | USERTRX | USERAUTH |
| 2 | ------------- | ------------- | ---------- | -------- | --------- | ----------------------------- | -------------- | ---------- | ---------- |
| 3 | 29600 | ███6006 | 19980428 | 001 | -1163000 | مؤسسة الحرمين الخيرية | 16600م | HIST | |
| 4 | 29600 | ███6006 | 19980629 | 001 | -5000000 | لأمر مؤسسة الحرمين الخيرية | 16600ل | HIST | |
| 6 | 29600 | ███6006 | 19981230 | 001 | -10000000 | مؤسسة الحرمين الخيرية | 16600م | HIST | |
| 9 | 29600 | ███6006 | 19990111 | 001 | -20000000 | الحرمين الخيرية | 16600م | HIST | |
| 10 | 29600 | ███6006 | 19990408 | 001 | -18750000 | الحرمين | 16600م | HIST | |
| 11 | 29600 | ███6006 | 19990419 | 001 | -30000000 | الحرمين الخيرية | 16600م | HIST | |
| 12 | 29600 | ███6006 | 19990505 | 001 | -1250000 | الحرمين | 16600م | HIST | |
| 13 | 29600 | ███6006 | 19990511 | 001 | -15000000 | الحرمين الخيرية | 16600م | HIST | |
| 14 | 29600 | ███6006 | 19991215 | 001 | -5340000 | الحرمين الخيرية | 16600م | HIST | |
| 15 | 29600 | ███6006 | 20000508 | 001 | -18750000 | عقيل العقيل | 16600ا | HIST | |
| 16 | 29600 | ███6006 | 20000518 | 001 | -15000000 | مؤسسة الحرمين الخيرية | 16600م | HIST | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039960



# TRANSLATION CERTIFICATION STATEMENT

**Project:** ARB 39960

**Language:** Arabic > English

**Documents:**
ARB 39960

## TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*   **Date**: 05/22/2023