# Exhibit 196

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| | | |
|---|---|---|
| Date: 20/01/1420 AH<br>May 06, 1999 AD | [*Bilingual Text*]<br>AL RAJHI BANKING & INVESTMENT CORP. | 01613 |

[**SEAL**: *To be issued to First Beneficiary*]

**Al Rajhi Exhibit**
**ARB 55**
9/28/23 Carrie Campbell, RDR

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Al-Haramain Islamic Foundation
The amount of 150,000 SR [One Hundred-Fifty Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001612     0296     6006

[**Handwriting**: *893* ✓]

[**Handwriting**: *The check was received – to be sent to the Foundation - 22/01/1420 AH (May 08, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010086

Date: 25/12/1419 AH  
April 11, 1999 AD

[*Bilingual Text*]  
AL RAJHI BANKING & INVESTMENT CORP.

001553

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]  
AL RABWAH BRANCH  
RIYADH  
Against this Cheque  
Pay to the Order of  
Al-Haramain Islamic Foundation, Riyadh  
The amount of 300,000 SR [Three Hundred Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]  
DO NOT WRITE BELOW THIS LINE  
001553   0296-   6006

[**Handwriting**: *832* ✓]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010088

Date: 12/01/1420 AH                          [*Bilingual Text*]                                    001593
April 28, 1999 AD                   AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Al-Haramain Islamic Foundation
The amount of 12,500 SR [Twelve Thousand And Five Hundred] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001593    0296    6006

[**Handwriting**: *871* ✓]

[**SEAL**: *Send a copy to Brother Omar – 13/01/1420 AH (April 29, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010094

[*Bilingual Text*]                                      In the name of Allah, the Gracious, the Merciful
Abdulrahman Bin Abdullah Alrajhi
Saleh Bin Sulaiman Al-Habdan

No. 607/M.H.
Date: 20/12/1419 AH
April 06, 1999 AD
[**Handwriting**: *782* ✓]
His Eminence Sheikh Aqil bin Abdul Aziz al Aqil, may Allah bless him
Director General of Al-Haramain Islamic Foundation
May the peace, mercy, and blessings of Allah be upon you.
We ask Allah the almighty that you are doing well.
With reference to your letter No. 2190/19/2, dated 17/12/1419 AH (April 03, 1999 AD), and subsequent to the phone call with Your Eminence, I am pleased to enclose herewith Check No. 1538 in an amount of 187,500 SR to sponsor the Relief Program for the Muslims of Kosovo.
We suggest that you may open an office in the Republic of Macedonia. Also, please provide us with a copy of the reports that you receive, so we may be updated on the situations of the refugees of Kosovo in a timely manner.
May Allah protect the Muslims from hardships and seditions and safeguard their religion and safety.
May Allah guide you and us to sponsor charity. May Allah guide all to what pleases Allah.
May the peace, mercy, and blessings of Allah be upon you.
[**Handwriting**: *Send a copy to Omar Hasan – Handwritten Signature – 25/12/1419 AH (April 11, 1999 AD)*]

                                        Your Brother
                                        Abdulrahman Bin Abdullah Alrajhi
                                        [*Handwritten Signature*]

Date: 19/12/1419 AH              [*Bilingual Text*]                              001538
April 05, 1999 AD          AL RAJHI BANKING & INVESTMENT CORP.

                    [**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Al-Haramain Islamic Foundation
The amount of 187,500 SR [One Hundred Eighty-Seven Thousand And Five Hundred] Saudi Riyals Only
                                                Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]
                        [*Bilingual Text*]
                DO NOT WRITE BELOW THIS LINE
                001538    ▮0296    ▮006

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010245

| | |
|---|---|
| ١٦١٢ | Date ٢٤/١/٢٠ |
| AL RAJHI BANKING & INVESTMENT CORP. شركة الراجحي المصرفية للاستثمار | ١٩٩٩/٥/٦ |
| RABWAH BRANCH | فرع الربوة الرياض |

ادفعوا بموجب هذا الشيك لأمر مؤسسة محسن الخيرية

المبلغ فقط ما قيمته خمسون ألف ريال لا غير — S.R. ١٥،٠٠٠

الشيخ سليمان العبدالعزيز الراجحي

Signature

"001612"  0"2961:  6006"

٨٩٢

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010086

••١٥٥٣

**AL RAJHI BANKING & INVESTMENT CORP.**
شركة الراجحي المصرفية للاستثمار

AL RABWAH BRANCH
RIYADH

Against this Cheque
Pay to the Order of _____ مؤسسة الحرمين الخيرية / برامج _____ يرجى بموجب هذا الشيك لأمر

The amount of _____ المبلغ _____ S.R. ٢٠٠٠٠٠

الربوة الرياض ١٩٩٩

Date ____

الشيخ سليمان العبدالعزيز
الراجحي

لا تكتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE

Signature

"001553"   0"2961:   6006"

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010088



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010094

Abdulrahman Bin Abdullah Alrajhi
Saleh Bin Sulaiman Al-Habdan



رحمن بن عبدالله الراجحي
صالح بن سليمان الهبدان
الرقم: ٦٠٧/م/ح
التاريخ: ١٤١٩/١٢/٢٠
١٩٩٩/٤/٦

سعادة المكرم الشيخ/ عقيل بن عبدالعزيز العقيل   وفقه الله
مدير عام مؤسسة الحرمين الخيرية
السلام عليكم ورحمة الله وبركاته   وبعد:

نسأل الله سبحانه وتعالى أن تكونوا في أتم صحة وعافية وفضل منه ونعمة دائمة

إشارة الى خطابكم الكريم رقم ٢/١٩/٢١٩٠ وتاريخ ١٤١٩/١٢/١٧هـ، وإلحاقاً للمكالمة الهاتفية مع فضيلتكم يطيب لي ارفاق الشيك رقم ١٥٣٨ بمبلغ ١٨٧,٥٠٠ ريال وذلك لدعم برنامج إغاثة مسلمي كوسوفو .

ونقترح عليكم فتح مكتب في جمهورية مكدونيا، كما نرجو التكرم بتزويدنا بصورة من التقارير التي تصلكم حتى نقف على أوضاع لاجيء كوسوفو أولاً بأول .

وقى الله المسلمين من المحن والفتن وحفظ عليهم دينهم وأمنهم .

جعلنا الله وإياكم مفاتيح للخير مغاليق للشر ووفق الجميع لما يحبه ويرضاه

والسلام عليكم ورحمة الله وبركاته

أخوكم
عبدالرحمن بن عبدالله الراجحي

•••١٥٣٨

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

AL RABWAH BRANCH
RIYADH

Against this Cheque
Pay to the Order of   مؤسسة الحرمين الخيرية
The amount of   S.R. ١٨٠,٥٠٠
الشيخ سليمان العبدالعزيز الراجحي

Signature

"001538"   0" 2961:   6006"

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010245



# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10086, 10088, 10094, 10245

**Language:** Arabic > English

**Documents:**
NL 10086, 10088, 10094, 10245

## TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*     **Date**: 05/09/2023