# Exhibit 198

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

BRA-25 (10/96)

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

File Number 192789

# TWO-YEAR REPORT FOR NON-PROFIT FOREIGN AND DOMESTIC CORPORATIONS

Filing Fee $ 50.00
Penalty 30.00
Interest
Total $ 80.00

DUE JANUARY 15th 2000

RETAIN A COPY FOR YOUR RECORDS
SEE REVERSE SIDE FOR FILING FEES, PENALTIES, ETC.
MAKE CHECK PAYABLE TO D.C. TREASURER
MAIL REPORT TO: DEPT. OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION, CORPORATIONS DIVISION
P.O. BOX 92300, WASHINGTON, D.C. 20090

Indicate if corporation is
[X] Domestic Non-Profit
[ ] Foreign Non-Profit

1. Name of Corporation
   THE SANA-BELL, INC.

2. Organized under the laws of (insert District of Columbia, State or Country)
   DISTRICT OF COLUMBIA

3. If a foreign corporation, the address of its principal office in the state or Country where organized

4. Name of registered agent and address of registered office in the District of Columbia (Do not make change of agent or address on this form)
   1212 New York Avenue, Inc.
   1212 New York Avenue, 12th Floor
   Washington, D.C. 20005

5. Brief statement of business or affairs conducted in the District of Columbia
   NONE

6. If a domestic profit corporation, the address including street and number, of principal office in the District of Columbia

7. Name and address, including street and number of directors and officers

| | NAME | ADDRESS |
|---|---|---|
| Director or Executive Director | DR. Abdullah Bin Saleh Al Obaid | 360 S. Washington St., Falls Church, VA 22046 |
| Director | Dr. Mohammad A. Yamani | PO Box 14843 Andulus St., Jeddah, Saudi Arabia |
| Director | Dr. Adnan Kh. Y. Basha | PO Box 14843 Andulus St., Jeddah, Saudi Arabia * |
| President | Dr. Adnan Kh. Y. Basha | PO Box 14843 Andulus St., Jeddah, Saudi Arabia |
| Vice President | Dr. Hassan A. A. Bahafzallah | PO Box 14843 Andulus St., Jeddah, Saudi Arabia |
| Secretary | Dr. Saleh Al Saqri | 360 S. Washington St., Falls Church, VA 22046 |
| Treasurer | Mr. Abduallah A. Al Noshan | 360 S. Washington St., Fallsh Church, VA 22046 |

**FOREIGN PROFIT CORPORATIONS ANSWER ARTICLES 8 THRU 10 (Do not apply to domestic corporations)**

8. Date organized

9. Term of existence authorized
   [ ] perpetual    Limited to _____ years

10. Is corporation in good standing in State in which organized?
    [ ] Yes    [ ] No

Date June 26, 2000

By _____ (signature)

CORPORATE SEAL

Its
[ ] Pres.    [ ] Vice Pres.    [ ] Sec'y
[X] Asst. Sec'y    [ ] Treas.    [ ] Asst. Treas.

A fee of $50.00 will be charged for dishonored checks

FILED
7-18-00
By

*Directors

| Dr. Hassan A.A. Bahafzallah | PO Box 14843 Andulus St., Jeddah, Saudi Arabia |
| Dr. Saleh Al Saqri | 360 S. Washington St., Falls Church, VA 22046 |
| Dr. M. Yaqub Mirza | 555 Grove St., Herndon, VA 20170 |
| Mr. Abdullah A. AlNoshan | 360 S. Washington St., Falls Church, VA 22046 |

(Over)

SANA-BELL 00037

yr
Rpt

DISTRICT ...
DEPARTMENT OF CONS...
AND REGULATORY A...

I hereby certify that ...
and complete copy of ...
filed in this office. ...
District of the Bus...
Adm... ration, ...
m... was admit...

File # 892789
2000 Report

Da  6-3  04

Patricia E H...

SANA-BELL 00038