# Exhibit 200

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

**IIRO**
**INT'L ISLAMIC RELIEF ORGANIZATION**
In Saudi Arabia
Tanzania Office

هيئة الاغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب تنزانيا

الموضوع

REF. NO. 7742/5.0./15
DATE 30/5/1995

Chief of Protocal,
Ministry of foreign Affairs,
Dar es Salaam.

Dear Sir,

RE: V.I.P. FACILITIES AT D.I.A. 3/6/1995

The Director General of International Islamic Relief Organization has dispatched a six men delegation to Tanzania for an official visit. The team will include:
Dr. AHMAD TOTONJI ( Prof. PETROLEUM UNIVERSITY ) Sheikh SALEH AL-HOSAYEN ( EX. Minister ) Sheikh ABDULRAHMAN AL-RAJHI ( Businessman ), Sheikh SALEH AL-HABDAN ( Imam of Al-Rajhi mosque ), ABDALLAH AL-MISFER ( Rep. Madina University ) and Dr. ABDALLAH AL-MOAYYAD ( Businessman and Ex-MWL Director).

They will arrive from Lusaka by TC 763 at 15.15 hours.

Your cooperation is highly appreciated.

Yours sincerely,



HASSAN A. H. MNJEJA
ASST. DIRECTOR.

ADDRESS : P.O.Box (70450) DAR ES SALAAM - TANZANIA Tel. 0025551(37281) - 0025551(36694),Fax. 0025551(37290)

IIRO 315040