# Exhibit 202

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

In the Name of God, the All Compassionate, the All Merciful

### 'Abdallah Bin 'Abd-al-Rahman Bin 'Abdallah al-Jibrin

| | |
|---|---|
| Number: | 1528/Kh |
| Date: | AH 7/16/1420 [10/26/1999] |
| Attachments: | |
| Subject: | The state of the Mujahedin and the Muslims' obligation towards them |

===================================================================

Praise be to God, the Lord of the world, and blessings and peace be upon Muhammad and upon his kin and companions.

It is no secret that recent events, which occurred in the two republics of Chechnya and Dagestan in terms of the communist aggression, brought about killing, displacement, destruction, and extensive damages. The results of these actions were death and property ravage, simply because the people are Muslims, believers in God the Almighty. These assaults offend every Muslim and sadden each believer; therefore, it's obligatory upon Muslims to take interest in the affairs of their Muslim brothers, aspire to alleviate their pain, and remedy their affliction. The Hadith states: "Certainly, Muslims are like one hand, they are equal in respect to blood and the lowest of them is worthy of their protection." The significance of them being "one hand" is that Islam brings the Muslims together, and with that they help each other, join forces which leads them to victory, strengthens them, and repels the deception of their enemies.

God Almighty commanded to support the believers everywhere, He said: "Should they seek your support for religion's sake, you ought to support them." God also said on the subject of the believers taking care of each other: "The believers, men and women, are protectors one of another." There is no doubt that this protection would result in extending support, cooperation, and doing all in one's power to achieve victory for Islam, the Muslims, and promoting the word of God. This has been the custom of Muslims at all times and in all places derived by their brotherhood in the faith which requires love and compassion. The prophet, may the blessing and peace of God be upon him, had described them as one body: "Believers, in their being friendly, merciful and caring to one another, are like one body. If one member complains, the whole body is summoned to watchfulness and protection." Also, in another narration: "If the eyes suffer, the whole body suffers, and if the head suffers the whole body suffers." The believers in every place ought to help and strengthen each other as the prophet, may the blessing and peace of God be upon him said: "A believer to a believer is like the bricks of a wall, enforcing each other" and he interlaced his fingers.

Based on these evidences, it is obligatory upon Muslims to:

First: Pray for their brothers in those countries to achieve victory, gain strength and support, and repel their enemies' deception.

GOVERNMENT EXHIBIT
EK - 4a
05-CR-60008-HO

<u>Second:</u> Supply them with weapons and material support which they would utilize to struggle and fight those who fight them.

<u>Third:</u> Support them financially as they are in dire need for food and clothing; strengthen them to ward off the pain of striving and enable them to treat their injured.

No doubt, the jihad with wealth would be rewarded, as God had given it preference over the jihad of life in many verses such as his saying: "Go forth, light or heavy, and strive with your wealth and your lives in the cause of Allah." God also said: "That you believe in Allah and His Messenger, and strive in the cause of Allah with your wealth and your lives." He also said: "The believers are those only who believe in Allah and His messenger and afterward doubt not, but strive with their wealth and their lives for the cause of Allah." The prophet, may God's blessings and peace be upon him said: "Strive against the unbelievers with your wealth, hands, and tongues." In another Hadith he said: "Whoever prepares someone for battle, then it is as if he, himself, has fought in the battle."

Thus, it is the responsibility of Muslims to take interest in the affairs of their brothers, for whoever doesn't do so, then he is not one of them. We ask God to lead Islam to victory, advance His word, grant the Mujahedin victory in every land, make firm their foothold, and direct their shots. May He subdue their enemies, repel their malice and turn it against them. Certainly, He has power over all things.
May God's blessings and peace be upon Muhammad, his family, and his companions.


By: 'Abdallah Bin 'Abd-al-Rahman al-Jibrin
    Member of Fatwa [IL]             Signature seal of
    Signature                          'Abdallah Bin 'Abd-al-Rahman al-Jibrin

---

Riyadh - Kingdom of Saudi Arabia - POBox 7131 Riyadh, [IL]   Tel 4253050
Fax: 4250416