# Exhibit 203

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

Date: 25/09/1419 AH　　　　　　　　　　[*Bilingual Text*]　　　　　　　　　　001365
January 12, 1999 AD　　　　　　AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL:** *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Abdullah bin Ibrahim al Misfer
The amount of 20,000 SR [Twenty Thousand] Saudi Riyals Only

　　　　　　　　　　　　　　　　　　　　　　　Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001365　　0296　　6006

[**Handwriting:** *548 ✓*]

[**Handwriting:** *I received the amount – to send it to Brother Ahmed Taha – Handwritten Signature – Abdullah al Misfer*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NL0010327

Date: 20/10/1419 AH  [*Bilingual Text*]  001406
February 06, 1999 AD  AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL:** *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Abdullah bin Ibrahim al Misfer
The amount of 5,000 SR [Five Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001406   0296   6006

[**Handwriting:** *661* ✓]

[**Handwriting**: *The check was received – to be handed to propagator Qassim Mohamed from Mali – 20/10/1419 AH (February 06, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010348

Date: 20/10/1419 AH  
February 06, 1999 AD

[*Bilingual Text*]  
AL RAJHI BANKING & INVESTMENT CORP.

001407

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]  
AL RABWAH BRANCH  
RIYADH  
Against this Cheque  
Pay to the Order of  
Abdullah bin Ibrahim al Misfer  
The amount of 9,375 SR [Nine Thousand Three Hundred Seventy-Five] Saudi Riyals Only

Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]  
DO NOT WRITE BELOW THIS LINE  
001407    0296    6006

[**Handwriting**: *660* ✓]

[**Handwriting**: *The check was received for the benefit of propagators in Sierra Leone – 20/10/1419 AH (February 06, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010349

| | | |
|---|---|---|
| Date: 20/10/1419 AH<br>February 06, 1999 AD | [*Bilingual Text*]<br>AL RAJHI BANKING & INVESTMENT CORP. | 001408 |

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Abdullah bin Ibrahim al Misfer
The amount of 72,000 SR [Seventy-Two Thousand] Saudi Riyals Only

                                                                    Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001408   0296   6006

[**Handwriting**: *659* ✓]

[**Handwriting**: *I received the check – Abdullah Ibrahim al Misfer – 20/10/1419 AH (February 06, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010350

Date: 19/12/1419 AH  [Bilingual Text]  001539
April 05, 1999 AD  AL RAJHI BANKING & INVESTMENT CORP.

[SEAL: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Abdullah bin Ibrahim al Misfer
The amount of 27,375 SR [Twenty-Seven Thousand And Three Hundred Seventy-Five] Saudi Riyals Only

Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001539    0296    6006

[**Handwriting**: *783 ✓*]

[**Handwriting**: *The check was received – to be handed to Brother Abdullah al Misfer – 21/12/1419 AH (April 07, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010145

**[Handwriting:** *940 ✓*]

Date: 07/02/1420 AH  
May 22, 1999 AD

[*Bilingual Text*]  
AL RAJHI BANKING & INVESTMENT CORP.

001664

[**SEAL:** *To be issued to First Beneficiary*]

[*Bilingual Text*]  
AL RABWAH BRANCH  
RIYADH  
Against this Cheque  
Pay to the Order of  
Abdullah bin Ibrahim al Misfer  
The amount of 235,000 SR [Two Hundred Thirty-Five Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]  
DO NOT WRITE BELOW THIS LINE  
001664    0296    6006

[**Handwriting:** *I received the check related to the courses of [Illegible] committee for the summer of 1420 AH (April 1999-April 2000 AD) Handwritten Signature*]

[**Handwriting:** *Accounts Division – I handed a copy to Omar – hand the check to Brother al Misfer*]

CONFIDENTIAL: This document is subject to a Protective Order  
regarding confidential information in 03 MDL 1570, U.S. District Court  
for the Southern District of New York

NL0010423

| | | |
|---|---|---|
| Date: [*Truncated Number*]/1419 AH [*Truncated Number*], 1999 AD | [*Bilingual Text*] AL RAJHI BANKING & INVESTMENT CORP. [**SEAL**: *To be issued to First Beneficiary*] | 001442 |

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Abdullah bin Ibrahim al Misfer
The amount of 105,000 SR [One Hundred-Five Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdel Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001442   ▊0296   ▊6006

[**Handwriting**: *699 ✓*]

[**Handwriting**: *The check was received – to be handed to Brother Abdullah 8 – 11/13 – Handwritten Signature*]

[**Handwriting**: *Institute in Eritrea*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010194



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010327

··١٤٠٦

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.
AL RABWAH BRANCH
RIYADH

Date ٤١٩/١٠/
١٩٩٩/٥/٦
ربوة الرياض

Against this Cheque Pay to the Order of بموجب هذا الشيك لأمر / عبدالله بن ابراهيم المسعر

The amount of المبلغ فقط خمسة آلاف ريال لا غير

S.R. ٥٠٠٠

الشيخ سليمان العبدالعزيز الراجحي

لا تكتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE

Signature

⑈"00 1406⑈"  0⑈ 2961:  5006⑈"

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010348

```
••١٤٠٧                    ۞ شركة الراجحي المصرفية للاستثمار        Date ١٤١٩/١٠/٢٠
                             AL RAJHI BANKING & INVESTMENT CORP.
                                    ‫صرف تنفيذ الأول‬               ١٩٩٩/٤/٦
AL RABWAH BRANCH                                                   صبوة الرياض
RIYADH
Against this Cheque       بموجب هذا الشيك لأمر  عبد الله بن ابراهيم السقر
Pay to the Order of
                                                              ريال
The amount of            لسبعة آلاف ومائتين وخمسة وسبعين ريال    S.R. ٧٢٧٥/
```

الشيخ سليمان العبدالعزيز
الراجحي

‖"00 ١٤٠٧‖"   ⬛0‖2961:   ⬛   6006‖"

تسلم الشيك
لصالح الدعوة — سيد اليوم

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010349



**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010350

**AL RAJHI BANKING & INVESTMENT CORP.**

شركة الراجحي المصرفية للاستثمار

AL RABWAH BRANCH
RIYADH

Against this Cheque
Pay to the Order of: عبدالله بن ابراهيم المسعر

Date: ١٤/١٢/٤ ١٩٩٩/٤/

S.R. ٢٧٢٧٥

الشيخ سليمان العبدالعزيز
الراجحي

‖"001539"‖   ⬛"2961:   ⬛6006"‖

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010145



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010423



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010194



# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10327, 10348, 10349, 10350, 10145, 10423, 10194

**Language:** Arabic > English

**Documents:**
NL 10327, 10348, 10349, 10350, 10145, 10423, 10194

## TRANSLATOR STATEMENT
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*   **Date:** 05/09/2023