# Exhibit 206

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

2.  Sheikh Abdulrahman Al Rajhi  Tel: 966-1-4915122 Off
    P.O. Box 25759                     4920033  Off
    Riyadh 11476                  Fax:    4910242
    Saudi Arabia                          4921883(0)

    Sheikh Sulaiman              Tel:966-1-4601415(0)
                                 Fax:    4601417(0)
                                 Mecca: 966-2-5721794(R)
                                 Gaseem   6-3920444(R)
                                 Tabuk    4-6540536 (0)

    Abdullah Al Rajhi            Fax:966-1-4602040(0)
                                        4602015(0)
                                        4921883(R)
                                        55402999(M)
                                        4102592(C)

    Abdullah AI Misfer           Tel: 966-1-4655582 (R)
                                        4915122 Ex.223(0)
                                        5-5487313 (M)
                                 Father    464-9741
                                 Fax:      491-0242

    Abbas                                 4938036 (R)

    Walid M. AI-Dail             Tel: 966-1-2652866
    P.O. Box 123                 Fax:    2652149/2652851
    Riyadh 11383                 (M) 966-5-5447931
    Saudi Arabia                 E-mail: wmid@zatil.net

    Dr. M. Alkhuthuiry           Tel: 966-1-055482519
    M. Balsharaf                 Tel: 966-1-4545637/055408771
                                 E-mail:balsharaf@hotmail.com

3.  Mohammed Abdul Mohsin Al Twejeri   Tel: 966-1-4650818 (Oft)
    International Islamic Publishing House    4502305 (Res)
    P.O.Box 55195                           55455-297 (Mobile)
    Riyadh 11534                            4647213
    Saudi Arabia                 Fax:       4633489
                                 E-mail: iiphl@hotmail.com

4.  Dr. Ahmad Tamraz             Tel: 966-1-4650818  (Oft)
    P.O. Box 55195               Fax: 966-1-4633489
    Riyadh 11534                        2498678(R)
    Saudi Arabia                        5-5412577 (RP)

42

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.
This document is not permitted to be provided to Rita Katz, her company, organization, associates, agents or employees pursuant to agreement of the parties.

NL 0018775