# Exhibit 207

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

```
        0638 183    FAHAD A ALTHUMAIRY              KW2562  L1      OFC CD: L1
                                                                    PAGE       1

RESIDENCE FLAT RATE SERVICE
ACCOUNT NUMBER          STATEMENT DATE  FAHAD A ALTHUMAIRY         PAGE     1
        -0638 183 S 3184  MAR 26, 2000
                                        CULVER CITY CA
                                        90232-4018
Previous Charges
   Amount of last bill                         .                           4.98-
   Payment(s).                                                              .00
   Credit Balance                                                          4.98-
Current Charges
   Pacific Bell                                    Page    2              21.28
   AT&T                                            Page    3              91.60
                                                                         112.88
Total Due
   Due by  May  1, 2000                                                $107.90
   LATE CHARGE REMINDER.  A late charge may apply on May  2 if your payment
   has not been received.  (See Reverse)
Whom to Call
   Pacific Bell - Customer service:          800-310-BELL or   800-310-2355
   Please visit our website at:                               www.pacbell.com
   For questions about other company charges, see company page.
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000573

67

▮▮▮ 0638 183    FAHAD A ALTHUMAIRY         KW2562 L1       OFC CD: L1
                                                            PAGE    2

```
QUESTIONS ABOUT YOUR PACIFIC BELL BILL?    800-310-2355
PACIFIC BELL MONTHLY CHARGES
SERVICE(S)
     Description                          Qty              Amount
  1  Residence Flat Rate Service           1               10.69
  2  900/976 Blocking                      1                 .00
  3  Your Listing Is Not Published         1                 .28
  4  Number Portability Svc Charge         1                 .34
     Custom Calling Services:
  5  Call Waiting                          1                3.23
  6  Call Forwarding                       1                3.23
MONTHLY SERVICE MAR 26, 2000 THRU APR 25, 2000             17.77
MONTHLY DISCOUNTS
     Description                   Line Nbr Qty  Charges Disc  Amount
  7  Classic Saver Pack  2 Features    0638   1    6.46   2%     .16-
TOTAL PACIFIC BELL MONTHLY CHARGES                             $17.61

TAXES & SURCHARGES
     Description                                            Amount
  8  Charges for Network Access for Interstate Calling,      3.50
     Imposed by Federal Communications Commission
  9  CA High Cost Fund Surcharge - A:        B:    .44        .44
 10  California Teleconnect Fund Surcharge                    .01
 11  Universal Lifeline Telephone Service Surcharge           .08
 12  Rate Surcharge                                           .41-
 13  State Regulatory Fee                                     .02
 14  CA Relay Service and Communications Devices Funds        .03
TOTAL TAXES & SURCHARGES                                   $3.67
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000574

```
        0638 183   FAHAD A ALTHUMAIRY          KW2562  L1      OFC CD: L1
                                                               PAGE     3
```

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
AT&T ACCOUNT SUMMARY

| Description | Page | Amount |
|---|---|---|
| Charges for     0638 for MARCH | 3 | 91.60 |
| TOTAL SUMMARY OF AT&T CHARGES | | 91.60 |

Telecommunications companies are required to contribute to

the Universal Service Fund. AT&T recovers its contributions

for the fund through the Universal Connectivity Charge.
Beginning with your April bill, this charge will change from

a flat monthly fee of $1.38 to 8.6% of your state-to-

state and international long distance charges as well as

any service charges. For more information call

1 800 532-2021 or access our website: www.att.com/

connectivity_charge.

This advertisement is paid for by AT&T. Pacific Bell has no
affiliation with AT&T and cannot endorse, recommend or warrant any
service described herein.

SUMMARY OF AT&T CHARGES FOR     0638 FOR MARCH

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 3 | | | 19.86 |
| Additions & Changes to Service(s) | 3 | | | 12.50- |
| True Offering Savings | 4 | 119 | 378 | 22.15 |
| International Offerings | 4 | 22 | 106 | 59.20 |
| National Access Contribution | 7 | | | 2.89 |
| TOTAL SUMMARY OF AT&T CHARGES FOR MARCH | | 141 | 484 | 91.60 |

AT&T MONTHLY CHARGES

Monthly Service From MAR 19, 2000 to APR 18, 2000
OPTIONAL SERVICES

| | Description | Amount |
|---|---|---|
| 1 | AT&T One Rate (R) Int'l Value Plan | 3.00 |
| 2 | AT&T One Rate (R) Off-Peak II Plan | 4.95 |
| | | 7.95 |

TAXES AND SURCHARGES

| | Description | Amount |
|---|---|---|
| 3 | Tax: Fed | 2.41 |
| 4 | CHCF-A, CHCF-B | .41 |
| 5 | CA Relay Service and Communications Devices Fund | .03 |
| 6 | California State Regulatory Fee | .02 |
| 7 | California Teleconnect Fund | .01 |
| 8 | Univ Lifeline Tele Serv Sur | .08 |
| 9 | Tax: 911 | .12 |
| 10 | Tax: Local | 8.83 |
| | | 11.91 |
| | TOTAL AT&T MONTHLY CHARGES | $19.86 |

ADDITIONS AND CHANGES TO SERVICE(S)

| | Description | Amount |
|---|---|---|
| 11 | AT&T Welcome Bonus | 12.50- |

SUBJECT TO FBI PROTECTIVE ORDER                FBI000575

```
70
    0638 183    FAHAD A ALTHUMAIRY           KW2562  L1        OFC CD: L1
                                                               PAGE     4
AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) INT'L VALUE PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
INTERNATIONAL CALLS
Direct Dialed Calls
    Date  Time   Place and Number Called   Type  R   Minutes   Amount
 1  FE20  1203p  SAUDI ARAB  96614829993   Dir   Ec       1      .70  49
 2  FE22  1009p  SAUDI ARAB  96614767794   Dir   Ec       1      .70  49
 3  FE22  1011p  SAUDI ARAB  96614829993   Dir   Ec       9     6.30  49
 4  FE23  1245a  SAUDI ARAB  96614761587   Dir   Ec       1      .70  49
 5  FE23  1159a  SAUDI ARAB  96655460399   Dir   Ec       3     2.10  49
 6  FE27  1258p  UK          441509611899  Dir   Ec       1      .10  49
 7  FE28  1213a  SAUDI ARAB  96614829993   Dir   Ec       1      .70  49
 8  FE29  1142a  SAUDI ARAB  96614801148   Dir   Ec       5     3.50  49
 9  MR01  1248a  SAUDI ARAB  96614910242   Dir   Ec       3     2.10  49
10  MR01  1035p  SAUDI ARAB  96614286690   Dir   Ec       1      .70  49
11  MR01  1039p  SAUDI ARAB  96614286690   Dir   Ec       2     1.40  49
12  MR03  1053a  SAUDI ARAB  96655171671   Dir   Ec      12     8.40  49
13  MR04  1133a  SAUDI ARAB  96638825198   Dir   Ec       8     5.60  49
14  MR05   133p  UK          441509611899  Dir   Ec       1      .10  49
15  MR06   123a  SAUDI ARAB  96614828454   Dir   Ec       8     5.60  49
16  MR06  1244p  SAUDI ARAB  96614801148   Dir   Ec       4     2.80  49
17  MR12  1125a  SAUDI ARAB  96614829993   Dir   Ec       1      .70  49
18  MR12  1006p  SAUDI ARAB  96655171671   Dir   Ec       1      .70  49
19  MR12  1013p  SAUDI ARAB  96655133223   Dir   Ec       2     1.40  49
20  MR16   357a  SAUDI ARAB  96638641151   Dir   Ec       7     4.90  49
21  MR17   312p  UK          441509611899  Dir   Ec      23     2.30  49
22  MR18   124a  SAUDI ARAB  96655480458   Dir   Ec      11     7.70  49
                                                                     59.20
    TOTAL INTERNATIONAL CALLS                                        59.20

AT&T ONE RATE (R) OFF-PEAK II PLAN CALLS

AT&T IN-STATE TOLL SERVICE


Chrgs in Amount column are informational. See Summary for actual chrgs.

ELIGIBLE CALLS
    Date  Time   Place and Number Called   Type  R   Minutes   Amount
23  FE19  1110p  ALAMITOS    CA            Dir   Nt       1      .05  39
24  FE21   837p  ANAHEIM     CA            Dir   Nt       8      .40  39
25  FE21   850p  ANAHEIM     CA            Dir   Nt       7      .35  39
26  FE21   857p  ALAMITOS    CA            Dir   Nt      10      .50  39
27  FE23  1048a  FLS CHURCHVA              Dir   Day      2      .14  19
28  FE23  1050a  ARLINGTON VA              Dir   Day      1      .07  19
29  FE23  1051a  FLS CHURCHVA              Dir   Day      1      .07  19
30  FE23  1053a  ARLINGTON VA              Dir   Day      1      .07  19
31  FE23   941p  ALAMITOS    CA            Dir   Nt      15      .75  39
32  FE24   905a  WASHINGTONDC              Dir   Day      8      .56  19
33  FE24  1204p  FLS CHURCHVA              Dir   Day      1      .07  19
34  FE24  1205p  FLS CHURCHVA              Dir   Day      1      .07  19
35  FE24  1211p  FLS CHURCHVA              Dir   Day      1      .07  19
36  FE25   424p  ALAMITOS    CA            Dir   Nt       5      .25  39
37  FE25   514p  ALAMITOS    CA            Dir   Nt       2      .10  39
38  FE25   759p  ALAMITOS    CA            Dir   Nt       1      .05  39
39  FE25   826p  ALAMITOS    CA            Dir   Nt       1      .05  39
40  FE26  1213p  ALAMITOS    CA            Dir   Nt       2      .10  39
41  FE26  1215p  SANBARBARACA              Dir   Nt       1      .10  39
42  FE26  1216p  SANBARBARACA              Dir   Nt       1      .10  39
```

```
        0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                     PAGE    5
```

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T IN-STATE TOLL SERVICE

ELIGIBLE CALLS (continued)

```
    Date  Time   Place and Number Called    Type  R    Minutes   Amount
 1  FE26  1217p  SANBARBARACA                Dir   Nt       2      .20 39
 2  FE26  1222p  ALAMITOS   CA               Dir   Nt       4      .20 39
 3  FE26   112p  ARLINGTON VA                Dir   Nt       1      .05 19
 4  FE26   112p  FLS CHURCHVA                Dir   Nt       1      .05 19
 5  FE26   113p  FAIRFAX    VA               Dir   Nt       1      .05 19
 6  FE26   118p  SPOKANE    WA               Dir   Nt       2      .10 19
 7  FE26   629p  ALAMITOS   CA               Dir   Nt       4      .20 39
 8  FE27   942a  SPOKANE    WA               Dir   Nt       3      .15 19
 9  FE27  1224p  ALAMITOS   CA               Dir   Nt       4      .20 39
10  FE27   347p  ANAHEIM    CA               Dir   Nt       3      .15 39
11  FE27   413p  ALAMITOS   CA               Dir   Nt       3      .15 39
12  FE27   418p  ANAHEIM    CA               Dir   Nt       1      .05 39
13  FE27   419p  ANAHEIM    CA               Dir   Nt       1      .05 39
14  FE27   617p  ANAHEIM    CA               Dir   Nt       2      .10 39
15  FE27   633p  ALAMITOS   CA               Dir   Nt       3      .15 39
16  FE27   642p  WESTMINSTRCA                Dir   Nt       1      .05 39
17  FE27   644p  ALAMITOS   CA               Dir   Nt       1      .05 39
18  FE28  1042a  FLS CHURCHVA                Dir   Day      9      .63 19
19  FE28  1052a  ARLINGTON VA                Dir   Day      1      .07 19
20  FE28  1256p  ALAMITOS   CA               Dir   Nt       1      .05 39
21  FE28   112p  ALAMITOS   CA               Dir   Nt       1      .05 39
22  FE28   114p  ALAMITOS   CA               Dir   Nt       3      .15 39
23  FE28   141p  FLS CHURCHVA                Dir   Day      3      .21 19
24  FE28   150p  FLS CHURCHVA                Dir   Day      1      .07 19
25  FE28   151p  ARLINGTON VA                Dir   Day      1      .07 19
26  FE28   847p  ALAMITOS   CA               Dir   Nt       1      .05 39
27  FE29  1109a  WASHINGTONDC                Dir   Day      5      .35 19
28  FE29   446p  RIVERSIDE CA                Dir   Nt       1      .05 39
29  FE29   446p  RIVERSIDE CA                Dir   Nt       1      .05 39
30  MR01  1203p  WASHINGTONDC                Dir   Day      3      .21 19
31  MR01   321p  WASHINGTONDC                Dir   Day      7      .49 19
32  MR01   359p  FLS CHURCHVA                Dir   Day      4      .28 19
33  MR01  1143p  ALAMITOS   CA               Dir   Nt       1      .05 39
34  MR02  1114a  RIVERSIDE CA                Dir   Nt       5      .25 39
35  MR02  1144a  SADLECKVLYCA                Dir   Nt       1      .05 39
36  MR02  1145a  HNTNGTN BCCA                Dir   Nt      12      .60 39
37  MR03   219p  ALAMITOS   CA               Dir   Nt       4      .20 39
38  MR03   708p  FLS CHURCHVA                Dir   Nt       2      .10 19
39  MR03   737p  VLY STREAMNY                Dir   Nt       2      .10 19
40  MR04   959p  ALAMITOS   CA               Dir   Nt       1      .05 39
41  MR06   102p  WASHINGTONDC                Dir   Day      1      .07 19
42  MR06   105p  ANAHEIM    CA               Dir   Nt       1      .05 39
43  MR06   107p  WASHINGTONDC                Dir   Day      1      .07 19
44  MR06   137p  ALAMITOS   CA               Dir   Nt       4      .20 39
45  MR06   710p  ANAHEIM    CA               Dir   Nt       1      .05 39
46  MR06   714p  ALAMITOS   CA               Dir   Nt       1      .05 39
47  MR06   714p  ALAMITOS   CA               Dir   Nt       1      .05 39
48  MR06   716p  ALAMITOS   CA               Dir   Nt       1      .05 39
49  MR06   831p  ANAHEIM    CA               Dir   Nt       1      .05 39
50  MR06   927p  ALAMITOS   CA               Dir   Nt       1      .05 39
51  MR07  1123a  ANAHEIM    CA               Dir   Nt       1      .05 39
52  MR07  1124a  WASHINGTONDC                Dir   Day      9      .63 19
53  MR07   103p  WASHINGTONDC                Dir   Day      5      .35 19
54  MR07   128p  WASHINGTONDC                Dir   Day      1      .07 19
55  MR07   149p  ALAMITOS   CA               Dir   Nt       6      .30 39
56  MR07   156p  WASHINGTONDC                Dir   Day      6      .42 19
57  MR07   416p  ALAMITOS   CA               Dir   Nt      28     1.40 39
```

0638 183    FAHAD A ALTHUMAIRY             KW2562  L1       OFC CD: L1
                                                             PAGE     6

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T IN-STATE TOLL SERVICE

ELIGIBLE CALLS (continued)
```
   Date  Time   Place and Number Called     Type  R    Minutes    Amount
 1 MR07   447p  ALAMITOS    CA              Dir   Nt      1        .05 39
 2 MR07   731p  ALAMITOS    CA              Dir   Nt      6        .30 39
 3 MR08   406p  RIVERSIDE   CA              Dir   Nt      1        .05 39
 4 MR08   407p  RIVERSIDE   CA              Dir   Nt      9        .45 39
 5 MR08   523p  LONG BEACHCA                Dir   Nt      2        .10 39
 6 MR08   735p  ALAMITOS    CA              Dir   Nt      1        .05 39
 7 MR08   736p  ALAMITOS    CA              Dir   Nt      1        .05 39
 8 MR09  1051a  WASHINGTONDC                Dir   Day     7        .49 19
 9 MR10  1109a  ALAMITOS    CA              Dir   Nt      1        .05 39
10 MR10  1121a  ANAHEIM     CA              Dir   Nt      5        .25 39
11 MR10  1127a  ANAHEIM     CA              Dir   Nt      4        .20 39
12 MR10   110p  ALAMITOS    CA              Dir   Nt      1        .05 39
13 MR10   110p  ALAMITOS    CA              Dir   Nt      2        .10 39
14 MR11   233p  ANAHEIM     CA              Dir   Nt      1        .05 39
15 MR11   234p  PALMDALE    CA              Dir   Nt      1        .05 39
16 MR12   549p  SALINAS     CA              Dir   Nt      4        .40 39
17 MR12   554p  SALINAS     CA              Dir   Nt      3        .30 39
18 MR12   557p  SALINAS     CA              Dir   Nt      1        .10 39
19 MR12   619p  ALAMITOS    CA              Dir   Nt      3        .15 39
20 MR12  1019p  SNLUSOBSPOCA                Dir   Nt      5        .50 39
21 MR12  1024p  PALMDALE    CA              Dir   Nt      9        .45 39
22 MR13   504p  ALAMITOS    CA              Dir   Nt      2        .10 39
23 MR13   547p  ALAMITOS    CA              Dir   Nt      2        .10 39
24 MR13   557p  ALAMITOS    CA              Dir   Nt      3        .15 39
25 MR13   707p  NEWARK      CA              Dir   Nt      7        .70 39
26 MR13   807p  FREMNTNWRKCA                Dir   Nt      2        .20 39
27 MR13   809p  FREMNTNWRKCA                Dir   Nt      1        .10 39
28 MR13   810p  FREMNTNWRKCA                Dir   Nt      4        .40 39
29 MR13   928p  NEWARK      CA              Dir   Nt      1        .10 39
30 MR13  1034p  SNLUSOBSPOCA                Dir   Nt      1        .10 39
31 MR14  1009p  ALAMITOS    CA              Dir   Nt      4        .20 39
32 MR14  1014p  ALAMITOS    CA              Dir   Nt      1        .05 39
33 MR15   848p  PALMDALE    CA              Dir   Nt      4        .20 39
34 MR16  1042a  LONG BEACHCA                Dir   Nt      1        .05 39
35 MR16  1059a  LONG BEACHCA                Dir   Nt      1        .05 39
36 MR17   233p  ALAMITOS    CA              Dir   Nt      7        .35 39
37 MR17   458p  ALAMITOS    CA              Dir   Nt      9        .45 39
38 MR17   514p  ALAMITOS    CA              Dir   Nt      2        .10 39
39 MR17   722p  PASADENA    CA              Dir   Nt      8        .40 39
40 MR18  1034p  GARDEN GRVCA                Dir   Nt      1        .05 39
41 MR18  1034p  GARDEN GRVCA                Dir   Nt      1        .05 39
42 MR18  1036p  ANAHEIM     CA              Dir   Nt      2        .10 39
                                                                  22.15
```

AT&T One Rate (R) Off-Peak II Plan Summary

AT&T In-State Toll Service Summary
    Description                                              Amount
43  Direct Dialed Calls                                        9.50
44  Direct Dialed Calls                                       12.65

TOTAL AT&T ONE RATE (R) OFF-PEAK II PLAN                     $22.15


TOTAL CHARGES FOR AT&T IN-STATE TOLL SERVICE                   $.00


NOTE: You have saved    0.00 with

SUBJECT TO FBI PROTECTIVE ORDER            FBI000578

███ 0638 183    FAHAD A ALTHUMAIRY                KW2562  L1        OFC CD: L1
                                                                    PAGE       7

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) INT'L VALUE PLAN SUMMARY

|   | Description | Minutes | Amount |
|---|---|---|---|
| 1 | International Discounted Calls | 106 Mins | 59.20 |

TOTAL AT&T ONE RATE (R) INT'L VALUE PLAN                          $59.20


Direct dialed                     0.00 Disc @   0%

NOTE: You have saved    209.87 over regular

       AT&T Rates with AT&T One Rate (R)

       Int'l Value Plan this month.
NATIONAL ACCESS CONTRIBUTION
   Description                                                   Amount
 2  Carrier Line Charge                                            1.51
 3  Universal Connectivity Charge                                  1.38
                                                                  2.89
TOTAL NATIONAL ACCESS CONTRIBUTION CHARGES                        $2.89


       For an explanation of this charge, please call
       1 800 532-2021.

SUBJECT TO FBI PROTECTIVE ORDER          FBI000579

```
         0638 183      FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                        PAGE     8
```

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
This portion of your bill is provided as a service to AT&T. There is
no connection between Pacific Bell and AT&T.

```
         0638 183      FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
```

SUBJECT TO FBI PROTECTIVE ORDER       FBI000580