**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

      **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2024__

**03-MD-01570 (GBD)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

      Through counsel, Plaintiff Jamal Green requests that the Court dismiss his claims without prejudice and vacate the judgment entered on his behalf against the Islamic Republic of Iran. ECF No. 10580. The Court is scheduling a telephone conference on Thursday, December 12, 2024, at 2:30 p.m. to discuss this matter. Mr. Green's counsel is directed to call into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     December 9, 2024
           New York, New York