UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, 1:04-cv-01923 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)

**NOTICE OF REQUEST FOR ORDER TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2) and MOTION TO VACATE A JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(6)**

PLEASE TAKE NOTICE that upon the supporting Declaration of Jerry S. Goldman, Esq., pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 60(b)(6), Plaintiff JAMAL GREEN in the above-captioned matters, through undersigned counsel, hereby gives notice that he seeks an Order by this Court to dismiss his claims without prejudice from the above-captioned actions and vacate the judgment entered on his behalf against defendant the Islamic Republic of Iran.

Dated: New York, New York
December 9, 2024

Respectfully submitted,

*/s/ Jerry S. Goldman*
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 279-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
*Attorneys for Plaintiff Jamal Green*

docs-100730619.4