UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, 1:04-cv-01923 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)

# [PROPOSED] ORDER

Upon consideration of Plaintiff's motion to dismiss his claims in the above-captioned actions, pursuant to Fed. R. Civ. P. 41(a)(2), and to vacate his January 4, 2022 judgment against the Islamic Republic of Iran at ECF No. 7522, pursuant to Fed. R. Civ. P. 60(b)(6), it is hereby

**ORDERED** that Plaintiff Jamal Green's motion is granted; and it is further

**ORDERED** that Plaintiff Jamal Green's claims in the above-captioned actions are hereby dismissed without prejudice; and it is further

**ORDERED** that Plaintiff Jamal Green's January 4, 2022 judgment against the Islamic Republic of Iran at ECF No. 7522 is hereby vacated.

The Clerk of the Court is hereby directed to terminate the motion docketed at ECF No. 10606.

Dated: New York, New York
       December__, 2024

_____
Judge Netburn