| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identificiation of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or 9/11 Injured Party |
| 1 | Lisa Maria Dreher as Representative of the Estate of Nicholas Mario Chiarchiaro, Sr., Deceased Spouse of Dorothy J. Chiarchiaro, Deceased | Nicholas M. Chiarchiaro, Sr., in his own right and as Representative of the Estate of Dorothy J. Chiarchiaro, Deceased | 1:02-cv-01616, 1, at 125 | Dorothy J. Chiarchiaro |
| 2 | Kyle E. Bickford, as Personal Representative of the Estate of Gaye A. Hannon, Deceased Parent of Dana Rey Hannon, Deceased | Gaye Hannon (P1754), in her own right as the Mother of Dana Rey Hannon, Deceased | 1:02-cv-01616, 26,29, at 3360 | Dana Rey Hannon |
| 3 | Jean F. Neufeld, as Personal Representative of the Estate of Judith M. Glick, Deceased Spouse of Barry H. Glick, Deceased | Judith M. Glick (P4297) | 1:02-cv-01616, 305, at P4297 | Barry H. Glick |
| 4 | Rachael Celeste Higley, as Personal Representative of the Estate of John Douglas Higley, Deceased Parent of Robert D. Warren Higley, II, Deceased | John Douglas Higley, in his own right and on behalf of the Minor Child of Robert Dale Warren Higley, II, Deceased | 1:02-cv-01616, 3, at 1241 | Robert D. Warren Higley, II |
| 5 | Gloria Jean Ingrassia, as Personal Representative of the Estate of Anthony A. Ingrassia, Deceased Parent of Christopher Noble Ingassia, Deceased | Anthony A. Ingrassia (P172), in his own right as the Father of Christopher Noble Ingrassia, Deceased | 1:02-cv-01616, 26,29, at 276 | Christopher Noble Ingrassia |
| 6 | Jeanne M. Maurer, as Personal Representative of the Estate of Linda Ann Maurer, Deceased Sibling of Jill Marie Campbell, Deceased | Linda Maurer (P58), in her own right as the Sister of Jill Marie Campbell, Deceased | 1:02-cv-01616, 26,29, at 100 | Jill Marie Campbell |
| 7 | Caroline Susan Wallace, as Child of Roy Michael Wallace, Deceased | Susan Ann Wallace on behalf of C.S.W., Child of Roy Wallace Deceased | 1:02-cv-01616, 8393-1, at 73, 8487 | Roy Michael Wallace |
| 8 | Mallory Ann Wallace, as Child of Roy Michael Wallace, Deceased | Susan Ann Wallace on behalf of M.A.W., Child of Roy Wallace Deceased | 1:02-cv-01616, 8393-1, at 73, 8487 | Roy Michael Wallace |
| 9 | Michelle Stevens, as Personal Representative of the Estate of George Thomas Long, Deceased Parent of Stephen V. Long, Deceased | George T. Long (P711), in his own right as the Father of Major Stephen V. Long, Deceased | 1:02-cv-01616, 26,29, at 1337 | Stephen V. Long |
| 10 | Margaret Tolman Schardt, as Personal Representative of the Estate of Robert Schardt, Deceased Parent of John Albert Schardt, Deceased | Robert Schardt (P2305), in his own right as the Father of John Schardt, Deceased | 1:02-cv-01616, 26,29, at 4376 | John Albert Schardt |
| 11 | Carol Margaret DeBenedictis, as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato (P581), in his own right as the Father of Paul Furmato, Deceased | 1:02-cv-01616, 26,29, at 1126 | Paul James Furmato |
| 12 | Joseph Furmato, Jr., as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato (P581), in his own right as the Father of Paul Furmato, Deceased | 1:02-cv-01616, 26,29, at 1126 | Paul James Furmato |
| 13 | Donna DelleFemine, as Personal Representative of the Estate of Kenneth DelleFemine, Deceased Sibling of Carol Marie Bouchard, Deceased | Kenneth DelleFemine (P1407), in his own right as the Brother of Carol Bouchard, Deceased | 1:02-cv-01616, 26,29, at 2702 | Carol Marie Bouchard |
| 14 | Joseph Greene, as Personal Representative of the Estate of Thomas M. Greene, Deceased Sibling of Lorraine Lee, Deceased | Thomas M. Greene (P705), in his own right as the Brother of Lorraine Lee, Deceased | 1:02-cv-01616, 26,29, at 1327 | Lorraine Lee |
| 15 | Gina Laura Giovanniello, as Personal Representative of the Estate of Irene Angrisani, Deceased Parent of Doreen J. Angrisani, Deceased | Irene Angrisani (P4589) | 1:02-cv-01616, 313, at P4589 | Doreen J. Angrisani |

| # | Personal Representative | Decedent | Citation | Decedent Name |
|---|---|---|---|---|
| 16 | Nancy Lee Mangum, as Personal Representative of the Estate of Derrill George Bodley, Deceased Parent of Deora Frances Bodley, Deceased | Derrill Bodley (P4612) | 1:02-cv-01616, 313, at P4612 | Deora Frances Bodley |
| 17 | Janis Biermann, as Co-Representative of the Estate of Thomas Cullinan, Deceased Spouse of Joan McConnell Cullinan | Thomas Cullinan (P4211) | 1:02-cv-01616, 305, at P4211 | Joan McConnell Cullinan |
| 18 | John Thomas Cullinan, as Co-Representative of the Estate of Thomas Cullinan, Deceased Spouse of Joan McConnell Cullinan | Thomas Cullinan (P4211) | 1:02-cv-01616, 305, at P4211 | Joan McConnell Cullinan |
| 19 | Megan Alice Fajardo, as Personal Representative of the Estate of Helen Ann Dollard, Deceased Parent of Neil Matthew Dollard | Helen Dollard (P4232) | 1:02-cv-01616, 305, at P4232 | Neil Matthew Dollard |
| 20 | Patrice Kelleher, as Personal Representative of the Estate of James T. Donovan, Deceased Parent of Jacqueline Donovan | James T. Donovan (P3676) | 1:02-cv-01616, 232, at P3676 | Jacqueline Donovan |
| 21 | Christian Crane Croner, as Personal Representative of the Estate of Patricia V. Flounders, Deceased Spouse of Joseph W. Flounders | Patricia V. Flounders, Deceased | 1:02-cv-01616, 26, 29, at caption | Joseph W. Flounders |
| 22 | Gregory Fumando, as Personal Representative of the Estate of Katherine Marie Fumando, Deceased Spouse of Clement Fumando | Katherine Fumando, in her own right and as the Representative of the Estate of Clement Fumando, Deceased | 1:02-cv-01616, 3, at 1132 | Clement Fumando |
| 23 | Cynthia Sue Sumner, as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr. | Carl M. Hammond, Sr., individually as the Parent of Carl Max Hammond, Jr., Deceased | 1:03-md-01570, 3477, at 1454 | Carl Max Hammond, Jr. |
| 24 | Nathan Conklin, as Personal Representative of the Estate of Susan Conklin, Deceased Sibling of Donald G. Havlish, Jr. | Susan Conklin, in her own right as the Sister of Donald G. Havlish, Jr., Deceased | 1:02-cv-01616, 1, at 709 | Donald G. Havlish, Jr. |
| 25 | Michael Henry, as Personal Representative of the Estate of Mary Elizabeth Henry, Deceased Sibling of Joseph P. Henry | Mary Henry (P2931) | 1:02-cv-01616, 155, at P2931 | Joseph P. Henry |
| 26 | Eslyn Hernandez, as Personal Representative of the Estate of Alejandrina Feliciano Hernandez, Deceased Parent of Norberto Hernandez | Alejandrina Feliciano (P1802), in her own right as the Mother of Norberto Hernandez, Deceased | 1:02-cv-01616, 26, 29, at 3438; 10419- | Norberto Hernandez |
| 27 | Darlene Marie Keohane, as Personal Representative of the Estate of Mary Ann Keohane, Deceased Parent of John Richard Keohane | Mary Keohane (2971) | 1:02-cv-01616, 155, at P2972 | John Richard Keohane |
| 28 | Bette Maerz, as Personal Representative of the Estate of Ralph S. Maerz, Jr., Deceased Parent of Noell Charles Maerz | Ralph Maerz, Jr., in his own right as the Father and on behalf of the family of Noell Maerz, Deceased | 1:02-cv-01616, 1, at 717 | Noell Charles Maerz |
| 29 | Helen K. Rosenthal, as Personal Representative of the Estate of Avram Rosenthal, Deceased Parent of Joshua Alan Rosenthal | Avram Rosenthal (P3936) | 1:02-1:02-cv-01616, 232, at P3936 | Joshua Alan Rosenthal |
| 30 | Robert F. Steiner, as Personal Representative of the Estate of Wilma E. Steiner, Deceased Parent of William R. Steiner | Wilma E. Steiner (P3961) | 1:02-cv-01616, 232, at P3961 | William R. Steiner |
| 31 | Kenneth Ronald May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May | Ronald F. May (P206), in his own right as Representative of the Estate of Renee A. May, Deceased | 1:02-cv-01616, 26,29, at 333 | Renee A. May |

| # | | | | |
|---|---|---|---|---|
| 32 | Joseph Michael Esposito, as Personal Representative of the Estate of Simone Esposito, Sr., Deceased Parent of Michael Esposito | Simone Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 202 | Michael Esposito |
| 33 | Michele Boryczewski, as Co-Representative of the Estate of Michael Boryczewski, Deceased Parent of Martin Boryczewski, Deceased | Julia Ursula Boryczewski as Representative of the Estate of Michael Boryczewski, Deceased | 1:02-cv-01616, 1, at 88, 8397-1, at 3, 8433 | Martin Boryczewski |
| 34 | Julia Ursula Boryczewski, as Co-Representative of the Estate of Michael Boryczewski, Deceased Parent of Martin Boryczewski, Deceased | Julia Ursula Boryczewski as Representative of the Estate of Michael Boryczewski, Deceased | 1:02-cv-01616, 1, at 88, 8397-1, at 3, 8433 | Martin Boryczewski |
| 35 | Maureen Hunt, as Co-Representative of the Estate of Mary Ann Hunt, Deceased Parent of Kathleen Ann Hunt Casey, Deceased | Eileen Ann Mosca as Personal Representative of the Estate of Mary Ann Hunt, Deceased | 1:02-cv-01616, 432, at P4790, 8397-1, a | Kathleen Ann Hunt Casey |
| 36 | Eileen Ann Mosca, as Co-Representative of the Estate of Mary Ann Hunt, Deceased Parent of Kathleen Ann Hunt Casey, Deceased | Eileen Ann Mosca as Personal Representative of the Estate of Mary Ann Hunt, Deceased | 1:02-cv-01616, 432, at P4790, 8397-1, a | Kathleen Ann Hunt Casey |
| 37 | Michael Henry, as Co-Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry | Alice Anne Henry, as Personal Representative of the Estate of Edward Henry, Deceased | 1:02-cv-01616, 155, at P2928, 8397-1, a | Joseph P. Henry |
| 38 | Alice Anne Henry, as Co-Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry | Alice Anne Henry, as Personal Representative of the Estate of Edward Henry, Deceased | 1:02-cv-01616, 155, at P2928, 8397-1, a | Joseph P. Henry |
| 39 | Edward Henry, Jr., as Co-Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry | Alice Anne Henry, as Personal Representative of the Estate of Edward Henry, Deceased | 1:02-cv-01616, 155, at P2928, 8397-1, a | Joseph P. Henry |
| 40 | John William Hoffman, as Co-Representative of the Estate of Thomas J. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Francis Matthew Hoffman, as Personal Representative of the Estate of Thomas J. Hoffman, Deceased | 1:02-cv-01616, 26, 29, at 2497, 8397-1 | Stephen G. Hoffman |
| 41 | Francis Matthew Hoffman, as Co-Representative of the Estate of Thomas J. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Francis Matthew Hoffman, as Personal Representative of the Estate of Thomas J. Hoffman, Deceased | 1:02-cv-01616, 26, 29, at 2497, 8397-1 | Stephen G. Hoffman |
| 42 | Marci Alyse Kleinberg-Bandelli, as Co-Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of Alan David Kleinberg | Debra Joy Foxx, as Personal Representative of the Estate of Stanley L. Kleinberg, Deceased | 1:02-cv-01616, 1, at 764, 8397-1, at 15, | Alan David Kleinberg |
| 43 | Marla H. Parker, as Co-Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of Alan David Kleinberg | Debra Joy Foxx, as Personal Representative of the Estate of Stanley L. Kleinberg, Deceased | 1:02-cv-01616, 1, at 764, 8397-1, at 15, | Alan David Kleinberg |
| 44 | Debra Joy Foxx, as Co-Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of Alan David Kleinberg | Debra Joy Foxx, as Personal Representative of the Estate of Stanley L. Kleinberg, Deceased | 1:02-cv-01616, 1, at 764, 8397-1, at 15, | Alan David Kleinberg |
| 45 | Karen Ellen Renzo, as Co-Representative of the Estate of Eleanor Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Eleanor Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2443, 8397-1 | Kenneth Warren Van Auken |
| 46 | Janice Lynne Booth, as Co-Representative of the Estate of Eleanor Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Eleanor Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2443, 8397-1 | Kenneth Warren Van Auken |
| 47 | Karen Ellen Renzo, as Co-Representative of the Estate of Warren Gordon Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Warren Gordon Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2442, 8397-1 | Kenneth Warren Van Auken |

| # | | | | |
|---|---|---|---|---|
| 48 | Janice Lynne Booth, as Co-Representative of the Estate of Warren Gordon Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Warren Gordon Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2442, 8397-1 | Kenneth Warren Van Auken |
| 49 | Paul Edward Van Laere, as Co-Representative of the Estate of Margaret Rita Van Laere, Deceased Parent of Daniel Maurice Van Laere | Rita Marie Wiley, as Personal Representative of the Estate of Margaret Rita Van Laere, Deceased | 1:02-cv-01616, 3, at 1718, 8397-1, at 27 | Daniel Maurice Van Laere |
| 50 | Rita Marie Wiley, as Co-Representative of the Estate of Margaret Rita Van Laere, Deceased Parent of Daniel Maurice Van Laere | Rita Marie Wiley, as Personal Representative of the Estate of Margaret Rita Van Laere, Deceased | 1:02-cv-01616, 3, at 1718, 8397-1, at 27 | Daniel Maurice Van Laere |