| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Michelle Stevens, as Personal Representative of the Estate of George Thomas Long, Deceased Parent of Stephen V. Long, Deceased | George T. Long in their own right as the Parent of Stephen V. Long, Deceased | 1:15-cv-09903, 53, at 714 | Stephen V. Long |
| 2 | Donna DelleFemine, as Personal Representative of the Estate of George Kenneth Dellefemine, Deceased Sibling of Carol Marie Bouchard, Deceased | Kenneth Dellefemine in their own right as the Sibling of Carol Marie Bouchard, Deceased | 1:15-cv-09903, 53, at 1683 | Carol Marie Bouchard |
| 3 | Margaret Tolman Schardt, as Personal Representative of the Estate of Robert Schardt, Deceased Parent of John Albert Schardt, Deceased | Robert Schardt in their own right as the Parent of John Schardt, Deceased | 1:15-cv-09903, 53, at 1793 | John Albert Schardt |
| 4 | Carol Margaret DeBenedictis, as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato, Sr. in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1149 | Paul James Furmato |
| 5 | Joseph Furmato, Jr., as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato, Sr. in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1149 | Paul James Furmato |
| 6 | Donna DelleFemine, as Personal Representative of the Estate of Kenneth DelleFemine, Deceased Sibling of Carol Marie Bouchard, Deceased | Kenneth DelleFemine in their own right as the Sibling of Carol Bouchard, Deceased | 1:15-cv-09903, 53, at 1683 | Carol Marie Bouchard |
| 7 | Joseph Greene, as Personal Representative of the Estate of Thomas M. Greene, Deceased Sibling of Lorraine Lee, Deceased | Thomas M. Greene in their own right as the Sibling of Lorraine Lee, Deceased | 1:15-cv-09903, 53, at 351 | Lorraine Lee |
| 8 | Darlene Marie Keohane, as Personal Representative of the Estate of Mary Ann Keohane, Deceased Parent of John Richard Keohane | Mary Keohane in their own right as the Parent of John Richard Keohane, Deceased | 1:15-cv-09903, 53, at 2298 | John Richard Keohane |
| 9 | Kenneth Ronald May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May | Ronald F. May, as Personal Representative of the Estate of Renee A. May, Deceased and on behalf of all beneficiaries of Renee A. May | 1:15-cv-09903, 53, at 29 | Renee A. May |