```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570


-----------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibits A and B in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibits A and B identify the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   December 10, 2024              Respectfully submitted,

                                        MOTLEY RICE LLC

                                        */s/ John C. Duane*
                                        John C. Duane, Esq.
                                        Mount Pleasant, SC 29464
                                        Telephone: (843) 216-9000
                                        Facsimile: (843) 216-9450
                                        jduane@motleyrice.com

                                        Counsel for Plaintiffs

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identificiation of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or 9/11 Injured Party |
| 1 | Lisa Maria Dreher as Representative of the Estate of Nicholas Mario Chiarchiaro, Sr., Deceased Spouse of Dorothy J. Chiarchiaro, Deceased | Nicholas M. Chiarchiaro, Sr., in his own right and as Representative of the Estate of Dorothy J. Chiarchiaro, Deceased | 1:02-cv-01616, 1, at 125 | Dorothy J. Chiarchiaro |
| 2 | Kyle E. Bickford, as Personal Representative of the Estate of Gaye A. Hannon, Deceased Parent of Dana Rey Hannon, Deceased | Gaye Hannon (P1754), in her own right as the Mother of Dana Rey Hannon, Deceased | 1:02-cv-01616, 26,29, at 3360 | Dana Rey Hannon |
| 3 | Jean F. Neufeld, as Personal Representative of the Estate of Judith M. Glick, Deceased Spouse of Barry H. Glick, Deceased | Judith M. Glick (P4297) | 1:02-cv-01616, 305, at P4297 | Barry H. Glick |
| 4 | Rachael Celeste Higley, as Personal Representative of the Estate of John Douglas Higley, Deceased Parent of Robert D. Warren Higley, II, Deceased | John Douglas Higley, in his own right and on behalf of the Minor Child of Robert Dale Warren Higley, II, Deceased | 1:02-cv-01616, 3, at 1241 | Robert D. Warren Higley, II |
| 5 | Gloria Jean Ingrassia, as Personal Representative of the Estate of Anthony A. Ingrassia, Deceased Parent of Christopher Noble Ingassia, Deceased | Anthony A. Ingrassia (P172), in his own right as the Father of Christopher Noble Ingrassia, Deceased | 1:02-cv-01616, 26,29, at 276 | Christopher Noble Ingrassia |
| 6 | Jeanne M. Maurer, as Personal Representative of the Estate of Linda Ann Maurer, Deceased Sibling of Jill Marie Campbell, Deceased | Linda Maurer (P58), in her own right as the Sister of Jill Marie Campbell, Deceased | 1:02-cv-01616, 26,29, at 100 | Jill Marie Campbell |
| 7 | Caroline Susan Wallace, as Child of Roy Michael Wallace, Deceased | Susan Ann Wallace on behalf of C.S.W., Child of Roy Wallace Deceased | 1:02-cv-01616, 8393-1, at 73, 8487 | Roy Michael Wallace |
| 8 | Mallory Ann Wallace, as Child of Roy Michael Wallace, Deceased | Susan Ann Wallace on behalf of M.A.W., Child of Roy Wallace Deceased | 1:02-cv-01616, 8393-1, at 73, 8487 | Roy Michael Wallace |
| 9 | Michelle Stevens, as Personal Representative of the Estate of George Thomas Long, Deceased Parent of Stephen V. Long, Deceased | George T. Long (P711), in his own right as the Father of Major Stephen V. Long, Deceased | 1:02-cv-01616, 26,29, at 1337 | Stephen V. Long |
| 10 | Margaret Tolman Schardt, as Personal Representative of the Estate of Robert Schardt, Deceased Parent of John Albert Schardt, Deceased | Robert Schardt (P2305), in his own right as the Father of John Schardt, Deceased | 1:02-cv-01616, 26,29, at 4376 | John Albert Schardt |
| 11 | Carol Margaret DeBenedictis, as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato (P581), in his own right as the Father of Paul Furmato, Deceased | 1:02-cv-01616, 26,29, at 1126 | Paul James Furmato |
| 12 | Joseph Furmato, Jr., as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato (P581), in his own right as the Father of Paul Furmato, Deceased | 1:02-cv-01616, 26,29, at 1126 | Paul James Furmato |
| 13 | Donna DelleFemine, as Personal Representative of the Estate of Kenneth DelleFemine, Deceased Sibling of Carol Marie Bouchard, Deceased | Kenneth DelleFemine (P1407), in his own right as the Brother of Carol Bouchard, Deceased | 1:02-cv-01616, 26,29, at 2702 | Carol Marie Bouchard |
| 14 | Joseph Greene, as Personal Representative of the Estate of Thomas M. Greene, Deceased Sibling of Lorraine Lee, Deceased | Thomas M. Greene (P705), in his own right as the Brother of Lorraine Lee, Deceased | 1:02-cv-01616, 26,29, at 1327 | Lorraine Lee |
| 15 | Gina Laura Giovanniello, as Personal Representative of the Estate of Irene Angrisani, Deceased Parent of Doreen J. Angrisani, Deceased | Irene Angrisani (P4589) | 1:02-cv-01616, 313, at P4589 | Doreen J. Angrisani |

| # | Personal Representative | Decedent / Party | Citation | Related Party |
|---|---|---|---|---|
| 16 | Nancy Lee Mangum, as Personal Representative of the Estate of Derrill George Bodley, Deceased Parent of Deora Frances Bodley, Deceased | Derrill Bodley (P4612) | 1:02-cv-01616, 313, at P4612 | Deora Frances Bodley |
| 17 | Janis Biermann, as Co-Representative of the Estate of Thomas Cullinan, Deceased Spouse of Joan McConnell Cullinan | Thomas Cullinan (P4211) | 1:02-cv-01616, 305, at P4211 | Joan McConnell Cullinan |
| 18 | John Thomas Cullinan, as Co-Representative of the Estate of Thomas Cullinan, Deceased Spouse of Joan McConnell Cullinan | Thomas Cullinan (P4211) | 1:02-cv-01616, 305, at P4211 | Joan McConnell Cullinan |
| 19 | Megan Alice Fajardo, as Personal Representative of the Estate of Helen Ann Dollard, Deceased Parent of Neil Matthew Dollard | Helen Dollard (P4232) | 1:02-cv-01616, 305, at P4232 | Neil Matthew Dollard |
| 20 | Patrice Kelleher, as Personal Representative of the Estate of James T. Donovan, Deceased Parent of Jacqueline Donovan | James T. Donovan (P3676) | 1:02-cv-01616, 232, at P3676 | Jacqueline Donovan |
| 21 | Christian Crane Croner, as Personal Representative of the Estate of Patricia V. Flounders, Deceased Spouse of Joseph W. Flounders | Patricia V. Flounders, Deceased | 1:02-cv-01616, 26, 29, at caption | Joseph W. Flounders |
| 22 | Gregory Fumando, as Personal Representative of the Estate of Katherine Marie Fumando, Deceased Spouse of Clement Fumando | Katherine Fumando, in her own right and as the Representative of the Estate of Clement Fumando, Deceased | 1:02-cv-01616, 3, at 1132 | Clement Fumando |
| 23 | Cynthia Sue Sumner, as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr. | Carl M. Hammond, Sr., individually as the Parent of Carl Max Hammond, Jr., Deceased | 1:03-md-01570, 3477, at 1454 | Carl Max Hammond, Jr. |
| 24 | Nathan Conklin, as Personal Representative of the Estate of Susan Conklin, Deceased Sibling of Donald G. Havlish, Jr. | Susan Conklin, in her own right as the Sister of Donald G. Havlish, Jr., Deceased | 1:02-cv-01616, 1, at 709 | Donald G. Havlish, Jr. |
| 25 | Michael Henry, as Personal Representative of the Estate of Mary Elizabeth Henry, Deceased Sibling of Joseph P. Henry | Mary Henry (P2931) | 1:02-cv-01616, 155, at P2931 | Joseph P. Henry |
| 26 | Eslyn Hernandez, as Personal Representative of the Estate of Alejandrina Feliciano Hernandez, Deceased Parent of Norberto Hernandez | Alejandrina Feliciano (P1802), in her own right as the Mother of Norberto Hernandez, Deceased | 1:02-cv-01616, 26, 29, at 3438; 10419- | Norberto Hernandez |
| 27 | Darlene Marie Keohane, as Personal Representative of the Estate of Mary Ann Keohane, Deceased Parent of John Richard Keohane | Mary Keohane (2971) | 1:02-cv-01616, 155, at P2972 | John Richard Keohane |
| 28 | Bette Maerz, as Personal Representative of the Estate of Ralph S. Maerz, Jr., Deceased Parent of Noell Charles Maerz | Ralph Maerz, Jr., in his own right as the Father and on behalf of the family of Noell Maerz, Deceased | 1:02-cv-01616, 1, at 717 | Noell Charles Maerz |
| 29 | Helen K. Rosenthal, as Personal Representative of the Estate of Avram Rosenthal, Deceased Parent of Joshua Alan Rosenthal | Avram Rosenthal (P3936) | 1:02-1:02-cv-01616, 232, at P3936 | Joshua Alan Rosenthal |
| 30 | Robert F. Steiner, as Personal Representative of the Estate of Wilma E. Steiner, Deceased Parent of William R. Steiner | Wilma E. Steiner (P3961) | 1:02-cv-01616, 232, at P3961 | William R. Steiner |
| 31 | Kenneth Ronald May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May | Ronald F. May (P206), in his own right as Representative of the Estate of Renee A. May, Deceased | 1:02-cv-01616, 26,29, at 333 | Renee A. May |

| # | Co-Representative | Personal Representative | Citation | Decedent |
|---|---|---|---|---|
| 32 | Joseph Michael Esposito, as Personal Representative of the Estate of Simone Esposito, Sr., Deceased Parent of Michael Esposito | Simone Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 202 | Michael Esposito |
| 33 | Michele Boryczewski, as Co-Representative of the Estate of Michael Boryczewski, Deceased Parent of Martin Boryczewski, Deceased | Julia Ursula Boryczewski as Representative of the Estate of Michael Boryczewski, Deceased | 1:02-cv-01616, 1, at 88, 8397-1, at 3, 8433 | Martin Boryczewski |
| 34 | Julia Ursula Boryczewski, as Co-Representative of the Estate of Michael Boryczewski, Deceased Parent of Martin Boryczewski, Deceased | Julia Ursula Boryczewski as Representative of the Estate of Michael Boryczewski, Deceased | 1:02-cv-01616, 1, at 88, 8397-1, at 3, 8433 | Martin Boryczewski |
| 35 | Maureen Hunt, as Co-Representative of the Estate of Mary Ann Hunt, Deceased Parent of Kathleen Ann Hunt Casey, Deceased | Eileen Ann Mosca as Personal Representative of the Estate of Mary Ann Hunt, Deceased | 1:02-cv-01616, 432, at P4790, 8397-1, a | Kathleen Ann Hunt Casey |
| 36 | Eileen Ann Mosca, as Co-Representative of the Estate of Mary Ann Hunt, Deceased Parent of Kathleen Ann Hunt Casey, Deceased | Eileen Ann Mosca as Personal Representative of the Estate of Mary Ann Hunt, Deceased | 1:02-cv-01616, 432, at P4790, 8397-1, a | Kathleen Ann Hunt Casey |
| 37 | Michael Henry, as Co-Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry | Alice Anne Henry, as Personal Representative of the Estate of Edward Henry, Deceased | 1:02-cv-01616, 155, at P2928, 8397-1, a | Joseph P. Henry |
| 38 | Alice Anne Henry, as Co-Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry | Alice Anne Henry, as Personal Representative of the Estate of Edward Henry, Deceased | 1:02-cv-01616, 155, at P2928, 8397-1, a | Joseph P. Henry |
| 39 | Edward Henry, Jr., as Co-Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry | Alice Anne Henry, as Personal Representative of the Estate of Edward Henry, Deceased | 1:02-cv-01616, 155, at P2928, 8397-1, a | Joseph P. Henry |
| 40 | John William Hoffman, as Co-Representative of the Estate of Thomas J. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Francis Matthew Hoffman, as Personal Representative of the Estate of Thomas J. Hoffman, Deceased | 1:02-cv-01616, 26, 29, at 2497, 8397-1 | Stephen G. Hoffman |
| 41 | Francis Matthew Hoffman, as Co-Representative of the Estate of Thomas J. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased | Francis Matthew Hoffman, as Personal Representative of the Estate of Thomas J. Hoffman, Deceased | 1:02-cv-01616, 26, 29, at 2497, 8397-1 | Stephen G. Hoffman |
| 42 | Marci Alyse Kleinberg-Bandelli, as Co-Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of Alan David Kleinberg | Debra Joy Foxx, as Personal Representative of the Estate of Stanley L. Kleinberg, Deceased | 1:02-cv-01616, 1, at 764, 8397-1, at 15, | Alan David Kleinberg |
| 43 | Marla H. Parker, as Co-Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of Alan David Kleinberg | Debra Joy Foxx, as Personal Representative of the Estate of Stanley L. Kleinberg, Deceased | 1:02-cv-01616, 1, at 764, 8397-1, at 15, | Alan David Kleinberg |
| 44 | Debra Joy Foxx, as Co-Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of Alan David Kleinberg | Debra Joy Foxx, as Personal Representative of the Estate of Stanley L. Kleinberg, Deceased | 1:02-cv-01616, 1, at 764, 8397-1, at 15, | Alan David Kleinberg |
| 45 | Karen Ellen Renzo, as Co-Representative of the Estate of Eleanor Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Eleanor Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2443, 8397-1 | Kenneth Warren Van Auken |
| 46 | Janice Lynne Booth, as Co-Representative of the Estate of Eleanor Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Eleanor Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2443, 8397-1 | Kenneth Warren Van Auken |
| 47 | Karen Ellen Renzo, as Co-Representative of the Estate of Warren Gordon Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Warren Gordon Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2442, 8397-1 | Kenneth Warren Van Auken |

| # | | | | |
|---|---|---|---|---|
| 48 | Janice Lynne Booth, as Co-Representative of the Estate of Warren Gordon Van Auken, Deceased Parent of Kenneth Warren Van Auken | Janice Lynne Booth, as Personal Representative of the Estate of Warren Gordon Van Auken, Deceased | 1:02-cv-01616, 26, 29, at 2442, 8397-1 | Kenneth Warren Van Auken |
| 49 | Paul Edward Van Laere, as Co-Representative of the Estate of Margaret Rita Van Laere, Deceased Parent of Daniel Maurice Van Laere | Rita Marie Wiley, as Personal Representative of the Estate of Margaret Rita Van Laere, Deceased | 1:02-cv-01616, 3, at 1718, 8397-1, at 27 | Daniel Maurice Van Laere |
| 50 | Rita Marie Wiley, as Co-Representative of the Estate of Margaret Rita Van Laere, Deceased Parent of Daniel Maurice Van Laere | Rita Marie Wiley, as Personal Representative of the Estate of Margaret Rita Van Laere, Deceased | 1:02-cv-01616, 3, at 1718, 8397-1, at 27 | Daniel Maurice Van Laere |

| | | EXHIBIT B | | |
|---|---|---|---|---|
| # | Identificiation of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or 9/11 Injured Party |
| 1 | Virginia LaTouche, individually as Spouse and as Personal Representative of the Estate of Jeffrey LaTouche, Deceased | Virginia LaTouche, in her own right as the Wife of Jeffrey LaTouche, Deceased | 1:02-cv-01616, 26, at 2124 | Jeffrey LaTouche |
| 2 | Tina Roberson Yarrow, individually as Spouse and as Personal Representative of the Estate of Stephen V. Long, Deceased | Spouse Doe #66, in her own right as the Wife of Decedent Doe #66, Deceased | 1:02-cv-01616, 26, at 2462 | Stephen V. Long |
| 3 | Bernadette Marie McHugh, individually as Sibling and as Personal Representative of Denise J. McHugh, III, Deceased | Sister Doe #31, in her own right as Representative of the Estate of Decedent Doe #31, Deceased | 1:02-cv-01616, 26, at 811 | Denise J. McHugh, III |
| 4 | Grissel Rodriguez Valentin, individually as Spouse and as Personal Representative of the Estate of Benito Valentin, Deceased | Grissel Rodriguez Valentin, in her own right and on behalf of the Minor Children of Benito Valentin, Deceased | 1:02-cv-01616, 26, at 4606 | Benito Valentin |
| 5 | Janice Ann Waters, individually as Spouse and as Personal Representative of the Estate of Patrick J. Waters, Deceased | Janice Waters, in her own right and on behalf of the Minor Children of Patrick J. Waters, Deceased | 1:02-cv-01616, 26, at 4672 | Patrick J. Waters |
| 6 | Julia Boryczewski, individually as Sibling and as Co-Representative of the Estate of Martin Boryczewski, Deceased | Julia Boryczewski, in her own right as the Sister of Martin Boryczewski, Deceased | 1:02-cv-01616, 26, at 84 | Martin Boryczewski |
| 7 | Michele Boryczewski, individually as Sibling and as Co-Representative of the Estate of Martin Boryczewski, Deceased | Michele Boryczewski, in her own right as the Sister of Martin Boryczewski, Deceased | 1:02-cv-01616, 26, at 82 | Martin Boryczewski |
| 8 | Michelle Dorf, individually as Sibling and as Personal Representative of the Estate of Stephen Scott Dorf, Deceased | Michelle Dorf, in her own right as the Sister of Stephen Scott Dorf, Deceased | 1:02-cv-01616, 26, at 3046 | Stephen Scott Dorf |
| 9 | Elza Marie McGowan, individually as Child and as Personal Representative of the Estate of Rosa Marie Chapa, Deceased | Jose Javier Chapa as the Personal Representative of the Estate of Rosa Marie Chapa, Deceased | 1:02-cv-01616, 26, 29, at 2837, 8408, at 1, 8434, 8393-1, at 73, 8487 | Rosa Marie Chapa |
| 10 | Paul DeAngelis, individually as Sibling and as Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased | Denise DeAngelis as the Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased | 1:02-cv-01616, 232, at P3671, 8393-1, at 69, 8487 | Robert J. DeAngelis, Jr. |
| 11 | Douglas Craig Edwards, individually as Child and as Personal Representative of the Estate of Barbara Gollan Edwards, Deceased | Frank Michael Edwards as the Representative of the Estate of Barbara Gollan Edwards, Deceased | 1:02-cv-01616, 155, at P2885, 8393-1, at 5, 8487 | Barbara Gollan Edwards |
| 12 | David Mechanic as the Personal Representative of the Estate of Barry H. Glick, Deceased | Judith Mechanic Glick as the Personal Representative of the Estate of Barry H. Glick, Deceased | 1:02-cv-01616, 305, at P4297, 8393-1, at 5, 8487 | Barry H. Glick |
| 13 | Harlan Gene Yancey, individually as Parent and as Personal Representative of the Estate of Kathryn Laborie, Deceased | Eric Laborie as the Personal Representative of the Estate of Kathryn Laborie, Deceased | 1:02-cv-01616, 305, at P4365, 8393-1, at 45, 8487 | Kathryn L. Laborie |
| 14 | Rufus J. McDay, Jr., individually as Parent and as Personal Representative of the Estate of Tonyell F. McDay, Deceased | Cynthia Elaine McDay as the Personal Representative of the Estate of Tonyell F. McDay, Deceased | 1:02-cv-01616, 305, at P4414, 8393-1, at 83, 8487 | Tonyell F. McDay |
| 15 | Mathilda Geidel, individually as Spouse and as Personal Representative of Gary Paul Geidel, Deceased | Mathilda Geidel, in her own right and on behalf of the Minor Child of Gary Paul Geidel, Deceased | 1:02-cv-01616, 26, 29, at 1981 | Gary Paul Geidel |
| 16 | William J. Nielsen as the Personal Representative of the Estate of Michel P. Colbert, Deceased | Raymond Colbert, in his own right and as the Representative of the Estate of Michel P. Colbert, Deceased | 1:02-cv-01616, 3, at 995 | Michel P. Colbert |
| 17 | Lakshmi Chalasani, individually as Parent and as Co-Representative of the Estate of Swarna Chalasani, Deceased | Lakshmi Chalasani, in her own right as the Mother of Swarna Chalasani, Deceased | 1:02-cv-01616, 26, at 971 | Swarna Chalasani |

| # | | | | |
|---|---|---|---|---|
| 18 | Nageswararao Chalasani, individually as Parent and as Co-Representative of the Estate of Swarna Chalasani, Deceased | Nageswararao Chalasani (P70), in his own right as the Father of Swarna Chalasani, Deceased | 1:02-cv-01616, 26, at 117 | Swarna Chalasani |
| 19 | Robert D. Kovic as Co-Representative of the Estate of Bojan Kostic, Deceased | Nina Kostic, in her own right and as the Representative of the Estate of Bojan Kostic, Deceased | 1:02-cv-01616, 26, 29, at 2109 | Bojan Kostic |
| 20 | Richard R. Rio as Co-Representative of the Estate of Bojan Kostic, Deceased | Nina Kostic, in her own right and as the Representative of the Estate of Bojan Kostic, Deceased | 1:02-cv-01616, 26, 29, at 2109 | Bojan Kostic |
| 21 | Susan Ballestero as Co-Representative of the Estate of Loretta A. Vero, Deceased | Catherine Pedersen, in her own right and as the Representative of the Estate of Loretta A. Vero, Deceased | 1:02-cv-01616, 26, 29, at 2413 | Loretta A. Vero |
| 22 | Catherine Louise Pedersen as Co-Representative of the Estate of Loretta A. Vero, Deceased | Catherine Pedersen, in her own right and as the Representative of the Estate of Loretta A. Vero, Deceased | 1:02-cv-01616, 26, 29, at 2413 | Loretta A. Vero |

The motion to substitute is GRANTED. The Clerk of Court is respectfully requested to close the motions at ECF No. 10609 in 03-md-1570 and ECF No. 1196 in 03-cv-9849.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 11, 2024
       New York, New York