| | | | **EXHIBIT A** | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in Complaint | Plaintiff's Additional Capacity in Amended Caption | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Reference to Plaintiff in Complaint |
| 1 | McDay, Tonyell F. | Rufus J. McDay, Jr. | McDay, Jr. Rufus J., as Personal Representative of the Estate of Cynthia McDay | Parent/Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 2850 |
| 2 | Levinhar, Shai | Levinhar, Liat | Levinhar, Liat, as Personal Representative of the Estate of Shai Levinhar | Spouse/Personal Representative | Israel | Israel | WD | 1:15-cv-09903, 53, at 3547 |