EXHIBIT A
U.S. National Decedent Estate

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| Elza | Marie | McGowan | | Rosa | Marie | Chapa | | U.S. | 9/11/01 | VA | 9903 | 1:19-cv-00041, 1, Appx. Pg. 17 | 4778 at 4 | 5918 at 3 | | | 9/18/2024 | | $ 3,964,670.00 |
| Richard | | Chung | | Wai | C. | Chung | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1767 | | 6035 at 6 | | | 9/18/2024 | | $ 11,525,770.00 |
| Alice | Fay | Adler | | Lee | Alan | Adler | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2813 | | 5975 at 7 | | | 10/9/2024 | | $ 8,723,360.00 |