USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Thomas E. Burnett, Sr., et al. v. Islamic Republic of Iran,* Case No. 1:15-cv-9903 (GBD)(SN) (S.D.N.Y.)

## PLAINTIFFS' NOTICE OF MOTION TO AMEND

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Exhibit A attached hereto, the plaintiffs identified on Exhibit A respectfully move this Court pursuant to Fed. R. Civ. P. 15 and 17 for an Order permitting them to amend the caption of Plaintiffs' Amended Complaint to incorporate the multiple capacities in which the plaintiffs identified on Exhibit A seek to proceed in this action. This motion does not add the claims of any new real parties in interest but rather more appropriately identifies those real parties in interest who are already named in Plaintiffs' Amended Complaint who are proceeding in multiple capacities that may not have previously been clear in the pleadings.

Dated: December 11, 2024

Respectfully submitted,

s/*John C. Duane*
John C. Duane, Esq. (SC No. 15930)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Email: jduane@motleyrice.com

*Attorney for the Burnett Plaintiffs*

| | | | EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in Complaint | Plaintiff's Additional Capacity in Amended Caption | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Reference to Plaintiff in Complaint |
| 1 | McDay, Tonyell F. | Rufus J. McDay, Jr. | McDay, Jr. Rufus J., as Personal Representative of the Estate of Cynthia McDay | Parent/Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 2850 |
| 2 | Levinhar, Shai | Levinhar, Liat | Levinhar, Liat, as Personal Representative of the Estate of Shai Levinhar | Spouse/Personal Representative | Israel | Israel | WD | 1:15-cv-09903, 53, at 3547 |

The motion to amend is GRANTED. The Clerk of Court is respectfully directed to close the motions at ECF No. 10616 in 03-md-01570 and ECF No. 899 in 15-cv-09903.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 12, 2024
New York, New York