```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Estate of O'Neill, et al. v. The Republic of Iraq et al., No. 04-cv-01076 (GBD)(SN)
    Estate of O'Neill, et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 04-cv-01923 (GBD)(SN)
    Asaro, et al. v. Islamic Republic of Iran, No. 20-cv-10460 (GBD)(SN)

Plaintiff Jamal Green's motion to (1) dismiss his claims in the above-captioned actions pursuant to Fed. R. Civ. P. 41(a)(2) and (2) vacate his January 4, 2022 judgment against the Islamic Republic of Iran, see ECF No. 7522, pursuant to Fed. R. Civ. P. 60(b)(6) is GRANTED. Mr. Green's claims in the above-captioned actions are dismissed without prejudice; his January 4, 2022 judgment against the Islamic Republic of Iran is vacated; and his pending motion for damages against the Taliban, see ECF No. 8455, is denied. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 10606 in 03-md-01570, ECF No. 839 in 04-cv-01076, ECF No. 923 in 04-cv-01923, and ECF No. 203 in 20-cv-10460.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 12, 2024
               New York, New York