# Exhibit A



KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

December 12, 2024

amaloney@kreindler.com
212-973-3438

**<u>Via Publication in Al Quds Al-Arabi and New York Times</u>**
**<u>Twitter and Email</u>**

**The Taliban**
**Da Afghanistan Bank**

### NOTICE OF DEFAULT JUDGMENTS FOR FAILURE
### TO APPEAR IN 9/11 TERROR LAWSUITS

Re: <u>*In re: Terrorist Attacks on September 11th 2001, Southern District of New York 03-md-1570(GBD)(SN);*</u>

***Ashton***, et al. *v. Al Qaeda Islamic Army, et al*., No. 02-cv-06977
***Burlingame***, et al. *v. Bin Laden, et al*., No. 02-cv-07230
***Bauer***, et al. *v. Al Qaeda Islamic Army, et al*., No. 02-cv-07236

Please Take Notice:

On March 30, 2023, June 27, 2023 and October 28, 2024, the United States District Court for the Southern District of New York presiding over the multi district litigation known as *In Re Terrorist Attacks on September 11, 2001* that concern thousands of plaintiffs who were killed or injured in those terrorist attacks, issued Orders granting partial final judgments against the Taliban for its support of Al Qaeda and the 9/11 terrorist attacks in the United States on behalf of the Plaintiffs listed in the Court's referenced exhibits.

Money damages were awarded to the Plaintiffs described in the Court's Memorandum Decision and Order docketed in the 1:03-md-1570-GBD-SN at ECF Nos. 8973, 9167 and 10468, and listed in the exhibits attached to Plaintiffs' motions. The Court's Order and the exhibits listing Plaintiffs and damage awards can be found at:

https://www.kreindler.com/assets/pdfs/taliban-final-judgement-damages-2024.pdf

You have 60 days to respond to the Court's Order of judgement, after which time, Plaintiffs will move for a Turnover of assets of the Taliban held in the Da Afghanistan Bank account at the New York Federal Reserve Bank in New York, NY, USA as partial satisfaction of the above-described judgment on damages.

KREINDLER & KREINDLER LLP

/s/ Andrew J. Maloney, III
Andrew J. Maloney, III, Esq.

New York        Boston        Los Angeles