UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Burlingame, et al. v. Bin Laden, et al*. No. 02-cv-07230 (GBD)(SN)
*Bauer, et al. v. Al Qaeda Islamic Army*, et al. No. 02-cv-07236 (GBD)(SN)

### [PROPOSED] ORDER

### Authorizing Alternative Service of Partial Final Judgments Against The Taliban on Behalf of U.S. Nationals

Upon consideration of the *Ashton* Plaintiffs'[1] Motion to Authorize Alternative Service of the partial final judgments against the Taliban and Da Afghanistan Bank ("DAB") on behalf of U.S. Nationals representing the estates of those individuals murdered on September 11, 2001, it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the Plaintiffs may use alternative means to serve the Taliban and DAB in the following manner:

A. service of process in the above-captioned matter by publishing notice, in the form attached as Exhibit A, in *Al Quds Al-Arabi* and the *New York Times* once a week for four weeks with an electronic address such as a URL or QR code that directs the reader to easily accessible online versions of the relevant filings;

B. By communications to the Twitter accounts of Taliban First Deputy Prime Minister Abdullah Azzam (@Abdullah_azzam7) and Taliban political spokesman Mohammed Naeem (@IeaOffice), or any other Twitter accounts reported to belong to Taliban spokespersons;

C. By communications to the Twitter account t which the DAB's website is linked

---

[1] For the purposes of this motion, the *Ashton* Plaintiffs include those in the 6th Amended Complaint including *Burlingame, et al. v. Bin Laden, et al*. No. 02-cv-07230; and *Bauer, et al. v. Al Qaeda Islamic Army*, et al. No. 02-cv-07236.

    (@AFGcentralbank); and

D.  By email to the account posted on DAB's official website (info@dab.gov.af).

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10626 in 03-md-1570(GBD)(SN) and ECF No. 2212 in 02-cv-6977 (GBD)(SN).

SO ORDERED.

December __, 2024

New York, NY                          _____

                                           SARAH NETBURN
                                           United States Magistrate Judge