UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Upon review of the Court's order at ECF No. 10552 and the Republic of the Sudan's answers and written authorization, see ECF Nos. 10569, 10575, 10576, the Plaintiffs and the Republic of the Sudan are directed to meet and confer to discuss a schedule for discovery and any proposed discovery protocols. The parties are ordered to submit a joint letter identifying areas of agreement and disagreement by Wednesday, January 15, 2025. The Court will then hold a conference to discuss the matter at 10:00 a.m. on Friday, January 24, 2025, in Courtroom 24B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 13, 2024
                New York, New York