December 13, 2024

<u>VIA ECF</u>

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001,* No. 03-md-1570 (GBD) (SN)
      **Ashton Plaintiffs' Motion for Service of Judgment (MDL Dkt. 10626)**

Dear Judge Daniels and Magistrate Judge Netburn:

 The Joint Creditors[1] write in regard to the Ashton Plaintiffs' motion of December 12, 2024, which seeks the Court's authorization for alternative service. The Ashton Plaintiffs seek to serve notice of partial final judgments against the Taliban on the Taliban and Da Afghanistan Bank, in advance of "mov[ing] for execution of the judgments and turnover of the assets of the Taliban currently held in a DAB account at the New York Federal Reserve Bank" (the "DAB Assets"). *See* MDL Dkt. 10626 at 3.

 The Joint Creditors are reviewing the motion papers and write to advise the Court that they are considering filing a response. The motion raises numerous questions, including whether the Ashton Plaintiffs' March 23, 2023 notice of appeal from the denial of their motion for attachment of the DAB Assets (MDL Dkt. 8950)—and the continued pendency of that appeal—divests this Court of jurisdiction to authorize the Ashton Plaintiffs' attempts to execute on any judgment against the same DAB Assets. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

 The Joint Creditors anticipate filing a response to the motion within 14 days, as provided for under Local Civil Rule 6.1(b).

---

[1] The Joint Creditors are the Plaintiffs in the following cases: *Smith v. The Islamic Emirate of Afghanistan, et al.*, No. 01-cv-10132 (the "*Smith* Creditors"), *Havlish, et al. v. Bin Laden, et al.*, No. 03-cv-9848 (the "*Havlish* Creditors"), *Fed Ins. Co., et al. v. Al Qaida, et al.*, No. 03-cv-6978 (the "*Federal Insurance* Creditors"), and *John Does 1 Through 7 v. The Taliban, et al.*, No. 20-mc-740 (the "*Doe* Creditors"). *See* MDL Dkt. 8866 at 1 n.1.

Page 2

Respectfully submitted,

/s/ Douglass A. Mitchell
Douglass A. Mitchell *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

*Counsel for Judgment Creditors Fiona Havlish, et al.*

/s/ Orlando do Campo
Orlando do Campo
John Thornton (*pro hac vice*)
DO CAMPO & THORNTON, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, FL 33131
(305) 358-6600
od@dandtlaw.com

*Counsel for Judgment Creditors John Does 1-7*

/s/ Sean P. Carter, Esq.
Sean P. Carter, Esq.
Stephen A. Cozen, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2105
scarter1@cozen.com

*Counsel for Judgment Creditors Federal Insurance Co., et al.*

/s/ James Edwin Beasley
James Edwin Beasley
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215)-592-1000
jbj@beasleyfirm.com

*Counsel for Judgment Creditors Estate of Smith, et al.*

cc: All counsel of record (by ECF)