**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

December 16, 2024

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Daniels:

    I write on behalf of Plaintiffs with claims against defendant Al Rajhi Bank ("ARB") to address a modest housekeeping matter relative to the December 10, 2024 oral argument.

    On several occasions during my portion of the argument, I asked my colleague Mr. Tarbutton to upload documentary evidence to the courtroom monitors by identifying numerical "tab" designations that were specifically created for documents in an electronic file folder for purposes of the argument. To be clear, the tab numbers I indicated at the hearing are not the documents' exhibit numbers which are cited and described in Plaintiffs' Corrected Averment at ECF Nos. 9764, 10582.

    For clarity purposes, following is a brief index for the tab numbers I referenced during the argument and the corresponding exhibit numbers to Plaintiffs' Corrected Averment:

• Tab 2 = Ex. 10 to Plaintiffs' Corrected Averment.

• Tab 6 = Ex. 46 to Plaintiffs' Corrected Averment.

• Tab 7 = Ex. 9 to Plaintiffs' Corrected Averment.

• Tab 9 = Ex. 26 to Plaintiffs' Corrected Averment.

• Tab 24 = Ex. 98 to Plaintiffs' Corrected Averment.

• Tab 28 = Ex. 118 to Plaintiffs' Corrected Averment.

The Honorable George B. Daniels
December 16, 2024
Page 2

_____

      We hope the Court finds this clarification of the December 10 record helpful.

Respectfully submitted,

  COZEN O'CONNOR

By: */s/ Sean P. Carter*
SEAN P. CARTER
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On Behalf of Plaintiffs With Claims
Against Defendant Al Rajhi Bank*

LEGAL\74621895\1