```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court directs Baker Tilly to file its internal investigation report under seal and *ex parte* no later than Monday, December 23, 2024. See ECF Nos. 10421, 10567. If warranted, the Court will schedule a conference to discuss this issue in the new year.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:    December 18, 2024
                 New York, New York