UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:   *Burnett, et al. v. The Islamic Republic of Iran, et al., 1:15-cv-09903-GBD-SN*

I hereby certify under the penalties of perjury that on the 23rd day of December 2024, I served defendant

Central Bank of the Islamic Republic of Iran
Mohammad Reza Farzin
No. 198, Mirdamad Blvd.
Tehran, Islamic Republic of Iran

☒the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

1. Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the *Burnett* case;
2. Order Granting Partial Final Default Judgment, dated September 17, 2024, Document 10373 (in English and Farsi);
3. Order Granting Partial Final Default Judgment, dated September 20, 2024, Document 10388 (in English and Farsi);
4. A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi);
5. Translator's Affidavit (in English only.)

by USPS Registered Mail RH004149696US.

Dated:  New York, New York
        December 23, 2024

Tammi M. Hellwig
Clerk of Court

/s/Rachel Slusher
Deputy Clerk