**Top Secret**





## Intelligence Report

*DCI Counterterrorist Center*                                          *27 January 1999*

### How Bin Ladin Commands a Global Terrorist Network 

*Usama Bin Ladin is the ultimate decisionmaker in the organization he calls al-Qa'ida or the "Base." He is directly involved in the planning of terrorist operations and oversees those in his group responsible for terrorism even when he is one step removed from the details.  Documents recently obtained from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ about al-Qa'ida's command and control structure at the headquarters level.*

- *Bin Ladin is the commander or "amir" of al-Qa'ida—members pledge loyalty to him personally—and chairs a leadership council that makes policy decisions.  His deputy Muhammad 'Atif appears responsible for managing day-to-day activities, including terrorist operations.*

- *Al-Qa'ida on paper is structured like a global criminal syndicate or mini-state, with political, financial, administrative, legal, military, security, and intelligence components.*

- *From all-source information we have identified several senior leaders of al-Qa'ida, other key personnel, and several operational hubs.  Bin Ladin's lieutenants in Afghanistan pull the strings that move terrorist, military, and political operatives worldwide—both those who have sworn personal loyalty to Bin Ladin and members of closely allied groups. ▓▓▓▓▓▓▓*

*Al-Qa'ida's wide network in some 60 countries, as well as its ties to like-minded groups, enables it to conduct more than one major terrorist operation simultaneously and adapt readily to change.*

- *Al-Qa'ida develops relationships with sympathetic groups and individuals through its own religious, military, and terrorist training programs in Afghanistan, assistance to Islamic insurgent movements in various countries, and exploitation of contacts in certain Islamic relief organizations.*

**0801445**

CTC# 99 40003
TN# 99 00324

359-
# 39

**Top Secret**

CIA_000002

C01179013

- *Bin Ladin is attempting to tighten his control over the operations of his closest Egyptian allies. He already is a linchpin for the operations of the Zawahiri faction of the Egyptian Islamic Jihad and increasingly so for hardliners in al-Gama'at al-Islamiyya.*

CIA_000003

**Top Secret**

### Bin Ladin at the Helm (U)

Bin Ladin is al-Qa'ida's *amir*, an Arabic Islamic term for "commander," and he founded the organization to bring together non-Afghan veterans of the Afghan war against the Soviets to promote worldwide Islamic jihad activity, including terrorism. ███████ ████████ he involves himself directly in overall planning for terrorist operations and makes the final decisions. He appears to leave many day-to-day operational details to his deputy Muhammad 'Atif—also known as Abu Hafs the Egyptian—who resides at Bin Ladin's headquarters in Afghanistan.

- ███████████████ indicates that Bin Ladin selects potential targets and announces his intent to carry out attacks in a given country in meetings with subordinates and representatives from allied extremist groups.

- 'Atif plays a central role in coordinating the activities of Bin Ladin operatives abroad, ██████████████████████

███████████████████████████████████████

Files obtained after the █████████
████████ have increased our understanding of al-Qa'ida's structure

### The Bureaucracy for Terrorism (U)

Al-Qa 'ida has a complex organizational structure, according to information obtained recently from documents ████████████████████ ████ ████████ Bin Ladin or his deputy preside over the deliberations of a shura (advisory) council called the **Leadership Council**, which makes major operational and budgetary decisions with the *amir* having the deciding vote. The Council also is responsible for choosing successors in the event the amir or his deputy are killed or captured. ████████

This memorandum was prepared by analysts of the DCI Counterterrorist Center. Comments and queries are welcome and may be directed to ████████████████████████
██████████████

**Top Secret**

CIA_000004

██████████ that as of 1996 the Council consisted largely of Bin Ladin's friends—including leaders of other Islamic extremist groups—who had been members of al-Qa'ida since it was formed. We do not know the names of the Council's current members, but we believe EIJ leader Ayman al-Zawahiri is one. ██████████

The **Executive and Regional Councils** are subordinate to the Leadership Council, but ██████████ information does not clearly spell out their role in the chain of command for terrorist operations. The Executive Council manages several committees, notably including a Military Committee that handles training of "jihad youth" and combat operations, and the Regional Council is made up of representatives of overseas units.

- ██████████ the Military Committee is responsible for implementing terrorist plans. In the past, a member or former member of the Egyptian Gama'at al-Islamiyya (IG) or EIJ chaired the Committee's Joint Staff.

- The Regional Council's overseas personnel maintain contact with al-Qa'ida via a foreign relations branch *directly attached* to the Leadership Council, making this unit a possible component in the terrorist chain of command. It is unclear, ██████████ ██████████ whether the Regional Council's role abroad involves terrorism or conventional military liaison, political, and propaganda activities. The actions of Bin Ladin's personnel in Kenya during the past two years suggest the regional representatives manage all aspects of operations in a given area. ██████████

The Executive Council performs other key functions in addition to its military responsibilities. A subordinate security committee handles intelligence, counterintelligence, discipline, and VIP, personnel, and facility security operations. A political committee is responsible for ideological matters, media activity, and interaction with jihad movements abroad. An economic committee drafts the budgets and probably oversees other fiscal administration—al-Qa'ida reportedly employs strict travel accounting procedures and provides health care and other benefits to its members. ██████████

### Al-Qa'ida Operations ██

██████████ 'Atif and a few other key personnel in Afghanistan closely monitor al-Qa'ida activities in the field, where we estimate the organization has a few hundred senior and mid-level personnel—exact numbers are unknown. Senior managers located in different countries handle specialized aspects of al Qa'ida operations—work with the media, provision of weapons specialists, or supply of forged documents—and facilitate ties with allied groups. Some of these overseas managers may chair the al-Qa'ida committees ██████████.

CIA_000005

TOP SECRET



- Khalid Fawwaz, Bin Ladin's senior representative in London until his arrest last September, maintained contact with ███████████ ████████████ and handled media placements, including Western journalists' interviews with Bin Ladin. ███████████

████████████████████████████████ al-Qa'ida employs a number of regional operational hubs reporting back to Afghanistan, including those in Sudan, Yemen, Pakistan, and Azerbaijan. Some Persian Gulf countries, particularly the UAE, appear to be favored transit points. We have little information on the group's activities in Saudi Arabia—████████████ these activities are compartmented within the Bin Ladin network—████████████ Yemen is used as an infiltration corridor into the country. Some hubs may have subordinate regional units: for example, the Nairobi cell that conducted the Embassy attack last August was probably subordinate to the Khartoum cell. ████████████

## Overseas Networking (U)

Bin Ladin's statement, or "*fatwa*" (Muslim legal opinion), last February that announced the formation of the "World Islamic Front for Jihad Against the Jews and Crusaders" reflects his long-term effort to unite Islamic extremist groups under his banner. Only a few groups signed the statement, but he has built informal alliances with a variety of Islamic militant organizations and *mujahidin* worldwide, with al-Qa'ida as a nexus for varied forms of cooperation.[1]

- *Cooperative arrangements.* Allied groups share some members with al-Qa'ida, receive funding from it, and allow al-Qa'ida members to use their facilities and contacts. Bin Ladin can call upon these groups for logistical support and, in some cases, assistance with terrorist operations. These groups include *mujahidin* organizations and Islamic extremist groups—such as the Somali al-Ittihad al-Islami, Chechen insurgents, and the Yemeni Islamic Jihad—in the Middle East, Africa, and Asia.

---

[1] The *mujahidin* are an international cadre of professional fighers from some 30 countries who participate in armed conflicts between Muslims and non-Muslims. ███

TOP SECRET

CIA_000006

- *Ad hoc arrangements*. Al-Qa'ida establishes ad hoc ties with other Islamic extremist groups and some Asian narcotics trafficking networks based primarily on mutual need. It has provided fighters to extremist groups to support Islamic causes and sold or leased businesses to other groups in return for a share of the profits.

- In both kinds of arrangements, al-Qa'ida provides members of its network training, safehaven, moneymaking opportunities, access to arms and illicit material, publishing and media facilities, communications, transportation, documentation, technical support, intelligence, counterintelligence, and liaison with other groups.

In addition to support from other groups, Bin Ladin taps into the resources of some international Islamic nongovernmental organizations (NGOs) for financial and logistical support. Employees—ranging from accountants to directors—of a few NGO branch offices have diverted resources to benefit Bin Ladin and his associates, although we are unable to determine if the organizations' home offices are witting. Bin Ladin exploits these NGO ties to channel funds and obtain cover employment and travel assistance for his associates. He also uses the NGOs' distribution network to move weapons and supplies.

- Employees of the Azerbaijan-based al-Haramayn office, for example, have regularly diverted resources to Bin Ladin and his associates since 1995, [REDACTED]. The former head of the Baku office and its logistics chief, both associated with Bin Ladin, directed much of this activity, including channeling funds and weapons.

**Reeling in Close Allies (U)**

Bin Ladin is attempting to exert control over his closest Egyptian allies, the Zawahiri faction of the EIJ and a hardline faction of the IG under Rifa'i Taha Musa, both signatories of the February statement. Over the past year [REDACTED] Zawahiri group's activities and goals are virtually indistinguishable from al-Qa'ida's. Zawahiri himself resides in Afghanistan. The IG has attempted to maintain its independence, but the organization's leadership is split, with the hardliners growing increasingly responsive to Bin Ladin.

- The information [REDACTED], shows that his loyalties and responsibilities straddled the line between the EIJ and al-Qa'ida.

CIA_000007

- Musa's associates drafted a manifesto last year shifting the group's goals to carrying out anti-US operations, ███████████████. Although the draft aroused significant controversy and was never ratified to our knowledge, the group last month released several press statements threatening to attack US interests that echoed Bin Ladin's pronouncements. ████████

## An Organization Designed for Flexibility (U)

Al-Qa'ida's command structure, combined with its web of international alliances, serves Bin Ladin well in conducting terrorist operations abroad. The few hundred senior and mid-level operatives, using regional contacts established by other al-Qa'ida members—including NGO officials—Egyptian extremist groups, or local Islamic extremists, are sufficient for the organization to undertake more than one terrorist operation simultaneously. The posting of key Bin Ladin personnel, like Fawwaz or Abu Hafs the Mauritanian, in dispersed locations with good communications with elements in several countries also enhances the network's ability to regroup quickly if Bin Ladin is again compelled to move his headquarters. ████████

C01179013



CIA_000009

Top Secret

Subject: How Bin Ladin Commands a Global Terrorist Network 

Top Secret

TOP SECRET

CIA_000010

**Top Secret**



**Top Secret**

CIA_000011

Subject: How Bin Ladin Commands a Global Terrorist Network ██

Distribution:
**External**
***Department of State***
    1 - Edward G. Abington Jr., Principal Deputy Assistant Secretary, INR

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

    1 - David Carpenter, Assistant Secretary of State, Diplomatic Security
    1 - Ambassador Johnnie Carson, Deputy Assistant Secretary of State for Africa

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

    1 - Robert J. Einhorn, Principal Deputy Assistant Secretary, Political-Military
        Affairs Bureau

████████████████████████████████████████

    1 - Marc Grossman, Assistant Secretary of State for European and Canadian
        Affairs

████████████████████████████████████████

    1 - Karl Inderfurth, Assistant Secretary for South Asian Affairs
    1 - Amb. Martin Indyk, Assistant Secretary for Near Eastern Affairs

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

    1 - Amb. E. Gibson Lanpher, Principal Deputy Assistant Secretary for South Asian
        Affairs
    1 - Phyllis Oakley, Assistant Secretary of State for Intelligence and
        Research
    1 - Amb. Thomas Pickering, Under Secretary for Political Affairs
    1 - Susan Rice, Assistant Secretary for African Affairs
    1 - Alan Romberg, Acting Director, Policy Planning Staff
    1 - Dennis B. Ross, Special Middle East Coordinator

████████████████████

CIA_000012

████████████

1 - Ambassador Michael Sheehan, Coordinator for Counterterrorism

████████████

1 - Strobe Talbott, Deputy Secretary of State

*National Security Council*
   1 - Donald Bandler, Special Assistant to the President and Senior Director for
       European Affairs
   1 - Daniel Benjamin, Director of Counterterrorism
   1 - The Honorable Samuel R. Berger, Assistant to the President for National
       Security Affairs
   1 - Richard A. Clarke, Special Assistant to the President and National Coordinator

████████████

   1 - Major General Donald Kerrick, Deputy Assistant to the President for
       National Security Affairs
   1 - John Prendergast, Director, Horn of Africa
   1 - Bruce Riedel, Special Assistant to the President and Senior Director for
       Near East and South Asian Affairs
   1 - Steven A. Simon, Director of Counterterrorism
   1 - Gayle Smith, Senior Director for African Affairs
   1 - James Steinberg, Deputy Assistant to the President for National Security Affairs
*Office of the Vice President*

████████████

   1 - Leon Fuerth, Assistant to the Vice President for National Security Affairs

████████████

*Department of Defense*
   1 - LTG Edward G. Anderson, III, Director J5, Strategic Plans & Policy

████████████

   1 - MajGen John P. Casciano, Assistant Chief of Staff, Air Force Intelligence
   1 - VADM Vern E. Clark, Director, J-3 Operations
   1 - BGen. Richard Comer, Deputy Assistant Secretary Missions & Policy, SOLIC

████████████

CIA_000013



1 - H. Allen Holmes, Assistant Secretary, Special Operations and Low Intensity Conflict
1 - LTG Patrick M. Hughes, Director, Defense Intelligence Agency
1 - RADM Lowell E. Jacoby, Director, Naval Intelligence

1 - Franklin D. Kramer, Assistant Secretary of Defense for International Security Affairs
1 - Gen. Charles C. Krulak, Commandant of the Marine Corps

1 - Gen. Joseph Ralston, Vice Chairman, JCS
1 - Alina Romanowski, Deputy Assistant Secretary for Near Eastern and South Asian Affairs

1 - Walter Slocombe, Under Secretary of Defense for Policy
1 - Frederick Smith, Principal Deputy Assistant Secretary of Defense for ISA

1 - RAdm Thomas Wilson, Director of Intelligence, Joint Staff (J2)

*Federal Bureau of Investigation*

1 - Dale Watson, Deputy Assistant Director for Terrorism

CIA_000014

*National Security Agency*

1.- LTG Kenneth Minihan, Director

*Secret Service*

1 - Director, USSS

*Department of Justice*

1 - Mark M. Richard, Deputy Assistant Attorney General, Criminal Division

CIA_000015

Top Secret





Top Secret

CIA_000016