C01164980

TO: DIRNSA, SECSTATE WASHDC, DIA WASHINGTON DC, DA
WASHINGTON DC, ONI WASHINGTON DC, CNO WASHINGTON DC, CMC
WASHINGTON DC, CSAF WASHINGTON DC, TREASURY DEPT, SECRET SERVICE,
FEDERAL BUREAU OF INVESTIGATION, DEPARTMENT OF JUSTICE WASH
DC//OIPR//, DOEHQ, WHITE HOUSE SITUATION ROOM, ZEN/DEPT OF
TRANSPORTATION, FAA NATIONAL HQ



DIST: 3 JANUARY 1997

COUNTRY: SUDAN/INTERNATIONAL

SUBJ: TERRORISM: COMPANIES LINKED TO USAMA BIN LADIN

DOI: EARLY 1996



TEXT: 1. ( ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ THE FOLLOWING INFORMATION MAY HAVE BEEN INTENDED TO INFLUENCE AS WELL AS TO INFORM. THAT SAID, SOME OF THE INFORMATION PROVIDED BY THIS SOURCE TO DATE HAS BEEN CORROBORATED. WE ALSO NOTE THAT THE DATE OF INFORMATION IS EARLY 1996, PRIOR TO BIN LADIN'S REPORTED DEPARTURE FROM SUDAN TO AFGHANISTAN IN MID-MAY. THE SOURCE WAS NOT IN A POSITION TO PROVIDE INFORMATION ON ACTIVITIES IN SUDAN AFTER BIN LADIN'S DEPARTURE. WE DO NOT KNOW TO WHAT EXTENT THE FOLLOWING COMPANIES REMAIN ACTIVE.)

2. AS OF EARLY 1996, ISLAMIC EXTREMIST FINANCIER USAMA ((BIN LADIN)) REGISTERED HIS COMPANIES IN THE NAMES OF TRUSTED ISLAMIC ARMY MEMBERS, BUT RETAINED OWNERSHIP INTEREST IN THEM. SEVERAL HUNDRED/THOUSAND NATIONAL ISLAMIC FRONT (NIF) MEMBERS WORKED FOR BIN LADIN. EVERY BIN LADIN COMPANY HAD AT LEAST SOME NIF EMPLOYEES. BIN LADIN PAYS ALL HIS EMPLOYEES' SALARIES, INCLUDING THE NIF WORKERS.

3. THE FOLLOWING COMPANIES IN SUDAN WERE OWNED BY BIN LADIN AS OF EARLY 1996:

A. WADI AL-AQIQ COMPANY IN KHARTOUM - THE FORMER MANAGER WAS SHARIF AL-DIN 'ALI ((MUKHTAR)). THIS IS THE MAIN BIN LADIN COMPANY AND IT OVERSEES BIN LADIN'S OTHER COMPANIES. IT WAS THE FIRST COMPANY ESTABLISHED BY BIN LADIN IN SUDAN. FINANCIAL TRANSACTIONS AND PROFITS OF THE COMPANY ARE PARTLY USED AS CAPITAL FOR OTHER NEW COMPANIES AND ALSO TO FINANCE ISLAMIC ARMY ACTIVITIES. THE COMPANY ESTABLISHED AN OFFICE TO HANDLE DONATIONS FROM SAUDI ARABIA AND OTHER GULF COUNTRIES TO ASSIST CHARITABLE SUDANESE ORGANIZATIONS INVOLVED IN RESCUING ORPHANS, HELPING WIDOWS OF THOSE KILLED IN THE WAR IN SOUTHERN SUDAN, AND INVOLVED IN IMPROVING HEALTH CARE, ETC. SHARIF AL-DIN 'ALI MUKHTAR WAS THE FIRST DIRECTOR TO RUN THE COMPANY UNTIL CIRCA 1990, WHEN HE BECAME THE DEPUTY DIRECTOR OF AL-DA'WAH AL-ISLAMIYYA (ISLAMIC CALL), AND THEN LATER THE DIRECTOR OF MARITIME TRANSPORT DIVISION IN SUDAN. CIRCA 70-80 EMPLOYEES WORK AT WADI AL-AQIQ. THE MAIN BUILDING FOR THE COMPANY IS LOCATED IN AL-TA'IF, ON THE STREET THAT LINKS AL-RIYADH WITH AL-TA'IF, NEXT TO THE BUILDING OF THE INTERNATIONAL CHRISTIAN CENTER. THE PHONE NUMBER FOR THE COMPANY IS 223903. ( THE SOURCE DID NOT KNOW THE NAME OF THE CURRENT MANAGER.

B. AL-HIJRA COMPANY FOR CONSTRUCTION AND DEVELOPMENT IN KHARTOUM - AS OF EARLY 1996 THE MANAGER WAS ((ABU IBRAHIM)). THE COMPANY SPECIALIZES IN BUILDING ROADS IN SUDAN. THERE ARE APPROXIMATELY 600 EMPLOYEES AND ENGINEERS WORKING FOR THE COMPANY AND AT ITS VARIOUS BRANCHES IN PORT SUDAN, SHENDI, AND DAMAZIN. ONE OF THE COMPANY'S ACHIEVEMENTS IS THE COMPLETION OF THE ROAD LINKING KURMUK WITH DAMAZIN. THE COMPANY ALSO WORKED ON THE CHALLENGE ROAD PROJECT. THE COMPANY IS EXEMPT FROM PAYING TAXES. THE PHONE NUMBER FOR THE COMPANY IS 223008.

C. LADIN INTERNATIONAL COMPANY IN KHARTOUM - AS OF EARLY 1996 THE MANAGER WAS 'UMAR ((MAKKI)). ((ABU DUJANNA)) WAS THE MANAGER PRIOR TO MAKKI. THE MAIN OFFICE OF THE COMPANY IS LOCATED ON MAK NIMR STREET IN KHARTOUM. IT SPECIALIZES IN IMPORT/EXPORT. THE COMPANY EXPORTS SESAME, BEANS, SUNFLOWER SEEDS, LEATHER, AND OTHER GOODS. THE COMPANY HAS A LARGE DEPOT IN ABU HAMAMAH IN THE SOUTH OF KHARTOUM. CIRCA 20 EMPLOYEES WORK AT THE COMPANY.

D. TABA INVESTMENTS COMPANY IN KHARTOUM - THE MANAGER WAS AN INDIVIDUAL FROM SAUDI ARABIA (NFI). IT EMPLOYS ABOUT 30 INDIVIDUALS. THE COMPANY IS INVOLVED IN EXCHANGING FOREIGN CURRENCY INTO SUDANESE CURRENCY AND VICE VERSA.

E. AL-THIMAR AL-MUBARAKAH (BLESSED FRUITS COMPANY) IN

KHARTOUM AND DAMAZIN - THE MANAGER WAS IRAQI NATIONAL DR. ((MUBARAK)) AS OF EARLY 1996. THE COMPANY HAS ONE OFFICE ON MAK NIMR STREET IN KHARTOUM AND ANOTHER OFFICE IN DAMAZIN, WHICH OVERSEES BIN LADIN'S AGRICULTURAL PROJECTS. SOME OF THE COMPANY'S PRODUCTS ARE SOLD ON THE LOCAL MARKET. THE COMPANY OWNS TRACTORS AND AGRICULTURAL MACHINERY. CIRCA 60 INDIVIDUALS ARE EMPLOYED BY THE COMPANY. THE COMPANY HAS A SECONDARY OFFICE IN KASSALA (SIC). IT IS NOT CLEAR WHAT THE SOURCE MEANS BY A "SECONDARY OFFICE." THE SOURCE COULD NOT SPECIFY IF MUBARAK WAS THE MANAGER OF BOTH THE KHARTOUM AND DAMAZIN OFFICES OR ONLY ONE OF THESE OFFICES.

F. QUDRAT FOR LAND TRANSPORT COMPANY IN KHARTOUM AND PORT SUDAN - AS OF EARLY 1996 THE MANAGER WAS AN INDIVIDUAL FROM LIBYA. 'ABD AL-((RAHMAN)) WAS THE MANAGER PRIOR TO THE LIBYAN. BIN LADIN'S SON 'UMAR 'ABDALLAH IS THE OWNER OF THIS COMPANY.

G. TESDIR AL-KHUDRAWAT WA FAQIHA (VEGETABLES AND FRUITS) COMPANY IN KHARTOUM - AS OF EARLY 1996 THE MANAGER WAS MIRTASM SADIQ AL-((ALAMA)). THE COMPANY BUYS LOCAL PRODUCE AT THE FARMERS' MARKETS, PACKAGES IT, AND THEN EXPORTS IT TO VARIOUS COUNTRIES. IT DOES NOT BUY PRODUCE FROM BIN LADIN'S FARMS.

H. KHARTOUM TANNERY IN KHARTOUM - AS OF EARLY 1996 THE MANAGER WAS ((ABU DUJANNA)). IT SPECIALIZES IN TANNING LEATHER AND EXPORTS THE LEATHER OUTSIDE OF SUDAN. IT IS A VERY MODERN COMPANY AND WAS PREVIOUSLY OWNED BY THE GOVERNMENT OF SUDAN.

I. TAHSIN SALALAT AL-ABQAR IN KHARTOUM JANUB - THE MANAGER WAS A MEMBER OF THE NATIONAL ISLAMIC FRONT (NIF). THE COMPANY IMPORTS COWS FROM HOLLAND TO BREED THEM AND TO IMPROVE THEIR BREEDING THROUGH GENETIC ENGINEERING.

J. AL-IKHLAS AL-ALMIYYA (INTERNATIONAL TRUST) COMPANY LOCATED IN THE AL-BARAKA BANK BUILDING IN KHARTOUM (UNITED NATIONS SQUARE) - ((ABU AL-RIDA AL-SURI)) WAS THE MANAGER AS OF EARLY 1996. HIS ASSISTANT IS ((ABU MUSAB AL-SURI.)) THE COMPANY IS INVOLVED IN IMPORT-EXPORTS AND THE MANUFACTURING OF SWEETS. IT WAS ESTABLISHED IN 1992. EVEN THOUGH IT IS AN IMPORT-EXPORT COMPANY, IT IS NOT INVOLVED IN MUCH COMMERCE AND DOES NOT MAKE MUCH MONEY. IT IS PRIMARILY A FRONT COMPANY FOR BIN LADIN'S MONEY. IT ALSO HAS A LARGE FACTORY AND WAREHOUSES THAT ARE LOCATED APPROXIMATELY ONE HOUR'S DRIVE SOUTH OF KHARTOUM IN AN AREA CALLED KHAMLEEN. SWEETS, SUCH AS COOKIES AND HONEY, ARE PRODUCED AT THE FACTORY. CIRCA 40 EMPLOYEES WORK EITHER AT THE OFFICE OR FACTORY. THE PHONE NUMBER FOR THE COMPANY IS 784059.

K. AL-MASHARI' AL-ZIRA'IYA KASSALA IN KASSALA - THE MANAGER WAS EGYPTIAN NATIONAL AHMAD ((HASAN)) AS OF EARLY 1996. THIS ENTERPRISE IS PRIMARILY A LARGE FARM.

C01164980

L. AL-MUTAHIN COMPANY IN SHENDI - THIS COMPANY HAS A VERY LARGE GRAIN MILL (REFINERY). ( ▓▓▓▓▓ IT MAY HAVE SOME BANK ACCOUNTS AT AL-SHAMAL ISLAMIC BANK.) CONSTRUCTION FOR THIS COMPANY STARTED IN 1993.

M. AL-WAHA BUILDING IN KHARTOUM, NEAR UNITED NATIONS SQUARE AND THE KUBA LIBRARY. BIN LADIN OWNS 25 PERCENT OF THIS BUILDING; FIVE-SIX NIF MEMBERS OWN THE REST. AS OF EARLY 1996 IT WAS STILL UNDER CONSTRUCTION. THE 15-FLOOR BUILDING WAS PREDICTED TO BE COMPLETED IN 1997. OFFICES FOR SOME OF BIN LADIN'S BUSINESSES WILL OCCUPY THIS BUILDING. THE FIRST FLOOR CONTAINS SMALL SHOPS. A FIVE-FLOOR PARKING GARAGE IS CONNECTED TO THE BUILDING BY PEDESTRIAN BRIDGES ON EACH OF THE FIVE FLOORS. THERE IS A SMALL GARDEN ALONGSIDE THE BUILDING.

N. MU'TASIB SIDIQ AL-ALAMA COMPANY IN KHARTOUM - AS OF EARLY 1996 THE MANAGER WAS MU'TASIB ((SIDIQ)).

O. AL-ATHATHAT (FURNITURE) COMPANY IN SENIYYA (INDUSTRIAL AREA) - AS OF EARLY 1996 THE MANAGER WAS 'UMAR AL-((ASWANI)) (VARIANT: AL-ISWANI), WHO IS AN EGYPTIAN AL-JIHAD MEMBER. THE COMPANY, WHICH WAS ESTABLISHED IN 1992, MAKES FURNITURE FOR BIN LADIN'S COMPANIES AND GUESTHOUSES AND ALSO SELLS SOME ON THE OPEN MARKET. ( ▓▓▓▓▓ IT MAY HAVE BANK ACCOUNTS AT AL-SHAMAL ISLAMIC BANK.)

P. QIMAM (SUMMIT) COMPANY IN KHARTOUM, ACROSS THE STREET FROM THE U.S. EMBASSY - MUHAMMAD HASAN ((HASHIM)) WAS THE MANAGER AS OF EARLY 1996. AL-AMIN ((MA'RUF)) WAS THE PREVIOUS MANAGER. BIN LADIN CREATED THIS COMPANY ESPECIALLY FOR HIS SENIOR OFFICERS, SUCH AS 'ABD AL-BASIT AND SAYF-AL-((DIN)). ( ▓▓▓▓▓ "QIMAM" OR SUMMIT IS A VEILED REFERENCE TO BIN LADIN'S SENIOR OFFICERS.) THE COMPANY HAS A BANK ACCOUNT AT FAISAL ISLAMIC BANK.

Q. FARDOS COMPANY, LOCATED ON THIRD FLOOR OF BANK OF KHARTOUM BUILDING IN KHARTOUM - A FORMER MANAGER WAS MUHAMMAD ((SALAH)). ( ▓▓▓▓▓ THE SOURCE DID NOT KNOW THE NAME OF THE PRESENT MANAGER.) THE COMPANY HAS AN ACCOUNT AT THE BANK OF KHARTOUM.

R. ZARQANI COMPANY FOR VEGETABLE OIL IN OMDURMAN AND KHARTOUM (OFFICE) - THE FACTORY IS LOCATED IN OMDURMAN AND THE OFFICE IS IN KHARTOUM. THE COMPANY PRODUCES SESAME OIL, COTTONSEED OIL, SUNFLOWER OIL, SOAP, CAUSTIC SODA, AND LARD. IT HAS A BANK ACCOUNT AT AL-GHARB BANK. ONLY A SMALL PORTION OF THE FINISHED PRODUCT IS EXPORTED AND SOLD TO A LIBYAN BUSINESSMEN.

S. SALT COMPANY IN PORT SUDAN - ((ABU HAFS AL-MANSURI)) (EGYPTIAN) WAS THE MANAGER AS OF EARLY 1996. THE COMPANY HAS AN ACCOUNT AT FAISAL ISLAMIC BANK.

T. ABU MUSAB COMPANY IN KHARTOUM, NEAR THE AL-NILEIN BANK BUILDING - THE MANAGER WAS MUHAMMAD SULAYMAN AL-((NAFI)), AKA ABU MUSAB, AS OF EARLY 1996. THE COMPANY HAS TWO - THREE ACCOUNTS AT AL-SHAMAL ISLAMIC BANK.

4. BIN LADIN ALSO OWNS A COMPANY IN MALAYSIA AND IN QATAR.

CIA_000425

THE BUSINESS IN QATAR REPORTEDLY IS ASSOCIATED WITH ((ABU KHALIFA AL-OMANI)). ( ▮▮▮▮ THE SOURCE HAD NO FURTHER INFORMATION ON THESE COMPANIES.)

5. THE FOLLOWING BUSINESSES COOPERATE WITH BIN LADIN'S COMPANIES BUT ARE NOT OWNED BY BIN LADIN:

A. (UNIDENTIFIED) BUSINESS LOCATED IN JABAL ALI, UNITED ARAB EMIRATES (UAE) - THE COMPANY IS MANAGED BY ((ABU KHALIFA AL-OMANI)). ABU KHALIFA HANDLES BIN LADIN'S MONEY IN THE GULF UNDER MADANI AL-((TAYYIB))'S SUPERVISION. THE COMPANY PROVIDES MONEY TO SAUDI AND YEMENI GROUPS. IT ALSO WORKS WITH SA'ID AHMAD ((LOOTAH))'S BUSINESSES (NFI), WHICH IN TURN COOPERATE WITH BIN LADIN'S COMPANIES. ( ▮▮▮▮ LOOTAH IS THE ONE AUTHORIZES (STAMPS AND SIGNS) SOME OF BIN LADIN'S LETTERS OF CREDIT. ABU KHALIFA COMES FROM A VERY RICH AND FAMOUS FAMILY IN MUSCAT, OMAN.)

B. ADALI WA MESMOOM OIL INDUSTRIES IN OMDURMAN AND KHARTOUM - THE COMPANY'S FACTORY IS LOCATED IN OMDURMAN, WHILE ITS OFFICE IS IN KHARTOUM. THE COMPANY, WHICH IS LEASED BY BIN LADIN, IS INVOLVED IN PRODUCING ITEMS SUCH AS SESAME OIL, COTTONSEED OIL, SUNFLOWER OIL, SOAP, CAUSTIC SODA, AND LARD, ETC.

C. A'SHAYKH MUSTAFA AMIN OIL INDUSTRIES, LOCATED 50 KILOMETERS SOUTH OF KHARTOUM IN THE BAQIR AREA (SOUTH OF SOBA FARM) - THIS COMPANY, WHICH IS LEASED BY BIN LADIN, IS INVOLVED IN PRODUCING SUCH ITEMS AS SESAME OIL, COTTONSEED OIL, SUNFLOWER OIL, SOAP, CAUSTIC SODA, AND LARD, ETC.

D. PREMIUM COMPANY, LOCATED 50 KILOMETERS SOUTH OF KHARTOUM IN THE BAQIR AREA - AS OF EARLY 1996 ITS MANAGERS WERE MR. ((PILI)) FROM GREECE AND MR. ((ROBI)) FROM SYRIA. THE COMPANY PROCESSES SESAME SEEDS, AND EXPORTS SESAME SEEDS, SUNFLOWER SEEDS, AND ANIMAL HIDES. ( ▮▮▮▮ BIN LADIN WANTED THIS COMPANY TO EXPORT SOME OF HIS PRODUCTS, BUT IT IS NOT CLEAR IF THE COMPANY AGREED TO DO SO.) PILI AND ROBI ASSIST MADANI AL-TAYYIB WITH WORK (SIC) AND MONEY MATTERS. FOR EXAMPLE, TAYYIB WILL REQUEST THEIR ADVICE ON THE BEST PLACES TO PUT BIN LADIN'S MONEY IN GREECE AND TURKEY. PILI AND ROBI ARE CHRISTIAN. ROBI HAS A BRITISH PASSPORT.

E. KINANA SUGAR COMPANY (VARIANT: KENANA) - IT WAS MANAGED BY AN INDIVIDUAL FROM THE SUDANESE MINISTRY OF BUSINESS AND IS A SUDANESE-KUWAITI JOINT VENTURE. SINCE 1992, BIN LADIN HAS, WITH PERMISSION FROM THE SUDANESE GOVERNMENT, BEEN PURCHASING SUGAR FROM THIS COMPANY AND THEN RESELLING IT FOR A PROFIT TO THE GENERAL PUBLIC EACH MONTH. BIN LADIN WOULD PURCHASE THE SUGAR WITH U.S. DOLLARS, SELL IT FOR SUDANESE POUNDS, THEN CONVERT IT BACK INTO U.S. DOLLARS. ( ▮▮▮▮ BIN LADIN IS RUMORED TO HAVE MADE $2-4 MILLION EACH MONTH FROM THIS.) IN 1992 BIN LADIN REPORTEDLY PURCHASED SUGAR FOR $12 MILLION FROM THE COMPANY. PART

C01164980

OF THE SUGAR WAS SOLD IN SUDAN AND THE REST WAS EXPORTED.
AL-SHAMAL BANK SERVICED THE TRANSACTION. (
THE SOURCE DID NOT KNOW HOW BIN LADIN RECEIVED THE $12 MILLION
FROM AL-SHAMAL.)

