

**Intelligence Report**

*Office of Transnational Issues*

# Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions

*A Research Paper*

CIA_000721

C05432020

## Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions ███

### Key Findings

*Information available as of 20 November 1997 was used in this report.*

Several Islamic financial institutions—those that ascribe to the Koran's principles against the payment of interest—regularly serve as financial conduits and sources of financial support for a range of Islamic extremist groups, organizations, and political parties. Some of these extremists have been involved in terrorist activities. Our study of ███ ███ on some 130 Islamic financial entities has revealed that Bank Al Taqwa and Dubai Islamic Bank demonstrate especially close financial and personal ties to Algeria's Islamic Salvation Front (FIS), Egypt's Gama'at al Islamiyya (IG), the Palestinian Islamic Resistance Movement (HAMAS), Saudi exile Usama Bin Ladin's terrorist Islamic Army, and other Muslim Brotherhood–backed groups ███ ███ extremist ties to the Saudi-owned Dar Al Maal Al Islami and Dallah Al Baraka bank groups and Al Rajhi Banking & Investment Company, ███ ███ Specifically:

- Bank Al Taqwa, based in Nassau, is one of the most important financial conduits for the International Muslim Brotherhood (MB), ███ ███. Along with its affiliate in Geneva, the bank has been a source of financial support for the Afghan and Bosnian Mujahaddin, the IG, FIS, and Tunisia's banned An Nahda movement. The bank's president has been a top MB financial officer in Europe since at least the mid-1980s, ███. Its board of directors also includes a notable financial supporter of the IG and a prominent radical cleric based in Qatar.

- Dubai Islamic Bank (DIB) is a key financial conduit for Usama Bin Ladin's Islamic Army, HAMAS, and Oman's Muslim Brotherhood, ███. The bank's chairman, Saeed Ahmed Lootah, is a member of the MB and a close friend of Bin Ladin's, ███ ███ Bin Ladin and his Sudan-based companies maintain several accounts at DIB. The bank also is used by such nongovernment humanitarian organizations (NGOs) as Human Appeal International—an alleged financial conduit for HAMAS—and the Dar al-Birr Society, which has financed the Bosnian Mujahaddin.

- Dar Al Maal Al Islami Trust (DMI), a Nassau-based holding company for about a dozen Islamic banks founded by Saudi Prince Muhammad Al Faisal Al Saud, has strong links to the ruling Sudanese National Islamic

CIA_000722



Front (NIF). Six NIF members have been identified as directors or shareholders of DMI's Khartoum subsidiary, Faisal Islamic Bank of Sudan (FIBS); NIF leader Hasan al-Turabi is a past DMI board member, according to bank annual reports. In addition, ███████████████
Istanbul-based Faisal Finance Institution and Faisal Islamic Bank of Egypt in Cairo—both DMI subsidiaries—are key conduits for funding Turkey's recently ousted Refah Party and Egypt's Muslim Brotherhood, both of which are relatively moderate Islamic political parties.

- The Dallah Al Baraka Group owns several banking subsidiaries used extensively by extremists. Albaraka Bank (Sudan) is a financial conduit for the NIF and is used by the Islamic Army, ████████████████

- The religiously ultraconservative Al Rajhi family—owners of the Al Rajhi Banking & Investment Company, with $8.6 billion of total assets—appears to be a key financial backer of the Afghan Mujahaddin, ████████████ The family and the bank purportedly also support NGOs who help finance the Bosnian Mujahaddin, HAMAS, and other extremists.

Arab Albanian Islamic Bank, Bahrain Islamic Bank, the Islamic Bank of Yemen for Finance & Investment, and Qatar International Islamic Bank maintain financial ties to radical extremist groups and suspect Islamic NGOs, ████████████

In addition to providing the ability to bank in accordance with their religious beliefs, Islamic activists—and militants—are attracted to Islamic banks for two other reasons:

- Top management affiliations with the MB, HAMAS, and the NIF make Islamic banks a safehaven for extremist funds. ████████████

In addition, low-level bank employees at Islamic institutions—who are

iv

often hired on the basis of commitment to Islam—may turn a blind eye to money movements by extremist groups. Finally, a general lack of local regulatory scrutiny—as compared with regulation at conventional institutions—may offer additional confidence to extremists that their financial activities will not be closely examined.

- Islamic banks share profits with Islamic political groups and sometimes benefit Islamic sectors of the economy—through loans and employment—at the expense of non-Islamic communities. Islamic financial institutions in Sudan have been key financial supporters of the NIF, and those in Egypt generate income for the MB, ███████████████
  ██████████ Istanbul-based subsidiaries of Dallah Al Baraka, DMI, and the Kuwait Finance House have financially supported Islamic movements in Turkey.

Because of a significant amount of cross-ownership among Islamic financial institutions, Islamic bank boards of directors and management teams share common personnel that may result in influence over bank policy with regard to dealings with extremists. Approximately 60 of the Islamic financial institutions examined were capitalized by Sheikh Kamel's Dallah Al Baraka Group and Prince Muhammad's Dar Al Maal Al Islami Trust, according to the financial press and bank annual reports, which affords them representation on numerous Islamic bank boards. In addition, MB member and DIB Chairman Lootah is a director of four Islamic banks in Bahrain and Bangladesh, and Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi is director or religious supervisor of Islamic financial institutions in Egypt, Kuwait, Malaysia, and Qatar. ████



v



vi

CIA_000725



## Contents

| | Page |
|---|---|
| Key Findings | iii |
| Scope Note | ix |
| Islamic Financial Institutions: Ties to Extremist Groups | 1 |
| Bank Al Taqwa | 1 |
| Dubai Islamic Bank | 7 |
| Dar Al Maal Al Islami Group | 11 |
| Dallah Al Baraka Group | 14 |
| Al Rajhi Banking & Investment Company | 16 |
| Suspect Financial Activities at Other Islamic Banks | 18 |
| Motivations for Using Islamic Banks (U) | 19 |
| Financial Safehaven | 19 |
| Ability To Bank in Accordance With Religious Beliefs | 21 |
| Profit Sharing and Financing | 21 |
| Common Ownership and Management of Islamic Financial Institutions (U) | 22 |
| | 23 |
| | 23 |
| | 27 |

**Appendix**
| | |
|---|---|
| Islamic Financial Institutions Worldwide (U) | 29 |

vii

*Reverse Blank*

CIA_000726

**Scope Note**

This paper analyzes the financial and personal ties of Islamic radical movements to Islamic financial institutions ▮▮▮▮▮▮▮▮▮▮▮▮▮. It is not intended to suggest that most Islamic finance houses knowingly conduct dealings with terrorists or that Islamic militants use Islamic banks exclusively to conduct financial dealings. Indeed, Islamic banks engage in a myriad of legitimate development projects, trade finance arrangements, and commercial partnerships. Moreover, Islamic extremist groups have been observed using conventional banks, couriers, business fronts, and other entities worldwide to move funds. A handful of Islamic banks, however, appear to be actively engaged in financing militant groups, and some bank executives have personal ties to Islamic extremists and activists. The purpose of this paper is to document reporting on this particular avenue for the financing of radical Islam and Islamic extremists and to assess its vulnerabilities. ▮▮▮

CIA_000727

## Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions ▮

### Islamic Financial Institutions: Ties to Extremist Groups ▮

Our review ▮ ▮ suggests that Islamic extremist groups—some of which have undertaken extensive terrorist operations—make regular use of Islamic banks to maintain accounts and transfer funds (see insets on Islamic banking and terrorist groups).[1] ▮ Islamic nongovernment humanitarian organizations (NGOs) that are suspected of serving as fronts for Islamic radicals make extensive use of Islamic banks to channel financial support. Of the roughly 130 Islamic financial entities examined, ▮ Bank Al Taqwa and Dubai Islamic Bank stand out from other Islamic financial institutions because of their management's apparently witting involvement in the financial activities of Egypt's Gama'at al Islamiyya (IG), the Palestinian Islamic Resistance Movement (HAMAS), Usama Bin Ladin's Islamic Army, as well as numerous Muslim Brotherhood factions that are bent on establishing Islamic states.[2]

▮

[1] Islamic groups also use conventional banks as needed. Cells of Islamic organizations operating in Europe and the Americas, for example, use Western banks because of the lack of Islamic financial institutions in these continents. Islamic groups also may find it necessary to spread their holdings among a variety of conventional and Islamic banks to deter security forces watching for terrorist-related transactions. It is interesting to note that Middle Eastern terrorist groups whose primary goal is the destruction of Israel rather than the establishment of Islamic states—the Abu Nidal organization, the Popular Front for the Liberation of Palestine General Command (PFLP-GC), the PFLP, and the like—overwhelmingly use conventional financial institutions and make use of Islamic banks on an infrequent basis. ▮

[2] According to the International Association of Islamic Banks (IAIB), approximately 180 Islamic financial institutions operate worldwide. The number of Islamic financial institutions in this paper differs from the number reported by the IAIB because our analysis focused on those establishments that are, in large part, privately owned and that specifically were established with Islamic charters. In this regard, we have excluded the 10 government owned banks operating under Iran's Islamic regime; some 40 banks in Pakistan and 20 in Sudan that adopted Islamic banking principles under government law; and another 20 entities in Malaysia that are IAIB members but do not appear to be deposit taking and lending institutions. Included here are an additional 40 Islamic financial institutions and investment companies ▮ that apparently are not IAIB members. ▮

radical Islamic financial links of the Saudi-owned Dar Al Maal Al Islami and Dallah Al Baraka banking groups, and the Al Rajhi Banking & Investment Company; ▮

▮ For a detailed list of Islamic financial institutions, their key officers, ownership, holdings, and links to Islamic political entities, see the appendix. ▮

### Bank Al Taqwa
Established in Nassau in 1988, Bank Al Taqwa (Piety Bank) has been described as the single-most-important financial conduit for the International Muslim Brotherhood (MB).[3]



[3] The term "International Muslim Brotherhood" is generally used to refer to a political movement that promotes the use of Islamic law within the existing political systems of Muslim states. It does not exist as a formal or recognized organization; indeed the Muslim Brotherhood, as a formal political organization, is outlawed in every Middle Eastern country except Kuwait. Nevertheless, illegal or unrecognized factions operate in almost every Muslim country. In addition, significant qualitative differences exist among these movements. The Egyptian Muslim Brotherhood, for example, operates largely as a peaceful, political force under a government that significantly represses its activities. Extremist Muslim Brotherhood factions—such as Algeria's Armed Islamic Group and Egypt's Al Gama'at al Islamiyya—seek to overthrow their secular governments and impose Islamic law. ▮

CIA_000729

## *A Profile of Islamic Banking* (U)

O ye who believe! Fear God and give up what remains of your demand for usury if ye are indeed believers. If ye do it not, take notice of war from God and his Apostle. But if ye turn back, ye shall have your capital sums. Deal not unjustly, and ye shall not be dealt with unjustly.

> Sura II - Al-Baqarah
> Verses 278-279, The Koran (U)

*Islamic banking is a financial system that conforms to the principles of Islamic law (shari'a), which forbids the payment of interest and other guaranteed returns on loans and investments.*[a] *It began to flourish during the latter 1970s when prominent Muslim scholars from oil-rich states began to actively promote a conservative interpretation of the shari'a in relation to politics, economics, and finance. Although some teach that the prohibition of interest affects only exploitative or exorbitant charges, most scholars in the Arabian Peninsula and Sudan believe in eliminating interest in all dealings on the basis that lenders, like borrowers, must share in the risk of an enterprise. In lieu of interest, Islamic banks earn income by sharing in the profits on loaned capital provided to business—viewing themselves as business partners that share in the returns of a project. On the other hand, the lending institution also shares in the risk of losses and may not be able to recover the principal from a failed project. During the*

[a] *The overriding principles of Islamic economics are justice and equity and the prohibition of anything exploitative or burdensome. In Islamic banking, interest is a guaranteed (riskless) return that is to be paid regardless of whether the borrower's venture is successful. Islamic law contends that interest payments should not be borne by unfortunate borrowers whose projects fail. A corollary offered by conventional bankers, on the other hand, is that highly successful borrowers face the prospect of paying Islamic banks far more in shared profits than they would to a conventional bank, which demands the payment of a usually lower, fixed return.* (U)

*past two decades, the number of Islamic banks has increased markedly.*[b] *This growth coincided with—and probably was favorably affected by—the adoption of Islamic banking systems in Iran, Pakistan, and Sudan, and the general rise of Islamic fundamentalism throughout the Middle East.* (U)

*Several basic lending structures are used in Islamic financing, each of which describes particular partnerships between the bank and the customer:*

- **Murabaha**—*the most widely used Islamic financial product—is often used in international trade in place of letters of credit. In this arrangement, the bank purchases goods and resells them to the borrower at a higher price. The borrower might pay for the goods in a lump sum or installments.*

- **Mudaraba**, *or "speculation in partnership," involves bank financing of an entire investment project in return for a share of the profits. The client contributes management, labor, and technical skill. Such financing resembles the raising of venture capital in the West, although the borrower usually is well known to the Islamic bank, which may help lower the credit risk.*

[b] *Despite the increase in the number of Islamic financial institutions operating worldwide, the Islamic banking sector represents a tiny slice of the international financial system. According to the financial press, the industry controls about $100 billion of assets—which is equivalent to roughly half of the total assets of Citibank NA in New York.* (U)

C05432020

*A Profile of Islamic Banking* (U) *(continued)*

- **Al-Qard Al-Hasan** *is a no-interest loan primarily for use in the initial phases of one of the above arrangements to help the borrower establish his operation.* (U)

*Depositors can earn returns from Islamic bank-financed projects by placing funds in participatory profit and loss accounts (PPLA). PPLAs are similar to Western mutual funds because returns may be positive or negative—depending on the profitability of the underlying investment projects. Other deposit accounts yield no return under Islamic law. Small savers who desired to adhere to Islamic principals initially were the major source of Islamic deposits, although wealthy individuals increasingly are using Islamic banks to manage their portfolios* ▮



*Islamic banks have religious supervisory boards composed of clerics that oversee borrowing and lending activities. The board ensures that financial activities are in line with the shari'a by making certain that bank funds are not used to promote businesses such as those dealing in alcoholic beverages, gambling, pork production, and pornography. In addition, religious boards enforce prohibitions governing Islamic investment in businesses that earn income from interest-based debt instruments. Religious boards further ensure that the bank's balance sheet is liquid out of concern that depositors may demand their funds; Islamic banks cannot cover a run on deposits, as conventional banks can, by readily borrowing from other banks.[d] Finally, the boards ensure that banks pay zakat, a tax usually amounting to 2.5 percent of profits that is distributed to charities.* (U)

---

[d] *Islamic banks are cut off from conventional capital markets because of restrictions on interest, which has limited their investment opportunities. The problem has resulted in surplus liquidity in the industry because Islamic banks are unable to structure their investment portfolios over longer terms.* (U)

CIA_000730

C05432020

*Profiles of Some Key Islamic Extremist Groups* (U)

### Al Gama'at al Islamiyya (IG)
*An indigenous Egyptian Islamic extremist group active since the late 1970s, the IG seeks to overthrow the government of President Hosni Mubarak and replace it with an Islamic state. The IG has led armed attacks against Egyptian security and other government officials, Christians, and Egyptian opponents of Islamic extremism. Apparently, the IG has lost some of its leadership during the past several years. IG leader Tallat Fuad Kassem purportedly has not been seen since his arrest and extradition to Egypt in 1995. IG spiritual leader Sheikh Umar Abd Al-Rahman, also known as the Blind Sheikh, is in US prison for his role in conspiring to bomb the World Trade Center in New York.*

### Armed Islamic Group (GIA)
*GIA began its violent activities nine months after Algiers voided the victory of the Islamic Salvation Front (FIS) in the December 1991 legislative elections. GIA members, who number several hundred to several thousand, seek to overthrow the secular Algerian regime and replace it with an Islamic state. GIA's terrorist campaign against foreigners living in Algeria began in September 1993 and has resulted in the killing of about 100 expatriates to date through assassinations, bombings, and slitting the throats of kidnap victims.* (U)

### Islamic Resistance Movement (HAMAS)
*Formed in late 1987, HAMAS is an outgrowth of the Palestinian branch of the Muslim Brotherhood concentrated in the Gaza Strip and a few areas of the West Bank. Various elements of HAMAS have used both political and violent means—including terrorism—to pursue the goal of establishing an Islamic Palestinian state in place of Israel. HAMAS is loosely structured, with some elements working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda. HAMAS maintains maximum secrecy and discretion in moving funds to and from the occupied territory, using a diverse network of charities, educational organizations, money couriers, and Islamic and conventional financial institutions.*

### Islamic Salvation Front (FIS)
*This Algerian Islamic fundamentalist movement was banned in March 1992 after winning the December 1991 elections. The official FIS leadership was imprisoned in Algeria, and many other officials went into exile throughout the Middle East and Europe following the regime crackdown on the movement. Since 1992, Algerian Government forces have made substantial progress against the military wing of the FIS, although some militant offshoots of the group continue to operate in Algeria and abroad.* (U)

### Jihad Group
*Also known as Al-Jihad, Islamic Jihad, and Vanguards of Conquest, the Egyptian Islamic extremist group has been active since the 1970s. The various Jihad factions regard "Blind Sheikh" Umar Abd Al-Rahman as their spiritual leader. The goal of Al-Jihad is to replace the secular Egyptian Government with an Islamic state. It specializes in armed attacks against Egyptian Government officials, unlike the IG, which targets low-level security personnel, tourists, and Coptic Christians.* (U)

CIA_000731

ATMO and the Governments of Iran and Kuwait.





- The French press raised allegations in 1995 that ATMO finances Algeria's Islamic Salvation Front (FIS) and the Armed Islamic Group (AIG)

  .[3] In addition, the article identified Khaldoun Dia-Eddine as an ATMO employee who also represents the Swiss office of the Irish charity, Mercy International—an NGO that has supported the Bosnian Mujahaddin and Somalia's Al Ittihad Al Islamiyya, [6]

- leaders of the outlawed Hisb al Tahrir al Islami (Islamic Liberation Party), an anti-Jordanian-Government group, are funded by donations from

***Key Bank Officials.*** Bank President Youssef Nada is an Egyptian-born, naturalized Italian citizen who is an engineer by profession. Nada has a long history as a financial officer for the MB. Nada was the top MB officer in Europe and was entrusted to invest MB funds under the cover of personal and business-related investments.

Al Taqwa's president also heads Nada International Anstalt, in Vaduz, Liechtenstein, and Youssef M. Nada & Company GmbH, in Vienna ; these are apparently

---

[a] Khaldoun Dia-Eddine is secretary of the Islamic Community Center in the canton of Ticino in Switzerland, according to a Swiss business database. Ahmed Idriss Nasreddin and Ali Ghaleb Himmat are president and vice president, respectively, of the center. Dia-Eddine also operates Dia-Eddine & Company in Zug, Switzerland, according to Dunn & Bradstreet.

CIA_000732

affiliates in the Al Taqwa group.[8]

Ali Ghaleb Himmat—the senior officer of the bank—is a Tunisian national and long-time MB member,
█████████████████████ Like Nada, Himmat is also a naturalized Italian citizen and a director of Nada International Anstalt, in Vaduz. (S NF OC)

Wealthy international businessman Ahmed Idriss Nasreddin plays a key, though unspecified, role in the Al Taqwa Group. He is a prominent IG financial supporter
███████████████
███████████████
███████████████
████[9]

[8] Corporate records of Nada International indicate that until 1983 Jamal Al Barzinji, Hisham Altalib, and Muhammad Shamma were directors of the Liechtenstein firm. Barzinji and Altalib currently are directors of a US affiliate of a Saudi charitable foundation. This US affiliate, based in Virginia, is headed by Saudi national Ahmed Totonji, who is a major financier of Islamic extremist organizations throughout Europe,
███████████████ Muhammad Shamma probably is identical to the senior HAMAS political leader
[9] The Nasreddin family has extensive corporate and financial interests emanating from The Bahamas. Ahmed Idriss Nasreddin and his family control a worldwide network of companies engaged in commodities trading and real estate through The Bahama's-registered holding company, Nasreddin Group International. In addition, he probably established the Al Akida Islamic Bank, also registered in Nassau,

█████████████████ advisers to the bank include Sheikh Youssef Al Qaradawi, a radical Islamic cleric based in Qatar, and Syrian MB member Abdul Fattah Abou Ghodda. Qaradawi is an exiled Egyptian national who purportedly supports closer ties to Egypt's IG. He has called publicly for the overthrow of the Mubarak government, ████████
█████████████. He has had past contact with Gama'at spiritual leader Sheikh Umar Abd Al-Rahman—the "Blind Sheikh"—who was convicted of conspiracy in the World Trade Center bombing.[10] ████████████████████ Qaradawi helped form the Omani Muslim Brotherhood (OMB) during the early 1980s, ███████████████
███████████████

Professor Khurshid Ahmad, a senator in the Pakistani legislature representing the Jamaat-i-Islami (Pakistan's MB), also may be affiliated with the bank. An expert in Islamic economics, Ahmad has personal and financial ties to Nasreddin. ████████████
███████████████

*Operations.* Bank Al Taqwa was incorporated in The Bahamas ████████████████
██████ The bank and its affiliates apparently operate on a secretive level, making little known about their specific financial dealings, ████████
███████████████

[10] ████████████ Qaradawi has gained increasing stature as an MB cleric and scholar throughout the Gulf region. ████████████ in 1994, Saudi Arabia awarded Qaradawi the King Faisal International Prize for his research and writings on Islamic law, and, ████████████
█████ Qaradawi has been a paid religious affairs adviser to Qatari Emir Khalifa bin Hamad al-Thani for several years.

CIA_000733



*Figure 1. Dubai Islamic Bank Chairman Saeed Ahmed Lootah, friend and banker to terrorist financier Usama Bin Ladin, also has ties to several charities that support HAMAS, the Bosnian Mujahaddin, and Muslim Brotherhood causes worldwide. The photograph is taken from the 1994 Albaraka Islamic Investment Bank B.S.C. Annual Report.*

Although Bank Al Taqwa's capital clearly was provided from MB coffers, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. The French press reported in 1995, for example, that the Saudi-owned Dallah Al Baraka Islamic banking group was a part owner of the bank ▆▆▆▆▆▆

▆▆▆▆▆▆▆▆ US press reports cite the existence of a branch of the bank in Algeria; ▆▆▆▆▆▆

▆▆▆▆▆▆▆ Finally, the Turkish press reported in 1990 that Turkish Refah Party hardliners Oguhzan Asilturk and Recai Kutan were among seven founders of the bank.[11]

### Dubai Islamic Bank
Dubai Islamic Bank (DIB) is a financial conduit for Usama Bin Ladin's Islamic Army and HAMAS, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ties of the bank and its directors to several NGOs that

[11] Asilturk is a key adviser to recently ousted Turkish Prime Minister Necmettin Erbakan, and Kutan was his Minister of Energy and Natural Resources. The allegations of Turkish Refah Party capitalization of Bank Al Taqwa may have some merit, given longstanding ties of Refah's leadership to the MB.

allegedly remit funds to HAMAS and militant Afghani and Bosnian extremist groups. Saeed Ahmed Lootah, DIB's chairman (see figure 1), is anti-Western—ascribing to various conspiracy theories regarding the intentions of the United States and other Western countries to control the Islamic world ▆▆▆▆ ▆▆▆▆ He also is known for deep religious conservatism and strong support—financial and otherwise—for Islamic political causes, ▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆. Lootah (see figure 2) also has ties to Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi, Usama Bin Ladin, and NIF leader Turabi. His religious conservatism apparently extends to DIB's personnel policy; bank employees are forbidden to be involved in outside business activities, nor are they to associate with non-Muslims, ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆. The Lootah family lives in the isolated community of Medinat Al Lootah, located outside Dubai and the "corrupting influences of the city," ▆▆▆▆▆▆▆▆

7

CIA_000734



*Figure 2. Chairman Lootah (center) hosts Bank Al Taqwa adviser and radical Qatar-based Muslim Brotherhood member Sheikh Youssef Al Qaradawi (right) and Egyptian journalist Fahmi Howaidy at Dubai Islamic Bank headquarters sometime in 1995. Qaradawi also is a significant backer of Oman's Muslim Brotherhood. Howaidy is a well-respected columnist for several Egyptian and Gulf newspapers.*



*. The photograph is taken from the 1995 Dubai Islamic Bank Annual Report.*



### Financial Links to Usama Bin Ladin and the Islamic Army.

Lootah is a close friend and business associate of Usama Bin Ladin's, head of the Islamic Army—a pan-Islamic militant group established during the Afghan war (see inset). Its goal is to bring about the return of the Caliphate—the office held by a successor to the prophet Muhammad who serves as the spiritual leader of Islam. that Bin Ladin's Sudan-based companies are customers of DIB.[12]



[12] Until around 1996, Bin Ladin controlled some 20 companies in Sudan that are registered in the names of trusted Islamic Army members. He was to have sold the firms in 1996 when he departed Sudan, ultimately for Afghanistan. Although some have been liquidated or are winding down operations, Bin Ladin purportedly retains control of others.

Lootah and DIB have alleged ties to other Dubai-based individuals and firms that maintain financial links to Bin Ladin:

• Hisham Ihsan Koprulu, the General Manager of Koprulu Trading Company in Dubai, is a DIB customer who has had regular business and financial dealings with Bin Ladin, his Al-Hijra company, and Islamic Army members.



8

### Terrorist Financier Usama Bin Ladin: Background and Islamic Financial Ties (U)

*Saudi exile Usama bin Muhammad bin Awad Bin Ladin is arguably one of the most significant financial sponsors of Islamic extremists in the world today. One of 24 sons of Saudi construction magnate Muhammad Bin Ladin—founder of the Kingdom's Bin Ladin Group business empire—Usama joined the Afghan resistance movement almost immediately after the December 1979 Soviet invasion of Afghanistan. He gained prominence during the Afghan war for his role in financing the recruitment, transportation, and training of Arab nationals who volunteered to fight alongside the Afghan Mujahaddin. By 1985, Bin Ladin had drawn on his family's wealth and donations from sympathetic Gulf merchants to organize the Islamic Army, or al-Qaida, to fight in Afghanistan. His experiences there cemented his dedication to militant Islamic causes. Bin Ladin relocated to Sudan in 1991, where he was welcomed by ruling National Islamic Front (NIF) leader Hasan al-Turabi. During his five-year stay in Sudan, Bin Ladin had a close association with Sudan's Islamic banks:*

- *Bin Ladin provided $50 million toward the capital of Al Shamal Islamic Bank, according to press reports.*



- *Bin Ladin possibly owned a third each of the Animal Resources Bank (ARB) and the Farmers Bank for Investment & Rural Development,* _____ *ARB helps facilitate the flow of funds to various Islamic groups in Sudan from abroad.*

- *Bin Ladin's companies and the Islamic Army conducted substantial business through Albaraka Bank (Sudan), Al Shamal Islamic Bank, Faisal Islamic Bank of Sudan (FIBS), and Tadamon Islamic Bank.*

*The late Salim Bin Ladin, Usama's half-brother, was among the original investors in FIBS* _____ *, and half-brother Haydar*



*Usama Bin Ladin (U)*

*Mohamed Bin Ladin is a director of the Dar Al Maal Al Islami Group (DMI).*

*Bin Ladin's choice of financial institutions in Sudan and abroad probably is based on personal contacts at the banks and security concerns. NIF cadre dominate bank boards and the top management positions at the Islamic banks in Sudan and probably are business associates or sympathizers to Bin Ladin's cause.*

_____ *His use of Dubai Islamic Bank probably stems from his purported friendship with DIB Chairman Lootah:*

- *Because Islamic institutions are limited in number and have little or no presence in many developed countries, Bin Ladin purportedly is forced to maintain accounts at conventional banks throughout the world.* _____ *to adhere to Islamic principals, a fatwa (religious opinion) was issued to allow Bin Ladin to keep funds in non-Islamic banks.* _____ *Bin Ladin donates any interest he earns on these accounts to charitable causes.* _____

CIA_000736

**Financial Links to Oman's Muslim Brotherhood.**
Lootah was one of the principal financial supporters of
the Omani Muslim Brotherhood (OMB) as of late
1994, ████████████████████████. He
purportedly aided Hamid Al Ghazali—a leader of a
group of Islamic extremists in Oman—who controlled
and directed the OMB's sizable portfolio of invest-
ments at that time. In addition to DIB, an important
repository for OMB investments was Abrar Invest-
ments in the United States.

[13]

████████████████ Muscat arrested hundreds of OMB
members in 1994 for plotting to overthrow the gov-
ernment.

**Ties to Radical NGOs.** DIB and Lootah have connec-
tions to several Islamic NGOs that purportedly fund
militant causes. A principal connection probably is
through DIB board member Sheikh Yousif Jassim Al
Haji—an important leader in Kuwait's extensive net-
work of private charities. Al Haji is chairman of the
Kuwait-based International Islamic Charities Organi-
zation (IICO), an NGO that oversees 150 member
organizations worldwide. ███████
████████, the IICO was established in 1986 as a
cover entity for the safe and efficient management of

---

[13] Abrar was established in the United States in 1990 by Malaysian
national Wan Muhamad Hasni Wan Sulaiman and has grown into
one of the largest Islamic investment vehicles in the world,
████████. Its holding company, Abrar Group Interna-
tional, was subsequently established in Kuala Lumpur in 1992. (U)

MB finances ████ [15]
████ the IICO sends funds ████████ to the Peshawar,
Pakistan-based Maktab-ul Khedamat, an NGO that
coordinates activities of militant Afghanis and sup-
ports the Bosnian Mujahaddin. [16] In addition, Al Haji
is an executive board member of the Khartoum-based
Islamic Dawa Organization (IDO)—which is,
████████████████ an NGO controlled
by the NIF. Al Haji's position as DIB director suggests
that some of the Kuwati ownership in DIB is held by
IICO and that some of DIB's annual *zakat* payments
(charitable donations) are channeled to the IICO and
IDO. In addition:



---

[15] In April 1995, according to Kuwaiti press reports, Egyptian ter-
rorist Ashraf Abdul-Halim Abdul Gaffar attended three days of
meetings held by the IICO General Assembly. Gaffar reportedly
kept a low profile; it is not clear how he entered Kuwait or why he
attended the meetings. ████
[16] Maktab-ul Khedamat (MK) was established in 1985 in Pakistan
by a member of the Jordanian MB. It serves as a coordinating orga-
nization for the Mujahaddin in Afghanistan and Pakistan and,
despite its involvement in legitimate charitable activities, its pri-
mary aim is the prosecution of *jihad* (holy war) against those who
oppress Muslims. Employees of MK have been implicated in sev-
eral terrorist incidents, including the World Trade Center bombing.
████

CIA_000737



Figure 3. The banks owned by Dar Al Maal Al Islami Chairman Prince Muhammad Al Faisal Al Saud provide signifi cant financial support for the Egyptian Muslim Brotherhood, Sudan's National Islamic Front, and Turkey's Refah Party. The photograph is taken from the 1994 Faysal Islamic Bank of Bahrain Annual Report. (s NF)

dozen Islamic bank subsidiaries. ▮▮▮▮▮▮▮▮ DMI acts as a financial conduit for various Islamic extremist groups, MB factions, and Islamic political parties ▮ DMI has strong financial links to Sudan's NIF, ▮▮▮▮▮▮▮. NIF leader Hasan al-Turabi, a onetime member of DMI's board of directors, is a personal friend of DMI Chairman and founder Prince Muhammad Al Faisal Al Saud—a Saudi royal family member (see figure 3) who has provided the NIF significant funding, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Turabi has attended DMI shareholder meetings with Prince Muhammad in Geneva. According to bank directories and annual reports, other members of DMI's board of directors include:

- Radical Qatar-based cleric and Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi, who is on DMI's religious supervisory board.

- Saudi businessman Abdullah Othman Abdurrahman Al-Hussaini, President of the Saudi-based Al-Waqf Al-Islami Foundation. ▮▮▮▮▮▮▮▮▮▮ Al-Waqf Al-Islami is a charity that supports Egypt's IG. Through its Dutch office, the NGO is affiliated with Rachid Nafih, an IG-linked religious leader in the Netherlands.

▮▮▮▮▮▮▮▮▮▮▮ Lootah actively participates in the UAE-based Jama'iyah Al-Islah Ad-Diny (Association for Religious Reform), which collects donations throughout the UAE to support MB causes worldwide.

### Dar Al Maal Al Islami Group
Registered in Nassau in 1981 and administered from Geneva, Dar Al Maal Al Islami (DMI)—the House of Islamic Funds—is the holding company for roughly a

11

board of directors, according to bank directories.

in the DMI network promote fundamentalist movements by financing Islamic businesses and charities through the various Faisal Islamic Banks. the DMI network is a financial conduit for the Afghan Mujahaddin, Algeria's FIS, Tunisia's banned An Nahda movement, and extremists operating in Egypt, Morocco, and the United States.

*Faisal Islamic Bank of Sudan (FIBS).* This DMI subsidiary stands out as a financial and logistic hub for the NIF and apparently is under its virtual control. At least six FIBS directors and shareholders are top-level NIF members or financial backers of the government:

- London-based FIBS director and shareholder El Nur Zarroug has been described as one of the top financial supporters of the NIF in Europe,

  El Tayeb Mohamed El Nous, and Hashim Hago—all FIBS shareholders—are among key NIF financial supporters.

- Religious Supervisor Ahmed Mahjoub Haj Nour is among the most radical members of the NIF,

FIBS branches are used regularly to channel financial support, obtained largely from the Gulf states, to the NIF.

- FIBS is closely affiliated with several NIF-controlled charities, such as the Sudanese chapter of the IDO, which provides financial and political support for subversive Islamic causes. key individual contributors to the IDO have included Prince Muhammad and Dallah Al Baraka Chairman Sheikh Saleh Kamel, both of whom supported the NIF in taking control of the organization.[19] The IDO generates revenue from

[19] the IDO's 60-member executive board is a virtual who's who of Islamic bank and NGO directors. Sudanese nationals—composing the bulk of the IDO board—are NIF cadre; foreign members have strong ties to the NIF or have been otherwise described as among the most militant members of the MB. Top Islamic bank managers on the IDO executive committee include IDO National Committee President Eissa Mohamed al Khalifa, chairman of Bahrain Islamic Investment Company; Sheikh Abdul Rahman bin Abdulla al Mahmoud, chairman of Qatar Islamic Bank; Dr. Othman Abdul Wahab, chairman of Sudan's Al Shamal Islamic Bank and manager of the Islamic Insurance Company an FIBS subsidiary firm; Sheikh Ahmed Sa'ad al Jaser, chairman of the International Investment Group in Kuwait; Ibrahim Khalifa Ali al Khalifa, a director of DMI and Faisal Islamic Bank of Bahrain (FIBB); Ahmed Salah Jamjoom, a director of FIBB and FIBS; Sheikh Yousif Jassim Al Haji, head of Kuwait's ILCO and a director of DIB; Sheikh Youssef Al Qaradawi, an adviser to Al Taqwa Bank and religious supervisor of DMI, Faisal Islamic Bank of Egypt, Qatar International Islamic Bank, Kuwait's Majestic Global Investments, and Commerce MGI in Kuala Lampur; Dr. Salah Abu al Naja, general manager of Sudan's Tadamon Islamic Bank; Sheikh Abdul Basit Ali, a shareholder in Tadamon Islamic Bank; Mohamed Abduh Yamani, a director of the Dallah Al Baraka Group and various Al Baraka subsidiaries; Sheikh Mohamed Othman Khalifa, a manager of the Sudanese Islamic Bank; Dr. Abdulla Omer Nasif, secretary general of the Muslim World League (MWL) and an FIBS director; Amin Aqil Attas, MWL assistant general secretary and an FIBS director; Sheikh Muhamad Abdallah Al Dabbagh, head of the Qatar Charitable Society, a director of Qatar Islamic Bank, and the Qatar Islamic Insurance Company; and Saudi "businessman" Ahmed Totonji, a director of a US affiliate of a Saudi foundation and alleged financier of extremist organizations. In addition to accounts at five Islamic banks in Sudan, the IDO maintains one or more accounts at Bahrain Islamic Bank, Dubai Islamic Bank, the Islamic Investment Company of the Gulf in Manama, Kuwait Finance House, and Qatar Islamic Bank.

CIA_000739

C05432020
Case 1:03-cv-01870-GBD-SN Document 1812-12 Filed 08/23/24 Page 20 of 84

its commercial arm—the Danfodio Charitable Trust—a shareholder in FIBS and Sudan's Al Shamal Islamic Bank.

*Faisal Finance Institution (FFI).* A DMI subsidiary based in Istanbul, FFI

Turkish national          who is a close friend of DMI Chairman Prince Muhammad's,
was on FFI's Executive Committee as of 1993, according to the 1993 Telerate Bank Directory and,
is a founder of the Saudi-based Muslim World League (MWL).

*Faisal Islamic Bank of Egypt (FIBE).* This DMI subsidiary has been affiliated with Egypt's MB since the mid-1980s,

FIBE general manager          was senior MB member Ahmad Ali Kamal, who was a close friend of DMI and FIBE Chairman Prince Muhammad's and who was second-in-command of the MB's secret military wing during the 1950s. The chairman also was a close friend and business partner of senior

Egyptian MB member Tawfiq al Shawi—who became an adviser to DMI. Although the Egyptian MB operates as a political group and publicly opposes violence, Cairo has sought to deny it direct political power out of concern that it poses a threat to civil unrest. In May 1993, President Mubarak informed Saudi Arabia's King Fahd that violent Islamic groups in Egypt are financed through FIBE branches, according to press reports, although some of his concern probably stems from the secular government's anxiety over even Islamic groups that seek to advance through mainstream political and legal channels. Nevertheless,

FIBE may serve as a source of financial support for some of Egypt's less moderate Islamists.

FIBE is one of the few entities still supporting radical Egyptian exile Salem Azzem—a onetime supporter of Egypt's Islamic Jihad and the Blind Sheikh. In addition:

•

• FIBE probably maintains accounts for the Ansar Al Sunna, a strict Islamic fundamentalist sect that, until recently, maintained close ties to Sudan's NIF.

• In 1991,                            ,
the IG hung posters in Cairo and Alexandria calling for Egyptians to finance the Palestinian uprising in the occupied territory by depositing funds into specific FIBE accounts. In addition,

Faten Mohamed Shoaeb, the wife of the "Blind Sheikh" Umar Abd Al-Rahman, maintained US dollar and sterling accounts at FIBE purportedly to support the Jihad Organization.

13

CIA_000740



*Faysal Islamic Bank of Bahrain (FIBB).* This DMI subsidiary maintains a branch in Lahore, Pakistan,



*Figure 4. Subsidiaries under the control of Dallah Al Baraka Chairman Sheikh Saleh Abdullah Kamel profit and serve as financial conduits for the Jordanian Muslim Brotherhood, Sudan's National Islamic Front, and Turkey's Refah Party.*

*The photograph is taken from the 1994 Al Baraka Bank Bangladesh LTD Annual Report.*

## Dallah Al Baraka Group

A few banking subsidiaries of Sheikh Saleh Abdullah Kamel's \$4.5 billion Al Baraka Investment & Development Company in Jeddah—generally known as the Dallah Al Baraka Group—have links to Islamic extremists (see figure 4). █████████████, Albaraka Bank (Sudan) is another NIF-controlled financial institution whose board of directors once included NIF leader Hasan al-Turabi and currently includes several high-ranking NIF members; Dallah Al Baraka Chairman Kamel has been a key financier of the NIF. In addition, ████████████████████ branches of Albaraka Bank (Sudan)—especially the Al-Burg branch—have been used by firms owned by Usama Bin Ladin and members of his Islamic Army ██████████████████ Bin Ladin maintained an account at Albaraka Bank (Sudan) in his own name ████████████████████████████████ the Al-Burg branch is a base of operation for the Al Ikhlas International Company—a firm that operates as a front for Bin Ladin's money:

- ████████████ the NIF finances Islamic groups in Djibouti through accounts with Banque Albaraka

Djibouti, as well as through three other banks operating locally. The NIF uses Djibouti as a base to recruit students for military training in Sudan and to support security forces in Ethiopia and Somalia; NIF cadre work with hardline Islamic fundamentalists employed by the Saudi International Islamic Relief Organization. ████████████████

████████████ Islamic deposits are tightly controlled at Banque Albaraka Djibouti, and the bank will accept deposits only if a name is accompanying the money; otherwise, the deposit will be returned to the remitter. ████████████ Albaraka would prefer not to handle individual Islamic deposits because of the money's potential links to terrorists. ████████████ Banque Albaraka Djibouti purposely created administrative problems for the Sudanese Embassy in March 1994 that forced the NIF to use another bank. ████████

Al Baraka director Mohammad Abduh Yamani (see figure 5)—a former Saudi Minister of Information and Kamel's brother-in-law—apparently has close ties to the NIF as evidenced by his membership on the executive board of Sudan's IDO, ████████████████████

14



*Figure 5. Mohamed Abduh Yamani, former Saudi Minister of Information and Sheikh Kamel's brother-in-law, is a director of several Dallah Al Baraka subsidiaries. Yamani is on the executive board of the NIF-controlled Islamic Dawa Organization ▮*

*The photograph is taken from the 1994 Albaraka Islamic Investment Bank B.S.C. Annual Report ▮▮*



***Beit Al Mal Al Philistini.*** Sheikh Kamel is a founder and financial backer of Beit Al Mal Al Philistini (Palestinian Treasury) in Ramallah on the West Bank ▮



Several financial organizations named "beit al mal" (treasury) operate worldwide.

In addition, Bait Al-Mal Al-Islam is registered in London as a religious trust.



Bait Al Mal Al-Islam is a repository for funds for the London-based Muslim Institute, an anti-West, pan Islamic political movement established by the late Kalim Sid diqui. Virulently pro-Iranian, Siddiqui fully supported Tehran's *fatwa* against Salman Rushdie and traveled extensively to Iran, according to press reports. A 1996 report from the US Embassy in Pretoria alleges that Siddiqui's institute was used to channel Iranian funds for extremist purposes.

[20] Al Baraka and Yamani have a potential commercial tie to the MB through ownership in a Malaysian firm. ▮ Dallah Al Baraka owns roughly a third of the Joint Arab Malaysian Investment (JAMI) Company, an investment, holding, and trading company based in Kuala Lampur. Kamel controls another 4 percent of JAMI through the Jeddah-based Iqra Charitable Foundation, which he and Yamani established. Corporate records indicate that other JAMI investors include Fahad Suleiman al Rajhi (33 percent), a director of Al Rajhi Banking & Investment Company; the Virginia affiliate of a radical Saudi charitable foundation (14 percent); Saudi businessman Ibrahim al Afandi, who has been invited to the NIF-dominated Popular Arab and Islamic Conference in Khartoum; and Sheikhs Abdul Rahman bin Aqeel and Fouad al Khateeb, Saudi nationals who have been described as militant MB members ▮

CIA_000742

the Al Rajhi family and ARBIC documents their financial support for the Afghan Mujahaddin in Pakistan via humanitarian organizations. ███████ ███████████ Suleiman Al Rajhi is the Kingdom's largest payer of *zakat* (charitable donations); he reportedly maintains a staff of 20 to manage his unpublicized charitable endeavors:

- ███████ 1997, ███████ a "Sheikh Rajhi" deposited ███████ into bank accounts held by the director of Maktab-ul Khedamat (MK)[24] and another NGO ███████

- In 1995, Islamic activist Sulayman Agbariyah admitted ███████ that he held shares in Beit Al Mal. Agbariyah is deputy mayor of Umm al Fahm, an Arab city in Israel bordering the West Bank, and involved in disbursing aid to Palestinians.

███████ In addition, an unspecified member of the Al Rajhi family is charged with overseeing financial support to the Afghan Mujahaddin along with the IIRO Director in Kabul, ███████

- ARBIC apparently has been a conduit for funding the Mujahaddin since the early 1990s. ███████

**Al Rajhi Banking & Investment Company**
Riyadh-based ARBIC, with some $8.6 billion in assets—is 80-percent owned by the secretive and religiously ultraconservative Al Rajhi family, ███████ ███████ The most compelling information on Islamic extremist links to

Al Rajhi financial support for several other Saudi NGOs that purportedly divert funds to Islamic extremists:

[24] See footnote 16. (U)

CIA_000743

C05432020



• [redacted] the Al Rajhis
were routinely contacted by officials of the World
Assembly of Muslim Youth (WAMY)—a Saudi
NGO whose personnel often pursue an extremist
agenda, [redacted] WAMY
officials have couriered private Saudi donations to
Islamic groups in Afghanistan and Bosnia. In some
cases, WAMY puts foreigners requesting aid in
direct contact with Saudi donors who are looking for
worthwhile Islamic causes; WAMY sometimes will
broker requests with potential donors if the NGO
has an ideological interest.

• The use of ARBIC by extremists in some of these
cases probably denotes convenience rather than Al
Rajhi family involvement in financing radical
groups. The bank's dominance of the foreign remit-
tance business, coupled with strong financial links to
Africa and the Asian subcontinent, probably make
ARBIC the only choice for transferring funds to
some regions. [redacted]
[redacted] for example, that ARBIC was the only bank in
the Kingdom authorized to remit funds to banks in
Jordan and the West Bank and, therefore, was a pri-
mary conduit for funds transfers by Palestinians.

The Saudi Government undoubtedly is aware of Al
Rajhi's role in providing support to Muslim groups
and probably even sanctions some of the support.[25]

[25] Saudi Arabia, as well as other Gulf states, has long been a source
of financial support for Islamic causes; at least some of these funds
are diverted to militants and terrorists. Riyadh provides official
funding to various groups to promote Sunni Islam and to counter
regional Iranian influence; other funding emanates from semioffi-
cial charities, such as the Muslim World League and IIRO, and
from private donations that are often difficult to track. Funds col-
lected from individuals are often made in cash and disguised as
religious offerings; NGO funds, on the other hand, are usually
diverted by unregulated offices located abroad. The difficulty of
supervising overseas operations offers Riyadh a plausible defense
when NGO links to radical groups are brought to light.

[redacted] Al Rajhi financial ties to
Islamists is inconclusive.

17

CIA 000744

, AAIB has been financing the military and terrorist training of an Islamic group under the direction of the Bosnian Mujahaddin. The group plans to attack institutions in Kosovar if Serbian President Milosevic's reneges on promises of greater independence for the region.

• *Bahrain Islamic Bank (BIB)* is a key correspondent of Dubai Islamic Bank and Faisal Islamic Bank of Sudan; ▪ As of early 1992, BIB employed funda-mentalist members of the Islamic Association of Bahrain and used the bank for its financial dealings. The Islamic Association has no history of violence; however, its members tend to be affiliated with the MB and are anti-Western. public addresses by senior Islamic Association members have adhered to the principle that any form of government that is not theocratic and Islamic must be impious and corrupt.

• *Qatar International Islamic Bank (QIIB)* QIIB is one of the five Islamic financial institutions that radical Sheikh Youssef Al Qaradawi serves as religious supervisor.

• The *Islamic Bank of Yemen for Finance & Invest-ment*, in Sanaa, established in June 1996, finances Yemen's radical Islamic Reform (Islah) Party Islah Party leader Abdul Majid al Zindani owns 1 percent of the bank and is a mem-ber of its board of directors. Despite the nominal

• Riyadh, on the other hand, apparently has attempted to stifle some funding of militant groups.

**Suspect Financial Activities at Other Islamic Banks**
A few other Islamic banks as conduits for suspect Islamic NGOs and Islamic extremist groups, for example:

• *Arab Albanian Islamic Bank (AAIB)*, established in 1994, is used by several humanitarian organizations that probably finance radical groups, including Sudan's Islamic African Relief Agency and Third-World Relief Agency; the Qatar Charitable Society; and the Saudi-based World Assembly of Muslim Youth, the Saudi-based IIRO owns a stake in the bank.

CIA_000745

shareholding, Zindani's place on the board raises concern over the integrity of the bank. Zindani has close ties to Iran, Sudan, and Usama Bin Ladin and has been involved in the training of Arab extremists, ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ the bank helps provide Zindani an independent base of financial support and is critical to his success and influence. ▮▮ ▮▮▮▮▮▮ 1996, Zindani hosted an international conference on Islamic banking in Sanaa that was attended in large part by MB members, ▮▮▮▮ ▮ ▮▮▮▮▮▮ The most important recommendation made by the conference was that Islamic bank capital be directed to Sudan to help overcome the effects of economic sanctions. ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The 20-percent foreign ownership in the Islamic Bank of Yemen is split among Dallah Al Baraka, the Islamic Development Bank, Jordan Islamic Bank for Finance & Investment, and Qatar Islamic Bank.▮▮▮

## Motivations for Using Islamic Banks (U)

Drug traffickers and other criminals seek out financial institutions that they believe will turn a blind eye to their financial activities or become discreet partners in their dealings. Such banks often are located in off-shore centers known for bank secrecy or in countries with weak regulation of the financial sector.▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Islamic militants similarly bank with financial institutions that provide assurance that their deposits and financial activities will not be scrutinized by government or enforcement authorities. Islamic banks in many countries apparently provide such confidence. In addition, these banks offer financial services that are in line with religious beliefs and, sometimes, significant financial support for local Islamic movements. ▮▮▮▮▮

### Financial Safehaven
Top management affiliations with the MB, HAMAS, and the NIF almost certainly help attract customers with similar backgrounds to Bank Al Taqwa, Dubai Islamic Bank, Beit Al Mal Al Philistini in the West Bank, and Islamic banks operating in Sudan. The overwhelming Islamic management and personnel in

*The Islamic Development Bank* (U)

*The Jeddah-based Islamic Development Bank (IDB) is an international financial institution whose purpose is to "foster the economic development and social progress of member countries and Muslim communities . . . in accordance with the principles of Islamic law," according to the 1995 IDB Annual Report. In its capacity as a development institution, the IDB functions much like the World Bank or International Monetary Fund. Its capital is provided by 48 member countries, all of whom must be members of the Organization of Islamic Conference. According to the annual report, Iran, Kuwait, Libya, Saudi Arabia, Turkey, and the UAE provided some 75 percent of the capital.*

*The IDB cooperates closely with privately owned Islamic banks, according to the annual report. For example, the Islamic Banks' Portfolio for Investment and Development is an independent fund set up by the IDB and 21 Islamic banks to channel excess liquidity of the Islamic financial sector into productive trade and investment opportunities. During 1995, the fund financed $300 million worth of projects throughout the Muslim world. In addition, the IDB has minority ownership stakes in nine Islamic banks,* ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (U)

▮▮▮▮ *a few countries have leveled charges that the IDB has funded extremist organizations,* ▮▮▮▮▮

▮ *The Bank finances development projects in many regions engaged in conflict, such as Bosnia, Kashmir, and Lebanon, and some financial aid might be siphoned off by radicals, unwitting to the bank.* ▮▮▮▮▮▮▮ ▮▮▮. *IDB President Ahmed Mohammad Ali is a capable and principled administrator. Except for a two-year stint with the Muslim World League (MWL), Dr. Ali has been at the helm of the bank since it was established in 1975.* ▮▮▮▮▮▮▮▮▮▮ *he had an unhappy tenure at MWL because he found it difficult to deal with fundamentalist clerics who dominated the high council.* ▮▮▮

C05432020

Case 1:03-cv-01676-GBD-SN Document 10842-12 Filed 08/28/24 Page 27 of 84

the banks probably helps assure Islamic activists and extremists that their financial affairs will not be scrutinized or their assets seized. Indeed, some of these banks may seek out questionable Islamic clientele who wish to avoid scrutiny of their financial affairs. ▮

• DIB Chairman Lootah personally authorized, stamped, and signed some letters of credit opened by Bin Ladin's companies in Khartoum through DIB, ▮ It may be the case that Lootah routinely authorizes all letters of credit beyond a particular monetary value that require confirmation by DIB; however, Lootah's purported friendship with Bin Ladin suggests greater personal service for this customer ▮

• In early 1994, senior bank management at Al Shamal Islamic Bank in Khartoum implemented security procedures related to the accounts of Usama Bin Ladin in reaction to US press reports documenting Bin Ladin's role in terrorist activities. ▮ Al Shamal's management feared the bank's assets would be frozen if word leaked that it was an accessory in Bin Ladin's financial dealings. The new procedures required that Bin Ladin's banking with Al Shamal be handled only by top staff. By ▮ 1994, ▮ Al Shamal General Manager Hassan Satti had taken a personal interest in Bin Ladin's accounts and restricted access of Al Shamal's computer system to NIF members.

▮ Islamic banks serve as a safehaven for the assets of Turkey's Islamic Refah Party. ▮



▮ low-level bank personnel may tend to "look the other way" when dealing with Islamic extremists groups and NGOs.

▮ a prospective employee's dedication to Islam often is essential to gaining employment at an Islamic financial institution. Indeed, ▮ Islamic banks prohibit the hiring of non-Muslims except for executive positions requiring specialized banking experience; such positions probably require minimal direct dealings with customers or individual accounts:

• According to Middle East press reports from early 1995, the Saudi Government arrested some 250 Sudanese in an effort to ferret out individuals linked to extremist networks. The article noted that most were employed by relief agencies and Islamic financial institutions specializing in insurance and banking. ▮

A general lack of regulatory control over Islamic banks may lend additional confidence to Islamic extremists that their financial dealings will not be scrutinized by government authorities. Although bank oversight of financial institutions in many Muslim states is often lacking compared to those in the West, Islamic banks historically have fallen under even less local regulatory control than their conventional counterparts because of the types of financial products they market. Islamic bank deposits are similar to mutual funds, where depositors knowingly face the risk of losses; thus, central banks do not have to guarantee their safety and, in turn, make more cursory

20

CIA_000747

C05432020

inspections.[27] In addition, bank regulators have been better grounded in ascertaining the creditworthiness of borrowers and interest-rate risk at conventional banks rather than the soundness of various Islamic bank partnerships covering numerous types of goods or businesses. As a result, central banks in most countries have not yet compiled a uniform set of standards for Islamic institutions. A banker in Turkey once complained ▮▮▮▮▮▮▮▮▮▮ that he might have the Ministry of Finance, Central Bank, or Treasury arrive at his bank at any time but that Islamic banks are not subject to these intrusions and controls.[28] ▮▮▮▮

### Ability To Bank in Accordance With Religious Beliefs

Islamic extremist groups are certainly attracted to Islamic banks because the institutions offer the ability to bank in accordance with religious beliefs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, since the mid-1980s, Muslim clerics and MB officials throughout the Middle East increasingly have called on Muslims to use Islamic banks at the expense of interest-based financial institutions. Several years before his imprisonment in late 1994, for example, radical Saudi cleric Salman al Awdah preached that the Al Rajhi Banking & Investment Company was the only financial institution in Saudi Arabia that followed Islamic guidelines and, therefore, the only bank worthy of Muslim deposits. ▮▮▮▮▮▮▮▮ the sermon was distributed throughout the country on tape, and the Al Rajhi family subsequently became a major financial supporter of

[27] Nevertheless, the degree of oversight varies across countries. Bank regulators in Egypt, for example, pay close attention to the financial dealings of Islamic banks. In addition to believing that they serve as financial havens for terrorist groups, Cairo saw its financial system jolted by the failure of several large Islamic investment companies in the late 1980s. The firms operated essentially as pyramid schemes luring deposits with the promise of high returns and paying existing depositors with new funds. Egyptian press reports from that time indicate that customers were doubly appalled when the companies failed because they not only lost their savings but also were exploited by con men willing to sink low enough to use Islam as part of their fraud. Although deposits in Islamic banks potentially face the risk of loss, regulators generally contend that they would not let Islamic institutions in their countries fail, according to the financial press. ▮▮▮▮
[28] The lack of regulation may have its drawbacks. Press reports from 1996 indicate that Moody's assigned the balance sheet of Kuwait Finance House a low rating on the basis that it operates as an investment company under the more lenient auspices of the Commerce and Industry Ministry, rather than under the rigid regulations imposed by Kuwait's Central Bank. (U)

Awdah. In early 1997, Russia's press reported that Islamic political candidates in Chechnya advocated the transformation of the republic into a state whose laws were in accordance with Islamic tenets. In this vein, former Information Minister Movladi Udugov called for the creation of an Islamic bank and the prohibition of interest payments. ▮▮▮▮

### Profit Sharing and Financing

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Islamic institutions in some countries have turned over bank profits to Islamic political parties and benefited the Islamic political and economic sectors with loans and employment, sometimes at the expense of non-Islamic groups:

- Islamic banks in Sudan have been among the most important businesses financially supporting the NIF, its charities, and businesses. ▮▮▮▮▮▮▮▮ Faisal Islamic Bank of Sudan (FIBS), Albaraka Bank (Sudan), Tadamon Islamic Bank, the Islamic Bank of Western Sudan, Al Shamal Islamic Bank, and the Sudanese Islamic Bank routinely remit a portion of their profits to the ruling party. The banks also bring hard currency into the country because bank capital provided by foreign shareholders has usually been paid in US dollars, although Sudanese nationals purchase shares in local currency. In forging a symbiotic relationship with the NIF, FIBS and Albaraka were used to help influence the election outcome in favor of the NIF by suspending loans to local businesses until after the election, ▮▮▮▮▮▮▮▮▮▮▮▮▮ The suspension served to maintain reserves at the banks for the NIF's use in buying votes as well as signaling to local businesses that they should support the party if they expect to receive loans from the banks in the future. In return, the NIF manipulated Islamic banking laws to enable Islamic banks to acquire sizable cash reserves and gain advantages over non-Islamic competitors.

- The subsidiaries of Dallah Al Baraka, Dar Al Maal Al Islami, and the Kuwait Finance House have been sources of financial support and employment opportunities for the Refah Party and rival Islamic political parties in Turkey, ▮▮▮▮▮▮▮▮▮▮▮▮

CIA 000748

- Faisal Islamic Bank of Egypt and the Islamic International Bank for Investment & Development are run by and profit the Egyptian MB ▇▇



### Common Ownership and Management of Islamic Financial Institutions (U)

Ownership and top management of Islamic banks are close-knit, with capital essentially provided from a relatively small population of wealthy, religious individuals in Gulf countries. About 60 of the 130 financial institutions examined are subsidiaries of the Dallah Al Baraka and Dar Al Maal Al Islami (DMI) banking groups, and some 25 others are joint ventures between two or more Islamic banks.[29] Cross ownership, in turn, has created interlocking executive boards and managerial teams that share personnel from other banks. While some interbank ownership is common among Western banks, shareholdings in the Islamic financial sector appear to be more concentrated, relative to its size, probably for a couple of reasons:

- Islamic finance remains in its infancy compared to the centuries-old interest-based banking system and, despite growing numbers of Islamic financial institutions, only a small core of wealthy individuals, Islamic holding companies, or conventional banks are willing to risk capital in the Islamic financial arena.

- The *shari'a* (Islamic law) prohibits many financial arrangements that can be undertaken with conventional banks; therefore, Islamic banks usually look to each other when seeking investors for new ventures ▇▇

[29] This figure is probably higher because many of these banks provide little detail on minority shareholders. The lack of detailed reporting on ownership is common among Islamic and conventional banks in the Middle East. (U)

Cross ownership and management of Islamic financial institutions possibly results in some degree of influence over bank policy with regard to dealings with extremist groups. ▇▇
▇▇ several Islamic bank directors identifiable with the Muslim Brotherhood raise concern over their influence in more benign institutions:

- Dubai Islamic Bank (DIB) Chairman Saeed Ahmed Lootah is a Director of Albaraka Islamic Investment Bank in Bahrain, Bahrain Islamic Bank, Bahrain Islamic Investment Company, and Islami Bank Bangladesh, according to various annual reports. Lootah also may wield influence through DIB's shareholding in Al Baraka Turkish Finance House and Tadamon Islamic Bank.

- Bank Al Taqwa adviser Sheikh Youssef Al Qaradawi is a director of Faisal Islamic Bank of Egypt and serves as religious supervisor of Dar Al Maal Al Islami. Qaradawi also is chairman of the religious supervisory boards of Commerce MGI in Kuala Lampur, Majestic Global Investments in Kuwait, and Qatar International Islamic Bank.

- DMI shareholder and director Ahmed Salah Jamjoom is on the boards of three DMI subsidiaries, including the chairmanship at Faisal Bank Limited, in Lahore, Pakistan. Jamjoom also is a director of Islami Bank Bangladesh, although he does not represent DMI in this position. The Jamjoom family is a financial supporter of the NIF, ▇▇
▇▇, and Ahmed Salah Jamjoom is on the executive board of Sudan's Islamic Dawa Organization (IDO), ▇▇
▇▇ extensive commercial ties between Jamjoom's Jeddah-based firms and the Danfodio Charitable Trust—the commercial arm of the IDO and a shareholder in Faisal Islamic Bank of Sudan. Jamjoom's vehicle company has even established a joint venture with Danfodio.

CIA 000749



23

*Islamic Financial Systems Worldwide: No
Interest?* (U)

Since the mid-1980s, Iran, Malaysia, Pakistan, and
Sudan have implemented Islamic financial systems in
which interest generally has been abolished in favor
of profit-sharing financial arrangements between
banks and customers. Each country has had different
experiences in establishing its own system, and, of
particular interest, none of the countries have com-
pletely abandoned "usury."

At the direction of the late Ayatollah Ruhollah
Khomeini, Iran's parliament passed Islamic banking
laws in 1983, and the country's banks fully converted
to an Islamic financial system in March 1984.ª
Domestically, Iranian banks engage only in interest-
free financial arrangements. The Iranian Government
also finances its public debt on an interest-free basis
through borrowings from commercial banks. Foreign
branches of Iranian banks, however, have remained
on an interest-based system.
                        Iranian religious leaders who helped trans-
form Iran into an Islamic economy also held
pragmatic views on the country's need to conduct
dealings with Western banks. The transition to
Islamic banking in Iran met stiff resistance,
                    even though all 10 of Iran's commercial
banks had been nationalized since the 1979 revolu-
tion.

Pakistan converted to an Islamic financial system in
mid 1985 after completing a detailed study initiated in
1979 by the Council of Islamic Ideology (CII).
According to the Encyclopedia of Islamic Banking &
Insurance, the study "suggested an alternative mecha-
nism for domestic commercial banking transactions
with the realization that a complete elimination of
interest from international trade transactions cannot
be achieved by the lone efforts of a single country."
Pakistani banks and branches of foreign banks oper-
ating in Pakistan are required to apply profit- and
loss-sharing arrangements to domestic deposit-taking
and lending. As with Iran, however, Islamisation does
not apply to foreign branches of Pakistani banks. In
addition, the CII did not tackle the problem of public
debt; Islamabad still pays interest on public borrow-
ings. In recent years, an important issue emerged
with the Federal Islamic (Shari'at) Court's 1994 rul-
ing that payments of interest on foreign debt could be
deemed un-Islamic and, therefore, unlawful. The
judgment has yet to be seriously challenged, however,
and
probably will be swept under the rug for a consider-
able period of time. The financial sector's transfor-
mation to Islamic banking did not cause the upheaval
that some exp          ough there were      e    mps
          d.
          the  overnment had to protect the banks
from default on existing loans from borrowers who
claimed the interest-based loans were un-Islamic
under the new system.

CIA_000751

C05432020

*Islamic Financial Systems Worldwide: No
Interest? (U) (continued)*

In mid-1990, **Sudan's** National Islamic Front (NIF)
revised the country's banking act to eliminate all arti-
cles related to interest, appoint a religious board to
supervise the central bank, and instruct each financial
institution to appoint its own religious board to ensure
compliance with the shari'a (Islamic law). At that
time, five Islamic banks  most of which were estab-
lished with Gulf capital—already were in operation,
along with approximately 15 conventional banks that
had the shari'a imposed upon them. ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ early on in Sudan's con-
version to Islamic banking, conventional banks merely
replaced the term "interest" with "profit" to placate
the NIF. ▓▓▓▓▓▓▓▓▓▓▓▓▓
all banks in Sudan must follow the precepts of the
shari'a when conducting financial transactions; ▓▓▓
▓▓▓▓▓▓▓▓ the Encyclopedia of Islamic Banking
& Insurance, indicate that the country still operates a
dual system with Islamic banks operating alongside
conventional banks. Those banks in Sudan truly oper-
ating with Islamic charters are among the country's
most important financial institutions, ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓ and are looked
upon most favorably by the NIF. ▓▓▓▓▓▓▓▓▓
▓▓▓▓ the mismanagement of the banks at the hands
of the NIF, however, raises questions over whether
good favor under NIF control translates into good
financial performance. ▓▓▓▓

Since 1983, **Malaysia** has fostered the development of
an Islamic banking system to serve its 8 million Mus-
lims. Until the early 1990s, however, the industry
remained a relatively small part of the financial sys-
tem and was dominated by Bank Islam Malaysia Bhd,
which remains the country's only true Islamic bank.
At the direction of Prime Minister Mahathir bin
Mohamad and Deputy Prime Minister Anwar

Ibrahim, the government has become determined to
make Malaysia the center of Islamic finance in Asia.
Beginning in March 1993 other financial institutions
were permitted—and encouraged—to offer Islamic
banking services through their existing branches. At
present, 23 trading banks and 19 other financial insti-
tutions offer 25 types of products in compliance with
the shari'a, along with conventional, interest-based
banking services, according to Malaysian press
reports. ▓▓▓▓▓▓▓
▓▓▓ Malaysia was first to establish an Islamic inter-
bank money market and check-clearing system. In
1996 it launched an Islamic index comprising the
shares of 180 Malaysian companies whose core busi-
nesses are acceptable to Islamic principles. Malaysia
ultimately hopes to develop a thriving Islamic capital
market that all financial experts agree is necessary for
the industry to expand and invest its excess liquidity.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Islamic banking
is a serious effort but, at the same time, is a tool being
used to strengthen Mahathir's Islamic credentials. In
addition, Mahathir and Ibrahim are pragmatic lead-
ers who would not allow these institutions to usurp
Western-oriented business practices or threaten
Malaysia's attractive international investment cli
mate. Because Malaysia's banks are allowed to offer
both Islamic and conventional financial services, its
version of an Islamic financial system clearly is the
most liberal. According to the financial press, some
Islamic economists based in Pakistan, India, and
the Middle East have stated that Malaysia has not
implemented a true Islamic financial system and
claim that its parallel, interest-based system is
heretical. ▓▓▓▓▓

CIA_000752

C05432020

*Although Gulf states acknowledge the problem of financial support to extremist groups via Islamic banks, they probably will do little to tackle the problem in the near term:*

- Gulf states are not likely to scrutinize the financial activities of powerful and wealthy merchants and royal family members owning shares in Islamic banks and holding director positions on their boards.

*The proliferation of nonbank Islamic financial institutions creates additional regulatory problems:*

- Islamic trusts—which might be established as religious foundations, cultural endowments, or charitable organizations—operate in Europe and North America, where regulatory authorities largely prohibit Islamic bank operations.

*The expanding network of Islamic banks into new regions of the world creates additional avenues for channeling funds to foreign extremist groups.*

CIA_000753

*Reverse Blank*

CIA_000754

Appendix

**Islamic Financial Institutions
Worldwide** (U)

*Reverse Blank*

CIA_000755

CIA_000756

# Appendix

## Islamic Financial Institutions Worldwide (U)

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Albania | Arab Albanian Islamic Bank, Tirana; 1992; Domestic Branches: 1; Paid-in Capital: $32 million (12/31/04) | | National Commercial Bank of Albania (40), Arab Islamic Bank, Manama (20), Islamic Development Bank, Jeddah (15), Dallah Al Baraka Group (10). The remaining 15 percent is owned by Saudi shareholders, probably to include Dr. Al Abod Al Thani. | Directors: Suleiman Abdallah Al-Kharafi (C), Suman Pasertli, Osama Iis Hamdi Management; Dr. El Gharib Nasser (GM), Estem Kastrati (VP) | ████████ account at the bank under the cover ████████ mm, an NGO banned in Saudi Arabia. Other IG-linked businesses also use the bank. Suspect ████████ NGOs—the Islamic African Relief Agency, Third World Relief Agency, Qatar Charitable Society, and the World Assembly of Muslim Youth—maintain accounts with AAIB. GM Nasser may now head the Yemen Islamic Bank for Finance and Development, a conduit for Yemen's radical Al Islah party. ████████ bank finances Sar'at ████████ of an anti-Serbian Islamic group under the direction of the Bosnian Mujahiddin. | Shareholder Motahhagni is a director of Arab Islamic Bank and Riyadh-based Al Bank Al Baraka Al Fresal. Director Pasertli and VP Kastrati are Albania's Minister and Deputy Minister of Industry, Transportation, and Trade, respectively. Opposition Albanian media claim the two are illegally involved in the bank. |
| Albania | ████████ International Company for Commercial Investment & Development, Sitayid Abdam Ali Ha Ta, Hanud H. Molahhogni, Solaiman Al Mustagi, Adnan H. Baghzy | | | | | |
| Algeria | Banque Albaraka 17/Algeria; 1b date; Total Assets: SR7.1 million Paid-in Capital: $9.4 million (12/31/94) | | Al Baraka Investment & Development Company, Jeddah (5740). | Mohd. Siddiq Abdul Helcer. (GM) | | |
| The Bahamas | Al Akida ("Meeting") Islamic Bank International, Nassau; Foreign Branch: Tangiers Free Zone, Morocco | Probably affiliated with Akida Management & Trust in Switzerland. | Probably Ahmed Idris Nasreddin. | | | Akida Management & Trust, Equitorial in 1994 Akida Islamic Bank. Bank of ████████ was controlled by Ahmed Idriss Nasreddin, an international businessman who finances Egypt's Jamal Libyat al Gama'at al Islamiya. Nasreddin is a close business associate of Muslim Brotherhood member Youssef Moustapha Nada, who |

1

C05432020

CIA_000757

**Appendix,**
**Continued**

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| The Bahamas (Continued) | Al Akita Islamic Bank International (Continued) | | | | ████████ Bank in Turkey. | Nawrddin holds a Kuwaiti diplomatic passport because of his one-time role as "Honorary Consul." His family operate real estate and trading companies worldwide, as well as Gulf Office Association per its Sviluppo in Lugano, an alleged front for the Muslim Brotherhood. Al Akita and Bank al Taqwa operate adjoining branches in the Tangiers Free Zone. Information suggests that the branches are poorly patronized because Islamic law prohibits payment of interest on deposits. |
| | Bank Al Taqwa Ltd ("Party Unit"), Nassau, 1988. Foreign Branch: Tangiers Free Zone, Morocco. Total Assets: 2002 million, Paid-in Capital: $50 million (12/31/95). | Al-Taqwa Management Organization, Lugano; BA Taqwa for Commerce and Real Estate Company, Liechtenstein; Al-Taqwa for Trade, Property, and Industry Company Ltd, Liechtenstein (all probably wholly owned); Nada International Arends in Liechtenstein and Youssef M. Nada & Company G.m.b.H. in Vienna are affiliates. | ██████ the bank in ██████ Muslim Brotherhood and the bank's capital was provided by prominent MB members, possibly to include Sfdn Abdullah Kamel (Dallah Al Baraka Group), Saeed Ahmed Loodah (Dubai Islamic Bank), and Oguzan Asiltürk, Secretary General of Turkey's Refah Party. | Youssef Mustapha Nada (P), Ghaleb Himmat (General Officer); Yousef al Qaradawi and Abdul Fattah Abou Ghedda serve as advisors. businessman; Ahmed Idris Nawrddin is purportedly a key member of the Al Taqwa group; Pakistani legislator and Muslim Brotherhood member, Khurshid Ahmed, may also be affiliated with the bank. | Together with Al Taqwa Management Organization, is the most important financial conduit for the MB's covert financial operations worldwide. ██████ Nada Group, Algeria's FIS & AIG, HAMAS, and Yemen's Al Islah Party have been past clients. Nada is a close business associate of Contrat finance Ahmed Idriss Nawrddin, who operates the Nassau-based Al Akita Bank International. Advisor Ghedda is top official of the Syrian Muslim Brotherhood; Qaradawi is a radical Islamic cleric based in Qatar. | Nada is an Egyptian-born naturalized Italian citizen who also controls Nada International Assati in Liechtenstein and Al Taqwa Management Organization in Lugano, Switzerland. Qaradawi is director or religious supervisor of several Islamic financial institutions. ██████ ██████ Bank covers financial crisis in 1994 after media exposé of its financial ties to Islamic extremists. |

2

C05432020

CIA 000758

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| The Bahamas (Continued) | Dar Al-Maal Al-Islami Trust (DMI), Nassau | Dar Al-Maal Al-Islami (DMI) SA, Geneva (100); Islamic Investment Bank of Bahrain E. (62) | Over 14,000 shareholders, however, Prince Mohammed al-Faisal al-Saud and other wealthy Gulf units klan's probably own the majority of the shares. | Omar Abdullah (CEO; See DMI in Geneva below, for complete information on Executive Board members) | | DMI is the parent holding company for Dar Al Maal Al Islami SA in Geneva, which controls the Faisal Islamic Banks operating worldwide. Non-Muslims may purchase only non-voting shares in DMI. |
| | International Islamic Trading (IIT) Limited, Nassau | | | | | |
| | Islamic Investment Company of the Gulf (Bahamas) E | Dar Al Maal Al Islami SA, Geneva (100) | | Directors: Prince Muhammad Al Faisal Al Saud (CL Omar Abdullah, Mme-ada Sakkaf) | | |
| | Islamic Takaful & Retakaful Company Limited, Nassau | | | | | |
| | Massraf Faisal Al Islami (Bank & Trust) Bahamas Ltd., Nassau; 1984; Funds Under Management: $630 million (12.31.89) | Dar Al Maal Al Islami SA, Geneva (100) | | Directors: Prince Muhammad Al Faisal Al Saud (PS, Abdullah Ahmed Faisal Aburas, Omar Abdullah, Zafer Ahmed Khan, Kunvartu Houdy, Ahmed Suleiman (GM), Mm. Borji Homa (Assistant Secretary)) | | The bank manages a major portion of DMI Group funds, according to open sources. Ahmed Suleiman may be the Ocean Ahmed Suleiman—sometime Director of the Dallah Al Barka Group and former GM of El Nilein Bank, in Sudan. |
| Bahrain | Al Aiwan Securities Company, Manama; Foreign Branch: Karachi; Total Assets: $311 million; Paid-in Capital: $20 million (12.31.95) | Al Baraka Investment & Development Company, Jeddah (95); Sheikh Saleh Abdulla Kamel (5) | | Directors: Sheikh Saleh Abdulla Kamel (CL Hassan A. Kamel (VC), Mohammed Abdu Yamani, Mohammed M. Tawfiek, Religious Supervisor: Sheikh Abdul Latif Al Saud) | The African Muslim Agency (AMA) is a Kuwait-based NGO which employed a suspect in the attempted assassination of President Mubarak; maintains an account at the Karachi branch. The AMA has ties to Usama Bin Ladin, according to an Algerian source. | The firm is co-located with Al Tawfeek Company for Investment |

3

CIA_000759

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings, (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | *Al Ameen Securities Company (Continued)* | | | | and A.R. | |
| | Al Tawfeek Islamic Investment Bank (BSC) (IC): Manama, 1986; Foreign Branches: Karachi, Lahore. Representative Offices: Jeddah; Total Assets: $157 million; Paid-in Capital: $50 million; Funds under Management: $84 million (12/31/95) | Domestic: Islamic Insurance, & Reinsurance Company (5), Arab Agricultural Investment Company (5), Al Tawfeek Company for Investment Funds: Foreign: B.E.S.T. Reinsurance, Tunis (3.33) | Albaraka Investment & Development Company, Jeddah (16); Sheikh Saleh Abdullah Kamel, (16); Sh. Hussein M. Al-Harby, (10); Sh. Mohi'din Saleh Kamel (5); Bahrain Islamic Bank (2), Bahrain Islamic Investment Company (2), Dubai Islamic Bank (1), Jordan Islamic Bank for Finance & Investment (.5); Others: Dr. Nasser Ibrahim Al-Rashed, Mohamed Abdul Wahab Saeed Ahmed Loosah, Abdul Latif Abdul Rahim Janhi, Mohamed Jameel Hassnallah, and Sheikh Salih Al-Hefhi (7.5) | Directors: Sh. Saleh Abdullah Kamel (FC), Mahmoud Aboud Hamamallah (C), Abdulla Abdulaziz Al-Jasakh'sh(D), Dr. Saleh Jimeet Al-Melahi, Sheikh Saeed Ahmed Loosah, A. Hameed Moiddeen Nablus, Sh. Hussein Ishak, Jameel Ali, Saleem Al-Khalifa. Others: Dr. Abdul Sattar Abu Ghuddah, Sh. Abdullah Suleyman Al Menat, Sh. Medi, Abdul Latif Al Sofd, Abdul Fattah Abu Fadi Ali, Management: Abdulla Abul Fath Ali (GM), Mohamemd Abdul Fattah Mohammad, Abdul Rizwaar Abdul Malik (AGMs), Esa Ghurab. Religious Supervisory Board: Abdul Sattar Abu Ghuddah, Sh. Abdulla Bin Suleyman Al Menai, Sh. Medel, Abdul Latif Al-Sofd | | Yamani is former Saudi Minister of Information and press reports note he is President of the Iqra Foundation, founded by Kamel, which finances Islamic educational activities. He is sometimes described as a religious ultraconservative. One Abdul Fatah Abu Ghudda, a member of the Syrian MB and board member of Bank Al Taqwa in Nassau may be related to Religious Supervisor, Abdul Sattar Abu Ghudda. |
| | Al Tawfeek Company for Investment Bank, 1987; Total Assets: $592 million. Paid-in Capital: $300 million (2/95) | | Al Baraka Islamic Investment Bank (99.5), Al Baraka Investment & Development Company (.5) | Al Baraka Investment & Development Company (Former) Directors: Saleh Abdullah Kamel (C), Mohammed Abiza Yemana, Omer Abdullah Kamel, Qaer Khalifeh, Mohammed Ismail Hakir Management: Saleh Mutahar (GM) | | The firm is co-located with Al Ameen Securities Company. |

CIA_000760

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analyzed Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Arab Islamic Bank, Manama; Domestic Branches: 1 Total Assets: $191 million; Paid In Capital: $50 million (12/31/95) | Arab Albanian Islamic Bank (20) | Dar Al Maal Al Islami Trust, Al Baraka Investment & Development Company, Bahrain Islamic Bank, Al Medina Al Monawwara Company for Commercial Investment & Development, Al Sanasa, and Arab Transport Company (41.6); Individuals (58.4) | Directors: Sayed Moheen Ali Hafiz (C), Hamed H. Mardagani (VC), Haydar Bin Laden (MD), Osama bin Hatab (DMD), Dr. Hassan A., Kamal Tariq Bin Laden, Yousif Al-Aqel, Abdul Elah Saheh, Abdelatif Abdelahim Janhi, Mohamed. A. Al Komeil, Khaled M. Al-Ibrahim, Dr. Talal A. Bakr Management: Dr. Omar Zuhair Hafez (GM), Isa Mohammed Habib, Abdul Wahd M. Al Batoobi, Adel M. Noor, Aziz Hanafy, Mohamed Jama Al-Nashwan, Seyed Fawri | Religious Director Mohamed Jamal Nashwan was a member of the Al-Ilah (Reform) Society as of 1992. Although nonviolent, Al-Ilah expresses strictly fundamentalist views; has supported the Afghan mujahedin and HAMAS, and has ties to the Muslim Brotherhood. _____ has _____ to the _____ Relief Organization to _____ | Director Mohiktappi is a shareholder of Arab Albanian Islamic Bank; Jambi is MD of Bahrain Islamic Bank; and a Director of Dubai Islamic Bank. Haydar Mohamed Bin Laden and Tariq Bin Laden are half-brothers of terrorist financier Usama Bin Laden. |
| | Bahrain Islamic Bank, Manama, 1979; Domestic Branches: 4; Total Assets: $377 million; Paid-in Capital: $31 million (95) | Bahrain Islamic Investment Company (33.5), Bahrain Islamic Insurance Company (46.2), The Islamic Insurance & Reinsurance Company (5), Arabian Agri-Business Commission; International (21), Arab Islamic Bank (3), Albaraka Islamic Investment Bank (2), Islamic Trading Company (2); Foreign: Tadamon Islamic Bank (26), Islamic Bank of Western Sudan (25), Khartoum; Al Baraka Turkish Finance House, Istanbul (2); Islami Bank Bangladesh, Dhaka (4.62); Islamic International Bank & Chemical Industry Co., Cairo (10), Al Baraka Islamic | Islamic Development Bank, Jeddah (13); Islamic Merchants (8.7), General Corporation for Social Insurance (8.7), Ministry of Justice & Islamic Affairs (1.74) Kuwait: Kuwait Finance House (8.7), Ministry of Wafq and Islamic Affairs (4.35). Ministry of Finance (8.7), Ministry of Justice (4.35); UAE: Dubai Islamic Bank (4.35) | Directors: Sh. Abdul Rahman Bin Mohamed Bin Rashid (C), Khalil Ibrahim Rashid Al Zayani, Mohamed Yousif Al Roomi (BO), Abdullatif Abdulrahim Jamali (MD), Ibrahim Mohamed Zainal, Mahamoud Abdulla Al Hamed Al Zamil, Shaikh Ismail Khoja, Ahmed Mansoor Al Aly, Mohamed Batran Mohamed, Yousif Mohamed Saleh Al Awadi, Yousif Hussain Mada, Saeed Ahmed Lootah, Mohamed Jawad Bin Hasan Management: Abdullatif Abdulrahim Jamali (GM), Mohamed Salman Al Ziyani (DGM), Mohamed Saleh Ali, Abdul Rahman A. Falah, Abdul Razak A. Khalil Abdulla, Abdulhakim Mohammed Ibrahim, Hisham Mohamed Hatab, Abdullah Ismail Mohamed, Salim Yusuf Al Ibrahim, Jamal Hasan Naqi Religious Supervisory Board: | Close correspondent relationship with Dubai Islamic Bank and First Islamic Bank of Jordan. _____ of the Islamic Association of Bahrain, while _____ non violent, the Association is fundamentalist. The bank also maintains account of Sudanese Islamic Dawn Organization as of 1992. | Religious Board member Mohamed Mansour Hadi is a leading shia mullah in Bahrain. |

5

CIA_000761

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| **Bahrain** (Continued) | Bahrain Islamic Bank (Continued) | Investment Company | | | | |
| | Bahrain Islamic Investment Company BSC (Closed), Manama, 1981; Total Assets: $36 million; Paid-in Capital: $13 million (12/31/94) | Affiliates-Bahrain: Albaraka Islamic Investment Bank, Arabian Agri-Business Consultants International, Islamic Company for Insurance and Re-insurance, United Oil Services Company, Bahrain Islamic Insurance Company; Foreign: Albaraka Turkish Finance House | Bahrain Islamic Bank (23.5), Organization for Social Insurance (20), Institutions and Individuals (7.5), Kuwait: Kuwait Finance House (20) Ministry of Awkaf (7), Ministry of Nwqf & Islamic Affairs (7), UAE: Dubai Islamic Bank (15) | General Bua Bin Mohamed Abdulla Al Khalifa (C), Abdul Latif Abdulrahim janahi (DC), Ibrahim Mohamed Ali Zainal (MD), Hamza Ibrahim Kamal (DMD), Mohd Yousef Al Khonmi (MD/Kuwait), Seed Ahmed Loznah (MD), Khalid a Seed Rashid Al Zayani, Mohammed Ali Al Khudairi, Khaled Abdullah Al Zeer, Ahmed Al Mulla Hamez Management: Abdullah Al Abdulrahim (GM), Religious Supervisor: Sheikh Afghan moghaddan, Ibrahim Mohamed Al Mahmood | Chairman al-Khalifa was among a dozen militant Muslim Brotherhood members who were forced to flee Egypt during the Nasser regime. He served as a cover for Muslim Brotherhood finances and for remitting funding to the Charities Organization, a charity that [ ] Islamic | Chairman Essa Bin Mohamed al-Khalifa is former Minister of Labor and one [ ] of Khalifa based (DCA) |
| | Citi Islamic Investment Bank EC, Manama, 1996 | | Citicorp, New York (100) | Directors: Mohammed Al Shroji (C) Management: Shafiqai Ali Memon (GM), Yousuf Shahid | | |
| | Faysal Investment Bank of Bahrain E.C., Manama, 1984; Total Assets: $60 million; Paid-in Capital: $36 million (12/31/94) | Domestic: Faysal Investment Bank of Bahrain EC (49), Advanced Technology Services (99), Faysal Securities & Financial Services WLL (90), Islamic Trading Company (24), Al Faysal | Faysal Islamic Bank of Bahrain (49) | The al-Masd al-Islami Trust (53), Saudi Investors (47) | Directors: Prince Mohamed Al-Faisal Al-Saud (C), Abdullah Ahmed Zayad Alireza, Ahmed Salah Jamjoom (IT), Nabil Fathi al-Atmehi (?), Abdulaziz Al Suwailem, Yusuf Al Saad, Ibrahim is hafiz Al Khalife, Haydar Mohammed Bus Ludes. | | Formerly the Islamic Leasing Company |
| | Isul Islamic Bank of Bahrain FC'a,b a Manami Faysal Investment Bank of Bahrain FC's, Manama, 1982, Domestic Offices: One commercial branch and one | | | | Othman Al-Husseini probably is identical to the head of the Netherlands-based Waqf | Holds offshore and onshore commercial licenses issued by the Bahrain Monetary Agency. The bank was chartered in 1982 with capital of $100 million in 1996. Religious Supervisor Mohammed Khater |

6

C05432020
CIA_000762

# Appendix, Continued

| Country | Bank; Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | of fund under management; Representative Offices; Saudi Arabia (5), Total Assets: $3.46 billion; Funds Under Management: $1,125 billion; Paid-in Capital: $79 million (12/31/94) | Investment Finance Company Ltd. FirstIpo; Faisal Bank Ltd, Pakistan (60); Faisal Finance Institution Incorporated A/S, Istanbul (5), Faisal Islamic Bank of Egypt, Cairo, (1.5); Al Faisal Investment Bank Ltd., Pakistan | | Mohammed Abdullah Al Amger, Mohamed Abdullah H Khereiji, Omar Abdu Ala Zamil, Abdullah Al Zamil, Abdullah Othman Al Bawahi, Harb Bin Ahmad Al Qahtani, Junior Ahmad Pervez, Management Mohamed Y Kosomi (I VP), Anwar Latifullah, Salim Abdul Sattar, Abdulrahman Shehab, Mohamed Tariq, Jamal H Abdi, Ghulam Jeelani Wani, Mohammed Berberovic, Abdul Aziz Al Hadlaq, El Rashid Abdul Wahab El Bashir, Mohamed Nujesh, Bagheruddm Ahmed, Ridwan Saad, Bengbara Saguru Henry Bharda, Sh. Mohammad Wazeer Mohamed al Shetibi (C), Abdullah Bin Mazilla, Abdulrahim Al Mohamed, Sh. Khalid Genene, Justice Mohammad Taqi Usmani, Mustafa Husny | al Islam, an NGO that has funded Gama and Nadil's mosque. Husseini owns the Saudi-based Halal Food Company, which has funded the Egyptian Muslim Brotherhood in the past. Directors Ahmed Salah Jamjoon and Ibrahim Khalib al-Khohli are on the board of the Khartoum-based IPO. | Mohamed of Sheikh may be identical to Mohamed Khereiji, Grand Mufti of Egypt during the 1970s and [redacted] a close friend of President Mubarak. |
| | First Islamic Investment Bank; Manama; 1997; probably Paid-in Capital: $100 million (6/2007) | Majestic Global Investment, Kuwait (100), probably via Majestic Global Investment, Cyprus Islamic Commerce MGI, Kuala Lumpur (59) | Al Jumaih Group (20), Saudi financial institutions (10), Majestic Global Investments & other Kuwaiti financial entities (21), Allied Bank (Malaysia) Bhd (5), Other Malaysian Investors (14), UAE Investors (14), Investors from Bahrain, Oman, & Qatar. | Mohammed Abdelaziz Al Jumaih (C), Majid al Rafii (CEO), Atif Abdel Mofih | he Al Jumaih [redacted] as outlined An Nahda Movement. Sheikh Youssef Al Qaradawi is director of Majestic Global Investments, a minority owner of this bank. | Established to target Islamic investments in Europe, the Gulf, the United States and, specifically the [redacted] Far East [redacted] in Kuwait has been subsumed into the new bank. CEO Rafii heads MGI. Abdelaziz and Mohammed al Jumaih & Company is Riyadh-based conglomerate involved in an array of businesses, including ownership of GM, Pepsi, and Electrolux distributorships. |

7

C05432020

CIA-000763

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bahrain (Continued) | Investors Bank, Manama, 1997; Paid-in Capital: $15 million (10/10/97) | | International Investment Group, Kuwait (see below); Ministry of Awqaf & Islamic Affairs, Kuwait; Pool of Kuwait Real Estate Company; Fahd Al Salam & Sons | | | The bank's founders expect the bank to begin operations by yearend 1997. |
| | Islamic Insurance & Reinsurance Company | | Dallah Albaraka Group | | | |
| | Islamic Investment Company of the Gulf (Bahrain) E.C. 1983; Representatives Offices Cairo, Funds Under Management: $794 million (exclude $315 million invested with other DMI companies); Paid-in Capital: $30 million (12/31/94) | | Dar Al Maal Al Islami S.A. Geneva | Directors: Prince Muhammad Al Faisal Al Saud (C), Dr. Abdel Aziz Abdullah al Lulala, Sh. Heyder Mohamed, Bin Ladin, Omar Abdi Ali, Dr. Mahmoud El Deb, Management: Iqbal Ahmad Khan (DMI & CEO) Mohammed Gamal Al Attegh, S. Iftikhar Ali, Badr S. Jaleh, Haj Jawad Ahmad, M. Waqar Meelum, Religious Supervisory Board: Sheikh Mohamed Khater Mohamed El Sheikh (C), Sheikh Abdullah Ben Mania, Sanankat Haik Ganessi, Dr. Mouwafa Harog | | |
| Bangladesh | Al Arafah Islami Bank Ltd. Dhaka, 1995 | Bahrain Islamic Insurance Company, Manama, 1998; Total Assets: $4.6 million, Paid-in Capital: $2.5 million (6/30/91) | Bahrain Islamic Bank (43); Bahrain Islamic Investment Company | Directors: Abdul Latif Janahi (C), Ahmed Mansoor Al A'ali (DC), Fuad Karam, Hassan Ibrahim Kamal, Sh. Omran Ibrahim al Mahmood, Sh. Ali Ahmed al Awadhi, Sh. Abdul Rahim al Mahmood Management: Bashid al January (GM) Tazi Khalifa Abdul Noor, Mohamed Abdalla Hamid Al Khadashi | | Janahi is a Director of Dubai Islamic Bank, Islami Bank Bangladesh, and several other Islamic banks in Bahrain. |
| | | | | Nurul Haque (MD), A. Abul, A. Khair, A.Q. Chowdhury | | Haque is a Director of Islami Bank Bangladesh. |

8

CIA_000764

Appendix,
Continued

| Country | Bank, Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bangladesh (Continued) | Albaraka Bank Bangladesh Ltd. Dhaka, 1987; Domestic Branches: 26; Foreign Offices: United States; Total Assets: $227 million; Paid-In Capital: $6.4 million (12/93) | | Al Baraka Investment & Development Company, Jeddah; Unspecified local investors | Directors: Sheikh Saleh Abdallah Kamel, Chairman; Justiceul Mawsh?eikh (C), M. Ebanul Haq (VC), Osman Ahmed Suleiman; Dr. El Sayed Ali Ahmed Zaki; Mohamed Abdo Yamani; Arshad Islam Khan, S. S. Nasim Alim City, Ahmatullah Alah. Members: Abul Khaleque Salim Bayom, A.H.M. Kamaluddin, F.M. Rafiqul Islam, Md. Ashraf Ali, Homayun Kabir, Bariste M. Moniruzzaman Khan Management: Dr. S.A. Sakoor; Mohammad Ferdaul Karim (EP), Nasiruddin Ahmed, A.H. Gizuddin, Mohammed Merawon, Mohammed Soliman, F.M. Ammul-Islam, Anwaruddin Khan, Nasiruddin Ahmed ?Religion Supervisory Board: Ammul Islam (C), Sharif Mohamed Abdul Qadir, Motamed Salahuddin | | Osman Ahmed Suleiman is a member of Sudan's National Islamic Front and former GM of El Nielim Bank in Sudan. He may be identical to Ahmed Suleiman, the GM of Masraf Al Faysal Al Islami (Beni & Trann) in Nassan. |
| | Islami Bank Bangladesh, Dhaka, 1983; Domestic Branches: 94; Total Assets: $370 million; Paid-In Capital: $4 million (12/95) | | Al-Rajhi Banking & Investment Corporation; Bahrain Islamic Bank; Dubai Islamic Bank; Islamic Development Bank; Islamic Investment & Exchange Corporation, Doha; Jordan Islamic Bank for Finance & Investment; Kuwait Finance House; Government & Private Financial Institutions (64); Local Sponsors (21); Public (10); Government of Bangladesh (5) | Directors: M.A. Rahman (C), Fzhud Abdullah Al Rajhi (VC), Lutfer Rahman Sarker (EP), M. Anisul Haq (DEP), M. Kamaluddin Chowdhury, Sayeed Tahmuddin Chowdhury (MP), Maulana Mohammad Abdus Subhan, Abu Nasser Mohammad Abdul Khaleque, Mohammad Moharraf Hossain, A.B.M Mahfudul Amin Khan, Moulana Mohammad Shamsuddin, Mohammad Melek Mitar, Mohammad Abdulah, Mohammad Younus, Mohammad Shafiuddin Dewan, Mohammad Sharif Hasan A, Salahuddin Ahmed, Ansur Rahman Khan, A.K.M.A. Zaher, M. M. Nural Haque, Professor Korkut Ozal, Jasser-Al-Jasser, Abulfatel? Abdulrahim Jamil, Anwar Salah Arajamoro, Yousif Abdul Hameed Al-Khateeb, Sayd Ahmed Lootah, Mato Al Hiqeti, Abdul Wahheb A. Al-Houti | Al Barakah is closely linked with the non-militant Al Jameat-E-Islami, the largest Muslim fundamentalist political party in Bangladesh, which desires to establish a "humanitarian" Islamic state.  [redacted] Direct  Al Abdul Hameed Al Khateeb, a Saudi national, was described as a militant member of the Muslim Brotherhood.  Director of the IIAM Company in Kuala Lumpur—a joint venture with Sulaiman Al Rajhi, Dallah Al Baraka, and a US Foundation that possibly finances extremist groups. Dubai Islamic Bank Chairman Sayd Ahmed Lootah is a longtime Muslim Brotherhood member. Ahmed Salah Jamjoon—Director | Korkut Ozal, brother of the late Turkish President, Turgut Ozal was a major force behind the establishment of the Al Baraka Turkish Finance House. Another with Dallah Al Baraka, Korkut Ozal formed the Besiket Foundation (Abundance) Foundation, a charitable institution in Turkey. |

9

Case 1:03-md-01570-GBD-SN Document 10812-12 Filed 08/22/24 Page 45 of 84

CIA 000765

# Appendix, Continued

| Country | Bank, Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bangladesh (Continued) | Islami Bank Bangladesh (Continued) | | | Management: Golam Nabi, Abdul Aziz, Syed Abu Nasr, A.K.M. Habibur Rahman (Senior VPs), Sk Md. Abdul Latif, Khondoker Mokbabul Arefin, Abdul Mannan Hussain, Md. Abdul Nya, A.K.M. Fakrul Alam Bhuiyan, M.A. Awwal, Md. Roziul Hossain Chowdhury.<br><br>Mohd Isma Md. Aminul Islam, Mohd Nurul Amin, A.T.M. Haroon-ur-Rashid Chowdhury, M. Fariduddin Ahmad, Tajul Islam, Md. Sirajul Islam Bhuiyan, Md. Abdul Kader, Md. Abdul Majid Khondoker, Muhammed Abdul Hannan, Amjad Hossain, Md. Abdul Kalam Azad.<br><br>Sk. Mohd. Nazral Islam, Golam Moula Chowdhury, Abdul Matin Bhuiya, Mohd Shahjahan Chowdhury, Syed Enshidul Hoque, Mohd Zillur Rahman, Mohd. Luqeat Ali Khan, Md. Minhur Rahman | of their Dar Al Maal Al Islami subsidiaries-is on the Executive Board of Sudan's Islamic Dawc Organization. | |
| Bosnia and Herzegovina | Sch-It Bin Bax Bank: officially, The Bank of Bosnia and Herzegovina and Saudi Arabia/Sch-la. Islamic; the bank probably became operational in March 1997. Authorized Capital: $22 million. | Sch-It Bin Bax Kompanija | Investors probably include Samir Salabi, Edsem Prist, Hasan Mustovac, Ailja Izetbegovic, and the Commercial Investment Bank of Zenica. Saudi citizen Abdul Rahman A. Bin Bax may own as much as 90 percent of the shares. The International Islamic Relief Organization also may have purchased shares, based on its presence at a late 1996 meeting that resulted in an agreement to establish the bank. | | Bin Bax, who presides over Saudi Arabia's Ulema Council and is close to King Fahd, funds Families of Martyrs and Fallen Muslims al Kheshmat (NGO, an NGO based in Peshawar, Pakistan charity linked with the Afghan mujahedin and is partially funded by Usama Bin Ladin. ████████ finances a range of radical Islamist causes. Id sends trained militants to ████ ████████ Bosnia, Chechnya, Palestine, and elsewhere. | Soleh had been working with the Families of Martyrs and Fallen Soldiers Organization and the Association of War Invalids on this project. |

10

C05432020

CIA_000766

# Appendix,
# Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Bosnia and Herzegovina (Continued) | An Islamic bank was established in early 1997 in downtown Sarajevo near a clandestine source. The name of the bank was not specified. | | El Fatih Hassanein of the NIF-controlled Third World Relief Agency and Turkey's Refah Party provided the share capital. | | The bank was established to finance the Bosnian Mujahedin. A Sudanese diplomat close to NIF leader Hasan al Turabi, Hassanein allegedly financed arms shipments to Bosnian Moslems through the TWRA office in Vienna. | |
| Brunei | (The) Islamic Bank of Brunei Bhd. (under S. Bruneian; Domestic Branches: 5; Total Assets: $276 million Paid-In Capital: $7.3 million (12/31/92) | | | Directors: Haji Abdul Rahman bin Haji Abul Kahin (C); Haji Ahan bin Haji Serudin; Awang Aziz bin Abdul Rahman (MD); Manugement-Duyungiza Hajah Usti binti Pen Ali; Haji Awang bin Kassim, Awang Haji Abdul Hamid bin Haj Jarudin | | Was known as the International Bank of Brunei until 13 January 1993. |
| | Perbadanan Tabung Amanah Islam Brunei, (under S. Bruneian Total Assets: $128 million (12/31/94) | | | | | |
| | Takaful (IBB) Sdn Bhd, (under S. Bruneian Total Assets: $0.3 million Paid-In Capital: $0.6 million (12/31/94) | | | | | An Islamic insurance company. |
| | Takaful (TAIB) Sdn Bhd, (under S. Bruneian Total Assets: $0.3 million Paid-In Capital: $0.4 million | | | | | An Islamic insurance company. |
| Cayman Islands | Ah Lawfeek Company for Investment Funds Ltd. | Probably Al Tawfeck Investment Company, Manama (100) | | | | |

11

C05432020

CIA-000767

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Cayman Islands (Continued) | Majestic Global Investments | Probably Majestic Global Investments, Kuwait | Probably First Islamic Investment Bank, Manama (100) | | | The firm probably serves only as a shell company for registering Majestic Global Investments in Kuwait. |
| China | Albaraka Nequva Nedwandling International Trust and Investment Company, Nengziac Capital: 200 million | Islamic International Investment Company, Yinchuan Province, PRC | Small Traders and Individuals (60) | Ma Shengrong (C) | | Formerly the Islamic International Trust & Investment Company, according to press reports. Chinese authorities suspected the name be changed to avoid connotations with the idea of Islamic fundamentalism. The Islamic International Investment Company was a joint venture with Faisal Islamic Bank of Egypt. |
| Cyprus | Faisal Islamic Bank of Cyprus (a.k.a. Kibris Faisal Islam Bankasi Ltd). Larnaca, 1983. Total Assets: 528.7 million. Paid in Capital: $11 million ($2.31 m) | | Faisal Islamic Bank of Egypt has an unspecified interest | Director: Dr. Ahmed Abdelaziz El Nagger (C), Muhammad Al Faisal Al Saud, Osman Sikbar, Abdelhamid Mahmoud El Bani, Najeem Ishak El Khadji, Abdel Aziz A Al Fahd | El Nagger was Secretary General of the International Association of Islamic Banks (IAIB) and Dean of the Institute for Islamic Banks in Cyprus. He directly... mesh-tesy the IAIB is ... in Turkey may have financed the training of external Sudanese Brotherhood members at Islamic camps in Lebanon | By late August 1992, organizations were in their final stages to seek financial bank in Turkey's Kurdbugan Company—which is the finding source had been reportedly a key conduit for financing the Refah Party. Egypt's defunct Al-Rayan Islamic Investment Company owned 51 percent of the bank as of 1989. Al-Rayan's personal scheme—collapsed and was closed by the Egyptian authorities in mid-1989. |
| Denmark | Faisal Finance (Denmark) A/S (formerly Faisal International Bank of Denmark A/S). Copenhagen, 1989. Total | | Dar Al-Maal Al Islami owns 100 percent through Faisal Holding in Luxembourg. | Director: Rabie Dar (C), Mahmoud El Hefni (VC), Paul Dar Hameet (MD), Ahmed Abbed, Peter Jerobow, Moustapha Sakkat, Gunter Thorland Jeppen, Ole Tim. Management: Henning Nielson, John Nergesson, Kerala | In 1992, ... transfer into an account held by Al Aqsa (Germany)—possible reference to Al-Aksal TV, which was cited in German press reports as an organization that... | Established as Islamic Bank, International of Denmark. The ownership had more changed in February 1991 ... er bank. |

12

C05432020

CIA 000768

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Office; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Denmark (Continued) | Assets: Sbn million Paid-in Capital: S9.5 million (12.31.94) | | | Weiss Jensen, Soeren Adelsvol, Flemming Petersen, Hassan Abouebla | Finances HAMAS. The transfer requested from fixed significant losses from unpaid loans to three Iranian banks. | |
| Djibouti | Banque Albaraka Djibouti, 1990; Domestic Branches: 1; Total Assets: S26.5 million. Paid-in Capital: $3.4 million (12.31.91) | Albaraka Investment and Development Company (66); Dalah Albaraka Holding Company, Bahrain (10); Islamic Development Bank, Jeddah (10); Qatar Islamic Bank (5); Djibouti nationals (15) | | Directors: Sh. Salih Abdullah Kamel (P); Osman Ahmed Suleiman (C); Jelany Al Haj; Osman Abdullah, Ali Nassar; Faraj Zarag, Abdul Rahman Moussa, Saad Mercuma (represents Djiboutian nationals); Ahmed Quid Salem (GM); Mohamed Arifi, Said Ahmed Said | Maintains account for Islamic Relief Agency (IARA), an NGO controlled by Sudan's National Islamic Front. | Faraj Zarag is Chairman of BEST Bank in Tunis, an Albaraka subsidiary. Abdul Rahman Moussa is on the board of Qatar Islamic Bank. |
| Egypt | Bank Al Baraka Al Arabi Al Masrafia Al Islamiya (The Bank of Arab, Islamic, and Business Finance) Egyptian Saudi Finance Bank, Cairo, 1980; Domestic Branches: 5; Total Assets: $122 million; Paid-in Capital: $17.3million (12/93) | Al Baraka Investment & Development Company (40); Other Saudi Nationals (3.5); National Bank of Egypt (6.6), Banque du Caire (8.3); Bank of Alexandria (8.4); Banque Misr & Misr Insurance Company (12.7); Individuals and Others (18.3) | | Directors: Saleh Abdullah Kamel (C); Abdul Latif Youssef Abdul Latif (GM & MD); Ibrahim Fouad Mohamed Nour, Sobhy Badry Yehia, Mohamed Mohamed Yas, fick El Meghraby, Kamal El Din Abdallah Sayed, Taher Amin Hassan, Ahy Ay Tariq, Gaafar Abdel Salam, Ali Esmail Tarroum, Shawky Al Homayny, Mohamed Farag, Sh. Abdallah Saleh Abdallah, Romy Mounty El Gebaly, Management; Hazem El Babawy, Manager (MD) | | No additional information was found on this bank. |
| | Faisal Islamic Bank of Egypt, Cairo, 1977; Domestic Branches: 14; Representative offices: Forcign Trade Company; Joint: Total Assets: S1.8 Investment Company; for Import | Domestic: Masesk Company for Annual Wealth, Islamic Company for Electric Refrigeration, Islamic | Egyptian nationals (51); Saudi and other Arab nationals (49) | Directors: Prince Mohammed al-Faisal Al Saud (C), El Sayed Ahmed Zamlou, Ahmed Taher Ewaila, Ibrahim Gamal Boulissa, Ahmed Helmy Abdel-Maged, Mohamed Gamal Al Sharawy, Ahmed Abdelaziz El Maggar, Hisam | Key source of financial support for Egypt's Muslim Brotherhood. Director Qandeel is a Director of Dar Al Maal Al Maml, DMI's parent, and has been described as a militant MB member. | Qatar-based Qandeel is a director in religious capacities of several Islamic financial institutions. |

13

# Appendix, Continued

| Country | Bank; Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Egypt (Continued) | Subtotal (2.31 %); Paid-in Capital; 5000 [1.2 million, founded (8-30-82) | Al Faysal, Islamic Company for Acrylic Products, Islamic Company for Pharmaceuticals, Electronic Industries Company, Cairo Medical Center, Misr International Hospital, Islamic Company for Industrial & Development Al-Salam Investment Company, Faisalia National Company for Food Stuff Industries, Islamic Company for Industrial Detergents, Islamic Company for F.V.C. Floor Tiles, Sporting Shoes Company, Arab Company for Purification Works, Plus Islamic Onloading Group, Islamic Centers for Education, Engineering Industries, Chemicals, & Medical Responsive Foreign Investment Company, Agricultural and Live Stock Production, Khartoum, Islamic Development Company, Khartoum, Faisal Islamic Bank of Sudan, Dar al-Maal al-Islami, Sudanese Islamic Bank, Islamic Bank of Western Sudan, Faisal Finance Institution, Istanbul, Faisal Islamic Bank of Cyprus. | | Abdelwahab, Ibrahim Ibn Laden, Salim Abou Ali, Abdel Aziz Abd Allah Al-Fakih, Ali Ahmed Hamdi, Omar Abdel Rahman Azam, Omar Abdel Ali, Mohamed Kamal Abdel Aziz Ibrahim, Dr. Yousef Abdallah Al Qaradawi Management: El Sayed Ahmed Zaydan (Governor), Ahmed Amin Hassan, Abdel Hamid Abou Moosa, Dr. Ismail El Mahmood, Dr. Sheedy Ismail Shaltoot (Supervisor of Zakat fund) Religious Supervisory Board: Sh. Mohammad Abbasy Mahmoud J-Sheikh, Dr. Mohamed Mostafa Shalaby, Dr. Mohamed El-Sayeh El-Naggar, Dr. Ali Hasan Younes, Mohamed Hamed Abdel Aal | | |

14

C05432020

CIA_000770

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Egypt (Continued) | Islamic International Bank for Investment and Development, Cairo, 1981; Domestic Branches: 7; Total Assets: $341 million; Paid-in Capital: $40 million (12/31/92) | Domestic subsidiaries in real estate, publishing, shoeology, and pharmaceuticals. Foreign: Islamic Bank for Western Sudan | National Bank of Egypt (20), Banque du Caire (20), Bank of Alexandria (20), Misr Banque (20), Individuals (20) | Directors: Mohamed Abdel Wakil Gaber (P & C), Mohamed Salel Abdel-Gayed, Mostafa Al Bilbisi, Mohamed Abdul Razik Anwar, Fahmy Mohamed Abdul Ati, Mahmoud Sayd Hassan, Yousef Hassan Ibrahim, Shafik Ahmed Shalil; Hamdi Abdurrl Makhil, Mohamed Helmi. Zaghoul Management: Ibrahim Soba (GM), Ahmed Ezz el Din Al-Taqouri, Abdul Nimem Habib, Mohamed D Khashaba, Ali Abdel-Sadek, Samir Al-Shafik, Ali Nodami, Abdul Hakim Aboo Alam, Ali Abdel Gawad, Aisha Gabran, Fahid Habib, Al Gharib Nasser, Mohamed Mansoof Abdel Azim Sefim, Ahmed Al-Bukhary, Shaker Hemdan, Ahmed A A Ayoub, Mahmood Al-Ghannam, Ahmed Al-Gindi |  in the mid-1980s that the bank was run by the Egyptian Muslim Brotherhood. | |
| | Islamic Investment and Development Company, Cairo, 1980 | | | Directors: Omar Abdel Rahman Azzam (C), Omar Abdi Ali, Osama El Hiry, Mohammed Abdullah Abdelsam LI Khereiga, Ahmed Zenhon, Hamed habib, Ahmed Helmi Abdel Majeed, Mahfooz Azeim, Mahmood Zakri, Shawki Farag, Sheikh El Khalifa, Fouad El Ezawy (GM) | | |
| | Nasser Social Bank 1971; Domestic Branches: 21; Total Assets: $200 million; Paid-in Capital: $44 million | One of 24 shareholders in the National Bank for Development, Cairo | Government of Egypt (100), although not under the control of the Central Bank | Management: Ahmed Mohammed A l Mehatawi | | By special law, it operates as a social welfare fund-making donations for social purposes while receiving 2 percent of the profits of some public sector companies. |

15

CIA_000771

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Guinea | Banque Islamique de Guinee, Conakry, 1983. Total Assets: $45 million. Paid-in Capital: $2 million (12/31/93) | | | Directors: Dr. Mahmoud El Hieb, (r. & Pt. Mohamed Yaya Kourouma (DG) Management: Abderaziz Hami (Acting GM) | | financial strain. Efforts are being made to use the institution by attracting borrowers with non-funding non-performing loans. |
| India | Albaraka Finance House Ltd, Bombay. Total Assets: $2.6 million. Paid-in Capital: $1.2 million | Equity participation in more than 20 domestic companies. Foreign: Al Baraka Investment and Development Company Ltd, Jeddah | | Directors: Sh. Saleh A. Kamel (Chairman Emeritus), Mahmoud J. Humwebaih (C) A. Habib, Ousam A. Saleimon, T.T. P. Abdullah, Ghulam Ghouse, Habil F. Khatrilwaih, R. S. Comer (MD) Management: Salim J. Abdulla (GM), Ashfaq Hassan, V. Ravi, Shabir Ali, Ms. Shagufta Khan | | |
| Indonesia | PT Bank Muqmala International, Jakarta, 1989; Domestic Branches: 4; Total Assets: $156 million. Capital: $21 million (12/31/95) | PT Moyamda Karah Corporation (5%); PT Moyagala Karshi Corporation (5%) | | Directors: Jeffrey Koca Wotsono (C); Haryono Tjahjodjodi (V) Management: Erias Riantt, Tiluk Indayati, Iddy Mukti | | Fifth Islamic bank to be established in Indonesia this century (there often failed). A scandal ensued shortly after Bank Muamalat was capitalized. |
| | PT Bank Muamalat Indonesia, Jakarta, 1991; Total Assets: $77 million. Paid-in Capital: $43.4 million (12/31/95) | | Shareholders include President Soeharto, Vice President Sudharmono, Deb Ho tao, Bimantara Cita, Various Indonesian Cabinet Ministers, and Muslim Employees of Leading Chinese-Indonesian Conglomerates. | Directors: Rachmat Saleh, Omer Abdalla, Salamuliem Sahid Gitoserdjono, Amir Rajab Batubara, Mohamed Amie Azis, Zainalbahar Noor, Mamun Wirsai Naraprawah, Aang M. Saprat, Ismail A. Said Religious Supervisory Board: Kyai Haji Hasan Basri (C), Haji Mohamad Quraish Shihab, Kyai Haji Ibrahim Hasan, Kyai Haji Yafie, Kyai Haji Achmad Azhar Basyir | | when it was discovered that the foundation that administers the national lottery purchased shares; Islam forbids gambling. |
| Iran | Tehran established an Islamic financial system in 1984. Because they are wholly government-owned and do not universally conduct business according to Islamic banking practices, Iran's 10 commercial banks are not discussed here. | | | | | |

16

C05432020

CIA_000772

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Iraq | Iraqi Islamic Bank for Development & Investment, Baghdad, 1992; Capital: 1D equivalent of $56 million at black market rates (12/31/92) | | | Dr. Abd-al-Latif Humayn Muhammad (C.) | | The bank was founded by the Al-Dulaym Clan. Humayn is a leading Iraqi capitalist. |
| Jordan | Arab Islamic International Bank, Amman, 1997 | | Arab Bank PLC, Amman (100) | | | At the request of Jordan's Central Bank, Arab Bank PLC—one of the Middle East's largest conventional banks—purchased the license of the non-Shariqat Amman Bank for Investment and converted it into an Islamic bank. |
| Jordan | Jordan Islamic Bank for Finance and Investment, Amman, 1978; Domestic Branches: 26; Total Assets: $877 million (12/31/95); Paid-in Capital: $31 million (6/31/96) | Beit al-Mal al Philistini, Ramallah, the West Bank (16), Al Aqsa Bank, West Bank | Private Sector (98), Government of Jordan (2) | Directors: Sharika Salah A. Kamel (C), Bader Mohamed Saleed Hitab (VC), Hamdi Al Taheno, Al Baraka Investment and Development Company; Kamal Sana Ashur; Salem Hussein Abu Ateaf. Management: Musa A. Shihda (GM), Faisal M. Rasheed, Saleh El Shateer, Saleh Eidin Dash (AGM). Religious Supervisory Board: Sh. Abdul Hamid Esayeh | | Bank management advised MB members to boycott other banks because they practice usury. Religious-Supervisor Esayeh was member of the Palestine Liberation Organization as of 1987 ... headed the Council at that time. |

17

C05432020
CIA_000773

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Present/Past Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Kazakstan | Phoenix Bank (formerly Alburak's Kazakstan Bank), Alma Ata 1998 | | Government of Kazakstan (50), Al Baraka Investment & Development Company; Jeddah (25), AO LUKOil Kazahtan (25) | Vladimir Nikitenko (C) | Chairman late and Director Yatsuni are on board of Khartoum-based Islamic Dawa Organization. | Until April 1996, the bank was 50 percent owned by Dallah al Baraka. Financial problems forced the Group to sell half its shares to the Ibrakov oil firm, LUKOIL and the bank's name subsequently was changed to Zuumari Bank. |
| Kuwait | International Investment Group K.S.C., Kuwait, 1992; Representative Office: Manama; Paid-in Capital & Reserves $38 million | Investion Bank. Amount (to be operational by yearend 1997) | Al Baraka Investment & Development Company (30), Ministry of Awqaf & Islamic Affairs, Kuwait (50), Private Sector Shareholders, Kuwait (25), Public Institution for Social Security (10), Industrial Bank of Kuwait (5) | Directors: Ahmed Saif al-Jazer (C), Dr. Rashid Rasheel al-Hajil (VC), Bani al-hadaf al-Jema (MD), Mohommed Abla Yemeni, Yacub Youssef al-Muzaini, Abdul Mohsen Mohammed al-Mutairi, Saleh Ameed Hotcha, Sheikh Mohammed Abdulla Al Mubarak, Salik Al Othman. Yousuf Management: Ahmed Al Jaaili (EVP), Suleiman A. Rafat, Abdulrahman Al Cooheji, Mukhtar Ali, Karem Senderam (VPs) | | |
| Kuwait | (The International Investor, Kuwait, 1992; Representative Office: UK Total Assets: $60 million, Paid-in Capital: $57 million (31 Dec 94) | Wholly-Owned: Bareric, SAALT 1 EC, SAALT 2 EC, SAALT 3 EC, SAALT 4 EC, SAALT 5 EC, British Virgin Islands, TII KD Fund Limited, TII KD Fund I Ltd, TII Short Term, Sterling Fund Ltd, TII USD I Fund Limited, TII UK Property Fund Limited, TII Property Management Limited, The International Investor Real Estate Fund Limited (50) | Major Shareholders: The Public Institution for Social Security (Kuwait), The Ministry of Awqaf and Islamic Affairs of Kuwait, The Public Authority for Minors Affairs of the Ministry of Justice of Kuwait, Al-Manji Banking & Investment Company (12) | Directors: Adnan Al Bahr (CEO & MD), Nageeb Abdulla Al Mulla (VC), Fahad Mutotal al Rajian, Seyar Bader Al Seyar, Salah Al Wazzan, Bader M. Al-Humaizi, Abdulla Sulaiman Al Rushi Management: Bird Ghabyshi (GM/London office) | | TII is an Islamic financial services company, which provides international private banking services and global investment banking to exclusive clients. Chairman Adnan Al Bahr is considered a black sheep by his family because of his adherence to strict Islamic principle; his merchant family purportedly feels slighted by Al Bahr because they perceive he is in traditional areas of commerce and finance. |

18

C05432020

CIA_000774

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Officers; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Kuwait (Continued) | Kuwait Finance House, 1977; Domestic Branches: 12; Total Assets: $4.7 billion Paid-in Capital: $156 million (12/31/95) | Domestic: International Turnkey Systems (100); Al-Enma'a Real Estate Services Company (99.6); Al-Shallal (Human Resource) Investment Company (59), Kuwait Privatization Enterprises Company (30) Foreign: KFH Ijara House (Malaysia), Kuala Lumpur (70); Kuwait Turkish Evkof Finance House, Istanbul (50) | Individuals (51), Ministry of Finance (20), Ministry of Awkaf [and □□□□□ of Justice (9)] □□□□ly Kuwaitis any □□□□□ | Directors: Bader Abdul Mohsin Al Mukhaizeem (C & MD), Muhammad Yousef Al-Roumi (VC), Jamal Jaber Metallah, Khalid Abdullah Al-Zeer, Sameer Ya'qoub Al-Nafeesi, Abdallah Kaldel Al-Samee, Abdul Mohsin Abdullah Mijren, Adnan Abdul Motsin al Meraani, Muhammad Ali Al-Khrheiri, Faoud Abdullah Al Omar, Ibrahim Abdullah Al-Khrheeni Management: Waleed A. Al Rowaih (DGM), Ahmad A. Al-Dukhairy, Ismail F. Al Saheeb, Suleiman A. Al Braikan, Hamid A. Al Bader, Nabil Ahmad Amin, Abdullah Y. al-Saif, Faisal Abdullah al Zamili (AGM); Ahmad M. Anezee, Abdul Rahman A Brooki, Ibrahim Abdullah Al Khaneen, Talal Abdulla Al Hawi, Essa M. Al-Ashkar, Fahad M. Al-Otwan, Yousef A. Al-Mulla Religious Supervisory Board: Ahmad Bazie Al Yaseen (C), Sh. Badr al-Motwally A. Al Bazie, Sh. Khaled el-Madawar, Sh. Ajeel J. al Nashmi, Sh. Muhammad Fawzi Faidallah | Religious Supervisor Ahmad Bazie Al Yaseen and Director Faoud al Omar were among a group of militant Muslim Brotherhood exiles from Egypt in the mid-1980s. □□□□□ □□□□□ identified as Directors of the International Islamic Charities Organization, established to manage Muslim Brotherhood finances. Arab press reports from Pakistan in 1994 that HAMAS used KFH as a conduit for funding, without the bank's knowledge. | KFH is considered by some in the banking community to be one of the most well-run Islamic financial institutions. It plans to establish an Islamic bank in Indonesia, according to its 1994 annual report. Director Faoud al Omar is a Director of the Islamic Development Bank in Jeddah. Religious Supervisor Yaseen is Chairman of Kuwait Turkish Evkof Finance House in Istanbul and a shareholder in Faisal Islamic Bank of Sudan as of 1984. |
| | Majestic Global Investments, Kuwait | First Islamic Investment Bank, Manama (100) probably via Majestic Global Investments, Cayman Islands | | Director: Majid Bader Al-Refai (C) Religious Supervisory Boards: Youssef al Qaradawi (C) | Bank Al Taqwa Advisor Qaradawi is a militant member of the Muslim Brotherhood, executive board member of Sudan's IDO, and Director of several other Islamic financial institutions. | |
| Lebanon | Al Baraka Bank Lebanon SAL, Beirut; Foreign Branch: Amman; Total Assets: $13 million Paid-in Capital: $7 million (12/94) | | | Director: Khalie Tanash (GM) | | been involved in establishing the First Russian Islamic Bank (a.k.a. Badr Bank) in Moscow. |

C05432020

CIA_00077...

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Lebanon (Continued) | [redacted] at Mneimi, Beirut, 1989 | A Hizballah-controlled bank established with ████████ | | Muhammad Ahmad Burjawi helped found the bank. Hizballah member Ali Zarayt is involved in its operation. | Hizballah financial officer, 'Ali Zarayt was a member of the Islamic Jihad Organization involved in the kidnapping of Western hostages and affiliated with Iran's Mustazafin Foundation, an organization that finances Hizballah. | Regional currently supports Hizballah in customary permanent products. |
| Liechtenstein | Nada International Anstalt, Vaduz, 1982. Foreign Branch: Tehran; Shasa Capital: The Swiss Franc ██████; ██ employees; 312,000 as of personnel 1979. Vienna. | The firm is owned by an affiliated with Bank Al Taqwa in Nassau, Al Taqwa Management Organization in Geneva and Youssef M. Nada & Co. GmbH LL, a trading firm in Vienna. | | Youssef Mustapha Nada, Ali Ghaleb Himmat, Erwin Wachtel. | Nada and Himmat are longtime members of the Muslim Brotherhood with extensive ties ██ Gam███████████ group. Although a holding company, Nada International has conducted some business with its ██████████ other financial ██████ ███ ida Hisham Aballa and Jamal M. Al Barzinji— Director of A US affiliate this Saudi-based foundation with links to extremist—and Makneed Shimma, a senior HAMAS political officer. | Registration documents indicate the firm conducts commercial work of the Islamic financial traffic, ██████████ participating in other businesses, representatives of other companies products. Islamicization, and not of [illegible] finance, and real estate. The company is non-financial and may have been Liechtenstein-registered firms, including Nada Youssef M. Establishment—which may refer to that of another company. Wachtel is MD of Aziz Trust ██ in Verbla, a corporate service only in a legal or statutory capacity. |
| Luxembourg | Faysal Holding (Luxembourg) S.A., Faysal Islamic Bank Luxembourg S.A. ██ (1991) | Faisal International Company (formed) Faisal International ██ Bank of Oman & Co. Luxembourg (1990) | Bar al-Maal al-Islami Trust (100) | | | |
| Malaysia | Malaysia has a dual banking system, in which financial institutions offer both conventional and Islamic products. Only those banks that were specifically established with Islamic charters and that universally operate separate procedures in Islamic law are discussed here. | | | | | |

20

C05432020
CIA_000776

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Abrar Group International, Kuala Lumpur, 1992; Paid-in Capital: $30 million | Wholly owns Abrar Investments in the United States and has shareholdings in numerous businesses in Malaysia | The bulk of the shares probably are owned by Malaysian nationals Dr. Wan Muhamad Hanzi Wan Sulaiman and Dr. Abdul Rahim Ghouse, who established Abrar Investments in 1989. | Directors: Kamaruddin Taha (C), Wan Muhammad Hanzi Wan Sulaiman, Abdul Rahim Mahmood Ghouse, Nor Mohamed Yacoop, Tawfiq Mohammed Saleh, Sheikh Yusria Al Qadi | Al Qadi is affiliated with the Saudi-based Muwafaq Foundation, which has provided arms to the Bosnian Mujahidin and support directly to Al Ittihad in Ethiopia. In Milan, Italy [redacted] Muwafaq is a shareholder in the Abrar Group and linked to the NIF-controlled Islamic Dawa Organization. Abrar Group is a holding company for Abrar Investments in the US—a key investment vehicle for the Muslim Brotherhood. | [redacted] Qadi was among a group of Muwafaq officials who hired a Pakistani magazine for alleging a Muwafaq role in the 1995 attempted assassination of President Mubarak in Egypt and other terrorist activities. The magazine held information that Al Qadi was actively engaged in terrorism in Afghanistan and Sudan. |
| | Bank Islam Labuan, 1997 | | Bank Islam Malaysia Bhd (100) | Ahmad Tajudin Abdul Rahman (MD) | | Labuan is Malaysia's offshore financial center. |
| Malaysia | Bank Islam Malaysia Berhad, Kuala Lumpur, 1983; Domestic Branches & Offices 77; Total Assets: $79 million. Paid-in Capital: $52 million (12/31/95) | Wholly-Owned: Bank Islam Labuan, Syarikat Al-Ijarah Sdn Bhd (Leasing), Al-Wakala Nominees (Tempatan) Sdn Bhd, BIMB Securities (Holdings) Sdn Bhd, BIMB Unit Trust Management Berhad; Syarikat Takaful Malaysia Sdn Bhd (87.15) | Lembaga Tabung Haji (28), Al Ihsriya Investment & Development Company, Jeddah (10), Majlis Ugama Islam Sabah (6), Lembaga Tabung Angkatan Tentera (5), IAM Company, Kuala Lumpur (5), Malaysian Government & nationals (47) | Directors: Shamsuddin Abdul Kadir (C), Ahmad Tajudin Abdul Rahman (MD), Husnni Ismail, Tuan H W M Ismail Wan Husain, Dr. Jamal Muhammad Barzinji, Ibrahim Shabuludin Pasch, Mahmood Jamil Hassanludin, Dr. Ismail al-Sized, The Sri D A Mohamed Ibrahim. Dr. Abdulla Haji Ibrahim, Dr. Ahmad Shahbari, Hashim Haji Yahaya, Haji M. Khadzmi Haji [redacted] Ismail Mahayudin, Nashin Oziel Ibrahim, Mustapha Hamat, Hamdon Mohd Bintang, Fadzil Yusof Thaljit Md. Tyzis (Gbn). Religious Supervisory Board: Dr. Abdullah Haji Ibrah (C) | [redacted] also has [redacted] the Islamic Institute for International Thought in [redacted] Malaysia is a board member of the IAM Company in Kuala Lumpur [redacted] former board member of Liechtenstein-based Nadn International Anstalt—an affiliate of Bank Al Taqwa in Nassau. |

21

C05432020
CIA_000777

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Commerce MGI (formerly Majestic Global Investment Ltd), Kuala Lumpur, 1994 | | First Islamic Bank of Bahrain (9%). Remaining shares probably are owned by Majestic Global Investment in Kuwait or the Cayman Islands. | Hamis Hashim (C & CEO), Asim Zafar (DCEO), Ivan Froix Religious Supervisory Board: Yusuf Abdullah Al Qaradawi (C) | | Dr. Hamia Hashim is the only female director of an Islamic financial institution. He proportedly serves as an advisor to Bank Al Taqwa in Nassau and on the boards of several other Islamic financial institutions. |
| | Dallas AlBaraka (Malaysia) Holding, Kuala Lumpur: Total Assets: $54.3 million; Paid-in Capital: $7.8 million | | | Yaseher Hassan Abdul Razak (CEO) | | Yaseeher Hassan Abdul Razak is Chairman of the JAME Company in Kuala Lumpur. |
| | Joint Arab-Malaysian Investment (JAMI) Company Sdn Bhd., Kuala Lumpur, 1988 | Jami-Suriyeo Sdn Bhd, Kuala Lumpur | Al Baraka Investment & Development Company (3%), Sh. Suleiman al Rajhi (3%), A Saudi-based foundation in Virginia (9%, Kamaruddin Mohammed Nor (9%), Iqra Charitable Foundation (3%), Sh. Ibrahim al AlBadi (2.7), Sh. Abdul Rahman Faqih, Sh. Faisal al Khateeb, Sh. Abdulaleu al Meyyad, Said Saad bin Said, Sh. Abdul Rahman bin Aqeel, Sh. Soleiman al Yehya, Mohammed Bassen al Kaswani, Shaukat Al Mahmoud, Kheren Company for Trading & Contracting, Jeddah (2.1) | Directors: Yaseeher Hassan bin Abdul Razack (CEO), Mahmud Jamil Hassinahabh, Dr. Jamal Mohammad Barzinji, Faisal Suleiman al Rajhi, Mohamad Mohamed Tawfiq al Meghrbi, Abdallah al Meyyad, Kamaruddin Mohammed Nor | national Awaida is an affiliate of the MB-controlled Bank Al Taqwa in Nassau. Faisal al Khateeb and Abdul Rahman bin Aqeel are militant MB members and Directors of the International Islamic Charities Organization in Kuwait—a financial conduit for the Muslim Brotherhood. Mohamud al Barwani operates a mosque in Virginia and is former Director of a US office of Mercy International (MI). The uncle of World Trade Center bomber Ramzi Yusef is a Director of MI's office in Peshawar, Pakistan. | Sheikh Salih Kamel and Mohammed Abdah Yamani founded the Saudi-based Iqra Charitable Foundation and have been accused by Egypt's President Mubarak of financing Egyptian extremists. Yamani and Barzinji were on the board of JAMI-Suriyeo. ...ed of the Iqra Charitable Agency funded Somalia's Al Ittihad Al Islamiya, Mogadishu's leading extremist group. |

22

C05432020

Case 1:03-cv-01870-BEBS-SN Document 10812-12 Filed 08/02/24 Page 58 of 84

CIA_000778

## Appendix, Continued

| Country | Bank, Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Malaysia (Continued) | Lembaga Tabung Haji, Kuala Lumpur; 1969; Total Assets: 900.2.3 billion, Paid-In Capital: RM 79 million (12/31/94) | Wholly owns eight companies in Malaysia primarily involved in property management and real estate. It has at least 20-percent stake in 20 other Malaysian firms. | | | | Lembaga Tabung Haji is one of the largest property owners in Malaysia. The firm was established to financially assist pilgrims in making the Hajj. It probably is identical to Pilgrim Management & Fund Board. |
| | Syarikat Takaful Malaysia Sendirian Berhad, Beautville Branches and Offices: St. Trust Assets $39.4 million Paid-In Capital $6 million (12/31/94) | Zakat Collection Center, Kuala Lumpur | Bank Islam Malaysia Berhad (87.1.5), Islamic Religious Councils and Malaysian States (12.35) | Directors: Ahmad Tajudin b. Abdul Rahman (C), Haji Abdul Muttalib b. Haji Mohd. A.R Al Falarie, Haji Khalid b. Mat Zin, Mohamed Arifb Abdul Rashid, Mustapha b. Hanafi, Haji Mohamed b. Hanifa, Ismail b. Mahfyrakb, Mohd. Fadzil b. Yusof (GM), Zohiffly b. Aziz, Mohamed Arif b. Abdul Rashid, Mardinar b. Haji Mohd. Noor (religious Supervisory Board); Marja Mohammad Hasim b. Yahya (C) | | |
| Mauritania | Banque Al-Baraka Mauritanienne Islamique, Nouakchott; 1986; Total Assets: $90.3 mn.; Paid-In Capital $13.5 mn. (12/6/90) | Part[ial]: Al-Baraka Islamic Investment Bank, Bahrain; Al Baraka International Ltd., London | Albaraka Investment & Development Company (40), Central Bank of Mauritania (10), Al Baraka Islamic Investment Bank, Manama (3.64), Mauritania's Private Sector (40), Dubai Islamic Bank (1.36) | Directors: Hassan A. Kamel (C), Ahmed Odd Sidi Baba (P & VC), Musa Shaikh Sidya (GM), Daye A. Sidelwaye, Negi Nasir, Issa A. Slahabi, Mohammed El Imzü, Abdou Madkem, A. Salek M. Lemine, Mohammed O Morme, Sidi M. Ehersar, Taleb Khayari Ren Chellb Maroun; Religious Supervisors: Sheika Hamden O. Tah | | Baba is a prominent Mauritanian businessman, a former professor at the Sorbonne in France, and leary figure in one of Mauritania's opposition parties. |
| Netherlands | Faisal Finance (Netherlands) BV, 1992 | | Dar al Maal al Islami Trust (100) | | | |

23

C05432020

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Netherlands (Continued) | Islamic Development Company BV, Rotterdam | | | | | Possibly an affiliate of the NIF-controlled Islamic Development Company in Khartoum, which is partly owned by Faisal Islamic Bank in Egypt and Sudan. |
| Netherlands Antilles | Islamic Takafol Company SA, 'S-Gravenhage; Al Rajhi Banking & Investment Corporation Holland | | | | | |
| Niger | Banque Islamique de Niger, Nassery, 1983 | | | Directors: Mahmoud Mohamed Hilitch of L Alehruani/Gheeresiah | | |
| Oman | Al Baraka Financial Services (stock, and bond holders) | | | | | Oman prohibits the establishment of Islamic banks, possibly because of its wariness of the Muslim Brotherhood. |
| Pakistan | Al Baraka Investment Bank (1/h a 2C Yaakob Investment Bank Limited), Lahore, 1990; Domestic Branches: 3; Total Assets: $914 million; Paid-in Capital: $13 million (31 Dec 94) | Equity participation in 65 Pakistani firms, including 22 banks, and financial institutions. | Sponsored by Dallah Albaraka Group, Jeddah; Banking/Investment Companies (53), 5 Individuals (21), Other individuals (11), Other entities (5) | Directors: Mahmoud J. Hassoublah (C), Oman A. Saletunin, Ishhur Seemes, Omer Abdullah Sidney, Abdel Waleed Abut, Adnel Yousif Siddiq, S. M. Siddiqul Management: Abdel Waheed Alavi (CEO), Wasim Ali, Faisal A. Jamal, Khalid Majid, G. Murtath, Asif Ali Hashimi, M. Azhir Thair, Ahsan Rafig, Negru, Omer I Bikhur Burt | The Akkon Muslim Agency, an NGO based in Kuwait which employed a suspect in the attempted assassination of President Mubarak—maintains an account at the Karachi branch. | Adel Y. Siddiqui is on board of summora Al Baraka subsidiaries and affiliates in London. |

Only those banks that were specifically established with Islamic charters and operate according to Islamic law domestically and internationally are discussed here.

24

C05432020

CIA 000780

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Branch and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Pakistan (Continued) | Al Faysal Investment Bank Ltd, Islamabad, 1991; Domestic Branches: 3; Foreign Branches: 3; Paid-in Capital: $6.2 million (12.31.92). | | Dar Al Maal Al Islami Trust, Nassau (66) | Directors: Prince Muhammad Al-Faisal Al Saud (C), Maureen Ali (VC), Zafar Iqbal (P & CEO), Abdullah Ahmed Zanni Mirza, Prince Amr Mohamed Al-Faisal Al Saud, Omar Abdullah Ali, Mahmood El-Hebo, Zaki Ahmad Khan, Nabil Nassef, Imtiaz Ahmad Pervez | | |
| | Faisal Bank Limited (Pakistan) Lahore, 1994; Domestic Branches: 4; Total Assets: $525 million, Paid-in Capital & Reserves: $61 million (12.31.95) | | Faisal Islamic Bank of Bahrain (0% Pakistani Interest (44)) | Directors: Ahmed Salah Jamjoom (C), Nabil Nassef (VC), Prince Amr Mohammed Al-Faisal Al Saud, Imtiaz Ahmad Pervez, Omar Abdullah Ali, Mohamed El-Hebo, Khenji M. Farooqi, A. Ali Management: Imtiaz Alam Hanfi (P & CEO), Muneer Kamal (Chief Operating Officer), Shamsul Hasan, Akbar Chughtai, Azhar M. Wahra, Sareen ullah Chudry, Sarfraz Sheikh, Naheed Ijaz, Mohammed Iqbal | Chairman Jamjoom has close commercial ties in Sudan's NIF and is an Executive Board member of the NIF-controlled Islamic Dawa Organization. | Faysal Bank Ltd is a holding company created to manage the operations of Faysal Islamic Bank of Bahrain in Pakistan. |
| Philippines | Al-Amanah Islamic Investment Bank of the Philippines, Manila; Total Assets: $5.1 million, Paid-in Capital: $3.2 million (12/31/92) | in 1993. | | not the bank | Asgari A. Asidji (EGYP), Amado S. Imbason (Senior VP), Ernesto T. Duran, Firasik A. Capino | | As of late 1996, the bank was in very poor financial condition. |
| Qatar | Al Jazeera Investment Company, Doha; Total Assets: $5.5 million, Paid-in Capital: $1.5 million | | Qatar Islamic Bank (80) | Wholly owned by Islamic Investment company Aladdin Yousuf Bader (Manager) | | |
| | Islamic Investment Company of the Gulf (Sharjah), Doha | | of the Gulf (Bahrain) and Dar Al Maal Al Islami Group | | | |

25

CIA_000781

## Appendix, Continued

| Company | Bank, Home Office, Year Established; Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Qatar (Continued) | Qatar International Islamic Bank, Doha, 1991; Domestic Branches: 2; Total Assets: $236 million, of which $201 million is Islamic holdings; Paid-in Capital $ Reserves $21 million (1/27/95) | | POs, deposits had over 6,000 depositors, with no foreign or government participation. | Directors: Sh. Ali Bin Abdullah Al Thani (C), Dr. Yousuf Al Abdullah (VC), Sh Khalid Bin Thani Al-Thani (bd/d), Sh. Thani Bin Khalifa Al-Thani, Abdul Rahman Moufleh Al Mufleh, Nasser Abdulghani, Yousuf Al Thani Management: Qasim M. Qaism (GM), Ismail I, Khaliqi, Adib Mahmood (GM), Abdelbaqi Al Shabani, Elief Ahmed Siam, Zakaria N Qasim, Mohsin Jamal Eddin Khalid, S. Alam Mahmood, Yousef Gafi, Ismail A, Anwar Religious Supervisory Board: Yousuf Al Qaradawi (C), Sh. Abdul Qadir Al Amari, Sh Ali Al Somlagi | Accounts at the bank are used by a top Hamas official of the Osama Bin Laden's Hamas Army at modest funds. Religious board member Qaradawi is an Egyptian Muslim Brotherhood listed as exile in Qatar since the 1960s. [REDACTED] Executive Board of the Sudanese Islamic Dawa Organization | Qaradawi is a paid religious adviser to Qatar's amir Amir Khalifa Bin Hamad Al-Thani. He is a former member of the Egyptian Muslim Brotherhood. Both Qaradawi and Sheikh Abdul Qadir Al Amari — a judge on Qatar's Sharia court — sit on the board of the Khartoum-based DIO |
| | Qatar Islamic Bank, Doha, 1983; Domestic Branches: 5; Total Assets: $819 million; Paid-in Capital $41 million (12/31/96) | Domestic: Al Aman Investment Company (80); International Beverages Company (80); Probably some ownership in the Qatar Islamic Insurance Company | Qatari Nationals (100) | Directors: Abdul Rahman Bin Abdullah Al Mansehri (C), Abdul Rahman Essa Al Mannai (DC), Khalid Bin Ahmed al-Souad (bd/d), Nasser Mohammed Al-Misbah, Sa'ad Bin Jassim Maharshi Al Shiab, Abdul Rahman Bin Ghani Al Naami, Abdul Hadi Al-Shahwani, Sh. Hamad Bin Faisal Al Thani, Khalifa Bin Jassim Bin Mohammed Al Kuwari, Abdulla Bin Mohamed Abdul Rahim Al Binali, Abdulla Bin Abd Bin Ghani Al Maliki, Mohammed Abdullah Al Dabbagh carry he a democrat. Management: Syed Mashal Qader (GM), Maher Abd El Tawab Sadek (A/B Sheikh, Mohammed Bin Hamid Al Mannai, Abdul Hadi Tawab Bin Naqb Al Shahwani, Nasser Bin Mohammed A Tabtabi Al Wajih Religious Supervisory Board: Three Abdulla Mohammed Al-Hamdiy | Chairman Abd Rahman bin Abdullah and Muhammad Abdulla Al Dabbagh are on the board of Khartoum-based DIO. Al Dabbagh also Al Naami Al Misbah | Director of Qatar Islamic Bank as of 1996, however, the Popular Bank Directory is the only source that still notes his position on the board. Al Dabbagh is a director of one Qatar Insurance Company [REDACTED] Bank's advisor Al-Banally is an Iraqi national who was president Qatar's interests in 1996; he also holds a Kuwaiti ID card from the late 1993. Hamad Bin Naasr al Thani is a police officer in an investigative department of Qatar Interior Ministry. |

26

C05432020

CIA_000782

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Qatar (Continued) | Qatar Islamic Insurance Company, Doha. 1995; Paid-in Capital: $20 million | | Qatar International Islamic Bank and Qatar Islamic Bank are among 200 shareholders, each holding 1,000 shares | Directors: Nasser Bin Mohammed Al-Fubaid Al-Hajri (C), Faisal Mohamed Al-Subaii (VC), Abdallah Mohammed al Dabbagh, Sh. Mohamed Bin Eid Al Thani, Sh. Internal Bin Nasser Bin asseen Al Thani, Faisal Bin Mohamed Al-Sowaidi | Abdullah Mohammed Al Dabbagh heads the Qatar Charitable Society and is an Executive Board member of the Khartoum-based Islamic Dawa Organization. | Chairman Al Hajiri is a Director of Qatar Islamic Bank. |
| Russia | First Russian Islamic Bank (Badr-Bank), Moscow, 1997; Paid-in Capital: $10 million, will open in early 1998. | | Russian Nationals (51), Islamic Shareholders from Iran and Gulf Countries (49) | Adalat Dzhabiyev (C) | | |
| Saudi Arabia | Al Baraka Investment and Development Company Ltd (a.k.a. Dallah al-Baraka Group), Jeddah 1982; Representative Office: Jakarta, Shanghai | Banking Subsidiaries: Albaraka Investment Company, London; Albaraka International Ltd, London; Al Baraka Islamic Bank, Manama, BEST Bank, Tunis; Albaraka Bank Sudan; Albaraka Turkish Finance House; Banque Albaraka Mauritanienne Islamique, Al Baraka Bank Bangladesh, Dacca; Al Tawfeek Investment Bank, Lisbon; Banque Albaraka D'Algerie, Algeria; Albaraka Finance House Ltd, Bombay; Other Holdings: Jordan Islamic Bank for Finance & Investment, Amman; Arab Albanian Islamic | Shaikh Saliih Abdullah Kamel (59), Dallah Al Baraka Holding Company, Jeddah (25), Mrs. Merfit M. Nazer (5), Mr. Abdullah S. Kamel (5), other-Director S. A. Kamel (5), Mr. Adeht Husseyn S. A. Kamel, Miss Haneen S. A. Kamel | Directors: Shaikh Saliih Abdullah Kamel (C), Hassan Abdullah Kamel, Omar Abdullah Kamel, Mohammed Abdoh Yamani, Mohammed Jamil Hujeilah, Majeed Al-Mirjah Management: Mohmed A Magisobi | | |

27

C05432020

CIA 000783

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Al Baraka Investment & Development Company (Continued) | Bank UBL, Egyptian Saudi Finance Bank, Cairo; Beit al Mal, Ramallah; Al Aqsa Bank; The West Bank; and unspecified shareholdings to a 10% and Al-Shamal Islamic Bank in Sudan. Sheikh Kamel holds 2.8 percent of Tadamon Islamic Bank. | | | | | |
| | Al Rajhi Banking & Investment Corporation, Riyadh, 1988; Domestic branches: 300 ██████████████ Representatives offices: Cairo, London; Total Assets: $8.6 billion; Paid-in Capital: $866 million (12/31/95) | Foreign: Al Rajhi Aviation Ltd., AR Aviation 1 Limited, AR Aviation 2 Limited, AR Aviation 4 Limited, AR Aviation 6 Limited, Perficus Limited, Airport Investments Limited, Jersey; Airport VAT Services Limited, UK; AR Company for Islamic Investments Limited, London; ARABIC NV, Netherlands Antilles; Al Rajhi Investment Company; Amsterdam; Nervus Limited Hong Kong; CrickMid Limited, Hong Kong; Field Corporation Limited, Cayman; AR Lease Management, Jersey; SPC Limited, British Virgin Islands; Other Holdings: Environmental Allies NV, Curaçao | ██████████████ Al Salh

Al Rajhi, Abdullah Al Rajhi, and Mohammed Al Rajhi (46% Others(12)) | Sheikh Salih Abd Al Aziz Al Rajhi and Sheikh Suleiman Al Rajhi (52%); New founders of the Bank (3% Founders); Board 12: Directors Public █████ | Directors: Sh. Salih Bin Abdul Aziz al Rajhi & GM, Sh. Suleiman Bin Abdul Aziz al Rajhi (and Sh. Abdullah Bin Abdul Aziz al Rajhi, Mohamed Bin Abdullah Bin Abdul Aziz al Rajhi, Seth Bin Suleiman Bin Abdul Aziz Al Rajhi, Sh. Omar Ghasim Allarly, Sh. Mohamed Ibrahim Almas, Sh. Abdullah Saeed Aba Mikhi, Salih Al Abdullah Aba Al Khail, Suleiman Bin Saleh Bin Abdul Ayte Al Rajhi, Mohmoud Bin Abdul Aziz al Rajhi, Mohamed Bin Abdul Aziz al Rajhi, Nasr Bin Mohamed Al-Subaiby, Ali Ahmed Al Shariy | Used by some members of Usama Bin Laden's Islamic Army to channel its accounts and transfer funds. Ismaic movement, including Tunisia's Al Nahda.

████████ Used by the Egyptian Governemt has accused the bank of financing Egyptian extremists. The bank is a primary donor to Al-Nahan al-'Almiyya Lil Shabab al Islami, a Saudi NGO that is suspected of financing HAMAS.

████████ the al Rajhi's have financed radical Afghani and Kashmiri organizations in Pakistan and elsewhere. Some of the aid was provided under the guise of orphan relief and directed to cause—possibly unwitting to the al Rajhi. | The bank is the successor to Al Rajhi Company for Currency Exchange and Commerce. The Sudanese African Company for Development & Investment probably is the NIF-controlled Sudanese Development Company for investments, possibly headquartered in Bahrain, and a front company and credit center for the NIF and shareholders in the Al Shamal Bank of Sudan.

████████ AR Aviation companies related to ship ownership or leasing Airbuses by the UAE Government. |

28

C05432020

CIA_000784

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Al Rajhi Banking & Investment Company (Continued) | (100); Scientific Lease Investment Corporation NV; Caravan (RR); Sudanese African Company for Development & Investment, Khartoum (33); Islamic Trading Company, Manama (15); The International Investor, Kuwait (12) | | Directors: Sh. Abdulrahman A. Al Rajhi (C), Dr. Ibrahim A. Al Hoshaid (VC); Management: Dr. Samir Abdul Fattah, Aref A. Kashogi (OOMs) | | Established as sole proprietorship. |
| | Albaj Commercial | | | | | |
| | Foreign Overseas, Jeddah, 1976; Domestic Branches: 23 Foreign: Baghdad, Cairo, Geneva, Karachi | | | Dr. Fuad Al Mohsen (Secretary General), Dr. Mahmoud (F) Ansari (Assistant Secretary General); Management: Said Mahmoud El Mondawy (DGM); Wafdi Youssef Ismail, Hisham Mourro, Mohamed El Ghanaa | | |
| | International Association of Islamic Bank, Jeddah, 1977; Foreign Branches: Dubai; Heliopolis, Egypt; and Karachi | | | | | |
| | Islamic Development Bank, Jeddah, 1975; Total Assets $4.8 billion; Capital: $2.5 billion (KWI9G) | Arab Albanian Islamic Bank (15), Bahrain Islamic Bank (13), Bank Al-Barakah Djibouti (10), Albaraka Turk Ozel Finans Kurumu AS (13), Kuwait Turkish Evkaf Finance House (9), Islamic Bank of Yemen for Finance & Investment (10), Islami Bank Bangladesh | Capital is provided by 46 Islamic countries. Major shareholders are Saudi Arabia (25), Libya (15.5), Kuwait (12.4), Iran (8.7), Turkey (7.9), and UAE (7.1) | Executive Directors: Dr. Ahmad Mohamed Ali (P), Rafiq Ahmad Abbasi (Pakistan), Yousuf Abdul Latif Alfoizan (UAE), Bakreddine Nesibani (Algeria), Lamine Diouf (Senegal), Jamalik bin Haji Hashim (Brunei), Mohamed Awad Ibn Hassan (Oman), Abouljleh Ali Rashid (Libya), Omar Abdullah Sejini (Saudi Arabia), Faisal Abdul Aziz Al Zamil (Kuwait), Djuma Mahmoud Haid (Djibouti), Dato Ahmad Hamzan Osman (Malaysia), Abdellel Lotofy (Morocco), Ahmad Hamid Al Nuami (Qatar), Bachariq Derdrewe | VP Fuad Abdallah Al Omar was described as a militant Economist. IDB is the parent and Finance House and on the Executive Based on the Bahrain-based Islamic Dawa Organizations. | IDB finances development in member countries and non-member Muslim communities in accordance with the principals of the Shari'a. In recent years it has supported the establishment of Islamic banks. IDB President Ali is former head of the Saudi-based Muslim World League. He reportedly left that post over continuous disagreements with Islamic fundamentalist clerics. |

29

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Saudi Arabia (Continued) | Islamic Development Bank (Continued) | Islamic Insurance and Reinsurance Company, Jeddah, 1985 | Sh. Salih Abdullah Kamel, Al Baraka Investment and Development Company, Kuwait Abdul Latif Gharabi (MD) | Sadqa Salih Abdullah Kamel (C), Salih Abdullah Kamel (MD) | (Burkina Faso), Korkut Ozal (Turkey), Ali Nasser (Comoros) Management: Gemtuat Sezk, Fenal Abdullah Al Omar, Essm Ahmed A Chaudhary (Vice Presidents); Abderrahman Nor Farei (Advisor) | |
| | | Offices of IRB Prince Mohamed Al Faisal Al Saud and the Islamic Investment Congress of the Gulf (Sharjah); Total Assets: $22 million; Paid-in Capital: $10 million (12/31/95) | | | | |
| Senegal | Banque Islamique du Senegal, Dakar | | Directors: Mahmud Mohammed Hfeh, et al. Abdrouhof Bensofah Management: Amine Diop (GM) | | | |
| Somalia | Al Barakaat Bank of Somalia, Mogadishu, 1990; Paid-in Capital: $2 million | The bank's owners also own Al Barakat Telecommunications Services in Mogadishu. | Ahmed Nour Ali Jumale heads a group of rich Somali investors. | Ahmed Nour Ali Jumale (C & MD), Abker Abdi Ali (DC) | Principal bank and fundraiser for Al Ittihad Al Islamiya, the leading Islamic group in Somalia allegedly financed by Usama Bin Ladn. Al Ittihad seeks to establish an Islamic regime in Somalia and regain control over the Ogaden territory from Ethiopia. | Specializes in small loans to Somali traders and domestic and international currency transactions. Abker Abdi Ali may be related to Somali national and Dar Al Maal Al Islami CVO, Omar Abdi Ali. |

30

C05432020
CIA_000786

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Somalia (Continued) | In May-June 1997, an Islamic bank (name not specified) opened in Mogadishu. The bank's capital purportedly is $5 million, paid in Somali shillings. | | Unidentified Malaysia nationals provided the capital for the bank. [....] part of the UN contingent in Somalia. | AS Nur Mohammed (P); Ahmed Danole is a principal bank officer who serves as a liaison between the Malaysian and the bank. | | The bank has been termed the "central bank" for the unrecognized government of Hussein Mohamed Farah Aideed. To date, the Aideed government is the only significant customer of the bank. |
| South Africa | Albaraka Bank Limited, Durban. 1992. Domestic Branches: 3; Total Assets: $41.4 million; Paid-in Capital: $4.9 million (12%) | Albaraka Properties (Pty) Limited (100). | Al Baraka Investment & Development Company (50), Local Muslim investors (50) | Directors: T. O. Al Kasaie, (C), Dr. A. H. Bayndalvi, M. Vawed, Y. M. Parak, A. H. Mahomed, E. E Vawda, Y. D. Asmall, I. A Kafia, O. F. Kharva, A. H. Moosa, N. Osman, I. V. Panik, E. Y Vanchit (South African), Management: Ibrahim Vawda (CEO) | | |
| | Islamic Bank Ltd., Johannesburg | | Wholly South African owned | E.E. Kharsany (CEO) | | |
| Sri Lanka | Seewalie Bank Limited, Colombo. Authorized Capital: $23 million | | Local Investors (51): Al Baraka Investment & Development Company; The Al Mall Al Islam S A, Kuwait Finance House, Islamic Development Bank are shareholders. | | | |

Only these banks that were specifically established with Islamic charters and operate according to Islamic law domestically and internationally are discussed here.

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan | Albaraka Bank (Sudan), 1984; Domestic Branches: 13; Total Assets: $42 million; Paid-in Capital: $4.2 million (12%)(43) | Foreign: Al-Baraka Islamic Investment Bank, Bahrain; Al-Baraka International Ltd, London; Arabian Thai Investment Company, Bangkok; BEST Bank, Tunis | Al Baraka Investment & Development Company (68.8); Sh. Saleh Abdullah Kamel family (17.2); Sudanese nationals (18.2) | Directors: Sh. Saleh Abdullah Kamel (P); Sh. mohmmad Bawazi Hassouthnh (C); Fathi El Rahman El Bashir (VC), Ibrahim Mohamed, B Mobi, Abdullah Clariy, Abdel Rahman Ahmed, Ibn El Hag Mobil, Salih. Michael Girgis Abdel Salam Garain, Bashim Fadol Nasir, Siad Mehmod Al Bashir, Hashim Haqz, Dhiagul El Khalil, Ibrahim Md. Al Mohty, Saeb Shafeeq, Osman Ahmed Suliman, Ziada Abdalla Zikda. Management: Ibrahim Mobil El Mahi (GM). | It has minimized accounts for extremist financier Usama bin Ladin, his time, and his Islamic Army coordinated the branch in the Al-Barg district in Khartoum houses an office Bin Ladin's Al Ittihia International Company. | Vice Chairman El Bashir was suggested as a potential director of a new bank construction firm in Sudan established by El Nur Zumong—Director of FIBS and the NIF's chief financial officer in finance. In mid 1993 [....] Albaraka Chairman Saleh and [....] |

C05432020



Appendix,
Continued

32

C05432020
CIA_000788

Appendix,
Continued

| Country | Bank, Home Office; Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Al-Shamal Islamic Bank (Continued) | Company, Animal Resources Bank is probably shareholding in the Islamic Bank of Western Sudan | | Mohamed Shaikh Mohamed (DGM), Ismail Mohamed Osman (v/GM). Religious Supervisory Board: Dr. Ahmed Ali Abdalla (C), Dr. Ahmed Ali Al Imam, Abolrahman Sharifi | That as of 1993, the NIF-controlled Islamic Relief Agency (IARA), Saudi-based IIRO, and a senior HAMAS official in Sudan also maintain accounts at the bank. | Osman was Minister of Finance as of mid-1990s. Religious Supervisor Ahmed Ali al Imam headed Sudan's Ulima Establishment as of the late 1980s according to the US Embassy. Dr. Adil Abdelaziz Mohamed is a Director of the Islamic Bank for Western Sudan. |
| Sudan (Continued) | Animal Resources Bank (a.k.a. Animal Wealth Bank), Khartoum, 1993; Domestic Branches: 20; Paid-in Capital: 521 million (at the 1993 official rate for the Sudanese pound) | Livestock Agricultural Company, Shambatna (Aly Ashisda) Company, Animal Resources Service Company, all are presumably wholly owned. | The Al Shaheed (Martyrs') Organization, Shrtab An Watan, Muwafaq Foundation, and Al Rawasi Company—all of which are listed in the NIF-dominated HOC—own most of the shares [REDACTED] Al Shaheed is [REDACTED] Islamic Bank of Shaikh [REDACTED] capital to this bank [REDACTED] IRS provided [REDACTED] Usama Bin Ladin owns as much as a third of the shares with the rest being controlled by the NIF through Al Shaheed. Al Shamal Islamic Bank also has an unspecified—though probably small—stake, according to its annual report. | Director: Dr. Bashir Adam Rahama al-Dor Management: Dr. Salim Al Safiq (GM) | ARB helps facilitate the flow of funds from Lebanon, Saudi Arabia, Syria, Iran, Iraq, and Afghanistan for the support of various Islamic groups in Sudan. Branches in southern Sudan are used to channel funding to Abu Nidal, Hamas, Islamic Jihad, and [REDACTED] Jihad Islami in Lebanon is in Lebanon—a combat designation of the Hizballah—has maintain training camps in the area [REDACTED] The bank is under tight control of the NIF [REDACTED] its activities are closely monitored by and with by Sudanese security services. Director Rahmat is a member of the NIF's Internal Security Organization [REDACTED] military advisor to President | A Dr. Ibrahim, an NIF member who owns Al-Barudi—a food company—is a shareholder in ARB. The Muwafaq Company is a Kuwaiti investment and trading firm as well as an affiliate of [REDACTED] Muwafaq (Al-Khayriya Benevolence Foundation), a Saudi-based NGO which an office in Sudan. Muwafaq allegedly provided arms to Bosnian Muslims and supported the Al Gama'a Al Islamiya in Milan. |



C05432020

CIA_000789

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan *(Continued)* | Animal Resources Bank *(Continued)* | | | | Bashir, has his security office in the bank's building. The Martyrs Organization has been used as a cover for training government militias and is an affiliate of the NIF-controlled Islamic Dawa Organization (IDO). | ▮ both Mawahid linked with the NIF-controlled IDO. When the Animal Resources Bank was established, the US Embassy commented that it probably would provide short-term loans for NIF-connected businessmen. |
| | Former Bank for Investment & Rural Development, Khartoum, 1992. Domestic Branches: 10 | | ▮ owns ▮% ▮ he-third of the shares in the bank; the Al-Shaheed Organization owns the remaining shares. ▮ Supportive Association and was largely controlled by the Sudanese Government. | | The Monument al Shaheed (Martyrs) Organization has been used as a cover for training government militias and is an affiliate of the NIF-controlled Islamic Dawa Organization. | |
| | Faisal Islamic Bank (Sudan), Khartoum, 1978. Domestic Branches: 19 Saudi Arabia: 5. Authorized Capital: SO,2 000 (in 000'S) | The Islamic Trading & Services Company, 1989. The Real Estate & Development Company (100%). The Islamic Insurance Company (100) | Sudanese Investors (40), including El Nur Zarroug, Bank of Khartoum, National Insurance Fund, National Retirement Fund, Islamic Insurance Company, SDC, White Nile, Shikan Insurance, Durdeib Commercial Contracting & Charitable Foundation. Omdurman National Bank, Dr. S. Tawoub, Hashim Hago, Ibrahim M. Khair, El Tayeb El Nous, Dr. Abu El Qudsim Foreign Shareholders (60), including Mohammad Al-Faisal Al Saud, Awn Al Fasid Al Saud, DMI, International Islamic Insurance Company. | Directors: Prince Mohammed Al Faisal Al Saud (C), El Nur Zarroug, Ahmed Salah Jamjoum, Abdalla Omer Nasief (MWL), Sheikh Mohamed Salih Baharain, Abdel Aziz Abdalla al Fada, Amin Aqeel Attas (MWL), Omer Abdel Rahman Azzam, Ahmed Abdelaziz El Nagru. Abdel Hamoul Obeid, Mohamed Yousif Mohamed, Musa Hussein Dima, Yaccon Omer Al Imam, Bashir Hassan Bashir Osman, Yousif Abdel Rahman Mohamed, Al Bagir Yousif Mudawi Management: El Sheikh Said Ahmed (GM), Salah Abel Nqus, Abag Abdillah | Chairman Faisal al-Saud and Directors and shareholders El Nur Zarroug, Ibrahim Mahmood El Tabili, El Tayeb Mohamed El Noos, Hashim Hago, and Bashir Hassan Bashir are key financiers of the NIF; Bashir and Noos also are members of the Sudanese unite of Ghenera al Ribrahkin al League (MWL) and Ahmed Salah Jamjoum odd | Sheikha Saleh Kamel, Saeed Ahmed Lootah, and Ahmed Rusba Al Yasoel were founders and shareholders in FIBS as of 1984, while NIF leader Hassan al Turabi was director of FIBS and its parent, Green-channel Dar al Maal al Islami, as of the late 1980s. MWL Secretary General, Dr. Abdalla Naif Azzam also was a founder of the bank. Sudanese Minister of Trade, Yassin Omer al |

34

C05432020

CIA_000790

Appendix,
Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Faisal Islamic Bank of Sudan (continued) | | Shaykh Mustafa Sidik Junqoum, Shaykh Fahd El Dwelibi, Dr. M.F. El Bareli, Umar Muhammad Salim El Din, Salim Mohyeddin, Abdalla Alif Hassan, Faisal Islamic Bank of Egypt. | Khalid (DOHA); Dr. Abdin A. Salam, Ahmed Ibrahim El Tayeb, Habib Hassan El Hali (AGM&) Religious Supervisory Board: Al Siddiq Mohammed al Amin al Damir (C), Sh. Siddiq Ahmed Abdel Hai, Dr. Youssef Khalifa Abu Bakr, Shaikh Ahmed Makhoub, Haj Nasr, Dr. Ahmed Ali al Imam | serve on the board of Islamic Dawa Organization (IDO), the Da'wah's Qaeda'ide Foundation is the commercial arm of the IDO. The bank is has been used by some members of [redacted] ment. | Imam, is considered to be near the top of the NIF hierarchy. Religious Supervisor. Haj Nasr is among the most extremist of NIF members. Shareholder SDC absorb contain is the Sustenance Development Company for Investment—possibly the same firm owned 53 percent by Al Hajali Banking & Investment Company. |
| | Islamic Bank of Western Sudan (El Gharb Islamic Bank), Khartoum, 1984; Domestic Branches: 20; Total Assets: SP 3.5 billion; Paid-in Capital: SP 250 million (12/31/84) | Sudanese businessmen and individuals own 51 percent of 1985. [redacted] foreign Islamic Iran can reach Names ILWS, Egypt and the Cairo-based International Islamic Bank for Investment & Developments have an specified shareholdings. Tadamon Islamic Bank in Sudan also owns an unspecified stake, according to its annual report, and Al Shamal Islamic Bank probably has a stake. | | Directors: Ibrahim Moosien Monawar (C), Adam Mahmoud Medkhou (DC), Adam Yaqoob Haroun, Adil Abdelaziz Mohamed, Abdul Rahman Abu Suag, Taha El Sayed El Fahl, El Sayed Ali Ahmed Zaki, Mohamed Abdalo Gaz El Nbh, Yahya Mohamed Mahmoud. Khojeli Abdul Rahmen Abu Diiz, Omer Mahajer Mohammdein, El Tigani Mohomed El Haj, Musa Kamana (Rep-National Fund for Social Security), Salih Abd Ulla (Rep-El Bega Company), Load Islamic Bank of Egypt, Islamic International Bank for Investment & Development (Cairo) Management: Khojeli Abdul Rahmen Abu Hajr (MD), Ibrahim Ahmed el Fadaal (DGM) Religious Supervisory Board: Sheikha, Ki Sidig, Ahmed Abdel Hai (C) Abdel Hafif Mohd Sawof Abdul Rahman Sharfi | Usama Bin Laden and an Islamic Army member maintained several company accounts in the bank. | Dr. Adil Abdelaziz Mohamed and Abdul Rahman Sharif are director and religious supervisor, respectively, of Al Shamal Islamic Bank—probably indicating that Al Shamal has an ownership stake. Religious supervisor Hai serves the southern and western Faisal Islamic Bank of Sudan. |
| | Islamic Co-Operative Development Bank, Khartoum, 1983; Total Assets: SP4 million Paid-in Capital: SP 2.7 million (12/31/87) | Government of Sudan (29), Local governments (12), Sudanese co-operative societies (51), Individuals (8) | | Directors: Ahmed Suleiman M Ahmed (C & DGM), Hussein M. O. Ginubi (DC), Ginaben Hassan Idriz, El Dardiri, O. El Hassan, Naser El Haj Tondd, El Amir A. Elkhidg, Mohamed N. Hamid, Ibrahim Ali Ibrahim, Kisfahi H. Mustafa, Abdallag Ahmed Ali Gafer. | The bank has a close relationship with the NIF-controlled Islamic Dawa Organization. | |

35

C05432020

CIA_000791

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | Islamic Co-Operative Development Bank (Continued) | | | Abi Alfa Abdelbasri, Mohamed H. Ahmed, Idris A. Abdelrahman. Management: Ibrahim Hassan Idris (GGM), Mohamoud A. Omarei, Alyous A. Abd Alla, Bakri H. Faisal, Mrs. Balqees A. Hamour, Adil S. Abdelmasih, Mohamed I. Idris, Mohamed Y. Salih, Mohamed A. Elnour | | Abdalla Hassan Ahmed is a former Chairman of Faisal Islamic Bank of Sudan and, as of mid-1996, Governor of Sudan's Central Bank. He probably no longer holds this position. |
| | Islamic Investment Company (Sudan) Limited, Khartoum | | Dar Al-Maal Al-Islami, Geneva | Abdullah Hassan Ahmed (GM as of 1988) | | |
| | Sudanese Islamic Bank, Khartoum, 1983; Domestic Branches: 15; Total Assets: $34 million. Paid-in Capital: $5 million (1987) | | Sudanese Nationals (76); Gulf and other investors (24), original investors included Dubai Islamic Bank and Ruler of Sharjah, El Shaikh Sultan El Qasmi. | Directors: Mohammad 'Uthman el-Khalifa. Religious Supervisory Board: Sayed Mohammed Osman El Mirghani | Mohammed Othman el-Khalifa is on the board of the Khartoum-based Islamic Dawa Organization. | El-Khalifa is spiritual leader of the Islamic Khatmiyya Sect and leads the political wing of the Democratic Unionist Party in Sudan. His brother, Ahmed el-Mirghani, was Chairman of the bank as of early 1988. Although a member of the Khatmiyya Sect, El-Khalifa is close to NIF leader Turabi and was chosen as Minister of Social Planning in February 1992. |
| | Tadamon [solidarity] or "joint liability"] Islamic Bank, Khartoum, 1981; Domestic Branches: 28; Total Assets: $57b. | Domestic, Wholly Owned: Tadamon Islamic Company for Trade & Investment Ltd, Tadamon Islamic Company for Agricultural Development Ltd. El | | Sudanese (51), non-Sudanese (49); Faisal Islamic Bank, Sudan (15.5); Abdallah Mohamed Malawi (6.03); Kuwait Finance House (5.5); Ministry of Religious Affairs & Endowment, Sudan (5), Sh. Saleh Abdullah | Directors: Sayed Ahigani Hassan Hilal (C), Mohamed Khair Abdulgadir (DC), Abd Alla Ibrahim Al Salahi, Abdul Qadir Hassan Jaffar, Abdul Rahim Mohamed Maktaw, A H Khidir Hassan Kamfoil, Dr. Ahmed Khalid Balakir, | Used by several of Usama Bin Ladin's companies and Islamic Army member to transfer funds. Sudanese office of UAE-based Human Appeal International, which allegedly moves funds for HAMAS. | Tadamon is the largest bank in Sudan in terms of total assets. |

36

CIA_000792

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information millions Paid-in Capital: $20 million (03/1/95) | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Sudan (Continued) | | Tadamon Intl Estate Company Ltd; Tadamon Exchange & Financial Services Company; Partially Owned: Islamic Bank of Western Sudan, Al Shamal Islamic Bank, Al Salam Hospital Company; Sudanese Aladal Development Company (ANAAM), Sudanese Brick Company, Modern Medical Services Company, Wafera for Modern Storage Company, Islamic Investment Company, Sudanese Company for Petrol, Sudan Development of Eastern Gabal Awlyia company (SUNDUS), Islamic Investment Company | Kuwait (13); Mohamed and Abdulla Ibrahim El Serkas Exchange Dealers & Merchants, Saudi Arabia (33); El Sheikh Abdul Badi Ali (3.3); Mohammed & Abdulla Ibrahim (3.3); Dubai Islamic Bank (3), Bahrain Islamic Bank (.25) | Aljabri Trading & Contracting Establishments, El Sheikh Abdul Basit Ali, Bakil Ghania Fodul, Hashim Elias Bashir, Ibrahim Hamid Abdu Salam, Dr. Ibrahim Ghazi Alla, Marzier Yousif Al Hakeme, Osman Abdulgadil Abu Zaid Management: Salah Ali Abdul Al Feki (GM) Mohamed/Sheikh Mohamed, Ahmed Mohamed El Mousab, Ali Omar Ibrahim, Salman Hathim Mohamed, (AGMs); Mashani Mashwi Mashawi, Sh. El din Abdel rahman Abdelgadir, Abd Alhgi Othman Alamin, Mohamed Salhmi Ahmad, Abdul Gafour Zaid Amin, Ahmed Al Badiwi Abd Alazeem, Mosad Mohamed Ahmed, Al-Mudatfar Ali Alsaheed | maintains account at Tadamon, Board membership suggests some NIF domestic; El Sheikh Abdul Basit Ali is a member of the Sudanese wing of the Ganta al-Salmya, while Basit Ali and Salah Ali Abdul Al Niga are Executive Board members of the NIF exempted Islamic Dawa Organization. | |
| Switzerland | Al Taqwa Management Organisation SA (ATMO), Lugano, 1988; Pakida Capital: The Series Prime equivalent of roughly SF 880 divided into 1,000 bearer shares (12/31/95) | Nada International Anstalt, Liechtenstein | Bank Al Taqwa, Nassau (100) | Mohamed Mansour (C), Zeinab Mansour Fattouh, Albert Friedrich Armand Huber, Youssef Mustaphas Nada, Ali Ghaleb Himmat | ther climate have hk's Ar Nahda Group, Algeria's FIS & AXL HAMAS, and Yemen's Al Islah Party. Directors Nada and Himmat are longtime MB financial officers. | he firm engages in administration, bookkeeping, nominal and commercial services, publishing, and fiduciary services. It runs industrial firms and engages in asset management managen, trade in raw materials, securities, and foreign exchange. It promotes business contacts between Islamic and Western financial institutions. Corporate records identify its banker Unexa del Ontando in Lugano. Although corporate |

37

CIA_000793

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | Al Taqwa Management Organization in Switzerland | | | | | recredn identify Mohamed Mansour as Yousef Nada is actually in charge. Mansour may be identical to Said Mansour, a senior Gama'a al-Islamiya ██████ ██████████ |
| | Dar Al Maal Al Islami (DMI) S, Geneva, 1981. Representative Offices: Istanbul, Jakarta Total Assets: SI.0 (unaudited 1991, Frank Tanker Management: 12.6 billion, Geneva, 1981. Paid-in Capital: $294.5 million (12.31.91) | Bahamas: Dar Al Maal Al-Islami Dar Al-Maal Al-Islami Trust, Nassau (100) Trust Islami d'Epadi Al-Islami (Bank & Trust), Luxburg Consulting Trust, International Islamic Trading, Islamic Investment Company of the Gulf (Bahamas) f...; Faysal Islamic Bank of Bahrain; Islamic Investment Company; Egypt: Islamic Investment & Development Company, Tanmil Islamic Investment Company, Ltd; Alawqaf Faysal al-Islami (Jersey) Ltd, DMI Administrative Services Ltd, Luxembourg: Faisal Holding Company, Netherlands: Faisal Finance (Netherlands) Pakistan; Faysal Islamic Bank of Bahrain FC Al | | Directors: Mohamed Al-Faisal Al-Saud (Ch, Chairman) Ali Abanni Dantata (VC), Abdelaur Abdallah (1) Larbi, Abdallah Dantata, Ali Huarina, Abdullah Ahmed Zamal Alvaro, Ibrahim Abdulla Al-Khalili, Mohamed Abdulla Abdulkaram El Khereija, Talal Al Abdullah Al Hamdullah, Mohamed Abdulaziz Al-Wazzan, Omar Abdul Rahman Sayyan, Hayadn Mohamed Bin Laden, Abdullah Hamma Kendaka, Ibrahim Hussein Al-Aqqad, Ahmed Zamkad al-Islam Bazan, of Egypt ██ Bidaui, Mohamed Faisal El Samui, Zafar Ahmed Chan (1) ██ Reliance Syndicate, Bitarti Mohamed Khaue Mohamed Mohamed Khaue Mohamed, Abdulmazied al-Shaikh (C), Al Siddiq Muhammad al Amin al Darir, Hotel Gomez, Youssef al Qaradawi, Abdellah Bin Munuh, Mohamed Kasim Shak, Abdel Abdul Aziz Sy Youssef Mohamed Mahmoud Kuwen | non-exists by financing Islamic businesses and charities through its Faisal Islamic banks ███████████████ at █████████████ DMI and its █████████████ ██████ have a particularly close ties to Sudan's NIF; █████████████ nek ed; NIF leader Hasan Al Turabi was a DMI board member during the late 1980s. ██████████ Brotherhood ██████ ███████████ member Qaradawi also a ███████ affiliated with Bukonva-linved Bank Al Taqwa, Commerce MGI in Kuala Lumpur, Faisal Islamic Bank of Egypt and Qatar International Islamic Bank. Director Abdullah Othman Al Idris, an NIF██Idris, an NIF██Idris, an NIF██ | Pakistan informed ██████████████ Mansour Ali is Director of Pakistan Press International and director of Five Star Press-a holding company, both based in Karachi He also heads the International Center for Islamic Studies, based in London, which houses the Institute of Islamic Banking & Insurance. |
| | | | | | Egypt's Qaradad al-Aswaya, and is an associate of Rached Naffa, an Imam at a mosque in the Netherlands that happens the NIF | |

38

CIA_000794

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | Dar Al Maal Al Islami (Continued) | Faysal Investment Bank; Islamic Investment Company of the Gulf (Sharjah; Turkey); Faisal Finance Institution, Faisal Foreign Trade & Marketing Company, Faisal Real Estate & Construction Company, Tadco Group of Companies, UK; Massraf Faysal; Al Islami of the United Kingdom Limited; Ethos Invest Arab Albanian Islamic Bank, Tirana. Faisal Finance Company, Denmark. Banque Islamique de Guinee, Banque Islamique du Niger, Islamic Investment Company of the Gulf (Sharjah). Banque Islamique du Senegal. Faisal Finance (Switzerland) S.A.; Islamic Takafol (insurance) Companies in the Bahamas, Bahrain, Germany, and Luxembourg. Faisal Investment Bank, Ltd. (Switzerland) S.A., Geneva, 1990 (formerly Massraf Investment Services N.V. Total Assets: S31 million; Paid-in Capital: S1.9 | Dar al Maal al Islmi Trust (100) Faisalat (5) | Directors: HRH Prince Mohamed Al Faisal Al Saud (C), Omar Abdi Ali (VC), Pierre Besuchet, Lucien Reuiller, Mourishi Houzy Mangements; Mohmood El Hefni (P & CEO), Rachid Teymour; Frank Podwils, Stephen O'Mahony, Sabri Nasrutah, Jamal Heinigier. | | FFS's specialty is private banking; it invests funds for high-net worth clients—excluding certain US firms—on a fiduciary basis. Most business is off-balance sheet. Portfolio values of Fr. 1,100 |

39

C05432020
CIA 000795

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Switzerland (Continued) | million, Faisal Islamic Management Inc: $666 million (12 31 93) | | | Beltone Bayit, Soleiman Dazieh, Sayed Hassan, Mohamed Ali Eid, Tarighez Supervisory Board; Mohamed Khater Mohamed Al-Shaikh (Ca, Halili Garece, Abdallah Ben Al Kareem, Moustafa Iroop) | | clients range between $200,000 and $30 million. FTI's annual report highlights that Swiss bank secrecy is assured in all transactions. Manager Sabri Hamada's inability to resolve Sudanese TWRA. Director Eid Faisal financiers. |
| | International Islamic Trading RT Ltd, Comoros, 1986 | | | Mohmed Al Faisal AHS and (F), Mostefa Abdulrahman, Frank A. Davis | | An import-export company that probably is owned by the International Islamic Trading Company in Nassau. In 1984, Frank Davis was hired to head DMI's Nassau subsidiary. In 1986 he moved to head Islami Bank and Travel in Nassau immediately after he was fired from his job as a Bahamian bank regulator. Davis allegedly accepted a bribe from DMI to bypass an Islami Bank application for a license. |
| Thailand | Al-Baraka Investment Company Ltd | | Dallah Albaraka Group | Samir Samhoung, Bio Aneglyou (MD), Patsy; Pienpamgeen, Sheckh Saleh Abdulla Kamel, Mahmoud Ismail Houaidoulk, Patsy; Pienpamgeen, Mohamed Abdu Yamani, Haroun Abdullah Kamel, Ased Shouric, Ahmed Salem, Chali Slaiee | | |
| Tunisia | Bait El Tamoul Saudi Tunisi (BEST Bank), Tunis, 1983; Branches: 4; Representative Offices: Paris; Total Assets: $205 million | BEST Re-Insurance, Tunis (100) | Al Baraka Investment Company and other Saudi investors (90); Central Bank of Tunisia (20) | Directors: Sh. Saleh Abdulla Kamel (Honorary Chairman), Metcef Cheikhrouhou (VC & GM); Ali Rezin, Fard Ben Souid, Abdemaik Kamel, Mohmed Saad Yassani; Management: S. Al Mdabi (GM), Mahouth Brown; Fard Zaze, Abdelmonem Medfak | | BEST Bank, engages in offshore and onshore investment and commercial banking. Cheikhrouhou is a Tunisian Central Banker. Mohamed Saad Yassani is a Saudi billionaire involved in real |

40

Case 1:03-cv-01870-CKK-RCL-JFM Document 10812-12 Filed 08/02/24 Page 76 of 84

CIA_000796

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Directors and Top Management | Ownership (percent-owned, where known) | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Tunisia (Continued) | million; Paid-in Capital: $50 million (12/31/91) | | Nabil Lattar, Slah Mzoubek, A. Kheribi, Rachids Toumi, Bachir M'Eddeb, Belgbiga Supervisory Board: Mohamed Mokhtar Sellami, Mufti of the Republic of Tunisia | | | estate development. |
| Turkey | Al Baraka Turk Used Finans Kurum AS (Al Baraka Turkish Finance House), Istanbul, 1985; Domestic Branches: 3; Total Assets: $434 million; Paid-in Capital: $4 million (12/31/94) | Al Baraka Investment and Development Company (98), Islamic Development Bank (10), Dubai Islamic Bank (12), Qatar Islamic Bank (1), Bahrain Islamic Bank (1), Bahrain Islamic Investment Company (5), Jordan Islamic Bank for Finance & Investment (15), Turkish minusk-the largest of which is Bahrlye Textiles (20), Other Foreign Nationals Bank, South Africa (12) | Directors: Hassan A. Kamel (C), Mustafa Toukan (VC), Abdul Latif Oner/Gharab, Yousof Abdelief A. S'ibal, Abdul Razak Kanani, Kemal Unal-line, L. Halal Cizmeci, Yalcin Oner Management: Yalcin Oner (GM), Osman Akyuz, Nail Gorduysus, Selim Altan, : Sadettin Odemir, Adrum Buyukdevm (Altmok Bank, South Africa) | | Key financial supporter is recently ousted Turkish Refah Party and Islam-focused businesses. Top NFP member, Eli Erub Ekenodue-who heads the Third World Relief Agency (TWRA)-ministries on account at the bank. The TWRA has facilitated the transport of weapons to Bosnia. | Eyrem Topbas is owner of Bahariye Textiles and former Istanbul Provincial leader of the Motherland Party. The late Ali Barina founded the Iheteko / Aberdeen/ch Foundation in Turkey-which offers scholarships in religion-studies, organizes conferences, and provides funding in religious publications. |
| | Fasal Finans Kurumu AS (a.k.a. Faisal Finance Institution), Istanbul; Representative Office: Frankfurt, Jeddah, Total Assets: $366 million, Paid-in Capital: $14 million | Domestic Subsidiaries: Taksa Group of Companies (100); Faisal Foreign Trade and Marketing Company (99); Faisal Real Estate and Construction Company | Muhammad al Fahd al-Saud (H), Dar al-Maal al-Islami Trust (83), Faisal Islamic Bank of Egypt (25), Faisal Islamic Bank of Sudan (9), Al Tadeli Nationali-Bronan Group and Uther Company (10) | Directors: Mohamed al-Naief al-Saud (C & P), Salih Ozean (DC), Dr. Fuad al Suruf, Omer Isverim- hanton influence in the country Refah briefing, a stronghold by Saudi-based International (Islamic Relief Organization) (HRO). Subsidiary companies run by Refah Party members. | | Used as a conduit to provide significant financial support to the Refah Party in an effort to enhance Islamic- Ahl-Ak Mohamed el Hebi, Abdulhamed Abu Moura, Yaseer Oner el Hebi, Abdulhamed Abu Hamel Goler (GM) | The Ulber Company, a large conglomerate, directly supports the Refah Party and Islamic politics. Yasin Oner Al Imam is Sudanese Minister of Trade and on the board of Faisal Islamic Bank of Sudan. Founders of the bank include Salih Orzan and Ahmed Tevfik Paksu, both of which were members of the secret leadership of the Turkish Islamic Council and Refah. |
| | Islamic Development Bank a.k.a. Islam Kalkinma Bankasi, Istanbul | | | | | Possibly an office of the Jeddah-based Islamic Development Bank. |

41

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Turkey (Combined) | Asya Finans Kurumu (1996); Public Institution Home Office; ... Total Assets: $... Yield on Capital: $... million (1995) | | Among Turkey, Home Office; Kuwait (9); International Bank for Social Security; ... Islamic Development Bank (9); Pension Fund of Vakifbank Employees, Turkey (2.9); Foundation of Turkish Religious Affairs (1); Social Foundation of Turkish Vakifbank Employees (1); Turkish Individuals | Directors: Ahmed Basht Al-Yaseen (C), Sami Mazen (VCE Adnan A. Al-Bahar; Abdallah K. Twaiklic Hussyn Omer Memeci, Faisal A. Al Zamel, Rashid Al Faulan Management: Fahna Akin (GM) | Provides financial support to recruit a noted Rehla Party. Ahmed Bakir Al-Yaseen: head of the Muslim Brotherhood and board member of the Kuwaiti-based Islamic Charities Organization—a financial conduit for the Muslim Brotherhood. | Ahmed Bakir Al-Yaseen is on the board of Kuwait Finance House. Adnan Bahar, former General Manager of Kuwait Finance House, may have resigned this position when he established the International investor in Kuwait. |
| United Arab Emirates | Abu Dhabi Islamic Bank, Abu Dhabi, 1997; Authorized Capital: $272 million | | Government of Abu Dhabi (10), President of Abu Dhabi (5) | | | |
| | United Islamic Bank (UIB), Dubai, 1978; Domestic Branches: 8 Foreign Branches: 1 Pakistan; Total Assets: $2.2 billion. * Paid-in Capital: $91 million (12/31/95) | Domestic: TBB - Printing Press (80), Al ABA Aluminum Company (75), Gulf Tilderts LLC (50), Al Boom Center LLC (50), General Option Company (20), Exclan Intensive Company-under Remation (90): Foreign: United Mineral Water Company, Egypt (74), Bahrain Islamic Bank (12.5), Al Hoqs in Turkish Finance Islamic (2), Tadamon Islamic Bank, Sudan | Dubai Government (20), Government of Kuwait (19), UIB Board of Directors (10), Kuwait Finance House | Directors: Saeed Ahmed Looah (C & MD), Sultan Ahmed Looah (DC), Yousif Amiin al Hajj, Nasar Ahmed Looah, Abdulla bil Jasaki, Salm Rashid Al-Mehendy, Hussein Mirza al Sayegh, Saleh Saeed Looah, Talel Hilal Looah Management: Mohammed Ayub Mohammed, Ahmed Mohammed Al Skaml, Hussein Mohammed Salim Al-Meens, Obaid Nasser Looah (DM) Religious Supervisory Board: Mohammed A Abdulkim Zakr | Looah is a close friend and business associate of extremist financier Usama Bin Ladin, whose companies are active customers of UIB. The bank maintains accounts for several NGOs which are suspected of financing radical Islamic groups, it appears, for example, to be one of the principal banks for Human Appeal International, an NGO that funds HAMAS. Former Kuwaiti Minister of Awqaf, Yousif Jassim al Hajj, an Egyptian, heads the Kuwait Joint Relief Committees, Kuwaiti International-based International Islamic Charities Organization (ICO), and is a board member of Sudan's Islamic Da'wa Organization. | Saeed and Sultan Ahmed Looah are separate. Saeed and Sultan Looah Contracting Company and Saeed and Sultan Ahmed Looah Partners. Sultan Ahmed Looah is Chief Executive of Emirates. Saeed and Sultan Ahmed Looah Mirza al Sayegh represents the Government of Dubai on the board of directors. Yousif Jassim Al Hajj's position as a DIB Director suggests the ISCO owns a stake in the bank. Looah was one of the original founders of Jassel Islamic Bank of Sudan. Director Jassel is a director or GM of several Islamic banks in Bahrain and Islami Bank Bangladesh. |

42

C05432020
CIA_000798

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Arab Emirates (Continued) | Islamic Arab Insurance Company: Abu Dhabi; Domestic Branches: 1 | | Dallah Albaraka Group | Abdullah Al Turaifi (Managers) | | |
| | Islamic Investment Company of the Gulf; Sharjah, 1977; Domestic Branches: 5; Foreign Branches: Cairo, Doha, Saudi Arabia [20] | | | | | |
| United Kingdom | Al Baraka Investment Company; London, 1983; Total Assets: $522 million, Capital & Reserves: $95 million [12/31/89] | Al Baraka International Bank Ltd. London; Albaraka Islamic Investment Bank, Bahrain; Al Baraka Bank Sudan; Al Baraka Turkish Finance House; Al Baraka Bank of Mauritania; | Al Baraka Investment & Development Company; Jeddah (9%); Shaikh Salah Abdullah Kamel (1) | Directors: Dr. Hussan A. Kamel (C), Mosa A. Shihata (VC), Dr. Mosa A. Al-Awad (MD), Osman Ahmed Sulaiman, Mohamed Tawfik, Saghl M. El Nodir, Abdulla S. Kamel Management: Dr. Yousef A. Al-Awad, Derek A.W. Newman (GM), Bruce W. Robinson, | Saghl M. El Nodir is director of the Faisal Trust in London, a charitable foundation funded by Shaikh Saleh Kamel and Al Baraka Director Mohamed Abdah Yamani (President). It may be involved in the "faisal Charitable Agency", which purportedly financed | Saghl Nodir probably is identical to Nabih Nodir, EVP of Albaraka Bancorp (Texas) in Houston. Mosa Shihata is GM of of the Jordan Islamic Bank for Finance & Investment, purportedly a financial conduit for HAMAS (see above). |
| | | Arabian Thai International Co. Ltd; Jordan Islamic Bank for Finance & Investment; Egyptian Saudi Finance Bank, Cairo; Al Baraka Group Representative, Amsterdam; Saudi Tunisian Finance House, Tunis United States: Dallah Al Baraka Bancorp; Inc, Chicago, Texas, and California | | Christopher R. Jenkins, Robert Mansur, David Hicken, Keith M. Smith, Bilal K. Al-Hasan, David Gosling | At Bahad Al Islamiyya—Somali trading extremist group. | |
| | Haji AlAfaf AlAdam (a.k.a. Islamic Treasury), London, 1993; Gross Revenue: $310,000 [1993] | Halal Food Authorities, Human Rights Committee, Muslim Women's Institute | The Muslim Parliament, London | Dr Mohammad G. Siddique, Secretary and Trustee | London-based Muslim Institute—anti-Western, pro-Islamic political movement established by the late Kalim Siddiqui. Virulently pro Iranian. | Bait Al-  & for the entity is classified as a religious trust and its aims are to contribute to and advance Muslim relief efforts worldwide. |

43

C05432020

CIA_000799

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Kingdom (Continued) | Bait Al-Mal Al-Islam (Continued) | | | Dr. Haseem A. Kassel (C), Abdullah K. Kassel, Mohamed Tawfick El Maghrabi, Khalid M. Shamia (MD), Adeel Yusef Siddiqi (Secretary) | Siddiqi fully supported the fatwa against Salman Rushdie and traveled frequently to Tehran. Institute was used to channel Iranian funds to advance Tehran's extremist agenda. | The Muslim Parliament and all subsidiaries are co-located at the London address with Bait al Mal al Islam. |
| | Dallah Albaraka (UK) Limited, London, 1992; Total Assets $304 million. Paid-in Capital: $304 million. | Subsidiaries incorporated in England and Wales. Wholly Owned: Al Baraka Investment Company Limited, Dallah Albaraka Investment Company Limited, Albaraka International Limited, Crescenta Traders Limited, William James Estate Agents Limited, RIMCO Limited, Kensington Gardens Estates Limited, iNoonn Limited, Janeferry limited, Mameuberait Limited, After Trade Services Limited, Ihsan Limited, Albaraka Nominees Limited, Albaraka Management Limited. St. Giles Construction plc (49%) United States: Zenithe Smaky Bill LLP. In Colorado-a Real Estate Development firm—in Retail as a subsidiary. | | | | Created by the consolidation of Albaraka International Bank, Limited, Albaraka Investment Company, and Dallah Albaraka Investment Company Limited, formerly Hallurica Limited. Its principal activity is Islamic trade finance and investment. Chairman Ihsan Kamel heads Al Baraka Turkish Finance House in Istanbul and Al Baraka's offices in the United States. |
| | First Islamic Investment Trust Limited, London, 1988 | | | Paul J. Leach (CEO), Gary C. Fitzgerald, Michel Heidt, Cella L. Whiten | | Paul Leach was MD of Investcorp D.C. as of 1992. |
| | H.K. Islamic Investment & Finance (UK) Limited, Woking | | | | | |

44

C05432020

CIA_000800

## Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United Kingdom (Continued) | Islamic House of Finance, London, 1996 | Islamic Investment and Finance Consortium Limited, Ilford; (The) Homes Investment Company, Ltd, London, 1982 | | Adeel Y. Siddiqi (CEO), Prince F. Khan, HJH, Dr. Anu Y. Conan | | Adeel Y. Siddiqui is a director of several London-based Dallah al Baraka affiliates and the Al Baraka Investment Bank in Pakistan. |
| | | | | | | No additional information. |
| United States | | Akter Group International Sdn Bhd, Kuala Lumpur (100) | | Mohamed Al Faisal Al Saud, Muazzam Ali, Omar Abdel Azzam, Ibrahim T.ayeb I hayah, Osma El Hney | | |
| | Akter Investments, Stamford, Connecticut, 1990 | | | Directors: Wan Muhamed Hapsi, Wan Sulaiman (P & CEO), Kamaruddin Taha (SVP), Abdul Baitan Mohd. Ghoise (VP) | Akter is a key investment vehicle for the Omani Muslim Brotherhood (MB) [redacted] Chairman [redacted] Chairman Syariz Ahmed Lootah personally transferred OMB funds to Akter for investment purposes. | Akter currently is involved in money market operations, investment banking, finance, offshore trusts, futures trading, and stock brokering (for high net worth clients; gross report indicates that it is eyeing an ownership stake in a commercial bank. |
| | Albaraka Bancorp (California) Inc, Pasadena, 1987 | | Albaraka Incorporated, Delaware USA (100) | Directors: Hassan A. Kamel (C), Omar Omer (VP) | | Hassan A. Kamel is a director of numerous Al Baraka financial subsidiaries. |
| | Albaraka Bancorp (Chicago) Inc, 1989; Total Assets: $21.6 million; Paid in Capital: $46.7 million (1996) | | Albaraka Incorporated, Delaware USA (100) | Directors: Hassan A. Kamel (C), Khaled Shair (CEO) Management: Chet Awadallah, Manager | | |

CIA_000801

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalism, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| United States (Continued) | Alburaka Bancorp (Texas) Inc., Houston, 1987; Total Assets: 54 million, Paid-in Capital: $250,000 (12/31/89). | | Albion Incorporated, Delaware, USA 1/208 | Directors: Hassan A. Kamel (C), Nasib Nimir (BVP), Issam Ellaissy (AVP) | Nasib Nimir probably is identified as Nagi M. El Nimir, Director of Al Baraka Investment Company in London and director of the Ipsa Trust in London-a charitable foundation founded by Sheikh Salih Kamel and Al Baraka Director Mohamed Abduh Yamani (Trust President). The charity may be identified to the "Ipsa Charitable Agency," which reportedly refers to Somalia's leading extremist group, Al Itihad Al Islamiyyn. | |
| West Bank and Gaza Strip | Alburaka Bank Bangladesh Limited, Rawalpindi | | | | | |
| | Al Aqsa Bank, 1997; Paid-in Capital: $20 million | | The Jordan Islamic Bank for Finance & Investment, Jordan based Al Baraka Investment & Development Company, and Beit al Mal al Philistini in Ramallah were to provide 75 percent of the capital. Remaining shares were to be sold to the public. | | HAMAS supporter Walid al Kik had applied to the Palestinian Authority to establish his bank in early 1996. Kik ran an office of Ramallah-based Beit al Mal. | |
| | Arab Islamic Bank, 1995; Paid-in Capital: $15 million | Al Aqsa Bank, West Bank | ▇ the bank is a subsidiary of Yahya Kadiragi (VC) ▇ the Bank of Jordan and its 15-percent owned by Al-Shal for Development & Investment; Jordanian Michel Sayegh was responsible for establishing the bank and is part owner. | Yahya Kadiragi (VC) | | Sayegh is Jordanian and General Director of the Jordanian Sayegh Brothers Industrial Group, which is involved in paints and industrial goods. |
| | Beit al Mal al Philistini (Palestinian Treasury); Ramallah, 1994; branches: Possibly in Gaza and Nablus; Foreign Office: Amman | | foreign capital provided by ▇ and Jordan Islamic Bank for Finance and Development (11.5), Israeli intelligence identifies Sheik Jamil Al-Shati as President; Jasen Shoikerat | Dr. Mohammed Samara, a US citizen resident in Ramallah, is Director General; Munes Sarahneh (P), Yarif Shanti; Nader-al-Din al-Martin, and Salih 'Atallah are board members | | ▇ the bank was to have been shut down by the Palestinian Authority by in March 1996, but it still reported to be ▇ |

46

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information (Continued) | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| West Bank and Gaza Strip (Continued) | | | as the largest local shareholder. Other local owners include Asad Husseini, Hana Abu Ayala, Adiv Abdullin, Ahman Asela, Dawal Tawfil, Sulayman Agbariyah | | Sulayman Agbariyah heads the Nazareth-based Islamic Salvation Committee--a HAMAS front. Palestinian security elements raided its office and confiscated its records in March 1996. | unreliable in terms of business management and financial arguments. Faiq Shihabi may be related to Musa Shihabi, Director of Jordan Islamic Bank for Finance & Investment and Albaraka Investment Company in London. |
| | | | Palestinian Islamic Bank, 1995 Domestic Branches: 2. Capital: $10 million | Investors from the Palestinian Authority, Jordan, and the Gulf States--including Faisal Islamic Bank of Bahrain and Qatar International Islamic Bank--directly provided 75-percent of the capital; remaining shares were to be sold to the public. | | Founders of the bank are identified with "moderate Muslim Brotherhood circles", according to press reports. One founder is Ahmad Abdin, former head of the Bethlehem Islamic Association. | |
| Yemen | | Islamic Bank of Yemen for Finance and Investment, Sana 1996; Held in Capital: $7 million | Donations: Abd Al Krim Al Arwadi (20); Al Sinef Al Aswadi (10); M.S. Thabet Group (10); Red Sea Flour Mill (10); Salah Al Din Factory (6); Al Anjil Group (2); Social Insurance Company (2); Ministry of Religious Affairs (2); Al Sawairi Group (1); Sheikh Abd Al Haqid Al Zindani (1); Jami'at Al Imar (1); Yusuf Abbud Wadood & others (1.5) Foreign: Islamic Development Bank (10); Dallah Al Baraka Group (5); Bahrain Islamic Bank (2); Qatar Islamic Bank (2); Jordan Islamic Bank (1) | Religious Supervisory Board: Sheikh Nasr Al-Shebani, Sheikh Omar Ahmed Saif, Qasi Muhammad Al Shami | Abdul Majid as-Zindani is Chairman of the Advisory Council of the Islamic Reform Party in Yemen. He has close ties to Iran, the MB and, Usama Bin Ladin and has been implicated in terrorist and hostile Arab interests. Zindani is a founder of the bank and noted its importance to financing his activities. Tehran funds Zindani through the sale of Iranian oil products through its intermediary in Qatar. | Ghaith Nasser, the GM of Arab A Banian Islamic Bank. The bank is registered as an Islamic Investment company. Yemen's President Salih signs Islamic banking law. Yemeni law limits foreign ownership in the bank to 25 percent. Zindani is President of Iman University |

47



CIA_000802

CRITICAL

# Appendix, Continued

| Country | Bank, Home Office, Year Established; Domestic and Foreign Offices; Financial Information | Subsidiaries, Affiliates, and Other Holdings (percent-owned, where known) | Ownership (percent-owned, where known) | Directors and Top Management | Links to Islamic Fundamentalists, the Muslim Brotherhood, and Islamic Extremists | Other Information and Analytical Comments |
|---|---|---|---|---|---|---|
| Yemen (Continued) | Islamic Solidarity Bank, 1996; Paid-in Capital: $15 million | | Hayel Saeed Anam Group and Qatar Islamic Bank | Tariq Dabaah (DG) | | Dabaah is a Jordanian who claimed in mid-1996 that there is the Yemeni riyal equivalent of $750 million of Yemeni funds waiting to be invested by people reluctant to deposit funds in Western-oriented institutions. |
| | Saba Islamic Bank (Not Yet Opened) | | Al Ahmar Group and Foreign Partners | | The Al Ahmar Group is controlled by the family of Al Islah parliamentarian Shaikh Abdullah Husein al Ahmar. | |
| | Yemen-Kuwait Real Estate Company, Sanaa, 1977 | | Yemeni interests (44.4); Kuwaiti interests (41.6); Sh. Saleh Kamel and Sh. Hussein Al Harthi (14.8) | | | |

This appendix is Top Secret UMBRA Noforn Orcon GAMMA.

48

CIA_000804

# Key

Institutions in **bold** represent parent entities; individuals in **bold** either are prominent Islamic bank owners or referred to again in subsequent columns.

**Ownership:**

Al Rajhi Group

Bank Al Taqwa Ltd

Dallah Al Baraka Group

Dar Al Maal Al Islami Group

Dubai Islamic Bank

Islamic Development Bank

Kuwait Finance House

Other

**Position:**

C—Chairman
DC—Deputy Chairman
EC—Executive Chairman
VC—Vice Chairman
GM—General Manager
AGM—Assistant General Manager
DGM—Deputy General Manager
MD—Managing Director
CEO—Chief Executive Officer
P—President
SVP—Senior Vice President
VP—Vice President

49

*Reverse Blank*