```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA                  :

    - v. -                                :

USAMA BIN LADEN,                          :     INDICTMENT
    a/k/a "Usamah Bin-Muhammad
          Bin-Ladin,"                     : S(9) 98 Cr. 1023 (LBS)
    a/k/a "Shaykh Usamah Bin-Ladin,"
    a/k/a "Abu Abdallah"                  :
    a/k/a "Mujahid Shaykh,"
    a/k/a "Hajj,"                         :
    a/k/a "Abdul Hay,"
    a/k/a "al Qaqa,"                      :
    a/k/a "the Director,"
    a/k/a "the Supervisor,"               :
    a/k/a "the Contractor,"
MUHAMMAD ATEF,                            :
    a/k/a "Abu Hafs,"
    a/k/a "Abu Hafs el Masry,"            :
    a/k/a "Abu Hafs el Masry el Khabir,"
    a/k/a "Taysir,"                       :
    a/k/a "Sheikh Taysir Abdullah,"
    a/k/a "Abu Fatima,"                   :
    a/k/a "Abu Khadija,"
AYMAN AL ZAWAHIRI,                        :
    a/k/a "Abdel Muaz,"
    a/k/a "Dr. Ayman al Zawahiri,"        :
    a/k/a "the Doctor,"
    a/k/a "Nur,"                          :
    a/k/a "Ustaz,"
    a/k/a "Abu Mohammed,"                 :
    a/k/a "Abu Mohammed Nur al-Deen,"
SAIF AL ADEL,                             :
    a/k/a "Saif,"
MAMDOUH MAHMUD SALIM,                     :
    a/k/a "Abu Hajer al Iraqi,"
    a/k/a "Abu Hajer,"                    :
ABDULLAH AHMED ABDULLAH,
    a/k/a "Abu Mohamed el Masry,"         :
    a/k/a "Saleh,"
    a/k/a "Abu Marium,"                   :
MUHSIN MUSA MATWALLI ATWAH,
    a/k/a "Abdel Rahman al Muhajer,"      :
    a/k/a "Abdel Rahman,"
        (Caption continued on next page)
```

FED-PEC0003739

```
KHALID AL FAWWAZ,                           :
     a/k/a "Khaled Abdul Rahman Hamad
            al Fawwaz,"                      :
     a/k/a "Abu Omar,"
     a/k/a "Hamad,"                          :
WADIH EL HAGE,
     a/k/a "Abdus Sabbur,"                   :
     a/k/a "Abd al Sabbur,"
     a/k/a "Wadia,"                          :
     a/k/a "Abu Abdullah al Lubnani,"
     a/k/a "Norman,"                         :
     a/k/a "Wa'da Norman,"
     a/k/a "the Manager,"                    :
     a/k/a "Tanzanite,"
ANAS AL LIBY,                                :
     a/k/a "Nazih al Raghie,"
     a/k/a "Anas al Sebai,"                  :
IBRAHIM EIDAROUS,
     a/k/a "Ibrahim Hussein Abdelhadi        :
            Eidarous,"
     a/k/a "Daoud,"                          :
     a/k/a "Abu Abdullah,"
     a/k/a "Ibrahim,"                        :
ADEL ABDEL BARY,
     a/k/a "Adel Mohammed Abdul Almagid      :
            Abdel Bary,"
     a/k/a "Abbas,"                          :
     a/k/a "Abu Dia,"
     a/k/a "Adel,"                           :
FAZUL ABDULLAH MOHAMMED,
     a/k/a "Harun,"                          :
     a/k/a "Harun Fazhl,"
     a/k/a "Fazhl Abdullah,"                 :
     a/k/a "Fazhl Khan,"
AHMED MOHAMED HAMED ALI,                     :
     a/k/a "Ahmed the Egyptian,"
     a/k/a "Shuaib,"                         :
     a/k/a "Abu Islam al Surir,"
MOHAMED SADEEK ODEH,                         :
     a/k/a "Abu Moath,"
     a/k/a "Noureldine,"                     :
     a/k/a "Marwan,"
     a/k/a "Hydar,"                          :
     a/k/a "Abdullbast Awadah,"
     a/k/a "Abdulbasit Awadh Mbarak          :
            Assayid,"
            (Caption continued on next page)

MOHAMED RASHED DAOUD AL-'OWHALI,             :
```

2

FED-PEC0003740

```
      a/k/a "Khalid Salim Saleh
            Bin Rashed,"                  :
      a/k/a "Moath,"
      a/k/a "Abdul Jabbar Ali Abdel-Latif,":
MUSTAFA MOHAMED FADHIL,
      a/k/a "Mustafa Ali Elbishy,"        :
      a/k/a "Hussein,"
      a/k/a "Hassan Ali,"                 :
      a/k/a "Khalid,"
      a/k/a "Abu Jihad,"                  :
KHALFAN KHAMIS MOHAMED,
      a/k/a "Khalfan Khamis,"             :
AHMED KHALFAN GHAILANI,
      a/k/a "Fupi,"                       :
      a/k/a "Abubakary Khalfan Ahmed
            Ghailani,"                    :
      a/k/a "Abubakar Khalfan Ahmed,"
FAHID MOHAMMED ALLY MSALAM,              :
      a/k/a "Fahad M. Ally," and
SHEIKH AHMED SALIM SWEDAN,               :
      a/k/a "Sheikh Bahamadi,"
      a/k/a "Ahmed Ally,"                 :

                  Defendants.            :

-----------------------------------------x
```

<u>INTRODUCTION</u>

The Grand Jury charges:

<u>Background: Al Qaeda</u>

1.    At all relevant times from in or about 1989 until
the date of the filing of this Indictment, an international
terrorist group existed which was dedicated to opposing non-
Islamic governments with force and violence.  This organization
grew out of the "mekhtab al khidemat" (the "Services Office")
organization which had maintained offices in various parts of the
world, including Afghanistan, Pakistan (particularly in Peshawar)
and the United States, particularly at the Alkifah Refugee Center

3

FED-PEC0003741

in Brooklyn, New York.  The group was founded by defendants USAMA
BIN LADEN and MUHAMMAD ATEF, a/k/a "Abu Hafs al Masry," together
with "Abu Ubaidah al Banshiri" and others.  From in or about 1989
until the present, the group called itself "al Qaeda" ("the
Base").  From 1989 until in or about 1991, the group (hereafter
referred to as "al Qaeda") was headquartered in Afghanistan and
Peshawar, Pakistan.  In or about 1991, the leadership of al
Qaeda, including its "<u>emir</u>" (or prince) defendant USAMA BIN
LADEN, relocated to the Sudan.  Al Qaeda was headquartered in the
Sudan from approximately 1991 until approximately 1996 but still
maintained offices in various parts of the world.  In 1996,
defendants USAMA BIN LADEN and MUHAMMAD ATEF and other members of
al Qaeda relocated to Afghanistan.  At all relevant times, al
Qaeda was led by its <u>emir</u>, defendant USAMA BIN LADEN.  Members of
al Qaeda pledged an oath of allegiance (called a "<u>bayat</u>") to
defendant USAMA BIN LADEN and al Qaeda.  Those who were suspected
of collaborating against al Qaeda were to be identified and
killed.

      2.  Al Qaeda opposed the United States for several
reasons.  First, the United States was regarded as an "infidel"
because it was not governed in a manner consistent with the
group's extremist interpretation of Islam.  Second, the United
States was viewed as providing essential support for other
"infidel" governments and institutions, particularly the
governments of Saudi Arabia and Egypt, the nation of Israel and

4

FED-PEC0003742

the United Nations organization, which were regarded as enemies of the group. Third, al Qaeda opposed the involvement of the United States armed forces in the Gulf War in 1991 and in Operation Restore Hope in Somalia in 1992 and 1993, which were viewed by al Qaeda as pretextual preparations for an American occupation of Islamic countries. In particular, al Qaeda opposed the continued presence of American military forces in Saudi Arabia (and elsewhere on the Saudi Arabian peninsula) following the Gulf War. Fourth, al Qaeda opposed the United States Government because of the arrest, conviction and imprisonment of persons belonging to al Qaeda or its affiliated terrorist groups or with whom it worked, including Sheik Omar Abdel Rahman.

3. One of the principal goals of al Qaeda was to drive the United States armed forces out of Saudi Arabia (and elsewhere on the Saudi Arabian peninsula) and Somalia by violence. Members of al Qaeda issued <u>fatwahs</u> (rulings on Islamic law) indicating that such attacks were both proper and necessary.

4. From in or about 1993, until in or about December 1999, AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," led the Egyptian Islamic Jihad which was dedicated to the forceful overthrow of the Egyptian Government and to violent opposition of the United States, in part, for its support of the Government in Egypt. Members of Egyptian Islamic Jihad also pledged allegiance

5

FED-PEC0003743

to AL ZAWAHIRI and Egyptian Islamic Jihad. Many of the leading members of the Egyptian Islamic Jihad became influential members of al Qaeda, including defendants AYMAN AL ZAWAHIRI and MUHAMMAD ATEF. Eventually, by at least in or about February 1998, the Egyptian Islamic Jihad led by AL ZAWAHIRI had effectively merged with al Qaeda and the Egyptian Islamic Jihad joined with al Qaeda in targeting American civilians.

      5.  Al Qaeda functioned both on its own and through some of the terrorist organizations that operated under its umbrella, including: Egyptian Islamic Jihad, and at times, the Islamic Group (also known as "el Gamaa Islamia" or simply "Gamaa't"), led by Sheik Omar Abdel Rahman and later by Ahmed Refai Taha, a/k/a "Abu Yasser al Masri," named as co-conspirators but not as defendants herein; and a number of jihad groups in other countries, including the Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, Azerbaijan and the Kashmiri region of India and the Chechnyan region of Russia. Al Qaeda also maintained cells and personnel in a number of countries to facilitate its activities, including in Kenya, Tanzania, the United Kingdom, Canada and the United States.

      6.  Al Qaeda had a command and control structure which included a <u>majlis al shura</u> (or consultation council) which discussed and approved major undertakings, including terrorist

FED-PEC0003744

operations.  The defendants USAMA BIN LADEN, MUHAMMAD ATEF, a/k/a "Abu Hafs," AYMAN AL ZAWAHIRI, SAIF AL ADEL, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer," and ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," among others, sat on the majlis al shura (or consultation council) of al Qaeda.  Egyptian Islamic Jihad had a Founding Council, on which the defendant IBRAHIM EIDAROUS sat.

7.    Al Qaeda also had a "military committee" which considered and approved "military" matters.  MUHAMMAD ATEF, a/k/a "Abu Hafs," the defendant, sat on the military committee and was one of defendant USAMA BIN LADEN's two principal military commanders together with "Abu Ubaidah al Banshiri," until the death of "Abu Ubaidah al Banshiri" in May 1996.  Among his other duties, MUHAMMAD ATEF, a/k/a "Abu Hafs," the defendant, had the principal responsibility for supervising the training of al Qaeda members.  SAIF AL ADEL also served on the military committee, reporting to MUHAMMAD ATEF, a/k/a "Abu Hafs."

8.    USAMA BIN LADEN, the defendant, and al Qaeda also forged alliances with the National Islamic Front in the Sudan and with representatives of the government of Iran, and its associated terrorist group Hizballah, for the purpose of working together against their perceived common enemies in the West, particularly the United States.

9.    In or about 1994, the defendant USAMA BIN LADEN,

FED-PEC0003745

working together with KHALID AL FAWWAZ, a/k/a "Khaled Abdul Rahman Hamad al Fawwaz," a/k/a "Abu Omar," a/k/a "Hamad," set up a media information office in London, England (hereafter the "London office"), which was designed both to publicize the statements of USAMA BIN LADEN and to provide a cover for activity in support of al Qaeda's "military" activities, including the recruitment of military trainees, the disbursement of funds and the procurement of necessary equipment (including satellite telephones) and necessary services.  In addition, the London office served as a conduit for messages, including reports on military and security matters from various al Qaeda cells, including the Kenyan cell, to al Qaeda's headquarters.

<u>COUNTS ONE THROUGH SIX:</u>

<u>CONSPIRACIES TO MURDER, BOMB AND MAIM</u>

<u>COUNT ONE:</u>

<u>CONSPIRACY TO KILL UNITED STATES NATIONALS</u>

10.  From at least 1991 until the date of the filing of this Indictment, in the Southern District of New York, in Afghanistan, the United Kingdom, Pakistan, the Sudan, Saudi Arabia, Yemen, Somalia, Kenya, Tanzania, Azerbaijan, the Philippines and elsewhere out of the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the

8

FED-PEC0003746

Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu
Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el
Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a
"Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a
"Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor,"
a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu
Mohammed Nur al-Deen," SAIF AL ADEL, a/k/a "Saif," MAMDOUH MAHMUD
SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," ABDULLAH
AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh,"
a/k/a "Abu Marium," MUHSIN MUSA MATWALLI ATWAH, a/k/a "Abdel
Rahman al Muhajer," a/k/a "Abdel Rahman," KHALID AL FAWWAZ,a/k/a
"Khaled Abdul Rahman Hamad al Fawwaz," a/k/a "Abu Omar," a/k/a
"Hamad," WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al
Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a
"Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a
"Tanzanite," ANAS AL LIBY, a/k/a "Nazih al Raghie," a/k/a "Anas
al Sebai," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi
Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim,"
ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary,"
a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH
MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl
Abdullah," a/k/a "Fazhl Khan," AHMED MOHAMED HAMED ALI, a/k/a
"Ahmed the Egyptian," a/k/a "Shuaib," a/k/a "Abu Islam al Surir,"
MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a

9

FED-PEC0003747

"Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, together with other members and associates of al Qaeda, Egyptian Islamic Jihad and others known and unknown to the Grand Jury, unlawfully, wilfully and knowingly combined, conspired, confederated and agreed to kill nationals of the United States.

11. It was a part and an object of said conspiracy that the defendants, and others known and unknown, would and did: (i) murder United States nationals anywhere in the world, including in the United States, (ii) kill United States nationals employed by the United States military who were serving in their official capacity in Somalia and on the Saudi Arabian peninsula; (iii) kill United States nationals employed at the United States Embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, including internationally protected persons, as that term is

FED-PEC0003748

defined in Title 18, United States Code, Section 1116(b)(4); and
(iv) engage in conduct to conceal the activities and means and
methods of the co-conspirators by, among other things,
establishing front companies, providing false identity and travel
documents, engaging in coded correspondence, providing false
information to the authorities in various countries and seeking
to detect and kill informants.

<u>Overt Acts</u>

12.  In furtherance of said conspiracy, and to effect
the illegal objects thereof, the following overt acts, among
others, were committed:

<u>The Provision of Guesthouses and Training Camps</u>

a.  At various times from at least as early as
1989, the defendant USAMA BIN LADEN, and others known and
unknown, provided training camps and guesthouses in various
areas, including Afghanistan, Pakistan, the Sudan, Somalia and
Kenya for the use of al Qaeda and its affiliated groups.  The
defendant MAMDOUH MAHMUD SALIM managed some of these training
camps and guesthouses in Afghanistan and Pakistan;

<u>The Recruitment of American Citizens</u>

b.  At various times from at least as early as
1989, the defendant USAMA BIN LADEN, and others known and
unknown, made efforts to recruit United States citizens,
including the defendant WADIH EL HAGE, to help al Qaeda in order
to utilize the American citizens for travel throughout the

FED-PEC0003749

Western world to deliver messages and engage in financial transactions for the benefit of al Qaeda and its affiliated groups and to help carry out operations;

The Training

c. At various times from at least as early as 1990, SAIF AL ADEL, MUHSIN MUSA MATWALLI ATWAH, a/k/a "Abdel Rahman al Muhajer," Ali Mohamed, named as a co-conspirator but not as a defendant herein, and others known and unknown, provided military and intelligence training in various areas, including Afghanistan, Pakistan and the Sudan, for the use of al Qaeda and its affiliated groups, including the Egyptian Islamic Jihad;

Financial and Business Dealings

d. At various times from at least as early as 1989 until the date of the filing of this Indictment, the defendants USAMA BIN LADEN and MAMDOUH MAHMUD SALIM, and others known and unknown to the Grand Jury, engaged in financial and business transactions on behalf of al Qaeda, including, but not limited to: purchasing land for training camps; purchasing warehouses for storage of items, including explosives; purchasing communications and electronics equipment; transferring funds between corporate accounts; and transporting currency and weapons to members of al Qaeda and its associated terrorist organizations in various countries throughout the world. To carry out some of these transactions, the defendant MAMDOUH MAHMUD SALIM traveled to various places on behalf of al Qaeda and its affiliated

FED-PEC0003750

groups, including, to Malaysia, China, the Philippines and
Germany;

The Transportation of Bin Laden to the Sudan in 1991

        e.  In or about 1991, Ali Mohamed, named as a co-
conspirator but not as a defendant herein, together with another
co-conspirator not named as a defendant herein ("Co-conspirator
One"), and others known and unknown, arranged for the secure
transportation of USAMA BIN LADEN from Peshawar, Pakistan, to the
Sudan;

Establishment of Businesses in the Sudan

        f.  Following al Qaeda's move to the Sudan in or
about 1991, the defendant USAMA BIN LADEN established a
headquarters in the Riyadh section of Khartoum.  USAMA BIN LADEN
also established a series of businesses in the Sudan, including a
holding company known as "Wadi al Aqiq," a construction business
known as "Al Hijra," an agricultural company known as "al Themar
al Mubaraka," an investment company known as "Ladin
International," an investment company known as "Taba
Investments," a leather company known as the "Khartoum Tannery,"
and a transportation company known as "Qudarat Transport
Company."  These companies were operated to provide income to
support al Qaeda and to provide cover for the procurement of
explosives, weapons and chemicals and for the travel of al Qaeda
operatives.  The defendants MAMDOUH MAHMUD SALIM and WADIH EL
HAGE worked for various of the Bin Laden companies.  The

13

FED-PEC0003751

defendant WADIH EL HAGE also served as Bin Laden's personal secretary;

Mohamed Sadeek Odeh Joins al Qaeda

g.   In or about 1992, the defendant MOHAMED SADEEK ODEH, after receiving training (including explosives training) in various camps in Afghanistan, including al Qaeda camps, joined al Qaeda and agreed to follow the orders of the defendant USAMA BIN LADEN, the emir (prince) of al Qaeda, as long as the orders did not violate Islamic law.  ODEH remained a member of al Qaeda through at least on or about August 7, 1998;

The Fatwahs Against American Troops in Saudi Arabia and Yemen

h.   At various times from in or about 1992 until the date of the filing of this Indictment, USAMA BIN LADEN, the defendant, working together with members of the fatwah committee of al Qaeda, disseminated fatwahs (rulings on Islamic law) to other members and associates of al Qaeda that the United States forces stationed on the Saudi Arabian peninsula, including both Saudi Arabia and Yemen, should be attacked;

Efforts to Unite al Qaeda, the Sudan, and Iran

i.   At various times between in or about 1992 and in or about 1996, the defendants USAMA BIN LADEN, MAMDOUH MAHMUD SALIM, and other ranking members of al Qaeda, stated privately to other members of al Qaeda that al Qaeda should put aside its differences with Shiite Muslim terrorist organizations, including the Government of Iran and its affiliated terrorist group

14

FED-PEC0003752

Hizballah, to cooperate against the perceived common enemy, the United States and its allies;

        j.   At various times between in or about 1992 and in or about 1996, the defendant MAMDOUH MAHMUD SALIM met with an Iranian religious official in Khartoum as part of an overall effort to arrange a tripartite agreement between al Qaeda, the National Islamic Front of Sudan, and elements of the Government of Iran to work together against the United States, Israel and other Western countries;

        k.   At various times between in or about 1992 and in or about 1996, the defendant MAMDOUH MAHMUD SALIM worked together with a ranking official in the National Islamic Front to obtain communications equipment on behalf of the Sudanese intelligence service;

        l.   At various times between in or about 1992 and in or about 1996, al Qaeda (and the affiliated Egyptian Islamic Jihad) sent some of its members to Lebanon to receive training from members of the terrorist group Hizballah, a Shiite terrorist group;

The Fatwah Against American Troops in Somalia

        m.   At various times from in or about 1992 until in or about 1993, the defendant USAMA BIN LADEN, working together with members of the fatwah committee of al Qaeda, disseminated fatwahs to other members and associates of al Qaeda that the United States forces stationed in the Horn of Africa, including

15

FED-PEC0003753

Somalia, should be attacked;

        n.  On various occasions in or about 1993, the defendant MAMDOUH MAHMUD SALIM lectured al Qaeda members that the United States forces do not belong on any Arab lands, and that the presence of the United Nations forces in Somalia was a reflection of the United States' plans to attack the Muslim world;

The Training of Fazul Abdullah Mohamed

        o.  In Afghanistan in or about 1991 and 1992, Ali Mohamed, named as a co-conspirator but not as a defendant herein, trained members of al Qaeda, including defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," in various military techniques including urban fighting, guerilla fighting and evasion of surveillance;

The Establishment of Training Camps for Somalia

        p.  In or about late 1992 and 1993, the defendant MUHAMMAD ATEF traveled to Somalia on several occasions for the purpose of determining how best to cause violence to the United States and United Nations military forces stationed there and reported back to the defendant USAMA BIN LADEN and other al Qaeda members at USAMA BIN LADEN's facilities located in Khartoum, the Sudan;

        q.  Beginning in or about early spring 1993, al Qaeda members, including the defendants MUHAMMAD ATEF, SAIF AL ADEL, ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry,"

FED-PEC0003754

a/k/a "Saleh," MUHSIN MUSA MATWALLI ATWAH, a/k/a "Abdel Rahman al Muhajer," a/k/a "Abdel Rahman," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," AHMED MOHAMED HAMED ALI, a/k/a "Ahmed the Egyptian," a/k/a "Shuaib," a/k/a "Abu Islam al Surir," and MOHAMED SADEEK ODEH, along with "Abu Ubaidah al Banshiri," a co-conspirator not named herein as a defendant, provided military training and assistance to Somali tribes opposed to the United Nations' intervention in Somalia;

The Establishment of the Kenya Base of Operations

r.   In or about 1993, various members of al Qaeda, including the defendant KHALID AL FAWWAZ, began to establish businesses (including the business "Asma Limited,") and residences in Kenya, particularly in Nairobi;

s.   In or about 1994, the defendant MOHAMED SADEEK ODEH moved to Mombasa, Kenya, and set up a fishing business with al Qaeda money which was used to support al Qaeda members in Kenya.  While in Kenya, ODEH was visited by the military commanders of al Qaeda, the defendant MUHAMMAD ATEF and "Abu Ubaidah al Banshiri";

t.   In or about 1994, the defendant WADIH EL HAGE moved from Khartoum in the Sudan to Nairobi, Kenya, and established businesses (including the business known as "Tanzanite King") and other organizations (including "Help Africa People") in Kenya.  While in Kenya, the defendant WADIH EL HAGE met repeatedly with one of the military commanders of al Qaeda,

17

FED-PEC0003755

"Abu Ubaidah al Banshiri";

u. On or about October 25, 1994, the defendant KHALID AL FAWWAZ transferred the Kenyan business known as "Asma Limited" to "Abu Ubaidah al Banshiri," (who was using the alias "Galal Fouad Elmeligy Abdeldaim"), one of the military commanders of al Qaeda;

v. In or about 1996, in Mombasa, Kenya, the defendant FAHID MOHAMMED ALLY MSALAM displayed TNT and detonators obtained in Tanzania to the defendant MOHAMED SADEEK ODEH;

The Attacks on the United States Forces in Somalia

w. On October 3 and 4, 1993, in Mogadishu, Somalia, persons who had been trained by al Qaeda (and by trainers trained by al Qaeda) participated in an attack on United States military personnel serving in Somalia as part of Operation Restore Hope, which attack resulted in the killing of 18 United States Army personnel, namely, Donovan L. Briley, Daniel D. Busch, James M. Cavaco, William D. Cleveland, Thomas J. Field, Earl Fillmore, Raymond Frank, Gary I. Gordon, James C. Joyce, Richard W. Kowalski, James Martin, Timothy Martin, Dominick M. Pilla, Matthew L. Rierson, Lorenzo M. Ruiz, Randall D. Shughart, James E. Smith, and Clifton Wolcott;

The Shipment of Weapons and Explosives to Saudi Arabia

x. On at least two occasions in the period from in or about 1992 until in or about 1995, members of al Qaeda transported weapons and explosives from Khartoum in the Sudan to

FED-PEC0003756

the coastal city of Port Sudan for transshipment to the Saudi
Arabian peninsula using vehicles associated with Usama Bin
Laden's businesses;

The Fatwah Regarding Deaths of Nonbelievers

y.    On various occasions the defendant MAMDOUH
MAHMUD SALIM advised other members of al Qaeda that it was
Islamically proper to engage in violent actions against
"infidels" (nonbelievers), even if others might be killed by such
actions, because if the others were "innocent," they would go to
paradise, and if they were not "innocent," they deserved to die;


The Efforts to Obtain Nuclear Weapons and Their Components

z.    At various times from at least as early as
1992, the defendants USAMA BIN LADEN and MAMDOUH MAHMUD SALIM,
and others known and unknown, made efforts to obtain the
components of nuclear weapons;

The Efforts to Obtain Chemical Weapons and Their Components

aa.    At various times from at least as early as
1993, the defendant USAMA BIN LADEN, and others known and
unknown, made efforts to obtain the components of chemical
weapons;

The Surveillance of the United States Embassy in Nairobi, Kenya

bb.    Beginning in the latter part of 1993, ANAS AL
LIBY and other members of al Qaeda discussed with Ali Mohamed,
named as a co-conspirator but not as a defendant herein, a

FED-PEC0003757

possible attack against the United States Embassy in Nairobi, Kenya, in retaliation for the United States' participation in Operation Restore Hope in Somalia;

cc. In or about the latter part of 1993, defendant ANAS AL LIBY and Ali Mohamed, named as a co-conspirator but not as a defendant herein, conducted visual and photographic surveillance of the United States Embassy in Nairobi, Kenya;

dd. In or about 1994, defendant ANAS AL LIBY, together with other members of al Qaeda and Ali Mohamed, named as a co-conspirator but not as a defendant herein, reviewed files concerning possible terrorist attacks against: (i) the United States Embassy in Nairobi, Kenya; (ii) the building then housing the United States Agency for International Development in Nairobi, Kenya; and (iii) British, French and Israeli targets in Nairobi, Kenya;

ee. In or about 1994, members of al Qaeda discussed with Ali Mohamed, named as a co-conspirator but not as a defendant herein, possible terrorist attacks against targets in various countries other than Kenya;

Khalfan Khamis Mohamed Receives Training in Afghanistan

ff. In or about 1994, the defendant KHALFAN KHAMIS MOHAMED traveled to a camp in Afghanistan where he received training in explosives;

The Opening of the London Office

gg. On or about July 11, 1994, the defendant

20

FED-PEC0003758

USAMA BIN LADEN created the London office of al Qaeda, naming it the "Advice and Reformation Committee" and placing the defendant KHALID AL FAWWAZ in charge;

Ali Mohamed and Wadih el Hage Maintain Contact

hh.  In or about early 1995, Ali Mohamed, named as a co-conspirator but not as a defendant herein, sent from California a document concerning the then ongoing trial of Sheik Omar Abdel Rahman to the defendant WADIH EL HAGE, a/k/a "the Manager," in Nairobi, Kenya, for hand delivery to the defendant USAMA BIN LADEN, a/k/a "the Supervisor";

ii. In or about March 1995, Ali Mohamed, named as a co-conspirator but not as a defendant herein, sent from California a letter to defendant WADIH EL HAGE in Kenya which was addressed to "Wad'a Norman" at WADIH EL HAGE's address;

Eidarous Becomes Leader of Egyptian Islamic Jihad Cell in Baku

jj.  In or about August 1995, the defendant IBRAHIM EIDAROUS began organizing the Egyptian Islamic Jihad cell in Baku, Azerbaijan;

Wadih el Hage Visits Ali Mohamed in California

kk. In or about December 1995, the defendant WADIH EL HAGE visited Ali Mohamed, named as a co-conspirator but not as a defendant herein, in Santa Clara, California;

Wadih el Hage Visits Khalid Al Fawwaz in London

ll. In or about December 1995, the defendant WADIH EL HAGE visited the defendant KHALID AL FAWWAZ in London,

21

FED-PEC0003759

England;

<u>Wadih El Hage Passes Message to a Co-conspirator in Florida</u>

        mm. On or about January 5, 1996, defendant WADIH
EL HAGE sent a letter to a co-conspirator in Orlando, Florida
("Co-conspirator Two"), which reported in code that defendant
MUHAMMED ATEF was in Afghanistan;

<u>Al Fawwaz Supplies Communication Equipment to Bin Laden and al
Qaeda</u>

        nn. From at least as early as 1995 until September
1998, the defendant KHALID AL FAWWAZ provided the defendant USAMA
BIN LADEN, as well as other al Qaeda members, with various means
of communications, including a satellite telephone ("Bin Laden
Satellite Telephone"), for the purpose of facilitating
communications between al Qaeda members and associates;

<u>The Drowning of "Abu Ubaidah al Banshiri" and its Aftermath</u>

        oo. In or about May 1996, "Abu Ubaidah al
Banshiri," a ranking military commander of al Qaeda, was
traveling by ferry through Lake Victoria when the boat sank and
"Abu Ubaidah al Banshiri" drowned;

        pp. In or about May 1996, the defendants WADIH EL
HAGE and FAZUL ABDULLAH MOHAMMED went to Lake Victoria to
investigate the circumstances of the drowning of "Abu Ubaidah al
Banshiri" and to report back to the defendant USAMA BIN LADEN;

22

FED-PEC0003760

qq. In or about the spring of 1996, the defendant
WADIH EL HAGE sent a copy of a report concerning the
circumstances of the drowning of "Abu Ubaidah al Banshiri" to Ali
Mohamed, named as a co-conspirator but not as a defendant herein;

Al Zawahiri Appoints Abdel Bary to Head London Cell of Egyptian
Islamic Jihad

rr. In or about May 1996, the defendant AYMAN AL
ZAWAHIRI appointed the defendant ADEL ABDEL BARY to be the leader
of the London cell of Egyptian Islamic Jihad;

Al-'Owhali Receives Training in al Qaeda Camps

ss. Beginning in or about 1996, the defendant
MOHAMED RASHED DAOUD AL-'OWHALI was trained in a number of camps
in Afghanistan, including a number of camps affiliated with al
Qaeda.  AL-'OWHALI was trained in explosives, hijacking,
kidnaping, assassination and intelligence techniques;

The August 1996 Declaration of War

tt. On or about July 31, 1996, the defendant
KHALID AL FAWWAZ created, using a computer in his residence in
London, England, a file entitled "the Message";

uu. On or about August 23, 1996, a Declaration of
Jihad indicating that it was from the Hindu Kush mountains in
Afghanistan entitled "Message from Usamah Bin-Muhammad Bin-Laden
to His Muslim Brothers in the Whole World and Especially in the
Arabian Peninsula: Declaration of Jihad Against the Americans
Occupying the Land of the Two Holy Mosques; Expel the Heretics

23

FED-PEC0003761

from the Arabian Peninsula" (hereafter the "Declaration of Jihad") was disseminated;

vv. In or about August and September 1996, the defendant KHALID AL FAWWAZ maintained in a computer in his residence computer file copies of the "Message from Usamah Bin-Muhammad Bin-Laden to His Muslim Brothers in the Whole World and Especially in the Arabian Peninsula: Declaration of Jihad Against the Americans Occupying the Land of the Two Holy Mosques; Expel the Heretics from the Arabian Peninsula";

ww. In or about August or September 1996, the defendant KHALID AL FAWWAZ forwarded a copy of USAMA BIN LADEN's Declaration of Jihad to another person in England for further dissemination to the media for publication and thereafter KHALID AL FAWWAZ vouched for the Declaration's authenticity;

Al-'Owhali Meets with Bin Laden

xx. In or about 1996, following his training in a number of camps in Afghanistan, including a number of camps affiliated with al Qaeda, the defendant MOHAMED RASHED DAOUD AL-'OWHALI met with the defendant USAMA BIN LADEN and asked him for a "mission";

El Hage Delivers False Passports

yy. On or about December 21, 1996, the defendant WADIH EL HAGE sent a coded letter to Baku, Azerbaijan, confirming that he had shipped three false passports to persons in Azerbaijan;

24

FED-PEC0003762

<u>Wadih el Hage Meets with al Qaeda Leaders</u>

        zz.  In or about late January 1997, the defendant WADIH EL HAGE traveled to Peshawar, Pakistan, to meet with leaders of al Qaeda;

        aaa. In or about late 1996 or early 1997, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," sent a message in code to Co-conspirator Two in Florida stating that defendant WADIH EL HAGE met with defendant MUHAMMAD ATEF, a/k/a "Abu Hafs," in Peshawar, Pakistan;

        bbb. In or about 1996, the defendants WADIH EL HAGE and FAZUL ABDULLAH MOHAMED transported $7,000 received from defendant USAMA BIN LADEN to Mombasa, Kenya;

<u>Wadih el Hage Reports to Others about al Qaeda and the Taliban</u>

        ccc. On or about February 21, 1997, the defendant WADIH EL HAGE wrote a letter in code to Co-conspirator Two in Orlando, Florida, advising that WADIH EL HAGE had just returned from meeting with defendant MUHAMMAD ATEF;

        ddd. In late February or early March 1997, the defendant WADIH EL HAGE met and spoke with the defendant MUSTAFA FADHL and provided him with a new policy from defendant USAMA BIN LADEN to militarize the East African cell of al Qaeda;

        eee. On or about February 24, 1997, the defendant WADIH EL HAGE wrote a letter in code to a co-conspirator in Europe ("Co-conspirator Three") advising that defendant WADIH EL

25

FED-PEC0003763

HAGE had just returned from meeting with members of defendant
USAMA BIN LADEN's al Qaeda group and that BIN LADEN and the
Taliban were cooperating and promising to forward a report
concerning the status of al Qaeda and its relations with the
Taliban;

fff. On or about February 25, 1997, the defendant
WADIH EL HAGE faxed a copy of a report prepared by defendant
MUHAMMAD ATEF concerning the Taliban to co-conspirators in
Florida, Texas and Oregon, together with instructions to share
the report with the "brothers in work";

ggg. On or about February 26, 1997, Co-conspirator
Two in Orlando, Florida, wrote a letter in code to defendant
WADIH EL HAGE asking EL HAGE to tell defendant USAMA BIN LADEN
that Co-conspirator Two was willing to help BIN LADEN;

hhh. On or about March 9, 1997, Co-conspirator Two
in Orlando, Florida, wrote a letter to the defendant FAZUL
ABDULLAH MOHAMED to advise him of Co-conspirator Two's new fax
number in Orlando, Florida;

iii. On or about March 13, 1997, the defendant
FAZUL ABDULLAH MOHAMED wrote a letter in code to defendant WADIH
EL HAGE which included the new telephone number for Co-
conspirator Two in Orlando, Florida;

jjj. On or about June 28, 1997, Co-conspirator Two
in Orlando, Florida, sent a message in code asking defendant
WADIH EL HAGE to tell USAMA BIN LADEN and MUHAMMAD ATEF to be

26

FED-PEC0003764

careful about possible apprehension by American authorities;

Abdel Bary Leases the Beethoven Street Office

kkk. On or about March 20, 1997, the defendant ADEL ABDEL BARY leased the premises known as Unit 5, 1a Beethoven Street, London, England (hereafter "the Beethoven Street Office");

Ali Mohamed and El Hage Engage in Coded Correspondence

lll. At various times during the course of the conspiracy, the defendant WADIH EL HAGE and Ali Mohamed, named as a co-conspirator but not as a defendant herein, engaged in coded correspondence with other members and associates of the al Qaeda organization;

Wadih el Hage Obtains Money from the Sudan

mmm. On or about June 23, 1997, the defendant WADIH EL HAGE wrote to a co-conspirator ("Co-conspirator Four") in the Sudan to request that $10,000 be transferred to an account in Kenya;

nnn. On or about July 3, 1997, approximately $10,000 was transferred to an account in Kenya controlled by defendant WADIH EL HAGE;

Al Fawwaz Leases the Beethoven Street Office

ooo. On or about September 4, 1997, defendant KHALID AL FAWWAZ leased the Beethoven Street Office, which lease was witnessed by the defendant ADEL ABDEL BARY;

Harun Hides El Hage's Files and Prepares a Security Report on the

27

FED-PEC0003765

<u>Kenyan al Qaeda Cell</u>

ppp. In or about the summer of 1997, the defendant WADIH EL HAGE possessed in his files at a location in Nairobi, Kenya, various coded letters and documents, including documents referring to "Nawawi," business records for "Asma Limited" and for the defendant KHALID AL FAWWAZ and "Abu Ubaidah al Banshiri," mobile telephone records for the defendant KHALID AL FAWWAZ, and passport sized photographs;

qqq. In or about the summer of 1997, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," hid the files and papers of defendant WADIH EL HAGE at a location in Nairobi, Kenya;

rrr. In or about the summer of 1997, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," contacted defendant KHALID AL FAWWAZ in London, England;

sss. In or about the summer of 1997, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," prepared a report concerning the status of the al Qaeda cell in East Africa;

<u>Eidarous Moves from Baku to London to Head Egyptian Islamic Jihad Cell</u>

ttt. On or about September 23, 1997, the defendant IBRAHIM EIDAROUS traveled from Baku, Azerbaijan, to London, England, to become the leader of the London cell of the Egyptian Islamic Jihad;

<u>El Hage Lies to the FBI in September 1997</u>

FED-PEC0003766

uuu. On or about September 23, 1997, in the
Southern District of New York, the defendant WADIH EL HAGE made
false statements concerning the nature of his contacts with al
Qaeda and Egyptian Islamic Jihad to a Special Agent of the FBI
conducting a criminal investigation of al Qaeda;

El Hage Lies to the Grand Jury in September 1997

vvv. On or about September 24, 1997, in the
Southern District of New York, the defendant WADIH EL HAGE made
false statements concerning the nature of his contacts with al
Qaeda and Egyptian Islamic Jihad to a federal Grand Jury
conducting an investigation of al Qaeda;

El Hage Lies to the FBI in October 1997

www. On or about October 17, 1997, in Texas, the
defendant WADIH EL HAGE made false statements concerning the
nature of his contacts with al Qaeda to Special Agents of the FBI
conducting a criminal investigation of al Qaeda;

Eidarous Corresponds with Al Zawahiri

xxx. On or about October 29, 1997, the defendant
IBRAHIM EIDAROUS sent correspondence from London, England, to the
defendant AYMAN AL ZAWAHIRI in Afghanistan asking him to call the
number 956375892, a mobile phone belonging to the defendant ABDEL
BARY;

yyy. On or about October 30, 1997, a co-
conspirator made several calls from the Bin Laden Satellite

29

FED-PEC0003767

Telephone to 956375892;

Ali Mohamed Contacts Wadih el Hage Through a Texas Co-Conspirator

       zzz. In or about early January 1998, Ali Mohamed, named as a co-conspirator but not as a defendant herein, received a letter from Co-conspirator Two, then overseas, suggesting that Ali Mohamed contact defendant WADIH EL HAGE through a co-conspirator, residing in Arlington, Texas ("Co-Conspirator Five");

       aaaa. On or about January 13, 1998, Ali Mohamed, named as a co-conspirator but not as a defendant herein, placed a telephone call to Co-conspirator Five residing in Arlington, Texas;

Al Zawahiri Appoints Deputies and Announces Draft Fatwah

       bbbb. On or about January 18, 1998, the defendant AYMAN AL ZAWAHIRI issued a letter naming four deputies for Egyptian Islamic Jihad and discussing a "draft agreement" of the fatwah to kill American citizens;

Abdel Bary Leases the Beethoven Street Office

       cccc. On or about February 20, 1998, the defendant ADEL ABDEL BARY leased the Beethoven Street Office, which he maintained until on or about September 23, 1998;

The February 1998 Fatwah Against American Civilians

       dddd. On or about February 22, 1998, the defendant KHALID AL FAWWAZ called the office of the publication, Al-Quds al-'Arabi, in London, England numerous times;

30

FED-PEC0003768

eeee. On or about February 22, 1998, a co-conspirator placed numerous calls using the Bin Laden Satellite Telephone to the defendant KHALID AL-FAWWAZ in London, England;

ffff. In February 1998, the defendants USAMA BIN LADEN and AYMAN AL ZAWAHIRI endorsed a <u>fatwah</u> under the banner of the "International Islamic Front for Jihad on the Jews and Crusaders." This <u>fatwah</u>, published in the publication <u>Al-Quds al-'Arabi</u> on February 23, 1998, stated that Muslims should kill Americans -- including civilians -- anywhere in the world where they can be found;

gggg. In or about April 1998, the defendant MOHAMED SADEEK ODEH discussed the <u>fatwahs</u> issued by BIN LADEN and al Qaeda against America with defendant MUSTAFA MOHAMED FADHIL in Kenya;

<u>Egyptian Islamic Jihad Cell Member Communicates with Eidarous</u>

hhhh. On or about March 7, 1998, a co-conspirator ("Co-conspirator Six") in Albania sent correspondence to the defendant IBRAHIM EIDAROUS in London;

<u>The May 1998 Fatwah</u>

iiii. On or about May 7, 1998, the defendant MUHAMMAD ATEF, a/k/a "Abu Hafs," sent to the defendant KHALID AL FAWWAZ a letter discussing the endorsement by USAMA BIN LADEN of a <u>fatwah</u> issued by the "Ulema Union of Afghanistan" which termed the United States Army the "enemies of Islam" and declared a jihad against the United States and its followers, and defendant

31

FED-PEC0003769

MUHAMMAD ATEF suggested how KHALID AL FAWWAZ should have the fatwah published;

jjjj. Between on or about May 7, 1998, and on or about May 14, 1998, the defendant KHALID AL FAWWAZ caused to be published in the newspaper Al-Quds al-'Arabi the fatwah issued by the "Ulema Union of Afghanistan";

Bin Laden Endorses the Nuclear Bomb of Islam

kkkk. On or about May 29, 1998, the defendant USAMA BIN LADEN issued a statement entitled "The Nuclear Bomb of Islam," under the banner of the "International Islamic Front for Fighting the Jews and the Crusaders," in which he stated that "it is the duty of the Muslims to prepare as much force as possible to terrorize the enemies of God";

Harun Relocates from the Sudan to Nairobi, Kenya

llll. On or about March 4, 1998, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," traveled from Khartoum in the Sudan to Nairobi, Kenya;

mmmm. On or about April 28, 1998, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," traveled from Khartoum in the Sudan to Nairobi, Kenya;

nnnn. On or about May 10, 1998, the defendant FAZUL ABDULLAH MOHAMED, a/k/a "Harun," traveled from Khartoum in the Sudan to Nairobi, Kenya;

oooo. In or about May 1998, the defendant FAZUL ABDULLAH MOHAMMED rented a villa located at 43 New Runda Estates

FED-PEC0003770

in Nairobi, Kenya;

The May 1998 Press Conference

        pppp. On or about May 17, 1998, AL-'OWHALI, using
a passport in the alias "Khaled Salem Saleh Bin Rashed" traveled
from Sanaa, Yemen, to Karachi, Pakistan, arriving in Karachi on
May 18, 1998;

        qqqq. In the days immediately following a May 1998
press interview, the defendant USAMA BIN LADEN held a press
conference in Khost, Afghanistan, attended also by the defendants
MUHAMMAD ATEF and MOHAMED RASHED DAOUD AL-'OWHALI, where USAMA
BIN LADEN repeated his intention to kill Americans;

Eidarous and Abdel Bary Facilitate Delivery of Fake Passports

        rrrr. In or about June 1998, the defendants
IBRAHIM EIDAROUS and ADEL ABDEL BARY made efforts to facilitate
the delivery of fake travel documents to co-conspirators who were
members or associates of Egyptian Islamic Jihad in Holland and
Albania;

Preparation for the Bombings of United States Embassies

        ssss. In or about March or April 1998, in Dar es
Salaam, Tanzania, the defendant KHALFAN KHAMIS MOHAMED met with
the defendant MUSTAFA MOHAMED FADHIL and agreed to participate in
a "jihad job";

        tttt. On or about May 4, 1998, the defendant
KHALFAN KHAMIS MOHAMED applied for a Tanzanian passport in the

33

FED-PEC0003771

name "Zahran Nassor Maulid";

uuuu. In or about June 1998, the defendant MOHAMED RASHED DAOUD AL-'OWHALI and an individual known as "Azzam," named as a co-conspirator but not as a defendant herein, filmed a videotape to celebrate their anticipated "martyrdom" in a bombing operation to be conducted against United States interests in East Africa, claiming credit in the name of a fictitious organization, the "Army for the Liberation of Islamic Holy Places";

vvvv. On or about June 19, 1998, Azzam, named as a co-conspirator but not as a defendant herein, using a passport in the name of "Gihad Ali" traveled from Karachi, Pakistan, to Nairobi, Kenya, arriving in Nairobi on June 19, 1998;

wwww. In or about June 1998, the defendants KHALFAN KHAMIS MOHAMED and FAHID MOHAMMED ALLY MSALAM purchased a white Suzuki Samurai ("the Suzuki Samurai") at a location in Dar es Salaam, Tanzania;

xxxx. In or about June 1998, the defendants MUSTAFA MOHAMED FADHIL and KHALFAN KHAMIS MOHAMED rented house number 213 in the Ilala District of Dar es Salaam, Tanzania;

yyyy. In or about late June or early July 1998, the defendants FAHID MOHAMMED ALLY MSALAM and SHEIKH AHMED SALIM SWEDAN purchased a Toyota Dyna truck ("the Nairobi Bomb Truck") in Mombasa, Kenya, and made alterations to the back of the truck;

zzzz. At various times in or about the summer of

34

1998, the defendants MUSTAFA MOHAMED FADHIL, KHALFAN KHAMIS MOHAMED, AHMED KHALFAN GHAILANI, and FAHID MOHAMMED ALLY MSALAM met at a residence located at 15 Amani Street in Dar es Salaam, Tanzania;

aaaaa. In or about July 1998, the defendants AHMED KHALFAN GHAILANI and SHEIKH AHMED SALIM SWEDAN purchased a 1987 Nissan Atlas truck in Dar es Salaam, Tanzania ("the Dar es Salaam Bomb Truck");

bbbbb. In or about July 1998, the defendant SHEIKH AHMED SALIM SWEDAN arranged for mechanical and welding work to be done on the Dar es Salaam Bomb Truck at various locations in Dar es Salaam, Tanzania;

ccccc. In or about July 1998, the defendant SHEIKH AHMED SALIM SWEDAN purchased two large truck batteries from a location in Dar es Salaam, Tanzania;

ddddd. In or about July 1998, the defendants AHMED KHALFAN GHAILANI and FAHID MOHAMMED ALLY MSALAM purchased oxygen and acetylene tanks in Dar es Salaam, Tanzania;

eeeee. In or about July 1998, the defendant AHMED MOHAMED HAMED ALI advised the defendant MOHAMED SADEEK ODEH that defendant USAMA BIN LADEN had formed a united front against the United States with other Islamic extremist groups;

fffff. On or about July 31, 1998, defendant MOHAMED RASHED DAOUD AL-'OWHALI, using a passport in the alias "Khaled Salem Saleh Bin Rashed," traveled from Karachi, Pakistan, to

35

Nairobi, Kenya, arriving in Nairobi on August 2, 1998;

ggggg. Prior to August 2, 1998, the defendant ABDULLAH AHMED ABDULLAH provided defendant MOHAMED SADEEK ODEH with a false passport to facilitate his travel with other al Qaeda members to Afghanistan to meet with the defendant USAMA BIN LADEN;

hhhhh. In or about early August 1998, in Dar es Salaam, Tanzania, the defendant KHALFAN KHAMIS MOHAMED obtained visas for Yemen and South Africa;

Al Zawahiri Reaffirms Eidarous as London Cell Leader of Egyptian Islamic Jihad

iiiii. On or about June 28, 1998, the defendant AYMAN AL ZAWAHIRI sent a letter to London stating that the defendant IBRAHIM EIDAROUS was the leader for the Egyptian Islamic Jihad cell in London;

Abdel Bary Reaffirms Commitment to Egyptian Islamic Jihad

jjjjj. In or about early July 1998, the defendant ADEL ABDEL BARY reaffirmed his commitment, among other things, to the general objectives of the Egyptian Islamic Jihad and to follow all orders of the Egyptian Islamic Jihad leadership;

The Threat from Egyptian Islamic Jihad

kkkkk. On or about August 4, 1998, a statement was issued by Egyptian Islamic Jihad threatening to retaliate against America for its claimed involvement in the apprehension of Egyptian Islamic Jihad members in Albania;

36

FED-PEC0003774

lllll. On or about August 4, 1998, defendant ABDEL BARY received the threat issued by Egyptian Islamic Jihad to retaliate against the United States by facsimile at the Beethoven Street Office;

The Final Preparations for the Bombings

mmmmm. In or about late July 1998, in Dar es Salaam, Tanzania, the defendants KHALFAN KHAMIS MOHAMED, MUSTAFA MOHAMED FADHIL, and other co-conspirators, participated in the grinding of TNT;

nnnnn. During the last week of July and the first week of August 1998, the defendants MUSTAFA MOHAMED FADHIL, KHALFAN KHAMIS MOHAMED, FAHID MOHAMMED ALLY MSALAM, together with "Ahmed the German," a co-conspirator not named as a defendant herein, met at the residence located at house 213 in the Ilala district of Dar es Salaam, Tanzania, to make final preparations for the bombing of the United States Embassy in Dar es Salaam, Tanzania;

ooooo. In or about late July and early August 1998, the defendants KHALFAN KHAMIS MOHAMED, FAHID MOHAMMED ALLY MSALAM, AHMED KHALFAN GHAILANI, MUSTAFA MOHAMED FADHIL, and other co-conspirators loaded boxes of TNT, cylinder tanks, batteries, detonators, fertilizer, and sand bags into the back of the Dar es Salaam Bomb Truck;

ppppp. On or about August 1, 1998, the defendant ABDULLAH AHMED ABDULLAH advised the defendant MOHAMED SADEEK ODEH

37

FED-PEC0003775

that all members of al Qaeda had to leave Kenya by Thursday,
August 6, 1998;

qqqqq. In or about early August 1998, the
defendants ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry,"
a/k/a "Saleh," MOHAMED SADEEK ODEH and other members of al Qaeda
traveled from Mombasa, Kenya, to Nairobi, Kenya;

rrrrr. During the first week of August 1998, the
defendants ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry,"
a/k/a "Saleh," FAZUL ABDULLAH MOHAMMED and MOHAMED RASHED DAOUD
AL-'OWHALI, together with "Azzam" and other members of al Qaeda,
met at a villa located at number 43 New Runda Estates in Nairobi,
Kenya, to make final preparations for the bombing of the United
States Embassy in Nairobi, Kenya;

sssss. On or about August 1, 1998, the defendant
AHMED KHALFAN GHAILANI checked into the Hilltop Hotel in Nairobi,
Kenya;

ttttt. On or about August 2, 1998, the defendants
MOHAMED SADEEK ODEH and FAZUL ABDULLAH MOHAMMED, together with
other members of al Qaeda, met at the Hilltop Hotel in Nairobi,
Kenya;

uuuuu. On or about August 2, 1998, the defendants
SHEIKH AHMED SALEM SWEDAN and MUSTAFA MOHAMED FADHIL left
Nairobi, Kenya, on Pakistan International Airlines Flight No. 744
to Karachi, Pakistan, via Dubai, United Arab Emirates;

vvvvv. From on or about August 2 through on or

38

FED-PEC0003776

about August 6, 1998, the defendant MOHAMED SADEEK ODEH stayed together with other members of al Qaeda at the Hilltop Hotel in Nairobi, Kenya;

wwwww. On or about August 3, 1998, the defendant FAHID MOHAMMED ALLY MSALAM purchased tickets for Pakistani International Air Flight No. 746 for himself and the defendant MOHAMED SADEEK ODEH in Mombasa, Kenya;

xxxxx. On or about August 4, 1998, the defendants ABDULLAH AHMED ABDULLAH, FAZUL ABDULLAH MOHAMMED and MOHAMED RASHED DAOUD AL-'OWHALI, together with "Azzam" and other members of al Qaeda, reconnoitered the United States Embassy in Nairobi, Kenya;

yyyyy. On or about August 5, 1998, a co-conspirator called the Hilltop Hotel in Nairobi, Kenya, from a location in Dar es Salaam, Tanzania;

zzzzz. On or about August 5, 1998, the defendant MOHAMED SADEEK ODEH shaved his beard and obtained new clothing in preparation for travel outside of Kenya to Afghanistan to meet with the defendant USAMA BIN LADEN;

aaaaaa. On or about August 5, 1998, the defendant MOHAMED SADEEK ODEH walked along Moi Avenue in Nairobi, Kenya, in the vicinity of the United States Embassy;

bbbbbb. On or about August 5, 1998, the defendant MOHAMED RASHED DAOUD AL-'OWHALI, using the alias "Khalid Salim," contacted a certain telephone number in Yemen ("Yemen Telephone

FED-PEC0003777

One") from 43 New Runda Estates in Nairobi, Kenya;

ccccccc. On or about August 6, 1998, the defendant
MOHAMED RASHED DAOUD AL-'OWHALI, using the alias "Khalid Salim,"
contacted Yemen Telephone One twice from 43 New Runda Estates in
Nairobi, Kenya;

dddddd. On or about August 7, 1998, at 9:19 a.m.
(Nairobi Local Time), the defendant MOHAMED RASHED DAOUD AL-
'OWHALI, using the alias "Khalid Salim," contacted Yemen
Telephone One twice from 43 New Runda Estates in Nairobi, Kenya;

<u>Odeh's, Msalam's and Ghailani's Flight from Nairobi the Night
Before the Bombings</u>

eeeeee. On or about August 6, 1998, the defendant**s**
ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a
"Saleh," and AHMED KHALFAN GHAILANI left Nairobi, Kenya, for
Karachi, Pakistan, on Kenya Airways Flight No. 310;

ffffff. On or about August 6, 1998, in the
evening, the defendant MOHAMED SADEEK ODEH, based on instructions
from al Qaeda members and using an assumed name, and the
defendant FAHID MOHAMMED ALLY MSALAM left Nairobi, Kenya, for
Karachi, Pakistan, on Pakistani International Airways flight No.
746;

<u>Claims of Responsibility Sent to London Before the Bombings</u>

gggggg. In the early hours of August 7, 1998,
facsimiles were sent to London, England, claiming responsibility

FED-PEC0003778

for the embassy bombings in the name of the "Islamic Army for the Liberation of the Holy Places" for further distribution by co-conspirators, which claims indicated that the Nairobi bombing was carried out by two Saudi nationals and that the Dar es Salaam bombing was carried out by an Egyptian national;

The Bombing in Nairobi

hhhhhh. On August 7, 1998, beginning at approximately 9:30 a.m. local time, the defendant FAZUL ABDULLAH MOHAMMED drove a pick-up truck from the villa located at 43 New Runda Estates to the vicinity of the United States Embassy in Nairobi, Kenya, while the defendant MOHAMED RASHED DAOUD AL-'OWHALI rode in the Nairobi Bomb Truck driven by "Azzam" (a Saudi national) containing a large bomb to the United States Embassy in Nairobi, Kenya. The defendant MOHAMED RASHED DAOUD AL-'OWHALI possessed four stun-grenade type devices, a 9 millimeter Beretta handgun, bullets, and keys to the padlocks on the Nairobi Bomb Truck;

iiiiii. On August 7, 1998, at approximately 10:30 a.m., the defendant MOHAMED RASHED DAOUD AL-'OWHALI got out of the Nairobi Bomb Truck as it approached the rear of the Embassy building and brandished a stun grenade before throwing it in the direction of a security guard and then seeking to flee;

jjjjjj. On August 7, 1998, at approximately 10:30 a.m., "Azzam" drove the Nairobi Bomb Truck to the rear of the Embassy building and fired a handgun at the windows of the

41

Embassy building;

kkkkkk. On August 7, 1998, at approximately 10:30 a.m., "Azzam" detonated the explosive device contained in the Nairobi Bomb Truck at a location near the rear of the Embassy building, demolishing a multi-story secretarial college and severely damaging the United States Embassy building and the Cooperative Bank Building, causing a total of more than 213 deaths, as well as injuries to more than 4,500 people, including citizens of Kenya and the United States;

llllll. Following the August 7, 1998, bombing of the Embassy building in Nairobi, the defendant MOHAMED RASHED DAOUD AL-'OWHALI sought to secrete bullets and keys to the padlock on the Nairobi Bomb Truck in a hospital clinic in Nairobi;

The Dar es Salaam Bombing

mmmmmm. On or about August 7, 1998, the defendant KHALFAN KHAMIS MOHAMED accompanied "Ahmed the German," an Egyptian national named as a co-conspirator but not as a defendant herein, in the Dar es Salaam Bomb Truck during a portion of the ride to the United States Embassy;

nnnnnn. On August 7, 1998, at approximately 10:40 a.m., "Ahmed the German" detonated an explosive device contained, along with oxygen and acetylene tanks and truck batteries, in the Dar es Salaam Bomb Truck in the vicinity of the United States Embassy building located in Dar es Salaam, Tanzania, severely

42

FED-PEC0003780

damaging the United States Embassy building and causing the deaths of at least 11 persons, including Tanzanian citizens, on the Embassy property, as well as injuries to at least 85 people;

The Claims of Responsibility are Sent from London

oooooo. On or about August 7 and August 8, 1998, the defendants ADEL ABDEL BARY and IBRAHIM EIDAROUS participated in the dissemination of claims of responsibility for the bombings of the American embassies in the name of "Islamic Army for the Liberation of the Holy Places" to media organizations in Paris, France; Doha, Qatar; and Dubai, United Arab Emirates;

Al-'Owhali and Others Contact Yemen Telephone

pppppp. On or about August 8, 1998, the defendant MOHAMED RASHED DAOUD AL-'OWHALI, using the alias "Khalid Salim," contacted Yemen Telephone One from a pay telephone in Nairobi, Kenya, twice;

qqqqqq. On or about August 9, 1998, the defendant MOHAMED RASHED DAOUD AL-'OWHALI, using the alias "Khalid Salim," contacted Yemen Telephone One from a pay telephone in Nairobi, Kenya, twice;

rrrrrr. On or about August 10, 1998, a co-conspirator using the Bin Laden Satellite Telephone contacted Yemen Telephone One from Afghanistan;

Al-'Owhali Contacts Yemen and Receives Money

ssssss. On or about August 11, 1998, a co-conspirator using the Bin Laden Satellite Telephone contacted

FED-PEC0003781

Yemen Telephone One twice from Afghanistan;

tttttt. On or about August 11, 1998, the
defendant MOHAMED RASHED DAOUD AL-'OWHALI obtained $1000 from a
money exchange house in Nairobi, Kenya, which also had a branch
office in Yemen;

"Harun" Flees After the Bombing

uuuuuu. In the days immediately following the
bombings, the defendant FAZUL ABDULLAH MOHAMMED hired persons to
clean the villa located at 43 New Runda Estates in Nairobi,
Kenya;

vvvvvv. On or about August 14, 1998, the defendant
FAZUL ABDULLAH MOHAMMED went to the Comoros Islands;

Khalfan Khamis Mohamed Flees After the Bombing

wwwwww. On or about August 7, 1998, the defendant
KHALFAN KHAMIS MOHAMED cleaned the premises located at #213 Ilala
in Dar es Salaam, Tanzania, and made arrangements to clean and
discard the grinder used to prepare the TNT;

xxxxxx. On or about August 8, 1998, the defendant
KHALFAN KHAMIS MOHAMED left Dar es Salaam for Cape Town, South
Africa, via Mozambique;

El Hage Lies to the FBI in August 1998

yyyyyy. On or about August 20, 1998, in Texas, the
defendant WADIH EL HAGE made false statements concerning the
nature of his contacts with al Qaeda to Special Agents of the FBI
conducting a criminal investigation of al Qaeda, Egyptian Islamic

44

Jihad, and the August 1998 bombings in Africa;

Ali Mohamed Possesses Terrorist Training Materials

zzzzzz. In or late August 1998, Ali Mohamed, named as a co-conspirator but not as a defendant herein, possessed at his residence in California, among other things:

-- documents concerning techniques of surveilling various targets, including military, diplomatic and government targets;

-- documents concerning the planning of terrorist operations and the structuring of a terrorist group into different cells;

-- documents concerning how intelligence agencies operate;

-- documents regarding various explosives, including documents concerning the planting of explosives in buildings;

-- documents regarding assassination techniques;

-- documents regarding the firing of various weapons, including the rocket-propelled grenade ("RPG");

-- documents concerning a military-style training program;

-- documents concerning codes;

-- coded correspondence;

-- a report on the drowning death of "Abu Ubaidah al Banshiri" a/k/a "Galal";

-- copies of a document which had been forwarded to USAMA BIN LADEN; and

-- a coded letter from a co-conspirator advising of WADIH EL HAGE'S 1997 trip to visit Usama Bin Laden and his subsequent interview by American authorities;

Ali Mohamed Lies to the Grand Jury in September 1998

FED-PEC0003783

aaaaaaa. On or about September 10, 1998, in the Southern District of New York, Ali Mohamed, named as a co-conspirator but not as a defendant herein, made false statements to a federal Grand Jury conducting an investigation of al Qaeda, Egyptian Islamic Jihad, and the August 1998 bombings in Africa;

El Hage Lies to the Grand Jury in September 1998

bbbbbbb. On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE made false statements concerning the nature of his contacts with al Qaeda to a federal Grand Jury conducting an investigation of al Qaeda, Egyptian Islamic Jihad, and the August 1998 bombings in Africa;

Mamdouh Mahmud Salim Lies to Law Enforcement in September 1998

ccccccc. On or about September 16, 17, 18, 21, 23 24, 25, and 28, in Munich, Germany, the defendant MAMDOUH MAHMUD SALIM made false statements to German law enforcement officials conducting an investigation of al Qaeda activity in Germany;

ddddddd. On or about September 17 and 18, 1998, in Munich, Germany, the defendant MAMDOUH MAHMUD SALIM made false statements to a Special Agent of the FBI conducting an investigation of al Qaeda, Egyptian Islamic Jihad, and the August 1998 bombings in Africa;

Usama Bin Laden Issues Further Threats in June 1999

eeeeeee. In or about June 1999, in an interview with an Arabic-language television station, defendant USAMA BIN

FED-PEC0003784

LADEN issued a further threat indicating that all American males should be killed.

(Title 18, United States Code, Section 2332(b).)

COUNT TWO

CONSPIRACY TO MURDER, KIDNAP AND MAIM
AT PLACES OUTSIDE THE UNITED STATES

The Grand Jury further charges:

13.   The allegations contained in paragraphs 1 through 9 are repeated herein.

14.   From at least 1991 until the date of the filing of this Indictment, within the jurisdiction of the United States, in the Southern District of New York, in Afghanistan, the United Kingdom, Pakistan, the Sudan, Saudi Arabia, Yemen, Somalia, Kenya, Tanzania, Azerbaijan, the Philippines and elsewhere, WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," the defendant, together with other members and associates of al Qaeda, Egyptian Islamic Jihad, and others known and unknown to the grand jury, including Usama Bin Laden, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," Muhammad Atef, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el

47

Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a
"Abu Fatima," a/k/a "Abu Khadija," Ayman Al Zawahiri, a/k/a
"Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor,"
a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu
Mohammed Nur al-Deen," Saif al Adel, a/k/a "Saif," Mamdouh Mahmud
Salim, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," Abdullah
Ahmed Abdullah, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh,"
a/k/a "Abu Marium," Muhsin Musa Matwalli Atwah, a/k/a "Abdel
Rahman al Muhajer," a/k/a "Abdel Rahman," Khalid Al Fawwaz, a/k/a
"Khaled Abdul Rahman Hamad al Fawwaz," a/k/a "Abu Omar," a/k/a
"Hamad," Ali Mohamed, Anas al Liby, a/k/a "Nazih Al Raghie",
a/k/a "Anas al Sebai," Ibrahim Eidarous, a/k/a "Ibrahim Hussein
Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a
"Ibrahim," Adel Abdel Bary, a/k/a "Adel Mohammed Abdul Almagid
Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia" a/k/a "Adel," Fazul
Abdullah Mohammed, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a
"Fazhl Abdullah," a/k/a "Fazhl Khan," Ahmed Mohamed Hamed Ali,
a/k/a "Ahmed the Egyptian," a/k/a "Shuaib," a/k/a "Abu Islam al
Surir," Mohamed Sadeek Odeh, a/k/a "Abu Moath," a/k/a
"Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast
Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," Mohamed Rashed
Daoud Al-'Owhali, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a
"Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," Mustafa Mohamed
Fadhil, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a
"Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," Khalfan Khamis

48

FED-PEC0003786

Mohamed, a/k/a "Khalfan Khamis," Ahmed Khalfan Ghailani, a/k/a
"Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar
Khalfan Ahmed," Fahid Mohammed Ally Msalam, a/k/a "Fahad M.
Ally," and Sheikh Ahmed Salim Swedan, a/k/a "Sheikh Bahamadi,"
a/k/a "Ahmed Ally," unlawfully, wilfully and knowingly combined,
conspired, confederated and agreed to murder, kidnap, and maim
nationals of the United States at places outside the United
States.

    15.   It was a part and an objective of said conspiracy
that the defendant, and others known and unknown, would and did:
(i) kill United States nationals employed by the United States
military who were serving in Somalia and on the Saudi Arabian
peninsula; (ii) kill United States nationals employed at the
United States Embassies in Nairobi, Kenya, and Dar es Salaam,
Tanzania, including internationally protected persons as that
term is defined in Title 18, United States Code, Section
1116(b)(4);  (iii) kill United States civilians anywhere in the
world, and (iv) engage in conduct to conceal the activities and
means and methods of the co-conspirators by, among other things,
establishing front companies, providing false identity and travel
documents, engaging in coded correspondence, providing false
information to the authorities in various countries and seeking
to detect and kill informants.

<u>Overt Acts</u>

    16.   In furtherance of said conspiracy, and to effect

49

FED-PEC0003787

the objects thereof, the defendant WADIH EL HAGE, and others
known and unknown to the grand jury, committed the overt acts set
forth in Count One of this Indictment, which are fully
incorporated by reference herein.

(Title 18, United States Code, Sections 956(a)(1) and (a)(2)(A).)

<u>COUNT THREE</u>:

<u>CONSPIRACY TO MURDER</u>

The Grand Jury further charges:

17.  The allegations contained in paragraphs 1 through
9 are repeated herein.

18.  From at least 1991 until the date of the filing of
this Indictment, in the Southern District of New York, in
Afghanistan, the United Kingdom, Pakistan, the Sudan, Saudi
Arabia, Yemen, Somalia, Kenya, Tanzania, Azerbaijan, the
Philippines and elsewhere out of the jurisdiction of any
particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-
Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu
Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul
Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the
Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu
Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el
Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a
"Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a
"Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor,"
a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu

50

FED-PEC0003788

Mohammed Nur al-Deen," SAIF AL ADEL, a/k/a "Saif," MAMDOUH MAHMUD
SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," ABDULLAH
AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh,"
a/k/a "Abu Marium," MUHSIN MUSA MATWALLI ATWAH, a/k/a "Abdel
Rahman al Muhajer," a/k/a "Abdel Rahman," KHALID AL FAWWAZ, a/k/a
"Khaled Abdul Rahman Hamad al Fawwaz," a/k/a "Abu Omar," a/k/a
"Hamad," WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al
Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a
"Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a
"Tanzanite," ANAS AL LIBY, a/k/a "Nazih al Raghie," a/k/a "Anas
al Sebai," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi
Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim,"
ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary,"
a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH
MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl
Abdullah," a/k/a "Fazhl Khan," AHMED MOHAMED HAMED ALI, a/k/a
"Ahmed the Egyptian," a/k/a "Shuaib," a/k/a "Abu Islam al Surir,"
MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a
"Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a
"Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-
'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath,"
a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL,
a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali,"
a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS MOHAMED, a/k/a
"Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a

51

FED-PEC0003789

"Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants at least one of whom was first brought to and arrested in the Southern District of New York, together with other members and associates of al Qaeda, Egyptian Islamic Jihad, and others known and unknown to the grand jury, unlawfully, wilfully and knowingly combined, conspired, confederated and agreed unlawfully to kill individuals.

19. It was a part and an objective of said conspiracy that the defendants, and others known and unknown, would and did: (i) kill officers and employees of the United States and agencies and branches thereof, while such employees were engaged in, and on account of, the performance of their official duties, and persons assisting such employees in the performance of their duties, in violation of Section 1114 of Title 18, United States Code, including members of the American military stationed in Saudi Arabia, Yemen, Somalia and elsewhere, and employees of the United States embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania; (ii) kill internationally protected persons, as that term is defined in Title 18, United States Code, Section 1116(b)(4); and (iii) engage in conduct to conceal the activities and means and methods of the co-conspirators by, among other things, establishing front companies, providing false identity and travel documents, engaging in coded correspondence, providing

FED-PEC0003790

false information to the authorities in various countries and seeking to detect and kill informants.

### Overt Acts

20.   In furtherance of said conspiracy, and to effect the objects thereof, the defendants, and others known and unknown to the grand jury, committed the overt acts set forth in Count One of this Indictment, which are fully incorporated by reference herein.

(Title 18, United States Code, Sections 1114, 1116 and 1117.)

### COUNT FOUR:

### CONSPIRACY TO USE WEAPONS OF MASS DESTRUCTION AGAINST NATIONALS OF THE UNITED STATES

The Grand Jury further charges:

21.   The allegations contained in paragraphs 1 through 9 are repeated herein.

22.   From at least 1991 until the date of the filing of this Indictment, in the Southern District of New York, in Afghanistan, the United Kingdom, Pakistan, the Sudan, Saudi Arabia, Yemen, Somalia, Kenya, Tanzania, Azerbaijan, the Philippines and elsewhere out of the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul

FED-PEC0003791

Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the
Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu
Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el
Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a
"Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a
"Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor,"
a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu
Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu
Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM
EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a
"Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY,
a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas,"
a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a
"Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a
"Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a
"Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast
Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED
DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a
"Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED
FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a
"Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS
MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a
"Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar
Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M.
Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi,"

54

a/k/a "Ahmed Ally," defendants at least one of whom was first brought to and arrested in the Southern District of New York, together with other members and associates of al Qaeda, Egyptian Islamic Jihad, and others known and unknown to the grand jury, unlawfully, wilfully and knowingly combined, conspired, confederated and agreed unlawfully to use weapons of mass destruction, to wit, bombs, against nationals of the United States while such nationals would be outside the United States and against property that is owned, leased and used by the United States and by departments and agencies of the United States.

23. It was a part and an object of said conspiracy that the defendants, and others known and unknown, would and did: (i) bomb the American embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, and employees of the American Government stationed at those embassies, and (ii) attack American military facilities in the Gulf region and the Horn of Africa, and members of the American military stationed in Saudi Arabia, Yemen, Somalia and elsewhere with bombs.

<u>Overt Acts</u>

24. In furtherance of said conspiracy, and to effect the objects thereof, the defendants, and others known and unknown to the grand jury, committed the overt acts set forth in Count One of this Indictment, which are fully incorporated by reference herein.

(Title 18, United States Code, Sections 2332a(a)(1) and (a)(3).)

FED-PEC0003793

COUNT FIVE:

CONSPIRACY TO DESTROY BUILDINGS AND PROPERTY OF THE UNITED STATES

The Grand Jury further charges:

25.  The allegations contained in paragraphs 1 through 9 are repeated herein.

26.  From at least 1991 until the date of the filing of this Indictment, in the Southern District of New York, in Afghanistan, the United Kingdom, Pakistan, the Sudan, Saudi Arabia, Yemen, Somalia, Kenya, Tanzania, and elsewhere out of the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," SAIF AL ADEL, a/k/a "Saif," MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," MUHSIN MUSA MATWALLI ATWAH, a/k/a "Abdel Rahman al Muhajer," a/k/a "Abdel Rahman," KHALID AL FAWWAZ, a/k/a "Khaled Abdul Rahman Hamad al Fawwaz,"

FED-PEC0003794

a/k/a "Abu Omar," a/k/a "Hamad," WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," ANAS AL LIBY, a/k/a "Nazih al
Raghie," a/k/a "Anas al Sebai," IBRAHIM EIDAROUS, a/k/a "Ibrahim
Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah,"
a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul
Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a
"Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun
Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," AHMED MOHAMED
HAMED ALI, a/k/a "Ahmed the Egyptian," a/k/a "Shuaib," a/k/a "Abu
Islam al Surir," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a
"Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast
Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED
DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a
"Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED
FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a
"Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS
MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a
"Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar
Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M.
Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi,"
a/k/a "Ahmed Ally," defendants at least one of whom was first
brought to and arrested in the Southern District of New York,
together with other members and associates of al Qaeda, Egyptian

57

FED-PEC0003795

Islamic Jihad, and others known and unknown to the grand jury, unlawfully, wilfully and knowingly combined, conspired, confederated and agreed unlawfully to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosives, buildings, vehicles and other personal and real property in whole or in part owned and possessed by, and leased to, the United States and departments and agencies thereof, in violation of Title 18, United States Code, Section 844(f)(1).

27. It was a part and an objective of said conspiracy that the defendants would and did: (i) bomb American facilities anywhere in the world, including the American embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, (ii) attack employees of the American Government stationed at those facilities, including the American embassies in Nairobi, Kenya and Dar es Salaam, Tanzania, (iii) attack military installations and members of the American military stationed at such military installations in Saudi Arabia, Yemen, Somalia and elsewhere with bombs, and (iv) engage in conduct with the result of such conduct directly and proximately causing the death of persons, in violation of Title 18, United States Code, Section 844(f)(3).

<u>Overt Acts</u>

28. In furtherance of said conspiracy, and to effect the objects thereof, the defendants, and others known and unknown to the grand jury, committed the overt acts set forth in Count One of this Indictment, which are fully incorporated by reference

FED-PEC0003796

herein.

(Title 18, United States Code, Section 844(n).)

COUNT SIX:

CONSPIRACY TO ATTACK NATIONAL DEFENSE UTILITIES

The Grand Jury further charges:

29.  The allegations contained in paragraphs 1 through 9 are repeated herein.

30.  From at least 1991 until the date of the filing of this Indictment, in the Southern District of New York, in Afghanistan, the United Kingdom, Pakistan, the Sudan, Saudi Arabia, Yemen, Somalia, Kenya, and elsewhere out of the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," SAIF AL ADEL, a/k/a "Saif," MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," MUHSIN MUSA MATWALLI

59

ATWAH, a/k/a "Abdel Rahman al Muhajer," a/k/a "Abdel Rahman,"
KHALID AL FAWWAZ, a/k/a "Khaled Abdul Rahman Hamad al Fawwaz,"
a/k/a "Abu Omar," a/k/a "Hamad," WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," ANAS AL LIBY, a/k/a "Nazih al
Raghie," a/k/a "Anas al Sebai," IBRAHIM EIDAROUS, a/k/a "Ibrahim
Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah,"
a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul
Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a
"Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun
Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," AHMED MOHAMED
HAMED ALI, a/k/a "Ahmed the Egyptian," a/k/a "Shuaib," a/k/a "Abu
Islam al Surir," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a
"Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast
Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED
DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a
"Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED
FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a
"Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS
MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a
"Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar
Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M.
Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi,"
a/k/a "Ahmed Ally," defendants at least one of whom was first

60

brought to and arrested in the Southern District of New York, together with other members and associates of al Qaeda, Egyptian Islamic Jihad and others known and unknown to the grand jury, unlawfully, wilfully and knowingly, and with intent to injure, interfere with and obstruct the national defense of the United States, combined, conspired, confederated and agreed together and with each other to injure, destroy, contaminate, and infect, and attempt to injure, destroy, contaminate, and infect national-defense material, national-defense premises and national defense utilities of the United States.

### Overt Acts

31.  In furtherance of the said conspiracy, and to effect the objects thereof, the defendants, and others known and unknown to the grand jury, committed the overt acts set forth in paragraphs 12a through 12aa, paragraphs 12ff through 12kkkk, paragraphs 12pppp through 12rrrr, paragraphs 12iiiii through 12lllll, paragraphs 12yyyyy through 12eeeeeee, outlined in Count One of this Indictment, which are fully incorporated by reference herein.

(Title 18, United States Code, Sections 2155(a) and (b).)

### COUNTS SEVEN THROUGH TWO HUNDRED EIGHTY-SIX

### THE AFRICA BOMBINGS

### COUNT SEVEN:

### BOMBING OF THE UNITED STATES EMBASSY IN
### NAIROBI, KENYA, RESULTING IN MORE THAN 200 DEATHS

61

The Grand Jury further charges:

32. The allegations contained in paragraphs 1 through 9 are repeated herein.

33. On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz,"a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin

62

Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif,"
MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a
"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad,"
AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan
Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED
ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM
SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants,
at least one of whom was first brought to and arrested in the
Southern District of New York, and others known and unknown,
unlawfully, wilfully, and knowingly did maliciously damage and
destroy, and attempted to damage and destroy, by means of fire
and an explosive, buildings, vehicles and other personal and real
property in whole and in part owned and possessed by, and leased
to, the United States, to wit, the defendants, together with
other members and associates of al Qaeda and Egyptian Islamic
Jihad, detonated an explosive device that damaged and destroyed
the United States Embassy in Nairobi, Kenya, and as a result of
such conduct directly and proximately caused the deaths of at
least 213 persons, including Kenyan and American citizens, as
listed in Counts 11 to 223.

(Title 18, United States Code, Sections 844(f)(1),(f)(3) and 2.)

<u>COUNT EIGHT</u>:

<u>BOMBING OF THE UNITED STATES EMBASSY IN
DAR ES SALAAM, TANZANIA, RESULTING IN AT LEAST 11 DEATHS</u>

The Grand Jury further charges:

FED-PEC0003801

34. The allegations contained in paragraphs 1 through 9 are repeated herein.

35. On or about August 7, 1998, in Dar es Salaam, Tanzania, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz,"a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-

FED-PEC0003802

Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy,"
a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu
Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED
KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed
Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY
MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN,
a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least
one of whom was first brought to and arrested in the Southern
District of New York, and others known and unknown, unlawfully,
wilfully, and knowingly did maliciously damage and destroy, and
attempted to damage and destroy, by means of fire and an
explosive, buildings, vehicles and other personal and real
property in whole and in part owned and possessed by, and leased
to, the United States, to wit, the defendants, together with
other members of al Qaeda, detonated an explosive device that
damaged and destroyed the United States Embassy in Dar es Salaam,
Tanzania, and as a result of such conduct directly and
proximately caused the deaths of at least 11 persons, including
Tanzanian citizens, as listed in Counts 224 to 234.

 (Title 18, United States Code, Sections 844(f)(1),(f)(3) and 2.)

<u>COUNT NINE</u>:

<u>USE AND ATTEMPTED USE OF WEAPONS OF MASS DESTRUCTION
AGAINST NATIONALS OF THE UNITED STATES IN NAIROBI, KENYA</u>

   The Grand Jury further charges:

   36.  The allegations contained in paragraphs 1 through

65

FED-PEC0003803

9 are repeated herein.

37. On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a

66

FED-PEC0003804

"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully, wilfully, knowingly, and without lawful authority, did use and attempt to use a weapon of mass destruction against nationals of the United States while such nationals were outside the United States, and against property that was owned, leased and used by the United States, and by an agency of the United States, to wit, the defendants attacked the American embassy in Nairobi, Kenya, and employees of the American Government stationed at this embassy with a bomb, which use and attempted use of such weapon of mass destruction resulted in death.

(Title 18, United States Code, Sections 2332a(a)(1),(a)(3) and 2.)

COUNT TEN:

USE AND ATTEMPTED USE OF WEAPONS OF MASS DESTRUCTION AGAINST NATIONALS OF THE UNITED STATES IN DAR ES SALAAM, TANZANIA

The Grand Jury further charges:

38. The allegations contained in paragraphs 1 through 9 are repeated herein.

39. On or about August 7, 1998, in Dar es Salaam,

67

FED-PEC0003805

Tanzania, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED

68

FED-PEC0003806

KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully, wilfully, knowingly, and without lawful authority, did use and attempt to use a weapon of mass destruction against nationals of the United States while such nationals were outside the United States, and against any property that was owned, leased and used by the United States, and by an agency of the United States, to wit, the defendants attacked the American embassy in Dar es Salaam, Tanzania, and employees of the American Government stationed at this embassy with a bomb, which use and attempted use of such weapon of mass destruction resulted in death.

(Title 18, United States Code, Sections 2332a(a)(1),(a)(3) and 2.)

COUNTS ELEVEN THROUGH TWO HUNDRED TWENTY-THREE:

MURDERS IN NAIROBI, KENYA

The Grand Jury further charges:

40. The allegations contained in paragraphs 1 through 9 are repeated herein.

41. On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a

69

FED-PEC0003807

"Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid
Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a
"the Director," a/k/a "the Supervisor," a/k/a "the Contractor,"
MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a
"Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh
Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN
AL ZAWAHIRI, a/k/a "Abdel Muaz,"a/k/a "Dr. Ayman al Zawahiri,"
a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu
Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED
ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu
Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi
Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim,"
ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary,"
a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH
MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl
Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu
Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a
"Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid,"
MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin
Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif,"
MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a
"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad,"
AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan
Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED
ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM

70

FED-PEC0003808

SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully, wilfully, deliberately, and maliciously, and with malice aforethought and with premeditation, did kill the persons listed below during the course of an attack on a federal facility involving the use of a dangerous weapon, to wit, the defendants detonated an explosive device that damaged and destroyed the United States Embassy in Nairobi, Kenya, and as a result of such conduct directly and proximately caused the deaths of:

| Count | Victim |
|-------|--------|
| 11 | BONITA ACHOLA |
| 12 | SAMSON ODUOR AHOMO |
| 13 | MARGARET AKINYI |
| 14 | JESSIE NATHANIEL ALIGANGA |
| 15 | EMMA ADHIAMBO ANULO |
| 16 | ELIZABETH ANYANGO |
| 17 | MONICAH APONDI |
| 18 | ROSETTA IVAYO BARASA |
| 19 | JULIAN LEOTIS BARTLEY JR. |
| 20 | JULIAN LEOTIS BARTLEY SR. |
| 21 | CHRISPINE BONYO |
| 22 | DANIEL KIPRONO CHERUIYOT |
| 23 | JEAN ROSE DALIZU |
| 24 | EVA NYANJAU GACHERU |

71

FED-PEC0003809

| 25 | ALICE NDUTA GACHIRI |
| 26 | JANE WANGUI GAKURU |
| 27 | RALPH JOHNSTONE GATHUMBI |
| 28 | JUSTUS NJERU GEOFFREY |
| 29 | AGNES WANJIKU GITAU |
| 30 | LAWRENCE AMBROSE GITAU |
| 31 | BENARD MUGAMBI GITONGA |
| 32 | SUSAN WAIRIMU GITU |
| 33 | ROSEMARY NJERI GITUMA |
| 34 | HASSAN HUKAY GURACHA |
| 35 | BURHAN ADEN HANSHI |
| 36 | MOLLY H. HARDY |
| 37 | KENNETH RAY HOBSON |
| 38 | HINDU OMAR IDDI |
| 39 | TONY KIHATO IRUNGU |
| 40 | GEORGE IRUNGU |
| 41 | JANE WANGARI ITUTIA |
| 42 | DORINE ALUOCH JOW |
| 43 | GILBERT MUGO KAHINDI |
| 44 | JOHN KAROKI KAHUTHU |
| 45 | GEOFFREY MULU KALIO |
| 46 | JOEL GITUMBO KAMAU |
| 47 | FRANCIS KIHARA KAMITI |
| 48 | LAWRENCE GITAU KAMUTI |
| 49 | MARGARET WANJIRU KANGI |

FED-PEC0003810

| 50 | RACHEL WAMBUI KARABA |
| 51 | CHARLES MUGO KARANJA |
| 52 | LUCY NYAMIRA KARIGI |
| 53 | BEATRICE NYAMBURA KARIUKI |
| 54 | MOSES KARIUKI |
| 55 | KRISTINE ANNE WAIRIMU KARUMBA |
| 56 | PRABHI GUTPARA KAVALER |
| 57 | THOMAS MUDANYI KHAHENZI |
| 58 | FRANCIS KIIRU KIBATHI |
| 59 | JACKLINE NYAWIRA KIBERA |
| 60 | RAEL BIIRI KIMAMI |
| 61 | FELISTAS NJERI KIMANI |
| 62 | STEPHEN MAINA KIMANI |
| 63 | PHILIP MUNYAO KIOKO |
| 64 | JOSEPH KAMAU KIONGO |
| 65 | TERESA WAIRIMU KIONGO |
| 66 | ARLENE BRADLEY KIRK |
| 67 | DAVID NDURA KOIMBURI |
| 68 | NAFTALI MWANGI KURIA |
| 69 | JULIANA MBULI KWALI |
| 70 | PETER MBITHI KYALO |
| 71 | MOSES MULI KYULE |
| 72 | TIRUS MURAGURI MACHARIA |
| 73 | DENNIS EVANS RADCLIFFE MADEGWA |
| 74 | FRANCIS WATORO MAINA |

73

FED-PEC0003811

| 75 | LINDA NDINDI JACKSON MAINGI |
| 76 | FRED YAFES MALOBA |
| 77 | CECILIA MAMBOLEO |
| 78 | MARY LOUISE MARTIN |
| 79 | JAMES OTIENO MASEA |
| 80 | ANNE NYAMBURA MATHENGE |
| 81 | JAMES MIGWI MATHENGE |
| 82 | PITY MWIHAKI MATHENGE |
| 83 | SIMON PETER NGUMO MATU |
| 84 | DANIEL MUTINDA MAUNDU |
| 85 | JUNE MARY MAWEU |
| 86 | LYDIA MUKIRI MAYAKA |
| 87 | ALLAN SABATO MBANDU |
| 88 | DOREEN N. MBAYAKI |
| 89 | PAMELA MBOYA |
| 90 | RACHAEL KEBENDI MBOYA |
| 91 | FRANCIS NDUNGU MBUGUA |
| 92 | LUCY WARUTHI MBUNJA |
| 93 | STEPHEN WAWERU MBURU |
| 94 | CATHERINE MUKEITHI MIBERE |
| 95 | ELIZABETH ANYANGO MITO |
| 96 | AHMED WARKU MOHAMMED |
| 97 | EDWARD MOKAYA |
| 98 | LUCIAN MUGAMBI |
| 99 | SHARON WANGECHI MUGO |

FED-PEC0003812

| | |
|---|---|
| 100 | JOSEPHAT MUTUA MUIA |
| 101 | EMMANUEL MUJYAMBERE |
| 102 | SAMUEL VONDO MULALYA |
| 103 | FRANCIS MUKENYE MULEHI |
| 104 | EDWARD MWEA MUNGAI |
| 105 | JOHN AMOS MUNGAI |
| 106 | DOMI MUNZALA |
| 107 | TOMMY NKURUME MUNZALA |
| 108 | CAROLINE MUMBI MURAGURI |
| 109 | FIDDES WAMBUI MURITU |
| 110 | ALICE WARUGURU MURIUKI |
| 111 | MARY WANJIKU MURIUKI |
| 112 | ROBERT MWIGWI MURIUKI |
| 113 | DOMINIC KITHUVA MUSYOKA |
| 114 | RUTH MUKAMI MUSYOKA |
| 115 | WILSON KIPKORIR MUTAHI |
| 116 | FLORENCE MWENDE MUTHAMA |
| 117 | JOSEPHINE NZILANI MUTINDA |
| 118 | EMMANUEL NYAGAH MUTIIRA |
| 119 | CATHERINE NDOOME MUTUA |
| 120 | PATRICK KARIUKI MUTUI |
| 121 | CAROLINE KARUMBA MUTUIRI |
| 122 | GLORIA NKATHA MUTUIRI |
| 123 | GABRIEL MWADIME |
| 124 | HARRISON NJUGUNA MWANGI |

FED-PEC0003813

| | |
|---|---|
| 125 | ROSELYN WANJIKU MWANGI |
| 126 | SAMUEL GITHUA MWANGI |
| 127 | MOSES ASTON MWANI |
| 128 | ANNA MWANIKI |
| 129 | ISAAC MUKERA MWARIA |
| 130 | ABDALLA MUSYOKA MWILI MWILU |
| 131 | ELIZABETH NYAROSTO NAKHALE |
| 132 | GEOFFREY MOSES NAMAI |
| 133 | MOSES ANDIKA NAMAYI |
| 134 | MARY NYAGUTHI NDIRANGU |
| 135 | SIMON KINUTHIA NDIRANGU |
| 136 | CAROLINE ATIENO NDOLO |
| 137 | MARTIN KIVATHE NDUATI |
| 138 | JULIUS NDULU |
| 139 | EDWIN PAUL NDUMBI |
| 140 | PETER NJOROGE NDUNGU |
| 141 | EPHRAIM KINGORI NDUNU |
| 142 | JOYCE NJERI NG'ANG'A |
| 143 | LOICE NJERI NGANGA |
| 144 | JOHN MWANGI NGARAGARI |
| 145 | PETER KABAU MACHARIA NGUGI |
| 146 | JACINTA NJOKI NJAU |
| 147 | SIMON MWANGI NJIIMA |
| 148 | ABEL MUTEGI NJIRU |
| 149 | AGATHA ANN NJOKI |

FED-PEC0003814

| 150 | CATHERINE WAMBARA NJOROGE |
| 151 | FRANCIS NDUNGU NJOROGE |
| 152 | GRACE NYAMBURA NJOROGE |
| 153 | WILLIAM WAITHAKA NJOROGE |
| 154 | FRANCIS KIBE NJUGUNA |
| 155 | GODFREY MUCHORI NJUGUNA |
| 156 | PATRICK MBIYU NJUGUNA |
| 157 | FRANCIS MBOGO NJUIGE |
| 158 | MICHAEL ODUOR NYADEMBA |
| 159 | VINCENT KAMAU NYOIKE |
| 160 | JANET NDUMI NZIOKA |
| 161 | JOHNSON KIMEU NZIOKA |
| 162 | MAGDALINE MBITHE NZOKA |
| 163 | JOSEPH NGOVE NZWILI |
| 164 | AINEAH JOSHUA OBONYO |
| 165 | FREDRICK EZRA OCHIENG |
| 166 | FRANCIS OLEWE OCHITO |
| 167 | LAWRENCE OLUM OCHOLA |
| 168 | ANN MICHELLE O'CONNOR |
| 169 | DUNCAN ODHIAMBO |
| 170 | JOHN ODUOR ODHIAMBO |
| 171 | PATRICIA ATIENO OGOL |
| 172 | MAURICE OKATCH OGOLA |
| 173 | MICHAEL OCHIENG OKEYO |
| 174 | SIMON OTIENO OLANG |

FED-PEC0003815

| | |
|---|---|
| 175 | DOMINIC OTIENO OLANGO |
| 176 | SHERRY LYNN OLDS |
| 177 | LEPEINE KITATIAN OLOTONO |
| 178 | HANSON NYABERA OMAR |
| 179 | MARGARET ATIENO OMBUNYA |
| 180 | EDWIN OPIYO OMORI |
| 181 | ENOCH OMWENO |
| 182 | LUCY GRACE ONONO |
| 183 | EVANS KIBIRO ONSONGO |
| 184 | ERIC ABUOR ONYANGO |
| 185 | JOHN OUKO ONYANGO |
| 186 | CAROLINE SELLA OPATI |
| 187 | SYLVIA ORIEDO |
| 188 | GODFREY OKURO ORONO |
| 189 | ELIZABETH ACHIENG ORWA |
| 190 | JOSEPH ONDARI OSAMBA |
| 191 | ELIAS OTIENO OSIR |
| 192 | JULIUS OCHIENG OTIENO |
| 193 | MATHEWS WALUNYA OTIENO |
| 194 | ROGERS OTOLO |
| 195 | ELIJAH NGITO OWINO |
| 196 | JOSIAH ODERO OWUOR |
| 197 | RACHEL MAGASIA PUSSY |
| 198 | MARGARET OKELLO RADING |
| 199 | PETER EVANS MUGO RUNGU |

FED-PEC0003816

| | |
|---|---|
| 200 | RUTH MUKAMI RUNGU |
| 201 | TIMOTHY ODHIAMBO SANDE |
| 202 | UTTAMLAL THOMAS SHAH |
| 203 | FAHAT SHEIKH |
| 204 | HASSAN JARSO SOKA |
| 205 | SHADRACK NYAGAH THITU |
| 206 | SAMUEL MBUGUA THUO |
| 207 | PHAEDRA VRONTAMIS |
| 208 | GLORIA WANGECHI WACHIRA |
| 209 | SHADRACK MWANGI WAGAIYU |
| 210 | JAMES MWANGI WAINAINA |
| 211 | ADAMS TITUS WAMAI |
| 212 | ANNE MUMBI WAMBUGU |
| 213 | JOHN GITAU WAMUTWE |
| 214 | DAVID SOITA WANABACHA |
| 215 | MARGARET WAMBUI WANGETHI |
| 216 | GLADYS WANGUI |
| 217 | MERCY WANJIKU |
| 218 | JOHN MWANGI WANYOIKE |
| 219 | MARGARET WASIKE |
| 220 | SABINA WATERI |
| 221 | BENSON WATHIGO |
| 222 | MARGARET NJERI WAWERU |
| 223 | ANN MUMO ZAKAYO |

(Title 18, United States Code, Sections 930(c), 1111 and 2.)

79

FED-PEC0003817

COUNTS TWO HUNDRED TWENTY-FOUR THROUGH TWO HUNDRED THIRTY-FOUR:

MURDERS IN DAR ES SALAAM, TANZANIA

42. The allegations contained in paragraphs 1 through 9 are repeated herein.

43. On or about August 7, 1998, in Dar es Salaam, Tanzania, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz,"a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar,"

FED-PEC0003818

a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully, wilfully, deliberately, and maliciously, and with malice aforethought and with premeditation, did kill the persons listed below during the course of an attack on a federal facility involving the use of a dangerous weapon, to wit, the defendants detonated an explosive device that damaged and destroyed the United States Embassy in Dar es Salaam, Tanzania, and as a result of such conduct directly and proximately caused the deaths of:

| Count | Victim |
|-------|--------|
| 224 | ABDURAHMAN ABDULLA |
| 225 | ELIAS ELISHA |
| 226 | HASSAN SIYAD HALANE |
| 227 | RAMADHANI MAHUNDI |
| 228 | ABDALLAH MOHAMED |

81

| | |
|---|---|
| 229 | ABAS WILLIAM MWILA |
| 230 | SHAMTE YUSUPH NDANGE |
| 231 | OMARI YUSUFU NYUMBU |
| 232 | MTENDEJE RAJABU |
| 233 | SAID ROGATHI |
| 234 | DOTTO SELEMANI |

(Title 18, United States Code, Sections 930(c), 1111 and 2.)

COUNTS TWO HUNDRED THIRTY-FIVE THROUGH TWO HUNDRED SEVENTY-FIVE:

MURDER OF EMPLOYEES OF THE UNITED STATES
IN NAIROBI, KENYA

The Grand Jury further charges:

44.   The allegations contained in paragraphs 1 through 9 are repeated herein.

45.   On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED

82

FED-PEC0003820

ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully, wilfully, deliberately, and maliciously, and with malice aforethought and with premeditation, did murder officers and employees of the United States Government, while such officers and employees were engaged in and on account of the performance of their officials duties, and persons assisting such United States Government officers and employees in the

83

FED-PEC0003821

performance of their duties, on account of that assistance. Namely, the defendants caused the deaths of the following persons by bombing the United States Embassy in Nairobi, Kenya:

| Count | Victim |
|-------|--------|
| 235 | JESSIE NATHANIEL ALIGANGA |
| 236 | JULIAN LEOTIS BARTLEY JR. |
| 237 | JULIAN LEOTIS BARTLEY SR. |
| 238 | CHRISPINE BONYO |
| 239 | JEAN ROSE DALIZU |
| 240 | LAWRENCE AMBROSE GITAU |
| 241 | MOLLY H. HARDY |
| 242 | KENNETH RAY HOBSON |
| 243 | HINDU OMAR IDDI |
| 244 | TONY KIHATO IRUNGU |
| 245 | GEOFFREY MULU KALIO |
| 246 | JOEL GITUMBO KAMAU |
| 247 | LUCY NYAMIRA KARIGI |
| 248 | PRABHI GUTPARA KAVALER |
| 249 | JOSEPH KAMAU KIONGO |
| 250 | ARLENE BRADLEY KIRK |
| 251 | PETER KABAU MACHARIA |
| 252 | FRANCIS WATORO MAINA |
| 253 | FRED YAFES MALOBA |
| 254 | CECILIA MAMBOLEO |
| 255 | MARY LOUISE MARTIN |

FED-PEC0003822

| 256 | LYDIA MUKIRI MAYAKA |
| 257 | FRANCIS NDUNGU MBUGUA |
| 258 | DOMINIC KITHUVA MUSYOKA |
| 259 | FRANCIS KIBE NJUGUNA |
| 260 | FRANCIS MBOGO NJUIGE |
| 261 | VINCENT KAMAU NYOIKE |
| 262 | FRANCIS OLEWE OCHITO |
| 263 | ANN MICHELLE O'CONNOR |
| 264 | MAURICE OKATCH OGOLA |
| 265 | SHERRY LYNN OLDS |
| 266 | EDWIN OPIYO OMORI |
| 267 | LUCY GRACE ONONO |
| 268 | EVANS KIBIRO ONSONGO |
| 269 | ERIC ABUOR ONYANGO |
| 270 | CAROLINE SELLA OPATI |
| 271 | RACHEL MAGASIA PUSSY |
| 272 | UTTAMLAL THOMAS SHAH |
| 273 | FAHAT SHEIKH |
| 274 | PHAEDRA VRONTAMIS |
| 275 | ADAMS TITUS WAMAI |

(Title 18, United States Code, Sections 1111, 1114 and 2.)

COUNT TWO HUNDRED SEVENTY-SIX:

ATTEMPTED MURDER OF EMPLOYEES OF THE UNITED STATES
IN NAIROBI, KENYA

The Grand Jury further charges:

85

FED-PEC0003823

46. The allegations contained in paragraphs 1 through 9 are repeated herein.

47. On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif,"

86

MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a
"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad,"
AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan
Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED
ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM
SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants,
at least one of whom was first brought to and arrested in the
Southern District of New York, and others known and unknown,
unlawfully, wilfully, deliberately, and maliciously, and with
malice aforethought and with premeditation, did attempt to murder
officers and employees of the United States Government, while
such officers and employees were engaged in and on account of the
performance of their officials duties, and persons assisting such
United States Government officers and employees in the
performance of their duties by bombing the United States Embassy
in Nairobi, Kenya.

(Title 18, United States Code, Sections 1111, 1114 and 2.)

COUNTS TWO HUNDRED SEVENTY-SEVEN AND TWO HUNDRED SEVENTY-EIGHT:

MURDER OF EMPLOYEES OF THE UNITED STATES
IN DAR ES SALAAM, TANZANIA

The Grand Jury further charges:

48.  The allegations contained in paragraphs 1 through
9 are repeated herein.

49.  On or about August 7, 1998, in Dar es Salaam,
Tanzania, and outside the jurisdiction of any particular state or

87

FED-PEC0003825

district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin,"

a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a

"Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al

Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the

Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el

Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir,"

a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu

Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman

al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz,"

a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH

AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh,"

a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein

Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a

"Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid

Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL

ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a

"Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a

"Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar,"

a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak

Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim

Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-

Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy,"

a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu

Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED

KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed

FED-PEC0003826

Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY

MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN,

a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least

one of whom was first brought to and arrested in the Southern

District of New York, and others known and unknown, unlawfully,

deliberately, and maliciously, and with malice aforethought and

with premeditation, did murder officers and employees of the

United States Government, while such officers and employees were

engaged in and on account of the performance of their officials

duties, and persons assisting such United States Government

officers and employees in the performance of their duties, on

account of that assistance, namely, the defendants caused the

deaths of the following persons by bombing the United States

Embassy in Dar es Salaam, Tanzania:

| Count | Victim |
|-------|--------|
| 277 | SHAMTE YUSUPH NDANGE |
| 278 | SAID ROGATHI |

(Title 18, United States Code, Sections 1111, 1114 and 2.)

COUNT TWO HUNDRED SEVENTY-NINE:

ATTEMPTED MURDER OF EMPLOYEES OF THE UNITED STATES
IN DAR ES SALAAM, TANZANIA

The Grand Jury further charges:

50.   The allegations contained in paragraphs 1 through

9 are repeated herein.

51.   On or about August 7, 1998, in Dar es Salaam,

89

Tanzania, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED

90

FED-PEC0003828

KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown, unlawfully, deliberately, and maliciously, and with malice aforethought and with premeditation, did attempt to murder officers and employees of the United States Government, while such officers and employees were engaged in and on account of the performance of their officials duties, and persons assisting such United States Government officers and employees in the performance of their duties, by bombing the United States Embassy in Dar es Salaam, Tanzania.

(Title 18, United States Code, Sections 1111, 1114 and 2.)

COUNTS TWO HUNDRED EIGHTY AND TWO HUNDRED EIGHTY-ONE:

MURDER OF INTERNATIONALLY PROTECTED PERSONS IN NAIROBI, KENYA

The Grand Jury further charges:

52.   The allegations contained in paragraphs 1 through 9 are repeated herein.

53.   On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a

91

FED-PEC0003829

"the Director," a/k/a "the Supervisor," a/k/a "the Contractor,"
MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a
"Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh
Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN
AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri,"
a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu
Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED
ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu
Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi
Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim,"
ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary,"
a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH
MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl
Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu
Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a
"Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid,"
MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin
Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif,"
MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a
"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad,"
AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan
Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED
ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM
SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants,
at least one of whom was first brought to and arrested in the

92

FED-PEC0003830

Southern District of New York, and others known and unknown, unlawfully, wilfully, knowingly, deliberately, and maliciously, and with malice aforethought and with premeditation, did murder representatives, officers, employees and agents of the United States Government, who at the time and place concerned were entitled pursuant to international law to special protection against attack upon their persons, freedom and dignity, namely the defendants caused the deaths of the following persons by bombing the United States Embassy in Nairobi, Kenya:

| Count | Victim |
|-------|--------|
| 280 | JULIAN LEOTIS BARTLEY, SR. |
| 281 | PRABHI GUTPARA KAVALER |

(Title 18, United States Code, Sections 1111, 1116 and 2.)

### COUNT TWO HUNDRED EIGHTY-TWO:

### ATTEMPTED MURDER OF INTERNATIONALLY PROTECTED PERSONS IN NAIROBI, KENYA

The Grand Jury further charges:

54. The allegations contained in paragraphs 1 through 9 are repeated herein.

55. On or about August 7, 1998, in Nairobi, Kenya, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor,"

93

FED-PEC0003831

MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, and others known and unknown,

94

FED-PEC0003832

unlawfully, wilfully, knowingly, deliberately, and maliciously, and with malice aforethought and with premeditation, did attempt to murder the Ambassador of the United States to Kenya, and other representatives, officers, employees and agents of the United States Government, who at the time and place concerned were entitled pursuant to international law to special protection against attack upon their persons, freedom and dignity, by bombing the United States Embassy in Nairobi, Kenya.

(Title 18, United States Code, Sections 1111, 1116 and 2.)

<u>COUNT TWO HUNDRED EIGHTY-THREE</u>:

<u>ATTEMPTED MURDER OF INTERNATIONALLY PROTECTED PERSONS
IN DAR ES SALAAM, TANZANIA</u>

The Grand Jury further charges:

56. The allegations contained in paragraphs 1 through 9 are repeated herein.

57. On or about August 7, 1998, in Dar es Salaam, Tanzania, and outside the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman

95

FED-PEC0003833

al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz,"
a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH
AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh,"
a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein
Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a
"Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid
Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL
ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a
"Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a
"Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar,"
a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak
Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim
Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-
Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy,"
a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu
Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED
KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed
Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY
MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN,
a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least
one of whom was first brought to and arrested in the Southern
District of New York, and others known and unknown, unlawfully,
wilfully, knowingly, deliberately, and maliciously, and with
malice aforethought and with premeditation, did attempt to murder
the Ambassador of the United States to Tanzania, and other

FED-PEC0003834

representatives, officers, employees and agents of the United States Government, who at the time and place concerned were entitled pursuant to international law to special protection against attack upon their persons, freedom and dignity, by bombing the United States Embassy in Dar es Salaam, Tanzania.

(Title 18, United States Code, Sections 1111, 1116 and 2.)

COUNT TWO HUNDRED EIGHTY-FOUR:

USING AND CARRYING AN EXPLOSIVE DURING COMMISSION OF A FELONY

The Grand Jury further charges:

58. The allegations contained in paragraphs 1 through 9 are repeated herein.

59. From at least 1991 until the date of the filing of this Indictment, in Afghanistan, Pakistan, the Sudan, Saudi Arabia, Yemen, Somalia, Kenya, Tanzania, and elsewhere out of the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED

97

ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim," ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary," a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a "Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid," MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif," MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a "Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad," KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom was first brought to and arrested in the Southern District of New York, together with other members and associates of al Qaeda, Egyptian Islamic Jihad, and others known and unknown to the grand jury, unlawfully, wilfully, and knowingly did use and carry an explosive, as that term is defined in Title 18, United States Code, Section 844(j), during the commission of a felony for which they might be prosecuted in a court of the United States, namely,

FED-PEC0003836

the conspiracy to murder United States nationals, in violation of
Title 18, United States Code, Section 2332(b), as set forth in
Count One of this Indictment, which is incorporated by reference
herein, to wit, the defendants used and carried bombs in
connection with the attacks on the United States embassies in
Nairobi, Kenya, and Dar es Salaam, Tanzania.

(Title 18, United States Code, Sections 844(h)(1),
844(h)(2) and 2.)

COUNT TWO HUNDRED EIGHTY-FIVE:

USING AND CARRYING A DANGEROUS DEVICE DURING THE BOMBING OF THE
UNITED STATES EMBASSY IN NAIROBI, KENYA

The Grand Jury further charges:

60.  The allegations contained in paragraphs 1 through
9 are repeated herein.

61.  Between in or about July 1998, and on or about
August 7, 1998, in Nairobi, Kenya, and elsewhere out of the
jurisdiction of any particular state or district, USAMA BIN
LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh
Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh,"
a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the
Director," a/k/a "the Supervisor," a/k/a "the Contractor,"
MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a
"Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh
Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN
AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri,"
a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu

FED-PEC0003837

Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED
ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu
Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi
Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim,"
ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary,"
a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH
MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl
Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu
Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a
"Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid,"
MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin
Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif,"
MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a
"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad,"
AHMED KHALFAN GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan
Ahmed Ghailani," a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED
ALLY MSALAM, a/k/a "Fahad M. Ally," and SHEIKH AHMED SALIM
SWEDAN, a/k/a "Sheikh Bahamadi," a/k/a "Ahmed Ally," defendants,
at least one of whom was first brought to and arrested in the
Southern District of New York, together with other members and
associates of al Qaeda, Egyptian Islamic Jihad and others known
and unknown to the grand jury, unlawfully, wilfully, and
knowingly, and during and in relation to a crime of violence for
which they may be prosecuted in a Court of the United States,
namely, the bombing of the United States Embassy in Nairobi,

100

FED-PEC0003838

Kenya, in violation of Title 18, United States Code, Sections 844(f)(1) and 844(f)(3), as set forth in Count Seven of this Indictment, which is incorporated by reference herein, did use and carry a firearm, as that term is defined in Title 18, United States Code, Section 921(a) to include any destructive device, to wit, the defendants did use and carry an explosive device during and in relation to the bombing of the United States Embassy in Nairobi, Kenya set forth in Count Seven of this Indictment.

(Title 18, United States Code, Sections 924(c) and 2.)

COUNT TWO HUNDRED EIGHTY-SIX:

USING AND CARRYING A DANGEROUS DEVICE DURING THE BOMBING OF THE
UNITED STATES EMBASSY IN DAR ES SALAAM, TANZANIA

The Grand Jury further charges:

62.    The allegations contained in paragraphs 1 through 9 are repeated herein.

63. Between in or about July 1998, and on or about August 7, 1998, in Dar es Salaam, Tanzania, and elsewhere out of the jurisdiction of any particular state or district, USAMA BIN LADEN, a/k/a "Usamah Bin-Muhammad Bin-Ladin," a/k/a "Shaykh Usamah Bin-Ladin," a/k/a "Abu Abdullah," a/k/a "Mujahid Shaykh," a/k/a "Hajj," a/k/a "Abdul Hay," a/k/a "al Qaqa," a/k/a "the Director," a/k/a "the Supervisor," a/k/a "the Contractor," MUHAMMAD ATEF, a/k/a "Abu Hafs," a/k/a "Abu Hafs el Masry," a/k/a "Abu Hafs el Masry el Khabir," a/k/a "Taysir," a/k/a "Sheikh Taysir Abdullah," a/k/a "Abu Fatima," a/k/a "Abu Khadija," AYMAN

101

FED-PEC0003839

AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri,"
a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu
Mohammed," a/k/a "Abu Mohammed Nur al-Deen," ABDULLAH AHMED
ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," a/k/a "Abu
Marium," IBRAHIM EIDAROUS, a/k/a "Ibrahim Hussein Abdelhadi
Eidarous," a/k/a "Daoud," a/k/a "Abu Abdullah," a/k/a "Ibrahim,"
ADEL ABDEL BARY, a/k/a "Adel Mohammed Abdul Almagid Abdel Bary,"
a/k/a "Abbas," a/k/a "Abu Dia," a/k/a "Adel," FAZUL ABDULLAH
MOHAMMED, a/k/a "Harun," a/k/a "Harun Fazhl," a/k/a "Fazhl
Abdullah," a/k/a "Fazhl Khan," MOHAMED SADEEK ODEH, a/k/a "Abu
Moath," a/k/a "Noureldine," a/k/a "Marwan," a/k/a "Hydar," a/k/a
"Abdullbast Awadah," a/k/a "Abdulbasit Awadh Mbarak Assayid,"
MOHAMED RASHED DAOUD AL-'OWHALI, a/k/a "Khalid Salim Saleh Bin
Rashed," a/k/a "Moath," a/k/a "Abdul Jabbar Ali Abdel-Latif,"
MUSTAFA MOHAMED FADHIL, a/k/a "Mustafa Ali Elbishy," a/k/a
"Hussein," a/k/a "Hassan Ali," a/k/a "Khalid," a/k/a "Abu Jihad,"
KHALFAN KHAMIS MOHAMED, a/k/a "Khalfan Khamis," AHMED KHALFAN
GHAILANI, a/k/a "Fupi," a/k/a "Abubakary Khalfan Ahmed Ghailani,"
a/k/a "Abubakar Khalfan Ahmed," FAHID MOHAMMED ALLY MSALAM, a/k/a
"Fahad M. Ally," and SHEIKH AHMED SALIM SWEDAN, a/k/a "Sheikh
Bahamadi," a/k/a "Ahmed Ally," defendants, at least one of whom
was first brought to and arrested in the Southern District of New
York, together with other members and associates of al Qaeda,
Egyptian Islamic Jihad, and others known and unknown to the grand
jury, unlawfully, wilfully, and knowingly, and during and in

FED-PEC0003840

relation to a crime of violence for which they may be prosecuted
in a Court of the United States, namely, the bombing of the
United States Embassy in Dar es Salaam, Tanzania, in violation of
Title 18, United States Code, Sections 844(f)(1) and 844(f)(3),
as set forth in Count Eight of this Indictment, which is
incorporated by reference herein, did use and carry a firearm, as
that term is defined in Title 18, United States Code, Section
921(a) to include any destructive device, to wit, the defendants
did use and carry an explosive device during and in relation to
the bombing of the United States Embassy in Dar es Salaam,
Tanzania set forth in Count Eight of this Indictment.

(Title 18, United States Code, Sections 924(c) and 2.)

COUNTS TWO HUNDRED EIGHTY-SEVEN THROUGH THREE HUNDRED EIGHT:

PERJURY BEFORE FEDERAL GRAND JURIES AND FALSE STATEMENTS

The Grand Jury further charges:

Background

64.  Beginning in 1996, the United States Attorney for
the Southern District of New York and the Federal Bureau of
Investigation, working with a number of other federal, state and
local agencies, initiated a grand jury investigation into Usama
Bin Laden and the involvement of his organization (known as "al
Qaeda") in international terrorism.  The grand jury investigation
included, among other things, the issuance of grand jury
subpoenas calling for witnesses to testify before a grand jury
sitting in the Southern District of New York and to produce

103

FED-PEC0003841

documents to the Grand Jury. By September 1997, the Grand Jury investigation focused, in part, upon: (i) the structure and operational status of al Qaeda in countries including the Sudan, Saudi Arabia, Egypt, Yemen, Somalia, Eritrea, Afghanistan, Pakistan, Bosnia, Croatia, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan and Azerbaijan, and the Chechnya region of Russia and the Kashmiri region of India, as well as in Kenya and the United States; (ii) the targets of al Qaeda's terrorist activities, including American interests, worldwide; (iii) the relationship between the defendant WADIH EL HAGE and the al Qaeda organization, including its leader Usama Bin Laden, al Qaeda's late military commander known as "Abu Ubaidah al Banshiri," and al Qaeda's current military commander: defendant Muhammad Atef, a/k/a "Abu Hafs el Masry."

65. It was material to the Grand Jury sitting in the Southern District of New York to ascertain, among other things:

(1) the tactical goals, and corresponding terrorism targets, of Usama Bin Laden and al Qaeda;

(2) the nature and timing of various statements, public and private, where Usama Bin Laden indicated that the United States was an enemy of al Qaeda and should be attacked;

(3) the identities, code names, aliases and whereabouts of any al Qaeda members and associates;

(4) the names of persons with whom the defendant WADIH EL HAGE associated while living in the Sudan and Kenya and

104

FED-PEC0003842

while traveling in Pakistan and Afghanistan;

(5)  the names of persons with whom the defendant WADIH EL HAGE associated while living in Tucson, Arizona, and Arlington, Texas, and during his visits to New York;

(6)  the nature of the role, if any, played by defendant WADIH EL HAGE in the murder of Rashad Khalifa in Tucson, Arizona, in 1990 and the identity of the person from New York who visited WADIH EL HAGE in Tucson prior to the murder;

(7)  the nature of the relationship between defendant WADIH EL HAGE and Mustafa Elnore, a/k/a "Mustafa Saif," named as a co-conspirator but not as a defendant herein;

(8)  the nature and extent of the defendant WADIH EL HAGE's contacts with Usama Bin Laden, Muhammad Atef, Khalid Al Fawwaz and Ali Mohamed as well as with "Abu Ubaidah al Banshiri," particularly in the period from 1993 through the fall of 1997;

(9)  the role played by Usama Bin Laden and the members and associates of the al Qaeda organization, particularly to include the defendants WADIH EL HAGE, Muhammad Atef, as well as Ali Mohamed and "Abu Ubaidah al Banshiri," in the provision of logistical support and training to the persons who attacked the United States and United Nations forces in Somalia in 1993 and the early part of 1994;

(10) whether "Abu Ubaidah al Banshiri" was working in Kenya and Tanzania on behalf of Usama Bin Laden and al Qaeda during the time preceding his drowning death in Lake Victoria in

105

FED-PEC0003843

the summer of 1996;

(11) the nature of the work conducted by Fazul
Abdullah Mohammed, the deputy of the defendant WADIH EL HAGE in
Kenya, and whether Fazul Abdullah Mohammed was working for Usama
Bin Laden;

(12) the nature of the work conducted by Ali
Mohamed and whether Ali Mohamed was working for Usama Bin Laden;

(13) the nature of the relationship between Khalid
Al Fawwaz and Usama Bin Laden;

(14) the identities of the persons with whom
defendant WADIH EL HAGE met during trips to Afghanistan and
Pakistan in 1996 and 1997 and the extent and substance of WADIH
EL HAGE's contacts with Usama Bin Laden and Muhammad Atef during
those trips; and

(15) whether the defendant WADIH EL HAGE was still
working for Usama Bin Laden's al Qaeda organization in 1997.

66. On or before September 24, 1997, the defendant
WADIH EL HAGE was served with a grand jury subpoena calling for
him to testify before a grand jury sitting in the Southern
District of New York.

67. On or about September 24, 1997, after taking an
oath to testify truthfully, after being advised of his
constitutional rights and after being advised that if he failed
to testify truthfully he could be prosecuted for perjury, the
defendant WADIH EL HAGE testified before a Grand Jury sitting in

106

FED-PEC0003844

the Southern District of New York.

68.  Following the appearance of the defendant WADIH EL HAGE before the Grand Jury in September 1997, the Grand Jury investigation continued and continues through the date of this Indictment.  By the time of September 1998, the Grand Jury investigation was focused on the matters outlined above and other matters that had become of interest since the time of WADIH EL HAGE's 1997 Grand Jury appearance, including, but not limited to: (i) the February 1998 <u>fatwah</u> signed by Usama Bin Laden, Ayman al Zawahiri and others under the banner of the "International Islamic Front for Jihad on the Jews and Crusaders," stating that Muslims should kill Americans -- including civilians -- anywhere in the world where they can be found; (ii) subsequent televised threats issued by Usama Bin Laden in May 1998 that his group did not distinguish between military and civilian personnel; (iii) the August 7, 1998, bombing of the United States Embassy in Nairobi, Kenya, which resulted in the deaths of at least 213 persons, including 12 Americans and the wounding of more than 4500 people; (iv) the nearly simultaneous August 7, 1998, bombing of the United States Embassy in Dar es Salaam, Tanzania, which resulted in the death of 11 persons and the wounding of more than 85 persons; (v) the meaning of certain documents recovered in searches conducted in Nairobi, Kenya, in August 1998, following the bombings, which bore the name and code name of WADIH EL HAGE, as well as code names for other al Qaeda members and associates;

FED-PEC0003845

and (vi) the extent to which WADIH EL HAGE's international travels concerned efforts to procure chemical weapons and their components on behalf of Usama Bin Laden and Mamdouh Mahmud Salim.

69. In addition to the matters recited in paragraph 65 above, it was material to the Grand Jury sitting in the Southern District of New York to ascertain, among other things:

(1)  the identities, code names, aliases and whereabouts of al Qaeda members and associates referred to in certain seized documents, including "Norman," "Abu Suliman," "Nawawi," "Tayseer" (or "Taysir"), "Adel Habib," "Jalal," "the Director" and "the DR";

(2)  the efforts of the defendant WADIH EL HAGE and Mamdouh Mahmud Salim to obtain chemical weapons and/or their components at various times in the 1990's;

(3)  the nature of the relationship between WADIH EL HAGE and Mohamed Sadeek Odeh in Nairobi, Kenya, from in or about 1993 forward;

(4)  the nature of the work conducted by Khalid Al Fawwaz in Nairobi, Kenya, in 1993 and 1994;

(5)  the nature and extent of contacts by the defendant WADIH EL HAGE with Fazul Abdullah Mohammed a/k/a "Harun" and Mohamed Sadeek Odeh in the period leading up to the bombing of the United States embassies;

(6)  the identities of persons whose photographs were contained in files recovered during an August 1998 search in

FED-PEC0003846

Nairobi, Kenya;

        (7)   the identities of any and all persons living in the United States who were associated with Usama Bin Laden or al Qaeda;

        (8)   the nature and extent of WADIH EL HAGE's contacts with al Qaeda members and associates since the time of his last Grand Jury appearance; and

        (9)   the meaning of certain coded correspondence seized in a search in Nairobi, Kenya, in August 1998.

        70.  On or about September 15, 1998, the defendant WADIH EL HAGE was served with a grand jury subpoena calling for him to testify further before a grand jury sitting in the Southern District of New York.

        71.  On or about September 16, 1998, after taking an oath to testify truthfully, after being advised of his constitutional rights and after being advised that if he failed to testify truthfully he could be prosecuted for perjury, the defendant WADIH EL HAGE testified before a Grand Jury sitting in the Southern District of New York.

    COUNT TWO HUNDRED EIGHTY-SEVEN: Statutory Allegation

        72.  On or about September 24, 1997, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify

FED-PEC0003847

truthfully in a proceeding before a Grand Jury sitting in the

Southern District of New York, unlawfully, wilfully, knowingly,

and contrary to such oath, did make false material declarations,

to wit, he gave the following underlined testimony:

(a)      Q.   When was the last time you saw
               Usama Bin Laden in person?

           A.   <u>In '94</u>.

(b)      Q.   You are positive?

           A.   Yes.

           Q.   Under oath your testimony is that
               you have not seen Usama Bin Laden
               in 1995, 1996 or 1997; is that
               correct?

           A.   <u>Yes</u>.

               *          *         *

(c)      Q.   So since 1994, other than the one
               phone call involving the tractor
               transaction in Slovakia, you have
               not spoken to Usama Bin Laden at
               all?

           A.   <u>Yes</u>.

               *          *         *

(d)      Q.   When you went to Pakistan just
               before returning to Kenya for the
               last time, did you see Bin Laden?

           A.   <u>No</u>.

(e)      Q.   You are positive under oath?

           A.   Yes.

           Q.   You took a trip to Pakistan earlier
               this year?

FED-PEC0003848

A.  Yes.

Q.  Did you see Usama Bin Laden at that time?

A.  No.

Q.  You have taken two trips in the last year to Pakistan and not seen Usama Bin Laden?

A.  <u>Yes</u>.

         *          *          *

(f)  Q.  Did you get any messages from Usama Bin Laden on either trip when you went back to Pakistan in 1997?

A.  <u>No, no messages</u>.

         *          *          *

(g)  Q.  Now, you have told this Grand Jury the last time you dealt with Usama Bin Laden, the last time you worked for him was 1994?

A.  Yes.

Q.  That is the last time you have seen him?

A.  <u>Yes</u>.

(h)  Q.  I am going to ask you again so that the record is crystal clear that you have been warned that to lie is punishable as perjury which you can spend five years in jail.  I want to be crystal clear you understood what my questions are.

     I am going to ask you again.

A.  Yes.

Q.  Have you seen Usama Bin Laden

111

FED-PEC0003849

> anyplace in the world in 1995, 1996 or 1997?
>
> A.   I haven't seen him anywhere after I left Sudan.

(i)      Q.   And after you left Sudan in what year?

> A.   '94.
>
> Q.   So it is your testimony that you have not seen Usama Bin Laden anywhere in the world in 1995, 1996, or 1997?
>
> A.   Yes.
>
> Q.   And you have not told anyone that you have seen Usama Bin Laden anywhere in the world in 1995, 1996 or 1997?
>
> A.   Yes.
>
> (Title 18, United States Code, Section 1623.)


COUNT TWO HUNDRED EIGHTY-EIGHT: Statutory Allegation

73.   On or about September 24, 1997, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations,

FED-PEC0003850

to wit, he gave the following underlined testimony:

(a)     Q.   Did you speak to him [Abu Hafs el
             Masry] in 1994, 1995, 1996 or 1997?

        A.   <u>No</u>.

(b)     Q.   Did you communicate with Abu Hafs
             al Masry in 1994 or 1995, 1996,
             1997 in any way, by phone, in
             person, by fax, by e-mail or by
             internet?

        A.   In 1994 just in Khartoum before I
             left.

        Q.   You spoke to him in person?

        A.   Yes.

        Q.   After you left Khartoum in 1994,
             did you ever communicate with Abu
             Hafs al Masry by phone, by
             internet, by mail or by fax?

        A.   <u>No</u>.

             *              *              *

(c)     Q.   Did you see Abu Hafs when you went
             back to Pakistan in 1997?

        A.   <u>No</u>.

(d)     Q.   Who is Taysir, T-a-y-s-i-r?

        A.   Tyson?

        Q.   Taysir.  Taysir the Egyptian?

        A.   <u>I don't know Taysir</u>.

        (Title 18, United States Code, Section 1623.)


<u>COUNT TWO HUNDRED EIGHTY-NINE: Statutory Allegation</u>

113

74.  On or about September 24, 1997, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

(a)     Q.    ... What I am going to ask you to
              do, Mr. El Hage, is to look through
              this book ... and just look at each
              number, read the number out loud
              and tell the Grand Jury whether or
              not you recognize the person in the
              picture, and when you have done
              that, we will go back and ask you
              particular questions about who the
              people are and how it is that you
              know them. Do you understand that?

        A.    Yes.

              *              *              *

        Q.    Why don't you move on to photograph
              34?

        A.    I don't recognize.

              *              *              *

(b)     Q.    Do you know any people working for
              Bin Laden in California?

        A.    No.

(c)     Q.    Have you --

114

```
          A.   I don't know who is working for Bin
               Laden except the ones I met in
               Sudan.

          Q.   Who is Norman?

          A.   I don't know.

               *              *              *

(d)       Q.   Do you keep in touch with anyone in
               California?

          A.   I have my sister there.

          Q.   Other than your sister?

          A.   Through the years back, few years,
               Saad al Sharif, he was in
               California.  I can't recall anyone
               else.
```

(Title 18, United States Code, Section 1623.)

COUNT TWO HUNDRED NINETY: Statutory Allegation

75.  On or about September 24, 1997, in the Southern

District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus

Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu

Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a

"the Manager," a/k/a "Tanzanite," having taken an oath to testify

truthfully in a proceeding before a Grand Jury sitting in the

Southern District of New York, unlawfully, wilfully, knowingly,

and contrary to such oath, did make false material declarations,

to wit, he gave the following underlined testimony:

```
          Q.   The next one is marked Grand Jury
               Exhibit 9 with the date 9-24-97, a
               man standing.  Take a good look at
```

115

FED-PEC0003853

the picture and tell me if you
recognize who that is.

A.   I don't.

(Title 18, United States Code, Section 1623.)

<u>COUNT TWO HUNDRED NINETY-ONE: Statutory Allegation</u>

76.   On or about September 24, 1997, in the Southern
District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," having taken an oath to testify
truthfully in a proceeding before a Grand Jury sitting in the
Southern District of New York, unlawfully, wilfully, knowingly,
and contrary to such oath, did make false material declarations,
to wit, he gave the following underlined testimony:

(a)   Q.   Do you know Khalid Al Fawwaz?

      A.   Yes.

      Q.   Is he in London?

      A.   Yes.

      Q.   Does he work for Usama Bin Laden?

      A.   Yes.

      Q.   How long do you know Khalid Al
           Fawwaz?

      A.   <u>Since '95 when I visited London</u>.

(b)   Q.   When in 1995 did you visit London?

      A.   December '95.

             *             *             *

116

FED-PEC0003854

Q. Did you meet Khalid Al Fawwaz at that time?

A. Yes, I stayed one night at his place.

Q. Is that the first time you met Khalid Al Fawwaz?

A. <u>Yes</u>.

(Title 18, United States Code, Section 1623.)

<u>COUNT TWO HUNDRED NINETY-TWO: Statutory Allegation</u>

77. On or about September 24, 1997, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

(a) Q. Now, when was the last time you saw Abu Ubaidah al Banshiri?

A. In Sudan before I left.

Q. 1994 before you left?

A. Yes.

Q. Do you know where he is today?

A. <u>Either in Sudan or in Afghanistan.</u>

*                    *                    *

(b) Q. Did you look for Abu Ubaidah al Banshiri

117

FED-PEC0003855

```
                    when you went to Lake Victoria in the
                    summer of 1996?

        A.    No.

(c)     Q.    Did anyone tell you Abu Ubaidah had
              drowned in that ferry accident?

        A.    No.

(d)     Q.    No one ever told you at any time
              that Abu Ubaidah drowned in the
              summer of 1996?

        A.    No.

(e)     Q.    To this day has anyone ever told
              you from any sources that Abu
              Ubaidah was killed in that boat in
              the summer of 1996 when it sank at
              Lake Victoria?

        A.    Nobody told me.

        *                    *                    *

(f)     Q.    But just so we are clear, before
              whatever conversation the FBI had
              with you yesterday, you had never
              heard from anyone or seen on any TV
              show or read in any newspaper that
              Abu Ubaidah al Banshiri had drowned
              in the ferry accident in the summer
              of 1996?

        A.    No.  Never.

(g)     Q.    And you were not sent to that lake
              to try to find Abu Ubaidah al
              Banshiri?

        A.    No.  I went looking for Adel Habib.

        *                    *                    *

(h)     Q.    My question was, did you ever
              discuss with him, Haroun, whether
              or not al Banshiri drowned in Lake
              Victoria?
```

118

FED-PEC0003856

A.    No.

(i)    Q.    So up until yesterday at no time did you have
              any conversation with anyone ever indicating
              that Abu Ubaidah al Banshiri drowned in that
              accident in the summer of '96?

       A.    Yes.

       (Title 18, United States Code, Section 1623.)

COUNT TWO HUNDRED NINETY-THREE: Statutory Allegation

        78. On or about September 24, 1997, in the Southern
District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," having taken an oath to testify
truthfully in a proceeding before a Grand Jury sitting in the
Southern District of New York, unlawfully, wilfully, knowingly,
and contrary to such oath, did make false material declarations,
to wit, he gave the following underlined testimony:

(a)    Q.    Okay.  So in '87 Al Qaida was
              formed to fight the Russians as a
              unified force?

       A.    Yes.

       Q.    What happened with al Qaida after
              the Russians left?

       A.    I don't know.

(b)    Q.    When did you hear Al Qaida began to
              target the United States?

       A.    In the latest interview with Usama Bin
              Laden, CNN.

119

FED-PEC0003857

Q. Approximately how long ago did you see Bin Laden state on CNN that the United States was now the target?

A. When I came back to Nairobi about three weeks ago.

*                    *                    *

Q. Had you ever heard Usama Bin Laden state that the American forces should be attacked, prior to seeing it on CNN television?

A. <u>No, never.</u>

(c)    Q. You are positive?

A. <u>Yes.</u>

(d)    Q. You are swearing that under oath, under the penalties of perjury -- strike the word swear.

You are stating that under oath, under the penalties of perjury, that prior to hearing it on CNN you had not heard Usama Bin Laden declare that America should be attacked?

A. <u>Yes.  Never heard that before.</u>

(e)    Q. You have heard Bin Laden say at least as late as the CNN interview that the United States was the enemy of Islam, correct?

A. Yes.

Q. And you have heard him say that before, have you not?

A. <u>No.  That's the first time I heard him</u>.

(Title 18, United States Code, Section 1623.)

<u>COUNT TWO HUNDRED NINETY-FOUR: Statutory Allegation</u>

120

FED-PEC0003858

79.   On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

(a)      Q.   In 1994 through 1997, when you were
              in Kenya, were you doing any work
              on behalf of Usama Bin Laden?

         A.   Me?

         Q.   Yes.

         A.   <u>No</u>.

(b)      Q.   Did you have any contact with Usama
              Bin Laden in the period from 1994
              to 1997?

         A.   Personally?

         Q.   Yes, first personally.

         A.   <u>No</u>.

(c)      Q.   You never saw him in those four
              years?

         A.   <u>No</u>.


              *              *              *

(d)      Q.   In those five years have you sent

121

```
                          any messages to Usama Bin Laden in
                          any way, shape or form?

               A.    No.

                          *              *              *

(e)            Q.    Other than that message from Abu
                          Fadhl al Makkee, did you get any
                          other communications from Usama Bin
                          Laden from 1994 to the present in
                          any way, shape or form?

               A.    No.

(f)            Q.    Did you have any communications
                          from any of Usama Bin Laden's
                          representatives in any way, shape
                          or form in those five years besides
                          the one message from Abu Fadhl al
                          Makkee?

               A.    No.
```

(Title 18, United States Code, Section 1623.)

COUNT TWO HUNDRED NINETY-FIVE: Statutory Allegation

80.  On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

FED-PEC0003860

(a)    Q.   Do you know a person by the name of
T-a-y-s-i-r or T-a-y-s-e-e-r, and
what I'll do is, so that we're
clear, we'll mark it as a Grand
Jury exhibit and I'll write it out
in case my pronunciation is not up
to par.

                And we're way ahead in numbers, so
I'm going to call this -- we're
jumping ahead to Grand Jury Exhibit
66 and I'll put today's date on it,
which is 9/16/98, and ask you if
you know who this name refers to,
Taysir, T-a-y-s-i-r or T-a-y-s-e-e-
r?

        A.   I have known people called Taysir
before.  I can't recall who it
refers to.

        Q.   Have you ever hear of Abu Hafs
referred to as Taysir?

        A.   <u>I don't recall that</u>.

(b)    Q.   Okay.  When this letter was written
by Harun to Abu Suliman, he's
telling people that you have taken
a trip with Taysir.  Where did you
go and who was Taysir?

        A.   <u>I don't know what he's talking
about</u>.

        *               *               *

(c)    Q.   Do you have any idea as you sit
here today who Taysir might be?

        A.   <u>I can't recall.</u>

(d)    Q.   As you sit here today, it remains
your testimony that you have no
idea who Taysir is?

123

FED-PEC0003861

A.   <u>I have no idea, no.</u>

(Title 18, United States Code, Section 1623.)

<u>COUNT TWO HUNDRED NINETY-SIX: Statutory Allegation</u>

81.   On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

(a)      Q.   Okay, let me show you an exhibit you have seen before that's Grand Jury Exhibit 9, which is also marked with a sticker Grand Jury Exhibit 3 with the date September 24, 1997, and this is a book of photographs that you have seen previously.

              I want to direct your attention to one particular picture which you've been shown previously and ask you if you recognize the person in the picture, which is picture No. 34 in the book marked Grand Jury Exhibit 3 dated September 24, 1997.

              Do you recognize that person?

         A.   <u>No, I don't</u>.

              *              *              *

124

(b)    Q.   After seeing the person depicted in
        Grand Jury Exhibit 65 in New York,
        perhaps at that office, did you
        ever see him again?

          A.   <u>I don't recall</u>.

(c)    Q.   Did you ever see him in
        Afghanistan?

          A.   I don't recall.

          Q.   Did you ever see him in Kenya or
        Tanzania?

          A.   <u>I don't recall that</u>.

             *              *              *

(d)    Q.   Do you know the name, sir, Ali, A-
        l-i, M-o-h-a-m-e-d?

          A.   Ali Mohamed?

          Q.   Yes, I'll write that on Grand Jury
        Exhibit 66, Ali Mohamed, A-l-i, M-
        o-h-a-m-e-d.

             Do you recall that name?

          A.   <u>I can't recall</u>.

(e)    Q.   Sir, isn't it a fact that the
        person depicted in Grand Jury
        Exhibit 65 is Ali Mohamed, yes or
        no?

          A.   <u>I don't know</u>.

(Title 18, United States Code, Section 1623.)

<u>COUNT TWO HUNDRED NINETY-SEVEN: Statutory Allegation</u>

82. On or about September 16, 1998, in the Southern

FED-PEC0003863

District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

(a)     Q.  Do you know any people living in
            America who are contacts of Usama
            Bin Laden?

        A.  <u>No</u>.

(b)     Q.  Has anyone in America ever
            contacted you on behalf of Usama
            Bin Laden?

        A.  No.

        *               *               *

        Q.  Do you know of any contacts of
            Usama Bin Laden living in Florida?

        A.  <u>No</u>.

(c)     Q.  Do you know of any contacts of
            Usama Bin Laden living in
            California?

        A.  <u>No</u>.

        (Title 18, United States Code, Section 1623.)

        <u>COUNT TWO HUNDRED NINETY-EIGHT: Statutory Allegation</u>

        83. On or about September 16, 1998, in the Southern

126

District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," having taken an oath to testify
truthfully in a proceeding before a Grand Jury sitting in the
Southern District of New York, unlawfully, wilfully, knowingly,
and contrary to such oath, did make false material declarations,
to wit, he gave the following underlined testimony:

(a)      Q.   And where was Nawawi living?

         A.   I think in Sudan.

         Q.   Did you ever call him any place
              other than in the Sudan?

         A.   <u>No.</u>

         *          *          *

(b)      Q.   Did you ever hear of Nawawi living
              in the United States?

         A.   <u>No.</u>

(c)      Q.   Did you ever hear of Nawawi
              traveling to the United States?

         A.   <u>No.</u>


              *              *              *

(d)      Q.   If you look in the Arabic, does
              this letter not say, "Finally
              Brother Nawawi had sent me a fax
              and he sends you his regards.  His
              old fax number has been changed.
              His new fax number is 407-658-
              6371."

127

FED-PEC0003865

And before you answer the next
question I'll tell you that area
code 407 is located in Florida.

Now, can you tell this Grand Jury
how it is that if you do not know
who that is -- if you do not know
anyone in Florida, why is it that a
year ago Harun is writing you that
Brother Nawawi sends you, Wadih el
Hage, his regards and tells you his
change in phone number?

A.   I have no idea.

Q.   You have no idea?

A.   No.

(e)      Q.   Brother Nawawi would not be a
friend of Usama Bin Laden living in
Florida, would he?

A.   I wouldn't know.

         *                  *                  *

(f)      Q.   Let me ask you and we'll finish for
lunch before we go through this
letter [Grand Jury Exhibit 42].

"Dear Mr. Nawawi."  Would that be
to a person who lives in Florida
who is a friend of Usama Bin Laden?

A.   You're asking me?

Q.   Yes.

A.   I don't know.

(Title 18, United States Code, Section 1623.)

COUNT TWO HUNDRED NINETY-NINE: Statutory Allegation

84. On or about September 16, 1998, in the Southern

128

FED-PEC0003866

District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," having taken an oath to testify
truthfully in a proceeding before a Grand Jury sitting in the
Southern District of New York, unlawfully, wilfully, knowingly,
and contrary to such oath, did make false material declarations,
to wit, he gave the following underlined testimony:

(a)      Q.   Let me show you what's been marked
              as Grand Jury Exhibit 42.  Again,
              it's in a plastic envelope to
              protect for fingerprints, and I'll
              ask you if you recognize what that
              document is.

         A.   Do you want me to read it?

         Q.   Read it and tell me if you
              recognize it.
              For the benefit of the Grand Jury,
              I'll hand out copies of that
              document.
              Having looked at Grand Jury Exhibit
              42, do you recognize it, sir?

         A.   <u>No</u>.

              *                *                *

(b)      Q.   You don't know.  Continuing on.
              The middle where it says, "Tayseer
              and his friends are still hiking
              and they enjoy it very much."

              Is Tayseer a reference to Abu Hafs
              al Masry, one of the military
              commanders for Usama Bin Laden, yes
              or no?

         A.   <u>I don't know</u>.

129

FED-PEC0003867

(c)    Q.    When it says, "They called me yesterday," it continues, "From a place where they were having a curry meal," that was an indication that Abu Hafs is in training somewhere near India?

       A.    <u>I don't know</u>.

(d)    Q.    Continuing on. "The fishing business is all right."

            Do you know who was in the fishing business in Kenya?

       A.    Anyone in the fishing business? Yeah, I know some Kenyan people in the fishing business.

       Q.    What are the names of the people in the fishing business?

       A.    <u>I can't recall any right now</u>.

(e)    Q.    Was one of the people in the fishing business the person depicted in Grand Jury Exhibit 5 with today's date?

       A.    <u>I don't know</u>.

(f)    Q.    You have never seen this letter before?

       A.    No.

       Q.    You did not write this letter?

       A.    No.

       Q.    And the letter which is in a plastic covering has never been touched by you, as far as you remember, correct?

       A.    Correct.

       Q.    Okay, you have no reason to believe your fingerprints would be on this letter?

130

FED-PEC0003868

A.   I don't think so, no.

(Title 18, United States Code, Section 1623.)

COUNT THREE HUNDRED: Statutory Allegation

85.   On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony concerning a photograph of Mohamed Sadeek Odeh:

(a)      Q.   And I'll show you Grand Jury
              Exhibit 5 from September 10th of
              1998 and ask whether you recognize
              the person depicted in Grand Jury
              exhibit 5?

         A.   I've seen this picture on TV.

         Q.   You've seen this picture on the TV?

         A.   Yes.

         Q.   How recently did you see it on the TV?

         A.   Two or three weeks ago.

         Q.   Have you ever seen this person in
              person?

         A.   No, I have never seen him in
              person.

131

FED-PEC0003869

               \*              \*              \*

(b)    Q.   Who is Mohamed Oudeh?

        A.   <u>I don't know</u>.

           \*              \*              \*

(c)    Q.   Do you recognize Grand Jury Exhibit 5 as
             Mohamed Oudeh?

        A.   <u>I have never seen this person before</u>.

           \*              \*              \*

(d)    Q.   Is it your testimony to this Grand Jury
             under oath that you've never met this
             person depicted in Grand Jury Exhibit 5
             in your entire life?

        A.   <u>I don't recall meeting him at all</u>.

           \*              \*              \*

(e)    Q.   Do you recall attending a wedding
             of a person depicted in Grand Jury
             exhibit 5 in Kenya?

        A.   His wedding?

        Q.   His wedding.

        A.   In Kenya?  No.

        Q.   Do you recall driving the groom,
             the person depicted in Grand Jury
             Exhibit 5, around after the
             wedding, yes or no?

        A.   <u>No, never seen this person</u>.

           \*              \*              \*

(f)    Q.   As you sit here today, you're
             telling this Grand Jury you have no
             recollection of the person depicted
             in Grand Jury Exhibit 5?

FED-PEC0003870

```
            A.   Yes, sir.  I don't.

(g)         Q.   You have no recollection?

            A.   Right.

            *                *                *

(h)         Q.   Were you aware that Mohamed Odeh
                 had a boat in Mombasa, Kenya?

            A.   I don't know Mohamed Odeh.
```

(Title 18, United States Code, Section 1623.)

COUNT THREE HUNDRED ONE: Statutory Allegation

86. On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

```
(a)         Q.   Let me ask you another name.
                 Norman, N-O-R-M-A-N.  Do you know
                 who Norman is?  And I'll write it
                 out even though it's just -- so
                 there's no confusion of the
                 spelling, N-o-r-m-a-n.

            A.   No.

            *                *                *

(b)         Q.   Have you ever been called Norman?
```

FED-PEC0003871

```
        A.   No.

        *                    *                    *

(c)     Q.   Let me write out one more name.
             Wa'da Norman, W-a, apostrophe, d-a
             Norman, N-o-r-m-a-n.  Who is that?

        A.   I don't know.

        *                    *                    *

(d)     Q.   Who is Wa'da Norman?

        A.   I don't know.

(e)     Q.   Is it you?

        A.   No.

        *                    *                    *

(f)     Q.   Have you ever written any letters
             and signed them with the name
             Norman at the bottom?

        A.   No, never.
```

(Title 18, United States Code, Section 1623.)

COUNT THREE HUNDRED TWO: Statutory Allegation

87. On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations,

134

to wit, he gave the following underlined testimony:

(a)    Q.    Do you know of any other "Jalal"'s besides the fellow in Louisiana?

        A.    <u>No</u>.

        \*            \*            \*

(b)    Q.    How many people in Kenya did you know that personally knew Usama Bin Laden?

        A.    People who knew Usama Bin Laden in Kenya, nobody.  You mean know him personally, right?

        Q.    People who knew him personally had met with him personally?

        A.    <u>No, I don't remember anyone who did</u>.

        \*            \*            \*

(c)    Q.    Did you know any members of al Qaeda who lived in either Kenya or Tanzania?

        A.    <u>No</u>.

(d)    Q.    Did you know any members of al Qaeda who ever visited Kenya or Tanzania?

        A.    <u>No</u>.

        \*            \*            \*

(e)    Q.    Are you familiar with a person by the name of Abu Ubaidah al Banshiri?  And I'll write it on [Grand Jury Exhibit] 66 so if my pronunciation is off it doesn't confuse.  Do you know the person by the name of Abu Ubaidah al Banshiri?

        A.    Yes.

135

Q.  Was he a person who worked for Usama Bin
    Laden?

A.  Yes.

Q.  Did he ever visit Nairobi or Kenya
    -- I'm sorry, Kenya or Tanzania?

A.  I don't think so.

    *               *               *

(f)     Q.  Does Adel Habib have another name?

        A.  Not that I know of.

(g)     Q.  Isn't Adel Habib known as Abu
            Ubaidah al Banshiri?

        A.  Not that I know of.

    *               *               *

(h)     Q.  And didn't he come to Kenya in
            secret in 1994, Abu Ubaidah al
            Banshiri?

        A.  I don't know anything about that.

    *               *               *

(i)     Q.  Wasn't Abu Ubaidah al Banshiri also
            known as Jalal?

        A.  I never heard that.

(j)     Q.  Didn't you also hear that Adel Habib was
            also known as Jalal, J-a-l-a-l?

        A.  No.

        Q.  So your testimony is that you've
            never heard that Abu Ubaidah was
            known by the nickname or alias as
            J-a-l-a-l, correct?

        A.  Correct.

        Q.  You've never heard that Adel Habib

136

FED-PEC0003874

was known by the nickname Jalal, J-a-l-a-l, is that your testimony?

A.   Right.

\*                    \*                    \*

(k)   Q.   Okay.  You're on the document.  Who is Jalal Fuad?

A.   I don't know.

\*                    \*                    \*

(l)   Q.   Is Jalal Fuad another name for Abu Ubaidah al Banshiri?

A.   I don't know.

\*                    \*                    \*

(m)   Q.   And it's your testimony under oath to this Grand Jury that you were never told that the person that drowned was Abu Ubaidah al Banshiri?

A.   Never.

(n)   Q.   And you were never told that the person that drowned was also known as Jalal?

A.   Never.

(Title 18, United States Code, Section 1623.)

COUNT THREE HUNDRED THREE: Statutory Allegation

88.  On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify

137

FED-PEC0003875

truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

> Q. Have you ever heard him called the H-a-j-j, have you heard of Usama Bin Laden referred to as the Hajj?

> A. <u>No</u>.

(Title 18, United States Code, Section 1623.)

COUNT THREE HUNDRED FOUR: Statutory Allegation

89. On or about September 16, 1998, in the Southern District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," having taken an oath to testify truthfully in a proceeding before a Grand Jury sitting in the Southern District of New York, unlawfully, wilfully, knowingly, and contrary to such oath, did make false material declarations, to wit, he gave the following underlined testimony:

(a)  Q. Do you know of anyone that you have spoken to in the 1990's that you call Abu Suliman?

A. <u>No, I don't</u>.

\*                    \*                    \*

(b)  Q. Now, in this letter written to Abu Suliman, apparently by Harun, do you know who Abu Suliman is?

138

FED-PEC0003876

```
                A.    No.

                *                *                    *

(c)             Q.    All right.  Let's move on to
                      another exhibit.
                      Let me show you what's been marked
                      as Grand Jury Exhibit 38 and Grand
                      Jury Exhibit 38-T.  38 is a copy of
                      an Arabic document, 38-T is the
                      transcript.

                      Do you recognize that document?

                A.    No.

(d)             Q.    And do you recognize the
                      handwriting on that document?

                A.    Yes.

                Q.    What do you recognize about the
                      handwriting?

                A.    It's very close to mine.

                Q.    Very close to yours?

                A.    Right.

                Q.    But your testimony is that it is
                      not your handwriting?

                A.    That's not my handwriting.

(e)             Q.    And you'll agree with me it's
                      written at the bottom and signed
                      Wadih?

                A.    Yes, it's written.

                Q.    And it's spelled the way you spell
                      your name?

                A.    Yes, the same spelling.

                Q.    And it's signed the way you sign
                      your name?
```

139

FED-PEC0003877

A.   No, that's not my signature.

Q.   Does it look like your signature?

A.   Well, I sign my first and last
     names always.

Q.   Does the first name Wadih, is it
     signed the way you sign your first
     name, Wadih?

A.   It's very close.

Q.   Very close, but you did not write
     this document?

A.   I did not write this document.

(f)  Q.   Or to be clear, you didn't write
          the document of which this is a
          copy of?

A.   Right.

(g)  Q.   And it says "Dear Abu Suliman" at the top.  Do you
          know who Abu Suliman is?

A.   No.

(Title 18, United States Code, Section 1623.)


COUNT THREE HUNDRED FIVE: Statutory Allegation

90. On or about September 16, 1998, in the Southern
District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," having taken an oath to testify
truthfully in a proceeding before a Grand Jury sitting in the
Southern District of New York, unlawfully, wilfully, knowingly,

140

FED-PEC0003878

and contrary to such oath, did make false material declarations,

to wit, he gave the following underlined testimony:

(a)      Q.   Let me approach you with what's
been marked as a Grand Jury exhibit
with today's date.  It consists of
two pages and they are in a plastic
envelope to preserve fingerprints
and one is marked Page 69, Page 1,
and one is marked Page 69 Page 2.
It's a fax, an original fax.

If you can look at that and see if
you recognize it and also take a
look at the handwriting.

A.   Do you want me to read it?

Q.   Read it to yourself and take
whatever time you need to decide
whether this is something that you
have ever seen before.

Do you recognize that document?

A.   <u>No</u>.

(b)      Q.   If you look at the top of the
document, I don't know how good
your eyes are, but I'll tell you
something that may help you refresh
your recollection, which is that
the time and date stamp on the fax
indicates that it was sent in
February of 1997.  Okay?  I don't
know if you can read that, but that
may be of help to you.  It says
February 26, 1997, Page 1 and Page
2.

I'll also advise you so that you
have full information on which to
decide whether you recognize the
document that it was found with the
other documents bearing your name
and with the phone bills you
described that will be in your
files.

141

Does that help you recognize
whether or not you have seen
Government Exhibit 69, Page 1 or
Page 2 before?

A.    I don't recall seeing this.

(c)    Q.    Do you know who wrote it?

A.    It says Abu Suliman.

Q.    It says Abu Suliman, okay.
Do you know Abu Suliman?

A.    No.

*                    *                    *

(d)    Q.    Now, sir, you don't know who this
letter was written to, but let me
put in front of you Grand Jury
Exhibit 40 from Abu Suliman where
he says, "Wadih, I am still waiting
on you to give me an answer for
what I have requested from you the
ticket, et cetera, et cetera."  And
then point to Exhibit 69, Page 2
which then says, "Lastly, did you
ever get the refund for the ticket
I sent you?  It's been seven
months."

And I ask you whether or not Grand
Jury Exhibit 69 is a letter written
to you from Abu Suliman?

A.    I said no.

(e)    Q.    You're sure?  You're under oath.

A.    Yes.

(Title 18, United States Code, Section 1623.)

<u>COUNT THREE HUNDRED SIX: FALSE STATEMENTS</u>

The Grand Jury further charges:

91. On or about September 23, 1997, in the Southern

142

FED-PEC0003880

District of New York, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," in a matter within the jurisdiction of the executive branch of the government, to wit, a criminal investigation based in the Southern District of New York, unlawfully, wilfully and knowingly, did make materially false statements and representations, to wit, the defendant falsely stated to a Special Agent of the Federal Bureau of Investigation that he had never heard that "Abu Ubaidah al Banshiri" had died and that he believed that "Abu Ubaidah al Banshiri" was then alive and well and living in Afghanistan with Usama Bin Laden when in truth and fact WADIH EL HAGE knew that "Abu Ubaidah al Banshiri" had died in Kenya in 1996.

(Title 18, United States Code, Section 1001.)

## COUNT THREE HUNDRED SEVEN: FALSE STATEMENTS

The Grand Jury further charges:

92. On or about October 17, 1997, in Arlington, Texas, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," in a matter within the jurisdiction of the executive branch of the government, to wit, a criminal investigation based in the Southern District of New York, unlawfully, wilfully and knowingly, did make materially false statements and

143

FED-PEC0003881

representations, to wit, the defendant falsely stated to a
Special Agent of the Federal Bureau of Investigation that he had
never heard that "Abu Ubaidah al Banshiri," a military commander
for Usama Bin Laden, had died when in truth and fact WADI EL HAGE

knew that "Abu Ubaidah al Banshiri" had died in Kenya in 1996.

(Title 18, United States Code, Section 1001.)

COUNT THREE HUNDRED EIGHT: FALSE STATEMENTS

93. On or about August 20, 1998, in Dallas, Texas, and
Arlington, Texas, the defendant WADIH EL HAGE, a/k/a "Abdus
Sabbur," a/k/a "Abd al Sabbur," a/k/a "Wadia," a/k/a "Abu
Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a
"the Manager," a/k/a "Tanzanite," in a matter within the
jurisdiction of the executive branch of the government, to wit, a
criminal investigation based in the Southern District of New
York, unlawfully, wilfully and knowingly, did make materially
false statements and representations, to wit, the defendant
falsely stated to a Special Agent of the Federal Bureau of
Investigation that he did not know Mohamed Sadeek Odeh and did
not recognize his photograph when in truth and fact EL HAGE knew
Mohamed Sadeek Odeh.

(Title 18, United States Code, Section 1001.)

FED-PEC0003882

## COUNTS THREE HUNDRED NINE THROUGH THREE HUNDRED TWENTY:

### THE EFFORT TO TAKE HOSTAGES AND
### THE ATTEMPTED MURDER OF A CORRECTIONS OFFICER

COUNT THREE HUNDRED NINE:

CONSPIRACY TO TAKE HOSTAGES

The Grand Jury further charges:

94.  From at least in or about October 2000 through in or about early November 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, who is not a national of the United States, together with others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly combined, conspired, confederated and agreed together and with each other to seize and detain, and threaten to kill, to injure, and to continue to detain other persons in order to compel third persons and governmental organizations to do and abstain from doing acts as an explicit and implicit condition for the release of the persons detained, to wit, MAMDOUH MAHMUD SALIM, the defendant, conspired with others to take hostages (including correction officers, other prison officials, attorneys, and other civilians) in the Metropolitan Correctional Center, in New York, New York, in order to compel the release of persons confined by the Bureau of Prisons in the United States.

Overt Acts

95.  In furtherance of the conspiracy and to effect the

145

FED-PEC0003883

illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York:

a.  On or before November 1, 2000, MAMDOUH MAHMOUD SALIM, the defendant, possessed in his cell on the high security wing of the Metropolitan Correctional Center a note containing entries including "Dividing the work of hunting," "Preparation," and "Attack."

b.  On or before November 1, 2000, MAMDOUH MAHMOUD SALIM, the defendant, possessed in his cell on the high security wing of the Metropolitan Correctional Center a note containing entries including "The guard," "Taking things from the room (..., the knives, the paper for the window)," and "Quick arming the electricity."

c.  On or before November 1, 2000, MAMDOUH MAHMOUD SALIM, the defendant, possessed in his cell on the high security wing of the Metropolitan Correctional Center a note containing entries including "Handling and identifying the keys," "The video and stopping it," "Electricity and its layout," and "Luring the hunt and opening the door for him."

d.  On or before November 1, 2000, MAMDOUH MAHMOUD SALIM, the defendant, possessed in his cell on the high security wing at the Metropolitan Correctional Center a note stating, in part, "we have captured the tenth flr. in the MCC and we have several lawyers and officials," and further stating that "[i]f the government worrys (sic) about the safty (sic) of its

146

FED-PEC0003884

citizines (sic) it has to comply with all our demands, otherwise, it will be responsible for any consequences."

       e.  On or about November 1, 2000, at approximately 10:15 a.m., MAMDOUH MAHMUD SALIM, the defendant, agreed to meet, and did meet with, his attorneys in a room on Unit 10 South of the Metropolitan Correctional Center.

       f.  On or about November 1, 2000, at approximately 10:30 a.m., MAMDOUH MAHMUD SALIM, the defendant, asked a corrections officer (hereafter "Corrections Officer One") to allow SALIM to return to his cell at the Metropolitan Correctional Center for the stated purpose of obtaining additional legal materials.

       g.  On or about November 1, 2000, at approximately 10:35 a.m., Corrections Officer One was assaulted, placed in handcuffs, and stabbed in the eye with a makeshift knife, fashioned by sharpening a comb obtained from the prison commissary, in or near the cell occupied by the defendant MAMDOUH MAHMUD SALIM and another person known to the Grand Jury, named as a coconspirator but not as a defendant herein.

       h.  On or about November 1, 2000, the keys to certain doors on the 10 South high security unit of the Metropolitan Correctional Center were taken by force from Corrections Officer One.

       i.  On or about November 1, 2000, the electrical junction box located immediately outside the cell shared by

147

MAMDOUH MAHMUD SALIM and another person known to the Grand Jury on the 10 South high security unit of the Metropolitan Correctional Center was tampered with.

       j.  On or about November 1, 2000, the lens of the surveillance camera located inside the cell shared by MAMDOUH MAHMUD SALIM and another person known to the Grand Jury on the 10 South high security unit of the Metropolitan Correctional Center was blocked.

       k.  On or about November 1, MAMDOUH MAHMUD SALIM, the defendant, and another person known to the Grand Jury, each assaulted corrections officers responding to the aid of Corrections Officer One who had been stabbed in the eye, by spraying the responding officers with irritants consisting of liquids obtained as food items.

       l.  On or about November 1, 2000, MAMDOUH MAHMUD SALIM, the defendant, attacked various of the responding corrections officers with his fists and stabbed one of the responding officers with another improvised weapon.

      (Title 18, United States Code, Section 1203(a).)

COUNT THREE HUNDRED TEN:

ATTEMPTED HOSTAGE TAKING

The Grand Jury further charges:

148

FED-PEC0003886

96.   On or about November 1, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, who is not a national of the United States, and at least one other person known to the Grand Jury, unlawfully, willfully, and knowingly attempted to seize and detain and threaten to kill, to injure, and to continue to detain another person in order to compel third persons and governmental organizations to do and abstain from doing acts as a condition for the release of the person detained, to wit, MAMDOUH MAHMUD SALIM, the defendant, and another person known to the Grand Jury attempted to take hostages at the Metropolitan Correctional Center, in New York, New York.

(Title 18, United States Code, Sections 1203(a) and 2.)

### COUNT THREE HUNDRED ELEVEN:

### CONSPIRACY TO MURDER A FEDERAL OFFICIAL

The Grand Jury further charges:

97. From at least in or about October 2000 through in or about early November 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, together with others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly combined, conspired, confederated and agreed together and with each other to violate the laws of the United States relating to homicide.

### Object of the Conspiracy

149

98.   It was a part and an object of the conspiracy that MAMDOUH MAHMUD SALIM, the defendant, together with others known and unknown to the Grand Jury, as part of an effort to take hostages to compel the release of persons detained in United States detention facilities, would and did agree to kill and attempted to kill officers and employees of the United States and of agencies of the United States Government while such officers and employees were engaged in, and on account of, the performance of official duties, as was necessary in order to carry out their hostage-taking plan, in violation of Title 18, United States Code, Section 1114.

Overt Acts

99.   In furtherance of said conspiracy, and to effect the objects thereof, MAMDOUH SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, and others known and unknown to the Grand Jury, committed the overt acts set forth in Count Three Hundred Nine of this Indictment, which are fully incorporated by reference herein.

(Title 18, United States Code, Section 1117.)

COUNT THREE HUNDRED TWELVE:

ATTEMPTED MURDER OF A FEDERAL OFFICIAL

The Grand Jury further charges:

100. On or about November 1, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al

150

Iraqi," a/k/a "Abu Hajer," the defendant, and another person known to the Grand Jury, named as a co-conspirator but not as a defendant herein, unlawfully, willfully, and knowingly attempted to commit the murder, as that term is defined in Title 18, United States Code, Section 1111(a), of an officer and employee of the United States and an agency of the United States Government while such officer and employee was engaged in and on account of the performance of official duties, to wit, MAMDOUH MAHMUD SALIM, the defendant, and another person known to the Grand Jury attempted to kill Corrections Officer One at the Metropolitan Correctional Center, in New York, New York, by stabbing him in the eye with a sharpened comb and by forcibly resisting other corrections officers who came to his aid.

(Title 18, United States Code, Sections 1114, 1114(1), and 2.)

## COUNTS THREE HUNDRED THIRTEEN THROUGH THREE HUNDRED TWENTY-ONE

### ASSAULTS OF FEDERAL OFFICIALS

#### COUNT THREE HUNDRED THIRTEEN

The Grand Jury further charges:

101. On or about November 1, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, and another person known to the Grand Jury, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and

FED-PEC0003889

an agency of the United States Government while engaged in and on account of the performance of official duties, and, in the commission of such acts, did use a deadly and dangerous weapon and inflict bodily injury, to wit, MAMDOUH MAHMUD SALIM, the defendant, and another person known to the Grand Jury worked together to stab Corrections Officer One at the Metropolitan Correctional Center, in New York, New York, with a knife fashioned from a sharpened comb.

(Title 18, United States Code, Sections 111(a)(1), 111(b), and 2.)

COUNT THREE HUNDRED FOURTEEN

The Grand Jury further charges:

102. On or about November 1, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States and an agency of the United States Government while engaged in and on account of the performance of official duties, and, in the commission of such acts, did use a deadly and dangerous weapon and inflict bodily injury on the corrections officers, to wit, MAMDOUH MAHMUD SALIM, the defendant, after Corrections Officer One was stabbed in the eye with a sharpened comb at the Metropolitan Correctional Center, in New York, New York, stabbed with a weapon made from a sharpened brush a

152

FED-PEC0003890

corrections officer known to the Grand Jury ("Corrections Officer Two") who responded to the scene of the earlier stabbing.

(Title 18, United States Code, Sections
111(a)(1), 111(b), and 2.)

COUNT THREE HUNDRED FIFTEEN

CONSPIRACY TO ESCAPE

The Grand Jury further charges:

103. From at least in or about October 2000 through in or about early November 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, together with others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly combined, conspired, confederated and agreed together and with each other to commit an offense against the United States in violation of Title 18, United States Code, Section 751(a).

104. It was a part and an object of the conspiracy that the defendant and others would and did attempt to escape from the custody of the Attorney General and her authorized representatives, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, to wit, MAMDOUH MAHMUD SALIM, the defendant, who was charged with, among other things, the felony offense of conspiring to kill United States nationals and who was detained pursuant to Court order pending trial of that and other offenses, and others would and did attempt to escape from the Metropolitan

153

FED-PEC0003891

Correctional Center, in New York, New York.

<u>Overt Acts</u>

105.   In furtherance of said conspiracy, and to effect the objects thereof, MAMDOUH SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, and others known and unknown to the Grand Jury, committed the overt acts set forth in Count Three Hundred Nine of this Indictment, which are fully incorporated by reference herein.

(Title 18, United States Code, Section 371.)

<u>COUNT THREE HUNDRED SIXTEEN</u>

<u>ATTEMPTED ESCAPE</u>

The Grand Jury further charges:

106. On or about November 1, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, and another person known to the Grand Jury, named as a co-conspirator but not as a defendant herein, unlawfully, willfully, and knowingly attempted to escape from the custody of the Attorney General and her authorized representatives, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, to wit, MAMDOUH MAHMUD SALIM, the defendant, and another person known to the Grand Jury, who were both charged with, among other things, the felony offense of conspiring to kill United States nationals and who were detained pursuant to Court order pending trial of that and other offenses, attempted

154

FED-PEC0003892

to escape from the Metropolitan Correctional Center, in New York, New York.

(Title 18, United States Code, Sections 751(a) and 2.)

## COUNTS THREE HUNDRED SEVENTEEN THROUGH THREE HUNDRED NINETEEN

### POSSESSION OF WEAPONS IN PRISON

#### COUNT THREE HUNDRED SEVENTEEN

The Grand Jury further charges:

107. On or about November 1, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, and another person known to the Grand Jury, being inmates of a prison, as that term is defined in Title 18, United States Code, Section 1791(d)(4), unlawfully, willfully, and knowingly made, possessed and obtained, and attempted to make, possess and obtain, a prohibited object, to wit, a weapon and an item designed to be used as a weapon, as that term is defined in Title 18, United States Code, Section 1791(d)(1)(B), to wit, MAMDOUH MAHMUD SALIM, the defendant, and another person known to the Grand Jury made, possessed and obtained a sharpened comb in the high security unit at the Metropolitan Correctional Center, in New York, New York.

(Title 18, United States Code, Sections 1791(a)(2) and 2.)

#### COUNT THREE HUNDRED EIGHTEEN

The Grand Jury further charges:

108. On or about November 1, 2000, in the Southern

155

District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, being an inmate of a prison, as that term is defined in Title 18, United States Code, Section 1791(d)(4), unlawfully, willfully, and knowingly made, possessed and obtained, and attempted to make, possess and obtain, a prohibited object, to wit, a weapon and an item designed to be used as a weapon, as that term is defined in Title 18, United States Code, Section 1791(d)(1)(B), to wit, MAMDOUH MAHMUD SALIM, the defendant, made, possessed and obtained a sharpened brush in the high security unit at the Metropolitan Correctional Center, in New York, New York.

(Title 18, United States Code, Sections 1791(a)(2) and 2.)

COUNT THREE HUNDRED NINETEEN

The Grand Jury further charges:

109. On or about November 6, 2000, in the Southern District of New York, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer al Iraqi," a/k/a "Abu Hajer," the defendant, being an inmate of a prison, as that term is defined in Title 18, United States Code, Section 1791(d)(4), unlawfully, willfully, and knowingly made, possessed and obtained, and attempted to make, possess and obtain, a prohibited object, to wit, a weapon and an item designed to be used as a weapon, as that term is defined in Title 18, United States Code, Section 1791(d)(1)(B), to wit, MAMDOUH MAHMUD SALIM, the defendant, while detained in a hospital facility for inmates, secreted and possessed a needle taken from

156

an intravenous line that had been inserted in his arm for medical

treatment purposes.

    (Title 18, United States Code, Sections 1791(a)(2) and 2.)


_____                    _____
FOREPERSON                                MARY JO WHITE
                                        United States Attorney

FED-PEC0003895