**STATEMENT OF ACCOUNT**


بنك دبي الإسلامي
Dubai Islamic Bank

| BRANCH: MAIN BRANCH | |
|---|---|

| ACCOUNT NO. | ███████3001 |
|---|---|
| CURRENCY: | U.A.E. DIRHAM |
| STATEMENT DATE: | 08/17/2015 |
| FROM: 19930101 | TO: 19931231 |

SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
Kingdom of Saudi Arabia
Jeddah P.O. Box 42219

| Trans. Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| | *Opening Balance* | - | - | 0.00 |
| 02/16/1993 | 4179488 | 0.00 | 100.00 | 100.00 |
| 04/22/1993 | 3968165 | 0.00 | 450,003.36 | 450,103.36 |
| 04/22/1993 | CHEQUE NUMBER: 998131 | 450,000.00 | 0.00 | 103.36 |
| 05/22/1993 | CHEQUE NUMBER: 998132 | 20,000.00 | 0.00 | -19,896.64 |
| 05/22/1993 | 6310911 | 0.00 | 22,008.00 | 2,111.36 |
| 07/14/1993 | 6907072 | 0.00 | 26,499.00 | 28,610.36 |
| 07/24/1993 | VISA subscription fees | 300.00 | 0.00 | 28,310.36 |
| 09/11/1993 | 6414457 | 18,450.00 | 0.00 | 9,860.36 |
| 09/11/1993 | 6395049 | 9,000.00 | 0.00 | 860.36 |
| 09/15/1993 | Transferred from 2/43/5/520 | 0.00 | 4,253.35 | 5,113.71 |
| 09/15/1993 | 6414497 | 4,250.00 | 0.00 | 863.71 |
| 09/29/1993 | 6809187 | 0.00 | 4,269.73 | 5,133.44 |
| 10/16/1993 | Cash withdrawal with a document | 4,250.00 | 0.00 | 883.44 |
| 10/16/1993 | Cash deposit | 0.00 | 92,097.46 | 92,980.90 |
| 10/20/1993 | 6412009 | 30,000.00 | 0.00 | 62,980.90 |
| 11/02/1993 | 6416196 | 10,000.00 | 0.00 | 52,980.90 |
| 11/20/1993 | 6037566 | 12,724.00 | 0.00 | 40,256.90 |
| 11/20/1993 | 6037892 | 10,000.00 | 0.00 | 30,256.90 |
| 11/28/1993 | Cash deposit | 0.00 | 10,000.00 | 40,256.90 |
| 11/28/1993 | Cash deposit | 0.00 | 12,000.00 | 52,256.90 |
| 12/05/1993 | 6396526 | 10,000.00 | 0.00 | 42,256.90 |
| 12/21/1993 | 4975967 | 8,500.00 | 0.00 | 33,756.90 |

- Unless we receive a claim from your side within 15 days, this statement will be considered correct.
- (---) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
- ERRORS AND OMISSIONS EXCEPTED

Head Office: Tel. 2953000   Fax: 2954111   Tlx: 45889/48772 ISLAMI EM P.O. Box 1080 Dubai

Page 1 of 2

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

DIB_003540

## STATEMENT OF ACCOUNT


بنك دبي الإسلامي
Dubai Islamic Bank

| BRANCH: MAIN BRANCH | |
|---|---|

| ACCOUNT NO. | 3001 |
|---|---|
| CURRENCY: | U.A.E. DIRHAM |
| STATEMENT DATE: | 08/17/2015 |
| FROM: 19930101 | TO: 19931231 |

SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
Kingdom of Saudi Arabia
Jeddah P.O. Box 42219

| Trans. Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| | ***Total Debit & Total Credit*** <br> ***Final Balance*** | 587,474.00 | 621,230,90 | 33,756.90 |

- Unless we receive a claim from your side within 15 days, this statement will be considered correct.
- (---) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
- ERRORS AND OMISSIONS EXCEPTED

Head Office: Tel. 2953000   Fax: 2954111   Tlx: 45889/48772 ISLAMI EM P.O. Box 1080 Dubai

Page 2 of 2

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

DIB_003541

**STATEMENT OF CURRENT ACCOUNT**


Dubai Islamic Bank
Shareholding Company Incorporated in UAE

PAGE NO. 1

| BRANCH: MAIN BRANCH | ACCOUNT NO. ▮▮▮▮ 20 01 | SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB Kingdom of Saudi Arabia Jeddah P.O. Box 42219 |
|---|---|---|
| CURRENCY: U.A.E. DIRHAM | From: 02/16/1993 AD To: 12/31/1993 AD | |

| DATE | PARTICULARS | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
| | Transferred balance | | | 0.00 |
| 02/16/1993 | 4179488 | | 100.00 | 100.00 |
| 04/22/1993 | 3968165 | | 450,003.36 | 450,103.36 |
| 04/22/1993 | Check No. 998131 | 450,000.00 | | 103.36 |
| 05/22/1993 | Check No. 998132 | 20,000.00 | | -19,896.64 |
| 05/22/1993 | 6310911 | | 22,008.00 | 2,111.36 |
| 07/14/1993 | 6907072 | | 26,499.00 | 28,610.36 |
| 07/24/1993 | VISA subscription fees | 300.00 | | 28,310.36 |
| 09/11/1993 | 6414457 | 18,450.00 | | 9,860.36 |
| 09/11/1993 | 6395049 | 9,000.00 | 4,253.35 | 860.36 |
| 09/15/1993 | Transferred from 2/43/5/520 | | | 5,113.71 |
| 09/15/1993 | 6414497 | 4,250.00 | 4,269.73 | 863.71 |
| 09/29/1993 | 6809187 | | | 5,133.44 |
| 10/16/1993 | Cash withdrawal with a document | 4,250.00 | | 883.44 |
| 10/16/1993 | Cash deposit | | 92,097.46 | 92,980.90 |
| 10/20/1993 | 6412009 | 30,000.00 | | 62,980.90 |
| 11/02/1993 | 6416196 | 10,000.00 | | 52,980.90 |
| 11/20/1993 | 6037566 | 12,724.00 | 10,000.00 | 40,256.90 |
| 11/20/1993 | 6037892 | | 12,000.00 | 30,256.90 |
| 11/28/1993 | Cash deposit | | | 40,256.90 |
| 11/28/1993 | Cash deposit | | | 52,256.90 |
| 12/05/1993 | 6396526 | 10,000.00 | | 42,256.90 |
| 12/21/1993 | 4975967 | 8,500.00 | | 33,756.90 |
| | Final balance | 587,474.00 | 621,230.90 | 33,756.90 |

- Unless we receive a claim from your side within 15 days, this statement will be considered correct.
- (---) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

DIB_003519



# STATEMENT OF ACCOUNT
كشف حساب

| | |
|---|---|
| BRANCH : | MAIN BRANCH |

سيدي المدني الغازي مصطفى الطيب
المملكة العربية السعودية
جدة ص ب 42219

| | | |
|---|---|---|
| ACCOUNT NO : | | 3001 |
| CURRENCY : | U.A.E. DIRHAM | |
| STATEMENT DATE : | 17/08/2015 | |
| FROM : | 19930101 TO | 19931231 |

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| | *Opening Balance* | - | - | 0.00 |
| 16/02/1993 | 4179488 | 0.00 | 100.00 | 100.00 |
| 22/04/1993 | 3968165 | 0.00 | 450,003.36 | 450,103.36 |
| 22/04/1993 | CHEQUE NUMBER: 998131 | 450,000.00 | 0.00 | 103.36 |
| 22/05/1993 | CHEQUE NUMBER: 998132 | 20,000.00 | 0.00 | -19,896.64 |
| 22/05/1993 | 6310911 | 0.00 | 22,008.00 | 2,111.36 |
| 14/07/1993 | 6907072 | 0.00 | 26,499.00 | 28,610.36 |
| 24/07/1993 | رسوم اشتراك فيزا | 300.00 | 0.00 | 28,310.36 |
| 11/09/1993 | 6414457 | 18,450.00 | 0.00 | 9,860.36 |
| 11/09/1993 | 6395049 | 9,000.00 | 0.00 | 860.36 |
| 15/09/1993 | محول من 520/5/43/2 | 0.00 | 4,253.35 | 5,113.71 |
| 15/09/1993 | 6414497 | 4,250.00 | 0.00 | 863.71 |
| 29/09/1993 | 6809187 | 0.00 | 4,269.73 | 5,133.44 |
| 16/10/1993 | سحب نقدي بمستند | 4,250.00 | 0.00 | 883.44 |
| 16/10/1993 | ايداع نقدي | 0.00 | 92,097.46 | 92,980.90 |
| 20/10/1993 | 6412009 | 30,000.00 | 0.00 | 62,980.90 |
| 02/11/1993 | 6416196 | 10,000.00 | 0.00 | 52,980.90 |
| 20/11/1993 | 6037566 | 12,724.00 | 0.00 | 40,256.90 |
| 20/11/1993 | 6037892 | 10,000.00 | 0.00 | 30,256.90 |
| 28/11/1993 | ايداع نقدي | 0.00 | 10,000.00 | 40,256.90 |
| 28/11/1993 | ايداع نقدي | 0.00 | 12,000.00 | 52,256.90 |
| 05/12/1993 | 6396526 | 10,000.00 | 0.00 | 42,256.90 |
| 21/12/1993 | 4975967 | 8,500.00 | 0.00 | 33,756.90 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (—) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O.E.

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

Page 1 of 2

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003540



# STATEMENT OF ACCOUNT

كشف حساب

**Dubai Islamic Bank**

| BRANCH : | MAIN BRANCH |

سيدى المدنى الغازى مصطفى الطيب
المملكة العربية السعودية
جدة ص ب 42219

| ACCOUNT NO | : | ███████3001 |
| CURRENCY | : | U.A.E. DIRHAM |
| STATEMENT DATE : | 17/08/2015 |
| FROM | : | 19930101 | TO | 19931231 |

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| | Total Debit & Total Credit | 587,474.00 | 621,230.90 | |
| | Final Balance | | | 33,756.90 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (—) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O.E.

Head Office : Tel.: 2953000, Fax : 2954111, Tlx : 45889 / 48772 ISLAMI EM, P.O. Box : 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003541



# Dubai Islamic Bank

## STATEMENT OF CURRENT ACCOUNT

PAGE NO. 1
ACCOUNT NO. [REDACTED] 20 01
BRANCH
From: 16/02/1993
To: 31/12/1993
CURRENCY

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| 0.00 | | | رصيد منقول | |
| 100.00 | 100.00 | | 4179488 | 16/02/1993 |
| 450,103.36 | 450,003.36 | | 3968165 | 22/04/1993 |
| 103.36 | | 450,000.00 | شيك رقم 998131 | 22/04/1993 |
| 19,896.64- | | 20,000.00 | شيك رقم 998132 | 22/05/1993 |
| 2,111.36 | 22,008.00 | | 6310911 | 22/05/1993 |
| 28,610.36 | 26,499.00 | | 6907072 | 14/07/1993 |
| 28,310.36 | | 300.00 | رسوم اشتراك فيزا | 24/07/1993 |
| 9,860.36 | | 18,450.00 | 6414457 | 11/09/1993 |
| 860.36 | | 9,000.00 | 6395049 | 11/09/1993 |
| 5,113.71 | 4,253.35 | | محول من 520/5/43/2 | 15/09/1993 |
| 863.71 | | 4,250.00 | 6414497 | 15/09/1993 |
| 5,133.44 | 4,269.73 | | 6809187 | 29/09/1993 |
| 883.44 | | 4,250.00 | سحب نقدي بمستند | 16/10/1993 |
| 92,980.90 | 92,097.46 | | ايداع نقدي | 16/10/1993 |
| 62,980.90 | | 30,000.00 | 6412009 | 20/10/1993 |
| 52,980.90 | | 10,000.00 | 6416196 | 02/11/1993 |
| 40,256.90 | | 12,724.00 | 6037566 | 20/11/1993 |
| 30,256.90 | | 10,000.00 | | |
| 40,256.90 | 10,000.00 | | 6037892 | 20/11/1993 |
| 52,256.90 | 12,000.00 | | ايداع نقدي | 28/11/1993 |
| 42,256.90 | | 10,000.00 | ايداع نقدي | 28/11/1993 |
| 33,756.90 | | 8,500.00 | 6396526 | 05/12/1993 |
| | | | 4975967 | 21/12/1993 |
| 33,756.90 | 621,230.90 | 587,474.00 | الرصيد النهائي : | |

Unless we receive a claim from your side within 15 days this statement will be considered correct.
(-) DENOTES DEBIT BALANCE.
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003519



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220309BBG/DIB

**Language**: Arabic

**Documents**:
DIB3509-3521
DIB3540-3544
DIB3545-3549
Arabic Document

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed**: _Farah Alshekhli_                              **Date**: May 9, 2022