**STATEMENT OF CURRENT ACCOUNT**



Dubai Islamic Bank
Shareholding Company Incorporated in UAE

PAGE NO. 1

BRANCH: MAIN BRANCH  ACCOUNT NO. ████ 20 01  
SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB  
Kingdom of Saudi Arabia  
Jeddah P.O. Box 42219

CURRENCY: U.A.E. DIRHAM  
From: 01/01/1994 AD  
To: 12/31/1994 AD

| DATE | PARTICULARS | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
|  | Transferred balance |  |  | 33,756.90 |
| 01/02/1994 | 7249290 |  | 93,800.00 | 127,556.90 |
| 03/10/1994 | 6424316 | 12,750.00 |  | 114,806.90 |
| 04/14/1994 | Cash withdrawal with a document | 4,250.00 |  | 110,556.90 |
| 04/20/1994 | Check No. 998139 | 20,000.00 |  | 90,556.90 |
| 05/03/1994 | Check No. 998140 | 20,000.00 |  | 70,556.90 |
| 05/14/1994 | 6430498 | 4,250.00 |  | 66,306.90 |
| 05/19/1994 | 6403800 | 15,000.00 |  | 51,306.90 |
| 06/05/1994 | 6403 | 5,000.00 |  | 46,306.90 |
| 06/05/1994 | Cancellation – withdrawal |  | 5,000.00 | 51,306.90 |
| 06/05/1994 | 6403679 | 5,000.00 |  | 46,306.90 |
| 06/05/1994 | Cancellation – withdrawal |  | 5,000.00 | 51,306.90 |
| 06/05/1994 | 6403268 | 5,000.00 |  | 46,306.90 |
| 06/18/1994 | 6402313 | 4,250.00 |  | 42,056.90 |
| 06/28/1994 | 6057007 | 5,000.00 |  | 37,056.90 |
| 07/20/1994 | Cash withdrawal with a document | 4,250.00 |  | 32,806.90 |
| 07/20/1994 | Cash withdrawal with a document | 200.00 |  | 29,806.90 |
| 07/27/1994 | VISA debit 26 | 4,250.00 |  | 29,606.90 |
| 08/18/1994 | 6382425 | 10,000.00 |  | 25,356.90 |
| 09/04/1994 | 6062127 |  |  | 15,356.90 |
| 09/06/1994 | 7224114 |  | 109,950.00 | 125,306.90 |
| 09/06/1994 | 6430699 | 110,100.00 |  | 15,206.90 |
| 09/07/1994 | 7760884 | 4,250.00 |  | 10,956.90 |
| 09/07/1994 | 2624/94 | 80.00 |  | 10,876.90 |
| 09/08/1994 | Cash card fees | 50.00 |  | 10,826.90 |
| 09/17/1994 | ATM withdrawal | 5,000.00 |  | 5,728.90 |
| 09/17/1994 | 7223324 |  | 44,902.00 | 50,728.90 |
| 09/17/1994 | 7761143 | 45,000.00 |  | 5,728.90 |
| 09/19/1994 | 7223344 |  | 109,950.00 | 115,678.90 |
| 09/19/1994 | 7761270 | 109,950.00 |  | 5,728.90 |
|  | Balance carried over | 396,630.00 | 368,602.00 | 5,728.90 |

- Unless we receive a claim from your side within 15 days, this statement will be considered correct.
- (---) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS

**CONFIDENTIAL**

This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

DIB_003518

**STATEMENT OF ACCOUNT**


Dubai Islamic Bank

| BRANCH: MAIN BRANCH | | |
|---|---|---|
| ACCOUNT NO. | | 3001 |
| CURRENCY: | U.A.E. DIRHAM | |
| STATEMENT DATE: | 08/17/2015 | |
| FROM: 19940101 | TO: 19941231 | |

SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
Kingdom of Saudi Arabia
Jeddah P.O. Box 42219

| Trans. Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| 09/17/1994 | ATM WITHDRAWAL | 5,000.00 | 0.00 | 5,826.90 |
| 09/17/1994 | 7223324 | 0.00 | 44,902.00 | 50,728.90 |
| 09/17/1994 | 7761143 | 45,000.00 | 0.00 | 5,728.90 |
| 09/19/1994 | 7223344 | 0.00 | 109,950.00 | 115,678.90 |
| 09/19/1994 | 7761270 | 109,950.00 | 0.00 | 5,728.90 |
| 09/26/1994 | VISA debit 2690 | 12,500.30 | 0.00 | -6,771.40 |
| 10/01/1994 | 7223500 | 0.00 | 128,345.00 | 121,573.60 |
| 10/01/1994 | 7772909 | 121,500.00 | 0.00 | 73.60 |
| 10/04/1994 | 7233460 | 0.00 | 55,020.00 | 55,093.60 |
| 10/18/1994 | CHEQUE NUMBER: 998141 | 50,000.00 | 0.00 | 5,093.60 |
| 10/19/1994 | Cash withdrawal with a document | 4,680.00 | 0.00 | 413.60 |
| 11/15/1994 | 7239156 | 0.00 | 366,800.00 | 367,213.60 |
| 11/22/1994 | CHEQUE NUMBER: 998133 | 29,000.00 | 0.00 | 338,213.60 |
| 11/26/1994 | CHEQUE NUMBER: 998142 | 100,000.00 | 0.00 | 238,213.60 |
| 11/26/1994 | CHEQUE NUMBER: 998143 | 100,000.00 | 0.00 | 138,213.60 |
| 11/26/1994 | CHEQUE NUMBER: 998144 | 100,000.00 | 0.00 | 38,213.60 |
| 12/01/1994 | 7764530 | 4,250.00 | 0.00 | 33,963.60 |
| 12/01/1994 | 7227775 | 0.00 | 57,980.30 | 91,943.90 |
| 12/01/1994 | 3508/94 | 58,131.00 | 0.00 | 33,812.90 |
| 12/05/1994 | ATM WITHDRAWAL | 7,000.00 | 0.00 | 26,812.90 |
| 12/27/1994 | 7763334 | 4,250.00 | 0.00 | 22,562.90 |
| 12/27/1994 | 7227370 | 0.00 | 85,028.00 | 107,590.90 |
| 12/27/1994 | 7779312 | 85,722.50 | 0.00 | 21,868.40 |

- Unless we receive a claim from your side within 15 days, this statement will be considered correct.
- (---) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
- ERRORS AND OMISSIONS EXCEPTED

Head Office: Tel. 2953000   Fax: 2954111   Tlx: 45889/48772 ISLAMI EM P.O. Box 1080 Dubai

Page 2 of 3

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

DIB_003543

## STATEMENT OF ACCOUNT


Dubai Islamic Bank

| BRANCH: MAIN BRANCH | |
|---|---|

| ACCOUNT NO. | ▇▇▇▇3001 | SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB |
| --- | --- | --- |
| CURRENCY: | U.A.E. DIRHAM | Kingdom of Saudi Arabia |
| STATEMENT DATE: | 08/17/2015 | Jeddah P.O. Box 42219 |
| FROM: 19940101 | TO: 19941231 | |

| Trans. Date | Particulars | Debit | Credit | Balance |
| --- | --- | --- | --- | --- |
| | *Total Debit & Total Credit* | 1,073,663.80 | 1,061,775.30 | |
| | *Final Balance* | | | 21,868.40 |

- Unless we receive a claim from your side within 15 days, this statement will be considered correct.
- (---) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS
- ERRORS AND OMISSIONS EXCEPTED

Head Office: Tel. 2953000   Fax: 2954111   Tlx: 45889/48772 ISLAMI EM P.O. Box 1080 Dubai

Page 3 of 3

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

DIB_003544



## STATEMENT OF CURRENT ACCOUNT
### Dubai Islamic Bank
Shareholding Company Incorporated in U.A.E.

PAGE NO. 1

ACCOUNT NO. ▮▮▮▮▮ 20 01

BRANCH

From 01/01/1994
To: 31/12/1994

CURRENCY

| BALANCE | DEPOSIT | WITHDRAWAL | PARTICULARS | DATE |
|---|---|---|---|---|
| 33,756.90 | | | رصيد منقول | |
| 127,556.90 | 93,800.00 | | 7249290 | 02/01/1994 |
| 114,806.90 | | 12,750.00 | 6424316 | 10/03/1994 |
| 110,556.90 | | 4,250.00 | سحب نقدي بمستند | 14/04/1994 |
| 90,556.90 | | 20,000.00 | شيك رقم 998139 | 20/04/1994 |
| 70,556.90 | | 20,000.00 | شيك رقم 998140 | 03/05/1994 |
| 66,306.90 | | 4,250.00 | 6430498 | 14/05/1994 |
| 51,306.90 | | 15,000.00 | 6403800 | 19/05/1994 |
| 46,306.90 | | 5,000.00 | 6403 | 05/06/1994 |
| 51,306.90 | 5,000.00 | | إلغاء - سحب | 05/06/1994 |
| 46,306.90 | | 5,000.00 | 6403679 | 05/06/1994 |
| 51,306.90 | 5,000.00 | | إلغاء - سحب | 05/06/1994 |
| 46,306.90 | | 5,000.00 | 6403268 | 05/06/1994 |
| 42,056.90 | | 4,250.00 | 6402313 | 18/06/1994 |
| 37,056.90 | | 5,000.00 | 6057007 | 28/06/1994 |
| 32,806.90 | | 4,250.00 | سحب نقدي بمستند | 20/07/1994 |
| 29,806.90 | | 3,000.00 | سحب نقدي بمستند | 20/07/1994 |
| 29,606.90 | | 200.00 | 26 مدين فيزا ؟ | 27/07/1994 |
| 25,356.90 | | 4,250.00 | 6382425 | 18/08/1994 |
| 15,356.90 | | 10,000.00 | 6062127 | 04/09/1994 |
| 125,306.90 | 109,950.00 | | 7224114 | 06/09/1994 |
| 15,206.90 | | 110,100.00 | 6430699 | 06/09/1994 |
| 10,956.90 | | 4,250.00 | 7760884 | 07/09/1994 |
| 10,876.90 | | 80.00 | 2624/94 | 07/09/1994 |
| 10,826.90 | | 50.00 | رسوم بطاقة نقدية | 08/09/1994 |
| 5,826.90 | | 5,000.00 | سحب الصراف الآلي | 17/09/1994 |
| 50,728.90 | 44,902.00 | | 7223324 | 17/09/1994 |
| 5,728.90 | | 45,000.00 | 7761143 | 17/09/1994 |
| 115,678.90 | 109,950.00 | | 7223344 | 19/09/1994 |
| 5,728.90 | | 109,950.00 | 7761270 | 19/09/1994 |
| 5,728.90 | 368,602.00 | 396,630.00 | رصيد مرحل | |

* مالم يصلنا أي اعتراض خطي من قبلكم خلال 15 يوماً يعتبر هذا الكشف صحيحاً
* (-) تعني الرصيد عليكم
  خطأ في حالة تغير عنوانكم

Unless we receive a claim from your side within 15 days this statement will be considered correct.
(-) DENOTES DEBIT BALANCE.
PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
E.&O.E.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003518



# STATEMENT OF ACCOUNT
كشف حساب

**Dubai Islamic Bank**
بنك دبي الإسلامي

**BRANCH** : MAIN BRANCH

سيدي المدني الغازي مصطفى الطيب

المملكة العربية السعودية
جدة ص ب 42219

**ACCOUNT NO** : ▮▮▮▮▮▮3001
**CURRENCY** : U.A.E. DIRHAM
**STATEMENT DATE** : 17/08/2015
**FROM** : 19940101    **TO**   19941231

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 17/09/1994 | . ATM-WITHDRAWAL | 5,000.00 | 0.00 | 5,826.90 |
| 17/09/1994 | 7223324 | 0.00 | 44,902.00 | 50,728.90 |
| 17/09/1994 | 7761143 | 45,000.00 | 0.00 | 5,728.90 |
| 19/09/1994 | 7223344 | 0.00 | 109,950.00 | 115,678.90 |
| 19/09/1994 | 7761270 | 109,950.00 | 0.00 | 5,728.90 |
| 26/09/1994 | مدين فيزا 2690 | 12,500.30 | 0.00 | -6,771.40 |
| 01/10/1994 | 7223500 | 0.00 | 128,345.00 | 121,573.60 |
| 01/10/1994 | 7772909 | 121,500.00 | 0.00 | 73.60 |
| 04/10/1994 | 7233460 | 0.00 | 55,020.00 | 55,093.60 |
| 18/10/1994 | CHEQUE NUMBER: 998141 | 50,000.00 | 0.00 | 5,093.60 |
| 19/10/1994 | سحب نقدي بمستند | 4,680.00 | 0.00 | 413.60 |
| 15/11/1994 | 7239156 | 0.00 | 366,800.00 | 367,213.60 |
| 22/11/1994 | CHEQUE NUMBER: 998133 | 29,000.00 | 0.00 | 338,213.60 |
| 26/11/1994 | CHEQUE NUMBER: 998142 | 100,000.00 | 0.00 | 238,213.60 |
| 26/11/1994 | CHEQUE NUMBER: 998143 | 100,000.00 | 0.00 | 138,213.60 |
| 26/11/1994 | CHEQUE NUMBER: 998144 | 100,000.00 | 0.00 | 38,213.60 |
| 01/12/1994 | 7764530 | 4,250.00 | 0.00 | 33,963.60 |
| 01/12/1994 | 7227775 | 0.00 | 57,980.30 | 91,943.90 |
| 01/12/1994 | 3508/94 | 58,131.00 | 0.00 | 33,812.90 |
| 05/12/1994 | . ATM-WITHDRAWAL | 7,000.00 | 0.00 | 26,812.90 |
| 27/12/1994 | 7763334 | 4,250.00 | 0.00 | 22,562.90 |
| 27/12/1994 | 7227370 | 0.00 | 85,028.00 | 107,590.90 |
| 27/12/1994 | 7779312 | 85,722.50 | 0.00 | 21,868.40 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (—) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O.E.

Head Office: Tel.: 2953000, Fax: 2954111, Tlx: 45889 / 48772 ISLAMI EM, P.O. Box: 1080 Dubai

Page 2 of 3

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003543



# STATEMENT OF ACCOUNT
كشف حساب

**Dubai Islamic Bank**
بنك دبي الإسلامي

| BRANCH | : | MAIN BRANCH |

| ACCOUNT NO | : | ██████3001 |
| CURRENCY | : | U.A.E. DIRHAM |
| STATEMENT DATE | : | 17/08/2015 |
| FROM | : | 19940101 | TO | 19941231 |

سيدى المدنى الغازى مصطفى الطيب
المملكة العربية السعودية
جدة ص ب 42219

| Trans Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| | *Total Debit & Total Credit* | 1,073,663.80 | 1,061,775.30 | |
| | *Final Balance* | | | 21,868.40 |

- Unless we receive a claim from your side within 15 days this statement will be considered correct.
- (—) DENOTES DEBIT BALANCE
- PLEASE INFORM US IN WRITING IF THERE IS ANY CHANGE IN YOUR ADDRESS.
- E. & O.E.

Head Office: Tel.: 2953000, Fax: 2954111, Tlx: 45889 / 48772 ISLAMI EM, P.O. Box: 1080 Dubai

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003544



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220309BBG/DIB

**Language**: Arabic

**Documents**:
DIB3509-3521
DIB3540-3544
DIB3545-3549
Arabic Document

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*  **Date**: May 9, 2022