```
03/17/2016                    STATEMENT OF GL ACCOUNT                    TM03R002
```

GL ACCOUNT NUMBER: ▮▮▮▮▮543 2    START DATE: 19930101    END DATE: 19931231
GL ACCOUNT NAME: SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
DRHM BALANCE: 1,614,120.55         AVAIL BALANCE: 439,455.64

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 02/16/1993 | 1 | 646/93 | | 299,050.00 | 299,050.00 |
| 04/22/1993 | 1 | 3968165 | 122,784.00 | | 176,266.00 |
| 05/22/1993 | 1 | 2283695 | 6,000.00 | | 170,266.00 |
| 07/13/1993 | 1 | 6346996 | | 57,200.00 | 227,466.00 |
| 07/27/1993 | 1 | 3003/93 | | 300,000.00 | 527,466.00 |
| 09/11/1993 | 1 | 2006877 | | 4,900.00 | 532,366.00 |
| 09/15/1993 | 1 | Transferred to Account ▮▮▮▮7230 | 1,165.30 | | 531,200.70 |
| 09/15/1993 | 1 | Reverse transactions 7 | | 1,165.30 | 532,366.00 |
| 09/15/1993 | 1 | Transferred to Account ▮▮▮▮7230 | 1,165.30 | | 531,200.70 |
| 09/29/1993 | 1 | 4269.73 | 1,165.00 | | 530,035.70 |
| 11/04/1993 | 1 | 2880/93 | 60,000.00 | | 470,035.70 |
| 11/28/1993 | 1 | 6356242 | 2,095.00 | | 467,940.70 |
| 11/29/1993 | 1 | TT 93/3068 | 5.45 | | 467,935.25 |
| 11/29/1993 | 1 | TT 93/3068 | 26,666.00 | | 441,269.25 |
| 12/21/1993 | 1 | 93/3315 | 1,800.00 | | 439,469.25 |
| 12/21/1993 | 1 | 93/3315 | 13.61 | | 439,455.64 |
| 12/21/1993 | 1 | 72 reverse transactions | | 1,800.00 | 441,255.64 |
| 12/21/1993 | 1 | 93/3315 | 1,800.00 | | 439,455.64 |
| 12/22/1993 | 1 | Assessment | 0.00 | | 439,455.64 |

END OF REPORT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

| | | | | | |
|---|---|---|---|---|---|
| 03/17/2016 | | | STATEMENT OF GL ACCOUNT | | TM03R002 |

GL ACCOUNT NUMBER: ▮▮▮▮543 2   START DATE: 19940101   END DATE: 19941231
GL ACCOUNT NAME: SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
DRHM BALANCE: 8,161.68         AVAIL BALANCE: 2,222.08

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 03/21/1994 | 1 | 872/94 | 220,000.00 | | 219,455.64 |
| 04/09/1994 | 1 | 6344407 | | 15,000.00 | 234,455.64 |
| 04/09/1994 | 1 | 1123/94 | 15,000.00 | | 219,455.64 |
| 05/31/1994 | 1 | 7817882 | | 38,583.15 | 258,038.79 |
| 06/02/1994 | 1 | 1711/94 | 20,000.00 | | 238,038.79 |
| 06/05/1994 | 1 | 1739/94 | 10,000.00 | | 228,038.79 |
| 09/06/1994 | 1 | 7774265 | 30,000.00 | | 198,038.79 |
| 09/07/1994 | 1 | 2624/94 | 120,000.00 | | 78,038.79 |
| 09/17/1994 | 1 | 7781067 | 12,251.57 | | 65,787.22 |
| 09/19/1994 | 1 | 7781090 | 30,000.00 | | 35,787.22 |
| 10/01/1994 | 1 | 7781324 | 35,000.00 | | 787.22 |
| 10/04/1994 | 1 | 7781350 | 15,000.00 | | -14,212.78 |
| 10/04/1994 | 1 | 7781351 | 135,000.00 | | -149,212.78 |
| 10/04/1994 | 1 | 3215/94 | 169,950.00 | | 20,737.22 |
| 10/06/1994 | 1 | 3254/94 | | 19,960.00 | 40,697.22 |
| 10/08/1994 | 1 | 3266/94 | | 114,950.00 | 155,647.22 |
| 11/15/1994 | 1 | 7782077 | 100,000.00 | | 55,647.22 |
| 12/01/1994 | 1 | 7775610 | 15,820.00 | | 39,827.22 |
| 12/08/1994 | 1 | 3601/94 | 3,500.00 | | 36,327.22 |
| 12/08/1994 | 1 | 3601/94 | 13.61 | | 36,313.61 |
| 12/08/1994 | 1 | 3600/94 | 10,877.92 | | 25,435.69 |
| 12/08/1994 | 1 | 3600/94 | 13.61 | | 25,422.08 |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

_____
03/17/2016                         STATEMENT OF GL ACCOUNT                    TM03R002
_____
GL ACCOUNT NUMBER:       ▓▓▓▓543 2   START DATE: 19940101     END DATE: 19941231
GL ACCOUNT NAME: SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
DRHM BALANCE: 8,161.68              AVAIL BALANCE: 2,222.08
_____
DATE          BR    DESCRIPTION           WITHDRAWAL        DEPOSIT        BALANCE
_____

12/27/1994    1     7779311                85,213.60                        -59,791.52
12/27/1994    1     35 reverse transactions                  85,213.60      25,422.08
12/27/1994    1     7779311                23,200.00                         2,222.08
_____
                              END OF REPORT

Confidential
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

2
DIB_003547

```
03/17/2016                    STATEMENT OF GL ACCOUNT                    TM03R002
```

GL ACCOUNT NUMBER: ▮▮▮▮543 2    START DATE: 19950101    END DATE: 19951231
GL ACCOUNT NAME: SEEDI AL MADANI AL GHAZI MOSTAFA AL TAYYIB
DRHM BALANCE: 367.59            AVAIL BALANCE: 100.08

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 01/02/1995 | 1 | 924/94 | | 300,000.00 | 302,222.08 |
| 01/04/1995 | 1 | 7779340 | 300,000.00 | | 2,222.08 |
| 09/12/1995 | 1 | 6929229 | 2,122.00 | | 100.08 |
| 12/05/1995 | 1 | Reassessment differences | | 0.00 | 100.08 |

END OF REPORT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

1
DIB_003548

17/03/2016 　　　　　　　　　　STATEMENT OF GL ACCOUNT　　　　　　　　　　TM03R002

| GL ACCOUNT NUMBER | : | 543 2 | START DATE : | 19930101 | END DATE : | 19931231 |

GL ACCOUNT NAME　　　:　　　سيدبالمدنى الغازى مصط

DRHM BALANCE　　　:　　1,614,120.55　　　　AVAIL BALANCE :　　　439,455.64

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 16/02/1993 | 1 | 646/93 | | 299,050.00 | 299,050.00 |
| 22/04/1993 | 1 | 3968165 | 122,784.00 | | 176,266.00 |
| 22/05/1993 | 1 | 2283695 | 6,000.00 | | 170,266.00 |
| 13/07/1993 | 1 | 6346996 | | 57,200.00 | 227,466.00 |
| 27/07/1993 | 1 | 3003/93 | | 300,000.00 | 527,466.00 |
| 11/09/1993 | 1 | 2006877 | | 4,900.00 | 532,366.00 |
| 15/09/1993 | 1 | محول لح5167230 520 1 | 1,165.30 | | 531,200.70 |
| 15/09/1993 | 1 | الحركات العكسية    7 | | 1,165.30 | 532,366.00 |
| 15/09/1993 | 1 | محول لح5167230 520 1 | 1,165.30 | | 531,200.70 |
| 29/09/1993 | 1 | 4269.73 | 1,165.00 | | 530,035.70 |
| 04/11/1993 | 1 | 2880/93 | 60,000.00 | | 470,035.70 |
| 28/11/1993 | 1 | 6356242 | 2,095.00 | | 467,940.70 |
| 29/11/1993 | 1 | TT  93/3068 | 5.45 | | 467,935.25 |
| 29/11/1993 | 1 | TT  93/3068 | 26,666.00 | | 441,269.25 |
| 21/12/1993 | 1 | 93/3315 | 1,800.00 | | 439,469.25 |
| 21/12/1993 | 1 | 93/3315 | 13.61 | | 439,455.64 |
| 21/12/1993 | 1 | الحركات العكسية   72 | | 1,800.00 | 441,255.64 |
| 21/12/1993 | 1 | 93/3315 | 1,800.00 | | 439,455.64 |
| 22/12/1993 | 1 | تقيم | 0.00 | | 439,455.64 |

END OF REPORT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

1
DIB_003545

| | | | | | |
|---|---|---|---|---|---|
| 17/03/2016 | | | STATEMENT OF GL ACCOUNT | | TM03R002 |

| | | | | | |
|---|---|---|---|---|---|
| GL ACCOUNT NUMBER : | 543 2 | | START DATE : 19940101 | | END DATE : 19941231 |
| GL ACCOUNT NAME : | سيدالمدنى الغازى مصط | | | | |
| DRHM BALANCE : | 8,161.68 | | AVAIL BALANCE : | 2,222.08 | |

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 21/03/1994 | 1 | 872/94 | 220,000.00 | | 219,455.64 |
| 09/04/1994 | 1 | 6344407 | | 15,000.00 | 234,455.64 |
| 09/04/1994 | 1 | 1123/94 | 15,000.00 | | 219,455.64 |
| 31/05/1994 | 1 | 7817882 | | 38,583.15 | 258,038.79 |
| 02/06/1994 | 1 | 1711/94 | 20,000.00 | | 238,038.79 |
| 05/06/1994 | 1 | 1739/94 | 10,000.00 | | 228,038.79 |
| 06/09/1994 | 1 | 7774265 | 30,000.00 | | 198,038.79 |
| 07/09/1994 | 1 | 2624/94 | 120,000.00 | | 78,038.79 |
| 17/09/1994 | 1 | 7781067 | 12,251.57 | | 65,787.22 |
| 19/09/1994 | 1 | 7781090 | 30,000.00 | | 35,787.22 |
| 01/10/1994 | 1 | 7781324 | 35,000.00 | | 787.22 |
| 04/10/1994 | 1 | 7781350 | 15,000.00 | | -14,212.78 |
| 04/10/1994 | 1 | 7781351 | 135,000.00 | | -149,212.78 |
| 04/10/1994 | 1 | 3215/94 | | 169,950.00 | 20,737.22 |
| 06/10/1994 | 1 | 3254/94 | | 19,960.00 | 40,697.22 |
| 08/10/1994 | 1 | 3266/94 | | 114,950.00 | 155,647.22 |
| 15/11/1994 | 1 | 7782077 | 100,000.00 | | 55,647.22 |
| 01/12/1994 | 1 | 7775610 | 15,820.00 | | 39,827.22 |
| 08/12/1994 | 1 | 3601/94 | 3,500.00 | | 36,327.22 |
| 08/12/1994 | 1 | 3601/94 | 13.61 | | 36,313.61 |
| 08/12/1994 | 1 | 3600/94 | 10,877.92 | | 25,435.69 |
| 08/12/1994 | 1 | 3600/94 | 13.61 | | 25,422.08 |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

1
DIB_003546

17/03/2016 STATEMENT OF GL ACCOUNT TM03R002

| GL ACCOUNT NUMBER | : | 543 2 | START DATE : | 19940101 | END DATE : | 19941231 |
|---|---|---|---|---|---|---|
| GL ACCOUNT NAME | : | سيدالمدنى الغازى مصط | | | | |
| DRHM BALANCE | : | 8,161.68 | AVAIL BALANCE : | 2,222.08 | | |

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 27/12/1994 | 1 | 7779311 | 85,213.60 | | -59,791.52 |
| 27/12/1994 | 1 | الحركات العكسية 35 | | 85,213.60 | 25,422.08 |
| 27/12/1994 | 1 | 7779311 | 23,200.00 | | 2,222.08 |

END OF REPORT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

2
DIB_003547

| | | | | | |
|---|---|---|---|---|---|
| 17/03/2016 | | | STATEMENT OF GL ACCOUNT | | TM03R002 |

GL ACCOUNT NUMBER    :       ▮543 2           START DATE :     19950101        END DATE :    19951231

GL ACCOUNT NAME      :       سيدبالمدنى الغازى مصط

DRHM BALANCE         :       367.59                            AVAIL BALANCE :    100.08

| DATE | BR | DESCRIPTION | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| 02/01/1995 | 1 | 924/94 | | 300,000.00 | 302,222.08 |
| 04/01/1995 | 1 | 7779340 | 300,000.00 | | 2,222.08 |
| 12/09/1995 | 1 | 6929229 | 2,122.00 | | 100.08 |
| 05/12/1995 | 1 | فروق اعادة تقويم ارص | | 0.00 | 100.08 |

END OF REPORT

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD) United States District Court for the Southern District of New York

1
DIB_003548



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220309BBG/DIB

**Language**: Arabic

**Documents**:
DIB3509-3521
DIB3540-3544
DIB3545-3549
Arabic Document

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*

**Date**: May 9, 2022