# Exhibit 23

Placeholder for Fine Exhibit