

120 of 125 DOCUMENTS

Copyright 1999 Federal News Service, Inc.
Federal News Service

JULY 8, 1999, THURSDAY

SECTION: STATE DEPARTMENT BRIEFING

LENGTH: 6237 words

HEADLINE: STATE DEPARTMENT REGULAR BRIEFING
BRIEFER: JAMES FOLEY

BODY:

MR. FOLEY: Good afternoon. I don't have any statements.
Mr. Schweid.
Q ASEAN. Is the secretary going to Singapore?
MR. FOLEY: I don't think that has been decided yet. As you know, the secretary is away on vacation now. And I expect that Mr. Rubin will be in a position to talk in detail about her travel plans. We've indicated that she's likely to make a visit to the Middle East in the near future, to be determined in consultation with the parties, including during Prime Minister Barak's visit here, now set for the 15th of July. But in terms of her specific travel plans for the latter half of July, I think we'll have to await Mr. Rubin's return on Monday. Q So you're saying -- and we'll report it, if we have it right, so let me try again -- that Secretary Albright hasn't decided yet whether to go to the ASEAN --
MR. FOLEY: Well, I can check that for you afterwards.
Q Could you? Because they're ready -- everybody out there is ready --
MR. FOLEY: What do you mean, "out there"?
Q Well, Singapore. You know, they think she's coming. And if you think we ought to tell them that she doesn't know if she's going there yet, we will.
MR. FOLEY: Well, I know that you are quick to draw such conclusions, but --
Q I'm not drawing a conclusion. You said something, and I'm simply repeating it. And rather than leaving the room with what you said, I'm asking you to take another swing at it; if I heard you right.
MR. FOLEY: Okay. I told you I'd look into it.
Questions? Yes?
Q New York Times has a report today that two countries in the Persian Gulf, UAE and Qatar, have been either cooperating or turning a blind eye to money laundering for the bin Laden organization through their controlled banks. Have you seen it? Do you give it any credence?
MR. FOLEY: I've seen that report. I read the article that appeared in the newspaper today. We don't have any reason to believe that the foreign minister of Qatar had anything to do with what was reported in the article; I can state that. Qatar is a valued ally. We enjoy a close and strong relationship. We've worked together in many areas, including the containment of Iraq, support for the peace process, maintaining Gulf security and combatting terrorism.



PEC-DIB000803

STATE DEPARTMENT REGULAR BRIEFING BRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

We are working positively with Qatar on a range of counterterrorism issues, including improvement of the security at the U.S. mission in Doha.

Q That is a very narrow answer to what was I thought a quite broad question, which also included the UAE?

MR. FOLEY: Well, in terms of the UAE, we regard the United Arab Emirates, like the other GCC states, as a valued ally with whom we have a close and strong relationship in a broad number of areas. We are also working with the UAE to continue strengthening our counterterrorism cooperation in many areas, including terrorist money-laundering.

The government of the United Arab Emirates has told us that the Dubai Emirate government has taken steps to clean up the bank, the Dubai Islamic Bank, and to restore its reputation.

Q So if they are taking steps to clean it up, that implies that something had been amiss in the past, at some time in the past?

MR. FOLEY: It does imply that, yes.

Q And what was wrong? Was it --

MR. FOLEY: I can't get into the details of it. I think what I said is significant enough, however.

Q Well, without getting into the details, since we are talking about a bank, are we also talking about money-laundering?

MR. FOLEY: Well, as I said, the government has told us that the Dubai Emirate has taken steps to clean up that bank and that we are also cooperating with the UAE on a number of areas involving cooperation against terrorism, and that includes the area of money-laundering.

Q Are you satisfied with their cooperation?

MR. FOLEY: We believe that -- in this area, it has been sufficient. I know we had a team that was visiting the UAE not long ago, and that they had a successful visit there.

Q So the banking problem has been cleaned up?

MR. FOLEY: Well, we believe that useful work was accomplished in the team's visit. We are pleased with the responsiveness of the UAE officials. As I said before, we have a strong and cooperative relationship with the United Arab Emirates on a variety of national security issues. As we said at the time of the East Africa bombings, we are working hard to interrupt the flow of money to and from the bin Laden organization that supports this terrorist network.

Q Can I go back to Qatar? You said that you didn't think the foreign minister had anything to do with it, but what about everybody else in Qatar? (Laughter.)

MR. FOLEY: Well, that's the subject of an ongoing investigation, and I can't comment on it, and especially since it does involve intelligence matters.

Q Jim, can you be a little more specific about what kind of team this was that went?

MR. FOLEY: I don't have information about the team. I believe it was an interagency team.

Q And how about when?

MR. FOLEY: Recently. I can check that for you after the briefing.

Yes?

Q The U.S. is conducting an investigation of what happened in Qatar, is that what you're saying? There's an ongoing investigation now in Qatar by U.S. officials?

MR. FOLEY: It's a matter that's being looked into. I don't have any details about the investigation, but overall, these involve intelligence issues which I can't discuss in a public forum.

Yes?

Q Excuse me. (Off mike) -- the U.S. involved in it?

MR. FOLEY: There is an ongoing investigation. Q Involving the U.S. or not?

MR. FOLEY: Well, in terms of who is involved in it, I can check that for you if I can get into that in a public forum.

Yes?

Q Talking about terrorism and bin Laden, a $5 million reward was issued some time ago, and many newspapers, including the India Globe, printed those ads. That means the $5 million award is not working, or somebody else is paying him more not to get arrested? And number two, are you putting pressure on those countries who are very close to the Talibans?

STATE DEPARTMENT REGULAR BRIEFINGBRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

MR. FOLEY: This question was asked and answered several times when we had a briefing here following the president's signature of the executive order concerning the U.S. relationship with the Taliban.

And we believe that Bin Laden is in Taliban-controlled territory in Afghanistan. And, therefore, he enjoys safe haven in Afghanistan.

And in terms of the possible effect of our reward program, it has been very effective in numerous cases, previously. And this is an open case, and we very much would like to see Mr. Bin Laden brought to justice. So it is very premature to argue about the effectiveness or applicability of the reward program in this case.

We know where he is. He is in Taliban-controlled parts of Afghanistan. I believe a Taliban spokesman today has confirmed the fact that he is in Afghanistan and that some Taliban members know where he is, which was somewhat contradictory to statements they have made, previously, publicly to that effect.

And so we are trying to make it very clear to the Taliban, who have the ability to ensure that Bin Laden is brought to justice, that they ought to do just that, to allow him to be removed from the country and placed at the disposition of judicial authorities. And I believe that the Taliban has a clear choice in this instance: They can continue to harbor him; but if they do, they forgo any kind of international respectability and any chance of achieving their aspirations to international respectability and legitimacy.

Yes, Matt?

Q Jim, just to follow -- I am sorry -- can I just follow? The prime minister of Pakistan, Nawaz Sharif, was here on Fourth of July, Sunday, in Washington and met with President Clinton. Do you think there is any connection or link between the president's announcement on this -- Taliban's statement on freezing the assets and Bin Laden in Afghanistan? Any --

MR. FOLEY: If there is a link between what? I didn't --

Q Between Prime Minister Nawaz Sharif's visit on Sunday and the president's announcement on Afghanistan on Monday?

MR. FOLEY: No.

Q (Inaudible.)

MR. FOLEY: Yes?

Q Can we go back to this investigation in the Gulf? Is that in both countries or just in --

MR. FOLEY: No, I was referring to Qatar.

Q So there's no investigation of the UAE.

MR. FOLEY: Not to my knowledge.

Q Jim, just on that, did the team go to UAE because of these suspicions and concerns? I mean, was that the reason for their visit?

MR. FOLEY: That's my understanding.

Q And you're saying you're going to check on when that visit was; right?

MR. FOLEY: Yes.

Yes?

Q In your press statement on forthcoming U.S.-Baltic Partnership Commission meeting released yesterday, among the issues that will be discussed in Washington, the transatlantic integration of the Baltic states is not even mentioned. What is the position of the State Department on rising concern in Lithuania and the Baltic States that because of Kosovo, they may get overlooked in the enlargement of NATO?

MR. FOLEY: We think that's a false reading of the situation. At the time of the NATO summit, the last NATO summit here in Washington, the alliance made clear that the door to membership of NATO remains open. That was not a mere rhetorical declaration on the part of the NATO leaders, because the summit also instituted a membership action plan, which will permit an accelerated and intensive preparation for candidate members of NATO to continue to prepare the transformation that will be necessary for them to qualify for NATO membership. And so I expect that that issue will be discussed when Deputy Secretary Talbott meets with the Baltic leaders here.

PEC-DIB000805

STATE DEPARTMENT REGULAR BRIEFING BRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

Yes?

Q Just to go back to bin Laden, have any U.S. embassies or posts abroad seen their operations suspended or been closed in the last days? A few weeks ago you shut some down or you suspended operations of some embassies in Africa. Do you have any today?

MR. FOLEY: No, I don't.

Q Madagascar?

MR. FOLEY: The embassy -- as of yesterday, it was still closed. I'd have to check and see if that remains the case today.

Yes?

Q On Kashmir, the fighting still goes on. And at least according to reports from the region, there doesn't seem to be any pullout seen yet of Pakistani allied forces. Can you give us an update from your point of view on that?

MR. FOLEY: Well, Pakistani Prime Minister Sharif has returned to Islamabad today. We understand he's going to be meeting with political and military leaders tomorrow to discuss his agreement with President Clinton that concrete steps will be taken for the restoration of the Line of Control in Kashmir.

We are confident the prime minister wishes to see an end to this crisis. Both he and President Clinton agreed that once this crisis is resolved, the dialogue between India and Pakistan, under the Lahore process, should resume without delay. In the Kargil sector, fighting continues along the Line of Control. Indian leaders have declared that military operations will continue until all the forces infiltrated from Pakistan are removed or withdrawn from their side of the line. The U.S., along with others in the international community, is doing what we can to see the current dangerous crisis resolved as quickly and peacefully as possible.

Q Do you believe that the Pakistani prime minister and his government have any control over the Pakistani guerrilla fighters, who are on the wrong side of the Line of Control?

MR. FOLEY: Yes, we do.

Q Does he have sufficient control to evacuate them to the right side?

MR. FOLEY: We believe that it is indeed possible, and we think necessary, for Pakistan to ensure that those forces that have crossed from its side of the Line of Control onto the Indian side be withdrawn, and that is certainly what Prime Minister Sharif committed to do when he was here and met with President Clinton on Sunday.

Q Indeed, do you think they're really guerrilla fighters?

MR. FOLEY: Well, we've not spoken publicly about the composition of those forces, but we have made very clear that they crossed over from the Pakistani side and they should be withdrawn.

Yes?

Q But really don't you think he made promise in Washington with President Clinton is already broken; he committed he will withdraw forces, but he now -- as a militant said, "we will fight to the last drop of blood and we will not withdraw." That means Prime Minister Nawaz Sharif is not in control. So who do you believe, militants? I mean who will you support, militants or the Sharif or the military in Pakistan? Who is in control?

MR. FOLEY: We work with the government of Pakistan. And I think my answer to the previous question is the same answer to your question.

Yes?

Q On the Middle East?

MR. FOLEY: Sure.

Q First lady Hillary Clinton wrote a letter to a Jewish organization in New York supporting the move of the U.S. Embassy in Tel Aviv to Jerusalem. What is the administration's opinion of that? Does it complicate your policy regarding the peace process?

MR. FOLEY: We don't have an opinion of it. The first lady was expressing her personal views, and it does not complicate in any way our efforts to promote and accelerate the Middle East peace process.

Our position, the administration's position, on the issue of Jerusalem has not changed. Israel and the Palestinians have

PEC-DIB000806

STATE DEPARTMENT REGULAR BRIEFINGBRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

agreed that Jerusalem would be one of the issues covered in the permanent-status negotiations. This issue needs to be dealt with and resolved by the parties themselves in negotiations.

Yes, in the back?

Q Would you consider taking military action to hit Osama bin Laden?

MR. FOLEY: We have taken military action against Osama bin Laden.

Q Would you repeat that?

MR. FOLEY: And we do not rule out any options in the future for dealing with someone who poses such a direct threat to U.S. national security and who is indicted for terrorist acts in the United States.

Bill?

Q A follow-up on Bin Laden. There is a New York Times article today -- (cross talk) -- oh, did you do that already? (Laughs.) Okay.

MR. FOLEY: (Inaudible.)

Q I have another question then.

Q On Bin Laden?

Q Not on Bin Laden, not --

Q Let me have one more on Bin Laden -- (inaudible). If, let's say, Taliban agrees that they will get him arrested, is the U.S. ready to make some kind of deals with them? Just like --

MR. FOLEY: We announced certain measures earlier this week concerning the Taliban, that we would certainly be prepared to review, and potentially to rescind, if the Taliban do the right thing, which is to ensure that Bin Laden is brought to justice. That would be a very positive step on their part.

We have a range of concerns in other areas with the Taliban, concerning the future of Afghanistan and its political makeup. But in order to be at the table and recognized internationally as a group that is not besmirched with the reputation of harboring terrorists, it is necessary for the Taliban to take this first essential step

Yes?

Q Two -- one really quickly -- is there anything new on the American in North Korea?

MR. FOLEY: No, nothing new on that.

Q And the second one, do you have anything on this ongoing unpleasantness in the Solomon Islands?

MR. FOLEY: Yes, I do. The press reports we've seen give an accurate account of the internal conflict that is now besetting the Solomon Islands. Our embassy in Port Moresby, Papua New Guinea, which also covers the Solomon Islands, has reported episodes since January of ethnic violence between armed militants native to the island of Guadalcanal and settlers from the neighboring island of Malaita. On June 10, we issued a public announcement advising American travelers to Guadalcanal to exercise caution. This announcement followed reports of armed clashes that pitted members of the, quote, "Guadalcanal Revolutionary Army," unquote, against settlers from the outside -- excuse me, the outer island of Malaita, and sometimes against law enforcement personnel.

The prime minister of the Solomons has invited the commonwealth to mediate this dispute. Former Fiji Prime Minister Rabuka has been designated chief mediator by the commonwealth and has reportedly been successful in encouraging some of the parties to the dispute to sign a peace accord. The United States encourages all parties to reach a peaceful resolution of this internal strife.

Yes?

Q Is the United States thinking about doing anything to help the Congo -- help implement the peace agreement that is supposed to take hold in the Congo?

MR. FOLEY: Well, we are certainly eager to help in any way we can. The fact is the -- I think it was the foreign and defense ministers signed the agreement yesterday, but it remains to be officially signed by the heads of state on Saturday, this coming Saturday, July 10. We welcome the agreement and we congratulate President Chiluba and the other participants in the talks for their successful efforts. We encourage the parties to the conflict not only to sign the agreement on Saturday but to implement and adhere to the proposed cease-fire and to act in good faith to engage the citizens of the Congo and neighboring states to pursue their lives in peace, prosperity and democracy.

STATE DEPARTMENT REGULAR BRIEFINGBRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

President Clinton has stated on previous occasions that we would consider supporting a peacekeeping effort -- excuse me, a peacekeeping force if there were an appropriate cease-fire arrangement. We're going to carefully study any proposal for a U.N. peacekeeping operation, especially its mandate, before making any decisions about U.S. support for the operation or role in it.

MR. FOLEY: No, nothing new on that.

Q And the second one, do you have anything on this ongoing unpleasantness in the Solomon Islands?

MR. FOLEY: Yes, I do. The press reports we've seen give an accurate account of the internal conflict that is now besetting the Solomon Islands. Our embassy in Port Moresby, Papua New Guinea, which also covers the Solomon Islands, has reported episodes since January of ethnic violence between armed militants native to the island of Guadalcanal and settlers from the neighboring island of Malaita. On June 10, we issued a public announcement advising American travelers to Guadalcanal to exercise caution. This announcement followed reports of armed clashes that pitted members of the, quote, "Guadalcanal Revolutionary Army," unquote, against settlers from the outside -- excuse me, the outer island of Malaita, and sometimes against law enforcement personnel.

The prime minister of the Solomons has invited the commonwealth to mediate this dispute. Former Fiji Prime Minister Rabuka has been designated chief mediator by the commonwealth and has reportedly been successful in encouraging some of the parties to the dispute to sign a peace accord. The United States encourages all parties to reach a peaceful resolution of this internal strife.

Yes?

Q Is the United States thinking about doing anything to help the Congo -- help implement the peace agreement that is supposed to take hold in the Congo? MR. FOLEY: Well, we are certainly eager to help in any way we can. The fact is the -- I think it was the foreign and defense ministers signed the agreement yesterday, but it remains to be officially signed by the heads of state on Saturday, this coming Saturday, July 10. We welcome the agreement and we congratulate President Chiluba and the other participants in the talks for their successful efforts. We encourage the parties to the conflict not only to sign the agreement on Saturday but to implement and adhere to the proposed cease-fire and to act in good faith to engage the citizens of the Congo and neighboring states to pursue their lives in peace, prosperity and democracy.

President Clinton has stated on previous occasions that we would consider supporting a peacekeeping effort -- excuse me, a peacekeeping force if there were an appropriate cease-fire arrangement. We're going to carefully study any proposal for a U.N. peacekeeping operation, especially its mandate, before making any decisions about U.S. support for the operation or role in it.

MR. FOLEY: Again, I have not seen the report. I couldn't possibly comment on it.

Yes?

Q Is the U.S. concerned that the North Koreans may be building a new underground missile-launching site -- base?

MR. FOLEY: Well, it is certainly well known that North Korea is actively pursuing development of two long-range ballistic missiles, the Taepo Dong I and the Taepo Dong II. North Korean launched the Taepo Dong I with a third stage in a failed attempt to orbit a very small satellite, last October.

I can't go beyond that in terms of what we know about the details of North Korea's missile development activities, but they do exist. And it is something that we follow and we take with the utmost seriousness. We view North Korea's missile activities as a serious threat to the region and also to our nonproliferation interests.

In past rounds of missile talks with the DPRK, and in other bilateral contacts with Pyongyang, we have continued to press vigorously for restraints on North Korea's production, deployment, testing and export of missiles and missile technology. We have repeatedly made clear that further missile tests would have serious consequences for our relations with North Korea, with direct implications for the prospects for improved relations that were discussed during former Secretary Perry's visit to Pyongyang.

We continue to consult closely with our allies, Japan and the Republic of Korea, who share our serious concerns about North Korea's missile proliferation activities.

Q You say they have a program. The question was about a tunnel. That would be part of a program -- or maybe they haven't gotten that far. Remember, there was a tunnel looked at, and it seemed to pass the test. So the question I think

Case 1:03-md-01570-GBD-SN Document 10642-24 Filed 12/22/24 Page 7 of 10

STATE DEPARTMENT REGULAR BRIEFINGBRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

-- I understand your position -- but they have two ongoing programs to test two missiles. Have they done anything about a tunnel?

MR. FOLEY: I can't comment any further.

Q Jim, North Korean defectors say that North Korean Army -- Japanese exported the missile to North Korea. Can you comment on that? MR. FOLEY: Well, there is legislation before the Japanese Diet now about export controls. And what I can tell you is that we share very much the concern with our Japanese friends over North Korea's missile program. And we believe that the Japanese understand fully the importance of effectively controlling exports of sensitive items.

Jul 08, 1999 14:15 ET .EOF

Japan is a member of all the multilateral nonproliferation regimes, and we frequently discuss in those contexts with Japan a wide range of nonproliferation and export control issues.

Japan also shares our serious concerns about the DPRK's missile proliferation activities. Japan has a mature export control system, and as I said, we consult on an ongoing basis regarding ways to improve the effectiveness of export controls, and we certainly support what the Japanese Diet is considering.

Yes?

Q Is William Perry's report close to being finished or --

MR. FOLEY: It's nearing completion; that's my understanding.

Q Do you know when it will be released?

MR. FOLEY: I don't have a date for you.

Q North Korea?

MR. FOLEY: Yes.

Q There was some report that some North Korean started another -- construct another site which can be -- turn out to be a nuclear site. Can you confirm that report?

MR. FOLEY: I can't confirm anything having to do with intelligence, but -- I can't confirm that.

Yes?

Q New subject?

MR. FOLEY: Sure.

Q Kosovo. What's being done in the United States in terms of returning refugees that are here back to Kosovo? Are there sort of steps in the works about when and how they will be returned back to the province?

MR. FOLEY: Well, we brought about 9,600 Kosovar Albanian refugees to the U.S. since early May. Of the 4,000 that were processed through Fort Dix, only about 270 have yet to be moved to their final resettlement locations throughout the U.S. There are some 2,000 Kosovars in Macedonia who have been approved by the INS for relocation to the U.S., but who have not yet traveled, and we're continuing to process UNHCR-referred cases and cases with close family ties to the U.S.

However, it's interesting to note that close to half of the refugees scheduled for interview in Macedonia for travel, in recent days have not appeared as scheduled, and we believe this is an indication that people are choosing to return to Kosovo rather than to seek resettlement in the U.S.

The UNHCR is holding a meeting in Geneva on July 12th, on Monday, to discuss the process of returning refugees to Kosovo who have been evacuated from Macedonia to third countries, and the U.S. government will be represented at that meeting.

We fully intend to honor our commitment to Kosovars relocated in the U.S. by providing return transportation to those who wish to go back to Kosovo. And we are developing guidelines for the return program, which we plan to announce shortly, after we consult at that Monday meeting with the UNHCR.

Of course, the decision -- (whistling sound) -- (laughs) -- did everyone hear that? That was a little whistle sound. The decision -- this is important to emphasize though, and we stated this at the time that we brought Kosovars into the United States -- that the decision to return to Kosovo, or not, will be made by the refugees themselves.

Q Jim -- (inaudible) -- follow that?

Q Jim, can you say whether any, who have come to this country, have expressed an interest so far to stay here and not return?

PEC-DIB000809

STATE DEPARTMENT REGULAR BRIEFING BRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

MR. FOLEY: I don't know that offhand. I can look into that.

You know, we are going to be, as I said, announcing shortly the details of our program to help return those who want to go back to Kosovo. And I think when we do that, we'll be perhaps ready or in a position to talk about some of those details. I think probably the INS would be the ones who would know whether they have gotten those indications.

It is possible that there are many, or some, who want to stay who haven't signalled that because they don't have to for the first year. They were allowed to stay in the U.S. for a year and then to adjust their status, if they wished, after a year. So we may not in the government, actually have that information, but I'll look into it. And when we have it, we will have some kind of a briefing for you on this, and we'll make sure we can answer that as best as possible.

I can tell you also, UNHCR is reporting that some of the over 91,000 Kosovar refugees who were moved to other countries under the Humanitarian Evacuation Program, have begun to return home; this means the wider figure of Kosovars who have gone to many other countries besides the U.S. This also applies to the approximately 146,000 who have sought asylum, apart from this program, of whom about 48,000 are in Germany and 33,000 in Switzerland. Thus far, there have been voluntary returns of refugees from Italy and Canada, and a group was due to leave Germany today. As I said, the UNHCR is having this meeting on Monday in Geneva. And it will include the 28 countries, which have participated in the Humanitarian Evacuation Program, to discuss the organized voluntary return of Kosovar refugees and asylum seekers.

Yes?

Q Do you have any comment on the signing of an economic pact between Russia and Belarus and the comments by the Russian prime minister about the imminent unification of the two countries?

MR. FOLEY: Yes. The United States supports the sovereignty, territorial integrity, independence of all the New Independent States. The sovereignty of the NIS countries contributes to the stability of the region. At the same time, we have said that we do not oppose integration as such among the NIS states as long as such integration reflects the voluntary will of the people expressed through a democratic process, is mutually beneficial and does not erect barriers to integration with the wider community of nations. Absent the full restoration of democratic government in Belarus, it's hard to imagine that any popular approval process on union in Belarus would be truly democratic and representative of the will of the people.

Yes?

Q Jim, back to the question of the Kosovar Albanians that are in the United States, the 9,000-plus you were speaking about. Does this program that's being devised encourage -- is it meant to encourage those people to return to Kosovo? And do we not wish -- does the United States not wish to encourage those people to go back to help rebuild Kosovo?

MR. FOLEY: Well, I was, I think, pretty clear on this a minute ago, and it's a very important point, that this is entirely up to the refugees themselves to decide whether they want to go back. When we made this offer of accepting up to 20,000 Kosovar refugees in the U.S., it was with the full knowledge that all of them potentially would indeed have the right to remain in the U.S. if they wanted to. But it may be that indeed they can make a very significant contribution to the rebuilding of Kosovo. And that's not something that we would discourage, but neither are we going to make any kind of pressure on them to make a different -- not to make a different decision. They have a right to stay here if they want to, and that was a commitment we made.

Yes?

Q One of the largest U.S. arms company executive's notebook computer was stolen in Athens. According to press reports, this computer stored several important U.S. security secrets. Is --

MR. FOLEY: I've not heard that report.

Q You don't have anything?

MR. FOLEY: I have not heard anything about that. Sorry.

Yes?

Q For about 20 days, there has been a Korean-American woman detained in North Korea, and the U.S. has asked for the North Koreans to make consulate contact.

MR. FOLEY: Right.

Q Is there any update on that? And if not, what are the consequences?

PEC-DIB000810

STATE DEPARTMENT REGULAR BRIEFINGBRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

MR. FOLEY: Well, I've been asked that question every day and it's a legitimate question. And your colleague, Mr. Lee here, asked a few minutes ago. Maybe you weren't yet in the room, or maybe you didn't get it, because I just simply told him that there was nothing new on the issue.

But I can repeat what I have been saying for several days, which is that the DPRK government has not yet notified the Swedish charge that he will be permitted to travel to Najin in order to have consular access to the detained American citizen. Acting on our behalf, the Swedish protecting power formally requested such consular access on June 23rd and June 30. And as I've indicated previously, both our bilateral Interim Consul Agreement, and the Vienna Convention on Consul Relations, provides and necessitates such consular access to detained nationals, and we consider a consular visit critical in order to ascertain in person the American's state of health and well-being, and to ensure that she has not been mistreated.

So we are going to continue to press for consular access at every available opportunity. We have been in communication ourselves with the North Koreans through the New York channel. I would note that most offices in the DPRK are closed now for, I believe, a three-day period to mark the fifth anniversary of the death of Kim Il Sung. So that may be a complicating factor in the immediate days, but that doesn't change in any way our determination to ensure that consular access be achieved.

Yes?

Q Do you have anything more on this -- on the attack on the embassy in Kiev?

MR. FOLEY: I don't know if -- (to staff) Do we have anything on that, Julie?

(Returning) I seem to recall something.

There was an incident, and it was immediately investigated by the Ukrainian authorities. And I know we've been cooperating with them and we're pleased with the work they've done, but I don't have any update today on what the results of the investigation are.

Eric?

Q At what point does this lack of consular access to the woman who is in North Korea -- at what point does the U.S. seek additional steps? I mean, it's been three weeks or so. And what are additional steps? What's available to you?

MR. FOLEY: Well, I'm not going to speculate or hypothesize about a judgment we haven't made yet. And I stated this in response to Matt's question yesterday or the day before, that indeed there will come a time, if consular access hasn't been granted, when we are going to conclude that it's not going to be granted, and then it will be truly an important issue. It already is an important issue because consular access is vital for us to ascertain that this woman is in good shape and that her interests are being represented. But we haven't made that judgment yet. As I've explained, things can move slowly in North Korea. This is a remote area of the country. We have been in touch with the North Koreans ourselves, and the Swedes are ably representing our interests. And we have not concluded that consular access will not happen. We wish it had happened by now, but we still expect that it will happen.

Yes, Kelly?

Q Is the administration considering removing Libya from the State Department terrorism list?

MR. FOLEY: No. No, not at all. That report is wrong.

Yes?

Q Can I put a question about Indonesia?

MR. FOLEY: Sure.

Q As you know, next week the secretary-general of United Nations is going to take a final decision about the conditions for a fair vote in East Timor. And some say, including in the Senate and in the House, that this will be the appropriate moment to put additional pressure on Indonesia from the part of your involvement; for instance, to putting an hold on the money at World Bank to Indonesia, or, even more than that, on arms transfer or military assistance from United States to Indonesia. Can you respond on that, or can you comment?

MR. FOLEY: We think that holding the vote, and holding a successful vote -- namely, a peaceful vote that produces a genuine reflection of the will of the people on East Timor -- is in the interest of Indonesia as well as it is in the interest of the people of East Timor and of the region.

And so I don't believe that Indonesia needs persuading that this is in its interests. However, we have concerns about the

STATE DEPARTMENT REGULAR BRIEFINGBRIEFER: JAMES FOLEY Federal News Service JULY 8, 1999, THURSDAY

safety of the vote, the integrity of the vote. And we believe that a vote is important. We hope it will take place. We support the U.N.'s efforts to ensure that a successful vote take place, but we also want to ensure that the referendum is a peaceful and successful one.

Q Will Assistant Secretary Roth carry this message when he goes to Indonesia this weekend?

MR. FOLEY: Yes.

Q Is he going to see Habibie, do you know?

MR. FOLEY: I don't know his schedule.

Q Can you see if you could find out?

MR. FOLEY: Sure.

Yes?

Q I want to go back to a North Korea issue again. Mr. Foley, you have said earlier that another missile test would produce -- create serious consequences. And a high-ranking official from this building or the White House have said also like that.

But on the other hand, a high-ranking official from this building or White House have said also, even after another missile test, the United States wants to preserve the framework, the so-called Agreed Framework. Or it is not a contradiction? I do want to know the United States' stance?

MR. FOLEY: Well, it is simply a fact that we regard the Agreed Framework as important to the security of the region and the security of the United States, the continued freezing of North Korea's nuclear program.

But in terms of what the specific negative consequences would be in the event of another North Korean missile test, I am not prepared to be specific at this stage about what those consequences would be.

Q (Inaudible) -- at the risk of upsetting your "no bull policy," Jim, the -- MR. FOLEY: Oh, no! (Cross talk.)

Q -- festival is now in its second day. I understand the State Department has cobbled together some information about advice to give to -- (inaudible) -- Hemingway's --

MR. FOLEY: You must have some inside information. Well, I made clear the other day that we have no bull guidance, and we have never had any bull guidance or uttered any bull guidance from this podium.

There was a bull question, and there have been frequent bull questions on previous occasions. (Laughter.)

But without wishing to set any kind of precedent, I do happen to have bull guidance today. What I can tell you is that given today's security environment, no American can be safe from raging bulls.

Q (Laughs.)

MR. FOLEY: There are, however, some common-sense precautions that U.S. citizens may wish to consider taking to avoid becoming a target of an enraged, horned beast.

Q Oooh!

MR. FOLEY: If you find yourself in a crowd of frenzied, four-footed foreigners -- I guess they could be called that -- make sure your sneakers are tied, your valuables are safely stowed in your neck pouch, and your medical insurance is thoroughly up to date. (Light laughter.)

I have more, but I think that I've exhausted this, and that's no bull.

Q Thank you.

MR. FOLEY: Thank you.

END

LOAD-DATE: July 9, 1999

PEC-DIB000812