UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

       - v. -                               :        **INDICTMENT**

KHALID SHEIKH MOHAMMED,                      :        (S14) 93 Cr. 180 (KTD)
    a/k/a "Mukhtar,"
    a/k/a "Mukhtar al-Baluchi,"               :
    a/k/a "Al-Mukh,"
    a/k/a "Abdulrahman Abdullah al-Ghamdi,"   :
    a/k/a "Salem Ali,"
                           :

WALID BIN ATTASH,
    a/k/a "Khallad Bin Attash,"               :
    a/k/a "Saleh Saeed Mohammed Bin Yousaf,"
    a/k/a "Tawfiq Muhammad Salih Bin Rashid,"  :
    a/k/a "Silver,"
                           :

RAMZI BIN AL-SHIBH,
    a/k/a "Abu Ubaydah,"                      :
    a/k/a "Ahad Abdollahi Sabet,"
                           :

ALI ABDUL AZIZ ALI,
    a/k/a "Aliosh,"                           :
    a/k/a "Ali A,"
    a/k/a "Isam Mansur,"                       :
    a/k/a "Ammar al-Baluchi,"
    a/k/a "Hani," and                         :

MUSTAFA AL-HAWSAWI,                          :
    a/k/a "Hashem Abdulrahman,"
    a/k/a "Hashem Abdollahi,"                  :
    a/k/a "Mustafa Ahmed,"
    a/k/a "Zaher,"                            :
    a/k/a "Khal,"
                           :

            Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FED-PEC0213342

## THE TERRORIST ATTACKS OF SEPTEMBER 11, 2001
(Counts One through Nine)

### COUNT ONE

### Conspiracy to Commit Acts of Terrorism
### Transcending National Boundaries

The Grand Jury charges:

### Background: al Qaeda

1.      From in or about 1989 until the date of the filing of this Indictment, an international terrorist group existed that was dedicated principally to opposing non-Islamic governments with force and violence.  This organization grew out of the "mekhtab al khidemat" (the "Services Office") organization that had maintained offices in various parts of the world, including Afghanistan, Pakistan, and the United States.  The group was founded by Usama Bin Laden and others.  The group called itself "al Qaeda" ("the Base").  Until in or about 1991, al Qaeda was headquartered in Afghanistan and Peshawar, Pakistan.  In or about 1991, the leadership of al Qaeda, including its "emir" (leader or prince) Usama Bin Laden, relocated to the Sudan.  Al Qaeda was headquartered in the Sudan from approximately 1991 until approximately 1996 but still maintained offices in various parts of the world.  In 1996, Usama Bin Laden and other members of al Qaeda relocated to Afghanistan.  Many loyalists demonstrated their commitment to al Qaeda by pledging an oath of allegiance (called a "bayat") to Usama Bin Laden.

2.      Usama Bin Laden and al Qaeda violently opposed the United States for several reasons.  First, the United States was regarded as an "infidel" because it was not governed in a manner consistent with the group's extremist interpretation of Islam.  Second, the United

-2-

FED-PEC0213343

States was viewed as providing essential support for other "infidel" governments and institutions, particularly the governments of Saudi Arabia and Egypt, the nation of Israel, and the United Nations, which were regarded as enemies of al Qaeda. Third, al Qaeda opposed the involvement of the United States armed forces in the Gulf War in 1991 and in Operation Restore Hope in Somalia in 1992 and 1993. In particular, al Qaeda opposed the continued presence of American military forces in Saudi Arabia (and elsewhere on the Saudi Arabian peninsula) following the Gulf War. Fourth, al Qaeda opposed the United States Government because of the arrest, conviction, and imprisonment of persons belonging to al Qaeda or its affiliated terrorist groups or those with whom it worked.

3.     For these and other reasons, Usama Bin Laden declared a "jihad," or holy war, against the United States, which he carried out through al Qaeda and its affiliated organizations. Usama Bin Laden issued public edicts calling for terrorist attacks against the United States and the murder of Americans. Members of al Qaeda issued "fatwahs" (rulings on Islamic law) indicating that such attacks were both proper and necessary.

4.     Al Qaeda functioned both on its own and through some of the terrorist organizations that operated under its umbrella, including: Egyptian Islamic Jihad, which was led by Ayman al-Zawahiri; the Islamic Group (also known as "el Gamaa Islamia" or simply "Gamaa't"); Jema'ah Islamiyah in Southeast Asia and Australia; and jihad groups in other countries, including the Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, and Azerbaijan, as well as the Kashmir region of India and the Chechen region of Russia. Al Qaeda also maintained cells and personnel in a number of countries to facilitate its

-3-

FED-PEC0213344

activities, including in Kenya, Tanzania, the United Kingdom, Germany, Spain, Canada, Malaysia, Thailand, and the United States.

### Al Qaeda's Organizational Structure

5.    Al Qaeda had a command and control structure that included a <u>majlis al shura</u> (or consultation council), which discussed and approved major undertakings, including terrorist operations. Among those who sat on the <u>majlis al shura</u> of al Qaeda were Usama Bin Laden and Muhammad Atef, a/k/a "Abu Hafs el Masry," until his death in mid-November 2001.

6.    Under the <u>majlis al shura</u>, al Qaeda had a number of "committees," including a "military committee" that considered and approved "military" matters. Muhammad Atef sat on the military committee and, until his death, was one of Usama Bin Laden's principal military commanders. Atef was responsible for supervising the terrorist training of al Qaeda members and identifying targets for terrorist attacks that would be carried out, or sponsored, by al Qaeda.

7.    In addition, al Qaeda had a "media committee," which promoted al Qaeda by, among other things, preparing and distributing promotional materials to advertise al Qaeda's terrorist agenda, intimidate its enemies, and attract recruits. KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, participated in the affairs of the media committee.

-4-

FED-PEC0213345

## Al Qaeda's Terrorist Training

8.     Al Qaeda sponsored, managed, and financially supported training camps in Afghanistan.  At the camps, personnel of al Qaeda and its affiliated terrorist groups were instructed in the use of firearms, explosives, chemical weapons, and other weapons of mass destruction.  In addition to providing training in the use of various weapons, these camps — including camps known as al Farooq, Khalden, Derunta, Khost, Siddiq, Jihad Wal, and Mes Aynak — were used to conduct operational planning against United States targets around the world and experiments in the use of chemical and biological weapons.  Al Qaeda personnel and others attending the camps flew from various locations to countries neighboring Afghanistan, usually Pakistan, and then traveled to Afghanistan and the camps using ground transportation.  Al Qaeda made a promotional video concerning its training camps, featuring Usama Bin Laden, which was publicly aired, in or about June 2001, on the Al-Jazeera satellite television channel, and after that time received worldwide media coverage.

9.     Al Qaeda's camps were also used to train the group's personnel in operational security and counterintelligence methods.  This training, some of which was reduced to writing in assorted training manuals, was designed to prepare al Qaeda personnel to avoid detection by authorities when traveling abroad to perform terrorist operations or otherwise conduct al Qaeda affairs.  For example:

a.     Al Qaeda personnel who were traveling abroad were instructed to avoid signaling their connection to the organization or their religious beliefs.  These instructions included dressing in "Western" attire, shaving their beards, carrying no Islamic literature, and bringing cologne and cigarettes (each of which is generally forbidden in Islamic culture).

-5-

b.      Al Qaeda taught its personnel to "clean" their passports before traveling abroad. This tactic typically involved eliminating from the passport any record of prior travel to destinations associated with al Qaeda (for example, Afghanistan, Pakistan, or the Sudan) by doctoring the passport or by obtaining a new or replacement passport shortly before traveling.

c.      Al Qaeda required its personnel to use fake names and codes in internal communications. Al Qaeda personnel were assigned "kunyas" (war names), or otherwise referred to by aliases or nicknames. Among other commonly used code words, "wedding" was used to refer to an impending terrorist operation and "honey" was used to refer to explosives and weapons.

d.      Al Qaeda instructed its personnel who were traveling abroad to prepare a false "cover story" to disguise the true purpose of the travel.

e.      Al Qaeda personnel were taught that information regarding a terrorist operation would be shared by al Qaeda leadership only on a "need to know" basis. Operatives would be managed by al Qaeda leadership in compartmented sections (sometimes called "cells"). In other words, the cells would be coordinated by al Qaeda leadership, but information would not necessarily be shared between the cells. A member of one cell might not know of the existence of another cell and its membership.

f.      Al Qaeda taught its personnel to monitor media reporting of its operations to determine the effectiveness of their terrorist activities.

g.      Al Qaeda provided counter-interrogation training to its personnel, which, among other things, required captured operatives to lie to authorities to prevent detection of an ongoing plot.

-6-

FED-PEC0213347

## Al Qaeda's Calls to Violence Against Americans

10.     On various occasions, in the early 1990s, a co-conspirator not named as a
defendant herein advised other members of al Qaeda that it was proper under Islam to engage in
violent actions against infidels, even if others might be killed by such actions, because if the
others were "innocent," they would go to paradise, and if they were not "innocent," then they
deserved to die.

11.     On or about August 23, 1996, a Declaration of Jihad was disseminated.  It
stated that it was from the Hindu Kush mountains in Afghanistan, and was entitled, "Message
from Usamah Bin-Muhammad Bin-Laden to His Muslim Brothers in the Whole World and
Especially in the Arabian Peninsula: Declaration of Jihad Against the Americans Occupying the
Land of the Two Holy Mosques; Expel the Heretics from the Arabian Peninsula."

12.     In February 1998, Usama Bin Laden endorsed a fatwah under the banner
of the "International Islamic Front for Jihad on the Jews and Crusaders."  This fatwah, published
in the publication Al-Quds al-`Arabi on February 23, 1998, stated that Muslims should kill
Americans — including civilians — anywhere they could be found.

13.     In or about June 1999, in an interview with an Arabic-language television
station, Usama Bin Laden issued a further threat indicating that all American males should be
killed.

14.     In or about September 2000, in an interview with an Arabic-language
television station, Usama Bin Laden called for a "jihad" to release the "brothers" in jail
"everywhere."

-7-

FED-PEC0213348

## Overview of the Plot

15.     In early 1999, in Afghanistan, Usama Bin Laden, Mohammad Atef, a/k/a
"Abu Hafs el Masry," KHALID SHEIKH MOHAMMED, the defendant, and other al Qaeda
leaders planned a terrorist operation targeting U.S. interests and persons. The plan required al
Qaeda operatives to hijack commercial airplanes and pilot them into prominent buildings in the
United States, causing maximum casualties and destruction.

16.     In late 1999 and early 2000, in Malaysia, Thailand, and elsewhere, al
Qaeda personnel surveyed airports and in-flight commercial airplanes to determine means by
which the group's operatives could later evade security measures.

17.     From in or about December 1999 through in or about June 2000, al Qaeda
selected operatives to pilot the airplanes to be hijacked and dispatched the operatives to the
United States to obtain flight training and otherwise carry out the plot. Of this group of
prospective pilot hijackers, Khalid al-Mihdhar and Nawaf al-Hazmi were the first to arrive in the
United States, on or about January 15, 2000. They were followed by Marwan al-Shehhi,
Mohamed Atta, and Ziad Jarrah, on or about May 29, 2000, June 3, 2000, and June 27, 2000,
respectively.

18.     From in or about June 2000 through in or about January 2001, Marwan al-
Shehhi, Mohamed Atta, and Ziad Jarrah successfully completed pilot and jet-simulator training at
flight schools and training centers in Florida. Khalid al-Mihdhar and Nawaf al-Hazmi did not
acquire the necessary pilot skills. Hani Hanjour traveled to the United States on or about
December 8, 2000, after which he took pilot and jet-simulator training in Arizona. In 2001,
Zacarias Moussaoui, a co-conspirator not named as a defendant herein, traveled to the United

-8-

FED-PEC0213349

States and took pilot and jet-simulator training in Oklahoma and Minnesota. Al Qaeda provided financial and logistical support to these prospective pilot hijackers while they were in the United States.

19. From in or about April 2001 through in or about June 2001, al Qaeda sent 13 additional hijackers to the United States to carry out the operation. These hijackers were supported by al Qaeda in traveling to the United States and after their arrival in the United States. These hijackers flew to the United States from Dubai, United Arab Emirates:

a. Satam al-Suqami and Waleed al-Shehri arrived in Orlando, Florida, on or about April 23, 2001;

b. Majed Moqed and Ahmed al-Ghamdi arrived in the Washington, D.C. area, on or about May 2, 2001;

c. Hamza al-Ghamdi, Ahmed al-Nami, and Mohand al-Shehri arrived in Miami, Florida, on or about May 28, 2001;

d. Ahmad al-Haznawi and Wail al-Shehri arrived in Miami, Florida, on or about June 8, 2001;

e. Fayez Banihammad and Saeed al-Ghamdi arrived in Orlando, Florida, on or about June 27, 2001; and

f. Abdul Aziz al-Omari and Salem al-Hazmi arrived in New York, on or about June 29, 2001.

20. From in or about May 2001 through on or about September 10, 2001, hijackers in the United States prepared for the hijacking operation by, among other activities, taking additional flight training; taking fitness training; purchasing knives; studying cross-

-9-

FED-PEC0213350

country commercial flights; meeting overseas with al Qaeda leadership; and coordinating activities and locations in the United States.

21.     From on or about August 25, 2001, through on or about August 31, 2001, 19 hijackers purchased or reserved tickets for the flights that they would hijack. In early September 2001, hijackers sent surplus funds overseas to al Qaeda.

22.     On September 11, 2001, co-conspirators Mohamed Atta, Abdul Aziz al-Omari, Wail al-Shehri, Waleed al-Shehri, and Satam al-Suqami hijacked American Airlines Flight 11, bound from Boston to Los Angeles, and flew it into the North Tower of the World Trade Center in New York City.

23.     On September 11, 2001, co-conspirators Marwan al-Shehhi, Fayez Banihammad, Ahmed al-Ghamdi, Hamza al-Ghamdi, and Mohand al-Shehri hijacked United Airlines Flight 175, bound from Boston to Los Angeles, and flew it into the South Tower of the World Trade Center in New York City.

24.     On September 11, 2001, co-conspirators Hani Hanjour, Khalid al-Mihdhar, Nawaf al-Hazmi, Salem al-Hazmi, and Majed Moqed hijacked American Airlines Flight 77, bound from Virginia to Los Angeles, and flew it into the Pentagon.

25.     On September 11, 2001, co-conspirators Ziad Jarrah, Ahmed al-Haznawi, Saeed al-Ghamdi, and Ahmed al-Nami hijacked United Airlines Flight 93, bound from Newark to San Francisco, and after resistance from the passengers, crashed it in Somerset County, Pennsylvania. (In this Indictment, each hijacker will be identified with the flight number of the plane he hijacked.)

-10-

FED-PEC0213351

### The Defendants

26.     KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," the defendant, was closely associated with Usama Bin Laden, participated in the formulation of the plot resulting in the September 11, 2001 attacks, and was the plot's operational leader.

27.     WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," the defendant, was closely associated with Usama Bin Laden and participated in the plot resulting in the September 11, 2001 attacks by, among other things, collecting information on matters related to airport and airplane security measures.

28.     RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," the defendant, tried to become one of the pilot hijackers, but failed to obtain a visa for entry into the United States; instead, BIN AL-SHIBH managed the plot resulting in the September 11, 2001 attacks by, among other things, sending money to hijackers in the United States from abroad.

29.     ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a "Hani," the defendant, facilitated the plot resulting in the September 11, 2001 attacks by, among other things, sending money to hijackers in the United States from abroad.

30.     MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendant,

-11-

FED-PEC0213352

facilitated the plot resulting in the September 11, 2001 attacks by, among other things, helping the hijackers travel to the United States and facilitating their efforts upon arrival.

**The Charge**

31.     From in or about 1999 until on or about March 1, 2003, in the Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a "Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others known and unknown, in circumstances involving conduct transcending national boundaries, and in which the mail and facilities of interstate and foreign commerce were used in furtherance of the offense, the offense obstructed, delayed, and affected interstate and foreign commerce, the victim was the United States Government, members of the uniformed services, and officials, officers, employees, and agents of the governmental branches, departments, and agencies of the United States, and the structures, conveyances, and other real and personal property were, in whole and in part, owned, possessed, and leased to the United States and its departments and agencies, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed to violate Title 18, United States Code, Section 2332b(a).

-12-

32. It was a part and an object of the conspiracy that the defendants, and others known and unknown, would and did kill, maim and assault resulting in serious bodily injury persons within the United States, in violation of Title 18, United States Code, Sections 32, 34, 111, 114, 1111, and 1114; Title 49, United States Code, Section 46502(a); New York Penal Law Sections 120.10, 120.11, and 125.27; and 18 Pa. Cons. Stat. Ann. Section 2502, to wit, the murder on and after September 11, 2001, of the 2,976 persons named on pages 45 through 80 of this Indictment, and the maiming of and serious bodily injury to hundreds more.

33. It was a further part and object of the conspiracy that the defendants, and others known and unknown, would and did create a substantial risk of serious bodily injury to other persons by destroying and damaging structures, conveyances, and other real and personal property within the United States, in violation of Title 18, United States Code, Sections 32, 34, and 844(f) and (i); New York Penal Law Sections 150.20 and 120.25; and 18 Pa. Cons. Stat. Ann. Sections 3301 and 3302(a), to wit, the destruction and damage of four commercial airplanes in New York, Virginia, and Pennsylvania; the Twin Towers of the World Trade Center and surrounding structures and property in New York City; and the Pentagon in Arlington, Virginia, resulting in the deaths on and after September 11, 2001, of the 2,976 persons named on pages 45 through 80 of this Indictment.

## Overt Acts

34. In furtherance of the conspiracy, and to effect its illegal objects, the defendants, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

-13-

FED-PEC0213354

## Origin of the Plot

35.     In or before 1999, in Afghanistan, KHALID SHEIKH MOHAMMED proposed to Usama Bin Laden a terrorist plot that would use airplanes as missiles to crash into buildings.

36.     Thereafter, in or about 1999, in Afghanistan, KHALID SHEIKH MOHAMMED discussed with Usama Bin Laden and members of al Qaeda's "military committee" a plot in which al Qaeda operatives would hijack commercial airplanes and fly them into prominent buildings in the United States and elsewhere.

## MOHAMMED Trains Hijackers

37.     In or about 1999 and 2000, in Afghanistan and Pakistan, KHALID SHEIKH MOHAMMED trained the hijackers to use short-bladed knives by killing sheep and camels.

38.     In or about 1999 and 2000, in Afghanistan and Pakistan, KHALID SHEIKH MOHAMMED trained the hijackers on how to conceal short-bladed knives through airport security.

39.     In or about 1999 and 2000, in Afghanistan and Pakistan, KHALID SHEIKH MOHAMMED instructed the hijackers to obtain driver's licenses when they arrived in the United States to facilitate their travel and lodging.

## Co-Conspirators Seek U.S. Visas

40.     On or about April 3, 1999, in Yemen, WALID BIN ATTASH applied for a U.S.-entry visa, using the name "Salah Saeed Mohammed Bin Yousaf," which application was denied.

-14-

FED-PEC0213355

41.     On or about the same day, April 3, 1999, in Jeddah, Saudi Arabia, Nawaf al-Hazmi (AA 77) applied for a U.S.-entry visa, which application was granted.

42.     On or about April 7, 1999, in Jeddah, Saudi Arabia, Khalid al-Mihdhar (AA 77) applied for a U.S.-entry visa, which application was granted.

### BIN ATTASH Tests Aviation Security

43.     On or about December 31, 1999, WALID BIN ATTASH flew in first class on a United Airlines flight from Bangkok, Thailand, to Hong Kong, under the name "Saeed Mohammed Yousuf."

44.     On or about January 1, 2000, WALID BIN ATTASH flew in first class on a United Airlines flight from Hong Kong to Bangkok, Thailand, under the name "Saeed Mohammed Yusuf."

45.     On one and both of the United Airlines flights referred to in the preceding two paragraphs, WALID BIN ATTASH possessed a pocket knife and approached the cockpit to test security measures on the airplane.

46.     In January 2000, WALID BIN ATTASH smuggled through airport security in Malaysia a Leatherman-type short-bladed knife.

47.     On or about January 2, 2000, WALID BIN ATTASH flew from Bangkok, Thailand, to Kuala Lumpur, Malaysia, under the name "Saleh Saeed Mohammed Binyousaf."

48.     On or about January 5, 2000, Khalid al-Mihdhar (AA 77) flew from Dubai, United Arab Emirates, to Kuala Lumpur, Malaysia.

49.     On or about January 8, 2000, WALID BIN ATTASH, using the name "Salah Saeed Mohammed"; Nawaf al-Hazmi (AA 77); and Khalid al-Mihdhar (AA 77) flew

-15-

FED-PEC0213356

from Kuala Lumpur, Malaysia, to Bangkok, Thailand, on the same flight, seated in the same row of the airplane.

50.     On or about January 15, 2000, Nawaf al-Hazmi (AA 77) and Khalid al-Mihdhar (AA 77) flew on the same United Airlines flight from Bangkok, Thailand, to Los Angeles, California, through Hong Kong.

51.     On or about January 20, 2000, WALID BIN ATTASH flew from Bangkok, Thailand, to Karachi, Pakistan, under the name "Saleh Saeed Mohammed Binyousaf."

The Hamburg Cell

52.     In or about 1999, RAMZI BIN AL-SHIBH, Mohamed Atta (AA 11), Marwan al-Shehhi (UA 175), Ziad Jarrah (UA 93), and others, were associated together in Hamburg, Germany.

53.     On or about November 25, 1999, Ziad Jarrah (UA 93) flew from Hamburg, Germany, to Karachi, Pakistan, through Istanbul, Turkey.

54.     On or about November 29, 1999, Mohamed Atta (AA 11) flew from Hamburg, Germany, to Karachi, Pakistan, through Istanbul, Turkey.

55.     On or about December 6, 1999, RAMZI BIN AL-SHIBH flew from Hamburg, Germany, to Karachi, Pakistan, through Istanbul, Turkey.

56.     In or about January 2000, RAMZI BIN AL-SHIBH, Mohamed Atta (AA 11), Mohand al-Shehri (UA 175), Ahmed al-Ghamdi (UA 175), and Saeed al-Ghamdi (UA 93) were together at an al Qaeda facility in the vicinity of Kandahar, Afghanistan.

57.     On or about January 3, 2000, ALI ABDUL AZIZ ALI helped Marwan al-Shehhi (UA 175) obtain a Boeing 767-300 flight deck video.

-16-

FED-PEC0213357

58.     On or about January 4, 2000, ALI ABDUL AZIZ ALI helped Marwan al-Shehhi (UA 175) obtain a Boeing 747 flight simulator software program.

59.     On or about January 18, 2000, in Dubai, United Arab Emirates, Marwan al-Shehhi (UA 175) was issued a U.S.-entry visa.

60.     On or about May 18, 2000, in Berlin, Germany, Mohamed Atta (AA 11) was issued a U.S.-entry visa.

61.     On or about May 25, 2000, in Berlin, Germany, Ziad Jarrah (UA 93) was issued a U.S.-entry visa.

62.     On or about May 29, 2000, Marwan al-Shehhi (UA 175) flew from Brussels, Belgium, to Newark, New Jersey.

63.     On or about June 3, 2000, Mohamed Atta (AA 11) flew from Prague, Czech Republic, to Newark, New Jersey.

64.     On or about June 27, 2000, Ziad Jarrah (UA 93) flew from Munich, Germany, to Atlanta, Georgia.

65.     From late June 2000 through early December 2000, Ziad Jarrah (UA 93) received flight training at the Florida Flight Training Center in Venice, Florida.

66.     From early July 2000 through mid-December 2000, Mohamed Atta (AA 11) and Marwan al-Shehhi (UA 175) received flight training at Huffman Aviation in Venice, Florida.

### BIN AL-SHIBH Tries to Join Hijackers

67.     On or about May 17, 2000, in Berlin, Germany, RAMZI BIN AL-SHIBH applied for a U.S.-entry visa, which application was denied.

-17-

FED-PEC0213358

68.     On or about June 15, 2000, in Berlin, Germany, RAMZI BIN AL-SHIBH applied for a U.S.-entry visa, which application was denied.

69.     On or about August 9, 2000, RAMZI BIN AL-SHIBH applied to enroll in a pilot training course at the Florida Flight Training Center in Venice, Florida.

70.     On or about August 14, 2000, RAMZI BIN AL-SHIBH arranged to wire money from his account in Germany to the account of the Florida Flight Training Center in Venice, Florida.

71.     In or about August 2000, Ziad Jarrah (UA 93) attempted to enroll RAMZI BIN AL-SHIBH in the Florida Flight Training Center in Venice, Florida.

72.     On or about September 15, 2000, in Sana'a, Yemen, RAMZI BIN AL-SHIBH applied for a U.S.-entry visa, which application was denied.

73.     On or about October 25, 2000, in Berlin, Germany, RAMZI BIN AL-SHIBH applied for a U.S.-entry visa, which application was denied.

### MOHAMMED Deputizes BIN AL-SHIBH

74.     In early- to mid-2000, KHALID SHEIKH MOHAMMED directed RAMZI BIN AL-SHIBH to serve as an intermediary between MOHAMMED and the hijackers.

### Overseas Financing

75.     On or about April 16, 2000, in Dubai, United Arab Emirates, ALI ABDUL AZIZ ALI, using the name "Ali," wired $5,000 to a bank account in California.

76.     On or about June 13, 2000, in Hamburg, Germany, RAMZI BIN AL-SHIBH transferred approximately $2,700 to Marwan al-Shehhi (UA 175) in Manhattan, New York.

-18-

77.     On or about June 21, 2000, in Hamburg, Germany, RAMZI BIN AL-SHIBH transferred approximately $1,800 to Marwan al-Shehhi (UA 175) in Manhattan, New York.

78.     On or about June 29, 2000, in Dubai, United Arab Emirates, ALI ABDUL AZIZ ALI, using the name "Isam Mansar," transferred $5,000 to Marwan al-Shehhi (UA 175) in Manhattan, New York.

79.     On or about July 18, 2000, in Dubai, United Arab Emirates, ALI ABDUL AZIZ ALI, using the name "Isam Mansur," transferred approximately $10,000 into a Florida SunTrust bank account in the names of Mohamed Atta (AA 11) and Marwan al-Shehhi (UA 175).

80.     On or about July 26, 2000, in Hamburg, Germany, RAMZI BIN AL-SHIBH transferred approximately $1,700 to Marwan al-Shehhi (UA 175) in Florida.

81.     On or about August 5, 2000, in Dubai, United Arab Emirates, ALI ABDUL AZIZ ALI, using the name "Isam Mansour," transferred approximately $9,500 into a Florida SunTrust bank account in the names of Mohamed Atta (AA 11) and Marwan al-Shehhi (UA 175).

82.     On or about August 29, 2000, in Dubai, United Arab Emirates, ALI ABDUL AZIZ ALI, using the name "Mr. Ali," transferred approximately $20,000 into a Florida SunTrust bank account in the names of Mohamed Atta (AA 11) and Marwan al-Shehhi (UA 175).

83.     On or about September 17, 2000, in Dubai, United Arab Emirates, ALI ABDUL AZIZ ALI, using the name "HANI (Fawaz TRDNG)," transferred approximately

-19-

$70,000 into a Florida SunTrust bank account in the names of Mohamed Atta (AA 11) and Marwan al-Shehhi (UA 175).

84.     On or about September 26, 2000, in Hamburg, Germany, RAMZI BIN AL-SHIBH transferred approximately $4,100 to Marwan al-Shehhi (UA 175) in Florida.

### MOHAMMED Manages the Plot

85.     Beginning in or about April 2001, KHALID SHEIKH MOHAMMED directed the funding and logistical support of the hijackers by instructing RAMZI BIN AL-SHIBH, ALI ABDUL AZIZ ALI, and MUSTAFA AL-HAWSAWI to coordinate the movement of hijackers to the United States through the United Arab Emirates.

86.     For example, in mid-April 2001, KHALID SHEIKH MOHAMMED coached RAMZI BIN AL-SHIBH on cover stories that he could teach a hijacker to use to avoid detection by border security.

87.     In or about mid-April 2001, KHALID SHEIKH MOHAMMED instructed RAMZI BIN AL-SHIBH and ALI ABDUL AZIZ ALI to send tens of thousands of dollars to the hijackers already in the United States, but to send the money in multiple transfers of smaller amounts, so as to avoid detection and loss of the funds.

88.     In or about mid-April 2001, KHALID SHEIKH MOHAMMED expressed frustration to RAMZI BIN AL-SHIBH that a hijacker was not traveling to the United States sooner.

89.     In or about mid-April 2001, KHALID SHEIKH MOHAMMED directed MUSTAFA AL-HAWSAWI to gather certain materials when AL-HAWSAWI traveled to Kuwait.

-20-

FED-PEC0213361

90.     In or about mid-April 2001, KHALID SHEIKH MOHAMMED advised RAMZI BIN AL-SHIBH that hijackers traveling through the United Arab Emirates at that time should contact ALI ABDUL AZIZ ALI while MUSTAFA AL-HAWSAWI was traveling.

91.     In mid- to late-April 2001, through RAMZI BIN AL-SHIBH and MUSTAFA AL-HAWSAWI, KHALID SHEIKH MOHAMMED monitored the progress of a hijacker as he traveled to a country where he would apply for a new passport and a U.S.-entry visa.

92.     In or about late April 2001, KHALID SHEIKH MOHAMMED asked RAMZI BIN AL-SHIBH whether hijackers in the United States had met to coordinate with each other and with other hijackers who were arriving in the United States.

93.     In or about late April 2001, KHALID SHEIKH MOHAMMED advised RAMZI BIN AL-SHIBH that he would soon be sending more hijackers to assist Mohamed Atta (AA 11) in the United States.

<u>AZIZ ALI Maintains Contact With Hijackers</u>

94.     From 2000 through in or about June 2001, hijackers in the United States placed approximately 35 telephone calls to numbers associated with ALI ABDUL AZIZ ALI.

<u>Arrival of Additional Hijackers</u>

95.     On or about April 23, 2001, Satam al-Suqami (AA 11) and Waleed al-Shehri (AA 11) flew from Dubai, United Arab Emirates, to Orlando, Florida.

96.     On or about May 2, 2001, Majed Moqed (AA 77) and Ahmed al-Ghamdi (UA 175) flew from Dubai, United Arab Emirates, to Dulles Airport in Virginia.

97.     On or about May 28, 2001, Hamza al-Ghamdi (UA 175), Ahmed al-Nami

-21-

FED-PEC0213362

(UA 93), and Mohand al-Shehri (UA 175) flew from Dubai, United Arab Emirates, to Miami, Florida.

98. On or about June 8, 2001, Ahmad al-Haznawi (UA 93) and Wail al-Shehri (AA 11) flew from Dubai, United Arab Emirates, to Miami, Florida.

99. On or about June 27, 2001, Fayez Banihammad (UA 175) and Saeed al-Ghamdi (UA 93) flew from Dubai, United Arab Emirates, to Orlando, Florida.

100. In making reservations for the flight referred to in the preceding paragraph, Fayez Banihammad (UA 175) and Saeed al-Ghamdi (UA 93) each provided the contact telephone number 0505209905, a cellular telephone associated with MUSTAFA AL-HAWSAWI (the "AL-HAWSAWI Phone").

101. On or about June 29, 2001, Abdul Aziz al-Omari (AA 11) and Salem al-Hazmi (AA 77) flew from Dubai, United Arab Emirates, to New York.

102. In making reservations for the flight referred to in the preceding paragraph, Abdul Aziz al-Omari (AA 11) and Salem al-Hazmi (AA 77) each provided the AL-HAWSAWI Phone as a contact telephone number.

103. On or about July 4, 2001, Khalid al-Mihdhar (AA 77) flew from Riyadh, Saudi Arabia, to New York.

### BIN ATTASH Videotapes Hijacker's Martyr Will

104. Before July 4, 2001, in an overseas location, WALID BIN ATTASH videotaped Khalid al-Mihdhar (AA 77) reading a martyr will.

### AL-HAWSAWI's Support of Banihammad

105. On or about June 25, 2001, MUSTAFA AL-HAWSAWI opened fixed

-22-

deposit, current, and credit card accounts at a Standard Chartered Bank branch in Sharjah, United Arab Emirates (collectively, the "AL-HAWSAWI Accounts").

106.    On or about June 25, 2001, at the Standard Chartered Bank branch referred to in the preceding paragraph, Fayez Banihammad (UA 175) opened fixed deposit, current, and credit card accounts (collectively, the "Banihammad Accounts").

107.    On or about June 25, 2001, Fayez Banihammad (UA 175) gave MUSTAFA AL-HAWSAWI written authority to pick up items connected to the Banihammad Accounts, namely, ATM and Visa cards, and associated access codes.

108.    On or about July 23, 2001, MUSTAFA AL-HAWSAWI caused the Visa card connected to the Banihammad Accounts to be shipped from the United Arab Emirates to Fayez Banihammad (UA 175) in Florida.

109.    On or about August 1, 2001, the Visa card connected to the Banihammad Accounts was used to make three ATM withdrawals in North Boca Raton, Florida.

110.    On or about August 21, 2001, approximately $4,900 was deposited into the Banihammad Accounts in Sharjah, United Arab Emirates.

111.    On or about August 22, 2001, the Visa card connected to the Banihammad Accounts was used to withdraw approximately $4,800 at a bank in Boynton Beach, Florida, in the vicinity of where Fayez Banihammad (US 175) was living.

AL-HAWSAWI Maintains Contact With Hijackers

112.    From in or about July 2001 through and including September 11, 2001, hijackers in the United States placed approximately 50 telephone calls to numbers associated with MUSTAFA AL-HAWSAWI.

-23-

FED-PEC0213364

### Cross-Country Surveillance Flights

113.    In or about May 2001, KHALID SHEIKH MOHAMMED instructed Mohamed Atta (AA 11) and Marwan al-Shehhi (UA 175) to take cross-country flights to study in-flight security measures.

114.    On or about May 24, 2001, Marwan al-Shehhi (UA 175) flew first class from New York to San Francisco.

115.    On or about June 7, 2001, Ziad Jarrah (UA 93) flew first class from Hanover, Maryland, to Los Angeles.

116.    On or about June 28, 2001, Mohamed Atta (AA 11) flew first class from Boston to San Francisco.

117.    On or about July 31, 2001, Waleed al-Shehri (AA 11) flew first class from Boston to San Francisco.

118.    On or about August 13, 2001, Hani Hanjour (AA 77) flew first class from Washington, D.C., to Los Angeles.

### BIN AL-SHIBH Maintains Contact With Hijackers

119.    In or about July 2001, hijackers in the United States placed more than 70 telephone calls to numbers associated with RAMZI BIN AL-SHIBH.

### The Spain Meeting

120.    On or about July 7, 2001, Mohamed Atta (AA 11) flew from Miami, Florida, to Zurich, Switzerland.

121.    On or about July 8, 2001, Mohamed Atta (AA 11) flew from Zurich, Switzerland, to Madrid, Spain.

-24-

122.    On or about July 8, 2001, in Hamburg, Germany, RAMZI BIN AL-SHIBH purchased an airline ticket to Tarragona, Spain.

123.    From on or about July 9, 2001, through on or about July 16, 2001, RAMZI BIN AL-SHIBH and Mohamed Atta (AA 11) were in Tarragona, Spain, where they met and discussed, among other aspects of the plot, potential targets for the hijacking attacks.

124.    After leaving Spain, RAMZI BIN AL-SHIBH reported to KHALID SHEIKH MOHAMMED about the meeting with Mohamed Atta (AA 11).

125.    Thereafter, KHALID SHEIKH MOHAMMED instructed RAMZI BIN AL-SHIBH and MUSTAFA AL-HAWSAWI to take the actions described below, in paragraphs 128 through 131.

### MOHAMMED Applies for U.S. Visa

126.    On or about July 23, 2001, in Jeddah, Saudi Arabia, KHALID SHEIKH MOHAMMED applied for a U.S.-entry visa, using the name "Abdulrahman A.A. Al-Ghamdi," which application was denied.

### Jarrah Travels to Germany

127.    On or about July 25, 2001, Ziad Jarrah (UA 93) traveled from the United States to Germany.

### Money Transfers to Moussaoui

128.    On or about July 30, 2001, MUSTAFA AL-HAWSAWI, using the name "Hashem Abderahman," sent $5,000 from the United Arab Emirates to RAMZI BIN AL-SHIBH, who received the money in Hamburg, Germany, using the name "Ahad Abdollahi Sabet."

129.    On or about July 31, 2001, MUSTAFA AL-HAWSAWI, using the name

FED-PEC0213366

"Hashim Abdourahman," sent $10,000 from the United Arab Emirates to RAMZI BIN AL-SHIBH, who received the money in Hamburg, Germany, using the name "Ahad Abdollani Sabet."

130.    On or about August 1, 2001, RAMZI BIN AL-SHIBH, using the name "Ahad Abdollahi Sabet," sent approximately $10,000 from Dusseldorf, Germany, to Zacarias Moussaoui in Oklahoma.

131.    On or about August 3, 2001, RAMZI BIN AL-SHIBH, using the name "Ahad Abdollahi Sabet," sent approximately $4,000 from Hamburg, Germany, to Zacarias Moussaoui in Oklahoma.

<u>Co-Conspirator Tries to Enter the United States</u>

132.    On or about August 4, 2001, a co-conspirator not named as a defendant herein ("Co-Conspirator 1") flew from Dubai, United Arab Emirates, to Orlando International Airport, in Florida.

133.    In making reservations for the flight referred to in the preceding paragraph, Co-Conspirator 1 provided the AL-HAWSAWI Phone as a contact telephone number.

134.    At or about the time of Co-Conspirator 1's arrival, Mohamed Atta (AA 11) was at the Orlando International Airport, where he placed calls to the AL-HAWSAWI Phone.

135.    Later that day, Co-Conspirator 1 was denied entry into the United States and took a return flight to Dubai through London.

<u>The Las Vegas Meeting</u>

136.    In summer 2001, KHALID SHEIKH MOHAMMED instructed some of the hijackers to meet in Las Vegas to make final preparations.

-26-

FED-PEC0213367

137.    On or about August 13, 2001, Mohamed Atta (AA 11) flew from Reagan National Airport in Virginia to Las Vegas, Nevada.

138.    On or about August 13, 2001, Hani Hanjour (AA 77) and Nawaf al-Hazmi (AA 77) flew together from Virginia to Las Vegas, Nevada.

Purchases of Knives

139.    On or about August 3, 2001, in Oklahoma City, Oklahoma, Zacarias Moussaoui purchased two knives.

140.    On or about August 13, 2001, in Boynton Beach, Florida, Marwan al-Shehhi (UA 175) purchased two knives.

141.    On or about August 13, 2001, in Boynton Beach, Florida, Fayez Banihammad (UA 175) purchased a knife set.

142.    On or about August 16, 2001, in Eagan, Minnesota, Zacarias Moussaoui was in possession of a Leatherman-type short-bladed knife set.

143.    On or about August 27, 2001, in Laurel, Maryland, Nawaf al-Hazmi (AA 77) purchased a Leatherman-type short-bladed knife set.

144.    On or about August 30, 2001, in Boynton Beach, Florida, Hamza al-Ghamdi (UA 175) purchased a Leatherman-type short-bladed knife set.

Attack Date Is Communicated to al Qaeda Leadership

145.    In late August 2001, KHALID SHEIKH MOHAMMED was advised of the date that the hijacking attacks would be carried out, and MOHAMMED notified Usama Bin Laden of it.

146.    In early September 2001, in Afghanistan, WALID BIN ATTASH was

-27-

advised of the date that the hijacking attacks would be carried out.

<u>AZIZ ALI Tries to Join Hijackers</u>

147.     On or about August 27, 2001, in the United Arab Emirates, ALI ABDUL AZIZ ALI applied for a U.S.-entry visa, which application was denied.  On the application, AZIZ ALI indicated that he expected to travel to the United States on September 4, 2001, and that he expected to stay "one week" (<u>i.e.</u>, until September 11, 2001).

148.     Shortly thereafter, when KHALID SHEIKH MOHAMMED learned that ALI ABDUL AZIZ ALI's application for a visa had been denied, MOHAMMED sent a message that AZIZ ALI should travel to meet MOHAMMED.

<u>Hijackers Return Excess Funds</u>

149.     On or about September 4, 2001, Mohamed Atta (AA 11) sent a package via Federal Express to a post office box in the United Arab Emirates used by MUSTAFA AL-HAWSAWI.

150.     On or about September 5, 2001, Fayez Banihammad (UA 175) wired approximately $8,000 from his Florida SunTrust account to the Banihammad Accounts over which MUSTAFA AL-HAWSAWI had authority and control.

151.     On or about September 8, 2001, Mohamed Atta (AA 11) wired approximately $2,860 to "Mustafa Ahmed" in the United Arab Emirates.

152.     On or about September 8, 2001, Mohamed Atta (AA 11) wired $5,000 to "Mustafa Ahmed" in the United Arab Emirates.

153.     On or about September 9, 2001, Waleed al-Shehri (AA 11) wired $5,000 to "Ahanad Mustafa" in the United Arab Emirates.

-28-

154. On or about September 10, 2001, Marwan al-Shehhi (UA 175) wired $5,400 to "Mustafa Ahmad" in the United Arab Emirates.

155. On or about September 10, 2001, Nawaf al-Hazmi (AA 77) mailed the ATM card for the First Union bank account of Khalid al-Mihdhar (AA 77) to a post office box used by MUSTAFA AL-HAWSAWI in the United Arab Emirates. Al-Mihdhar's account had a balance of approximately $10,000 at the time.

156. On or about September 11, 2001, in the United Arab Emirates, approximately $16,348 was deposited into the AL-HAWSAWI Accounts.

<u>BIN AL-SHIBH Flees</u>

157. On or about September 3, 2001, in Germany, RAMZI BIN AL-SHIBH, using the name "Ahad Abdollahi Sabet," received $1,500 that was sent by MUSTAFA AL-HAWSAWI, using the name "Hashem Abdollahi."

158. On or about September 5, 2001, RAMZI BIN AL-SHIBH traveled from Dusseldorf, Germany, to Madrid, Spain, and did not return to Germany.

159. On or shortly before September 9, 2001, RAMZI BIN AL-SHIBH was in Dubai, United Arab Emirates, where he instructed ALI ABDUL AZIZ ALI and MUSTAFA AL-HAWSAWI to depart the United Arab Emirates.

160. On or shortly before September 11, 2001, RAMZI BIN AL-SHIBH departed the United Arab Emirates.

161. On or about September 12, 2001, RAMZI BIN AL-SHIBH was in Afghanistan.

-29-

FED-PEC0213370

### AZIZ ALI Flees

162.    On or about September 9, 2001, in the United Arab Emirates, ALI ABDUL AZIZ ALI made a one-way reservation to travel from Dubai to Karachi, Pakistan.

163.    On or about September 10, 2001, in the United Arab Emirates, ALI ABDUL AZIZ ALI withdrew nearly all the balance from two bank accounts.

164.    Later on or about September 10, 2001, ALI ABDUL AZIZ ALI flew from Dubai to Karachi, Pakistan, on a one-way ticket.

### AL-HAWSAWI Flees

165.    On or about September 11, 2001, in the United Arab Emirates, at about 9:22 a.m. local time (the early morning hours of Eastern Daylight Time), MUSTAFA AL-HAWSAWI moved approximately $6,534 of the $8,000 in the Banihammad Accounts into the AL-HAWSAWI Accounts, using a check dated September 10, 2001; AL-HAWSAWI then withdrew approximately $1,361, nearly all the remaining balance in the Banihammad Accounts, by ATM cash withdrawal.

166.    On or about September 11, 2001, in the United Arab Emirates, approximately $40,871 was prepaid to a Visa card connected to the AL-HAWSAWI Accounts.

167.    On or about September 11, 2001, MUSTAFA AL-HAWSAWI left the United Arab Emirates for Pakistan.

### The September 11, 2001 Terrorist Attacks

168.    On September 11, 2001, the hijackers possessed a handwritten set of final instructions for a martyrdom operation using knives on an airplane.

169.    On September 11, 2001, Mohamed Atta, Abdul Aziz al-Omari, Satam al-

FED-PEC0213371

Suqami, Waleed al-Shehri, and Wail al-Shehri hijacked American Airlines Flight 11, a Boeing 767, which had departed from Boston bound for Los Angeles at 7:59 a.m. They flew Flight 11 into the North Tower of the World Trade Center in Manhattan at 8:46 a.m., causing the collapse of the tower, great damage and destruction to other structures and property, and injury and death to thousands of persons.

170. On September 11, 2001, Marwan al-Shehhi, Hamza al-Ghamdi, Fayez Banihammad, Mohand al-Shehri, and Ahmed al-Ghamdi hijacked United Airlines Flight 175, a Boeing 767, which had departed from Boston bound for Los Angeles at 8:14 a.m. They flew Flight 175 into the South Tower of the World Trade Center in Manhattan at 9:03 a.m., causing the collapse of the tower, great damage and destruction to other structures and property, and injury and death to thousands of persons.

171. On September 11, 2001, Hani Hanjour, Khalid al-Mihdhar, Majed Moqed, Nawaf al-Hazmi, and Salem al-Hazmi hijacked American Airlines Flight 77, a Boeing 757, which had departed from Virginia bound for Los Angeles at 8:20 a.m. They flew Flight 77 into the Pentagon in Virginia at 9:37 a.m., causing great damage and destruction to property and injury and death to hundreds of persons.

172. On September 11, 2001, Ziad Jarrah, Saeed al-Ghamdi, Ahmed al-Nami, and Ahmed al-Haznawi hijacked United Airlines Flight 93, a Boeing 757, which had departed from Newark, New Jersey, bound for San Francisco at 8:42 a.m. After resistance by the passengers, the hijackers crashed Flight 93 in Somerset County, Pennsylvania, at approximately 10:03 a.m., killing all on board.

FED-PEC0213372

### Bin Laden and BIN ATTASH Hear News of the Attacks

173.    On September 11, 2001, WALID BIN ATTASH was with Usama Bin Laden in Afghanistan when they heard for the first time that airplanes had struck the World Trade Center.

174.    Shortly thereafter, Usama Bin Laden instructed WALID BIN ATTASH to travel to the Tora Bora region of Afghanistan and prepare the area by digging trenches and stockpiling food, weapons, and ammunition.

### Withdrawals of Hijackers' Excess Funds

175.    On or about August 25, 2001, in the United Arab Emirates, MUSTAFA AL-HAWSAWI applied for a supplemental Visa card connected to the AL-HAWSAWI Accounts, which application was made in the name "Abdulrahman Abdullah al-Ghamdi," an alias used by KHALID SHEIKH MOHAMMED.  The application was supported by documentation associated with MOHAMMED, including his photograph.

176.    On or about September 13, 2001, the supplemental Visa card connected to the AL-HAWSAWI Accounts was used to make six ATM withdrawals in Karachi, Pakistan.

### Post-Attack Propaganda and Efforts to Avoid Capture

177.    On or about October 7, 2001, a video was aired on the Al-Jazeera satellite television channel in which Usama Bin Laden praised the September 11, 2001 attacks.

178.    After September 11, 2001, RAMZI BIN AL-SHIBH and MUSTAFA AL-HAWSAWI met with Usama Bin Laden in Afghanistan.  The meeting was videotaped.

179.    On or about September 10, 2002, Usama Bin Laden videotaped a message in which he identified the 19 hijackers by name and "kunya."

-32-

FED-PEC0213373

180.    On or about March 1, 2003, KHALID SHEIKH MOHAMMED and

MUSTAFA AL-HAWSAWI were present at a safe house where they possessed false

identification and materials related to al Qaeda and the planning and execution of the September

11, 2001 attacks.

(Title 18, United States Code, Section 2332b(a)(2) & (c)(1)(a).)

## COUNT TWO

### Acts of Terrorism Transcending National Boundaries

The Grand Jury further charges:

181.    The allegations in paragraphs 1 through 30 and 34 through 180 are

repeated.

182.    From in or about 1999 until on or about September 11, 2001, in the

Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a

"Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-

Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh

Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver,"

RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL

AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a

"Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem

Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others

known and unknown, in circumstances involving conduct transcending national boundaries, and

in which the mail and facilities of interstate and foreign commerce were used in furtherance of

the offense, the offense obstructed, delayed, and affected interstate and foreign commerce, the

-33-

FED-PEC0213374

victim was the United States Government, members of the uniformed services, and officials,

officers, employees, and agents of the governmental branches, departments, and agencies of the

United States, and the structures, conveyances, and other real and personal property were, in

whole and in part, owned, possessed, and leased to the United States and its departments and

agencies, unlawfully, willfully, and knowingly (1) killed, maimed, and assaulted resulting in

serious bodily injury thousands of persons within the United States, including the 2,976

murdered persons named on pages 45 through 80 of this Indictment, in violation of Title 18,

United States Code, Sections 32, 34, 111, 114, 1111, and 1114; Title 49, United States Code,

Section 46502(a); New York Penal Law Sections 120.10, 120.11, and 125.27; and 18 Pa. Cons.

Stat. Ann. Section 2502, and (2) created a substantial risk of serious bodily injury to other

persons by destroying and damaging structures, conveyances, and other real and personal

property within the United States, namely, four commercial airplanes in New York, Virginia, and

Pennsylvania; the Twin Towers of the World Trade Center and surrounding structures and

property in New York City; and the Pentagon in Arlington, Virginia, in violation of Title 18,

United States Code, Sections 32, 34, and 844(f) and (i); New York Penal Law Sections 150.20

and 120.25; and 18 Pa. Cons. Stat. Ann. Sections 3301 and 3302(a).

(Title 18, United States Code, Sections 2332b(a)(1) & (c)(1)(A) and 2.)

## COUNT THREE

### Conspiracy to Commit Violent Acts and Destroy Aircraft

The Grand Jury further charges:

183.    The allegations in paragraphs 1 through 30 and 34 through 180 are

repeated.

-34-

184.    From in or about 1999 until on or about March 1, 2003, in the Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a "Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed to violate Title 18, United States Code, Section 32.

185.    It was a part and an object of the conspiracy that the defendants, and others known and unknown, would and did destroy and wreck aircraft in the special aircraft jurisdiction of the United States, in violation of Title 18, United States Code, Section 32(a)(1), to wit, the hijacking and destruction of American Airlines Flight 11, United Airlines Flight 175, American Airlines Flight 77, and United Airlines Flight 93, resulting in the deaths on and after September 11, 2001, of the 2,976 persons named on pages 45 through 80 of this Indictment.

186.    It was a further part and object of the conspiracy that the defendants, and others known and unknown, would and did perform acts of violence against and incapacitate individuals on aircraft in the special aircraft jurisdiction of the United States, so as likely to endanger the safety of such aircraft, in violation of Title 18, United States Code, Section 32(a)(5) (2001), to wit, the hijacking and destruction of American Airlines Flight 11, United Airlines

-35-

FED-PEC0213376

Flight 175, American Airlines Flight 77, and United Airlines Flight 93, resulting in the deaths on and after September 11, 2001, of the 2,976 persons named on pages 45 through 80 of this Indictment.

### Overt Acts

187.    In furtherance of the conspiracy, and to effect its illegal objects, the defendants, and others known and unknown, committed the overt acts set forth in Count One of this Indictment, which are fully incorporated by reference.

(Title 18, United States Code, Sections 32(a)(7) (2001) and 34.)

### COUNT FOUR

### Violence on and Destruction of Aircraft

The Grand Jury further charges:

188.    The allegations in paragraphs 1 through 30 and 34 through 180 are repeated.

189.    From in or about 1999 until on or about September 11, 2001, in the Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a "Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others

-36-

FED-PEC0213377

known and unknown, unlawfully, willfully, and knowingly destroyed and wrecked aircraft in the special aircraft jurisdiction of the United States, and performed acts of violence against and incapacitated individuals on such aircraft, so as likely to endanger the safety of such aircraft, to wit, the hijacking and destruction of American Airlines Flight 11 and United Airlines Flight 175, resulting in the deaths on and after September 11, 2001, of the first 2,752 persons named on pages 45 through 80 of this Indictment.

(Title 18, United States Code, Sections 32(a)(1) & (5) (2001), 34, and 2.)

## COUNT FIVE

### Conspiracy to Commit Aircraft Piracy

The Grand Jury further charges:

190. The allegations in paragraphs 1 through 30 and 34 through 180 are repeated.

191. From in or about 1999 until on or about March 1, 2003, in the Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a "Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others known and unknown, unlawfully, willfully, knowingly, and with wrongful intent, combined, conspired, confederated,

-37-

and agreed to commit aircraft piracy, by seizing and exercising control of aircraft in the special aircraft jurisdiction of the United States by force, violence, threat of force and violence, and intimidation, to wit, the hijacking and destruction of American Airlines Flight 11, United Airlines Flight 175, American Airlines Flight 77, and United Airlines Flight 93, resulting in the deaths on and after September 11, 2001, of the 2,976 persons named on pages 45 through 80 of this Indictment.

## Overt Acts

192.     In furtherance of the conspiracy, and to effect its illegal objects, the defendants, and others known and unknown, committed the overt acts set forth in Count One of this Indictment, which are fully incorporated by reference.

(Title 49, United States Code, Section 46502(a)(1)(A) & (a)(2)(B).)

## COUNT SIX

## Aircraft Piracy

The Grand Jury further charges:

193.     The allegations in paragraphs 1 through 30 and 34 through 180 are repeated.

194.     From in or about 1999 until on or about September 11, 2001, in the Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL

-38-

FED-PEC0213379

AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a

"Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem

Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others

known and unknown, unlawfully, willfully, knowingly, and with wrongful intent, committed

aircraft piracy, by seizing and exercising control of aircraft in the special aircraft jurisdiction of

the United States by force, violence, threat of force and violence, and intimidation, to wit, the

hijacking and destruction of American Airlines Flight 11 and United Airlines Flight 175,

resulting in the deaths on and after September 11, 2001, of the first 2,752 persons named on

pages 45 through 80 of this Indictment.

(Title 49, United States Code, Sections 46502(a)(1)(A) & (a)(2)(B) and 2.)

## COUNTS SEVEN AND EIGHT

### Murder of United States Officers and Employees

The Grand Jury further charges:

195.    The allegations in paragraphs 1 through 30 and 34 through 180 are

repeated.

196.    From in or about 1999 until on or about September 11, 2001, in the

Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a

"Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-

Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh

Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver,"

RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL

AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a

-39-

"Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem

Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others

known and unknown, unlawfully, willfully, deliberately, with premeditation and malice

aforethought, and perpetrated from a premeditated design unlawfully and maliciously to effect

the death of a human being other than him who is killed, killed an officer and employee of the

United States and agencies and branches thereof, while such officer and employee was engaged

in, and on account of, the performance of official duties, to wit, the deaths of the following

persons at the World Trade Center in New York City on September 11, 2001:

| Count | Victim |
|-------|--------|
| Seven | Federal Officer Victim 1 |
| Eight | Federal Officer Victim 2 |

(Title 18, United States Code, Sections 1111, 1114 and 2.)

## COUNT NINE

### Destruction of the Twin Towers

The Grand Jury further charges:

197.    The allegations in paragraphs 1 through 30 and 34 through 180 are

repeated.

198.    From in or about 1999 until on or about September 11, 2001, in the

Southern District of New York and elsewhere, KHALID SHEIKH MOHAMMED, a/k/a

"Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a "Abdulrahman Abdullah al-

Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad Bin Attash," a/k/a "Saleh

Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin Rashid," a/k/a "Silver,"

FED-PEC0213381

RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi Sabet," ALI ABDUL

AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a

"Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem Abdulrahman," a/k/a "Hashem

Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal," the defendants, and others

known and unknown, unlawfully, maliciously, and knowingly damaged and destroyed, by means

of fire and explosives, buildings, vehicles, and other real and personal property used in interstate

and foreign commerce and in activities affecting interstate and foreign commerce, to wit, the

destruction and damage of two commercial airplanes, the Twin Towers of the World Trade

Center, and surrounding structures and property in New York City, resulting in the deaths on and

after September 11, 2001, of the first 2,752 persons named on pages 45 through 80 of this

Indictment, including hundreds of public safety officers performing duties as a direct and

proximate result of the said damage and destruction.

(Title 18, United States Code, Sections 844(i) and 2.)

## AL QAEDA CONSPIRACY TO KILL AMERICANS

### COUNT TEN

The Grand Jury further charges:

199.    The allegations in paragraphs 1 through 30 and 34 through 180 are

repeated.

200.    From in or about 1989 until the date of the filing of this Indictment,

outside the United States, in the Southern District of New York and elsewhere, KHALID

SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-Mukh," a/k/a

"Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH, a/k/a "Khallad

-41-

FED-PEC0213382

Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq Muhammad Salih Bin

Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah," a/k/a "Ahad Abdollahi

Sabet," ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a "Isam Mansur," a/k/a

"Ammar al-Baluchi," a/k/a "Hani," and MUSTAFA AL-HAWSAWI, a/k/a "Hashem

Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher," a/k/a "Khal,"

the defendants, together with members of the terrorist group known as al Qaeda, affiliated

terrorist organizations, and others known and unknown, unlawfully, willfully, and knowingly

combined, conspired, confederated, and agreed together and with each other to kill nationals of

the United States, in violation of Title 18, United States Code, Section 2332(b).

      201.    It was a part and an object of the conspiracy that the defendants, and others

known and unknown, would and did murder United States nationals anywhere in the world,

including the United States.

**Overt Acts**

      202.    In furtherance of the conspiracy, and to effect its illegal object, the

defendants, and others known and unknown, committed the overt acts set forth in Count One of

this Indictment, and the following overt acts, among others:

      203.    In mid-1999, KHALID SHEIKH MOHAMMED and Usama Bin Laden

together visited a covert training facility in the vicinity of Kabul, Afghanistan, where trainees

were prohibited from using their true names and the curriculum included instruction in

surveillance, counter-surveillance, and assessment of potential targets for terrorist attack.

      204.    In or about January 2000, RAMZI BIN AL-SHIBH attended a speech

given by Usama Bin Laden in the vicinity of Kandahar, Afghanistan.

-42-

205.   In early- to mid-2000, in Karachi, Pakistan, KHALID SHEIKH
MOHAMMED discussed United States interests in Australia as targets for a terrorist attack.

206.   In or about mid-2001, in the vicinity of Kandahar, Afghanistan, WALID
BIN ATTASH served as a member of Usama Bin Laden's security detail.

207.   In summer 2000, MUSTAFA AL-HAWSAWI was present in al Qaeda
facilities in the vicinity of Kandahar, Afghanistan, including the place where the group conducted
its "media" operation.

208.   From at least in or about May 2001 until at least in or about October 2001,
in the vicinity of Kandahar, Afghanistan and Karachi, Pakistan, KHALID SHEIKH
MOHAMMED worked to influence media reports about issues of interest to al Qaeda.

209.   In November and December 2001, in the vicinity of Kandahar,
Afghanistan and Karachi, Pakistan, KHALID SHEIKH MOHAMMED and ALI ABDUL AZIZ
ALI participated in a plot to attack airplanes bound for the United States with "shoe bombs."

210.   On or about April 29, 2003, in Pakistan, WALID BIN ATTASH possessed
approximately 400 to 500 kilograms of explosives to be used to attack Americans.

(Title 18, United States Code, Section 2332(b)(2).)

### Notice of Special Findings

a.   The allegations of Counts One through Nine of this Indictment are hereby
realleged as if fully set forth herein and incorporated by reference.

b.   As to Counts One through Nine of this Indictment, the defendants
KHALID SHEIKH MOHAMMED, a/k/a "Mukhtar," a/k/a "Mukhtar al-Baluchi," a/k/a "Al-

-43-

FED-PEC0213384

Mukh," a/k/a "Abdulrahman Abdullah al-Ghamdi," a/k/a "Salem Ali," WALID BIN ATTASH,

a/k/a "Khallad Bin Attash," a/k/a "Saleh Saeed Mohammed Bin Yousaf," a/k/a "Tawfiq

Muhammad Salih Bin Rashid," a/k/a "Silver," RAMZI BIN AL-SHIBH, a/k/a "Abu Ubaydah,"

a/k/a "Ahad Abdollahi Sabet," ALI ABDUL AZIZ ALI, a/k/a "Aliosh," a/k/a "Ali A," a/k/a

"Isam Mansur," a/k/a "Ammar al-Baluchi," a/k/a "Hani," and MUSTAFA AL-HAWSAWI, a/k/a

"Hashem Abdulrahman," a/k/a "Hashem Abdollahi," a/k/a "Mustafa Ahmed," a/k/a "Zaher,"

a/k/a "Khal":

(1) were more than 18 years of age at the time of the offense. (Title 18,

United States Code, Section 3591(a));

(2) intentionally killed the victims. (Title 18, United States Code, Section

3591(a)(2)(A));

(3) intentionally inflicted serious bodily injury that resulted in the deaths

of the victims. (Title 18, United States Code, Section 3591(a)(2)(B));

(4) intentionally participated in an act, contemplating that the life of a

person would be taken and intending that lethal force would be used in connection with a person,

other than one of the participants in the offense, and the victims died as a direct result of the acts.

(Title 18, United States Code, Section 3591(a)(2)(C));

(5) intentionally and specifically engaged in an act of violence, knowing

that the act created a grave risk of death to a person, other than one of the participants in the

offense, such that participation in the act constituted a reckless disregard for human life and the

victims died as a direct result of the act. (Title 18, United States Code, Section 3591(a)(2)(D));

(6) in committing the offenses described in Counts One through Nine of

-44-

FED-PEC0213385

the Indictment, knowingly created a grave risk of death to one or more persons in addition to the victims of the offense.  (Title 18, United States Code, Section 3592(c)(5));

(7) committed the offenses described in Counts One through Nine in an especially heinous, cruel, and depraved manner in that they involved serious physical abuse to the victims.  (Title 18, United States Code, Section 3592(c)(6));

(8) committed the offenses described in Counts One through Nine after substantial planning and premeditation to cause the death of a person and commit an act of terrorism.  (Title 18, United States Code, Section 3592(c)(9)); and

(9) intentionally killed and attempted to kill more than one person in a single criminal episode.  (Title 18, United States Code, Section 3592(c)(16).)

(Title 18, United States Code, Sections 3591 and 3592.)

## Murder Victims of September 11, 2001 Attacks

### American Airlines Flight 11

1. Anna Williams Allison
2. David Lawrence Angell
3. Lynn Edwards Angell
4. Seima David Aoyama
5. Barbara Jean Arestegui
6. Myra Joy Aronson
7. Christine Barbuto
8. Carolyn Beug
9. Kelly Ann Booms
10. Carol Marie Bouchard
11. Neilie Anne Casey
12. Jeffrey Dwayne Collman
13. Jeffrey W. Coombs
14. Tara Kathleen Creamer
15. Thelma Cuccinello
16. Patrick Joseph Currivan
17. Brian Paul Dale
18. David DiMeglio
19. Donald Americo DiTullio
20. Alberto Dominguez
21. Paige Marie Farley-Hackel
22. Alexander Milan Filipov
23. Carol Ann Flyzik
24. Paul J. Friedman
25. Karleton D. Fyfe
26. Peter Alan Gay
27. Linda M. George
28. Edmund Glazer
29. Lisa Reinhart Gordenstein
30. Andrew Peter Charles Green
31. Peter Paul Hashem
32. Robert Jay Hayes

-45-

FED-PEC0213386

33. Edward R. Hennessy, Jr.
34. John A. Hofer
35. Cora Hidalgo Holland
36. John Nicholas Humber, Jr.
37. Waleed Joseph Iskandar
38. John Charles Jenkins
39. Charles Edward Jones
40. Robin Lynne Kaplan
41. Barbara A. Keating
42. David P. Kovalcin
43. Judith Camilla Larocque
44. Natalie Janis Lasden
45. Daniel John Lee
46. Daniel M. Lewin
47. Sara Elizabeth Low
48. Susan A. MacKay
49. Karen Ann Martin
50. Thomas F. McGuinness, Jr.
51. Christopher D. Mello
52. Jeffrey Peter Mladenik
53. Carlos Alberto Montoya
54. Laura Lee Morabito
55. Mildred Rose Naiman
56. Laurie Ann Neira
57. Renee Lucille Newell
58. Kathleen Ann Nicosia
59. Jacqueline June Norton
60. Robert Grant Norton
61. John Alexander Ogonowski
62. Betty Ann Ong
63. Jane M. Orth
64. Thomas Nicholas Pecorelli
65. Berinthia B. Perkins
66. Sonia Morales Puopolo
67. David E. Retik
68. Jean Destrehan Roger
69. Philip Martin Rosenzweig
70. Richard Barry Ross
71. Jessica Leigh Sachs
72. Rahma Salie
73. Heather Lee Smith
74. Dianne Bullis Snyder
75. Douglas Joel Stone

76. Xavier Suarez
77. Madeline Amy Sweeney
78. Michael Theodoridis
79. James Anthony Trentini
80. Mary Barbara Trentini
81. Antonio Montoya Valdes
82. Pendyala Vamsikrishna
83. Mary Alice Wahlstrom
84. Kenneth E. Waldie
85. John Joseph Wenckus
86. Candace Lee Williams
87. Christopher Rudolph Zarba, Jr.

**United Airlines Flight 175**

88. Alona Avraham
89. Garnet Edward "Ace" Bailey
90. Mark Lawrence Bavis
91. Graham Andrew Berkeley
92. Touran Hamzavi Bolourchi
93. Klaus Bothe
94. Daniel Raymond Brandhorst
95. David Reed Gamboa Brandhorst
96. John Brett Cahill
97. Christoffer Mikael Carstanjen
98. John J. Corcoran III
99. Dorothy Alma de Araujo
100. Ana Gloria Pocasangre DeBarrera
101. Robert John Fangman
102. Lisa Anne Frost
103. Ronald Gamboa
104. Lynn Catherine Goodchild
105. Peter Morgan Goodrich
106. Douglas Alan Gowell
107. Francis Edward Grogan
108. Carl Max Hammond, Jr.
109. Christine Lee Hanson
110. Peter Burton Hanson
111. Sue Kim Hanson
112. Gerald Francis Hardacre
113. Eric Hartono
114. James Edward Hayden
115. Herbert W. Homer

-46-

FED-PEC0213387

| | | | |
|---|---|---|---|
| 116. | Michael Robert Horrocks | 156. | Heinrich Bernhard Ackermann |
| 117. | Robert Adrien Jalbert | 157. | Paul Andrew Acquaviva |
| 118. | Amy N. Jarret | 158. | Donald LaRoy Adams |
| 119. | Ralph Francis Kershaw | 159. | Patrick Adams |
| 120. | Heinrich Kimmig | 160. | Shannon Lewis Adams |
| 121. | Amy R. King | 161. | Stephen George Adams |
| 122. | Brian K. Kinney | 162. | Ignatius Udo Adanga |
| 123. | Kathryn L. LaBorie | 163. | Christy A. Addamo |
| 124. | Robert George LeBlanc | 164. | Terrence Edward Adderly, Jr. |
| 125. | Maclovio Lopez, Jr. | 165. | Sophia Buruwa Addo |
| 126. | Marianne MacFarlane | 166. | Lee Adler |
| 127. | Alfred Gilles Marchand | 167. | Daniel Thomas Afflitto |
| 128. | Louis Neil Mariani | 168. | Emmanuel Akwasi Afuakwah |
| 129. | Juliana Valentine McCourt | 169. | Alok Agarwal |
| 130. | Ruth Magdaline McCourt | 170. | Mukul Kumar Agarwala |
| 131. | Deborah Louise Medwig | 171. | Joseph Agnello |
| 132. | Wolfgang Peter Menzel | 172. | David Scott Agnes |
| 133. | Shawn M. Nassaney | 173. | Joao Alberto DaFonseca Aguiar, Jr. |
| 134. | Marie Pappalardo | 174. | Brian G. Ahearn |
| 135. | Patrick Quigley IV | 175. | Jeremiah Joseph Ahern |
| 136. | Frederick Charles Rimmele III | 176. | Joanne Marie Ahladiotis |
| 137. | James M. Roux | 177. | Shabbir Ahmed |
| 138. | Jesus Sanchez | 178. | Terrance Andre Aiken |
| 139. | Victor J. Saracini | 179. | Godwin Ajala |
| 140. | Mary Kathleen Shearer | 180. | Gertrude M. Alagero |
| 141. | Robert Michael Shearer | 181. | Andrew Alameno |
| 142. | Jane Louise Simpkin | 182. | Margaret Ann Alario |
| 143. | Brian D. Sweeney | 183. | Gary M. Albero |
| 144. | Michael C. Tarrou | 184. | Jon Leslie Albert |
| 145. | Alicia Nicole Titus | 185. | Peter Craig Alderman |
| 146. | Timothy Ray Ward | 186. | Jacquelyn Delaine Aldridge |
| 147. | William Michael Weems | 187. | David Dewey Alger |
| | | 188. | Ernest Alikakos |

**The World Trade Center**

| | | | |
|---|---|---|---|
| | | 189. | Edward L. Allegretto |
| | | 190. | Eric T. Allen |
| 148. | Gordon McCannel Aamoth, Jr. | 191. | Joseph Ryan Allen |
| 149. | Edelmiro Abad | 192. | Richard Dennis Allen |
| 150. | Maria Rose Abad | 193. | Richard Lanard Allen |
| 151. | Andrew Anthony Abate | 194. | Christopher Edward Allingham |
| 152. | Vincent Abate | 195. | Janet M. Alonso |
| 153. | Laurence Christopher Abel | 196. | Anthony Alvarado |
| 154. | William F. Abrahamson | 197. | Antonio Javier Alvarez |
| 155. | Richard Anthony Aceto | 198. | Victoria Alvarez Brito |

FED-PEC0213388

| | | | |
|---|---|---|---|
| 199. | Telmo Alvear | 242. | Louis Frank Aversano Jr |
| 200. | Cesar Amoranto Alviar | 243. | Ezra Aviles |
| 201. | Tariq Amanullah | 244. | Samuel "Sandy" Ayala |
| 202. | Angelo Amaranto | 245. | Arlene T. Babakitis |
| 203. | James M. Amato | 246. | Eustace P. Bacchus |
| 204. | Joseph Amatuccio | 247. | John James Badagliacca |
| 205. | Christopher Charles Amoroso | 248. | Jane Ellen Baeszler |
| 206. | Kazuhiro Anai | 249. | Robert J. Baierwalter |
| 207. | Calixto Anaya, Jr. | 250. | Andrew J. Bailey |
| 208. | Joseph Peter Anchundia | 251. | Brett T. Bailey |
| 209. | Kermit Charles Anderson | 252. | Tatyana Bakalinskaya |
| 210. | Yvette Constance Anderson | 253. | Michael S. Baksh |
| 211. | John Andreacchio | 254. | Sharon M. Balkcom |
| 212. | Michael Rourke Andrews | 255. | Michael Andrew Bane |
| 213. | Jean Ann Andrucki | 256. | Katherine Bantis |
| 214. | Siew-Nya Ang | 257. | Gerard Jean Baptiste |
| 215. | Joseph John Angelini, Jr. | 258. | Walter Baran |
| 216. | Joseph Angelini, Sr. | 259. | Gerard A. Barbara |
| 217. | Laura Angilletta | 260. | Paul Vincent Barbaro |
| 218. | Doreen J. Angrisani | 261. | James William Barbella |
| 219. | Lorraine D. Antigua | 262. | Ivan Kyrillos Fairbanks Barbosa |
| 220. | Peter Paul Apollo | 263. | Victor Daniel Barbosa |
| 221. | Faustino Apostol, Jr. | 264. | Colleen Ann Barkow |
| 222. | Frank Thomas Aquilino | 265. | David Michael Barkway |
| 223. | Patrick Michael Aranyos | 266. | Matthew Barnes |
| 224. | David Gregory Arce | 267. | Sheila Patricia Barnes |
| 225. | Michael George Arczynski | 268. | Evan J. Baron |
| 226. | Louis Arena | 269. | Renee Barrett-Arjune |
| 227. | Adam Peter Arias | 270. | Arthur Thadeus Barry |
| 228. | Michael J. Armstrong | 271. | Diane G. Barry |
| 229. | Jack Charles Aron | 272. | Maurice Vincent Barry |
| 230. | Joshua Aron | 273. | Scott D. Bart |
| 231. | Richard Avery Aronow | 274. | Carlton W. Bartels |
| 232. | Japhet Jesse Aryee | 275. | Guy Barzvi |
| 233. | Carl Francis Asaro | 276. | Inna B Basina |
| 234. | Michael A. Asciak | 277. | Alysia Basmajian |
| 235. | Michael Edward Asher | 278. | Kenneth William Basnicki |
| 236. | Janice Ashley | 279. | Steven J. Bates |
| 237. | Thomas J. Ashton | 280. | Paul James Battaglia |
| 238. | Manuel O. Asitimbay | 281. | Walter David Bauer, Jr. |
| 239. | Gregg Arthur Atlas | 282. | Marlyn C. Bautista |
| 240. | Gerald Thomas Atwood | 283. | Jasper Baxter |
| 241. | James Audiffred | 284. | Paul Frederick Beatini |

FED-PEC0213389

| | |
|---|---|
| 285. | Jane S. Beatty |
| 286. | Lawrence Ira Beck |
| 287. | Manette Marie Beckles |
| 288. | Carl John Bedigian |
| 289. | Michael Earnest Beekman |
| 290. | Maria A. Behr |
| 291. | Yelena Belilovsky |
| 292. | Nina Patrice Bell |
| 293. | Debbie Bellows |
| 294. | Stephen Elliot Belson |
| 295. | Paul Michael Benedetti |
| 296. | Denise Lenore Benedetto |
| 297. | Bryan Craig Bennett |
| 298. | Eric L. Bennett |
| 299. | Oliver Duncan Bennett |
| 300. | Margaret L. Benson |
| 301. | Dominick J. Berardi |
| 302. | James Patrick Berger |
| 303. | Steven Howard Berger |
| 304. | John P. Bergin |
| 305. | Alvin Bergsohn |
| 306. | Daniel E. Bergstein |
| 307. | Michael J. Berkeley |
| 308. | Donna M. Bernaerts-Kearns |
| 309. | David Bernard |
| 310. | William Bernstein |
| 311. | David M. Berray |
| 312. | David S. Berry |
| 313. | Joseph J. Berry |
| 314. | William Reed Bethke |
| 315. | Timothy D. Betterly |
| 316. | Edward F. Beyea |
| 317. | Paul Michael Beyer |
| 318. | Anil Tahilram Bharvaney |
| 319. | Bella J. Bhukhan |
| 320. | Shimmy D. Biegeleisen |
| 321. | Peter Alexander Bielfeld |
| 322. | William G. Biggart |
| 323. | Brian E. Bilcher |
| 324. | Carl Vincent Bini |
| 325. | Gary Eugene Bird |
| 326. | Joshua David Birnbaum |
| 327. | George John Bishop |

| | |
|---|---|
| 328. | Jeffrey Donald Bittner |
| 329. | Albert Balewa Blackman, Jr. |
| 330. | Christopher Joseph Blackwell |
| 331. | Susan Leigh Blair |
| 332. | Harry Blanding, Jr. |
| 333. | Janice Lee Blaney |
| 334. | Craig Michael Blass |
| 335. | Rita Blau |
| 336. | Richard Middleton Blood, Jr. |
| 337. | Michael Andrew Boccardi |
| 338. | John Paul Bocchi |
| 339. | Michael Leopoldo Bocchino |
| 340. | Susan Mary Bochino |
| 341. | Bruce Douglas Boehm |
| 342. | Mary Catherine Boffa |
| 343. | Nicholas Andrew Bogdan |
| 344. | Darren Christopher Bohan |
| 345. | Lawrence Francis Boisseau |
| 346. | Vincent M. Boland, Jr. |
| 347. | Alan Bondarenko |
| 348. | Andre Bonheur, Jr. |
| 349. | Colin Arthur Bonnett |
| 350. | Frank J. Bonomo |
| 351. | Yvonne Lucia Bonomo |
| 352. | Sean Booker |
| 353. | Sherry Ann Bordeaux |
| 354. | Krystine C. Bordenabe |
| 355. | Martin Boryczewski |
| 356. | Richard Edward Bosco |
| 357. | John Howard Boulton, Jr. |
| 358. | Francisco Eligio Bourdier |
| 359. | Thomas Harold Bowden, Jr. |
| 360. | Kimberly S. Bowers |
| 361. | Veronique Nicole Bowers |
| 362. | Larry Bowman |
| 363. | Shawn Edward Bowman, Jr. |
| 364. | Kevin L. Bowser |
| 365. | Gary R. Box |
| 366. | Gennady Boyarsky |
| 367. | Pamela Boyce |
| 368. | Michael Boyle |
| 369. | Alfred Braca |
| 370. | Sandra Jolane Conaty Brace |

FED-PEC0213390

371. Kevin Hugh Bracken
372. David Brian Brady
373. Alexander Braginsky
374. Nicholas W. Brandemarti
375. Michelle Renee Bratton
376. Patrice Braut
377. Lydia Estelle Bravo
378. Ronald Michael Breitweiser
379. Francis Henry Brennan
380. Michael Emmett Brennan
381. Peter Brennan
382. Thomas M. Brennan
383. Edward A. Brennan III
384. Daniel J. Brethel
385. Gary Lee Bright
386. Jonathan Briley
387. Mark A. Brisman
388. Paul Gary Bristow
389. Mark Francis Broderick
390. Herman Charles Broghammer
391. Keith A. Broomfield
392. Janice Juloise Brown
393. Lloyd Stanford Brown
394. Patrick J. Brown
395. Bettina B. Browne
396. Mark J. Bruce
397. Richard George Bruehert
398. Andrew C. Brunn
399. Vincent E. Brunton
400. Ronald P. Bucca
401. Brandon J. Buchanan
402. Gregory Joseph Buck
403. Dennis Buckley
404. Nancy Clare Bueche
405. Patrick Joseph Buhse
406. John Edwards Bulaga, Jr.
407. Stephen Bruce Bunin
408. Matthew J. Burke
409. Thomas Daniel Burke
410. William Francis Burke, Jr.
411. Donald James Burns
412. Kathleen Anne Burns
413. Keith James Burns

414. John Patrick Burnside
415. Irina Buslo
416. Milton G. Bustillo
417. Thomas M. Butler
418. Patrick Dennis Byrne
419. Timothy G. Byrne
420. Jesus Neptali Cabezas
421. Lillian Caceres
422. Brian Joseph Cachia
423. Steven Dennis Cafiero, Jr.
424. Richard M. Caggiano
425. Cecile Marella Caguicla
426. Michael John Cahill
427. Scott Walter Cahill
428. Thomas Joseph Cahill
429. George C. Cain
430. Salvatore B. Calabro
431. Joseph Calandrillo
432. Philip V. Calcagno
433. Edward Calderon
434. Kenneth Marcus Caldwell
435. Dominick Enrico Calia
436. Felix Calixte
437. Francis Joseph Callahan
438. Liam Callahan
439. Luigi Calvi
440. Roko Camaj
441. Michael F. Cammarata
442. David Otey Campbell
443. Geoffrey Thomas Campbell
444. Jill Marie Campbell
445. Robert Arthur Campbell
446. Sandra Patricia Campbell
447. Sean Thomas Canavan
448. John A. Candela
449. Vincent Cangelosi
450. Stephen J. Cangialosi
451. Lisa Bella Cannava
452. Brian Cannizzaro
453. Michael R. Canty
454. Louis Anthony Caporicci
455. Jonathan Neff Cappello
456. James Christopher Cappers

-50-

| | |
|---|---|
| 457. | Richard Michael Caproni |
| 458. | Jose Cardona |
| 459. | Dennis M. Carey |
| 460. | Edward Carlino |
| 461. | Michael Scott Carlo |
| 462. | David G. Carlone |
| 463. | Rosemarie C. Carlson |
| 464. | Mark Stephen Carney |
| 465. | Joyce Ann Carpeneto |
| 466. | Ivhan Luis Carpio Bautista |
| 467. | Jeremy M. Carrington |
| 468. | Michael T. Carroll |
| 469. | Peter J. Carroll |
| 470. | James Joseph Carson, Jr. |
| 471. | Christopher Newton-Carter |
| 472. | James Marcel Cartier |
| 473. | Vivian Casalduc |
| 474. | John Francis Casazza |
| 475. | Paul Regan Cascio, Jr. |
| 476. | Thomas Anthony Casoria |
| 477. | William Otto Caspar |
| 478. | Alejandro Castano |
| 479. | Arcelia Castillo |
| 480. | Leonard M. Castrianno |
| 481. | Jose Ramon Castro |
| 482. | Richard G. Catarelli |
| 483. | Christopher Sean Caton |
| 484. | Robert John Caufield |
| 485. | Mary Teresa Caulfield |
| 486. | Judson Cavalier |
| 487. | Michael Joseph Cawley |
| 488. | Jason David Cayne |
| 489. | Juan Armando Ceballos |
| 490. | Marcia G. Cecil-Carter |
| 491. | Jason Michael Cefalu |
| 492. | Thomas Joseph Celic |
| 493. | Ana Mercedes Centeno |
| 494. | Joni Cesta |
| 495. | Jeffrey Marc Chairnoff |
| 496. | Swarna C. Chalasani |
| 497. | William Chalcoff |
| 498. | Eli Chalouh |
| 499. | Charles Lawrence Chan |

| | |
|---|---|
| 500. | Mandy Chang |
| 501. | Mark Lawrence Charette |
| 502. | Gregorio Manuel Chavez |
| 503. | Del-Rose E. Cheatham |
| 504. | Pedro Francisco Checo |
| 505. | Douglas MacMillan Cherry |
| 506. | Stephen Patrick Cherry |
| 507. | Vernon Paul Cherry |
| 508. | Nestor Chevalier |
| 509. | Swede Chevalier |
| 510. | Alexander H. Chiang |
| 511. | Dorothy J. Chiarchiaro |
| 512. | Luis Alfonso Chimbo |
| 513. | Robert Chin |
| 514. | Wing Wai Ching |
| 515. | Nicholas P. Chiofalo |
| 516. | John Gerald Chipura |
| 517. | Peter A. Chirchirillo |
| 518. | Catherine E. Chirls |
| 519. | Kyung Hee Cho |
| 520. | Abul K. Chowdhury |
| 521. | Mohammed Salahuddin Chowdhury |
| 522. | Kirsten L. Christophe |
| 523. | Pamela Chu |
| 524. | Steven Paul Chucknick |
| 525. | Wai-Ching Chung |
| 526. | Christopher Ciafardini |
| 527. | Alex F. Ciccone |
| 528. | Frances Ann Cilente |
| 529. | Elaine Cillo |
| 530. | Edna Cintron |
| 531. | Nestor Andre Cintron III |
| 532. | Robert Dominick Cirri |
| 533. | Juan Pablo Alvarez Cisneros |
| 534. | Benjamin Keefe Clark |
| 535. | Eugene Clark |
| 536. | Gregory Alan Clark |
| 537. | Mannie Leroy Clark |
| 538. | Thomas R. Clark |
| 539. | Christopher Robert Clarke |
| 540. | Donna Maria Clarke |
| 541. | Michael J. Clarke |
| 542. | Suria Rachel Emma Clarke |

FED-PEC0213392

| | | | | |
|---|---|---|---|---|
| 543. | Kevin Francis Cleary | | 586. | Brenda E. Conway |
| 544. | James D. Cleere | | 587. | Dennis Michael Cook |
| 545. | Geoffrey W. Cloud | | 588. | Helen D. Cook |
| 546. | Susan Marie Clyne | | 589. | John A. Cooper |
| 547. | Steven Coakley | | 590. | Joseph John Coppo, Jr. |
| 548. | Jeffrey Alan Coale | | 591. | Gerard J. Coppola |
| 549. | Patricia A. Cody | | 592. | Joseph Albert Corbett |
| 550. | Daniel Michael Coffey | | 593. | Alejandro Cordero |
| 551. | Jason Matthew Coffey | | 594. | Robert Joseph Cordice |
| 552. | Florence G. Cohen | | 595. | Ruben D. Correa |
| 553. | Kevin Sanford Cohen | | 596. | Danny A. Correa-Gutierrez |
| 554. | Anthony Joseph Coladonato | | 597. | James J. Corrigan |
| 555. | Mark Joseph Colaio | | 598. | Carlos Cortes |
| 556. | Stephen J. Colaio | | 599. | Kevin Michael Cosgrove |
| 557. | Christopher M. Colasanti | | 600. | Dolores M. Costa |
| 558. | Kevin Nathaniel Colbert | | 601. | Digna Alexandra Costanza |
| 559. | Michel Paris Colbert | | 602. | Michael S. Costello |
| 560. | Keith Eugene Coleman | | 603. | Charles Gregory Costello, Jr. |
| 561. | Scott Thomas Coleman | | 604. | Conrod K. H. Cottoy |
| 562. | Tarel Coleman | | 605. | Martin Coughlan |
| 563. | Liam Joseph Colhoun | | 606. | John Gerard Coughlin |
| 564. | Robert Dana Colin | | 607. | Timothy John Coughlin |
| 565. | Robert J. Coll, Jr. | | 608. | James E. Cove |
| 566. | Jean Marie Collin | | 609. | Andre Cox |
| 567. | John Michael Collins | | 610. | Frederick John Cox |
| 568. | Michael L. Collins | | 611. | James Raymond Coyle |
| 569. | Thomas J. Collins | | 612. | Michele Coyle-Eulau |
| 570. | Joseph Collison | | 613. | Anne Marie Cramer |
| 571. | Patricia Malia Colodner | | 614. | Christopher Seton Cramer |
| 572. | Linda M. Colon | | 615. | Denise Elizabeth Crant |
| 573. | Soledi E. Colon | | 616. | Robert James Crawford |
| 574. | Ronald Edward Comer | | 617. | James Leslie Crawford, Jr. |
| 575. | Jaime Concepcion | | 618. | Joanne Mary Cregan |
| 576. | Albert Conde | | 619. | Lucia Crifasi |
| 577. | Denease Conley | | 620. | John A. Crisci |
| 578. | Susan P. Conlon | | 621. | Daniel Hal Crisman |
| 579. | Margaret Mary Conner | | 622. | Dennis A. Cross |
| 580. | Cynthia Marie Lise Connolly | | 623. | Helen Crossin-Kittle |
| 581. | John Edwin Connolly, Jr. | | 624. | Kevin Raymond Crotty |
| 582. | James Lee Connor | | 625. | Thomas G. Crotty |
| 583. | Jonathan M. Connors | | 626. | John Crowe |
| 584. | Kevin Patrick Connors | | 627. | Welles Remy Crowther |
| 585. | Kevin Francis Conroy | | 628. | Robert L. Cruikshank |

FED-PEC0213393

629. John Robert Cruz
630. Francisco Cruz Cubero
631. Grace Yu Alegre Cua
632. Kenneth John Cubas
633. Richard Joseph Cudina
634. Neil James Cudmore
635. Thomas Patrick Cullen III
636. Joyce Cummings
637. Brian Thomas Cummins
638. Michael Joseph Cunningham
639. Robert Curatolo
640. Laurence Damian Curia
641. Paul Dario Curioli
642. Beverly Curry
643. Michael Sean Curtin
644. Gavin Cushny
645. Manuel John Da Mota
646. Caleb Arron Dack
647. Carlos S. DaCosta
648. John D'Allara
649. Vincent Gerard D'Amadeo
650. Thomas A. Damaskinos
651. Jack L. D'Ambrosi
652. Jeannine Marie Damiani-Jones
653. Patrick W. Danahy
654. Mary D'Antonio
655. Vincent G. Danz
656. Dwight Donald Darcy
657. Elizabeth Ann Darling
658. Annette Andrea Dataram
659. Edward Alexander D'Atri
660. Michael D. D'Auria
661. Lawrence Davidson
662. Michael Allen Davidson
663. Scott Matthew Davidson
664. Titus Davidson
665. Niurka Davila
666. Wayne Terrial Davis
667. Clinton Davis, Sr.
668. Anthony Richard Dawson
669. Calvin Dawson
670. Edward James Day
671. Jayceryll M. de Chavez

672. Emerita De La Pena
673. Azucena Maria de la Torre
674. Melanie Louise De Vere
675. William Thomas Dean
676. Thomas Patrick DeAngelis
677. Robert J. DeAngelis, Jr.
678. Tara E. Debek
679. Anna Marjia DeBin
680. James V. DeBlase
681. Paul DeCola
682. Simon Marash Dedvukaj
683. Jason Christopher DeFazio
684. David A. DeFeo
685. Jennifer DeJesus
686. Monique E. DeJesus
687. Nereida DeJesus
688. Manuel Del Valle, Jr.
689. Donald Arthur Delapenha
690. Vito Joseph DeLeo
691. Danielle Anne Delie
692. Andrea Della Bella
693. Joseph A. Della Pietra
694. Palmina DelliGatti
695. Colleen Ann Deloughery
696. Francis Albert DeMartini
697. Anthony Demas
698. Martin N. DeMeo
699. Francis Xavier Deming
700. Carol K. Demitz
701. Kevin Dennis
702. Thomas F. Dennis
703. Jean DePalma
704. Jose Nicolas DePena
705. Robert John Deraney
706. Michael DeRienzo
707. David Paul DeRubbio
708. Jemal Legesse DeSantis
709. Christian DeSimone
710. Edward DeSimone III
711. Andrew Desperito
712. Michael Jude D'Esposito
713. Cindy Ann Deuel
714. Jerry DeVito

-53-

FED-PEC0213394

| | |
|---|---|
| 715. Robert P. Devitt, Jr. | 757. Mary Yolanda Dowling |
| 716. Dennis Lawrence Devlin | 758. Raymond Mathew Downey |
| 717. Gerard Dewan | 759. Frank Joseph Doyle |
| 718. Simon Suleman Ali Kassamali Dhanani | 760. Joseph Michael Doyle |
| | 761. Randy Drake |
| 719. Patricia Florence DiChiaro | 762. Stephen Patrick Driscoll |
| 720. Vincent F. Di Fazio | 763. Michele Beale du Berry |
| 721. Debra Ann Di Martino | 764. Mirna A. Duarte |
| 722. Michael Louis DiAgostino | 765. Luke A. Dudek |
| 723. Matthew Ruiz Diaz | 766. Christopher Michael Duffy |
| 724. Nancy Diaz | 767. Gerard Duffy |
| 725. Obdulio Ruiz Diaz | 768. Michael Joseph Duffy |
| 726. Michael A. Diaz-Piedra III | 769. Thomas W. Duffy |
| 727. Judith Berquis Diaz-Sierra | 770. Antoinette Duger |
| 728. Joseph Dermot Dickey, Jr. | 771. Jackie Sayegh Duggan |
| 729. Lawrence Patrick Dickinson | 772. Sareve Dukat |
| 730. Michael David Diehl | 773. Christopher Joseph Dunne |
| 731. John Difato | 774. Felicia Dunn-Jones |
| 732. Carl Anthony DiFranco | 775. Richard Anthony Dunstan |
| 733. Donald DiFranco | 776. Patrick Thomas Dwyer |
| 734. Stephen Patrick Dimino | 777. Joseph Anthony Eacobacci |
| 735. William John Dimmling | 778. John Bruce Eagleson |
| 736. Christopher M. Dincuff | 779. Robert Douglas Eaton |
| 737. Jeffrey Mark Dingle | 780. Dean Phillip Eberling |
| 738. Anthony Dionisio | 781. Margaret Ruth Echtermann |
| 739. George DiPasquale | 782. Paul Robert Eckna |
| 740. Joseph DiPilato | 783. Constantine Economos |
| 741. Douglas Frank DiStefano | 784. Dennis Michael Edwards |
| 742. Ramzi A. Doany | 785. Michael Hardy Edwards |
| 743. John Joseph Doherty | 786. Christine Egan |
| 744. Melissa C. Doi | 787. Lisa Egan |
| 745. Brendan Dolan | 788. Michael Egan |
| 746. Neil Matthew Dollard | 789. Samantha Martin Egan |
| 747. James Joseph Domanico | 790. Martin J. Egan, Jr. |
| 748. Benilda Pascua Domingo | 791. Carole Eggert |
| 749. Carlos Dominguez | 792. Lisa Caren Ehrlich |
| 750. Geronimo Mark Patrick Dominguez | 793. John Ernst Eichler |
| 751. Kevin W. Donnelly | 794. Eric Adam Eisenberg |
| 752. Jacqueline Donovan | 795. Daphne Ferlinda Elder |
| 753. Stephen Scott Dorf | 796. Michael J. Elferis |
| 754. Jennifer L. Dorsey-Howley | 797. Mark Joseph Ellis |
| 755. Thomas Dowd | 798. Valerie Silver Ellis |
| 756. Kevin Christopher Dowdell | 799. Albert Alfy William Elmarry |

FED-PEC0213395

| | | | | |
|---|---|---|---|---|
| 800. | Edgar Hendricks Emery, Jr. | | 843. | Ronald Carl Fazio |
| 801. | Doris Suk-Yuen Eng | | 844. | William Feehan |
| 802. | Christopher S. Epps | | 845. | Francis Jude Feely |
| 803. | Ulf Ramm Ericson | | 846. | Garth Erin Feeney |
| 804. | Erwin L. Erker | | 847. | Sean B. Fegan |
| 805. | William John Erwin | | 848. | Lee S. Fehling |
| 806. | Sarah Ali Escarcega | | 849. | Peter Adam Feidelberg |
| 807. | Jose Espinal | | 850. | Alan D. Feinberg |
| 808. | Fanny Espinoza | | 851. | Rosa Maria Feliciano |
| 809. | William Esposito | | 852. | Edward Thomas Fergus, Jr. |
| 810. | Brigette Ann Esposito | | 853. | George Ferguson |
| 811. | Francis Esposito | | 854. | Henry Fernandez |
| 812. | Michael A. Esposito | | 855. | Judy Hazel Fernandez |
| 813. | Ruben Esquilin, Jr. | | 856. | Julio Fernandez |
| 814. | Sadie Ette | | 857. | Elisa Giselle Ferraina |
| 815. | Barbara G. Etzold | | 858. | Anne Marie Sallerin Ferreira |
| 816. | Eric Brian Evans | | 859. | Robert John Ferris |
| 817. | Robert Edward Evans | | 860. | David Francis Ferrugio |
| 818. | Meredith Emily June Ewart | | 861. | Louis V. Fersini, Jr. |
| 819. | Catherine K. Fagan | | 862. | Michael David Ferugio |
| 820. | Patricia Mary Fagan | | 863. | Bradley James Fetchet |
| 821. | Keith George Fairben | | 864. | Jennifer Louise Fialko |
| 822. | William Lawrence Fallon, Jr. | | 865. | Kristen Nicole Fiedel |
| 823. | William F. Fallon, Jr. | | 866. | Samuel Fields |
| 824. | Anthony J. Fallone, Jr. | | 867. | Michael Bradley Finnegan |
| 825. | Dolores Brigitte Fanelli | | 868. | Timothy J. Finnerty |
| 826. | John Joseph Fanning | | 869. | Michael Curtis Fiore |
| 827. | Kathleen Anne Faragher | | 870. | Stephen J. Fiorelli |
| 828. | Thomas James Farino | | 871. | Paul M. Fiori |
| 829. | Nancy Carole Farley | | 872. | John B. Fiorito |
| 830. | Elizabeth Ann Farmer | | 873. | John R. Fischer |
| 831. | Douglas Jon Farnum | | 874. | Andrew Fisher |
| 832. | John G. Farrell | | 875. | Bennett Lawson Fisher |
| 833. | John W. Farrell | | 876. | John Roger Fisher |
| 834. | Terrence Patrick Farrell | | 877. | Thomas J. Fisher |
| 835. | Joseph D. Farrelly | | 878. | Lucy A. Fishman |
| 836. | Thomas Patrick Farrelly | | 879. | Ryan D. Fitzgerald |
| 837. | Syed Abdul Fatha | | 880. | Thomas J. Fitzpatrick |
| 838. | Christopher Edward Faughnan | | 881. | Richard P. Fitzsimons |
| 839. | Wendy R. Faulkner | | 882. | Salvatore Fiumefreddo |
| 840. | Shannon Marie Fava | | 883. | Christina Donovan Flannery |
| 841. | Bernard D. Favuzza | | 884. | Eileen Flecha |
| 842. | Robert Fazio, Jr. | | 885. | Andre G. Fletcher |

FED-PEC0213396

| | | | | |
|---|---|---|---|---|
| 886. | Carl M. Flickenger | | 929. | Deanna Lynn Galante |
| 887. | John Joseph Florio | | 930. | Grace Catherine Galante |
| 888. | Joseph Walken Flounders | | 931. | Anthony Edward Gallagher |
| 889. | David Fodor | | 932. | Daniel James Gallagher |
| 890. | Michael N. Fodor | | 933. | John Patrick Gallagher |
| 891. | Steven Mark Fogel | | 934. | Lourdes Galletti |
| 892. | Thomas Foley | | 935. | Cono E. Gallo |
| 893. | David J. Fontana | | 936. | Vincenzo Gallucci |
| 894. | Chih Min Foo | | 937. | Thomas Edward Galvin |
| 895. | Godwin Forde | | 938. | Giovanna Galletta Gambale |
| 896. | Donald A. Foreman | | 939. | Thomas Gambino, Jr. |
| 897. | Christopher Hugh Forsythe | | 940. | Giann Franco Gamboa |
| 898. | Claudia Alicia Foster | | 941. | Peter Ganci, Jr. |
| 899. | Noel John Foster | | 942. | Claude Michael Gann |
| 900. | Ana Fosteris | | 943. | Charles William Garbarini |
| 901. | Robert Joseph Foti | | 944. | Cesar R. Garcia |
| 902. | Jeffrey Fox | | 945. | David Garcia |
| 903. | Virginia Fox | | 946. | Juan Garcia |
| 904. | Virgin L. Francis | | 947. | Marlyn Del Carmen Garcia |
| 905. | Gary Jay Frank | | 948. | Christopher S. Gardner |
| 906. | Morton L. Frank | | 949. | Douglas Benjamin Gardner |
| 907. | Peter Christopher Frank | | 950. | Jeffrey Brian Gardner |
| 908. | Richard K. Fraser | | 951. | Thomas A. Gardner |
| 909. | Kevin Joseph Frawley | | 952. | William Arthur Gardner |
| 910. | Clyde Frazier, Jr. | | 953. | Harvey Joseph Gardner III |
| 911. | Lillian Inez Frederick | | 954. | Francesco Garfi |
| 912. | Andrew Fredericks | | 955. | Rocco Nino Gargano |
| 913. | Tamitha Freeman | | 956. | James M. Gartenberg |
| 914. | Brett Owen Freiman | | 957. | Matthew David Garvey |
| 915. | Peter L. Freund | | 958. | Bruce H. Gary |
| 916. | Arlene Eva Fried | | 959. | Boyd Alan Gatton |
| 917. | Alan Wayne Friedlander | | 960. | Donald Richard Gavagan, Jr. |
| 918. | Andrew Keith Friedman | | 961. | Terence D. Gazzani |
| 919. | Gregg J. Froehner | | 962. | Gary Paul Geidel |
| 920. | Peter Christian Fry | | 963. | Paul Hamilton Geier |
| 921. | Clement A. Fumando | | 964. | Julie M. Geis |
| 922. | Steven Elliot Furman | | 965. | Peter G. Gelinas |
| 923. | Paul Furmato | | 966. | Steven Paul Geller |
| 924. | Fredric Neal Gabler | | 967. | Howard G. Gelling |
| 925. | Richard Samuel Frederick Gabrielle | | 968. | Peter Victor Genco, Jr. |
| 926. | James Andrew Gadiel | | 969. | Steven Gregory Genovese |
| 927. | Pamela Lee Gaff | | 970. | Alayne F. Gentul |
| 928. | Ervin V. Gailliard | | 971. | Edward F. Geraghty |

FED-PEC0213397

| | | | |
|---|---|---|---|
| 972. | Suzanne Geraty | 1015. | Jeffrey Grant Goldflam |
| 973. | Ralph Gerhardt | 1016. | Michelle Goldstein |
| 974. | Robert J. Gerlich | 1017. | Monica Goldstein |
| 975. | Denis P. Germain | 1018. | Steven Goldstein |
| 976. | Marina Romanovna Gertsberg | 1019. | Andrew H. Golkin |
| 977. | Susan M. Getzendanner | 1020. | Dennis James Gomes |
| 978. | James Gerard Geyer | 1021. | Enrique Antonio Gomez |
| 979. | Joseph M. Giaccone | 1022. | Jose Bienvenido Gomez |
| 980. | Vincent Francis Giammona | 1023. | Wilder Alfredo Gomez |
| 981. | Debra Lynn Gibbon | 1024. | Manuel Gomez, Jr. |
| 982. | James Andrew Giberson | 1025. | Jenine Nicole Gonzalez |
| 983. | Craig Neil Gibson | 1026. | Mauricio Gonzalez |
| 984. | Ronnie E. Gies | 1027. | Rosa J. Gonzalez |
| 985. | Laura A. Marchese Giglio | 1028. | Calvin J. Gooding |
| 986. | Timothy Paul Gilbert | 1029. | Harry Goody |
| 987. | Andrew Clive Gilbert IV | 1030. | Kiran Reddy Gopu |
| 988. | Paul Stuart Gilbey | 1031. | Catherine Carmen Gorayeb |
| 989. | Paul John Gill | 1032. | Kerene Gordon |
| 990. | Mark Y. Gilles | 1033. | Sebastian Gorki |
| 991. | Evan Hunter Gillette | 1034. | Kieran Joseph Gorman |
| 992. | Ronald Lawrence Gilligan | 1035. | Thomas Edward Gorman |
| 993. | Rodney C. Gillis | 1036. | Michael Edward Gould |
| 994. | Laura Gilly | 1037. | Yuji Goya |
| 995. | John F. Ginley | 1038. | Jon Richard Grabowski |
| 996. | Donna Marie Giordano | 1039. | Christopher Michael Grady |
| 997. | Jeffrey John Giordano | 1040. | Edwin John Graf III |
| 998. | John Giordano | 1041. | David Martin Graifman |
| 999. | Steven A. Giorgetti | 1042. | Gilbert Franco Granados |
| 1000. | Martin Giovinazzo | 1043. | Elvira Granitto |
| 1001. | Kum-Kum Girolamo | 1044. | Winston Arthur Grant |
| 1002. | Salvatore Gitto | 1045. | Christopher Stewart Gray |
| 1003. | Cynthia Giugliano | 1046. | James Michael Gray |
| 1004. | Mon Gjonbalaj | 1047. | Tara McCloud Gray |
| 1005. | Dianne Gladstone | 1048. | John Michael Grazioso |
| 1006. | Keith Alexander Glascoe | 1049. | Timothy George Grazioso |
| 1007. | Thomas Irwin Glasser | 1050. | Derrick Arthur Green |
| 1008. | Harry Glenn | 1051. | Wade Brian Green |
| 1009. | Barry H. Glick | 1052. | Elaine Myra Greenberg |
| 1010. | Steven Lawrence Glick | 1053. | Gayle R. Greene |
| 1011. | John T. Gnazzo | 1054. | James Arthur Greenleaf, Jr. |
| 1012. | William Robert Godshalk | 1055. | Eileen Marsha Greenstein |
| 1013. | Michael Gogliormella | 1056. | Elizabeth Martin Gregg |
| 1014. | Brian Fredric Goldberg | 1057. | Denise Gregory |

FED-PEC0213398

1058. Donald H. Gregory
1059. Florence Moran Gregory
1060. Pedro Grehan
1061. John Michael Griffin
1062. Tawanna Sherry Griffin
1063. Joan Donna Griffith
1064. Warren Grifka
1065. Ramon Grijalvo
1066. Joseph F. Grillo
1067. David Joseph Grimner
1068. Kenneth George Grouzalis
1069. Joseph Grzelak
1070. Matthew James Grzymalski
1071. Robert Joseph Gschaar
1072. Liming "Michael" Gu
1073. Jose A. Guadalupe
1074. Cindy Yan Zhu Guan
1075. Geoffrey E. Guja
1076. Joseph Peter Gullickson
1077. Babita Girjamatie Guman
1078. Douglas Brian Gurian
1079. Philip T. Guza
1080. Barbara Guzzardo
1081. Peter M. Gyulavary
1082. Gary Robert Haag
1083. Andrea Lyn Haberman
1084. Barbara Mary Habib
1085. Philip Haentzler
1086. Nezam A. Hafiz
1087. Karen Elizabeth Hagerty
1088. Steven M. Hagis
1089. Mary Lou Hague
1090. David Halderman
1091. Maile Rachel Hale
1092. Richard B. Hall
1093. Vaswald George Hall
1094. Robert John Halligan
1095. Vincent Gerard Halloran
1096. James Douglas Halvorson
1097. Mohammed Salman Hamdani
1098. Felicia Hamilton
1099. Robert William Hamilton
1100. Frederic Kim Han

1101. Christopher James Hanley
1102. Sean S. Hanley
1103. Valerie Joan Hanna
1104. Thomas Hannafin
1105. Kevin James Hannaford
1106. Michael Lawrence Hannan
1107. Dana R. Hannon
1108. Vassilios G. Haramis
1109. James A. Haran
1110. Jeffrey Pike Hardy
1111. Timothy John Hargrave
1112. Daniel Edward Harlin
1113. Frances Haros
1114. Harvey L. Harrell
1115. Stephen Gary Harrell
1116. Aisha Ann Harris
1117. Stewart Dennis Harris
1118. John Patrick Hart
1119. John Clinton Hartz
1120. Emeric Harvey
1121. Timothy S. Haskell
1122. Thomas Theodore Haskell, Jr.
1123. Joseph John Hasson III
1124. Leonard William Hatton, Jr.
1125. Terence S. Hatton
1126. Michael Helmut Haub
1127. Timothy Aaron Haviland
1128. Donald G. Havlish, Jr.
1129. Anthony Hawkins
1130. Nobuhiro Hayatsu
1131. Philip Hayes
1132. William Ward Haynes
1133. Scott Jordan Hazelcorn
1134. Michael K. Healey
1135. Roberta Bernstein Heber
1136. Charles Francis Xavier Heeran
1137. John F. Heffernan
1138. Howard Joseph Heller, Jr.
1139. JoAnn Louise Heltibridle
1140. Mark F. Hemschoot
1141. Ronnie Lee Henderson
1142. Janet Ruth Hendricks-Gustafson
1143. Brian Hennessey

FED-PEC0213399

1144. Michelle Marie Henrique
1145. Joseph Patrick Henry
1146. William Henry
1147. John Christopher Henwood
1148. Robert Allan Hepburn
1149. Mary Herencia
1150. Lindsay Coates Herkness III
1151. Harvey Robert Hermer
1152. Claribel Hernandez
1153. Norberto Hernandez
1154. Raul Hernandez
1155. Gary Herold
1156. Jeffrey A. Hersch
1157. Thomas Hetzel
1158. Leon Heyward
1159. Brian Christopher Hickey
1160. Ysidro Hidalgo-Tejada
1161. Timothy B. Higgins
1162. Robert D. W. Higley II
1163. Todd Russell Hill
1164. Clara Victorine Hinds
1165. Neal O. Hinds
1166. Mark D. Hindy
1167. Katsuyuki Hirai
1168. Heather Malia Ho
1169. Tara Yvette Hobbs
1170. Thomas Anderson Hobbs
1171. James J. Hobin
1172. Robert Wayne Hobson III
1173. DaJuan Hodges
1174. Ronald George Hoerner
1175. Patrick Hoey
1176. Marcia Hoffman
1177. Stephen G. Hoffman
1178. Frederick Joseph Hoffmann
1179. Michele L. Hofmann
1180. Judith Florence Hofmiller
1181. Thomas Warren Hohlweck, Jr.
1182. Jonathan R. Hohmann
1183. John Holland
1184. Joseph Francis Holland III
1185. Elizabeth Holmes
1186. Thomas P. Holohan

1187. Bradley Hoorn
1188. James P. Hopper
1189. Montgomery McCullough Hord
1190. Michael Joseph Horn
1191. Matthew Douglas Horning
1192. Robert L. Horohoe, Jr.
1193. Aaron Horwitz
1194. Charles Houston
1195. Uhuru G. Houston
1196. George G. Howard
1197. Michael C. Howell
1198. Steven Leon Howell
1199. Milagros Hromada
1200. Marian R. Hrycak
1201. Stephen Huczko
1202. Kris Robert Hughes
1203. Melissa Harrington Hughes
1204. Paul Rexford Hughes
1205. Timothy Robert Hughes
1206. Robert T. Hughes, Jr.
1207. Thomas F. Hughes, Jr.
1208. Susan Huie
1209. Lamar Demetrius Hulse
1210. William Christopher Hunt
1211. Kathleen Anne Hunt-Casey
1212. Joseph Gerard Hunter
1213. Robert R. Hussa, Sr.
1214. Thomas Edward Hynes
1215. Walter G. Hynes
1216. Joseph Anthony Ianelli
1217. Zuhtu Ibis
1218. Jonathan Lee Ielpi
1219. Michael Patrick Iken
1220. Daniel Ilkanayev
1221. Frederick J. Ill, Jr.
1222. Abraham Nethanel Ilowitz
1223. Anthony P. Infante, Jr.
1224. Louis S. Inghilterra, Jr.
1225. Christopher Noble Ingrassia
1226. Paul Innella
1227. Stephanie V. Irby
1228. Doug Irgang
1229. Kristin A. Irvine-Ryan

-59-

FED-PEC0213400

1230. Todd Antione Isaac
1231. Erik Hans Isbrandtsen
1232. Taizo Ishikawa
1233. Aram Iskenderian, Jr.
1234. John F. Iskyan
1235. Kazushige Ito
1236. Aleksandr Valeryerich Ivantsov
1237. Virginia May Jablonski
1238. Brooke Alexandra Jackman
1239. Aaron Jeremy Jacobs
1240. Ariel Louis Jacobs
1241. Jason Kyle Jacobs
1242. Michael Grady Jacobs
1243. Steven A. Jacobson
1244. Ricknauth Jaggernauth
1245. Jake Denis Jagoda
1246. Yudh Vir Singh Jain
1247. Maria Jakubiak
1248. Ernest James
1249. Gricelda E. James
1250. Mark Steven Jardim
1251. Muhammadeu Jawara
1252. Francois Jean-Pierre
1253. Maxima Jean-Pierre
1254. Paul Edward Jeffers
1255. Joseph Jenkins, Jr.
1256. Alan Keith Jensen
1257. Prem N. Jerath
1258. Farah Jeudy
1259. Hweidar Jian
1260. Eliezer Jimenez, Jr.
1261. Luis Jimenez, Jr.
1262. Charles Gregory John
1263. Nicholas John
1264. LaShawana Johnson
1265. Scott Michael Johnson
1266. William R. Johnston
1267. Allison Horstmann Jones
1268. Brian Leander Jones
1269. Christopher D. Jones
1270. Donald W. Jones
1271. Linda Jones
1272. Mary S. Jones

1273. Donald T. Jones II
1274. Arthur Joseph Jones III
1275. Andrew B. Jordan
1276. Robert Thomas Jordan
1277. Albert Joseph
1278. Ingeborg Joseph
1279. Karl Henry Joseph
1280. Stephen Joseph
1281. Jane Eileen Josiah
1282. Anthony Jovic
1283. Angel L. Juarbe, Jr.
1284. Karen Sue Juday
1285. Mychal F. Judge
1286. Paul William Jurgens
1287. Thomas Edward Jurgens
1288. Shashikiran Lakshmikantha Kadaba
1289. Gavkharoy Kamardinova
1290. Shari Ann Kandell
1291. Howard Lee Kane
1292. Jennifer Lynn Kane
1293. Vincent D. Kane
1294. Joon Koo Kang
1295. Sheldon Robert Kanter
1296. Deborah H. Kaplan
1297. Alvin Peter Kappelmann, Jr.
1298. Charles Karczewski
1299. William A. Karnes
1300. Douglas Gene Karpiloff
1301. Charles L. Kasper
1302. Andrew Kates
1303. John Katsimatides
1304. Robert Michael Kaulfers
1305. Don Jerome Kauth, Jr.
1306. Hideya Kawauchi
1307. Edward T. Keane
1308. Richard M. Keane
1309. Lisa Yvonne Kearney-Griffin
1310. Karol Ann Keasler
1311. Paul Hanlon Keating
1312. Leo Russell Keene III
1313. Joseph John Keller
1314. Peter Rodney Kellerman
1315. Joseph P. Kellett

-60-

1316. Frederick H. Kelley, Jr.
1317. James Joseph Kelly
1318. Joseph A. Kelly
1319. Maurice Patrick Kelly
1320. Thomas Michael Kelly
1321. Thomas Richard Kelly
1322. Thomas W. Kelly
1323. Timothy Colin Kelly
1324. Richard John Kelly, Jr.
1325. William Hill Kelly, Jr.
1326. Robert Clinton Kennedy
1327. Thomas J. Kennedy
1328. John R. Keohane
1329. Ronald T. Kerwin
1330. Howard Lee Kestenbaum
1331. Douglas D. Ketcham
1332. Ruth Ellen Ketler
1333. Boris Khalif
1334. Sarah Khan
1335. Taimour Firaz Khan
1336. Rajesh Khandelwal
1337. Sei Lai Khoo
1338. Michael Vernon Kiefer
1339. Satoshi Kikuchihara
1340. Andrew Jay-Hoon Kim
1341. Lawrence Don Kim
1342. Mary Jo Kimelman
1343. Andrew Marshall King
1344. Lucille Teresa King
1345. Robert C. King, Jr.
1346. Lisa M. King-Johnson
1347. Takashi Kinoshita
1348. Chris Michael Kirby
1349. Howard Barry Kirschbaum
1350. Glenn Davis Kirwin
1351. Richard Joseph Klares
1352. Peter Anton Klein
1353. Alan David Kleinberg
1354. Karen Joyce Klitzman
1355. Robert Philip Kloepfer
1356. Eugueni Kniazev
1357. Andrew Knox
1358. Thomas Patrick Knox

1359. Rebecca Lee Koborie
1360. Deborah A. Kobus
1361. Gary Edward Koecheler
1362. Frank J. Koestner
1363. Ryan Kohart
1364. Vanessa Lynn Kolpak
1365. Irina Kolpakova
1366. Suzanne Kondratenko
1367. Abdoulaye Kone
1368. Bon Seok Koo
1369. Dorota Kopiczko
1370. Scott Kopytko
1371. Bojan Kostic
1372. Danielle Kousoulis
1373. John Joseph Kren
1374. William E. Krukowski
1375. Lyudmila Ksido
1376. Shekhar Kumar
1377. Kenneth Bruce Kumpel
1378. Frederick Kuo, Jr.
1379. Patricia Kuras
1380. Nauka Kushitani
1381. Thomas Joseph Kuveikis
1382. Victor Kwarkye
1383. Kui Fai Kwok
1384. Angela Reed Kyte
1385. Amarnauth Lachhman
1386. Andrew LaCorte
1387. Ganesh K. Ladkat
1388. James Patrick Ladley
1389. Joseph A. LaFalce
1390. Jeanette Louise LaFond-Menichino
1391. David J. Laforge
1392. Michael Laforte
1393. Alan Charles La France
1394. Juan Lafuente
1395. Neil Kwong-Wah Lai
1396. Vincent Anthony Laieta
1397. William David Lake
1398. Franco Lalama
1399. Chow Kwan Lam
1400. Stephen LaMantia
1401. Amy Hope Lamonsoff

-61-

| | | | |
|---|---|---|---|
| 1402. | Robert T. Lane | 1445. | Kathryn Blair Lee |
| 1403. | Brendan Mark Lang | 1446. | Linda C. Lee |
| 1404. | Rosanne P. Lang | 1447. | Lorraine Mary Lee |
| 1405. | Vanessa Langer | 1448. | Myung-woo Lee |
| 1406. | Mary Louise Langley | 1449. | Richard Y. Lee |
| 1407. | Peter J. Langone | 1450. | Yang Der Lee |
| 1408. | Thomas Michael Langone | 1451. | Stephen Paul Lefkowitz |
| 1409. | Michele Bernadette Lanza | 1452. | Adriana Legro |
| 1410. | Ruth Sheila Lapin | 1453. | Edward Joseph Lehman |
| 1411. | Carol Ann LaPlante | 1454. | Eric Andrew Lehrfeld |
| 1412. | Ingeborg  Lariby | 1455. | David Leistman |
| 1413. | Robin Blair Larkey | 1456. | David Prudencio LeMagne |
| 1414. | Christopher Randall Larrabee | 1457. | Joseph Anthony Lenihan |
| 1415. | Hamidou S. Larry | 1458. | John Joseph Lennon, Jr. |
| 1416. | Scott Larsen | 1459. | John Robinson Lenoir |
| 1417. | John Adam Larson | 1460. | Jorge Luis Leon |
| 1418. | Gary Edward Lasko | 1461. | Matthew Gerard Leonard |
| 1419. | Nicholas Craig Lassman | 1462. | Michael Lepore |
| 1420. | Paul Laszczynski | 1463. | Charles Antoine Lesperance |
| 1421. | Jeffrey G. LaTouche | 1464. | Jeffrey Earle Leveen |
| 1422. | Charles A. Laurencin | 1465. | John Dennis Levi |
| 1423. | Stephen James Lauria | 1466. | Alisha Caren Levin |
| 1424. | Maria LaVache | 1467. | Neil David Levin |
| 1425. | Denis Francis Lavelle | 1468. | Robert Levine |
| 1426. | Jeannine Mary LaVerde | 1469. | Robert Michael Levine |
| 1427. | Anna A. Laverty | 1470. | Shai Levinhar |
| 1428. | Steven Lawn | 1471. | Adam Jay Lewis |
| 1429. | Robert A. Lawrence, Jr. | 1472. | Margaret Susan Lewis |
| 1430. | Nathaniel Lawson | 1473. | Ye Wei Liang |
| 1431. | Eugen Gabriel Lazar | 1474. | Orasri Liangthanasarn |
| 1432. | James Patrick Leahy | 1475. | Daniel F. Libretti |
| 1433. | Joseph Gerard Leavey | 1476. | Ralph Licciardi |
| 1434. | Neil J. Leavy | 1477. | Edward Lichtschein |
| 1435. | Leon Lebor | 1478. | Steven Barry Lillianthal |
| 1436. | Kenneth Charles Ledee | 1479. | Carlos R. Lillo |
| 1437. | Alan J. Lederman | 1480. | Craig Damian Lilore |
| 1438. | Elena F. Ledesma | 1481. | Arnold A. Lim |
| 1439. | Alexis Leduc | 1482. | Darya Lin |
| 1440. | Soo-Jin Stuart Lee | 1483. | Wei Rong Lin |
| 1441. | David S. Lee | 1484. | Nickie L. Lindo |
| 1442. | Gary H. Lee | 1485. | Thomas V. Linehan, Jr. |
| 1443. | Hyun Joon Lee | 1486. | Robert Thomas Linnane |
| 1444. | Juanita Lee | 1487. | Alan Patrick Linton, Jr. |

FED-PEC0213403

1488. Diane Theresa Lipari
1489. Kenneth P. Lira
1490. Francisco Alberto Liriano
1491. Lorraine Lisi
1492. Paul Lisson
1493. Vincent M. Litto
1494. Ming-Hao Liu
1495. Nancy Liz
1496. Harold Lizcano
1497. Martin Lizzul
1498. George A. Llanes
1499. Elizabeth Claire Logler
1500. Catherine Lisa LoGuidice
1501. Jerome Robert Lohez
1502. Michael William Lomax
1503. Laura Maria Longing
1504. Salvatore P. Lopes
1505. Daniel Lopez
1506. George Lopez
1507. Luis Manuel Lopez
1508. Manuel L. Lopez
1509. Joseph Lostrangio
1510. Chet Dek Louie
1511. Stuart Seid Louis
1512. Joseph Lovero
1513. Jenny Seu Kueng Low Wong
1514. Michael W. Lowe
1515. Garry W. Lozier
1516. John Peter Lozowsky
1517. Charles Peter Lucania
1518. Edward Hobbs Luckett
1519. Mark Gavin Ludvigsen
1520. Lee Charles Ludwig
1521. Sean Thomas Lugano
1522. Daniel Lugo
1523. Marie Lukas
1524. William Lum, Jr.
1525. Michael P. Lunden
1526. Christopher Edmund Lunder
1527. Anthony Luparello
1528. Gary Frederick Lutnick
1529. Linda Anne Luzzicone
1530. Alexander Lygin
1531. Farrell Peter Lynch
1532. James Francis Lynch
1533. Louise A. Lynch
1534. Michael Lynch
1535. Michael F. Lynch
1536. Michael Francis Lynch
1537. Robert Henry Lynch, Jr.
1538. Sean Patrick Lynch
1539. Sean P. Lynch
1540. Richard Dennis Lynch, Jr.
1541. Michael J. Lyons
1542. Monica Anne Lyons
1543. Patrick J. Lyons
1544. Robert Francis Mace
1545. Jan Maciejewski
1546. Catherine Fairfax MacRae
1547. Richard Blaine Madden
1548. Simon Maddison
1549. Noell C. Maerz
1550. Jennieann Maffeo
1551. Joseph Maffeo
1552. Jay Robert Magazine
1553. Brian Magee
1554. Charles Wilson Magee
1555. Joseph Maggitti
1556. Ronald E. Magnuson
1557. Daniel L. Maher
1558. Thomas Anthony Mahon
1559. William J. Mahoney
1560. Joseph Daniel Maio
1561. Linda Catherine Mair-Grayling
1562. Takashi Makimoto
1563. Abdu Ali Malahi
1564. Debora Maldonado
1565. Myrna T. Maldonado-Agosto
1566. Alfred Russell Maler
1567. Gregory James Malone
1568. Joseph Maloney
1569. Edward Francis Maloney III
1570. Gene Edward Maloy
1571. Christian Maltby
1572. Francisco Miguel Mancini
1573. Joseph Mangano

FED-PEC0213404

| | |
|---|---|
| 1574. Sara Manley-Harvey | 1617. Nancy T. Mauro |
| 1575. Debra M. Mannetta | 1618. Charles A. Mauro, Jr. |
| 1576. Marion Victoria Manning | 1619. Tyrone May |
| 1577. Terence John Manning | 1620. Keithroy Marcellus Maynard |
| 1578. James Maounis | 1621. Robert J. Mayo |
| 1579. Joseph Ross Marchbanks, Jr. | 1622. Kathy Nancy Mazza-Delosh |
| 1580. Peter Edward Mardikian | 1623. Edward Mazzella, Jr. |
| 1581. Edward Joseph Mardovich | 1624. Jennifer Lynn Mazzotta |
| 1582. Charles Joseph Margiotta | 1625. Kaaria Mbaya |
| 1583. Kenneth Joseph Marino | 1626. James Joseph McAlary, Jr. |
| 1584. Lester Vincent Marino | 1627. Brian Gerald McAleese |
| 1585. Vita Marino | 1628. Patricia Ann McAneney |
| 1586. Kevin D. Marlo | 1629. Colin Richard McArthur |
| 1587. Jose J. Marrero | 1630. John Kevin McAvoy |
| 1588. John Daniel Marshall | 1631. Kenneth M. McBrayer |
| 1589. James Martello | 1632. Brendan McCabe |
| 1590. Michael A. Marti | 1633. Michael McCabe |
| 1591. Peter C. Martin | 1634. Thomas J. McCann |
| 1592. William J. Martin, Jr. | 1635. Justin McCarthy |
| 1593. Brian E. Martineau | 1636. Kevin M. McCarthy |
| 1594. Betsy Martinez | 1637. Michael O. McCarthy |
| 1595. Edward J. Martinez | 1638. Robert McCarthy |
| 1596. Robert Gabriel Martinez | 1639. Stanley McCaskill |
| 1597. Jose Angel Martinez, Jr. | 1640. Katie Marie McCloskey |
| 1598. Lizie D Martinez-Calderon | 1641. Joan McConnell-Cullinan |
| 1599. Paul Richard Martini | 1642. Charles Austin McCrann |
| 1600. Joseph A. Mascali | 1643. Tonyell Fanne McDay |
| 1601. Bernard Mascarenhas | 1644. Matthew T. McDermott |
| 1602. Stephen Frank Masi | 1645. Joseph P. McDonald |
| 1603. Nicholas George Massa | 1646. Brian Grady McDonnell |
| 1604. Patricia Ann Massari | 1647. Michael P. McDonnell |
| 1605. Michael Massaroli | 1648. John F. McDowell, Jr. |
| 1606. Philip William Mastrandrea, Jr. | 1649. Eamon J. McEneaney |
| 1607. Rudolph Mastrocinque | 1650. John Thomas McErlean, Jr. |
| 1608. Joseph Mathai | 1651. Daniel Francis McGinley |
| 1609. Charles Mathers | 1652. Mark Ryan McGinly |
| 1610. William A. Mathesen | 1653. William E. McGinn |
| 1611. Marcello Matricciano | 1654. Thomas McGinnis |
| 1612. Margaret Elaine Mattic | 1655. Michael Gregory McGinty |
| 1613. Robert D. Mattson | 1656. Ann McGovern |
| 1614. Walter Matuza | 1657. Scott Martin McGovern |
| 1615. Charles J. Mauro | 1658. William McGovern |
| 1616. Dorothy Mauro | 1659. Stacey Sennas McGowan |

FED-PEC0213405

1660. Francis Noel McGuinn
1661. Patrick J. McGuire
1662. Thomas M. McHale
1663. Keith McHeffey
1664. Ann M. McHugh
1665. Dennis P. McHugh
1666. Denis Joseph McHugh III
1667. Michael Edward McHugh, Jr.
1668. Robert G. McIlvaine
1669. Donald James McIntyre
1670. Stephanie Marie McKenna
1671. Barry J. McKeon
1672. Evelyn C. McKinnedy
1673. Darryl Leron McKinney, Jr.
1674. George Patrick McLaughlin, Jr.
1675. Robert C. McLaughlin, Jr.
1676. Gavin McMahon
1677. Robert D. McMahon
1678. Edmund McNally
1679. Daniel W. McNeal
1680. Walter Arthur McNeil
1681. Christine Sheila McNulty
1682. Sean Peter McNulty
1683. Robert William McPadden
1684. Terence A. McShane
1685. Timothy Patrick McSweeney
1686. Martin E. McWilliams
1687. Rocco A. Medaglia
1688. Abigail Cales Medina
1689. Ana Iris Medina
1690. Damian Peter Meehan
1691. William J. Meehan
1692. Alok Kumar Mehta
1693. Raymond Meisenheimer
1694. Manuel Emilio Mejia
1695. Eskedar Melaku
1696. Antonio Melendez
1697. Mary Melendez
1698. Yelena Melnichenko
1699. Stuart Todd Meltzer
1700. Diarelia Jovannah Mena
1701. Charles Mendez
1702. Lizette Mendoza

1703. Shevonne Olicia Mentis
1704. Steve John Mercado
1705. Wesley Mercer
1706. Ralph Joseph Mercurio
1707. Alan Harvey Merdinger
1708. George C. Merino
1709. Yamel Merino
1710. George Merkouris
1711. Deborah A. Merrick
1712. Raymond Joseph Metz III
1713. Jill Ann Metzler
1714. David Robert Meyer
1715. Nurul H. Miah
1716. William Edward Micciulli
1717. Martin Paul Michelstein
1718. Peter Teague Milano
1719. Gregory Milanowycz
1720. Lukasz Tomasz Milewski
1721. Sharon Christina Millan
1722. Corey Peter Miller
1723. Craig James Miller
1724. Douglas Charles Miller
1725. Joel Miller
1726. Michael Matthew Miller
1727. Philip D. Miller
1728. Robert Alan Miller
1729. Henry Alfred Miller, Jr.
1730. Robert Cromwell Miller, Jr.
1731. Benjamin Millman
1732. Charles Morris Mills
1733. Ronald Keith Milstein
1734. Robert Minara
1735. William George Minardi
1736. Louis Joseph Minervino
1737. Thomas Mingione
1738. Wilbert Miraille
1739. Domenick N. Mircovich
1740. Rajesh Arjan Mirpuri
1741. Joseph Mistrulli
1742. Susan J. Miszkowicz
1743. Paul Thomas Mitchell
1744. Richard P. Miuccio
1745. Frank Vincent Moccia, Sr.

FED-PEC0213406

1746. Louis Joseph Modafferi
1747. Boyie Mohammed
1748. Dennis Mojica
1749. Manuel Mojica
1750. Kleber Rolando Molina
1751. Manuel De Jesus Molina
1752. Carl Molinaro
1753. Justin John Molisani, Jr.
1754. Brian Monaghan
1755. Franklin Monahan
1756. John Gerard Monahan
1757. Kristen Montanaro
1758. Craig Montano
1759. Michael Montesi
1760. Cheryl Ann Monyak
1761. Thomas C. Moody
1762. Sharon Moore
1763. Krishna V. Moorthy
1764. Abner Morales
1765. Carlos Manuel Morales
1766. Paula E. Morales
1767. John Christopher Moran
1768. John M. Moran
1769. Kathleen Moran
1770. Lindsay Stapleton Morehouse
1771. George Morell
1772. Steven P. Morello
1773. Vincent S. Morello
1774. Yvette Nicole Moreno
1775. Dorothy Morgan
1776. Richard Morgan
1777. Nancy Morgenstern
1778. Sanae Mori
1779. Blanca Robertina Morocho
1780. Leonel Geronimo Morocho
1781. Dennis Gerard Moroney
1782. Lynne Irene Morris
1783. Seth Allen Morris
1784. Stephen Philip Morris
1785. Christopher Martel Morrison
1786. Jorge Luis Morron Garcia
1787. Ferdinand V. Morrone
1788. William David Moskal

1789. Marco Motroni, Sr.
1790. Cynthia Motus-Wilson
1791. Iouri A. Mouchinski
1792. Jude Joseph Moussa
1793. Peter Moutos
1794. Damion Mowatt
1795. Christopher Michael Mozzillo
1796. Stephen Vincent Mulderry
1797. Richard T. Muldowney, Jr.
1798. Michael D. Mullan
1799. Dennis Michael Mulligan
1800. Peter James Mulligan
1801. Michael Joseph Mullin
1802. James Donald Munhall
1803. Nancy Muniz
1804. Carlos Mario Munoz
1805. Francisco Heladio Munoz
1806. Theresa Munson
1807. Robert M. Murach
1808. Cesar Augusto Murillo
1809. Marc A. Murolo
1810. Brian Joseph Murphy
1811. Charles A. Murphy
1812. Christopher W. Murphy
1813. Edward Charles Murphy
1814. James Thomas Murphy
1815. Kevin James Murphy
1816. Patrick Sean Murphy
1817. Raymond E. Murphy
1818. James F. Murphy IV
1819. Robert Eddie Murphy, Jr.
1820. John Joseph Murray
1821. Susan D. Murray
1822. Valerie Victoria Murray
1823. John Joseph Murray, Jr.
1824. Richard Todd Myhre
1825. Robert B. Nagel
1826. Takuya Nakamura
1827. Alexander John Robert Napier
1828. Frank Joseph Naples III
1829. John Phillip Napolitano
1830. Catherine Ann Nardella
1831. Mario Nardone, Jr.

FED-PEC0213407

1832. Manika K. Narula
1833. Narender Nath
1834. Karen Susan Navarro
1835. Joseph Michael Navas
1836. Francis Joseph Nazario
1837. Glenroy I. Neblett
1838. Rayman Marcus Neblett
1839. Jerome O. Nedd
1840. Laurence Nedell
1841. Luke G. Nee
1842. Pete Negron
1843. Ann Nicole Nelson
1844. David William Nelson
1845. James Nelson
1846. Michele Ann Nelson
1847. Peter Allen Nelson
1848. Oscar Francis Nesbitt
1849. Gerard Terence Nevins
1850. Nancy Yuen Ngo
1851. Jody Nichilo
1852. Martin S. Niederer
1853. Alfonse Joseph Niedermeyer
1854. Frank John Niestadt, Jr.
1855. Gloria Nieves
1856. Juan Nieves, Jr.
1857. Troy Edward Nilsen
1858. Paul Nimbley
1859. John Ballentine Niven
1860. Katherine McGarry Noack
1861. Curtis Terrence Noel
1862. Daniel R. Nolan
1863. Robert Walter Noonan
1864. Daniela R. Notaro
1865. Brian Christopher Novotny
1866. Soichi Numata
1867. Brian Felix Nunez
1868. Jose R. Nunez
1869. Jeffrey Roger Nussbaum
1870. James A. Oakley
1871. Dennis Patrick O'Berg
1872. Michael P. O'Brien
1873. Scott J. O'Brien
1874. Timothy Michael O'Brien

1875. James P. O'Brien, Jr.
1876. Daniel O'Callaghan
1877. Diana J. O'Connor
1878. Keith Kevin O'Connor
1879. Richard J. O'Connor
1880. Dennis James O'Connor, Jr.
1881. Amy O'Doherty
1882. Marni Pont O'Doherty
1883. Douglas E. Oelschlager
1884. Takashi Ogawa
1885. Albert Ogletree
1886. Philip Paul Ognibene
1887. James Andrew O'Grady
1888. Joseph J. Ogren
1889. Thomas Gerard O'Hagan
1890. Samuel Oitice
1891. Patrick J. O'Keefe
1892. William O'Keefe
1893. Gerald Michael Olcott
1894. Gerald O'Leary
1895. Christine Anne Olender
1896. Linda Mary Oliva
1897. Edward Kraft Oliver
1898. Leah E. Oliver
1899. Eric T. Olsen
1900. Jeffrey James Olsen
1901. Maureen Lyons Olson
1902. Steven John Olson
1903. Matthew Timothy O'Mahony
1904. Toshihiro Onda
1905. Seamus L. O'Neal
1906. John O'Neill
1907. Sean Gordon O'Neill
1908. Peter J. O'Neill, Jr.
1909. Michael C. Opperman
1910. Christopher Orgielewicz
1911. Margaret Orloske
1912. Virginia Anne Ormiston
1913. Kevin M. O'Rourke
1914. Ronald Orsini
1915. Peter Keith Ortale
1916. Juan Ortega-Campos
1917. Alexander Ortiz

-67-

FED-PEC0213408

1918. David Ortiz
1919. Pablo Ortiz
1920. Sonia Ortiz
1921. Emilio Ortiz, Jr.
1922. Paul Ortiz, Jr.
1923. Masaru Ose
1924. Patrick J. O'Shea
1925. Robert William O'Shea
1926. Elsy Carolina Osorio
1927. James Robert Ostrowski
1928. Timothy F. O'Sullivan
1929. Jason Douglas Oswald
1930. Michael John Otten
1931. Isidro D. Ottenwalder
1932. Michael Chung Ou
1933. Todd Joseph Ouida
1934. Jesus Ovalles
1935. Peter J. Owens, Jr.
1936. Adianes Oyola
1937. Angel M. Pabon
1938. Israel Pabon, Jr.
1939. Roland Pacheco
1940. Michael Benjamin Packer
1941. Deepa K. Pakkala
1942. Jeffrey Matthew Palazzo
1943. Thomas Palazzo
1944. Richard A. Palazzolo
1945. Orio Joseph Palmer
1946. Frank Anthony Palombo
1947. Alan N. Palumbo
1948. Christopher Matthew Panatier
1949. Dominique Lisa Pandolfo
1950. Paul J. Pansini
1951. John M. Paolillo
1952. Edward Joseph Papa
1953. Salvatore T. Papasso
1954. James Nicholas Pappageorge
1955. Vinod Kumar Parakat
1956. Vijayashanker Paramsothy
1957. Nitin Ramesh Parandkar
1958. Hardai Parbhu
1959. James Wendell Parham
1960. Debra Marie Paris

1961. George Paris
1962. Gye-Hyong Park
1963. Philip Lacey Parker
1964. Michael Alaine Parkes
1965. Robert Emmett Parks, Jr.
1966. Hasmukhrai Chuckulal Parmar
1967. Robert Parro
1968. Diane Marie Parsons
1969. Leobardo Lopez Pascual
1970. Michael Pascuma
1971. Jerrold H. Paskins
1972. Horace Robert Passananti
1973. Suzanne H. Passaro
1974. Avnish Ramanbhai Patel
1975. Dipti Patel
1976. Manish K. Patel
1977. Steven Bennett Paterson
1978. James Matthew Patrick
1979. Manuel Patrocino
1980. Bernard E. Patterson
1981. Cira Marie Patti
1982. Robert Edward Pattison
1983. James Robert Paul
1984. Patrice Paz
1985. Victor Paz-Gutierrez
1986. Stacey Lynn Peak
1987. Richard Allen Pearlman
1988. Durrell V. Pearsall
1989. Thomas Pedicini
1990. Todd Douglas Pelino
1991. Michel Adrian Pelletier
1992. Anthony G. Peluso
1993. Angel Ramon Pena
1994. Richard Al Penny
1995. Salvatore F. Pepe
1996. Carl Peralta
1997. Robert David Peraza
1998. Jon A. Perconti, Jr.
1999. Alejo Perez
2000. Angela Susan Perez
2001. Anthony Perez
2002. Ivan Perez
2003. Nancy E. Perez

-68-

2004. Angel Perez, Jr.
2005. Joseph John Perroncino
2006. Edward J. Perrotta
2007. Emelda H. Perry
2008. Glenn C. Perry
2009. John William Perry
2010. Franklin Allan Pershep
2011. Danny Pesce
2012. Michael John Pescherine
2013. Davin Peterson
2014. William Russel Peterson
2015. Mark Petrocelli
2016. Philip Scott Petti
2017. Glen Kerrin Pettit
2018. Dominick Pezzulo
2019. Kaleen Elizabeth Pezzuti
2020. Kevin Pfeifer
2021. Tu-Anh Pham
2022. Kenneth John Phelan
2023. Sneha Anne Philip
2024. Eugenia Piantieri
2025. Ludwig John Picarro
2026. Matthew Picerno
2027. Joseph Oswald Pick
2028. Christopher Pickford
2029. Dennis J. Pierce
2030. Bernard Pietronico
2031. Nicholas P. Pietrunti
2032. Theodoros Pigis
2033. Susan Elizabeth Pinto
2034. Joseph Piskadlo
2035. Christopher Todd Pitman
2036. Joshua Michael Piver
2037. Joseph Plumitallo
2038. John M. Pocher
2039. William Howard Pohlman
2040. Laurence Polatsch
2041. Thomas H. Polhemus
2042. Steve Pollicino
2043. Susan M. Pollio
2044. Joshua Iousa Poptean
2045. Giovanna Porras
2046. Anthony Portillo

2047. James Edward Potorti
2048. Daphne Pouletsos
2049. Richard N. Poulos
2050. Stephen Emanual Poulos
2051. Brandon Jerome Powell
2052. Shawn Edward Powell
2053. Antonio Dorsey Pratt
2054. Gregory M. Preziose
2055. Wanda Ivelisse Prince
2056. Vincent A. Princiotta
2057. Kevin M. Prior
2058. Everett Martin Proctor III
2059. Carrie Beth Progen
2060. David Lee Pruim
2061. Richard A. Prunty
2062. John F. Puckett
2063. Robert David Pugliese
2064. Edward F. Pullis
2065. Patricia Ann Puma
2066. Hemanth Kumar Puttur
2067. Edward R. Pykon
2068. Christopher Quackenbush
2069. Lars Peter Qualben
2070. Lincoln Quappe
2071. Beth Ann Quigley
2072. Michael Quilty
2073. James Francis Quinn
2074. Ricardo J. Quinn
2075. Carol Millicent Rabalais
2076. Christopher Peter A. Racaniello
2077. Leonard J. Ragaglia
2078. Eugene Raggio
2079. Laura Marie Ragonese-Snik
2080. Michael Paul Ragusa
2081. Peter Frank Raimondi
2082. Harry A. Raines
2083. Ehtesham Raja
2084. Valsa Raju
2085. Edward Joseph Rall
2086. Lukas Rambousek
2087. Maria Ramirez
2088. Harry Ramos
2089. Vishnoo Ramsaroop

FED-PEC0213410

2090. Lorenzo E. Ramzey
2091. Alfred Todd Rancke
2092. Adam David Rand
2093. Jonathan C. Randall
2094. Srinivasa Shreyas Ranganath
2095. Anne T. Ransom
2096. Faina Aronovna Rapoport
2097. Robert Arthur Rasmussen
2098. Amenia Rasool
2099. Roger Mark Rasweiler
2100. David Alan Rathkey
2101. William Ralph Raub
2102. Gerard P. Rauzi
2103. Alexey Razuvaev
2104. Gregory Reda
2105. Sarah Anne Prothero Redheffer
2106. Michele Marie Reed
2107. Judith Ann Reese
2108. Donald J. Regan
2109. Robert M. Regan
2110. Thomas Michael Regan
2111. Christian Michael Otto Regenhard
2112. Howard Reich
2113. Gregg Reidy
2114. James Brian Reilly
2115. Kevin O. Reilly
2116. Timothy E. Reilly
2117. Joseph Reina, Jr.
2118. Thomas Barnes Reinig
2119. Frank Bennett Reisman
2120. Joshua Scott Reiss
2121. Karen Renda
2122. John Armand Reo
2123. Richard Cyril Rescorla
2124. John Thomas Resta
2125. Sylvia San Pio Resta
2126. Luis Clodoaldo Revilla
2127. Eduvigis Reyes, Jr.
2128. Bruce Albert Reynolds
2129. John Frederick Rhodes
2130. Francis Saverio Riccardelli
2131. Rudolph N. Riccio
2132. Ann Marie Riccoboni

2133. David Harlow Rice
2134. Eileen Mary Rice
2135. Kenneth Frederick Rice III
2136. Vernon Allan Richard
2137. Claude Daniel Richards
2138. Gregory David Richards
2139. Michael Richards
2140. Venesha Orintia Richards
2141. James C. Riches
2142. Alan Jay Richman
2143. John M. Rigo
2144. Theresa Risco
2145. Rose Mary Riso
2146. Moises N. Rivas
2147. Joseph Rivelli, Jr.
2148. Carmen Alicia Rivera
2149. Isaias Rivera
2150. Juan William Rivera
2151. Linda Ivelisse Rivera
2152. David E. Rivers
2153. Joseph R. Riverso
2154. Paul V. Rizza
2155. John Frank Rizzo
2156. Stephen Louis Roach
2157. Joseph Roberto
2158. Leo Arthur Roberts
2159. Michael Edward Roberts
2160. Michael Edward Roberts
2161. Donald Walter Robertson, Jr.
2162. Catherina Robinson
2163. Jeffrey Robinson
2164. Michell Lee Jean Robotham
2165. Donald A. Robson
2166. Antonio Augusto Rocha
2167. Raymond James Rocha
2168. Laura Rockefeller
2169. John M. Rodak
2170. Antonio J. Rodrigues
2171. Anthony Rodriguez
2172. Carmen Milagros Rodriguez
2173. Gregory Ernesto Rodriguez
2174. Marsha A. Rodriguez
2175. Richard Rodriguez

-70-

2176. David Bartolo Rodriguez-Vargas
2177. Matthew Rogan
2178. Karlie Barbara Rogers
2179. Scott William Rohner
2180. Keith Roma
2181. Joseph M. Romagnolo
2182. Elvin Romero
2183. Efrain Romero, Sr.
2184. James A. Romito
2185. Sean Paul Rooney
2186. Eric Thomas Ropiteau
2187. Aida Rosario
2188. Angela Rosario
2189. Mark H. Rosen
2190. Brooke David Rosenbaum
2191. Linda Rosenbaum
2192. Sheryl Lynn Rosenbaum
2193. Lloyd Daniel Rosenberg
2194. Mark Louis Rosenberg
2195. Andrew Ira Rosenblum
2196. Joshua M. Rosenblum
2197. Joshua Alan Rosenthal
2198. Richard David Rosenthal
2199. Daniel Rossetti
2200. Norman S. Rossinow
2201. Nicholas P. Rossomando
2202. Michael Craig Rothberg
2203. Donna Marie Rothenberg
2204. Nicholas Rowe
2205. Timothy Alan Roy
2206. Paul G. Ruback
2207. Ronald J. Ruben
2208. Joanne Rubino
2209. David Ruddle
2210. Bart Joseph Ruggiere
2211. Susan Ann Ruggiero
2212. Adam Keith Ruhalter
2213. Gilbert Ruiz
2214. Stephen P. Russell
2215. Steven Harris Russin
2216. Wayne Alan Russo
2217. Michael Thomas Russo, Sr.
2218. Edward Ryan

2219. Jonathan Stephan Ryan
2220. Matthew Lancelot Ryan
2221. John Joseph Ryan, Jr.
2222. Tatiana Ryjova
2223. Christina Sunga Ryook
2224. Thierry Saada
2225. Jason Elazar Sabbag
2226. Thomas E. Sabella
2227. Scott H. Saber
2228. Joseph Francis Sacerdote
2229. Francis John Sadocha
2230. Jude Safi
2231. Brock Joel Safronoff
2232. Edward Saiya
2233. John Patrick Salamone
2234. Hernando Salas
2235. Juan Salas
2236. Esmerlin Antonio Salcedo
2237. John Salvatore Salerno, Jr.
2238. Richard L. Salinardi, Jr.
2239. Wayne John Saloman
2240. Nolbert Salomon
2241. Catherine Patricia Salter
2242. Frank Salvaterra
2243. Paul Richard Salvio
2244. Samuel Robert Salvo, Jr.
2245. Carlos Alberto Samaniego
2246. Rena Sam-Dinnoo
2247. James Kenneth Samuel, Jr.
2248. Michael V. San Phillip
2249. Hugo M. Sanay-Perafiel
2250. Alva Cynthia Jeffries Sanchez
2251. Raymond Erick Sanchez
2252. Jacquelyn Patrice Sanchez
2253. Eric M. Sand
2254. Stacey Leigh Sanders
2255. Herman Sandler
2256. James Sands, Jr.
2257. Ayleen J. Santiago
2258. Kirsten Santiago
2259. Maria Theresa Santillan
2260. Susan Gayle Santo
2261. Christopher Santora

-71-

FED-PEC0213412

| | | | |
|---|---|---|---|
| 2262. | John A. Santore | 2305. | Michael Herman Seaman |
| 2263. | Mario L. Santoro | 2306. | Margaret M. Seeliger |
| 2264. | Rafael Humberto Santos | 2307. | Anthony Segarra |
| 2265. | Rufino Conrado Flores Santos III | 2308. | Carlos Segarra |
| 2266. | Kalyan Sarkar | 2309. | Jason Sekzer |
| 2267. | Chapelle Renee Sarker | 2310. | Matthew Sellitto |
| 2268. | Paul F. Sarle | 2311. | Howard Selwyn |
| 2269. | Deepika Kumar Sattaluri | 2312. | Larry John Senko |
| 2270. | Gregory Thomas Saucedo | 2313. | Arturo Angelo Sereno |
| 2271. | Susan Marie Sauer | 2314. | Frankie Serrano |
| 2272. | Anthony Savas | 2315. | Alena Sesinova |
| 2273. | Vladimir Savinkin | 2316. | Adele Christine Sessa |
| 2274. | John Michael Sbarbaro | 2317. | Sita Nermalla Sewnarine |
| 2275. | Robert L. Scandole, Jr. | 2318. | Karen Lynn Seymour-Dietrich |
| 2276. | Michelle Scarpitta | 2319. | Davis Grier Sezna, Jr. |
| 2277. | Dennis Scauso | 2320. | Thomas Joseph Sgroi |
| 2278. | John Albert Schardt | 2321. | Jayesh S. Shah |
| 2279. | John George Scharf | 2322. | Khalid M. Shahid |
| 2280. | Frederick Claude Scheffold, Jr. | 2323. | Mohammed Shajahan |
| 2281. | Angela Susan Scheinberg | 2324. | Gary Shamay |
| 2282. | Scott Mitchell Schertzer | 2325. | Earl Richard Shanahan |
| 2283. | Sean Schielke | 2326. | Neil Shastri |
| 2284. | Steven Francis Schlag | 2327. | Kathryn Anne Shatzoff |
| 2285. | Jon S. Schlissel | 2328. | Barbara A. Shaw |
| 2286. | Karen Helene Schmidt | 2329. | Jeffrey James Shaw |
| 2287. | Ian Schneider | 2330. | Robert John Shay, Jr. |
| 2288. | Thomas G. Schoales | 2331. | Daniel James Shea |
| 2289. | Marisa Schorpp | 2332. | Joseph Patrick Shea |
| 2290. | Frank G. Schott, Jr. | 2333. | Linda June Sheehan |
| 2291. | Gerard Patrick Schrang | 2334. | Hagay Shefi |
| 2292. | Jeffrey H. Schreier | 2335. | John Anthony Sherry |
| 2293. | John T. Schroeder | 2336. | Atsushi Shiratori |
| 2294. | Susan Lee Kennedy Schuler | 2337. | Thomas Joseph Shubert |
| 2295. | Edward William Schunk | 2338. | Mark Shulman |
| 2296. | Mark E. Schurmeier | 2339. | See-Wong Shum |
| 2297. | Clarin Shellie Schwartz | 2340. | Allan Abraham Shwartzstein |
| 2298. | John Burkhart Schwartz | 2341. | Johanna Sigmund |
| 2299. | Mark Schwartz | 2342. | Dianne T. Signer |
| 2300. | Adriane Victoria Scibetta | 2343. | Gregory Sikorsky |
| 2301. | Raphael Scorca | 2344. | Stephen Gerard Siller |
| 2302. | Randolph Scott | 2345. | David Silver |
| 2303. | Christopher Jay Scudder | 2346. | Craig A. Silverstein |
| 2304. | Arthur Warren Scullin | 2347. | Nasima Hameed Simjee |

FED-PEC0213413

2348. Bruce Edward Simmons
2349. Arthur Simon
2350. Kenneth Alan Simon
2351. Michael John Simon
2352. Paul Joseph Simon
2353. Marianne Teresa Simone
2354. Barry Simowitz
2355. Jeff Lyal Simpson
2356. Khamladai K. Singh
2357. Roshan Ramesh Singh
2358. Thomas E. Sinton III
2359. Peter A. Siracuse
2360. Muriel Fay Siskopoulos
2361. Joseph Michael Sisolak
2362. John P. Skala
2363. Francis Joseph Skidmore, Jr.
2364. Toyena Corliss Skinner
2365. Paul Albert Skrzypek
2366. Christopher Paul Slattery
2367. Vincent Robert Slavin
2368. Robert F. Sliwak
2369. Paul Kenneth Sloan
2370. Stanley S. Smagala, Jr.
2371. Wendy L. Small
2372. Catherine Smith
2373. Daniel Laurence Smith
2374. George Eric Smith
2375. James Gregory Smith
2376. Jeffrey Randall Smith
2377. Joyce Patricia Smith
2378. Karl T. Smith
2379. Kevin Joseph Smith
2380. Moira Ann Smith
2381. Rosemary A. Smith
2382. Sandra Fajardo Smith
2383. Leon Smith, Jr.
2384. Bonnie Jeanne Smithwick
2385. Rochelle Monique Snell
2386. Leonard J. Snyder, Jr.
2387. Astrid Elizabeth Sohan
2388. Sushil Solanki
2389. Ruben Solares
2390. Naomi Leah Solomon

2391. Daniel W. Song
2392. Michael Charles Sorresse
2393. Fabian Soto
2394. Timothy Patrick Soulas
2395. Gregory T. Spagnoletti
2396. Donald F. Spampinato, Jr.
2397. Thomas Sparacio
2398. John Anthony Spataro
2399. Robert W. Spear, Jr.
2400. Maynard S. Spence, Jr.
2401. Robert Andrew Spencer
2402. George Edward Spencer III
2403. Mary Rubina Sperando
2404. Frank Spinelli, Jr.
2405. William E. Spitz
2406. Joseph Patrick Spor
2407. Klaus Johannes Sprockamp
2408. Saranya Srinuan
2409. Fitzroy St. Rose
2410. Michael F. Stabile
2411. Lawrence T. Stack
2412. Timothy M. Stackpole
2413. Richard James Stadelberger
2414. Eric A. Stahlman
2415. Gregory Stajk
2416. Alexandru Liviu Stan
2417. Corina Stan
2418. Mary Domenica Stanley
2419. Anthony Starita
2420. Jeffrey Stark
2421. Derek James Statkevicus
2422. Craig William Staub
2423. William V. Steckman
2424. Eric Thomas Steen
2425. William R. Steiner
2426. Alexander Steinman
2427. Andrew Stergiopoulos
2428. Andrew J. Stern
2429. Martha Jane Stevens
2430. Michael James Stewart
2431. Richard H. Stewart, Jr.
2432. Sanford M. Stoller
2433. Lonny Jay Stone

FED-PEC0213414

| | | | |
|---|---|---|---|
| 2434. | Jimmy Nevill Storey | 2477. | Sean Patrick Tallon |
| 2435. | Timothy Stout | 2478. | Paul Talty |
| 2436. | Thomas Strada | 2479. | Maurita Tam |
| 2437. | James J. Straine, Jr. | 2480. | Rachel Tamares |
| 2438. | Edward W. Straub | 2481. | Hector Tamayo |
| 2439. | George J. Strauch, Jr. | 2482. | Michael Andrew Tamuccio |
| 2440. | Edward T. Strauss | 2483. | Kenichiro Tanaka |
| 2441. | Steven R. Strauss | 2484. | Rhondelle Cheri Tankard |
| 2442. | Steven F. Strobert | 2485. | Michael Anthony Tanner |
| 2443. | Walwyn Wellington Stuart, Jr. | 2486. | Dennis Gerard Taormina, Jr. |
| 2444. | Benjamin Suarez | 2487. | Kenneth Joseph Tarantino |
| 2445. | David Scott Suarez | 2488. | Allan Tarasiewicz |
| 2446. | Ramon Suarez | 2489. | Ronald Tartaro |
| 2447. | Yoichi Sugiyama | 2490. | Darryl Anthony Taylor |
| 2448. | William Christopher Sugra | 2491. | Donnie Brooks Taylor |
| 2449. | Daniel T. Suhr | 2492. | Lorisa Ceylon Taylor |
| 2450. | David Marc Sullins | 2493. | Michael Morgan Taylor |
| 2451. | Christopher P. Sullivan | 2494. | Paul A. Tegtmeier |
| 2452. | Patrick Sullivan | 2495. | Yeshavant Moreshwar Tembe |
| 2453. | Thomas G. Sullivan | 2496. | Anthony Tempesta |
| 2454. | Hilario "Larry" Sumaya, Jr. | 2497. | Dorothy Pearl Temple |
| 2455. | James Joseph Suozzo | 2498. | Stanley L. Temple |
| 2456. | Colleen Supinski | 2499. | David Tengelin |
| 2457. | Robert Sutcliffe | 2500. | Brian John Terrenzi |
| 2458. | Selina Sutter | 2501. | Lisa Marie Terry |
| 2459. | Claudia Suzette Sutton | 2502. | Goumatie T. Thackurdeen |
| 2460. | John Francis Swaine | 2503. | Harshad Sham Thatte |
| 2461. | Kristine M. Swearson | 2504. | Thomas F. Theurkauf, Jr. |
| 2462. | Brian Edward Sweeney | 2505. | Lesley Anne Thomas |
| 2463. | Kenneth J. Swensen | 2506. | Brian Thomas Thompson |
| 2464. | Thomas Swift | 2507. | Clive Ian Thompson |
| 2465. | Derek Ogilvie Sword | 2508. | Glenn Thompson |
| 2466. | Kevin Thomas Szocik | 2509. | Nigel Bruce Thompson |
| 2467. | Gina Sztejnberg | 2510. | Perry Anthony Thompson |
| 2468. | Norbert P. Szurkowski | 2511. | Vanavah Alexi Thompson |
| 2469. | Harry Taback | 2512. | William Harry Thompson |
| 2470. | Joann Tabeek | 2513. | Eric Raymond Thorpe |
| 2471. | Norma C. Taddei | 2514. | Nichola Angela Thorpe |
| 2472. | Michael Taddonio | 2515. | Sal Edward Tieri, Jr. |
| 2473. | Keiichiro Takahashi | 2516. | John Patrick Tierney |
| 2474. | Keiji Takahashi | 2517. | Mary Ellen Tiesi |
| 2475. | Phyllis Gale Talbot | 2518. | William R. Tieste |
| 2476. | Robert Talhami | 2519. | Kenneth Francis Tietjen |

FED-PEC0213415

2520. Stephen Edward Tighe
2521. Scott Charles Timmes
2522. Michael Ernest Tinley
2523. Jennifer M. Tino
2524. Robert Frank Tipaldi
2525. John James Tipping II
2526. David Tirado
2527. Hector Luis Tirado, Jr.
2528. Michelle Lee Titolo
2529. John J. Tobin
2530. Richard J. Todisco
2531. Vladimir Tomasevic
2532. Stephen Kevin Tompsett
2533. Thomas Tong
2534. Doris Torres
2535. Luis E. Torres
2536. Amy Elizabeth Toyen
2537. Christopher M. Traina
2538. Daniel Patrick Trant
2539. Abdoul Karim Traore
2540. Glenn J. Travers
2541. Walter Phillip Travers
2542. Felicia Yvette Traylor-Bass
2543. Lisa L. Trerotola
2544. Karamo Trerra
2545. Michael Angel Trinidad
2546. Francis Joseph Trombino
2547. Gregory James Trost
2548. William P. Tselepis
2549. Zhanetta Valentinovna Tsoy
2550. Michael Patrick Tucker
2551. Pauline Tull-Francis
2552. Lance Richard Tumulty
2553. Ching Ping Tung
2554. Simon James Turner
2555. Donald Joseph Tuzio
2556. Robert T. Twomey
2557. Jennifer Lynn Tzemis
2558. John G. Ueltzhoeffer
2559. Tyler V. Ugolyn
2560. Michael A. Uliano
2561. Jonathan J. Uman
2562. Anil Shivhari Umarkar

2563. Allen V. Upton
2564. Diane Maria Urban
2565. John Damien Vaccacio
2566. Bradley Hodges Vadas
2567. William Valcarcel
2568. Mayra Valdes-Rodriguez
2569. Felix Antonio Vale
2570. Ivan Vale
2571. Benito Valentin
2572. Santos Valentin, Jr.
2573. Carlton Francis Valvo II
2574. Erica H. Van Acker
2575. Kenneth W. Van Auken
2576. Richard Bruce Van Hine
2577. Edward Raymond Vanacore
2578. Jon C. Vandevander
2579. Daniel M. Van Laere
2580. Frederick Thomas Varacchi
2581. Gopalakrishnan Varadhan
2582. David Vargas
2583. Scott C. Vasel
2584. Azael Vasquez
2585. Arcangel Vazquez
2586. Santos Vazquez
2587. Peter Anthony Vega
2588. Sankara Sastry Velamuri
2589. Jorge Velazquez
2590. Lawrence G. Veling
2591. Anthony Mark Ventura
2592. David Vera
2593. Loretta Ann Vero
2594. Christopher James Vialonga
2595. Matthew Gilbert Vianna
2596. Robert Anthony Vicario
2597. Celeste Torres Victoria
2598. Joanna Vidal
2599. Joseph Vincent Vigiano
2600. John T. Vigiano II
2601. Frank J. Vignola, Jr.
2602. Joseph Barry Vilardo
2603. Sergio G. Villanueva
2604. Chantal Vincelli
2605. Melissa Vincent

-75-

FED-PEC0213416

2606. Francine Ann Virgilio
2607. Lawrence Virgilio
2608. Joseph Gerard Visciano
2609. Joshua S. Vitale
2610. Maria Percoco Vola
2611. Lynette D. Vosges
2612. Garo H. Voskerijian
2613. Alfred Vukosa
2614. Gregory Kamal Bruno Wachtler
2615. Gabriela Waisman
2616. Wendy Alice Rosario Wakeford
2617. Courtney Wainsworth Walcott
2618. Victor Wald
2619. Benjamin James Walker
2620. Glen Wall
2621. Mitchel Scott Wallace
2622. Peter Guyder Wallace
2623. Robert Francis Wallace
2624. Roy Michael Wallace
2625. Jeanmarie Wallendorf
2626. Matthew Blake Wallens
2627. John Wallice, Jr.
2628. Barbara P. Walsh
2629. James Henry Walsh
2630. Jeffrey Patrick Walz
2631. Ching Huei Wang
2632. Weibin Wang
2633. Michael Warchola
2634. Stephen Gordon Ward
2635. James Arthur Waring
2636. Brian G. Warner
2637. Derrick Washington
2638. Charles Waters
2639. Patrick J. Waters
2640. James Thomas Waters, Jr.
2641. Kenneth T. Watson
2642. Michael Henry Waye
2643. Todd Christopher Weaver
2644. Walter Edward Weaver
2645. Nathaniel Webb
2646. Dinah Webster
2647. Joanne Flora Weil
2648. Michael T. Weinberg

2649. Steven Weinberg
2650. Scott Jeffrey Weingard
2651. Steven George Weinstein
2652. Simon Weiser
2653. David Thomas Weiss
2654. David M. Weiss
2655. Vincent Michael Wells
2656. Timothy Welty
2657. Christian Hans Rudolf Wemmers
2658. Ssu-Hui Wen
2659. Oleh D. Wengerchuk
2660. Peter M. West
2661. Whitfield West, Jr.
2662. Meredith Lynn Whalen
2663. Eugene Whelan
2664. Adam S. White
2665. Edward James White III
2666. James Patrick White
2667. John Sylvester White
2668. Leonard Anthony White
2669. Malissa Y. White
2670. Wayne White
2671. Kenneth Wilburn White, Jr.
2672. Leanne Marie Whiteside
2673. Mark P. Whitford
2674. Michael T. Wholey
2675. Mary Catherine Wieman
2676. Jeffrey David Wiener
2677. William J. Wik
2678. Alison Marie Wildman
2679. Glen E. Wilkinson
2680. John C. Willett
2681. Brian Patrick Williams
2682. David J. Williams
2683. Deborah Lynn Williams
2684. Kevin Michael Williams
2685. Louie Anthony Williams
2686. Louis Calvin Williams III
2687. Crossley Richard Williams, Jr.
2688. John P. Williamson
2689. Donna Ann Wilson
2690. William E. Wilson
2691. David Harold Winton

FED-PEC0213417

2692. Glenn J. Winuk
2693. Thomas Francis Wise
2694. Alan L. Wisniewski
2695. Frank Thomas Wisniewski
2696. David Wiswall
2697. Sigrid Charlotte Wiswe
2698. Michael Wittenstein
2699. Christopher W. Wodenshek
2700. Martin P. Wohlforth
2701. Katherine Susan Wolf
2702. Jennifer Yen Wong
2703. Siu Cheung Wong
2704. Yin Ping Wong
2705. Yuk Ping Wong
2706. Brent James Woodall
2707. James John Woods
2708. Patrick Woods, Jr.
2709. Richard Herron Woodwell
2710. David Terence Wooley
2711. John Bentley Works
2712. Martin Michael Wortley
2713. Rodney James Wotton
2714. William Wren
2715. Neil Robin Wright
2716. Sandra Lee Wright
2717. John W. Wright, Jr.
2718. Jupiter Yambem
2719. Suresh Yanamadala
2720. Matthew David Yarnell
2721. Myrna Yaskulka
2722. Shakila Yasmin
2723. Olabisi Shadie Layeni Yee
2724. Edward P. York
2725. Kevin Patrick York
2726. Raymond R. York
2727. Suzanne Youmans
2728. Jacqueline Young
2729. Barrington Leroy Young, Jr.
2730. Elkin Yuen
2731. Joseph Zaccoli
2732. Adel Agayby Zakhary
2733. Arkady Zaltsman
2734. Edwin J. Zambrana, Jr.

2735. Robert Alan Zampieri
2736. Mark Zangrilli
2737. Ira Zaslow
2738. Kenneth Albert Zelman
2739. Abraham J. Zelmanowitz
2740. Martin Morales Zempoaltecatl
2741. Zhe Zeng
2742. Marc Scott Zeplin
2743. Jie Yao Justin Zhao
2744. Ivelin Ziminski
2745. Michael Joseph Zinzi
2746. Charles A. Zion
2747. Julie Lynne Zipper
2748. Salvatore Zisa
2749. Prokopios Paul Zois
2750. Joseph J. Zuccala
2751. Andrew Steven Zucker
2752. Igor Zukelman

**American Airlines Flight 77**

2753. Paul Wesley Ambrose
2754. Yenneh Betru
2755. Mary Jane Booth
2756. Bernard Curtis Brown II
2757. Charles Frank "Chic" Burlingame III
2758. Suzanne Marie Calley
2759. William Edward Caswell
2760. David Michael Charlebois
2761. Sarah Miller Clark
2762. Asia Sivon Cottom
2763. James Daniel Debeuneure
2764. Rodney Alonzo Dickens
2765. Eddie Augustus Dillard
2766. Charles Albert Droz III
2767. Barbara G. Edwards
2768. Charles Stevens Falkenberg
2769. Dana Falkenberg
2770. Zoe Elizabeth Falkenberg
2771. James Joseph Ferguson
2772. Darlene Ellen Flagg
2773. Wilson Falor Flagg
2774. Richard Peter Gabriel

-77-

FED-PEC0213418

2775. Ian John Gray
2776. Stanley Rylon Hall
2777. Michele Heidenberger
2778. Bryan Creed Jack
2779. Steven Donald Jacoby
2780. Ann C. Judge
2781. Chandler Raymond Keller
2782. Yvonne Estelle Kennedy
2783. Norma Khan
2784. Karen Ann Kincaid
2785. Dong Chul Lee
2786. Jennifer Pennock Lewis
2787. Kenneth Eugene Lewis
2788. Renee Ann May
2789. Dora Marie Menchaca
2790. Christopher Cairo Newton
2791. Barbara K. Olson
2792. Ruben Salang Ornedo
2793. Robert Bruce Penninger
2794. Zandra Flores Ploger
2795. Robert Riis Ploger III
2796. Lisa Joy Raines
2797. Todd Hayes Reuben
2798. John Paul Sammartino
2799. Diane Marie Simmons
2800. George Washington Simmons, Jr.
2801. Mari-Rae Sopper
2802. Robert Scott Speisman
2803. Norma Lang Steuerle
2804. Hilda Elizabeth Taylor
2805. Leonard Edward Taylor
2806. Sandra Dawn Teague
2807. Leslie Ann Whittington
2808. John D. Yamnicky, Sr.
2809. Vicki Lynn Yancey
2810. Shuyin Yang
2811. Yuguang Zheng

**The Pentagon**

2812. Craig Scott Amundson
2813. Melissa Rose Barnes
2814. Max J. Beilke

2815. Kris Romeo Bishundat
2816. Carrie Rosette Blagburn
2817. Canfield Demotte Boone
2818. Donna Marie Bowen
2819. Allen P. Boyle
2820. Christopher Lee Burford
2821. Daniel Martin Caballero
2822. Jose Orlando Calderon-Olmedo
2823. Angelene C. Carter
2824. Sharon Ann Carver
2825. John Joseph Chada
2826. Rosa Maria Chapa
2827. Julian T. Cooper
2828. Eric Allen Cranford
2829. Ada Marie Davis
2830. Gerald Francis DeConto
2831. Jerry Don Dickerson, Jr.
2832. Johnnie Doctor, Jr.
2833. Robert E. Dolan, Jr.
2834. William Howard Donovan, Jr.
2835. Patrick S. Dunn
2836. Edward Thomas Earhart
2837. Robert Randolph Elseth
2838. Jamie Lynn Fallon
2839. Amelia V. Fields
2840. Gerald P. Fisher
2841. Matthew Michael Flocco
2842. Sandra Nadine Foster
2843. Lawrence Daniel Getzfred
2844. Cortez Ghee
2845. Brenda Colbert Gibson
2846. Ronald F. Golinski
2847. Diane M. Hale-McKinzy
2848. Carolyn B. Halmon
2849. Sheila Mae Stearns Hein
2850. Ronald John Hemenway
2851. Wallace Cole Hogan, Jr.
2852. Jimmie Ira Holley
2853. Angela Marie Houtz
2854. Brady Kay Howell
2855. Peggie Maxine Hurt
2856. Stephen Neil Hyland, Jr.
2857. Robert J. Hymel

FED-PEC0213419

2858. Lacey Bernard Ivory
2859. Dennis Michael Johnson
2860. Judith L. Jones
2861. Brenda Kegler
2862. Michael Scott Lamana
2863. David William Laychak
2864. Samantha Lightbourn-Allen
2865. Stephen Vernon Long
2866. James T. Lynch
2867. Terence Michael Lynch
2868. Nehamon Lyons, IV
2869. Shelley A. Marshall
2870. Teresa Marie Martin
2871. Ada Lee Mason-Acker
2872. Dean Elrod Mattson
2873. Timothy Joseph Maude
2874. Robert James Maxwell
2875. Molly L. McKenzie
2876. Patricia Elizabeth Mickley
2877. Ronald Dutrell Milam
2878. Gerard Patrick Moran, Jr.
2879. Odessa Virginia Morris
2880. Brian Anthony Moss
2881. Teddington Hamm Moy
2882. Patrick Jude Murphy
2883. Khang Ngoc Nguyen
2884. Michael Allen Noeth
2885. Diana Beatriz Padro
2886. Chin Sun Pak
2887. Jonas Martin Panik
2888. Clifford Leon Patterson, Jr.
2889. Darin Howard Pontell
2890. Scott A. Powell
2891. Jack Duane Punches, Jr.
2892. Joseph John Pycior, Jr.
2893. Deborah Ann Ramsaur
2894. Rhonda S. Rasmussen
2895. Marsha Dianah Ratchford
2896. Martha Magdalene Reszke
2897. Cecelia Elizabeth Richard
2898. Edward Veld Rowenhorst
2899. Judy Rowlett
2900. Robert Errol Russell

2901. William Roderick Ruth
2902. Charles E. Sabin
2903. Marjorie C. Salamone
2904. David Martin Scales
2905. Robert Allan Schlegel
2906. Janice M. Scott
2907. Michael Lee Selves
2908. Marian H. Serva
2909. Daniel Frederic Shanower
2910. Antionette Maria Sherman
2911. Donald Dean Simmons
2912. Cheryl D. Sincock
2913. Gregg Harold Smallwood
2914. Gary Francis Smith
2915. Patricia J. Statz
2916. Edna Lee Stephens
2917. Larry Lee Strickland
2918. Kip Paul Taylor
2919. Sandra Carol Taylor
2920. Karl W. Teepe
2921. Tamara Ciara Thurman
2922. Otis Vincent Tolbert
2923. Willie Quincy Troy
2924. Ronald James Vauk
2925. Karen Jay Wagner
2926. Meta Louise Waller
2927. Maudlyn Alberta White
2928. Sandra L. White
2929. Ernest Mark Willcher
2930. David Lucian Williams
2931. Dwayne Williams
2932. Marvin Roger Woods
2933. Kevin Wayne Yokum
2934. Donald McArthur Young
2935. Lisa Lashawne Young
2936. Edmond G. Young, Jr.

**United Airlines Flight 93**

2937. Christian Adams
2938. Lorraine Grace Bay
2939. Todd M. Beamer
2940. Alan Anthony Beaven

FED-PEC0213420

| | | | |
|---|---|---|---|
| 2941. | Mark Kendall Bingham | 2960. | Linda Kristine Gronlund |
| 2942. | Deora Frances Bodley | 2961. | Richard Jerry Guadagno |
| 2943. | Sandra W. Bradshaw | 2962. | LeRoy Wilson Homer, Jr. |
| 2944. | Marion Ruth Britton | 2963. | Toshiya Kuge |
| 2945. | Thomas Edward Burnett, Jr. | 2964. | CeeCee Louise Lyles |
| 2946. | William Cashman | 2965. | Hildagard Marcin |
| 2947. | Georgine Rose Corrigan | 2966. | Waleska Martinez |
| 2948. | Patricia Cushing | 2967. | Nicole Carol Miller |
| 2949. | Jason Matthew Dahl | 2968. | Louis Joseph Nacke, Jr. |
| 2950. | Joseph DeLuca | 2969. | Donald Arthur Peterson |
| 2951. | Patrick Joseph Driscoll | 2970. | Jean Hoadley Peterson |
| 2952. | Edward Porter Felt | 2971. | Mark Rothenberg |
| 2953. | Jane Claire Folger | 2972. | Christine Anne Snyder |
| 2954. | Colleen Laura Fraser | 2973. | John Talignani |
| 2955. | Andrew Garcia | 2974. | Honor Elizabeth Wainio |
| 2956. | Jeremy Logan Glick | 2975. | Deborah Anne Welsh |
| 2957. | Lauren Ann Grandcolas | 2976. | Olga Kristin Gould White |
| 2958. | Wanda Anita Green | | |
| 2959. | Donald F. Greene | | |

PREET BHARARA
United States Attorney
Southern District of New York

NEIL H. MacBRIDE
United States Attorney
Eastern District of Virginia

FOREPERSON

-80-

FED-PEC0213421

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### KHALID SHEIKH MOHAMMED,
### WALID BIN ATTASH,
### RAMZI BIN AL-SHIBH,
### ALI ABDUL AZIZ ALI, and
### MUSTAFA AL-HAWSAWI,

**Defendants.**

## INDICTMENT

(S14) 93 Cr. 180 (KTD)

(18 U.S.C. §§ 32(a)(1), (a)(5) & (a)(7) (2001), 34, 844(i),
1111, 1114, 2332(b)(2), 2332b(a)(1), (a)(2) & (c)(1)(A) & 2;
49 U.S.C. § 46502(a)(1)(A) & (a)(2)(B))

PREET BHARARA
United States Attorney.

NEIL H. MacBRIDE
United States Attorney.

A TRUE BILL

Foreperson.

FED-PEC0213422