# Exhibit F

BAYER. LANDEKSRIMINALAMT  München, 24.09.98
- Sachgebiet 722 -  NSt. 4752
Tgb.Nr. B 32/98

05 01 0739

Fortsetzung der Vernehmung des Beschuldigten
Mamdoh Mahmoud Ahmed SALIM, geb. 24.03.58 Khartum/Sudan
am 24.09.1998

Der Beschuldigte wurde von der JVA München Stadelheim
zum Bayer. Landeskriminalamt gebracht.

Zur Übersetzung ist ein Dolmetscher für die arabische
Sprache bei der Vernehmung anwesend.

Beginn: 16.08 Uhr

SALIM erhält Gelgenheit, von der Nebenstelle 3757 im BLKA ein Telefongespräch in arabisch mit der Sudanesischen Botschaft in Bonn zu führen.
Bei dem Gespräch, das mit Einverständnis des Herrn SALIM auf Außenlautsprecher gestellt wurde, waren die unterzeichnenden Vernehmungsbeamten, sowie der hier bekannte Dolmetscher für die arabische Sprache anwesend. Herr Salim wird von Frau Kant von der sudanesischen Botschaft, mit dem Herrn Botschafter verbunden.

Die Sudanesische Botschaft hat von der Verhaftung erfahren, bekam jedoch keine Auskunft über den Sachverhalt. Es wurde Kontakt mit dem Außenministerium aufgenommen und der Herr Botschafter ins Außenministerium zitiert.
Außerdem wurde der deutsche Botschafter im Sudan eingeschaltet.
Es wollte jemand von der Sudanesischen Botschaft SALIM in der Haft besuchen. Es erhielt jedoch niemand Auskunft, in welchem Gefängnis SALIM einsitzt.

M.A.

...

KADI0030668

SALIM bat den Herrn Konsul, der am Telefon war, seine
Familie in Dubai anzurufen. Er gab ihm die Telefonnummer
▮▮▮▮ 1288 in Sharjah/VAE durch. Dort meldet sich nach
Auskunft SALIMS seine Frau oder sein ältester Sohn
MUADH. Er bat den Herrn Konsul seiner Familie auszurich-
ten, daß er in Deutschland sei und daß es ihm gut geht
und sie sich keine Sorgen zu machen bräuchten.
Sie sollten, jenachdem wie es ihnen geht, in den VAE
bleiben oder in den SUDAN ausreisen.
Der Herr Konsul sagte zu dies sofort zu erledigen.
Der Konsul sagte weiter, sie haben erfahren, daß die
Amerikaner SALIM beschuldigen; das war für sie nichts
neues, weil sie im Moment jeden Sudanesen verdächtigen,
gegen Amerika Anschläge vorzubereiten. Die Presse ist
informiert und und weiß genau, daß dies nicht zutrifft.
Er braucht nicht zu verzweifeln. Sie werden alles tun,
um Klarheit in diese Sache zu bringen.


Ende des Telefongesprächs: 16.16 Uhr


SALIM betete vor seiner Vernehmung von 16.21 Uhr bis
16.31 ~~17.04~~ Uhr.


Vor der Vernehmung wurde die gestrige Vernehmung
übersetzt und durch SALIM unterzeichnet.

Die Übersetzung war um 19.06 Uhr beendet.

Vernehmungspause: von 19.07 bis 19.13 Uhr

M.A.

KADI0030669

Frage:
Wer hat für sie Umbuchungen des Fluges von München nach Istanbul vorgenommen?

Antwort:
Die erst Umbuchung wurde von mir selbst bei der türkischen Fluggesellschaft in Ulm vorgenommen, zusammen mit SHOUKRY. Von dieser Umbuchung erhielt ich einen Ausdruck. Dieser Ausdruck war ursprünglich an mein Ticket geheftet. Nachdem ich später wieder umgebucht habe, habe ich diesen Ausdruck weggeworfen. Ich habe den Flug um zwei Tage verschoben.
Ursprünglich lautete das Ticktet: Abflug 13.09. nach Istanbul und am 15.09. Weiterflug nach Dubai. Das Ticket hatte drei Monate Gültigkeit. Ich sagte bei der Fluggesellschaft, daß ich gestern nicht fliegen konnte und ich bat um eine Umbuchung für den 15.09. von München nach Istanbul. Das war möglich, aber es hätte sein können, daß ich beim Abflug hätte etwas bezahlen müssen. Die Umbuchung bei der Fluggesellschaft war kostenlos.
Der Grund der Umbuchung war der, weil ich in ~~Plama~~ Palma länger brauchte als geplant.
Ich merkte dann, daß diese Zeit immer noch zu kurz war, denn der Flug wäre bereits am nächsten Tag gewesen und ich wollte noch zu BORRMANN und die Sachen mit den Druckern erledigen. Noch von Ulm aus, von SHOUKRY, rief ich BORRMANN an und bat ihn, den Flug umzubuchen auf den 17.09.98.
Ich vermute, daß diese Umbuchung die Frau von BORRMANN vorgenommen hat, weil er ~~kein~~ nicht so gut deutsch spricht.
Die dritte Buchung habe ich selbst telefonisch vorgenommen von München aus, entweder von BORRMANN oder von BEBARS. Ich buchte die Reise nach Istanbul für 20.09. Dann hätte ich am Montag nach Ankara fahren können und wäre am 22.09. nach Dubai weitergflogen.

2 ‎على
M.A.

Mir werden Gegenstände gezeigt, die bei meiner Verhaftung bei mir oder in der Wohnung des BEBARS sichergestellt wurden.

Frage:
Bitte äußern Sie sich zu den einzelnen Gegenständen, ob sie Ihnen gehören.

### Aufstellung der Gegenstände:

-1- Tüte mit

1. -1- Kugelschreiber blau linke Hemdtasche

2. -1- Zettel mit vermutlich diversen Tel.-Nr. " "

3. -1- Boarding Pass für Flug DE 7777 " "
   Das ist mein Boardingpaß von Palma nach Stuttgart.
   Der Kugelschreiber und der Zettel mit den Telefonnummern gehören mir.

-1- Tüte mit folgenden Asservaten-Nrn.

4. -1- Prospekt BAUER's Computermarkt

5. -1- Tagespreisliste ComPu Store

6. -1- Bescheid LRA Freising für BEBARS Deyaa
   Diese drei Sachen befanden sich in der Jacke, die ich bei BEBARS mitgenommen habe. Sie wurden von den Beamten, die mich durchsucht haben, aus der Jacke entnommen und in meine Hemdtasche gesteckt. Sie gehören mir nicht.

M.A.

7. -1- Geldbörse braun , Aufdruck RICHY, mit folgendem
   Inhalt:

* 3 türkische Banknoten je eine Million
(1000000) * 1 türkische Banknote fünfhunderttausend
(500000)
* 4 türkische Banknoten je einhunderttausend
* 4 Banknoten d. Vereinigten Arab. Emirate je 10 Dirham
* 2 Banknoten d.      "         "        "     je 5 Dirham
* 8 US-Banknoten je 100 Dollar
  1 Zettel vermutl. mit diversen Tel.-Nr.
  1 Visitenkarte AZIM MADENI ESYA
  1 VISA Card Dubai Islamic Bank für MAMDOH M S AHMED
  *Bank*        Nr. ███████ 1013
  1 ~~VISA~~ Card Dubai Islamic Bank für MAMDOH M. S. AHMED
                Nr. ███████ 2362
  1 Mitgliedskarte Fluggesellschaft FALCON
                Nr. 1███6-00-4 für MAMDOH M S AHMED
  1 Führerschein Vereinigte Arabische Emirate
                Nr. ██7421 für MAMDOUH MOAHMOD SALIM .A.
  1 Ausweis mit Lichtbild, Aufschrift: ISTANBUL TICARET
                ODASI für AHMED M. MAHMOUD SALIM

Die Geldbörse und der gesamte Inhalt der Geldbörse gehören mir. Der Ausweis mit Lichtbild mit der Aufschrift
ISTANBUL TICARET ist der Ausweis meiner eigenen Firma,
die ich früher in Istanbul hatte.
Die Visitenkarte AZIM MADENI ESYA ist diejenige Firma,
die für mich in der Türkei gebürgt hat, nachdem ich meine eigene Firma verkauft hatte, damit ich für die restliche Zeit, die ich noch wegen meiner Kinder in der Türkei bleiben mußte, eine Aufenthaltserlaubnis bekomme.

Vernehmungspause:           19.48 Uhr
SALIM hat Gelegenheit zum Beten
Fortsetzung der Vernehmung:  20.04 Uhr

ص ١

M.A.

8.

* -1- Reisetasche braun mit folgendem Inhalt:
* 1 Unterhemd weiss, ärmellos
* 1 Unterhemd weiss, "
* 1 Tuch (oben u. unten geöffnet)
* 1 Unterhose blau
* 1 Paar Socken schwarz
* 1 Leinenhose weiss, lang
* 1 Krawatte gemustert
* 1 Oberhemd weiss, gestreift
* 1 Kaftan, weiss
* 1 Kaftan, grau-gestreift
* 1 Herrenhose, schwarz mit Tempotüchern

Mir wurde der Inhalt dieser Reisetasche vorgelesen. Nach der Beschreibung gehören diese Sachen alle mir. Die Tasche befindet sich bereits, wie ich gehört habe, im Gefängnis bei meinen Sachen.

9.  -1- Reisekoffer schwarz mit braunem Lederbesatz,
    Größe ca. 54x34x25 cm, mit folgendem Inhalt:
Der schwarze Koffer gehört mir.

9.a)    Aussentaschen
  1 Pass Republic of the Sudan, Nr. ███8195 für
     MAMDOUH MAHMOUD SALEEM (grün)
  1 Pass Republic of the Sudan, Nr. ███6378 für
     MAMDOH MAHMOUD SALIM AHMED (rot)
     Anmerkung: einliegend ein Zettel für Ahmed Mamdoh
     ███1958, Sudanese

M.A.

...

KADI0030673

Die unterschiedliche Schreibweise in den Pässen ist phonetisch; im Arabischen sind die Namen gleich geschrieben, nur bei der Übertragung in die lateinische Schrift wurden sie, wie üblich im Arabischen phonetisch übertragen.
Der grüne Paß ist bereits abgelaufen. Der jetzt gültige Reisepaß ist der rote.
Der einliegende Zettel ist für die Ausreise.

1 Ticket türkisch Airline v. 07.September 1998
  Nr. 2956689775452/53, Dubai, Istanbul, Madrid,
  Munich, Istanbul mit vorgeheftetem Zettel
  und handschriftlicher Tel.Nr ▮▮▮▮▮0920
2 Blätter Werbeanzeigen aus Broschüre mit Stadtplan
  Ankara auf einer Seite
1 türkisches Dokument, Nr. ▮▮▮9692 und ▮▮▮0258
  Serien Nr. ▮▮▮0979 MAHMOUD SALIM AHMED

Dies ist die Aufenthaltserlaubnis für die Türkei. Der Name war zunächst falsch geschrieben. Dann habe ich mich beschwert und es wurde geändert. Hinten im Paß wurde die Bestätigung für die Änderung eingetragen.

1 Abreissblock mit diversen Tel.Nr.
1 Boarding-pass Flug TK 1162 vom 09.Sept.

Die Sachen gehören alle mir.

9.b)  Innenseite Kofferdeckel/Netzfach

1 elektronisches Wörterbuch mit Hülle
1 leeres Schlüsselmäppchen grün
1 Schlüsselanhänger mit 4 Sicherheitsschlüsseln

Hierbei handelt es sich um meine Hausschlüssel in Sharjah
1 Schlüsselanhänger mit
  4 Sicherheitsschlüsseln

M.A.

2 weiteren Schlüsseln
Der Schlüsselbund gehört meinem Sohn Ahmed
1 Marker-Filzstift
2 Fläschchen vermutlich mit Parfüm
1 Draht (ungerollt) leicht biegbar
1 Dose Zahnseide
1 türkische Telefonkarte
1 Zettel TÜRK TELEKOM v. 04/05/98, Tel.Nr. ████8301
1 Zettel TÜRK TELEKOM v. 16/06/98, Tel.Nr. ████3204
1 Sortiment Aufkleber orange, Grösse 2x5 cm
1 Impfschein Vereinigte arabische Emirate
1 Plastikkarte mit der Aufschrift "Dubai Summer
                                    Surprises 98"
1 spanische Telefonkarte
1 Dokument (für vermutlichen Aufenthalt in der UDSSR)
1 Zettel (evtl. Bordkarte) Türk. Airlines v. 09. Sept.
1 Notizbuch, Grösse 7,5x10,5 cm, mit handschriftlichen
        Aufzeichnungen
1 Ticket Fluggesellschaft Condor von Stuttgart nach
        Palma de Mallorca, v. 13. Sept. 1998
        für Mr. Ahmed
1 Bordcart Spanair v. 09. Sept., 14:45 Uhr, Palma
        Mallorca, Flug JK 688
1 Beleg der FAISAL FINANS KURUMU A.S. für
   AHMED/THIKRA MAMDODUH MAHMU
1 Zettel Dubai Islamic Bank
1 Telefonkarte der Telekom -12,--DM
1 Zettel mit Aufzeichnungen in arabischer Schrift
1 Card Dubai Islamic Bank Nr. ████4008
1 Zettel mit diversen Aufzeichnungen, 12,5x21 cm
1 Karte, Aufschrift: AL HARMOODE PALACE mit diversen
        handschriftlichen Aufzeichnungen
1 spanische Banknote eintausend (1000,-) Pesetas
1 Kuvert mit einer Auflistung der Telekom und den
        Daten: 01/07/1998 und 24/07/98
1 Blatt DIN-A4 mit einer Auflistung von Banken

*M.A.*                                          ...

KADI0030675

1 Blatt DIN-A4 in türkisch mit den Personalien
M.MAHMOUD S. AHMED 04/08/1998
1 Blatt DIN-A4 in türkisch vom 18/03/1998
1 Plastikhülle mit insgesamt 16 (12 u. 4) Passbildern
offensichtlich von SALIM
2 Passbilder einer weiblichen Person
1 Klarsichthülle mit:
 4 Karton, Grösse DIN-A4 mit arabischen Schriftzeichen; Stempel: Embassy of the Republic of the Sudan, Farbe grün
 1 Karton, Grösse DIN-A4 mit arabischen Schriftzeichen, Stempel: Embassy of the Republic of the Sudan mit Lichtbild, Farbe gelb
 1 Karton, Grösse DIN-A4 mit arabischen Schriftzei. Stempel: Sudan Embassy Ankara, Farbe rostbraun

Die Sachen gehören alle mir.
Darin befinden sich die Zeugnisse meiner Kinder, die ich in Ankara bei der Botschaft der Emirate beglaubigen lassen wollte. Diese Zeugnisse brauchen meine Kinder unbedingt, um weiter in Dubai die Schule gehen zu können. Bei den Zeugnissen handelt es sich um die 6 Karton DIN A 4 in der Klarsichthülle.


9.c) Inhalt des Koffers

1 Handy Marke Ericsson GH 388 mit Tasche und
 Ladegerät

Das Handy gehört mir. Wenn ich in dem Land, in dem ich mich aufhalte, eine SIM-Karte kaufe, dann kann ich auch in diesem Land telefonieren.

Auf Frage:
Können Sie sich noch erinnern, was sich auf den von Ihnen mitgeführten CDs und Disketten befindet? Die Disketten befinden sich alle bei der Auswertung.

M. A.

KADI0030676

1 Behälter mit sechs CD
        Aufschriften:
- Islamic Civilization Enzcyclopedia (part 1)
Hierbei handelt es sich um eine Enzyklopädie des Islam
Sie enthält Aussagen des Propheten
   Version 1.01 1997 mit arab. Schriftzeichen
       CD nine Windows, Microsoft Front Page 98
       CD WIN-NT4 Arabic (handschriftlich)
       CD-R Creative mit arab. Schriftzeichen
       Includes Microsoft Internet Explorer 40
Hierbei handelt es sich um Computer-Programme in
arabischer Sprache
1 CD in Verpackung, Aufschrift: Visioneer
       VSHWEBGZ 72 (handschriftlich)
  1 CD in Verpackung, Aufschrift: Visioner
       =FBJTCHBEPC Arab. OCR (handschriftl.)
Diese beiden CDs sind Texterkennungsprogramme, eines in
arabischer und eines in lateinischer Schrift
   1 Behälter mit 4 CD, auf Rückseite des inliegenden
       Zettels befindet sich die Aufschrift:
       Off 97 = 0701-0743365
       Aufschriften: CD-R CREATIVE - Titel vermutlich
         ein Wort mit arab. Schriftzeichen
       Internet Al-Alam Al-Arabi Magazine 1998
       32796-OEM-0016824-96849 (handschriftlich)
       CD-R, Index mit arab. Schriftzeichen
Wenn ich sie nicht sehe kann ich schlecht sagen, was
genau drauf ist. Eine Diskette ist von einer arabischen
Internet-Zeitunschrift
1 Discette, Marke Verbatim ohne Aufschrift
Auf dieser Diskette ist das Anti-Virus-Programm, das
Free-Tel-Programm und Northon-Commander
  1 Discette, Aufschrift: START UP - W95 14/4/98
  1 Discette, Aufschrift: DOS 6.22 Disk 1
  1 Discette, Aufschrift: DOS 6.22 Disk 2

*M.A.*

KADI0030677

1 Discette, Aufschrift: DOS 6.22 Disk 3
Hierbei handelt es sich um Betriebsprogramme
1 1 Broschüre in engl. und arab., Aufschrift:
Internet WORLD
1 Kuvert mit Ticket der Spanair für AHMED/MMR
über Madrid nach Palma Mallorca, 09. Sept.
Dies war mein Flug von Madrid nach Palma. Die Rechnung
von 14.990 Pts. für dieses Ticket habe ich mit Visa-Card
bezahlt. Die Quittung ist dabei.
1 Zettel Auflistung von Flügen
Auf diesem Zettel befindet sich das, was ich Ihnen
gesagt habe, daß nur donnerstags, dienstags und
sonntags, also 3 Tage in der Woche, Flüge von Istanbul
nach Dubai gehen. Das ist mein Nachweis dafür.
1 vermutl. Einkaufszettel, Aufschrift: SPANAIR
S.A. MADRID für AHMED/ S. MAMDOH M
1 Zettel, Aufschrift: Galileo 2, Monday
September 7, 1998
1 Zettel mit vermutl. Flugbedingungen
Die anderen Zettel sind Angebote meines Reisebüros über
die Flüge von Madrid nach Palma

1 Organizer der Fa. IMPEX Borrmann GmbH, der sich in der
Innentasche des Deckels des Koffers befindet, wurde mir
von BORRMANN bei meinem jetzigen Besuch geschenkt.

Ich will nicht, daß das Original der Disketten und CDs
an die Amerikaner ausgehändigt werden, da ich Angst
habe, daß diese dort verfälscht werden. Die Deutsche
Polizei soll meine Disketten und CDs behalten und den
Amerikanern nur eine Kopie geben.


Sie haben mich nicht gefragt, aber ich sage es Ihnen,
wie ich zu meinem ersten Visum für Deutschland gekommen
bin.

/M.A./

05 01 0749

KADI0030678