



Currently released so far...
251287 / 251,287

**Articles**

Brazil
Sri Lanka
United Kingdom
Sweden
Global
United States
Latin America
Egypt
Jordan
Yemen
Thailand

**Browse latest releases**

2011/08

**Browse by creation date**

| 66 | 72 | 73 | 75 | 78 | 79 | 85 | 86 |
|---|---|---|---|---|---|---|---|
| 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 |
| 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |

**Browse by origin**

| A | B | C | D | F | G | H | I |
|---|---|---|---|---|---|---|---|
| J | K | L | M | N | O | P | Q |
| R | S | T | U | V | W | Y | Z |

**Browse by tag**

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| I | J | K | L | M | N | O | P |
| Q | R | S | T | U | V | W | X |
| | | | Y | Z | | | |

**Browse by classification**

CONFIDENTIAL
CONFIDENTIAL//NOFORN
SECRET
SECRET//NOFORN
UNCLASSIFIED
UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Community resources**

Follow us on Twitter

**Viewing cable 07KHARTOUM214, TERRORIST FINANCE: POST-VETTING OF HUMAN APPEAL**

If you are new to these pages, please read an introduction on the structure of a cable as well as how to discuss them with others. See also the FAQs

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 07KHARTOUM214 | 2007-02-13 15:12 | 2011-08-30 01:44 | SECRET | Embassy Khartoum |

```
VZCZCXYZ0000
PP RUEHWEB

DE RUEHKH #0214 0441512
ZNY SSSSS ZZH
P 131512Z FEB 07
FM AMEMBASSY KHARTOUM
TO SECSTATE WASHDC PRIORITY 6106
```

```
S E C R E T KHARTOUM 000214

SIPDIS

SIPDIS

DEPT FOR EB/ESC/TFS LEANNE CANNON, EB/ESC/TFS KATHERINE
LEAHY, S/CT PATTY HILL

E.O. 12958: DECL: 02/12/2017
TAGS: EFIN PTER KTFN ETTC PREL ECON SU
SUBJECT: TERRORIST FINANCE: POST-VETTING OF HUMAN APPEAL
INTERNATIONAL (HAI)

REF: SECSTATE 015260

Classified By: P/E Chief E. Whitaker, Reason: Section 1.4 (b) and (d)

¶1. (S) ORCA reports that it has no information on Human
Appeal International's (HAI) activities in Sudan. However,
HAI, which is based in Ajman, United Arab Emirates, has
strong ties to HAMAS and has raised funds on its behalf. HAI
is also believed to have a close relationship with the
International Islamic Relief Organization (IIRO), which is
one of the major Saudi Arabian humanitarian organizations
suspected of maintaining links with al-Qaeda. IIRO remains
the most important Saudi relief agency. Usama bin Ladin used
the entire IIRO network for his terrorist activities. In the
opinion of ORCA, it is unknown what action the Sudanese
Government would take against HAI if pressed. It notes that
HAMAS maintains an office in Khartoum with Sudanese
Government approval and that the Government considers HAMAS
to be freedom fighters vice terrorists.

¶2. (C) USAID staff based in both Khartoum and Darfur have
never/never heard of HAI and its work in Darfur. This is
despite the fact that HAI's website clearly trumpets its
emergency health care, primary health care, food aid, and
agricultural support activities in Darfur. USAID and other
donor agencies are active in all areas of Darfur and are
capable of replacing whatever relief services HAI may
provide, through either international or local NGOs. No
legal boundaries or limitations prevent the host government
from assuming these charitable services; however, the
Government of Sudan is unlikely to do so in practice as the
lion's share of relief activities in Darfur are borne by the
international community.

¶3. (C) The designation of HAI as a terrorist organization
will surely be decried by certain actors in the host
government and in the press, but there will likely be no
further fallout. The assumption of HAI's relief work by USG
agencies or those of other donors will likely go unnoticed.
HUME
```

Check our Reddit
Twitter this
Digg this page
Contact us on IRC

*courage is contagious*