DR. HUSSEIN HAMID HASSAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEW YORK

03 MDL 1570 (GBD) ECF CASE

---------------------------------------------------

In re Terrorist Attacks on September 11, 2001

---------------------------------------------------

Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 1,
taken by AILSA WILLIAMS, Certified Court Reporter, held at
the offices of Jones Day LLP, London, UK, on 1 August, 2017
at 8:37 am

Job No. 127592

1                  DR. HUSSEIN HAMID HASSAN

2                  A P P E A R A N C E S:

3   For the Plaintiff:

4          COZEN O'CONNOR

5          One Liberty Place

6          1650 Market Street

7          Philadelphia, PA 19103

8          BY: SEAN CARTER, ESQ.

9

10

11

12         MOTLEY RICE

13        28 Bridgeside Boulevard

14        Mount Pleasant, SC 29464

15        BY: ROBERT HAEFELE, ESQ.

16

17

18

19

20

21

22

23

24

25

1           DR. HUSSEIN HAMID HASSAN

2      Attorneys for the Defendants:

3           JONES DAY

4           51 Louisiana Avenue N.W.

5           Washington D.C. 20001

6           BY: STEVEN COTTREAU, ESQ. and RAYMOND JACKSON, ESQ.

7

8

9

10

11

12      ALSO PRESENT:

13      JUAN MORILLO :  QUINN EMANUEL

14      COURT REPORTER:  AILSA WILLIAMS

15      VIDEOGRAPHER:  MANU ROSSI

16

17

18

19

20

21

22

23

24

25

1    DR. HUSSEIN HAMID HASSAN
2    I N D E X
3    DR. HUSSEIN HAMID HASSAN
4    EXAMINATION BY MR. CARTER:  Pg. 7
5    EXAMINATION BY MR. COTTREAU:  Pg. 122
6    EXAMINATION BY MR. CARTER:  Pg. 123
7
8    INDEX OF EXHIBITS
9

Exhibit 1 Notice of Deposition  ... ... ... ... ... ..9
10
Exhibit 2 Web pages, .. ... ... ... ... ... ... ... .18
11          www.hussein-hamid.com
12   Exhibit 3 Document in Arabic, . ... ... ... ... ... .20
            FED-PEC0233087-90
13
Exhibit 4 Document Re: Muslim . ... ... ... ... ... .20
14          World League Conference
15   Exhibit 5 Document titled "Dubai .. ... ... ... ... .55
            Islamic Bank"
16
Exhibit 6 Document in Arabic .. ... ... ... ... ... .72
17          DIB_002457-2699
18   Exhibit 7 Document in Arabic, . ... ... ... ... ... .76
            DIB_002629-2638
19
Exhibit 8 "Sharia Oversight ... ... ... ... ... ... .76
20          Section" and Translator's
            Certificate
21
Exhibit 9 Document in Arabic, . ... ... ... ... ... .88
22          DIB-002415-18
23   Exhibit 10 Document Re: Fatwa and . ... ... ... ... .88
            Shariah Oversight Board and
24          Translator's Certificate
25   Exhibit 11 New York Times Article . ... ... ... ... .96

1            DR. HUSSEIN HAMID HASSAN

2      Exhibit 12 LexisNexis Document  ... ... ... ... ... .96

3      Exhibit 13 PEC-DIB000803-12 ... ... ... ... ... ... .96

4      Exhibit 14 LA Times Article ... ... ... ... ... ... 106

5      Exhibit 15 "Defense of the Muslim . ... ... ... ... 111

              Lands"

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          DR. HUSSEIN HAMID HASSAN

2          THE VIDEOGRAPHER:  This is the start of

3   tape number one of the videotaped deposition of

4   Dr. Hussein Hamid Hassan, in the matter regarding

5   terrorist attacks on September 11, 2001, in the

6   United States District Court, Southern District of

7   New York, case number 03 MDL0-1570 (GBD)(SN).

8          This deposition is being held at Jones

9   Day, London, on August 1, 2017, at 8:37 am.

10          My name is Emanuelle Rossi from TSG

11   Reporting.  I am the legal video specialist.  The

12   court reporter is Ailsa Williams, in association

13   with TSG Reporting.

14          Will counsel please introduce

15   yourselves.

16          MR. CARTER:  Sean Carter from

17   Cozen O'Connor, on behalf of the plaintiffs.

18          MR. HAEFELE:  Robert Haefele from Motley

19   Rice, on behalf of the plaintiffs.

20          MR. COTTREAU:  Stephen T. Cottreau from

21   Jones Day, on behalf of Dubai Islamic Bank.  With

22   me today is Ray Jackson and my colleague, Juan

23   Morillo, from Quinn Emanuel.

24          We have agreed with the other side in

25   this case to the following stipulation and have

1          DR. HUSSEIN HAMID HASSAN

2     agreed to put it on the record as well as in our

3     writings previously.  That stipulation is as

4     follows:

5               Pursuant to Federal Rule of Civil

6     procedure 29A, both sides hereby stipulate that

7     ((1)) the depositions as noticed of Hussein Hamid

8     Hassan in London, UK, on August 1 through 3, 2017,

9     hereinafter "depositions", shall be taken before

10    Ailsa Williams of TSG Reporting, (2), Ailsa

11    Williams may administer any necessary oath and

12    take testimony at the depositions, and (3), the

13    depositions may be used for all purposes

14    consistent with the Federal Rules of Civil

15    Procedure and any existing or forthcoming

16    applicable orders of the court.

17              That is the end of the stipulation, and

18    I take it you agree, Mr. Carter?

19              MR. CARTER:  I do.

20              THE VIDEOGRAPHER:  Will the court

21    reporter please swear in the witness.

22                      DR. HASSAN

23              Having been duly sworn,

24              Testified as follows:

25          DIRECT EXAMINATION BY MR. CARTER:

1    DR. HUSSEIN HAMID HASSAN

2         MR. COTTREAU:  Mr. Carter, if you could,

3    as you have just seen, Dr.  Hassan has difficulty

4    hearing in his advanced age.  He has had a medical

5    procedure to help improve his hearing, but it

6    would be very helpful if you spoke very loudly

7    today.  We won't take any insult at it, as long as

8    it is with your normal smile.

9         MR. CARTER:  I will try my best.

10        A.  Thank you.

11        Q.  Good morning, Dr. Hassan.

12        A.  Good morning.

13        Q.  My name is Sean Carter.  I am with

14   the law firm of Cozen O'Connor.  As you heard

15   a moment ago, we are here today in London to take

16   your deposition, in connection with a legal

17   proceeding that is pending in the United States

18   District Court for the Southern District of New

19   York.

20        As you also heard a moment ago, we will be

21   conducting this deposition in accordance with the Federal

22   Rules of Civil Procedure.  Those are the procedural rules

23   that govern legal proceedings in Federal Courts in the

24   United States.  Under those procedures, you are required to

25   tell the truth in your testimony, and can be subject to

DR. HUSSEIN HAMID HASSAN

1  penalties for perjury if you do not do so.  Do you

2  understand that?

3  A.  Yes.

4  Q.  In connection with our deposition

5  today, the court reporter, to your left and my

6  right, will be taking down both my questions and

7  your answers to those questions.  To make her job

8  a bit easier, it is important for you to wait

9  until I finish asking my question before you begin

10 to answer, and for me to extend the same courtesy

11 to you and to be sure to wait until you finish

12 your answer before I begin asking the next

13 question.  Do you understand that?

14 A.  Yes.  Okay.

15 Q.  Just for the record, I would like to

16 mark as the first exhibit in the deposition the

17 notice of deposition that we served on your

18 counsel to schedule your testimony here today.

19        (Exhibit Exhibit 1 marked for identification)

20 MR. CARTER:  We have marked as Exhibit 1

21 the notice of discovery deposition.  I am going to

22 show it to your counsel.

23 MR. COTTREAU:  Do you have copies?

24 MR. CARTER:  I have copies of everything

DR. HUSSEIN HAMID HASSAN

1    else.  That is the one thing we only have one copy

2    of.

3            MR. COTTREAU:  That is fine.

4            MR. CARTER:  Dr. Hassan, you have now

5    had a chance to read the notice of deposition.  It

6    simply provides that we will be taking your

7    testimony here today in connection with the

8    proceeding I mentioned before.  Do you have any

9    questions about the notice of deposition?

10           A.  No.

11           Q.  For the record, can you simply state

12   your full name?

13           A.  Hussein Hamid Syeed Hassan.

14           Q.  Dr. Hassan, before we began our

15   questioning today your counsel read a stipulation

16   into the record.  Do you agree to that stipulation

17   as well?

18           A.  Again?

19           Q.  Before we began speaking with one

20   another today, your counsel read a stipulation

21   into the record, pursuant to which we agreed that

22   your testimony today would be conducted pursuant

23   to the Federal Rules of Civil Procedure here in

24   London.  Do you agree with that?

1          DR. HUSSEIN HAMID HASSAN

2          A.  I did not understand this question.

3    Please again?

4          Q.  Because we are here in London --

5          A.  Yes.

6          Q.  -- taking your testimony for a legal

7    proceeding that is headquartered in New York, we

8    have agreed that we would proceed as though we

9    were sitting in New York and taking the testimony

10   there.  Do you agree to that stipulation?

11         A.  Yes, indeed.

12         Q.  Dr. Hassan, what is your date of

13   birth?

14         A.  Again?

15         Q.  When were you born?

16         A.  ████████  1932.

17         Q.  Where were you born?

18         A.  In Egypt.

19         Q.  Are you currently an Egyptian

20   citizen?

21         A.  Yes.

22         Q.  Have you always been an Egyptian

23   citizen?

24         A.  Yes.

25         Q.  Have you ever held citizenship with

1        DR. HUSSEIN HAMID HASSAN

2    any other country?

3              A.  No.

4              Q.  Where do you currently reside?

5              A.  Cairo, Egypt.

6              Q.  Have you lived in Egypt your entire

7    life?

8              A.  Again?

9              Q.  Have you lived in Egypt for your

10   entire life?

11             A.  Yes, but I travel from time to time.

12             Q.  Have you ever lived for any extended

13   period of time outside of Egypt?

14             A.  Again?

15             Q.  Have you ever lived for an extended

16   period of time outside of Egypt?

17             A.  Yes.

18             Q.  Do you recall where else you have

19   lived outside of Egypt and when you lived there?

20             A.  I lived in the United States,

21   I lived in Saudi Arabia, I lived in Pakistan,

22   I lived in UAE, this is what I remember, for

23   considerable periods.

24             Q.  Do you recall when you lived in the

25   United States?

1       DR. HUSSEIN HAMID HASSAN

2           A.  Yes, from 1963 until 1965.

3           Q.  And what were you doing in the

4   United States during that period?

5           A.  I studied in the International

6   Institute of Comparative Law, New York University.

7           Q.  You mentioned that you also resided

8   for some period of time in Saudi Arabia.  When was

9   that?

10          A.  From 1973 until 19 -- almost eight

11  or nine.  I don't remember exactly --

12          Q.  What caused you to move to Saudi

13  Arabia during that period?

14          A.  I was the Chairman of the

15  postgraduate studies of King Abdullah Aziz

16  University.

17          Q.  Where is King Abdullah Aziz located?

18          A.  In Jeddah, but it has a branch in

19  Mecca, and I was in Mecca.

20          Q.  You mentioned that you also resided

21  in Pakistan.  When was that?

22          A.  It was starting from 1979, I don't

23  remember the month, for almost 12 or 13 years.

24          Q.  What brought you to Pakistan during

25  that time.

                        DR. HUSSEIN HAMID HASSAN

1

2          A.   I was asked to establish the

3   International Islamic University, where I was the

4   Vice Chancellor of that University, and the

5   President of Pakistan was the Chancellor.

6          Q.   Where was that university located in

7   Pakistan?

8          A.   In Islamabad.

9          Q.   What precipitated the creation of

10  that University?

11         A.   Again?

12         Q.   What led to the formation of that

13  University?

14         A.   It is some agreement between

15  Pakistan and Egypt and some other countries,

16  because the Board of Trustees of this University

17  was constituted from dignitaries from different

18  Muslim countries.

19         Q.   You mentioned as well that you had

20  lived in the United Arab Emirates for some time

21  period.  When was that?

22         A.   It was starting from 1998, but it

23  was not permanently, from time to time.

24         Q.   For what duration of years did you

25  live in the United Arab Emirates, from time to

                    DR. HUSSEIN HAMID HASSAN

1
2   time?
3           A.  I may recall from 1998 until almost
4   2013 maybe, maybe 2014, I am not exactly sure, but
5   it was not permanent.  I used to go to do my work
6   and then to go back to Egypt.
7           Q.  Dr. Hassan, have you ever been
8   arrested for any reason?  Have you ever been
9   arrested?
10          A.  No.
11          Q.  Have you ever had your travel
12  movements restricted by any Government?
13          A.  Again, the question?
14          Q.  Have you ever had your passport
15  seized or your travel movements restricted by any
16  Government?
17          A.  No.  My passport -- my passport
18  seized means my passport to be taken?
19          Q.  Has your passport ever been taken or
20  has any country ever barred you from leaving or
21  entering?
22          A.  Now I am not staying in UAE, but
23  because I am not given residential visa.
24          Q.  Are you not permitted to visit the
25  UAE currently?

Page 16

1          DR. HUSSEIN HAMID HASSAN

2          A.  I have not applied for residential

3     visa.

4          Q.  Is there a reason you have not

5     applied?

6          A.  My age now, we decided to have our

7     meetings through video conference.

8          Q.  When was that decision made?

9          A.  Excuse me?

10         Q.  When was the decision to have these

11    meetings by video conference made?

12         A.  I am not sure, but I think 4 or

13    5 years back, all our meetings of Shariah Board we

14    are having through video conference.

15         Q.  Can you just very generally

16    summarize for me your educational background,

17    beginning at the university level, and any degrees

18    that you have received as a result of your

19    studies?

20         A.  Yes.  I studied in three

21    universities.  First Al-Azhar Islamic University,

22    where I graduated from Islamic law faculty and got

23    my PhD in Islamic law.  Simultaneously, I studied

24    in Cairo University where I got my license in

25    civil law and economics and two diplomas, one in

1          DR. HUSSEIN HAMID HASSAN

2     private law and one in shariah, and I studied in

3     New York University, the International Institute

4     of Comparative Law.

5               Q.  You mentioned a moment ago that you

6     had received a degree in shariah.  For anyone who

7     may not understand what that term means, what is

8     shariah?

9               A.  Islamic law.

10              Q.  When did you graduate from Al Azhar

11    Islamic University?

12              A.  1970 -- 1960.  1960.

13              Q.  When did you receive your degrees

14    from Cairo University.

15              A.  1959.  That was the first degree.

16              Q.  You testified earlier that you came

17    to the United States in 1963 to attend New York

18    University.  Is that correct?

19              A.  Yes.

20              Q.  What did you do between 1960 and

21    1963?

22              A.  Again?

23              Q.  Between when you graduated from

24    Al-Azhar Islamic University, in 1960, and when you

25    began your studies at New York University, in

Page 18

1                         DR. HUSSEIN HAMID HASSAN

2    1963, what were you doing.

3          A.  First I was appointed as Deputy

4    Attorney for the Government of Egypt, in civil

5    cases, from 1959 almost to 1961.  After that,

6    I moved as a teacher in Cairo University, in the

7    department of shariah law.

8          Q.  Dr. Hassan, can you tell me again,

9    just speaking generally, in what fields you have

10   concentrated your professional efforts, over the

11   last 50 or 60 years?

12         A.  Two fields mainly.  Comparative law.

13   Because I studied civil law system in Cairo

14   University, and Islamic law I studied in Al Azhar

15   Islamic University, and common law I studied in

16   NYU, my aim was to study the legal systems, the

17   most important legal systems of the world; common

18   law, Islamic law, so-called Roman or Latin law.

19   This is number one.  Number two is economics and

20   Islamic financing and Islamic banking.

21         Q.  Can we mark this as Exhibit 2.

22      (Exhibit Exhibit 2 marked for identification.)

23        Dr. Hassan, in connection with our preparations to

24   meet you here today, we came across a website at the

25   location www.hussein-hamid.com.  Are you familiar with that

1                  DR. HUSSEIN HAMID HASSAN

2       website?

3                  A.  Yes.

4                  Q.  Are you affiliated with that

5       website?

6                  A.  Sorry, I asked my son-in-law to open

7       it and operate it, but I am not connected directly

8       to this website, as I am not operating on a daily

9       basis.

10                 Q.  Do you approve the content of the

11      website?

12                 A.  I don't exactly know what is written

13      on my website, because I am not following, but

14      I guess that what is written, if it is my articles

15      or my books, of course I approve it.

16                 Q.  Do you provide content to your

17      son-in-law to post on that website?

18                 A.  Some of them I provide, some of them

19      he collects himself from some articles, some

20      conferences himself.

21                 Q.  I am going to show you a document we

22      have marked as Exhibit 2.  It is a print out of

23      what I believe to be a c.v posted on the

24      hussein-hamid.com website.  I will ask you to take

25      a look at that document and let me know if it is

1          DR. HUSSEIN HAMID HASSAN

2    an accurate curriculum vitae for you.

3          A.  This is okay, except the last

4    paragraph, concerning some dates, this is

5    a summary of this, this summary in the last

6    paragraph, some may be mistakes in dates.

7          Q.  Aside from the errors in the dates,

8    in the last paragraph, it is otherwise accurate?

9          A.  Yes, accurate.

10         Q.  Is it complete?

11         A.  Not complete, because after that

12   I have some other assignments.

13         Q.  Do you have a current curriculum

14   vitae?

15         A.  Excuse me?

16         Q.  Do you have a current curriculum

17   vitae that is up-to-date?

18         A.  No, I don't have it.

19         (Exhibit Exhibit 3 marked for identification).

20         (Exhibit Exhibit 4 marked for identification).

21         Q.  Dr. Hassan, again, in connection

22   with our preparations to come and see you today,

23   we found an additional document on a website

24   called islamconference.ca, which appears to be

25   a curriculum vitae also associated with you.  I am

                    DR. HUSSEIN HAMID HASSAN
 1
 2   going to show you both the Arabic printout of that
 3   document as well as an English translation.
 4           A.  The content is correct, although it
 5   has not been prepared by myself, but the content
 6   is almost in general correct.  I have these
 7   assignments.  I have written these articles.
 8           Q.  Is the curriculum vitae that I just
 9   gave to you comprehensive and complete?
10           A.  No.
11           Q.  With regard to the articles listed
12   in the curriculum vitae, are all of the articles
13   you have authored presented in that document?
14           A.  Again, please?
15           Q.  Does that document list all of the
16   articles you have authored?
17           A.  The contents, the articles is
18   correct.  These are my articles.
19           Q.  Is it all of your articles?
20           A.  Yes.
21           Q.  You have not written any articles
22   other than those?
23           A.  No.
24           MR. COTTREAU:  Mr. Carter, I don't think
25   the witness understood.

1           DR. HUSSEIN HAMID HASSAN

2           MR. CARTER:  Okay.  Within that document

3      there is a heading "Publications and Research".

4      Do you see that?  It will be on the second page at

5      the bottom.

6           A.  This one or that?

7           Q.  The English?

8           A.  The English.  This second page?

9           Q.  I am sorry.  May I?  Here at the

10      bottom of the second page do you see the heading

11      "Publications and Research"?

12           A.  Yes.

13           Q.  And beneath that it lists a number

14      of articles, correct?

15           A.  Yes.

16           Q.  And did you author all of those

17      articles?

18           A.  Yes, these are my articles.

19           Q.  Does that list include every

20      article, book or paper you have ever written in

21      your very lengthy career?

22           A.  No, it does not include.  I have

23      many after that.

24           Q.  Do you have a sense of how many

25      articles, books and papers you have written in

1              DR. HUSSEIN HAMID HASSAN

2     your career?

3              A.  No.

4              Q.  Do you have a complete list of every

5     article, paper or book you have ever written?

6              A.  I don't have it now in writing.

7              Q.  Did you at one time?

8              A.  No.

9              Q.  I would like to walk through the

10    document that is marked as Exhibit 4, and just ask

11    you questions about a few of the items listed.

12              A.  This one?

13              Q.  That is the one.  There is

14    a reference on the first page to your service as

15    the Chair of graduate studies in the college of

16    shariah at King Abdullah Aziz University in Saudi

17    Arabia.  We have already discussed that very

18    briefly.  Can you tell me what your duties were in

19    that capacity?

20              A.  Department of shariah.  Which one?

21              Q.  For the King Abdullah Aziz

22    University in Saudi Arabia?

23              A.  King Abdullah Aziz University of

24    Saudi Arabia, I served in two capacities.  One,

25    the Chairman, or the President of the postgraduate

1          DR. HUSSEIN HAMID HASSAN

2    studies for masters degree and PhD.  The second

3    capacity, I was the President of the Promotion

4    Committee for the staff of King Abdullah Aziz

5    University.

6          Q.  Did you teach at the university?

7          A.  Yes, I teach -- I taught.

8          Q.  Do you recall what subjects you

9    taught at that university?

10          A.  Yes.  I used to teach Islamic law

11    and jurisprudence.

12          Q.  During the time that you served at

13    the King Abdullah Aziz University, do you happen

14    to recall whether there was a student there named

15    Osama Bin Laden?

16          A.  No.

17          Q.  Do you happen to remember whether

18    there was a faculty member there named Abdullah

19    Azzam?

20          A.  No?

21          Q.  Do you know who Osama Bin Laden is?

22          A.  Yes, I know now.

23          Q.  Have you ever met or spoken with him

24    personally?

25          A.  No.

1      DR. HUSSEIN HAMID HASSAN

2          Q.  Do you know who Abdullah Azzam is?

3          A.  Yes, I know.

4          Q.  Have you ever met or spoken with

5  Abdullah Azzam?

6          A.  Yes.

7          Q.  When did you first meet Abdullah

8  Azzam?

9          A.  When he was seconded by King

10 Abdullah Aziz University.  So the National Islamic

11 University, when I was the President of that

12 university, this International Islamic University

13 used to not recruit its own teachers, but its own

14 teachers are seconded, deputed by foreign

15 universities as assistants to Pakistan, and among

16 them was deputed or seconded by King Abdullah Aziz

17 University to teach in the International Islamic

18 University, then I get to know him as a teacher

19 seconded to my university, and he was teaching in

20 this university for some time.

21         Q.  Do you recall when he was seconded

22 to the Islamic International University in

23 Islamabad?

24         A.  I am not sure, but most probably,

25 most probably after 82/83 almost.  82, 83.

Page 26

1           DR. HUSSEIN HAMID HASSAN

2  Because that university started in 79, but full

3  fledged university, 80.  At that time maybe we

4  started receiving teachers from different

5  countries seconded by their own universities, and

6  I think maybe after 2 or 3 years Abdullah Azzam

7  was seconded to the International Islamic

8  University.

9           Q.  Do you know what led to him being

10  seconded to the International Islamic University

11  in Islamabad?

12          A.  I don't know why he was selected,

13  but all universities in the Muslim world were

14  asked to second teachers.  But we have nothing --

15  I have nothing to do with the selection, choosing

16  teachers.

17          Q.  Do you know where the funding for

18  the establishment of the International Islamic

19  University in Islamabad came from?

20          A.  Again, excuse me, the question?

21          Q.  Do you know where the funding to

22  establish the International Islamic University in

23  Islamabad came from?

24          A.  From Pakistan, number one, and for

25  the other foreign countries, they fund this

1        DR. HUSSEIN HAMID HASSAN
2   university in kind.  It means to second teachers
3   or to come and to construct one building, or one
4   faculty.  It means that assistance was not in
5   cash, in money, but we asked any country to come
6   to build a building for faculty of law, for
7   example, residential for girls and to second
8   teachers from their university, paid by their
9   parent universities.  The cash funding was from
10  Pakistan.
11        Q.  While Abdullah Azzam was teaching at
12  the International Islamic University in Islamabad,
13  do you know who was paying his salary?
14        A.  King Abdullah Aziz University.
15        Q.  Do you recall for how many years he
16  was a faculty member at the International Islamic
17  University in Islamabad?
18        A.  Exactly -- it is a long time,
19  I didn't remember, but I can guess, maybe 4 or
20  5 years, something like that.
21        Q.  Do you know why he left?
22        A.  He was killed.
23        Q.  He was killed?
24        A.  Yes, he was killed.
25        Q.  How was he killed?

Page 28

DR. HUSSEIN HAMID HASSAN

1

2      A.   He was bombed.

3      Q.   And where did that happen?

4      A.   I am not sure about the date.

5      Q.   Is your recollection that he was

6   continuously employed by the International Islamic

7   University in Islamabad, from the time he joined

8   until he was killed?

9      A.   Yes.

10      Q.   We may return to some of the issues

11   relating to Abdullah Azzam later, but I would like

12   to move on and try and work through some of the

13   other issues here.

14      A.   Okay.

15      Q.   Under a category titled "Advising",

16   there is a reference to you having served as an

17   adviser to the President of the Republic of

18   Kazakhstan and the President of the Republic of

19   Pakistan.  On what issues did you advise the

20   President of the Republic of Kazakhstan?

21      A.   The President of Kazakhstan

22   requested the President of Egypt to second someone

23   who is qualified to prepare to help with preparing

24   the constitution for the new state, after the

25   collapse of former Soviet Union, and all Central

1          DR. HUSSEIN HAMID HASSAN

2    Asia Republics became independent.  Then he asked

3    the Egyptian President: "We need someone to build

4    our state, new state."  Then the President of

5    Egypt seconded me as adviser to the President of

6    Kazakhstan.  I helped in preparing the

7    constitution of Kazakhstan, privatization of the

8    economy, to make it market economy, and the basic

9    laws, because I tried to convert the social system

10   into the -- how you say -- the market system.

11   I have done my best.  I helped in preparation of

12   the constitution.  It was approved, and this was

13   my advising the President of Kazakhstan on legal

14   issues also, economic issues also.  This was my

15   role.

16          Q.  During what years did you serve in

17   that role?

18          A.  Again?

19          Q.  During what years did you serve as

20   an adviser to the President of Kazakhstan?

21          A.  I recall I started at 91, after the

22   collapse of the former Soviet Union, and

23   Kazakhstan to be independent.  Almost 91, almost.

24   I am not sure about the date exactly, but it was

25   like that.  Maybe 91, maybe 92, but it was like

1          DR. HUSSEIN HAMID HASSAN

2    that, around this time.

3          Q.  With regard to your role as an

4    adviser to the President of the Republic of

5    Pakistan, what type of advice were you providing?

6          A.  Being the Vice Chancellor of the

7    International Islamic University, and then I was

8    renamed as President of that University, after

9    some time, maybe 10 or 15 years, I left my

10   position to someone else, and I was adviser on the

11   Islamic University education, on the Islamic

12   University education.  After I left my position as

13   President, then I became adviser on the Islamic

14   university affairs.

15         Q.  Have you served as an adviser to any

16   other Government or Government official?

17         A.  Yes.  I served as adviser to the

18   Prime Minister of Kurdistan, Central Asian

19   Republic, neighboring country to Kazakhstan,

20   economical adviser.

21         Q.  Have you served as an adviser to any

22   other governments or Government officials?

23         A.  No.

24         Q.  There is a reference in the section

25   as well that you served as an adviser to the

Page 31

1          DR. HUSSEIN HAMID HASSAN

2     Secretary General of the Muslim World League.

3     What is the Muslim World League?

4          A.  This is an organization established

5     by OIC, organization of Muslim countries, and

6     situated in Mecca, in Saudi Arabia.  It has

7     a Secretary General, and I was adviser to the

8     Secretary General of that organization.

9          Q.  What is the purpose of the Muslim

10    World League?  What is the Muslim World League's

11    purpose?

12          A.  Purpose was to coordinate and help

13    Muslims how to cooperate, and from time to time

14    they used to hold conferences and to help the

15    minorities, Muslim minorities and help in digging

16    wells to cultivate the land.  I mean help for the

17    minorities almost in Africa, almost.

18          Q.  Is one of the goals in the Muslim

19    world to spread the Islamic faith?

20          A.  No, no.

21          Q.  Are you familiar with an Arabic term

22    Dawah?

23          A.  Yes, I am familiar.

24          Q.  What is Dawah?

25          A.  Dawah means to invite people to

1          DR. HUSSEIN HAMID HASSAN

2   Islam and to educate Muslims to commit to Islam,

3   both, this is Dawah.

4          Q.  Is the Muslim World League in your

5   view a Dawah organization?

6          A.  No, it is not.

7          Q.  Why do you say no?

8          A.  Because I know the nature.  It is

9   short, it is a system, and there is not

10  a Dawah organization.

11          Q.  Does it engage in activities

12  designed to educate people about Islam?

13          A.  It can help educating.  But it has

14  no -- for example, Al-Azra, in Egypt, it is a

15  Dawah organization.  They send people to

16  countries, to Africa, to teach Muslims.  But

17  rather than Islamic -- this organization, it is

18  not sending anybody to any country to invite

19  people to Islam or to teach them Islam.  They

20  don't have this system at all.

21          Q.  As you understand it, the Muslim

22  World League does not send people out to other

23  countries to teach Islam or to serve as preachers

24  in mosques?

25          A.  This is what I understand.

1               DR. HUSSEIN HAMID HASSAN

2        Q.  Are you familiar with an entity

3  called the International Islamic Relief

4  Organization?

5        A.  Yes, I heard about it, but I am not

6  familiar with that.

7        Q.  You have never done any work with

8  the International Islamic Relief Organization?

9        A.  Never.

10        Q.  Do you know whether it has any

11  affiliation with the Muslim World League?

12        A.  No.

13        Q.  Do you know whether the

14  International Islamic Relief Organization is

15  a Dawah organization?

16        A.  I don't know, but I believe they are

17  not.

18        Q.  When did you serve as an adviser to

19  the Secretary General of the Muslim World League?

20        A.  It is difficult for me to recall,

21  but I can say in the period between 1985 and 1989.

22  I am not sure about it.  My memory for dates is

23  very weak, for dates.  I am not sure.  But I can

24  say in the days where Dr. Abdullah Omar Nassif was

25  the Secretary General, I worked with him as his

1          DR. HUSSEIN HAMID HASSAN

2    adviser.

3          Q.   Towards the bottom of the same page,

4    it identifies you as a member of the Islamic Fiqh

5    Academy of the Muslim World League.  Do you see

6    that as well?

7          A.   Fiqh Academy?

8          MR. CARTER:  Dr, Hassan, it is page 2.

9    The second page.

10         A.   Second page?

11         Q.   Second page, very near to the

12   bottom.

13         A.   Fiqh Academy, yes.

14         Q.   And is that an association with the

15   Muslim World League in addition to your service as

16   Dr. Nassif's adviser?

17         A.   This is different organization.

18   This Islamic Fiqh Academy, this is a different

19   organization, concerning with research about

20   Islamic law research, and I am a consultant until

21   now.

22         Q.   Beginning when?

23         A.   I don't remember.  A long time back.

24         Q.   Do you know whether the Fiqh Academy

25   has any relationship to the Muslim World League?

DR. HUSSEIN HAMID HASSAN

1

2       A.  No, I don't know.  I don't know.

3   I don't know.

4       Q.  In connection with your association

5   with the Muslim World League, have you ever

6   attended any conferences held by the Muslim World

7   League?

8       A.  Yes, I have attended.

9       Q.  About how many?

10      A.  About maybe three or four

11  conferences.

12      Q.  When was the most recent conference

13  of the Muslim World League that you attended?

14      A.  Again?

15      Q.  When was the last time you attended

16  a Muslim World League conference?

17      A.  3 or 4 years back.

18      Q.  When was the first time you attended

19  such a conference?

20      A.  A long time back, a long time.

21  I attended maybe -- maybe 15 years back,

22  I attended.  While I was adviser to the Secretary

23  General, I was attending conferences held at that

24  period.

25      Q.  Generally speaking, what would

Page 36

1           DR. HUSSEIN HAMID HASSAN

2     happen at a Muslim World League conference?

3           A.  As a matter of fact, this

4     organization is calling for brotherhood and peace

5     between Muslims and non-Muslims.  You can see in

6     the chart, the smell and the soul of their

7     conferences and the papers -- I wrote one paper

8     even for one of these conferences, it is only

9     calling for peace, and because we held one

10    conference in Spain, for example, some other

11    conference in some other places, they are to bring

12    Muslims with non-Muslims together in peace to make

13    the brotherhood between Muslims and non-Muslims.

14    This is their role since they were established,

15    established by the Muslim countries and to call

16    for peace and the brotherhood between Muslims and

17    non-Muslims.  This is most of their work and

18    research and conferences.

19          Q.  Putting aside the subject matter for

20    a moment, I would like to explore a bit more about

21    the mechanics of the conference.  Would people, as

22    you understand it, typically submit papers for the

23    conferences?

24          A.  Yes.

25          Q.  And as a conference attendee, would

1        DR. HUSSEIN HAMID HASSAN

2    you receive those papers?

3             A.  We received, yes.

4             Q.  And would people give speeches at

5    the conference?

6             A.  Every invitee would be allowed to

7    present his paper and also he may participate in

8    discussing the papers of the others.  This is the

9    mechanics.

10             Q.  Were any of the conferences you

11   attended videotaped?

12             A.  I don't know, but I suppose that --

13   videotaped by whom?   I think yes, because it was

14   published after that in a book shape.  I mean they

15   collected either by typing or recording, but

16   I don't know.

17             Q.  Are you saying that there was

18   a transcript of the conference published after the

19   conference concluded?

20             A.  Yes.

21             Q.  In connection with your involvement

22   with involvement with the Muslim World League,

23   have you attended conferences at which any Saudi

24   officials were present?

25             A.  Again?

Page 38

1          DR. HUSSEIN HAMID HASSAN

2          Q.  Were any Saudi officials present at

3     any of the Muslim World League conferences you

4     attended?

5          A.  Excuse me, I did not get it?

6          Q.  Were any Saudi Government officials

7     present at any of the Muslim World League

8     conferences you attended?

9          A.  I don't know.  I don't know.

10         Q.  In your role as an adviser to the

11    Secretary General of the Muslim World League, did

12    you have any interactions with any Saudi

13    officials?

14         A.  Any?

15         Q.  Any Saudi Government officials?

16         A.  No.

17         Q.  With regard to the Islamic Fiqh

18    Academy, does that organization include any Saudi

19    Government officials?

20         A.  All members are scholars, chosen,

21    selected by the Muslim states.  That is official

22    organization.  It means scholars solving the

23    problems facing the Muslim countries.  It is legal

24    issues.  It is almost issues to be solved

25    according to Islamic law, and the members are

1          DR. HUSSEIN HAMID HASSAN

2    selected by their own Muslim countries.  It is

3    established by organization of Muslim states.  It

4    is -- I mean a formal one.  I am consultant.  That

5    is all.

6          Q.  But do you happen to know whether

7    any members of the Islamic Fiqh Academy also serve

8    as officials of the Government of Saudi Arabia, or

9    perhaps members of its Ministry of Islamic

10   Affairs?

11          A.  What I know, the members of this

12   academy are chosen, selected by their Muslim

13   states, yes.

14          Q.  Do you happen to know the names of

15   any of the scholars who were selected by Saudi

16   Arabia who currently serve on the academy?

17          A.  No, I don't know.

18          Q.  Moving down just a bit, on this same

19   document, Exhibit 4, if I recall correctly, there

20   is a section entitled "Islamic Banking".  Do you

21   see that?  Sorry, it is on page 2, Dr. Hassan.  It

22   is the one in your right-hand, I believe.

23          A.  "Islamic Banking", yes.

24          Q.  Can you tell me what Islamic banking

25   is?

1          DR. HUSSEIN HAMID HASSAN

2          A.  Islamic banking is like the

3    commercial banking, receiving deposits, using

4    deposits, financing their clients, but the basis

5    is different.  Commercial banks or conventional

6    banks, we used to say, received deposits and

7    compensate depositors with interest, fixed

8    interest, and they lend these deposits to their

9    customers with interest.  This is the commercial

10   or conventional banking.  Islamic banking is based

11   on participation.  Depositors deposit their money

12   with the bank, with the shareholders.  In a common

13   pool, they take these deposits with the

14   shareholders' equity, invest it in shariah

15   compliant transactions, and they distribute the

16   profit as agreed and share the risk.  That is we

17   used to say the Islamic banking is risk sharing

18   and the conventional banking is risk shifting.

19   Commercial banks, when they give loan for anyone

20   to finance its project, the client is to bear the

21   risk of his project.  He should repay the loan

22   with the interest in any case.  Bank only get

23   interest.  But Islamic bank, if financing

24   a project, bear the risk, means the bank may lose

25   the capital.  The difference then no riba, no

1       DR. HUSSEIN HAMID HASSAN

2  interest.  Islamic banks, they are not taking

3  riba, the interest, they are not given interest

4  but based on participation in profit and in risk,

5  means in loss.  But other than this, the same

6  procedures, the same functions all of them,

7  Islamic banks, commercial banks, receiving savings

8  or opening accounts, check account, investment

9  account, savings accounts, and utilizing the risk

10  with their own customers.  That is why only the

11  Islamic banks, based on participation in profit

12  and risk, and the commercial banks on the base of

13  interest.

14       Q.  Why do Islamic banks avoid

15  functioning based on an interest system?

16       A.  Because it is revealed in the Quran,

17  the book of Muslims and from the Sunna of the

18  Prophet.  The Sunna of the Prophet, he says that

19  to take in, to deal with interest, to take

20  interest or to pay interest is prohibited.  This

21  Muslims believe in that.  That is why they tried

22  to start a system of banking to collect savings

23  and to direct it to investment and development,

24  but on the base of sharing risk and sharing

25  profit.

1                    DR. HUSSEIN HAMID HASSAN

2           If someone, just for an illustration, has

3    a project and he prepares a feasibility study, project is

4    profitable, is good, but he has no money at all, if he wants

5    to go to commercial bank, he will never be given loan,

6    because he should submit collaterals, guarantees.  If he

7    wants 100 million, he should submit guarantees with

8    120 million, as a guaranteed collateral.  But if he goes to

9    Islamic bank, Islamic bank will look to the project itself.

10   If it is viable, then the bank will give the capital, the

11   financing of 100 million, and they agree that the profit

12   will be shared according to the agreement.  If there is

13   a loss, the bank will lose the capital.

14           Q.  Do all practices and services of an

15   Islamic bank have to comply with shariah?

16           A.  Yes, it should be.

17           Q.  So, if an Islamic bank or financial

18   institution wants to pursue and offer some new and

19   innovative financial product, does some review

20   have to be undertaken to verify that the proposed

21   project or service complies with shariah?

22           A.  Yes.

23           Q.  Who typically does that?

24           A.  All Islamic banks have a shariah

25   board.  Shariah board is to look to the

Page 43

1              DR. HUSSEIN HAMID HASSAN

2    agreements, contracts, transactions, submitted to

3    them, referred to them, to give a shariah opinion,

4    Islamic law opinion, to approve if it is

5    consistent with Islamic law, and to reject if it

6    is inconsistent with Islamic law, or to make some

7    amendments, changes and send it back to the

8    management.

9              Q.   Have you worked in this capacity for

10   Islamic banks?

11             MR. COTTREAU:   Objection, vague.

12             A.   Yes.

13             Q.   Have you during the course of your

14   career served as a member of a shariah board for

15   an Islamic bank?

16             A.   Again?

17             Q.   Have you during your career served

18   as a member of a shariah board for any Islamic

19   bank?

20             A.   Again, the question?

21             Q.   Have you, during your career, ever

22   served as a member of a shariah board for an

23   Islamic bank?

24             A.   Yes.   Yes.

25             Q.   Approximately how many shariah

1                    DR. HUSSEIN HAMID HASSAN

2     boards have you served on for Islamic banks?

3              A.  Approximately maybe 25, 20, 24, but

4     not at the one time.  Sometimes there is one bank,

5     sometimes they are five, sometimes they are 20.

6     It means, if I am a member or a Chairman -- I was

7     a Chairman most of the cases -- if I am a Chairman

8     for a bank I may, after four or five years, leave

9     the bank, and then I become Chairman or a member

10    of another Islamic bank, but I can say for more

11    than maybe 20, 25, maybe 26 Islamic banks and

12    financial institutions, like insurance companies,

13    investment companies, leasing companies.

14              MR. COTTREAU:  Can we take a break.

15              MR. CARTER:  Sure.

16              THE VIDEOGRAPHER:  Going off the record

17    at 9:43.

18                    (A short break)

19              THE VIDEOGRAPHER:  Back on the record at

20    9:55.

21              MR. CARTER:  Dr. Hassan, returning for a

22    moment to the document we marked as Exhibit 4, and

23    in particular on the second page, it identifies

24    your service on a number of fatwa and shariah

25    oversight boards.  Do you see that?

1          DR. HUSSEIN HAMID HASSAN

2          A.  Shariah board, yes.  Main board of

3    ... which one?

4          Q.  Do you see the references to

5    fatwa and shariah oversight board?

6          A.  Oversight board, Emirates and Sudan

7    Bank, yes.

8          Q.  Before we took a short break, you

9    mentioned to me that Islamic banks have shariah

10   boards?

11         A.  Yes.

12         Q.  Is a fatwa and shariah oversight

13   board the same thing as a shariah board, as you

14   referred to that term previously?

15         A.  No.  The difference is that the

16   management may ask --

17         THE VIDEOGRAPHER:  I am sorry, I have to

18   go off the record.  There is a problem.  We are

19   going off the record at 9:57.

20                    (A short break)

21         THE VIDEOGRAPHER:  Going back on the

22   record at 9:59.  I have it on SD card, so it is

23   not a problem.

24         MR. CARTER:  Could you read the pending

25   question.

Page 46

1          DR. HUSSEIN HAMID HASSAN

2                  (Read back)

3          A.  No, the full name of that board is

4    Fatwa and Supervision Board, but sometimes they

5    shorten it to say "Shariah Board".  Sometimes they

6    say "Fatwa Board".  Sometimes they say

7    "Supervisory Board".  But the full name is Fatwa

8    and Supervision Shariah Board.  This is the full

9    name.  Supervision means sight also, the same.  It

10   means the Shariah Board serves two functions.  One

11   is to give fatwa.  If the management ask before

12   execution of a contract, before they sign it, they

13   may ask "is it shariah compliant", which means is

14   it consistent with Islamic law, the Shariah Board

15   will give opinion.  This is called "fatwa".  After

16   Shariah Board gives the fatwa, we send it to the

17   management to execute, but after execution we have

18   audit, shariah internal audit.  We send audit to

19   check if the management has understood the fatwa

20   and implemented the right way, and come us back if

21   there is any kind of misunderstanding or some

22   observations.  This Shariah Board is doing both.

23   Fatwa means legal opinion, and supervision means

24   to make sure that each fatwa has been implemented

25   correctly.

Page 47

1          DR. HUSSEIN HAMID HASSAN

2          Q.  Within that section of Exhibit 4, it

3  identifies you as a Chair of the Fatwa and Shariah

4  Oversight Board with Dubai Islamic bank.  Is that

5  a position you currently hold?

6          A.  Chairman, Chairman of Shariah Board.

7  I am still Chairman of the Shariah Board.

8          Q.  When did you join the Fatwa and

9  Shariah Oversight Board of Dubai Islamic bank?

10          A.  1998.

11          Q.  How were you appointed to serve on

12  that Board?

13          A.  I don't know.  I was told that

14  I have selected to be Chairman of the Shariah

15  Board.

16          Q.  Who communicated that appointment to

17  you?

18          A.  The bank itself.

19          Q.  Do you recall who at the bank?

20          A.  No, the person -- I mean the

21  management, the management of the bank, some from

22  administration, they informed me that "you have

23  been selected as Chairman of the Shariah Board".

24  I accepted, I came and I accepted, and started my

25  work.  This is not a permanent job, it is

1              DR. HUSSEIN HAMID HASSAN

2    part-time.  We meet every three months, when the

3    bank became big, now we meet every month, but at

4    the beginning maybe quarterly, maybe every six

5    months, when we have cases.  Because our agenda

6    only for the cases referred submitted to us, that

7    is all.  We look, decide cases, submitted to us,

8    referred to us.  When we have -- even sometimes we

9    may meet twice a month, if we have a lot of cases

10   pending.

11             Q.  Do you currently serve on the

12   shariah boards of any other banks?

13             A.  Yes, many.

14             Q.  How many are you currently serving

15   on?

16             A.  Almost 12/13 banks and financial

17   institutions, which means insurance companies,

18   Dubai financial market.  I am the Chairman also

19   IDB, in Saudi Arabia, I am the Chairman.  Almost

20   13/14.

21             Q.  You mentioned a moment ago, if

22   I understood your testimony correctly, that your

23   role as the Chair of Dubai Islamic Bank Fatwa and

24   Shariah Oversight Board is not a full-time

25   position.  Is that correct?

Page 49

DR. HUSSEIN HAMID HASSAN

1           A.  Again?

2           Q.  Your position as the Chair of the

3   Shariah Board at Dubai Islamic Bank is not

4   a full-time position, correct?

5           A.  Yes, it is not full-time position

6   yes.  It is not full-time.

7           Q.  Over the last 5 years, can you

8   estimate how many hours per year, just an

9   estimate, you would spend working in your capacity

10  as the Chair of the Shariah Board for Dubai

11  Islamic Bank?

12          A.  You mean for the last 5 years?

13          Q.  On average per year, during the

14  window of the last 5 years, how many hours per

15  year would this job consume?

16          A.  12 x 5, 60 hours almost.

17          Q.  60 hours?

18          A.  Yes.

19          Q.  Per year?

20          A.  Per year, because we have one

21  meeting a month.  The meeting takes on average

22  5 hours, which means 12 multiplied by five means

23  60 hours almost.  It can be less, it can be more.

24          Q.  You mentioned a moment ago that the

Page 50

1                    DR. HUSSEIN HAMID HASSAN

2      meetings have increased as the bank has gotten

3      larger.  During the early period when you joined,

4      in 1998 or so, how many hours a year were you

5      spending then in your role as the Chair of the

6      Shariah Board at Dubai Islamic Bank?

7                    A.  Maybe from 6 to 10 hours, because we

8      used to have meetings every quarter, maybe every

9      four months, and meeting cases -- bank is small

10     one, maybe two branches, three, now we have almost

11     70 branches, then the workload is more, that means

12     we spend more hours.

13                    Q.  I take it this is a paid position?

14                    A.  Again?

15                    Q.  I take it you are paid to serve as

16     the Chair of the Shariah Board?

17                    A.  Yes, we are paid.  All members of

18     the Shariah Board are paid for their work.

19                    Q.  Do you happen to know the total

20     amount of monetary remuneration you received last

21     calendar year for serving as a member of Dubai

22     Islamic Bank's Shariah Board?

23                    A.  Again the question?

24                    Q.  Do you happen to know how much money

25     you were paid during the last calendar year to

1             DR. HUSSEIN HAMID HASSAN

2  serve as a member of Dubai Islamic Bank's Shariah

3  Board?

4         A.  I am not sure.  I can't.  It is not

5  in my mind, because sometimes we meet more than

6  once a month, if we have some urgent cases, we may

7  meet twice a month, three times, but I am not sure

8  about that.

9         Q.  What is the system for compensating

10  you for serving on the Shariah Board at Dubai

11  Islamic Bank?

12         A.  Annual honoranium plus for each

13  meeting, honoranium for a meeting, plus annual

14  honoranium.

15         Q.  Do you remember what the annual

16  honoranium is?

17         A.  It started with $10,000 and

18  increased into 20.  Now it is 30.

19         Q.  What is the honoranium for any

20  individual meeting?

21         A.  It started with $1,000, increased

22  to 2,000 nowadays.

23         Q.  In connection with serving as the

24  Chair of the Shariah Board of Dubai Islamic Bank,

25  have you received any stock in the bank as

1              DR. HUSSEIN HAMID HASSAN

2    compensation?

3              A.  Documents?

4              Q.  Stock?

5              A.  No.  No, not at all.

6              Q.  Since joining Dubai Islamic Bank's

7    Shariah Board, in 1998, have you served

8    continuously as the Chair?

9              A.  Yes.

10             Q.  Do you have a permanent office at

11   Dubai Islamic Bank?

12             A.  No.

13             Q.  Do you have a secretary or other

14   staff at the bank?

15             A.  Yes, I have.  When we go to have

16   a meeting, we have Secretariat to prepare the

17   cases, and when we go we have a place to sit and

18   to meet with the members of the Shariah Board.  We

19   have whole arranged office to meet.

20             Q.  Based on your service with the

21   Shariah Board of the Dubai Islamic Bank since

22   1998, do you have a basic understanding of the

23   history of the bank and its organizational

24   structure?

25             A.  Yes, I know the objective of the

1    DR. HUSSEIN HAMID HASSAN

2  bank and I know something about how the bank

3  functions.  But of course the interior management,

4  administration, I am not familiar.  I am not

5  involved with in the management day-to-day care or

6  management of the bank.

7        Q.  To ask a somewhat obvious question,

8  is Dubai Islamic Bank organized as an Islamic

9  bank?

10       A.  Yes.

11       Q.  Given that structure, does Dubai

12  Islamic Bank have a requirement to comply with

13  shariah?

14       A.  Yes.

15       Q.  Is it the ultimate responsibility of

16  the Fatwa and Shariah Oversight Board to determine

17  if the bank is complying with shariah?

18       A.  The role of the -- I may explain it

19  like that.  Any transaction, any activities,

20  agreements, contracts, to be shariah compliant, it

21  should be consistent with Islamic law, and this is

22  the role of the Shariah Board.  Should be legally

23  valid and enforceable, the contract, and this is

24  the legal department of the bank.  Should be

25  commercially viable, which means profitable,

1          DR. HUSSEIN HAMID HASSAN

2     viable, and this is the management of the bank,

3     risk analyses, risk -- and the other.  The role of

4     the Shariah Board is to look to the cases

5     submitted to it, referred to it, to give shariah

6     opinion, if it is shariah compliant or not, and to

7     give advice accordingly.  It means the cases which

8     are submitted, referred, sent to Shariah Board.

9     This is our agenda and we look to that agenda and

10    we decide about it.

11          Q.  Does the Fatwa and Shariah Oversight

12    Board police day-to-day activities and

13    transactions at the bank?

14          A.  No.

15          Q.  Does the Fatwa and Shariah Oversight

16    Board concern itself only with matters that come

17    to its attention?

18          A.  Yes.

19          Q.  Is there someone at the bank who is

20    responsible, on a day-to-day basis, for

21    implementing shariah compliance in the bank's

22    activities?

23          A.  This is the management itself.  They

24    are responsible to implement -- to execute cases

25    according to shariah principles.  This is the

1          DR. HUSSEIN HAMID HASSAN

2    legal department to look into these cases, but it

3    is not the role of the Shariah Board to look into

4    day-to-day cases.

5          Q.  In connection with your service as

6    a member of the Shariah Board at Dubai Islamic

7    Bank, have you reviewed any of Dubai Islamic

8    Bank's foundational documents?

9          A.  Again?

10         Q.  Have you reviewed any of the

11   documents through which Dubai Islamic Bank was

12   created?

13         A.  Created?  No.  No.

14         (Exhibit Exhibit 5 marked for identification)

15         MR. CARTER:  Dr. Hassan, we have marked

16   as Exhibit 5 a document that Dubai Islamic Bank

17   has filed in the litigation that is pending in New

18   York.  I understand it to be the Royal decree

19   through which Dubai Islamic Bank was established,

20   along with the Memorandum of Association and

21   Articles of Association governing its

22   establishment.  Before you go through and begin

23   reading the entire document, do you know whether

24   these are materials you have reviewed previously?

25         MR. COTTREAU:  If I could, Dr. Hassan,

Page 56

                    DR. HUSSEIN HAMID HASSAN
1
2    my apologies.  So we can avoid this issue in the
3    future, if it is something that he has seen for
4    preparation, in connection with today, because
5    I showed it to him, we are going to obviously
6    assert attorney/client privilege and work product
7    in connection with you obtaining a full selection
8    of the documents that we showed to him.  So maybe
9    it would just be easier saying "prior to your
10   preparation for today have you seen this" or
11   exclude from the answer --
12            MR. HAEFELE:  I think he is allowed to
13   ask if he has seen it in preparation.  He may not
14   be able to ask what you showed him, but he is
15   certainly allowed to know whether he saw it in
16   preparation.
17            MR. COTTREAU:  I am happy to go through
18   the whole kabuki dance of passing the privilege
19   here.  My preference would be -- I don't think it
20   is really material to your questions.  If we can
21   try to avoid in the question --
22            MR. CARTER:  I don't think it is
23   a problem today, at least in the context we are
24   talking.  Let me clarify.
25            A.  What do you mean?

Page 57

                    DR. HUSSEIN HAMID HASSAN

1              MR. COTTREAU:  Wait for the question.

2         He is going to rephrase it.

3              MR. CARTER:  Dr. Hassan, outside of any

4         documents you may have reviewed in preparation for

5         coming here today, do you recall having prior to

6         that ever reviewed the materials that are marked

7         as Exhibit 5?

8              A.  Yes.

9              Q.  In what context did you review those

10        materials?

11             A.  Because when I joined I wanted to

12        know the Articles of Association, to know the role

13        and the function of Shariah Board, one, two,

14        three, four, to know my jurisdiction, what are my

15        duties, and this is in the Articles of

16        Association, because these Articles has a chapter

17        for Shariah Board, and the function, duties of the

18        Shariah Board.  Then I came through this, long

19        time back, but I was not party to these documents

20        to prepare it or to take it to the authority to

21        get it approved, I was not, because I came later.

22        It was a bank established 1975, and I joined 1998.

23        But to know my own duties, I should go through

24        this to know the chapter from Article 22 to some

1               DR. HUSSEIN HAMID HASSAN

2    Article -- this is the Board of Shariah Board's

3    functions, duties.  Then I came through these

4    documents.

5               Q.  Just to clarify, you recall having

6    reviewed these documents around the time you

7    joined the Shariah Board in 1998 or so?

8               A.  I came to at that time, because this

9    maybe changed from time to time, changed from time

10   to time, but I am acquainted with the Articles of

11   Association and the Memorandum of Association at

12   1989.  After that, I was not following.

13              Q.  I think you may have just misstated

14   a date inadvertently, Dr. Hassan.  You just

15   mentioned that you were familiar with it as of

16   1989.  Did you mean to say 1998, when you joined

17   the Shariah Board?

18              A.  98, yes.  Yes.

19              Q.  Do you happen know when Dubai

20   Islamic Bank was established?

21              A.  1975.

22              Q.  And where is it headquartered today?

23              A.  Excuse me?

24              Q.  Where is it headquartered?

25              A.  In Dubai.

1           DR. HUSSEIN HAMID HASSAN

2               Q.  And in what country is Dubai

3     located?

4               A.  Excuse me?

5               Q.  In what country is Dubai located?

6               A.  In UAE, United Arab Emirates.

7               Q.  Do you know what the corporate

8     structure of Dubai Islamic Bank is?

9               A.  Excuse me, what do you mean by

10    "corporate structure"?

11              Q.  Is it a publicly traded company?

12              A.  Yes, public traded company, yes.

13              Q.  Does it issue stock?

14              A.  Stock company.

15              Q.  On what exchange is it listed?

16              A.  What exchange?  In Dubai financial

17    market, and others.

18              Q.  Do you happen to know who the

19    largest shareholder in Dubai Islamic Bank is at

20    this time?

21              A.  I don't know.

22              Q.  Do you happen to know whether the

23    Government of the United Arab Emirates holds

24    a significant interest in the bank?

25              A.  Yes, I know.

Page 60

1              DR. HUSSEIN HAMID HASSAN

2          Q.  Do you have any idea what that

3    interest is?

4          A.  Maybe 30 percent, maybe.  Maybe 30

5    percent.  Of course, every day in the financial

6    market, selling/buying, maybe they buy more, they

7    sell, I don't know.

8          Q.  Do you happen to know what the total

9    market capitalization of Dubai Islamic Bank is

10   approximately today?

11         A.  No.

12         Q.  Would you agree that given the

13   Government of the United Arab Emirates substantial

14   equity interest in Dubai Islamic Bank, the country

15   has an interest in the fortunes of the bank?

16         A.  Again, please?

17         Q.  Would you agree that given the

18   Government of the United Arab Emirates'

19   substantial equity interest in Dubai Islamic Bank,

20   it has an interest in the fortunes of the bank?

21         MR. COTTREAU:  Objection, misstates

22   prior testimony as to the ownership.

23         A.  I assume this.

24         Q.  Do you happen to know whether the

25   Government of the United Arab Emirates increased

Page 61

1                    DR. HUSSEIN HAMID HASSAN

2    its ownership interest in Dubai Islamic Bank

3    substantially in 1998?

4              A.   No.

5              Q.   Have you ever received information

6    indicating that Dubai Islamic Bank suffered

7    a significant fraud that was discovered some time

8    around 1998?

9              A.   Yes, I know.

10             Q.   Do you know what the nature of that

11   fraud was?

12             A.   No.   I didn't know the details.

13             Q.   Do you have any general idea?

14             A.   General idea that the COO of the

15   bank, management of the bank, COO has been

16   deceived by some African people, and they took

17   some money.   That is all.   Details I didn't know.

18             Q.   But it is your understanding that it

19   was the COO who was deceived?

20             MR. COTTREAU:   Objection, misstates

21   prior testimony.

22             Q.   Do you know who was deceived at the

23   bank?

24             A.   No.   Maybe the management, maybe the

25   COO.

Page 62

DR. HUSSEIN HAMID HASSAN

1

2      Q.  Do you know for sure?

3      A.  For sure, I don't know.

4      Q.  Do you know who would know who at

5  the bank was deceived by these other parties?

6      A.  I think the management and the legal

7  department of the bank.

8      Q.  Did this event result in a loss of

9  money by Dubai Islamic Bank, as you understand it?

10      A.  As I understand, because I heard it

11  is a lot of money.

12      Q.  Did anyone ever give you an estimate

13  of how much money was lost?

14      A.  Exactly, no.

15      Q.  Did anyone ever provide you any

16  details with Dubai Islamic Bank's investigation of

17  that loss?

18      A.  In details, no.

19      Q.  Did you ever attend any meetings

20  during which it was discussed?

21      A.  No.

22      Q.  Do you know what department of Dubai

23  Islamic Bank led the investigation into those

24  events?

25      A.  Again, please?

Page 63

1          DR. HUSSEIN HAMID HASSAN

2          Q.  Do you happen to know what

3    department or body within Dubai Islamic Bank led

4    the investigation into those events?

5          A.  Yes, I know, legal department and

6    outside lawyers.

7          Q.  Do you know the names of any people

8    in the legal department in particular who were

9    involved in that activity?

10         A.  No.

11         Q.  Do you know the names of the outside

12   lawyers who were involved in that investigation?

13         A.  I came to know now.

14         Q.  Did you just come to learn this

15   information recently?

16         A.  Again?

17         Q.  Did you just come to learn the names

18   of the outside lawyers recently?

19         A.  Recently, yes.

20         Q.  So at the time the investigation was

21   ongoing, you had no contemporaneous knowledge of

22   what those lawyers were doing?

23         A.  Yes, I haven't.

24         Q.  And contemporaneous with the time

25   that investigation was going on, you were not

Page 64

1                     DR. HUSSEIN HAMID HASSAN

2      being briefed on what those lawyers were doing?

3               A.  All what I know, that some lawyers

4      has been engaged in the case.

5               Q.  And did the Shariah Board ask to

6      receive any formal briefing of that investigation?

7               A.  No, no.  No.  No.

8               Q.  Do you recall whether it was ever

9      discussed at any of the Shariah Board meetings?

10               A.  No.

11               Q.  During the time that investigation

12      was ongoing, did you ever attend any meetings of

13      the Board of Directors?

14               A.  No.

15               Q.  During the time that investigation

16      was ongoing, did you ever attend any meetings of

17      any executive committee of the bank?

18               A.  No.

19               Q.  Turning for a moment to Exhibit 5,

20      Dr. Hassan, I would like to walk through this

21      document to try and get an understanding of the

22      management structure of Dubai Islamic Bank.

23               A.  Um hum.

24               Q.  Does Dubai Islamic Bank have a Board

25      of Directors?

1                    DR. HUSSEIN HAMID HASSAN

2              A.  Yes.

3              Q.  Do you have an understanding of the

4    responsibilities of the Board of Directors?

5              A.  I know it from the Articles of

6    Association.

7              Q.  And from the Articles of

8    Association, what do you understand to be the

9    responsibilities of the Board of Directors?

10             A.  That the General Assembly has

11   selected a Board of Directors to run the bank,

12   according to shariah.  This is what I know.  And

13   the Board of Directors will appoint the executive,

14   who will execute the functions.

15             Q.  And the provision of the Articles of

16   Association that provides for the establishment of

17   the Board of Directors, is that Section 6, Article

18   30, which would be if you look at the top of that

19   document --

20             A.  Which article?

21             Q.  It is Section 6, Article 30.

22             A.  6?

23             Q.  And it would be on what is marked at

24   the top header, page 34 of 59.

25             MR. COTTREAU:  Can you restate your

Page 66

DR. HUSSEIN HAMID HASSAN

1  

2 question now that there is three questions in the

3 last colloquy, just so that I can form a proper

4 objection to it.

5         Q.  Dr. Hassan, you mentioned to me

6 a moment ago that you understood from the Articles

7 of Association that Dubai Islamic Bank has a Board

8 of Directors.  What provision of the Articles of

9 Association provides for the establishment of the

10 Board of Directors?

11         MR. COTTREAU:  Objection, lacks

12 foundation.

13         A.  Article 30.

14         Q.  If I can draw your attention to

15 Article 34, on the next page, it references an

16 Executive Committee.  To your knowledge, does

17 Dubai Islamic Bank currently have an Executive

18 Committee?

19         A.  Yes, I know that they have an

20 Executive Committee.

21         Q.  Do you have an understanding of the

22 functions and duties of the Executive Committee?

23         A.  No.  The Executive Committee is

24 delegated by the Board of Directors.  From time to

25 time, Board of Directors delegates some of it

Page 67

                        DR. HUSSEIN HAMID HASSAN

1

2    functions to this Executive Committee.

3              Q.  Did these Articles of Association

4    include provisions relating to the Fatwa and

5    Shariah Oversight Board?

6              A.  Yes.

7              Q.  Do you have an understanding of the

8    provisions that relate to the Fatwa and Shariah

9    Oversight Board?

10             A.  Article 77.

11             Q.  Are there other provisions of these

12   Articles of Association that describe the

13   functions and responsibilities of the Fatwa and

14   Shariah Oversight Board?

15             MR. COTTREAU:  Objection, vague.

16             A.  This is the provisions relating to

17   the Shariah Board.

18             Q.  I will draw your attention to

19   Article 81 of the document.  It states that:

20             "The Fatwa and Shariah Supervisory Board shall

21   supervise all shariah aspects of the company, and shall have

22   the right to verify compliance of the company's transactions

23   with the provisions of and rules of shariah, and further may

24   object to any incompliant transaction, if any."

25             Do you see that?

                    DR. HUSSEIN HAMID HASSAN

1

2          A.  Yes, I see it.

3          Q.  Is that in fact a correct statement

4   of the powers and responsibilities of the Fatwa

5   and Shariah Board today, as you understand it?

6          A.  Yes.

7          Q.  And was it a correct statement of

8   the powers and duties of the Fatwa and Shariah

9   Oversight Board throughout the time that you

10  served on that Board?

11         A.  Again?

12         Q.  Has that statement been an accurate

13  statement of the powers and responsibilities of

14  the Fatwa and Shariah Oversight Board throughout

15  the time that you have served on the board?

16         A.  Yes, it is accurate.

17         Q.  I would like to turn your attention

18  next to Article 87.

19         A.  Next?

20         Q.  Article 87.

21         A.  87, yes.

22         Q.  And it indicates that:

23         "The Fatwa and Shariah Supervisory Board shall

24  submit a comprehensive annual report to the Board of

25  Directors, summarizing the cases referred thereto and

Page 69

1                    DR. HUSSEIN HAMID HASSAN

2     opinions given, regarding the company's transactions

3     executed as per the applicable regulations and

4     instructions."

5                    During your tenure serving on the Fatwa

6     and Shariah Oversight Board, has the Board in fact

7     submitted a comprehensive annual report?

8          A.   Yes.

9          Q.   And has that always been submitted

10    to the Board of Directors?

11         A.   Always, every year.

12         Q.   And do you meet with the Board of

13    Directors to discuss that report?

14         A.   No.

15         Q.   Does the Fatwa and Shariah

16    Supervisory Board ever attend meetings of the

17    Board of Directors?

18         A.   We haven't yet.

19         Q.   Does the Dubai Islamic Bank hold

20    meetings of its General Assembly?

21         A.   We attend General Assembly.

22         Q.   Let me take a step back.  I was

23    asking does the General Assembly in fact hold

24    meetings?

25         A.   Yes.

                    DR. HUSSEIN HAMID HASSAN

1
2          Q.   How often?

3          A.   Yearly.

4          Q.   Do I understand, from your prior

5   answer, that the members of the Fatwa and Shariah

6   Oversight Board attend those meetings?

7          A.   Yes.  Not necessarily me, any

8   member, any member, but either to read it myself,

9   the report, or to ask one member of the Shariah

10  Board to read it.

11         Q.   Are other issues discussed at the

12  meetings of the General Assembly, beyond the

13  purview of the Fatwa and Shariah Oversight Board?

14         A.   Because there are many items, and

15  this is one item of the agenda of the General

16  Assembly.

17         Q.   Have you personally ever attended

18  meetings of the General Assembly?

19         A.   Many times.

20         Q.   When you attended those meetings did

21  you stay only for the portion of the meeting that

22  dealt with the responsibilities and report of the

23  Fatwa and Shariah Oversight Board or did you stay

24  for the entire meeting?

25         A.   Sometimes I leave after I finish my

DR. HUSSEIN HAMID HASSAN

1   item, and sometimes, politely, I wait until the

2   meeting of the assembly finishes.

3       Q.  I would like to take a step back and

4   draw your attention to section 8 -- I am sorry,

5   I am misreading -- Article 6, under section 3,

6   which would be on page 23 of 59 at the heading?

7       A.  23.  Page 23.  What articles?

8       Q.  I am sorry, I am referring to a page

9   designation from the court filing that appears at

10  the top.  It is on page 20 of the document, sorry.

11      A.  20.  I have it.

12      Q.  That provision provides that:

13      "The company shall, in all its banking and

14  investment activities, abide by the provisions of the

15  Islamic shariah, pursuant to what the Shariah Supervisory

16  Board establish."

17      Do you see that?

18      A.  Yes.

19      Q.  Do you understand that provision to

20  give the Shariah Oversight Board the ultimate

21  authority for determining whether activities are

22  compliant with Islamic law?

23      A.  Within the cases referred to --

24  submitted to the Shariah Board.

Page 72

DR. HUSSEIN HAMID HASSAN

1   Q.  So to the extent something is

2   brought to the attention of the Shariah Board, it

3   is the Shariah Board's ultimate responsibility to

4   determine if those issues are in compliance with

5   Islamic law?

6   A.  If it comes into the notice of the

7   Shariah Board.

8   Q.  Can we mark this as Exhibit 6.

9   Steve, I only have one copy of this unfortunately.

10  (Exhibit Exhibit 6 marked for identification)

11  Dr. Hassan, we have marked a document that was

12  provided to us by Dubai Islamic Bank in discovery as Exhibit

13  6.  I want to ask whether prior to any preparations you may

14  have undertaken for appearing for your deposition you recall

15  ever having seen that document before?

16  A.  No.

17  Q.  I am wondering if you can do me

18  a favor and turn to page 42 of that document.

19  MR. COTTREAU:  It may be more useful if

20  you could prefer to the Bates page.

21  MR. CARTER:  Sure.  The Bates page is

22  002637.

23  A.  The pages are many.  What page.  42?

24  I don't have it.  Please bear with me.

Page 73

1          DR. HUSSEIN HAMID HASSAN

2          Q.  If you look at the bottom of the

3     document, in the very corner, there should be in

4     the very right-hand bottom corner, there is what

5     we call --

6          A.  No, right hand?

7          Q.  That is the right hand at the

8     bottom.  Do you see that designation "DIB" with

9     a series of numbers after it?

10          A.  Yes.

11          Q.  That is what we refer to as a Bates

12     number and I am going to ask you to see if you can

13     find 2637?

14          A.  I have it.

15          Q.  I just described to you that the

16     designation at the bottom is called a Bates

17     number.

18          A.  Yes.

19          Q.  Does it also have a page number in

20     the original document?

21          A.  42, in Arabic.

22          Q.  Can you do me a favor and turn to

23     the next page, with the Bates label 2638?

24          A.  Yes.

25          Q.  And what is the page number on that?

1                      DR. HUSSEIN HAMID HASSAN

2            A.  44, in Arabic written.

3            Q.  I asked that question because I have

4    an English translation of the document that leads

5    me to believe that page 43 might be missing.  So

6    in the Arabic document that you have, it goes from

7    page 42 to page 44, correct?

8            A.  Um hum.

9            MR. CARTER:  Steve, I am just going to

10   ask there be an undertaking to locate page 43 from

11   that document and provide that to us.  It appears

12   to be missing in the version that was produced to

13   us.

14            I think the videographer needs to change

15   tape.

16            THE VIDEOGRAPHER:  Thank you.  This is

17   the end of media one of the video deposition of

18   Dr. Hussein Hamid Hassan.  Going off the record at

19   10:47.

20                      (A short break).

21            THE VIDEOGRAPHER:  This is the beginning

22   of tape two in the video deposition of Dr. Hussein

23   Hamid Hassan.  Going back on the record at 11:01.

24            MR. CARTER:  Dr. Hassan, we marked

25   before we went off the record a document as

Page 75

1          DR. HUSSEIN HAMID HASSAN

2    Exhibit 6.  Am I correct that outside of any

3    preparations you may have undertaken for your

4    deposition today, you don't recall having

5    previously seen that document?

6                A.  Again, please?

7                Q.  Outside of any preparations you may

8    have undertaken for your testimony this week, am

9    I correct that you do not recall having previously

10   seen the document we have marked as Exhibit 6?

11               A.  Yes, I have not seen it.

12               Q.  If you go to the first page of that

13   document.

14               A.  Yes.

15               Q.  Sorry, the cover page.

16               A.  Cover page.  Yes.

17               Q.  What is the title reflected on the

18   cover page?

19               A.  The cover page says: "The Functions

20   and Duties of the Dubai Islamic Bank Departments."

21               Q.  Is there a date on the cover page?

22               A.  Yes, this.

23               Q.  Sorry, is the document dated?

24               A.  Is?

25               Q.  Does the document have a date?

Page 76

                    DR. HUSSEIN HAMID HASSAN

1          A.  No date.  No, it has, April 19,

2    1997.

3          Q.  We can mark that 7 and 8.

4          (Exhibit Exhibit 7 marked for identification).

5          (Exhibit Exhibit 8 marked for identification)

6          MR. COTTREAU:  Are you done with this

7    document?

8          MR. CARTER:  For the time being I am

9    done with it, yes.

10         Dr. Hassan, we have marked as Exhibit 7

11   a section from that broader document that was

12   marked Exhibit 6, and in particular the pages

13   bearing Bates Stamp DIB002629 through 2638.  We

14   have marked as Exhibit 8 an English translation of

15   that same section.  I will give both of those to

16   you, and I have given a copy to your counsel as

17   well.

18         Dr. Hassan, you have now you had an

19   opportunity to review the document marked as

20   Exhibit 7.  While I understand you testified that

21   you don't recall having seen the larger document

22   marked as Exhibit 6, at any point prior to your

23   preparations for coming here today, are the

24   documents marked as Exhibit 7 familiar to you?

 1            DR. HUSSEIN HAMID HASSAN

 2         A.  I have not seen it before.

 3         MR. COTTREAU:  Just before you get into

 4    it, to the extent you are going to get into it, in

 5    Exhibit 8, we just want to have your agreement

 6    that we reserve all rights to object to

 7    translations of documents that you unilaterally

 8    had prepared in depositions.

 9         MR. CARTER:  That is fine.  I do think

10    we provided them in advance, if I recall.

11         MR. COTTREAU:  I don't believe we have

12    received copies of translations of documents

13    but --

14         MR. CARTER:  Okay, I apologize if that

15    is the case.  I thought you had, but the

16    reservation of the objection is fine, and we have

17    included in the documents when we marked them as

18    exhibits the translator's certification as well.

19         Dr. Hassan, the document we have just

20    marked as Exhibit 7 and the English translation of

21    that document that we have marked as Exhibit 8, as

22    I understand it, is captioned "Shariah Oversight

23    Section".  Is that correct?

24         A.  Again?

25         Q.  Is the caption on the front page of

Page 78

1              DR. HUSSEIN HAMID HASSAN

2   Exhibit 7 "Shariah Oversight Section"?

3              A.  You mean the title?

4              Q.  The title?

5              A.  The title is "Audit Department,

6   Shariah Audit Department."  This is the title.

7   And this is some kind of article, an article.

8              Q.  Do you have any reason to doubt that

9   Exhibit 6 is a document that was created by Dubai

10  Islamic Bank?

11             A.  You mean this one?

12             Q.  Yes.

13             A.  Because I have not seen it, I have

14  not read it, it is bulky, I can say I know nothing

15  about it.

16             Q.  Dr. Hassan, can you turn to

17  page 2637, using the Bates number as a reference,

18  in the English version.

19             A.  2637.

20             MR. COTTREAU:  Dr. Hassan, you should

21  feel free to refer to the Arabic language

22  document, if you are equally comfortable, or more

23  comfortable I should say.

24             A.  Yes, I have the English version.

25             Q.  At the top of that there is a title:

1                    DR. HUSSEIN HAMID HASSAN

2        "The Fatwa and Shariah Oversight Board in the

3        Dubai Islamic Bank".  Do you see that?

4                    A.  Yes.

5                    Q.  Beneath that the document reads

6        that:

7                    "The Board of Directors, according to Chapter 7 of

8        the Articles of Incorporation of the Bank, and in accordance

9        with the Central Bank, hereby forms this board from

10        specialized ulluma, whose task is to issue fatwas on all

11        matters presented before it by the administration from work

12        cases or new developments related to banking in the current

13        age, to verify that executive management of the bank works

14        in accordance with [there is then an illegible word to the

15        translator] and that the bank operations are conducted

16        according to shariah provisions, and to announce this to all

17        interested parties."

18                    Does that description, in your mind, accurately

19        describe the functions of the Fatwa and Shariah Oversight

20        Board at Dubai Islamic Bank?

21                    A.  It is almost, almost the same, but

22        as I have stated, the Board is giving legal

23        shariah advice, opinion before what we call

24        a fatwa, and then to look to the auditory board in

25        its capacity as supervisory board.  Almost -- let

1                    DR. HUSSEIN HAMID HASSAN

2      me look to the Arabic also, just to make sure.

3      Yes, the statement is correct.

4                    Q.  Within that document, there is

5      a reference to the Secretariat of the Fatwa and

6      Shariah Oversight Board.  Are you familiar with

7      the Secretariat of the Board?

8                    A.  Yes.

9                    Q.  What is the function of the

10     Secretariat of the Board?

11                   A.  To receive cases, contracts,

12     transactions from the different departments of the

13     bank, and to put it on the agenda of the meeting

14     of the Shariah Board, and to submit it to the

15     meeting, and then to take the decisions of the

16     Shariah Board on these cases and to convey it to

17     the concerned departments.

18                   Q.  Is that a full-time position?

19                   A.  Yes, it is.

20                   Q.  Who currently serves in that

21     position?

22                   A.  Again?

23                   Q.  Who currently serves as the

24     Secretariat of the Fatwa and Shariah Oversight

25     Board at Dubai Islamic Bank?

1       DR. HUSSEIN HAMID HASSAN

2           A.   Before it was a member of the

3   Shariah Board who was acting as secretary, but now

4   in the Shariah Department they dedicated some

5   employees to take care of that, and sometimes

6   there are more than one, a team, because the work

7   is too much.  Then they receive cases, they may

8   make some arrangements, typing, translating,

9   sometimes it comes in English, translating into

10  Arabic, because some members of the Shariah Board

11  don't know English.  It is a great task now.  It

12  is not only one member team.  The team is working

13  for the Secretariat of the Shariah Board.

14          MR. COTTREAU:  I don't want to interrupt

15  too much, obviously I want to let you conduct the

16  examination, and we will allow you to ask these

17  questions about current day practices of the

18  Shariah Board.  Obviously we are going to stand by

19  our prior discussions with you about timeframe and

20  relevance in the litigation being September 11,

21  2001, and obviously there have been some

22  exceptions made by Judge Moss to that, but

23  otherwise I will let you continue.

24          MR. CARTER:  That is fine.  My next

25  question along those lines was do you happen to

DR. HUSSEIN HAMID HASSAN

1 recall who was serving as Secretariat between 1998

2 and 2001.

3 A.  Again, the question?

4 Q.  Do you happen to recall who was

5 serving as the Secretariat of Dubai Islamic Bank's

6 Fatwa and Shariah Board between 1998 and 2001?

7 A.  Names, no, but the team in the

8 Shariah Department.  They are a team.  Their

9 names, I don't remember the names.

10 Q.  Are any of the individuals who were

11 serving on the team, the Secretariat team between

12 1998 and 2001, still members of the Secretariat

13 team?

14 A.  I think so.  I think so.

15 Q.  But you don't have a specific

16 recollection who?

17 A.  No, I don't, I don't remember

18 exactly, but some employees full-time they work,

19 their contract terminates, and new employees of

20 the Shariah Department comes, often.  I don't

21 think that one from that 1998 until now, for that

22 long period is still there.

23 Q.  If I can turn your attention to the

24 page bearing Bates Stamp 2638.

1          DR. HUSSEIN HAMID HASSAN

2          A.  38, yes.  37.

3          Q.  I think you have 2 pages stuck

4    together, Dr. Hassan.

5          A.  36, 37.

6          Q.  I think 38 is stuck.

7          A.  Yes, I have 38.

8          Q.  If you can turn to that page.

9          A.  This is 38, yes.

10          Q.  In paragraph 9.

11          A.  Yes.

12          Q.  It says: "As a whole, Article 82 of

13    the Bank's Articles of Incorporation authorizes

14    the Board to examine at any time all bank ledgers

15    and records.  The Board may demand any data it

16    deems necessary.  It may also verify the Bank's

17    assets and liabilities."  Do you see that?

18          A.  Yes.

19          Q.  Is it your understanding that the

20    Fatwa and Shariah Oversight Board has the

21    authority to demand any of the bank's ledgers and

22    records it deems necessary to perform its work?

23          A.  Yes.

24          Q.  Is it also your understanding that

25    the Fatwa and Shariah Oversight Board may demand

1                    DR. HUSSEIN HAMID HASSAN

2      that the Board provide any data it deems necessary

3      to perform those functions?

4               A.   Again?

5               Q.   Is it also your understanding that

6      the Fatwa and Shariah Oversight Board may demand

7      that the Board of Directors provide any data that

8      the Fatwa and Shariah Board needs to perform its

9      work?

10              A.   Yes.

11              Q.   So if a matter comes to the

12     attention of the Fatwa and Shariah Oversight

13     Board, that the Board believes may present

14     a shariah compliance issue, the Fatwa and Shariah

15     Board can demand any information it needs to try

16     to address that problem?

17              A.   Yes, if it is connected to the cases

18     before submitted to the Shariah Board.

19              Q.   As a general matter, is the Fatwa

20     and Shariah Oversight Board, in your view, the

21     ultimate protector of the bank's compliance with

22     shariah for the matters that come to its

23     attention?

24              A.   Within the cases referred, submitted

25     to the Shariah Board, the Board is giving the

1          DR. HUSSEIN HAMID HASSAN

2   shariah opinions and giving directions if there is

3   any observation for the shariah audit.

4          Q.  Let's assume a matter comes to the

5   attention of the members of the Fatwa and Shariah

6   Board, not through a case brought to its attention

7   but rather through some sort of public

8   notification that raises concerns in the minds of

9   the Board.  Do you believe that the Board has

10  a responsibility, in those circumstances, to try

11  to address those matters?

12         A.  No.  Only the cases which come to

13  the notice of the Shariah Board, cases,

14  transactions, agreements submitted referred to

15  Shariah Board, to give its shariah opinions.

16         Q.  What if the Shariah Board finds out

17  that personnel within the bank are engaging in

18  violations of shariah, in connection with their

19  activities?  Does the Shariah Board, in your view,

20  have no responsibility to try and correct those

21  problems?

22         A.  If it comes to the notice of the

23  Shariah Board, Shariah Board should take action.

24         Q.  On that same page, there is language

25  at the top indicating that "No member of the Board

1          DR. HUSSEIN HAMID HASSAN

2     may issue fatwas individually in his capacity as

3     a member of the Board, but may do so in his name".

4     Do you see that?

5               A.  Yes.

6               Q.  Is that a requirement that you

7     understand is imposed on members of the Dubai

8     Islamic Bank Shariah Board, in fact?

9               A.  Again, please?

10              Q.  This requirement that I just read,

11    is it currently in place and a limitation that is

12    adhered to?

13              A.  What I mean, member of Shariah Board

14    is not allowed, is not permitted to issue his own

15    opinions, and to -- in the name of the Shariah

16    Board is not allowed at all, but only with the

17    Shariah Board, but his own individual fatwa or

18    opinion, he is not allowed to attribute it to the

19    Shariah Board.

20              Q.  Do you know whether any member of

21    the Shariah Board has ever been removed by Dubai

22    Islamic Bank for a fatwa or opinion that he

23    expressed in his personal capacity?

24              A.  No.

25              Q.  During your tenure, has any member

1          DR. HUSSEIN HAMID HASSAN

2   of the Shariah Board ever been removed prior to

3   the end of his tenure, for some misconduct?

4          MR. COTTREAU:  Objection, lacks

5   foundation.

6          A.  Some members, they resigned and left

7   the membership.

8          Q.  Who resigned from the Shariah Board

9   and left its membership?

10          A.  Ali Al Qaradaghi, Ajeel Jaseem Al

11   Nashmi.

12          Q.  Do you know why they resigned and

13   left the Shariah Board?

14          A.  No.

15          Q.  Can you repeat more slowly the names

16   of those two individuals for the court reporter.

17          A.  Dr. Ali Qaradaghi and Ajeel Jaseem

18   Al Nashmi?

19          Q.  Do you recall when each of those

20   individuals resigned from the Shariah Board?

21          A.  I don't remember exactly.

22          Q.  Were you serving on the Shariah

23   Board when they resigned?

24          A.  Yes, they resigned when I was

25   Chairman.

Page 88

1           DR. HUSSEIN HAMID HASSAN

2        (Exhibit Exhibit 9 marked for identification)

3        (Exhibit Exhibit 10 marked for identification)

4           Q.  Dr. Hassan, we have marked as the

5    next exhibit, Exhibit 9, a document that Dubai

6    Islamic Bank also produced to us in discovery, and

7    it bears Bates Stamp DIB2415 through 2418.  We

8    have marked as Exhibit 10 a certified English

9    translation of that document.  I would like to

10   show those to you.  Take a moment to review the

11   Arabic version and let me know if you have seen

12   that document at any point prior to your

13   preparations for testifying this week.

14           MR. COTTREAU:  Sean, the reference on

15   the last page of Exhibit 10, which is the

16   translator's statement, has a document title of

17   IRO.  Is that meaningful in some way to us?

18           MR. CARTER:  No.  The translator's

19   statement that you are looking at actually

20   references two documents.  The first that was

21   translated and sent in this batch was the DIB2415

22   through 2418, and then there is an additional

23   document IRO3236 that was also sent to us at the

24   same time.

25           MR. COTTREAU:  Thank you.

1              DR. HUSSEIN HAMID HASSAN

2         A.  Generally, the information are

3    correct, although I have not prepared these

4    documents myself, I have not seen them, but the

5    content is correct.

6         Q.  Just to clarify Dr. Hassan, the

7    first page of the document includes the title

8    "Fatwa and Shariah Oversight Board", and below

9    that there is a sub-heading "Fatwa Board", and on

10   the second page there is a sub-heading "Shariah

11   Oversight".  Do I understand you to be telling us

12   that the information under the heading "Fatwa

13   Board" and under "Shariah Oversight" is accurate?

14        A.  What number, please?

15        Q.  The information on page 2415, under

16   the heading "Fatwa Board", does that accurately

17   describe the duties and functions of Dubai Islamic

18   Bank's Fatwa Board?

19        A.  What number of this?

20        Q.  The entire page, numbers 1 through

21   8?

22        A.  1 to?

23        Q.  1 through 8?

24        A.  1 to 8, yes.

25        MR. COTTREAU:  Again, I will just note

1    DR. HUSSEIN HAMID HASSAN

2    an error in the translation, I believe, in that it

3    numbers the paragraphs 1 through 8 but repeats the

4    number 2.  I believe the accurate translation is 1

5    through 9, but again we will reserve on all

6    translation issues our objections.

7         MR. CARTER:  Okay, thank you.

8         A.  Yes.

9         Q.  Does the information on page 2415

10   accurately describe the duties and functions of

11   Dubai Islamic Bank's Fatwa Board?

12        A.  Yes.

13        Q.  On the next page, 2416, there is

14   a heading for "Shariah Oversight".  Is that

15   a distinct body from the Fatwa Board?

16        A.  The same page?  2416?

17        Q.  2416?

18        A.  And item number.

19        Q.  At the top it refers to "Shariah

20   Oversight".

21        A.  "Review and audit".

22        Q.  Correct.

23        A.  "Review and audit".

24        Q.  Are the shariah oversight functions

25   that are described on page 2416 responsibilities

1          DR. HUSSEIN HAMID HASSAN

2    of the Fatwa and Shariah Oversight Board at Dubai

3    Islamic Bank?

4          MR. COTTREAU:  Objection, vague.

5    I think he said "audit", and maybe it is the

6    translation issue for him, but I think he reads

7    the document as being entitled "Shariah Audit".

8          A.  Yes, through the audit.  Through the

9    audit.

10          Q.  Are shariah audits conducted by

11   Dubai Islamic Bank?

12          A.  Audit all fatwa and shariah opinions

13   issued by the Shariah Board to make sure that the

14   management has executed correctly.

15          Q.  And who conducts that audit?

16          A.  There is a department of audit with

17   the Shariah Department, and it reports to the

18   Shariah Board.

19          Q.  Do you recall who was the head of

20   that department, between the years 1998 and 2001?

21          A.  No, but I remember the existing one,

22   the one who is the head now, Hamid Hakel.

23          Q.  Does that department produce reports

24   that it submits to the Shariah Board?

25          A.  Yes.

1                    DR. HUSSEIN HAMID HASSAN

2              Q.  How often does it submit reports?

3              A.  Quarterly most of the time, but

4    sometimes they are late.  Every six months,

5    sometimes by the end of the year.

6              Q.  Do they produce annual reports as

7    well?

8              A.  No.  This could serve to be covering

9    the whole year.  The fatwas which are issued by

10   the Shariah Board, they should go to the

11   management, to the departments, to know if the

12   department concerned has executed the fatwa in the

13   correct way, or there is some deviation, and then

14   they report it back to the Shariah Board.

15             Q.  Does the auditing body have any

16   responsibility with regard to the auditing of

17   zakat contributions?

18             A.  Yes.

19             Q.  What are zakat contributions?

20             A.  The audit should make sure that the

21   zakat has been taken and given to the department

22   of the bank, and it was distributed to the

23   charitable organizations controlled by the

24   Government of Dubai.

25             Q.  Even more basically, can you explain

1                DR. HUSSEIN HAMID HASSAN

2  to me what the concept of zakat is?

3           A.  Zakat is a taxation, two and a half

4  percent of the principal plus the profit paid

5  every year for every Muslim.  It is a pillar of

6  Islam, obligation for every individual Muslim.  It

7  is enforced on individuals, not on entities, legal

8  entities, but in the case of the Dubai Islamic

9  Bank, the shareholders and their byelaws and their

10  assembly, they authorized the company, the bank,

11  to pay part of their zakat on their behalf, on

12  their behalf.  The shareholders are still paying

13  the zakat of their capital and they authorized the

14  bank to pay zakat for the retained profit invested

15  by the bank.

16           Q.  What about customers of the bank who

17  are not shareholders?  Can they elect to have

18  Dubai Islamic Bank manage their zakat obligations?

19           A.  Voluntarily, if they want, but

20  practically, to my knowledge, it is not.  People

21  are not even their own zakat -- they escape from

22  zakat.

23           Q.  The audit report that you receive

24  concerning the bank's shariah compliance, does it

25  include a section on the zakat?

1               DR. HUSSEIN HAMID HASSAN

2          A.   Again, please?

3          Q.   Do the shariah audit reports that

4     the Fatwa and Shariah Oversight Board receive

5     include a section on zakat?

6          A.   In the audit, yes.

7          Q.   Does that section identify the

8     organizations that have received contributions?

9          A.   Sometimes, yes, give the names of

10    the organization, the name of the organizations

11    which are entrusted with the distribution, but the

12    bank itself is not dealing with individuals.  The

13    bank takes zakat and gives it to the charitable

14    organizations under the Government control.

15         Q.   Am I understanding you to be telling

16    me that the Dubai Islamic Bank gives zakat

17    contributions only to organizations that are under

18    the control of the UAE Government?

19         MR. COTTREAU:  Objection, lacks

20    foundation.

21         A.   This is what happened in the last

22    3 years.  At the early inception of the bank, they

23    used to have a committee of the bank from the

24    management to distribute zakat to some

25    organizations and to some well known individuals

1      DR. HUSSEIN HAMID HASSAN

2   to this committee after investigating their

3   situation, send some delegate to their homes to

4   investigate that they are needy, they are poor.

5           Q.  In your role as the Chair of the

6   Fatwa and Shariah Oversight Board at Dubai Islamic

7   Bank, have you ever been involved in any way in

8   selecting recipients of zakat contributions?

9           A.  Never.

10          Q.  Have you ever advocated on behalf of

11  any organization that it should receive zakat?

12          A.  Never.

13          Q.  Between the period 1998 and 2001

14  what body within Dubai Islamic Bank would have

15  been responsible for selecting recipients of zakat

16  contributions?

17          A.  They have a separate entity to deal

18  with that, separate entity owned by Dubai Islamic

19  Bank, a department involved in this, and it is

20  calculating, receiving and then distributing

21  zakat, only charitable organizations.

22          Q.  Do you recall the name of that body

23  that was responsible for that activity between

24  1998 and 2001?

25          A.  I don't remember the name of the

Page 96

1          DR. HUSSEIN HAMID HASSAN

2    organization or how they called it.  It is like in

3    shape of a charitable organization.  I don't

4    remember the name, how they called it, what name.

5          (Exhibit Exhibit 11 marked for identification).

6          (Exhibit Exhibit 12 marked for identification)

7          (Exhibit Exhibit 13 marked for identification)

8          Q.  Dr. Hassan, I have just marked as

9    Exhibit 11, a July 7, 1999 New York Times article,

10   as Exhibit 12 a July 8, 1999 Associated Press

11   article, and as Exhibit 13, a July 8, 1999

12   transcript of a US State Department briefing.

13   I would like to hand all three of these to you and

14   ask you to tell me whether at any point, prior to

15   beginning your preparations for your testimony

16   this week, you have seen any of those documents?

17         A.  Prior to this preparation I have not

18   seen.  I have not read these articles.  Lexis

19   Nexis, and this also I have not seen.

20         Q.  I would like to draw your attention

21   to the document we marked as Exhibit 11, which is

22   the New York Times article, dated July 7, 1999,

23   which bears the title "US officials say aid for

24   terrorists came through two Persian Gulf nations".

25   Do you see that document?

Page 97

DR. HUSSEIN HAMID HASSAN

1          A.   Yes.

2          Q.   In the fourth paragraph of that

3    article, the authors indicate and report that:

4    "The Central Intelligence Agency has obtained

5    evidence that Mr. Bin Laden [referring to

6    Osama Bin Laden] has been allowed to funnel money

7    through the Islamic Bank in Dubai Islamic Bank

8    which the UAE effectively controls".  Do you see

9    that section?  It is the fourth paragraph on the

10   front page.  The front page?

11         A.   Front?  This one.

12         Q.   Yes, the fourth paragraph?

13         A.   Yes, but this document I have not

14   seen before.

15         Q.   I want to ask you a question about

16   the content of the document, independent of

17   whether you have seen it?

18         A.   Yes.

19         Q.   So I just read a section of the

20   document that reports that the Central

21   Intelligence Agency has obtained evidence that

22   Mr. Bin Laden has been allowed to funnel money

23   through the Dubai Islamic Bank in Dubai, which the

24   United Arab Emirates Government effectively

1          DR. HUSSEIN HAMID HASSAN

2    controls.  Separate and apart from whether you

3    have ever seen this news report before, did you

4    receive information, in or around 1999, indicating

5    that there had been reporting that the CIA had

6    evidence that Bin Laden had used Dubai Islamic

7    Bank to funnel money?

8          A.  No.

9          Q.  Were you aware of that allegation at

10   all, in or around the period 1999?

11         A.  No.

12         Q.  The article also suggests that US

13   officials had visited the UAE in July 1999 to

14   discuss these issues with officials there.  Did

15   you receive any information of that nature, in or

16   around 1999?

17         A.  No.

18         Q.  At any point, again prior to

19   preparing for the deposition here today, did you

20   ever receive information suggesting that the

21   Central Intelligence Agency had evidence that

22   Osama Bin Laden had used the Dubai Islamic Bank to

23   funnel money?

24         A.  No.  Had I known, had I known or any

25   information, I would have taken action, of course.

1              DR. HUSSEIN HAMID HASSAN

2          Q.  Had you received this information,

3    why would you have taken action?

4          A.  Had I received such information at

5    that time, I would have taken some action.

6          Q.  I am just trying to understand why

7    this reporting would have prompted you to take

8    some action?  What about the nature of this

9    reporting?

10         A.  No, I mean if it came to my notice

11   that such allegation or such article was there,

12   I should have asked the bank to take action,

13   I mean to deal with -- to ask the legal department

14   to defend itself, but I didn't know anything about

15   this case, I mean this article.

16         Q.  To the extent that it were true,

17   that Osama Bin Laden was being permitted to use

18   Dubai Islamic Bank to funnel money during this

19   time period, would you have regarded that, had you

20   known about the allegation, to be inconsistent

21   with the bank's shariah obligations?

22         A.  Yes, it is like that.  Had it come

23   to my notice -- because I am against terrorism all

24   my life, I dedicated my life, all my life to this

25   mission, and this is known for everybody, all my

1    DR. HUSSEIN HAMID HASSAN

2    writings, my articles, my everything, would I have

3    some information about that, I would have advised

4    the bank, but I didn't know anything about this.

5            Q.   In that time period, around July

6    1999, did you know who Osama Bin Laden was?

7            A.   I had heard from media, but later,

8    after maybe 1980/1985, something like that, the

9    name of Osama Bin Laden was known to everybody in

10   the world.  This information, that much came to

11   me.

12           Q.   In or around July 1999, were you

13   aware from the media of reporting that Osama Bin

14   Laden was engaged in terrorist activity.

15           A.   Yes.

16           Q.   From what you understood about

17   Osama Bin Laden's terrorist activity, from the

18   media reporting in that time period, would you

19   regard his activities as being incompatible with

20   Islam?

21           A.   Again?

22           Q.   Based on what you understood

23   Osama Bin Laden was doing in this time period,

24   around 1999, would you regard his terrorist

25   activity as being incompatible with Islam?

1               DR. HUSSEIN HAMID HASSAN

2        A.  Of course, against not only Islam,

3  but holy Jesus.

4        Q.  And to the extent that someone at

5  Dubai Islamic Bank had been helping Osama Bin

6  Laden in those endeavors, would you regard that to

7  be a grave violation of shariah?

8        A.  Of course.

9        Q.  Given that an allegation of this

10  nature was made in the New York Times, are you

11  surprised that no one within the Dubai Islamic

12  Bank management raised it to your attention?

13        A.  No, I am not astonished, because

14  they are supposed to refer to the legal

15  department, to the management, not to the Shariah

16  Board.  The Shariah Board is supposed to deal with

17  the financial transactions, agreements, the legal

18  shariah opinions.

19        Q.  Do you know, outside of any

20  preparations you have undertaken for your

21  testimony this week, whether Dubai Islamic Bank

22  conducted an investigation into these allegations?

23        A.  Yes, I heard that the Dubai Islamic

24  Bank management and the legal department, they

25  have engaged outside lawyers to deal with this

1          DR. HUSSEIN HAMID HASSAN

2    case.

3          Q.  Do you have any personal knowledge

4    of that investigation?

5          A.  No.

6          Q.  When did you learn that Dubai

7    Islamic Bank had engaged lawyers and other parties

8    to investigate this allegation?

9          A.  A few years back, maybe 3 or

10   4 years, I came to know that this case is dealt

11   with, and it is going to go on, but I am not

12   familiar with details.

13         Q.  Do you know who at the bank would

14   have the most information about any

15   contemporaneous investigation that was conducted

16   by Dubai Islamic Bank into these allegations?

17         A.  No, I don't know that.

18         Q.  Have you at any point spoken with

19   any other members of the Fatwa and Shariah

20   Oversight Board about these allegations?

21         A.  About?

22         Q.  The allegations contained in the New

23   York Times story?

24         A.  No.

25         Q.  Do you know whether any of the

Page 103

1          DR. HUSSEIN HAMID HASSAN

2    individuals serving on the Fatwa and Shariah

3    Oversight Board in 1999, other than yourself, were

4    aware of this information?

5          A.  No, I am not sure.  They may have,

6    from their own sources.

7          Q.  To the extent that the other members

8    had received this information, do you believe that

9    in their capacity as members of the Shariah Board

10   they should have taken some action?

11         A.  Yes, I presume.

12         Q.  And what action would you have

13   deemed appropriate?

14         A.  To inform the bank and to advise the

15   bank to defend itself.

16         Q.  What about advising the bank to try

17   and verify whether the reports were accurate.

18   Would you advise them to do that?

19         A.  Again, please?

20         Q.  In addition to the bank defending

21   itself, had you received this information at the

22   time, would you have asked that efforts be

23   undertaken to verify whether the allegations were

24   true?

25         A.  I think, had it come to our notice,

Case 1:03-md-01670-GBD-SN Document 10842-32 Filed 08/03/24 Page 104 of 139

DR. HUSSEIN HAMID HASSAN

1  then we want to make sure from the bank if they

2  are taking care of that, of the case, through

3  their own specialized departments.

4        Q.  If you turn your attention to the

5  second page of the New York Times report --

6        A.  This one?

7        Q.  Yes, the second page, and the fourth

8  paragraph down.

9        A.  Yes.

10       Q.  It reads:

11       "United States intelligence officials said they

12  had evidence that Mr. Bin Laden had a relationship with the

13  bank, which they believed had been arranged with the

14  approval of the officials who control the bank."

15       Do you see that?

16       A.  Yes.

17       Q.  Had you received that information

18  in July 1999, would you have had any concerns

19  about deferring to the bank's management to

20  investigate the accuracy of the allegations, given

21  the statement that the people who controlled the

22  bank were alleged to have been involved?

23       A.  Of course, as I said, I haven't

24  received this information, but had I received it

1  DR. HUSSEIN HAMID HASSAN

2  I would have asked the bank for sure to carry

3  investigation through their own departments,

4  concerned departments.  That is legal department.

5  Q.  You have had a very impressive

6  career, advising foreign governments and working

7  in Islamic banking at the highest levels.  Do you,

8  as a result of that, have regular contact with

9  officials in the United Arab Emirates, Government

10  officials?

11  A.  No.

12  Q.  Do you ever have any dealings with

13  finance ministers in the United Arab Emirates?

14  A.  No.

15  Q.  Were you friendly with any

16  representatives of the UAE Government, in or

17  around this time period?

18  A.  Occasionally, if there is any kind

19  of business, we are issuing, for example, bonds,

20  any financing, we are familiar with the concerned

21  officials, but not necessarily contacting at all.

22  MR. COTTREAU:  Are you moving on to

23  a new exhibit?

24  MR. CARTER:  We are.

25  MR. COTTREAU:  Maybe we could take one

1      DR. HUSSEIN HAMID HASSAN

2  last break for the day.

3          MR. CARTER:  Sure.

4          THE VIDEOGRAPHER:  Going off the record

5  at 11:57.

6                  (A short break)

7          THE VIDEOGRAPHER:  Back on the record at

8  12:08.

9          MR. CARTER:  Dr. Hassan, we have marked

10  as Exhibit 14 a January 20, 2002 Los Angeles Times

11  article titled "Response to Terror".

12      (Exhibit Exhibit 14 marked for identification)

13          I am going to show that to you and as

14  I have asked you with some of the other documents,

15  just request that you let me know whether prior to

16  your preparations for testifying this week you

17  recall having seen that article?

18          A.  I have not seen it.

19          Q.  I would like to direct your

20  attention to page 8 of the article, and the Bates

21  Stamp number in the lower right-hand corner for

22  page 8, PEC-DIB IB001022.  I will draw your

23  attention to the third full paragraph of this

24  article, which reads?

25          A.  Starting from "The Emirates ... "?

DR. HUSSEIN HAMID HASSAN

Q.  Yes.  It reads:

"The Emirates were quick to comply when the US
asked in 1998 that some Taliban accounts be closed at Dubai
Islamic Bank.  The bank's Chairman, Mohammed Khalfan Bin
Kharbash is also the UAE minister for financial and
industrial affairs."

Do you see that section?

A.  Um hum.

Q.  Again, at any point prior to your
preparations for testifying this week, do you
recall information being communicated to you that
the UAE had closed Taliban accounts at Dubai
Islamic Bank?

A.  No.

Q.  Do you happen to know whether Dubai
Islamic Bank ever held any accounts for the
Taliban or officials of the Taliban?

A.  No.

Q.  To the extent you had received
information, following the date you joined the
Fatwa and Shariah Oversight Board, that Dubai
Islamic Bank was maintaining accounts and
providing financial services to the Taliban, would
you have taken any steps in response to that

1          DR. HUSSEIN HAMID HASSAN

2    information?

3          A.  We should have taken action, steps,

4    and asked the bank to investigate and advise the

5    bank to take legal action.

6          Q.  Within this timeframe, were you

7    familiar with the Taliban in Afghanistan?

8          MR. COTTREAU:  Objection, vague.

9          A.  Yes, from the media, general

10   informations.

11         Q.  Did you receive during that time

12   period any information through the media

13   concerning the Taliban's activities?

14         A.  Occasional, general information from

15   media, newspapers, what they are doing.

16         Q.  From that information, did you

17   believe that the Taliban was engaged in engaging

18   in activities that were inconsistent with Islamic

19   law?

20         A.  I believe it.

21         Q.  Given that belief, would you have

22   deemed it appropriate for Dubai Islamic Bank to

23   have been providing bank accounts or financial

24   services for the Taliban?

25         A.  No, they should not.

DR. HUSSEIN HAMID HASSAN

1
2          Q.   And you don't know whether or not
3     there were in fact any Taliban accounts at Dubai
4     Islamic Bank?
5          A.   I didn't know.
6          Q.   Are you familiar with a person named
7     Amar Al Beluchi?
8          A.   No.
9          Q.   Do you happen to know whether again
10    prior to your preparations for testifying this
11    week, you ever received information indicating
12    that accounts at Dubai Islamic Bank had been used
13    to send money to certain of the 9/11 highjackers?
14         A.   No.
15         Q.   If you had received that
16    information, would you have taken any steps?
17         A.   Of course, I should have taken.
18         Q.   What steps would you have deemed
19    appropriate?
20         A.   I would have asked the bank to
21    investigate first and then to close this account,
22    I mean to deal with the case according to the law
23    and shariah.
24         Q.   Are you familiar with the systems in
25    the international financial system, through which

1          DR. HUSSEIN HAMID HASSAN

2    accounts and financial transactions of certain

3    parties are blocked because they appear on

4    sanctions lists?

5          A.  No, I am not familiar with the

6    details, but I know that there is some procedures.

7    The banks should know your customer, "KYC", before

8    they open an account, according to the prevailing

9    laws of the central bank.

10         Q.  And does the Fatwa and Shariah

11   Oversight Board at Dubai Islamic Bank have any

12   involvement in complying with those know your

13   customer rules?

14         A.  No.

15         Q.  Does the Fatwa and Shariah Oversight

16   Board receive any kind of reports or information

17   relating to accounts that are blocked at the bank?

18         A.  No.

19         Q.  We spoke earlier in your testimony

20   about an individual named Abdullah Azzam.  Do you

21   recall that?

22         A.  Yes.

23         Q.  Are you familiar with a book

24   Abdullah Azzam authored that is titled "Defense of

25   the Muslim Lands"?

1                    DR. HUSSEIN HAMID HASSAN

2              A.  Again?

3              Q.  Are you familiar with a book

4      authored by Abdullah Azzam titled "Defense of the

5      Muslim Lands"?

6              A.  No.

7          (Exhibit Exhibit 15 marked for identification.)

8              Q.  Dr. Hassan, I have marked as

9      Exhibit 15 what I understand to be an English

10     translation of a book entitled "Defense of the

11     Muslim Lands", written by Dr. Abdullah Azzam.

12             MR. COTTREAU:  Mine is missing a

13     translator's certificate, I think.

14             MR. CARTER:  I am sorry, it is an

15     English version that was purchased.  It is

16     distributed in English as well.

17             MR. COTTREAU:  Okay, thank you.

18             MR. CARTER:  Am I correct that you have

19     never read this book?

20             A.  I have never seen it, before

21     preparation.

22             Q.  If you turn to the sixth page of the

23     book -- actually, sixth page of the exhibit,

24     including the cover page.

25             A.  It has no numbers.  No, numbers.  1,

1           DR. HUSSEIN HAMID HASSAN

2     2, 3, 4, 5.

3             Q.  That is the page.  No, the prior

4     page, sorry.  In the first full paragraph there is

5     a statement:

6             "I showed this fatwa, without the six questions at

7     the end, to the peers of Sheikh Abdullah Al Waan, Saeed

8     Hawa, Mohammed Najeeb Al Mutyey, Dr. Hassin Hamid Hissan and

9     Umar Sayaf."

10            Do you see that?

11            A.  Yes.

12            Q.  Do you recall Abdullah Azzam ever

13    sharing a fatwa of any kind with you?

14            A.  Never.

15            Q.  Do you know who any of the other

16    scholars referenced there are, for instance, do

17    you know Abdullah al Waan?

18            A.  No, I don't know anyone of these

19    figures.

20            Q.  In the next sentence, there is

21    a reference to Sheikh Mohammed Bin Salah Bin

22    Uthaimin.  Do you see that?

23            A.  Yes, I see.

24            Q.  Do you know who that is?

25            A.  No.  I don't know him.

DR. HUSSEIN HAMID HASSAN

1

2 Q. On the prior page there is

3 a reference to Sheikh Abdul Aziz Bin Bazz?

4 A. Yes, I know him.

5 Q. Who was Bin Bazz?

6 A. He is Grand Mufti of Saudi Arabia.

7 Q. What is the Grand Mufti of Saudi

8 Arabia?

9 A. There is a position in Saudi Arabia

10 that the Grand Mufti is authorized officially to

11 give fatwa for the Government, and he has the

12 final authority in the shariah opinions.

13 Q. Is the Grand Mufti of Saudi Arabia

14 an Islamic scholar?

15 A. Yes.

16 Q. Do you recall when Bin Bazz served

17 as the Grand Mufti of Saudi Arabia?

18 A. I think 1960, 1960, 65.  Anyhow, for

19 sure I know 1970 he was dead.

20 Q. He was dead in 1970?

21 A. Yes, I am sure about that.

22 Q. Were you familiar with his

23 teachings?

24 A. I met him several times but I am not

25 familiar with all his fatwa.

1            DR. HUSSEIN HAMID HASSAN

2            Q.  Do you have a recollection on how

3   many occasions you met him?

4            A.  In the time of Haj, maybe two or

5   three times, because he lives in Trium and I lived

6   in Mecca.  I used to see him only at the time of

7   Haj in Mecca, maybe two or three times.

8            Q.  Did you discuss religious issues

9   with him?

10            A.  No.

11            Q.  Were you familiar enough with his

12   writings and teachings to develop any opinion on

13   his religious views?

14            A.  Again?

15            Q.  Were you familiar enough with his

16   writings and teaching to develop any opinion on

17   his religious views?

18            A.  In my opinion, he was a Saudi

19   moderate scholar, in my opinion.

20            Q.  Turning back for the moment to

21   Dr. Azzam, can you remind me when you believe he

22   was seconded to the International Islamic

23   University in Islamabad?

24            A.  I recall, as I said before, it may

25   be 1986/87, around.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  Do you have an understanding about

3    the nature of the political and security condition

4    in neighboring Afghanistan at that time?

5          A.  From media, of course, we are aware

6    what is going on.

7          Q.  And what was going on, as you

8    understood it, from the media?

9          A.  Many, many groups, they were

10   fighting, many groups with many leaders fighting

11   there, and some from outside Afghanistan, some

12   Arabs, they joined some of these groups.  This is

13   what we could understand from the neighboring

14   country.

15          Q.  The Soviet Union was occupying

16   Afghanistan at that time, correct?

17          A.  Yes.

18          Q.  Did Arabs from outside Afghanistan

19   travel to Afghanistan to fight against the

20   Soviets?

21          A.  Yes.

22          Q.  Do you recall whether there were any

23   Muslim scholars calling for Muslim men to come to

24   Afghanistan to fight against the Soviets?

25          A.  I don't remember.

1         DR. HUSSEIN HAMID HASSAN

2              Q.   Did you ever express any religious

3    views or issue any fatwas concerning what was

4    going on in Afghanistan at that time?

5              A.   Never.

6              Q.   Do you happen to know whether any

7    parties were recruiting young men from the

8    International Islamic University in Islamabad to

9    go fight in Afghanistan during that period?

10             A.   No.

11             Q.   Do you happen to know whether

12   Abdullah Azzam was advocating from his position at

13   the International Islamic University in Islamabad

14   for young men to go to Afghanistan to fight?

15             A.   No, had I come to know, I would have

16   send him back to King Abdul Aziz University,

17   because everyone knows my own ideology, that I am

18   against anyone in my university to be involved

19   with any political activities at any time, but

20   what about if he is advocating some activities of

21   that kind, of violation.

22             Q.   With regard to the reference in the

23   Azzam book, to an individual named Hussein Hamid

24   Hissan, do you happen to know whether there is any

25   other religious scholar who has that name?

1           DR. HUSSEIN HAMID HASSAN

2           A.   I don't know, but it seems to me

3    this is not my name.  My name is Hussein Hamid

4    Hassan H-A-S-S-A-N.  I mean, because I have never

5    discussed with him.  He has never shown me -- had

6    he shown me even this book, he wouldn't stay in

7    the university one day.  He knows.  He knows my

8    ideology, my thoughts.

9           Q.   Did you at any point during that

10   time period hear that Azzam had gone to

11   Afghanistan to participate in the fight against

12   the Soviet Union?

13          A.   No.  Had I known, really, had

14   I known, I would have sent him back immediately,

15   because this is my attitude.  This is the first

16   university in Pakistan, International Islamic

17   University, that the President of Pakistan was the

18   Chancellor and I was the Vice Chancellor.  No

19   political activities at all, no violence.  It was

20   an example.  We wanted to be an example for the

21   others.  Had I known such an individual like

22   Abdullah Azzam, that he has evil thoughts of that

23   kind, I would have just sent him back to his King

24   Abdul Aziz University.

25          Q.   You mentioned a moment ago that you

1          DR. HUSSEIN HAMID HASSAN

2     understood from media reports at the time that men

3     from some Muslim countries were traveling to

4     Afghanistan to participate in the fight.  Is that

5     correct?

6          A.  Yes.

7          Q.  Did you at any point issue any

8     papers or fatwas indicating that that was an

9     inappropriate thing for someone to do?

10         A.  No, I haven't issued any fatwa or

11    any paper, because this was general informations.

12    I don't have any concrete information to accuse

13    anyone or to mention any country or any state, and

14    at the same time my position was very sensitive,

15    as Vice Chancellor and the President of Pakistan

16    is the Chancellor, just to accuse some countries

17    or individuals or organizations without -- I don't

18    have any concrete information.  I am not

19    someone -- this is the Ministry of Interior

20    Affairs.  It is not my position as a scholar.

21         Q.  Let me rephrase the question.

22    During the years that you were affiliated with the

23    International Islamic University in Islamabad, did

24    the university have any affiliation with the

25    Muslim World League?

DR. HUSSEIN HAMID HASSAN

1

2       A.  No.

3       Q.  Do you recall whether the Government

4  of Saudi Arabia made any in kind contribution,

5  aside from sending scholars for the establishment

6  of the University?

7       A.  No, but I would say that Saudi

8  Arabia was seconding teachers and also

9  constructing some buildings to the university,

10  some buildings, supervising directly, but I am not

11  aware of any cash assistance to this university.

12       Q.  Do you recall whether Abdullah Omar

13  Nassif, who I believe you testified you had served

14  as an adviser to, held any positions at the

15  International Islamic University of Islamabad?

16       A.  Yes, he was.  One time, he had some

17  position as assistance director, something like

18  that.  I don't remember exactly what was that, but

19  he was close to the President of Pakistan, as

20  Assistant or Deputy Rector of the University, for

21  some time.

22       Q.  Was that a full-time --

23       A.  And he was close to the university.

24       Q.  Was that a full-time position for

25  Dr. Nassif?

Page 120

1          DR. HUSSEIN HAMID HASSAN

2          A.  Excuse me?

3          Q.  The position you described, was that

4     a full-time position for Dr. Nassif?

5          A.  Not full-time, no, honorary one.

6          Q.  Do you know if he held that position

7     while he was also serving as the Secretary General

8     of the Muslim World League?

9          A.  No, I don't know.

10         Q.  Do you know whether he was employed

11    by the Muslim World League while he was serving as

12    an official of the International Islamic

13    University in Islamabad?

14         A.  The ordinance of the University

15    states that the members of the Board of Trustees,

16    one of them, the Secretary General, were agreed by

17    office.  It was by office, Secretary General of

18    this league, was a member of the Board of

19    trustees.

20         Q.  Do I understand correctly that the

21    Charter of the International Islamic University of

22    Islamabad provided that the Secretary General of

23    the Muslim World League would serve on the Board

24    of Trustees of the University?

25         A.  Member, yes.  Yes.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  And was that true throughout the

3   time period that you served with the university?

4          A.  No.  For some time after that,

5   I think, he left the Muslim League and another one

6   came, took his position, and then Abdullah Nassif

7   no more, because he was member by his office, and

8   when he left the Muslim League and the new

9   Secretary of Muslim League became the member of

10  the Board of Trustees.

11         Q.  Let me clarify what I was asking.

12  During the time that you were associated with the

13  International Islamic University in Islamabad, was

14  the then current Secretary General of the Muslim

15  World League always a member of the Board of

16  trustees?

17         A.  Yes.

18         Q.  Do you recall whether Abdullah Mosen

19  Al Turqi served in that capacity?

20         A.  Yes.

21         Q.  Was he a member of the Board of

22  Trustees by virtue of his status as the Secretary

23  General of the Muslim World League?

24         A.  Yes.

25         Q.  Do you happen to know whether the

DR. HUSSEIN HAMID HASSAN

1   Muslim World League provided any funding or in

2   kind contributions to the International Islamic

3   University in Islamabad?

4           A.   They seconded a good number of

5   teachers to teach Arabic language to this

6   university.

7           Q.   During the course of your career,

8   have you ever served in any formal or advisory

9   capacity to Al Rajhi Bank in Saudi Arabia?

10          A.   Awadi?

11          Q.   Al Rajhi?

12          A.   No.

13          Q.   Do you know individuals named

14  Sulaiman Al Rajhi or Saleh Al Rajhi?

15          A.   I know.

16          Q.   How do you know them?

17          A.   I know that Bank Al Rajhi is owned

18  by Sulaiman.   It is owned -- in our circles and in

19  financial institutions, his name is famous.

20          Q.   But you have never worked with or

21  for him?

22          A.   No, I never met, I never worked with

23  him.

24          Q.   Did you ever work in any capacity

1                    DR. HUSSEIN HAMID HASSAN

2    for National Commercial Bank?

3              A.  No.

4              Q.  Do you know an individual named

5    Khalid Bin Mahfouz?

6              A.  No.

7              Q.  What about an individual named

8    Yassin Al-Qadi?

9              A.  No, I don't know.

10             Q.  What about an individual named Saleh

11   Kamel?

12             A.  No, I don't know.

13             Q.  During the time that you were at the

14   King Abdul Aziz University, did you know a student

15   named Mohammed Jamal Khalifa?

16             A.  No.

17             Q.  We spoke a few moments ago about the

18   Taliban.  Did you ever have any dealings at all

19   with any officials of the Taliban?

20             A.  No.

21             Q.  Do you happen to know whether any

22   representatives of the governments of the UAE or

23   Dubai held positions within Dubai Islamic Bank in

24   the period between 1998 and 2001?

25             A.  Again the question?

1      DR. HUSSEIN HAMID HASSAN

2      Q.  Do you happen to know whether any

3  individuals who served as officials for either the

4  Government of the UAE or the Government of Dubai

5  also held positions in Dubai Islamic Bank between

6  1998 and 2001?

7      A.  Yes.  Yes.  Minister of Finance,

8  Mohammed Khalfan bin Kharbash.  He was the

9  Chairman of the Board of Directors.

10      Q.  Did he also serve on the Executive

11  Committee during that time period?

12      A.  Again?

13      Q.  Given his position as the Chairman

14  of the Board of Directors, do you know whether he

15  also served on the Executive Committee?

16      A.  No, I don't know.  I don't know.

17      Q.  Do you know an individual named

18  Saeed Lootah?

19      A.  Yes.

20      Q.  Who is Saeed Lootah?

21      A.  Saeed Lootah is a businessman.  He

22  for the first time established the Dubai Islamic

23  Bank, and his family, four or five of his family,

24  they were the shareholders of that bank.  This is

25  Saeed Lootah.

1                   DR. HUSSEIN HAMID HASSAN

2           Q.  Is he still a shareholder of the

3    bank today?

4           A.  Yes.

5           Q.  Does he continue to hold any

6    position in the bank?

7           A.  No.

8           Q.  Did he at any time that you are

9    aware of hold any positions in the bank?

10          A.  Again?

11          Q.  At any time that you are aware of,

12   did he hold any formal positions in the bank, in

13   addition to being a shareholder?

14          A.  Saeed Lootah.

15          Q.  Yes.

16          A.  No, no position.  His son is there.

17          Q.  Again, in between the period 1998

18   through 2001, do you know whether any members of

19   the Lootah family were involved in the operations

20   of Dubai Islamic Bank?

21          A.  Really, I don't know.

22          Q.  Just reviewing some of the issues we

23   discussed earlier, concerning the functions of the

24   Fatwa and Shariah Oversight Board, am I correct

25   that the Fatwa and Shariah Oversight Board does

1          DR. HUSSEIN HAMID HASSAN

2    not monitor any day-to-day operations of the bank?

3          A.  Yes, not at all involved in the

4    executive operations.

5          Q.  Am I also correct that the Fatwa and

6    Shariah Oversight Board is not involved in

7    determining whether individual accounts should be

8    opened or closed?

9          A.  Correct.

10          MR. CARTER:  Steve, can we take a quick

11    break?  I think we are going to let Bob ask some

12    follow up questions, just a few.

13          MR. COTTREAU:  Okay.

14          THE VIDEOGRAPHER:  This is the end of

15    tape two in the video deposition of Dr. Hussein

16    Hamid Hassan.  Going off the record at 12:42.

17               (A short break)

18          THE VIDEOGRAPHER:  This is the beginning

19    of tape three in the video deposition of

20    Dr. Hussein Hamid Hassan.  Going back on the

21    record at 12:45.

22               EXAMINATION BY MR. COTTREAU:

23          MR. COTTREAU:  Good afternoon,

24    Dr. Hassan.

25          A.  Good afternoon.

1    DR. HUSSEIN HAMID HASSAN

2        Q.  With the plaintiff's indulgence,

3    I just wanted to try to clarify a couple of dates

4    before they finish their questioning.  I think

5    earlier in your testimony you said by 1980 or 1985

6    the whole world knew about Osama Bin Laden.

7    I want to make sure that we have the dates correct

8    because I know that you said you were not good

9    with dates.  Is that the correct year or is there

10   some other year that you meant to say?

11       A.  Again the question?

12       Q.  Earlier in your testimony I believe

13   you said, at least according to the record, that

14   it was 1980 or 1985 that Osama Bin Laden was known

15   to the world.  Is that the date you meant to say?

16       A.  I meant 1985.

17       Q.  I am sorry?

18       A.  I said --

19       Q.  1985 or 1995?

20       A.  95.

21       Q.  And then, I think you were talking

22   about just a few moments ago your knowledge of

23   Sheikh Abdul Aziz Bin Bass, the Grand Mufti of

24   Saudi Arabia, and I believe that you said on the

25   record that he had died by 1970.

Page 128

                        DR. HUSSEIN HAMID HASSAN

1
2        A.  No.
3        Q.  Is that accurate?
4        A.  No, I meant I met him -- I am sure
5    he was Grand Mufti by that time, by 1970, but
6    I didn't know when he died.
7            MR. COTTREAU:  Okay.  I have nothing
8    else today, at least at this time.
9            FURTHER EXAMINATION BY MR. CARTER:
10           MR. CARTER:  Just following up on one of
11   the questions Mr. Cottreau just asked you on
12   clarification, Dr. Hassan, had you ever heard the
13   name Osama Bin Laden before 1995?
14       A.  No.
15       Q.  Had you ever heard the name Bin
16   Laden before 1995?
17       A.  No.
18       Q.  I take it from that you were not
19   familiar with the Bin Laden family in Saudi
20   Arabia?
21       A.  I heard about the family because
22   I lived in Saudi Arabia for some time, about the
23   family, but I didn't know the members of the
24   family.
25       Q.  Do I understand that you don't

1                        DR. HUSSEIN HAMID HASSAN

2      recall ever having met a member of the Bin Laden

3      family?

4                A.  No.

5                Q.  Do you know whether the family had

6      a mosque in Saudi Arabia bearing its name?

7                A.  Again, please.

8                Q.  Was there, to your knowledge, a Bin

9      Laden mosque in Saudi Arabia?

10                A.  No.

11                Q.  We spoke earlier about the shariah

12      audits that are conducted at Dubai Islamic Bank.

13      Do you recall that discussion?

14                A.  Yes.

15                Q.  Are there also more traditional

16      financial audits conducted of the bank?

17                A.  Yes.

18                Q.  What types of audits of the bank are

19      conducted that you are aware of?

20                A.  Again?

21                Q.  What types of financial audits are

22      conducted of the bank that you are aware of?

23                A.  Yes, the bank has two kinds of

24      audit.  One is financial audit, has nothing to do

25      with shariah.  It is from the financial aspect.

1          DR. HUSSEIN HAMID HASSAN

2   And another, internal shariah audit, just to look

3   to the implementation, execution of the shariah

4   principles.  It has nothing to do with financial

5   aspects.

6          Q.  Does the Fatwa and Shariah Oversight

7   Board at Dubai Islamic Bank receive copies of the

8   financial audits?

9          A.  No.

10          Q.  Is the Fatwa and Shariah Oversight

11   Board responsible for certifying the bank's

12   balance sheet and financial statements?

13          A.  We have to examine the statements,

14   the financial statements, by the end of the year.

15   Shariah Board used to receive the financial

16   statements and to approve it, to make sure that

17   the profit has been distributed between

18   shareholders and depositors according to shariah

19   principles.

20          Q.  And is that the sole reason that you

21   review the financial statements?

22          A.  Again?

23          Q.  Is that the sole purpose of your

24   review of the financial statements?

25          A.  Yes.

1        DR. HUSSEIN HAMID HASSAN

2        Q.  During the time that you have served

3    with Dubai Islamic Bank, and in particular between

4    1998 and 2001, have you ever received information

5    in that period indicating that the Central Bank of

6    the UAE was conducting audits of Dubai Islamic

7    Bank?

8        A.  No.

9        Q.  Have you ever received any audit

10   authored by the Central Bank of the UAE during

11   your tenure working for Dubai Islamic Bank?

12       A.  No.

13       Q.  During the time that you have served

14   as a member and Chair of the Fatwa and Shariah

15   Oversight Board at Dubai Islamic Bank, has any

16   issue relating to terrorism been brought to your

17   attention in that capacity?

18       A.  No, and if I had it brought to my

19   you notice, we, as a Shariah Board will have taken

20   very strong position and steps and we should have

21   contacted the bank authority, the management and

22   asked them to enquire about it.

23       Q.  During the time that you served on

24   the Fatwa and Shariah Oversight Board at Dubai

25   Islamic Bank, have you ever been asked to render

                        DR. HUSSEIN HAMID HASSAN

1   a decision as to whether a party the bank was

2   considering doing business with was disreputable

3   or engaged in wrongful conduct?

4        A.   Again, please.

5        Q.   During the time you have served on

6   the Shariah Board at Dubai Islamic Bank, has the

7   bank ever been asked to voice an opinion about

8   whether a party that the bank was considering

9   doing business with was disreputable or engaged in

10  un-Islamic activity?

11       A.   No.

12       Q.   Have you, as a member of the Fatwa

13  and Shariah Oversight Board, ever issued an

14  opinion suggesting that the bank should stay away

15  from a particular proposed counterparty, because

16  you viewed it to be unprincipled?

17       A.   No, we have not, because it is ipso

18  facto, bank is not supposed to be involved in

19  anything other than the business of banking.

20       Q.   Just to make sure for the record

21  about a few of the issues we have discussed, am

22  I correct that you, as a member of the Fatwa and

23  Shariah Oversight Board, have had no involvement

24  in the day-to-day operations and functions of the

DR. HUSSEIN HAMID HASSAN

1

2 bank?

3         A.  Correct.

4         Q.  And you don't receive, in that

5 capacity, any reports concerning the day-to-day

6 operations of the bank?

7         A.  Correct.

8         Q.  Am I also correct that you have no

9 personal knowledge of any investigation that may

10 have been conducted by Dubai Islamic Bank of the

11 accusations in the 1999 New York Times report,

12 that the bank had a relationship with Osama Bin

13 Laden?

14         A.  Correct.

15         Q.  Am I also correct that you have no

16 personal knowledge of any investigation that may

17 have been conducted by Dubai Islamic Bank into any

18 possible Taliban accounts at the bank?

19         A.  Correct.

20         Q.  Were there any instances where the

21 Shariah Board undertook an action but that action

22 was not brought to your attention?

23         A.  Again?

24         Q.  Have you ever encountered

25 a circumstance in which the Shariah Board issued

DR. HUSSEIN HAMID HASSAN

1               DR. HUSSEIN HAMID HASSAN

2  a fatwa or undertook some similar action in which

3  you were not apprized of that action?

4          A.  You mean the management is not

5  applying --

6          Q.  I guess my question is --

7          A.  Yes.

8          Q.  -- have other members of the board

9  ever taken unilateral action without advising?

10         A.  Excuse me?

11         Q.  Let me ask it another way.  To the

12  extent that another member of the Board is

13  responsible for preparing a first draft of

14  a fatwa, would that be presented to you?

15         A.  I am very sorry, I didn't get it

16  also.

17         Q.  There are how many members of the

18  Shariah Board at Dubai Islamic Bank?

19         A.  Now?

20         Q.  Currently?

21         A.  Currently, there are six.

22         Q.  During the period 1998 through 2001,

23  do you recall how many members of the Board there

24  were then?

25         A.  There was four.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  During that time period, when the

3     board was asked to opine on an issue, was that

4     responsibility delegated to individual members of

5     the Board?

6          A.  No.

7          Q.  It is always done collectively?

8          A.  Collectively, always.

9          Q.  At some point, I take it that

10    a formal fatwa has to be issued on the matter

11    brought to the Board's attention?

12         A.  Yes.

13         Q.  And does one particular member of

14    the Board take responsibility for drafting that

15    following the Board's consultation?

16         A.  No.  It is not permitted.

17    Collectively.

18         Q.  So do you sit in a room together and

19    write it together?

20         A.  Yes.

21         Q.  Were there any other issues that you

22    wanted to come forward and provide testimony about

23    concerning this case and that we have not

24    addressed today?

25         A.  Again, please?

Page 136

DR. HUSSEIN HAMID HASSAN

1

2       Q.  Were there any other issues that you

3  wanted to come forward and testify about

4  concerning this lawsuit that we have not discussed

5  today?

6       A.  No, just I want to say that I myself

7  and I think the members, as I believe, we are

8  against violation, terrorism, and so the same

9  I think all members of shariah boards of Islamic

10 banks.  This I want to state, but nothing more

11 I can say.

12       MR. CARTER:  Thank you for your time.

13 I am done for the day.  Thank you.

14       THE VIDEOGRAPHER:  This is the end of

15 tape three in the video deposition of Dr. Hussein

16 Hamid Hassan.  Going off the record at 12:58.  End

17 of the first day of the deposition.

18

19

20

21

22

23

24

25

1    DR. HUSSEIN HAMID HASSAN

2         CERTIFICATE OF WITNESS

3

4    I, HUSSEIN HAMID HASSAN, am the witness in the

5    foregoing deposition.  I have read the foregoing

6    statement and, having made such changes and

7    corrections as I desired, I certify that the

8    transcript is a true and accurate record of my

9    responses to the questions put to me on 1 August,

10   2017.

11

12

13

14

15   Signed:  ........................

16   Name:    HUSSEIN HAMID HASSAN

17   Date:    ........................

18

19

20

21

22

23

24

25

1               DR. HUSSEIN HAMID HASSAN

2            CERTIFICATE OF COURT REPORTER

3

4    I, AILSA WILLIAMS, an Accredited LiveNote

5    Reporter, hereby certify that HUSSEIN HAMID HASSAN

6    was duly sworn, that I took the Stenograph notes

7    of the foregoing deposition and that the

8    transcript thereof is a true and accurate record

9    transcribed to the best of my skill and ability.

10    I further certify that I am neither counsel for,

11    related to, nor employed by any of the parties to

12    the action in which the deposition was taken, and

13    that I am not a relative or employee of any

14    attorney or counsel employed by the parties

15    hereto, nor financially or otherwise interested in

16    the outcome of the action.

17

18

19

20

21

22    Signed:  .......................

23    AILSA WILLIAMS

24    Dated:   August 11th, 2017

25

1          DR. HUSSEIN HAMID HASSAN

2

3                    E R R A T A

4          Deposition of HUSSEIN HAMID HASSAN

5     (Please show all corrections on this page, not in

6     the transcript.)

7     Page/Line No.        Description        Reason for change

8     _____   _____   _____

9     _____   _____   _____

10    _____   _____   _____

11    _____   _____   _____

12    _____   _____   _____

13    _____   _____   _____

14    _____   _____   _____

15    _____   _____   _____

16    _____   _____   _____

17    _____   _____   _____

18    _____   _____   _____

19    _____   _____   _____

20    _____   _____   _____

21    _____   _____   _____

22    _____   _____   _____

23    Signed:    ....................

24    Name:   HUSSEIN HAMID HASSAN

25    Date:        ....................